BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM (ECF NO. 1237)** |
| v. | |
| MERRICK B. GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On October 5, 2018, the Court ordered the appointment of a Special Master/Independent Monitor ("Monitor") to oversee Defendants' compliance with orders of this Court issued on June 27, 2017 and July 30, 2018 (ECF No. 494) ("Monitoring Order"). The Monitoring Order appointed the Monitor for a term of one year, until October 17, 2019, and allowed for extensions if requested by either party or the Monitor, but provides that, "[a]bsent a showing of serious, specific, and ongoing concerns by the Parties and/or the Monitor, the presumptive end of the Term shall be no later than 36 months after the Effective Date." Monitoring Order at ¶ 3.

The Court has granted two extensions of the Monitor's term past 36 months, the most recent of which ends on April 15, 2022. *See* ECF No. 1147; ECF No. 1219. On April 1, 2022, the Monitor filed a Notice seeking a further extension of her term to July 14, 2022. ECF No. 1237. The Monitor submits that continued monitoring is needed for four reasons: (1) to facilitate the finalization of pending settlement agreements with CBP and ORR (*id.* at 3); (2) in anticipation of an expected influx of minors (*id.* at 3-5); (3) to provide enhanced monitoring of ORR given the large numbers of minors in ORR custody (*id.* at 5); and (4) because of ongoing concerns related to the COVID-19 pandemic (*id.*). The Monitor concludes that based on the above, an extension of the monitoring term for no less than three months is appropriate. *Id.* at 6.

As with the past two requests for extension, Defendants continue to have no objection in principle to the requested extension of the Monitor's term. However, Defendants again object that the Notice requesting this extension does not describe "serious, specific, and ongoing concerns" that warrant an extension. ECF No. 1147 at 2. Defendants also object that concerns about any possible future influx are an appropriate basis to continue or expand the existing monitoring order. More specifically, with regard to ICE, Defendants submit that the Notice in fact

specifically acknowledges that ICE is no longer using the facilities for which Monitoring was originally ordered, ECF No. 1237 at 5, and that there is, therefore, good reason to terminate monitoring entirely with regard to ICE. With regard to CBP, Defendants do not object to continued monitoring for the purpose of finalizing the anticipated CBP settlement agreement, and providing assistance with the implementation of that settlement, including oversight by the Juvenile Care Monitor as anticipated by that Settlement. Defendants respectfully request that the Court provide clarification regarding the basis and scope of any further extension of the monitoring Term.

DATED:   April 7, 2022            Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

                                                Respectfully submitted,

                                                /s/ *Sarah B. Fabian*
                                                SARAH B. FABIAN
                                                U.S. Department of Justice
                                                District Court Section
                                                Office of Immigration Litigation

                                                Attorney for Defendants