BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) | Case No. CV 85-4544 |
| | ) | |
| Plaintiffs, | ) | **DEFENDANTS' APPLICATION FOR** |
| | ) | **LEAVE TO FILE UNDER SEAL** |
| v. | ) | **PORTIONS OF JUVENILE** |
| | ) | **COORDINATOR REPORT** |
| MERRICK GARLAND, Attorney | ) | |
| General of the United States; *et al.,* | ) | Hearing Date: <u>Not Set</u> |
| | ) | Time: |
| Defendants. | ) | Dept: |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendants submit this Application seeking leave from the Court to file under seal portions of the Report from the Juvenile Coordinator from the U.S. Department of Health and Human Services ("HHS"), filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Sarah B. Fabian, a proposed order, and unredacted copies of the Report. On April 8, 2022, counsel for Defendants contacted counsel for Plaintiffs Carlos Holguín by email regarding Defendants' proposed filing. Mr. Holguin stated that he does not oppose Defendants' request.

The materials that Defendants seek to seal are:

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

Defendants seek to seal portions of the ORR Juvenile Coordinator Report because it contains the names and identifying information for ORR care providers, and that information could potentially be used to identify individuals who have tested positive for COVID-19, in violation of their individual privacy rights. Given the potentially sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the safety and privacy of the individuals identified in these records and/or to avoid stigma or embarrassment to those individuals.

## **ARGUMENT**

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court

records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of Defendants' report because they contain information that might lead the public to identify individuals who have tested positive for COVID-19 in ORR facilities. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal these materials to protect the privacy interests and safety of class members and government personnel.

///

///

///

DATED:     April 11, 2022          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will further be served on Plaintiffs' counsel of record by other means.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants