1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION TO SEAL [1241]** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of Juvenile Coordinator Report.

UPON CONSIDERATION of the Unopposed Application, and finding compelling reasons justify sealing, the Court hereby ORDERS that the following documents are filed under seal:

- April 8, 2022 Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED:  April 13, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-