UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

APR 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>JEFFREY A. ROSEN, Acting Attorney General; et al.,<br><br>        Defendants-Appellants. | No. 19-56326<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

Pursuant to the Parties' Joint Stipulation (Docket No. 103), Plaintiffs-Appellees are awarded $360,837.88 in attorneys' fees and other expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

The Court will take no further action on Appellees' motion for EAJA fees (Docket No. 94).

Mediation