CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>　　　　Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, ECF NO. 1217<br><br>Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

Please take notice that on April 21, 2022, in accordance with the Parties' stipulation of settlement, the United States Ninth Circuit Court of Appeals entered an order resolving Plaintiffs' request for an award of attorneys' fees and costs incurred in compelling Defendants to comply with the *Flores* Settlement and oppose Defendants' motion to terminate the *Flores* Settlement.

Plaintiffs accordingly withdraw their parallel motion in this Court for an award of attorneys' fees and costs (ECF No. 1217) as moot.

Dated: April 27, 2022

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch

 */s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*