UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 85-4544-DMG (AGRx)** | Date | April 29, 2022 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** |
|---|---|

Present: The Honorable     **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Fizza Batool, USDOJ |
| Leecia Welch | |
| Neha Desai | |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearance. The hearing is held via videoconference. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and CBP Juvenile Coordinator Henry A. Moak, Jr.  The hearing is held by videoconference. The Court and counsel confer.

A further status conference is set on **July 29, 2022 at 11:00 a.m.** A further written order will issue regarding additional details and deadlines.

1:00