# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERRICK GARLAND, Attorney General, et al., <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER RE PLAINTIFFS' WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, ECF NO. 1217 [1250]** |

In light of Plaintiffs' withdrawal of their motion for attorneys' fees and costs incurred in compelling Defendants to comply with the *Flores* Settlement and oppose Defendants' motion to terminate the *Flores* Settlement, and the United States Ninth Circuit Court of Appeals' award of attorneys' fees, IT IS ORDERED that Plaintiffs' withdrawal of its motion [Doc. # 1217] is GRANTED as the motion is moot.

DATED: April 29, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-