UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | | Date | May 2, 2022 |
|---|---|---|---|---|

| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | | Page | 1 of 3 |
|---|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE APRIL 29, 2022 STATUS CONFERENCE**

On April 29, 2022, the Court held a status conference to discuss the April Interim Juvenile Coordinator Reports [Doc. ## 1240, 1248].

While Defendants have made many improvements and implemented appropriate protocols to meet the challenges posed by the pandemic, the current uptick in COVID cases due to the Omicron variants and the ongoing risks of COVID-19 infection still pose serious concerns relating to Class Members' health and safety.  The Court therefore requests that the Juvenile Coordinators address certain pandemic-related topics in their annual report.

The Court **ORDERS** the following:

1.    Defendants shall continue to release Class Members from their custody without unnecessary delay in a manner consistent with the FSA and the Court's prior Orders, and consistent with concern for the particular vulnerability of minors, especially during the pandemic.  FSA at ¶¶ 11, 14 [Doc. # 101].

2.    By **July 1, 2022**, the Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), and Office of Refugee Resettlement ("ORR") Juvenile Coordinators shall each file their 2022 Annual Report regarding their respective agency's compliance with the *Flores* Settlement Agreement.  Previous interim reports relating to the Rio Grande Valley ("RGV") sector may be incorporated into the Annual Reports, if necessary, without repeating the information contained therein.

3.    Each Juvenile Coordinator shall include in their annual report:  (i) the overall census of minors in the agency's facilities; (ii) the average length of stay for minors currently in the agency's facilities and for minors who have been released; and (iii) the number of minors currently testing positive for COVID-19.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | | Date | May 2, 2022 |
|---|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | | Page | 2 of 3 |

a. The CBP Juvenile Coordinator shall also provide:  (i) a census of Class Members in CBP custody in the RGV sector; and (ii) any update on CBP's policies and capacity for processing minors in light of COVID-19, changes to Title 42, and the ongoing influx.

b. The ICE Juvenile Coordinator shall report on ICE's compliance with the *Flores* Settlement Agreement as to any minors detained by ICE during this period.

c. The ORR Juvenile Coordinator shall also provide:  (i)  a census of minors in an EIS for more than 20 days and those minors' lengths of stay; (ii) updates on ORR's plans, if any, to expand capacity, particularly of licensed shelter beds and influx care facilities; and (iii) any updates on ORR policies or plans regarding the use of EISes, including policies and procedures to address COVID-19.

d. Plaintiffs, Defendants, and *Amici* may file responses, if any, to these interim reports by **July 15, 2022**, *after first meeting and conferring regarding areas of concern or dispute and attempting to achieve resolution*.

4. Special Expert Dr. Paul Wise and the Independent Monitor Andrea Ordin shall continue to provide enhanced monitoring of CBP, ORR, and (to the extent applicable) ICE facilities' care of minors, and shall have the ability to (a) request and obtain copies of medical care data and policies; (b) have in-person, telephone, or videoconference access to persons most knowledgeable at those facilities with whom they can discuss the baseline of custodial medical care, health care protocols, and COVID-19 prevention practices; (c) consider protocols for identifying minors who have serious medical conditions that may make them more vulnerable to COVID-19; (d) interview minors with serious medical conditions or, as appropriate, their parents; and (e) make such recommendations for remedial action that they deem appropriate.  They shall continue to monitor the conditions of any new facilities that care for Class Members, including hotels under the authority discussed in the Court's July 25, 2020 Order [Doc. # 887], and provide such informal recommendations to the parties and to the Court as they deem appropriate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | May 2, 2022 |
|---|---|---|---|

| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | Page | 3 of 3 |
|---|---|---|---|

      a.     If the Independent Monitor and Special Expert seek to file an interim report and recommendations, they shall first deliver a draft to the parties by **July 8, 2022**.

      b.     By **July 15, 2022**, the Independent Monitor and Special Expert shall file their next interim report, if any, with the Court.

      c.     The parties may file any responses to the interim report by **July 22, 2022**.

5.     The Court will hold a further status conference on **July 29, 2022, at 11:00 a.m.**

**IT IS SO ORDERED**.