## ***Notice to all Minors and their Accompanying Relatives***

This notice is directed to all minors in CBP custody in U.S. Border Patrol facilities in the Rio Grande Valley and El Paso sectors. If this notice has been posted in the facility where you are currently located then this notice applies to all minors held in this facility.

This notice is to inform you about a settlement in a case in federal court called *Flores v. Garland*. The *Flores* case involves the conditions of detention for all minors in custody. The Court in the *Flores* case has tentatively approved a settlement between the Plaintiffs and the Government dealing with the conditions in which all minors are held. As explained below, if you are a minor you have the right to object to the settlement before the Court decides whether to give final approval to the settlement. If you are a relative accompanying a minor, you may object on behalf of that minor.

In June 2019, the Plaintiffs in the *Flores* case filed a lawsuit challenging the conditions of detention for minors in custody in U.S. Border Patrol facilities in the Rio Grande Valley and El Paso. Since then, lawyers for the Plaintiffs and for the Government have met several times to discuss a settlement (an agreement) to resolve the Plaintiffs' claims.

The settlement the Plaintiffs and the Government have agreed to, and the Court has tentatively approved, will ensure that minors in the custody of the U.S. Border Patrol in the Rio Grande Valley and El Paso Sectors are provided conditions that meet certain standards including, for example, requiring that the government provide all detained minors with access to toilets, sinks, showers every 48 hours, soap, toothbrushes and toothpaste, drinking water, age-appropriate meals and snacks, sufficient space to sleep as well as mats and blankets, baby supplies, medical evaluations and treatment as needed, clothing as needed, adequate temperature control and ventilation, diapers and baby wipes for babies, caregivers to provide supervision, and unless there is a reason not to do so, that the government will allow adult family members (including non-parents or legal guardians) to remain with minors with whom they are held, and if held separately, to have contact with those minors during their time in Border Patrol custody. The settlement also requires that the Border Patrol must treat all minors in custody with dignity and respect.

If you wish, you may object to the settlement by submitting your objection in writing, via regular mail, to the class members' lawyers, who will then share the objections with the Court. If you wish to object, please advise a Border Patrol agent that you wish to object and you will be provided with paper, a pen or pencil, and an envelope and a stamp. Please sign your letter and also write down the date. If you are an accompanying adult, give the full name of the minor you are accompanying.  You may give the letter to a Border Patrol agent to be mailed for you Address the envelope to:

Peter Schey, Center for Human Rights and Constitutional Law, 256 S. Occidental Blvd., Los Angeles, CA 90057

To be timely, your objection must be mailed no later than _____.
If you do not make your objection by that date, you will lose your right to object.

You are not required to send a letter if you have no objection to the settlement.

## CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on May 21, 2022, I served a copy of the foregoing exhibit on all counsel of record by means of the District Court's CM/ECF electronic filing system.

/s/ Peter Schey
PETER SCHEY