1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | **[PROPOSED] ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND APPROVAL OF THE PARTIES' JOINT PROPOSAL RE NOTICE OF SETTLEMENT TO *FLORES* CLASS MEMBERS [DOC. # XXX]** |
| v. | |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | |

UPON CONSIDERATION of the parties' Joint Motion for Preliminary Approval of Settlement Agreement and Approval of Class Notice of Settlement ("Joint Motion") [Doc. # XXX], the Court preliminarily APPROVES the parties' settlement [Doc. # XXX-1] and APPROVES the notice of the proposed settlement agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # XXX-2].

Within five (5) days of the date of this Order, Plaintiffs shall provide to Defendants a copy of the approved Notice in English and Spanish.  Within twenty (20) days of the date of this Order, Defendants shall post copies of the approved Notice in English and Spanish at all U.S. Customs and Border Protection facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol.  Defendants shall post the Notice in areas where class members and their accompanying adult relatives can see the Notices.  Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and of the facilities where they were posted and the locations in each facility where they were posted.  The notice period shall be (30) days in duration.  Fifty (50) days after the date of this Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

Sixty (60) days after the date of this Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections.  The joint report will also include a proposed schedule for final approval of the Settlement Agreement as well as a proposed order approving the Settlement Agreement and, with the exception of Paragraph II.H in Plaintiffs' TRO application alleging that Defendants do not make and record efforts aimed at the prompt release of minors or their placement in licensed facilities [Doc. # 572-1 at 12-13, 20], dismissing Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue [Doc. # 572] with prejudice.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on May 21, 2022, I served a copy of the foregoing Proposed Order  on all counsel of record by means of the District Court's CM/ECF electronic filing system.

　　　　　　　　　　　　 /s/ Peter Schey
PETER SCHEY