# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND APPROVAL OF THE PARTIES' JOINT PROPOSAL RE NOTICE OF SETTLEMENT TO *FLORES* CLASS MEMBERS [1254]** |

UPON CONSIDERATION of the parties' Joint Motion for Preliminary Approval of Settlement Agreement and Approval of Class Notice of Settlement ("Joint Motion") [Doc. # 1254], the Court preliminarily **APPROVES** the parties' settlement [Doc. # 1254-1] and **APPROVES** the notice of the proposed settlement agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1254-2]. The Court sets the following schedule for notice and final approval:

By **June 8, 2022**, Plaintiffs shall provide to Defendants a copy of the approved Notice in English and Spanish.

By **June 23, 2022**, Defendants shall post copies of the approved Notice in English and Spanish at all U.S. Customs and Border Protection facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol. Defendants shall post the Notice in areas where class members and their accompanying adult relatives can see the Notices. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and of the facilities where they were posted and the locations in each facility where they were posted. The notice period shall be (30) days in duration.

By **July 15, 2022**, the parties shall file their motion for final approval of the Settlement Agreement. The motion shall also include a proposed order approving the Settlement Agreement and, with the exception of Paragraph II.H in Plaintiffs' TRO application alleging that Defendants do not make and record efforts aimed at the prompt release of minors or their placement in licensed facilities [Doc. # 572-1 at 12-13, 20], dismissing Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue [Doc. # 572] with prejudice. Any motion for attorney's fees shall also be filed by this date.

By **July 25, 2022**, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

By **July 28, 2022**, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections.

The Court will hold a final fairness hearing on **July 29, 2022** at **10:30 a.m.**

**IT IS SO ORDERED.**

DATED: June 3, 2022

_____
**DOLLY M. GEE**
**UNITED STATES DISTRICT JUDGE**