CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF CLASS NOTICE OF SETTLEMENT <br><br> Hearing: To be set by the Court <br><br> HON. DOLLY M. GEE |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On August 9, 2021, Plaintiffs filed a Motion to Enforce Settlement re Emergency Intake Sites ("Motion to Enforce"). [Doc. # 1161].

Plaintiffs' Motion to Enforce primarily sought injunctive relief requiring that Defendants release class members detained at Emergency Intake Sites (EISs) to qualified custodians without unnecessary delay, place all minors in a licensed program as expeditiously as possible, transfer particularly vulnerable children out of the Fort Bliss EIS and the Pecos EIS, adopt mandatory standards to ensure that EISs comply with the Office of Refugee Resettlement's standards for influx care facilities, and provide class members with continuous case management. *See* Proposed Order Enforcing Settlement [Doc. # 1161-3]; Plaintiffs' Motion to Enforce [Doc. # 1161].

On August 20, 2021, this Court entered a stipulation between the parties to continue the hearing on Plaintiffs' Motion to Enforce so that the parties could engage in settlement negotiations. [Doc. # 1168].

Thereafter, the parties engaged in numerous meetings attended by the Special Master/Independent Monitor and Dr. Paul Wise, counsel representing Plaintiffs and Defendants, and operational and legal staff from the U. S. Department of Health and Human Services, Office of Refugee Resettlement.

The parties have now reached a settlement agreement ("Agreement") to resolve Plaintiffs' Motion to Enforce. *See* Exhibit 1 filed herewith. The parties are submitting this joint motion for preliminary approval of the Agreement, along with a proposed class notice to inform *Flores* class members of the proposed Agreement. *See* Exhibit 2 filed herewith. This motion is submitted without a hearing date so the Court may, in its discretion, decide whether it wishes to conduct a hearing to address preliminary approval of the Agreement.

As detailed in the Agreement, the parties have agreed on standards Defendants will meet while operating Emergency Intake Sites. For example, the Agreement requires, in part, that Emergency Intake Sites provide suitable living accommodations, access to daily outdoor activity, private phone calls at least twice

a week for at least ten minutes in length, family reunification services, appropriate mental health interventions, educational services, legal services information, and structured leisure time activities. The Agreement generally prohibits the placement of particularly vulnerable children in Emergency Intake Sites, absent extraordinary circumstances. Additionally, the Agreement requires specific case management services such as an initial assessment by a case manager within 24 hours of a minor's admission to the facility and weekly meetings with case managers.

Consistent with Federal Rule of Civil Procedure 23(e), the parties submit the following joint proposal for providing notice of the Agreement to *Flores* class members:

The proposed Class Notice is attached as Exhibit 2. Within five (5) days of an Order from this Court approving the attached Notice, Plaintiffs shall provide to Defendants a copy of the approved Notice in English and Spanish. Within twenty (20) days of the date of the Order, Defendants shall post copies of the approved Notice in English and Spanish on ORR's web site. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and will provide a link to the posted Notice. Plaintiffs may also post the Notice in English and Spanish on Class Counsel's public web site. The notice period shall be thirty (30) days in duration.[1]

Fifty (50) days after the date of the Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

Sixty (60) days after the date of the Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The parties' joint submission will include a

---

[1] If ORR opens an EIS facility during the 30-day Notice period then Defendants will post the Notice at that facility in a place where class members can view the Notice, and will promptly notify Plaintiffs of such posting including the location of the posting within the facility.

2

proposed schedule for final approval of the Agreement as well as a proposed order approving the Agreement and dismissing with prejudice Plaintiffs' Motion to Enforce [Doc. # 1161].

A proposed order is being filed herewith.

Dated June 22, 2022:                    Respectfully submitted,

   /s/ Mishan Wroe

Carlos R. Holguín
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
*Attorneys for Plaintiffs*

   /s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
*Attorneys for Defendants*