# EXHIBIT 2

## *Notice to all Minors*

This notice is directed to all minors who are being held or will be held in the future in ORR custody at an Emergency Intake Site. If this notice has been posted in the facility where you are currently located, then this notice applies to all minors held in this facility.

This notice is to inform you about a settlement in a case in federal court called *Flores v. Garland*. The *Flores* case involves the conditions of detention for all minors in custody. The Court in the *Flores* case has tentatively approved a settlement between the Plaintiffs and the Government dealing with the conditions in which minors are held in Emergency Intake Sites. As explained below, if you are a minor being held by ORR you may have the right to object to the settlement before the Court decides whether to give final approval to the settlement.

In August 2021, the Plaintiffs in the *Flores* case filed an action with the court challenging the conditions of detention for minors in custody at unlicensed Emergency Intake Sites. Since then, lawyers for the Plaintiffs and for the Government have met several times to discuss a settlement (an agreement) to resolve the Plaintiffs' claims.

The settlement the Plaintiffs and the Government have agreed to, and the Court has tentatively approved, will ensure that ORR Emergency Intake Sites meet certain standards and provide, for example, suitable living accommodations, access to daily outdoor activity, private phone calls at least twice a week for at least ten minutes in length, family reunification services, appropriate mental health interventions, educational services, legal services information, and structured leisure time activities.  The settlement generally prohibits the placement of particularly vulnerable children in Emergency Intake Sites, absent extraordinary circumstances. Additionally, the settlement requires specific case management services such as an initial assessment by a case manager within 24 hours of a minor's admission to the facility and weekly meetings with case managers.

If you wish, you may request a copy of the settlement from an ORR or other staff member at the facility where you are currently placed. You may also object to the settlement by submitting your objection in writing, via regular mail, to the class members' lawyers, who will then share the objections with the Court. If you wish to object, please advise a staff member at the facility you are currently located at that you wish to object and you will be provided with paper, a pen or pencil, and an envelope and a stamp. Please sign your letter and also write down the date. You may give the letter to a staff member to be mailed for you. Address the envelope to:

Mishan Wroe, National Center for Youth Law, 1212 Broadway, Suite 600, Oakland, California 94612

To be timely, your objection must be mailed no later than _____.
If you do not make your objection by that date, you will lose your right to object.

You are not required to send a letter if you have no objection to the settlement.