CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*List continues on the next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> [PROPOSED] ORDER FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND APPROVAL OF THE PARTIES' JOINT PROPOSAL RE NOTICE OF SETTLEMENT TO *FLORES* CLASS MEMBERS |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

UPON CONSIDERATION of the parties' Joint Motion for Preliminary Approval of Settlement and Approval of Class Notice of Settlement ("Joint Motion") [Doc. # 1256], the Court preliminarily APPROVES the parties' settlement [Doc. # 1256-1] and APPROVES the notice of the proposed settlement agreement to *Flores* class members ("Notice") [Doc. # 1256-2] in accordance with Federal Rule of Civil Procedure 23(e).

Within five (5) days of the date of this Order, Plaintiffs shall provide to Defendants a copy of the approved Notice in English and Spanish. Within twenty (20) days of the date of this Order, Defendants shall post copies of the approved Notice in English and Spanish on ORR's web site. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and will provide a link to the posted Notice. Plaintiffs may also post the Notice in English and Spanish on Class Counsel's public web site. The notice period shall be thirty (30) days in duration.[1]

Fifty (50) days after the date of this Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

Sixty (60) days after the date of this Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The joint report will also include a proposed schedule for final approval of the Settlement Agreement as well as a proposed order approving the Settlement Agreement and dismissing Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites [Doc. # 1161] with prejudice. **IT IS SO ORDERED.**

Dated: June 22, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] If ORR opens an EIS facility during the 30-day Notice period then Defendants will post the Notice at that facility in a place where class members can view the Notice and will promptly notify Plaintiffs of such posting including the location of the posting within the facility.

Presented by:

*/s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*