# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT AND APPROVAL OF THE PARTIES' JOINT PROPOSAL RE NOTICE OF SETTLEMENT TO *FLORES* CLASS MEMBERS [1256]** |

UPON CONSIDERATION of the parties' Joint Motion for Preliminary Approval of Settlement and Approval of Class Notice of Settlement ("Joint Motion") [Doc. # 1256], the Court preliminarily **APPROVES** the parties' settlement [Doc. # 1256-1] and **APPROVES** the notice of the proposed settlement agreement to *Flores* class members ("Notice") [Doc. # 1256-2] in accordance with Federal Rule of Civil Procedure 23(e). The Court sets the following schedule for notice and final approval:

By **July 8, 2022**, Plaintiffs shall provide to Defendants a copy of the approved Notice in English and Spanish.

By **July 28, 2022**, Defendants shall post copies of the approved Notice in English and Spanish on ORR's web site. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and will provide a link to the posted Notice. Plaintiffs may also post the Notice in English and Spanish on Class Counsel's public web site. The notice period shall be thirty (30) days in duration.[1]

By **August 29, 2022**, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

By **September 2, 2022**, Plaintiffs shall file their motion for final approval of the settlement. Plaintiffs shall include a proposed order approving the Settlement Agreement and dismissing Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites [Doc. # 1161] with prejudice. Any motion for attorneys' fees shall also be filed by this date.

By **September 8, 2022**, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections.

The Court will hold a final fairness hearing on **September 23, 2022** at **10:00 a.m.**

**IT IS SO ORDERED.**

DATED: June 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] If ORR opens an EIS facility during the 30-day Notice period, then Defendants will post the Notice at that facility in a place where class members can view the Notice and will promptly notify Plaintiffs of such posting including the location of the posting within the facility.