# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER GRANTING APPLICATION TO SEAL [1260]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of the Juvenile Coordinator Report [Doc. # 1260].

UPON CONSIDERATION of the Application and the sealed declaration in support of sealing [Doc. # 1261], and for the reasons set forth therein, the Court finds that compelling reasons support sealing and hereby ORDERS that the following document may be filed under seal:

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: July 5, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE