ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

MERRICK GARLAND, Attorney General of the United States, *et al.*,

Defendants.

CASE NO. CV 85-4544 DMG (AGRx)

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

The Special Master/Independent Monitor ("Monitor") submits this Request for Extension for a four (4) month term from July 15, 2022, to November 15, 2022, in order to permit the Monitor to continue monitoring activity while awaiting Orders from the fairness hearings currently on calendar for July 29, 2022, and September 23, 2022, as well as to continue her role as Special Master and mediator. [Docs. ##1255, 1258].

According to the terms of the October 5, 2018, Order Appointing Andrea Sheridan Ordin as the Special Master/Independent Monitor ("Appointment Order"), the Monitor has requested, and the Court has granted, nine (9) extensions of her term [Docs. ## 698, 769, 1005, 1071, 1096, 1120, 1147, 1219, 1245] and, pursuant to the April Order [Doc. # 1245], extended the date to July 15, 2022. The Court further ordered that the Special Master "may file, on or before June 24, 2022, a Notice describing, serious, specific, and ongoing concerns and requesting a further extension…".

The Monitor and Dr. Paul H. Wise have observed progress in all three agencies since the last Interim Report. The Office of Refugee Resettlement ("ORR") and U.S. Customs and Border Protection ("CBP") Juvenile Coordinators' Annual Reports demonstrate significant program improvements and implementation of policies for the protection of minors. [Docs. ##1259-1, 1259-2, 1259-3] The Immigration and Customs Enforcement ("ICE") Juvenile Coordinator Report notes that minors are no longer in ICE custody and that program changes have resulted in the closure of the Family Staging Centers ("FSC").

Although critical challenges remain, the Monitor's extension request here is not based on "serious, specific, and ongoing concerns," but rather, on the need for a lesser degree of monitoring until the transition to the Juvenile Care Monitor position is completed, the desire to complete pending mediations, and the completion of a Closing Interim Report and Recommendations from Dr. Wise and the Monitor, anticipated on September 10, 2022.

After discussion with the Parties, plaintiffs do not object to the extension of four months and defendants have requested time until July 13, 2022, to provide any response to the proposed extension.

The Monitor expects the combined work of the Monitor and Special Expert Dr. Wise to average approximately 40 hours per month, and the work of the Monitor's non-senior aides to average approximately 30 hours per month during this four (4) month extension. The Monitor therefore proposes a billing cap of $65,000, exclusive of travel expenses. The Monitor and Dr. Wise shall submit to defendants timely invoices for fees such that defendants may review.

DATED: July 8, 2022

Respectfully submitted,

Andrea Sheridan Ordin

By s/ Andrea Sheridan Ordin
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on July 8, 2022, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on July 8, 2022 at Los Angeles, California.

Jeff Thomson