# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN MEESE<br><br>Defendant(s). | CASE NUMBER:<br><br>2:85–cv–04544–DMG–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/8/2022

Document Number(s):   1264

Title of Document(s):   Request for Extension of Special Master/Independent Monitor Term

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52–4.1.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 12, 2022      By:  /s/ *Grace Kami grace_kami@cacd.uscourts.gov*
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS