CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*List continues on the next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General the United States, *et al.*,<br><br>　　Defendants. | No. CV 85-4544-DMG-AGRx<br><br>PLAINTIFFS' RESPONSE TO ORR JUVENILE COORDINATOR'S ANNUAL REPORT<br><br>Hearing: July 29, 2022<br>Time: 11:00 am.<br><br>Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On July 1, 2022, the ORR Juvenile Coordinator filed an annual report, as required by the *Flores* Settlement Agreement and the Court's orders. *See* July 1, 2022 ORR Juvenile Coordinator Annual Report [Doc. # 1259-3] ("2022 Annual ORR Report"); *see also* FSA ¶ 30; Order re April 29, 2022 Status Conference [Doc. # 1253].

On July 8, 2022, Plaintiffs requested that the Parties meet and confer on several issues raised by the Annual Report, including why, according to the report, children are being placed in unlicensed Emergency Intake Sites (EIS) and Influx Care Facilities (ICF) when ORR appears to have more than enough available shelter beds to accommodate all these children. *See* Exhibit A, Email Correspondence, July 8, 2022. The Parties met and conferred on July 15, 2022, with the assistance of the Independent Monitor. Plaintiffs appreciate the information shared during the meet and confer and recognize the complexities involved in placement decisions in this dynamic environment.

Plaintiffs, however, remain concerned that ORR is placing children in large-scale unlicensed emergency and influx facilities while shelter and foster care beds are available and unoccupied. As of May 31, 2022, for example, just 6,294 (62%) of 10,120 *available*[1] shelter beds were occupied, leaving 3,826 available beds (38%) unoccupied. *See* 2022 Annual ORR Report at 7. On the same date, ORR held 2,501 children in EISs and 197 children in ICFs. *Id.* These children could all have been accommodated in the available and unoccupied shelter beds, with over a thousand available shelter beds to spare. *Id.* In addition, as of May 31, 2022, ORR had 285 available and unoccupied transitional foster care beds and 91 available and unoccupied long-term foster care beds. *Id.* The Juvenile Coordinator's report addresses the reasons why ORR capacity includes unavailable beds, but does not explain why thousands of *available* beds are unoccupied. *Id.* at 7-8.

---

[1] The 6,294 occupied shelter beds represent less than half of ORR's total funded shelter bed capacity of 12,838. *See* 2022 Annual ORR Report at 7.

  Plaintiffs have reached out to Defendants about ORR's under-utilization of its shelter and/or foster care beds in response to every Juvenile Coordinator report since October 2021 and have met and conferred on this issue multiple times, mostly recently on July 15. *See* Exhibit B, Prior Email Correspondence. Plaintiffs appreciate ORR's need to ensure sufficient available shelter and foster care beds to accommodate particularly vulnerable children but still do not understand why ORR's use of shelter beds—in both absolute numbers and percentage of occupancy—has substantially *declined* over time. According to the Juvenile Coordinator's reports, ORR had 8,672 occupied shelter beds (90% occupancy) in October 2021, 6,787 occupied shelter beds (83% occupancy) in January 2022, 7,077 occupied shelter beds (79% occupancy) in April 2022, and 6,294 occupied shelter beds (62% occupancy) in May 2022. *See* October 29, 2021 ORR Juvenile Coordinator Report at 3 [Doc. # 1192-2]; January 21, 2022 ORR Juvenile Coordinator Report at 3 [Doc. # 1220-1]; April 8, 2022 ORR Juvenile Coordinator Report at 3 [Doc. # 1240-3]; 2022 Annual ORR Report at 7.

  That ORR is using over two thousand fewer shelter beds than in October 2021 raises serious concerns that children are not being placed in licensed placements "as expeditiously as possible." Settlement ¶ 12.A. Plaintiffs request that these concerns be addressed by Defendants at the status conference on July 29, 2022, and that future reports by the Juvenile Coordinator explain ORR's reasons for placing children in emergency or influx facilities instead of available shelter and foster care beds, including approximately how many licensed beds are needed to accommodate the population of particularly vulnerable children and the agency's target goal of licensed beds to keep in reserve for this population. To the extent Defendants believe that the information provided in the Juvenile Coordinator report does not give the full context because it provides only a snapshot of occupancy on a single day, Defendants should report monthly average occupancy levels.

Respectfully submitted,

Dated: July 15, 2022

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Mishan Wroe
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch

 /s/ Carlos Holguín
Carlos R. Holguín
*One of the Attorneys for Plaintiffs*