# EXHIBIT A



Diane de Gramont <ddegramont@youthlaw.org>

## Meet and Confer re Annual ORR Juvenile Coordinator Report

**Diane de Gramont** <ddegramont@youthlaw.org>                                                Fri, Jul 8, 2022 at 9:50 AM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>, Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Mishan Wroe <mwroe@youthlaw.org>, aordin@strumwooch.com, pwise@stanford.edu

Sarah,

Plaintiffs have reviewed the ORR Juvenile Coordinator's Annual Report and would like to meet and confer regarding the following issues in advance of the July 15 response deadline. Can you please propose options for a meet and confer discussion on or before July 14?

1. ICF conversion: The Juvenile Coordinator's report states that Fort Bliss converted to an ICF May 30, 2022 and Pecos converted to an ICF on June 4, 2022. Plaintiffs are advised, however, that Pecos is not currently meeting ICF educational standards. What, if any, ICF standards are Fort Bliss and Pecos presently failing to meet? What is ORR's practice on waiving ICF standards at the converted EISs?

2. Unoccupied licensed beds: Plaintiffs remain concerned that children are being held in unlicensed facilities while shelter, TFC, and LTFC beds are available and unused. Specifically, the Juvenile Coordinator's report indicates that, as of May 31, 2022, just 62% of available shelter beds (and less than half of total funded shelter beds) were occupied (p. 7). According to the report, 2,501 children were placed in EISs and 197 children were placed in ICFs, when all of those children could have been accommodated in the unoccupied available shelter beds, with over a thousand available shelter beds to spare. In addition, just 72% of available TFC beds and 83% of available LTFC beds were occupied as of May 31 (p. 7).

Figure 5 on p. 8 of the Juvenile Coordinator's Report indicates reasons why beds are unavailable but the report does not explain why available beds are going unoccupied. We would like to discuss the agency's reasoning for placing children in EISs and ICFs instead of using available shelter, TFC, and LTFC beds.

3. Expanding licensed bed capacity: The Juvenile Coordinator report indicates that ORR "will award July 1, 2022" for applications related to the December 2021 NOFO and expects to issue four more NOFOs in the upcoming months (p. 9). How many grants were awarded on July 1, 2022, and how many beds do these grants represent? What is the expected timeline for these beds to come online? When does ORR plan to issue its NOFO to expand LTFC beds?

4. Restrictive placements: Is the Placement Review Panel process available to children in staff-secure and residential treatment centers? The Juvenile Coordinator's report references this as an option for children to "appeal their continued placement in a restrictive facility" (p. 26), but it is Plaintiffs' understanding that this process is available only to children in secure placement. What is ORR doing to notify children of this right to PRP review?

Plaintiffs would also like additional information on the corrective action plans (p. 24) issued by ORR to facilities that were not in compliance with NOP procedures and placement criteria and how these deficiencies were resolved.

5. Afghan UCs: The Juvenile Coordinator's report mentions FAQ documents specific to UAMs (p. 19 & p. 31). Are these FAQs directed at care providers or are they available to Afghan youth in ORR custody? Could these FAQs be made available to Plaintiffs?

Best regards,

Diane

--



**Diane de Gramont** (Pronouns: she/hers)
**Attorney, Immigration & Legal Advocacy**
1212 Broadway, Suite 600