# EXHIBIT B

Case 2:85-cv-04544-DMG-AGR Document 1269-2 Filed 07/15/22 Page 2 of 5 Page ID #:47095

National Center for Youth Law Mail - Plaintiffs Request to Meet and Confer regarding April ORR JC Report    7/14/22, 9:20 AM



Neha Desai <ndesai@youthlaw.org>

# Plaintiffs Request to Meet and Confer regarding April ORR JC Report

**Mishan Wroe** <mwroe@youthlaw.org>    Mon, Apr 11, 2022 at 9:20 PM
To: "Fabian, Sarah B (CIV)" <sarah.b.fabian@usdoj.gov>, "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>, Andrea Sheridan Ordin <aordin@strumwooch.com>, "Paul H. Wise" <pwise@stanford.edu>, Neha Desai <ndesai@youthlaw.org>, Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>

Sarah and Fizza,

In advance of Friday's filing deadline, Plaintiffs would like to meet and confer regarding the issues listed below. Are Defendants available to meet before Friday to discuss?

Best,
Mishan

1. What are ORR's plans with respect to long-term use of EISs? The section of the Juvenile Coordinator's report related to this question (p. 10) does not directly answer this question.

2. Does ORR have any plans to reopen Carrizo Springs or other Influx Care Facilities in the near future?

3. What are ORR's plans to increase its licensed LTFC beds? Is there any current mechanism for ORR to consider new LTFC grant applications? The Juvenile Coordinator's report describes the expansion of LTFC eligibility as part of ORR's processes to transfer minors from EISs into licensed facilities (p. 10), but to Plaintiffs' knowledge there are insufficient LTFC placements for eligible children. The December 2021 NOFO referenced in the Juvenile Coordinator Report relates to shelter and TFC placements but does not mention LTFC placements (p. 9).

4. What is the status of ORR's plans to develop LTFC and URM placements for Afghan children?

5. Why are over 1,900 licensed shelter beds unoccupied while an increasing number of children go to EISs? What is ORR doing to improve utilization of its existing licensed shelter beds?

6. What specific compliance issues led to the dramatic reduction in ORR's TFC capacity from a total of 2,027 beds in January to 872 beds in April? When, if at all, does ORR anticipate that these beds will return online?

--



**Mishan Wroe,** she/hers
**Senior Attorney, Immigration & Legal Advocacy**
p: 510.920.3512
youthlaw.org

  



Diane de Gramont <ddegramont@youthlaw.org>

## Meet and Confer regarding January 2022 ORR JC Report

**Mishan Wroe** <mwroe@youthlaw.org> Tue, Jan 25, 2022 at 4:24 PM
To: "Fabian, Sarah B (CIV)" <sarah.b.fabian@usdoj.gov>, "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>
Cc: Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Melissa Adamson <madamson@youthlaw.org>, Diane de Gramont <ddegramont@youthlaw.org>

Sarah,

In advance of Friday's filing deadline, Plaintiffs would like to meet and confer regarding the three issues outlined below. Can you please let me know when you are available for a meet and confer discussion?

Thank you,
Mishan

1) Why are 70% of transitional foster care (TFC) beds unoccupied and why has the TFC occupancy rate consistently declined since last summer? According to the Juvenile Coordinator reports, there were 1,062 TFC beds occupied (69% occupancy) in July 2021, 749 TFC beds occupied (42% occupancy) in October 2021, and 598 TFC beds occupied (30% occupancy) in January 2022. What specific steps is ORR taking to improve TFC utilization? To the extent the problem is foster care providers refusing to accept certain categories of children, will the new TFC contracts in response to the December NOFO and the anticipated spring NOFO address that issue?

2) Why are 366 children still placed at EISs when there are over 1,400 unoccupied shelter beds?

3) Why is Figure 2 on p. 3 of the report missing the number of RTC placements?

**Mishan Wroe** *(Pronouns: she / her / hers)*
**Senior Attorney, Immigration & Legal Advocacy**
National Center for Youth Law
Phone: 510-920-3512
Fax: 510-835-8099
1212 Broadway, Suite 600, Oakland, CA 94612

  



Neha Desai <ndesai@youthlaw.org>

## Meet and Confer re October 29 ORR Juvenile Coordinator Report

**Mishan Wroe** <mwroe@youthlaw.org>                                                                                           Tue, Nov 2, 2021 at 1:37 PM
To: "Fabian, Sarah B (CIV)" <sarah.b.fabian@usdoj.gov>
Cc: "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Carlos Holguín <crholguin@centerforhumanrights.email>

Sarah,

In advance of Friday's filing deadline, we'd like to meet and confer about several issues raised by the October 29 ORR Juvenile Coordinator report. We would like to focus on the following questions:

> 1. Why were 58% of transitional foster care beds (1,030 beds) unoccupied as of October 15? ORR Report at p. 3. Has TFC occupancy increased since then?
>
> 2. Why were 66% of Carrizo Springs beds (680 beds) unoccupied as of October 15? ORR Report at p.3. Has this occupancy rate changed since then? We note the JC report says the low occupancy is because it is only receiving Covid positive minors and their siblings. It was Plaintiffs' understanding, based on our prior conversations, that transitioning Carrizo Springs to a Covid positive facility would allow ORR to continue to make full use of that facility. Has that changed? Are there plans to utilize more of the Carrizo Springs beds for non-Covid positive minors?

We also have questions regarding reporting on conditions at Ft. Bliss and Pecos (#3) and Covid protocols (#4-#6).

> 3. The Court's September 17 order asks the Juvenile Coordinator to provide "more specific updates on the concerns raised about the Ft. Bliss EIS conditions and length of stay and Pecos EIS length of stay." Doc. 1180 at 2. We note the report includes general information on average length of stay at Pecos and Ft. Bliss but does not specifically address the Court's question. Can you provide that information?
>
> 4. The Juvenile Coordinator Report states that "Minors are required to quarantine for the first 7 days after admission to an EIS and can be released from quarantine on the morning of day 8 if they remained asymptomatic and had a negative COVID-19 test in the 48 hours prior." ORR Report at p. 15. Based on our last conversation about this issue in relation to the September Juvenile Coordinator report, it was Plaintiffs' understanding that children at EISs are not subject to routine quarantine. Could you please clarify the EIS quarantine policy?
>
> 5. Why doesn't the Juvenile Coordinator Report indicate the number of Covid-positive children at the Starr Commonwealth EIS? The report includes an asterix and states that "there are currently no Southwest Border minors residing at Starr Commonwealth EIS; therefore, the data on COVID-19 positive minors is not included in the information provided by the CDC on Southwest Border

placements." ORR Report at pp. 14-15. We do not understand why this precludes ORR from reporting on the number of Covid-positive children, if any, at Starr Commonwealth.

6. Is HHS testing children for Covid when they enter CBP facilities? Based on Dr. Wise's update at the last status conference, it was Plaintiffs' understanding that there was an effort to test children upon entry to CBP facilities and then immediately transfer Covid positive children to ORR custody to avoid Covid spread in CBP facilities. The CBP Juvenile Coordinator report, however, continues to indicate that children are not tested at intake but may be tested by HHS upon transfer or release from CBP custody. CBP Report at p. 5.

Can you please let us know when you're available to meet and confer?

Thank you,
Mishan

**Mishan Wroe** *(Pronouns: she / her / hers)*
**Senior Attorney, Immigration & Legal Advocacy**
National Center for Youth Law
Phone: 510-920-3512
Fax: 510-835-8099
1212 Broadway, Suite 600, Oakland, CA 94612

