BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
|     Plaintiffs, | **DEFENDANTS' REQUEST FOR APPROVAL RE: CBP AND ICE JUVENILE COORDINATORS** |
|     v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
|     Defendants. | |

On June 27, 2017, the Court issued an Order requiring Defendants to "submit the name of a proposed Juvenile Coordinator pursuant to Paragraph 12A of the Agreement and his or her qualifications for the position." ECF No. 363 at 34. Following this Order, Defendants submitted the names of Mr. Henry A. Moak, Jr. and Ms. Deane Dougherty to serve as Juvenile Coordinators under the *Flores* Settlement Agreement for U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), respectively. On August 24, 2017, the Court accepted Mr. Moak and Ms. Dougherty as Juvenile Coordinators (ECF No. 371).

Mr. Moak has served as CBP's Juvenile Coordinator since his acceptance in 2017. By this filing, CBP now asks that the Court approve Mr. Dale Graham Martin to serve as CBP's Deputy Juvenile Coordinator, effective immediately. Mr. Martin currently serves as a member of Mr. Moak's team in the role of Deputy Chief Accountability Officer, and he has assisted Mr. Moak in his Juvenile Coordinator role for several years, including participating in site visits and working with the Independent Monitor. Mr. Martin's CV is attached for the Court's consideration (Attachment A).

CBP makes this request in consideration of current operational requirements and tempo. While Mr. Moak's responsibilities as Juvenile Coordinator would not change following approval of Mr. Martin as Deputy Juvenile Coordinator, such

approval would allow for enhancement of CBP's coverage and oversight of compliance and ensure continuity in the Juvenile Coordinator role into the future. Mr. Moak has reached the milestone of over 30 years of federal service and, while Mr. Moak does not have any current plans to transfer from his federal position or for retirement, CBP believes approval of Mr. Martin as the Deputy Juvenile Coordinator at this time would be prudent and in the interest of both CBP and the Court in order to allow for continuity of efforts in the role of the CBP Juvenile Coordinator going forward.

      Ms. Dougherty, likewise has served as ICE's Juvenile Coordinator since her approval by the Court in 2017. Ms. Dougherty recently transitioned to a new position within ICE, and ICE therefore requests that the Court approve Dawn M. Helland to serve as the ICE Juvenile Coordinator going forward. Ms. Helland is the Acting Deputy Assistant Director of ICE Enforcement and Removal Operations ("ERO"), Juvenile Family and Management Division. As reflected in the attached CV (Attachment B), Ms. Helland oversees all agency activities as they relate to juveniles and families, including assessing laws, legislation, court orders, and policies for impact on ICE ERO operations related to juveniles and families, resolving complex issues, and providing subject matter expertise. ICE expects that Ms. Helland will transition into the role of Juvenile Coordinator in the near future following approval from the Court.

DATED: July 22, 2022                Respectfully submitted,

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants