# ATTACHMENT A

# Dale Graham Martin

1331 Pennsylvania Ave. N.W., Suite 1355 North
Washington, D.C. 20029

## EXPERIENCE

**Deputy Chief Accountability Officer**  April 2019 – Present
**Office of Accountability**
**U.S. Customs and Border Protection**
**Washington, D.C.**

**Executive Officer, Office of Accountability**  September 2016 – April 2019
**U.S. Customs and Border Protection**
**Washington, D.C.**

As the Deputy Chief Accountability Officer for U.S. Customs and Border Protection (CBP), I focus on planning and leading Office of Accountability (OAct) operations to analyze program health, effectiveness, funding, and performance. These responsibilities involve directing the development of the OAct annual plan and leading six directors in the implementation of these annual priorities, including linking funding to performance outcomes, implementing the Evidence-Based Policy Making Act of 2018, and monitoring compliance across a wide range of program areas, including the Flores Settlement Agreement (FSA). I have participated in inspections of CBP facilities to monitor compliance with the FSA, liaised with and assisted the Court-appointed Special Master, and appear, on behalf of the CBP Juvenile Coordinator, before the U.S. District Court for the Central District of California to provide updates on the Agency's compliance with the FSA.

**Chief of Staff, Office of Trade**  March 2014 – September 2016
**U.S. Customs and Border Protection**
**Washington, D.C.**

As the Chief of Staff for the Office of Trade (OT), one of the Agency's four operational offices, I was responsible for driving the advancement of programs and initiatives to facilitate lawful and compliant trade and enforcement of U.S. trade laws. I led Congressional, media, and trade community engagement and was responsible for front office operations, including employee communications and oversight of audit programs. I served as a liaison with Department of Homeland Security headquarters, National Security Council staff, and senior CBP leaders on key trade issues ranging from intellectual propriety rights enforcement, forced labor, import safety, and anti-dumping countervailing duty enforcement. I led efforts to coordinate OT's technical assistance to Congress in support of the Trade Facilitation and Trade Enforcement Act of 2015 (TFTEA) and was recognized by the CBP Commissioner for my work on the CBP Headquarters Realignment core team, whose work informed the Agency's current headquarters reporting structure.

**Branch Chief, Communications**  April 2010 – March 2014
**Office of International Trade**
**U.S. Customs and Border Protection**
**Washington, D.C.**

I managed OT public affairs, Congressional affairs, audit relations, and task management programs. These duties included ensuring that audit oversight requests were timely addressed and coordinated by the proper subject matter experts, organizing and representing leadership in meetings with Senate Finance Committee staff, and ensuring compliance with Congressional reporting requirements.

# Dale Graham Martin

1331 Pennsylvania Ave. N.W., Suite 1355 North
Washington, D.C. 20029
*Page Two*

***International Trade Specialist*** *October 2008 – April 2010*
***Trade Modernization and ACE Coordination Division***
***Office of International Trade***
***U.S. Customs and Border Protection***
***Washington, D.C.***

    I developed business measures, software requirements, and communications products supporting CBP Trade Strategy implementation and systems modernization efforts, including a comprehensive, consistent set of Priority Trade Issue annual plan implementation measures aligned with the CBP Trade Strategy.

***Senior Consulting Manager, Robbins-Gioia LLC, supporting the*** *January 2007 – October 2008*
***Cargo Systems Program Office***
***U.S. Customs and Border Protection***
***Washington, D.C.***

***Principal Consultant, Robbins-Gioia LLC, supporting the*** *February 2003 – January 2007*
***Cargo Systems Program Office***
***U.S. Customs and Border Protection***
***Washington, D.C.***

    I served as the secretariat for the CBP Modernization Board of Directors, chaired by the Deputy Commissioner, and the Automated Commercial Environment (ACE) Executive Steering Committee, chaired by the Commissioner. I led a team of five communications professionals to support outreach to frontline CBP Officers, Congress, the trade community, and the public regarding the development and implementation of ACE, which today is used to process all imports entering the commerce of the U.S.

***Marketing Manager, Mitel Networks Solutions*** *September 2000 – February 2003*
***Herndon, VA***

    I designed and implemented marketing communications strategies for the K-12 education market and implemented a national rollout campaign for Mitel product support services.

***Client Principal, Weber Associates*** *March 1997 – September 2000*
***Chantilly, VA***

***Client Principal, Weber Associates*** *July 1996 – March 1997*
***Sterling, VA***

    I led teams in the design and implementation of internal communications campaigns and product launches for *Fortune 50* telecommunications and financial services clients to increase sales and improve customer satisfaction.

***Intern, U.S. Department of State*** *Summer 1995*
***Stuttgart, Germany***

    I represented the U.S. government at political and economic functions, wrote speeches in German for the Consul General, and reported on regional political and economic trends.

# Dale Graham Martin

1331 Pennsylvania Ave. N.W., Suite 1355 North
Washington, D.C. 20029
*Page Three*

## EDUCATION

**Georgetown University, Washington D.C.**  *May 1996*
*Edmund A. Walsh School of Foreign Service*
*Master of Science, Foreign Service*
*Honors concentration in International Business Diplomacy*
*Dean's Award for Academic Excellence*

**Bowdoin College, Brunswick, Maine**  *May 1994*
*A.B., summa cum laude, in History (Highest Honors) and German, Minor in French*
*Member, Phi Beta Kappa*
*Institute of European Studies, Berlin, Germany, Fall 1992*