# ATTACHMENT B

Dawn M. Helland

## Experience

**Immigration and Customs Enforcement (ICE)**
**Enforcement and Removal Operations (ERO)**
**Juvenile and Family Management Division (JFMD)**
**500 12th Street, SW**
**Washington, DC 20024**

**Acting Deputy Assistant Director—August 2021 to present**
**Unit Chief—November 2020 to August 2021**
Since November 2020, I have served as the Unit Chief, and now the acting Deputy Assistant Director for the Juvenile and Family Management Division. I created JFMD by reorganizing the previous Juvenile and Family Residential Management Unit (JFRMU) into two separate headquarters (HQ) units, the Juvenile and Family Case Management Unit (CMU), and the Juvenile and Family Transportation and Compliance Unit (TCU). I oversee both units, and all agency activities as they relate to juveniles and families. This includes assessing laws, legislation, court orders, and policies for impact on ICE ERO operations related to juveniles and families, resolving complex issues, providing subject matter expertise.

I played a critical role in the Department's ability to care for and expeditiously move over 300,000 unaccompanied children (UC) and family units (FAMU) to their intended destinations during the height of the largest migrant surges ever recorded. I implemented processes that resulted in significant efficiencies for the safety and security of the families and children, while ensuring the agency's compliance with the terms of existing court orders and laws for unaccompanied minors and families e.g., the Homeland Security Act, the Trafficking Victims Protection Reauthorization Act (TVPRA) and the Flores Settlement Agreement (FSA).

From March 2021-March 2022, I oversaw ICE's Emergency Family Staging Center (EFSC) contract that added eight facilities and 1,600 additional family beds to ICE's family housing capacity, which resulted in ICE successfully housing, feeding, transporting, COVID testing /screening, and providing medical care to over 15,000 families along the SWB (approximately 44,000 individuals).

I am responsible for the onboarding and training of all ICE Field Office Juvenile Coordinators and other DHS staff that interact with juveniles and families. I interpreted, created, and implemented policy related to the juvenile and FAMU populations to include the publishing of the industry-leading Family Residential Standards (FRS) for detained FAMU.

**Section Chief—June 2018 to November 2020**
In this capacity, I oversaw operations and ERO activities related to the Juvenile and Family Residential Management Program and was selected as the unit's first Section Chief. I worked closely with the District Court Litigation Division and the Office of the Principal Legal Advisor

**Dawn M. Helland**

on heavily litigated topics such as age-outs (Garcia-Ramirez v. ICE), gang related arrests/encounters (Saravia v. Barr), family separations (Ms. L v. ICE), and binary choice (Flores v. Reno).

I coordinated with Customs and Border Protection (CBP), the Department of Health and Human Services' Office of Refugee Resettlement (ORR), and non-governmental organizations to make decisions related to the care and custody of minors.

I supported, trained, monitored, and advised 200+ FOJCs in 24 field offices. I developed protocols to conduct field office site visits, which enabled ICE to build a more informed and more confident officer corps specific to interacting with families and juveniles. I led support to the field while fostering strong communications and working towards a consistent response to UC and FAMU nationwide.

I worked alongside headquarters level components from the Office of the Assistant Secretary for Preparedness and Response (ASPR), U.S. Department of Health and Human Services (HHS), and the Department of Justice (DOJ) and supervised an interagency reunification Incident Management Team, which consisted of 15-25 personnel, to develop a Tri-Department (short and long-term) plan which provided an ongoing process to reunify separated parents with their children. As a direct result, 2,600+ children were successfully reunited with their separated parents.

## Awards and Recognitions

2022 Samuel J. Heyman Service to America Medals (Sammie) Award Nominee

2021 ICE ERO Director's Award for Meritorious Service

2021 ICE ERO Director's Award for Excellence in Law Enforcement

2019 PLA Award Recipient for Outstanding Support to OPLA

## Education

ASHFORD UNIVERSITY – Clinton, IA
BA Social and Criminal Justice, 2011-2016

DEFENSE LANGUAGE INSTITUTE – Monterey, CA
AA Foreign Studies (French), 2010-2011

FEDERAL LAW ENFORCEMENT TRAINING CENTER (FLETC) – Artesia, NM, 2008-2009