CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
      crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> JOINT STATEMENT RE NO CLASS MEMBER OBJECTIONS TO CBP SETTLEMENT <br><br> [Doc. ## 572, 576, 1254, 1255] <br><br> Hearing: July 29, 2020 10:30 AM <br><br> [HON. DOLLY M. GEE] |

/ / /

1

*Attorneys for Plaintiffs continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500


/ / /

2

Upon consideration of the parties' Joint Motion for preliminary approval of their Agreement to resolve Plaintiffs' June 26, 2019, *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO"). [Doc. # 572]., the Court preliminarily approved the parties' Agreement and with some modifications approved the notice of the proposed Agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1255]. The Court set—and the parties have complied with—the following schedule for notice and final approval:

By June 8, 2022, Plaintiffs were required to provide to Defendants a copy of the approved Notice in English and Spanish. While briefly delayed, Plaintiffs promptly provided Defendants a copy of the approved Notice as modified by the Court in both English and Spanish.

By June 23, 2022, Defendants were required to and did post copies of the approved Notice in English and Spanish at all U.S. Customs and Border Protection facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol. Defendants were required to and did post the Notice in areas where class members and their accompanying adult relatives could see the Notices. Defendants were required to and did notify Plaintiffs' counsel in writing when the Notices were posted and of the facilities where they were posted and the locations in each facility where they were posted. The notice period has now been completed and was no less than (30) days in duration.

By July 15, 2022, the parties were required to and did file a Joint Motion for final approval of the Agreement. [Doc. # 1266.].

The Court further ordered that by July 25, 2022, Plaintiffs' counsel should file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received, and by July 28, 2022, Plaintiffs and Defendants

should file a joint report regarding any objections received from class members during the period for the submission of objections. *Id.*

While slightly delayed to ensure that the parties and the Court would be aware of any objections to the Agreement, Plaintiffs have now advised Defendants that no class members or adults accompanying class members have forwarded to Class Counsel any objections to the Agreement, and hereby notify the Court that no class members or adults accompanying class members have forwarded to Class Counsel any objections to the Agreement. Defendants join this filing to confirm that they are not aware of any objections to the Agreement.

Dated: July 28, 2022                    Respectfully submitted,

  /s/ Peter Schey
PETER SCHEY
Center For Human Rights &
Constitutional Law

BILL ONG HING
USF School Of Law Immigration
Clinic

STEPHEN ROSENBAUM
La Raza Centro Legal, Inc.
*Attorneys for Plaintiffs*

  /s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on July 28, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

    /s/ Peter Schey
PETER SCHEY