UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 85-4544-DMG (AGRx)**                                Date  July 29, 2022

Title  ***Jenny L. Flores, et al. v. Merrick Garland, et al.***

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey - VTC | Sarah B. Fabian, USDOJ - VTC |
| Leecia Welch - VTC | Fizza Batool, USDOJ - VTC |

**Proceedings:** STATUS CONFERENCE

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT [1266]**

The case is called and counsel state their appearance. The hearing is held via videoconference. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty (by telephone); and CBP Juvenile Coordinator Henry A. Moak, Jr. The hearing is held by videoconference. The Court and counsel confer. The Court GRANTS the above-entitled motion for the reasons stated on the record. A written order will issue.

By no later than **July 1, 2023**, the CBP, ICE, and ORR Juvenile Coordinators shall each file their 2023 Annual Report regarding their respective agency's compliance with the Flores Settlement Agreement. Plaintiffs may file responses, if any, to these Reports by **July 14, 2023**. A further status conference is set on **July 28, 2023 at 11:00 a.m.**

0:45