UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | July 29, 2022 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE APPOINTMENT OF JUVENILE COORDINATORS**

On July 22, 2022, Defendants submitted the names of a proposed Deputy Juvenile Coordinator for U.S. Customs and Border Protection ("CBP") and a proposed Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"). [Doc. # 1271.] Specifically, Defendants propose that Dale Martin Graham, the Deputy Chief Accountability Officer of CBP, be appointed as CBP's Deputy Juvenile Coordinator, and that Dawn M. Helland, the Acting Deputy Assistant Director for ICE's Juvenile and Family Management Division, be appointed as ICE's Juvenile Coordinator.

Having reviewed the qualifications of Mr. Graham and Ms. Helland, the Court approves Mr. Graham's appointment as the Deputy Juvenile Coordinator for CBP and Ms. Helland's appointment as the Juvenile Coordinator for ICE.

**IT IS SO ORDERED**.