BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al*., <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> JOINT MOTION FOR APPOINTMENT OF JUVENILE CARE MONITOR <br><br> Hearing: None Set <br><br> [HON. DOLLY M. GEE] |

1

On June 26, 2019, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO") (ECF No. 572). Following mediation, the parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' TRO, and have filed a motion seeking final approval of the Agreement from the Court (ECF No. 1266). The Court will hold a hearing for final approval of the Agreement on July 29, 2022 (ECF No. 1255).

The Agreement provides, in part, for the appointment of a Juvenile Care Monitor. *See* ECF No. 1254-1 at 17-20. The Agreement requires that the parties agree upon a Juvenile Care Monitor, and file a request with the Court to give the Juvenile Care Monitor authority "to monitor compliance in the RGV and El Paso Sectors with the [*Flores* Settlement] as detailed in [the] Agreement." *Id.* at 17. By this Joint Motion, the parties hereby request that the Court appoint Dr. Paul Wise as the Juvenile Care Monitor and give him the authority detailed in the Agreement to conduct such monitoring. The parties also ask the Court to order payment to the Juvenile Care Monitor with a cap of $310,000 annually, which is a slight increase over the amount in the Agreement to account for the inclusion of such aides as the Juvenile Care Monitor may require to assist with his duties. The parties attach a proposed order, the issuance of which will provide Dr. Wise with the Court-ordered authority to serve as the Juvenile Care Monitor in the manner agreed to by the parties

2

and detailed in the Agreement. Good cause exists to enter the proposed order because it will allow for experienced and trusted oversight of the parties' implementation of the Agreement.

Dated: August 1, 2022                    Respectfully submitted,

                                         /s/ Peter Schey
                                         PETER SCHEY
                                         Center For Human Rights &
                                         Constitutional Law

                                         BILL ONG HING
                                         USF School Of Law Immigration
                                         Clinic

                                         STEPHEN ROSENBAUM
                                         La Raza Centro Legal, Inc.

                                         Attorneys for Plaintiffs

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney
                                         General
                                         Civil Division

                                         WILLIAM C. PEACHEY
                                         Director, District Court Section
                                         Office of Immigration Litigation

                                         WILLIAM C. SILVIS
                                         Assistant Director, District Court
                                         Section
                                         Office of Immigration Litigation

                                         /s/ Sarah B. Fabian
                                         SARAH B. FABIAN
                                         Senior Litigation Counsel

FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on August 1, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation

4