1
2
3
4
5
6

PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Emails: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

7
8
9

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15
16
17
18
19
20
21
22
23

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**EXHIBIT 1: DECLARATION OF PETER SCHEY IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Hearing:  December 2, 2022<br>Time:      10:00 AM<br>Judge:     Hon. Dolly Gee |

24
25
26
27
28

1    *Attorneys for Plaintiffs continued*

2

3    USF SCHOOL OF LAW IMMIGRATION CLINIC
     Bill Ong Hing (Cal. Bar No. 61513)

4    2130 Fulton Street
     San Francisco, CA 94117-1080

5    Telephone: (415) 422-4475

6    Email: bhing@usfca.edu

7

8    LA RAZA CENTRO LEGAL, INC.
     Stephen Rosenbaum (Cal. Bar No. 98634)

9    474 Valencia Street, #295
     San Francisco, CA 94103

10   Telephone: (415) 575-3500

11

12

13

14

15

16

17   / / /

18

19

20

21

22

23

24

25

26

27

28

ii

Declaration of Peter A. Schey

I, Peter Schey, declare and say as follows:

1. I make this declaration in support of Plaintiffs' motion for Equal Access to Justice Act fees in relation to work performed by Plaintiffs' counsel on Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO Application") [Doc. # 572]. I am employed by, and serve as President of the Center for Human Rights and Constitutional Law (CHRCL), a non-profit, public interest law firm that provides free legal representation to indigent immigrants and refugees. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2. I was admitted to practice before the Supreme Court of the State of California in December 1973. I have since then been admitted to practice in the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, the United States Circuit Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

3. Since 1974 my practice has focused on complex litigation, advocacy and technical support in furtherance of the rights of vulnerable communities, in particular immigrants and refugees. As regards legal support services, the California Legal Services Trust Fund has funded CHRCL since 1982 to provide technical support and training to qualified legal services programs and attorneys serving pro bono publico in the areas of immigration law, constitutional law, and impact litigation. In my capacity

as CHRCL's President, I have often provided technical support, advocacy support and training to legal aid and pro bono lawyers on immigration law, constitutional law, and complex litigation.

4. In the area of litigation, I have served as lead or co-lead counsel in numerous major class actions on behalf of immigrants and refugees, including *Plyler v. Doe*, 457 U.S. 202 (1982), a state-wide class action that established the right of children to a public elementary education regardless of their immigration status; *Perez-Olano v. Gonzalez*, 248 F.R.D. 248 (C.D. Cal. 2008), which resulted in a nationwide settlement expanding eligibility for special immigrant status, an immigration benefit for abused, abandoned and neglected children; *We Are America v. Maricopa County*, 297 F.R.D. 373 (D. Ariz. 2013), a state-wide class injunction against prosecuting migrants for conspiring to transport themselves; *Orantes-Hernandez v. Smith*, 541 F.Supp. 351 (C.D. Cal. 1982), a national class action on behalf of Salvadoran nationals blocked from applying for political asylum; *League of United Latin American Citizens v. Wilson*, 908 F. Supp. 755 (C.D. Cal. 1995), a state-wide class action that overturned a state proposition that would have denied health care, social services and education to suspected undocumented immigrants; *Catholic Social Services v. Immigration and Naturalization Service*, 232 F.3d 1139 (9th Cir. 2000) (en banc), a national class action that restored the right of some 500,000 class members to apply for legalization under the Immigration Reform and Control Act of 1986; *Lopez v. INS*, Cv. No. 78-1912-WB(xJ), nation-wide settlement impacting requiring persons arrested by the INS to be provided written advisal of their legal rights, including the right to apply for political asylum and a period of time to consult with attorneys before post-arrest interrogation and deportation; *Munoz v. Bell*, Cv. No. 77-3765-WG (C.D. Cal. 1978), federal case resulting in court-approved nation-wide settlement requiring

4

Immigration Judges to advise all persons in deportation proceedings of free legal services available to indigent immigrants.

5. My resume is attached as Exhibit A.

6. I am able to converse with class members and their mothers in Spanish about immigration matters. The majority of class members in the litigation the CHRCL conducts, including *Flores*, are monolingual Spanish-speakers, and the ability to communicate with these class members in their native language is invaluable.

7. The successful prosecution of the Ex Parte Application required an unusual combination of skills, knowledge and experience. Since 1985 I and other staff of the Center for Huan Rights and Constitutional Law have devoted a substantial part of our practice to working with immigrant and refugee minors; I believe that the insight I and other staff have developed with this population through, for example, our work in litigating, negotiating, and coordinating the monitoring of the Flores settlement, was invaluable to arriving at a settlement and the issuance of the Orders approving the settlement based on the ex parte application and its follow-up work .

8. My activities sometimes comprise of several related tasks. For example, when shepardizing a case I normally review cases identified and then often further shepardize those cases and review other significant sources relied upon by decisions including statutes, regulations, legislative history, etc. I exchange updates and information with advocates working directly with detained Class Members. I have trained lawyers, interpreters, and doctors to participate in and have organized many Flores monitoring visits to Defendants' detention facilities.  I routinely follow all media stories and published studies, analysis, and reports regarding the detention and release of Class Members. I also routinely monitor and engage in advocacy

regarding policies being considered, modified, or issued by the Executive Branch or Congress impacting Flores Class Members.

9. The original plaintiffs in this action were indigent at the time this action commenced. Further, it is virtually self-evident that plaintiff class members are indigent as well. By definition, they are immigrant or refugee minors in federal custody. *See Flores* Settlement Agreement ¶¶ 10-11.

10. Based on my experience, the work performed by Orrick co-counsel relating to the Ex Parte Application as reflected in their time records was reasonable, necessary, and justified for the successful litigation of the application.

11. The total time compensable for my work on plaintiffs' application to enforce the *Flores* settlement, is reflected in the attached itemization in Exhibit B. I routinely exercise billing judgment by often not seeking reimbursement for multiple tasks including for example routine brief discussions about the litigation with co-counsel, consultants, and advocates representing class members in their individual cases, brief email traffic with co-counsel, consultants and counsel representing class members, review of media reports and studies regarding the challenged policies or practices, some monitoring activities, and other tasks taking less than ten minutes.

12. I believe the market rates sought by Plaintiffs in the accompanying motion for my time are reasonable and generally *below* the rates courts have awarded attorneys with less experience than I possess.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of August, 2022, at Oak View, California.



