UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>MERRICK GARLAND, Attorney General, *et al.*, <br><br>　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> [PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES <br><br> Judge:　Hon. Dolly Gee |

　　　Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), Plaintiffs have applied for an award of attorneys' fees incurred as a result of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO Application") [Doc. # 572].

　　　The parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' TRO. *See* Joint Motion for Preliminary Approval of Settlement Agreement and Approval of Class Notice of Settlement ("Preliminary Joint Motion") [Doc. # 1254]. Upon consideration of the parties' Preliminary Joint Motion, the Court preliminarily approved the parties' Agreement and with some modifications approved the notice of the proposed Agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1255]. On July 15, 2022, the parties filed a Joint Motion for Final Approval of Settlement Agreement ("Final Joint Motion") [Doc. #1266], which the Court subsequently approved on July

29, 2022 [Doc. # 1278]. The Court's July 29 Order granted the parties' request that the deadline for Plaintiffs to file any motion for attorney's fees be extended to August 28, 2022. [Doc. # 1278].

The EAJA allows litigants to recover fees in certain actions against the United States, thus encouraging the vindication of rights by persons who would otherwise be deterred from challenging governmental action because of the expense of litigation. Pub. L. No. 96-481, 94 Stat. 2325. In pertinent part, the EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award to a prevailing party other than the United States fees and other expenses, in addition to any costs awarded pursuant to subsection (a), incurred by that party in any civil action (other than cases sounding in tort), including proceedings for judicial review of agency action, brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A).

Having considered Plaintiffs' motion and Defendants' opposition, and for GOOD CAUSE SHOWN, Plaintiffs' Motion for an Award of Attorneys' Fees is GRANTED. Defendants are ordered to pay Plaintiffs fees for work performed by attorneys employed by Orrick in the amount of $135,222.41, and fees for work performed by lead Class Counsel Peter Schey in the amount of $ 603,200.00.

Dated:_____,2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

/s/        Peter Schey
Peter Schey, *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 27, 2022 I electronically filed the following document(s): [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
Attorney for Plaintiffs