CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS |
| v. | |
| MERRICK GARLAND, Attorney General the United States, *et al.*, | Hearing: November 11, 2022<br>Time: 9:30 a.m.<br>Hon. Dolly M. Gee |
| Defendants. | |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that on November 11, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), for fees incurred in compelling Defendants to comply with the *Flores* Settlement and create enforceable standards at Emergency Intake Sites.

Plaintiffs allege that (1) they are the prevailing party; (2) the position of Defendants, both before and throughout this litigation, was without substantial justification; and (3) no special circumstances make an award of fees unjust. The motion is based on the annexed Memorandum of Points and Authorities, Plaintiffs' itemized statements and other supporting exhibits filed concurrently herewith, and the record of proceedings in this case.

Pursuant to Local Rule 7-3, Plaintiffs sent Defendants their fee request on August 22, 2022 and the parties met and conferred on August 24, 2022.

Dated: August 29, 2022     CENTER FOR HUMAN RIGHTS AND
                           CONSTITUTIONAL LAW
                           Carlos R. Holguín

                           NATIONAL CENTER FOR YOUTH LAW
                           Neha Desai
                           Melissa Adamson
                           Mishan Wroe
                           Diane de Gramont

                           CHILDREN'S RIGHTS
                           Leecia Welch

                            /s/ Mishan Wroe
                           Mishan Wroe
                           *One of the Attorneys for Plaintiffs*