CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>    Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS<br><br>Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

Plaintiffs have applied for an award of attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), for fees and costs incurred in enforcing the *Flores* Settlement Agreement ("Settlement").

On August 9, 2021, Plaintiffs filed a Motion to Enforce Settlement re Emergency Intake Sites ("EIS MTE"). *See* Doc. # 1161. On June 30, 2022, the Court preliminarily approved the parties' settlement (Doc. # 1256-1) and ordered any motion for attorneys' fees be filed by September 2, 2022. *See* Order re Preliminary Approval of Settlement Agreement and Approval of the Parties' Joint Proposal re Notice of Settlement to *Flores* Class Members [1256], June 30, 2022 [Doc. # 1258]. The instant fee motion is therefore timely. *See also* 28 U.S.C. § 2412(d)(1)(B); *Li v. Keisler*, 505 F.3d 913, 916-17 (9th Cir. 2007). On [insert date], the Court granted final approval to the parties' settlement agreement resolving Plaintiffs' EIS MTE.

The EAJA allows litigants to recover fees in certain actions against the United States, thus encouraging the vindication of rights by persons who would otherwise be deterred from challenging governmental action because of the expense of litigation. *Ibrahim v. U.S. Dep't of Homeland Sec.*, 912 F.3d 1147, 1166-67 (9th Cir. 2019) (en banc). In pertinent part, the EAJA provides:

> . . . a court shall award to a prevailing party other than the United States fees and other expenses . . . incurred by that party in any civil action (other than cases sounding in tort) . . . brought by or against the United States in any court having jurisdiction of that action, unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust.

28 U.S.C. § 2412(d)(1)(A).

Having considered Plaintiffs' motion and Defendants' opposition, the Court finds that Plaintiffs have satisfied all requirements for an award of attorney's fees and costs under EAJA. The Court further finds that special factors warrant a fee award at market rates for Plaintiffs' senior counsel Carlos

1  Holguín and Leecia Welch.  Accordingly, Plaintiffs' Motion for an Award of
2  Attorneys' Fees and Costs is GRANTED.  Defendants are ORDERED to pay
3  Plaintiffs' attorneys' fees and costs in the amount of $694,369.42 within 60 days
4  of this Order.

5  Dated:

                                           _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE

9  Presented by:
    */s/ Mishan Wroe*
10  Mishan Wroe
11  *One of the Attorneys for Plaintiffs*