# Exhibit G

DECLARATION OF KRISTEN JACKSON

I, Kristen Jackson, declare and say as follows:

1. I execute this declaration based upon my personal knowledge and experience. If called as a witness in this proceeding, I could and would testify competently with respect to the facts set forth herein. I execute this declaration in support of Plaintiffs' application for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") at prevailing market rates. In my opinion, counsel with specialized expertise was essential to plaintiffs' success on their motion to compel the Office of Refugee Resettlement ("ORR") to give children and youth bond hearings, as the settlement in *Flores v. Sessions* stipulates. I am also of the opinion that such expertise is unavailable at the inflation-adjusted EAJA rate.

2. I serve as Senior Staff Attorney with Public Counsel's Immigrants' Rights Project. Public Counsel is a non-profit, public interest law office that regularly recruits California lawyers to represent indigent clients *pro bono publico*. I also have extensive experience representing immigrant and refugee children and youth before the Department of Homeland Security and the Executive Office for Immigration Review. I regularly train *pro bono* attorneys to represent indigent immigrants, including children and youth, in matters before the Department of Homeland Security and the Executive Office for Immigration Review. Further details regarding my experience and expertise are included in the resume attached to this declaration as Exhibit A.

3. I am familiar with the experience, expertise and reputation of Carlos Holguin and the Center for Human Rights & Constitutional Law, class counsel for plaintiffs in *Flores v. Sessions*. I am familiar with the *Flores* litigation and settlement. I am also familiar with other major litigation Mr. Holguin and the Center for Human Rights & Constitutional Law have brought on behalf of immigrant and refugee children. *E.g., Perez-Olano v. Gonzalez*, 248 F.R.D. 248 (C.D. Cal. 2008). I am familiar with plaintiffs' motion to enforce ¶ 24A the *Flores* settlement to require the ORR to afford youth in its custody bond hearings. I am generally familiar with the expertise,

1

resources and billing practices of members of the private immigration bar, lawyers with firms from which Public Counsel recruits *pro bono* attorneys, and legal aid lawyers.

      4. In my opinion, expertise in complex federal litigation, the ability to communicate with class members in Spanish, access to detained class members via the *Flores* settlement's monitoring provisions, as well as a deep understanding of (i) the settlement itself, (ii) the negotiations that resulted in that agreement, (iii) the intersection of the settlement with other pertinent law, particularly § 235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act, and (iv) ORR's policies, practices and procedures affecting detained immigrant and refugee children were essential to affording the *Flores* plaintiffs a fair chance of compelling ORR to provide children an opportunity to be heard regarding the grounds for detaining them. I know of no other lawyers with this combination of knowledge and expertise. In my opinion, even were other counsel with this combination of knowledge and expertise available, their services could not be had for the inflation-adjusted EAJA rate.

      5. Even were other counsel comparably qualified to represent the *Flores* class, in my experience few legal aid lawyers or members of the private bar are willing to dedicate the time and resources to undertake federal litigation on behalf of detained immigrant and refugee minors. When private practitioners do pursue federal litigation, they typically charge much more than the inflation-adjusted EAJA statutory rate.

      I declare under penalty of perjury that foregoing is true and correct. Executed this 16th day of October, 2017, at Los Angeles, California.

_____
Kristen Jackson

/ / /

# Exhibit A

# KRISTEN JACKSON

Public Counsel
610 South Ardmore Avenue
Los Angeles, California 90005
(213) 385-2977, ext. 157
kjackson@publiccounsel.org

---

## EXPERIENCE

**Public Counsel**                                                                                                          2003-present
*Senior Staff Attorney*                                                                                          Los Angeles, California
Represent immigrants at trial and appellate levels in state and federal proceedings to protect procedural rights and obtain Special Immigrant Juvenile Status and asylum. Train judges and attorneys on immigration options for youth. Author nationally distributed publications, provide technical assistance on litigation strategies, and lecture frequently across the country. Draft and comment on proposed legislation and regulations. Write appellate briefs and work with amici in immigration cases before the Ninth Circuit. Co-counsel federal litigation to establish a right to government-appointed counsel for children in removal proceedings. Mentor attorneys representing immigrants pro bono.

