CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>NOTICE RE NO CLASS MEMBER OBJECTIONS TO SETTLEMENT ON EMERGENCY INTAKE SITES<br><br>Hearing Date: Sept. 23, 2022<br>Time:              10:00 a.m.<br><br>HON. DOLLY M. GEE |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

1  On August 9, 2021, Plaintiffs filed a Motion to Enforce Settlement re Emergency Intake Sites ("Motion to Enforce"). [Doc. # 1161]. The parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' Motion to Enforce. *See* Joint Motion for Preliminary Approval of Settlement Agreement and Approval of Class Notice of Settlement ("Joint Motion") [Doc. # 1256].

Upon consideration of the parties' Joint Motion, the Court preliminarily approved the parties' Agreement and approved the notice of the proposed Agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1258]. The Court set—and the parties have complied with—the following schedule for notice and final approval:

On July 8 and 11, 2022, Plaintiffs provided Defendants a copy of the approved Notice in Spanish and English, respectively.

On July 28, 2022, Defendants posted copies of the approved Notice in English and Spanish on ORR's website. Defendants notified Plaintiffs' counsel in writing when the Notices were posted and provided a link to the posted Notice. The notice period is thirty (30) days in duration and any objections must be postmarked by August 27, 2022.

The Court further ordered that by August 29, 2022, Plaintiffs' counsel file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

As of the time of this filing on August 29, 2022, Plaintiffs have not received any objections to the Agreement. In accordance with the Court's order, Plaintiffs and Defendants will file a joint report by September 8, 2022, regarding any objections timely postmarked but not yet received.

Dated August 29, 2022:  Respectfully submitted,

/s/ *Mishan Wroe*
Mishan Wroe

1

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
*Attorneys for Plaintiffs*

2