CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*List continues on the next page*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | [PROPOSED] ORDER FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT |
| v. | |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for Final Approval of Settlement [Doc. # 1284], the Court APPROVES the parties' settlement agreement [Doc. # 1256-1] ("Agreement").

As detailed in the Agreement, the parties have agreed to resolve Plaintiffs' August 9, 2021 Motion to Enforce [Doc. # 1161] regarding Class Members detained at Emergency Intake Sites (EISs).

The Agreement provides, in part, that Emergency Intake Sites shall provide suitable living accommodations, access to daily outdoor activity, private phone calls at least twice a week for at least ten minutes in length, family reunification services, appropriate mental health interventions, educational services, legal services information, and structured leisure time activities. The Agreement generally prohibits the placement of particularly vulnerable children in Emergency Intake Sites, absent extraordinary circumstances. Additionally, the Agreement requires specific case management services such as an initial assessment by a case manager within 24 hours of a minor's admission to the facility and weekly meetings with case managers.

On June 30, 2022, the Court preliminarily approved the parties' Agreement and approved the notice of the proposed Agreement to *Flores* Class Members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1258]. The Court set a schedule for notice and final approval. *Id.*

The Agreement is a compromise reached by the parties as a result of arm's length negotiations. The Agreement benefits the Class and was not the result of collusion between the parties. The parties have complied with the schedule established by the Court and provided notice to the Class Members as ordered. The notice provided complied with the requirements of Federal Rule of Civil Procedure 23(e)(1) and was the best notice practicable under the circumstances. No Class Member has objected to the Agreement **[or insert text re any objections and how addressed]**.

The Court held a final fairness hearing on September 23, 2022, at 10:00 a.m. After considering the requirements of Rule 23(e), the Court finds that the Agreement is fair, reasonable, and adequate. Plaintiffs' Unopposed Motion is GRANTED and the

Agreement is APPROVED. IT IS FURTHER ORDERED that Plaintiffs' withdrawal of their Motion to Enforce with prejudice is GRANTED as the motion is moot.

**IT IS SO ORDERED.**

Dated: September _____, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*