UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | September 23, 2022 |

Title  *Jenny L. Flores, et al. v. Merrick Garland, et al.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos R. Holguin - VTC | Fizza Batool, USDOJ - VTC |
| Leecia Welch - VTC | |
| Neha Desai - VTC | |
| Mishan Wroe - VTC | |

**Proceedings: PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT [1284]**

The case is called and counsel state their appearance. The hearing is held via videoconference. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor and Dr. Paul Wise, Special Expert/Juvenile Care Monitor. The hearing is held by videoconference. The Court and counsel confer. The Court GRANTS Plaintiffs' unopposed motion for final approval of settlement [Doc. # 1284] for the reasons stated on the record. Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites [Doc. # 1161] is DENIED as moot. A written order will issue.

0:03