# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>     Plaintiffs,<br><br>   v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>     Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT [1161][1284]** |

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for Final Approval of Settlement [Doc. # 1284], the Court APPROVES the parties' settlement agreement [Doc. # 1256-1] ("Agreement").

As detailed in the Agreement, the parties have agreed to resolve Plaintiffs' August 9, 2021 Motion to Enforce [Doc. # 1161] regarding Class Members detained at Emergency Intake Sites ("EISes").

The Agreement provides, in part, that EISes shall provide suitable living accommodations, access to daily outdoor activity, private phone calls at least twice a week for at least ten minutes in length, family reunification services, appropriate mental health interventions, educational services, legal services information, and structured leisure time activities. The Agreement generally prohibits the placement of particularly vulnerable children in EISes, absent extraordinary circumstances. Additionally, the Agreement requires specific case management services such as an initial assessment by a case manager within 24 hours of a minor's admission to the facility and weekly meetings with case managers.

On June 30, 2022, the Court preliminarily approved the parties' Agreement and approved the notice of the proposed Agreement to *Flores* Class Members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1258.] The Court set a schedule for notice and final approval. *Id.*

The Agreement is a compromise reached by the parties as a result of arm's length negotiations. The Agreement benefits the Class and was not the result of collusion between the parties. The parties have complied with the schedule established by the Court and provided notice to the Class Members as ordered. The notice provided complied with the requirements of Federal Rule of Civil Procedure 23(e)(1) and was the best notice practicable under the circumstances. No Class Member has objected to the Agreement.

The Court held a final fairness hearing on September 23, 2022 at 10:00 a.m. After considering the requirements of Rule 23(e), the Court finds that the Agreement is fair, reasonable, and adequate. Plaintiffs' Unopposed Motion for Final Approval of

Settlement is **GRANTED** and the Agreement is **APPROVED**. IT IS FURTHER ORDERED that Plaintiffs' Motion to Enforce is **DENIED** as moot.

    **IT IS SO ORDERED.**

DATED: September 23, 2022

                                                  _____
                                                  DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE