BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
 P.O. Box 868, Ben Franklin Station
 Washington, D.C. 20044
 Tel: (202) 616-4863
 Fax: (202) 305-7000
 Email: fizza.batool2@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | Hearing: November 11, 2022 |
| | Time: 9:30 a.m. |
| Defendants. | Hon. Dolly M. Gee |
| | [Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to extend the current briefing and hearing schedule set for consideration on Plaintiffs' Motion for Award of Attorneys' Fees and Costs in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 1282.

This is the parties first stipulation to extend the briefing and hearing schedule. This request is not to cause any delay, but rather to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently.

WHEREAS, Plaintiffs filed the EAJA Motion on August 29, 2022. *See id*.

WHEREAS, Defendants' Opposition Brief to Plaintiffs' EAJA Motion is currently due on October 21, 2022. *See* L.R. 7-9.

WHEREAS, a hearing is currently scheduled for November 11, 2022, at 9:30 a.m. on Plaintiffs' EAJA Motion. ECF No. 1282.

WHEREAS, pursuant to the Settlement of Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites, ECF No. 1256-1, and the Court's subsequent final approval thereof, ECF No. 1288, the "Parties agree[d] to meet and confer in a good faith effort to settle such fees and costs[.]"

WHEREAS, Defendants require additional time to present a settlement proposal to Plaintiffs subject to the necessary approval processes.

THEREFORE, the parties seek a three-week extension of the hearing date to December 2, 2022. In doing so, Defendants' Opposition Brief will be due on November 11, 2022.

In the event that the parties decide to proceed with settlement negotiations, the parties agree and propose that the parties will file a Stipulation to hold the pending Plaintiffs' EAJA Motion in abeyance while the parties continue to mediate.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

DATED: October 6, 2022 　　　　　Respectfully submitted,

| | |
|---|---|
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Carlos R. Holguín | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| NATIONAL CENTER FOR YOUTH LAW<br>Neha Desai<br>Mishan Wroe<br>Melissa Adamson<br>Diane de Gramont | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| CHILDREN'S RIGHTS<br>Leecia Welch | SARAH B. FABIAN<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| /s/ Mishan Wroe<br>Mishan Wroe<br>*One of the Attorneys for Plaintiffs* | /s/ Fizza Batool<br>FIZZA BATOOL<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-4863<br>Fax: (202) 305-7000<br>Email: fizza.batool2@usdoj.gov<br><br>*Attorneys for Defendants* |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　/s/ Fizza Batool
　　　　　　　　　　　　　　　　　　FIZZA BATOOL
　　　　　　　　　　　　　　　　　　Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I served the foregoing **STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282**, on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants