BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**JOINT STIPULATION TO DISMISS EAJA MOTION WITH PREJUDICE AND PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT** |

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' "Motion for Award of Attorneys' Fees," ECF 1182 (the "Motion"), under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

Defendants agree to pay Plaintiffs $540,210.40 in settlement of Plaintiffs' claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the Motion. Plaintiffs agree that this is a reasonable resolution of Plaintiffs' claims pursuant to the Motion. The settlement agreement is attached as Exhibit 1.

Consistent with Federal Rule of Civil Procedure 23(e), the parties submit the following joint proposal for providing notice of the settlement agreement to *Flores* class members:

A proposed Notice is attached as Exhibit 2. Within five (5) days of an order from this Court approving the attached Notice, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. Within twenty (20) days of the date of the Order, Defendants shall post the approved Notice in English and Spanish at any U.S. Immigration and Customs Enforcement ("ICE") facilities where families with *Flores* class members are detained, and on the Office of Refugee Resettlement's ("ORR") website. At any ICE facilities where the Notices are posted, Defendants shall post the Notices in areas where class members and their accompanying adult relatives can see the Notices. Defendants shall notify Plaintiffs' counsel in writing whether and when the Notices have been posted at ICE facilities and of the locations where they were posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration.

Fifty (50) days after the date of the Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no

objections have been received. Seventy (70) days after the date of the Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The parties shall attach to the joint report a proposed order approving the Settlement Agreement and dismissing the Motion with prejudice. The parties' joint submission will propose a schedule for final approval of the Settlement Agreement.

Dated: October 12, 2022

/s/ *Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

/s/ *Fizza Batool*
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

## CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on October 12, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                        */s/ Fizza Batool*
                                        FIZZA BATOOL
                                        Trial Attorney