# EXHIBIT 2

NOTICE OF CLASS ACTION SETTLEMENT

**Notice to *Flores v. Barr* Class Members for Motion for Attorneys' Fees**

This notice is being given to individuals who:

- are members of the class covered by the *Flores* Settlement Agreement ("Agreement") and are in immigration custody in U.S. Immigration and Customs Enforcement ("ICE") family residential centers, or U.S. Office of Refugee Resettlement facilities ("ORR").

This notice is to inform you of a settlement regarding a motion for attorneys' fees in a class action lawsuit called *Flores v. Garland*, No. CV 85-04544 DMG ARG (C.D. Cal.). The *Flores* lawsuit resulted in a Settlement Agreement that sets minimum national standards for the detention, release, treatment and housing of children in the custody of ICE and ORR.

On April 24, 2020, at the request of class members' attorneys, the federal court ordered: (1) that ORR and ICE should continue to make efforts towards prompt and safe release of class members (including allowing for provisional release from ORR facilities if COVID-19 made fingerprinting unavailable); (2) that the *Flores* Monitor should oversee the conditions at ORR and ICE facilities; and (3) that the ORR and ICE juvenile coordinators should provide interim reports to the court on specified issues.

The Government and lawyers for class members have agreed that the Government will pay class members' attorneys' fees in the amount of $540,210.40 to compensate them for their work which resulted in the court's three orders issued on April 24, 2020, May 22, 2020, and June 26, 2020, respectively. If you wish, you may object to the agreement by submitting your objection in writing, via regular or electronic mail, to the class members' lawyers, who will then file the objections with the Court.

Nothing stated in this notice waives or modifies the parties' rights or obligations.

If you choose to object to the agreement for fees, you must direct your objection to:

Peter Schey
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057

Or email objections to: pschey@centerforhumanrights.org

To be timely, your objection must be received no later than _____.

If you do not make your objection by that date, you will lose your right to object.