UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER APPROVING THE PARTIES' JOINT PROPOSAL RE NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT [1292]** |

UPON CONSIDERATION of the parties' proposal for providing notice of the Settlement Agreement in accordance with Federal Rule of Civil Procedure 23(e), the Court APPROVES notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation, with the changes proposed by the Court. [Doc. # 1292-2.]

By **October 25, 2022**, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. By **November 9, 2022**, Defendants shall post the approved Notice in English and Spanish at any U.S. Immigration and Customs Enforcement ("ICE") facilities where families with *Flores* class members are detained, and on the Office of Refugee Resettlement's ("ORR") website. At any ICE facilities where the Notices are posted, Defendants shall post the Notices in areas where class members and their accompanying adult relatives can see the Notices. Defendants shall notify Plaintiffs' counsel in writing whether and when the Notices have been posted at ICE facilities and of the locations where they were posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration. Any objections to the Settlement shall be due by **December 9, 2022**.

By **January 6, 2023**, Plaintiffs' counsel shall file their motion for final approval of the Settlement Agreement, including information about any objections received and a proposed order approving the Settlement Agreement and denying Plaintiffs' "Motion for Award of Attorneys' Fees" [Doc. # 1182], as moot. The Court will hold a Final Fairness Hearing on the Settlement Agreement by videoconference on **January 20, 2023 at 10:00 a.m. The parties shall provide notice of the hearing date in their class notice.**

IT IS SO ORDERED.

DATED: October 20, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE