BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**JOINT STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1281**<br><br>Hearing: December 2, 2022<br>Time: 10:00 a.m.<br>Hon. Dolly M. Gee<br>[Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to hold in abeyance the current briefing and hearing schedule set for consideration on Plaintiffs' Motion for Award of Attorneys' Fees in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 1281.

WHEREAS, Plaintiffs filed the EAJA Motion on August 27, 2022. *See id*.

WHEREAS, Defendants' Opposition Brief to Plaintiffs' EAJA Motion is currently due on November 11, 2022. *See* L.R. 7-9.

WHEREAS, a hearing is currently scheduled for December 2, 2022, at 10:00 a.m. on Plaintiffs' EAJA Motion. ECF No. 1281.

WHEREAS, the parties seek to mediate this EAJA Motion.

THEREFORE, the parties hereby stipulate and respectfully request that the Court vacate the current briefing schedule and hearing date and stay further proceedings on this motion pending a further status report from the Parties.

The parties agree that, should mediation discussions cease to be productive, the parties will meet and confer within three days, and the parties will promptly submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.


Dated: November 3, 2022

Respectfully submitted,

  /s/ *Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

  */s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

  */s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

## CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on November 3, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                */s/ Fizza Batool*
                                FIZZA BATOOL
                                Trial Attorney