BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1281**<br><br>**[Hon. Dolly M. Gee]** |

UPON CONSIDERATION of the parties' stipulation and good cause appearing, IT IS ORDERED that the briefing schedule and hearing date [ECF No. 1281] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees [ECF No. 1281] pending a status report from the parties. If the parties' mediation discussions cease to be productive, the parties will meet and confer within three days, and the parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

**IT IS SO ORDERED.**

DATED: _____, 2022.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE