1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVTING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1281 [1295]** |

UPON CONSIDERATION of the parties' stipulation and good cause appearing, IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1281] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees [Doc. # 1281] pending the parties' status report. If the parties' mediation discussions cease to be productive, the parties will meet and confer within three days, and the parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

**IT IS SO ORDERED.**

DATED: November 7, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE