BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 616-4863
    Fax:  (202) 305-7000
    Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | Hearing: December 2, 2022 |
| Defendants. | Time: 9:30 a.m. |
| | Hon. Dolly M. Gee |
| | [Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to extend the current briefing and hearing schedule set for consideration on Plaintiffs' Motion for Award of Attorneys' Fees and Costs in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 1282.

This is the parties second stipulation to extend the briefing and hearing schedule. This request is not to cause any delay, but rather to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently.

WHEREAS, Plaintiffs filed the EAJA Motion on August 29, 2022. *See id*.

WHEREAS, Defendants' Opposition Brief to Plaintiffs' EAJA Motion is currently due on November 11, 2022. *See* L.R. 7-9.

WHEREAS, a hearing is currently scheduled for December 2, 2022, at 9:30 a.m. on Plaintiffs' EAJA Motion. ECF No. 1291.

WHEREAS, pursuant to the Settlement of Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites, ECF No. 1256-1, and the Court's subsequent final approval thereof, ECF No. 1288, the "Parties agree[d] to meet and confer in a good faith effort to settle such fees and costs[.]"

WHEREAS, the parties continue to exchange settlement proposals subject to the necessary approval processes.

THEREFORE, the parties seek a five-week extension of the hearing date to January 6, 2023. In doing so, Defendants' Opposition Brief will be due on December 16, 2022.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

| | |
|---|---|
| DATED:   November 10, 2022 | Respectfully submitted, |
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Carlos R. Holguín | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| NATIONAL CENTER FOR YOUTH LAW<br>Neha Desai<br>Mishan Wroe<br>Melissa Adamson<br>Diane de Gramont | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| CHILDREN'S RIGHTS<br>Leecia Welch | SARAH B. FABIAN<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| */s/ Mishan Wroe*<br>Mishan Wroe<br>*One of the Attorneys for Plaintiffs* | */s/ Fizza Batool*<br>FIZZA BATOOL<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-4863<br>Fax: (202) 305-7000<br>Email: fizza.batool2@usdoj.gov<br><br>*Attorneys for Defendants* |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, I served the foregoing **STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282**, on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants