BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
 P.O. Box 868, Ben Franklin Station
 Washington, D.C. 20044
 Tel: (202) 616-4863
 Fax: (202) 305-7000
 Email: fizza.batool2@usdoj.gov

Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
|  Plaintiffs, | **[Proposed]** |
| v. | **ORDER GRANTING STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282** |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
|  Defendants. | **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Stipulation to Extend Hearing Date Regarding Plaintiffs' EAJA Motion, ECF No. 1282.

UPON CONSIDERATION of the parties' stipulation to extend the hearing date on Plaintiffs' EAJA Motion and for the reasons set forth therein, the Court hereby ORDERS that the hearing is extended to January 6, 2023. Defendants' Opposition Brief will be due on December 16, 2022.

**IT IS SO ORDERED.**

DATED: _____, 2022.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE