ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

1       The Special Master/Independent Monitor ("Monitor") submits this Request for Extension
2 for a three (3) week term from November 15, 2022, to December 6, 2022.
3       According to the terms of the October 5, 2018, Order Appointing Andrea Sheridan Ordin
4 as the Special Master/Independent Monitor ("Appointment Order"), the Monitor has requested,
5 and the Court has granted, ten (10) extensions of her term [Docs. ## 698, 769, 1005, 1071, 1096,
6 1120, 1147, 1219, 1245, 1267] and, pursuant to the July 15, 2022 Order [Doc. # 1267], extended
7 her term to November 15, 2022.
8       The Court's July 15, 2022 Order further specified that the Monitor "may file, on or
9 before **October 25, 2022**, a Notice describing, serious, specific, and ongoing concerns and
10 requesting a further extension…" [Doc. #1257 at p. 2.] The Monitor's extension request here is
11 not based on "serious, specific, and ongoing concerns," but is rather requested for the purpose of
12 allowing the completion of the Monitor's Closing Report, which will focus on the three
13 settlement agreements between the Parties, and which will also include comments and
14 recommendations based on the last several months of monitoring of the Office of Refugee
15 Resettlement ("ORR") and U.S. Customs and Border Protection ("CBP") by the Monitor and
16 Special Expert Dr. Paul H. Wise.
17       After discussion with the Parties, plaintiffs and defendants do not object to the Monitor's
18 request for a three-week extension for the purposes described above. A draft of the Closing
19 Report will be delivered to the Parties on November 21, 2022. The Parties will submit their
20 comments on the Closing Report to the Monitor no later than November 30, 2022.  The final
21 Closing Report will be filed with the Court on December 2, 2022.
22       During this three (3) week extension, the Monitor expects the combined work of the
23 Monitor and Dr. Wise to require approximately 35 hours, and the work of the Monitor's non-
24 senior aides to require approximately 15 hours. The Monitor therefore proposes a billing cap of
25 $12,500, exclusive of travel expenses, which the Monitor does not expect during this period. The
26 Monitor and Dr. Wise shall submit to defendants timely closing invoices for fees such that
27 defendants may review.
28

1  DATED:  November 10, 2022              Respectfully submitted,

                                          Andrea Sheridan Ordin

                                   By  s/ Andrea Sheridan Ordin
                                          Andrea Sheridan Ordin

                                   *Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on November 10, 2022, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on November 10, 2022 at Los Angeles, California.

_____
Jeff Thomson