# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544-DMG (AGRx) |
| | ) |
| Plaintiffs, | ) **ORDER APPROVING** |
| | ) **STIPULATION TO EXTEND** |
| v. | ) **HEARING DATE REGARDING** |
| | ) **PLAINTIFFS' EAJA MOTION, ECF** |
| MERRICK GARLAND, Attorney | ) **NO. 1282 [1297]** |
| General of the United States; *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

THIS CAUSE comes before the Court upon the parties' Stipulation to Extend Hearing Date Regarding Plaintiffs' EAJA Motion [Doc. # 1282].

UPON CONSIDERATION of the parties' stipulation to extend the hearing date on Plaintiffs' EAJA Motion and for the reasons set forth therein, the Court hereby ORDERS that the hearing is continued to **January 6, 2023 at 11:00 a.m.** Defendants' Opposition Brief will be due on **December 16, 2022**.

**IT IS SO ORDERED.**

DATED:  November 14, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE