UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | November 14, 2022 |
| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | Page | 1 of 2 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [1298]**

In accordance with the terms of the October 5, 2018 Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") [Doc. # 494], the Monitor has requested, and the Court has granted, ten extensions of her term. [Doc. ## 698, 769, 1005, 1071, 1096, 1120, 1147, 1219, 1245, 1267.] Presently, her term will expire on November 15, 2022.

The Monitor now seeks a final, three-week extension of her term, until December 6, 2022, for purposes of preparing a Closing Report. *See* Request for Extension [Doc. # 1298]. Neither Plaintiffs nor Defendants oppose the Request. *See id*. at 2. The Monitor states in her Request for Extension that she anticipates the remaining work of the Monitor and Special Expert Dr. Wise will require approximately 35 hours, and the work of the Monitor's non-senior aides will require approximately 15 hours. *Id*. Based on these estimates, the Monitor proposes a billing cap of $12,500, exclusive of travel expenses (which the Monitor does not expect), for this three-week period. *Id*.

In light of the short term of the extension and the parties' lack of opposition, the Court **APPROVES** the Monitor's request for an approximately three-week extension of her term to **December 9, 2022.** The Court also **APPROVES** the Monitor's proposed billing cap of $12,500 for the term. The Court further **ORDERS** that:

1. Pursuant to Paragraph C.2 of the Appointment Order, the Monitor, Special Expert Dr. Wise, and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $300.00, while non-senior aides shall be compensated at the hourly rate of $125.000.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544-DMG (AGRx)** | Date | November 14, 2022 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 2 of 2 |

2. In no event will the total compensation to the Monitor, Dr. Wise, and their aides exceed $12,500.00 for the three-week extension period, exclusive of travel expenses for which the Monitor will make special requests (and which the Monitor does not expect to incur during this period).  In accordance with the Appointment Order, the Monitor and Dr. Wise shall submit to Defendants timely closing bills for fees in order that Defendants may review the fees.

3. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591, 698, 769, 1005, 1071, 1120, 1147, 1219, 1245, 1267], remain in full force and effect.

4. Pursuant to the Monitor's proposal, a draft of the Monitor's Closing Report shall be delivered to the parties on **November 21, 2022**.  The parties shall submit their comments to the Monitor by **November 30, 2022**.  The Closing Report shall be filed with the Court on **December 2, 2022**.  The Court will hold a status conference regarding the Closing Report on **December 9, 2022** at **11:00 a.m.**

**IT IS SO ORDERED**.