BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 616-4863
    Fax:  (202) 305-7000
    Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
|     Plaintiffs, | **STIPULATION TO EXTEND NOTICE PERIOD REGARDING EAJA SETTLEMENT AGREEMENT, ECF NO. 1293** |
|     v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | Hearing: January 20, 2023<br>Time: 10:00 a.m. |
|     Defendants. | Hon. Dolly M. Gee<br>[Proposed] Order Filed Concurrently |

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to extend the current notice period on the parties' Settlement Agreement related to Plaintiffs' Motion for Award of Attorneys' Fees in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 1182.

This is the parties first stipulation to extend the notice period. This request is not to cause any delay, but rather to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently.

WHEREAS, on October 12, 2022, the parties filed a joint stipulation to dismiss the EAJA Motion with prejudice and proposal regarding notice to *Flores* class members of settlement. ECF No. 1292.

WHEREAS, on October 20, 2022, the Court approved notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation, with the changes proposed by the Court. ECF No. 1293.

WHEREAS, pursuant to the Court's Order:

> By **November 9, 2022**, Defendants shall post the approved Notice in English and Spanish at any U.S. Immigration and Customs Enforcement ("ICE") facilities where families with *Flores* class members are detained, and on the Office of Refugee Resettlement's ("ORR") website…Defendants shall notify Plaintiffs' counsel in writing whether and when the Notices have been posted at ICE facilities and of the locations where they were posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration. Any objections to the Settlement shall be due by **December 9, 2022**.

*Id*. On November 17, 2022, Counsel for Defendants informed Class Counsel, Mr. Peter Schey, via email that ICE posted the Notice in English and Spanish on

November 3, 2022. On the same day, Counsel for Defendants informed Mr. Schey via email that ORR posted the Notice in English and Spanish on ORR's website on November 16, 2022, and provided the link.

THEREFORE, the parties seek a 30-day extension of the notice period to conform to the Court's Order requiring that the notice period shall be no less than 30 days in duration. *Id*. In doing so, *Flores* class members will receive adequate time to view the Notice on ORR's website. Accordingly, the parties request that any objections to the Settlement shall be due by December 16, 2022. The parties submit that this proposed changed will not affect the rest of the Court Ordered deadlines, including Plaintiffs' Counsel motion for final approval of the Settlement Agreement which is due by January 6, 2023, and the Final Fairness Hearing on the Settlement Agreement scheduled for January 20, 2023 at 10:00 a.m. *Id*.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

DATED:     November 23, 2022     Respectfully submitted,

/s/ Peter Schey (with permission)          BRIAN M. BOYNTON
*Class Counsel for Plaintiffs*             Principal Deputy Assistant Attorney General
CENTER FOR HUMAN RIGHTS                    Civil Division
AND CONSTITUTIONAL LAW
Peter A. Schey                             WILLIAM C. PEACHEY
Carlos R. Holguín                          Director, District Court Section
                                           Office of Immigration Litigation

                                           WILLIAM C. SILVIS
                                           Assistant Director, District Court Section
                                           Office of Immigration Litigation

                                           SARAH B. FABIAN
                                           Senior Litigation Counsel

Office of Immigration Litigation

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

## Attestation of Authorization to File

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I served the foregoing **STIPULATION TO EXTEND NOTICE PERIOD REGARDING EAJA SETTLEMENT AGREEMENT, ECF NO. 1293,** on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants