BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 616-4863
    Fax:  (202) 305-7000
    Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **[Proposed]** |
| v. | **ORDER GRANTING STIPULATION TO EXTEND NOTICE PERIOD REGARDING EAJA SETTLEMENT AGREEMENT, ECF NO. 1293** |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Stipulation to Extend Notice Period Regarding EAJA Settlement Agreement, ECF No. 1293.

UPON CONSIDERATION of the parties' stipulation to extend the notice period on the parties' Settlement Agreement, and for the reasons set forth therein, the Court hereby ORDERS that any objections to the Settlement shall be due by December 16, 2022. By January 6, 2023, Plaintiffs' Counsel shall file their motion for final approval of the Settlement Agreement, including information about any objections received and a proposed order approving the Settlement Agreement and denying Plaintiffs' "Motion for Award of Attorneys' Fees" [Doc. # 1182], as moot. The Court will hold a Final Fairness Hearing on the Settlement Agreement by videoconference on January 20, 2023 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2022.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE