# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 -DMG (AGRx) <br> ) <br> ) **ORDER APPROVING** <br> ) **STIPULATION TO EXTEND** <br> ) **NOTICE PERIOD REGARDING** <br> ) **EAJA SETTLEMENT AGREEMENT,** <br> ) **ECF NO. 1293 [1302]** <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.,* | |
| Defendants. | |

THIS CAUSE comes before the Court upon the parties' Stipulation to Extend Notice Period Regarding EAJA Settlement Agreement, ECF No. 1293.

UPON CONSIDERATION of the parties' stipulation to extend the notice period on the parties' Settlement Agreement, and for the reasons set forth therein, the Court hereby ORDERS that any objections to the Settlement shall be due by December 16, 2022.  By January 6, 2023, Plaintiffs' Counsel shall file their motion for final approval of the Settlement Agreement, including information about any objections received and a proposed order approving the Settlement Agreement and denying Plaintiffs' "Motion for Award of Attorneys' Fees" [Doc. # 1182], as moot. The Court will hold a Final Fairness Hearing on the Settlement Agreement by videoconference on **January 20, 2023 at 10:00 a.m.**

**IT IS SO ORDERED.**

DATED:  November 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE