UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | December 9, 2022 |
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey - VTC | Sarah B. Fabian, USDOJ - VTC |
| Leecia Welch - VTC | Fizza Batool, USDOJ - VTC |

**Proceedings: STATUS CONFERENCE**

    The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor and Dr. Paul Wise, Special Expert/Juvenile Care Monitor. The hearing is held by videoconference. The Court and counsel confer.

0:23