1  BRIAN M. BOYNTON
2  Principal Deputy Assistant Attorney General
   Civil Division
3  WILLIAM C. PEACHEY
4  Director, District Court Section
   Office of Immigration Litigation
5  WILLIAM C. SILVIS
6  Assistant Director, District Court Section
   Office of Immigration Litigation
7  SARAH B. FABIAN
8  Senior Litigation Counsel
   FIZZA BATOOL
9  Trial Attorney
   District Court Section
10 Office of Immigration Litigation
11      P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
12      Tel: (202) 616-4863
13      Fax: (202) 305-7000
        Email: fizza.batool2@usdoj.gov
14

15 Attorneys for Defendants

16
        **UNITED STATES DISTRICT COURT**
17      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

18 | JENNY LISETTE FLORES; *et al.*, | ) | Case No. CV 85-4544 |

19      )
        Plaintiffs,                )   **STIPULATION TO EXTEND**
20                                  )   **HEARING DATE REGARDING**
        v.                          )   **PLAINTIFFS' EAJA MOTION, ECF**
21                                  )   **NO. 1282**
                                    )
22 MERRICK GARLAND, Attorney        )
   General of the United States; *et al.,*  )   Hearing: January 6, 2023
23                                  )   Time: 11:00 a.m.
        Defendants.                 )   Hon. Dolly M. Gee
24                                  )   [Proposed] Order Filed Concurrently
25                                  )
                                    )
26

Pursuant to Local Civil Rule 7-1, the parties submit this stipulation to extend the current briefing and hearing schedule set for consideration on Plaintiffs' Motion for Award of Attorneys' Fees and Costs in the above-captioned case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). ECF No. 1282.

This is the parties third stipulation to extend the briefing and hearing schedule. This request is not to cause any delay, but rather to ensure proper adjudication of the matter and to conserve the Court's resources adequately and efficiently.

WHEREAS, Plaintiffs filed the EAJA Motion on August 29, 2022. *See id*.

WHEREAS, Defendants' Opposition Brief to Plaintiffs' EAJA Motion is currently due on December 16, 2022. ECF No. 1300.

WHEREAS, a hearing is currently scheduled for January 6, 2023, at 11:00 a.m. on Plaintiffs' EAJA Motion. *Id*.

WHEREAS, pursuant to the Settlement of Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites, ECF No. 1256-1, and the Court's subsequent final approval thereof, ECF No. 1288, the "Parties agree[d] to meet and confer in a good faith effort to settle such fees and costs[.]"

WHEREAS, the parties have reached a settlement agreement in principle which is currently undergoing the necessary approval processes.

THEREFORE, the parties seek a four-week extension of the hearing date to February 3, 2023, to complete the approval process. In doing so, Defendants' Opposition Brief will be due on January 13, 2023.

For the foregoing reasons, the parties respectfully request that this Court grant the parties' stipulated request.

DATED:      December 14, 2022          Respectfully submitted,

CENTER FOR HUMAN RIGHTS      BRIAN M. BOYNTON

1

| | |
|---|---|
| AND CONSTITUTIONAL LAW | Principal Deputy Assistant Attorney General |
| Carlos R. Holguín | Civil Division |
| | |
| NATIONAL CENTER | WILLIAM C. PEACHEY |
| FOR YOUTH LAW | Director, District Court Section |
| Neha Desai | Office of Immigration Litigation |
| Mishan Wroe | |
| Melissa Adamson | WILLIAM C. SILVIS |
| Diane de Gramont | Assistant Director, District Court Section |
| | Office of Immigration Litigation |
| CHILDREN'S RIGHTS | |
| Leecia Welch | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| */s/ Mishan Wroe* | Office of Immigration Litigation |
| Mishan Wroe | |
| *One of the Attorneys for Plaintiffs* | */s/ Fizza Batool* |
| | FIZZA BATOOL |
| | Trial Attorney |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 616-4863 |
| | Fax: (202) 305-7000 |
| | Email: fizza.batool2@usdoj.gov |

*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

> */s/ Fizza Batool*
> FIZZA BATOOL
> Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I served the foregoing **STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282**, on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants