# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>MERRICK GARLAND, Attorney General of the United States; *et al.*,<br><br>　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND HEARING DATE REGARDING PLAINTIFFS' EAJA MOTION, ECF NO. 1282 [1308]** |

1 THIS CAUSE comes before the Court upon the parties' Stipulation to Extend Hearing Date Regarding Plaintiffs' EAJA Motion [Doc. # 1282].

UPON CONSIDERATION of the parties' stipulation to extend the hearing date on Plaintiffs' EAJA Motion and for the reasons set forth therein, the Court hereby continues the hearing to **February 3, 2023 at 11:00 a.m.** Defendants' Opposition Brief will be due on January 13, 2023.

**IT IS SO ORDERED.**

DATED:  December 15, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE