BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**JOINT STIPULATION TO DISMISS EAJA MOTION WITH PREJUDICE AND PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT** |

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' "Motion for Award of Attorneys' Fees and Costs," ECF No. 1282 (the "Motion"), under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

Defendants agree to pay Plaintiffs $577,286.09 in settlement of Plaintiffs' claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the Motion. Plaintiffs agree that this is a reasonable resolution of Plaintiffs' claims pursuant to the Motion. The settlement agreement is attached as Exhibit 1.

Consistent with Federal Rule of Civil Procedure 23(e), the parties submit the following joint proposal for providing notice of the settlement agreement to *Flores* class members:

A proposed Notice is attached as Exhibit 2. Within five (5) days of an order from this Court approving the attached Notice, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. Within twenty (20) days of the date of the Order, Defendants shall post the approved Notice in English and Spanish on the Office of Refugee Resettlement's ("ORR") website. Defendants shall notify Plaintiffs' counsel in writing when the Notice has been posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration.

Fifty (50) days after the date of the Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. Seventy (70) days after the date of the Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The parties shall attach to the joint report a proposed order approving the Settlement Agreement

and dismissing the Motion with prejudice. The parties' joint submission will propose a schedule for final approval of the Settlement Agreement.

| | |
|---|---|
| Dated: December 21, 2022 | Respectfully submitted, |
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Carlos R. Holguín | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
| NATIONAL CENTER FOR YOUTH LAW<br>Neha Desai<br>Mishan Wroe<br>Melissa Adamson<br>Diane de Gramont | WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director |
| CHILREN'S RIGHTS<br>Leecia Welch | SARAH B. FABIAN<br>Senior Litigation Counsel |
| */s/ Mishan Wroe*<br>Mishan Wroe<br>*One of the Attorneys for Plaintiffs* | */s/ Fizza Batool*<br>FIZZA BATOOL<br>Trial Attorney<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-4863<br>Fax: (202) 305-7000<br>E-mail: fizza.batool2@usdoj.gov |

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

3

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on December 21, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

          */s/ Fizza Batool*
          FIZZA BATOOL
          Trial Attorney