# EXHIBIT 2

NOTICE OF CLASS ACTION SETTLEMENT

**Notice to *Flores v. Barr* Class Members for Motion for Attorneys' Fees and Costs**

This notice is being given to individuals who:

- are members of the class covered by the *Flores* Settlement Agreement ("Agreement") and are in the care and custody of the U.S. Office of Refugee Resettlement ("ORR").

This notice is to inform you of a settlement regarding a motion for attorneys' fees and costs in a class action lawsuit called *Flores v. Garland*, No. CV 85-04544 DMG ARG (C.D. Cal.). The *Flores* lawsuit resulted in a Settlement Agreement that sets minimum national standards for the detention, release, treatment and housing of children in the custody of ORR.

On June 22, 2022, the parties filed a Joint Motion for Preliminary Approval of Settlement and Approval of Class Notice of Settlement concerning ORR's use of Emergency Intake Sites ("EIS") facilities. This Settlement provides, in pertinent part, the standards the Government will meet while operating EISs including suitable living accommodations, access to daily outdoor activity, private phone calls at least twice a week for at least ten minutes in length, family reunification services, appropriate mental health interventions, educational services, legal services information, and structured leisure time activities. On September 23, 2022, the federal court granted final approval of the Settlement.

The Government and lawyers for class members have agreed that the Government will pay class members' attorneys' fees and costs in the amount of $577,286.09 to compensate them for their work which resulted in the EIS Settlement. If you wish, you may object to the agreement by submitting your objection in writing, via regular or electronic mail, to the class members' lawyers, who will then file the objections with the Court. If you wish to object, please advise a staff member at the facility you are currently located at that you wish to object and you will be provided with paper, a pen or pencil, and an envelope and a stamp. Please sign your letter and also write down the date. You may give the letter to a staff member to be mailed for you.

Nothing stated in this notice waives or modifies the parties' rights or obligations.

If you choose to object to the agreement for fees, you must mail your objection to:

Mishan Wroe
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, California 94612

Or email objections to: mwroe@youthlaw.org

To be timely, your objection must be received no later than _____.

If you do not make your objection by that date, you will lose your right to object. You are not required to send a letter if you have no objection to the agreement.