BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
E-mail: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **[PROPOSED] ORDER APPROVING THE PARTIES' JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT** |

UPON CONSIDERATION of the parties' proposal for providing notice of the Settlement Agreement in accordance with Federal Rule of Civil Procedure 23(e), the Court APPROVES notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation.

Within five (5) days of the date of this Order, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. Within twenty (20) days of the date of this Order, Defendants shall post the approved Notice in English and Spanish on the Office of Refugee Resettlement's ("ORR") website. Defendants shall notify Plaintiffs' counsel in writing when the Notice has been posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration.

Fifty (50) days after the date of this Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. Seventy (70) days after the date of this Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The joint report will include a proposed schedule for final approval of the Settlement Agreement as well as a proposed order approving the Settlement Agreement and dismissing Plaintiffs' "Motion for Award of Attorneys' Fees and Costs," ECF No. 1282, with prejudice.

IT IS HEREBY ORDERED that the briefing schedule and hearing date [ECF No. 1309] previously set in this matter are VACATED.

DATED: _____, 2022.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE