UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING THE PARTIES' JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT [1310]** |

UPON CONSIDERATION of the parties' proposal for providing notice of the Settlement Agreement in accordance with Federal Rule of Civil Procedure 23(e), the Court APPROVES notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation.

By **January 3, 2023**, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. By **January 18, 2023**, Defendants shall post the approved Notice in English and Spanish on the Office of Refugee Resettlement's ("ORR") website. Defendants shall notify Plaintiffs' counsel in writing when the Notice has been posted and will provide a link to the Notice posted on the ORR website. The notice period shall be no less than thirty (30) days in duration.

By **February 17, 2023**, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. By **March 9, 2023**, Plaintiffs' counsel shall file their Motion for Final Approval of the settlement, including information about any objections received and a proposed order approving the Settlement Agreement and denying Plaintiffs' "Motion for Award of Attorneys' Fees and Costs" [Doc. # 1282], as moot. The Court will hold a Final Fairness Hearing on the settlement on **April 14, 2023** at **10:00 a.m. The parties shall provide notice of the hearing date in their class notice.**

The briefing schedule and February 3, 2023 hearing on Plaintiffs' Motion for Award of Attorneys' Fees and Costs [Doc. # 1282] are **VACATED**.

**IT IS SO ORDERED.**

DATED: December 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE