CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

*Listing continues on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>PLAINTIFFS' NOTICE RE NON-RECEIPT OF CLASS MEMBER OBJECTIONS AND UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT<br><br>[Doc. ## 1182, 1292, 1293, and 1303]<br><br><br>[HON. DOLLY M. GEE] |

/ / /

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

/ / /

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF 1182 [Doc. ## 1182 and 1292.]

Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the settlement agreement to *Flores* Class Members. Attached as Exhibit 2 to the Joint Stipulation. [Doc. # 1292-2.]

The Court thereafter approved the proposed Class Notice ("Order") and ordered that it be posted at any U.S. Immigration and Customs Enforcement ("ICE") facilities where families with Flores class members were detained, and on the Office of Refugee Resettlement's ("ORR") website, and that at any ICE facilities where the Notices are posted, Defendants were required to post the Notices in areas where class members and their accompanying adult relatives can see the Notices. [Doc. # 1293.]

As Ordered, Defendants posted the approved Notice in English and Spanish and the notice period ran for thirty (30) days.

Since the posting of the Class Notice, Plaintiffs' counsel has not received any objections from any Class Members or their parents.

Pursuant to the Court's Order of November 28, 2022 [Doc. # 1303], Plaintiffs are filing this Notice Re Non-Receipt of Class Member Objections and Unopposed Motion for Final Approval of Settlement Agreement seeking approval of the proposed settlement.

The Court has stated it will hold a hearing to consider final approval of the proposed settlement on January 20, 2023 at 10 am.

Dated: January 6, 2023         Respectfully submitted,

   /s/ Peter Schey
PETER SCHEY

Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on January 6, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                      /s/ Peter Schey
                                    PETER SCHEY