UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

THIS CAUSE comes before the Court upon the filing of Plaintiffs' Notice of Non-Receipt of Class Member Objections and Unopposed Motion for Final Approval of the Settlement Agreement, [ECF # xxx].

UPON CONSIDERATION of the parties' Joint Stipulation To Dismiss Eaja Motion With Prejudice and Proposal Regarding Notice to Flores Class Members Of Settlement [Doc.# 1292] and Notice of Non-Receipt of Class Member Objections and Joint Motion for Final Approval of the Settlement Agreement, [ECF #xxx], and for Good Cause Shown, the Court hereby ORDERS that the settlement agreement, ECF 1292, is approved. The Court further ORDERS that Plaintiffs' Motion for

Award of Attorneys' Fees and Costs [ECF 1182], is DISMISSED WITH PREJUDICE pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

DATED: _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:
Peter Schey
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**
**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on January 6, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

      /s/ Peter Schey
PETER SCHEY