# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN MEESE<br><br>Defendant(s). | CASE NUMBER:<br><br>2:85–cv–04544–DMG–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/6/2023

Document No.:   1313

Title of Document:   Plaintiffs' Notice re Non−Receipt of Class Member Objections and Unopposed Motion for FInal Approval of Settlement Agreement

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Settlement. For this one−time only, clerk shall convert the docketing event, and place this matter on calendar for 1/20/2023 at 10:00 AM

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 11, 2023    By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**