1                  UNITED STATES DISTRICT COURT

2                 CENTRAL DISTRICT OF CALIFORNIA

3            HONORABLE DOLLY M. GEE, U.S. DISTRICT JUDGE

4   JENNY L. FLORES, ET AL.,           )
                                       )
5   _____        )
                                       )
6                     Plaintiffs,      )
                                       )
7   _____        )
                                       )
8            Vs.                       )   No. CV85-04544-DMG
                                       )
9                                      )
                                       )
10  EDWIN MEESE, ET AL.,               )
                                       )
11  _____        )
                     Defendants.       )
12                                     )
    _____ )
13                                     )

14

15

16           REPORTER'S TRANSCRIPT OF PROCEEDINGS

17              VIDEO CONFERENCE VIA ZOOM

18               LOS ANGELES, CALIFORNIA

19              WEDNESDAY, APRIL 7, 2021

20

21

22

23          MIRIAM V. BAIRD, CSR 11893, CCRA
         OFFICIAL U.S. DISTRICT COURT REPORTER
24              350 WEST FIRST STREET
                   FOURTH FLOOR
25          LOS ANGELES, CALIFORNIA 90012
                MVB11893@aol.com

**A P P E A R A N C E S**

**ON BEHALF OF THE PLAINTIFF,**           CARLOS HOLGUIN
**JENNY L. FLORES:**                       CENTER FOR HUMAN RIGHTS AND
                                           CONSTITUTIONAL LAW
                                           256 SOUTH OCCIDENTAL
                                           BOULEVARD
                                           LOS ANGELES, CA 90057


**ON BEHALF OF THE DEFENDANT,**           SARAH B. FABIAN
**EDWIN MEESE:**                           US DEPARTMENT OF JUSTICE
                                           OFFICE OF IMMIGRATION
                                           LITIGATION
                                           PO BOX 868 BEN FRANKLIN
                                           STATION
                                           WASHINGTON, DC 20044


**ALSO APPEARING:**
ALSO PRESENT:
SPECIAL MASTER ANDREA ORDIN
DR. PAUL WISE
HENRY MOAK
LEECIA WELCH
NEHA DESAI
DENISE HALL
BRIDGET CAMBRIA
JUVENILE COORDINATORS:
DEANE DOUGHERTY
AURORA MIRANDA-MAESE

LOS ANGELES, CALIFORNIA; WEDNESDAY, APRIL 7, 2021; 11:12 A.M.

---

THE CLERK:  Calling CV85-4544-DMG Jenny L. Flores, et al., v. Merrick Garland.

For the plaintiffs we have, Peter Schey, Carlos Holguin, Leecia Welch, Neha Desai.  For the amici parties, we have Denise Ball, Bridget Cambria.  A special master and independent monitor Andrea Sheridan Ordin.  Also present is Dr. Paul Wise.

For the defendant, we have Sarah Fabian.  As juvenile coordinators present are Aurora Miranda-Maese, Deanne Daugherty and Henry A. Moak, Jr. -- correction.  Peter Schey is not present.

THE COURT:  All right.  Good morning, everyone. Thank you for all of your various reports and filings.  I have had a chance to review those.  So I don't want to spend time going over those, but I want to just recognize and acknowledge and thank all of the parties who have put in so much work to deal with the recent influx.  The logistical challenge of trying to deal with that influx has been amazing.  I commend all of you for the efforts that you have put into trying to get a handle on that situation.  An influx is a challenging circumstance under the best of circumstances and to add the additional layer of a pandemic on top of that,

1   just makes it all that much more difficult.  So I acknowledge

2   how challenging it has been and commend you and all of those

3   who have been working diligently to try to deal with this

4   humanitarian situation.

11:14AM   5        Let me take as my first order of business, the

6   monitor's request for extension of her term to July 15, 2021.

7   I didn't see any responses to that request.  So unless there

8   is any objection voiced today, I'm going to go ahead and

9   grant the request for extension of Andrea Sheridan Ordin and

11:14AM   10   Dr. Paul Wise's term to July 15, 2021 under the terms and

11   conditions that were stated in her request.  Hearing no

12   objections, I'm going to go ahead and grant that request.

13        I also would like to thank Ms. Ordin and Dr. Wise

14   for their report as well and for their ongoing efforts to

11:15AM   15   monitor this changing situation.

16        Let me start with the ORR juvenile coordinator

17   report, Ms. Miranda-Maese, good morning.

18        MS. MIRANDA-MAESE:  Good morning, Your Honor.

19        THE COURT:  Do you have any updates since the last

11:15AM   20   report that was filed?

21        MS. MIRANDA-MAESE:  Well, the shelters, the influx

22   keeps growing as you probably know.  We do have a few EIS

23   facilities that have been added since the last report.  The

24   numbers have exponentially increased as well.  I do plan -- I

11:15AM   25   have mentioned to Ms. Ordin, I plan, along with some other

|     |     |
| --- | --- |
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 11:16AM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 11:16AM | 10 |

1  members, some other colleagues, to do some site visits at the

2  EIS facilities starting out in Texas in the first part of

3  June.

4       There are, as you know, some field guidances.

5  Those have also been sent to Ms. Ordin.  Things at the EIS

6  facilities are continuing ramp up.  There was just -- there's

7  been so much activity that I believe, you know, case

8  management services and other things have not been able to

9  keep with the pace, but they are certainly ramping up now in

10  most of the facilities, if not all of them.

11       THE COURT:  Are the new EIS facilities the ones in

12  San Antonio, Lackland, Fort Bliss, and Houston?

13       MS. MIRANDA-MAESE:  They are -- hold on a second,

14  Your Honor.  The new facilities are Starr Commonwealth in

15  Michigan; Lackland, correct; Long Beach and Pomona.

16       The other information is that Houston has been

17  closed.  The EIS facility called PIA in Pennsylvania is on

18  hold at the present time.

19       THE COURT:  There are temporary influx care

20  facilities at Carrizo Springs in Pecos, Texas.  Are there

21  additional ones that have come online since your report?

22       MS. MIRANDA-MAESE:  No, Your Honor.  In fact,

23  Pecos, Texas, I believe, is not an influx.  It's an

24  emergency -- an EIS facility.  So the only one that we

25  currently have is Carrizo Springs as an influx.

UNITED STATES DISTRICT COURT

1        THE COURT:  Are there any plans to have more influx

2   care facilities, or is Carrizo Springs going to be the only

3   one?

4        MS. MIRANDA-MAESE:  I believe plans are underway to

11:18AM  5   obtain contractors for other influx facilities, but that is

6   not -- there is no new developments that I'm aware of at this

7   time.

8        THE COURT:  There are so many EIS facilities that

9   are springing up to accommodate the influx, that I'm

11:18AM 10   concerned that my monitors certainly cannot cover all of them

11   themselves, just the two them.  I don't know how much your

12   staff has been able to be expanded to cover those facilities.

13   Are you getting enough resources augmented to be able to

14   assist you in doing your juvenile coordinator monitoring?

11:18AM 15        MS. MIRANDA-MAESE:  Yes, Your Honor.  There are

16   quite a few federal staff and federal volunteers.  It has

17   been very challenging sometimes to make contact with some

18   only because they are extremely busy.  Understandably, some

19   of the volunteers and employees are working several hours

11:19AM 20   throughout the week at these facilities.  But yes, I've been

21   able to the best that I can obtain that information as much

22   as possible.

23        THE COURT:  All right.  Well, one of the

24   recommendations of the monitor was to increase the number of

11:19AM 25   medical experts who are able to go to EIS facilities to

| | |
|---|---|
| 1 | monitor.  Is there capacity internally for you to be able to |
| 2 | get people who have some medical expertise to monitor some of |
| 3 | these facilities? |
| 4 | MS. MIRANDA-MAESE:  I believe all of the EIS |
| 11:20AM 5 | facilities have a medical team in place, Your Honor.  To what |
| 6 | extent that team is composed of, how many staff, I am not |
| 7 | exactly certain, but there are staff available at all of the |
| 8 | facilities. |
| 9 | THE COURT:  Okay.  For your next report, I'm going |
| 11:20AM 10 | to ask if you could give me an update on whether there are |
| 11 | people available to assist you in providing feet on the |
| 12 | ground to monitor some of the medical facilities or |
| 13 | capacities. |
| 14 | MS. MIRANDA-MAESE:  Very well.  Thank you. |
| 11:20AM 15 | THE COURT:  Thank you.  Thank you for your |
| 16 | continuing efforts.  I know it's been a challenge. |
| 17 | MS. MIRANDA-MAESE:  Yes.  Thank you, Your Honor. |
| 18 | THE COURT:  Thank you. |
| 19 | Ms. Dougherty, can you hear me? |
| 11:21AM 20 | MS. DOUGHERTY:  Yes, Your Honor, I'm here. |
| 21 | THE COURT:  Thank you for your report.  Is there |
| 22 | anything new with regard to the ICE facilities? |
| 23 | MS. DOUGHERTY:  We -- well, as you well know, we |
| 24 | have contracted with Endeavors, which is a nonprofit |
| 11:21AM 25 | organization.  During the process, we've opened three hotels |

thus far with the plan of having seven hotels ultimately to
assist with the family influx.

Now, we're still on course to transition Berks,
which is in Pennsylvania to an all-female adult facility.
That's not come to fruition as yet, because, obviously,
there's some contractual issues involved.  But Carnes and
Dilly are wanting as much as they have been for the last
several months -- (inaudible) and actually, we're quite a bit
under capacity, expected capacity with the Endeavors hotel.

