ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 Sixth Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | CASE NO. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **REQUEST FOR APPOINTMENT OF LEGAL ADVISOR** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | |

Paul H. Wise, Juvenile Care Monitor ("JCM") submits this Request for Appointment of Legal Advisor, Andrea Sheridan Ordin.

The terms of the August 3, 2022 Order Appointing Dr. Paul Wise as the Juvenile Care Monitor ("JCM Order"), *see* ECF No. 1280, provide that in fulfilling his role monitoring compliance with the CBP Settlement Agreement, ECF No. 1254-1, "[t]he Juvenile Care Monitor may identify proposed aides and/or medical professionals unaffiliated with CBP or with Plaintiffs and, through the Special Master/Independent Monitor, seek Court approval (or, after the expiration of the Special Master/Independent Monitor's term, directly from the Court) for the hiring of such aides and/or medical professionals to assist the Juvenile Care Monitor in all aspects of his or her monitoring work." JCM Order at 2. In accordance with this provision, the JCM seeks the appointment of Andrea Sheridan Ordin, whose current role as the Special Master/Independent Monitor terminated on December 9, 2022, to serve as an aide to the JCM in the role of Legal Advisor. Ms. Ordin will assist the JCM as a Legal Advisor in all aspects of his monitoring work, subject to the annual cap designated in the CBP Settlement Agreement. The parties have agreed to the appointment of Ms. Ordin as a Legal Advisor.

DATED: January 17, 2023

Respectfully submitted,

Andrea Sheridan Ordin

By  s/ Andrea Sheridan Ordin
     Andrea Sheridan Ordin

*Strumwasser & Woocher, LLP*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 250 Sixth Street, Suite 205, Santa Monica, California 90401 . I am over the age of 18 years, and not a party to the within action.

I hereby certify that on January 17, 2023, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR APPOINTMENT OF LEGAL ADVISOR**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on January 17, 2023, at Los Angeles, California.

Jeff Thomson