UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | January 19, 2023 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING JUVENILE CARE MONITOR'S REQUEST FOR APPOINTMENT OF LEGAL ADVISOR [1317]**

On August 3, 2022, the Court issued an Order appointing Dr. Paul Wise as the Juvenile Care Monitor ("JCM"), consistent with the parties' Customs and Border Protection Settlement Agreement. [Doc. ## 1254-1, 1280.] That Order provided for appointment, with the Court's approval, of aides to assist the JCM "in all aspects of his or her monitoring work," subject to the annual cap on fees chargeable by the JCM. *Id*. at 2.

On January 17, 2023, the JCM filed a Request for Appointment of Andrea Sheridan Ordin, Esq. as his Legal Advisor pursuant to this provision. [Doc. # 1317.] The parties to this action have agreed to Ms. Ordin's appointment as Legal Advisor. *Id*. The Court therefore **GRANTS** the JCM's request. The Court appoints Andrea Sheridan Ordin as the Legal Advisor to the JCM, to assist in all aspects of his monitoring work, subject to the annual fee cap designated in the Court's Order appointing the JCM.

**IT IS SO ORDERED**.