UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | January 20, 2023 |

| | |
|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey - VTC | Fizza Batool, USDOJ - VTC |

**Proceedings:** **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT [1313]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court and counsel confer. The Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:05