PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Emails: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**DECLARATION OF PETER SCHEY IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**<br>[DOC. ## 1313, 1321]<br><br>Judge:   Hon. Dolly Gee |

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500


NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland,  CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org


CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

/ / /

Declaration of Peter A. Schey

I, Peter A. Schey, declare as follows:

1. I make this declaration in support of Plaintiffs' Unopposed Motion for Final Approval of Settlement Agreement ("Plaintiffs' Unopposed Motion") [Doc. # 1313] as required by the Court's oral Order made during the January 20, 2023, hearing on Plaintiffs' Unopposed Motion. [Doc. # 1321.]

2. Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF 1182 [Doc. ## 1182 and 1292.]

3. Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the settlement agreement to *Flores* Class Members. Attached as Exhibit 2 to the Joint Stipulation. [Doc. # 1292-2.]

4. The Court thereafter approved the proposed Class Notice ("Order") and ordered that it be posted at any U.S. Immigration and Customs Enforcement ("ICE") facilities where families with Flores class members were detained, and on the Office of Refugee Resettlement's ("ORR") website, and that at any ICE facilities where the Notices are posted, Defendants were required to post the Notices in areas where class members and their accompanying adult relatives could see the Notices. [Doc. # 1293.]

5. Defendants thereafter posted the approved Notice in English and Spanish and the notice period ran for thirty (30) days.

6. Following the posting of the Class Notice, Plaintiffs' counsel received no objections from any Class Members or their parents.

7. Pursuant to the Court's Order of November 28, 2022 [Doc. # 1303], Plaintiffs filed a Notice Re Non-Receipt of Class Member Objections and Unopposed Motion for Final Approval of Settlement Agreement seeking approval of the proposed settlement. [Doc. # 1313.]

8. On January 20, 2023 at 10 AM, the Court held a hearing to consider final approval of the proposed settlement. [Doc. # 1321.] During the hearing the Court ordered Plaintiffs' counsel to file this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2023, at Oak View, California.

Peter Schey

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I served the foregoing on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/*Peter Schey*
*Counsel for Plaintiffs*
Peter A. Schey
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW