# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES <br><br> Plaintiff(s), <br><br> v. <br><br> EDWIN MEESE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:85–cv–04544–DMG–AGR <br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __1/23/2023__

Document No.:  __1322__

Title of Document:  __Plaintiff's Declaration of Peter Schey in Support of Unopposed Motion for Final Approval of Settlement Agreement__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Responses/Replies/Other Motion Related Documents > Declaration (Motion related). The filer used the event, Applications/Ex Parte Applications/Motions/Petitions/Requests > Settlement, for docketing this filing and created an item on the judge's pending motion report. Clerk shall remove the Declaration from the motion report

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 25, 2023         By: _/s/ Grace Kami_grace_kami@cacd.uscourts.gov_
                                     Deputy Clerk

cc: *Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**