UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [1313] [1182]** |

THIS CAUSE comes before the Court upon the filing of Plaintiffs' Notice of Non-Receipt of Class Member Objections and Unopposed Motion for Final Approval of the Settlement Agreement [Doc. # 1313].

UPON CONSIDERATION of the parties' Joint Stipulation To Dismiss EAJA Motion With Prejudice and Proposal Regarding Notice to Flores Class Members Of Settlement (the "Settlement Agreement") [Doc. # 1292] and Plaintiffs' Motion for Final Approval of the Settlement Agreement, the Court finds that:

The parties engaged in non-collusive, arm's-length negotiations to resolve Plaintiffs' Motion for Attorneys' Fees ("MAF") [Doc. # 1182];

The proposed Settlement Agreement requires Defendants to pay Plaintiffs $540,210.40 in settlement of Plaintiff's claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the MAF, and the MAF supports an award of this size;

1

There is no evidence of collusion between the parties regarding fees, or of Plaintiffs putting their interests in obtaining fees ahead of the interests of the Class;

The Notice of the proposed Settlement Agreement provided to the Class satisfied the requirements of Federal Rule of Civil Procedure 23(e)(1) and due process; and

Counsel have received no objections from Class Members or their family members concerning the proposed Settlement Agreement [Doc. # 1322 at ¶¶ 6, 7].

For all these reasons, the Court finds that the Settlement Agreement is fair, adequate, and reasonable, and **APPROVES** the Settlement Agreement. Plaintiffs' Motion for Final Approval is **GRANTED**. The Court further **ORDERS** that Plaintiffs' Motion for Award of Attorneys' Fees and Costs [Doc. # 1182], is **DENIED WITH PREJUDICE as moot** pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

DATED: January 25, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE