CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>NOTICE RE NO CLASS MEMBER OBJECTIONS TO SETTLEMENT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS UNDER EAJA<br><br>Hearing: April 14, 2023<br>Time:    10:00 a.m.<br><br>HON. DOLLY M. GEE |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On August 29, 2022, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs (the "Motion") under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [Doc. # 1282]. The parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' Motion. *See* Joint Stipulation to Dismiss EAJA Motion with Prejudice and Proposal Regarding Notice to *Flores* Class Members of Settlement ("Joint Stipulation"). [Doc. # 1310].

Upon consideration of the parties' Joint Stipulation, the Court preliminarily approved the parties' Agreement and approved the notice of the proposed agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc #1311]. The Court set—and the parties have complied with—the following schedule for notice and final approval:

On January 3, 2023, Plaintiffs provided Defendants copies of the approved Notice in English and Spanish.

On January 12, 2023, six days before the January 18, 2023 deadline set by the Court, Defendants posted copies of the approved Notice in English and Spanish on ORR's website. Defendants notified Plaintiffs' counsel in writing when the Notices were posted and provided a link to the posted Notice. The notice period is thirty (30) days in duration and any objections must be received by February 17, 2023.

The Court further ordered that by February 17, 2023, Plaintiffs' counsel file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

As of the time of this filing on February 17, 2023, Plaintiffs have not received any objections to the Agreement. In accordance with the Court's order, Plaintiffs will file a Motion for Final Approval of the settlement, including information about any objections received.

Dated February 17, 2023:	Respectfully submitted,

/s/ *Mishan Wroe*
Mishan Wroe

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
*Attorneys for Plaintiffs*