CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT <br><br> Hearing: April 14, 2023 <br> Time:    10:00 a.m. <br><br> HON. DOLLY M. GEE |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On August 29, 2022, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs (the "Motion") under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [Doc. # 1282]. In December 2022, the parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' Motion. *See* Joint Stipulation to Dismiss EAJA Motion with Prejudice and Proposal Regarding Notice to *Flores* Class Members of Settlement ("Joint Stipulation"). [Doc. # 1310]. The Agreement was reached through arm's length negotiations and the parties agree that the terms and conditions of the Agreement are fair and reasonable.

Upon consideration of the parties' Joint Stipulation, the Court preliminarily approved the parties' Agreement and approved the notice of the proposed agreement to *Flores* class members ("Notice") in accordance with Federal Rule of Civil Procedure 23(e). [Doc. # 1311]. The Court set—and the parties have complied with—the following schedule for notice and final approval:

On January 3, 2023, Plaintiffs provided Defendants copies of the approved Notice in English and Spanish.

On January 12, 2023, six days before the January 18, 2023 deadline set by the Court, Defendants posted copies of the approved Notice in English and Spanish on ORR's website. Defendants notified Plaintiffs' counsel in writing when the Notices were posted and provided a link to the posted Notice. The notice period was thirty (30) days in duration.

On February 17, 2023, Plaintiffs' counsel notified the Court that no objections had been received as of the time of filing. [Doc. # 1327]. As of the time of this filing on March 9, 2023, Plaintiffs have not received any objections to the Agreement.

This motion for final approval is timely filed by March 9, 2023, and a proposed order is being filed herewith.

Accordingly, Plaintiffs respectfully request that the Court approve the parties' Agreement. Consistent with the parties' Agreement, and the Court's order

[Doc. # 1311], Plaintiffs further request their Motion for Award of Attorneys' Fees and Costs be denied with prejudice as moot. [Doc. # 1282].

Dated March 9, 2023:        Respectfully submitted,

/s/ *Mishan Wroe*
Mishan Wroe

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
*Attorneys for Plaintiffs*

2