CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AS MOOT [1310] [1282]** |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement [Doc. # 1329] and the parties' Joint Stipulation to Dismiss EAJA Motion with Prejudice and Proposal Regarding Notice to *Flores* Class Members of Settlement ("Joint Stipulation") [Doc. # 1310], the Court finds that:

The parties engaged in non-collusive, arm's-length negotiations to resolve Plaintiffs' Motion for Attorneys' Fees and Costs ("MAF") [Doc. # 1282];

The proposed Settlement Agreement requires Defendants to pay Plaintiffs $577,286.09 in settlement of Plaintiffs' claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the MAF, and the MAF supports an award of this size;

There is no evidence of collusion between the parties regarding fees, or of Plaintiffs putting their interests in obtaining fees ahead of the interests of the Class;

The Notice of the proposed Settlement Agreement provided to the Class satisfied the requirements of Federal Rule of Civil Procedure 23(e)(1) and due process; and

Counsel have received no objections from Class Members concerning the proposed Settlement Agreement [Doc. # 1327].

For all these reasons, the Court finds that the Settlement Agreement is fair, adequate, and reasonable, and **APPROVES** the Settlement Agreement. Plaintiffs' Motion for Final Approval is **GRANTED**. The Court further **ORDERS** that Plaintiffs' Motion for Award of Attorneys' Fees and Costs [Doc. # 1282], is **DENIED WITH PREJUDICE as moot** pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

1  DATED: _____, 2023.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE