# EXHIBIT 2

NOTICE OF CLASS ACTION SETTLEMENT

**Notice to *Flores v. Garland* Class Members for Motion for Attorneys' Fees**

This notice is directed to all minors in U.S. Customs and Border Protection ("CBP") custody in U.S. Border Patrol facilities in the Rio Grande Valley and El Paso sectors. If this notice has been posted in the facility where you are currently located, then this notice applies to all minors held in this facility.

This notice is to inform you of a settlement regarding a motion for attorneys' fees in a class action lawsuit called *Flores v. Garland*, No. CV 85-04544 DMG ARG (C.D. Cal.). The *Flores* lawsuit resulted in a Settlement Agreement that sets minimum national standards for the detention, release, treatment and housing of children in immigration custody.

In June 2019, Plaintiffs in the *Flores* case filed a lawsuit challenging the conditions of detention for minors in custody in U.S. Border Patrol facilities in the Rio Grande Valley and El Paso sectors. Lawyers for the Plaintiffs and the Government met several times to discuss a settlement (an agreement) to resolve Plaintiffs' claims. On July 29, 2022, the Court granted final approval of this agreement. The agreement has many parts, and in summary requires the U.S. Border Patrol in the Rio Grande Valley and El Paso sectors to provide all detained minors with access to toilets, sinks, showers, hygiene products, a change of clothing as needed, drinking water, age appropriate meals and snacks, sufficient space to sleep as well as mats and blankets, baby supplies including diapers and wipes, medical evaluation and treatment as needed, adequate temperature control and ventilation, caregivers to provide supervision, and unless there is a reason not to do so, the Government will allow adult family members (including non-parents or legal guardians) to remain with minors with whom they are held, and if held separately, to have contact with those minors during their time in U.S. Border Patrol custody.

The Government and Plaintiffs have agreed that the Government will pay class members' attorneys' fees in the amount of $673,810.00 to compensate them for their work. If you wish, you may object to the settlement by submitting your objection in writing, via regular mail, to the class members' lawyers, who will then share the objections with the Court. If you wish to object, please advise a Border Patrol agent that you wish to object and you will be provided with paper, a pen or pencil, and an envelope and a stamp. Please sign your letter and write down the date. If you are an accompanying adult, give the full name of the minor you are accompanying. You may give the letter to a Border Patrol agent to be mailed for you. Please address the envelope to:

Peter Schey
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057

To be timely, your objection must be received no later than _____.
If you do not make your objection by that date, you will lose your right to object.

You are not required to send a letter if you have no objection to the settlement.