ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 Sixth Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544-DMG (AGRx)<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS JUVENILE CARE MONITOR REPORT BY DR. PAUL H. WISE**<br><br>Hearing Date: Not Set<br>Time:<br>Date: |

The Legal Advisor to the Juvenile Care Monitor (JCM) files this Application seeking leave from the Court to file under seal portions of the Juvenile Care Monitor's Report pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), this Application is submitted concurrently with the declaration of Andrea Sheridan Ordin, a proposed order, and unredacted copy of the JCM's Report. On March 14-15, 2023, the Legal Advisor to the Juvenile Care Monitor contacted Peter Schey, counsel for Plaintiffs, and Sarah Fabian, counsel for Defense, and neither counsel opposed the request.

The materials sought to be sealed are:

- Juvenile Care Monitor's Report (portions)

The redacted material in the Juvenile Care Monitor Report has been deemed confidential by the Juvenile Care Monitor and the Parties because they contain identifying information for secure governmental facilities which could be used to compromise the safety of the class members.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons exists to redact portions of these records because they contain identifying information for secure governmental facilities which could be used to compromise the safety of the class members. *Villareal v. County of Fresno* (E.D. Cal., Mar. 9, 2021, No. 115CV01410DADEPGPC) 2021 WL 877009, at *1 (requiring portions of the Jail Policy and Procedure Manual to be produced pursuant to a protective order due to safety concerns, "both for

correctional staff and for those individuals housed at the jail, should those policies and procedures be made public"). The parties' common interest in the safety of class members is a "sufficiently important countervailing interest [ ]" that overcomes any common law "presumption in favor of access." *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999). Therefore, redacting a small portion of the material in the Juvenile Care Monitor's Report is appropriate and necessary under the circumstances.

DATED:   March 15, 2023            Respectfully submitted,

                                   Andrea Sheridan Ordin
                                   STRUMWASSER & WOOCHER LLP


                                   By   */s/ Andrea Sheridan Ordin*
                                           Andrea Sheridan Ordin

                                   *Legal Advisor to Juvenile Care Monitor
                                   Dr. Paul H. Wise*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 250 Sixth Street, Suite 205, Santa Monica, California 90401 . I am over the age of 18 years, and not a party to the within action.

I hereby certify that on April 4, 2023, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS JUVENILE CARE MONITOR REPORT BY DR. PAUL H. WISE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on April 4, 2023, at Los Angeles, California.

_____
Jeff Thomson