UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER APPROVING THE PARTIES' JOINT PROPOSAL RE NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT [1330]** |

UPON CONSIDERATION of the parties' proposal for providing notice of the Settlement Agreement [Doc. # 1330-1] relating to Plaintiffs' Motion for Attorneys' Fees [Doc. # 1281], in accordance with Federal Rule of Civil Procedure 23(e), the Court **APPROVES** notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation [Doc. # 1330-2], **with the modification described below**.

By **April 10, 2023**, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. By **April 24, 2023**, Defendants shall post the approved Notice in English and Spanish at all U.S. Customs and Border Protection ("CBP") facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol. Defendants shall post the Notice in areas where *Flores* class members and their accompanying adult relatives can see the Notice. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and of the facilities where they were posted and the locations where they were posted within each facility. The notice period shall be no less than thirty (30) days in duration.

By **June 2, 2023**, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. By **June 7, 2023**, Plaintiffs and Defendants shall file their Motion for Final Approval, including information about any objections received and a proposed order approving the Settlement Agreement and dismissing Plaintiffs' "Motion for Award of Attorneys' Fees" [Doc. # 1281], with prejudice, as moot.

//
//
//
//
//

The Court will hold a Final Fairness Hearing on the Settlement on **July 7, 2023** at **10:00 a.m.**  The parties shall modify the Notice to Class Members to include the time, date, and location of the Final Fairness Hearing.

**IT IS SO ORDERED.**

DATED:  April 3, 2023.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE