**FILED**
CLERK, U.S. DISTRICT COURT
Apr 6, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al*., <br><br> Defendants. | CASE NO. CV 85-4544-DMG (AGRx) <br><br> ORDER ON APPLICATION TO SEAL [1332] |

THIS CAUSE comes before the Court on an Application to File Under Seal Portions of the Juvenile Care Monitor's Report.

UPON CONSIDERATION of the Application, and for the compelling reasons set forth therein, the Court hereby ORDERS that the following document is filed under seal:

• Juvenile Care Monitor's Report (portions)

IT IS SO ORDERED.

DATED: April 6, 2023

*[signature]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-