CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **DECLARATION OF MISHAN WROE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT** [Doc. #1329] <br><br> Hearing: April 14, 2023 <br> Time:    10:00 a.m. <br> Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600, Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

## Declaration of Mishan Wroe

I, Mishan Wroe, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am counsel of record for Plaintiffs in the above-captioned case.

3. I make this declaration in support of Plaintiffs' Unopposed Motion for Final Approval of Settlement as required by the Court's oral Order made during the April 14, 2023, hearing on that motion. ECF 1329.

4. On August 29, 2022, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs (the "Motion") under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF 1282. In December 2022, the parties reached a settlement agreement ("Agreement") to resolve the Motion. *See* Joint Stipulation to Dismiss EAJA Motion with Prejudice and Proposal Regarding Notice to *Flores* Class Members of Settlement ("Joint Stipulation"). ECF 1310.

5. The Agreement was reached after the Parties engaged in arm's length negotiations.

6. Consistent with Federal Rule of Civil Procedure 23(e), the Parties submitted a joint proposal for providing notice of the Agreement to *Flores* Class Members ("the Notice"). ECF 1310-2.

7. The Court preliminary approved the Agreement and approved the Notice in accordance with Federal Rule of Civil Procedure 23(e). The Court ordered Defendants to post the Notice on the Office of Refugee Resettlement ("ORR") website in English and Spanish by January 18, 2023. ECF 1311.

8. Defendants posted the Notice in English and Spanish on ORR's website on January 12, 2023. The notice period ran for at least thirty days.

9. Pursuant to the Court's Order, ECF 1311, on February 17, 2023, Plaintiffs' counsel notified the Court that no objections had been received. ECF 1327. As of

1

the date of this declaration, Plaintiffs have still not received any objections to the Agreement.

 I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2023, at Oakland, California.

        /s/ *Mishan Wroe*
        Mishan Wroe