UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | April 14, 2023 |
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Mishan Wroe - VTC | Fizza Batool, USDOJ -VTC |

**Proceedings: PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT [1329]**

The cause is called and counsel state their appearance. The hearing is held by videoconference. The Court and counsel confer. Written orders will issue after class counsel files a declaration in support of the motion.

:07