UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DENYING WITH PREJUDICE AS MOOT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [1329] [1282]** |

Upon consideration of Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement [Doc. # 1329], Plaintiffs' counsel's declaration in support thereof [Doc. # 1338], and the parties' Joint Stipulation to Dismiss EAJA Motion with Prejudice and Proposal Regarding Notice to Flores Class Members of Settlement ("Joint Stipulation") [Doc. # 1310], and for the reasons stated on the record at the Final Fairness Hearing on April 14, 2023, the Court finds that:

The parties engaged in non-collusive, arm's-length negotiations to resolve Plaintiffs' Motion for Attorneys' Fees and Costs ("MAF") [Doc. # 1282];

The proposed Settlement Agreement requires Defendants to pay Plaintiffs $577,286.09 in settlement of Plaintiffs' claims and any potential claims for

1 attorneys' fees, litigation costs, and related expenses pursuant to the MAF, and the
2 MAF supports an award of this size;

3 There is no evidence of collusion between the parties regarding fees, or of
4 Plaintiffs putting their interests in obtaining fees ahead of the interests of the Class;

5 The Notice of the proposed Settlement Agreement provided to the Class
6 satisfied the requirements of Federal Rule of Civil Procedure 23(e)(1) and due
7 process; and

8 Counsel have received no objections from Class Members or their family
9 members concerning the proposed Settlement Agreement [*see* Doc. ## 1327, 1338].

10 For all these reasons, the Court finds that the Settlement Agreement is fair,
11 adequate, and reasonable, and **APPROVES** the Settlement Agreement. Plaintiffs'
12 Motion for Final Approval is **GRANTED**. The Court further **ORDERS** that
13 Plaintiffs' Motion for Award of Attorneys' Fees and Costs [Doc. # 1282], is
14 **DENIED WITH PREJUDICE as moot** pursuant to the Stipulation of the Parties.
15 **IT IS SO ORDERED.**

16 DATED: April 27, 2023

                                    _____
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE