1  CENTER FOR HUMAN RIGHTS &
2  CONSTITUTIONAL LAW
   Peter A. Schey (Cal. Bar No. 58232)
3  Carlos Holguín (Cal. Bar No. 90754)
4  256 South Occidental Boulevard
   Los Angeles, CA  90057
5  Telephone: (213) 388-8693
6  Facsimile: (213) 386-9484
   Email:pschey@centerforhumanrights.org
7       crholguin@centerforhumanrights.org

8

9
   *Listing continues on next page*
10 *Attorneys for Plaintiffs*

11

12                  UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                      WESTERN DIVISION
15

16

17 | JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
18 |                                  |                              |
   | Plaintiffs,                      | PLAINTIFF'S NOTICE RE NON-   |
19 |                                  | RECEIPT OF OBJECTIONS        |
   | v.                               |                              |
20 |                                  | [Doc. # 1334]                |
21 | MERRICK B. GARLAND, Attorney     |                              |
   | General of the United States, *et al.*, |                      |
22 |                                  |                              |
23 | Defendants.                      | Hearing: July 7, 2023 at 10am |
   |                                  | HON. DOLLY M. GEE            |
24

25 / / /

26

27

28

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

1

2          Plaintiffs and Defendants have reached a Settlement Agreement to resolve

3   Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access

4   to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [ECF 1330].

5

6          Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted

7   a joint proposal for providing notice of the settlement agreement to *Flores* Class

8   Members. [ECF 1330].

9

10         On April 3, 2023, the Court approved notice of the proposed settlement

11  agreement to Flores class members (the "Notice") and directed Parties to post the

12

13  Notice in Spanish and English at all U.S. Customs and Border Protection ("CBP")

14  facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol by

15

16  April 24, 2023. [ECF 1334].

17         As Ordered, Defendants posted the approved Notice in English and Spanish

18  and the notice period ran for thirty (30) days. *See* Exhibit 1, Declaration of Peter

19

20  Schey.

21         Since the posting of the Class Notice, Plaintiffs' counsel has not received any

22

23  objections from any Class Members or their parents. *Id.*

24

25  Dated: June 2, 2023                    Respectfully submitted,

26

27                                            /s/ Peter Schey
                                           PETER SCHEY
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**


I certify that on June 2, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                              /s/ Peter Schey
                              PETER SCHEY

3