PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Emails: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**EXHIBIT 1: DECLARATION OF PETER SCHEY IN SUPPORT OF PLAINTIFF'S NOTICE RE NON-RECEIPT OF OBJECTIONS**<br>[DOC. # 1330]<br><br>Judge:    Hon. Dolly Gee |

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

ii

Declaration of Peter Schey re Notice of No Objections    Center for Human Rights and Constitutional Law
256 S. Occidental Blvd, Los. Angeles CA 90057

## Declaration of Peter A. Schey

I, Peter A. Schey, declare as follows:

1. I make this declaration in support of Plaintiffs' Notice of No Objections ("Plaintiffs' Notice") as required by the Court's April 4, 2023 Order ("Order") [Doc. # 1334].

2. On April 25, 2023, Defendants informed Plaintiffs that they had posted the approved Notice in English and Spanish in accordance with the Court's order. The notice period ran for thirty (30) days.

3. Following the posting of the Class Notice, Plaintiffs' counsel received no objections from any Class Members or their parents.

4. Pursuant to the Court's Order of April 4, 2023 [Doc. # 1334], Plaintiffs now file a Notice Re Non-Receipt of Class Member Objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June, 2023, at Oak View, California.

*(signature)*

Peter Schey

/ / /

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, I served the foregoing on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

_/s/Peter Schey_
*Counsel for Plaintiffs*
Peter A. Schey
CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW

2

Declaration of Peter Schey re Notice of No Objections       Center for Human Rights and Constitutional Law
                                                            256 S. Occidental Blvd, Los. Angeles CA 90057