CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT |
| v. | [Doc. # 1330] |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | Hearing: July 7, 2023 at 10am<br>HON. DOLLY M. GEE |

/ / /

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

Plaintiffs and Defendants have reached a Settlement Agreement [ECF 1330] to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [ECF 1281]. The Agreement was reached through arm's length negotiations and the parties agree that the terms and conditions of the Agreement are fair and reasonable.

Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the settlement agreement to *Flores* Class Members. [ECF 1330].

On April 3, 2023, the Court approved notice of the proposed settlement agreement to Flores class members (the "Notice") and directed Defendants to post the Notice in Spanish and English at all U.S. Customs and Border Protection ("CBP") facilities in the Rio Grande Valley and El Paso sectors of the U.S. Border Patrol by April 24, 2023. [ECF 1334].

As Ordered, Defendants posted the approved Notice in English and Spanish and the notice period ran for thirty (30) days. *See* Notice of No Class Member Objections [ECF 1342].

Since the posting of the Class Notice, Plaintiffs' counsel has not received any objections from any Class Members or their parents. On June 2, 2023, Plaintiffs filed a Notice of No Class Member Objections. [ECF 1342].

Pursuant to the Court's Order of April 4, 2023 [ECF 1334], Plaintiffs are filing this Joint Motion for Final Approval of Settlement Agreement seeking approval of the proposed settlement and a Proposed Order. Consistent with the parties' Agreement, and the Court's Order [ECF 1334], Plaintiffs further request their Motion for Award of Attorneys' Fees and Costs be denied with prejudice as moot. [ECF 1281].

The Court has stated it will hold a hearing to consider final approval of the proposed settlement on July 7, 2023 at 10:00 a.m. [ECF 1334].

Dated: June 7, 2023                    Respectfully submitted,

                                       /s/ Peter Schey
                                       PETER SCHEY

                                       Center for Human Rights &
                                       Constitutional Law
                                       256 South Occidental Boulevard
                                       Los Angeles, California 90057
                                       Tel: 323-251-3223
                                       Fax: 213-386-9484
                                       pschey@centerforhumanrights.org

                                       *Attorney for Plaintiffs*


                                       /s/ Fizza Batool
                                       FIZZA BATOOL
                                       Trial Attorney

US Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-0618
Fax: (202) 616-4863
Email: fizza.batool2@usdoj.gov

*Attorney for Defendants*

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on June 7, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

<u>    /s/ Peter Schey  </u>
PETER SCHEY