UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

THIS CAUSE comes before the Court upon the filing of the Parties' Joint Motion for Final Approval of the Settlement Agreement ("Joint Motion"). [ECF # xxx].

UPON CONSIDERATION of the parties' Joint Motion, [ECF# xxx], and for Good Cause Shown, the Court hereby ORDERS that the Joint Motion for Approval of the Settlement Agreement and the Settlement Agreement [ECF 1330] are APPROVED. The Court further ORDERS that Plaintiffs' Motion for Award of Attorneys' Fees [ECF 1281] is DISMISSED WITH PREJUDICE pursuant to the Stipulation of the Parties. The Court will hold a Final Fairness Hearing on the Settlement on July 7, 2023 at 10:00 AM.

**IT IS SO ORDERED.**

DATED: _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:
Peter Schey
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on June 7, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                    /s/ Peter Schey
                                  PETER SCHEY