BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
  P.O. Box 868, Ben Franklin Station
  Washington, D.C. 20044
  Tel:  (202) 532-4824
  Fax:  (202) 305-7000
  Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **NOTICE FILING ANNUAL JUVENILE COORDINATOR REPORTS** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Attached hereto for the Court's consideration, please find the annual Juvenile Coordinator reports from Ms. Dawnisha Helland, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement (Attachment A), Mr. Henry A. Moak, Jr., the Juvenile Coordinator for U.S. Customs and Border Protection (Attachment B), and Ms. Aurora Miranda-Maese, the Juvenile Coordinator for the U.S. Department of Health and Human Services, Office of Refugee Resettlement (Attachment C).[1]

DATED:    July 3, 2023             Respectfully submitted,

BRIAN M. BOYNTON
Principle Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

---

[1] The Court has scheduled a status conference on July 27, 2023. ECF No. 1341. For the Court's awareness, Ms. Miranda-Maese has informed counsel that she will be on leave and therefore unavailable between July 24-28.

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants