# ATTACHMENT A

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 |
| Plaintiffs, | ) |
| v. | ) |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | ) |
| Defendants. | ) |

### ANNUAL REPORT OF JUVENILE COORDINATOR DAWNISHA HELLAND SUBMITTED BY U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)

ICE respectfully submits its annual Juvenile Coordinator report in accordance with Paragraph 28A of the *Flores* Settlement Agreement (FSA) and this Court's Order dated May 2, 2022. In its May 2, 2022 Order, this Court directed the ICE Juvenile Coordinator to report on its "compliance with the *Flores* Settlement Agreement as to any minors detained by ICE during this period," in addition to specific data points. This report covers my activities to monitor and report on ICE's compliance, both overall and to the data points identified in this Court's May 2, 2022 Order, at ICE facilities[1] between June 1, 2022, and June 1, 2023.

I. **Notable Changes to ICE Family Detention**

As detailed in the report filed on July 1, 2022, ICE no longer operates facilities that house family units. While ICE continues to monitor and consider options to address the dynamic needs

---

[1] ICE facilities that housed minors include Family Staging Centers (FSCs), hotels, and secure detention.

of the southwest border, the agency's goal is to continue assisting U.S. Customs and Border Protection (CBP) with decompression. To this end, ICE is focusing its resources on increasing the use and effectiveness of alternative to detention programs for noncitizens. ICE has chosen to shift its usage of facilities to focus on single adults, consistent with the administration's goals of addressing irregular migration while supporting a system of border management that is orderly, safe, and humane. Should ICE detain minors in any capacity in the course of its current operations, ICE will continue to adhere to all FSA requirements and utilize existing processes to update the Court and Class Counsel as appropriate.

.

## II. Data

This Court ordered each Juvenile Coordinator to include in their annual report specific data points as follows: "(i) the overall census of minors in the agency's facilities; (ii) the average length of stay [(ALOS)] for minors currently in the agency's facilities and for minors who have been released; and (iii) the number of minors currently testing positive for COVID-19." May 2, 2022 Order ¶ 3. In response, ICE reports the following data. On June 1, 2023, there were no minors in ICE facilities (hotels or secure detention). Therefore, both the ALOS for minors in ICE facilities (hotels or secure detention) and the number of minors currently testing positive for COVID-19 in ICE facilities on June 1, 2023, were zero. The ALOS in days for minors who have been released from ICE facilities between June 1, 2022 and June 1, 2023 was as follows:

| Minors released from ICE facilities between 6/1/2022 and 6/1/2023: | 2022 | | | 2023 | | ALOS |
| --- | --- | --- | --- | --- | --- | --- |
| | Qtr2 ALOS | Qtr3 ALOS | Qtr4 ALOS | Qtr1 ALOS | Qtr2 ALOS | ALOS |
| **Other Temporary Staging** | 1 | 1 | 1 | 1 | 1 | 1 |
| **Secure Juvenile Detention Facilities** | - | 10 | 4 | 5 | 11 | 8 |

First quarter, Qtr1: 1 January – 31 March
Second quarter, Qtr2: 1 April – 30 June
Third quarter, Qtr3: 1 July – 30 September
Fourth quarter, Qtr4: 1 October – 31 December
Data is as of 0200 hours on 6/1/2023 and queried from the ICE Integrated Decision Support (IIDS) database.

| Minors released from ICE facilities between 6/1/2022 and 6/1/2023: | ALOS |
|---|---|
| | ALOS |
| Other Temporary Staging | 1 |
| Secure Juvenile Detention Facilities | 8 |

First quarter, Qtr1: 1 January – 31 March
Second quarter, Qtr2: 1 April – 30 June
Third quarter, Qtr3: 1 July – 30 September
Fourth quarter, Qtr4: 1 October – 31 December
Data is as of 0200 hours on 6/1/2023 and queried from the ICE Integrated Decision Support (IIDS) database.

Respectfully submitted,

DAWNISHA M HELLAND
Digitally signed by DAWNISHA M HELLAND
Date: 2023.06.23 09:39:48 -04'00'

Dawnisha Helland
Juvenile Coordinator

3