# ATTACHMENT B

1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and
Border Protection**

July 1, 2023

MEMORANDUM FOR:    The Honorable Judge Gee
                              District Judge
                              U.S. District Court, Central District of California

FROM:               Henry A. Moak, Jr.
                              Chief Accountability Officer
                              U.S. Customs and Border Protection

HENRY A MOAK JR   Digitally signed by HENRY A MOAK JR
Date: 2023.06.22 21:41:10 -04'00'

SUBJECT:          2023 CBP Juvenile Coordinator Annual Report

This annual U.S. Customs and Border Protection (CBP) Juvenile Coordinator Report is submitted in accordance with Paragraph 28A of the *Flores* Settlement Agreement (FSA).

This report documents my activities from June 2022 through May 2023, to monitor and report on CBP's compliance with the FSA. While this Court's recent focus has been on the U.S. Border Patrol (USBP) Rio Grande Valley (RGV) and El Paso (EPT) Sectors, my responsibility as the CBP Juvenile Coordinator requires me to monitor compliance with the FSA nationwide. As such, this report documents my observations across the Southwest Border (SWB) where most children[1] are held in CBP custody, including CBP facilities in RGV and EPT Sectors. It does not address the northern border.

The first section of this report provides a census of class members in custody, with a focus on RGV Sector. It is followed by a general update on significant CBP developments related to the care and custody of children to include policies and capacity for processing minors. After addressing the implementation of the RGV and El Paso Settlement Agreement (Agreement), I discuss my monitoring activities along the SWB.

---

[1] For the purposes of this report, "children" refers to both unaccompanied children, as well as children (those under the age of 18) who are part of a family unit (i.e., accompanied by a parent or legal guardian).

## Census of Class Members

In May 2023, USBP recorded 169,244 encounters, which was a 25% decrease from May 2022, and the Office of Field Operations (OFO) recorded 35,317 encounters.  CBP's total May 2023 encounters were down 15% from May 2022.  Further, encounters with UCs decreased 13%.  The average number of UCs in CBP custody in May 2023 was 435 per day, which was a decrease from the average of 500 per day in April 2023.  Encounters with FMUs increased by 5% compared to April 2023, but were still a 29% decrease from the peak in August 2021.  As detailed in my previous reports, CBP still has a high number of repeat encounters, with 20% of individuals encountered in May having at least one prior encounter in the previous 12 months.[2]

The following tables and charts provide information regarding encounters at the SWB CBP-wide, as well as encounters specific to USBP SWB and RGV Sector.  Tables 1 and 2 depict CBP's encounters by demographics.  Chart 1 shows the entire Fiscal Year (FY) 2023 to date compared to FY 2022.  Chart 2 shows the FY 2023 to date information by demographics.  The data regarding "accompanied minors" (AM) is applicable to OFO only.  An AM is a distinct demographic, separate from unaccompanied children (UC) and children encountered with a parent or legal guardian.[3]

**Table 1. Comparison of CBP Encounters in October to May FY 2022 to FY 2023[4]**

|  | **FY 2022** | **FY 2023** | **% Change** |
|---|---|---|---|
| **CBP Single Adults** | 1,086,039 | 1,109,921 | 2% |
| **CBP UCs/ Single Minors** | 100,298 | 91,380 | -9% |
| **CBP FMUs[5]** | 350,938 | 438,690 | 25% |
| **CBP AMs** | 2,039 | 1,952 | -4% |

---

[2] Information for this paragraph is taken from:  *CBP Releases May 2023 Monthly Operational Update*, U.S Department of Homeland Security, U.S. Customs and Border Protection, https://www.cbp.gov/newsroom/national-media-release/cbp-releases-may-2023-monthly-operational-update, (last visited June 21, 2023).

[3] An AM is defined as an inadmissible child who is accompanied by an admissible parent or legal guardian.  For example, OFO would classify a child as an AM in a situation where the parent is a Lawful Permanent Resident, but the child does not have a valid nonimmigrant or immigrant visa.  Another example is when a parent has a valid nonimmigrant visa, but the child does not have a valid nonimmigrant visa as a dependent of the parent.  Both OFO and USBP would classify a child as part of a FMU when the noncitizen child/children and noncitizen parent(s)/legal guardian(s) are all inadmissible.

[4] *U.S. Border Patrol and Office of Field Operations Encounters FY 2022*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (last visited June 20, 2023).

[5] Family unit represents the number of individuals (either a child under 18 years old or parent/legal guardian) encountered as part of a family unit by CBP.  A family unit is defined as a noncitizen child/children accompanied by his/her/their noncitizen parent(s) or legal guardian(s).

**Chart 1. Total CBP Southwest Land Border Encounters**



**Table 2. CBP Encounters in June 2022-May 2023[6]**

|  | June 2022 | July 2022 | Aug 2022 | Sept 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP Single Adults | 140,610 | 134,570 | 140,678 | 161,381 | 159,374 | 158,372 | 162,418 | 109,319 | 111,995 | 134,290 | 141,056 | 133,097 |
| CBP UCs/ Single Minors | 15,250 | 13,268 | 11,341 | 11,900 | 12,014 | 13,120 | 12,277 | 9,380 | 10,838 | 12,353 | 11,455 | 9,943 |
| CBP FMUs | 51,804 | 52,052 | 51,773 | 54,079 | 59,892 | 63,470 | 77,295 | 38,439 | 33,586 | 46,320 | 58,369 | 61,319 |
| CBP AMs | 170 | 272 | 295 | 187 | 251 | 223 | 290 | 221 | 215 | 271 | 279 | 202 |

**Chart 2. 2023 Total CBP Southwest Land Border Encounter Demographics[7]**

---

[6] See, U.S. Border Patrol and Office of Field Operations Encounters FY 2022.
[7] See, U.S. Border Patrol and Office of Field Operations Encounters FY 2022.

Tables 3 and 4 show encounter data specific to USBP RGV Sector.

**Table 3. Comparison of USBP RGV Sector Encounters in October to May FY 2022 to FY 2023[8]**

|  | FYTD 2022 | FYTD 2023 | % Change |
|---|---|---|---|
| RGV Single Adults | 188,671 | 117,869 | -38% |
| RGV UCs | 51,393 | 36,874 | -28% |
| RGV FMUs | 93,249 | 50,650 | -46% |

**Table 4. USBP RGV Sector Encounters from June 2022 to May 2023[9]**

|  | June 2022 | July 2022 | Aug 2022 | Sept 2022 | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RGV Single Adults | 20,871 | 18,241 | 16,262 | 16,867 | 17,910 | 16,822 | 16,208 | 8,298 | 8,038 | 9,611 | 19,856 | 21,126 |
| RGV UCs | 7,903 | 6,809 | 5,356 | 5,318 | 4,923 | 5,614 | 4,748 | 3,601 | 4,291 | 4,971 | 4,681 | 4,045 |
| RGV FMUs | 15,889 | 10,139 | 5,668 | 5,488 | 5,460 | 5,394 | 7,234 | 3,016 | 2,652 | 3,376 | 12,500 | 11,018 |

Table 5 represents the average daily number of individuals in USBP custody across the SWB and, more specifically, in RGV Sector, for the months of October 2022 to May 2023.

