1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER ON APPLICATION TO SEAL [1345]** |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of Juvenile Coordinator Report.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following document shall be filed under seal:

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: July 6, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-