UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | July 7, 2023 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey - VTC | Fizza Batool, AUSA - VTC |

**Proceedings: JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT [1343]**

The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor and Dr. Paul Wise, Special Expert/Juvenile Care Monitor. The hearing is held by videoconference. The Court GRANTS the above-entitled motion for the reasons stated on the record. Plaintiffs' Motion for Award of Attorneys' Fees [Doc. # 1281] is DENIED with prejudice as moot. An order to issue.

<u>0:04</u>