UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING MOTION FOR FINAL SETTLEMENT APPROVAL AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [1281] [1343]** |

THIS CAUSE comes before the Court upon the filing of the Parties' Joint Motion for Final Approval of the Settlement Agreement ("Joint Motion") [Doc. # 1343]. The Court held a hearing on the Joint Motion on July 7, 2023.

UPON CONSIDERATION of the parties' Joint Stipulation for Award of EAJA Fees (the "Settlement Agreement") [Doc. # 1330] and the Joint Motion, and for the reasons stated on the record at the hearing, the Court finds that the Settlement Agreement is fair, adequate, and reasonable, and **GRANTS** the Joint Motion.

The Court further ORDERS that Plaintiffs' Motion for Award of Attorneys' Fees [Doc. # 1281] is **DENIED with prejudice as moot** pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

DATED: July 7, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1