UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | July 27, 2023 |
| Title | ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey – VTC | Sarah B. Fabian, USDOJ - VTC |
| Leecia Welch – VTC | Fizza Batool, USDOJ - VTC |
| Mishan Wroe - VTC | |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master, and Dr. Paul Wise, Special Expert/Juvenile Care Monitor. The hearing is held by videoconference. The Court and counsel confer.

A further Status Conference is set on **September 22, 2023 at 11:00 a.m.** Dr. Wise shall file a report by September 1, 2023. The parties' responses, if any, are due by September 8, 2023.

By July 1, 2024, the CBP, ICE, and ORR Juvenile Coordinators shall each file their 2024 Annual Report regarding their respective agency's compliance with the *Flores* Settlement Agreement. Plaintiffs may file responses, if any, to these Reports by July 15, 2024. The annual status conference is set on **July 26, 2024 at 11:00 a.m.**

0:51