UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-04544 DMG (AGRx) | Date | July 27, 2023 |
|---|---|---|---|

| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER SETTING REPORTING DEADLINES AND STATUS CONFERENCES**

On July 27, 2023, the Court held a status conference regarding the Juvenile Coordinators' 2023 Annual Reports [Doc. # 1344] and the Juvenile Care Monitor's July 18, 2023 report [Doc. # 1352].  The Courts sets the following deadlines for additional reporting and status conferences.

The Juvenile Care Monitor shall file his next report by **September 1, 2023**.  The parties may file their responses, if any, by **September 8, 2023**.  The Court will hold a status conference regarding the report on **September 22, 2023** at **11:00 a.m.**  The Customs and Border Protection ("CBP") Juvenile Coordinator shall attend this status conference.

The Juvenile Coordinators shall file their 2024 Annual Reports by **July 1, 2024**.  Plaintiffs' response, if any, shall be filed by **July 15, 2024**.  The Court will hold a status conference regarding the reports on **July 26, 2024** at **11:00 a.m.**  The Juvenile Coordinators for CBP, Immigration and Customs Enforcement, and the Office of Refugee Resettlement shall attend this status conference.

The court clerk shall provide the videoconference link for both status conferences.

**IT IS SO ORDERED**.