Case 2:85-cv-04544-DMG-AGR   Document 1356   Filed 08/15/23   Page 1 of 2   Page ID #:48547

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:85cv4544   Doc: 1354

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
102 Kentucky Avenue
San Antonio, TX 78201



FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

NIXIE   731 SE 1   0108/10/23
RETURN TO SENDER
VACANT
UNABLE TO FORWARD



CSO ROYBAL X-RAYED

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2023
CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY

Case: 2:85cv4544  Doc: 1354

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201