**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:85cv4544  Doc: 1354

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ASH  DEPUTY

DMG

NIXIE  731  5E 1  0108/19/23

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:85cv4544  Doc: 1354

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36272907@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Status Conference - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/28/2023 at 3:01 PM PDT and filed on 7/27/2023

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2018**

| | |
|---|---|
| **Document Number:** | 1354 |

**Docket Text:**
**MINUTES OF Status Conference held before Judge Dolly M. Gee: The hearing is held by videoconference. The Court and counsel confer. A further Status Conference is set on 9/22/2023 11:00 AM before Judge Dolly M. Gee. Dr. Wise shall file a report by 9/1/2023. The parties' responses, if any, are due by 9/8/2023. By 7/1/2024, the CBP, ICE, and ORR Juvenile Coordinators shall each file their 2024 Annual Report regarding their respective agency's compliance with the Flores Settlement Agreement. Plaintiffs may file responses, if any, to these Reports by 7/15/2024. The annual Status Conference is set on 7/26/2024 11:00 AM before Judge Dolly M. Gee. Court Reporter: Maria Bustillos. (gk)**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Poonam Juneja     pjuneja@youthlaw.org
Michael J Dundas     mike.dundas@lacity.org
Sarah Pascal Alexander     spalexander@constantinecannon.com
Natasha E Daughtrey     ndaughtrey@goodwinlaw.com
Christina Parascandola     ecf.oil-dcs@usdoj.gov, christina.parascandola@usdoj.gov
Eric Silvestri     silvest@chapman.com
Peter A. Schey     taylor@centerforhumanrights.org, pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org
Rebekah A. Fretz     rebekah.fretz@doj.ca.gov
William Charles Silvis     william.silvis@usdoj.gov
Eric C Steinhart     eric.c.steinhart@usdoj.gov