ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Counsel for Juvenile Care Monitor*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | CASE NO. CV 85-4544 DMG (AGRx) <br><br> **STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE AND DEADLINES FOR FILING RESPONSES** <br><br> [Hon. Dolly M. Gee] |

1    The Counsel for the Juvenile Care Monitor, Dr. Paul Wise, hereby files, on behalf of Plaintiffs and Defendants and their undersigned counsel and the Juvenile Care Monitor (the "Parties"), this stipulated request for an Order continuing the Status Conference and extending the deadlines to file the Juvenile Care Monitor's Report and Parties' responses, if any.

On July 27, 2023 this Court ordered a Status Conference for September 22nd, 2023 at 11:00 A.M. [Doc. 1354]. The Court also ordered that Dr. Paul Wise should file his report on September 1, 2023 with the Parties' responses, if any, due on September 8, 2023.

Based upon his monitoring and interviews during the month of August, Dr. Wise intends to schedule subsequent meetings with the Parties in early September. An extension of time for Dr. Wise's report to September 15, 2023 will permit those meetings to be reflected in his report.

The Parties and Dr. Wise therefore request that the Juvenile Care Monitor Report be filed on September 15, 2023, and that Parties be permitted to file their responses, if any, on September 22, 2023, and the Status Conference be scheduled at 10:00 A.M., October 2, 2023.

DATED:   August 31, 2023            Respectfully submitted,

s/ Andrea Sheridan Ordin
Andrea Sheridan Ordin

*Counsel for Juvenile Care Monitor*

s/ Peter Schey

Peter Schey
CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW

*Class Counsel for Plaintiffs*

2

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s Fizza Batool*
FIZZA BATOOL
Senior Litigation Counsel
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 250 Sixth Street, Suite 205, Santa Monica, California 90401 . I am over the age of 18 years, and not a party to the within action.

I hereby certify that on August 31, 2023, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE AND DEADLINES FOR FILING RESPONSES**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on August 31, 2023, at Los Angeles, California.

Jeff Thomson