UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER CONTINUING STATUS CONFERENCE AND DEADLINES FOR FILING RESPONSES** |

1

THIS CAUSE comes before the Court upon the Stipulation to continue the Status Conference and extend the deadlines to file responses, if any, to the Juvenile Care Monitor's Report.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Juvenile Care Monitor's deadline for filing his report is extended to September 15, 2023; the Parties' September 8, 2023 deadline to respond to the Juvenile Care Monitor's Report is extended to September 22, 2023; and the Status Conference is continued to **October 2, 2023 at 10:00 A.M.**

**IT IS SO ORDERED.**

DATED:  September 1, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE