CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> PLAINTIFFS' NOTICE OF ERRATA REGARDING FOOTNOTE IN RESPONSE TO JCM REPORT <br><br> [Doc. # 1360] <br><br><br> Hearing: October 2, 2023 <br> HON. DOLLY M. GEE |

/ / /

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

Plaintiffs respectfully file this Notice of Errata regarding their Response to Juvenile Care Monitor Report ("Response") [ECF 1362].

Footnote one of the Response reads:

As Plaintiffs informed the Court during its last status conference, Class Counsel's recent monitoring in both the RGV and El Paso sectors disclosed numerous apparent violations of the 2022 Settlement and separate monitoring in CBP sectors in Arizona and California disclosed numerous apparent violations of the 1997 Settlement and this Court's Orders regarding the 1997 Settlement. As the Court urged, Plaintiffs have (1) twice met and conferred with Defendants' counsel, (2) provided Defendants with lists identifying over 100 class members and parents who executed declarations including the locations and specific provisions of the two settlements the declarants stated were violated, and (3) on August 7, 2023, provided Defendants with a written detailed list of apparent settlement violations along with specific proposals for resolution. To date, Defendants have not responded.

After filing the Response, Plaintiffs' undersigned counsel learned that he had overlooked an August 28, 2023 email response sent by Defendants' to Plaintiffs' August 7, 2023 communication.

In their response, Defendants claimed that they were in compliance with the 2022 Settlement [ECF 1254-1] and 1997 Settlement Agreement. Defendants did not agree to adopt any of the remedies earlier proposed by Plaintiffs, including making and recording efforts to provide the required notices of rights or posting the poster illustrating *Flores* rights as required by the 2022 Settlement.

/ / /

Dated: October 2, 2023                    Respectfully submitted,

   /s/ Peter Schey
PETER SCHEY
Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484

pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**
**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on October 2, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                      /s/ Peter Schey
                      PETER SCHEY