UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | October 2, 2023 |
| Title | Jenny L. Flores, et al. v. Merrick Garland, et al. | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey – VTC | Fizza Batool, USDOJ - VTC |
| Mishan Wroe - VTC | |

**Proceedings:  STATUS CONFERENCE**

The case is called and counsel state their appearance.  Also present are Andrea Sheridan Ordin, counsel for Juvenile Care Monitor; Dr. Paul Wise, Juvenile Care Monitor; and CBP Juvenile Coordinator Henry A. Moak, Jr.  The hearing is held by videoconference.  The Court and counsel confer.

Separate order to issue re deadline for future Juvenile Care Monitor report and status conference.

0:55