UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | October 4, 2023 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** | Page | **1** of **1** |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER SETTING REPORTING DEADLINES AND STATUS CONFERENCE**

On October 2, 2023, the Court held a status conference regarding the Juvenile Care Monitor' September 15, 2023 report. [Doc. # 1360.] The Court sets the following deadlines for additional reporting and a further status conference.

The Juvenile Care Monitor shall file his final report by **November 3, 2023.** The parties may file their responses, if any, by **November 10, 2023.** The Court will hold a status conference, via videoconference, regarding the report on **December 1, 2023** at **10:00 a.m.** The Customs and Border Protection ("CBP") Juvenile Coordinator shall attend this conference.

The court clerk will provide the videoconference link for the status conference.

**IT IS SO ORDERED.**