**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

-R-T-S-
782015097-1N
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
10/12/23

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc   DEPUTY

2:85cv4544

(DMG)

Case: 2:85cv4544  Doc: 1363

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36605443@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/26/2023 at 1:33 PM PDT and filed on 9/26/2023

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2018**

**Document Number:**   1363(No document attached)

**Docket Text:**
**(IN CHAMBERS) ORDER by Judge Dolly M. Gee. The status conference on October 2, 2023 at 10:00 a.m. shall proceed by Zoom videoconference. Counsel of record shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov to receive the Zoom link. The deadline for associates of counsel and the public to submit a request (dmg_chambers@cacd.uscourts.gov) to listen to the hearing is by noon on September 29, 2023. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Amy P. Lally    alally@sidley.com, amy-lally-0501@ecf.pacerpro.com, laefilingnotice@sidley.com, martha.serrano@sidley.com, nigra@sidley.com, tberninzoni@sidley.com
Andrea Sheridan Ordin    aordin@strumwooch.com, jthomson@strumwooch.com, loliver@strumwooch.com
August E Flentje    august.flentje@usdoj.gov
Bill Ong Hing    bhing@usfca.edu
Brett Michael Manisco    bmanisco@akingump.com, cdoubroff@akingump.com, eswatek@akingump.com, rguillory@akingump.com, svasquez@akingump.com, westdocketing@akingump.com
Bridget Cambria    bridget@aldeapjc.org
Carlos Holguin    crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org
Catherine A Veeneman    cveeneman@ecjlaw.com, dloranger@ecjlaw.com

Christina Parascandola christina.parascandola@usdoj.gov, ECF.OIL-DCS@usdoj.gov
David J. Kaloyanides djpk@rt2counsel.com
Diane Beatrix de Gramont ddegramont@youthlaw.org
Eric Silvestri silvest@chapman.com
Eric C Steinhart eric.c.steinhart@usdoj.gov
Fizza Batool fizza.batool2@usdoj.gov
Freya E K Pitts fpitts@youthlaw.org, smoralesnunez@youthlaw.org
Gabriel Barenfeld gbarenfeld@nflawfirm.com, FileandCalendar@nflawfirm.com, ktorres@nflawfirm.com, pdavis@nflawfirm.com
Gretchen M. Nelson gnelson@nflawfirm.com, fileandcalendar@nflawfirm.com, ktorres@nflawfirm.com, mlevin@nflawfirm.com, pdavis@nflawfirm.com
Jeffrey S Robins jeffrey.robins@usdoj.gov
John S Purcell john.purcell@afslaw.com, susan.baca@arentfox.com
Joseph P Lombardo lombardo@chapman.com
Judy Rabinovitz jrabinovitz@aclu.org, judy-rabinovitz-3958@ecf.pacerpro.com, mtan@aclu.org
Justin Alan Goldberg justin.goldberg@arentfox.com
Kevin M. Askew kaskew@orrick.com, bmurray@orrick.com, casestream@ecf.courtdrive.com
Leecia Welch lwelch@childrensrights.org, ahackel@childrensrights.org, madamson@youthlaw.org
Melissa Ann Adamson madamson@youthlaw.org, mwroe@youthlaw.org
Michael J Dundas mike.dundas@lacity.org
Michael James Stortz Michael.Stortz@klgates.com
Michael K. T. Tan mtan@aclu.org, michael-tan-9223@ecf.pacerpro.com
Mishan Raini Wroe mwroe@youthlaw.org
Natasha E Daughtrey ndaughtrey@goodwinlaw.com
Peter Bach-y-Rita pbachyrita@fnf.law, pbachyrita@ecf.courtdrive.com
Peter A. Schey pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org, taylor@centerforhumanrights.org
Poonam Juneja pjuneja@youthlaw.org, ndesai@youthlaw.org
Rebekah A. Fretz rebekah.fretz@doj.ca.gov
Rene Kathawala rkathawala@orrick.com
Sara T Ghadiri ghadiri@chapman.com
Sarah B Fabian sarah.b.fabian@usdoj.gov, nichole.i.taylor@usdoj.gov
Sarah Pascal Alexander spalexander@constantinecannon.com
Stephen A Rosenbaum srosenbaum@law.berkeley.edu
Steven H Schulman sschulman@akingump.com
William Charles Silvis william.silvis@usdoj.gov
Zachary Nightingale zn@vblaw.com

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201
Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Peter D Keisler
Office of the Immigration Litigation - Civil Litigation
US Department of Justice

PO Box 878
Ben Franklin Station
Washington, DC 20044