**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





2:85cv4544
DMG



Case: 2:85cv4544   Doc: 1365

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36651884@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Status Conference - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2023 at 10:14 PM PDT and filed on 10/2/2023

**Case Name:**  Jenny L Flores v. Edwin Meese

**Case Number:**  2:85-cv-04544-DMG-AGR

**Filer:**

**WARNING: CASE CLOSED on 10/11/2018**

**Document Number:**  1365

**Docket Text:**
**MINUTES OF Status Conference held before Judge Dolly M. Gee: The hearing is held by videoconference. The Court and counsel confer. Separate order to issue re deadline for future Juvenile Care Monitor report and status conference. Court Reporter: Miranda Algorri. (gk)**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Poonam Juneja    pjuneja@youthlaw.org, ndesai@youthlaw.org
Michael J Dundas    mike.dundas@lacity.org
Sarah Pascal Alexander    spalexander@constantinecannon.com
Natasha E Daughtrey    ndaughtrey@goodwinlaw.com
Christina Parascandola    ecf.oil-dcs@usdoj.gov, christina.parascandola@usdoj.gov
Eric Silvestri    silvest@chapman.com
David J. Kaloyanides    djpk@rt2counsel.com
Peter A. Schey    taylor@centerforhumanrights.org, pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org
Rebekah A. Fretz    rebekah.fretz@doj.ca.gov
William Charles Silvis    william.silvis@usdoj.gov
Eric C Steinhart    eric.c.steinhart@usdoj.gov
August E Flentje    august.flentje@usdoj.gov
Peter Bach-y-Rita    pbachyrita@fnf.law, pbachyrita@ecf.courtdrive.com
Rene Kathawala    rkathawala@orrick.com
Zachary Nightingale    zn@vblaw.com

Brett Michael Manisco bmanisco@akingump.com
Justin Alan Goldberg justin.goldberg@arentfox.com
Jeffrey S Robins jeffrey.robins@usdoj.gov
Fizza Batool fizza.batool2@usdoj.gov
Mishan Raini Wroe mwroe@youthlaw.org
Amy P. Lally laefilingnotice@sidley.com, amy-lally-0501@ecf.pacerpro.com, nigra@sidley.com, alally@sidley.com, martha.serrano@sidley.com, tberninzoni@sidley.com
Catherine A Veeneman cveeneman@ecjlaw.com, dloranger@ecjlaw.com
Leecia Welch lwelch@childrensrights.org, ahackel@childrensrights.org, madamson@youthlaw.org

Sara T Ghadiri ghadiri@chapman.com
Sarah B Fabian nichole.i.taylor@usdoj.gov, sarah.b.fabian@usdoj.gov
Gretchen M. Nelson pdavis@nflawfirm.com, mlevin@nflawfirm.com, gnelson@nflawfirm.com, ktorres@nflawfirm.com, fileandcalendar@nflawfirm.com
Stephen A Rosenbaum srosenbaum@law.berkeley.edu
Joseph P Lombardo lombardo@chapman.com
John S Purcell susan.baca@arentfox.com, john.purcell@afslaw.com
Steven H Schulman sschulman@akingump.com
Diane Beatrix de Gramont ddegramont@youthlaw.org
Michael K. T. Tan michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Andrea Sheridan Ordin loliver@strumwooch.com, jthomson@strumwooch.com, aordin@strumwooch.com
Gabriel Barenfeld pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com, fileandcalendar@nflawfirm.com
Bridget Cambria bridget@aldeapjc.org
Carlos Holguin crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org
Melissa Ann Adamson mwroe@youthlaw.org, madamson@youthlaw.org
Michael James Stortz michael.stortz@klgates.com
Judy Rabinovitz judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Kevin M. Askew kaskew@orrick.com, casestream@ecf.courtdrive.com, bmurray@orrick.com
Freya E K Pitts fpitts@youthlaw.org, smoralesnunez@youthlaw.org
Bill Ong Hing bhing@usfca.edu

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Peter D Keisler
US Department of Justice
Office of the Immigration Litigation - Civil Litigation
PO Box 878
Ben Franklin Station
Washington DC 20044
US

Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles CA 90057

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio TX 78201