**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**







FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:85-CV-4544
(DMG)



NIXIE  731  5E 1   0110/23/23
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Case: 2:85cv4544   Doc: 1366

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36666705@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 10/5/2023 at 4:20 PM PDT and filed on 10/4/2023

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2018**

| | |
|---|---|
| **Document Number:** | 1366 |

**Docket Text:**
**MINUTES OF IN CHAMBERS - ORDER SETTING REPORTING DEADLINES AND STATUS CONFERENCE by Judge Dolly M. Gee:** On 10/2/2023, the Court held a status conference regarding the Juvenile Care Monitor' 9/15/2023 report [1360]. The Court sets the following deadlines for additional reporting and a further status conference. The Juvenile Care Monitor shall file his final report by 11/3/2023. The parties may file their responses, if any, by 11/10/2023. The Court will hold a Status Conference, via videoconference, regarding the report on 12/1/2023 10:00 AM before Judge Dolly M. Gee. The Customs and Border Protection ("CBP") Juvenile Coordinator shall attend this conference. Court Reporter: Not Reported. (gk)

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Poonam Juneja     pjuneja@youthlaw.org, ndesai@youthlaw.org
Michael J Dundas     mike.dundas@lacity.org
Sarah Pascal Alexander     spalexander@constantinecannon.com
Natasha E Daughtrey     ndaughtrey@goodwinlaw.com
Christina Parascandola     ecf.oil-dcs@usdoj.gov, christina.parascandola@usdoj.gov
Eric Silvestri     silvest@chapman.com
David J. Kaloyanides     djpk@rt2counsel.com
Peter A. Schey     taylor@centerforhumanrights.org, pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org
Rebekah A. Fretz     rebekah.fretz@doj.ca.gov

William Charles Silvis    william.silvis@usdoj.gov
Eric C Steinhart    eric.c.steinhart@usdoj.gov
August E Flentje    august.flentje@usdoj.gov
Peter Bach-y-Rita    pbachyrita@fnf.law, pbachyrita@ecf.courtdrive.com
Rene Kathawala    rkathawala@orrick.com
Zachary Nightingale    zn@vblaw.com
Brett Michael Manisco    bmanisco@akingump.com
Justin Alan Goldberg    justin.goldberg@arentfox.com
Jeffrey S Robins    jeffrey.robins@usdoj.gov
Fizza Batool    fizza.batool2@usdoj.gov
Mishan Raini Wroe    mwroe@youthlaw.org
Amy P. Lally    laefilingnotice@sidley.com, amy-lally-0501@ecf.pacerpro.com, nigra@sidley.com, alally@sidley.com, martha.serrano@sidley.com, tberninzoni@sidley.com
Catherine A Veeneman    cveeneman@ecjlaw.com, dloranger@ecjlaw.com
Leecia Welch    lwelch@childrensrights.org, ahackel@childrensrights.org, madamson@youthlaw.org

Sara T Ghadiri    ghadiri@chapman.com
Sarah B Fabian    nichole.i.taylor@usdoj.gov, sarah.b.fabian@usdoj.gov
Gretchen M. Nelson    pdavis@nflawfirm.com, mlevin@nflawfirm.com, gnelson@nflawfirm.com, ktorres@nflawfirm.com, fileandcalendar@nflawfirm.com
Stephen A Rosenbaum    srosenbaum@law.berkeley.edu
Joseph P Lombardo    lombardo@chapman.com
John S Purcell    susan.baca@arentfox.com, john.purcell@afslaw.com
Steven H Schulman    sschulman@akingump.com
Diane Beatrix de Gramont    ddegramont@youthlaw.org
Michael K. T. Tan    michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Andrea Sheridan Ordin    loliver@strumwooch.com, jthomson@strumwooch.com, aordin@strumwooch.com
Gabriel Barenfeld    pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com, fileandcalendar@nflawfirm.com
Bridget Cambria    bridget@aldeapjc.org
Carlos Holguin    crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org
Melissa Ann Adamson    mwroe@youthlaw.org, madamson@youthlaw.org
Michael James Stortz    michael.stortz@klgates.com
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Kevin M. Askew    kaskew@orrick.com, casestream@ecf.courtdrive.com, bmurray@orrick.com
Freya E K Pitts    fpitts@youthlaw.org, smoralesnunez@youthlaw.org
Bill Ong Hing    bhing@usfca.edu

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Peter D Keisler
US Department of Justice
Office of the Immigration Litigation - Civil Litigation
PO Box 878
Ben Franklin Station
Washington DC 20044
US

Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard

Los Angeles CA 90057
Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio TX 78201