ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Counsel for Juvenile Care Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>    Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JCM REPORT AND DEADLINE FOR FILING RESPONSES**<br><br>**[Hon. Dolly M. Gee]** |

…

1  The Counsel for the Juvenile Care Monitor, Dr. Paul Wise, hereby files, on behalf of Plaintiffs and Defendants and their undersigned counsel and the Juvenile Care Monitor (the "Parties"), this stipulated request for an Order extending the deadlines to file the Juvenile Care Monitor's Report and Parties' responses, if any.

On October 4, 2023, this Court ordered a Status Conference for December 1, 2023 at 10:00 A.M. [Doc. 1366].  The Court also ordered that Dr. Paul Wise should file his report on November 3, 2023 with the Parties' responses, if any, due on November 10, 2023.

Based upon his monitoring and interviews during the month of October, Dr. Wise intends to seek comments from the Parties on his draft report prior to filing. An extension of time for Dr. Wise's report to November 13, 2023 will permit those comments to be considered and incorporated in his report.

The Parties and Dr. Wise therefore request that the Juvenile Care Monitor Report be filed on November 13, 2023, and that Parties be permitted to file their responses, if any, on November 16, 2023. The Status Conference is scheduled at 10:00 A.M., December 1, 2023.

DATED:   November 6, 2023           Respectfully submitted,

s/ Andrea Sheridan Ordin
Andrea Sheridan Ordin

*Counsel for Juvenile Care Monitor*

s/ Carlos Holguin

Carlos Holguin
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
*Class Counsel for Plaintiffs*

| | |
|---|---|
| 1 | |
| 2 | BRIAN BOYNTON |
| | Acting Assistant Attorney General |
| 3 | Civil Division |
| 4 | AUGUST E. FLENTJE |
| | Special Counsel |
| 5 | WILLIAM C. PEACHEY |
| 6 | Director, District Court Section |
| | Office of Immigration Litigation |
| 7 | WILLIAM C. SILVIS |
| 8 | Assistant Director, District Court Section |
| 9 | Office of Immigration Litigation |
| 10 | |
| 11 | |
| | /s Fizza Batool |
| 12 | FIZZA BATOOL |
| 13 | Senior Litigation Counsel |
| | U.S. DEPARTMENT OF JUSTICE |
| 14 | Office of Immigration Litigation |
| 15 | District Court Section |
| 16 | |
| 17 | *Counsel for Defendants* |
| 18 | |

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 250 Sixth Street, Suite 205, Santa Monica, California 90401 . I am over the age of 18 years, and not a party to the within action.

I hereby certify that on November 6, 2023, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**STIPULATION FOR EXTENSION OF TIME TO FILE JCM REPORT AND DEADLINE FOR FILING RESPONSES**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on November 6, 2023, at Los Angeles, California.

_____
Jeff Thomson