UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | December 1, 2023 |
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Leecia Welch – VTC | Fizza Batool, USDOJ - VTC |
| Mishan Wroe – VTC | |
| Sarah Kahn - VTC | |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearance. The hearing is held via videoconference. Also present are Andrea Sheridan Ordin, Legal Advisor to Juvenile Care Monitor; Dr. Paul Wise, Juvenile Care Monitor; and CBP Juvenile Coordinator Henry A. Moak, Jr. The hearing is held by videoconference. The Court and counsel confer. A further status conference, via videoconference, is set on **December 15, 2023 at 10:00 a.m.** The parties shall file a Joint Status Report by December 14, 2023. The parties may file a stipulation re extension of monitoring in lieu of appearing for the status conference.

0:18