
BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 616-4863
    Fax:  (202) 305-7000
    Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**STIPULATION FOR EXTENSION OF JUVENILE CARE MONITOR TERM**<br><br>Hearing Date: December 15, 2023<br>Time: 10:00 a.m.<br>Hon. Dolly M. Gee |

On June 26, 2019, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO") (ECF No. 572). Following mediation, the parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' TRO, and filed a motion seeking final approval of the Agreement from the Court (ECF No. 1266). The Court held a hearing for final approval of the Agreement on July 29, 2022 (ECF No. 1255), and on that same day, approved the Agreement (ECF No. 1278).

The Agreement provides, in part, for the appointment of a Juvenile Care Monitor. *See* ECF No. 1254-1 at 17-20. The Agreement requires that the parties agree upon a Juvenile Care Monitor, and file a request with the Court to give the Juvenile Care Monitor authority "to monitor compliance in the RGV and El Paso Sectors with the [*Flores* Settlement] as detailed in [the] Agreement." *Id.* at 17. On August 1, 2022, the parties filed a joint motion to appoint Dr. Paul Wise as the Juvenile Care Monitor (ECF No. 1279), and on August 3, 2022, the Court appointed Dr. Wise as the Juvenile Care Monitor to a single term of sixteen months. ECF No. 1280. The term of the Juvenile Care Monitor will expire on December 15, 2023, pursuant to the Court's oral order during the December 1, 2023 status conference.

By this Stipulation, and pursuant to Section IX (10) of the Agreement, the parties hereby request that the Court extend the term of the Juvenile Care Monitor

by six months, appoint Ms. Andrea Ordin as the Juvenile Care Monitor, and give her the authority detailed in the Agreement to conduct such monitoring. The parties also request the Court to appoint Dr. Wise as a Medical Advisor to the Juvenile Care Monitor until February 1, 2024 and authorize Ms. Ordin to consult with medical advisors as she determines necessary throughout the term of the extension.

Separately, during the December 1, 2023 status conference, the Court asked for an update regarding the Special Master/Independent Monitor – previously assumed by Ms. Ordin. On December 9, 2022, the term of the Special Master/Independent Monitor expired with no opposition from either party or a request for an extension. ECF No. 1301. On January 19, 2023, the Court appointed Ms. Ordin as a Legal Advisor to the Juvenile Care Monitor. ECF No. 1320. As such, the role of the Special Master/Independent Monitor has concluded.

The parties also request the Court to order payment to the Juvenile Care Monitor with a cap of $310,000 annually, which is a slight increase over the amount in the Agreement to account for the inclusion of such aides as the Juvenile Care Monitor may require to assist with her duties. The parties attach a proposed order, the issuance of which will provide Ms. Ordin with the Court-ordered authority to serve as the Juvenile Care Monitor in the manner agreed to by the parties and detailed in the Agreement. Good cause exists to enter the proposed order because it will allow for continued experienced and trusted oversight of CBP's completion of its internal

monitoring protocols pursuant to the Agreement and compliance with the Agreement.

Dated: December 14, 2023                     Respectfully submitted,

*/s/ Carlos Holguín*
CARLOS HOLGUÍN
Center For Human Rights &
Constitutional Law

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on December 14, 2023, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                        */s/ Fizza Batool*
                        FIZZA BATOOL
                        Trial Attorney
                        U.S. Department of Justice
                        Office of Immigration Litigation