**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





FILED
CLERK, U.S. DISTRICT COURT
DEC 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  mmc  DEPUTY



2:85cv4544
(DMG)



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 26 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

NIXIE  731  5E 1  0112/13/23
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

NEOPOST
11/30/2023
US POSTAGE $001.

Case: 2:85cv4544  Doc: 1376

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36947996@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/27/2023 at 9:45 AM PST and filed on 11/27/2023

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |
| **WARNING: CASE CLOSED on 10/11/2018** | |
| **Document Number:** | 1376(No document attached) |

**Docket Text:**
**(IN CHAMBERS) ORDER by Judge Dolly M. Gee. The status conference on December 1, 2023 at 10:00 a.m. shall proceed by Zoom videoconference. Counsel of record shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov to receive the Zoom link. The deadline for associates of counsel and the public to submit a request (dmg_chambers@cacd.uscourts.gov) to listen to the hearing is by noon on November 30, 2023. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Amy P. Lally     alally@sidley.com, amy-lally-0501@ecf.pacerpro.com, laefilingnotice@sidley.com, martha.serrano@sidley.com, nigra@sidley.com, tberninzoni@sidley.com
Andrea Sheridan Ordin     aordin@strumwooch.com, jthomson@strumwooch.com, loliver@strumwooch.com
August E Flentje     august.flentje@usdoj.gov
Bill Ong Hing     bhing@usfca.edu
Brett Michael Manisco     bmanisco@akingump.com
Bridget Cambria     bridget@aldeapjc.org
Carlos Holguin     crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org
Catherine A Veeneman     cveeneman@ecjlaw.com, dloranger@ecjlaw.com
Christina Parascandola     christina.parascandola@usdoj.gov, ECF.OIL-DCS@usdoj.gov
David J. Kaloyanides     djpk@rt2counsel.com

Diane Beatrix de Gramont   ddegramont@youthlaw.org
Eric Silvestri   silvest@chapman.com
Eric C Steinhart   eric.c.steinhart@usdoj.gov
Fizza Batool   fizza.batool2@usdoj.gov
Freya E K Pitts   fpitts@youthlaw.org, smoralesnunez@youthlaw.org
Gabriel Barenfeld   gbarenfeld@nflawfirm.com, FileandCalendar@nflawfirm.com, ktorres@nflawfirm.com, pdavis@nflawfirm.com
Gretchen M. Nelson   gnelson@nflawfirm.com, fileandcalendar@nflawfirm.com, ktorres@nflawfirm.com, mlevin@nflawfirm.com, pdavis@nflawfirm.com
Jeffrey S Robins   jeffrey.robins@usdoj.gov
John S Purcell   john.purcell@afslaw.com, susan.baca@arentfox.com
Joseph P Lombardo   lombardo@chapman.com
Judy Rabinovitz   jrabinovitz@aclu.org, judy-rabinovitz-3958@ecf.pacerpro.com, mtan@aclu.org
Justin Alan Goldberg   justin.goldberg@arentfox.com
Kevin M. Askew   kaskew@orrick.com, bmurray@orrick.com, casestream@ecf.courtdrive.com
Leecia Welch   lwelch@childrensrights.org, ahackel@childrensrights.org, madamson@youthlaw.org
Melissa Ann Adamson   madamson@youthlaw.org, mwroe@youthlaw.org
Michael J Dundas   mike.dundas@lacity.org
Michael James Stortz   Michael.Stortz@klgates.com
Michael K. T. Tan   mtan@aclu.org, michael-tan-9223@ecf.pacerpro.com
Mishan Raini Wroe   mwroe@youthlaw.org, rmagnuson@youthlaw.org
Natasha E Daughtrey   ndaughtrey@goodwinlaw.com
Peter Bach-y-Rita   pbachyrita@fnf.law, pbachyrita@ecf.courtdrive.com
Peter A. Schey   pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org, taylor@centerforhumanrights.org
Poonam Juneja   pjuneja@youthlaw.org, ndesai@youthlaw.org
Rebekah A. Fretz   rebekah.fretz@doj.ca.gov
Rene Kathawala   rkathawala@orrick.com
Sara T Ghadiri   ghadiri@chapman.com
Sarah Kahn   sarah@centerforhumanrights.org
Sarah B Fabian   sarah.b.fabian@usdoj.gov, nichole.i.taylor@usdoj.gov
Sarah Pascal Alexander   spalexander@constantinecannon.com
Stephen A Rosenbaum   srosenbaum@law.berkeley.edu
Steven H Schulman   sschulman@akingump.com
William Charles Silvis   william.silvis@usdoj.gov
Zachary Nightingale   zn@vblaw.com

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201
Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Peter D Keisler
Office of the Immigration Litigation - Civil Litigation
US Department of Justice
PO Box 878

Ben Franklin Station
Washington, DC 20044