ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 6th Street, Suite 205
Santa Monica, CA 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Juvenile Care Monitor*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | CASE NO. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **REQUEST FOR ORDER APPROVING APPOINTMENT OF MEDICAL PROFESSIONALS** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | |

The Juvenile Care Monitor ("the Monitor") hereby requests an Order from this Court authorizing the appointments of a medical advisor and special expert to the  Monitor, pursuant to the Court's December 14, 2023 Order For Extension of Juvenile Care Monitor Term [Doc. # 1381] (the "December 14, 2023 Order").

## I.   APPOINTMENT AUTHORITY

In its December 14, 2023 Order, the Court extended the term of the Monitor, Andrea Ordin, Esq., for a six-month term from December 15, 2023, to June 14, 2024, with all of the authorities detailed in the Parties' agreement. [Doc. # 1381, pp. 2 & 5; Doc. # 1380]. The Court's December 14, 2023 Order further specified that Dr. Paul Wise be appointed as the Medical Advisor to the Monitor until February 1, 2024.

The Court's December 14, 2023 Order provided that the Monitor could "identify proposed aides/and or medical professionals unaffiliated with CBP or with Plaintiffs and seek Court approval for the hiring of such aides and/or medical professional to assist the Juvenile Care Monitor in all aspects of her monitoring work." [*Id.*, p. 2].  The Court stated that both "Parties must agree to any proposed aides or medical professionals." [*Ibid.*].

The Monitor now seeks Court approval to hire Dr. Nancy Ewen Wang as the Medical Advisor to the Monitor ("Medical Advisor"), and Dr. Wise as Special Expert ("Special Expert") to the Monitor, for the remainder of her six-month term. The Monitor has consulted with Counsel for Defendants and Plaintiffs regarding these engagements, and all are in agreement with the Monitor's intended selections. To the extent the Monitor requires further assistance in the future, the Monitor will present to the Court for authorization any additional aides at that time.

## II.   COMPENSATION

Pursuant to the Court's December 14, 2023 Order, the Monitor shall be entitled to reasonable fees and expenses. [*Ibid.*]. These fees and expenses will be capped at $310,000 annually. [*Ibid.*]. The Monitor, Medical Advisor, and Special Expert, as well as any senior aides with skills and experience comparable to the Monitor that are approved by the Court, shall be compensated at the hourly rate of $350.00. Non-senior shall be compensated at the hourly rate of

$200.00. On a monthly basis, the Monitor shall provide CBP with a detailed record of hours billed and expenses incurred in the preceding month by herself and her aides.

**III.    CONFIDENTIALITY OF INFORMATION**

Like the Monitor, the Medical Advisor, Special Expert, and any aides approved by the Court shall be bound by the protective order governing this litigation. [Doc. # 270]. Upon formal engagement, the Medical Advisor and Special Expert will execute the Acknowledgment of Protective Order and serve such Acknowledgment on the Monitor and parties.

**IV.    REPORTING**

With the assistance of the Medical Advisor and Special Expert, the Monitor will prepare regular reports for the Court, as otherwise set forth in the Court's December 14, 2023 Order. [Doc. # 1381, p. 3].

**V.    EXPERT QUALIFICATIONS**

The Medical Advisor's curriculum vitae is attached hereto as Appendix A for reference. The Special Expert's curriculum vitae has been previously submitted to this Court upon his previous appointment as Expert to the Special Master/Independent Monitor. [See Doc. # 588-1].

DATED:      February 9, 2024              Respectfully submitted,


                                          By   s/ Andrea Sheridan Ordin
                                               Andrea Sheridan Ordin

                                               *Juvenile Care Monitor*

# Appendix A

# Stanford

# Nancy Ewen Wang

Professor of Emergency Medicine (Pediatrics)

