UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**ORDER APPROVING APPOINTMENT OF MEDICAL PROFESSIONALS [1388]** |

The Court has reviewed and considered the Juvenile Care Monitor's Request for an Order Approving the Appointment of Medical Professionals ("Request").

FOR GOOD CAUSE SHOWN, the Court GRANTS the Request. The Juvenile Care Monitor is approved to hire Dr. Nancy Ewen Wang as the Medical Advisor to the Monitor and Dr. Paul H. Wise as the Special Expert to the Monitor, for the remainder of her six-month term, at the rates set forth in the Request.

**IT IS SO ORDERED.**

DATED:  February 13, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE