CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>  Defendants. | No. CV 85-4544-DMG-AGRx<br><br>[PROPOSED] ORDER GRANTING MOTION TO ENFORCE SETTLEMENT RE OPEN-AIR DETENTION SITES<br><br>Hearing: March 29, 2024<br>Time: 9:30 a.m.<br>Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

Plaintiffs' Motion to Enforce Settlement Regarding Open-Air Detention Sites, which seeks a class-wide order requiring Defendants to comply with the settlement approved by this Court on January 28, 1997 ("Settlement"), came on regularly for hearing on March 29, 2024.

The Court, having read and considered the parties' respective memoranda of law in support of and in opposition to Plaintiffs' motion, and having heard oral argument from counsel, now GRANTS Plaintiffs' motion.

IT IS HEREBY ORDERED as follows:

1. All minors discovered by the Department of Homeland Security ("DHS") and in sites monitored by DHS, including but not limited to minors at the open-air sites at San Ysidro, California and Jacumba, California, are Class Members as defined by Paragraph 10 of the Settlement.

2. As required by Paragraph 12.A of the Settlement, DHS shall expeditiously process all Class Members. DHS shall place Class Members in facilities that are safe and sanitary and that are consistent with DHS's concern for the particular vulnerability of minors.

3. DHS shall cease directing minors to open-air sites or holding minors in open-air sites, except for the amount of time DHS is actively preparing the minor for transport or transporting the minor.

4. If minors are detained in open-air sites for more than two hours after first discovery by DHS, Defendants shall record the minor's name, date of birth, accompanied or unaccompanied status, length of stay, date and time of transfer to a safe and sanitary facility, and an explanation of the exceptional circumstances requiring delay in transfer. For a period of six months from the date of this Order, DHS shall file monthly reports under seal, with unredacted copies to Plaintiffs' counsel, setting out the information collected pursuant to this Paragraph.

5. As required by Paragraph 12.A of the Settlement, DHS shall provide Class Members contact with family members who were arrested with the minor. This shall

include all family members DHS encountered with the minor, including family members directed to proceed to and/or to remain in open-air sites.

Dated: February 29, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*