*Jenny L. Flores, et al. v. Merrick Garland, et al.*
Case No. CV 85-4544-DMG (AGRx)

**Exhibit Index to Plaintiffs Motion to Enforce re Open-Air Detention Sites**

| Exhibit | Exhibit Description |
|---|---|
| 1 | Declaration of Mishan Wroe, February 29, 2024 |
| 2 | Declaration of Pedro Rios, February 21, 2024 |
| 3 | Declaration of Flor De Luna Alvarez-Lopez, February 28, 2024 |
| 4 | Declaration of Erika Pinheiro, February 26, 2024 |
| 5 | Declaration of Dr. Theresa Cheng, February 23, 2024 |
| 6 | Declaration of Adriana Jasso, February 21, 2024 |
| 7 | Declaration of Sarah Kahn, February 27, 2024 |
| 8 | Declaration of Saulo, February 3, 2024 |
| 9 | Declaration of G., February 21, 2024 |
| 10 | Declaration of E.G, February 3, 2024 |
| 11 | Declaration of Lilian Serrano, February 26, 2024 |