# EXHIBIT 1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | DECLARATION OF MISHAN WROE IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT RE OPEN-AIR DETENTION SITES |
| v. | |
| MERRICK GARLAND, Attorney General the United States, *et al.*, | Hearing: March 29, 2024<br>Time: 9:30 a.m.<br>Hon. Dolly M. Gee |
| Defendants. | |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

**Declaration of Mishan Wroe**

I, Mishan Wroe, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am a Senior Attorney at the National Center for Youth Law, and I am counsel of record for Plaintiffs in the above-captioned case.

3. On December 19, 2023, Plaintiffs emailed Defendants to describe Plaintiffs' concerns about class members detained at open-air detention sites and to request to meet and confer about this issue. That email is attached hereto as Exhibit A.

4. On January 4, 2024, Plaintiffs and Defendants met and conferred by phone to discuss Plaintiffs' concerns as outlined in Exhibit A.

5. On January 8, 2024, Defendants provided an email update regarding CBP encounters of noncitizens at the open-air sites. Plaintiffs responded to explain that we appreciated the update, but our concerns were not alleviated given the lack of policy change to protect class members at these sites. That email correspondence is attached hereto as Exhibit B.

6. On February 21, 2024, Plaintiffs emailed Defendants to reiterate their continued concerns regarding class members detained at open-air detention sites and to inform Defendants of Plaintiffs' intention to enforce the *Flores* Settlement Agreement as necessary. That email is attached hereto as Exhibit C.

7. As of 9:00 a.m. Pacific Standard Time on February 29, 2024, Plaintiffs have not received a response to the February 21, 2024, email communication.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February, 2024, at Oakland, California.

*/s/ Mishan Wroe*
Mishan Wroe

# EXHIBIT A



**Mishan Wroe <mwroe@youthlaw.org>**

---

## Meet and Confer Request regarding Open Air Detention Sites

**Mishan Wroe** <mwroe@youthlaw.org>                                Tue, Dec 19, 2023 at 10:59 AM
To: "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>
Cc: "Fabian, Sarah B (CIV)" <sarah.b.fabian@usdoj.gov>, Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Sarah Kahn <sarah@centerforhumanrights.org>, Andrea Sheridan Ordin <aordin@strumwooch.com>, Paul Wise <phwise100@gmail.com>

Dear Fizza,

We write to meet and confer regarding violations of the *Flores* Settlement Agreement ("Settlement Agreement") occurring in open-air detention sites where CBP is holding class members and their families for extended periods of time in unsafe and unsanitary conditions.

For many months, CBP has been holding *Flores* class members in the open-air corridor at four sites between the primary and secondary walls west of the San Ysidro Port of Entry in California and four sites in Jacumba, California. It is our understanding that one of the sites in Jacumba is currently not in use. As detailed in the DHS Office for Civil Rights and Civil Liberties (CRCL) complaint submitted by Southern Border Communities Coalition (SBCC) on May 13, 2023 and the CRCL complaint submitted by Al Otro Lado (AOL), American Friends Service Committee (AFSC), Border Kindness, SBCC, Center for Gender and Refugee Studies (CGRS), International Refugee Assistance Project (IRAP), and National Immigration Law Center (NILC), on December 11, 2023, Border Patrol agents are not providing adequate water, food, shelter, sanitation or medical assistance to class members in these sites, in violation of paragraphs 11 and 12 of the Settlement Agreement. *Flores* counsel observed similar conditions in a visit to the San Ysidro Port of Entry on November 20, 2023.

Based on our own observations and our discussions with advocates, in addition to multiple publicly available sources, it is clear that CBP maintains custody of class members in these open-air detention sites and therefore is required, pursuant to the Settlement Agreement, to treat these "minors in its custody with dignity, respect and special concern for their particular vulnerability as minors" as well as to hold them "in facilities that are safe and sanitary" including providing them with, at a minimum, "access to toilets and sinks, drinking water and food..., medical assistance …, [and] adequate temperature control... ." Settlement Agreement ¶¶ 11, 12A. Inexplicably, CBP is failing to meet these essential requirements. Class members must immediately be moved from these detention sites to safety and CBP must immediately stop its policy of holding class members in these open-air sites.

