# EXHIBIT 2

I, Pedro Rios, declare as follows:

1.      The content of this declaration is based on my personal knowledge, my own observations, information communicated directly to me by people detained at open-air detention sites ("OADS"), and information I have learned through conversations with Border Patrol officers. The following facts are true to the best of my understanding and recollection. If called to testify in this case, I would testify competently about these facts.

**Personal Background**

2.      I am the Director of the American Friends Service Committee's (AFSC) US-Mexico Border Program. I have been monitoring and advocating for human rights for twenty years with AFSC. I am also a member of several organizations that advocate for humane and dignified policies for the Southern Border, including the Southern Border Communities Coalition ("SBCC") and The National Network for Immigrant and Refugee Rights.

3.      I submitted a declaration in support of the complaint SBCC filed with the Department of Homeland Security ("DHS") Office of Civil Rights and Civil Liberties on May 13, 2023. Attached hereto as Exhibit A is a true and correct copy of that declaration. I filed an additional supplemental declaration to the same office in a renewed and expanded complaint about continued violations of rights by U.S. Customs and Border Protection ("CBP") at OADS on December 11, 2023. Attached hereto as Exhibit B is a true and correct copy of the supplemental declaration.

4.      The first groups of people that I am aware of that were detained between the primary and secondary barriers along the U.S.-Mexico border occurred in October 2022, near Friendship Park. I first observed children at the OADS in February 2023. Though the numbers of people detained at the OADS from October 2022 to present day has varied, the numbers steadily increased in February 2023 and again more significantly in April and May 2023. Since May 2023, the numbers of people have continued to fluctuate

from week to week, diminishing significantly from June to August, and increasing again in September 2023 with highs of several hundred into October and November, and decreasing slightly in December.  More people now cross during the evening and spend the night at OADS known as Whiskey 8, west of the San Ysidro Port of Entry.

5.      Since April 2023 I have visited the border regularly, providing volunteer aid and observing the conditions of the OADS near San Ysidro, California. I have been to the Jacumba, California OADS only a handful of times. Between September 2023 and early February 2024, I went to OADS at the border nearly every day, about 5 days a week, and I spent between 3-6 hours during each visit. I am currently going to the OADS 3 times per week for 4 hours at a time.  In addition to these visits, sometimes I go to Whiskey 8 to replenish drinking water, and I stay for about 30 minutes while I do a general review of the area.

6.      Since the spring of 2023, I have observed migrants trapped between the primary and secondary border barriers on the western most segment of the US-Mexico border near San Ysidro. There are at least four OADS west of the San Ysidro Port-of-Entry, including Whiskey 4, Whiskey 8, Spooner's Mesa, and 91X, and all four sites are between the primary and secondary border barriers. I have personally visited Whiskey 8 and Spooner's Mesa, and I have observed Whiskey 4 from an adjacent parking lot. The 91X OADS is near the beach and seems to be used less frequently than the others, though I have occasionally heard a Border Patrol agent indicate that migrants are being held at 91X.

7.      At Whiskey 8, AFSC and other volunteer groups have set up four different stations, including a water station, food station, phone charging station, and a medical station. We have also added a food pantry at Whiskey 8. When Border Patrol permits us to do so, we prepare food for the Whiskey 4 and Spooner's Mesa OADS.

8.      Since May 2023, I have observed migrants, including young children, held in various OADS near Jacumba, California including a site called Valley of the Moon (also known as Moon Valley) that is along highway 8; Tower 177 which is located on private

land isolated at the bottom of a hill; and Willows, a gated-off site located on private land abutting a wall along the U.S.-Mexico border.

9.      I have spoken with migrants who have identified themselves as being from many different countries, including Afghanistan, Jamaica, India, and Colombia. Most of the migrants I have spoken with are seeking asylum because of dangers they face in their home countries.


**CBP Controls the Flow of Migrants to Open-Air Detention Sites and Transfer and Release from the Sites.**

10.     When I visit the OADS near San Ysidro and Jacumba, I see CBP agents patrol the corridor with vehicles and ATVs. The areas are also monitored by cameras. I have observed that Border Patrol directs migrants where they must go, where they must stay, and where they must wait.

