# EXHIBIT 3

I, Flor De Luna Alvarez-Lopez, declare as follows:

1.      The content of this declaration is based on my personal knowledge, my own observations, data collected by volunteers I oversee, and information communicated directly to me by people detained at open-air detention sites ("OADS") and Border Patrol officers working at OADS. The following facts are true to the best of my understanding and recollection. If called to testify in this case, I would testify competently about these facts.

**Professional Background**

2.      I am a Co-Founder and one of the Co-Directors at Universidad Popular, a grassroots community organization that supports immigrants in the San Diego, California region. Universidad Popular uses education as a vehicle to empower and uplift the community. Universidad Popular specializes in popular education pedagogy, a methodology known to be effective in communities with low literacy rates.  I have over fifteen years of experience in community empowerment work. I was trained by the American Friends Service Committee in or around the year of 2013 to conduct human rights documentation. I have been participating in human rights observation and documentation work ever since. In recent years, I have participated in a California state initiative called Listos, which is a program designed to support communities with disaster preparedness and emergency response. I have completed Listos trainings, classes and I am a certified trainer in the Listos curriculum. With this training and with my experience, Universidad Popular felt confident deploying me to provide humanitarian aid at the open-air detention sites in San Diego.

3.      I submitted a declaration in support of the complaint Southern Border Communities Coalition ("SBCC") filed with the Department of Homeland Security ("DHS") Office of Civil Rights and Civil Liberties on May 13, 2023. Attached hereto as Exhibit A is a true and correct copy of that declaration. I filed an additional supplemental

declaration to the same office in a renewed and expanded complaint about continued violations of rights by U.S. Customs and Border Protection ("CBP") at OADS on December 11, 2023. Attached hereto as Exhibit B is a true and correct copy of the supplemental declaration.

4.      In May of 2023, I began volunteering at OADS near San Ysidro and in the Jacumba region of San Diego. I began providing humanitarian assistance to migrants facing terrible conditions trapped by Border Patrol on U.S. soil. The OADS near San Ysidro are distinct in that people are held in between the primary and secondary border walls. The best way I can describe the section in between the border walls where people are detained is to compare it to a human mouse trap. In May of 2023, I slept on site at OADS "Whiskey 8" near San Ysidro for a few days before I made my way to OADS "O'Neal" in Jacumba. The OADS in Jacumba people are detained in areas where there is no secondary border wall but they are still exposed to the outdoor elements.

5.      Since September 2023, I have been providing direct aid at various OADS controlled by Border Patrol agents almost every single day, six or seven days a week. Universidad Popular is part of a collective of organizations providing humanitarian aid to people at the OADS. Our role is also to document what is occurring at the U.S.-Mexico border.  For months I rotated through all the accessible known OADS in San Diego. I would begin my day at Whiskey 8 and then move to the Jacumba OADS later in the day.

6.      In addition to Whiskey 8, there are three other open-air detention sites located near San Ysidro: "Whiskey 4", "91X," and "Spooner's Mesa". Spooner's Mesa is also known as "The Men's Camp". 91X is the OADS closest to the beach access and the farthest West of the OADS. You must cross hilly terrain to access Spooner's Mesa and 91X. Whiskey 4 is next to a popular outdoor mall called Las Americas Outlets. Whiskey 4 is connected to a channel of canals and known for the contaminated black waters. In the San Ysidro region, volunteers have direct access to Whiskey 8. Individuals held at the OADS that volunteers do not have direct access to go longer without food or water. In addition to O'Neal, there are another three known open-air detention sites in the Jacumba region:

"Boulevard Tower 177", "Willows" and "Valley of the Moon". Valley of the Moon is the farthest East OADS nearing the border of Imperial County. Upon information and belief, CBP is no longer using O'Neal to detain migrants.

7.     Since I began working at the OADS, Border Patrol has routinely held children, families, and pregnant women at OADS. I have seen hundreds of children held at OADS since May 2023. The children are not treated any differently than the adults. They must endure the harsh conditions and comply with Border Patrol instructions along with the adults.

