# EXHIBIT 5

I, Dr. Theresa Cheng, declare as follows:

1.      The content of this declaration is based on my personal knowledge, my own observations, and information communicated directly to me by people detained at open-air detention sites ("OADS"). The following facts are true to the best of my understanding and recollection. If called to testify in this case, I would testify competently about these facts.

**Professional Background**

2.      I am a California-barred civil rights attorney and a Board-Certified Emergency Medicine doctor and professor at UC San Francisco, where I have worked for three years.

3.      I attended UC Berkeley School of Law, where I obtained a J.D. with a specialization in international law in 2014. I concurrently attended the Mayo Clinic Alix School of Medicine for medical school and graduated in 2016. I completed my residency training in emergency medicine at UCLA-Olive View in 2021. I also have training in wilderness medicine first-aid.

4.      I serve as a member of the Board of Directors for Border Kindness, with which I frequently volunteer. I have been on the Board of Border Kindness for approximately five years. Border Kindness is a nonprofit organization based in El Centro, California that works to provide asylum-seekers, migrants, refugees, and displaced people with comprehensive services that include food, shelter, clothing, medical care, and legal services.

5.      Between November 28, 2023, and December 4, 2023, I visited all three OADS located in Jacumba, California every day. I spent a total of about seven to nine hours per day at the OADS. The sites I visited are known as Willows, Valley of the Moon, and Tower 177. While there, I helped provide aid for migrants held at the sites. Specifically, I helped provide food, water, clothing, firewood, and tarp tents for migrants in these outdoor sites. I also provided emergency medical care where possible and needed.

Because of my medical training, I brought basic medical supplies in addition to the water and other aid that Border Kindness brings to help migrants at these sites.

6.      On December 4, 2023, I also visited the site known as Whiskey 8 near San Ysidro. While there, I helped provide food, water, basic necessities, and medical support.

7.      Through my volunteer work, I have gained personal knowledge about the dangerous conditions at the sites.

8.      While at the OADS in Jacumba, I had personal interactions with both migrants and with Border Patrol agents. I treated emergency medical needs for migrants, which included a range of conditions from severe lacerations and broken bones to sick babies and children vomiting and with fevers.

9.      I spoke directly with Border Patrol agents about their procedures and about individual migrants' needs. I triaged medical conditions to determine which conditions required emergent care at a local emergency department. During these emergencies, I asked Border Patrol agents to assist, either by calling 911 or transferring migrants with emergent conditions to the location where the ambulance was waiting for them.

10.     I saw children at all of the OADS I visited. I saw infants, young children, and teenagers. The people I have seen held in the open-air detention sites range in age from infants to elderly people.

11.     I also saw unaccompanied children at the OADS known as Willows. Volunteers I was working with talked to children as I provided medical care and identified that some were unaccompanied children.

12.     In the first part of the week I spent at Jacumba OADS, Border Patrol came every few hours to process families. But later in the week, I saw young children, including a five-year-old and a twelve-year-old, who had not been processed for days and had spent three nights at the OADS.

**CBP's Transportation and Control of Migrants to Open-Air Detention Sites**

13.     I witnessed migrants arriving at all three OADS I visited in Jacumba.

14.     At Tower 177, I witnessed multiple Border Patrol vans arrive at the OADS and unload dozens of migrants from the vans. Young children were included in the groups of people that CBP was unloading. After they were unloaded, I saw CBP pointing in our direction, toward the volunteer vehicles where we had set up food and water. Then the migrants who had been transported to Tower 177 walked toward the volunteer vehicles together as a group. We provided them with food and water.

15.     During the week that I was volunteering, Border Patrol intermittently used colored wrist-bands to organize migrants at the OADS. At the beginning of the week that I spent volunteering at the Jacumba OADS, I saw migrants wearing colored wrist-bands. They had a day of the week written on them. The wristbands were the kind of paper-waxy wrist bands given out at concerts. During the week, I stopped seeing people wearing wrist-bands. Then toward the end of the week, CBP appeared to have started using the wristbands again.

16.     Wrist-band use varied by OADS. Upon information and belief, different offices within CBP oversee different OADS around Jacumba, resulting in minor variations in policies and practices among the sites.

17.     During my week at the OADS, I witnessed Border Patrol agents instruct migrants to line up at various times. I witnessed agents count migrants and direct migrants toward specific lines of people. It appeared that they lined people up based on their countries of origin and/or language.  Families with children were often in different lines or were told to wait for processing at a later time. The timing of telling people to line up seemed arbitrary to me and processing times varied widely.

18.     When Border Patrol told people to line up, people would run to get in line where they indicated. Border Patrol would process people in the order that they lined up. If they did not process everyone in the line, the rest of the people had to wait for the next transport. It was never clear when CBP was going to come back to continue processing. It ranged from a few hours to the next day. The process of lining up became so onerous that

sometimes people decided to sleep in the lines so that they would not lose their spots for when CBP eventually continued processing.

