# EXHIBIT 6

I, Adriana Jasso, declare as follows:

1.     The content of this declaration is based on my personal knowledge, my own observations, and information communicated directly to me by people detained at open-air detention sites ("OADS"). The following facts are true to the best of my understanding and recollection. If called to testify in this case, I would testify competently about these facts.

**Professional Background**

2.     I am a human rights advocate and I have worked with the American Friends Service Committee (AFSC) for 17 years assisting migrants.

3.     I submitted a declaration in support of the complaint Southern Border Communities Coalition ("SBCC") filed with the Department of Homeland Security ("DHS") Office of Civil Rights and Civil Liberties on May 13, 2023. Attached hereto as Exhibit A is a true and correct copy of that declaration. I filed an additional supplemental declaration to the same office in a renewed and expanded complaint about continued violations of rights by U.S. Customs and Border Protection ("CBP") at OADS on December 11, 2023. Attached hereto as Exhibit B is a true and correct copy of the supplemental declaration.

4.     Beginning in May 2023, I began providing humanitarian aid alongside a border wall in the San Ysidro area that is one of two parallel walls at the border of the United States and Mexico. The space between the first and second wall is inside the United States and is used by CBP as an OADS. Border agents refer to the area as "Whiskey 8".

5.      When I began working at Whiskey 8 OADS in May 2023, there were approximately 400-500 individuals who were detained at the OADS with nothing but the clothes on their backs. Many of the migrants were women and children.

6.     By September 2023, I was running an open-air volunteer station to provide support to migrants alongside the border wall at Whiskey 8. We provide humanitarian aid to

migrants through the slats in the northern-most section of the two border walls. I work at the site five days a week for five to six hours each day.

7.      Alongside volunteers, I assist migrants by providing food, water, clothing, feminine hygiene products, diapers, blankets, a phone-charging station, and tarps. I also help identify migrants with medical emergencies and other medical needs and work with the other volunteers to do our best to get them medical care.

**Border Patrol Directs Entry to and Controls Movement Within the OADS**

8.      I have witnessed Border Patrol agents drive migrants to OADS in CBP's vehicles and leave them at the OADS.

9.      Additionally, migrants who I have seen arriving at Whiskey 8 frequently tell me that after Border Patrol agents make initial contact with them, after they have crossed the border, the agents instruct them to walk to Whiskey 8 or in many cases migrants are transported by Border Patrol agents.

10.     As the Whiskey 8 encampment grew in May 2023, I saw Border Patrol direct males to move to a different OADS that is approximately 40-45 minutes away on foot known as "Spooner's Mesa". I have also seen Border Patrol tell migrants to get in CBP vehicles to be transported to a different OADS, for example from Whiskey 8 to Spooner's Mesa. It is also common for Border Patrol agents to transport migrants from 91X OADS to Whiskey 8.  Border Patrol agents are the only people who have access to the four encampments: Whiskey 4, Whiskey 8, Spooner's Mesa and 91X.  They are the enforcing agency on all sites.

11.     In early summer 2023, Border Patrol developed a system to track the individuals who were in the OADS by providing them with wristbands to mark when they entered into their custody. The wristbands varied in color from red, yellow, blue, green, and gray to reflect the date they entered the OADS.

12.     From what I have observed since about mid-December, Border Patrol agents stopped the practice of giving migrants different-colored wristbands at Whiskey 8.

13.     Within Whiskey 8, I have observed, on many occasions, Border Patrol hold a "count" of migrants present multiple times a day. Agents conduct the "count" at any time of day or night. I have repeatedly witnessed them hold counts in the middle of the night when temperatures are cold, and it is raining, and people are sleeping in makeshift tarp shelters. I have seen parents ask Border Patrol agents if their children can remain asleep under their tarps during the count, but Border Patrol has always said no. They demand that every migrant, even children, stand to be counted. I have witnessed Border Patrol agents yell at migrants, including children, who try to go back to their tarps before the agents have given them permission to leave the count. In anticipation of transport, Border Patrol only allows one layer of clothes during the count for men, women, and children regardless of how low the temperature is. I have witnessed people stand for long periods of time in one layer of clothing only to be told by Border Patrol that there is not enough transportation to take everyone, and they will need to wait longer.

