# EXHIBIT 7

I, Sarah Kahn, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am an attorney licensed in California. I have worked at the Center for Human Rights and Constitutional Law ("CHRCL") since October 2022 and I have been the interim Executive Director since November 22, 2023. I have conducted hundreds of interviews in detention facilities as part of my work at the ACLU of Southern California monitoring conditions in the Orange County jails; I have conducted approximately fifty interviews in immigration detention centers as part of my work at CHRCL.

3.      In January and February 2024, I traveled to the Open Air Detention Sites ("OADS") at the Southern Border with three legal assistants who are fluent in Spanish and together we observed conditions, provided humanitarian aid, and interviewed individuals detained by Customs and Border Protection ("CBP") in OADS.

**Open-Air Detention Site: Whiskey 8, San Ysidro, California**
*January 24, 2024*

4.      My colleagues and I arrived at the OADS site known as Whiskey 8 at approximately 9:30 a.m. on January 24, 2024.

5.      The Whiskey 8 site is a section of dirt between the two border fences. It is approximately 100 feet wide and contiguous with the strip of land that runs between the two fences along the border.

6.      The border fences are approximately 30 feet in height. They are constructed with sharp-edged, closely adjacent metal bars. If a person were to climb one side of the wall, it would be extremely difficult to safely scale down the other side. If an individual were traveling with children, the risk of severe injury would greatly increase.

7.      When we arrived at the site, flooding from prior rainstorms had left pools of mud and water at the center of the Whiskey 8 area.

8.     The land between the border fence is U.S. territory. Both border fences are built by the U.S.

9.     On the northern side of the border fence in San Ysidro, three semi-permanent volunteer tents were set up containing food, water, warm and waterproof clothes, and medical supplies.

10.     When we arrived at the site, there were two construction vehicles moving dirt and maintaining the detention area between the fences. I was not able to determine what agency was operating the construction vehicles. There was a Border Patrol truck with an agent in it parked near the gate of the wall on the northern side.

11.     There was a line of cones set up about 25 feet north of the border wall that delineated the border between federal and city land.

12.     The OADS at Whiskey 8 was extremely muddy and there was no shade or shelter available. The site had no restrooms and aside from volunteers, no one provided any of the individuals held there with food or water.

13.     There were no medical personnel in the area and there was no telephone, nor was there any other way to call for help or communicate with anyone aside from volunteers, if and when they were present, unless the individual had their own charged and functioning phone.

14.     While I was at Whiskey 8, I observed a van drive into the Whiskey 8 OADS area. The van had traveled from a location out of sight to the east within the two border walls.

15.     The van contained approximately 9 individuals. Border Patrol agents exited the vans and after several minutes, they took the individuals out of the van and lined them up in the mud. Individuals were forced to stand one by one to be searched. It was very cold and slightly rainy and people were clearly cold. Individuals were searched while wearing only a single layer, usually a t-shirt. Individuals were photographed one by one. They were then forced to sit in the wet dirt while waiting for further processing.

16.     A large bus drove into the area on the U.S. side of the fence. Border Patrol opened the border wall gate to bring people out of the detention area. Individuals were cuffed together in pairs and directed onto the bus.

17.     Another van drove up to the site from the U.S./ San Ysidro side. The van waited while Border Patrol opened the gate in the border fence. The van then entered the Whiskey 8 OADS between the border walls, shut the gate, and soon let about ten individuals out of the van and lined them up to be searched in the same manner as the first van. A true and correct copy of an image of the van entering the Whiskey 8 OADS between the border walls is attached as Exhibit A to this declaration. I took this photograph on January 24, 2024.

18.     It took approximately 30 minutes from the arrival of the van until individuals were able to board the bus. During that time, they were searched, photographed, cuffed together, and made to wait.

19.     There was one minor, who appeared to be traveling alone, among the individuals being transported. He was forced to wait alone in the OADS area between the fence as others boarded the bus. He was shivering and agents did not provide him with another layer or blanket.

