# EXHIBIT 8

I, Saulo, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 44 years old and I am from Colombia. I speak Spanish.
3. I am giving this declaration from the Moon Valley open air detention site. I am giving the declaration from a shelter made of pallets and a tarp. Finally the people in it left and we have some shelter, but it is dirty and filled with trash.
4. We walked across the border through an opening in the wall.
5. We saw Border Patrol agents in marked trucks near the border wall on the U.S. side, when we were trying to walk through the mountains towards the U.S.
6. Agents got out of the trucks and separated the families from the single people. They separated the men and they separated me from my family.
7. They took each of our photos.
8. Then they led us in a group down the mountain towards the camp, lighting the way with their flashlights.
9. We arrived last night around 3am. There was no shelter, food, or water. There were a couple tents but they were full.
10. When we saw the camp area here there were so many people and families. There were so many babies, it made my wife cry.
11. Border Patrol told us to wait in the camp and that in the morning someone would bring food. The trucks stayed near the camp until the sun came up. There is one dirt road leading out towards the highway in two directions. The trucks were parked on the road.
12. They told us we had to wait here and that later they would take us somewhere.
13. My daughter was so cold that she was shaking. We are used to warm weather in Colombia. I think her body went into shock, she could not stop shaking violently.
14. We tried to cover her with blankets left behind in the mud but we could not get her to warm up.
15. When the agents came to the site we told them she was freezing and she needed help. They told us to call 911.
16. We tried to call 911 but we didn't know what address to tell them. They spoke to us in English and I couldn't understand. I was panicking, I was afraid she would die from the cold.
17. A volunteer helped us call 911 and gave an address. Finally a medic came in the morning. They took my wife and my daughter to the hospital but they would not let me come. I was desperate to find out what happened to them and I could only reach them because a volunteer found out where they were for me and helped me call.
18. Later in the morning a marked Border Patrol truck came to the site and said no one could leave because the facilities were full.

19. The agents told us that if we left the site, we could not be processed. They said that if we left the camp, we would lose the right to ask for asylum.
20. They came a couple hours ago and they were lining everyone up but not the families.
21. While I am giving this declaration they called the families.

I, __Saulo__, declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this __3rd__ day of __February__, 2024, at __Jacumba__.

_____
[Signature]

## CERTIFICATE OF TRANSLATION

My name is __Karen Hernandez__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated:                           _____
[Signature]