# EXHIBIT 9

I, ▆▆▆▆▆▆▆▆ declare as follows:

1. This declaration is based on what I know and is true to the best of my understanding and memory.
2. I am 10 years old and I am from Colombia. I speak Spanish.
3. I am giving this declaration from the Tower 177 open air detention site on February 21, 2024.
4. I traveled here with my mom, dad, and 8 year old sister.
5. We ran into others while we were walking and we all came here together.
6. We saw the bathrooms and we believed we were supposed to wait here.
7. We arrived in the middle of the night, maybe around 1 am.
8. I haven't slept. It is freezing, it's too cold to sleep, and there is no shelter.
9. My hands are so cold I can't feel my fingers.
10. I am hungry, I need water. We have been walking for so long and now we have been here, where it is so windy, for the whole night. Everyone has wet clothes.
11. I have no raincoat and I'm soaked from the rain. I am wearing a plastic poncho that the volunteers brought this morning.
12. We didn't know where to go. The wall is one way and then it is empty the other.
13. While we were walking someone drove by and told us to keep walking this way. I don't know who it was.
14. We didn't even know if we were in the U.S. Someone drove by this morning but no one talked to us.
15. It is horrible here. We're just so cold.
16. I told my mom not to cry if we are separated. I am strong, and I am going to be brave. I am so happy we made it to America.
17. I learned that what I am telling the interviewer is going to help other kids who come after me. If I grow up here, I want to do something that helps people. I think I want to help other immigrants.

I, ███████████████, declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 21 day of February, 2024, at Jacumba-Tower 147

_____ ███████████
[Signature]

## CERTIFICATE OF TRANSLATION

My name is Alex Valdivia and I swear that I am fluent in both the English and Spanish languages. I translated the foregoing declaration to ▮▮▮▮▮▮ from English to Spanish to the best of my abilities.

Dated: February 21, 2024          _____
                                                  [Signature]