# EXHIBIT 10

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am from Colombia. I speak Spanish.
3. I am giving this declaration at the Tower 177 open air detention site.
4. I came with my wife and my two children, my three-year-old son and five-year-old daughter.
5. We came here because we encountered Border Patrol after we crossed the border through a break in the border fence. Border Patrol agents were driving a marked van.
6. The agents told us to follow them and they drove here. We walked behind the van from the wall.
7. We arrived her at 2am.
8. When we got here, we saw that there are porta potties but they are extremely dirty.
9. There is no shelter. It is freezing. My kids were so cold they couldn't sleep. We couldn't keep our kids warm. Now volunteers are giving us gloves for my son but no one gave us clothes or blankets last night.
10. Border Patrol did not give us food or water.
11. There is no soap, no water, and no way to keep warm. People started little fires but it's hard to keep them alive.
12. The agents in the truck left and told us to wait here. The land is barren and rocky with no shelter from the wind.
13. Later, maybe early morning, two marked Border Patrol trucks drove through the site but they didn't stop or talk to us.
14. Border Patrol came back about a short time ago. It is about 9am.
15. The agents told us to line up. There are maybe 200 of us lined up on a hill.
16. They told us nothing about what will happen or where they will take us. Only to wait.

I, ████████████████, declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 3rd day of February, 2024, at Jacumba.

████████████████
[Signature]

## CERTIFICATE OF TRANSLATION

My name is Karen Hernandez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated:

_Karen Hernández_
[Signature]