CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>    Defendants. | No. CV 85-4544-DMG-AGRx<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO TERMINATE SETTLEMENT AS TO HHS<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

1  NATIONAL CENTER FOR YOUTH LAW
2  Mishan Wroe (Cal. Bar No. 299296)
   Diane de Gramont (Cal. Bar No. 324360)
3  1212 Broadway, Suite 600
4  Oakland, CA 94612
   Telephone: (510) 835-8098
5  Email: mwroe@youthlaw.org

6
   NATIONAL CENTER FOR YOUTH LAW
7  Rebecca Wolozin (admitted *pro hac vice*)
8  818 Connecticut Ave. NW, Suite 425
   Washington, DC 20006
9  Telephone: (202) 868-4792
10 Email: bwolozin@youthlaw.org

11 CHILDREN'S RIGHTS
   Leecia Welch (Cal. Bar No. 208741)
12 88 Pine Street, Suite 800
13 New York, NY 10005
   Telephone: (212) 683-2210
14 Email: lwelch@childrensrights.org

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs apply *ex parte* to continue the hearing date on Defendants' Motion to Terminate the *Flores* Settlement Agreement as to the U.S. Department of Health and Human Services (HHS) [Doc. # 1414].

The Court has read and considered the Parties' written submissions and finds good cause for a continuance. Accordingly, the Court GRANTS the application and CONTINUES the hearing on Defendants' Motion to July 12, 2024, at 9:30 a.m. All briefing deadlines are continued in accordance with the new hearing date. *See* Local Rule 7-11.

Dated: _____, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*