1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10                             WESTERN DIVISION

11

12  JENNY LISETTE FLORES, *et al.*,          No. CV 85-4544-DMG (AGRx)

13         Plaintiffs,                       ORDER RE *EX PARTE* APPLICATION TO
                                             CONTINUE    HEARING    DATE    ON
14  v.                                       DEFENDANTS' MOTION TO TERMINATE
                                             SETTLEMENT AS TO HHS **[1415]**
15
    MERRICK GARLAND, Attorney General
16  of the United States, *et al.*,

17

18         Defendants.

19

20

21

22

23

24

25

26

27

28

Plaintiffs apply *ex parte* to continue the hearing date on Defendants' Motion to Terminate the *Flores* Settlement Agreement as to the U.S. Department of Health and Human Services (HHS). [Doc. # 1414.]

The Court has read and considered the Parties' written submissions. Due to the Court's own scheduling conflict, the Court **CONTINUES** the hearing on Defendants' Motion from June 7, 2024 to **June 21, 2024 at 10:00 a.m.** All briefing deadlines are continued in accordance with the new hearing date. *See* Local Rule 7-11. The application is otherwise **DENIED**.

**IT IS SO ORDERED.**

DATED:  May 16, 2024

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

1