UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO EXTEND WORD LIMIT [1417] |

Plaintiffs apply *ex parte* to seek leave to file an Opposition Brief in response to Defendants' Motion to Terminate the *Flores* Settlement Agreement as to the U.S. Department of Health and Human Services (HHS) [Doc. # 1414] that is 8,000 words long. The application is unopposed.

The Court has read and considered Plaintiffs' written submissions and finds good cause to allow Plaintiffs to file an Opposition Brief comprised of 8,000 words. Accordingly, the Court **GRANTS** the application.

**IT IS SO ORDERED.**

DATED: May 16, 2024

*Dolly M. Gee*
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE