BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 616-4863
    Fax:  (202) 305-7000
    Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br>**STIPULATION FOR EXTENSION OF JUVENILE CARE MONITOR TERM** <br><br>Hearing Date: Not Set <br>Hon. Dolly M. Gee |

1

On June 26, 2019, Plaintiffs filed an *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Plaintiffs' TRO") (ECF No. 572). Following mediation, the parties reached a settlement agreement ("Agreement") to resolve Plaintiffs' TRO, and filed a motion seeking final approval of the Agreement from the Court (ECF No. 1266). The Court held a hearing for final approval of the Agreement on July 29, 2022 (ECF No. 1255), and on that same day, approved the Agreement (ECF No. 1278).

The Agreement provides, in part, for the appointment of a Juvenile Care Monitor ("JCM"). *See* ECF No. 1254-1 at 17-20. The Agreement requires that the parties agree upon a JCM, and file a request with the Court to give the Juvenile Care Monitor authority "to monitor compliance in the RGV and El Paso Sectors with the [*Flores* Settlement] as detailed in [the] Agreement." *Id.* at 17. On August 1, 2022, the parties filed a joint motion to appoint Dr. Paul H. Wise as the JCM (ECF No. 1279), and on August 3, 2022, the Court appointed Dr. Wise as the JCM to a single term of sixteen months. ECF No. 1280. Dr. Wise served in that position until the conclusion of his term on December 15, 2023, pursuant to the Court's oral order during the December 1, 2023 status conference. Subsequently, on December 14, 2023, the parties filed a stipulation to extend the JCM's term by six months and requested that the Court appoint Ms. Andrea Sheridan Ordin as the Juvenile Care Monitor. ECF No. 1380. On December 14, 2023, Ms. Ordin was appointed Juvenile Care Monitor for six months and Dr. Wise was appointed as the Medical Advisor to the JCM until February 1, 2024. ECF No. 1381. On February 8, 2024, Dr. Nancy Ewen Wang, was appointed Medical Advisor and Dr. Wise remained on the monitoring team as a Medical Expert, and each were appointed to serve through June 14, 2024. ECF No. 1388.

By this Stipulation, and pursuant to Section IX (10) of the Agreement, the parties hereby request that the Court extend the term of the JCM (including Medical

Expert Dr. Wise and Medical Advisor Dr. Wang) by three months—until September 12, 2024—which will enable the JCM to make a judgment about whether the existing and new internal protocols are sufficiently robust so that the monitoring terms of the JCM, Medical Advisor and Medical Expert can be transferred to U.S. Customs and Border Protection ("CBP") by September 12, 2024.

The parties also request the Court to order payment to the JCM with a cap of $310,000 annually to account for the inclusion of such aides as the JCM may require to assist with her duties. The parties attach a proposed order, the issuance of which will provide Ms. Ordin with the Court-ordered authority to continue to serve as the JCM in the manner agreed to by the parties and detailed in the Agreement. Good cause exists to enter the proposed order because it will allow for continued experienced and trusted oversight of CBP's completion of its internal monitoring protocols pursuant to the Agreement and compliance with the Agreement.

Dated: May 20, 2024             Respectfully submitted,

/s/ Carlos Holguín
CARLOS HOLGUÍN
Center For Human Rights & Constitutional Law

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director

*/s/ Fizza Batool*
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on May 20, 2024, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney