BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:85-cv-04544-DMG <br><br> **NOTICE OF APPEAL** <br><br> Hon. Dolly M. Gee |

Defendants the U.S. Department of Homeland Security, including its subcomponent U.S. Customs and Border Protection, hereby appeal the Court's April 3, 2024 Order, ECF No. 1406, granting in part Plaintiffs' Motion to Enforce in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

Dated: June 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

*/s/ Fizza Batool*
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I served the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

DATED:  June 3, 2024

/s/ *Fizza Batool*
FIZZA BATOOL
Trial Attorney

Attorney for Defendants