CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> PLAINTIFFS' NOTICE OF LEGISLATIVE DEVELOPMENTS AS RELATED TO DEFENDANTS' MOTION TO TERMINATE *FLORES* SETTLEMENT AS TO HHS <br><br> Hearing: June 21, 2024 <br> Time: 10:00 a.m. <br> Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that on June 5, 2024, 46 Senators introduced a joint resolution pursuant to the Congressional Review Act (CRA) that disapproves of the Unaccompanied Children Program Foundational Rule. *See* S.J. Res. 94, 118th Cong. (2024), https://www.congress.gov/bill/118th-congress/senate-joint-resolution/94/all-info. The CRA allows Congress to review and disapprove federal regulations. *See* 5 U.S.C. § 802. Given this joint resolution, it is possible that the Foundational Rule may not take effect on July 1, or that it will be rescinded after taking effect. While there is no definitive timeline for a vote on the CRA resolution, Plaintiffs believe the Court and all parties of record should be aware of the CRA resolution's introduction in the Senate.

Dated: June 17, 2024

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín
Sarah E. Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Leecia Welch

 */s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*