**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

-R-T-S-   782015047-1N         06/12/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ase

2:85CV04544
DMG

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CSO ROYBAL X-RAYED

Case: 2:85cv4544  Doc: 1419

Manoj G Govindaiah
Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio, TX 78201

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37942667@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/16/2024 at 7:09 PM PDT and filed on 5/16/2024

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2018**

**Document Number:** 1419

**Docket Text:**
**ORDER by Judge Dolly M. Gee. The Court has read and considered Plaintiffs' written submissions and finds good cause to allow Plaintiffs to file an Opposition Brief comprised of 8,000 words. Accordingly, the Court GRANTS the application. (kd)**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Poonam Juneja    pjuneja@youthlaw.org, ndesai@youthlaw.org
Michael J Dundas    mike.dundas@lacity.org
Sarah Pascal Alexander    poppy@whistleblower.law
Christina Parascandola    ecf.oil-dcs@usdoj.gov, christina.parascandola@usdoj.gov
Eric Silvestri    silvest@chapman.com
Natasha E. Daughtrey    ndaughtrey@goodwinlaw.com
David J. Kaloyanides    djpk@rt2counsel.com
Peter A. Schey    taylor@centerforhumanrights.org, pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org
Joshua Clayton McCroskey    ecf.oil-dcs@usdoj.gov, joshua.c.mccroskey@usdoj.gov
Rebekah A. Fretz    rebekah.fretz@doj.ca.gov
William Charles Silvis    william.silvis@usdoj.gov
Eric C Steinhart    eric.c.steinhart@usdoj.gov
August E Flentje    august.flentje@usdoj.gov
Peter Bach-y-Rita    pbachyrita@fnf.law, pbachyrita@ecf.courtdrive.com
Rene Kathawala    rkathawala@orrick.com

Zachary Nightingale    zn@vblaw.com
Brett Michael Manisco    bmanisco@akingump.com
Justin Alan Goldberg    justin.goldberg@arentfox.com
Jeffrey S Robins    jeffrey.robins@usdoj.gov
Fizza Batool    fizza.batool2@usdoj.gov
Mishan Raini Wroe    mwroe@youthlaw.org, rmagnuson@youthlaw.org
Amy P. Lally    laefilingnotice@sidley.com, amy-lally-0501@ecf.pacerpro.com, nigra@sidley.com, alally@sidley.com, martha.serrano@sidley.com, tberninzoni@sidley.com
Catherine A Veeneman    cveeneman@ecjlaw.com, dloranger@ecjlaw.com
Leecia Welch    lwelch@childrensrights.org, ahackel@childrensrights.org, madamson@youthlaw.org, eroberts@childrensrights.org
Sara T Ghadiri    ghadiri@chapman.com
Sarah B Fabian    nichole.i.taylor@usdoj.gov, sarah.b.fabian@usdoj.gov
Gretchen M. Nelson    pdavis@nflawfirm.com, mlevin@nflawfirm.com, gnelson@nflawfirm.com, ktorres@nflawfirm.com, fileandcalendar@nflawfirm.com
Stephen A Rosenbaum    srosenbaum@law.berkeley.edu
Joseph P Lombardo    lombardo@chapman.com
John S Purcell    sonia.mejia@afslaw.com, susan.baca@arentfox.com, john.purcell@afslaw.com
Steven H Schulman    sschulman@akingump.com
Diane Beatrix de Gramont    ddegramont@youthlaw.org, bwolozin@youthlaw.org, dczemerinski@youthlaw.org
Michael K. T. Tan    michael-tan-9223@ecf.pacerpro.com, mtan@aclu.org
Andrea Sheridan Ordin    loliver@strumwooch.com, jthomson@strumwooch.com, aordin@strumwooch.com
Gabriel Barenfeld    pdavis@nflawfirm.com, ktorres@nflawfirm.com, gbarenfeld@nflawfirm.com, fileandcalendar@nflawfirm.com
Bridget Cambria    bridget@aldeapjc.org
Carlos Holguin    crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org
Melissa Ann Adamson    mwroe@youthlaw.org, madamson@youthlaw.org
Sarah Kahn    sarah@centerforhumanrights.org
Rebecca R Wolozin    bwolozin@youthlaw.org
Michael James Stortz    michael.stortz@klgates.com
Judy Rabinovitz    judy-rabinovitz-3958@ecf.pacerpro.com, jrabinovitz@aclu.org, mtan@aclu.org
Kevin M. Askew    kaskew@orrick.com, casestream@ecf.courtdrive.com
Freya E K Pitts    fpitts@youthlaw.org, smoralesnunez@youthlaw.org
Bill Ong Hing    bhing@usfca.edu

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Peter D Keisler
US Department of Justice
Office of the Immigration Litigation - Civil Litigation
PO Box 878
Ben Franklin Station
Washington DC 20044
US
Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles CA 90057
Manoj G Govindaiah

Refugee and Immigrant Center for Education and Legal Service
802 Kentucky Avenue
San Antonio TX 78201