UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | June 21, 2024 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE CBP JUVENILE CARE COORDINATOR'S INTERIM REPORT [1413]**

On April 3, 2024, the Court granted in part Plaintiffs' Motion to Enforce the *Flores* Settlement Agreement ("FSA") regarding the conditions at open-air detention sites ("OADS") along the U.S. Border. April 3, 2024 Order [Doc. # 1406]. In that Order, the Court required the Juvenile Coordinator for CBP, Henry A. Moak, Jr., to submit an interim written report by May 10, 2024 regarding the conditions at the OADS and CBP's compliance with the FSA and the Court's Order. April 3, 2024 Order at 12.[1] Mr. Moak filed his interim report on May 10, 2024 and Plaintiffs filed their response on May 17, 2024. [Doc. ## 1413 ("Report"), 1422 ("Response").]

The Court has reviewed Mr. Moak's Report as well as Plaintiffs' Response, and it appears that CBP is not yet fully in compliance with the Court's April 3, 2024 Order. Further, the parties are in stark disagreement as to CBP's compliance, or lack thereof, with the Court's Order. The Court accordingly **ORDERS** the following:

1. The parties shall meet and confer by **July 19, 2024** regarding the present conditions at the OADS, the status of any minors detained at the OADS, and how CBP can come into compliance with both the FSA and the Court's April 3, 2024 Order. The parties shall file a joint status report as to their efforts by **July 26, 2024**. The parties may seek the assistance of the Juvenile Care Monitor if necessary.

2. The Court shall hold a further video status conference on **August 2, 2024 at 11:00 a.m.** to discuss compliance with the Court's Orders.

**IT IS SO ORDERED**.

---

[1] Page citations herein refer to the page numbers inserted by the CM/ECF system.

| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk KD |
|---|---|---|