BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:85-cv-04544-DMG <br><br> **DEFENDANTS' NOTICE REGARDING INTERIM FINAL RULE AS RELATED TO DEFENDANTS' MOTION TO TERMINATE THE FLORES SETTLEMENT AGREEMENT AS TO THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES** <br><br> Hon. Dolly M. Gee |

PLEASE TAKE NOTICE that on June 17, 2024, the U.S. Department of Health and Human Services ("HHS") submitted its draft Investigations of Child Abuse and Neglect Interim Final Rule to the U.S. Office of Management and Budget ("OMB"). The Interim Final Rule ("IFR") provides for the U.S. Office of Refugee Resettlement's ("ORR") investigations of alleged child abuse or neglect at care provider facilities located in states that do not conduct their own investigations and in ORR's emergency and influx facilities; administrative review and appeal of ORR's investigation findings; required disciplinary sanctions for sustained perpetrators; and barring sustained perpetrators of child abuse and neglect from working or volunteering under ORR Unaccompanied Children program grants and contracts, and from having any contact with unaccompanied children in ORR custody. *See* ECF No. 1435-1, Defs.' Ex. D, Supplemental Declaration of Toby Biswas, ¶ 20. During the Court's recent hearing on Defendants' Motion to Terminate the *Flores* Settlement Agreement as to HHS, the Court inquired about the timeline of the IFR. Accordingly, Defendants apprise the Court that the IFR has been submitted to OMB.

Dated: June 24, 2024                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division
                                        WILLIAM C. PEACHEY
                                        Director, District Court Section
                                        Office of Immigration Litigation
                                        WILLIAM C. SILVIS
                                        Assistant Director, District Court Section
                                        Office of Immigration Litigation

                                        */s/ Fizza Batool*
                                        FIZZA BATOOL
                                        JOSHUA C. MCCROSKEY

Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4863
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 24, 2024, I served a copy of the foregoing document on all counsel of record by means of the District Court's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice