**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



Case: 2:85cv4544   Doc: 1432

Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38054640@cacd.uscourts.gov>Subject:Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Order on Motion for Extension of Time to File Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/5/2024 at 4:47 PM PDT and filed on 6/5/2024

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2018**

| | |
|---|---|
| **Document Number:** | 1432 |

**Docket Text:**
**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO FILE REPLY [1429] by Judge Dolly M. Gee. UPON CONSIDERATION of the Ex Parte Application, and for the reasons set forth therein, the Court GRANTS the Application and ORDERS that the deadline for Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Terminate Flores Settlement as to HHS [1427], is extended from June 7, 2024 to June 12, 2024. The hearing on Defendants' Motion to Terminate the Flores Settlement Agreement as to the U.S. Department of Health and Human Services [1414], remains set for June 21, 2024 at 10:00 a.m. (rolm)**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**
Poonam Juneja    pjuneja@youthlaw.org, ndesai@youthlaw.org
Michael J Dundas    mike.dundas@lacity.org
Sarah Pascal Alexander    poppy@whistleblower.law
Christina Parascandola    ecf.oil-dcs@usdoj.gov, christina.parascandola@usdoj.gov
Eric Silvestri    silvest@chapman.com
Natasha E. Daughtrey    ndaughtrey@goodwinlaw.com
David J. Kaloyanides    djpk@rt2counsel.com
Peter A. Schey    taylor@centerforhumanrights.org, pschey@centerforhumanrights.org, daisy@centerforhumanrights.org, sarah@centerforhumanrights.org
Joshua Clayton McCroskey    ecf.oil-dcs@usdoj.gov, joshua.c.mccroskey@usdoj.gov