BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **NOTICE FILING JUVENILE COORDINATOR REPORTS** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On July 27, 2023, the Court ordered Defendants to file their 2024 Annual Report from Ms. Dawnisha Helland, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"), Ms. Aurora Miranda-Maese, the Juvenile Coordinator for the U.S. Department of Health and Human Services, Office of Refugee Resettlement ("ORR"), and Mr. Henry Moak, the Juvenile Coordinator for U.S. Customs and Border Protection ("CBP"), by July 1, 2024 (ECF No. 1355). In accordance with the Court's Order, ICE, ORR, and CBP, submit the attached compliance reports for the Court's consideration.[1]

///

///

///

---

[1] The Unaccompanied Children Program Foundational Rule ("Foundational Rule"), 89 Fed. Reg. 34,384 (Apr. 30, 2024) (codified at 45 C.F.R. pt. 410) becomes effective today, July 1, 2024. The U.S. Department of Health and Human Services ("HHS") submits the 2024 Annual ORR Juvenile Coordinator Report which covers the period from June 1, 2023 to May 31, 2024, and reflects information pertaining only to the prior year. Given this Court's recent Order on Defendants' Motion to Terminate the *Flores* Settlement Agreement ("FSA") as to HHS, ECF No. 1447, the 2024 Annual ORR Juvenile Coordinator Report will be the final report submitted by HHS because Paragraph 30 of the FSA has been terminated as to HHS. Therefore, Paragraph 30 is no longer applicable to HHS moving forward.

DATED: July 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Fizza Batool*
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants