# EXHIBIT A

# JULY 1, 2024
# ICE JUVENILE COORDINATOR ANNUAL REPORT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 |
| Plaintiffs, | ) |
| v. | ) |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | ) |
| Defendants. | ) |

### ANNUAL REPORT OF JUVENILE COORDINATOR DAWNISHA HELLAND SUBMITTED BY IMMIGRATION AND CUSTOMS ENFORCEMENT

ICE respectfully submits its annual Juvenile Coordinator report in accordance with Paragraph 28A of the *Flores* Settlement Agreement (FSA) and this Court's Order dated July 27, 2023. This report covers my activities to monitor and report on ICE's compliance with the *Flores* Settlement Agreement (FSA) as to any minors detained by ICE at ICE facilities[1] between June 1, 2023, and June 1, 2024.

I. **Notable Changes to ICE Family Detention**

As detailed in the report filed on July 1, 2022, ICE no longer operates facilities that house family units. ICE applies Civil Immigration Enforcement Priorities (CIEP) to achieve its goals most effectively, with the resources available. In accordance with the CIEP guidelines, ICE prioritizes the apprehension and removal of noncitizens who are a threat to national security,

---

[1] ICE facilities that housed minors include temporary staging space (hotels), and secure detention.

public safety, and border security. To this end, ICE continues to focus on increasing the use and effectiveness of alternative to detention programs for noncitizens who are not threats to national security or public safety risks. ICE shifted its usage of detention facilities to focus on single adults, consistent with the administration's goals of addressing irregular migration while supporting a system of border management that is orderly, safe, and humane. ICE will continue to adhere to all FSA requirements and utilize existing processes to update the Court and Class Counsel as appropriate.

## II.     Data

Previously, this Court ordered each Juvenile Coordinator to include in their annual report specific data points as follows: "(i) the overall census of minors in the agency's facilities; (ii) the average length of stay for minors currently in the agency's facilities and for minors who have been released; and (iii) the number of minors currently testing positive for COVID-19." May 2, 2022 Order, ¶3. In response, ICE reports the following data. On June 1, 2024, there was one minor in an ICE facility (temporary staging space or secure detention). The length of stay for the minor was 23 days as of June 1, 2024. The number of minors currently testing positive for COVID-19 in ICE facilities on June 1, 2024, was zero. Specifically for unaccompanied children, who are included in the data tables below, between June 1, 2023, and June 1, 2024, ICE housed four children in an ICE juvenile facility for over 72 hours because the Office of Refugee Resettlement did not have a juvenile facility that could accommodate the children, who required a higher level of security. The ALOS for those minors in ICE's juvenile facility was 14 days. The average length of stay for minors who have been released from ICE facilities between June 1, 2023 and June 1, 2024 was as follows:

| Minors released from ICE facilities between 6/1/2023 and 6/1/2024: | 2023 | | 2024 | | | ALOS |
|---|---|---|---|---|---|---|
| | Qtr3 ALOS | Qtr4 ALOS | Qtr1 ALOS | Qtr2 ALOS | Qtr3 ALOS | ALOS |
| Other Temporary Staging | 2 | 1 | 1 | 2 | 1 | 1 |
| Secure Juvenile Detention Facilities | - | 13 | - | 99 | 11 | 47 |

First quarter, Qtr1: 1 October – 31 December
Second quarter, Qtr2: 1 January – 31 March
Third quarter, Qtr3: 1 April – 30 June
Fourth quarter, Qtr4: 1 July – 30 September
Data is as of 0200 hours on 6/3/2024 and queried from the ICE Integrated Decision Support (IIDS) database.

| Minors released from ICE facilities between 6/1/2023 and 6/1/2024: | ALOS |
|---|---|
| | ALOS |
| Other Temporary Staging | 1 |
| Secure Juvenile Detention Facilities | 47 |

First quarter, Qtr1: 1 October – 31 December
Second quarter, Qtr2: 1 January – 31 March
Third quarter, Qtr3: 1 April – 30 June
Fourth quarter, Qtr4: 1 July – 30 September
Data is as of 0200 hours on 6/3/2024 and queried from the ICE Integrated Decision Support (IIDS) database.

Respectfully submitted,

DAWNISHA M HELLAND
Digitally signed by DAWNISHA M HELLAND
Date: 2024.06.26 11:25:25 -04'00'

Dawnisha Helland
Juvenile Coordinator

3