UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | August 2, 2024 |
| Title | *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page | 1 of 2 |

Present: The Honorable  DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE JOINT STATUS REPORT AND STATUS CONFERENCE [1456]**

On April 3, 2024, the Court granted in part Plaintiffs' Motion to Enforce the *Flores* Settlement Agreement ("FSA") regarding the conditions at open-air detention sites ("OADS") along the U.S. Border. April 3, 2024 Order [Doc. # 1406]. In that Order, the Court required the Juvenile Coordinator for CBP, Henry A. Moak, Jr., to submit an interim written report regarding the conditions at the OADS and CBP's compliance with the FSA and the Court's Order. April 3, 2024 Order at 12.[1] After reviewing Mr. Moak's report and Plaintiffs' response thereto, the Court ordered the parties to meet and confer regarding the conditions at the OADS and file a Joint Status Report updating the Court on their efforts to attain compliance with the April 3, 2024 Order. [Doc. # 1440.] The parties filed their Joint Status Report on July 26, 2024. [Doc. # 1456.] The Court held a further video status conference on August 2, 2024.

The Court has duly considered the parties' Joint Status Report and their oral presentations at the August 2, 2024 status conference. [Doc. # 1456.] As the parties have not yet come to an agreement on the appropriate protocols at the OADS to ensure compliance with the April 3, 2024 Order and dispute the facts regarding CBP's compliance with the FSA and the Court's April 3, 2024 Order, the Court **ORDERS** the following:

1. Defendants shall file a copy of CBP's June 5, 2024 guidance memorandum, under seal, by **August 6, 2024.**

2. The CBP Juvenile Coordinator, Henry A. Moak, Jr., shall file a further interim report to supplement his prior May 10, 2024 interim report [Doc. # 1413-1] (covering the same topics) **by September 6, 2024** and to provide the Court with an update regarding the present conditions at the OADS.

---

[1] Page citations herein refer to the page numbers inserted by the CM/ECF system.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  **CV 85-4544-DMG (AGRx)** | Date  August 2, 2024 |
| Title  ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** | Page  2 of 2 |

3. The parties shall meet and confer regarding the conditions at the OADS, the status of any minors held at the OADS, and how to remedy any continuing disagreement as to CBP's compliance with both the FSA and the Court's April 3, 2024 Order. The parties may seek the assistance of the Juvenile Care Monitor if necessary. The parties shall file a Joint Status Report as to their efforts by **September 13, 2024**, including a summary of what, if any, disputed facts remain.

2. If still necessary following the parties' meet and confer efforts, the Court shall hold an evidentiary hearing as to any disputed facts and/or a further status conference on **September 20, 2024 at 11:00 a.m.**

**IT IS SO ORDERED.**