BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 2:85-cv-04544-DMG<br><br>**NOTICE FILING CBP JUVENILE COORDINATOR INTERIM REPORT PER COURT ORDER, ECF NO. 1458**<br><br>Hon. Dolly M. Gee |

In accordance with the Court's Order, ECF No. 1458, attached hereto for the Court's consideration, please find the Interim Report from Mr. Henry A. Moak, Jr., the Juvenile Coordinator for U.S. Customs and Border Protection (Attachment A).

DATED: September 6, 2024          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director

*/s/ Fizza Batool*
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-4863
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on September 6, 2024, I served a copy of the foregoing pleading and attachment on all counsel of record by means of the District Court's CM/ECF electronic filing system.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice