# ATTACHMENT A
# SEPTEMBER 6, 2024
# CBP JUVENILE COORDINATOR
# INTERIM REPORT



1300 Pennsylvania Avenue, NW
Washington, DC 20229

September 6, 2024

MEMORANDUM FOR:     The Honorable Dolly M. Gee
                    Chief District Judge
                    U.S. District Court, Central District of California

FROM:               Henry A. Moak, Jr.                    9/5/2024
                    Chief Accountability Officer     x  _____
                    U.S. Customs and Border Protection   Signed by: HENRY A MOAK JR

SUBJECT:            CBP Juvenile Coordinator September 6, 2024, Interim Report

On August 2, 2024, this Court ordered the U.S. Customs and Border Protection (CBP) Juvenile Coordinator to file an interim report by September 6, 2024, to "supplement his prior May 10, 2024, interim report…and to provide the Court with an update regarding the present conditions at the OADS[1]."  The Court ordered that the report cover the same topics as the April 3, 2024, order, including: "an update regarding the number of minors held in open-air sites and the status of compliance with this order."  The April 3, 2024, order required the CBP Juvenile Coordinator to "(a) maintain records and statistical information on minors held in CBP custody for more than 72 hours, *inclusive* of the amount of time any Class Member spends in the open-air sites; and (b) monitor compliance with the Agreement with respect to any minors held in open-air sites."

In response to the August 2, 2024, Court Order stipulating that a second interim report on the outdoor congregation areas (OCAs) be filed by September 6, 2024, I took my Flores team to San Diego Sector (SDC) on August 15, 2024.  We visited five of the OCAs discussed in the April 3, 2024, Court Order, three of which we visited on May 1, 2024, as well as two new areas.  During the August 15, 2024, visit, in addition to having U.S. Border Patrol (USBP) sector and station management present at each OCA to provide information and answer questions, we were fortunate to have attorneys from the U.S. Department of Justice and the U.S. Customs and Border Protection Office of Chief Counsel join us.  This visit reaffirmed prior observations that some OCAs are in remote, barren open desert and some of the OCAs are located on private land. The care and concern observed during our visit reenforced my confidence that USBP, and more broadly CBP, remain in compliance with the *Flores* Settlement Agreement (FSA).

In addition to CBP remaining in compliant with the FSA, USBP issued policy guidance in response to the April 3, 2024, Court Order.  CBP is not directing migrants to OCAs nor holding them at OCAs, except for the time required to organize transportation to safe and sanitary USBP facilities.  USBP expeditiously transports Unaccompanied Children (UCs) and Family Units (FMUs) from the OCAs to these USBP facilities.  CBP is gathering statistics for large groups

---

[1] Open-air detention sites.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 2

congregating at OCAs, including recording the time such groups are observed and the time they are apprehended, among other data.

OCAs are often barren areas in open desert, and on August 15, 2024, I did not observe any migrants congregating in these areas.  Based on my observations, and USBP statistics, the OCAs are areas where migrants congregate on one day, not again for several days, and then maybe not at all.  The random and unpredictable nature of the OCAs presents a major personnel and logistics challenge for CBP.  The resources and personnel I observed were responding as I expected, with USBP placing humanitarian aid such as water buffalos,[2] port-a-potties, handwashing stations, and dumpsters at known OCAs.

During this visit, as with prior visits, once agents discover a group of migrants, whether at an OCA or otherwise, USBP responds to the area with personnel and vehicles to transport the migrants to USBP facilities.  Regardless of the location, USBP quickly assesses the situation and prioritizes the transport of UCs and FMUs as required by the FSA.  While I did not see any migrants at the OCAs observed during this visit, as we were traveling from one OCA to another, I observed USBP vehicles going in the opposite direction, and we joined the USBP vehicles.  As a result, we were able to observe a USBP law enforcement operation in which agents were in the process of preparing to transport a group of migrants, including juveniles.  The agents were onsite and ready to transport the entire group within an hour after discovering them.

The preceding example is consistent with the operational practices that are familiar to me in my observations and reporting since 2017.  The following are my findings from my August 15, 2024, visit to San Diego Sector.

