BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. 2:85-cv-04544-DMG |
| Plaintiffs, | **JOINT STATUS REPORT IN RESPONSE TO ORDER, ECF NO. 1440** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States, *et al.*, | Hearing Date: September 20, 2024<br>Time: 11:00 a.m.<br>Hon. Dolly M. Gee |
| Defendants. | |

On August 2, 2024, the Court ordered the parties to "meet and confer regarding the conditions at the [open-air detention sites ('OADS')], the status of any minors held at the OADS, and how to remedy any continuing disagreement as to

[U.S. Customs and Border Protection's ('CBP')] compliance with both the [*Flores* Settlement Agreement ('FSA')] and the Court's April 3, 2024 Order." ECF No. 1458. The Court also ordered the parties to file a joint status report by September 13, 2024, as to their efforts, including a summary of what, if any, disputed facts remain. *Id.* The parties submit this joint status report in accordance with the Court's instructions.

In response to the Court's August 2, 2024 Order, the parties continued their discussions regarding the OADS and CBP's related June 5, 2024 guidance memorandum (Sealed Doc. # 1459). On August 8, Defendants asked Plaintiffs to provide their recommendations as to CBP's guidance prior to a meet-and-confer. On August 14, Plaintiffs provided written recommendations. On August 27, the parties met and conferred about the OADS and CBP's guidance. Defendants requested further clarification regarding some of Plaintiffs' recommendations and expressed uncertainty about whether Border Patrol agents could operationalize Plaintiffs' recommendations. Plaintiffs agreed to further delineate their recommendations and place them into the existing CBP guidance document. On September 3, Plaintiffs sent Defendants suggested edits to the CBP guidance document. CBP is currently considering the workability of Plaintiffs' recommendations and the parties continue to meet and confer regarding the possibility of an agreement that would resolve the factual dispute at issue.

Because the parties remain engaged in discussions, the parties intend to file a stipulation to continue the evidentiary hearing currently set for September 20, 2024, and to propose a schedule for the Court's consideration. The parties continue to meet and confer, and to determine if a resolution can be reached that would obviate an evidentiary hearing.

Dated: September 13, 2024

Respectfully submitted,

*/s/ Mishan Wroe*
Mishan Wroe (Cal. Bar No. 299296)
NATIONAL CENTER FOR YOUTH LAW
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director

*/s/ Fizza Batool*
FIZZA BATOOL
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

**Attestation of Authorization to File**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Fizza Batool*
FIZZA BATOOL
Trial Attorney

# CERTIFICATE OF SERVICE

I certify that on September 13, 2024, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
Trial Attorney
U.S. Department of Justice