1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12    JENNY LISETTE FLORES, *et al.*,                No. CV 85-4544-DMG (AGRx)

13           Plaintiffs,                             ORDER GRANTING PLAINTIFFS'
                                                     UNOPPOSED REQUEST TO CROSS-EXAMINE
14    v.                                             DECLARANT [1482]

15
      MERRICK GARLAND, Attorney General
16    of the United States, *et al.*,

17

18           Defendants.

19

20

21

22

23

24

25

26

27

28

Before the Court is Plaintiffs' Notice of Unopposed Request to Cross-Examine Declarant pursuant to the Court's September 17, 2024 scheduling order [Doc. # 1473] and L.R. 7-8.  The Court **GRANTS** Plaintiffs' request.

**IT IS HEREBY ORDERED** that:

1. Defendants shall produce their declarant, Patricia D. McGurk-Daniel, for deposition at a mutually agreeable date prior to November 1, 2024.

2. Defendants shall produce their declarant, Patricia D. McGurk-Daniel, for cross-examination at the evidentiary hearing scheduled for November 15, 2024.

DATED:   October 15, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

1