UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED REQUEST TO CROSS-EXAMINE DECLARANTS [1483]** |

    Before the Court is Defendants' Unopposed Request to Cross-Examine Declarants ("Request") pursuant to the Court's September 17, 2024 Order [Doc. # 1473] and L.R. 7-8.

    UPON CONSIDERATION of Defendants' Request, the Court ORDERS the following:

    1.    Defendants' Request is GRANTED.

2. Plaintiffs shall produce each of their declarants—Adriana Jasso, Pedro Rios, and Lilian Serrano—for a deposition at a mutually agreeable date prior to November 1, 2024.

3. Plaintiffs shall produce their declarants—Adriana Jasso, Pedro Rios, and Lilian Serrano—for cross-examination at the evidentiary hearing scheduled for November 15, 2024.

**IT IS SO ORDERED.**

DATED: October 16, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE