BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
DAVID M. MCCONNELL
Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
KATELYN MASETTA-ALVAREZ
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:85-cv-04544-DMG <br><br> **DEFENDANTS' NOTICE OF LODGING OF UNOFFICIAL DEPOSITION TRANSCRIPTS FOR EVIDENTIARY HEARING** <br><br> Hearing Date: November 15, 2024 <br> Time: 10:00 a.m. <br> Hon. Dolly M. Gee |

1

In accordance with the schedule set forth in the Court's Order, ECF No. 1473, Defendants lodge deposition transcripts of the following Plaintiffs' declarants.

- Deposition of Lilian Serrano (Attachment A), and associated exhibits (Attachments A-1 and A-2).
- Deposition of Adriana Jasso (Attachment B), and associated exhibits (Attachments B-1 and B-2).
- Deposition of Pedro Rios (Attachment C), and associated exhibits (Attachments C-1 and C-2).

Defendants lodge unofficial transcripts, because the deponents have not had 30 days to review the transcripts pursuant to Federal Rule of Civil Procedure 30(e).

DATED: November 1, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
DAVID M. MCCONNELL
Director
WILLIAM C. SILVIS
Assistant Director

*Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
KATELYN MASETTA-ALVAREZ
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on November 1, 2024, I served a copy of the foregoing notice and attachments on all counsel of record by means of the District Court's CM/ECF system.

*Christina Parascandola*
CHRISTINA PARASCANDOLA