Peter Schey

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

*PETER A. SCHEY RESUME (2021)*

-------------------------------------------------------------------------

PERSONAL:

Place of Birth: Durban, South Africa

Telephone:     (323) 251-3223
Facsimile:     (310) 526-6537
E-mail: pschey@centerforhumanrights.org
The State Bar of California: Active # 58232

Websites:              www.centerforhumanrights.org
                       www.casalibrela.org
                       www.tents4homeless.org

Facebook:      www.facebook.com/center4humanrights
-------------------------------------------------------------------------

EDUCATION:

Lowell High School, San Francisco, CA
Graduated (honors) - June, 1964;

University of California, Berkeley, CA
Graduated (honors) - June, 1969
Bachelor of Arts in Psychology

California Western School of Law,
San Diego, CA
Juris Doctor (honors), June, 1973;
Outstanding Service Award, March 2, 1972;
California Western Law Review, 1971-72.

-------------------------------------------------------------------------

EMPLOYMENT HISTORY:

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW, INC.

Peter Schey Resume
Page 2

1997-present: Founder and President of the Center for Human Rights and Constitutional
Law, Inc. (CHRCL Inc.), a program that provides transitional living services, including
shelter, food, counseling, health, legal, and educational services to unaccompanied
formerly detained and homeless immigrant and refugee youth. See www.casalibrela.org

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW FOUNDATION

1980 – present: Founder and Executive Director of the Center for Human Rights and
Constitutional Law Foundation (CHRCL Foundation). The Center is dedicated to the
protection and promotion of fundamental civil liberties and human rights through major
class action litigation, policy analysis and advocacy, community education, legal training
and the presentation of petitions before international fora. The Center serves as a resource
to social, legal, religious and community-based groups throughout the United States
involved in civil and human rights advocacy.

UNIVERSITY OF CALIFORNIA AT LOS ANGELES (UCLA)

April-June 2017: Lecturer on political economy of migration patterns, the root causes of
current migration patterns, and the rise of ethno-centric nationalist groups and policies in
response to migration patterns in the United States and Western Europe today.

UNIVERSITY OF SOUTHERN CALIFORNIA, LAW CENTER

Adjunct Professor, University of Southern California Law Center, teaching courses on
international human rights and immigration law (1987-1991).

UNIVERSITY OF CALIFORNIA LOS ANGELES SCHOOL OF LAW

Lecturer of Law, University of California School of Law teaching immigration and
refugee law (Spring, 1989).

SOUTHWESTERN UNIVERSITY SCHOOL OF LAW (LOS ANGELES)

Adjunct Professor, University of Southern California Law Center, teaching courses on
international human rights and administrative law

LEGAL AID SOCIETY OF SAN DIEGO

1973-1978: Established the first legal aid unit to provide representation for low-income
immigrants in the Southern California area and initiated first class action cases on behalf
of immigrants.

NATIONAL CENTER FOR IMMIGRANTS RIGHTS

Peter Schey Resume
Page 3

1978-1980: Founded and served as Executive Director of the first national support center dedicated to the protection and promotion of the legal rights of immigrants. The program continues to function today as the National Immigration Law Center (NILC).

------------------------------------------------------------------------

HOMELESS AND AT RISK YOUTH

First initiated and supervised an enrichment program for at risk youth at the Hunters Point/Bayview Community Center in 1968-69 funded by the San Francisco Foundation. The program identified at-risk youth mostly living in projects in the Hunters Point/Bayview neighborhoods in South San Francisco where family incomes were largely below federal poverty guidelines and crime and homelessness were widespread, and provided participants with a range of assessments, tutoring, field trips, and social services.

1970 served as a youth counselor at Balboa High School in San Francisco in the first state-sponsored trial affirmative action program for the University of California at Berkeley identifying at-risk minority youth for admission to UC Berkeley and providing guidance and assistance as they completed the affirmative action application process.

1992 to 1999 served as director of Safe Haven shelter in Los Angeles, a program funded by HHS, HUD, and private donations to provide transitional housing and a continuum of care for homeless and at risk minors in Los Angeles, with a focus on homeless immigrant youth and detained unaccompanied minors whose release was secured by the program.

2003-present served as President of CHRCL, Inc. which operates Freedom House/Casa Libre, a larger home than the Safe Haven shelter. Raised funds for purchase and supervised renovation of the home, supervised acquisition of a license as a group home in 2003, continue to provide programmatic direction for the program, and provide legal services for its residents.

------------------------------------------------------------------------

LITIGATION EXPERIENCE:

Served as lead counsel or co-counsel in over 100 major civil rights and class action cases in federal courts throughout the United States involving access to education, health and welfare benefits, administrative law, the rights of immigrants, refugees and indigenous people, and complex individual cases involving constitutional, criminal, transnational, and corporate issues. Represented or supervised the representation of over 2,000 cases in a nation-wide project involving women who have suffered sexual harassment, abuse, or

Peter Schey Resume
Page 4

discrimination. Litigation against the federal government has resulted in the largest attorney fee awards in the country.

(1) In re Alien Children Education Litigation, Doe v. Plyler, 457 U.S. 202, 102 S.Ct. 2382, 95 L.Ed.2d 786 (1982) (U.S. Supreme Court) (lead counsel in State-wide class action case finding unconstitutional as a violation of Fourteenth Amendment equal protection a Texas statute which denied public education to undocumented children; over 100,000 children admitted to Texas public schools annually as a result of United States District Court injunction affirmed by United States Supreme Court decision);

(2) Enrique Fuenes v. City of Riverside (U.S. District Court, Central District of California) (lead counsel in lawsuit for damages following video-taped beating of Mexican national Mr. Fuenes by Riverside Sheriffs; Mr, Fuenes, a Mexican national migrant, was being smuggled in a high-speed chase; case settled and Mr. Fuenes received an award of $700,000)

(4) American-Arab Anti-Discrimination Committee, et al., v. Anti-Defamation League of the B'Nai B'rith, et al., No. Cv. 93-6358-RP (C.D. Cal.) (lead counsel in civil rights federal court case against the City and County of San Francisco and other defendants challenging illegal invasions of privacy and surveillance of approximately 5,000 individual class members and 1,000 organizations based solely on lawful First Amendment activities; final settlements required identification of thousands of pages of documents containing unlawful law enforcement information, redaction of documents from defendants' files, and injunctions regarding future policies and conduct; attorneys' fees awarded).

(5) American Apparel LLC: Legal counsel for American Apparel and CEO Dov Charney on range of cases including EEOC conciliation to achieve model sexual harassment policy, EEOC conciliation to achieve model ADA policy, litigation of individual cases, Immigration and Customs Enforcement (ICE) I-9 audit, public relations, and corporate social responsibility issues.