**University of California Los Angeles School of Law**                                                 2008-present
*Lecturer in Law*                                                                                                Los Angeles, California
Co-teach Asylum Clinic. Run twice-weekly seminar focused on client interviewing, cross-cultural communication, building strong evidentiary records, legal research, and declaration and brief writing. Supervise student pairs representing asylum seekers. Served as faculty advisory for immigration-related moot court problem and consulted on cases for UCLA's Ninth Circuit Appellate Clinic.

**United States Court of Appeals for the Ninth Circuit**                                                 2002-2003
*Law Clerk to Hon. Raymond C. Fisher*                                                                   Pasadena, California
Researched and wrote bench memoranda. Assisted judge in preparation for oral argument through memoranda and compilation of key documents. Worked on memorandum dispositions and opinions.

**The Brennan Center for Justice at New York University School of Law**     Summer 2001
*Legal Intern*                                                                                                       New York, New York
Analyzed federal community policing bill and drafted proposed language. Prepared memorandum on sentencing guideline's treatment of women offenders. Assisted in preparation of cert petition in First Amendment case.

**Yale Law School**                                                                                                           Fall 2000
*Teaching Assistant to Professor Owen Fiss*                                                         New Haven, Connecticut
Developed assignments on complaint writing and defensive strategies based upon employment discrimination scenario. Critiqued students' written work, led discussion sections and taught discovery methods.

**United States District Court for the Northern District of California**          Summer 2000
*Judicial Intern to Hon. William Alsup*                                                               San Francisco, California
Researched and drafted opinions and memos on issues ranging from the First Amendment and employment discrimination to ERISA and patent infringement. Assisted full-time law clerks with research projects.

**Sidley & Austin**; **Legal Aid Society of New York; Morrison & Foerster**     Fall 1994-Summer 1999
*Paralegal*                                                                                                                              Various
Aided partners and numerous associates on nationwide class action. Assisted in representation of low-income individuals, including extensive welfare advocacy and tenant organizing. Managed and produced documents for securities, intellectual property and employment cases. Worked in San Francisco, New York City, and Los Angeles.

## EDUCATION

**Yale Law School,** J.D. 2002
*The Yale Law Journal* Notes Editor & Admissions Committee Member, Advocacy for Parents and Children Clinic Student Supervisor, Brazil Linkages Program Coordinator, Jerome N. Frank Legal Services Organization Board Leader, MENSA Schirmer Scholarship Recipient

**Brown University**, B.A. *magna cum laude* 1994; 4.0 G.P.A.
Phi Beta Kappa, Academic Honors in History, George & Mary Josephine Hamman Foundation Scholarship, Jesse H. Jones Foundation Scholarship, Public Service House Member

## PROFESSIONAL AFFILIATIONS

American Immigration Lawyers Association *Member, Asylum Office Liaison 2010-2014, National Benefits Center Liaison 2017-2018*
Pacific Juvenile Defender Center *Immigration Expert*
American Constitution Society for Law & Policy *Member*
National Immigration Project of the National Lawyers Guild *Member*
Federal Interagency Working Group on Unaccompanied Children *Member 2013-2015*
Admitted to Practice before the California State Courts, the U.S. District Court for the Central District of California, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

## APPELLATE LITIGATION RESULTING IN PUBLISHED OPINIONS

*J. E. F.M. v. Lynch*, 837 F.3d 1026 (9th Cir. 2016) (pro bono counsel for indigent children in case involving federal constitutional and statutory claims to right to government-appointed counsel in removal proceedings).
*Garcia v. Holder*, 659 F.3d 1261 (9th Cir. 2011) (pro bono counsel for respondent in case of first impression involving the interplay between Special Immigrant Juvenile Status and cancellation of removal under 8 U.S.C. § 1229b).
*Leslie H. v. Superior Court*, 224 Cal. App. 4th 340 (2014) (pro bono counsel for petitioner in case of first impression involving Special Immigrant Juvenile Status via juvenile delinquency proceedings).