So there -- they are right now in El Paso and
Phoenix.  I was able to conduct a site visit out to just the
El Paso hotels a couple weeks ago.  They are solely dedicated
to ICE initiative.  So it's not like a commingled facility in
terms of, you know -- as we used to do when, you know, MVM,
our transportation contractor, would occasionally house a
family or a UAC in a hotel.  There were other, say, you know,
residents there.  The Endeavors hotels are 100 percent solely
dedicated to an ICE mission.

So right now we have three on line.  We're supposed
to to have another two on line today.  We have contractual
issues, but we expect to have seven on line by the end of May
for sure.

THE COURT:  What is happening with Carnes and
Dilly?

MS. DOUGHERTY:  Nothing, Your Honor.  It's status

1   quo right now.

2          THE COURT:  Okay.  So you're housing folks in

3   hotels rather than at Carnes and Dilly?

4          MS. DOUGHERTY:  In addition to.

11:23AM   5          THE COURT:  In addition to?

6          MS. DOUGHERTY:  Correct.  Yes, ma'am.

7          THE COURT:  Because the report indicates that the

8   numbers those facilities, the FRCs, have increased

9   dramatically; right?

11:23AM   10          MS. DOUGHERTY:  I don't think dramatically.  They

11   have increased.  And so I think the agency and the

12   administration is expecting an influx.  And to brace

13   ourselves for that, that's why we did a sole-source contract

14   with Endeavors.  The expectation is that families who do

11:24AM   15   reside at the hotel will be for under 72 hours.  Thus far,

16   the average has been 48 hours.  It's really -- you know, I

17   think -- you know, nobody likes to call it a processing

18   center or a reception center.  It's a processing center.

19   They come.  They get their COVID test, and then they're

11:24AM   20   basically released with sponsor within 48 hours, which is --

21   which is really how we're also operating Carnes and Dilly.

22          You know, the expectation is it was to get on the.

23   Front end of an influx so that we were prepared, you know,

24   with -- with the COVID, of course.  Our capacity numbers, we

11:25AM   25   say we have 3500 family beds, but we really don't.  Even with

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 11:25AM | 5 |

1    family composition, it's really probably about half of that

2    at maximum capacity.

3         So -- I mean, maybe I'm speaking out of turn.  I

4    don't think so, but, you know, the administration was trying

5    to get on the front end of that with the contract with

6    Endeavors to have hotels throughout El Paso and Phoenix and,

7    perhaps, elsewhere.  I'm not sure.  Right now, it's only

8    seven hotels as a staging facility, process the individuals

9    and have them sponsored out within 72 hours.

10        THE COURT:  Same question for you as I had for

11   Ms. Miranda-Maese which is, do you have enough staff

12   assisting you to monitor these facilities?

13        MS. DOUGHERTY:  We are monitoring them.  Do we need

14   more staff, absolutely.  We are monitoring.  I mean, I'm one

15   of those monitors on the ground.  So, you know, I'm going to

16   the facilities, and we're detailing people in from field

17   offices, as, I'm sure, ORR is as well.  You know, we're all

18   detailing people from -- especially the interior field

19   offices where, perhaps, there -- it was not as great along

20   the southwest border.  We're making do.

21        THE COURT:  Okay.

22        MS. DOUGHERTY:  We're making do.  Yes.

23        THE COURT:  All right.  Very good.  Then I'm going

24   to turn now to Mr. Moak for the CBP.

25        MR. MOAK:  Good morning, West Coast time.  Good

UNITED STATES DISTRICT COURT

|       |                                                                      |
|-------|----------------------------------------------------------------------|
| 1     | morning.  How are you?                                               |
| 2     | THE COURT:  Okay.  How are you doing?                                |
| 3     | MR. MOAK:  Great.                                                    |
| 4     | THE COURT:  Do you have any new updates since your                  |
| 5     | last report?                                                        |

1    morning.  How are you?

2              THE COURT:  Okay.  How are you doing?

3              MR. MOAK:  Great.

4              THE COURT:  Do you have any new updates since your

5    last report?

6              MR. MOAK:  Yes, ma'am.  Our last report, as you

7    know, was 5 through 9, and April.  That time period was

8    listed by RGV.  Since that time, CBP has gotten along with

9    DHS has gotten absolutely engaged with making effort to do a

10   whole of government approach.  One important note, we

11   established in CBP in the headquarters here, a movement

12   coordination center.  That is an all-government approach.

13   Everyone from DHS to ICE to DOD for planning purposes, our

14   border patrol, our office of field operations.  That focus of

15   that cell is to ensure that we move the protected class and

16   families as quickly as we can.

17              Of note, our tick times are significantly different

18   now then they were even during that 4 through -- 5 through 9,

19   April, down to -- I don't want to say it's not a concern

20   today.  It's certainly a great movement that we've had in the

21   last 30 days.

22              For us and our team, and, I believe, you know that

23   we have five fully dedicated employees to the effort of

24   traveling and being out on the road, and we're heading out

25   even next week.  Our focus continues to be on the caregiver

```
 1    contract.  I know that HHS even at -- has rammed up that

 2    capacity, as well as we have over time.  We've got a new

 3    contract that has been bid.  And by mid-July and August, our

 4    numbers will be even larger to help us with the caregivers,

 5    besides the people who have deployed from all over DHS down

 6    to the selected sites to be sure that we can handle the

 7    influx.

 8            Again, our numbers are significantly different

 9    today.  It's a great movement toward having our tick times

10    below the 72 hours.  We really are -- I would say -- I would

11    say we've made great progress.

12            Ma'am, I think that's really all I would add at

13    this point subject to your questions.

14            THE COURT:  All right.  Thank you.  With respect to

15    each juvenile coordinators' reports for next time --

16    Mr. Moak, perhaps, you can mute yourself.

17            For the next report, I would appreciate it if you

18    could report -- add an additional section in your report

19    regarding the capacity issue.  The ability of your office to

20    cover monitoring for each of the facilities or new facilities

21    that are springing up.  Also, if you would address any

22    efforts to improve access to legal service providers.  That

23    has been an issue that plaintiffs and amici have raised.

24    There seems to be a difference in viewpoint as to what is

25    actually happening on the ground with regard to access to
```

legal services providers.  Hopefully you can look into that.

To the extent that there are problems, that they be addressed.

MS. FABIAN:  Your Honor, can I ask one question about that.  The issues that we've been addressing with the amici with the legal service providers have been focused on the ICE facilities.  We've made good progress on those.  I just wanted to clarify that would likely be an issue for ICE reporting as opposed to CBP.  There's not generally legal services access at CBP.  We can --

THE COURT:  I think it pertains to ICE and ORR.

MS. FABIAN:  Correct.  We're happy -- like I said, on the issues that have been raised in the filings, we've made some good progress.  We'll -- we'll talk and hopefully update the Court.

THE COURT:  Okay.  Ms. Fabian, I want to address your concerns about the interim report that was filed by the monitor and Dr. Wise.  Their interim report, I think, is something that is contemplated under the order appointing them for special circumstances that arise upon an emergent or unexpected basis.  I just want to make clear that I'm not going to -- this is not a formal motion where I'm going to make findings and make issue -- issue orders.

As I said, these are emergency circumstances with the situation changing constantly.  I am looking at their

<div style="margin-left:auto; margin-right:auto;">

| | |
|---|---|
| 1 | report to inform me of what is happening on the ground, as |
| 2 | well as the juvenile coordinators' reports.  I take their |
| 3 | recommendations purely as recommendations, as the government |
| 4 | should as well.  This -- I think offered in good faith as a |
| 11:32AM 5 | part of a collaborative effort.  So nobody's britches should |
| 6 | get all atwist, because there is some lack of formality in |
| 7 | it.  I'm not considering these to be formal recommendations |
| 8 | that I'm going to put as part of an order, but merely as part |
| 9 | of monitoring to make sure that we try as best as we can to |
| 11:33AM 10 | comply with the requirements under Section 12, 14, and 18 |

</div>

report to inform me of what is happening on the ground, as

well as the juvenile coordinators' reports.  I take their

recommendations purely as recommendations, as the government

should as well.  This -- I think offered in good faith as a

11:32AM  part of a collaborative effort.  So nobody's britches should

get all atwist, because there is some lack of formality in

it.  I'm not considering these to be formal recommendations

that I'm going to put as part of an order, but merely as part

of monitoring to make sure that we try as best as we can to

11:33AM  comply with the requirements under Section 12, 14, and 18

with regard to safe and sanitary conditions and the efficient

case management so that the class members can be released to

appropriate sponsors as quickly as possible.

So it's part of the monitoring.  It's not part of

11:33AM  some motion or formal adoption of orders.  So I just wanted

to make that clear to you.  I wanted to address any

objections that you had that you filed to the report.

MS. FABIAN:  Thank you, Your Honor.  I think we

appreciate that clarification.  The government definitely

11:33AM  values the advice and ability to work with Dr. Wise and

Ms. Ordin.  Their monitoring has been valuable and their

guidance and recommendations are certainly valuable.  As you

had addressed the issue of monitoring, so I note that

plaintiffs' counsel have also taken the time to go to several

11:34AM  sites and provided some feedback on those visits.  That's

1    been valuable to our folks on the ground as well.

2            So we certainly take all of those recommendations

3    as valuable and helpful.  We do preserve our formal

4    objections.  It's a helpful clarification that this is not

11:34AM   5    intended to be a record filing in terms of a formal order.

6    And I think with that, that addresses our concerns for now.

7            THE COURT:  And I would also say to plaintiffs and

8    amici, if you hear or see of problems that occur, it would be

9    more useful to bring them to the attention of the monitor or

11:34AM   10   to the juvenile coordinators than to wait to put them in a

11   declaration to be filed in court, because it -- the more

12   important approach is to get problems addressed rather than

13   to have, you know, formal litigation.