**Table 5. USBP Average Daily Subjects in Custody[10]**

|  | Oct 2022 | Nov 2022 | Dec 2022 | Jan 2023 | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 |
|---|---|---|---|---|---|---|---|---|
| USBP SWB Average | 11,280 | 12,255 | 12,412 | 4,951 | 6,265 | 8,764 | 12,265 | 14,736 |
| RGV Average | 2,031 | 1,980 | 1,906 | 883 | 982 | 1,147 | 2,996 | 3,441 |

Table 6 provides specific information regarding the number of class members in CBP custody across the SWB and in RGV Sector as of June 8, 2023, at 6:00 a.m. Eastern Daylight Time (EDT).  The June 8, 2023, date was selected to provide a snapshot of the number of class members in CBP custody during the time this report was compiled.

**Table 6. Class Members in CBP Custody on June 8, 2023, at 6:00 a.m. EDT[11]**

|  | CBP SWB | USBP SWB | RGV Sector |
|---|---|---|---|
| Number of UCs | 256 | 243 | 103 |
| Number of FMU Children | 557 | 502 | 73 |
| Number of AMs | 10 | n/a | n/a |
| TOTAL | 823 | 745 | 176 |

[8] See, Southwest Land Border Encounters by Component:  Fiscal Year to Date (FYTD) Percent Change.

[9] See, CBP Public Data Portal:  "FY20-FY23(YTD) Nationwide Encounters (April)", U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/document/stats/nationwide-encounters, (last visited June 21, 2023).

[10] USBP Average Daily Subjects in Custody by Southwest Border Sector, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (last visited June 20, 2023).  This data is only available from October 2022; thus June-September 2022 is not included in this table.

[11] The census of class members in CBP, USBP, and RGV Sector custody as shown in Table 6 was provided to the Juvenile Coordinator's Office by CBP for the purpose of this report.  This is not official data published on cbp.gov.

Lastly, Table 7 depicts the average length of time children were in USBP custody across the SWB and in RGV Sector.[12]  This table shows the average time in custody (TIC) for all children, as well as the TIC for UCs and FMU children specifically.  Average TIC data is provided for June 2022 to May 2023 and June 8, 2023.  The average TIC on June 8, 2023, was provided to depict a more recent snapshot of the average TIC for class members as of the time this report was compiled.

**Table 7. Class Members Average CBP Time in Custody[13]**

| | | Jun-2022 | Jul-2022 | Aug-2022 | Sep-2022 | Oct-2022 | Nov-2022 | Dec-2022 | Jan-2023 | Feb-2023 | Mar-2023 | Apr-2023 | May-2023 | June 8, 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CBP SWB** | **All*** | 49.33 | 45.53 | 48.03 | 42.66 | 42.84 | 46.45 | 50.72 | 52.01 | 58.08 | 63.68 | 62.02 | 61.34 | 22.04 |
| | **UCs** | 24.66 | 22.70 | 21.90 | 23.44 | 23.91 | 24.87 | 31.34 | 21.92 | 19.62 | 25.39 | 24.74 | 26.64 | 19.45 |
| | **FMUs** | 59.30 | 54.11 | 54.80 | 48.46 | 48.27 | 52.59 | 55.38 | 62.08 | 71.78 | 75.46 | 69.81 | 67.65 | 23.42 |
| | **AMs** | 36.49 | 15.59 | 41.67 | 20.88 | 12.25 | 23.62 | 12.60 | 10.21 | 12.51 | 9.81 | 9.86 | 11.57 | 11.79 |
| **USBP SWB** | **All** | 49.62 | 45.85 | 48.35 | 42.98 | 43.12 | 46.73 | 51.18 | 52.69 | 58.42 | 64.18 | 62.51 | 62.44 | 22.93 |
| | **UCs** | 24.71 | 22.75 | 21.98 | 23.50 | 24.00 | 24.89 | 31.47 | 22.00 | 19.64 | 25.51 | 24.83 | 26.46 | 19.44 |
| | **FMUs** | 59.70 | 54.50 | 55.11 | 48.81 | 48.52 | 52.88 | 55.74 | 62.70 | 72.00 | 75.81 | 70.11 | 68.51 | 24.63 |
| **RGV Sector** | **All** | 58.19 | 53.09 | 42.13 | 55.82 | 45.90 | 49.61 | 48.67 | 49.18 | 38.17 | 43.91 | 54.14 | 59.34 | 19.90 |
| | **UCs** | 25.18 | 21.29 | 17.18 | 18.56 | 17.48 | 16.72 | 18.65 | 15.51 | 16.02 | 19.02 | 25.57 | 21.81 | 16.14 |
| | **FMUs** | 72.61 | 69.50 | 59.43 | 77.81 | 65.97 | 70.83 | 63.49 | 71.20 | 62.98 | 70.10 | 64.81 | 69.32 | 25.22 |

*All in this table refers only to class members:  children ages 0-17.

Many factors can contribute to children remaining in custody more than 72 hours, such as an injury/illness requiring medical treatment/hospitalization, UCs initially claiming to be adults and then proven to be of minor age, or resource and capacity limitations.

**General Updates Related to the Care and Custody of Children**

*Addition of New Facilities*

As discussed in my July 1, 2022, report, CBP maintains a variety of soft-sided facilities (SSFs) and central processing centers (CPCs) across the SWB.  Since that report, the Eagle Pass South

---

[12] TIC represents the amount of time an individual is in CBP custody, beginning at the time of apprehension through the time of transfer from CBP custody.  Thus, the average TIC for all children is calculated based on the total number of children in custody and how long each child had been in custody as of 6:00 a.m. EDT on a particular day. For example, if a child were apprehended at 12:00 a.m. EDT on June 8, 2023, the child would have a TIC of six hours at 6:00 a.m. EDT.  Likewise, if a child were apprehended at 12:00 a.m. EDT on June 7, 2023, and remained in custody on June 8, 2023, the child would have a TIC of 30 hours at 6:00 a.m. EDT on June 8, 2023.

[13] Data in Table 7 was provided to the Juvenile Coordinator's Office by CBP for the purpose of this report.  This is not official data published on cbp.gov.

SSF was demobilized to focus efforts and personnel at the Eagle Pass North SSF, which opened on May 23, 2022.  In January 2023, CBP opened two new SSFs:  El Paso SSF in El Paso, TX, and the Transit Staging Area San Diego Area Detention Facility (SDC-SAD) in Otay Mesa, CA. The El Paso SSF opened with a capacity of 2,000 which was in addition to the El Paso Centralized Processing Center (CPC).[14]   The SDC-SAD facility has a capacity of 500.[15]

Table 8 provides information on the currently operational CBP CPCs and SSFs, including the most current date that the Juvenile Coordinator's Office (JCO) inspected each facility.

**Table 8. CBP Central Processing Centers and Soft-Sided Facilities**

| Type | Facility | Operational Date | Latest JCO Inspection Date |
|------|----------|------------------|----------------------------|
| **Del Rio Border Patrol Sector** | | | |
| SSF | Eagle Pass North | May 2022 | December 2022 |
| **El Paso Border Patrol Sector** | | | |
| CPC | EPT CPC | February 2020 | February 2022 |
| SSF | El Paso SSF | January 2023; expansion in June 2023 | April 2023 |
| **Laredo Border Patrol Sector** | | | |
| SSF | Laredo SSF | September 2021; expansion in April 2022 | October 2021[16] |
| **Rio Grande Valley Border Patrol Sector** | | | |
| CPC | McAllen CPC (previously referred to as CPC-Ursula) | March 2022 | Toured April 2022 |
| SSF | Donna SSF | February 2021 | April 2023 |
| **San Diego Border Patrol Sector** | | | |
| SSF | Transit Staging Area San Diego Area | January 2023 | Toured February 2023 |
| **Tucson Border Patrol Sector** | | | |
| CPC | Tucson Coordination Center | August 2020 | August 2020[17] |
| SSF | Tucson SSF | April 2021 | January 2023 |
| **Yuma Border Patrol Sector** | | | |
| SSF | Yuma SSF | April 2021; expansion in April 2022 & May 2023 | January 2023 |

*Interagency Coordination Updates*

The Movement Coordination Cell (MCC), established in March 2021, is a first of its kind venture forming an embedded coalition comprised of USBP, OFO, U.S. Immigration and

---

[14] "CBP Announces Opening of New Temporary Processing Facility in El Paso, Texas", U.S Customs and Border Protection, https://www.cbp.gov/newsroom/local-media-release/cbp-announces-opening-new-temporary-processing-facility-el-paso-texas (last accessed May 24, 2023).