## Bio

### BIO

Dr. Nancy Ewen Wang is a Professor of Emergency Medicine and Pediatrics. She was Associate Director of Pediatric Emergency Medicine at the Stanford University School of Medicine for more than 20 years. Her career has been committed to serving vulnerable populations as well as decreasing health disparities locally as well as globally. She founded the Stanford section in Social Emergency Medicine, a field which uses the perspective of the Emergency Department (ED) to identify patient social needs which contribute to disease and to develop solutions to decrease health disparities. As such, she directed the Social Emergency Medicine fellowship and was medical director for a student-run group which screened ED patients for social needs (Stanford Health Advocates and Research in the ED (SHAR(ED)). She has worked clinically and educated trainees and faculty globally, including at sites in Chiapas, Mexico; Borneo Indonesia and Galapagos, Ecuador. Her current research and advocacy includes investigating disparities in specialty care access and quality, including trauma and mental health and the impact of the Covid-19 pandemic on Asian American populations. She has been a medical expert for the Flores Settlement Agreement witnessing the conditions of detention for unaccompanied immigrant children. Dr. Wang received a Stanford Impact Lab Fellowship to provide wraparound social and medical services for unaccompanied immigrant children who have settled in the US. Most recently, she has been appointed as Faculty Director of the new REACH MD/MS Program in Health Equity Research at the Stanford School of Medicine. Dr. Wang completed an Emergency Medicine Residency at Stanford and then a Pediatric Emergency Medicine Fellowship between LPCH and Children's Oakland.

### ACADEMIC APPOINTMENTS

- Professor - University Medical Line, Emergency Medicine
- Member, Maternal & Child Health Research Institute (MCHRI)

## Research & Scholarship

### CURRENT RESEARCH AND SCHOLARLY INTERESTS

Dr. Nancy Ewen Wang is a Professor of Emergency Medicine and Pediatrics. She was Associate Director of Pediatric Emergency Medicine at the Stanford University School of Medicine for more than 20 years. Her career has been committed to serving vulnerable populations as well as decreasing health disparities locally as well as globally. She founded the Stanford section in Social Emergency Medicine, a field which uses the perspective of the Emergency Department (ED) to identify patient social needs which contribute to disease and to develop solutions to decrease health disparities. As such, she directed the Social Emergency Medicine fellowship and was medical director for a student-run group which screened ED patients for social needs (Stanford Health Advocates and Research in the ED (SHAR(ED)). She has worked clinically and educated trainees and faculty globally, including at sites in Chiapas, Mexico; Borneo Indonesia and Galapagos, Ecuador. Her current research and advocacy includes investigating disparities in specialty care access and quality, including trauma and mental health and the impact of the Covid-19 pandemic on Asian American populations. She has been a medical expert for the Flores Settlement Agreement witnessing the conditions of detention for unaccompanied immigrant children. Dr. Wang received a Stanford Impact Lab Fellowship to provide wraparound social and medical services for unaccompanied immigrant children who have settled in the US. Most recently, she has been appointed as Faculty Director of the new REACH MD/MS Program in Health Equity Research at the Stanford School of Medicine. Dr. Wang completed an Emergency Medicine Residency at Stanford and then a Pediatric Emergency Medicine Fellowship between LPCH and Children's Oakland.

## Publications

**PUBLICATIONS**

- **Proceedings from the 2021 SAEM Consensus Conference: Research Priorities for Interventions to Address Social Risks and Needs Identified in Emergency Department Patients.** *The western journal of emergency medicine*
  Kraynov, L., Quarles, A., Kerrigan, A., Mayes, K. D., Mahmoud-Werthmann, S., Fockele, C. E., Duber, H. C., Doran, K. M., Lin, M. P., Cooper, R. J., Wang, N. E.
  2023; 24 (2): 295-301

- **Disparities in COVID-19 testing and outcomes among Asian American and Pacific Islanders: an observational study in a large health care system.** *BMC public health*
  Li, J., Chhoa, D., Palaniappan, L., Hays, K. J., Pressman, A., Wang, N. E.
  2023; 23 (1): 251

- **Computed tomography rates in pediatric trauma patients among emergency medicine and pediatric emergency medicine physicians.** *Journal of pediatric surgery*
  Pariaszevski, A., Wang, N. E., Lee, M. O., Brown, I., Imler, D., Lowe, J., Fang, A.
  2022

- **A lasting impact? Exploring the immediate and longitudinal impact of an emergency department service learning help desk program** *AEM EDUCATION AND TRAINING*
  Cohen, A., Hu, S., Bellon, M., Wang, N., Sebok-Syer, S. S.
  2022; 6 (3)

- **A lasting impact? Exploring the immediate and longitudinal impact of an emergency department service learning help desk program.** *AEM education and training*
  Cohen, A. S., Hu, S., Bellon, M., Wang, N. E., Sebok-Syer, S. S.
  2022; 6 (3): e10760