Holding class members in this manner is fundamentally unsafe. We are aware of infants experiencing severe dehydration leading to vomiting, youth receiving nothing more than a single water bottle and granola bar per day as sustenance, and youth spending days outside exposed to the elements, being forced to sleep on the ground in increasingly colder temperatures.

These sites are inherently unsanitary. Advocates have reported piles of trash accumulating for days at a time without being cleared. In some of the detention sites, there is only one portable toilet provided for hundreds of people. The toilets are not cleaned regularly and create an unsanitary hazard for class members. Moreover, children do not have regular or adequate access to showers, toothbrushes, or hand washing.

Class members experience medical emergencies in these detention sites without adequate access to medical treatment. Earlier this month, a 13-year-old boy died at the Moon Valley Jacumba site after waiting more than an hour for emergency medical services to arrive. We are also aware of at least one child with asthma who was wheezing and spent several days at an open-air detention site without access to an inhaler. Children have also experienced head trauma, high fevers, seizures, and severe dehydration requiring immediate medical attention. Thankfully, in many of these instances, advocates were on site and able to help these

children access treatment. Without the advocates' intervention, there is no indication that these children would have received appropriate medical care.

We look forward to discussing these issues with you and, most importantly, to a prompt cessation of this policy and practice. To avoid court intervention, we request that we meet and confer about the issues raised in this letter and the CRCL complaints as soon as possible. We understand that scheduling is challenging this time of year, but due to the gravity of the situation and the likelihood that conditions will worsen in the coming weeks as winter weather approaches, we request that you provide options for a meeting as soon as possible and no later than January 5, 2024. I have copied Andrea Ordin and Dr. Wise so they are aware of our request.

Thank you,
Mishan

--



**Mishan Wroe,** she/her
**Senior Attorney, Immigration**
p: 510.920.3512

youthlaw.org

  

# EXHIBIT B



Mishan Wroe <mwroe@youthlaw.org>

## Meet and Confer Request regarding Open Air Detention Sites

**Mishan Wroe** <mwroe@youthlaw.org>                                            Tue, Jan 9, 2024 at 10:05 AM
To: "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>
Cc: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>, Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Sarah Kahn <sarah@centerforhumanrights.org>, Paul Wise <phwise100@gmail.com>, Andrea Sheridan Ordin <aordin@strumwooch.com>, "McCroskey, Joshua C. (CIV)" <Joshua.C.McCroskey@usdoj.gov>

Thank you, Fizza, for sharing this update. We understand the numbers of detained people varies considerably day to day and without a policy prohibiting youth from staying in any open air detention site for any significant period of time, our concerns are not met by this information. We will continue to confer about our next steps and we'll share an update with you all when we have one.

--



**Mishan Wroe,** *she/her*
**Senior Attorney, Immigration**
p: 510.920.3512

youthlaw.org



On Mon, Jan 8, 2024 at 7:15 AM Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov> wrote:

> Dear Mishan,
>
> This email is to provide an update to Plaintiffs' counsel that there are currently 6 areas where CBP has encountered noncitizens. There are 3 areas near San Ysidro and 3 areas near Jacumba. As of Friday, January 5th, there were no noncitizens (including minors) located in any of these areas. As communicated during our meet and confer, CBP continues to prioritize the transportation of vulnerable populations (including minors) to the nearest USBP Station for processing.
>
> Kind regards,
>
> Fizza
>
> ---
>
> **From:** Mishan Wroe <mwroe@youthlaw.org>
> **Sent:** Tuesday, January 2, 2024 4:37 PM
> **To:** Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
> **Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Carlos Holguín <crholguin@centerforhumanrights.email>; Leecia Welch <lwelch@childrensrights.org>; Neha Desai <ndesai@youthlaw.org>; Sarah Kahn <sarah@centerforhumanrights.org>; Paul Wise <phwise100@gmail.com>; Andrea Sheridan Ordin <aordin@strumwooch.com>; McCroskey, Joshua C. (CIV) <Joshua.C.McCroskey@usdoj.gov>
> **Subject:** [EXTERNAL] Re: Meet and Confer Request regarding Open Air Detention Sites

Thank you, Fizza. We can meet on Thursday at 12pm ET. We'll look forward to your invite. Nice to meet you, Joshua!