11.     For example, I have observed Border Patrol telling migrants they must sit in rows and stay seated within the OADS. On occasion, I have seen agents drive through the OADS with an ATV or cars, to check that the migrants were seated. Migrants have told me they believe this is in anticipation of being processed, but the agents will make them all sit for hours on end and do not pick them up for processing. Migrants state, and I have observed, that if people are not sitting, agents sometimes yell at the migrants. This includes children, who do not understand what is happening. These individuals sit under full sun, rain, and sometimes extreme cold.

12.     In Jacumba, I have spoken with migrants who were directed to the site by Border Patrol. For example, on December 3, 2023, I spoke with three people at the Valley of the Moon site who had walked nearly three hours to get to the site, following Border Patrol agents' directions to go there. One of these individuals said that they were walking in one direction, and a Border Patrol agent redirected them in another direction to keep walking eastward toward the Valley of the Moon site.

13.     Near San Ysidro, CBP holds migrants in an area bounded by a secondary barrier to the north of the primary barrier. This corridor between the barriers comprises the OADS and is fully controlled by CBP.  Border Patrol agents tell migrants they must remain in this area. Often Border Patrol agents will instruct migrants to remove their shoelaces.

14.     I have observed Border Patrol agents ushering migrants from Whiskey 4, near Las Americas, to the Whiskey 8 OADS. Agents also directed single men to the Spooner's Mesa, which is approximately 1.5 miles from Whiskey 8.

15.     In San Ysidro, I witnessed Border Patrol agents tell some migrants that they must remain at Whiskey 8 and wait to be picked up there, while telling other migrants to walk to Spooner's Mesa. I have spoken to migrants at Whiskey 8 who told me that the men in their group were separated from them and told to remain at Spooner's Mesa. This has included partners who traveled together from their country of origin. It also has included 18-year-old teenagers who must leave their mothers at Whiskey 8 while they are told to walk to Spooner's Mesa.  In these latter scenarios, the family members separated may be released at different hours and different days, which may complicate their onward travel.

16.     Border Patrol often transports people from one area of the corridor between the primary and secondary barriers along the U.S.-Mexico border to another. In 2023, nearly every day I that I spent at the Whiskey 8 site, I observed Border Patrol vans dropping off people at Whiskey 8 that Border Patrol had picked up after these individuals crossed the border wall. For example, on December 7, 2023, I witnessed Border Patrol transporting two vanloads of people to the Whiskey 8 site; I personally heard a Border Patrol agent tell these transported individuals to eat food that volunteers like me were providing.

17.     Migrants at the OADS are forced to wait at the sites for hours and even days at a time, without being allowed to freely leave. In February 2023, at San Ysidro OADS, I spoke to migrants who had been in the OADS for several days hoping to be processed by border agents. They told me that although CBP agents had seen them and spoken to them, the agents had not processed them out of the OADS.

18.     In April 2023, more women and children began to appear in the corridor and the number of migrants grew until it was regularly around 700 people who were visible to me at the Whiskey 8 area. I knew there were more people at other OADS in the corridor. In conversations with Border Patrol agents on site and migrants at Whiskey 8, they confirmed that more people were at Whiskey 4 and Spooner's Mesa.

19.     In May 2023, I spoke to several people at Whiskey 8 who were held for up to 7 days at the OADS. These included children who stayed at Whiskey 8 for days at a time. At this time, Border Patrol instituted the use of wristbands to identify people's arrival based on the agent's first official interaction with them, which might be a day or two after they actually arrive at the OADS. Though the wristbands are no longer being used at Whiskey 8, they resemble the ones used at music concerts. They are different colors, and some have the day of the week printed on them.

20.     In December 2023, people, including children, were held at Whiskey 8 for up to 18 hours and men held at Spooner's Mesa were usually forced to wait for at least 24 hours. On December 5, 2023, I spoke with two families who had spent the night at the Valley of the Moon site near Jacumba.

21.     Between May 2023 and February 2024, I saw Border Patrol regularly take count of people detained at the Whiskey 8 OADS. I observed agents direct people to stand in a row and count everyone present. Sometimes they tell the families to stand separately and the single men and the single women to stand together to get a count of those present, including families.