**CBP Controls Access to the OADS And Directs or Transports Migrants to Specific OADS**

8.     Border Patrol does not permit volunteers to enter the Whiskey 4, 91X, or Spooner's Mesa OADS to provide humanitarian aid. Since September, Border Patrol has made limited exceptions on about four occasions to allow us to bring humanitarian aid into Spooner's Mesa. I was present three of these times. Each of these times, a superior officer from the Imperial Beach Border Patrol Sector escorted us onto the site.

9.     Upon information and belief, only one volunteer has been allowed to provide humanitarian assistance to migrants detained at the Whiskey 4 site. I have no knowledge of anyone else being allowed to enter Whiskey 4 on any other occasion. Upon information and belief, no one from our collective has ever accessed 91X.

10.     I have seen and heard Border Patrol agents at Whiskey 8 direct single men to walk to Spooner's Mesa. I have heard Border Patrol agents refer to "Spooner's Mesa" as "the men's camp". Sometimes agents will point in the direction of Spooner's Mesa and tell migrant men to just keep walking. I have also seen ATV or Border Patrol vehicles lead groups of men to Spooner's Mesa. I would estimate that it takes approximately an hour and a half to walk from Whiskey 8 to Spooner's Mesa. The reason it is called "the men's camp" is because Border Patrol sends males 18-years-old or older who are traveling without minor children or a legal spouse to this site.

11.     A Border Patrol agent told me that they created a men's camp because some women and families were complaining about harassment from men. Whether or not men are separated from women and children is at the discretion of the field officer on duty. I have observed that some agents allow partners who are not legally married to stay together at Whiskey 8, for example. While others require proof of legal marriage or birth certificates that confirm parental status to avoid separation. Routinely, any male over the age of 18 without a biological child or legal spouse is sent to the men's camp.

12.     I have witnessed Border Patrol agents wake men up in the middle of the night and ask if they are traveling with their biological children or a legal spouse. I have witnessed agents asking men to show copies of birth certificates or marriage certificates to prove parent-child or marital relationship in order to be able to stay with their families.

13.     Some of the most difficult separations I have witnessed are when CBP separates barely 18-year-old sons from their families and sends them to Spooner's Mesa. I have witnessed mothers clinging to their sons who are barely adults and begging Border Patrol not to separate them.

14.     I have also witnessed CBP vehicles drop off groups of migrants to OADS.

**CBP Exercises Control Over Migrants Held at OADS**

15.     Border Patrol agents regularly take a count of the number of people at Whiskey 8 and at the OADS in Jacumba. Border Patrol agents have also given volunteers head count numbers for the other sites near San Ysidro so that we know how many hot meals to have ready for Border Patrol to bring there.

16.     At Whiskey 8, I have seen these counts occur at almost every shift change, which normally occurs about three times a day. I have observed the Border Patrol agents make everyone stand up and get in a line. The agents will then make everyone stay in line while they patrol the site to make sure that everyone is standing and that no one is lying down. They then go along the line and take a headcount.

4

17.     In other circumstances, I have seen Border Patrol agents yell at migrants to remain seated or lying down and not to get up. If they try to move, Border Patrol agents yell at them and tell them to stay where they are.

18.     CBP also used colored wristbands to organize migrants for processing based on their arrival at the OADS.

19.     When Border Patrol agents are preparing to transport people out of the sites, the agents line them up and order them to remove shoelaces, jewelry, coins, extra layers of clothing, etc. The agents only allow people to keep one article of clothing on top and one on the bottom, even in the cold weather. They are also only allowed one bag. On their person they are only allowed dollar bills, their passport and sponsor information plus the property bag tag receipt they receive from Border Patrol after their property bag is tagged.

20.     I have also witnessed Border Patrol photographing individuals before they are transported off the site. They are then mainly transported out in transport vehicles such as large vans or buses. I have seen the private transportation company put handcuffs or zip ties on individuals including young men before getting on the bus to be taken for processing.


**CBP Does Not Provide Sufficient Food, Water, Sanitation, or Basic Medical Services to Migrants it Holds at OADS**

21.     When I first began visiting the sites, Border Patrol agents would provide limited and insufficient offerings of food and water, but in recent months Border Patrol agents have stopped providing any food rations at Whiskey 8 or the site known as "Tower 177" in Jacumba at all. Since September 2023, our team has not witnessed Border Patrol handing out any food rations at these sites.