19.     One afternoon, I evaluated a young woman who appeared maybe 19 or 20 years old who had experienced a stroke because of a car accident in Mexico. She was with her uncle who had also experienced a traumatic brain injury during the car accident. I observed this young woman and her uncle struggle to reach the line when CBP told them to line up because of their limited mobility and the symptoms from their traumatic brain injuries. The uncle could only move very slowly with a walker. The young woman had extremely limited mobility, could not even tie her shoes, and had one arm in a sling. I was very concerned about the safety and wellbeing of this young woman and her uncle because every time they tried to line up, their disabilities caused them to always be at the back of the processing lines. I was worried they would be stuck at the backs of the lines indefinitely and CBP would never process them.

20.     I advocated extensively to try and ensure that they would not have to spend the night at the OADS. It was so cold and they were medically fragile. While they waited, we did all we could to help them and keep them warm, giving them cardboard to sit on and building a fire near them. The Border Patrol agent who finally arrived said that they did not have space to process them, but would prioritize them for the next transport. Upon information and belief, they were finally processed around three a.m., more than 9 hours later.

21.     I repeatedly witnessed CBP agents conduct pat downs of migrants. I saw them instruct people that they had to leave articles of clothing or bags behind when they were prepared for transport out of OADS.

22.     I heard Border Patrol tell migrants, including children, that if they were not present in the OADS they would not be processed. The only way I have seen migrants successfully leave the OADS is when CBP processes them or if migrants leave in an ambulance.

4

23.     On November 30, 2023, I was taking a short break from my volunteer shift by walking around the town of Jacumba, about a mile from the nearest OADS, Willows. I am Chinese American, and my appearance is ethnically Chinese. I was taking some photos, and a Border Patrol agent pulled up and swung his car in front of me to block my path. I was startled and did not know why he was stopping me. I said, "Hello, how may I help you?" I think because I speak American English, he quickly realized I was American. He was embarrassed, and he said he thought I was lost and needed to go back to the site, gesturing down the road toward Willows.  He told me he was going to escort me back to the OADS.

**Conditions at the Open-Air Detention Sites**

24.     Whiskey 8 is difficult to get to. It is on a dirt road on a hill. It is not close to any buildings. Migrants at Whiskey 8 are held between the primary and secondary U.S. border walls. They are essentially incarcerated outdoors. There is a gate in the border wall with a sign that says, "Restricted Area" and other signs with other warnings on them. Volunteers, including medical volunteers, have no way to access any person with emergent needs.

25.     The Jacumba OADS are located off dirt roads with no infrastructure. Some are miles from the nearest paved road. When I arrived, the OADS looked apocalyptic. There was trash everywhere. People had cut down brush and several of the few small trees to burn in fires to keep warm. There was acrid smoke everywhere that stung our mouths, noses, eyes, and lungs. I also saw that this smoke would cause respiratory illness in people, including children, who have reactive airway disease such as COPD and asthma.

26.     The OADS are located in the California desert, which gets below freezing at night, placing people at risk of hypothermia. During the day, it can get extremely hot. In warmer months, temperatures can rise to over 110 degrees, placing people at risk for heat stroke and other heat related ailments.

27.     There is no shade, and people use makeshift tarp tents that Border Kindness and other aid organizations provide to them for protection from the sun during the day, and to help with the cold at night.

28.     I have observed that when migrants arrived at all of the OADS I visited, they lacked food, water, and shelter. I never witnessed CBP provide any water, food, shelter or any other basic essential to migrants arriving at the OADS, including children. In my week at the Jacumba OADS, I identified at least six infants who were solely formula fed. Their parents did not have formula to feed them. I tried to work with volunteers to get them formula, but even then, there was no way to warm clean water to mix the formula properly.

29.     I was particularly concerned about dehydration at the OADS because it was very bright and hot during the day with a lot of sun exposure, but it was freezing at night. I alternated between worrying that children and other vulnerable groups would get heat stroke or hypothermia. We had a limited supply of electrolyte packets, so I always prioritized giving them to children and pregnant and breast-feeding people. We frequently ran out of the packets and had to wait for the next set of donations to replenish our supply.

30.     The OADS can be particularly dangerous for certain vulnerable groups. I was especially concerned about people with disabilities that were held there. I spoke to one Chinese family who had been at the OADS for a few days. The young teenage son in the family was on the Autism spectrum and had cognitive and mental disabilities.

31.     There were between one and three porta potties at each Jacumba OADS that I visited. I saw a dumpster at Tower 177. Neither the porta potties nor the dumpster appeared to be regularly maintained or serviced.

32.     The porta potties were so dirty that people would just relieve themselves outdoors rather than using the porta potties. It was so cold at night that people would use the porta potties to try and stay warm, even though they were disgusting inside.

**Lack of Medical Care and Access to Emergency Medical Services**

33.     In the week that I volunteered at the OADS, I evaluated and/or treated around 100 children. There were so many children. Babies had severe diaper irritation and rashes because there were only the limited number of diapers, wipes, or creams that volunteers were able to provide, so babies had to wear dirty diapers for long periods of time. We also provided sunblock because babies and children were subjected to significant sun exposure while held at the OADS.