14.     Migrants have told me that their family members who have been sent to other OADS such as Whiskey 4 and Spooner's Mesa have also reported being subjected to the counts.

15.     I have also witnessed Border Patrol agents separating families at the Whiskey 8 OADS. For example, on or about October 2, 2023, I spoke with a mother who said she was very worried about her 17-year-old son. She said that Border Patrol agents had separated him from her and sent him to the Spooner's Mesa OADS. When I asked a Border Patrol agent about this case, the agent was dismissive of the concerns about separating the mother from her minor child. I did not see the Border Patrol agent take any action to remedy the separation or provide any information to me or the mother, or to convey any information to the child being held elsewhere.

16.     I have also witnessed Border Patrol agents separate fathers from their children and send the fathers to different parts of the same OADS or to a different OADS altogether, like Spooner's Mesa, while the child and their mother wait elsewhere.

17.     I have witnessed migrants getting separated from different-gendered siblings and cousins by Border Patrol agents. I have documented cases of young female migrants who arrived or were transported by Border Patrol to Whiskey 8 with many questions and fears after getting separated from a brother or a male cousin.

18.     I have also witnessed Border Patrol agents at the Whiskey 8 OADS checking migrants' travel documents. For example, on or about December 4, 2023, I observed an agent checking migrants' passports. One migrant told him that she did not have her passport in her hand because it was in her bag. In response, the agent began to scream and swear at her, repeatedly using the F-word.

19.     I have also seen Border Patrol agents conduct full-body searches of migrants held in Whiskey 8. Male Border Patrol agents search male migrants, and I have seen that they require the migrants to put their hands up and spread their legs. The agents then pat their legs, back, chest, and waist. I have seen Border Patrol agents search inside migrants' pockets. I have also seen Border Patrol agents require migrants to remove their shoes and shoelaces. When a female Border Patrol agent is present, I have also seen that female migrants are searched in the same way. On Tuesday, February 13, 2024, between 8am-9:30am a total of 22 women, 3 girls, 30 males and 3 boys were standing in formation to be searched. The patting that happens is routine for the male migrants, however on this day during formation time, ALL females were patted by all male agents. I saw and documented how each female was asked to put their hand behind their back and open their legs for the search. The proximity of the agent's hands to the female breasts and pelvis area concerned me. Some of the female migrants were visibly uncomfortable. In the case of several migrants from Brazil when called by the agent to step out of formation for the patting they did not understand the instructions of putting their hands behind their back and spread their legs the agent had to repeat the instructions several times.

20.     At Whiskey 8, all the migrants are stuck behind the secondary border wall. They can only leave if Border Patrol agents permit them to leave. I have witnessed Border Patrol agents subject migrants to the "one layer" rule during the "counts," before they are

transported away from the OADS. Border Patrol agents tell migrants that they can wear only one layer of clothing and that they must remove all other layers that they are wearing. I have seen female migrants trying to comply by removing their t-shirts and expose parts of their upper body to try to keep the warmest layer they have as their one layer. They are forced to do this in public view of male Border Patrol agents. I have seen the women trying to cover each other with their bodies so that the male agents will not see them undressed. I have also seen that Border Patrol agents require female migrants to let down their hair during these body inspections prior to transport.

21.     On or about November 9, 2023, at Whiskey 8, I saw a male Border Patrol agent force a female migrant to remove her hijab. He then touched her hair and I observed that she and her husband appeared to be deeply uncomfortable throughout the interaction.

**Border Patrol is Forcing Migrants, Including Children, to Wait in Unsafe and Unsanitary Conditions for Long Periods of Time**

22.     In my experience, Border Patrol agents do not provide even basic necessities to the migrants they are holding in OADS.

23.     In the Spring of 2023, Border Patrol agents only came once a day to the Whiskey 8 OADS. They provided the migrants with a bottle of water per person and some kind of granola bar but there were times they didn't have enough water or granola bars for all the migrants. Agents have regularly approached my volunteer station to ask to "borrow" water for Spooner's Mesa and Whiskey 4.