20.     Of the individuals we witnessed in the detention area between the border fences, none arrived by their own means. Each individual was taken to this area by Border Patrol in a van or bus. Agents appeared to use the OADS as a location for initial pre-transportation processing.

21.     Border Patrol did not allow us to speak with the individuals being transported.

**Open-Air Detention Site: Willows (Jacumba, California)**
*January 25, 2024*

22.     My colleagues and I arrived at the OADS known as Willows around 11am on January 25, 2024.

23.     The Willows OADS is accessible by driving a dirt road from the main paved street in the adjacent town towards the border wall, then traveling along the fence. Attached as Exhibit B to this declaration is a true and correct image of the dirt road that runs along the border wall around the entrance to the Willows OADS. This photograph was taken by my colleague Karen Hernandez on January 25, 2024.

24.     The Willows OADS is in a somewhat flat area in a small valley bordered by hills. The border wall has the same 30-foot metal design but is lined at the top with barbed wire.

25.     There is a tower that appears to support lights and may be set up to record or monitor individuals in the camp area. It is approximately twelve feet tall.

26.     The only way to exit the Willows OADS is by traveling down a dirt road that travels east/west along the border and connects the site to the main road of the town of Jacumba. In each of the directions the road leads (west along the border wall, east along the border wall, and along the dirt road leading to town) Border Patrol trucks were parked and partially blocking the road. We drove up to one cluster of trucks and could see that there were agents in the vans watching us approach.

27.     When I was at the Willows OADS, about half of the site was submerged in several inches of muddy water and there was trash and abandoned personal belongings strewn around the OADS. A true and correct copy of images of the site on this visit is attached as Exhibits C and D to this declaration. I took the photograph labeled Exhibit C and my colleague Brittany Novoa took the photograph labeled Exhibit D on January 25, 2024.

28.     I saw tents that were partially set up and filled with abandoned belongings and wet sleeping clothes, blankets, or makeshift beds. There were fire pits people had apparently used to keep warm with wood I understand to have been provided by volunteers.

29.     When I was at the Willows OADS, there were three dirty porta potties and two full dumpsters. Upon information and belief, the porta potties had been serviced by Border Patrol, but had not been serviced recently such that they were no longer sanitary. There was no visible soap or clean water.

30.     Aside from what was provided by volunteers, I did not observe any food, water, or medical personnel in the area.

31.     The camp had a distinct, putrid smell, even in the windy post-storm air. Plastic waste and molding clothes were littered throughout the OADS.

32.     There was no telephone, nor was there any other way to call for help or communicate with anyone aside from volunteers, if and when they were present, or if the individual had their own charged and functioning phone.

33.     When we arrived at the Willows OADS, I observed individuals being rounded up and directed to walk up a hill by Border Patrol agents in vans. The agents drove the vans up the hill behind individuals who were walking out of the camp, carrying the single backpack of items agents allowed them to bring. Attached as Exhibit E to this declaration is a true and correct image of Border Patrol trucks gathering people and directing them to walk up the hill. My colleague Brittany Novoa took this photograph on January 25, 2024.

34.     Vans drove behind a group of about 100 people walking up the hill towards the road.

35.     One couple fell behind because they had lost one of their passports. After they found the passport, a van drove behind them as they ran up the hill.

36.     Individuals were lined up in three lines. Men were lined up to the left, women in the center, and families and children to the right.

37.     Mothers and female travelers were kept with their children. No men were placed with children regardless of their connection to the child. Couples and pairs were separated by gender.

38.     There were five children being prepared for transportation: an 11 year old boy; an 11 year old girl; a 10 year old girl; and two 8 year old girls. None appeared to be traveling alone.

39.     The migrant children I spoke with told me they had been at the OADS for approximately five hours.

40.     The Border Patrol agents did not tell individuals being prepared for transportation anything about what was happening to them or where they were being taken. Children and their families were desperate for information. The families asked us where they'd be taken, how long they would be there, whether they would be deported, whether they would be separated from their children.