---

[2] Water buffalos are large temporary water tanks.  An example is in Photograph 20.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 3

<u>USBP Guidance</u>

On June 5, 2024, the Chief of the USBP issued guidance via memorandum implementing the provisions of the April 3, 2024, order[3] regarding *Flores* custodial obligations in OCAs and ensure compliance with the Court's Order.  The guidance reiterated that custodial obligations start when agents apprehend and transport noncitizens congregated in the OCAs, including when instructing such individuals not to leave a certain area.  The guidance instructed agents not to direct noncitizens to OCAs where noncitizens have begun congregating nor take steps to organize, prioritize, or triage noncitizens at an OCA unless they are taking steps to apprehend a noncitizen.  The guidance also clarified that USBP may provide limited humanitarian aid, such as snacks, bottled water, portable restrooms, and emergency medical care, in such outdoor areas. The guidance reminded agents that any restrictions on noncitizens' movement would trigger custodial requirements.  In addition, the guidance specifies USBP will not install physical barriers at OCAs and will not prevent volunteers from accessing areas in which noncitizens are congregating, unless such individuals are determined to pose a risk to the life and safety of noncitizens or USBP personnel.

<u>Overview of Observations</u>

Based on my observations during this time, USBP continues to apprehend noncitizens consistent with the FSA and CBP policies and processes, including prioritizing the transport of UCs and FMUs to USBP facilities for processing.  USBP is not directing minors to OCAs nor holding minors in OCAs, except for the amount of time it takes to arrange for transport.  USBP may escort individuals apprehended in the field, in between the ports of entry, to a location where large capacity transportation conveyances can access from a road or highway.  Agents were instructed to not direct noncitizens to these areas, and my conversations with USBP on the ground supported they were following the guidance.

Other than existing physical barriers such as pre-existing fencing, we did not observe any physical structures placed by USBP.  At the Willows and Moon Valley/O'Neil locations, non-governmental organizations (NGOs) erected structures.  USBP has placed humanitarian aid such as water buffalos, port-a-potties, handwashing stations, and dumpsters in the areas.  I understand that a local government entity donated one of two dumpsters at the Willows OCA.

<u>San Diego Sector Visit</u>

On August 15, 2024, my team and I visited the Whiskey 4, Whiskey 8, Tower 177, Willows, and Moon Valley/O'Neil OCAs in USBP SDC to observe the conditions on the ground.  Whiskey 4 and Whiskey 8 are in the Imperial Beach Station's Area of Responsibility (AOR) which is near the San Ysidro Port of Entry.  Tower 177, Willows, and Moon Valley/O'Neil OCAs are near Jacumba, CA in Boulevard Station's AOR.  These five areas were selected as they were where USBP agents most commonly reported OCAs before my visit.

Imperial Beach Station continues to be the UC hub for SDC.  UCs are held at other stations for the time needed to process and prepare them for transfer to Imperial Beach Station.  FMUs are

---

[3] See CBP Guidance Memorandum, Sealed Document ECF No. 1459, U.S. Department of Homeland Security, U.S. Customs and Border Protection. (June 5, 2024).

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 4

transported to SDC-Soft Sided Facility (SSF), previously known as the San Diego Area Detention facility (SAD).

I would like to reiterate that USBP did not establish the OCAs, and the specific locations change based on migration flow and travel patterns. There is no set number of OCAs, because they pop up wherever migrants congregate. As of the time of my visit, and in the recent past, there were no large numbers of migrants congregating in outdoor areas daily. During my visits to the sector, SDC leadership informed me that they do not have a policy or practice of directing noncitizens to these locations, nor requiring them to stay at these areas. When USBP arrives at the locations, agents apprehend the individual(s), when warranted, and USBP begins to arrange transportation or initiates transportation at that time to a USBP facility. SDC stated that they may inform migrants at an OCA, during field interviews, or post-apprehension, that a transport vehicle is in route, and that migrants will be transported to a USBP facility to be processed. Additionally, USBP informed me that NGOs, often wearing neon reflective vests, were guiding migrants to the OCAs which may have resulted in migrants thinking they were CBP employees. Handouts, not created by USBP, with instructions in Spanish on traveling to OCAs and what to expect while in detention, were found near the OCAs.