(6) Directing attorney of Voces Unidas Project, a nationwide project involving representation of over 2,000 women victims of sexual harassment, abuse, or discrimination.

(7) Native American Heritage Commission v. Cal State Long Beach, No. BC 097212 (Los Angeles Superior Court) (lead counsel in State court lawsuit seeking to halt effort by California State University at Long Beach to build a shopping center over a historic Native American burial ground; preliminary injunction halted development plan);

(8) League of United Latin American Citizens, et al. v. Pete Wilson, et al., No. Cv. 94-7569-MRP (C.D. Cal.), LULAC v. Wilson, 908 F.Supp. 755 (C.D. Cal. 1995) (lead counsel in California-wide class action case representing numerous elected officials and approximately one million families challenging the constitutionality of Proposition 187, a

Peter Schey Resume
Page 5

State-wide initiative denying health care, social services and education to wide classes of California immigrant residents; law declared unconstitutional in federal court decisions in 1995 and 1997);

(9) Haitian Refugee Center v. Smith, 676 F.2d 1023 (1982) (U.S. Court of Appeals) (lead counsel in first major Florida class action case involving constitutional rights of Haitian refugees seeking political asylum in the United States; won permanent injunction reversing INS' denial of political asylum to over 5,000 Haitian refugees and prohibited their deportation from the United States to Haiti; federal legislation later granted class members permanent resident status);

(10) Lopez v. INS, Cv. No. 78-1912-WB(xJ) (lead counsel in certified nation-wide class action case involving the right to legal counsel of persons arrested by INS; nation-wide settlement impacting over 1 million class members per year reached requiring immigrants arrested by federal authorities to be provided written advisal of their legal rights and a period of time to consult with attorneys before post-arrest interrogation);

(11) Flores v. Garlan, Cv. D.C. No. 2:85-cv-04544-DMG-AGR (co-lead counsel in nationwide class action case challenging federal policies for apprehended children, including the conditions of detention; national settlement reached with the U.S. Government addressing the conditions of detention, requiring the federal government to (i) end commingling of detained children with unrelated adults, (ii) provide education and reading materials and visitation with friends and relatives; (iii) requiring release of detained minors in certain circumstances to unrelated responsible adults);

(12) Immigrant Assistance Project of the Los Angeles County Federation Of Labor (AFL-CIO) v. Immigration and Naturalization Service, 306 F.3d 842 (9th Cir. 2002) (co-lead counsel in lawsuit challenging INS's denial of legalization to persons considered ineligible based on "known to government" statute; summary judgment won in favor of class of approximately 50,000 immigrants; INS appeal pending before the U.S. Court of Appeals);

(13) Orantes-Hernandez v. Smith, 541 F.Supp. 351 (C.D. Cal. 1982) (co-lead counsel in nationwide class action case; won preliminary injunction covering about 30,000 Salvadorans fleeing the U.S.-sponsored war in their country regarding their right to seek and obtain political asylum in the United States, and their right to consult with lawyers);

(14) Munoz v. Bell, Cv. No. 77-3765-WG (C.D. Cal. 1978) (lead counsel in major federal case resulting in court-ordered nation-wide settlement requiring the federal government to advise all persons in deportation proceedings of free legal services available to indigent immigrants);

(14) Jane Doe v. State of Hawaii, Cv. No. 97-00169 (U.S. District Court for the District of Hawaii) (lead counsel in personal injury and injunction lawsuit involving Hawaii state hospital rules for physician-patient relations and sexual assault by psychiatrist;

Peter Schey Resume
Page 6

confidential settlement reached for monetary damages for plaintiff and State of Hawaii
changes in policies and practices involving psychiatrist-patient relations);

(15) Development Disabilities Area Board 10 v. Smith, Cv. No. 500440 (Los Angeles
Superior Court) (lead counsel in state-wide class action leading to class-wide settlement
allowing indigent children access to health care services);

(16) People of the State of California v. Tariacuri Ramirez, Superior Court, Riverside
County (counsel in obtaining full dismissal of first degree murder charge unjustly brought
against the 17-year old defendant).

 (17) Thompson v. United States, Cv. No. 83-0903 (D. Hawaii) (lead counsel civil action
on behalf of prominent Hawaii lawyer resulting in broad injunction limiting manner in
which Department of Justice criminal investigation could proceed against attorney target
of criminal investigation);

(18) Charo v. United States, U.S. Ninth Circuit Court of Appeals, No. 95-70574 (decided
Feb, 20, 1997) (lead counsel for entertainer Charo in successful litigation for attorneys'
fees following dismissal of employer sanctions charges brought by the United States
Government against Charo's corporation in Hawaii).

(19) California Medical Board v. Robbins (California Court of Appeals) (lead counsel in
successful appeal and reversal of revocation of medical license of prominent surgeon in
case involving turf battle with plastic surgeons resulting in unjustified charges; all
charges dismissed and decision to revoke surgeon's license reversed by the California
Court of Appeals)

 (20) Baliza v. INS, 709 F.2d 1231 (9th Cir. 1982) (lead counsel in federal Court of
Appeals precedent case reversing federal agency's use of unauthenticated documents in
contested administrative proceedings when maker of document is not made available by
agency for cross-examination);

(21) Moreno v. United States, Cv. No. 87-01431-TJH (C.D. Cal.), (lead counsel in
settlement of Federal Tort Claim Act and Bivens action for wrongful arrest and
deportation of a minor lawful resident by INS; child illegally deported by the INS
awarded over $100,000 in damages);

(22) Catholic Social Services v. Meese, 113 S.Ct. 2485 (1993) (U.S. Supreme Court)
(lead counsel in nation-wide class action case seeking legalization opportunity for
200,000 immigrants who briefly traveled abroad during one-time 1987-88 "amnesty"
program and were deemed ineligible to apply by Government; nation-wide injunction
won permitted the filing of over 100,000 "late" amnesty applications after the statutory
period expired; case settled by Department of Homeland Security following fifteen years
of litigation);

Peter Schey Resume
Page 7


(23) Mendez v. INS, 563 F.2d 956 (1977) (lead counsel in federal Court of Appeals
precedent case holding that when an immigrant's deportation was accomplished in
violation of agency regulations or the due process guarantee of the U.S. Constitution, the
immigrant must be allowed to return to the United States for further hearings);

 (24) Whetstone v. INS, 561 F.2d 1303 (1977) (lead counsel in federal Court of Appeals
precedent case striking Government's requirement that marriages must be consummated
in the traditional way in order for the marriage to serve as a basis for an immigrant visa);

(25) Congressman R. Dellums v. Smith, Cv. No. 82-0040-G (S.D. Cal. 1982) (lead
counsel in class action resulting in injunction and settlement requiring the federal
government to allow public access to administrative hearings at detention facilities);

(26) Aviles-Torres v. INS, 790 F.2d 1433 (1986) (lead counsel in federal Court of
Appeals case reversing Immigration Judge's denial of political asylum; interpretation of
federal asylum and withholding statute)

(27) United States v. Phra Winai (lead counsel in federal criminal and political asylum
case involving high-profile Buddhist monk from Thailand; federal criminal case
favorably resolved through settlement and political asylum granted avoiding extradition
to Thailand where monk faced religious persecution).