## PUBLICATIONS

*Entering Multiple Systems*, in IL/LEGAL ENCOUNTERS: MIGRATION, DETENTION, AND DEPORTATION IN THE LIVES OF YOUNG PEOPLE (Deborah A. Boehm & Susan J. Terrio eds., 2017) (forthcoming).*
WORKING WITH CHILD CLIENTS AND THEIR FAMILY MEMBERS IN LIGHT OF THE TRUMP ADMINISTRATION'S FOCUS ON "SMUGGLERS" (2017), *available at* http://www.cliniclegal.org/.*
STRATEGIES FOR SUPPRESSING EVIDENCE AND TERMINATING REMOVAL PROCEEDINGS FOR CHILD CLIENTS (2015), *available at* http://www.immigrationadvocates.org/.*
*"Don't Turn Your Back On Us!"—Representing Unaccompanied Children in Removal Proceedings*, in IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 635 (2015).*
*Representing Children in Removal Proceedings: Ethical and Practical Issues*, in IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 559 (2014).*
*What to Do When DHS Alleges Your Client Is a Bad Actor: Challenging I-213s Created When Your Client Was a Minor*, in IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 550 (2013).
*Special Status Seekers*, LOS ANGELES LAWYER, Feb. 2012, at 20 (cover story).
SPECIAL IMMIGRANT JUVENILE STATUS AND OTHER IMMIGRATION OPTIONS FOR CHILDREN AND YOUTH (3rd ed. 2010, 4th ed. 2015).*

* indicates co-authored material

## SPEAKING ENGAGEMENTS

**Beyond the Bench XXIV (upcoming)**  December 20, 2017
*California Administrative Office of the Courts, Center for Families, Children & the Courts*  San Diego, California
"Special Immigrant Juvenile Status: An Overview Emphasizing Recent Developments"

**National Conference on Representation and Advocacy for Unaccompanied Immigrant Children (upcoming)**  December 13-15, 2017
*American Bar Association and Kids in Need of Defense*  Houston, Texas
"Appeals before the Board of Immigration Appeals, the Administrative Appeals Office, and State and Federal Courts" & "Reopening In Absentia Removal Orders and Protecting Your Clients' Rights via Motions to Suppress, Terminate, and Exclude Evidence"

**Immigrant Legal Resource Center Webinar**  October 3, 2017
"Special Immigrant Juvenile Status: Responding to RFEs & NOIDs"  Viewed Nationwide

**American Immigration Lawyers Association Annual Conference**  June 24, 2017
"Asylum 101: Protecting Refugees in the United States"  New Orleans, Louisiana

**Immigrant Legal Resource Center Webinar**  April 26, 2017
"SIJS: Strategies for Success in a Changing Practice"  Viewed Nationwide

**Childhoods in Motion: Children, Youth, Migration, and Education**  March 4, 2017
*UCLA Center for the Study of International Migration*  Los Angeles, California
"Illegal Encounters: Immigration Control in the Lives of Young People Post-Election"

**U.S. District Court for the Central District of California Judicial Conference**  February 25, 2017
 La Quinta, California
"Current Issues in Immigration Law and Enforcement"

**Ninth Annual Symposium on Family-Based Immigration Law**  February 18, 2017
*Los Angeles County Bar Association*  Los Angeles, California
"Provisions Affecting Children: Asylum, SIJS, and Issues in Removal Proceedings"

**Representing Unaccompanied Children in California Conference**  December 16, 2016
*Practicing Law Institute and the State Bar of California*  San Francisco, California
"Special Immigrant Juvenile Status Updates" & "How to Represent Immigrant Youth While Complying with California State Law Confidentiality Provisions"  (and Viewed Statewide)