14           So I think we're at a stage right now where we

11:35AM   15   should all be collaborative and cooperative and try to

16   address this situation as efficiently as we can.

17           Ms. Miranda-Maese, you had hand up?

18           MS. MIRANDA-MAESE:  Yes, Your Honor.  Thank you.  I

19   wanted to add that all 12 of the EIS facilities have good

11:35AM   20   coverage with legal services providers.  They are present at

21   these facilities Monday through Friday.  From March 28th

22   through April 25th, there were over 9,000 Know-Your-Rights

23   presentations that were provided at EIS sites.  Thank you.

24           THE COURT:  Thank you.  Do any of the other parties

11:36AM   25   have any questions they'd like to ask the juvenile

1   coordinators?

2          If not, let me just briefly go over a couple other

3   things that I wanted to address.  One is the matter of notice

4   of rights.  You know, we've spent a lot of time trying to

5   draft that.  It's in pretty good condition, but right now

6   during an emergency where all hands are on deck trying to

7   deal with the emergency, I'm not inclined to require the

8   government to roll out a new policy initiative to get that

9   disseminated and to have their folks trained on how to deal

10   with it.  There's already a good-faith effort on the part of

11   the defendants to try to get people released as quickly as

12   possible.  We have a different context right now than we did

13   before when we trying to get the notice of rights issued

14   quickly.

15          So I'm not going to issue any new directives that

16   require them to shift their focus and attention to something

17   that doesn't seem to be as critical as it was before.  So I'm

18   going to put that a little bit on the back burner.  At some

19   point in time when things become a little bit more settled

20   and not as chaotic, that can be raised again.

21          As I said before, since the notice of rights is

22   pretty much completed in sum and substance, if any of the

23   plaintiffs or amici want to use it and distribute it on their

24   own to either clients or others, they're welcome to do that.

25          MS. FABIAN:  Your Honor, I wanted to add because I

would guess that the amici would say that one of their concerns is their ability to be able to provide those notices of rights to folks, that's one of the issues they have raised in their filings. I don't want to sound like a broken record. I do want to reiterate that we hear that concern and are hoping to work with amici to give them that opportunity to provide whether that notice of rights or the notice of rights that they feel is appropriate at the facilities.

So I think that is moving forward. That hopefully will also help address that concern in the short term.

THE COURT: All right. That's always good. If the parties are able to resolve it on their own, I'm always happy to facilitate that.

Ms. Cambria, did you want to say something?

MS. CAMBRIA: I wanted to agree with Ms. Fabian. We've been working nearly every week on how to provide appropriate legal access to the families who are in the residential centers. To ensure even in a quick turnover or time frame, that they have access to legal services. And the government has shown good faith and is working to try to accommodate some of our requests. And hopefully, we can do that without the Court's intervention, and that's what we're working towards right now.

THE COURT: That is music to my ears. Thank you.

All right. Anyone else have any comments that they

1    would like to make?

2            MR. HOLGUIN:  Carlos Holguin for the plaintiffs, if

3    I may?

4            THE COURT:  Yes.

11:39AM  5            MR. HOLGUIN:  As Ms. Fabian pointed out, plaintiffs

6    have gone to a number of the facilities, the EIS emergency

7    intake sites, as well as to the Carrizo Springs influx

8    facility.  I think it's fair to say that the treatment and

9    conditions that the children experienced at the EISs, in

11:39AM  10   particular, vary very greatly according to what we've been

11   able to determine.

12            I will have to say that some of the EISs are

13   raising great concerns for us with respect to the lack of

14   education, inadequate case management, inadequate recreation,

11:40AM  15   visitation.  And in terms of level services, and

16   Know-Your-Rights presentation, yes, those are going on, but

17   very little in terms of the actual representation, evaluation

18   of children's eligibility for immigration benefits.

19   Telephone access is spotty in some of these facilities.  One

11:40AM  20   call per week.  Sometimes the children have spent many weeks

21   there before even having a chance to make a phone call.

22   There are also some reports of inadequate food and water in

23   some of the EISs.

24            This is to say just on April 30th, the government

11:40AM  25   provided us with a copy of the standards that is supposedly

UNITED STATES DISTRICT COURT

```
 1   going to require EISs to meet.  They seem rather vague to

 2   plaintiffs.  Many cases are full of aspirational statements

 3   that may or may not reflect requirements that the government

 4   has for these types of facilities.

 5        So all of this is to say that we believe that

 6   reporting going forward should include what are ORR's plans

 7   to expand license bed capacity in its regular shelter

 8   licensed placements?  What efforts are there to expand case

 9   management at the specific EISs?  So, for example, things

10   such as ratios, case managers to detained children, plans to

11   expand or to contract EISs, their capacity, and what are the

12   plans to use them if there are plans to use them long term?

13        We're also extremely concerned that children are

14   spending inordinate amounts of times at EISs.  There's not a

15   protocol, that we're aware of, whereby a children who has

16   spent substantial time in an EIS is transferred or

17   prioritized to transfer to a licensed facility if they're not

18   going to be released.

19        THE COURT:  What do you mean by, substantial amount

20   of time?

21        MR. HOLGUIN:  A month, 30 days.  Some of these

22   children have been in from the time, for example, at Fort

23   Bliss from the time it opened to the time when we were there

24   a couple weeks ago.

25        So it seems as though the longer the children spend
```

in these sorts of irregular facilities, of course, the
greater the hardship on them and the greater the risk of
irreparable injury.  It appears that it is simply the luck of
the draw whether a particular child is assigned to a licensed
placement versus an influx facility versus an emergency
intake site.

There -- in plaintiffs' view there needs to be a
limit as to how long any particular child can remain at an
emergency intake site without education and without adequate
case management and experiencing the other sorts of
conditions, which we understand may be the least worst
alternative given current circumstances.  And, you know,
where the alternative may be backing up into CBP facilities,
which nobody wants.

So in any event, plaintiffs would reiterate the
request that they made in our filings, the response to the
independent monitor's report, and in response to the juvenile
coordinators' report that future reporting include the items
that I just mentioned with respect to the use of the EISs and
protocols for transferring children out of those facilities
before they suffer real harm.

THE COURT:  All right --

MS. FABIAN:  Your Honor, I would just respond to
note that a lot of the information, to the extent that is
requested there, may fall within certain governmental

```
 1   privileges, as far as deliberative process and the planning
 2   that the government is undergoing to deal with the situation.
 3   I think Ms. Miranda-Maese has committed to providing some
 4   reporting.  We've been sharing as the policies are finalized
 5   and updated, but the planning portion of that is generally
 6   going to be outside of appropriate for reporting.
 7              So I do want to raise that objection to the extent
 8   that that is a concern with some of the information being
 9   sought.
10              THE COURT:  All right.  Thank you.
11              Ms. Welch?
12              MS. WELCH:  Good morning, Your Honor.  I just
13   wanted to address the request you made about sharing
14   information that we uncover from our site visits with
15   defendants and the monitor in the declarations.  I just
16   wanted to let you know that after each -- we've been going to
17   these emergency intake sites pretty much every week now for
18   the past couple months.  Our first e-mail after every single
19   site visit is to the defendants to let them know what our
20   concerns are, if not immediately after the site visit, we've
21   been sitting down with the people at the site to let them
22   know not only what our concerns are, but what our
23   individualized concerns are about specific children who we
24   have reason to believe need additional support.
25              In addition to that, we have been following up with
```

a lot of children sponsors to get a better understanding of

exactly what sort of case management is or is not happening

so that we're not relying on simply what the child tells us,

even though it's generally pretty accurate.  We're going

11:45AM  beyond that to talk to the adults in their lives to

understand, you know, more of what is happening.

We're saying all of that both with the defendants

and the monitors.  We're very happy to continue to do that.

THE COURT:  But have you found that you have had

11:46AM  responsiveness to issues and problems?

MS. WELCH:  I think in some cases, yes.  In other

cases, we're still working on it.

THE COURT:  All right.  Thank you.  Well, as I

said, I do recognize that this is an emergent situation.  Of

11:46AM  course, by necessity, some of the things that are coming up

in recently established EISs is aspirational, but hopefully

as time going goes on, some of the policies will become more

tangible and more uniform across the different facilities.

So I think that is an issue of time and effort that

11:46AM  will have to go into doing that for each of the new

facilities that are coming on line.

If -- let's see.  I think there was only one other

issue that I wanted to briefly address.  That is, plaintiffs

had asked that the parties try to reconvene to resolve the

11:47AM  CBP settlement.  If the parties think that's necessary to do

1    at this moment, I'm certainly not going to stand in the way.

2    It seems to me like many of the things that were part of the

3    CBP settlement are being implemented, which is positive.

4         I still don't quite understand the defendants'

5    position as to why the Ninth Circuit's decision has anything

6    to do with why you can't enter into the CBP settlement.  I'm

7    not quite understanding that, but, you know, whether it's the

8    settlement or whether you want to enact regulations that

9    improve these ways of handling matters through CBP, that's

10   certainly up to you.

11        It behooves the parties having spent so much time

12   and effort trying to hammer out an agreement that they should

13   memorialize it formally in some way, whether it's by

14   settlement or regulation or whatever it is.  So if you are

15   able to try to reconvene to resolve that piece, I would

16   encourage you to do so.  I'm not going to mandate any time

17   frame at the moment, because, as I said, I think that all

18   hands should be on deck to try to resolve the ongoing

19   emergency situation.

20        So that is what I have to say about that.  If we

21   need to talk about it again in the future, we can address it

22   then.  I'm not going to issue any mandates at the moment.