[15] "CBP Announces Opening of New Temporary Processing Facility in Otay Mesa, California", U.S Customs and Border Protection, https://www.cbp.gov/newsroom/local-media-release/cbp-announces-opening-new-temporary-processing-facility-otay-mesa (last accessed May 24, 2023).

[16] JCO plans to inspect Laredo SSF in July 2023.

[17] Does not consistently hold children.

Customs Enforcement (ICE) Enforcement and Removal Operations, and Office of Refugee Resettlement to expeditiously transfer subjects out of CBP custody and into ICE or U.S. Department of Health and Human Services custody.  MCC collaborates across agencies and components to assist sectors and field offices in prioritizing the expeditious transfer of detainees, including amenable UCs, from CBP custody.  Specific to UCs, MCC has successfully reduced the TIC through targeted initiatives, active monitoring, and information-sharing across multiple agencies.  Mission is accomplished by proactively reviewing nationwide UCs in custody, strengthening communication channels, advancing monitoring systems, and engaging stakeholders in prioritizing processing, placement, and transportation.  MCC monitors all TICs, including UCs, providing quality assurance, and resolving issues as they occur.  During fiscal year 2023 to date, MCC has monitored nearly 2.1 million encounters including over 93,000 UCs.

*Efforts to Expedite Processing and Manage Facility Capacities*

USBP continues to take steps to expedite processing times and address capacity issues.  For example, the RGV Detention Removal Transportation Team facilitated the ground transportation of more than 297,600 subjects out of custody from the beginning of FY 2023 to mid-April 2023. USBP continues to employ and develop resources to increase efficiencies and reduce TIC, including utilizing virtual processing, USBP Processing Coordinators, and contracted data entry personnel.

USBP began implementing multiple ongoing strategies and solutions in FY 2022 to decompress those sectors most impacted by high numbers of individuals in custody, such as lateral detainee transfers via ground and air transport to sectors with capacity to accept custody of individuals.  It is important to note that RGV Sector receives hundreds of detainee transfers from other USBP sectors experiencing capacity constraints, which often result in increased TIC attributed to RGV. USBP continues to assess all sectors and remains committed to making operational decisions based on the individual needs of each sector in real time, as appropriate.

*Medical and Caregiver Developments*

The Office of the Chief Medical Officer (OCMO) continues to expand and enhance its medical direction, coordination, and oversight efforts.  The current medical services contract supports 88 medical units located in 81 CBP facilities, including 63 USBP and 18 OFO locations.  OCMO also remains engaged with interagency partners on issues related to the sharing of medical information in transfer paperwork and electronically.  OCMO is also assuming a role in management of the caregiver contract.  CBP is working to increase the number of caregiver staff to assist and facilitate feeding, bathing, supervision, monitoring, activities, and other needs as appropriate.  For example, by increasing staff, the contractor was able to add additional recreation time and develop further activities for children.

Currently, 19 CBP facilities offer COVID-19 and flu vaccines.  COVID-19 vaccines are offered year-round based on current Centers for Disease Control and Prevention (CDC) guidance.  Flu vaccines are offered during "flu season" from September through February, with remaining vaccines being offered until the stock is depleted.

In October 2022, CBP released the training course entitled "CBP Trauma-Informed Care/Recognition of Medical Distress Training," which was developed to ensure that agents and

officers have proper training to recognize signs of medical distress in people CBP encounters.
The course covers topics such as the recognition of medical distress, trauma-informed
care principles (awareness and training, medical support, holding processes), overview/roles and
responsibilities of the CBP medical support system, including response and referral to medical
care.[18]  It is an annual requirement for all operational personnel at USBP, OFO, and Air and
Marine Operations to complete the training course.

*COVID-19 Testing Approaches*

As explained in my July 1, 2022, report, CBP conducts health intake interviews, including
COVID-19 considerations and temperature checks, on individuals in custody upon entry into
CBP facilities.  CBP's COVID-19 testing approach remains consistent with the description in my
July 1, 2022, report.

*Processing Minors Under Title 8 and Title 42 Apprehensions*

Until May 11, 2023, CBP continued to assist the CDC in enforcing its *Public Health
Reassessment and Order Suspending the Right to Introduce Certain Persons from Countries
Where a Quarantinable Communicable Disease Exists* (August 2, 2021) (Title 42).[19]  Until then,
the government was able to expel amenable single adults and FMUs in the United States
traveling from Canada or Mexico (regardless of their country of origin) who would otherwise be
held in OFO ports of entry (POEs) or USBP facilities for immigration processing.  UCs were not
subject to this order.[20]

On May 11, 2023, at 11:59 p.m., the CDC's Title 42 public health Order lifted.  Consequently,
all migrants encountered by CBP will be processed under Title 8 immigration authorities.

*Death in Custody*

On May 17, 2023, an eight-year-old child died in USBP custody in Harlingen, Texas.  CBP's
Office of Professional Responsibility is investigating this tragic death.[21]

**RGV and El Paso Settlement Agreement Implementation**

Following the finalization of the Agreement in July 2022, JCO worked closely with all relevant
CBP stakeholders to ensure implementation, including providing the required supplies, exhibits,
notices, and posters.

In addition, JCO and I worked closely with the Office of Training and Development and other
stakeholders to prepare and implement training to provide the orientation required for CBP
personnel in the Agreement.  Within one week of the course going live in RGV and EPT Sectors

---

[18] "Training:  Trauma-Informed Recognition of Medical Distress," Memorandum from Commissioner Chris
Magnus, August 2, 2022.
[19] See 86 Fed. Reg. 42828 (August 5, 2021).
[20] See July 1, 2022, report for more information.
[21] "Update:  Death in Custody of 8-year-old in Harlingen, Texas," U.S. Customs and Border Protection,
https://www.cbp.gov/newsroom/speeches-and-statements/update-death-custody-8-year-old-harlingen-texas (last
accessed May 31, 2023).

on August 8, 2022, approximately 50% of all personnel required to complete the course had done so. I instructed JCO to check completion rates when performing compliance inspections at RGV and EPT Sectors. This quick response is illustrative of the diligence and commitment to CBP's timely implementation of the Agreement.

On August 15, 2022, USBP Headquarters provided guidance and policy updates to the field addressing the USBP requirements under the Agreement, including guidance regarding displaying certain notices and posters. Both sectors displayed the required posters and notices, and placed supply orders for required items such as beanies, swaddling blankets, and clocks. We later saw some of these items in inventory or in use as mentioned below.