- **"Could we have predicted this?" The association of a future mental health need in young people with a non-specific complaint and frequent emergency department visits.** *Journal of the American College of Emergency Physicians open*
  Fang, A., Hersh, M., Birgisson, N., Saynina, O., Wang, N. E.
  2021; 2 (5): e12556

- **A retrospective observational cohort study: Epidemiology and outcomes of pediatric unintentional falls in US emergency departments.** *Injury*
  Nguyen, Q. P., Saynina, O., Pirrotta, E. A., Huffman, L. C., Wang, N. E.
  2021

- **Pain Assessment and Management in Pediatric Intensive Care Units Around the World, an International, Multicenter Study.** *Frontiers in pediatrics*
  Grunauer, M., Mikesell, C., Bustamante, G., Cobo, G., Sánchez, S., Román, A. M., Icaza-Freire, A. P., Gavilanes, A. W., Wang, N. E.
  2021; 9: 746489

- **Opportunities for Supporting Latino Immigrants in Emergency and Ambulatory Care Settings.** *Journal of community health*
  Lee, J., Bruce, J., Wang, N. E.
  2020

- **EPIDEMIOLOGY OF UNINTENTIONAL FALLS IN US EMERGENCY DEPARTMENTS: DOES ADHD PLAY A ROLE?**
  Quynh Nguyen, Saynina, O., Huffman, L., Pirrotta, E., Wang, N.
  LIPPINCOTT WILLIAMS & WILKINS.2020

- **Closing the gap: Improving access to trauma care in New Mexico (2007-2017)** *AMERICAN JOURNAL OF EMERGENCY MEDICINE*
  Anderson, E. S., Greenwood-Ericksen, M., Wang, N., Dworkis, D. A.
  2019; 37 (11): 2028–34

- **Teaching How to Teach in a Train-the-Trainer Program.** *Journal of graduate medical education*
  Feltes, M. n., Becker, J. n., McCall, N. n., Mbanjumucyo, G. n., Sivasankar, S. n., Wang, N. E.
  2019; 11 (4 Suppl): 202–4

- **Increasing ambulatory treatment of pediatric minor burns-The emerging paradigm for burn care in children.** *Burns : journal of the International Society for Burn Injuries*

Sheckter, C. C., Kiwanuka, H., Maan, Z., Pirrotta, E., Curtin, C., Wang, N. E.
2018

- **Nationwide Assessment of Factors Associated with Nonoperative Management of Pediatric Splenic Injury.** *The American surgeon*
Hakim, I. S., Newton, C., Schoen, M. K., Pirrotta, E. A., Wang, N. E.
2018; 84 (5): 695-702

- **Association Between Insurance and Transfer of Injured Children From Emergency Departments** *PEDIATRICS*
Huang, Y., Kissee, J. L., Dayal, P., Wang, N., Sigal, I. S., Marcin, J. P.
2017; 140 (4)

- **Association Between Insurance and Transfer of Injured Children From Emergency Departments.** *Pediatrics*
Huang, Y., Kissee, J. L., Dayal, P., Wang, N. E., Sigal, I. S., Marcin, J. P.
2017; 140 (4)

- **Rapid Retriage of Critically Injured Trauma Patients** *JAMA SURGERY*
Della Valle, J. M., Newton, C., Kline, R. A., Spain, D. A., Pirrotta, E., Wang, N.
2017; 152 (10): 981–83

- **Pragmatic Firearm Advocacy for Pediatricians.** *Hospital pediatrics*
Sandberg, M., Wang, N. E.
2017; 7 (6): 361-363

- **Development and Validation of the Agency for Healthcare Research and Quality Measures of Potentially Preventable Emergency Department (ED) Visits: The ED Prevention Quality Indicators for General Health Conditions.** *Health services research*
Davies, S., Schultz, E., Raven, M., Wang, N. E., Stocks, C. L., Delgado, M. K., McDonald, K. M.
2017

- **Variations in Utilization of Inpatient Rehabilitation Services among Pediatric Trauma Patients.** *journal of pediatrics*
Nguyen, H. T., Newton, C., Pirrotta, E. A., Aguilar, C., Wang, N. E.
2017; 182: 342-348 e1

- **PREDICTORS OF NONDIAGNOSTIC ULTRASOUND FOR APPENDICITIS** *JOURNAL OF EMERGENCY MEDICINE*
Keller, C., Wang, N. E., Imler, D. L., Vasanawala, S. S., Bruzoni, M., Quinn, J. V.
2017; 52 (3): 318-323