--



**Mishan Wroe, she/her**
**Senior Attorney, Immigration**
p: 510.920.3512

youthlaw.org



On Tue, Jan 2, 2024 at 12:11 PM Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov> wrote:

> Dear Mishan,
>
> I hope you enjoyed the holidays, and Happy New Year. We are able to meet and confer on the below dates and times:
>
> - Thursday (1/04) – 12-1pm (ET); 4-5pm (ET)
> - Friday (1/05) – 1-3pm (ET)
>
> We do not believe that involvement of the Juvenile Care Monitor and/or Dr. Wise is appropriate per the 2022 CBP Settlement for purposes of our discussion to address Plaintiffs' concerns below which fall outside the RGV and El Paso sectors. Please let me know what date/time works for Plaintiffs, and I can circulate an invite.
>
> Separately, please include my colleague Joshua McCroskey (cc'd) on all *Flores* emails moving forward. He will be working on this case with me.
>
> Kind regards,
>
> Fizza
>
> ---
>
> **From:** Andrea Sheridan Ordin <aordin@strumwooch.com>
> **Sent:** Wednesday, December 27, 2023 8:15 PM
> **To:** Mishan Wroe <mwroe@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
> **Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Carlos Holguín <crholguin@centerforhumanrights.email>; Leecia Welch <lwelch@childrensrights.org>; Neha Desai <ndesai@youthlaw.org>; Sarah Kahn <sarah@centerforhumanrights.org>; Paul Wise <phwise100@gmail.com>
> **Subject:** [EXTERNAL] Re: Meet and Confer Request regarding Open Air Detention Sites

2/22/24, 3:13 PM    Case 2:85-cv-04544-DMG-AGR    Document 1392-4    Filed 02/29/24    Page 11 of 15    Page ID
National Center for Youth Law Mail - Meet and Confer Request regarding Open Air Detention Sites
#:48910

Mishan,

Thank you for including Dr. Wise and me on this Meet and Confer Request. The request raises serious issues. As you have noted, it is a challenging time of year for scheduling. Although Dr. Wise and I are not required for the meeting, I wanted you and Fizza Batool to know that Dr. Wise and I have made plans to monitor in Texas, traveling on January 3 and returning on the evening of January 5.

Best!

Andrea

---

**From:** Mishan Wroe <mwroe@youthlaw.org>
**Sent:** Tuesday, December 19, 2023 10:59 AM
**To:** Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
**Cc:** Fabian, Sarah B (CIV) <sarah.b.fabian@usdoj.gov>; Carlos Holguín <crholguin@centerforhumanrights.email>; Leecia Welch <lwelch@childrensrights.org>; Neha Desai <ndesai@youthlaw.org>; Sarah Kahn <sarah@centerforhumanrights.org>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Paul Wise <phwise100@gmail.com>
**Subject:** Meet and Confer Request regarding Open Air Detention Sites

Dear Fizza,

We write to meet and confer regarding violations of the *Flores* Settlement Agreement ("Settlement Agreement") occurring in open-air detention sites where CBP is holding class members and their families for extended periods of time in unsafe and unsanitary conditions.

For many months, CBP has been holding *Flores* class members in the open-air corridor at four sites between the primary and secondary walls west of the San Ysidro Port of Entry in California and four sites in Jacumba, California. It is our understanding that one of the sites in Jacumba is currently not in use. As detailed in the DHS Office for Civil Rights and Civil Liberties (CRCL) complaint submitted by Southern Border Communities Coalition (SBCC) on May 13, 2023 and the CRCL complaint submitted by Al Otro Lado (AOL), American Friends Service Committee (AFSC), Border Kindness, SBCC, Center for Gender and Refugee Studies (CGRS), International Refugee Assistance Project (IRAP), and National Immigration Law Center (NILC), on December 11, 2023, Border Patrol agents are not providing adequate water, food, shelter, sanitation or medical assistance to class members in these sites, in violation of paragraphs 11 and 12 of the Settlement Agreement. *Flores* counsel observed similar conditions in a visit to the San Ysidro Port of Entry on November 20, 2023.