22.     My organization provides basic necessities to migrants at OADS, including water, food, and blankets. Initially when we started providing humanitarian aid, an agent scolded me, telling me that we needed to alert Border Patrol every time we came to Whiskey 8. As the press began to cover what was unfolding at the OADS in late Spring 2023, I saw that they also told the media the same thing.  As recently as February 13, 2024, a Border Patrol agent told an MSNBC crew that they were required to notify Border Patrol about their plans to be in the area.

23.     In my experience, Border Patrol maintains strict control over who enters the OADS to assist migrants and asylum seekers. Usually, we are not allowed into the Spooner's Mesa site, but once, in early September 2023, after advocating with the supervising Border Patrol agent, my colleague and I were permitted to feed people meals there. We fed approximately 380 people during that visit.

24.     Even when allowed in, volunteers like me are subject to Border Patrol's strict orders. In September 2023, Border Patrol agents told me on at least two occasions that they would arrest me and my group if we approached the secondary border wall at Whiskey 8. On September 12, 2023, I reported one such incident to the Sector Chief by email but got no response. The threats to arrest volunteers are surprising, given that on more than three occasions, I have spoken with Border Patrol agents who have stated that they appreciate our presence and work in the area.

**CBP's Use and Control of OADS Has Created Dangerous and Unsanitary Conditions for Migrants**

25.     Border Patrol does not provide basic human necessities to the migrants detained at the OADS. At Whiskey 8, Border Patrol agents continue to fail to provide food or even water, even to children. I spoke with several men who came to Whiskey 8 from Spooner's Mesa, and they told me that they had not had water or food in the near 24 hours until they were directed by Border Patrol to wait at Whiskey 8.

26.     In April 2023, I was regularly volunteering two to three times per week at Whiskey 8. At that time, most migrants had been at Whiskey 8 for at least 2 days. Some had mylar blankets given to them by border agents, others had nothing to cover themselves at night. During this time, it rained regularly and was cold day and night. The migrants told me they were thirsty and hungry with little to nothing to eat or drink.

27.     Migrants have told me they have had to wait up to 7 days with no shelter, minimal water, and only a granola bar to eat. When I was visiting the OADS in the Spring of 2023, I communicated with the Border Patrol liaison about the conditions, and shortly

thereafter, agents placed a 5-gallon container of water at the OADS every morning, but this would finish quickly. By mid-day there was no available water.

28.     In 2023, San Diego was unusually cold and rainy. I recall a particularly rainy night in mid-April 2023. The following morning, I came to the border and spoke to a group of migrants who were all from Africa. They had not been given mylar blankets, but they had regular blankets that were soaked. They had no other clothes or cover to protect them from the weather. They told me they had been at Whiskey 8 for 5 days.

29.     At the end of April 2023, I spoke to the Border Patrol community liaison as well as the Department of Homeland Security Civil Rights and Civil Liberties liaison expressing concerns about the conditions, including the lack of water and sanitation. Initially they told me that the government was considering bringing in a buffalo water tank, but then the Border Patrol liaison told me they would not install one at Whiskey 8 out of concern that it would attract more migrants. They never brought the tank in.

30.     On April 28, 2023, several months after I began witnessing the presence of migrants in the corridor, agents brought in a single port-a-potty to the Whiskey 8 area, but it was not enough for what was then about 70 people on average in that area. I don't know if they brought additional port-a-potties to other parts of the corridor.

31.     Two days after the port-a-potty arrived, it was full and unusable. It may have been serviced, but I never personally observed that happen, and migrants regularly complained that it was unusable. As of December 2023, there were two port-a-potties.

32.     On May 1, 2023, I spoke with a group of men from India who told me they were starving. They showed me the leaves they were eating. They had been there for 5 days. During that time, I observed that border agents had removed the 5-gallon water jug. They handed out one small water bottle per migrant every day, leaving migrants thirsty by the afternoon.

33.     Throughout my time monitoring the conditions in the corridor and volunteering, I have witnessed some Border Patrol agents speaking aggressively towards migrants. For example, I heard one agent say, "I don't give a fuck how long you've been here," and

another say, "get the fuck away from me" when a migrant approached to ask a question. On February 8, 2024, I heard a Border Patrol agent yell, "No passport, no go! I don't give a fuck if you're cold!" It was 51 degrees at that time at approximately 7:30 AM.