22.     On about four occasions, a Border Patrol field officer approached me with boxes of small Cheez-it snack bags or small cookie bags and water bottles and asked me if I would

hand them out along with the hot meals that our group was providing. The officer seemed embarrassed by the small snacks that they were offering.

23.     When I began working at the OADS, Border Patrol agents did not provide any blankets or shelter for the migrants it held there. Now they occasionally provide mylar blankets, but still no shelter from the extreme conditions. It gets extremely cold at night at the OADS because it is the desert. During the recent rains, people have been forced to wait for hours, drenched and soaking, in the rain.

24.     People, including families, babies, and children, have to sleep on the ground. We have been working to provide shelter and tents so that the migrants held in the OADS do not have to sleep in the dirt and gravel like they did when I first arrived in May 2023.

25.     There are piles of trash at the OADS. Border Patrol agents do not clear trash and trash pick up service does not happen on any consistent schedule. I and other members of our collective have complained and advocated for trash pick up, as it often makes the whole area smell and is unsanitary. It is common for the trash to not get cleaned up for days.

26.     At the OADS, it is common for portable restrooms to go days without getting properly cleaned for the hundreds of migrants held there. It is not cleaned regularly and frequently overflows, making it unusable.

27.     There are no showers or hand washing stations at the OADS. CBP does not provide any basic hygiene items like feminine hygiene products, baby wipes, toothbrushes, or soap to the migrants it holds in the OADS.

28.     Border Patrol does not provide any type of medical support at the sites and volunteers are left to medically triage people and provide the limited first aid.

**CBP Does Not Provide Emergency Medical Care at OADS and Discourages Migrants from Seeking Necessary Medical Care**

29.     At Whiskey 8, I have seen many migrants with medical emergencies that people tell us they sustained from falling from the border wall. When I see a person with a

medical emergency, I notify Border Patrol so that we can try and get the individual to the hospital as quickly as possible.

30.     On multiple occasions, I have told Border Patrol agents that a person is in medical distress and agents have told me to let the person know that if they leave the site in an ambulance, they won't get the documents they need and they won't get processed for their immigration case. Sharing this information has dissuade people from seeking medical care.

31.     I have received basic emergency medical training and I triage and provide first aid to people with terrible injuries at the sites. I ask multiple triage questions and then I bring an extensive list of symptoms to Border Patrol agents to advocate as to why the person requires immediate medical attention. I usually have to approach Border Patrol agents multiple times to advocate on behalf of people in medical distress in order to convince Border Patrol to call an ambulance. Whether Border Patrol will call an ambulance is at the discretion of the individual agent who is on site and there isn't always an agent at all times. Agents have repeatedly denied requests for an ambulance, stating that the migrant is faking their condition. There is no procedure or protocol to ensure that people receive the medical care they need in the OADS.

32.     I have observed that most of the time when Border Patrol agents call ambulances, they tell the ambulance to wait down the road, out of sight of the OADS. Then Border Patrol agents will transport the person in medical distress from the OADS in a vehicle and transfer them from their custody into the ambulance further down the road. Agents have told me that they do this because they don't want people at the site to see ambulances coming into the site as this might make them fake injuries in order to leave the site.

33.     At 11:33 pm on Sunday, September 24, 2023, a volunteer called me from Whiskey 8 to ask for help because a woman had arrived with a deep laceration on her leg that she sustained after she was cut by concertina wire climbing over the border wall. Upon information and belief, Border Patrol had sent her to the volunteers to get medical help

instead of providing her with medical attention or calling an ambulance. Over the phone, I instructed the volunteer on how to flush and pressure wash the wound to prevent infection. I then told him to apply direct pressure to stop the bleeding and told him how to bandage the wound. At Whiskey 8, volunteers don't have direct access to the other side of the fence where the migrants are physically located, so he couldn't help her through the fence. Instead, over the phone I heard him guiding someone else inside the OADS on what to do while he provided the materials including the gloves, flush, water, gauze etc. through the fence to the person helping the wounded woman. The wounded woman was traveling with her young minor daughter. Volunteers described the child to be approximately nine years old and in tears. They described the child holding onto the mothers arm while her leg laceration was flushed, cleaned and bandaged.