34.     I observed migrants experience several medical emergencies at OADS including hypothermia and head injuries. CBP made it very difficult to get necessary emergency medical services while I was volunteering at Jacumba. If there was a medical emergency, I would call 911, the migrants would call 911, or Border Patrol would call 911. At that time, multiple Border Patrol agents told me that EMS was preferentially screening and accepting calls from Border Patrol agents. That is problematic because Border Patrol can and did decline to make 911 calls. This meant that we had to advocate with Border Patrol just to get them to call for an ambulance, taking precious time and limiting our ability to help other migrants in need.

35.     When I sought assistance getting medical attention for migrants, Border Patrol asked for my name and they asked me which hospital I worked at. They also wanted my physician ID number. This information was not relevant to my requests that Border Patrol call for emergency medical care for migrants in need.

36.     I spent significant time calling CBP supervisors when Border Patrol agents refused to transport migrants with emergent medical needs to ambulances. The CBP supervisor told me it was at the discretion of the Border Patrol agent, and he could not or would not instruct the agent to transport the individual in need of care.

37.     I also faced obstacles to obtaining emergency medical care for individuals in need because ambulances would stop a mile and a half away from the OADS. Sometimes CBP agents would refuse to transport migrants whom I determined needed emergency medical care to the ambulance. Border Patrol and EMS repeatedly questioned my medical

judgment despite my training and expertise in emergency medicine. They insisted that migrants fake medical emergencies in order to leave the camps and questioned my triaging and diagnoses of migrants' health conditions.

38.     The week that I was volunteering, I received a request for urgent medical assistance around 10 am one morning. I was at the youth center in Jacumba at the time. I spoke on the phone with the volunteer requesting help, and the volunteer told me there was a boy who had been seriously injured. The volunteer described blood coming out of the boy's ears and nose but that he was breathing at the time. I asked the volunteer to take his pulse, and the volunteer reported that he had a very fast pulse. The volunteer had already called 911. The first thing I did was tell the volunteer to hang up and call 911 again because I could tell the boy was in extreme medical need.

39.     I immediately left to meet the volunteer at the Valley of the Moon OADS. When I arrived at the OADS, there were two CBP agents standing nearby but not taking any steps to assist the injured boy. Upon information and belief, the boy was involved in car accident in Mexico before being brought to the U.S. side of the border. Upon information and belief, people in Mexico who had observed the injured boy called Mexican emergency responders while people on the U.S. side of the wall were also trying to help. The first emergency responder to arrive was a Mexican firefighter-paramedic, who I saw bent over the injured boy hooking him up to a portable AED monitor when I arrived at the site. The machine showed that the boy was losing pulse, so the Mexican firefighter-paramedic started doing CPR. I started doing CPR with him, because CPR is taxing and is a full-body effort. As we continued doing CPR, I asked the CBP agents who were standing nearby if they had any medical equipment. One agent had a nasal trumpet, which I inserted into the boy's nose to help open his airway. The firefighter-paramedic and I continued doing CPR. We were getting tired, and I asked the agents "Do you know CPR?" One agent said no and the other agent said he did, but did not move to help. I asked if he could help us do CPR, and he finally agreed. We kept doing CPR for 30 minutes.

40.     Around 11 am, EMS arrived, an hour after the volunteer's first 911 call. The boy was taken to the hospital in a helicopter. Despite our best efforts, he was pronounced dead about an hour later.

41.     I talked to the people who had gathered and were watching from across the border to try to get more information about what happened. The boy's brother and brother-in-law were there and said they were from Mexico.  I learned that the boy was only 13 years old.

42.     One of the last days I was at Jacumba, I treated a little girl around eight or nine years old who fell and cut her face and needed stitches. I would have preferred her to receive treatment in a sanitary medical environment, but the girl and her family were so afraid of being separated that they refused medical transport. To make sure she got care, I cleaned the wound and sutured the laceration on her face at the OADS.

43.     I saw other individuals experiencing medical emergencies without CBP assistance while at the OADS. In one case, there was a Chinese man who had been unable to physically leave a tent for days because of pain. I speak Chinese, so when I arrived, I was able to understand that he was experiencing extreme ankle pain in both ankles. He had been stuck lying on the ground for multiple days in the tent and no one had been able to communicate with Border Patrol or get them to provide any help for this man.

44.     While I was volunteering at Whiskey 8, it was challenging to provide medical care because migrants are held between two border walls. I had to ask one individual with an injury to reach her arm through the slats of the wall so I could examine her injury and treat it.

45.     I also had to conduct medical examinations of other people, including children by reaching through the slats in the wall. The children I saw at Whiskey 8 were very young. They ranged in age from about four to about eight years old. There were also some infants that I examined through the wall. There were about half a dozen children in total during the couple of hours that I spent at Whiskey 8.

46.    It is very difficult to provide medical care through the slats in the border wall. The location of Whiskey 8 is particularly dangerous because sometimes people are so injured they are not able to get close enough to the wall to receive even the limited medical evaluations or care we can provide through the wall.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 23 day of February 2024, at San Francisco, CA.

*Theresa Cheng*