24.     In May 2023, I was not able to access Spooner's Mesa, Whiskey 4 or 91X because there is no access for civilians.  Border Patrol is the only agency that directs, transports migrants to or from the four locations. At that time, a Colombian family told me that while they were held in the OADS, they only received one bottle of water per person for a whole day. Up to that point we had not been able to transport anything to the migrants ourselves and were not allowed to carry things over there.

25.     During the third week of September 2023, Border Patrol asked me and other volunteers for food and water that they could transport to the Spooner's Mesa OADS, which they have told me only Border Patrol may access. There were other times when migrants told me they had family members at Spooner's Mesa who were desperate for food and water. With that information, I would communicate with the agents on the ground to try to get permission for the men who were held at Spooner's Mesa to hike down to our volunteer station at Whiskey 8 to collect supplies to bring back to the Spooner's Mesa OADS.

26.     On or about September 23, 2023, I had to negotiate with Border Patrol agents to get food and water for about 120 men who were being held at Spooner's Mesa. Upon information and belief, the men must get permission from Border Patrol to leave the Spooner's Mesa site and are often denied permission.

27.     Border Patrol controls whether my volunteers and I have access to OADS to provide humanitarian aid. Generally, Border Patrol does not allow us access to three other OADS: Whiskey 4 and Spooner's Mesa and 91X. Since I set up the humanitarian stations at Whiskey 8, I and other volunteers have delivered food and water to two other sites, Spooner's Mesa and Whiskey 4 on five different occasions. I help organize and facilitate communication with Border Patrol on the ground since the few volunteers that were able to visit could only go with a Border Patrol escort.

28.     On February 17, 2024 at about 10:30pm a family of four arrived to Whiskey 8 – a mother, a father, and two small children. In total, there were about 30 people at Whiskey 8 that night. It began to feel very cold by 11pm and I provided a warm jacket to the oldest daughter, who I think was about 4 years old. On February 18, 2024, I arrived at Whiskey 8 around 6:30am and found the same group of people from the night before. From a distance I identified the young girl with the light-green jacket standing next to her mother. The total number of people waiting was 115 people, including 23 children.

**Migrants Held at OADS, Including Children, Cannot Access Necessary Medical Care in a Timely Manner**

29.     Many migrants held at OADS have serious medical needs. For example, in May 2023, one woman told me she had a miscarriage while held at the OADS. She expressed to me repeatedly the pain on her lower stomach and how weak she felt. When I asked her how long she was feeling this way she responded that since the night before.

30.     On a different occasion, a child suffered an epilepsy attack at the OADS. As I was arriving to Whiskey 8 that morning the volunteer on site came running towards me and said the boy's mother had been asking for help since earlier that day. After I spoke to the mother, I called Border Patrol, who called an ambulance.

31.     Some of the migrants who are arriving report suffering severe pain, diarrhea, headaches, severe cuts and bruises. For example, in May 2023, one man's leg appeared to be severely infected. He was in extreme pain with no way to communicate because he spoke no English. We had to wait for Border Patrol to respond to our request for help via text.

32.     Another time, in the spring of 2023, a man from Africa was walking and I saw him collapse. Another migrant who was a Colombian nurse tried to help. She told me he was dying. Our volunteers immediately alerted Border Patrol. Fortunately, the Border Patrol came and picked him up but I'm not sure what would have happened to him if me and the volunteers had not been there to alert Border Patrol.

33.     Even when migrants are not facing urgent medical needs, many migrants are struggling because they are pregnant, some are caring for babies or very small children, in some cases they have no shoes, and during rainy days the place is muddy and wet. All these circumstances making the suffering worse.