41.     Families tried to ask what was happening, but Border Patrol agents refused to speak to any of the families aside from sharp, short logistical orders. Even when the families asked for clarification about what to do they didn't receive responses. One woman couldn't get an answer about what to do with her shoelaces, which they were told to remove from their shoes, until I approached an agent and asked for her and was able to relay the information to her.

42.     These individuals were clearly in extreme distress. I observed women holding their children and praying with them or crying. Some of the children were clinging to their mothers and crying. Everyone I spoke to expressed fear, especially about being separated.

43.     I observed that even when individuals asked for instructions or information, agents did not explain anything or assist or reassure them.

*February 19, 2024*

44.     We returned on February 19, 2024, to Willows OADS.

45.     Just across the border wall on the Mexico side, the Guardia Nacional had set up large tents which appeared very similar to CBP soft-sided facilities and were monitoring the opening in the border wall. It would be nearly impossible to cross the border at that opening without being intercepted by the Guardia Nacional.

46.     Attached as Exhibit F to this declaration is a true and correct copy of an image of the Guardia Nacional tents. My colleague Brittan Novoa took this photograph on February 19, 2024. Attached as Exhibit G is a true and correct copy of an image of where the border wall ends. My colleague Brittan Novoa took this photograph on February 19, 2024. Porta potties and handwashing stations had been set up. This was the first time I

saw handwashing stations. Attached as Exhibit H to this declaration is a true and correct copy of an image of the porta potties and handwashing station. My colleague Brittany Novoa took this photograph on February 19, 2024.

**Open-Air Detention Site: Tower 177 (Jacumba, California)**

*January 25, 2024*

47.     My colleagues and I arrived at the OADS known as Tower 177 around 1pm on January 25, 2024.

48.     The Tower 177 OADS is at the end of a very long dirt road, approximately 5 miles from the highway.

49.     The camp was barren aside from three porta potties and a tower possibly containing cameras and/or lights. Attached as Exhibit I is a true and correct copy of an image of the tower at Tower 177 OADS, to which individuals had tied mylar blankets to shield from the wind. My colleague Brittany Novoa took this photograph on February 19, 2024.

50.     The camp abuts mountains. On the other side of the mountains parts of the border wall were visible. The border appeared to be approximately 5 miles from the OADS.

51.     There were about 100 people lined up waiting to be loaded onto six vans by approximately six Border Patrol agents when we arrived.

52.     Shortly after we arrived, I witnessed a van driving away from the border towards the OADS. A group of individuals were following the van on foot. The van led them to the Tower 177 OADS to be prepared for transportation. These individuals arrived at the OADS at the direction of the Border Patrol agents they followed. Attached as Exhibit J to this declaration is a true and correct copy of an image of a Border Patrol truck leading a group of people towards the OADS. I took this photograph on January 25, 2024.

53.     During our visit, approximately 100 additional people arrived on foot, often following a Border Patrol truck.

7

54.     Everyone who arrived was hungry, tired, and thirsty. I did not observe Border Patrol provide any food or water to anyone at the OADS.

55.     Attached as Exhibit K to this declaration is a true and correct copy of an image of Border Patrol agents parked and standing near the top of the road leading out of the Tower 177 OADS. Brittany Novoa took this photograph on January 25, 2024.

56.     I did not observe Border Patrol agents explain anything to individuals as they waited about where they were going or what would happen to them. No one I spoke with knew where they were being taken, what their rights were, or what was happening.

57.     Along with other volunteers, we handed out oranges, granola bars, and water. Nearly everyone accepted food and water and expressed how hungry and thirsty they were.

58.     There were no tents and no shelter from the wind or sun.

59.     There was no telephone, nor was there any other way to call for help or communicate with anyone aside from volunteers, if and when they were present.