USBP's daily responsibilities include but are not limited to patrolling their AOR, which may include areas where migrants are congregating, maintaining traffic checkpoints, conducting anti-smuggling investigations, and apprehending, and processing migrants in USBP custody. SDC does not generally have a specific agent assigned to a particular OCA; rather, if an OCA is in a particular AOR, maintaining operational awareness of the particular AOR, which includes an OCA, is part of USBP's daily responsibilities. Agents may become aware of people congregating at OCAs through various means such as detection technology, USBP agents driving by, or call-ins by individuals or local government services. Response to a report of migrants congregating will be prioritized in consideration of any other existing operational enforcement activity. Once made aware of individuals congregating at an OCA, USBP will respond to that area as expeditiously as possible, taking into account other operational activities and responsibilities occurring at the same time and ensuring they have needed items such as car seats. Once agents arrive at an OCA, they will prioritize the transport of vulnerable populations, including UCs and FMUs. All FMUs are transported to safe and sanitary USBP facilities together; no parents or legal guardians are left at the OCAs while their child is transported to a facility. Time in Custody (TIC) starts at time of apprehension as recorded during mobile intake. When mobile intake is not accessible in the field, the documented apprehension time is entered in the system once processing begins at a station.

There were no migrants, including children, at any of the five OCAs while I was in SDC. At approximately 8:15 a.m., USBP stated that earlier in the morning, around 4:00 a.m., there was a group of 52 individuals, including 2 UCs and 5 FMU juveniles, at Bell Valley in Campo Station AOR, but USBP had already transported them from the area.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 5

During my visit, I did not observe USBP presence in the OCAs except at Whiskey 4.  Agents have been regularly assigned to Whiskey 4 as part of their law enforcement responsibilities even before it was considered an OCA.  After leaving Tower 177, USBP was notified of a group of 26 crossing into the U.S. from the U.S.-Mexico border at a nearby location; when I saw USBP vehicles going past us, I asked that we go there.  The group was detected through sensors around 12:30 p.m. and were not congregating at a known OCA.  By the time my group arrived at the area at around 1:15 p.m., FMUs with tender age children were already in an air-conditioned vehicle, and a small group of FMUs and single adults were in an air-conditioned van.  A small group of less than 10 single adults, was sitting outside waiting for an additional vehicle to arrive.  The additional vehicle arrived as we arrived, and the group went in the vehicle while I was onsite.  USBP had bottled water onsite in their vehicles.  Within an hour, USBP observed, apprehended, and transported this group of migrants to Boulevard Station, approximately 15 minutes away, allowing FMUs to be expeditiously transferred to a USBP facility where they could receive food, snacks, water, and medical assistance while continuing their processing.  This exemplifies USBP's commitment to safeguarding our borders while maintaining safe conditions for migrants.

**Table 1. Humanitarian Aid Provided by USBP at Visited OCAs**

|  | Water Buffalo | Port-a-Potties | Hand Washing Stations | Dumpster |
|---|---|---|---|---|
| Whiskey 4 | No | Yes | No | No |
| Whiskey 8 | No[4] | Yes | Yes | Yes |
| Tower 177 | No[5] | Yes | Yes | Yes |
| Willows | Yes | Yes | Yes | Yes |
| Moon Valley/O'Neil | Yes | Yes | Yes | Yes |

Humanitarian aid equipment provided by USBP, as listed in Table 1, is regularly serviced as part of USBP contracts with vendors.  Typically, they are serviced at least once a week.  Water buffalos are serviced 2-3 times a month.  Dumpsters, hand-washing stations, and port-a-potties are serviced twice a week.  USBP can request additional service as needed in accordance with acquisition policies and procedures.  I, or various members of my team, tested the port-a-potties and hand washing stations at all OCAs.  The port-a-potties were clean and well maintained.  Except for the one at Tower 177 and one of two at Moon Valley/O'Neil, the hand washing stations all had water and soap available; I was informed that the hand washing station at Tower 177 had been filled with water the week before; high temperatures probably evaporated the water before the vendor could refill it.