INTERNATIONAL WORK (PARTIAL LISTING):

(1)  South Africa Constitution Watch Commission (1990-1994) Founder and coordinator
of an international commission to report on the constitutional positions of major parties in
South Africa as evaluated under international human rights law. Commission included
over 40 prominent jurists and political leaders, including former Costa Rican President
Oscar Arias and former U.S. President Jimmy Carter.

(2)  Haitian Interdiction Petition (Sept. 1990-98) Lead counsel in successful human rights
petition before the Inter-American Commission on Human Rights of the Organization of
American States (OAS) challenging the U.S. Government's program of interdicting and
returning Haitian refugee boatpeople without regard to their right to life, due process, to
depart their country, and to seek asylum. Petition resulted in lengthy decision finding
United States Government in violation of several binding international instruments;
Commission's final decision was adopted by the General Assembly of the Organization
of American States.

(3)  Stecel 11 Case,. Represented 11 leading trade unionists, longest held political
prisoners in El Salvador during U.S.-backed war; petition filed with the Inter-American
Commission on Human Rights of the OAS; release of prisoners negotiated and safe
passage to Amsterdam obtained.

Peter Schey Resume
Page 8

(4) Dennis Quintanillia--Kidnapped Child. Negotiated release of U.S. citizen child kidnapped by Salvadoran National Guard after assassination of mother in El Salvador (New York Times, Feb. 20, 1983, p. 1).

(5) Provision of legal counsel to President Bertrand Aristide of Haiti following his exile by military coup;  successful entry into the United States following exile by coup; assisted in negotiations with U.S. Government for President Aristide's return to Haiti; accompanied President Aristide when returned to Haiti.

OTHER ACTIVITIES:

(1) *Founder and director of Voces Unidas*, a nation-wide project undertaken in 2005 with the goal of identifying and representing low-income women and children victims of sexual harassment, abuse and discrimination and provide no cost legal representation.

(2) *Founder and director of "Safe Haven" and "Freedom House" ("Casa Libre")* group homes for unaccompanied immigrant and refugee children; acquired $2 million funding to purchase and operate shelter facilities to provide youth with temporary housing, family reunification services, legal services, medical care, mental health counseling, etc. (www.casa-libre.org)

(3) *Co-founder and current Acting Chair of the Board of El Rescate*, a NGO based in Los Angeles, Ca., providing free legal services to Central American refugees.

EDITORIAL SERVICE (for dates of service contact Peter Schey):

Migration Today
Board of Editors of the Immigration Law and Procedure Reporter
(Matthew Bender),
Editorial Board, Immigration and Nationality Law Review (Clark Boardman),
Advisory Board, Migration World Magazine (Center for Migration Studies).

BAR ASSOCIATION AND COMMUNITY SERVICE:

President of the Board, El Rescate (2004-2006), Board member 2006-present.
Board member, People's College of Law (2006-2009).
President of Community Media Project (1993-1998).
Vice-Chairperson of the Individual Rights Section of the Los Angeles County Bar Association (1986, 1990, 1992, 1994).
General Counsel to the United California Mexican-American Association (1981-present).
Board member Hermandad Mexicana Nacional (1988-1994).

Peter Schey Resume
Page 9

National Advisory Board Member, the National Asylum Appeals Project of the Lawyers Committee for Civil Rights (1986-1992).
Board member The Resource Center (New Mexico) (1984-1986, 1990-1998);
Board member CRISPAZ (Texas) (1986-87);
Advisory Board, Bhopal Justice Campaign (1989-1993).
Advisory Board, Guatemala Information Center (1989-1990).
National Advisory Board, Guatemala Support Network (1992-present).
Board member National Coalition for the Rights of Immigrants and Refugees (1990-1999).
Executive Committee of the Immigration Section of the Los Angeles County Bar Association (1986).
General Counsel to the Coalition for Humane Immigration Reform of Los Angeles (CHIRLA) (1987-88).
Executive Committee, National Lawyers Guild Los Angeles Chapter (1988-1998).
Chair, International Action Committee of the National Lawyers Guild (1995-2000).

TREATISE:

(1) Immigration Law and Procedure, chapter on political asylum (8-volume treatise on immigration and refugee law published by Mathew Bender)

(2) Immigration Law & Crimes,, major contributor (published by Clark Boardman publishing company, 1984)

AWARDS:

2019 Justice Cruz Reynoso Community Service Award, Mexican American Bar Association

2015 Border Angels, Lifetime Achievement Award  for service to protection of migrants domestic and international human rights

2010 Loyola Marymount University recipient *Intercultural Dialogue Person of the Year Award*

1996 County of Los Angeles and League of United Latin-American Citizens commendation for dedicated service to the affairs of the Latino community in the U.S.