**Center for Human Rights and Constitutional Law Webinar**  September 19, 2016
"Sunset of the *Perez-Olano* Settlement: Implications for Special Immigrant Juvenile Classification and Adjustment of Status"  Viewed Nationwide

**American Immigration Lawyers Association Arizona Chapter Conference**  March 11, 2016
"Women & Children: Detention, Asylum, SIJS, and T Visas"  Phoenix, Arizona

| | |
|---|---|
| **Beyond the Bench XIV**<br>*California Administrative Office of the Courts, Center for Families, Children & the Courts*<br>"Special Immigrant Juvenile Status: The Basics" | December 3, 2015<br>Anaheim, California |
| **U Visa and Humanitarian Relief Seminar**<br>*Immigrant Legal Resource Center*<br>"Hot Topics in Representing Central American Children" | October 30, 2015<br>Los Angeles, California |
| **Vera Institute for Justice Webinar**<br>"Termination and Suppression for Child Clients: Theory and Practice" | June 24, 2015<br>Viewed Nationwide |
| **U.S. Committee for Refugees and Immigrants**<br>"Latest Developments in Asylum Law for Adults and Children" | June 23, 2015<br>Viewed Nationwide |
| **American Immigration Lawyers Association Annual Conference**<br>"'Don't Turn Your Back On Us!' Representing Unaccompanied Children in Removal Proceedings" | June 20, 2015<br>National Harbor, Maryland |
| **Immigrant Legal Resource Center Webinar**<br>"Termination and Suppression Strategies for Children in Removal Proceedings" | May 5, 2015<br>Viewed Nationwide |
| **Representing Unaccompanied Children in California Conference**<br>*Practicing Law Institute and the State Bar of California*<br>"Overview of Representing Children in Immigration Cases" & "Overview of Special Immigrant Juvenile Status" & "Presenting Special Immigrant Juvenile Status Cases to USCIS and EOIR" & "Motions to Suppress and Other Pre-Plea Challenges to Removability" | December 3-4, 2014<br>San Francisco, California<br>(and Viewed Statewide) |
| **Immigration Advocates Network Webinar**<br>"The Complaint Process, Damage Claims and Immigration Relief for Children Abused at the Border" | November 12, 2014<br>Viewed Nationwide |
| **Fourth Annual Conference: Government and Stakeholders Working Together**<br>*Office of the Citizenship and Immigration Services Ombudsman*<br>"Immigration Benefits for Children: SIJ and UAC Asylum" | November 6, 2014<br>Washington, DC |
| **Advanced/Emerging Issues in Humanitarian Relief Conference**<br>*Immigrant Legal Resource Center*<br>"Special Immigrant Juvenile Status" & "Asylum with a Focus on Particular Social Group and Children" | October 24, 2014<br>Los Angeles, California |
| **Immigrant Legal Resource Center Webinar**<br>"Special Immigrant Juvenile Status: One Parent Claims" | September 30, 2014<br>Viewed Nationwide |
| **Legal Services for Children Webinar**<br>"SIJS Through Delinquency" | August 20, 2014<br>Viewed Statewide |
| **Immigration Advocates Network Webinar**<br>"Best Practices for Screening and Representing Unaccompanied Children" | July 15, 2014<br>Viewed Nationwide |

**American Immigration Lawyers Association Annual Conference**     June 18, 2014
"Ethical and Practical Issues with Representing Children in Removal     Boston, Massachusetts
    Proceedings"

**Children in the Courts Conference**     May 15, 2014
*Supreme Court of Arkansas*     Little Rock, Arkansas
"Immigration Issues for Children and Families in Arkansas Courts"

**American Bar Association Business Law Section Spring Meeting**     April 11, 2014
Immigration Hearings 101: A Foundation for Representing Children in     Los Angeles, California
    Immigration Court"