23   All right.

24        So our next hearing is going to be on June 25th at

25   11 o'clock a.m.  I'm going to ask the juvenile coordinators

1   to file their reports by June 4th.  Any responses to those

2   reports can be filed by June 11th.  If the monitor has an

3   additional interim report that she would like to file, that

4   can also be filed by June 11th.

11:49AM   5      MS. FABIAN:  Your Honor, may I ask that the annual

6   reports are due on July 1st.  I -- I made a note in our cover

7   filing to the juvenile coordinator reports.  Is it possible

8   to then combine the annual report with -- I don't want to

9   commit to -- to sort of just do one report on June 4th and

11:49AM   10   maybe with current circumstances, and I will defer to the

11   juvenile coordinators whether they want to include interim

12   report information in that.  I just -- I don't want to ask

13   them to file two reports within a month of each other with

14   differing information.

11:49AM   15      THE COURT:  Yes.  Thank you for reminding me.  I

16   was going to say if you wish to put annual report information

17   into the June 4th report, that would be fine.  I'm not going

18   to require the July 1st annual report.  Either you can allow

19   the June 4th report to subsume that or I'll give you more

11:50AM   20   time to file the annual report.

21      MS. FABIAN:  Thank you, Your Honor.  I'll talk to

22   the juvenile coordinators.  We will figure out the best way

23   forward on that.  We appreciate more time on that.  Thank

24   you.

11:50AM   25      THE COURT:  Anything else from anyone?  If not,

1    we're adjourned.  Thank you everyone.

2              (Proceedings concluded at 11:50 a.m.)

3                        CERTIFICATE

4    I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT

5    TRANSCRIPT OF THE STENOGRAPHICALLY RECORDED PROCEEDINGS IN

6    THE ABOVE MATTER.

7    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

8    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

9    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

10

11   /s/ Miriam V. Baird            01/13/2023

12   MIRIAM V. BAIRD                        DATE
     OFFICIAL REPORTER
13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 25:11

## 0

**01/12/2023** [1] - 25:11

## 1

**100** [1] - 8:17
**11** [1] - 23:25
**11893** [1] - 1:23
**11:12** [1] - 3:1
**11:50** [1] - 25:2
**11th** [2] - 24:2, 24:4
**12** [1] - 14:10, 15:19
**14** [1] - 14:10
**15** [2] - 4:6, 4:10
**18** [1] - 14:10
**1st** [2] - 24:6, 24:18

## 2

**20044** [1] - 2:13
**2021** [4] - 1:19, 3:1, 4:6, 4:10
**256** [1] - 2:4
**25th** [2] - 15:22, 23:24
**28th** [1] - 15:21

## 3

**30** [2] - 11:21, 19:21
**30th** [1] - 18:24
**350** [1] - 1:24
**3500** [1] - 9:25

## 4

**4** [1] - 11:18
**48** [2] - 9:16, 9:20
**4th** [4] - 24:1, 24:9, 24:17, 24:19

## 5

**5** [2] - 11:7, 11:18

## 7

**7** [2] - 1:19, 3:1
**72** [3] - 9:15, 10:9, 12:10

## 8

**868** [1] - 2:12

## 9

**9** [2] - 11:7, 11:18
**9,000** [1] - 15:22

**90012** [1] - 1:25
**90057** [1] - 2:5

## A

**a.m** [2] - 23:25, 25:2
**A.M** [1] - 3:1
**ability** [3] - 12:19, 14:20, 17:2
**able** [11] - 5:8, 6:12, 6:13, 6:21, 6:25, 7:1, 8:11, 17:2, 17:12, 18:11, 23:15
**ABOVE** [1] - 25:6
**absolutely** [2] - 10:14, 11:9
**access** [6] - 12:22, 12:25, 13:10, 17:17, 17:19, 18:19
**accommodate** [2] - 6:9, 17:21
**according** [1] - 18:10
**accurate** [1] - 22:4
**acknowledge** [2] - 3:19, 4:1
**activity** [1] - 5:7
**actual** [1] - 18:17
**add** [5] - 3:25, 12:12, 12:18, 15:19, 16:25
**added** [1] - 4:23
**addition** [3] - 9:4, 9:5, 21:25
**additional** [5] - 3:25, 5:21, 12:18, 21:24, 24:3
**address** [9] - 12:21, 13:16, 14:16, 15:16, 16:3, 17:10, 21:13, 22:23, 23:21
**addressed** [3] - 13:3, 14:23, 15:12
**addresses** [1] - 15:6
**addressing** [1] - 13:5
**adequate** [1] - 20:9
**adjourned** [1] - 25:1
**administration** [2] - 9:12, 10:4
**adoption** [1] - 14:15
**adult** [1] - 8:4
**adults** [1] - 22:5
**advice** [1] - 14:20
**agency** [1] - 9:11
**ago** [2] - 8:12, 19:24
**agree** [1] - 17:15
**agreement** [1] - 23:12
**ahead** [2] - 4:8, 4:12
**AL** [2] - 1:4, 1:10
**al** [1] - 3:5
**all-female** [1] - 8:4
**all-government** [1] - 11:12
**allow** [1] - 24:18
**ALSO** [2] - 2:17, 2:17
**alternative** [2] - 20:12, 20:13
**amazing** [1] - 3:22
**amici** [7] - 3:7, 12:23, 13:6, 15:8, 16:23, 17:1, 17:6

**amount** [1] - 19:19
**amounts** [1] - 19:14
**AND** [2] - 2:3, 25:4
**AND/OR** [1] - 25:8
**ANDREA** [1] - 2:18
**Andrea** [2] - 3:9, 4:9
**ANGELES** [4] - 1:18, 1:25, 2:5, 3:1
**annual** [5] - 24:5, 24:8, 24:16, 24:18, 24:20
**Antonio** [1] - 5:12
**ANY** [1] - 25:7
**APPEARING** [1] - 2:17
**appointing** [1] - 13:19
**appreciate** [3] - 12:17, 14:19, 24:23
**approach** [3] - 11:10, 11:12, 15:12
**appropriate** [4] - 14:13, 17:8, 17:17, 21:6
**APRIL** [2] - 1:19, 3:1
**April** [4] - 11:7, 11:19, 15:22, 18:24
**ARE** [1] - 25:8
**arise** [1] - 13:20
**aspirational** [2] - 19:2, 22:16
**assigned** [1] - 20:4
**assist** [3] - 6:14, 7:11, 8:2
**assisting** [1] - 10:12
**attention** [2] - 15:9, 16:16
**atwist** [1] - 14:6
**augmented** [1] - 6:13
**August** [1] - 12:3
**AURORA** [1] - 2:22
**Aurora** [1] - 3:12
**available** [2] - 7:7, 7:11
**average** [1] - 9:16
**aware** [2] - 6:6, 19:15

## B

**backing** [1] - 20:13
**Baird** [1] - 25:11
**BAIRD** [2] - 1:23, 25:12
**Ball** [1] - 3:8
**basis** [1] - 13:21
**Beach** [1] - 5:15
**become** [2] - 16:19, 22:17
**bed** [1] - 19:7
**beds** [1] - 9:25
**BEHALF** [2] - 2:3, 2:10
**behooves** [1] - 23:11
**below** [1] - 12:10
**BEN** [1] - 2:12
**benefits** [1] - 18:18
**Berks** [1] - 8:3
**best** [4] - 3:24, 6:21, 14:9, 24:22
**better** [1] - 22:1

**beyond** [1] - 22:5
**bid** [1] - 12:3
**bit** [3] - 8:8, 16:18, 16:19
**Bliss** [2] - 5:12, 19:23
**border** [2] - 10:20, 11:14
**BOULEVARD** [1] - 2:5
**BOX** [1] - 2:12
**brace** [1] - 9:12
**Bridget** [1] - 3:8
**BRIDGET** [1] - 2:21
**briefly** [2] - 16:2, 22:23
**bring** [1] - 15:9
**britches** [1] - 14:5
**broken** [1] - 17:4
**burner** [1] - 16:18
**business** [1] - 4:5
**busy** [1] - 6:18

## C

**CA** [1] - 2:5
**CALIFORNIA** [4] - 1:2, 1:18, 1:25, 3:1
**Cambria** [2] - 3:8, 17:14
**CAMBRIA** [2] - 2:21, 17:15
**cannot** [1] - 6:10
**capacities** [1] - 7:13
**capacity** [9] - 7:1, 8:9, 9:24, 10:2, 12:2, 12:19, 19:7, 19:11
**care** [2] - 5:19, 6:2
**caregiver** [1] - 11:25
**caregivers** [1] - 12:4
**CARLOS** [1] - 2:3
**Carlos** [2] - 3:6, 18:2
**Carnes** [4] - 8:6, 8:23, 9:3, 9:21
**Carrizo** [4] - 5:20, 5:25, 6:2, 18:7
**case** [7] - 5:7, 14:12, 18:14, 19:8, 19:10, 20:10, 22:2
**cases** [3] - 19:2, 22:11, 22:12
**CBP** [10] - 10:24, 11:8, 11:11, 13:9, 13:10, 20:13, 22:25, 23:3, 23:6, 23:9
**CCRA** [1] - 1:23
**cell** [1] - 11:15
**center** [4] - 9:18, 11:12
**CENTER** [1] - 2:3
**centers** [1] - 17:18
**CENTRAL** [1] - 1:2
**certain** [2] - 7:7, 20:25
**certainly** [7] - 5:9, 6:10, 11:20, 14:22, 15:2, 23:1, 23:10
**CERTIFICATE** [1] - 25:3
**CERTIFY** [1] - 25:4
**challenge** [2] - 3:21, 7:16
**challenging** [3] - 3:24, 4:2,