In October 2022, JCO team members and personnel from USBP Headquarters, OCMO, Office of the Chief Counsel, and USBP RGV traveled to EPT Sector to participate in the first inspections using JCO's updated protocol addressing the Agreement requirements. In November, JCO, OCMO, and USBP participated in inspections in RGV Sector using the updated protocol. This collaboration facilitated interactions between these diverse groups, allowing for enhanced communication and problem solving. In addition, JCO was able to interact with the Flores Special Master Andrea Ordin and the Juvenile Care Monitor Dr. Paul Wise, who were present at El Paso CPC during our site visit. I will discuss the inspection results in the next section.

In previous reports, I discussed how our site visit inspection protocol focused on five core areas: physical inspection, review of medical capabilities, data review, contract services, and interviews with children and/or parents. Considering the new nutritional requirements in the Agreement, JCO introduced a nutrition core area in the updated protocol. The nutrition core area, implemented in October 2022, covers the specific requirements for RGV and EPT Sectors, in addition to requirements for other CBP locations.

*Updates on Usage of Holding Facilities in RGV and EPT Sectors*

USBP recently reassigned the facilities holding UCs in the RGV and EPT Sectors. Effective the week of May 21, 2023, UCs were moved from Donna CPC to McAllen CPC. In addition, as of May 30, 2023, El Paso is holding UCs at the El Paso SSF, rather than the El Paso CPC. As mentioned in my July 1, 2022, report, JCO toured McAllen CPC on April 27, 2022. While it was not holding children at the time, JCO observed that it was well equipped to provide meals, showers, and medical care. Renovations to the facility included plumbing and toilets that provided privacy, cells that automatically read the temperature, and an intercom system for detainees to communicate with agents. McAllen CPC also had furniture for children/families such as couches and play sets in storage. Since McAllen CPC is now holding children, JCO plans to inspect the facility this year to determine its current compliance with the FSA and Agreement. I am confident that McAllen CPC will meet these requirements. Both the El Paso SSF and the McAllen CPC have been designated as Juvenile Priority Facilities and are holding both UCs and FMU children. As of the writing of this report, neither Donna CPC nor El Paso CPC are routinely holding children.

**Flores Monitoring and Oversight**

Since my last annual report dated July 1, 2022, I have continued to monitor the conditions of custody for children across the SWB.  The following sections provide an overview of the inspections JCO conducted during the reporting period, including locations visited, conditions of custody, and common findings.

*CBP Facilities Inspected*

JCO conducted 22 inspections of CBP facilities located in seven USBP sectors and three OFO field offices from July 2022 through June 2023.  Donna CPC and El Paso CPC were inspected twice.  These 22 inspections included 7 visits that I or my Deputy personally conducted.  The inspection process allowed me to maintain awareness of the conditions of custody for children encountered at and between the POEs across the SWB, generally focusing on those sectors/field offices with the highest numbers of children encountered.

**Table 9. CBP OFO JCO Inspections**

| Field Office | Location | Date of Inspection | Type of Inspection |
|---|---|---|---|
| El Paso | El Paso POE | 10-20-22 | Site Visit |
| Laredo | Brownsville POE | 11-17-22 | Site Visit |
| San Diego | Calexico POE | 07-19-22 | Site Visit |

**Table 10. CBP USBP JCO Inspections[22]**

| Sector | Location | Facility Type | Date of Inspection | Type of Inspection |
|---|---|---|---|---|
| Del Rio | Eagle Pass North SSF | SSF | 12-7-22 | Unannounced Visit |
| | Uvalde Station | Station | 12-8-22 | Unannounced Visit |
| El Centro | El Centro Station | Station | 07-20-22 | Site Visit |
| | Indio Station | Station | 07-21-22 | Site Visit |
| El Paso | El Paso CPC | CPC | 10-18-22 | Site Visit |
| | Paso Del Norte Sub Station | Station | 10-19-22 | Site Visit |
| | El Paso CPC | CPC | 04-26-23 | Site Visit |
| | El Paso SSF | SSF | 04-27-23 | Site Visit |
| RGV | Donna CPC | SSF | 11-15-22 | Site Visit |
| | Fort Brown Station | Station | 11-16-22 | Site Visit |
| | Donna CPC | SSF | 04-24-23 | Site Visit |
| San Diego | Boulevard Station | Station | 02-28-23 | Site Visit |
| | Chula Vista Station | Station | 03-02-23 | Site Visit |
| Tucson | Nogales Station | Station | 08-23-22 | Site Visit |
| | Douglas Station | Station | 08-24-22 | Site Visit |
| | Brian A. Terry Station | Station | 08-25-22 | Site Visit |
| | Tucson SSF | SSF | 01-25-23 | Unannounced Visit |
| | Ajo Station | Station | 01-26-23 | Unannounced Visit |
| Yuma | Yuma Processing Center | SSF | 01-24-23 | Unannounced Visit |

---

[22] The FY and year that is reported in the Court Report do not align, therefore JCO did not inspect facilities in Laredo or Big Bend Sector during this reporting period; however, we are planning to do so before the end of FY 23.

In addition to the facility inspections listed above, JCO also toured the El Paso Temporary Outdoor Processing Site (TOPS) on October 19, 2022, and SDC-SAD on March 2, 2023. TOPS served to expedite intake for migrants crossing the Rio Grande River. It consisted of tents, Conex boxes, and outdoor porta potties; the latter were cleaned twice per day. Migrants at TOPS received cold sandwiches, snacks, water, fruit, shoes, and diapers. Medical personnel were onsite. Migrants were usually there between two to ten hours before transfer to a CBP facility, released, or repatriated, and were not held overnight. As of January 2023, USBP is no longer using El Paso TOPS. SDC-SAD is a new SSF that became operational on January 30, 2023. Because the facility was only holding single adults in February, JCO organized a tour instead of an inspection. During the tour, JCO observed that the facility was sanitary, provided meals and snacks, and had shower facilities. In addition, medical personnel were onsite. I am confident that SDC-SAD would meet the FSA requirements when holding families and UCs.

I am pleased to report that JCO and OCMO conducted several inspections jointly, with each group focusing on their areas of expertise. In addition, JCO and OCMO personnel jointly toured El Paso TOPS and SDC-SAD. This collaborative effort facilitated interaction between the field, JCO, and OCMO and focused on proactively addressing common issues, such as data recordation and medical documentation. These joint inspections allowed both JCO and OCMO to further enhance inspectional processes.

*Safe and Sanitary Conditions*

CBP facilities generally provided access to meals and snacks, clean drinking water, functional toilets and sinks, adequate temperature control and ventilation, cots/mats and blankets, shower options, adequate supervision to protect minors from others, emergency medical care if needed, and safe and sanitary hold rooms. The following is a summary of the results of my inspections. For more specific information about the conditions at each facility, please refer to Appendix I.

All inspected facilities provided access to regular meals and snacks, including formula and baby bottles, with some facilities also providing baby cereal and baby food. The snacks provided varied, but typically JCO observed juice, apples, chips, and granola bars. In some facilities, snacks were freely accessible for children to take at any time. In other facilities, snacks were provided at certain times or available upon request; some facilities indicated that children were becoming ill from eating too many snacks, necessitating removing free access to snacks. JCO identified expired food at four facilities during the inspection. In each of these cases, JCO notified the facility, and the expired food was immediately discarded. Moreover, each facility JCO inspected provided access to clean drinking water. At one station, JCO observed that the potable water fountain was at a strange angle, making it difficult to drink water; JCO suggested the facility provide paper cups.