- **MRI vs. Ultrasound as the initial imaging modality for pediatric and young adult patients with suspected appendicitis.** *Academic emergency medicine*
Imler, D., Keller, C., Sivasankar, S., Wang, N. E., Vasanawala, S., Bruzoni, M., Quinn, J.
2017

- **Continuum of Care for HCV Among Patients Diagnosed in the Emergency Department Setting.** *Clinical infectious diseases : an official publication of the Infectious Diseases Society of America*
Anderson, E. S., Galbraith, J. W., Deering, L. J., Pfeil, S. K., Todorovic, T., Rodgers, J. B., Forsythe, J. M., Franco, R., Wang, H., Wang, N. E., White, D. A.
2017

- **Where Do Children with Asthma Die? A National Perspective from 2003 to 2014**
Arroyo, A., Chee, C., Wang, N.
MOSBY-ELSEVIER.2017: AB89

- **Characterization of Young Adult Emergency Department Users: Evidence to Guide Policy** *JOURNAL OF ADOLESCENT HEALTH*
Burns, C., Wang, N. E., Goldstein, B. A., Hernandez-Boussard, T.
2016; 59 (6): 654-661

- **Variation in the Intensity of Care for Patients with Uncomplicated Renal Colic Presenting to U.S. Emergency Departments.** *journal of emergency medicine*
Elder, J. W., Delgado, M. K., Chung, B. I., Pirrotta, E. A., Wang, N. E.
2016

- **Predictors of Nondiagnostic Ultrasound for Appendicitis.** *journal of emergency medicine*
Keller, C., Wang, N. E., Imler, D. L., Vasanawala, S. S., Bruzoni, M., Quinn, J. V.
2016

Nancy Ewen Wang
http://cap.stanford.edu/profiles/Nancy E._Wang/

- **Addressing Social Determinants of Health from the Emergency Department through Social Emergency Medicine.** *The western journal of emergency medicine*
  Anderson, E. S., Lippert, S., Newberry, J., Bernstein, E., Alter, H. J., Wang, N. E.
  2016; 17 (4): 487-489

- **Cost-Effectiveness of Field Trauma Triage among Injured Adults Served by Emergency Medical Services** *JOURNAL OF THE AMERICAN COLLEGE OF SURGEONS*
  Newgard, C. D., Yang, Z., Nishijima, D., McConnell, K. J., Trent, S. A., Holmes, J. F., Daya, M., Mann, N. C., Hsia, R. Y., Rea, T. D., Wang, N. E., Staudenmayer, K., Delgado, et al
  2016; 222 (6): 1125-1137

- **The Triage of Injured Patients: Mechanism of Injury, Regardless of Injury Severity, Determines Hospital Destination** *AMERICAN SURGEON*
  Staudenmayer, K., Wang, N. E., Weiser, T. G., Maggio, P., Mackersie, R. C., Spain, D., Hsia, R. Y.
  2016; 82 (4): 356-361

- **The 6-Minute Walk Test as a Predictor of Summit Success on Denali** *WILDERNESS & ENVIRONMENTAL MEDICINE*
  Shea, K. M., Ladd, E. R., Lipman, G. S., Bagley, P., Pirrotta, E. A., Vongsachang, H., Wang, N. E., Auerbach, P. S.
  2016; 27 (1): 19-24

- **A mobile-based healthcare utilization assessment in rural Ghana**
  Vogel, L. D., Goertz, L., Shani, S. S., Boots, M., Dorval, L., Wang, N., Vidan, A., Shoag, D.
  ELSEVIER SCIENCE BV.2016: 366–68

- **Social determinants of health from the emergency department: The practice of social emergency medicine** *WestJEM*
  Anderson, E. S., Lippert, S., Newberry, J. A., Bernstien, E., Alter, H. J., Wang, N. E.
  2016: 487–89

- **Mental Illness Drives Hospitalizations for Detained California Youth.** *journal of adolescent health*
  Anoshiravani, A., Saynina, O., Chamberlain, L., Goldstein, B. A., Huffman, L. C., Wang, N. E., Wise, P. H.
  2015; 57 (5): 455-461