Based on our own observations and our discussions with advocates, in addition to multiple publicly available sources, it is clear that CBP maintains custody of class members in these open-air detention sites and therefore is required, pursuant to the Settlement Agreement, to treat these "minors in its custody with dignity, respect and special concern for their particular vulnerability as minors" as well as to hold them "in facilities that are safe and sanitary" including providing them with, at a minimum, "access to toilets and sinks, drinking water and food..., medical assistance …, [and] adequate temperature control... ." Settlement Agreement ¶¶ 11, 12A. Inexplicably, CBP is failing to meet these essential requirements. Class members must immediately be moved from these detention sites to safety and CBP must immediately stop its policy of holding class members in these open-air sites.

Holding class members in this manner is fundamentally unsafe. We are aware of infants experiencing severe dehydration leading to vomiting, youth receiving nothing more than a single water bottle and

granola bar per day as sustenance, and youth spending days outside exposed to the elements, being forced to sleep on the ground in increasingly colder temperatures.

These sites are inherently unsanitary. Advocates have reported piles of trash accumulating for days at a time without being cleared. In some of the detention sites, there is only one portable toilet provided for hundreds of people. The toilets are not cleaned regularly and create an unsanitary hazard for class members. Moreover, children do not have regular or adequate access to showers, toothbrushes, or hand washing.

Class members experience medical emergencies in these detention sites without adequate access to medical treatment. Earlier this month, a 13-year-old boy died at the Moon Valley Jacumba site after waiting more than an hour for emergency medical services to arrive. We are also aware of at least one child with asthma who was wheezing and spent several days at an open-air detention site without access to an inhaler. Children have also experienced head trauma, high fevers, seizures, and severe dehydration requiring immediate medical attention. Thankfully, in many of these instances, advocates were on site and able to help these children access treatment. Without the advocates' intervention, there is no indication that these children would have received appropriate medical care.

We look forward to discussing these issues with you and, most importantly, to a prompt cessation of this policy and practice. To avoid court intervention, we request that we meet and confer about the issues raised in this letter and the CRCL complaints as soon as possible. We understand that scheduling is challenging this time of year, but due to the gravity of the situation and the likelihood that conditions will worsen in the coming weeks as winter weather approaches, we request that you provide options for a meeting as soon as possible and no later than January 5, 2024. I have copied Andrea Ordin and Dr. Wise so they are aware of our request.

Thank you,
Mishan

--



**Mishan Wroe, she/her**

**Senior Attorney, Immigration**

p: 510.920.3512

youthlaw.org



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from

malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

# EXHIBIT C



**Mishan Wroe <mwroe@youthlaw.org>**

## Meet and Confer Request regarding Open Air Detention Sites

**Mishan Wroe** <mwroe@youthlaw.org>  Wed, Feb 21, 2024 at 11:04 AM
To: "Batool, Fizza (CIV)" <Fizza.Batool2@usdoj.gov>
Cc: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>, Carlos Holguín <crholguin@centerforhumanrights.email>, Leecia Welch <lwelch@childrensrights.org>, Neha Desai <ndesai@youthlaw.org>, Sarah Kahn <sarah@centerforhumanrights.org>, Paul Wise <phwise100@gmail.com>, Andrea Sheridan Ordin <aordin@strumwooch.com>, "McCroskey, Joshua C. (CIV)" <Joshua.C.McCroskey@usdoj.gov>

Fizza,

Plaintiffs remain very concerned about the open air detention sites we corresponded about in mid-December and discussed in early January. In particular, despite the apparent decrease in numbers, we remain deeply troubled by the unsafe and unsanitary conditions class members are held in for any period of time at the open air sites. Plaintiffs' position is that children held at open air detention sites are class members and as such CBP is violating Paragraph 12 of the *Flores* Settlement Agreement by failing to keep these children in safe and sanitary settings. We plan to take the necessary steps to enforce the Settlement.

When we last spoke in December 2023, it was Defendants' position that these children are not class members and that they are not in CBP custody. Unless Defendants' position has changed, there is unlikely to be anything left to meet and confer about but Plaintiffs remain open to talking if Defendants' position has changed and/or if you have any questions. We are available this week or next.

Thank you,
Mishan

--



**Mishan Wroe, she/her**
**Senior Attorney, Immigration**
p: 510.920.3512

youthlaw.org

  

[Quoted text hidden]