34.     Border Patrol also fails to provide sufficient medical care to injured or ill migrants at the OADS, relying on volunteers like me to provide first aid and other first responder care. For example, in May 2023, I alerted the Border Patrol liaison that a Jamaican woman had approached me to tell me she had suffered a miscarriage after being kidnapped and raped in Mexico and was in what she described as excruciating pain. Other human rights observers shared that they alerted Border Patrol to this woman's condition several days prior, but nothing was done.

35.     One day in early October 2023, a Border Patrol agent notified me and my colleague that a 12-year-old boy from Ecuador had a high temperature of about 101 degrees. The agent asked us to keep monitoring the boy. We monitored the boy's temperature every 30 minutes for about two hours, and when his temperature shot up to 103 degrees, I notified Border Patrol, who then called for an ambulance.

36.     Several months ago, I spoke with a mother who had fallen from the border wall with her one-year-old baby daughter strapped to her back. The mother agreed to have her injuries inspected by paramedics, and the paramedics suggested she and her child get further medical care at a hospital. I observed a Border Patrol agent threatened the mother that if she agreed to be transported to the hospital, she would not be processed and would suffer immigration consequences. The mother then refused medical treatment. This incident, which I observed, occurred in the early evening.

**Families and Children Are Held in the Open-Air Detention Sites**

37.     I have seen many children held in the OADS since I started visiting them regularly in April 2023. Like the adults, these children do not have access to food, water, or medical services and they must sit or stand for hours at a time in accordance with CBP instructions.

38.     I have observed many unaccompanied children at Whiskey 8. I have witnessed when Border Patrol agents separate a child out of a group and place him or her into a van. The remaining individuals were kept in a line and later transported in a bus out of Whiskey 8.

39.     In May 2023, I witnessed a child who was less than a year old whose mother said was no longer taking her breast milk and was throwing up and listless. I called the Border Patrol liaison for medical assistance, and they came to take the child and mother to the hospital. But had I or another human rights observer not been there, that child might not have received any assistance. Especially since agents are not making themselves approachable and some are actively aggressive towards migrants.

40.     In another instance, parents of an 8-year-old child approached me to tell me that their child had had a seizure as a result of his medication being taken away by Mexican authorities. They were concerned for the child's health. I left a message for the Border Patrol liaison and agents came for him soon after. As with other incidents, if we had not been there, the child may have fallen into greater danger.

41.     On January 24, 2024, I spoke to a mother at Whiskey 8 at approximately 8:30 PM. She stated that a Border Patrol agent pointed his service weapon at two young men in Tijuana who were assisting her 11-yeard old daughter scale the primary border wall. Consequently, the men fled and the girl fell on the Tijuana side. The Border Patrol agent yelled in English to the mother to walk west to Whiskey 8. She was forced to leave her daughter behind on the other side of the wall and was crying not knowing what had happened to her daughter. Though her daughter crossed to the United States at around 2:30 AM, the incident was traumatic for both.

42.     One migrant told me that in the night, the children cry. He said that the adults have a way to cope, but the children are scared.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21 day of February 2024, at Chula Vista, California

_____

Pedro Rios

# EXHIBIT A

## DECLARATION OF PEDRO RIOS

I, Pedro Rios, declare the following:

1. I am the director of the American Friends Service Committee (AFSC) US-Mexico Border Program. I have been monitoring and advocating for human rights at AFSC for twenty years.

2. For the last several months, I have observed migrants trapped between the primary and secondary barriers on the western most segment of the US-Mexico border near San Ysidro. Migrants have identified themselves as from many different countries including Afghanistan, Jamaica, India and Colombia, and they state they are seeking asylum because of dangers they face in their home countries.

3. The area in which they are trapped is north of the primary barrier abutting Mexico. That area north of the barrier is in the United States. The migrants state they have crossed the barrier to turn themselves in to border agents and are doing so out of desperation, because they seek safety. Once over the barrier, they await to be processed by border agents.

4. The migrants are trapped in an area bounded by a secondary barrier to the north of the primary barrier. This corridor between the barriers is fully controlled by the U.S. Border Patrol. Agents pass along this corridor with vehicles and ATVs. The area is also monitored by cameras. Anyone in this corridor is under their control and in their custody.