34.     One morning in early October 2023, I encountered an 11-year old boy from Ecuador who had arrived the night before with his mother. He had a rising fever and had been vomiting throughout the night. I asked a Border Patrol agent how high his temperature would have to be in order to get medical help and he told me it had to be 102 degrees. I went to CVS and bought a thermometer to measure his temperature. I approached Border Patrol agents multiple times on the boy's behalf as his condition worsened. When his temperature reached 103.5 degrees, his mother was reluctant to ask Border Patrol to call an ambulance because she feared that her son might be separated from her indefinitely. She also heard that, if they leave, even in an ambulance, they will not get processed. She told me that they had made it this far and she didn't want to get deported for not being processed properly. When I asked Border Patrol to confirm that she could travel with her son in the ambulance he said that was the ambulance driver's decision. We had to persuade her to seek the medical care her son needed and eventually she agreed to allow Border Patrol to call an ambulance. When the ambulance arrived they did not have a Spanish speaking first responder on the rig. I provided Spanish-English interpretation for the communication between the mother, child, first responders and

Border Patrol agent for this situation. The mother was allowed to accompany her son in the ambulance.

35.     On November 17, 2023, I encountered a man from Colombia with a laceration on his forehead, which he told me he sustained from falling after being chased by Border Patrol. When he arrived at Whiskey 8 he told me he was too afraid to seek medical help because he feared that his case would not be processed.  After showing the Border Patrol agent a picture of his laceration, Border Patrol called an ambulance for him. I took his phone number because I wanted to check in with him and make sure he got the medical assistance that he needed. He later texted me to let me know that he received stitches at the hospital and he sent me a photograph of the stitched wound on his forehead.

36.     On November 25, 2023, I assisted four people in a single night who had injuries they sustained from falling from the wall. We suspected one woman had fractures in both her feet from falling from the wall.  She was transported off the site in an ambulance and the next morning she texted me a photograph from the hospital showing both her feet in bandages.

37.     Another day that stood out for me was Sunday, November 26, 2023, when multiple Border Patrol transport vans dropped off groups of people at Whiskey 8. A man ran out of one of the vehicles and told us that an elderly woman had fallen 16 feet from the border wall. He brought her over and I evaluated her. She had fallen on her back and hit her head 60-90 minutes prior and had been unconscious for 5 to 10 minutes.

38.     She was traveling with her two grandchildren, ages 11 and 8 years old. I notified an agent of the medical emergency and that I was very concerned that the family would get separated so I asked whether both children could travel with their grandmother in the ambulance. The agent called his supervisor who said that they would process her quickly. We waited about 15 minutes for the supervisor to arrive on site, he took all three of them in his vehicle off site, and the grandmother was admitted to hospital. She was subsequently processed and released; however the children were separated from their grandmother and placed in ORR custody. The children were reunited with their family on

December 23, 2023 with the support from community organizations including Universidad Popular.

39.     The conditions at the OADS are inhumane. The detention of migrants, especially children, for an unknown amount of time, without being provided sufficient water to drink, food to eat, restrooms or sanitation measures in the open air desert has led to daily medical emergencies. The trauma of the OADS experience for the children, women, and men detained and for the volunteers who are trying to provide basic life sustaining resources to those detained is wholly preventable. The OADS continue to be a violation of basic human rights and a community public health risk that must be addressed immediately.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 28 day of February, 2024, at San Marcos, CA



10

# EXHIBIT A

## <u>DECLARATION OF FLOWER ALVAREZ LOPEZ</u>

I, Flower Alvarez Lopez, declare the following.

1. My name is Flower Alvarez Lopez and I am a Co-Director at Universidad Popular.

2. Around 12 pm on May 11, I went to the border wall near San Ysidro to find hundreds of people in an encampment between two fences, unable to leave.  Border Patrol provided the migrants with wristbands of different colors to indicate when they arrived and have created some sort of a system for when they will process them.

3. I stayed overnight at the encampment and observed and talked to Border Patrol agents around 2:00 am during a big round up. I saw Border Patrol agents ask those who had children to raise their hands. I saw them yelling at folks that were sitting down telling them to not get up. If they tried to move, they would be immediately yelled at. I tried to gather information from the agents about how many people they were taking and where they were taking them. They said 60 people and didn't say anything else. Border Patrol has not communicated their plans for the individuals who are trapped in the corridor between the border walls.