34.     On, February 18, 2024, I arrived at Whiskey 8 at 6:30am. As I walked towards the wall, I could see a group of men trying to help someone who was on the ground. As I got closer, I saw a male on the ground shaking and two other men trying to help him. One of

the males was holding and massaging his left hand and the other male was holding his head and cleaning saliva from his mouth, his lips were appearing purple, and he was unresponsive. Fortunately, the other volunteer who was already on site had called 911 and informed me that the ambulance was on its way. The ambulance arrived 10 minutes after I got there and took the man. Border Patrol had to open the gate to allow the medic team to access the man. According to the other men who were trying to help him, he had been vomiting all night and became more ill in the early hours of the morning. The sick man came from the country of Egypt and is 45 years old.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21 day of February 2024, at San Diego, California.

_____

Adriana Jasso

# EXHIBIT A

## DECLARATION OF ADRIANA JASSO

I, Adriana Jasso, declare the following:

1. I have worked with the American Friends Service Committee for 16 years assisting migrants. I am currently working alongside a border wall in the San Ysidro area that is one of two parallel walls at the border of the United States and Mexico. The space between the first and second wall is inside the United States. In the space between the walls, there are approximately 400-500 individuals who are waiting with nothing but the clothes on their backs to be processed for asylum claims.

2. I first arrived at the San Ysidro border just south of South Bay Water Reclamation Plant about 2 weeks ago. Border agents refer to that area as Whiskey 8. When I arrived, I saw approximately 20 people. Then 20 quickly turned to 80 and 80 quickly turned into 120. Later on we started seeing 400-500 individuals. Not only have the numbers changed, but the demographics as well. Now we are seeing mainly women with children. As the encampment grew, Border Patrol moved males to an area approximately 20 minutes away on foot to a different canyon.

3. I have not been able to access the canyon, but have heard there are anywhere between 600-800 single men in the encampment. What we have heard is that the conditions there are a lot worse in terms of access to food and shelter. I took a statement from a Colombian family that said they only received a bottle of water for a whole day. We haven't been able to transport anything to them and we are not able to carry things over there. It would require us hiking to the location.

4. The individuals who come through the primary fence and who are then between the two walls are in the United States. For the last several weeks I have witnessed Border Patrol direct and control their movements, such as the movement of men to a different part of the corridor.  Border Patrol agents are the only people who have access to the encampment. They are the only ones on site. These individuals are in their custody and Border Patrol is responsible for their fundamental well being. The individuals are being detained in dire conditions.

5. Border Patrol developed a system to track the individuals who are in the encampment by providing them with wrist bands to track when they entered into their custody.  The wristbands vary in color from red, yellow, blue, green and gray to reflect the date they entered the encampment.

6. It appears they have different wristbands for the day of the week that border agents first identify them, and it appears to indicate the priority based on the days and nights that they have been here.  But we have seen over and over again that the system isn't being followed and it depends on what officers they get on which wristband they are given. For example, migrants have told us they have been here for 4 days, but their wristband indicates less.

7. Individuals cannot leave the area because of the physical walls that stand in their way. Some of those arriving are suffering severe pain, diarrhea, headaches, severe cuts and bruises. One Asian man's leg was severely infected. He was in extreme pain with no way to communicate. We had to wait for Border Patrol to respond to our texts and.

Many individuals are pregnant, have children with them, have no shoes, are muddy, wet and in terrible condition. All they can do is wait for Border Patrol to take them to be processed for asylum.

8. Border Patrol agents do not come often to the site. Once a day, they provide a bottle of water and some kind of granola bar. To keep people from starving, NGOs, volunteers both on the Mexico and US side of the border, are supplying the basic necessities they can. It is a dire situation.

9. On Tuesday, May 9th, 2023, an incident happened where two Colombian women were traveling alone and were being sexually harassed.  Four males became abusive towards them and the women decided to approach us (there were no agents to approach). We let the authorities know. Fortunately there was no sexual attack, but there was physical and verbal abuse. If we were not there, we don't know whether the attack would have been prevented.

10. We have seen several pregnant women come through. One woman, approximately a week ago, had a miscarriage. She has continually expressed the pain she is going through, especially at night.

11. In a particularly distressing incident, a man from Africa was walking and collapsed.  A Colombian nurse tried to help and told us he was dying. We alerted the Border Patrol. Fortunately, the Border Patrol came and picked him up.