60.     Attached as Exhibit L to this declaration is a true and correct copy of an image of trash at the Tower 177 OADS. Brittany Novoa took this photograph on January 25, 2024.

*February 3, 2024*

61.     On February 3, 2024 I again visited Tower 177 at approximately 9am. When we arrived, there were approximately 300 people there.

62.     There were three Border Patrol vans parked near the top of a long hill. People were already lined up along the hill. I witnessed Border Patrol agents directing individuals to particular parts of the line or to wait where they were. Others were gathered near the bottom of the hill, where three porta potties were set up.

63.     Just as I observed during my previous visit, there were no tents, shelters, or other protection from the wind.

64.     There were several families and children being held at the OADS. There were approximately fifteen children under 13 years of age.

65.     We began handing out paper lunch bags filled with snacks for kids, bananas, goldfish crackers, granola bars, and water. Kids and young teenagers crowded around us reaching out for food. Many had only one or two thin layers. The weather was extremely cold with a severe wind chill.

66.     Children and families reported having been there since the day before and were hungry and thirsty.

67.     Down the hill next to a large rock someone had managed to light a fire, but it was almost out. Two parents had climbed down to the fire with a small group and were holding their babies near the fire. One father crouched so close to the fire, attempting to provide warmth to his baby, that smoke engulfed his baby. Attached as Exhibit M to this declaration is a true and correct copy of an image of the group, huddled around a dying fire down the hill from those waiting in line. I took this photograph on February 3, 2024.

68.     The baby was completely still with closed eyes and bright red cheeks. We asked if they needed medical assistance but they were afraid that if they left, they would not be processed or would no longer be able to request asylum. We brought beanies, blankets and jackets to wrap the babies but we could not warm them sufficiently.

69.     Border Patrol agents could easily see the parents desperately trying to warm up their babies. While I was there I did not observe any agent walk down the hill to check on the children. I did not observe any agent ask if medical assistance was needed. I did not observe any blankets, jackets, food, water, or other resources offered by Border Patrol. Although Border Patrol agents were present, in the approximately one hour that we stayed at Tower 177, not one child or family was taken away from the camp, asked if they needed help, or provided any resource from anyone other than a volunteer.

70.     Children were walking up and down the hill. Toddlers were bored, hungry, and freezing, and would escape their parents and run through the dirt.

71.     One Border Patrol agent drove his van extremely quickly up the narrow road, a foot or two from the line of people, within feet of children waiting and scattered around the area.

72.     When we ran out of food, people surrounded the trucks hoping for something to eat or drink.

*February 21, 2024*

73.     On February 21, 2024, I returned to Tower 177.

74.     We arrived just after 5am. It was still dark and we could barely make out the silhouettes of bodies at the top of the hill.

75.     It was raining lightly and was bitterly windy.

76.     When we reached the top of the hill, a group of about forty people swarmed the car, leaning into my window.

77.     We began handing out granola bars, oranges, rain ponchos, fleece blankets, clean sweatshirts, and firewood. Everything we had brought was gone within minutes.

78.     There were approximately 12 children at the camp. Most appeared to be under six years old.

79.     There were no tents or shelters.

80.     People said they hadn't eaten since the night before, some hadn't eaten for days. There was no food available at the OADS.

81.     I saw a girl, approximately one-and-a-half to two years old, whose clothes, gloves, and shoes were soaked through. She was shaking violently. She began crying in a way that did not sound to me like a child who was scared or upset, it sounded like the particular cry of a child who is seriously hurt. I became afraid that she was hypothermic and did everything I could to get her assistance.

82.     I went to find her a blanket and came across a woman who appeared to be approximately 65. She told me that she couldn't breathe, that she was asthmatic, that she had no medicine or inhaler, and that the cold was giving her an asthma attack. She limped from the cold.