---

[4] The water buffalo at Whiskey 8 was damaged, and USBP was in the process of replacing the water buffalo as of August 28, 2024.
[5] The water buffalo at Tower 177 was removed by the vendor because it was vandalized.  USBP is planning on replacing the water buffalo at Tower 177 in the near future.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 6

_Near San Ysidro Port of Entry OCAs_

Whiskey 4 and Whiskey 8 are located along the International Boundary Barrier with access to Mexico. Whiskey 4 currently has no permanent barriers between the U.S. and Mexico, but it will once the bridge is completed. Whiskey 8 OCA is between the primary and secondary barrier systems. USBP mentioned that these two OCAs have seldom been used in recent months as large group traffic has shifted east towards Jacumba, CA. Apprehensions in these OCAs have recently only consisted of small migrant groups. An NGO set up tents at Whiskey 8 to cook for large groups and attached a power strip to the northern fence for migrants to charge small electronics; NGO personnel were not present while I was at Whiskey 8.

<u>Whiskey 4</u>

Going in order from photographs 1 to 4, taken at the shade structure where a USBP vehicle was parked while I was present at the Whiskey 4 OCA, provides a panoramic view from East to West. A bridge is under construction at Tijuana River – San Diego County for future use by USBP agents. Since my last visit, bridge construction continued, as seen in the photographs at Whiskey 4. Depending on manpower and field requirements, SDC may station an agent at this location to deter illegal crossings. In addition, the agent would be able to quickly respond to observed illegal crossings, including the apprehension of individuals congregating at Whiskey 4.



Photograph 1. Photographer is standing on the North levee looking South. After the bridge, under construction in the distance, and behind the fencing along the right side of the photograph, is Mexico.

_Photograph 1_

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 7



Photograph 2. Shade structure for USBP vehicle.

*Photograph 2*



Photograph 3. Photographer is standing directly behind the shade structure, looking due South towards Mexico.

*Photograph 3*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 8



Photograph 4. Photographer is looking West.

*Photograph 4*

Whiskey 8

Photographs 5 to 8 were taken at the Whiskey 8 OCA.  USBP was aware that the water buffalo was damaged and was waiting on the contractor to replace it.



Photograph 5. Photographer is looking towards Whiskey 4 in the East. Shows humanitarian aid available.

*Photograph 5*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 9



Photograph 6. Photographer is facing North-East. Shows humanitarian aid available at Whiskey 8, with the water buffalo damaged. The "tent" connected to the fence was placed by a migrant. Tents on opposite side of fence placed by NGO and located in the U.S.

*Photograph 6*



Photograph 7. Photographer is facing North-Northeast towards Whiskey 4.

*Photograph 7*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 10



Photograph 8. Photographer is looking North-West.  Mexico is behind the photographer.  A dumpster is shown.

*Photograph 8*

### *Jacumba, CA Area OCAs*

Tower 177, Willows, and Moon Valley/O'Neil are in mountainous areas.  Tower 177 is located less than 1 mile from the Mexican border and is incredibly remote.  While I was onsite, temperatures were reading at 101° Fahrenheit.

In my previous interim report, I noted the remoteness of the Jacumba area OCAs.  At Tower 177, all migrants must be shuttled by van from the OCA to high-capacity buses waiting on the hard top road for transport directly to the SDC-SSF.  USBP is unable to drive the buses on the rugged unpaved road and over the railroad tracks leading to Tower 177.  I believe this could be what migrants mean when they discuss being picked up by USBP and taken somewhere outside to wait before being transported to a station or SDC-SSF.  High-capacity buses also did not have access to Willows but did have access to Moon Valley/O'Neil.

Moon Valley/O'Neil is as far east in SDC as one can drive before crossing into another sector's AOR.  This increases the drive times to the SDC-SSF and other stations.  It takes, at a minimum, 1 hour and 18 minutes to drive to the SDC-SSF from Moon Valley/O'Neil.  This OCA is about a 15-minute drive to Boulevard Station.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 11

<u>Tower 177</u>

Photographs 9 to 14 show the area around the Tower 177 OCA.  Tower 177 is located on private property.  These photographs show another part of the OCA compared to the photographs in the May report, but all show parts of the Tower 177 OCA where migrants have congregated.