1988 Carol King Award for efforts "to secure justice for Salvadoran asylum seekers"

1986 Commendation for Pro Bono Services by State Bar of California

Peter Schey Resume
Page 10


1985 Jack Wasserman Memorial Award by American Immigration Lawyers Association for "excellence in litigation" on behalf of immigrants

1980 Clarence Darrow Foundation Award for civil rights litigation

1980 Award for Outstanding Service to Hispanic Community by United California Mexican American Association


PARTIAL LISTING OF CLIENTS REPRESENTED IN U.S. COURTS AND/OR INTERNATIONAL LAW PETITIONS:

U.S. Representative Ron Dellums
California Senate Majority Leader Richard Polanco
Chinese American Citizens Alliance (Washington, DC);
United Farm Workers of America (AFL-CIO) (California);
California Attorney General Xavier Becerra;
National Council of Churches (New York);
United Methodist Church (Washington, DC);
League of United Latin American Citizens (LULAC);
American G.I. Forum (Dallas, Texas);
American Apparel, Inc.
Dov Charney, Founder and CEO of American Apparel
Micro Solutions Enterprises (MSE)
International Commission for the Defense of Salvadoran Refugees (San Salvador);
Gerardo Hernandez (Cuba Five)
Clergy and Laity Concerned (Washington, DC);
Lutheran Council in the U.S.A. (Washington, DC);
International Tribal Council (San Franscisco, Ca.);
Guatemala Support Network (Washington, DC);
Global Exchange (San Francisco, Ca.);
California Catholic Conference (Sacramento, Ca.);
Southern California Ecumenical Council (Los Angeles, Ca.),
Arizona Farm Workers Union (Ariozna);
California Native American Heritage Commission (Sacramento, Ca.);
International Commission for the Defense of Salvadoran Refugees (San Salvador);
Comisión Mexicana de Defensa y Promoción de Los Derechos Humanos, A.C. (Mexico);
Central American Refugee Center (Washington, D.C.);
ACLU Foundation of S. California (Los Angeles, Ca.);
Center for Constitutional Rights (New York);
American Friends Service Committee (AFSC) (Philadelphia, Pa.);
National Farm Worker Ministries Washington, DC;
Washington Office on Haiti (Washington, DC);
Haitian Center for Human Rights (Port-au-Prince, Haiti);
Palestine Aid Society (New York);

Peter Schey Resume
Page 11


National Coalition for Haitian Refugees (New York);
Haitian Refugee Center (Miami, Fla.);
United California Mexican American Association (San Diego, Ca.);
Arab-American Anti-Discrimination Committee (Washington, DC);
Committee in Solidarity with the People of El Salvador (Washington, DC);
National Association of Arab Americans (Washington, DC);
Association of Arab-American University Graduates, Inc.;
Bay Area Anti-Apartheid Network (San Francisco, Ca.);
International Jewish Peace Union;
National Conference of Black Lawyers (New York);
American Indian Movement (Colorado);
National Lawyers Guild (New York);
Coalition Against Police Abuse (Los Angeles, Ca.);
Palestine Solidarity Committee (New York);
Association for Residency and Citizenship of America
Academia Mexicana de Derechos Humanos, A.C. (Mexico);


*"The test of our progress is not whether we add more to the abundance of those who have much; it is whether we provide enough for those who have too little."*

**-** *Franklin D. Roosevelt*


*"The arc of the moral universe is long, but it bends towards justice."*

*- Martin Luther King, Jr.*

\* \* \* \*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT B

**Peter**
**Schey**
**Flores**
**CBP**

| Date | Time hrs | Time mins | Task |
|------|----------|-----------|------|
| 2/6/19 | 1 | 0 | Review Andrea Ordin draft report re CBP conditions; confs with CHolguin & co-counsel re same |
| 3/1/19 | 1 | 30 | Review data analysis prepare by Dr. Nancy Wang and Emily Ryo (Stanford University) |
| 4/30/19 | 1 | 40 | Research re death of UAM Juan DeLeon Gutierrez re condition whilein CBP custody and draft correspondenc to Defs re same seeking information |
| 5/13/19 | 4 | 40 | Draft questionnaire and 9-page protoocol for volunteer monitors planning on  joining CBP monitoring; review canddicates to join moniotoring |
| 5/20/19 | 4 | 0 | Conf email and telecons w/ boprder advocattes re currentt status CBP compliance with FSA in Rio Grande and El Paso sectors |
| 5/22/19 | 2 | 50 | Review volunteer monitors backgrounds/availability and research re CBPlocations to propose monitoring with proposed dates; review Andrea Ordin email re same; |
| 5/23/19 | 0 | 15 | Email to Govt re CBP sites to visit for monitorinhg in June; review Defs'email re same;review Andrea Ordin emailreher reports; |
| 5/23/19 | 1 | 0 | Draft andcirculatte email re. monitoring in June at CBP sectors |
| 5/24/19 | 0 | 50 | Review settlement re terms re CBPmonitoring; draft email top Defs counsel re laptops, location of interviews, dates, proposed notice to class members |
| 5/25/19 | 0 | 10 | Emailo Defs counslere CBPmonitoring |
| 5/29/19 | 7 | 40 | Review available data attorney reports/media/Defs' monthly reports/etc. to assess condittions and numbers at vartious CBP facilities for on-site monitoring,. |
| 5/30/19 | 2 | 50 | Review monitor candidates expedience/backgrounds to select monittors and assign to appropriate CBP facilitiees |
| 5/31/19 | 2 | 0 | Revioew/respond emails re potential CBP monitors;conf callAndrea Ordin |
| 6/2/19 | 2 | 30 | Review voluyteer moonitor candidates backgrounds and experience and selection of monitors |
| 6/5/19 | 0 | 15 | Review Defs email re CBP monitoring |

| 6/6/19 | 8 | 20 | Draft G-28 forms and facts to gather re cl membe decs; draft and distrubute protocol for monitooing and questionairre; select monitors for Brownsville; draft email Defs' counsel re response to Defs' email questions of 6/6. |
|--------|---|----|---|
| 6/7/19 | 1 | 10 | Research and confs, review emails re electronics in CBP facilities while monitoring |
| 6/10/19 | 6 | 0 | Emails & confs with monitors re interviews with class members in CBP custody; review draft decs |
| 6/11/19 | 7 | 20 | Emails & confs with monitors re interviews with class members in CBP custody; revieww questionnaires and decs |
| 6/12/19 | 8 | 10 | Emails & confs with monitors re interviews with class members in CBP custody; review questionnaires; review and extract data and annotate decs |
| 6/13/19 | 7 | 40 | Emails & confs with monitors re interviews with class members in CBP custody; review questionnaires; review and extract data and annotate decs |
| 6/14/19 | 1 | 30 | Telecons co-counsel re TRO app'conf with Andrea Ordin re CBP etc. |
| 6/16/19 | 8 | 10 | Review and summarize/annotate class member decs. |
| 6/17/19 | 0 | 30 | Telecon Rene (Orrick) re TRO |
| 6/17/19 | 8 | 10 | Research and drafting re findings necessary for contempt order and for issuance of TRO in context of settlement violations |
| 6/18/19 | 9 | 20 | Review Pltfs and. Defs. evidence and arguments re CBP. comlliance and resulting Orders  July 24, 2015 and June 27, 2017  that CBP had committed multiple breaches of the Agreement {review Doc. ## 177, 189, 363, 470.] and discussion into draft of current CBP ex parte application |
| 6/19/19 | 1 | 0 | Email correspondence with co-counsel |
| 6/21/19 | 8 | 0 | Research and drafting TRO memo re public interest and likelihood of success on merits |
| 6/22/19 | 8 | 40 | Draft/edit sections re requirement to make efforts aimed at release from time of apprehension,length of detention, efforts at release; conf with Defs' counsel; |
| 6/23/19 | 10 | 0 | Review & summarize declarations, Research, draft, edit re TRO applicatioin statement of facts and excerpting classs member decs |
| 6/24/19 | 2 | 30 | Conf call withn co-counsel re draft TRO, relief requested; conf with Andrea Ordin |
| 6/24/19 | 4 | 20 | Telecons and draft proposed detailed 30-day settlement re conditions at El Paso and Rio Grande sectors |