**Sixth Annual Symposium on Family-Based Immigration Law**     April 5, 2014
*Los Angeles County Bar Association*     Los Angeles, California
"Working with Children: SIJS, Child Advocates, and Asylum"

**Beyond the Bench XXII**     December 2, 2013
*California Administrative Office of the Courts, Center for Families,*     Anaheim, California
    *Children & the Courts*
"Implementing SB 1064, The Reuniting Immigrant Families Act: Immigrant Youth and Families Involved in the Family and Juvenile Court Systems"

**Juvenile Division Judges' Fall Conference**     November 14, 2013
*Supreme Court of Arkansas*     Heber Springs, Arkansas
"Immigration Issues for Children and Families in Juvenile Division Court"

**American Immigration Lawyers Association California Chapters Conference**     November 9, 2013
    Anaheim, California
"Representing Vulnerable Populations in Immigration Court"

**American Immigration Lawyers Association Annual Conference**     June 26, 2013
"Challenging Form I-213: What to Do When DHS Alleges Your Client     San Francisco, California
    Is a Bad Actor"

**2013 Family Law Conference**     March 28, 2013
*Legal Aid Association of California*     Los Angeles, California
"Implementing SB1064: The Reuniting Immigrant Families Act"

**Juvenile Defense Seminar**     January 26, 2013
*California Public Defenders Association*     Monterey, California
"Immigration Issues for Youth in the Juvenile Justice System"

**Immigrant Legal Resource Center Webinar**     December 19, 2012
"Applying for DACA with a Juvenile Record"     Viewed Nationwide

**American Immigration Lawyers Association California Chapters Conference**     November 9, 2012
    San Diego, California
"Representing Juveniles in Immigration Court"

**Immigration Advocates Network eConference**     October 31, 2012
"Latest Developments in Immigration Relief for Children and Youth"     Viewed Nationwide

**Child Welfare Fall 2012 Study Section Conference**  October 4, 2012
*County Counsel Association of California*  Sacramento, California
"Special Immigrant Juvenile Status & Other Immigration Options for Youth"

**Immigration Advocates Network Webinar**  September 12, 2012
"Deferred Action for Childhood Arrivals: In Practice"  Viewed Nationwide

**45th Annual National Training and Continuing Education Conference**  September 10, 2012
*American Association of Public Welfare Attorneys*  San Diego, California
"Nexus of Immigration and Child Welfare"

**Immigration Law Seminar**  May 17-19, 2012
*Federal Bar Association Immigration Law Section*  Memphis, Tennessee
"Representing Juvenile Immigrants"

**Sixth Annual Conference on Unaccompanied Immigrant Children**  April 24-26, 2012
*National Center for Refugee and Immigrant Children*  Washington, DC
"Special Immigrant Juvenile Status Hot Topics"

**Immigrant Legal Resource Center Webinar**  November 3, 2011
"Representing Juvenile Immigrants"  Viewed Nationwide

**Family Law Section Adoptions Committee Webinar**  October 4, 2011
*California State Bar*  Viewed Statewide
"Guardianship of the Undocumented Child"

**Immigration Law Seminar**  May 13-15, 2011
*Federal Bar Association Immigration Law Section*  Memphis, Tennessee
"Representing Juvenile Immigrants"

**Symposium on Immigration and Children: The Law and the Dream**  March 4, 2011
*Whittier Law School, Center for Children's Rights*  Costa Mesa, California
"Defining the Problem: Immigration Issues Affecting Children"

**Recurring and Emerging Issues in Adoption Practice Seminar**  January 22, 2011
*Academy of Adoption Lawyers*  Los Angeles, California
    *& Academy of California Family Formation Lawyers*
"Immigration Issues in the Adoption of Foreign-Born Children"

**Fifth Annual Conference on Unaccompanied Immigrant Children**  December 7-9, 2010
*Florida Immigrant Advocacy Center*  Fort Lauderdale, Florida
"Legislative Updates and Strategy"