6:17
**chance** [2] - 3:17, 18:21
**changing** [2] - 4:15, 13:25
**chaotic** [1] - 16:20
**CHARGED** [1] - 25:7
**child** [3] - 20:4, 20:8, 22:3
**children** [10] - 18:9, 18:20, 19:10, 19:13, 19:15, 19:22, 19:25, 20:20, 21:23, 22:1
**children's** [1] - 18:18
**CIRCUIT** [1] - 25:7
**Circuit's** [1] - 23:5
**circumstance** [1] - 3:24
**circumstances** [5] - 3:24, 13:20, 13:24, 20:12, 24:10
**clarification** [2] - 14:19, 15:4
**clarify** [1] - 13:8
**class** [2] - 11:15, 14:12
**clear** [2] - 13:21, 14:16
**CLERK** [1] - 3:4
**clients** [1] - 16:24
**closed** [1] - 5:17
**Coast** [1] - 10:25
**collaborative** [2] - 14:5, 15:15
**colleagues** [1] - 5:1
**combine** [1] - 24:8
**coming** [2] - 22:15, 22:21
**commend** [2] - 3:22, 4:2
**comments** [1] - 17:25
**commingled** [1] - 8:13
**commit** [1] - 24:9
**committed** [1] - 21:3
**Commonwealth** [1] - 5:14
**completed** [1] - 16:22
**comply** [1] - 14:10
**composed** [1] - 7:6
**composition** [1] - 10:1
**concern** [4] - 11:19, 17:5, 17:10, 21:8
**concerned** [2] - 6:10, 19:13
**concerns** [7] - 13:17, 15:6, 17:2, 18:13, 21:20, 21:22, 21:23
**concluded** [1] - 25:2
**condition** [1] - 16:5
**conditions** [4] - 4:11, 14:11, 18:9, 20:11
**conduct** [1] - 8:11
**CONFERENCE** [2] - 1:17, 25:9
**CONFORMANCE** [1] - 25:8
**considering** [1] - 14:7
**constantly** [1] - 13:25
**CONSTITUTIONAL** [1] - 2:4
**contact** [1] - 6:17
**contemplated** [1] - 13:19
**context** [1] - 16:12
**continue** [1] - 22:8

**continues** [1] - 11:25
**continuing** [2] - 5:6, 7:16
**contract** [5] - 9:13, 10:5, 12:1, 12:3, 19:11
**contracted** [1] - 7:24
**contractor** [1] - 8:15
**contractors** [1] - 6:5
**contractual** [2] - 8:6, 8:20
**cooperative** [1] - 15:15
**coordination** [1] - 11:12
**coordinator** [3] - 4:16, 6:14, 24:7
**COORDINATORS** [1] - 2:21
**coordinators** [6] - 3:12, 15:10, 16:1, 23:25, 24:11, 24:22
**coordinators'** [3] - 12:15, 14:2, 20:18
**copy** [1] - 18:25
**correct** [3] - 5:15, 9:6, 13:12
**CORRECT** [1] - 25:4
**correction** [1] - 3:13
**counsel** [1] - 14:24
**couple** [4] - 8:12, 16:2, 19:24, 21:18
**course** [4] - 8:3, 9:24, 20:1, 22:15
**COURT** [37] - 1:1, 1:23, 3:15, 4:19, 5:11, 5:19, 6:1, 6:8, 6:23, 7:9, 7:15, 7:18, 7:21, 8:23, 9:2, 9:5, 9:7, 10:10, 10:21, 10:23, 11:2, 11:4, 12:14, 13:11, 13:16, 15:7, 15:24, 17:11, 17:24, 18:4, 19:19, 20:22, 21:10, 22:9, 22:13, 24:15, 24:25
**Court** [1] - 13:15
**court** [1] - 15:11
**Court's** [1] - 17:22
**cover** [4] - 6:10, 6:12, 12:20, 24:6
**coverage** [1] - 15:20
**COVID** [2] - 9:19, 9:24
**critical** [1] - 16:17
**CSR** [1] - 1:23
**current** [2] - 20:12, 24:10
**CV85-04544-DMG** [1] - 1:8
**CV85-4544-DMG** [1] - 3:4

**D**

**DATE** [1] - 25:12
**Daugherty** [1] - 3:13
**days** [2] - 11:21, 19:21
**DC** [1] - 2:13
**deal** [6] - 3:20, 3:21, 4:3, 16:7, 16:9, 21:2
**DEANE** [1] - 2:22
**Deanne** [1] - 3:13
**decision** [1] - 23:5

**deck** [2] - 16:6, 23:18
**declaration** [1] - 15:11
**declarations** [1] - 21:15
**dedicated** [3] - 8:12, 8:18, 11:23
**DEFENDANT** [1] - 2:10
**defendant** [1] - 3:11
**defendants** [4] - 16:11, 21:15, 21:19, 22:7
**Defendants** [1] - 1:11
**defendants'** [1] - 23:4
**defer** [1] - 24:10
**definitely** [1] - 14:19
**deliberative** [1] - 21:1
**Denise** [1] - 3:8
**DENISE** [1] - 2:20
**DEPARTMENT** [1] - 2:10
**deployed** [1] - 12:5
**DEPOSIT** [1] - 25:8
**DESAI** [1] - 2:20
**Desai** [1] - 3:7
**detailing** [2] - 10:16, 10:18
**detained** [1] - 19:10
**determine** [1] - 18:11
**developments** [1] - 6:6
**DHS** [3] - 11:9, 11:13, 12:5
**difference** [1] - 12:24
**different** [4] - 11:17, 12:8, 16:12, 22:18
**differing** [1] - 24:14
**difficult** [1] - 4:1
**diligently** [1] - 4:3
**Dilly** [4] - 8:7, 8:24, 9:3, 9:21
**directives** [1] - 16:15
**disseminated** [1] - 16:9
**distribute** [1] - 16:23
**DISTRICT** [4] - 1:1, 1:2, 1:3, 1:23
**DOD** [1] - 11:13
**DOLLY** [1] - 1:3
**Dougherty** [1] - 7:19
**DOUGHERTY** [9] - 2:22, 7:20, 7:23, 8:25, 9:4, 9:6, 9:10, 10:13, 10:22
**down** [3] - 11:19, 12:5, 21:21
**Dr** [5] - 3:10, 4:10, 4:13, 13:18, 14:20
**DR** [1] - 2:18
**draft** [1] - 16:5
**dramatically** [2] - 9:9, 9:10
**draw** [1] - 20:4
**due** [1] - 24:6
**during** [3] - 7:25, 11:18, 16:6

**E**

**e-mail** [1] - 21:18
**ears** [1] - 17:24
**education** [2] - 18:14, 20:9

**EDWIN** [1] - 1:10, 2:10
**efficient** [1] - 14:11
**efficiently** [1] - 15:16
**effort** [6] - 11:9, 11:23, 14:5, 16:10, 22:19, 23:12
**efforts** [5] - 3:22, 4:14, 7:16, 12:22, 19:8
**EIS** [13] - 4:22, 5:2, 5:5, 5:11, 5:17, 5:24, 6:8, 6:25, 7:4, 15:19, 15:23, 18:6, 19:16
**EISs** [9] - 18:9, 18:12, 18:23, 19:1, 19:9, 19:11, 19:14, 20:19, 22:16
**either** [2] - 16:24, 24:18
**EI** [3] - 8:10, 8:12, 10:6
**eligibility** [1] - 18:18
**elsewhere** [1] - 10:7
**emergency** [9] - 5:24, 13:24, 16:6, 16:7, 18:6, 20:5, 20:9, 21:17, 23:19
**emergent** [2] - 13:20, 22:14
**employees** [2] - 6:19, 11:23
**enact** [1] - 23:8
**encourage** [1] - 23:16
**end** [3] - 8:21, 9:23, 10:5
**Endeavors** [5] - 7:24, 8:9, 8:17, 9:14, 10:6
**engaged** [1] - 11:9
**ensure** [2] - 11:15, 17:18
**enter** [1] - 23:6
**especially** [1] - 10:18
**established** [2] - 11:11, 22:16
**et** [1] - 3:5
**ET** [2] - 1:4, 1:10
**evaluation** [1] - 18:17
**event** [1] - 20:15
**exactly** [2] - 7:7, 22:2
**example** [2] - 19:9, 19:22
**expand** [3] - 19:7, 19:8, 19:11
**expanded** [1] - 6:12
**expect** [1] - 8:21
**expectation** [2] - 9:14, 9:22
**expected** [1] - 8:9
**expecting** [1] - 9:12
**experienced** [1] - 18:9
**experiencing** [1] - 20:10
**expertise** [1] - 7:2
**experts** [1] - 6:25
**exponentially** [1] - 4:24
**extension** [2] - 4:6, 4:9
**extent** [4] - 7:6, 13:2, 20:24, 21:7
**extremely** [2] - 6:18, 19:13