In general, all facilities provided access to functioning toilets and functioning sinks. Issues identified pertained to some toilets and sinks not being fully operational and restroom areas needing additional supplies or janitorial attention. Seven facilities had issues with sinks, mainly due to faucet issues such as knobs not working, one faucet turning on two others at the same time, and too much water pressure. In addition, two facilities had a few sinks with only cold water, and one facility had two washing stations in the sally port without water. In one facility, one of nine toilets was clogged and not functioning. JCO also inspected two facilities that did

not have soap or hand sanitizer in one or all of the hold rooms inspected, two facilities that did not have toilet paper in a hold room and some of the porta potties, and one facility that did not have a way for children to dry their hands in some locations. Also, four facilities needed additional janitorial attention to the toilet areas due to unclean areas or overflowing trash cans. JCO informed management about these issues. The facilities resolved several issues while JCO was onsite, such as replacing supplies, emptying trash cans, and fixing a clogged toilet, or they created work orders for repairs that could not be immediately addressed.

All facilities had blankets available for children and their families. Ten inspected facilities also had swaddling blankets. JCO observed that 21 of 22 inspected facilities provided mats or cots. The facility that did not offer mats was an intake facility in El Paso Sector that was not processing people and generally transferred UCs and families to a larger facility within a brief time. JCO addressed the lack of mats with management. The facility currently has a few mats available onsite and can reach out to the El Paso CPC when additional mats are needed.

Moreover, at 21 of 22 inspected facilities, the hold rooms were within the acceptable temperature range. At one of the RGV Sector facilities, the processing area was at 66°F, one of the hold rooms was at 67°F, and the shower trailer was at 58°F, all below the required RGV minimum temperature of 69°F. One facility had a cell with ventilation issues and dirty vents. JCO informed management of these issues while onsite, and management assured us that they were going to resolve the issues.

All but 2 of 22 inspected facilities had showers onsite. One of the two facilities without showers generally held families and UCs for only two to five hours. The other facility without showers generally held families for less than 24 hours and had body wipes available. Two of the twenty facilities with showers had shower operational issues. At one facility, one of three shower stalls had a broken shower head. At the other facility, nine of eighteen shower heads in a contracted shower trailer were tested, and two were not working properly. Two other facilities needed additional janitorial attention to the shower areas, as the shower floor was dirty in one facility, and one of two shower stalls was dirty at the other facility; however, this dirty shower stall was not in use. JCO informed management of these issues, and several were addressed while JCO was onsite, including having the showers cleaned and stating they would contact the contractor about the two broken shower heads in the shower trailer.

All inspected facilities contracted janitorial crews. While onsite, JCO often observed janitorial crews cleaning bathrooms and hold rooms, including disinfecting cells and cleaning mats. The janitorial crews were integral to maintaining sanitary conditions at the facilities and JCO generally found the facilities to be clean, with the few exceptions mentioned above. JCO discussed janitorial issues while onsite for management to address.

Eight facilities, including both Juvenile Priority Facilities, four additional SSFs, one station, and one POE had outdoor recreation areas. However, one of the SSF facilities was using the recreation area for staging. These recreation areas were used when operationally feasible and as weather permitted. JCO also observed there were toys or televisions available for entertainment at 18 of the 22 inspected facilities.

JCO also inspected the availability of hygiene supplies, including toothbrushes/toothpaste, feminine hygiene products, diapers, and baby wipes.  Except for one facility not having toothbrushes/toothpaste, the 22 inspected facilities inventoried these items.  In addition, 20 of 22 inspected facilities inventoried adequate amounts of children's clothing in assorted sizes to provide as needed, except for one not having children's socks and one not having children's shoes available.  Both facilities that did not carry an adequate inventory of children's clothing normally held children for a brief time before transferring them to a larger facility.

All but one facility had contract medical personnel onsite to address acute and emergent medical needs.  The facility without medical personnel only received children who had received a medical assessment at a previous facility and had emergency medical care available.  JCO observed that at one facility with contracted medical support, the medical team did not arrive for their scheduled night shift, resulting in two families waiting a few hours before seeing the medical team instead of seeing them upon arrival.  Emergency medical care was available.

Caregivers were onsite at the two Juvenile Priority Facilities, El Paso CPC and Donna CPC.  Caregivers were also onsite at the other four SSFs inspected.  At four of the SSFs, including the Donna CPC, the caregivers mainly supervised and assisted in the care of tender-age UCs and monitored the shower process for individuals in custody.  During JCO's first inspection at the El Paso CPC, caregivers were stationed outside the family holding areas assisting with snacks, meals, and other requests, and were stationed inside the holding areas for UCs directly interacting with the children.  During JCO's second visit, El Paso CPC only held UCs, and the caregivers were inside the two holding areas for UCs actively interacting with the children; in addition, a caregiver was stationed in the quarantine area.  The fifth SSF mainly assigned caregivers to the tender age/shower area; however, it also assigned a caregiver to each pod to assist with meals and a caregiver to the isolation area for scabies and lice.  The caregivers not only assisted with the children in custody, but also provided a reassuring adult presence for the UCs.

*Agreement Requirements for RGV and EPT Sectors*

In addition to reviewing safe and sanitary conditions at facilities within the RGV and EPT Sectors, JCO also inspected the facilities to determine whether they were meeting other requirements specified under the Agreement.  JCO reviewed the two Juvenile Priority Facilities, El Paso CPC and Donna CPC, twice.  In addition, it reviewed three other facilities once each, including Fort Brown Station, Paso del Norte Sub-Station, and El Paso SSF.

During the El Paso CPC and Donna CPC inspections in October and November 2022, JCO observed that the facilities were not meeting all the requirements of the new Agreement.  During JCO's inspections of these facilities in April 2023, both facilities were substantially compliant; however, they required improvements in the documenting of actions performed and frequency in which amenities were provided.

The three other inspected facilities were not designated as Juvenile Priority Facilities when inspected.  Paso del Norte Sub-Station and Fort Brown Station were inspected in October and November of 2022, respectively, and El Paso SSF was inspected in April 2023.  El Paso SSF was the newest facility, becoming operational in January 2023.  As mentioned below, these three

facilities needed additional services and supplies to be fully compliant with the Agreement.  At the time of JCO's inspection of the El Paso SSF, the facility was not designated as a Juvenile Priority Facility.  As mentioned above, El Paso SSF has now been designated as a Juvenile Priority Facility.  The following table notes the Agreement requirements and the extent to which the facilities complied with the Agreement.

**Table 11. Agreement Requirements RGV and EPT Sectors**

| Agreement Requirements | | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | |
|---|---|---|---|---|---|---|---|---|
| | | Oct 2022 | Nov 2022 | Apr 2023 | Apr 2023 | Oct 2022 | Nov 2022 | Apr 2023 |
| | | El Paso CPC | Donna CPC | Donna CPC | El Paso CPC | Paso del Norte Substation | Fort Brown Station | El Paso SSF |
| 1 | Maintain the required temperature of 69ºF - 83ºF. | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 2 | Post the Agreement amenities poster. | Yes | Yes | Yes | Yes | Yes | Yes | No |
| 3 | Show the video with Exhibit 3 information. Personnel will record that this notice was provided orally.[1] | No | No | Yes | Yes | Yes | No | No |
| 4 | Provide disposable baby bottles. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 5 | Provide formula mixing instructions in English and Spanish. | Yes | No | Yes | Yes | No | No | Yes |
| 6 | Provide dental hygiene daily and upon request.[2] | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 7 | Provide hygiene kits when requested and with showers.[3] | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| 8 | Provide a mechanism to dry hands | No | Yes | Yes | Yes | No | Yes | Yes |
| 9 | Provide beanies to children under five.[4] | Yes | Yes | Yes | Yes | No | No | Yes |
| 10 | Provide cloth swaddling blankets for children under two.[4] | Yes | Yes | Yes | Yes | No | Yes | Yes |