- **Emergency department-based health insurance enrollment for children: does linkage lead to insurance retention and utilization?** *Pediatric emergency care*
  Kanak, M., Rutman, L., Pirrotta, E. A., Giammona, M., Bermudez, M., Wang, N. E.
  2015; 31 (3): 169-172

- **Nonsurgical treatment of two cases of infantile facial growths in a resource-poor setting.** *Wilderness & environmental medicine*
  Natawidjaja, R., Ewen Wang, N.
  2015; 26 (1): 91-93

- **Improved Management of Acute Asthma Among Pregnant Women Presenting to the ED** *CHEST*
  Hasegawa, K., Cydulka, R. K., Sullivan, A. F., Langdorf, M. I., Nonas, S. A., Nowak, R. M., Wang, N. E., Camargo, C. A.
  2015; 147 (2): 406-414

- **Presentation of prescription and nonprescription opioid overdoses to US emergency departments.** *JAMA internal medicine*
  Yokell, M. A., Delgado, M. K., Zaller, N. D., Wang, N. E., McGowan, S. K., Green, T. C.
  2014; 174 (12): 2034-2037

- **Interhospital Facility Transfers in the United States: A Nationwide Outcomes Study.** *Journal of patient safety*
  Hernandez-Boussard, T., Davies, S., McDonald, K., Wang, N. E.
  2014: -?

- **The Affordable Care Act reduces emergency department use by young adults: evidence from three States.** *Health affairs*
  Hernandez-Boussard, T., Burns, C. S., Wang, N. E., Baker, L. C., Goldstein, B. A.
  2014; 33 (9): 1648-1654

- **Variations in Pediatric Trauma Transfer Patterns in Northern California Pediatric Trauma Centers (2001-2009)** *ACADEMIC EMERGENCY MEDICINE*
  Vogel, L. D., Vongsachang, H., Pirrotta, E., Holmes, J. M., Sherck, J., Newton, C., D'Souza, P., Spain, D. A., Wang, N. E.
  2014; 21 (9): 1023-1030

- **Interfacility transfer and mortality for patients with ruptured abdominal aortic aneurysm.** *Journal of vascular surgery*

Mell, M. W., Wang, N. E., Morrison, D. E., Hernandez-Boussard, T.
2014; 60 (3): 553-557

- **Clinical Correlation Needed: What Do Emergency Physicians Do After an Equivocal Ultrasound for Pediatric Acute Appendicitis?** *JOURNAL OF CLINICAL ULTRASOUND*
  Ramarajan, N., Krishnamoorthi, R., Gharahbaghian, L., Pirrotta, E., Barth, R. A., Wang, N. E.
  2014; 42 (7): 385-394

- **Availability of insurance linkage programs in u.s. Emergency departments.** *The western journal of emergency medicine*
  Kanak, M., Delgado, M. K., Camargo, C. A., Wang, N. E.
  2014; 15 (4): 529-535

- **Characteristics of United States Emergency Departments that Routinely Perform Alcohol Risk Screening and Counseling for Patients Presenting with Drinking-related Complaints.** *The western journal of emergency medicine*
  Yokell, M. A., Camargo, C. A., Wang, N. E., Delgado, M. K.
  2014; 15 (4): 438-445

- **Survival of a Patient With Tetanus in Bhutan Using a Magnesium Infusion Managed Only by Clinical Signs** *WILDERNESS & ENVIRONMENTAL MEDICINE*
  Wangmo, K. P., Teng, M., Henker, R., Kinnear, S., Tshering, J., Wang, N. E.
  2014; 25 (2): 194-197

- **Factors associated with the disposition of severely injured patients initially seen at non–trauma center emergency departments: disparities by insurance status.** *JAMA surgery*
  Delgado, M. K., Yokell, M. A., Staudenmayer, K. L., Spain, D. A., Hernandez-Boussard, T., Wang, N. E.
  2014; 149 (5): 422-430

- **Factors Associated With the Disposition of Severely Injured Patients Initially Seen at Non-Trauma Center Emergency Departments Disparities by Insurance Status** *JAMA SURGERY*
  Delgado, M. K., Yokell, M. A., Staudenmayer, K. L., Spain, D. A., Hernandez-Boussard, T., Wang, N. E.
  2014; 149 (5): 422-430