5. In February 2023, I first spoke to migrants trapped in the corridor, while I was at an event we held near the border walls. About a dozen migrants approached the northern barrier to talk to me and told me that they had been in the corridor for several days hoping to be processed by border agents, but had not yet been, even though agents were regularly passing by. The agents had given them mylar blankets but little else. During this time, it rained regularly in San Diego.

6. I have continued to see migrants in the corridor since, and have monitored their conditions. I have seen them in several locations in the corridor identified as follows from east to west: near the Las Americas mall, at the section known as Whiskey 8, and closer to the beach.

7. The number of people that I have been able to see has varied from dozens to hundreds. In March, I began coming 2-3 times a week to talk to migrants and monitor the conditions. In most cases, they had been there for at least 2 days. Some had mylar blankets given to them by border agents, others had nothing to cover themselves at night. During this time it rained regularly and was cold day and night. They told me they were thirsty and hungry with little to nothing to eat or drink.

8. In April, the number of migrants in the corridor seemed to grow until it was regularly around 70 people who were visible to me at the Whiskey 8 area, and I knew there were more at other locations in the corridor. More women and children appeared in the corridor. Because Whiskey 8 is most accessible from the U.S. side, this is where I came to speak to migrants.

9. Migrants reported waiting up to 7 days with no shelter, minimal water, and only a granola bar to eat. I communicated with the Border Patrol liaison about the conditions, and shortly thereafter,

agents placed a 5 gallon container of water every morning, but this would finish quickly. By mid day there was no available water.

10. This year, San Diego has been unusually cold and rainy. I recall a particularly rainy night in mid April. The following morning, I came to the border and spoke to a group of migrants who were all from Africa. They had not been given mylar blankets, but had regular blankets that were soaked. They had no other clothes or cover to protect them from the weather. They told me they had been there for 5 days.

11. In the last week of April, I spoke to the Border Patrol community liaison as well as the Department of Homeland Security Civil Rights and Civil Liberties liaison expressing concerns about the conditions, including the lack of water and sanitation.

12. Initially they told me that the government was considering bringing in a buffalo water tank, but then the Border Patrol liaison told me they would not out of concern that it would attract more migrants. They never brought the tank in.

13. On April 28, several months after I began witnessing the presence of migrants in the corridor, agents brought in a single port-a-potty to the Whiskey 8 area, but it was not enough for what was then about 70 people on average in that area. I don't know if they brought additional port-a-potties to other parts of the corridor.

14. Two days after the port-a-potty arrived, it was full and unusable. It may have been serviced, but I never saw that happen, and migrants have regularly complained since that it is unusable. As of today, there is only one port-a-potty, even though the number of migrants has grown to an estimated 400.

15. Beginning in May, I began coming to the border nearly every day, spending several hours at a time. On May 1st, I spoke with a group of men from India who told me they were starving. They showed me the leaves they were eating. They had been there for 5 days. During that time, I observed that border agents had removed the 5 gallon water jug. They handed out one small water bottle per migrant every day, leaving migrants thirsty by the afternoon.

16. On May 3rd, migrants told me that border agents had taken their shoelaces, and they did not know why, but believed it was in preparation for agents to take them in. I am familiar with this practice, a tactic that border agents have previously said they use to prevent migrants from running away. I took photos of their shoes without laces.

17. Out of grave concern for the condition of migrants, my organization began to provide basic necessities to migrants, including water, food, and mylar blankets. Initially, an agent scolded me, telling me that we needed to alert Border Patrol every time we came. They told the media that was starting to cover the encampment the same thing. This is not a requirement, but something they suggested we must do nonetheless. I believe this was meant to dissuade us from coming, especially as the media began to arrive.

18. After the first article in the San Diego Union-Tribune was published, stating that migrants were there up to 7 days, the Border Patrol liaison told me that this was not true, that migrants were exaggerating and were conflating their days in Tijuana with their days in the corridor. But I had been witness to migrants trapped in the area, waiting to be processed for many days. I asked

migrants to clarify and confirm the number of days they had been in the corridor, and they continued to tell me they had been there 2, 3, 4 and up to 7 days.