4. They are being treated inhumanely. The government has not provided any blankets or shelter for these individuals. At night, it is cold and everyone is exposed to the elements including our most vulnerable populations: children, pregnant women and the elderly.

5. There is a pile of trash that has not been picked up in days. There is only one portable restroom for all 300-450 people to use and it has not been cleaned at all.  There are no showers, hand washing stations, nor basic personal hygiene items like feminine hygiene products, baby wipes, toothbrushes, etc.  I see families, babies, children, women with children, and people of all ages in here and they don't have the basic necessities. They are sleeping on the ground with few clothes to keep them warm. Border Patrol has only provided one water bottle and one granola bar per person per day. A lot of them have been sleeping directly on the dirt and gravel ground except for those who we were able to provide cardboard boxes to use as mattresses.

6. Border Patrol is not providing medical support on site. We are providing the limited first aid we can, but we don't have any medics on site. We know a few people have been taken by ambulance to other hospitals.

7. This is devastating. We should not have to bear witness to what is happening today. Folks are showing up and they are very emotional to what they are seeing because it is a devastating sight. To see babies and children here in this type of setting, it's heartbreaking. We need to do better. Our government needs to do better.

I affirm that the statements in this affidavit are true to the best of my knowledge and belief.


May 12, 20223



Flower Alvarez Lopez

# EXHIBIT B

**SUPPLEMENTAL DECLARATION OF FLOWER ALVAREZ LOPEZ**

I, Flower Alvarez Lopez, declare the following:

1. My name is Flower Alvarez-Lopez. I am a Co-Director at Universidad Popular, a grassroots community organization that supports immigrants in the San Diego, CA region.

2. This declaration supplements the declaration that I provided on May 12, 2023 in support of the Civil Rights and Civil Liberties complaint filed by the Southern Border Communities Coalition on May 13, 2023.

3. I first went to the open air detention site near San Ysidro, known by Border Patrol agents as "Whiskey 8", in May 2023. I camped out for several days providing humanitarian assistance to migrants facing terrible conditions trapped by Border Patrol between the border walls on U.S. soil.

4. Since September 2023, I have been assisting at open air detention sites controlled by Border Patrol agents almost every single day, six or seven days a week. Our organization is part of a collective of organizations providing humanitarian aid to people at the open air detention sites. I would usually begin my day at Whiskey 8 and then move to Jacumba later in the day. Recently, I have spent more time at Whiskey 8.

5. As a result of my work over the past few months, I have gained significant personal knowledge about the devastating conditions at the sites and have triaged dozens of medical emergencies. I also interact multiple times a day with the Border Patrol agents controlling the sites.

6. The content of this declaration is based on my own observations, the observations and experiences of my colleagues and other volunteers that have been communicated directly to me by them, information communicated directly to me by people detained at open air detention sites and their family members, and my communications with Border Patrol agents at the sites.

**Border patrol control at the open air detention sites**

7. In addition to Whiskey 8, there are three other open-air detention sites located near San Ysidro: "Whiskey 4", "91X" and "Spooner's Mesa". Border Patrol does not permit volunteers to enter these sites to provide humanitarian aid. Since September, Border Patrol has made limited exceptions on about four occasions to allow us to bring humanitarian aid into Spooner's Mesa. I was present three of these times. Each of these times, a superior officer from the Imperial Beach Border Patrol Sector escorted us onto the site. On one occasion, a fellow volunteer reported that Border Patrol escorted them onto the Whiskey 4 site to provide humanitarian assistance. I have no knowledge of anyone else being allowed to enter Whiskey 4 on any other occasion. To my knowledge, no one from our collective has ever accessed 91X.

8. One of the sites near San Ysidro, "Spooner's Mesa", is also referred to by Border Patrol agents as "the men's site". This site is more remote and you have to cross hilly terrain to access the site. Individuals at this site do not have direct access to humanitarian aid from volunteers so they go longer without food or water. The reason it is called "the men's site" is because Border Patrol

sends men over 18-years-old who are traveling without minor children or a legal spouse to this site.