12. On a different occasion, a child suffered an epilepsy attack and we were able to get assistance from Border Patrol. I continue to be concerned that if we were not there bearing witness that children and adults would suffer harm while in Border Patrol custody.

I affirm that the statements in this affidavit are true to the best of my knowledge and belief.

May 12, 20223

Adriana Jasso

# EXHIBIT B

**SUPPLEMENTAL DECLARATION OF ADRIANA JASSO**

I, Adriana Jasso, declare the following:

1. I have worked with the American Friends Service Committee for 17 years assisting migrants.

2. I previously submitted a declaration in support of the Civil Rights and Civil Liberties complaint that the Southern Border Communities Coalition filed on May 13, 2023.

3. Since early September, I have been running an open-air volunteer station supporting migrants alongside the border wall in the San Ysidro area—a location that is commonly referred to as "Whiskey 8."

4. The migrants we assist are inside the United States between two border walls.  At Whiskey 8 we provide the resources through the slats in the northern-most of the two walls.

5. Beginning on or about September 7, 2023 and continuing to the present, we have had an ongoing daily volunteer presence at Whiskey 8.  I work at the site five days a week for five to six hours a day.  Prior to September, I was involved in observations of the site in August 2023.

6. I provide this declaration based on my personal observations, the observations and experiences of my colleagues that they have communicated to me, my conversations with migrants we assist, and my conversations with Border Patrol agents in the course of my volunteer work at the site from August 2023 to the present.  I keep contemporaneous notes of my observations and information I receive from other volunteers, migrants, and Border Patrol.

7. The volunteers and I assist migrants, including by providing food, water, clothing, female hygiene products, diapers, blankets, a phone-charging station, and tarps.  We also identify migrants with medical emergencies and other medical needs and do our best to get them medical care.

8. We provide assistance to migrants at two nearby open-air sites as well: Whiskey 4 and Spooner's Mesa.   Generally, Border Patrol does not allow us to visit these sites, and we identify the needs of migrants there by speaking with their family members who are at Whiskey 8, as discussed more below.  I am aware, however, of a handful of occasions when Border Patrol has permitted a volunteer to visit these sites with a Border Patrol escort.

**Migrants are in Border Patrol Custody at the Open-Air Sites**

9. As I discussed in my prior declaration, the migrants at these open-air sites are in the custody and control of Border Patrol.  Unless otherwise specified, the information I provide below reflects ongoing Border Patrol practices between August 2023 and the present day.

*Agents direct migrants to the sites*

10. Border Patrol agents make contact with migrants in the United States and instruct them to walk to the open-air sites, or the agents actually drive them to the open-air sites in their vehicles. Agents also frequently transport migrants in their vehicles from one open-air site to another.

*Agents subject migrants to the count*

11. Every day at Whiskey 8, multiple times a day, Border Patrol agents hold a "count" of the migrants present, just as they would in a detention facility. But the practice is more brutal given the outdoor conditions. Agents conduct the "count" at any time of day or night. Not infrequently counts are held in the middle of the night when temperatures are cold, it is raining, and people are sleeping. Migrant families often try to construct makeshift shelters out of tarps, and volunteers have witnessed parents asking Border Patrol agents if their children can remain asleep under their tarps during the count. The agents have said no and demanded that everyone stand to be counted, even small children and even in the rain and freezing weather. The migrants and their children must stand for the count until the agents give them permission to go back to their tarps.

12. We have heard from migrants that their family members are subject to the count at the Whiskey 4 and Spooner's Mesa sites as well.

*Agents subject migrants to body searches*

13. Border Patrol agents regularly conduct invasive searches of migrants at the open-air sites. Specifically, agents conduct body searches of all male migrants, during which they require the migrants to put up their hands and spread their legs, and agents pat their legs, back, chest, and waist. The agents also search inside the migrants' pockets and require migrants to remove their shoes and the shoelaces from their shoes. When a female Border Patrol agent is present, female migrants are also body searched.