83.     At approximately 6:30am, a marked Border Patrol van drove slowly around the edge of the camp, past the groups of people huddled around small fires and crouched

behind rocks. They did not offer any food or water, they did not check for medical emergencies, and they did not take any of the families with young children.

84.     Another agent arrived at the OADS in a Border Patrol uniform at approximately 8:20am. He parked near the OADS. I approached him to ask when agents might pick up the families and elderly and he said he did not know.

85.     A third agent arrived and parked nearby. He appeared to be monitoring the crowd but did not speak to anyone.

86.     No one knew what was happening to them. They said they were afraid that no one would come and they would freeze.

87.     We began to explain what would happen when Border Patrol picked them up. We prepared the families with older children, non-immediate relatives, and mixed gender groups that they might be separated, but explained that fathers would very likely be reunited with their children at release and that they could ask for visits with their children while in the facility they were being transferred to.

88.     A mother hugged her husband and broke down. He picked up his two daughters one by one and kissed them and told them to be brave. His 10-year-old daughter told her mother not to cry and he told me that his daughter was so strong and had such a big heart that she never cried, except when she saw an animal hurt.

89.     An aunt and uncle, who were traveling with their two nieces, fifteen and nine years old, asked how they could keep the children with them. Both of the girls began to cry.

90.     Some additional volunteers arrived, including two with some medical training.

91.     People were gathering wood and brush to keep the fires alive. They were placing wet socks, shoes, and gloves on sticks and trying to dry them in the flames.

92.     Around 9:45 am a Border Patrol agent in full uniform with what appeared to be a bullet proof vest and military style uniform came to the OADS. He began selecting families and individuals to take. He approached one child and her family. He began to direct them to separate. He spoke very harshly in English.

93.     The girls were confused and tried to plead with the agent to keep the family together. He became agitated and told them in English, "I do this every day, I don't need you asking questions." This upset them more because his tone of voice was very aggressive but they could not understand what he was saying.

94.     The agent did not explain to the children that they would see their aunt and uncle again, or that they would be able to call a parent from the facility. Had we not been there, the children would have had no way to know whether they were being permanently separated from their family. We tried to translate the children's questions and the agent's answers, but had we not been there, the children would have received instructions solely in English and would have been taken from their guardians with no explanation or reassurance.

95.     Around 10am, Border Patrol took 13 people - mothers and young children - in a small van out of the OADS. They left behind two of the young children. They told everyone to wait there for two hours.

96.     One of the women ran up to me saying that her friend was freezing. We went with a medical volunteer to see her. He checked out her feet. She was in severe pain and couldn't stand or walk. He determined that she was pre hypothermic and he took steps to treat her.

97.      We explained that she could go to the hospital, but that they would likely take her alone, without her family. She said she could not leave her children.

98.     From the OADS, we saw approximately fifty people arrive with a white truck with flashing blue and red lights. The driver appeared to direct them to line up about a half mile from the OADS. This was consistent with other instances where I observed CBP agents escorting people to OADS. Soon after, the people walked up to the OADS and crowded around the fires. Upon information and belief, they had been directed to do so. There were still two Border Patrol agents in the area.

99.     Another small Border Patrol van came at approximately 11:45am. It drove up to the edge of the OADS, an agent stepped out, and he waved in whoever happened to be

standing nearby. He filled the 13 seats with single adults, most of whom had arrived in the last hour, and left the families who had been waiting since 1 am behind. We left at approximately 12pm. Some of the families were still waiting.

**Open Air Detention Site: Moon Valley (Jacumba)**

*February 2, 2024*

100.   We arrived at the camp at approximately 7pm on February 2, 2024 and it was already dark.

101.   The camp was barren and extremely windy. The temperature felt freezing. There were about 100 people present. Half were huddled around two very small fires in the east dirt lot. The other half were huddling near two porta potties in the west dirt lot.

102.   Moon Valley is close to the highway and bordered by mountains on the other side.

103.   The mountains are steep and rocky and separate the camp from the border wall.

104.   The terrain appeared dangerous and traveling over the mountains towards the camp would carry a high risk of serious injury.