Photograph 9. Photographer is looking towards where the photographs were taken in the May interim report.

*Photograph 9*



Photograph 10. Photographer is facing East, humanitarian aid in the OCA.

*Photograph 10*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 12



Photograph 11. Photographer is facing West. Humanitarian aid is behind photographer.

*Photograph 11*



Photograph 12. Photographer is facing West, from a higher point in the OCA.

*Photograph 12*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 13



Photograph 13. Photographer is facing South.

*Photograph 13*



Photograph 14. Humanitarian aid at Tower 177 OCA. Hand washing stations are in front of port-a-potties.

*Photograph 14*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 14

<u>Willows</u>

Photographs 15 to 20 show the Willows OCA.  Willows is on private property.  The shade
structure set up at Willows OCA was placed by NGOs.  USBP placed one dumpster that is
serviced twice a week.  An additional dumpster was donated by a local government entity.



Photograph 15. Photographer is
standing on a small hill looking South
towards the OCA.

*Photograph 15*



Photograph 16. Photographer is
looking West next to the port-a-
potties.

*Photograph 16*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 15



Photograph 17. Photographer is looking North-West. Shade structure installed by NGOs.

*Photograph 17*



Photograph 18. Photographer is standing in the South side of the OCA looking North.

*Photograph 18*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 16



Photograph 19. Humanitarian aid at the OCA.

*Photograph 19*



Photograph 20. Photographer is looking East.  Humanitarian aid is shown in picture.

*Photograph 20*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 17

<u>Moon Valley/O'Neil</u>

Photographs 21 to 28 show the Moon Valley/O'Neil OCA. Moon Valley/O'Neil is on private property. NGOs set up the structure at Moon Valley/O'Neil OCA. USBP removed the structure as it posed a risk to migrants who could be assaulted inside the non-transparent structure. In addition, wildlife such as rattlesnakes may take shelter inside the structure and harm individuals who do not see them. Despite these concerns, NGOs rebuilt the structures.



Photograph 21. Overview of the OCA, facing East.

*Photograph 21*



Photograph 22. Photographer is looking South.

*Photograph 22*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 18



Photograph 23. Photographer is facing South-West.

*Photograph 23*



Photograph 24. Photographer is facing South-West.

*Photograph 24*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 19



Photograph 25. Photographer is facing North-West towards I-8.

*Photograph 25*



Photograph 26. Water buffalo at Moon Valley/O'Neil.

*Photograph 26*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 20



Photograph 27. Humanitarian aid at Moon Valley/O'Neil.

*Photograph 27*



Photograph 28. Structure built by NGOs.

*Photograph 28*

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 21

*Issues with Transportation*

USBP continues to expeditiously transport UCs and FMUs to safe and sanitary USBP facilities to be processed. USBP prioritizes UCs and FMUs for transport to the nearest facility. At the OCAs I visited, UCs and FMUs are generally transported to USBP facilities within 2 hours of when USBP conducts their field interview. Transportation times are based on current apprehension trends and may require more than 2 hours to transport UCs and FMUs to USBP facilities if numbers increase in the future. Transportation issues may exist due to the number of migrants encountered, available detention space at USBP facilities, vehicular traffic in the greater San Diego area, the remoteness of areas with migrants, and the availability of vehicles or car seats. USBP currently has fewer transportation issues than when the OCAs were used consistently by large groups of migrants and can more quickly address transportation needs.

In Fiscal Year 2024 to date, SDC has encountered 6,275 UCs and 66,823 FMUs.[6] Large groups of individuals encountered, coupled with personnel shortages and competing operational priorities, may exceed SDC's ability to immediately apprehend and transport migrants to the nearest USBP facility. However, USBP prioritizes UCs and FMUs at the OCAs to quickly transport them to a USBP facility for processing, consistent with the FSA and current CBP policies and procedures.