| 6/24/19 | 7 | 50 | Research and drafting statementrt of facts for TRO re emergncy medical care, sleep conditionns, temp., food, clean water, etc. |
| 6/25/19 | 8 | 30 | Review and organioze Cl Member Declarations to be filed as exhibits ,check quoies and cites in brief |
| 6/25/19 | 1 | 20 | Research re cl member deaths while in CBP custody |
| 6/25/19 | 2 | 10 | Draft section re requirement to make efforts aimed at release from time of apprehension; conf with Defs' counsel |
| 6/26/19 | 12 | 10 | Finalize, edit, cite check, file Ex Parte Application for a Temporary Restraining Order and OSC Why Preliminary Injunction and Contempt Order Should Not Issue and exhibits. [Doc. # 572.] |
| 6/26/19 | 2 | 0 | Excerpts clmember decs for medical and childwelfare experts |
| 6/27/19 | 9 | 40 | Telecons with co-counsel, telecons  and. emails with monitors re additionnal decs, review and. research re Defs. Opp to TRO application #574 |
| 6/28/19 | 8 | 20 | Review Court Order [Doc 576], review and consultation with co-ounsel and CHolguin re same; prepare redacted corrected points and authoritties, file same |
| 7/1/19 | 1 | 0 | Conf with Kate Manning and co-counsel re status case next steps; review AndreaOrdin proposed agenda |
| 7/2/19 | 2 | 0 | Conf calls Andrea Ordin, Sarah Fabian, Kate Manning & Counsel |
| 7/3/19 | 0 | 25 | Conf SpecialMaster re seeking Orderto engage Paul H. Wise as an expert consultant |
| 7/5/19 | 0 | 20 | Recview Ordin memo her intent to engage Paul H. Wise as an expert consultant pursuant to Section C.1 of the Monitoring Order. |
| 7/8/19 | 2 | 40 | Prep for and call with co-counsel and Dr. Nancy Ewen Wang re prep for mediation; prepare. post meeting memo |
| 7/8/19 | 1 | 0 | Conf medical expert Nancy Wang re staatus and next steps |
| 7/9/19 | 0 | 20 | Emails to volunteer monitors re declarations, completion of quiestionnaire forms |
| 7/9/19 | 5 | 50 | Review  decs and Plaintuiiffs legal authorities prep for mediation; conf with C Holguin and medical experts re same |
| 7/10/19 | 9 | 0 | Prep for and Mediatiion session facilitated by Special Master Ordin |
| 7/11/19 | 3 | 50 | Prep notes re yesterday mediation session, conf with C Holguin & Dr. Nancy Wang re same; review FSA and prior orders re consistency with Defs proposals |
| 7/12/19 | 5 | 40 | Draft Joint Statement re CBP Mediation |
| 7/12/19 | 2 | 0 | Confs Andrea Ordin & Sarah Fabian & Cholguin; Chapman Noam |

| Date | | | Description |
|------|---|----|-------------|
| 7/15/19 | 0 | 15 | Review emails from monitors and pottential monilors |
| 7/18/19 | 0 | 30 | Conf Anrea Ordin re statusu and next steps |
| 8/15/19 | 2 | 30 | Conf calls Andrea Ordin, Sarah Fabian, Kate Manning & Counsel;meeting with Chpman and staff re research re mediation |
| 8/16/19 | 1 | 40 | Review, annotate, comment, Dr. Paul Wise draft Interim Report |
| 8/27/19 | 8 | 0 | Draft 16-page correspondence to Andrea Ordin comments to Dr.Paul Wisse Interim Report |
| 8/28/19 | 2 | 10 | Review co-counsel edits to draft response to Dr.Wise reoport and complete and forward final comments to Andrea Ordin and Defs' counsel |
| 8/29/19 | 4 | 20 | Conf Andrea Ordin, Sarah Fabian & Counsel;meet with CHRCL staff re research re CBP policies on medical care & research re. same |
| 9/6/19 | 0 | 30 | Review Dr. Paul Wise final Interim Report |
| 9/6/19 | 0 | 50 | Conf with Dr.Nancy Wang re medical issues re settlement |
| 9/10/19 | 5 | 50 | Preparation for Mediatiion session, conf with Plaintiffs medical experts; conf with C.Holguin; conf. andemails with border atorneys |
| 9/11/19 | 8 | 0 | Mediatiion session facilitated by Special Master Ordin |
| 9/16/19 | 1 | 50 | Conf re and draft Joint Statementt re status nof mediationj |
| 10/15/19 | 1 | 0 | Review Dr. Wise further recommendations/report |
| 10/16/19 | 0 | 30 | Conf with Andrea Order re sttaus and next steps |
| 10/16/19 | 7 | 30 | Conf Kate Manning & Nancy Wang; research re holding capacity CBP facilities; review priororders and FSA & prep for mediation meeting |
| 10/17/19 | 8 | 30 | mediation conducted in Los Angeles and overseen by the Monitor serving as mediator |
| 10/24/19 | 2 | 20 | Draft Joint Report; review Defs comments; edit report;correct and file corrected report |
| 11/21/19 | 0 | 50 | Confs Paul Wise, counsel, re medical issues |
| 11/26/19 | 1 | 0 | Confs w/ Nancy Wang, Kate Manning, & Elyse Echtman re medical monitoring etc. |
| 12/5/19 | 7 | 50 | Review Defendants' proposal and draft Plaintiffs' settlement counter proposal. Re settlement |
| 12/6/19 | 2 | 40 | Continue review Defendants' proposal, review FSA & prior Orders, draft Plaintiffs' settlement counter proposal re settlement |
| 12/9/19 | 1 | 30 | Review co-counsel comments toPlaintiffs' counter-proposal and edit countter-proposal |