**Immigrant Legal Resource Center Webinar**  June 3, 2010
"Special Immigrant Juvenile Status: Highlighting Changes Implemented by the  Viewed Nationwide
    Trafficking Victims Protection and Reauthorization Act"

**Immigrant Legal Resource Center Webinar**  March 3, 2010
"Best Practices for Representing Unaccompanied Minor Clients before the  Viewed Nationwide
    Asylum Office"

**Immigration Law Symposium**  February 20, 2010
*University of La Verne College of Law*  Ontario, California
"Special Immigrant Juvenile Status: Theory and Practice"

**2010 Family Law Conference**  February 18, 2010
*Legal Aid Association of California*  Los Angeles, California
"Basic Introduction to Uncontested Independent, Stepparent and Domestic
   Partner Adoptions"

**Fourth Annual Conference on Unaccompanied Immigrant Children**  October 7-9, 2009
*National Center for Refugee and Immigrant Children*  Washington, DC
"Best Practices for Representing UAC Clients before the Asylum Office" &
   "SIJS Patterns Across the Country" & "Developing Child-Focused
   Asylum Regulations under the TVPRA Amendments"

**Office of the Child's Representative Annual Conference**  September 15, 2009
*State of Colorado*  Denver, Colorado
"SIJS Update"

**Immigrant Legal Resource Center Webinar**  March 2 & November 4, 2009
"Special Immigrant Juvenile Status: Highlighting Changes Implemented by the  Viewed Nationwide
   Trafficking Victims Protection and Reauthorization Act"

**Third Annual Conference on Unaccompanied Immigrant Children**  April 4, 2008
*National Immigrant Justice Center*  Chicago, Illinois
"Special Immigrant Juvenile Status Advanced Session" & "Socratic Dialogue"

**Beyond the Bench XVIII**  December 11-14, 2007
*California Administrative Office of the Courts, Center for Families,*  San Diego, California
   *Children & the Courts*
"Collateral Consequences in Juvenile Proceedings" & "An Overview of
   Immigration Issues and Child Welfare from a Lawyer's Perspective"
   & Testimony before Blue Ribbon Commission on Children in
   Foster Care

**Juvenile Defense Seminar**  January 20, 2007
*California Public Defenders Association*  Monterey, California
"Immigration Options for Children in the Juvenile Delinquency System"

**The 2007 Children's Law Institute**  January 10, 2007
*The Administrative Office of the Courts*  Albuquerque, New Mexico
"Immigration Law and Policy: What We All Need to Know"

**Beyond the Bench XVII**  December 15, 2006
*California Administrative Office of the Courts, Center for Families,*  Monterey, California
   *Children & the Courts*
"Immigration 101 for Youth in Juvenile Court System"

**29th National Children's Law Conference**  October 15, 2006
*National Association of Counsel for Children*  Louisville, Kentucky
"Providing Immigration Relief for Child Victims of Abuse, Abandonment
   or Neglect"

**Fifth Annual Statewide Convention on Co-Occurring Disorders**  October 3, 2006
*Numerous Sponsors, Including Los Angeles County Department of*  Long Beach, California
*Mental Health*
"Immigration and Co-Occurring Disorders"

**Hiding in Plain Sight: Finding and Protecting Child Victims of Trafficking**  September 20, 2006
*Legal Aid Foundation of Los Angeles*  Los Angeles, California
"Immigration Relief and Guardianship Strategies for Children"

**California Family-to-Family Statewide Convening**  January 10, 2006
*California Department of Social Services*  Long Beach, California
"Immigration Options, Service Models and Special Concerns"

**Beyond the Bench XVI**  December 16, 2005
*California Administrative Office of the Courts, Center for Families,*  San Diego, California
*     Children & the Courts*
 "Providing Immigration Relief for Child Victims of Abuse, Abandonment
     or Neglect"

**23rd Annual Juvenile Delinquency Law Seminar**  April 15, 2005
*Los Angeles County Public Defender*  Los Angeles, California
"Special Immigrant Juvenile Status"