**F**

**Fabian** [4] - 3:11, 13:16,

17:15, 18:5
**FABIAN** [8] - 2:10, 13:4, 13:12, 14:18, 16:25, 20:23, 24:5, 24:21
**facilitate** [1] - 17:13
**facilities** [35] - 4:23, 5:2, 5:6, 5:10, 5:11, 5:14, 5:20, 6:2, 6:5, 6:8, 6:12, 6:20, 6:25, 7:3, 7:5, 7:8, 7:12, 7:22, 9:8, 10:12, 10:16, 12:20, 13:7, 15:19, 15:21, 17:8, 18:6, 18:19, 19:4, 20:1, 20:13, 20:20, 22:18, 22:21
**facility** [8] - 5:17, 5:24, 8:4, 8:13, 10:8, 18:8, 19:17, 20:5
**fact** [1] - 5:22
**fair** [1] - 18:8
**faith** [3] - 14:4, 16:10, 17:20
**fall** [1] - 20:25
**families** [3] - 9:14, 11:16, 17:17
**family** [4] - 8:2, 8:16, 9:25, 10:1
**far** [3] - 8:1, 9:15, 21:1
**federal** [2] - 6:16
**FEE** [1] - 25:7
**feedback** [1] - 14:25
**FEES** [1] - 25:7
**feet** [1] - 7:11
**female** [1] - 8:4
**few** [2] - 4:22, 6:16
**field** [4] - 5:4, 10:16, 10:18, 11:14
**figure** [1] - 24:22
**file** [4] - 24:1, 24:3, 24:13, 24:20
**filed** [6] - 4:20, 13:17, 14:17, 15:11, 24:2, 24:4
**filing** [2] - 15:5, 24:7
**filings** [4] - 3:16, 13:13, 17:4, 20:16
**finalized** [1] - 21:4
**findings** [1] - 13:23
**fine** [1] - 24:17
**FIRST** [1] - 1:24
**first** [3] - 4:5, 5:2, 21:18
**five** [1] - 11:23
**FLOOR** [1] - 1:24
**Flores** [1] - 3:4
**FLORES** [2] - 1:4, 2:3
**focus** [3] - 11:14, 11:25, 16:16
**focused** [1] - 13:6
**folks** [4] - 9:2, 15:1, 16:9, 17:3
**following** [1] - 21:25
**food** [1] - 18:22
**FOR** [2] - 2:3, 25:7
**FOREGOING** [1] - 25:4

**formal** [6] - 13:22, 14:7, 14:15, 15:3, 15:5, 15:13
**formality** [1] - 14:6
**formally** [1] - 23:13
**Fort** [2] - 5:12, 19:22
**forward** [2] - 17:9, 19:6, 24:23
**FOURTH** [1] - 1:24
**frame** [2] - 17:19, 23:17
**FRANKLIN** [1] - 2:12
**FRCs** [1] - 9:8
**Friday** [1] - 15:21
**front** [2] - 9:23, 10:5
**fruition** [1] - 8:5
**full** [1] - 19:2
**fully** [1] - 11:23
**future** [2] - 20:18, 23:21

## G

**Garland** [1] - 3:5
**GEE** [1] - 1:3
**generally** [3] - 13:9, 21:5, 22:4
**given** [1] - 20:12
**good-faith** [1] - 16:10
**government** [9] - 11:10, 11:12, 14:3, 14:19, 16:8, 17:20, 18:24, 19:3, 21:2
**governmental** [1] - 20:25
**grant** [2] - 4:9, 4:12
**great** [6] - 10:19, 11:3, 11:20, 12:9, 12:11, 18:13
**greater** [1] - 20:2
**greatly** [1] - 18:10
**ground** [5] - 7:12, 10:15, 12:25, 14:1, 15:1
**growing** [1] - 4:22
**guess** [1] - 17:1
**guidance** [1] - 14:22
**guidances** [1] - 5:4

## H

**half** [1] - 10:1
**HALL** [1] - 2:20
**hammer** [1] - 23:12
**hand** [1] - 15:17
**handle** [2] - 3:23, 12:6
**handling** [1] - 23:9
**hands** [2] - 16:6, 23:18
**happy** [3] - 13:12, 17:12, 22:8
**hardship** [1] - 20:2
**harm** [1] - 20:21
**heading** [1] - 11:24
**headquarters** [1] - 11:11
**hear** [3] - 7:19, 15:8, 17:5
**hearing** [2] - 4:11, 23:24
**help** [2] - 12:4, 17:10

**helpful** [2] - 15:3, 15:4
**HENRY** [1] - 2:19
**Henry** [1] - 3:13
**HEREBY** [1] - 25:4
**HHS** [1] - 12:1
**hold** [2] - 5:13, 5:18
**HOLGUIN** [4] - 2:3, 18:2, 18:5, 19:21
**Holguin** [2] - 3:7, 18:2
**Honor** [16] - 4:18, 5:14, 5:22, 6:15, 7:5, 7:17, 7:20, 8:25, 13:4, 14:18, 15:18, 16:25, 20:23, 21:12, 24:5, 24:21
**HONORABLE** [1] - 1:3
**hopefully** [5] - 13:1, 13:14, 17:9, 17:21, 22:16
**hoping** [1] - 17:6
**hotel** [3] - 8:9, 8:16, 9:15
**hotels** [7] - 7:25, 8:1, 8:12, 8:17, 9:3, 10:6, 10:8
**hours** [6] - 6:19, 9:15, 9:16, 9:20, 10:9, 12:10
**house** [1] - 8:15
**housing** [1] - 9:2
**Houston** [2] - 5:12, 5:16
**HUMAN** [1] - 2:3
**humanitarian** [1] - 4:4

## I

**ICE** [7] - 7:22, 8:13, 8:18, 11:13, 13:7, 13:8, 13:11
**immediately** [1] - 21:20
**immigration** [1] - 18:18
**IMMIGRATION** [1] - 2:11
**implemented** [1] - 23:3
**important** [2] - 11:10, 15:12
**improve** [2] - 12:22, 23:9
**IN** [2] - 25:5, 25:8
**inadequate** [3] - 18:14, 18:22
**inaudible** [1] - 8:8
**inclined** [1] - 16:7
**include** [3] - 19:6, 20:18, 24:11
**increase** [1] - 6:24
**increased** [3] - 4:24, 9:8, 9:11
**independent** [2] - 3:9, 20:17
**indicates** [1] - 9:7
**individualized** [1] - 21:23
**individuals** [1] - 10:8
**influx** [16] - 3:20, 3:21, 3:23, 4:21, 5:19, 5:23, 5:25, 6:1, 6:5, 6:9, 8:2, 9:12, 9:23, 12:7, 18:7, 20:5
**inform** [1] - 14:1
**information** [8] - 5:16, 6:21, 20:24, 21:8, 21:14, 24:12, 24:14, 24:16
**initiative** [2] - 8:13, 16:8

**injury** [1] - 20:3
**inordinate** [1] - 19:14
**intake** [4] - 18:7, 20:6, 20:9, 21:17
**intended** [1] - 15:5
**interim** [4] - 13:17, 13:18, 24:3, 24:11
**interior** [1] - 10:18
**internally** [1] - 7:1
**intervention** [1] - 17:22
**involved** [1] - 8:6
**irregular** [1] - 20:1
**irreparable** [1] - 20:3
**IS** [1] - 25:4
**issue** [10] - 12:19, 12:23, 13:8, 13:23, 14:23, 16:15, 22:19, 22:23, 23:22
**issued** [1] - 16:13
**issues** [6] - 8:6, 8:21, 13:5, 13:13, 17:3, 22:10
**items** [1] - 20:18

## J

**Jenny** [1] - 3:4
**JENNY** [2] - 1:4, 2:3
**Jr** [1] - 3:13
**JUDGE** [1] - 1:3
**JUDICIAL** [1] - 25:9
**July** [5] - 4:6, 4:10, 12:3, 24:6, 24:18
**June** [8] - 5:3, 23:24, 24:1, 24:2, 24:4, 24:9, 24:17, 24:19
**JUSTICE** [1] - 2:10
**juvenile** [12] - 3:12, 4:16, 6:14, 12:15, 14:2, 15:10, 15:25, 20:17, 23:25, 24:7, 24:11, 24:22
**JUVENILE** [1] - 2:21

## K

**keep** [1] - 5:9
**keeps** [1] - 4:22
**Know-Your-Rights** [2] - 15:22, 18:16

## L

**lack** [2] - 14:6, 18:13
**Lackland** [2] - 5:12, 5:15
**larger** [1] - 12:4
**last** [6] - 4:19, 4:23, 8:7, 11:5, 11:6, 11:21
**LAW** [1] - 2:4
**layer** [1] - 3:25
**least** [1] - 20:11
**Leecia** [1] - 3:7
**LEECIA** [1] - 2:19

legal [7] - 12:22, 13:1, 13:6, 13:9, 15:20, 17:17, 17:19
LESS [1] - 25:7
level [1] - 18:15
license [1] - 19:7
licensed [3] - 19:8, 19:17, 20:4
likely [1] - 13:8
limit [1] - 20:8
line [4] - 8:19, 8:20, 8:21, 22:21
listed [1] - 11:8
litigation [1] - 15:13
LITIGATION [1] - 2:11
lives [1] - 22:5
logistical [1] - 3:20
look [1] - 13:1
looking [1] - 13:25
LOS [4] - 1:18, 1:25, 2:5, 3:1
luck [1] - 20:3

**M**

ma'am [3] - 9:6, 11:6, 12:12
MAESE [11] - 2:22, 4:18, 4:21, 5:13, 5:22, 6:4, 6:15, 7:4, 7:14, 7:17, 15:18
Maese [5] - 3:12, 4:17, 10:11, 15:17, 21:3
mail [1] - 21:18
management [6] - 5:8, 14:12, 18:14, 19:9, 20:10, 22:2
managers [1] - 19:10
mandate [1] - 23:16
mandates [1] - 23:22
March [1] - 15:21
MASTER [1] - 2:18
master [1] - 3:8
matter [1] - 16:3
MATTER [1] - 25:6
matters [1] - 23:9
maximum [1] - 10:2
mean [3] - 10:3, 10:14, 19:19
medical [4] - 6:25, 7:2, 7:5, 7:12
MEESE [2] - 1:10, 2:10
meet [1] - 19:1
members [2] - 5:1, 14:12
memorialize [1] - 23:13
mentioned [2] - 4:25, 20:19
merely [1] - 14:8
Merrick [1] - 3:5
Michigan [1] - 5:15
mid [1] - 12:3
mid-July [1] - 12:3
Miranda [5] - 3:12, 4:17, 10:11, 15:17, 21:3
MIRANDA [11] - 2:22, 4:18,