Notes
1. The facilities that showed the video did not record the Exhibit 3 in all the sampled logs.
2. Donna CPC made dental hygiene products available inside the pods and provided them with showers.  The other facilities mainly provided such products with showers.  Donna CPC logs in April 2023 properly recorded the provision of dental hygiene products daily; the logs for the other facilities did not.
3. Hygiene kits were mainly available with showers.
4. The facilities noted as providing beanies and swaddling blankets had them in inventory.  JCO observed one child with a swaddling blanket at the El Paso CPC in October.

| Agreement Requirements | | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | |
|---|---|---|---|---|---|---|---|---|
| | | Oct 2022 | Nov 2022 | Apr 2023 | Apr 2023 | Oct 2022 | Nov 2022 | Apr 2023 |
| | | El Paso CPC | Donna CPC | Donna CPC | El Paso CPC | Paso del Norte Substation | Fort Brown Station | El Paso SSF |
| 11 | Make reasonable efforts to dim lights between 2200-0600. | No | Yes | Yes | Yes | No | No | Yes |
| 12 | Provide a supplemental health interview every five days for children held over 72 hours.[5] | No | Yes | Yes | N/A | N/A | N/A | No |
| 13 | Provide the "Flores Mediation Agreement" orientation training to CBP employees.[6] | No | No | Unk | Yes | No | No | No |
| 14 | Provide showers as soon as possible after arrival and 48 hours thereafter.[7] | Yes | Yes | Yes | Yes | N/A – Non-Juvenile Priority Facilities | | |
| 15 | Make reasonable efforts to provide televisions in pods. | Yes | Yes | Yes | Yes | | | |
| 16 | Place clocks in locations visible from each pod/cell if space is available. | No | Yes | Yes | Yes | | | |

Notes

5. Some of the records JCO reviewed did not have a recorded supplemental health interview. The facilities with "N/As" were not holding children over 72 hours.

6. The results for the orientation training were based on whether all personnel sampled took the training prior to the inspections. JCO was unable to sample Donna CPC personnel in April, resulting in an "unknown."

7. Some of the logs JCO reviewed for each of the four inspections did not record all showers provided as soon as possible after arrival or 48 hours thereafter.

| Agreement Requirements | | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | |
|---|---|---|---|---|---|---|---|---|
| | | Oct 2022 | Nov 2022 | Apr 2023 | Apr 2023 | Oct 2022 | Nov 2022 | Apr 2023 |
| | | El Paso CPC | Donna CPC | Donna CPC | El Paso CPC | Paso del Norte Substation | Fort Brown Station | El Paso SSF |
| 17 | Provide infant changing stations where space is available. | No | Yes | Yes | Yes | N/A – Non-Juvenile Priority Facilities | | |
| 18 | Make efforts to provide child appropriate "furniture" in areas holding tender age children. | No | Yes | Yes | Yes | N/A – Non-Juvenile Priority Facilities | | |
| 19 | Make efforts to provide age-appropriate toys/activities. | No | Yes | Yes | Yes | N/A – Non-Juvenile Priority Facilities | | |
| 20 | Transfer children to Juvenile priority facilities within 24 hours or arrival or 48 hours in exigent circumstances. | N/A – Juvenile Priority Facilities | | | | Yes | Yes | No |

*Interviews with Children and/or Parents/Legal Guardians*

During this reporting period, JCO continued to interview children and/or parents/legal guardians who volunteered to speak with us. My primary goal in instructing JCO to conduct interviews was to understand the experiences of children in CBP custody. Two plain-clothes, non-law enforcement members of my team, including a native speaker of Spanish, exclusively conducted all interviews to remove any potential uneasiness that children and/or parents might have felt about discussing personnel onsite or issues that occurred while in custody. Together, the JCO interviewers possessed the skills necessary to build rapport with the children and/or parents/legal guardians interviewed and cover a broad range of topics related to the FSA and the Agreement.

JCO conducted 42 interviews at 18 locations. We did not conduct interviews at the following locations:

- Paso Del Norte Sub Station: Children arrived while JCO was onsite and were not held long enough to be able to discuss their experiences at Paso del Norte Sub Station.
- Fort Brown Station: Children were involved in a smuggling case.
- Brownsville POE: Children arrived while JCO was onsite and were not held long enough to be able to discuss their experiences at Brownsville POE.
- Chula Vista Station: One of the two families did not volunteer, and the other family had been there for less than three hours upon JCO's arrival.

Overall, children or their parents/legal guardians reported having functional toilets, sinks, and
ventilation; seeing medical personnel; receiving hot meals and snacks; having water always
available; receiving a mat and blanket; and that CBP personnel treated them with respect.  In
places where lights were able to be dimmed, children generally reported that the facility dimmed
lights at night, which contributed to their ability to sleep.

There were a few interviews where children had not had the required number of showers.  For
example, one child in a family unit had been in custody for eight days at the time of the interview
and stated she had only been offered a shower twice.  JCO informed management of the
requirement to shower every 48 hours, and they have increased data monitoring to ensure
showers are provided in a timely manner.  In a few interviews, children and/or parents stated that
while they had been provided with food, the food was not to their children's liking and thus the
children had been eating mostly fruit and snacks.  In one facility, JCO asked USBP if there was a
way to provide a child soup, and the facility had the kitchen prepare a dish for the child.  Five of
the 42 children interviewed had not had medical assessments before JCO interviewed them;
however, they had been in custody for less than 12 hours.  After the interviews, JCO informed
the facility and in four cases, they were immediately taken to see medical.  In the fifth case, the
UC left CBP custody without seeing medical.

The most common actions JCO took after completing an interview were to provide a toothbrush
or request that the interviewees see medical personnel.  If the child or parent/legal guardian
interviewed provided information that required additional clarification or was inconsistent with
our understanding of the facility's processes or CBP's standards of professionalism, JCO
immediately discussed it with management and/or the appropriate staff for clarification or
resolution.  For example, if a mother indicated that her child had been prescribed medication but
that it had not been administered, JCO followed up with the medical personnel to determine the
status of the child, actions that had been taken, and whether additional action needed to be taken.
The interviews JCO conducted provided further information supporting the fact that CBP was
substantially compliant with the FSA and Agreement.

*Reoccurring Challenges*

The inspections generally demonstrated that CBP facilities were equipped to meet the FSA
requirements, and that where issues related to care and custody were discovered, actions were
taken to the best of the facility's ability to address the situation.  These included submitting work
orders for facility maintenance, disposing of expired food, restocking janitorial supplies, showing
the video as required by the Agreement, and providing toys.  However, across the SWB, data
recordation continues to be the one area that JCO most frequently identified as a challenge.  In
addition, JCO found that some facilities were not familiar with certain CBP medical policies
related to trauma-informed care.

Prior to an inspection, JCO selects a sample of 5 to 10 children in custody at the facilities to be
inspected and reviews their custodial records in the USBP e3 Detention Module (e3DM) or in
the OFO Unified Secondary (USEC) systems.  JCO selects an additional sample of 5 to 10
children at the facilities to be inspected who are receiving medical care and reviews their
custodial records in e3DM or USEC, as well as in the Electronic Medical Records maintained by
the medical contractor.  During an inspection, JCO interviews personnel familiar with inputting

custodial actions, supervisory personnel over holding areas, personnel familiar with the medical processes, and contracted medical personnel. When possible, JCO also observes children throughout the facility at various stages of processing, including during intake and exit as well as in medical and holding areas. During this reporting period, JCO conducted a data review of custodial actions recorded and medical capabilities during 22 inspections.