- **From 9-1-1 call to death: Evaluating traumatic deaths in seven regions for early recognition of high- risk patients** *JOURNAL OF TRAUMA AND ACUTE CARE SURGERY*
  Dean, D., Wetzel, B., White, N., Kuppermann, N., Wang, N. E., Haukoos, J. S., Hsia, R. Y., Mann, N. C., Barton, E. D., Newgard, C. D.
  2014; 76 (3): 846-853

- **Djenkolism: case report and literature review.** *International medical case reports journal*
  Bunawan, N. C., Rastegar, A., White, K. P., Wang, N. E.
  2014; 7: 79-84

- **School nurses' role in asthma management, school absenteeism, and cost savings: a demonstration project.** *journal of school health*
  Rodriguez, E., Rivera, D. A., Perlroth, D., Becker, E., Wang, N. E., Landau, M.
  2013; 83 (12): 842-850

- **Gunshot Injuries in Children Served by Emergency Services** *PEDIATRICS*
  Newgard, C. D., Kuppermann, N., Holmes, J. F., Haukoos, J. S., Wetzel, B., Hsia, R. Y., Wang, N. E., Bulger, E. M., Staudenmayer, K., Mann, N. C., Barton, E. D., Wintemute, G.
  2013; 132 (5): 862-870

- **Cost-effectiveness of helicopter versus ground emergency medical services for trauma scene transport in the United States.** *Annals of emergency medicine*
  Delgado, M. K., Staudenmayer, K. L., Wang, N. E., Spain, D. A., Weir, S., Owens, D. K., Goldhaber-Fiebert, J. D.
  2013; 62 (4): 351-364 e19

- **The effect of trauma center care on pediatric injury mortality in California, 1999 to 2011.** *journal of trauma and acute care surgery*
  Wang, N. E., Saynina, O., Vogel, L. D., Newgard, C. D., Bhattacharya, J., Phibbs, C. S.
  2013; 75 (4): 704-716

- **Clinical and Demographic Characteristics Associated With Opioid Overdose Visits to United States Emergency Departments**
  Yokell, M. A., Zaller, N. D., Delgado, M. K., Wang, N. E., McGowan, S. K., Green, T. C.
  MOSBY-ELSEVIER. 2013: S72

- **A Population-Wide Study of Pediatric Access to Trauma Centers in California, 2005-2011**
  Vogel, L., Pirrotta, E., Wang, E. N.
  MOSBY-ELSEVIER.2013: S67

- **The effect of trauma center care on pediatric injury mortality in California, 1999 to 2011.** *journal of trauma and acute care surgery*
  Wang, N. E., Saynina, O., Vogel, L. D., Newgard, C. D., Bhattacharya, J., Phibbs, C. S.
  2013; 75 (4): 704-716

- **No Difference in Mortality After Inter-Facility Transfer for Patients with Ruptured Abdominal Aortic Aneurysm**
  Mell, M. W., Wang, N. E., Morrison, D. E., Hernandez-Boussard, T.
  MOSBY-ELSEVIER.2013: 562–62

- **The trade-offs in field trauma triage: A multiregion assessment of accuracy metrics and volume shifts associated with different triage strategies** *JOURNAL OF TRAUMA AND ACUTE CARE SURGERY*
  Newgard, C. D., Hsia, R. Y., Mann, N. C., Schmidt, T., Sahni, R., Bulger, E. M., Wang, N. E., Holmes, J. F., Fleischman, R., Zive, D., Staudenmayer, K., Haukoos, J. S., Kuppermann, et al
  2013; 74 (5): 1298-1306

- **VARIATION IN PREHOSPITAL USE AND UPTAKE OF THE NATIONAL FIELD TRIAGE DECISION SCHEME** *PREHOSPITAL EMERGENCY CARE*
  Barnett, A. S., Wang, N. E., Sahni, R., Hsia, R. Y., Haukoos, J. S., Barton, E. D., Holmes, J. F., Newgard, C. D.
  2013; 17 (2): 135-148

- **Adverse events associated with procedural sedation in pediatric patients in the emergency department.** *Hospital pharmacy*
  Cudny, M. E., Wang, N. E., Bardas, S. L., Nguyen, C. N.
  2013; 48 (2): 134–42

- **Characteristics Associated With Routine Use of Alcohol Screening in United States Emergency Departments** *Research Forum of the American-College-of-Emergency-Physicians (ACEP)*
  Yokell, M. A., Camargo, J. C., Wang, N., Delgado, M.
  MOSBY-ELSEVIER.2012: S134–S135