19. At the end of the first week of May, the number of migrants grew significantly to around 400. I worked with my organization to alert the media. Migrants shared with them what they had told me — that agents were waiting days to process them, but not providing them with basic necessities including sufficient water, food, and shelter.

20. With the arrival of the media, Border Patrol told the migrants they had to sit in rows and stay seated. Occasionally, the agents would drive through with an ATV or cars, to check that they were seated. This would happen at various times of the day. Migrants have told me they believe this is in anticipation of them being processed, but the agents will make them all sit for hours on end and not process any of them. Then they will come with vans and take a few people or sometimes 20, but there are hundreds of people.

21. I have observed Border Patrol agents ushering migrants from the area near Las Americas to the Whiskey 8 area. Agents also directed single men to the area closer to the beach. Between the direction for them to sit in rows to ushering them from one part of the corridor to another, agents are controlling the movement of migrants.

22. This week, Border Patrol instituted the use of wristbands to identify people's arrival based on the agent's first interaction with them, which might be a day or two after they actually arrive in the corridor. The wristbands are like the ones used for concerts. They are different colors and some have the day of the week printed on them.

23. Migrants have now organized themselves in rows based on their wristband, hoping that the more organized they are, the more quickly they will be processed, but they are still waiting for days. Migrants state, and I have observed, that agents come through every so often to see if people are sitting and if they are not, they sometimes yell at the migrants. This includes children, who don't understand what is happening. They sit under full sun and then rain and cold, they sit and they wait.

24. One of the migrants who took the initiative to organize the other migrants shared his frustrations that agents come to scold the migrants, but not to process them. He told me he had not slept for 3 days and was concerned that the other migrants thought he was colluding with the agents and felt he was in danger, and that the agents are not there to protect him or anyone, but to leave them waiting.

25. Throughout my time monitoring the conditions in the corridor, I have also witnessed some Border Patrol agents speaking aggressively towards migrants. For example, I heard one agent say, "I don't give a fuck how long you've been here," and another say, "get the fuck away from me" when a migrant approached to ask a question.

26. My overarching concern is the inhumane treatment that I have witnessed since February, the ongoing lack of water, food, and shelter, the degrading treatment, and overall lack of respect or compassion for the migrants who are seeking safety from the dangers they face in their home countries.

27. I am especially concerned about the treatment of migrants who are out of sight from us, especially the area where the men have been directed to, closer to the beach. Last night, I spoke with two men who came to the Whiskey 8 area hoping volunteers would charge their phones. They told me they were hungry and freezing. One was from a Spanish speaking country (not sure which) and one appeared to be from Eastern Europe.

28. I'm also concerned about the children. Two days ago, I witnessed a child who was less than a year old whose mother said was no longer taking her breast milk and was throwing up and listless. I called the Border Patrol liaison for medical assistance, and they came to take the child and mother to the hospital. But had I or another human rights observer not been there, that child might not have received any assistance. Especially since agents are not making themselves approachable and some are actively aggressive towards migrants.

29. In another instance, parents of an 8 year old child approached me to tell my colleague that their child had had a seizure as a result of his medication being taken away by Mexican authorities. They were concerned for the child's health. I left a message for the Border Patrol liaison and agents came for him soon after. As with other incidents, I am concerned that if we had not been there, the child would have fallen into greater danger.

30. One migrant told me that in the night, the children cry. He said that the adults have a way to cope, but the children are scared.

30. I am deeply concerned about other vulnerable migrants. Today, I alerted the Border Patrol liaison that a Jamaican woman had approached me to tell me she had suffered a miscarriage after being kidnapped and raped in Mexico and is now in what she described as excruciating pain. Other human rights observers shared that they alerted Border Patrol to this woman's condition several days ago, but nothing was done.

31. In conclusion, there is no doubt that the migrants in the corridor are in Border Patrol custody. As such, they should be treated with dignity and decency pursuant to human rights standards. That is not what's happening.

I affirm that the statements in this affidavit are true to the best of my knowledge and belief.

May 12, 20223

Pedro Rios

# EXHIBIT B

**SUPPLEMENTAL DECLARATION OF PEDRO RIOS**

I, Pedro Rios, declare the following:

1. I am the director of the American Friends Service Committee (AFSC) US-Mexico Border Program. I have been monitoring and advocating for human rights at AFSC for twenty years.