9.  I have seen and heard Border Patrol agents at Whiskey 8 direct single men to walk to Spooner's Mesa. Sometimes agents will point and tell them to just keep walking. I have also seen ATV or Border Patrol vehicles lead groups of men to Spooner's Mesa. I would estimate that it takes approximately an hour and a half to walk from Whiskey 8 to Spooner's Mesa.

10. I have witnessed Border Patrol agents wake men up in the middle of the night and ask if they are traveling with their children or legal spouse. I have witnessed agents asking men to show copies of birth certificates or marriage certificates to prove parent-child or marital relationship in order to be able to stay with their families. Some of the most difficult separations I have witnessed are when barely 18-year-old sons get separated from their families and sent to Spooner's Mesa. I have witnessed mothers clinging to their sons who are barely adults and begging Border Patrol not to separate them.

11. Border Patrol agents regularly take a count of the number of people at Whiskey 8 and at the sites out in Jacumba. Border Patrol agents have also given us head count numbers for the other sites near San Ysidro so that we know how many hot meals to have ready for Border Patrol to bring there. At Whiskey 8, I have seen the counts occur at almost every shift change, which normally occurs about three times a day. Generally, what I observe is that the Border Patrol agents will make everyone stand up and get in a line. The agents will then make everyone stay in line while they patrol the site to make sure that everyone is standing and that no one is lying down. They then go along the line and take a headcount. We often ask Border Patrol to give us their headcount once they are done and then we document the head counts.

12. When Border Patrol agents are preparing to transport people off the sites for processing, the agents line them up and order them to remove shoelaces, jewelry, coins, extra layers of clothing etc. The agents only allow people to keep one article of clothing on top and one on the bottom, even in the cold weather. They are also only allowed one bag. On their person they are only allowed dollar bills, their passport and sponsor information. I have also witnessed Border Patrol photographing individuals before they are transported off the site. They are then mainly transported out in transport vehicles such as large vans or buses. I have seen the private transportation company put handcuffs or zip ties on individuals including young men before getting on the bus to be taken for processing. See photograph attached at Exhibit 1.

**Lack of food and water provided by Border Patrol**

13. When I first began visiting the sites, Border Patrol agents would provide limited insufficient offerings of food and water, but in recent months Border Patrol agents have stopped providing any food rations at Whiskey 8 or the site known as "Boulevard Tower 177" in Jacumba at all. Since September, our team has not witnessed Border Patrol handing out any food rations at these sites.

14. Prior to that, Border Patrol agents would hand out meager offerings only. On about four occasions, a Border Patrol field officer approached me with boxes of small cheez-it snack bags or small cookie bags and water bottles and asked me if I would hand them out along with the hot meals that our group was providing. The officer seemed embarrassed by the small snacks that

they were offering. Officers have also told me that they don't have money in their budget to buy meals.

**Lack of medical care and insufficient response to medical emergencies**

15. Border Patrol continues to fail to provide any type of medical support at the sites and volunteers are left to triage people and provide the limited first aid we can. At Whiskey 8 we deal with a high rate of medical emergencies that people tell us they have sustained from falling from the border wall. On multiple occasions, I have told Border Patrol agents that a person is in medical distress and agents have told me to let the person know that if they leave the site in an ambulance they won't get the documents they need and they won't get processed for their immigration case.

16. I have received basic emergency medical training and I triage and provide first aid to people with terrible injuries at the sites. I ask multiple triage questions and then I bring an extensive list of symptoms to Border Patrol agents to advocate as to why the person requires immediate medical attention. I am very persistent and often I have to approach Border Patrol agents multiple times to advocate on behalf of people in medical distress in order to convince Border Patrol to call an ambulance.

17. One morning in early October 2023 I triaged an 11-year old boy from Ecuador who had arrived the night before with his mother. He had a rising fever and had been vomiting throughout the night. I asked a Border Patrol agent how high his temperature would have to be in order to get medical help and he told me it had to be 102 degrees. I ran to CVS and bought a thermometer to measure his temperature. I approached Border Patrol agents multiple times on the boy's behalf as his condition worsened. When his temperature reached 103.5 degrees, the boy's mother told us that she was afraid to ask Border Patrol to call an ambulance because they had made it this far and she didn't want to get deported for not being processed properly. She also told me she was scared they would just take her son in the ambulance and she would get separated from him. When I asked Border Patrol to confirm that she could travel with her son in the ambulance he said that was the ambulance driver's decision. We had to persuade her to seek the medical care her son needed and eventually she agreed to allow Border Patrol to call an ambulance.