14. Even when a female Border Patrol agent is not available, female migrants are required to stand in a line and are subjected to the "one layer" rule—that is, Border Patrol agents inform them that the migrants can wear only one layer of clothing and they must remove all other layers before they are transported away from the open air site. As a result of this rule, I have observed female migrants removing their t-shirts and other inner layers of clothing in public view of male Border Patrol agents. I have seen the female migrants trying to cover each other with their bodies so that the male agents will not see them undressed. Female migrants are also required to let down their hair during these body inspections.

15. On or about November 9, 2023 at Whiskey 8, a male agent forced a female migrant to remove her hijab and then he touched the female migrant's hair. The female migrant and her husband

appeared to be deeply uncomfortable when the agent engaged in this culturally inappropriate act.  I was present and witnessed the incident.

***Agents subject migrants to harsh verbal treatment***

16. I have also seen Border Patrol agents screaming and swearing at migrants at the open-air sites. For example, on or about December 4, 2023, I observed an agent checking migrants' passports. A female migrant informed him that she did not have her passport in her hand because it was in her bag, and the agent began to scream and swear at her, repeatedly using the F word.

***Agents subject migrants to family separation***

17. Border Patrol agents routinely separate families at the open-air sites, requiring men to leave their female and minor child relatives who they are traveling with.  Border Patrol agents detain the men at the more remote Spooner's Mesa site.  Male siblings and male cousins are routinely separated from their female siblings and cousins.  And frequently fathers are separated from their spouses and children.  Border Patrol agents ask the male migrants if they are legally married to their spouses, and if the answer is no, the agents typically separate the families.

18. On or about October 2, 2023, I spoke with a migrant mother who said she was very worried about her 17-year-old son who had been separated from her and sent to Spooner's Mesa.  I asked a Border Patrol agent about this case, and the agent was dismissive of the concerns about separating the mother and her minor child.

19. Volunteers are generally not permitted by Border Patrol agents to enter or approach Spooner's Mesa where the men are detained.  Spooner's Mesa is a hike into the canyon away from Whiskey 8, as I described in my earlier declaration.  We cannot see what is happening there, but we hear from the family members of the detained men about the needs of the migrants at that site.

**Agents Fail to Provide Migrants Basic Life Necessities at the Open-Air Sites**

20. For example, we have heard from family members, who are communicating by cell phone with male migrants at Spooner's Mesa, that there are times when there is no food or water at that site.  Sometimes Border Patrol has asked for food or water from our volunteers and transported it to the site, which only Border Patrol is allowed to access.

21. At other times, the migrants at Spooner's Mesa have been desperate for food and water, and Border Patrol has not provided it.  We have then communicated with Border Patrol agents to try to get permission for some men who are detained at Spooner's Mesa to hike to our volunteer station at Whiskey 8 so they can get food and water and then hike back to provide the food and water to the detained men at Spooner's Mesa.

22. On or about September 23, 2023, we had to negotiate with Border Patrol to get food and water for about 120 men at Spooner's Mesa.  The lack of food and water for many hours is very

dangerous.  These men had to ask for the agents' permission because Border Patrol does not otherwise allow the men to leave Spooner's Mesa.  I and other volunteers have heard that many times men at Spooner's Mesa have requested permission to leave to get food and water and their requests have been denied.  I am not aware of any time that a man left Spooner's Mesa without permission.

23. Border Patrol agents frequently do not have the basic necessities they need to provide migrants detained in the open-air sites.  For example, they do not appear to carry extra water in their vehicles.  And agents have repeatedly asked our volunteer station to borrow water for Spooner's Mesa and Whiskey 4.  We have provided the water.

24. At times the Border Patrol agents have appeared embarrassed to have to rely on us and have promised to "pay us back" with water.  But it is unclear why they are not able to stock sufficient water in the first place.  Agents have told me that they need to provide projected migrant numbers in advance for the following week, and they say they have repeatedly had too few supplies to meet the demand.  But I do not know why they cannot ask for more water than they anticipate needing to ensure they do not fall short.


I affirm that the statements in this declaration are true, correct, and complete to the best of my knowledge and belief.

December 9, 2023

/s/ *Adriana Jasso*

Adriana Jasso