105.   One semi-permanent shelter had been erected using pallets and wood poles, but the wind was so strong it was beginning to blow away. Three tents were set up but difficult to enter because of the strong winds. Three people had packed into a porta potty trying to avoid the wind and attempt to keep warm. Attached as Exhibits N and O are true and correct copies of images of the makeshift shelters I observed at Moon Valley OADS. Brittany Novoa took these photographs on February 19, 2024.

106.   There was a dumpster near the back of the lot.

107.   There was no food, water, or medical personnel in the area.

108.   There was no telephone, nor was there any other way to call for help or communicate with anyone aside from volunteers, if and when they were present, unless the individual had a charged and functioning cell phone.

109.   We began handing out snacks. We had only children's snacks but adults lined up for them, accepting anything. Everyone was extremely cold, thirsty, and hungry. We had

bread for sandwiches but we hadn't made sandwiches yet. People took plain pieces of cheap bread and ate them. We left the camp to collect firewood. We returned when it was pitch dark and unloaded the wood. There were no lights, no lit fires, and no food or water.

110.    When we returned at approximately 8am, there were about 75 people at the camp. One man was holding his baby over a small fire to try to keep him warm.

111.    Around thirty people were lined up to get crackers from a Border Patrol truck. During my four visits to OADS this was the only time I witnessed agents providing any food. Individuals told us they only received a couple plain crackers.

112.    We left for Tower 177, then returned to Moon Valley at approximately 10am that morning, February 3, 2024. There were people still there who had arrived the night before at midnight.

113.    We handed out paper lunch bags filled with snacks for kids, yogurt, water and peanut butter and jelly sandwiches. Children came and asked for extra sandwiches to bring to their siblings and parents. We gave out several hundred sandwiches in a matter of minutes. Everyone was freezing and hungry. We tried to give blankets to people who were holding babies.

114.    There was very little wood left and one child started collecting plastic trash to burn. We told them not to burn it because we were worried the smoke could make them sick.

115.    While at the OADS, I witnessed two marked Border Patrol vans drive slowly up the dirt road towards Moon Valley. A group of about twenty people followed the vans. I observed the vans park near the edge of the OADS and CBP agents direct people to wait in the area.

116.    We interviewed several families but it was very difficult to conduct interviews given the very cold temperature, high winds, and lack of privacy. Some of the individuals traveling alone had been lined up and waiting for at least an hour. Families had been instructed not to join the line and were still waiting for instruction.

117.   Everyone we spoke to at Moon Valley on February 2, 2024, had arrived at the OADS at the direction or guidance of Border Patrol agents. Families described being led behind trucks or vans, or walked down the mountain following an agent with a flashlight. Every person we spoke with reported that they were told by CBP to wait or stay in the OADS.

118.   One family shared they were explicitly told that if they left the OADS, they would not have a right to request asylum. The father was named Saulo and his daughter appeared to be approximately 12 years old.

*February 19, 2024*

119.   We returned to the Moon Valley OADS on February 19, 2024. Border Patrol had erected handwashing stations near the porta potties and placed a large tank of water. The handwashing stations were full of trash. The spigots to the water were dirty and, upon information and belief, the only cups available had been provided by volunteers. People had begun removing pieces of wood from the edges of the pallets holding up the extremely heavy tank when they ran out of firewood. Attached as Exhibits P and Q to this declaration are true and correct copies of images of the handwashing station and of the heavy water tank sitting atop partially removed pallets. Brittany Novoa took these photographs on February 19, 2024.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities.

Executed on this _27th_ day of February 2024, at Anaheim, CA.

_____

Sarah Kahn

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



# EXHIBIT J



# EXHIBIT K



# EXHIBIT L



# EXHIBIT M



# EXHIBIT N



# EXHIBIT O



# EXHIBIT P



# EXHIBIT Q