Whiskey 4 and Whiskey 8 are more accessible by paved roads. Tower 177, Willows, and Moon Valley/O'Neil are on private land in remote locations. High-capacity buses cannot pick up migrants at Tower 177 due to the rugged unpaved road and railroad tracks leading to the OCA. Therefore, USBP must use smaller vans to access this remote area and safely transport migrants to the nearest USBP facility or to the buses waiting at the hard top road. High-capacity buses also do not have access to Willows. However, all migrants are transported as expeditiously as possible.

*SDC Statistics Pertaining to Children*

As requested in the April 3, 2024, Court Order, CBP collected statistical information on minors held in CBP custody for more than 72 hours. From August 2, 2024, to August 20, 2024, there were a total of 135 UCs and FMU children in SDC who were held over 72 hours. These numbers represent children's total time in custody, which may include some time at an OCA prior to being transported to a USBP facility. A further breakdown by hour is shown in Table 2. As provided below, 17.04% of children held over 72 hours were held under 80 hours.

---

[6] *See, Southwest Land Border Encounters by Component: Fiscal Year to Date (FYTD)*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited Sept. 4, 2024). Note that in this statistic, FMU includes both adult parents and children in a family unit. Fiscal Year to Date includes statistical information from October 2023 to July 2024.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 22

*Table 2. TIC of Children in SDC Over 72 Hours*

| TIC in Hours | Number of Children | Percentage of Children |
|:---:|:---:|:---:|
| 72-80 | 23 | 17.04% |
| 81-90 | 11 | 8.15% |
| 91-100 | 12 | 8.89% |
| 101-110 | 15 | 11.11% |
| 111-120 | 6 | 4.44% |
| 121-130 | 13 | 9.63% |
| 131-140 | 8 | 5.93% |
| 141-150 | 6 | 4.44% |
| 151-160 | 9 | 6.67% |
| 161-170 | 5 | 3.70% |
| 181-190 | 7 | 5.19% |
| 191-200 | 1 | 0.74% |
| 201-210 | 8 | 5.93% |
| 211-220 | 5 | 3.70% |
| 221-230 | 2 | 1.48% |
| 281-290 | 2 | 1.48% |
| 291-300 | 2 | 1.48% |
| **Total** | **135** | **100.0%** |

During that same period, the average TIC for children in SDC held over 72 hours was 131 hours.
The average TIC for all children held in SDC are listed in Table 3.

*Table 3. Average TIC in SDC*

| Demographic | Average TIC in Hours |
|:---:|:---:|
| FMU | 41.08 |
| UC | 26.52 |

Average TIC for UCs in SDC from August 2, 2024, to August 20, 2024, is 26.52. Average TIC
for FMUs during the same period is 41.08. An individual's time in custody can be influenced by
certain factors, some of which include placement delays or hospitalization of the child and/or
accompanying family member.

CBP Juvenile Coordinator September 6, 2024, Interim Report
Page 23

SDC is tracking when large groups over 50 are observed and apprehended.  Table 4 includes statistics for three large groups over 50 in the month of August.

*Table 4. Large Groups in SDC[7]*

| Date | No. of Arrests | Time First Observed | Time Apprehended | Location | UC Juveniles | FMU Juveniles |
|------|------|------|------|------|------|------|
| 8/07/24 | 147 | 2:09 a.m. | 3:03 a.m. and 3:30 a.m. | Zone 32 A | 5 | 29 |
| 8/10/24 | 98 | 10:30 p.m. | 12:16 a.m. | Zone 32B | 3 | 31 |
| 8/11/24 | 78 | 9:49 p.m. | 10:52 p.m. and 11:07 p.m. | 75 Road | 2 | 17 |

*Conclusions*

Based on my observations of the OCAs in SDC, CBP continues to prioritize UC and FMU transports to USBP facilities, in accordance with the FSA.  Further, USBP is following the guidance issued in response to the April 3, 2024, Court Order.  Upon observation of migrants congregating at these areas, USBP will identify UCs and FMUs and expeditiously transport them to USBP facilities within 2 hours, a significant decrease from the previously reported 6 hours.

[7] The information about large groups at OCAs as shown in Table 4 was provided to the Juvenile Coordination Division by CBP for the purpose of this report.  Information is a manual review and not necessarily 100% accurate. This is not official data published on cbp.gov.