| Date | Hrs | Mins | Description |
|---|---|---|---|
| 12/13/19 | 4 | 40 | Review Dr.Nancy Ewen comments to Plaintiffs' counter-proposal (priority facilities, medicalsupport, caregiver guidelines, etc) and edit counter-proposal |
| 12/14/19 | 2 | 20 | Review Dr.Nancyy Owen further edits andn Kate Manning edits to plaintiuffs counter proposal |
| 12/15/19 | 3 | 20 | Complete Plaintiffs counter-proposal |
| 12/16/19 | 1 | 0 | Review Andrea Ordin comments on Plaintiffs' counter proposal |
| 12/21/19 | 3 | 30 | Prep and Review Dr. Wise and Andrea Ordin's side by side analysis of the parties' proposals |
| 12/31/19 | 0 | 50 | Review CBP EnhancedMedicla Support Efforts document |
| 2019 Total hyrs/mins | 275.00 | 1850.00 | |
| 2019 Total hrs | 305.83 | | |
| 1/3/20 | 0 | 40 | Review Dr.Wise's General Considerations for Porposed Syatems and Monitoring |
| 1/8/20 | 4 | 30 | Prep chart of Plaintiffs' and Defendants' Settlement Positions compared with Dr. Paul Wise's Recommendations |
| 1/9/20 | 1 | 10 | Continue prep chart of Plaintiffs' and Defendants' Settlement Positions compared with Dr. Paul Wise's Recommendations; review CBP Alien Initial Health Interview Questionnaire |
| 1/10/20 | 5 | 55 | Review Defs edits toPlaintiffs'counter proposal; Confs w/ Nancy Wang, Kate Manning, & Elyse Echtman re sttaus and next steps |
| 1/13/20 | 6 | 30 | Review TRO app, research updates re Defs monthly # reports, CBP Juv Coord reports, and parties' positions on settlement re prep formediation |
| 1/14/20 | 10 | 0 | Prep for  pltfs counsel confs re, and mediation conducted in Los Angeles and overseen by the Monitor; edit Defgs response toPlaintiffs' counter proposal |
| 1/15/20 | 8 | 0 | Prep for, pltfs counsel confs re, and mediation conducted in Los Angeles and overseen by the Monitor serving as mediator |
| 1/16/20 | 2 | 30 | Review, highlight, edit, CBP Medical Support Annex |
| 1/21/20 | 2 | 30 | conf re and draftt Joint Report, review Defs edits, finalize and file |
| 1/22/20 | 4 | 40 | Draft plaintiffs proposalfor settlement |
| 1/23/20 | 7 | 20 | Conf/emailos/draft proposals for setttlement |
| 1/24/20 | 3 | 10 | Complete Plaintiffs'draft proposals for settlement |
| 1/27/20 | 0 | 50 | Review & comment LA County letter to Andrea Ordin re influenza outbreaks in border detention facilities |

| Date | | | Description |
|---|---|---|---|
| 1/29/20 | 6 | 10 | Conf with Nancy Wang,Kate Manning, Elyse Echtman, Andrea Ordin re settlement; drfat. Plaintiffs counter-proposals |
| 1/29/20 | 5 | 0 | Review Defs' edits of Plaintiuffs' proposal for settlement |
| 2/3/20 | 1 | 0 | Review medical issues prep for and conf with Dr.Nancy Wang |
| 2/3/20 | 1 | 0 | Conf re and draft jpint report remediation |
| 2/4/20 | 8 | 40 | Review Dr. Ewen edits to proposlaof 1/29/20; Edit to Defs' proposal of 1/29/20 |
| 2/7/20 | 7 | 10 | Draft plaintiffs edits of defs' proposals |
| 2/18/20 | 8 | 0 | Review CBP edits to Plaintiffs proposals; conf Paul Wise re same |
| 2/19/20 | 0 | 20 | Review ACLU letter to Andrea Ordin re CBP Flores violations along Mex-Ca border; conf with ACLU |
| 2/26/20 | 5 | 50 | Research and draft edits to Defs;' 2/17 edits to proposed settlement |
| 2/27/20 | 3 | 10 | Research re Defs;' 2/17 edits to proposed settlement |
| 3/2/20 | 1 | 0 | Review Dr.Wise memo to Andrea Ordin re proposed Monitoring Porgram |
| 3/3/21 | 1 | 50 | Draft Plaintiffs portion of Joint Status Report re CBP mediation;conf with counsel re same |
| 3/6/20210 | 0 | 50 | Review CBPJuv Coord. Report and research numbers in Defs 'monthly. reports |
| 3/11/20 | 2 | 40 | Draft Plaintiffs Corrected Response to JuvCoord Report and. conf with staff and co-counsel re same |
| 3/19/20 | 0 | 50 | Confs w/ Andrea Ordin, Kate Manning, & Paul Wise re sttaus mediation, next steps |
| 3/20/20 | 1 | 20 | Review Dr.Paul Wise drafts re surge definition, data sharing, and influenza vaccine recommendation; conf with Dr. Wise re same |
| 3/28/20 | 5 | 40 | Review Defs'  3/27 draft settlement |
| 3/28/20 | 4 | 30 | Review Dr.Ewen and Kate Manning comments to Defs' 3/27 proposals |
| 3/30/20 | 1 | 0 | Review Dr. Vazquez commenst re Defgs 3/27 draft agreement |
| 3/31/20 | 2 | 0 | Prep for and confs w/ Andrea Ordin, Kate Manning, Paul Wise & Nancy Wang |
| 4/1/20 | 3 | 30 | Review Dr.Wise draft findings and draft detailed comments and proposed revisions to Dr.Wise's draft findings and recommendations |
| 4/2/20 | 8 | 10 | Draft Plaintiffs edits to Defs' 3/27/20 draft agreement ;review co-counsel and Dr.Ewen edits of Defs' draft agreement |
| 4/7/20 | 5 | 0 | Finalize Plaintuffs' counter-proposals to defendants' 3/27/20 draft agreement |
| 6/1/20 | 3 | 30 | Review and confs re Defendants 5/28/20 draft settlement |