4:21, 5:13, 5:22, 6:4, 6:15, 7:4, 7:14, 7:17, 15:18
Miranda-Maese [5] - 3:12, 4:17, 10:11, 15:17, 21:3
MIRANDA-MAESE [11] - 2:22, 4:18, 4:21, 5:13, 5:22, 6:4, 6:15, 7:4, 7:14, 7:17, 15:18
Miriam [1] - 25:11
MIRIAM [2] - 1:23, 25:12
mission [1] - 8:18
Moak [3] - 3:13, 10:24, 12:16
MOAK [4] - 2:19, 10:25, 11:3, 11:6
moment [3] - 23:1, 23:17, 23:22
Monday [1] - 15:21
monitor [11] - 3:9, 4:15, 6:24, 7:1, 7:2, 7:12, 10:12, 13:18, 15:9, 21:15, 24:2
monitor's [2] - 4:6, 20:17
monitoring [8] - 6:14, 10:13, 10:14, 12:20, 14:9, 14:14, 14:21, 14:23
monitors [3] - 6:10, 10:15, 22:8
month [2] - 19:21, 24:13
months [2] - 8:8, 21:18
morning [6] - 3:15, 4:17, 4:18, 10:25, 11:1, 21:12
most [1] - 5:10
motion [2] - 13:22, 14:15
move [1] - 11:15
movement [3] - 11:11, 11:20, 12:9
moving [1] - 17:9
MR [6] - 10:25, 11:3, 11:6, 18:2, 18:5, 19:21
MS [28] - 4:18, 4:21, 5:13, 5:22, 6:4, 6:15, 7:4, 7:14, 7:17, 7:20, 7:23, 8:25, 9:4, 9:6, 9:10, 10:13, 10:22, 13:4, 13:12, 14:18, 15:18, 16:25, 17:15, 20:23, 21:12, 22:11, 24:5, 24:21
music [1] - 17:24
mute [1] - 12:16
MVB11893@aol.com [1] - 1:25
MVM [1] - 8:14

**N**

nearly [1] - 17:16
necessary [1] - 22:25
necessity [1] - 22:15
need [3] - 10:13, 21:24, 23:21
needs [1] - 20:7
NEHA [1] - 2:20

Neha [1] - 3:7
new [10] - 5:11, 5:14, 6:6, 7:22, 11:4, 12:2, 12:20, 16:8, 16:15, 22:20
next [5] - 7:9, 11:25, 12:15, 12:17, 23:24
Ninth [1] - 23:5
nobody [2] - 9:17, 20:14
nobody's [1] - 14:5
nonprofit [1] - 7:24
note [5] - 11:10, 11:17, 14:23, 20:24, 24:6
nothing [1] - 8:25
notice [5] - 16:3, 16:13, 16:21, 17:7
notices [1] - 17:2
number [2] - 6:24, 18:6
numbers [5] - 4:24, 9:8, 9:24, 12:4, 12:8

**O**

o'clock [1] - 23:25
objection [2] - 4:8, 21:7
objections [3] - 4:12, 14:17, 15:4
obtain [2] - 6:5, 6:21
obviously [1] - 8:5
occasionally [1] - 8:15
OCCIDENTAL [1] - 2:4
occur [1] - 15:8
OF [9] - 1:2, 1:16, 2:3, 2:10, 2:10, 2:11, 25:5, 25:9
offered [1] - 14:4
OFFICE [1] - 2:11
office [2] - 11:14, 12:19
offices [2] - 10:17, 10:19
OFFICIAL [2] - 1:23, 25:12
ON [2] - 2:3, 2:10
one [12] - 5:24, 6:3, 6:23, 10:14, 11:10, 13:4, 16:3, 17:1, 17:3, 18:19, 22:22, 24:9
ones [2] - 5:11, 5:21
ongoing [2] - 4:14, 23:18
online [1] - 5:21
opened [2] - 7:25, 19:23
operating [1] - 9:21
operations [1] - 11:14
opportunity [1] - 17:6
opposed [1] - 13:9
order [4] - 4:5, 13:19, 14:8, 15:5
orders [2] - 13:23, 14:15
ORDIN [1] - 2:18
Ordin [6] - 3:9, 4:9, 4:13, 4:25, 5:5, 14:21
organization [1] - 7:25
ORR [3] - 4:16, 10:17, 13:11

ORR's [1] - 19:6
ourselves [1] - 9:13
outside [1] - 21:6
own [2] - 16:24, 17:12

**P**

pace [1] - 5:9
pandemic [1] - 3:25
part [8] - 5:2, 14:5, 14:8, 14:14, 16:10, 23:2
particular [3] - 18:10, 20:4, 20:8
parties [7] - 3:7, 3:19, 15:24, 17:12, 22:24, 22:25, 23:11
Paso [3] - 8:10, 8:12, 10:6
past [1] - 21:18
patrol [1] - 11:14
Paul [2] - 3:10, 4:10
PAUL [1] - 2:18
Pecos [2] - 5:20, 5:23
Pennsylvania [2] - 5:17, 8:4
people [7] - 7:2, 7:11, 10:16, 10:18, 12:5, 16:11, 21:21
per [1] - 18:20
percent [1] - 8:17
perhaps [3] - 10:7, 10:19, 12:16
period [1] - 11:7
pertains [1] - 13:11
Peter [2] - 3:6, 3:13
Phoenix [2] - 8:11, 10:6
phone [1] - 18:21
PIA [1] - 5:17
piece [1] - 23:15
place [1] - 7:5
placement [1] - 20:5
placements [1] - 19:8
PLAINTIFF [1] - 2:3
plaintiffs [9] - 3:6, 12:23, 15:7, 16:23, 18:2, 18:5, 19:2, 20:15, 22:23
Plaintiffs [1] - 1:6
plaintiffs' [2] - 14:24, 20:7
plan [4] - 4:24, 4:25, 8:1
planning [3] - 11:13, 21:1, 21:5
plans [6] - 6:1, 6:4, 19:6, 19:10, 19:12
PO [1] - 2:12
point [2] - 12:13, 16:19
pointed [1] - 18:5
policies [2] - 21:4, 22:17
policy [1] - 16:8
Pomona [1] - 5:15
portion [1] - 21:5
position [1] - 23:5
positive [1] - 23:3
possible [4] - 6:22, 14:13,

16:12, 24:7
**prepared** [1] - 9:23
**present** [5] - 3:9, 3:12, 3:14, 5:18, 15:20
**PRESENT** [1] - 2:17
**presentation** [1] - 18:16
**presentations** [1] - 15:23
**preserve** [1] - 15:3
**pretty** [4] - 16:5, 16:22, 21:17, 22:4
**prioritized** [1] - 19:17
**privileges** [1] - 21:1
**problems** [4] - 13:2, 15:8, 15:12, 22:10
**proceedings** [1] - 25:2
**PROCEEDINGS** [2] - 1:16, 25:5
**process** [3] - 7:25, 10:8, 21:1
**processing** [2] - 9:17, 9:18
**progress** [3] - 12:11, 13:7, 13:14
**protected** [1] - 11:15
**protocol** [1] - 19:15
**protocols** [1] - 20:20
**provide** [3] - 17:2, 17:7, 17:16
**provided** [3] - 14:25, 15:23, 18:25
**providers** [4] - 12:22, 13:1, 13:6, 15:20
**providing** [2] - 7:11, 21:3
**purely** [1] - 14:3
**purposes** [1] - 11:13
**put** [6] - 3:19, 3:23, 14:8, 15:10, 16:18, 24:16

### Q

**questions** [2] - 12:13, 15:25
**quick** [1] - 17:18
**quickly** [4] - 11:16, 14:13, 16:11, 16:14
**quite** [4] - 6:16, 8:8, 23:4, 23:7
**quo** [1] - 9:1

### R

**raise** [1] - 21:7
**raised** [4] - 12:23, 13:13, 16:20, 17:3
**raising** [1] - 18:13
**rammed** [1] - 12:1
**ramp** [1] - 5:6
**ramping** [1] - 5:9
**rather** [3] - 9:3, 15:12, 19:1
**ratios** [1] - 19:10
**real** [1] - 20:21
**really** [6] - 9:16, 9:21, 9:25, 10:1, 12:10, 12:12

**reason** [1] - 21:24
**recent** [1] - 3:20
**recently** [1] - 22:16
**reception** [1] - 9:18
**recognize** [2] - 3:18, 22:14
**recommendations** [6] - 6:24, 14:3, 14:7, 14:22, 15:2
**reconvene** [2] - 22:24, 23:15
**record** [2] - 15:5, 17:5
**RECORDED** [1] - 25:5
**recreation** [1] - 18:14
**REDUCTION** [1] - 25:8
**reflect** [1] - 19:3
**regard** [3] - 7:22, 12:25, 14:11
**regarding** [1] - 12:19
**regular** [1] - 19:7
**regulation** [1] - 23:14
**REGULATIONS** [1] - 25:9
**regulations** [1] - 23:8
**reiterate** [2] - 17:5, 20:15
**released** [4] - 9:20, 14:12, 16:11, 19:18
**relying** [1] - 22:3
**remain** [1] - 20:8
**reminding** [1] - 24:15
**report** [28] - 4:14, 4:17, 4:20, 4:23, 5:21, 7:9, 7:21, 9:7, 11:5, 11:6, 12:17, 12:18, 13:17, 13:18, 14:1, 14:17, 20:17, 20:18, 24:3, 24:8, 24:9, 24:12, 24:16, 24:17, 24:18, 24:19, 24:20
**REPORTER** [2] - 1:23, 25:12
**REPORTER'S** [1] - 1:16
**reporting** [5] - 13:9, 19:6, 20:18, 21:4, 21:6
**reports** [9] - 3:16, 12:15, 14:2, 18:22, 24:1, 24:2, 24:6, 24:7, 24:13
**representation** [1] - 18:17
**request** [7] - 4:6, 4:7, 4:9, 4:11, 4:12, 20:16, 21:13
**requested** [1] - 20:25
**requests** [1] - 17:21
**require** [4] - 16:7, 16:16, 19:1, 24:18
**requirements** [2] - 14:10, 19:3
**reside** [1] - 9:15
**residential** [1] - 17:18
**residents** [1] - 8:17
**resolve** [4] - 17:12, 22:24, 23:15, 23:18
**resources** [1] - 6:13
**respect** [3] - 12:14, 18:13, 20:19
**respond** [1] - 20:23
**response** [2] - 20:16, 20:17

**responses** [2] - 4:7, 24:1
**responsiveness** [1] - 22:10
**review** [1] - 3:17
**RGV** [1] - 11:8
**RIGHTS** [1] - 2:3
**Rights** [2] - 15:22, 18:16
**rights** [6] - 16:4, 16:13, 16:21, 17:3, 17:7, 17:8
**risk** [1] - 20:2
**road** [1] - 11:24
**roll** [1] - 16:8

### S

**safe** [1] - 14:11
**San** [1] - 5:12
**sanitary** [1] - 14:11
**Sarah** [1] - 3:11
**SARAH** [1] - 2:10
**Schey** [2] - 3:6, 3:14
**second** [1] - 5:13
**Section** [1] - 14:10
**section** [1] - 12:18
**see** [3] - 4:7, 15:8, 22:22
**seem** [2] - 16:17, 19:1
**selected** [1] - 12:6
**sent** [1] - 5:5
**service** [2] - 12:22, 13:6
**services** [6] - 5:8, 13:1, 13:10, 15:20, 17:19, 18:15
**settled** [1] - 16:19
**settlement** [5] - 22:25, 23:3, 23:6, 23:8, 23:14
**seven** [3] - 8:1, 8:21, 10:8
**several** [3] - 6:19, 8:8, 14:24
**sharing** [2] - 21:4, 21:13
**shelter** [1] - 19:7
**shelters** [1] - 4:21
**Sheridan** [2] - 3:9, 4:9
**shift** [1] - 16:16
**short** [1] - 17:10
**shown** [1] - 17:20
**significantly** [2] - 11:17, 12:8
**simply** [2] - 20:3, 22:3
**single** [1] - 21:18
**site** [8] - 5:1, 8:11, 20:6, 20:9, 21:14, 21:19, 21:20, 21:21
**sites** [5] - 12:6, 14:25, 15:23, 18:7, 21:17
**sitting** [1] - 21:21
**situation** [8] - 3:23, 4:4, 4:15, 13:25, 15:16, 21:2, 22:14, 23:19
**sole** [1] - 9:13
**sole-source** [1] - 9:13
**solely** [2] - 8:12, 8:17
**sometimes** [2] - 6:17, 18:20
**sort** [2] - 22:2, 24:9

**sorts** [2] - 20:1, 20:10
**sought** [1] - 21:9
**sound** [1] - 17:4
**source** [1] - 9:13
**SOUTH** [1] - 2:4
**southwest** [1] - 10:20
**speaking** [1] - 10:3
**special** [2] - 3:8, 13:20
**SPECIAL** [1] - 2:18
**specific** [2] - 19:9, 21:23
**spend** [2] - 3:17, 19:25
**spending** [1] - 19:14
**spent** [4] - 16:4, 18:20, 19:16, 23:11
**sponsor** [1] - 9:20
**sponsored** [1] - 10:9
**sponsors** [2] - 14:13, 22:1
**spotty** [1] - 18:19
**springing** [2] - 6:9, 12:21
**Springs** [4] - 5:20, 5:25, 6:2, 18:7
**staff** [6] - 6:12, 6:16, 7:6, 7:7, 10:11, 10:14
**stage** [1] - 15:14
**staging** [1] - 10:8
**stand** [1] - 23:1
**standards** [1] - 18:25
**Starr** [1] - 5:14
**start** [1] - 4:16
**starting** [1] - 5:2
**statements** [1] - 19:2
**STATES** [2] - 1:1, 25:9
**STATION** [1] - 2:12
**status** [1] - 8:25
**STENOGRAPHICALLY** [1] - 25:5
**still** [3] - 8:3, 22:12, 23:4
**STREET** [1] - 1:24
**subject** [1] - 12:13
**substance** [1] - 16:22
**substantial** [2] - 19:16, 19:19
**subsume** [1] - 24:19
**suffer** [1] - 20:21
**sum** [1] - 16:22
**support** [1] - 21:24
**supposed** [1] - 8:19
**supposedly** [1] - 18:25

### T

**tangible** [1] - 22:18
**team** [3] - 7:5, 7:6, 11:22
**telephone** [1] - 18:19
**temporary** [1] - 5:19
**term** [4] - 4:6, 4:10, 17:10, 19:12
**terms** [5] - 4:10, 8:14, 15:5, 18:15, 18:17
**test** [1] - 9:19

**Texas** [3] - 5:2, 5:20, 5:23
**THAT** [1] - 25:4
**THE** [44] - 2:3, 2:10, 3:4, 3:15, 4:19, 5:11, 5:19, 6:1, 6:8, 6:23, 7:9, 7:15, 7:18, 7:21, 8:23, 9:2, 9:5, 9:7, 10:10, 10:21, 10:23, 11:2, 11:4, 12:14, 13:11, 13:16, 15:7, 15:24, 17:11, 17:24, 18:4, 19:19, 20:22, 21:10, 22:9, 22:13, 24:15, 24:25, 25:4, 25:5, 25:6, 25:8, 25:9
**themselves** [1] - 6:11
**THIS** [1] - 25:7
**three** [2] - 7:25, 8:19
**throughout** [2] - 6:20, 10:6
**tick** [2] - 11:17, 12:9
**today** [4] - 4:8, 8:20, 11:20, 12:9
**top** [1] - 3:25
**toward** [1] - 12:9
**towards** [1] - 17:23
**trained** [1] - 16:9
**TRANSCRIPT** [3] - 1:16, 25:5, 25:7
**transfer** [1] - 19:17
**transferred** [1] - 19:16
**transferring** [1] - 20:20
**transition** [1] - 8:3
**transportation** [1] - 8:15
**traveling** [1] - 11:24
**treatment** [1] - 18:8
**TRUE** [1] - 25:4
**try** [8] - 4:3, 14:9, 15:15, 16:11, 17:20, 22:24, 23:15, 23:18
**trying** [7] - 3:21, 3:23, 10:4, 16:4, 16:6, 16:13, 23:12
**turn** [2] - 10:3, 10:24
**turnover** [1] - 17:18
**two** [3] - 6:11, 8:20, 24:13
**types** [1] - 19:4

## U

**U.S** [2] - 1:3, 1:23
**UAC** [1] - 8:16
**ultimately** [1] - 8:1
**uncover** [1] - 21:14
**under** [6] - 3:24, 4:10, 8:9, 9:15, 13:19, 14:10
**undergoing** [1] - 21:2
**understandably** [1] - 6:18
**underway** [1] - 6:4
**unexpected** [1] - 13:21
**uniform** [1] - 22:18
**UNITED** [2] - 1:1, 25:9
**unless** [1] - 4:7
**up** [10] - 5:6, 5:9, 6:9, 12:1, 12:21, 15:17, 20:13, 21:25,

22:15, 23:10
**update** [2] - 7:10, 13:15
**updated** [1] - 21:5
**updates** [2] - 4:19, 11:4
**US** [1] - 2:10
**useful** [1] - 15:9

## V

**vague** [1] - 19:1
**valuable** [4] - 14:21, 14:22, 15:1, 15:3
**values** [1] - 14:20
**various** [1] - 3:16
**vary** [1] - 18:10
**versus** [2] - 20:5
**VIA** [1] - 1:17
**VIDEO** [1] - 1:17
**view** [1] - 20:7
**viewpoint** [1] - 12:24
**visit** [3] - 8:11, 21:19, 21:20
**visitation** [1] - 18:15
**visits** [3] - 5:1, 14:25, 21:14
**voiced** [1] - 4:8
**volunteers** [2] - 6:16, 6:19
**Vs** [1] - 1:8

## W

**wait** [1] - 15:10
**wants** [1] - 20:14
**WASHINGTON** [1] - 2:13
**water** [1] - 18:22
**ways** [1] - 23:9
**WEDNESDAY** [2] - 1:19, 3:1
**week** [5] - 6:20, 11:25, 17:16, 18:20, 21:17
**weeks** [3] - 8:12, 18:20, 19:24
**Welch** [2] - 3:7, 21:11
**WELCH** [3] - 2:19, 21:12, 22:11
**welcome** [1] - 16:24
**WEST** [1] - 1:24
**West** [1] - 10:25
**whereby** [1] - 19:15
**whole** [1] - 11:10
**wise** [2] - 13:18, 14:20
**Wise** [2] - 3:10, 4:13
**WISE** [1] - 2:18
**Wise's** [1] - 4:10
**wish** [1] - 24:16
**WITH** [1] - 25:8
**worst** [1] - 20:11

## Y

**yourself** [1] - 12:16

## Z

**ZOOM** [1] - 1:17