The data reviews frequently revealed inconsistent data entry for custodial actions that were routinely completed for children in custody, including meals provided and cot/mat and/or blanket provided. The most common issue identified during data reviews pertained to the recording of welfare checks, which was noted in 18 of 22 inspections. The main challenge involved welfare checks recorded at infrequent intervals. For example, a log may show welfare checks recorded every two to three hours followed by a period of six hours without any welfare checks recorded. Despite gaps in recorded welfare checks, JCO observed that children were under almost constant supervision. Most facilities had an agent, medical personnel, caregiver, or contracted security either directly supervising the children or observing them through video monitoring. Thus, this issue pertained to the documentation of the work CBP was already doing to ensure adequate supervision to protect a minor from others.

The next highest data entry areas needing improvement were the documentation of meals provided and the documentation of contact between children and family members with whom they were encountered in the system of record. JCO checks whether the facilities have recorded at least a breakfast, lunch, and dinner each day that a child is in custody. While JCO is onsite, they strive to observe at least one meal being served to understand how the facility provides meals to children in custody. Based on onsite interviews and JCO's observations, I am assured that children are receiving regular meals; however, during 11 inspections, JCO identified that meals were not properly recorded in e3DM. In addition, per the FSA, when children are encountered with family members, CBP should strive to hold them in the same room, or, if not operationally feasible, provide contact between the children and their family members. In this case, agents and officers should document the reason for holding them apart and whether reasonable efforts were made to have them interact. Each facility may hold family members in a different manner based on demographics and the capabilities of the facilities. For example, some facilities need to hold all teenage boys together, even those who arrived with a family member, while other facilities can hold a teenage boy together with his entire family. In 11 inspections, the logs did not document the reason for holding them apart and any efforts made to have them interact. In some facilities, JCO was unable to confirm that contact was provided for children held separately from their family members.

The reoccurring issues identified during the medical capabilities reviews involved the completion of medical forms, the documentation of medical actions in the CBP systems of record, and awareness of relevant medical policy by CBP employees. Fourteen inspections found incorrect documentation related to health intake interviews (CBP Form 2500) and 15 inspections found incorrect or missing summaries of medical care (CBP Form 2501) provided while in custody. Moreover, during 16 inspections, the CBP personnel interviewed were unaware of the CBP policy requiring the provision of a written summary of medical care to people with medical issues identified or addressed while in CBP custody; the summary should be provided upon transfer or release from CBP custody. During 16 inspections, the facility did not

record medications as required; the medications were not logged by the contracted medical personnel in the Electronic Medical Records.  During each inspection, JCO and OCMO continue to educate the field on the importance of this recordation to ensure CBP is facilitating continuity of care.  Likewise, during 13 inspections, the CBP personnel interviewed were not aware of the CBP policy requiring agents/officers to provide child-friendly decoration or daily phone calls to UCs as part of the Trauma-Informed Care Memorandum.  The medical data issues mentioned above mainly pertained to the documentation of the actions CBP has taken rather than the actions themselves.  Through onsite interviews of CBP and medical contract personnel, I am assured that CBP is providing required medical care for the children in our custody.

In the July 2022 Court Report, I noted that there was a need for more consistent and clear communication by CBP personnel to individuals in custody.  I am encouraged that this is no longer an across-the-board issue.  Only 9 of 22 inspections noted a need to reiterate information to those in custody.  An additional 7 facilities needed to include the new trauma-informed care daily orientation message in their practices.  During the interviews, children stated they had not received the daily message.  JCO continues to stress the importance of clear instructions and of reiterating instructions frequently.

*Addressing Challenges*

I believe robust oversight requires not only identifying areas for improvement or potential instances of noncompliance, but also facilitating solutions.  My team and I regularly communicate with various levels of management at CBP Headquarters and the field.

While onsite, JCO addresses any issues identified with the agents/officers facilitating the inspection.  In addition, at the end of each inspection, my team meets with the personnel participating in the inspections and the appropriate facility management able to participate.  During this meeting, JCO discusses the results of the inspection, including any issues identified, and offers workable solutions based on their experience and observations across the SWB.  Further, JCO facilitates contacts between facilities to ensure best practices can become commonplace.  JCO also advises the facility to submit information on any corrective actions they may take based on the issues identified, such as holding a muster clarifying policy or submitting work orders.  Following the inspection, the JCO Director contacts the corresponding sector or field office management to inform them of the inspection results.  JCO also informs the program managers at USBP and OFO Headquarters regarding the inspections.  This process ensures that personnel at the station, POE, sector, field office, and headquarters levels are aware of the inspections and results.

During this review period, JCO also conducted a Town Hall on February 23, 2023, for CBP personnel involved in the care and custody of children.  This Town Hall was attended by more than 250 CBP personnel and featured speakers from USBP, OFO, OCMO, and the Office of Chief Counsel to clarify CBP policy requirements related to children in CBP holding facilities, enhance compliance with the FSA, and provide updates on JCO inspections.  Specifically, this Town Hall focused on medical policies and best practices.  During the Town Hall, USBP and OFO program managers reiterated the importance of properly recording custodial and medical actions in the systems of record.  JCO personnel also presented our most common findings, best practices, and results of the interviews completed with children onsite.  The Town Hall

represents the culmination of an integrated strategy that uses the results of JCO's inspections to identify areas of concern, and in turn, promote learning opportunities to ensure compliance and enhance processes in the field.  By sharing best practices, answering questions, and disseminating clear guidance, CBP promotes FSA compliance across the SWB, which ultimately supports the well-being of children in its custody.

**Conclusion**

CBP continues to be substantially compliant with the FSA.  The facilities generally provided regular meals and snacks, access to drinking water, functioning toilets, functioning sinks, and access to emergency medical assistance if needed.  In addition, their holding areas had adequate temperature control and ventilation.  CBP was also substantially compliant with the Agreement. The two Juvenile Priority Facilities, in addition to meeting the FSA requirements, were generally meeting the new Agreement requirements such as:  temperature range, Agreement amenities poster, disposable baby bottles, dental hygiene products, hygiene kits with showers, beanies and cloth swaddling blankets, and reasonable efforts to provide television in pods.  When JCO, my Deputy, or I identified issues, management acknowledged them and took corrective action.

As the CBP Juvenile Coordinator, I will continue monitoring conditions of custody and supporting CBP efforts to transfer children out of custody as expeditiously as possible.  I welcome the ongoing coordination and feedback from the Court-appointed Juvenile Care Monitor.

**APPENDIX I**

## Table 12. CBP Facility Compliance

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **El Paso Field Office** | | | | | | | | | |
| El Paso POE | 10/20/2022 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Laredo Field Office** | | | | | | | | | |
| Brownsville POE | 11/17/2022 | Yes* | Yes | Yes | Yes | Yes | No | Yes | Yes |
| **San Diego Field Office** | | | | | | | | | |
| Calexico POE | 7/19/2022 | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes* |
| **Del Rio Sector** | | | | | | | | | |
| Eagle Pass North SSF | 12/7/2022 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Uvalde Station | 12/8/2022 | Yes | Yes | Yes | Yes | Yes | Yes* | Yes | Yes |
| **El Centro Sector** | | | | | | | | | |
| El Centro Station | 7/20/2022 | Yes | Yes | Yes* | Yes | Yes | Yes* | Yes* | Yes |
| Indio Station | 7/21/2022 | Yes | Yes | Yes | Yes | Yes | No | Yes* | No |
| **El Paso Sector** | | | | | | | | | |
| El Paso CPC | 10/18/2022 | Yes* | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |
| Paso Del Norte Sub Station | 10/19/2022 | Yes* | Yes | Yes* | No | Yes | Yes | Yes* | Yes |
| El Paso CPC | 4/26/2023 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso SSF (EPT-ESF) | 4/27/2023 | Yes | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |
| **San Diego Sector** | | | | | | | | | |
| Boulevard Station | 2/18/2023 | Yes | Yes | Yes* | Yes | Yes* | Yes* | Yes | Yes |
| Chula Vista Station | 3/2/2023 | Yes* | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |
| **RGV Sector** | | | | | | | | | |
| Donna CPC | 11/15/2022 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Fort Brown Station | 11/16/2022 | Yes* | Yes | Yes | Yes | No | Yes* | Yes | Yes |
| Donna CPC | 4/24/2023 | Yes | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **Tucson Sector** | | | | | | | | | |
| Nogales Station | 8/23/2022 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Douglas Station | 8/24/2022 | Yes | Yes* | Yes | Yes | Yes | Yes | No | Yes |
| Brian A. Terry Station | 8/25/2022 | Yes* | Yes | Yes | Yes | Yes | Yes | Yes | Yes* |
| Tucson SSF | 1/25/2023 | Yes | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |
| Ajo Station | 1/26/2023 | Yes | Yes* | Yes | Yes | Yes | Yes | Yes | Yes* |
| **Yuma Sector** | | | | | | | | | |
| Yuma SSF | 1/24/2023 | Yes* | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |

**Explanation**

Below is an explanation for the items in the chart with a "No" or asterisk.  While CBP remains substantially compliant, there is always room for improvement.  While onsite, JCO discussed these issues with the inspected facilities.  Except for locations without shower facilities, most items were addressed either while JCO was onsite (ex:  filing a maintenance request) or soon thereafter (ex:  purchasing more clothes or baby bottles).

Brownsville POE (11-17-2022)

Five baby formula containers with expired dates were found in the supply area and discarded immediately.  Showers were not available.  However, FMUs were only held two-three hours while being processed and UC were only held four-five hours prior to being transferred either to local ORR facilities or to the Donna CPC.

Calexico POE (7-19-2022)

At this POE, children were held in an open area with a separate bathroom; therefore, soap and hand sanitizer were not available in the hold room but were available in the bathrooms.  During one of the interviews, a UC stated that while CBP personnel had asked if she was taking medications, she did not know that medical personnel were onsite.  By the time JCO verified she had not had a medical assessment, the UC was already out of CBP custody.  Emergency medical care was available.

Uvalde Station (12-08-2022)

The shower floor needed cleaning.

El Centro Station (7-20-2022)

In the outside tent area holding FMUs, the porta potties had overflowing trash cans.  One hold room had a clogged sink, but other functional sinks were available.  In addition, one of three shower stalls in the tent area had a broken shower head.  In one hold room, soap and hand sanitizer were available upon request.

Indio Station (7-21-2022)

Contracted medical staff was not onsite at Indio Station but was stationed at El Centro Station where the UCs were held.  Children were only transferred to Indio Station after being given a medical assessment at El Centro Station.  Soap and hand sanitizer were available upon request.  Indio Station did not have shower facilities onsite; however, they did have body wipes available as needed.

El Paso CPC (10-18-2022)

Milk was not available.  A hold room and a pod did not provide a way for drying hands.  Four porta potties in the sally port did not have toilet paper and needed additional janitorial attention.  Two washing stations in the sally port did not have water.

Paso del Norte Sub Station (10-19-2022)

Juice and milk were not available.  Baby formula was available, but baby food was not.  Three hold rooms did not have soap or hand sanitizer.  One hold room did not have toilet paper; this was provided immediately upon discovery.  Mylar blankets were available, but mats were not.

El Paso SSF (4-27-2023)

Children were able to wash their hands; however, water faucets in Pod #5 were not functioning properly, with one water faucet turning on two others at the same time.  Additionally, one faucet took too long to turn off.  The toilet area in Pod #19 had overflowing trash cans; they were immediately emptied.

Boulevard Station (2-28-2023)

Children were able to wash their hands; however, Hold Room #162 had an over pressurized sink that sprayed water everywhere.  This hold room also was missing a trash bag; however, personnel immediately brought one in.  Ventilation in Hold Room #158 needed to be checked and the vents needed cleaning.  One of two shower stalls was dirty; however, it was cleaned immediately.  Because the shower stalls were located outside and it was winter, they were not in use when JCO was onsite; the facility provided body wipes as needed.

Chula Vista Station (3-2-2023)

A box of Cup-A-Noodle soup with expired dates was found and immediately discarded.  Children were able to wash their hands; however, one of two sinks in Hold Room #2 was not functioning, and the other sink had excessive water pressure.

Fort Brown Station (11-16-2022)

A few baby food boxes with expired dates were found in the kitchenette and discarded immediately; other options were available.  The Processing Area had a temperature of 66°F and Hold Room #7 had a temperature of 67°F, both of which were below the required temperature or 69°F.  In addition, the shower trailer had a temperature of 58°F.  Children had access to blankets and warm clothing as needed.  In addition, JCO tested nine of the eighteen shower heads in the contracted shower trailer and found that two were not working properly; USBP stated they would reach out to the contractor to repair them.  Children were held for less than twelve hours so would normally not require a shower.

Donna CPC (4-24-2023)

Children had access to functional toilets; however, janitorial staff should consider cleaning the toilet areas more often.

Douglas Station (8-24-2022)

In two holding rooms, the potable water fountain was at a strange angle, making drinking directly from the nozzle difficult; neither cups nor bottled water were available when JCO inspected the hold rooms.  JCO suggested providing cups in those rooms.  In one of three hold

rooms, the soap dispenser was empty; upon notification, janitorial staff immediately refilled the soap dispenser.

Brian A. Terry Station (8-25-2022)

Three oatmeal boxes with expired dates were found in storage and discarded immediately; other options were available.  While contracted medical support personnel were supposed to be onsite 24/7, they had not shown up the night before JCO arrived onsite resulting in the two FMUs not seeing medical until being at the facility for a few hours.  Emergency medical care was available.

Tucson SSF (1-25-2023)

Children had access to functioning toilets and sinks; however, in Pod #1, one of nine toilets was clogged and not functioning; the facility contractor resolved the issue.  Two sinks in the processing area did not have hot water available but did have cold water.

Ajo Station (1-26-2023)

Drinking water was available; however, two hold rooms had non-functioning potable water fountains.  Ajo Station should consider adding signage to all hold rooms with water fountains notifying detainees the water is potable.  While contracted medical support personnel were onsite, there was an issue with ensuring all children received a medical assessment before being place in a cell; the FMU and UCs interviewed by JCO had not seen medical prior to the interview.  JCO immediately informed staff onsite, and the medical assessments were completed.  Emergency medical care was available.

Yuma SSF (1-24-2023)

Hot meals were available; however, interviewees mention they received very cold or frozen sandwiches.  One sink knob (hot) in Pod #1 was not working, and in Pod #2 none of the faucets had hot water, but they all had cold water.