- **Predictors of Hospitalization After an Emergency Department Visit for California Youths With Psychiatric Disorders** *PSYCHIATRIC SERVICES*
  Huffman, L. C., Wang, N. E., Saynina, O., Wren, F. J., Wise, P. H., Horwitz, S. M.
  2012; 63 (9): 896-905

- **Deciphering the use and predictive value of "emergency medical services provider judgment" in out-of-hospital trauma triage: A multisite, mixed methods assessment** *JOURNAL OF TRAUMA AND ACUTE CARE SURGERY*
  Newgard, C. D., Kampp, M., Nelson, M., Holmes, J. F., Zive, D., Rea, T., Bulger, E. M., Liao, M., Sherck, J., Hsia, R. Y., Wang, N. E., Fleischman, R. J., Barton, et al
  2012; 72 (5): 1239-1248

- **The association between insurance status and emergency department disposition of injured California children.** *Academic emergency medicine*
  Arroyo, A. C., Ewen Wang, N., Saynina, O., Bhattacharya, J., Wise, P. H.
  2012; 19 (5): 541-551

- **Evaluating the Use of Existing Data Sources, Probabilistic Linkage, and Multiple Imputation to Build Population-based Injury Databases Across Phases of Trauma Care** *ACADEMIC EMERGENCY MEDICINE*
  Newgard, C., Malveau, S., Staudenmayer, K., Wang, N. E., Hsia, R. Y., Mann, N. C., Holmes, J. F., Kuppermann, N., Haukoos, J. S., Bulger, E. M., Dai, M., Cook, L. J.
  2012; 19 (4): 469-480

- **A Multisite Assessment of the American College of Surgeons Committee on Trauma Field Triage Decision Scheme for Identifying Seriously Injured Children and Adults** *JOURNAL OF THE AMERICAN COLLEGE OF SURGEONS*
  Newgard, C. D., Zive, D., Holmes, J. F., Bulger, E. M., Staudenmayer, K., Liao, M., Rea, T., Hsia, R. Y., Wang, N. E., Fleischman, R., Jui, J., Mann, N. C., Haukoos, et al
  2011; 213 (6): 709-721

- **Effectiveness of a Staged US and CT Protocol for the Diagnosis of Pediatric Appendicitis: Reducing Radiation Exposure in the Age of ALARA** *RADIOLOGY*
  Krishnamoorthi, R., Ramarajan, N., Wang, N. E., Newman, B., Rubesova, E., Mueller, C. M., Barth, R. A.

2011; 259 (1): 231-239

- **National Survey of Preventive Health Services in US Emergency Departments** *Scientific Assembly of the American-College-of-Emergency-Physicians*
  Delgado, M. K., Acosta, C. D., Ginde, A. A., Wang, N. E., Strehlow, M. C., Khandwala, Y. S., Camargo, C. A.
  MOSBY-ELSEVIER.2011: 104–8

- **Characteristics of Pediatric Trauma Transfers to a Level I Trauma Center: Implications for Developing a Regionalized Pediatric Trauma System in California** *ACADEMIC EMERGENCY MEDICINE*
  Acosta, C. D., Delgado, M. K., Gisondi, M. A., Raghunathan, A., D'Souza, P. A., Gilbert, G., Spain, D. A., Christensen, P., Wang, N. E.
  2010; 17 (12): 1364-1373

- **Defining and Measuring Successful Emergency Care Networks: A Research Agenda** *ACADEMIC EMERGENCY MEDICINE*
  Glickman, S. W., Delgado, M. K., Hirshon, J. M., Hollander, J. E., Iwashyna, T. J., Jacobs, A. K., Kilaru, A. S., Lorch, S. A., Mutter, R. L., Myers, S. R., Owens, P. L., Phelan, M. P., Pines, et al
  2010; 17 (12): 1297-1305

- **An Interdisciplinary Initiative to Reduce Radiation Exposure: Evaluation of Appendicitis in a Pediatric Emergency Department With Clinical Assessment Supported by a Staged Ultrasound and Computed Tomography Pathway** *10th Annual Academic Emergency Medicine Consensus Conference/Annual Meeting of the Society-for-Academic-Emergency-Medicine*
  Ramarajan, N., Krishnamoorthi, R., Barth, R., Ghanouni, P., Mueller, C., Dannenburg, B., Wang, N. E.
  WILEY-BLACKWELL PUBLISHING, INC.2009: 1258–65

- **National Survey of Preventive Health Services in United States Emergency Departments**
  Delgado, M. K., Wang, N., Acosta, C., Khandwala, Y., West, A. M., Strehlow, M. C., Ginde, A. A., Camargo, J. A.
  MOSBY-ELSEVIER.2009: S20

- **A Model for Improving Uninsured Children's Access to Health Insurance via the Emergency Department** *JOURNAL OF HEALTHCARE MANAGEMENT*
  Acosta, C., Dibble, C., Giammona, M., Wang, N. E., Finley, D. S.
  2009; 54 (2): 105-116

- **Variability in Pediatric Utilization of Trauma Facilities in California: 1999 to 2005** *ANNALS OF EMERGENCY MEDICINE*
  Wang, N. E., Saynina, O., Kuntz-Duriseti, K., Mahlow, P., Wise, P. H.
  2008; 52 (6): 607-615

- **Integrating Collaborative Population Health Projects into a Medical Student Curriculum at Stanford** *ACADEMIC MEDICINE*
  Chamberlain, L. J., Wang, N. E., Ho, E. T., Banchoff, A. W., Braddock, C. H., Gesundheit, N.
  2008; 83 (4): 338-344

- **Hypertensive crisis and NSTEMI after accidental overdose of sustained release pseudoephedrine: A case report** *CLINICAL TOXICOLOGY*
  Wang, N., Gillis, E., Mudie, D.
  2008; 46 (9): 922–23

- **Tension pneumoperitoneum after intussusception pneumoreduction** *PEDIATRIC EMERGENCY CARE*
  Sohoni, A., Wang, N. E., Dannenberg, B.
  2007; 23 (8): 563-564

- **Trauma center utilization for children in California 1998-2004: Trends and areas for further analysis** *ACADEMIC EMERGENCY MEDICINE*
  Wang, N. E., Chan, J., Mahlow, P., Wise, P. H.
  2007; 14 (4): 309-315

- **Characteristics of pediatric patients at risk of poor emergency department aftercare** *ACADEMIC EMERGENCY MEDICINE*
  Wang, N. E., Kiernan, M., Golzari, M., Gisondi, M. A.
  2006; 13 (8): 840-847

- **Socioeconomic disparities are negatively associated with pediatric emergency department aftercare compliance** *ACADEMIC EMERGENCY MEDICINE*
  Wang, N. E., Gisondi, M. A., Golzari, M., van der Vlugt, T. M., Tuuli, M.
  2003; 10 (11): 1278-1284

- **International Emergency Medicine Reference List** *JOURNAL OF EMERGENCY MEDICINE*
  Shayne, P., Holliman, C. J., Wang, N. E., Parrillo, S. J.
  1999; 17 (1): 159–61

Nancy Ewen Wang
http://cap.stanford.edu/profiles/Nancy E._Wang/

- **Prediction of poor outcome of intensive care unit patients admitted from the emergency department** *CRITICAL CARE MEDICINE*
  Rodriguez, R. M., Wang, N. E., Pearl, R. G.
  1997; 25 (11): 1801-1806

- **Validating the Use of ICD-9 Code Mapping to Generate Injury Severity Scores.** *Journal of trauma nursing : the official journal of the Society of Trauma Nurses*
  Fleischman, R. J., Mann, N. C., Dai, M. n., Holmes, J. F., Wang, N. E., Haukoos, J. n., Hsia, R. Y., Rea, T. n., Newgard, C. D.
  ; 24 (1): 4–14

- **A Practical Guide to Pediatric Emergency Medicine: Caring for Children in the Emergency Department** *Cambridge University Press, Cambridge, 2010.*
  Amieva-Wang NE, Shandro j, Sohoni A, Fassl B

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 1250 Sixth Street, Suite 205, Santa Monica, California 90401 . I am over the age of 18 years, and not a party to the within action.

I hereby certify that on February 9, 2024,, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

- **REQUEST FOR ORDER APPROVING APPOINTMENT OF MEDICAL PROFESSIONALS**
- **[PROPOSED] ORDER APPROVING APPOINTMENT OF MEDICAL PROFESSIONALS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on February 9, 2024, at Los Angeles, California.

Jeff Thomson