2. This declaration supplements the declaration I previously submitted in support of the Civil Rights and Civil Liberties complaint filed by the Southern Border Communities Coalition on May 13, 2023.

3. I provide this declaration based on my personal observations, the observations and experiences of my colleagues that they have communicated to me, my conversations with migrants we assist, and my conversations with Border Patrol officers in the course of my work volunteering at the border since May 2023.

4. Since May 2023, I have visited the border many times, providing volunteer aid and observing the conditions of the open air detention sites (OADS) near San Ysidro and Jacumba, California. Since September 2023, I have gone to the OADS at the border nearly every day, about 5 days a week, and I spend 5-6 hours there each visit.

5. In San Ysidro, CBP traps migrants in various OADS between primary and secondary barriers on the western most segment of the U.S.-Mexico border. There are at least four OADS near San Ysidro, including Whiskey 8, Whiskey 4, Spooner's Mesa, and 91X. I have personally visited Whiskey 8 and Spooner's Mesa, and have observed Whiskey 4 from an adjacent parking lot. The 91X site is by the beach and seems to be used less frequently than the others, though I have occasionally heard a Border Patrol agent indicate that a migrant is being held at 91X.  All four of these sites are fully controlled by U.S. Border Patrol; anyone held at these sites is under CBP's control and custody.

6. In Jacumba, CBP traps migrants in various OADS, including a site called Valley of the Moon (also sometimes called Moon Valley) that is along the highway; Tower 177 which is located on private land isolated at the bottom of a hill; and Willows, a gated-off site located on private land abutting a wall along the U.S.-Mexico border. These sites are fully controlled by U.S. Border Patrol, and anyone held at these sites is under CBP's control and custody.

7. The OADS near Jacumba emerged in or near May 2023, around the same time the Southern Border Communities Coalition filed the Civil Rights and Civil Liberties Complaint dated May 13, 2023. At the time, it was too early for coalition members, including my organization AFSC, to know the gravity or extent of the situation in Jacumba, as the OADS were then emerging. In recent weeks, Border Patrol agents have spoken with my colleague indicating they recognize that more people are passing through the Jacumba OADS.

8. We do not know with precision the  total number of people that have been forced to wait at the OADS in southern California since May 2023. The first documented groups of people that were held between the primary and secondary barriers along the U.S.-Mexico border occurred in October 2022, near Friendship Park. Though the numbers of people detained at the OADS from October 2022 and January 2023 varied, the number steadily increased in February and again more significantly so in April and May 2023.

1

9. The numbers of people who CBP has released into the community after processing serve as the best estimate of the total number of people who have been detained at the OADS. Typically, CBP forces people to wait at the OADS, transfers them into a CBP detention facility, and then releases them to the community after processing. Since September 13, 2023, approximately 50,000 people have been released to the community after processing. This figure, though enormous, does not account for the numbers of people that passed through the OADS between May and September 2023, when large numbers of people were held at the OADS.

**Border Patrol Controls the Flow of Movement at and Within the OADS**

10. Border Patrol directs migrants where they must go, where they must stay, and where they must wait, underscoring Border Patrol's strict control and custody over the migrants held at the OADS. In San Ysidro, Border Patrol agents tell some migrants that they must remain at Whiskey 8 and wait to be picked up there, whereas they tell other migrants to head to another location. I have spoken to migrants at Whiskey 8 who told me that the men in their group were separated and told to remain at Spooner's Mesa.

11. There have been few unaccompanied children that I have observed at Whiskey 8.  On one occasion, Border Patrol separated a child out of a group and into a van. The remaining individuals were kept in a line and later transported in a bus out of Whiskey 8.

12. Border Patrol often transports people from one area of the corridor between the primary and secondary barriers along the U.S.-Mexico border to another. Nearly every day I am at the Whiskey 8 site, I have observed Border Patrol vans dropping off people to different areas of the open-air corridor. For example, on December 7th, I witnessed Border Patrol transporting two vanloads of people to the Whiskey 8 site; the Border Patrol agent told these transported individuals to eat food that volunteers were providing.

13. Border Patrol regularly takes count of people detained in the open-air corridor. The agents direct people to stand in a row and count everyone present. Sometimes they tell the families to stand separately and the single men and the single women to stand together to get a count of those present, including families.

14. In Jacumba, migrants are directed by Border Patrol to walk to the OADS location. On December 3, 2023, I spoke with three people at the Valley of the Moon site who had walked nearly three hours to get to the site, following Border Patrol agents' directions to go there. During the walk, one person said that they were walking in one direction, and a Border Patrol agent redirected them in another direction and to keep walking eastward. Migrants are not free to wander, and are periodically being monitored and directed by Border Patrol agents.

15. Migrants at the OADS are forced to wait at the sites for hours and even days at a time, without being allowed to freely leave. In May 2023, I spoke to several people at Whiskey 8 who were held for up to 7 days at the site. As of December 2023, at Whiskey 8, people are held there anywhere between 2 hours and 18 hours, while men held at Spooner's Mesa are forced to wait usually for at least 24 hours. On December 5th, I spoke with two families who had spent the night at the Valley of the Moon site near Jacumba.

16. Border Patrol also maintains strict control over who enters the OADS to assist migrants and asylum seekers. Usually, we are not allowed into the Spooner's Mesa site, but only once, in early

September 2023, after advocating with the supervising Border Patrol agent, my colleague and I were permitted to feed people meals there. We fed approximately 380 people during that visit.

17. Even when allowed in, volunteers like me are subject to Border Patrol's strict orders. In September 2023, Border Patrol agents told me on at least two occasions that they would arrest me and my group if we approached the secondary border wall at Whiskey 8. On September 12, 2023, I reported one such incident to the Sector Chief by email, but got no response. The threats to arrest volunteers are surprising, given that on more than three occasions, I have spoken with Border Patrol agents who have stated that they appreciate our presence and work in the area.

**Lack of Basic Human Necessities, Water, Sanitation, and Medical Care**

18. Border Patrol does not provide basic human necessities to the migrants detained at the OADS. At Whiskey 8, Border Patrol agents continue to fail to provide food or even water. I spoke with several men who came to Whiskey 8 from Spooner's Mesa, and they told me that they had not had water or food in the near 24 hours since they were directed to wait at Whiskey 8.

19. Border Patrol neglects to provide sufficient sanitation and adequate toilets. The sanitation and servicing of the portable toilets have gotten a bit better following AFSC's advocacy on the issue with state Senator Steve Padilla's office. It is our understanding that Senator Padilla's office is working with CBP to improve sanitation and trash conditions. However, at Whiskey 8, although portable toilets are supposed to be consistently serviced on Mondays, Wednesdays, and Fridays, sometimes the portable toilets still go for a week without servicing.

20. Border Patrol also fails to provide sufficient medical care to injured or ill migrants at the OADS, relying on volunteers like me to provide first aid and other first responder care. One day in early October 2023, a Border Patrol agent notified my colleague and me that a boy from Ecuador had a high temperature of about 101 degrees. The agent asked us to keep monitoring the boy. We monitored the boy's temperature every 30 minutes for about two hours, and when his temperature shot up to 103 degrees, I notified Border Patrol, who then called for an ambulance.

21. Border Patrol even leverages injuries and illness to maintain control and custody over migrants. Several months ago, I spoke with a mother of a one-year-old baby who had fallen from the border wall with her baby daughter strapped to her back. The mother agreed to have her injuries inspected by paramedics, and the paramedics suggested she and her child get further medical care at a hospital. But a Border Patrol agent threatened the mother that if she agreed to be transported to the hospital, she would not be processed and would suffer immigration consequences.  The mother then refused medical treatment.

22. Due to Border Patrol's failure to provide a basic level of care, I and other volunteers visit the OADS regularly, almost every day to respond to the basic needs of the migrants. At Whiskey 8, we have set up four different stations, including a water station, food station, phone charging station, and a medical station. We have also added a food pantry at Whiskey 8. When Border Patrol permits us to do so, we also travel to other OADS locations to deliver water and food.

//

//

//

I affirm that the statements are true to the best of my knowledge and belief.

December 10, 2023

/s/ Pedro Rios
Pedro Rios