18. On November 17, 2023 I encountered a man from Colombia with a laceration on his forehead, which he told me he sustained from falling after being chased by Border Patrol. When he arrived at Whiskey 8 he told me he was too afraid to seek medical help because he feared that his case would not be processed. He asked me if I would suture the wound for him, despite knowing I wasn't a medic. I eventually convinced him to have Border Patrol call an ambulance. I took his phone number because I wanted to check in with him and make sure he got the medical assistance that he needed. He later texted me to let me know that he received stitches at the hospital and he sent me a photograph of the stitched wound on his forehead. See attached photograph at Exhibit 2.

19. On November 25, 2023 I assisted four people in a single night who had injuries they told us they sustained from falling from the wall. One woman was reported during wall triage to have suspected fractures in both feet from falling from the wall. She was transported off the site in an ambulance and the next morning she texted me a photograph from the hospital showing both her feet in bandages. See attached photograph at Exhibit 3.

20. At 11:33 pm on Sunday, September 24, 2023 I received a call from a fellow volunteer, Roberto. He told me he was at Whiskey 8 and that a woman had arrived with a deep laceration on her leg that she sustained after she was cut by concertina wire climbing over the border wall. He told me that she reported to him that Border Patrol had sent her to volunteers to get help. He asked me to walk him through what to do over the phone. I walked him through how to flush and pressure wash the wound to prevent infection. I then told him to apply direct pressure to stop the bleeding and told him how to bandage the wound. Since we don't have direct access to the other side of the fence where the migrants are physically located and he couldn't help her through the fence, I heard him guiding someone else inside the open air detention site on what to do. Roberto told me he provided the materials including the gloves, flush, gauze etc. He also sent me a photo of her wound which is attached as Exhibit 4.

21. I have observed that most of the time when Border Patrol agents call ambulances, they tell the ambulance to wait down the road and then they transport the person in medical distress from the open air detention site in a vehicle and transfer them from their custody into the ambulance further down the road. Agents have told me that they do this because they don't want people at the site to see ambulances coming into the site as this might make them fake injuries in order to leave the site. When a person has suspected spinal injuries from falling from the wall or is unable to walk, Border Patrol agents will allow the ambulance to enter the site through the gate.

**Family separation**

22. One day that stood out for me was Sunday, November 26, 2023, when multiple Border Patrol transport vans dropped off groups of people at Whiskey 8. A man ran out one of the vehicles and told us that an elderly woman had fallen 16 feet from the border wall. He brought her over and I triaged her. She was nauseous and sleepy and had been unconscious for 5 to 10 minutes, which was a red flag. She was traveling with her two grandchildren, ages 11 and 8 years old. We were able to call the children's father who lives in the U.S. and speak with him and I have remained in contact with him via phone since. I was very concerned that the family would get separated so I asked an agent whether both children could travel with their grandmother in the ambulance. The agent called his supervisor to the site and eventually they said that they would process her very quickly and transport the family together. The family was transported off the site in a transport vehicle, but I later learned from their father that the grandmother was admitted to hospital and subsequently processed and released. He informed me that his children were separated from their grandmother and placed in ORR custody. Our organization hosted the grandmother after she was discharged. To my most recent knowledge, the children have not been released to either their father or grandmother's custody.

I affirm that the statements in this affidavit are true to the best of my knowledge and belief.

December 10, 2023


/s/Flower Alvarez Lopez
Flower Alvarez Lopez

**Exhibit 1**
**Photograph of private transportation company handcuffing asylum seekers at Whiskey 8, dated November 25, 2023**



**Exhibit 2**
**Photograph of stitched head wound, dated November 17, 2023**



**Exhibit 3**
**Photograph of bandaged feet injured after falling from wall, dated November 26, 2023**



**Exhibit 4**
**Photograph of leg laceration, dated September 24, 2023**