| | | | |
|---|---|---|---|
| 6/2/20 | 4 | 50 | Research and draft edits to defendants 5/28/20 proposal |
| 6/8/20 | 3 | 30 | Continue research and draft edits to defendants 5/28/20 proposal |
| 6/20/20 | 6 | 50 | Review experts and co-counsel edits/comments and finalize Plaintiffs' response to Defs draft agreement |
| 6/8/20 | 0 | 50 | Telecons with co-counsel re status and next steps |
| 6/17/20 | 7 | 10 | Review and research re DHS OIG report on CBP dention of class members; review and research re Defs current 5/28 draft settlement |
| 7/2/20 | 0 | 30 | Conf Andrea. Ordin |
| 7/7/20 | 1 | 40 | Review draft and prepfor confs w/ Andrea Ordin & Co-Counsel |
| 10/8/20 | 0 | 50 | Confs Andrea Ordin, Paul Wise, Sarah Fabian & Co-Counsel |
| 10/13/20 | 6 | 20 | Review Defs 10/8/20 draft; research re same; confs with Cholguin and co-counsle re same |
| 10/20/20 | 0 | 30 | Conf. Andrea Ordin, Elyse Echtman, & Paul Wise |
| 11/10/20 | 5 | 10 | Research, review CBP monthly data, confs and draft response to 10/8 Defs draft |
| 12/14/20 | 8 | 0 | Draft plaintiffs response to Defs' 10/8 draft settlement agreement |
| 12/17/20 | 1 | 0 | Conf Andrea Ordin & Elyse Echtman |
| 2020 Total hrs/mins | 173 | 1205 | |
| Total hrs | 193.08 | | |
| 3/4/21 | 1 | 30 | Draft Plaintiffs posiion In Joint Report; research re impact of 9th Cir decision re new regs |
| 3/16/21 | 1 | 10 | Prep for and conf w/ Andrea Ordin & Paul Wise |
| 3/19/21 | 0 | 1 | Prep for and conf w/ Andrea Ordin and Dr. Paul Wise |
| 5/12/21 | 0 | 10 | Review Court Order regarding CPB's following reports |
| 8/2/21 | 6 | 30 | Review and research re Defendants current proposlafor settlement |
| 8/3/21 | 1 | 0 | Conf w/ Elyse Echtman |
| 8/5/21 | 0 | 50 | Prepfor a conf with Dr.Paul Wise |
| 8/10/21 | 1 | 20 | Prep for and conf with Andrea Ordein and Paul Wise |
| 8/11/21 | 0 | 50 | Prep for and confs with Dr.Nancy Wang, Andrea Ordein and Paul Wise |
| 8/14/21 | 6 | 20 | Research and draft Plaintiffs response to Defendnats proposed settlement |
| 8/16/21 | 0 | 40 | Confs with staff and co-cousnel re draft response to defendants proposed settlement |

| 9/3/21 | 1 | 40 | Review CBP's Juv Ccordinatior's Report & compare numbers with Defs' monthly reports 1172 |
| 9/10/21 | 0 | 15 | Prepare and file report re CBP Juv Coord Report |
| 9/13/21 | 5 | 10 | Confs and review & reserach re defendants' 9/9/21 draft settlemennt agreement |
| 9/30/21 | 0 | 45 | Telecon Defs counselre status mediation/.agreement |
| 10/4/21 | 0 | 20 | Conf. Andrea Ordin re sttaus mediation and next steps |
| 10/13/21 | 8 | 0 | Review Defs' 10/7 draft agreement,confs and research re same, draft Plaintiffs' counter-proposals |
| 10/30/21 | 2 | 10 | Review CBPJuv Ccord Report and. compare ## with Defs'monthly reports |
| 11/1/21 | 5 | 30 | Review and confs with co-counsel re Defs' 10/28/21 draft settlement agreement |
| 11/5/21 | 1 | 0 | Draft and file Pltfs response to CBP Juv Cord's Report |
| 11/8/21 | 4 | 40 | Research, confs and draft plaintiffs counter-proposals to defendants 10/28 draft agreement |
| 2021 Total hrs/mins | 42 | 471 | |
| 2021 Total hrs/mins | 49.85 | | |
| | | | |
| | | | |
| 1/9/22 | 2 | 30 | Draft plaintiffs' further edits to Defs' 10/28 agreement |
| 1/10/22 | 0 | 40 | Confs w/Andrea Ordeinre status mediation and settlement |
| 1/11/22 | 7 | 30 | Review defendants draft settlement; confs re. same with staff and co-counsel; revise with Plaintiffsa' comments and proposed modifications |
| 4/8/22 | 1 | 0 | Review and res re CBP Juv Coord Report 1240-1 |
| 4/14/22 | 0 | 50 | Pltfs responsne to CBP Juv Coord Report |
| 5/5/22 | 7 | 30 | Draft joint motion for preliminary approval of settlement, exhibits, proposed Order |
| 5/6/22 | 1 | 0 | Review draft jt motion for prelim approval, conf Cholguin re same, email to defs counsel for review;review Defs' Exhibit 4; email co-counsel re same |
| 5/19/22 | 1 | 20 | Review and edit Defs' çomments re joint motion and notice to the class; email Govt counsel and co-counsel re same |
| 5/20/22 | 0 | 30 | review and respond to emails re poster, notice to class,  and joint motion |
| 5/21/22 | 1 | 0 | Review and file joint motion f or prelim. Approval of settlemennt and exhibits. |

| 6/30/22 | 0 | 20 | Review Order granting preleim approvalof settlemennt and conf. with staff re prep notice to class |
| 7/1/22 | 0 | 40 | Review and research re CBP Juv Coord Report 1259-1 |
| 7/13/22 | 7 | 40 | Draft mo for final approval of settlement and proposed Order and email to Defs counselfor edits |
| 7/15/22 | 1 | 20 | Draft and. file Pltfs response to CBP Juv Coord Report |
| 7/15/22 | 1 | 20 | Review defs edits to draft motion for final approval, prep motion and proposed Order for filing and file |
| 7/28/22 | 0 | 40 | Prepare and file statement of no cl member objections |
| 7/29/22 | 0 | 20 | Emailslto Defs counsel and Rene Kathawala re poster changes |
| 8/9/22 | 0 | 30 | Confs w/ Dr.Paul Wise re medical monitor role |
| 8/4/22 | 0 | 20 | Review and emails re final poster translations |
| 8/12/22 | 2 | 40 | Research and review draft EAJA motion |
| 8/18/22 | 0 | 10 | Review emails re poster |
| 8/23/22 | 3 | 10 | Review Defs Policy Settlement Guidance, Updated Guidance, Exhibits 4 a, b and c re consistency with approved settlement |
| | | | |
| 2022 Total Hrs/mins | 34 | 540 | |
| Total hours | 43.00 | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2022, I served the foregoing exhibit on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

*/s/Peter Schey*
*Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey