# Attachment A



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

_____

)

JENNY LISETTE FLORES, et al.,       )

)

          Plaintiffs,       )

)

vs.                                 )Case No.: CV 85-4544-

)                 DMG-AGRx

)

MERRICK B. GARLAND, attorney        )

general of the United States,       )

et al.,                             )

)

         Defendants.       )

_____)

DEPOSITION OF LILIAN SERRANO

SAN DIEGO, CALIFORNIA

WEDNESDAY, OCTOBER 23, 2024

REPORTED BY LISA A.M. TOOR, C.S.R. NO. 8405

Lilian Serrano, 10/23/2024

```
 1                 UNITED STATES DISTRICT COURT
 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 3    _____
                                              )
 4    JENNY LISETTE FLORES, et al.,           )
                                              )
 5              Plaintiffs,                   )
                                              )
 6    vs.                                     )Case No.: CV 85-4544-
                                              )           DMG-AGRx
 7                                            )
      MERRICK B. GARLAND, attorney            )
 8    general of the United States,           )
      et al.,                                 )
 9                                            )
                Defendants.                   )
10    _____)
11
12              DEPOSITION OF LILIAN SERRANO,
13    taken by the Defendants, commencing at the hour of 9:22 a.m.
14    on Wednesday, October 23, 2024 at United States Attorneys'
15    Office, 880 Front Street, 4th Floor, San Diego, California,
16    before Lisa A.M. Toor, Certified Shorthand Reporter in and
17    for the State of California.
18
19
20
21
22
23
24
25
```

**2**

Lilian Serrano, 10/23/2024

1  **APPEARANCES:**

2  **For the Plaintiffs:**

3          **NATIONAL CENTER FOR YOUTH LAW**
           **BY:  MISHAN WROE**

4          **1212 Broadway, Suite 600**
           **Oakland, CA  94612**

5

6  For the Defendants:

7          UNITED STATES DEPT. OF JUSTICE, OFFICE OF
           IMMIGRATION LITIGATION

8          BY:  WILLIAM C. SILVIS, JOSHUA McCROSKEY,
           ALEXANDER C. CARGILL & CHRISTINA PARASCANDOLA

9          P.O. BOX 878, Ben Franklin Station
           Washington, DC  20044

10

11  Also present via phone:  Neha Desai

12                          Eleanor Roberts

13                          Diane de Gramont

14                          Stephanie West DHS

15                          Michelle Tonelli DHS

16

17

18

19

20

21

22

23

24

25

3

Lilian Serrano, 10/23/2024

1                           I N D E X

2

3    **WITNESS:   LILIAN SERRANO**

4

5    EXAMINATION                                      PAGE

6    By Mr. Silvis                                      5

7

8                         E X H I B I T S

9    FOR DEFENDANTS                                  MARKED

10   1         Notice of Deposition                    6

11   2         Declaration of Lilian Serrano           9

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                       **4**

Lilian Serrano, 10/23/2024

1                    LILIAN SERRANO,

2      having been first duly sworn, testified as follows:

3

4                    EXAMINATION

5    BY MR. SILVIS:

6      Q    Good morning, Ms. Serrano.

7      A    Good morning.

8      Q    My name is William Silvis.  I'm an attorney with

9    the Department of Justice.  I'm here with my colleagues.

10          MR. SILVIS:  Would you like to introduce

11    yourselves?

12          MR. CARGILL:  Alex Cargill with the Office of

13    Chief Counsel for U.S. Customs and Border Patrol.

14          MR. MCCROSKEY:  Joshua McCroskey, Office of

15    Immigration Litigation.

16          MS. PARASCANDOLA:  Christina Parascandola, Office

17    of Immigration Litigation.

18    BY MR. SILVIS:

19      Q    Okay.  I have an exhibit, a piece of paper here --

20    it's two pieces of paper.  It's Notice of Deposition upon

21    Oral Examination of Lilian Serrano.  I'm going to hand you

22    this before.

23          Have you seen this piece of paper before?

24      A    Yes.

25          MR. SILVIS:  I'd like to have this marked as

**5**

Lilian Serrano, 10/23/2024

1   deposition Exhibit 1.

2              (Exhibit 1 marked for identification.)

3   BY MR. SILVIS:

4       Q    While we're doing that, have you ever been deposed

5   before?

6       A    No.

7       Q    Do you understand what a deposition is?

8       A    Yes.

9       Q    Okay.  So basically you can see that there is a

10  court reporter here who is writing down everything that I

11  say and everything that you say and everything that's said.

12      A    Yes.

13      Q    And so for that reason everything that -- all of

14  our responses have to be verbal.  So, you know, we can nod

15  our heads and stuff, but we actually have to have an audible

16  response.

17              Do you understand?

18      A    Yes.  I understand.

19      Q    Great.

20              It's also important, too, because of that, that

21  she can only record one of us at a time.  So I'll do my best

22  not to cut you off or jump on top of your answers.  And if

23  you could do the same, let me finish my question before you

24  begin responding, that would be helpful.

25      A    All right.

**6**

Lilian Serrano, 10/23/2024

1      Q      You understand?  Great.

2      A      Yes, I understand.

3      Q      And the purpose of the deposition is to record

4   your testimony that could be used under oath at court.

5             Do you understand that?

6      A      Yes, I understand.

7      Q      And that it's a sworn testimony based on the

8   penalty of perjury.  So it's important that everything you

9   say is truthful.

10            Do you understand?

11     A      Yes, I understand.

12     Q      Great.

13            I think we -- basically it's the same rules.

14  You're required to answer all questions that I ask unless

15  you've been advised by your counsel not to answer.  And if

16  that happens, we can discuss with counsel whether we think

17  there is a privilege or some reason that you don't have to

18  answer, but otherwise you're required to answer all

19  questions that we ask.

20     A      All right.  I understand.

21     Q      To the extent you understand.

22            And if, you know, for some reason you don't

23  understand a question, just let me know.  If you don't tell

24  me, I'll assume that you understood when you provided an

25  answer.  Is that fair?

7

Lilian Serrano, 10/23/2024

1    A    I understand.

2    Q    Okay.  And the parties have agreed that this will

3  be four hours, your deposition, and so we'll take at least

4  one break probably in about an hour, hour and a half, but if

5  for any reason you feel that you need to take a break

6  sooner, just let me know and we can take a break -- a short

7  break.  Is that okay?

8    A    Yes, that's okay.

9    Q    Okay.  You'll let me know?

10    A    Yes, I'll let you know.

11    Q    Great.

12        And is there any reason that you feel that you

13  cannot give complete and truthful testimony today?

14    A    No, no reason.

15    Q    Great.

16        (Reporter clarification.)

17  BY MR. SILVIS:

18    Q    I wanted to show -- I have another five pieces of

19  paper here.  It's -- the front page is marked Exhibit No. 3.

20  It's five pieces of paper here.  I'd like to -- I'm going to

21  hand you a copy to see if you recognize it.

22        (A pause in the proceedings.)

23        THE WITNESS:  Yeah, I recognize it.

24  BY MR. SILVIS:

25    Q    And what is that document?

**8**

Lilian Serrano, 10/23/2024

1    A    It's one of my declarations.

2    **Q    And specifically what declaration is it?**

3    A    The one that I signed on October 4th of this year.

4    **Q    Okay.  Great.**

5    **And so those are your words?**

6    A    Yes.

7    **Q    Okay.  Great.**

8    **I would like to have this marked as deposition**

9    **Exhibit No. 2.**

10    **(Exhibit 2 marked for identification.)**

11    **BY MR. SILVIS:**

12    **Q    So it may be a little confusing because the first**

13    **page says "Exhibit No. 3," but we're marking it as**

14    **Exhibit No. 2.**

15    A    Okay.

16    **Q    Okay.**

17    **(A discussion off the record was held.)**

18    **BY MR. SILVIS:**

19    **Q    Okay.  Turning to Exhibit No. 2.  So you've**

20    **confirmed that Exhibit No. 2 is your declaration that you**

21    **offered -- you said October 4th?**

22    A    Yes.

23    **Q    Just want to ask you some questions about**

24    **Exhibit No. 2.  What is the Southern Border Communities**

25    **Coalition?**

**9**

Lilian Serrano, 10/23/2024

1     A    We are a coalition of organizations along the

2    U.S./Mexico border.

3        **Q    Okay.  And what's the -- and can you describe it a**

4    **little bit more?  What's the purpose of the coalition?**

5     A    Sure.  We are a project of Alliance San Diego.

6    And we are dedicated to promote policies and advocate --

7    policies that protect human rights along the southern border

8    region of the United States, as well as uplift and support

9    the voices of residents in the national dialogue.

10       **Q    What do you mean by "uplift the voices of**

11   **residents in the national dialogue"?**

12    A    We do primarily advocacy at the federal level, so

13   with members of congress, with the administration, as well

14   as engage with international human rights organizations.

15       **Q    So is that your employer, the Southern Border**

16   **Communities Coalition?**

17    A    So we are a project of Alliance San Diego, so my

18   employer is Alliance San Diego, yes.  But my -- hundred

19   percent of my work is dedicated to the Southern Border

20   Communities Coalition.

21       **Q    Okay.  Are you a lawyer?**

22    A    No, I'm not.

23       **Q    And how many years have you been doing this type**

24   **of work, this advocacy work for people at the border?**

25    A    In this specific position I've been there almost

**10**

Lilian Serrano, 10/23/2024

1    two years.  Before that I worked for other community-based

2    organizations based out of San Diego County.

3        Q    Okay.  Now, are those other organizations all part

4    of the coalition?

5        A    They are part or have been part of the coalition

6    before, yes.

7        Q    Okay.  Okay.  And then you say -- in Paragraph 4

8    of your declaration you say that "I have over a decade of

9    experience working with immigrants in San Diego region and

10   documenting human rights violations."

11       A    Correct.

12       Q    Is that --

13       A    Yes, that's accurate.

14       Q    I read it accurately and that's your response?

15       A    Yes.

16       Q    What -- how much contact have you had with the

17   border patrol in this position?

18            MS. WROE:  Objection.  Vague.  Sorry, which

19   position?

20   BY MR. SILVIS:

21       Q    I guess within your experience -- over a decade of

22   experience working with immigrants in the San Diego region,

23   how much contact have you had with the border patrol?

24       A    It's hard to give you a specific number.  I have

25   regular meetings with or at different times have had

**11**

Lilian Serrano, 10/23/2024

1    different regular meetings with San Diego sector leadership,

2    as well as national leadership within the border patrol.

3        **Q    And how frequently would you estimate?  Is that,**

4    **like, a monthly thing?**

5        A    Once again it just depends.  There have been years

6    where the conversations are -- or the connections are more

7    frequent than others.  I also, because of the work that we

8    do, interact with a lot of agents on the field.

9        **Q    I'm just trying to get an understanding of your**

10   **contact I guess with border patrol.  So you say that you do**

11   **have interactions with leadership at conferences, and how**

12   **frequently is that?  You said --**

13       A    So when the sector leadership has organized

14   meetings with CDOs or community-based organizations, I had

15   participated on those.  Once again, depending on which year

16   you're referring to, the frequency could be quarterly based

17   or once a year or sometimes entire years without talking to

18   them.

19           When you're -- also can you be more specific when

20   you say "border patrol"?  Because I'm thinking the field

21   agents that I can interact anywhere in the region to, you

22   know, your international leadership.

23       **Q    Yeah, I was going to break it into two parts**

24   **because I understand that part from your answer, yeah.**

25   **First I'm just asking about leadership.**

**12**

Lilian Serrano, 10/23/2024

1    A    Okay.  Yes.

2    **Q    So it could be --**

3    A    Yeah, I mean, ten years, it's -- it's a long

4    period of time.  Like I said, there have been years within

5    that time that I have participated in meetings with them

6    quarterly, so every three to four months, and there has also

7    been times where we go an entire year without talking.

8    **Q    And how about with border patrol agents in the**

9    **field?  How frequently would you estimate that you have**

10   **contact with them?**

11   A    It's hard to tell.  But at least -- yeah, I would

12   be guessing if I give you an estimate.

13   **Q    I mean, was it daily?**

14   A    It's not daily.

15   **Q    Okay.  Weekly?**

16   A    It has been weekly.

17   **Q    Weekly.  And what period of time was it weekly?**

18   A    Actually, can I take that back?  Because there was

19   a period of time where it was daily.

20   **Q    Okay.**

21   A    And that will be in the summer early year of last

22   year.

23   **Q    Okay.  And have you formed any opinions about the**

24   **border patrol through your work with them?**

25              MS. WROE:  Objection.  Overbroad.

**13**

Lilian Serrano, 10/23/2024

1    BY MR. SILVIS:

2        Q    Yes.

3            MS. WROE:  You can answer the question.  My

4    objection is that the question's overbroad, but you can

5    answer.

6            THE WITNESS:  If I have opinions of the agents or

7    the agency or the policy?  I'm not clear.

8    BY MR. SILVIS:

9        Q    How about the agency?

10       A    The -- the agency, I -- we have -- we have

11   opinions about the practices and policies that the agency

12   uses on the field, yes.

13       Q    But you personally, do you have feelings about how

14   the border patrol interacts with people at the border?

15       A    Feelings?  I'm not clear, like, what do you mean?

16   Personal emotions?

17       Q    Do you think they're too rough?  Do you have any

18   opinions on how they conduct their duties?

19       A    I -- not in -- as in general as to the whole

20   agency, no.

21       Q    But then as not to whole agency, do you mean with

22   individuals you have had?

23       A    I have witnessed situations in which I don't

24   believe the behavior of the agent is within either the

25   policy or even the values that we uphold, yes.

**14**

Lilian Serrano, 10/23/2024

1    Q    And the values you uphold, meaning?

2    A    Meaning that witnessed instance in which agents

3    have done things differently than I would have.  Mm-hmm.

4    Q    And can you explain that, like, what did you see

5    that you would do differently?

6    A    A specific situation in which they have been rough

7    to children, to people who I perceive as harmless.  Comments

8    that I felt were unnecessary that were denigrating towards

9    me or others.

10    Q    Okay.  And how frequently have you seen that?

11    A    If we are looking at just the times I've

12    interacted with them, pretty frequent.

13    Q    I mean, just every time you interact with them?

14    A    Not every time, no.

15    Q    Do you think you have any bias against the border

16    patrol?

17    A    No.

18    Q    Do you understand what their mission is?

19    A    I understand what their mission is, yes.

20    Q    And do you agree do you think it's an important

21    mission for the United States?

22         MS. WROE:  Just going to object as irrelevant.

23         But go ahead.  You can answer.

24         THE WITNESS:  Yeah, I -- I think -- yeah, I think

25    to an extent it is important.

**15**

Lilian Serrano, 10/23/2024

```
 1   BY MR. SILVIS:

 2        Q    I wanted to ask you, there is a term in

 3   Paragraph 1 your declaration, you use the term "open air

 4   detention sites."

 5             What do you understand that term to mean?

 6        A    Yeah, these are sites that were designated to what

 7   I could see by border patrol agents in which migrants are

 8   asked to congregate and wait to be transported into a

 9   facility.

10        Q    Okay.  So is it something officially set up?  Is

11   it a station or --

12        A    It's not a building, if that's what you mean by

13   officially set up.  But they saw areas where I have been out

14   there, agents have actually give us the names to few of

15   these locations in which ones they asked or tell migrants to

16   congregate and wait for them.

17        Q    Okay.  And have you heard the term "open air

18   congregation" areas?

19        A    I've heard of the term, yes.

20        Q    Okay.  Do you understand the term to mean the same

21   thing as an open air detention site?

22        A    No.  I disagree with that other term.

23        Q    Okay.  Why do you disagree with the other term?

24        A    Because congregation, it's -- it's not the same as

25   detention.  In my experience migrants are not free to leave.
```

**16**

Lilian Serrano, 10/23/2024

1    And actually, I've heard border patrol agents communicate

2    this to migrants.  I have as myself before and the border

3    patrol agents on the field have told me that migrants are

4    not free to leave.  So when you're not free to leave, you're

5    detained.

6        Q    Okay.  We can get into some specific examples.  I

7    just want to make sure we're all using the same terminology.

8    Okay?

9        And another question in Paragraph 3 you state, "I

10    make this declaration in advance of the evidentiary hearing

11    in the above-captioned case for November 15th, 2024 to

12    address the evidentiary dispute at issue."

13        Did I read that correctly?

14    A    Yes, you did.

15        Q    Okay.  And what's your understanding of the

16    evidentiary dispute at issue?

17    A    My understanding is that the government disagrees

18    with us that border patrol agents are directing children to

19    wait in these conditions.  Or in these sites.  I'm sorry.

20        Q    And so it's your position that the border patrol

21    is directing people to these sites?

22    A    Yes.

23        Q    In Paragraph 5 and 6, for example, in your

24    deposition you reference Whiskey 8.  Do you understand that

25    term?  How would you describe Whiskey 8?

**17**

Lilian Serrano, 10/23/2024

1    A    Yes, Whiskey 8 is an area between the primary and

2   secondary border walls.  It's west of the San Ysidro Port of

3   Entry, actually behind the CD water plant treatment areas.

4          There is a gate nearby and the -- actually when I

5   first started going to this location, I didn't know the name

6   until border patrol agents started themselves to identify it

7   as Whiskey 8 and asked me to use that term when referring to

8   that specific area when communicating with them.

9    Q    Okay.  So I guess is Whiskey 8 a -- how big is

10   this area?

11    A    I don't know how big the area is.  It's -- it's

12   only a few meters.

13    Q    Okay.  So you're not referring to the entire area

14   between the two border walls, are you?

15    A    Yes, I am.  I am referring to the entire area

16   between the two border walls.  We -- or I have more

17   visibility to the area closer to the secondary border wall

18   just because of the geographic of the area, there is a

19   little hill that makes it difficult to see, but my

20   understanding is entire area.

21    Q    Okay.  So when you refer to Whiskey 8, you're not

22   just referring to where the entry on the secondary fence

23   wall is where the border patrol can come in and out.  You're

24   referring to the entire area?

25    A    It's primarily the area surrounding that gate, but

**18**

Lilian Serrano, 10/23/2024

1    yes, in the past when talking to border patrol agents, they

2    are able to identify the location based on the term

3    Whiskey 8 and they refer to the entire area.

4        Q    Okay.  So when you refer to Whiskey 8, you're

5    referring to the entire area?

6        A    Yes.

7        Q    Okay.  In Paragraph 6 you say, "Whiskey 8 is

8    easily accessible for major roads in the San Ysidro district

9    of the City of San Diego and is located between the primary

10   and secondary border walls."  Is that correct?

11       A    Yes.

12       Q    And what do you mean by "easily accessible"?

13       A    There are other gates and other areas that I have

14   not been able to access from a public road because there is

15   not a public road nearby that will require actually, as I

16   understand, long hiking, at least an hour or more.  So

17   that's what I refer easily access.  There is a road that

18   leads right to the front area of the gate.  And it's a

19   public road that I'm able to take.

20       Q    But when you say it's easily accessible, do you

21   mean inside that area of Whiskey 8 or just to Whiskey 8?

22       A    I mean just to Whiskey 8.  I cannot access the

23   actual area of the Whiskey 8 because there is a secondary

24   wall that prevents me from doing that.  There is a gate that

25   is regularly closed and only border patrol -- I have only

**19**

Lilian Serrano, 10/23/2024

1    seen border patrol agents and contractors being able to open

2    it.

3        Q    Okay.  So are you ever inside Whiskey 8 when

4    you're working in that area?

5        A    I have never been to Whiskey 8, no.

6        Q    Okay.  And is the general public allowed inside

7    Whiskey 8?

8        A    No.  The general public is not allowed inside

9    Whiskey 8.

10       Q    So when you say it's easily accessible, you just

11   mean it's easily accessible to a gate to get into Whiskey 8

12   at various points?

13       A    Yes, to the gate.  And also the surrounding -- the

14   immediately surrounded area.  Once -- we're not able to go

15   inside that secondary or inside the two border walls, but

16   we're able to access the area immediately next to the gate

17   and therefore able to communicate easily with migrants that

18   way.

19       Q    Okay.  But otherwise Whiskey 8 is closed to the

20   general public?

21       A    What do you mean "closed"?

22       Q    I mean, you can't drive in from the road right

23   into Whiskey 8 without border patrol permission?

24       A    Right.  Exactly.  You cannot drive in there.  It's

25   like I said, just one gate that I have only seen border

**20**

Lilian Serrano, 10/23/2024

1   patrol agents and their contractors be able to open.

2       Q    Okay.  So when you're on location you're located

3   entirely outside of that secondary fence?

4       A    Hmm, located immediately adjacent to the secondary

5   border wall and -- but -- and have been able to pass things

6   like food or water through the secondary border wall because

7   there is those gates -- and gaps, I'm sorry, between the two

8   pillars, but I have not been inside Whiskey 8, no.

9       Q    You're always on the outside of Whiskey 8?

10      A    That's correct.

11      Q    And then in Paragraph 6 you state in the second

12  sentence, "I and other volunteers are able to provide

13  humanitarian assistance through the border wall at Whiskey 8

14  but we do not have access to the open-air sites known as

15  Whiskey 4 on Spooner's Mesa."  Did I read that correctly?

16      A    Yes.

17      Q    Is that true?

18      A    Yes, it's true.

19      Q    So I guess anything you know about what would

20  happen at Whiskey 4 or Spooner's Mesa would be based on

21  something someone else told you?

22      A    Whiskey 4, yes, it's based on what I hear from

23  migrants and from the border patrol agents who are on site.

24  But Spooner's Mesa I have actually been able to go up there

25  once.  It was not in between the two border walls but using

**21**

Lilian Serrano, 10/23/2024

1   the adjacent road that -- it's actually only accessible or

2   only for use of federal agents and border patrol agents had

3   to drive me.

4       Q     So a border patrol agent took you there once?

5       A     Yes.

6       Q     But otherwise you've never -- that was the one

7   time you've been to Spooner's Mesa?

8       A     That's correct.

9       Q     But everything you know I guess about what

10  happens, you know, at Whiskey 4 or Spooner's Mesa, other

11  than the one time you were there, is based on what others

12  have told you?

13      A     That's correct, yes.

14      Q     And then just taking your declaration as a whole,

15  you're not discussing any sites other than Whiskey 8, are

16  you?

17      A     On this particular one, I think -- I do briefly

18  mention Spooner's Mesa.

19      Q     Okay.  Do you want to take a minute to go through

20  your declaration to be sure?

21      A     Sure.

22      Q     I just wanted to make sure we understand the scope

23  of your testimony that you might offer at this evidentiary

24  hearing.

25            (A pause in the proceedings.)

**22**

Lilian Serrano, 10/23/2024

1              THE WITNESS:  Yes, so all my interactions that I
2    refer to in this declaration have been at Whiskey 8.  I
3    didn't track it with at least one family that I believe were
4    detained at the area known at Spooner's Mesa.
5    BY MR. SILVIS:
6         Q    Okay.  What paragraph is that?
7         A    That would be 10.
8              (A pause in the proceedings.)
9    BY MR. SILVIS:
10        Q    Let's talk about Paragraph 10 for a moment.  You
11   say "on August 21st."  Is that August 21st, 2024?
12        A    Yes, that's correct.
13        Q    Okay.  Why don't you read that first sentence?
14        A    "On August 21st at 6:45 a.m. I observed a border
15   patrol agent drive a family unit to Whiskey 8.  The border
16   patrol agent asked me for an ice pack and indicated that one
17   of the women fell from the primary border wall."
18             Do you want me to keep going?
19        Q    No, that's okay.
20             Do you know the name of the border patrol agent?
21        A    No, I don't.
22        Q    And do you know the name of any of the migrants?
23        A    No, I don't.
24        Q    And then starting down that sentence where you say
25   "the woman told me that they had crossed the primary wall,"

23

Lilian Serrano, 10/23/2024

1   that sentence, could you read that sentence for me, "the

2   woman told me they crossed the primary wall"?

3        A    Yes.  "The woman told me that they crossed the

4   primary wall the night before around 11:00 p.m. in an uphill

5   area west of Whiskey 8."

6        Q    Can you read the next sentence, too?

7        A    "They explained that a border patrol agent saw

8   them and just told them to wait there, without providing any

9   medical assistance nor the possibility to communicate their

10  medical needs."

11       Q    And you don't know the name of the border patrol

12  agent?

13       A    No, I don't.

14       Q    Okay.  Do you know why they told them to wait?

15       A    No, I don't.

16       Q    And no one from the families offered a declaration

17  in this case; is that right?

18       A    That's right.

19       Q    So we don't know for sure why the border patrol

20  agents told the family to wait?

21       A    No, we don't.

22       Q    We don't know for sure that the border patrol

23  agent even told them to wait, do we?

24       A    They seemed very assertive and the 20-year-old was

25  in a lot of pain.  So she mentioned she fell from the wall

24

Lilian Serrano, 10/23/2024

1   and needed medical attention.  They were all English

2   speakers, so there was no language barrier, but they

3   mentioned that the agents will drive away so fast that they

4   didn't have time to communicate that they needed medical

5   attention.

6        **Q    So you don't know that they asked the agent for**

7   **medical attention?**

8        A    I wasn't present, but I was told by the migrants,

9   yeah.

10       **Q    I guess I got confused because you said they drove**

11  **away so quickly they didn't have a chance to ask.**

12       A    The woman mentioned she tried to flag the agents

13  that will drive around them, but that they were going so

14  fast that they just wouldn't get enough time to communicate

15  with the agents.

16       **Q    You admit it's a little bit hard to know what**

17  **happened when neither the border patrol agents nor the**

18  **family is here to tell us, would you agree?**

19       A    I -- I have listened to them.  I asked them

20  questions to get the best understanding of what had happened

21  that night, yes.

22       **Q    But you don't know everything that was said?**

23       A    I was not there.

24       **Q    So you don't know everything that was said?**

25       A    Without being there I wouldn't be able to know.

**25**

Lilian Serrano, 10/23/2024

1      Q      I guess this is related, too.  Then you say, "They

2    described other agents on ATVs driving around them multiple

3    times all night."

4             Did I read that correctly?

5      A      Yeah, that's correct.

6      Q      Okay.  What do you mean by that?

7      A      So the woman described that once again the

8    20-year-old couldn't walk so they just sat on the dirt.  And

9    they -- I asked them if any other agent interacted with them

10   after the other agent left.

11            And they just mentioned there were motorcycles, so

12   I know from being there it's the ATV units that border

13   patrol agents use a lot that will just drive around them and

14   that whenever the mom or the -- even the 12-year-old will

15   try to flag them they wouldn't stop.

16     Q      Was this nighttime?

17     A      11:00 p.m.  That's what they described, so yes.

18     Q      It was dark?

19     A      I'm assuming.

20     Q      And again, you weren't there, so you don't know

21   exactly what happened with the border patrol agents; is that

22   correct?

23            MS. WROE:  Asked and answered.

24            Go ahead.  You can answer.

25            THE WITNESS:  Answer?  Yeah, once again, without

**26**

Lilian Serrano, 10/23/2024

1    being there I don't know.

2    BY MR. SILVIS:

3        Q    You're relying entirely on what the family told

4    you?

5        A    Yes.  I also know that from my experience being

6    there at night, it's very common for border patrol agents to

7    drive on those ATVs.  I've seen them.  I've seen them many

8    times drive between the two border walls, as well as even on

9    the road adjacent to where we have our aide station.

10       Q    Okay.  But where were they at the time that this

11   happened and they got hurt?

12       A    What the woman described is after climbing --

13   yeah, after climbing the primary wall, by the time they made

14   it to the ground there was already an agent that was in

15   front of them.

16            They described the area to be -- they pointed on

17   the west direction of Whiskey 8, they said on the other side

18   of those hills as, once again, that's the area that I

19   understand is the Spooner's Mesa area.

20       Q    Okay.  So that's the area where they saw the

21   agents driving all around; is that correct?

22       A    That is correct.  There is a hill in Spooner's

23   Mesa.  It's just over the hill, Whiskey 8 being at the

24   bottom of that hill.  So once again, that's also the hill

25   where I have seen agents come as a common practice drive

27

Lilian Serrano, 10/23/2024

1   those ATVs up and down that hill.

2       Q    Okay.  I guess I'm a little confused.  I thought

3   other than the one time you've never been to Spooner's Mesa?

4       A    I've only been to Spooner's Mesa one time, yes,

5   but it's the same hill that connects Spooner's Mesa and

6   Whiskey 8, once again, Spooner's Mesa being over the top of

7   the hill.  Whiskey 8 being at the bottom.

8            From the bottom up it's difficult to see the full

9   of Spooner's Mesa, but it's the same hill.  So if an agent

10  were to go in between the two border walls at any point

11  around Spooner's Mesa, they will come down to Whiskey 8.  It

12  is the same road.

13      Q    Okay.  And then you say in the next sentence,

14  "Upon information and belief the family spent the night in

15  the area around Spooner's Mesa.  The woman said it was a

16  short drive from where they waited to Whiskey 8 and the

17  description resembled Spooner's Mesa."

18           Did I read that correctly?

19      A    Yes, you did.

20      Q    What do you mean by "information and belief"?

21      A    Based on the information that the woman was

22  providing, right, the description of there being an uphill,

23  them being on the top -- on the other side of the top of the

24  hill, as well as the fact that they mentioned they were in

25  the vehicle with border patrol for only a few minutes, to me

**28**

Lilian Serrano, 10/23/2024

1    that indicates that it was a relatively close area they

2    mentioned.

3           They mentioned they drove down the hill, and once

4    again, because I was standing at Whiskey 8, based on my

5    understanding and knowledge of the terrain and what the

6    information the migrant was provided, I believe that was

7    Spooner's Mesa.

8        Q    So it's based on your knowledge of being there,

9    but also on what the woman told you?

10       A    Yes.

11       Q    Okay.  And then you state, "The border patrol

12   agent told the grandmother that the 12-year-old was going to

13   be processed as an unaccompanied child.  After about 20

14   minutes of being on the phone, the agent asked the family to

15   get back in the van and drove away."  Did I read that

16   correctly?

17       A    Yes.

18           MS. WROE:  I'm sorry.  It's just his phone, not

19   the phone but otherwise, yes.

20           THE WITNESS:  Oh, yes.

21           MS. WROE:  No problem.

22   BY MR. SILVIS:

23       Q    Now, is this the same border patrol agent bringing

24   the family into W-8?

25       A    Yes.

**29**

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1    **Q    So was that agent there the entire time?**

2    A    At that time, yes.  He was not with us.  He

3    actually walked away.  But I saw him on his phone.  But,

4    yeah, he was in the area of Whiskey 8.

5    **Q    So you saw this border patrol agent drive to**

6    **Whiskey 8, and then you witnessed -- you heard the agent ask**

7    **the family to get back in the van and drive away?**

8    A    Yes.

9    **Q    You were there the entire time?**

10    A    Yes.

11    **Q    Do you know where the border patrol agent took**

12    **them?**

13    A    No.

14    **Q    And do you know what happened with the family?**

15    A    I don't know what happened with this particular

16    family.  What border patrol agents usually tell us is that

17    people are transported there to be processed at one of the

18    stations or the off-site facility by one by the border

19    patrol.

20    **Q    But you just testified you don't know where they**

21    **took them?**

22    A    That particular family, I don't.  That particular

23    time the agent didn't tell me.

24    **Q    Okay.  I'm going to go back a little bit more to**

25    **the beginning just sort of your experience with Whiskey 8.**

**30**

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1    **So when did you first visit Whiskey 8?**

2       A    Early last year.  It must have been late March,

3    April -- probably more like April of the last year.

4       **Q    Okay.**

5       A    2023.

6       **Q    Okay.  And then in Paragraph 5 you say, "Since**

7    **that time I've visited on daily, weekly and monthly basis at**

8    **different intervals.  I currently provide humanitarian**

9    **assistance to Whiskey 8 approximately one to three times per**

10   **month."  Did I read that correctly?**

11      A    Yes.

12      **Q    At what point did you start going there one to**

13   **three times a month?**

14      A    After -- it's been recent.  It's been this year

15   after the summer, so probably the last three, four months.

16      **Q    Okay.  So in the last three to four months you've**

17   **only been going there about one to three times a month?**

18      A    That's correct.

19      **Q    And when you're there how long are you there?**

20      A    Depends.  I -- I either show up in the morning at

21   around 5:30 a.m. and stay until 9:00 if there is no -- no

22   one there.  If there is a group there, I stay until they are

23   all processed or transported out of the area.  And sometimes

24   when I go at night, I usually try to get there around

25   8:00 p.m. or 9:00 p.m. and then I will stay there until at

Lilian Serrano, 10/23/2024

1    least midnight and sometimes longer if there is a group of

2    migrants there.

3        Q    Okay.  When you say when you go in the a.m. and

4    you stay till 9:00, did you mean 9:00 a.m. or 9:00 p.m.?

5        A    9:00 a.m.

6        Q    So sometimes you go there, you go early, like

7    5:00 a.m. and if no one's there by 9:00 you will leave?

8        A    That's correct, yes.

9        Q    And then evenings, which is what I understand, you

10   will go there at what time approximately?

11       A    8:00 p.m.

12       Q    Okay.  And then --

13       A    And then plan to leave around midnight, but very

14   similarly, if there is a group of migrants waiting or if I

15   see a lot of activity in terms of cars of border patrol, I

16   may stay a little longer.

17       Q    Is there a reason you don't go in the middle of

18   the day?

19       A    I usually have other work responsibilities and

20   assignments, that's what prevents me from going in the

21   middle of the day.  But I have done that before when I have

22   the availability.  It's just more complicated, the

23   schedules.

24       Q    Based on your observations when you're at

25   Whiskey 8, are border patrol agents always present?

**32**

Lilian Serrano, 10/23/2024

1      A     What do you mean by "always present"?  Like,

2   always physically there?

3      Q     Yes.

4      A     They are not always physically there, but they are

5   always driving by or they will park their vehicles in the

6   nearby hills where they have visibility of Whiskey 8.

7      Q     Okay.  Just to break it down, what do you mean by

8   "driving by"?

9      A     So they will either be driving a marked border

10  patrol car, they are the ATV.  And also there are some SUVs

11  and pickup trucks that are not marked, but when they stop

12  and lower their windows I can see a uniformed border patrol

13  officer -- sorry -- agent in them.

14         So they are always going up the hill either

15  inside -- up and down the hill, either on the inside between

16  the two border walls or the road immediately adjacent to the

17  secondary border wall.

18     Q     Okay.  Just to make sure I understand.  Are you

19  saying that "driving by" you mean both inside Whiskey 8 and

20  outside?

21     A     That's correct.

22     Q     And is that they're always there when you're

23  present?

24     A     They are always driving by there, yes.  Sometimes

25  depending on the agent they will stop and, you know, say Hi.

33

Lilian Serrano, 10/23/2024

1    And sometimes they will interact with me.  Sometimes they

2    won't.  It just depends.

3        Q    Okay.  But you wouldn't say there is a border

4    patrol agent, like, stationed at Whiskey 8 permanently?

5            MS. WROE:  Objection.  Vague.  Misstates

6    testimony.

7            Go ahead.

8            THE WITNESS:  Standing right there, not in the

9    last few months.  Last year there was always an agent

10   stationed in a hill nearby.  There is also, once again, this

11   big hill, so the agent that I was referring to the hill

12   nearby was -- he's -- there is a big hill west and there is

13   always agents' cars that I can see from Whiskey 8 stationed

14   there.

15   BY MR. SILVIS:

16       Q    And what area would you describe they are in?

17   What's the hill called?

18       A    So the hill is the hill that will lead you to

19   Spooner's Mesa but is not quite there yet.

20       Q    I want to direct you to Paragraph 7 of your

21   declaration.  Will you read the first paragraph?

22       A    Yeah, "Border patrol agents continue to direct

23   migrants or transport migrants to open-aired sites to await

24   processing, although different agents appear to have

25   different practices."

**34**

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1    Q    Now, is that all based on your own personal

2  observations?

3    A    Yes.

4    Q    Okay.  I'm also curious in that sentence, since

5  you say "continue to direct migrants," what do you mean by

6  that?

7    A    Yeah, the first time that I heard a border patrol

8  agent directing migrants to wait in the area known as

9  Whiskey 8 was early last year.  I will say in April time.

10    Q    April?

11    A    Of 2023.

12    Q    Okay.  So you're saying from April of 2023 until

13  present day?

14    A    Yes.

15    Q    They're directing migrants or transporting them to

16  open-air sites to await processing?

17    A    Yes, that's what I mean continue.  When I first

18  saw that practice in April of 2023, that is something that

19  has continued till this last week when I was last there.

20    Q    Okay.  But you're only there one to three times a

21  month, correct?

22    A    In the recent months, yes.

23    Q    But you're -- so what you're saying is, based on

24  your observations in the last -- the time when you were

25  there, you think that they are directing people to these

35

Lilian Serrano, 10/23/2024

1   sites?

2       A    I -- I have heard them direct people.  I have seen

3   agents drive people to the area.  I have interacted with

4   agents who themselves have told me that they -- you know, a

5   very common practice will be them coming to the tents and

6   asking me, You have water and food ready, because there is a

7   family of five coming.  There is a group of -- and, you

8   know, whatever number it might be, coming.  They are coming

9   from Whiskey 4 or they are coming from up the hill.

10          They also -- yeah, primarily I have heard migrants

11   tell me that after they cross, border patrol agents will

12   just direct them to walk that direction.

13          Just last week I was there when a group of

14   migrants arrived to Whiskey 8 after coming down the hill and

15   they mentioned that they -- a white pickup truck have come

16   from the area where I was standing and told them to keep

17   walking that direction.  That was a border patrol agent,

18   because I was able to see his uniform.

19       Q    And you heard the border patrol agent say this?

20       A    Last week I didn't interact with this particular

21   border patrol agent, but I have heard border patrol agents

22   tell this to migrants in the past, yes.

23       Q    Okay.  But they -- the incident you heard last

24   week you didn't hear the agent say that?

25       A    No, that -- last week the agent came, he lowered

Lilian Serrano, 10/23/2024

```
1   his window, he looked at me, he -- I'm assuming he
2   recognized me.  I don't know.  He waved.  When -- drove up
3   the hill -- sorry, drove through the gate, up the hill, and
4   then minutes later a group of migrants showed up at
5   Whiskey 8.  And they told me the white pickup truck that
6   went -- came from this area told us to keep walking in this
7   direction until we find you.
8       Q    So you're assuming it's the same border patrol
9   agent?
10      A    There is only one road and I didn't see any other
11  vehicle but, yes.
12      Q    And then in Paragraph 7 you also say, "One agent
13  we interact with regularly often drives migrants, usually
14  family units, to Whiskey 8 in the border patrol vehicle."
15           Did I read that correctly?
16      A    Yes, you did.
17      Q    Okay.  And then the next sentence you say, "I have
18  witnessed people being dropped off by border patrol vehicle
19  at Whiskey 8 on several occasions."
20           Did I read that correctly?
21      A    Yes.
22      Q    Just to clarify, is this the same border patrol
23  agent?
24      A    No.
25      Q    Okay.
```

37

Lilian Serrano, 10/23/2024

1      A      There is -- once again, we interact with a lot of

2   different agents and some of them are more friendly to us

3   than others.  There are also some that are more friendly to

4   migrants than others.

5           So they are multiple agents who are actually

6   really cordial with us and the migrants and try their best

7   to give clear instructions and that's who I was referring

8   to.

9      **Q    Okay.  I was -- just to clarify the testimony, I**

10  **just wasn't sure whether those -- the border patrol agent**

11  **you were talking about regularly driving migrants family**

12  **units to Whiskey 8 was the same person that you were talking**

13  **about in the next sentence where you say "I have witnessed**

14  **people being dropped off by border patrol vehicle at**

15  **Whiskey 8 on several occasions."**

16     A      No.

17     **Q    Two different people?**

18     A      Different.  Not just two, multiple agents.

19     **Q    Okay.  So who is the border patrol agent that you**

20  **interact with regularly that often drives migrants to --**

21  **usually family units to Whiskey 8 in a border patrol**

22  **vehicle?**

23     A      Are you asking for their name?  I don't know their

24  name.

25     **Q    You don't know the name?**

**38**

Lilian Serrano, 10/23/2024

1      A    No.  I recognize him, just his face.  Some of them

2   also drive particular units.  Once again, some of them

3   themselves express that they recognize us, when we spend,

4   like, many months together.  So this is people that I

5   recognize but I don't know their names.

6      Q    Okay.  **When you say we interact with regularly,**

7   **what do you mean by that?**

8      A    I interact with them, as well as other partner

9   organizations, volunteers that interact with them.

10  Sometimes I'm there by myself and sometimes I'm there with

11  other partners.  So we share experiences with some agents.

12     Q    Okay.  **So this is something that you see or have**

13  **seen when you're there, like, one -- one to three times a**

14  **month?**

15     A    I've seen multiple times.  I -- like I mentioned,

16  I did start going taking more time in between my visits, but

17  even earlier this year this summer I was going still at

18  least once a week, sometimes multiple times, and earlier --

19  or actually last year, I was going almost on a daily basis.

20  So yes, these are all different -- I have encountered this

21  multiple times.

22     Q    Okay.  **And what type of vehicle is this agent**

23  **driving?**

24     A    This particular --

25          **MS. WROE:  I'm sorry.  Vague.  Which agent?**

**39**

Lilian Serrano, 10/23/2024

1  BY MR. SILVIS:

2      Q    I'm sorry.  The agent that we're talking about

3  that you interact with regularly, what vehicle is this agent

4  driving?

5      A    He was driving a SUV, a border patrol marked SUV.

6      Q    So not a van or like a bus?

7      A    I have seen agents driving vans before.  I don't

8  know if I described the vehicle here.  We're still talking

9  about the interaction on June 6, right, Paragraph 8?

10     Q    Yeah, the one you interact with regularly, I'm

11  just curious, is this agent driving different vehicles or is

12  he always driving the same?

13     A    So that happens sometimes, they will drive

14  different vehicles.  But there are some agents that only or

15  majority of the time will drive vans and on occasions I've

16  seen them drive SUVs.

17     Q    Okay.

18     A    I don't -- I'm trying to see.  So if we're talking

19  about the incident on June 6, is that -- which one are we

20  talking about?

21     Q    We're still in Paragraph 7.

22     A    Paragraph 7.

23     Q    You were talking about an agent that you have a

24  lot of interaction with and I'm just asking what is he

25  driving.

**40**

Lilian Serrano, 10/23/2024

1     A    Yes, I believe that the agent that I'm referring

2    there usually drives actually a van.  But like I said, I

3    have seen agents who usually drive one type of vehicle and

4    for a particular reason that they drive a different one.

5         Q    But you're saying that you regularly interact with

6    this agent?

7         A    Yeah, that's correct.

8         Q    So I'm just trying to get clarification.  You are

9    regularly interacting with him, is he switching vehicles?

10        A    I regularly interact with multiple agents, so I

11   just wanted to make sure I was answering to this particular

12   agent that you're referring to.

13        Q    Okay.

14        A    But yes, to answer your other question, yes,

15   agents don't always drive the same vehicle.  And I have

16   seen, let's say, the same agent that usually drives the van,

17   sometimes, like I said, drive an SUV or the other way

18   around.  I've also seen the agents drive big buses, but

19   that's not something they do on a regular basis.

20        Q    I just want to clean it up a little bit on this.

21   So the one agent you interact with regularly who often

22   drives migrants, usually family units, to Whiskey 8 in the

23   border patrol vehicle, what does he drive?

24        A    Usually a van but not always.  I just don't want

25   to say always because I have seen them switch their vehicles

Lilian Serrano, 10/23/2024

1    before.

2        Q    **And do you know why this agent is driving them to**

3    **Whiskey 8?**

4        A    Why?  I'm sorry, what?

5        Q    **Why they are driving these people to Whiskey 8?**

6        A    No.  They -- they usually don't share why they're

7    driving them.  Sometimes they had -- when we asked why do

8    people have to wait long periods of time or multiple hours

9    at Whiskey 8, they will share that there is no capacity at

10    the processing center or at the station or cell site, like,

11    they reference to.

12        Q    **Okay.  This particular agent we've been talking**

13    **about that you interact with regularly hasn't told you why**

14    **they are driving people to that location; is that correct?**

15        A    So when I have asked him why people has to wait

16    there, he has -- you know, different -- I'm paraphrasing --

17    he will say there is just no space at the station.

18    Different versions of that, yes.

19            If you are asking why he is driving them,

20    sometimes he will actually share, you know, there are small

21    children can't walk fast or sometimes he will be driving

22    people who are hurt.

23            And I have seen him interact with migrants and ask

24    them if they need to see an ER.  And at that point he will

25    contact the ambulance that can come pick them up and/or they

**42**

Lilian Serrano, 10/23/2024

1    can wait in the Whiskey 8 area.

2         Q    Okay.  Then breaking it down, you said -- then you

3    have this other sentence in the same Paragraph 7 where you

4    say, "I have witnessed people being dropped off by border

5    patrol vehicles at Whiskey 8 on several occasions."

6         A    Mm-hmm.  Yes.

7         Q    What time period are you talking about then?

8         A    The whole time.  April of 2023 to recent, to this

9    month.

10        Q    Okay.  When was the last time you saw this?

11        A    I believe it's the -- on August 21st.

12        Q    Are you referring to your statement in

13   Paragraph 10?

14        A    Yes.  I am referring to Paragraph 10.  The

15   situation that I described in Paragraph 10, that is the last

16   time I saw a border patrol agent drive a family unit to

17   Whiskey 8.

18        Q    But you've been to Whiskey 8 since then; is that

19   correct?

20        A    Yes, that's correct.

21        Q    In your declaration you don't provide any specific

22   examples other than I guess Paragraph 10 of border patrol

23   agents dropping off people at Whiskey 8; is that true?

24        A    On this particular declaration I don't.  I believe

25   there are two other -- I provided two other written

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1    declarations and I might have included that in those.

2        Q    Okay.  But if you are called as a witness to

3    testify, would you testify that since providing, I guess,

4    this declaration on October 4, that you have seen border

5    patrol agents drop off people at this gate?

6        A    Drop off people?  No, I have not seen them drop

7    off.  I have seen them -- or I have heard from migrants that

8    they were directed there by border patrol agents.

9        Q    But not in the vehicle?

10       A    I haven't witnessed in a vehicle, no.

11       Q    Okay.  I think I promised a break at an hour.  Do

12   you want to go a little longer or do you want to take a

13   quick break?

14       A    No, we can keep going.

15           MR. SILVIS:  Does anyone want to take a break?

16   I'm a man of my word, so I wanted to say.

17   BY MR. SILVIS:

18       Q    Why don't we go a little bit longer.

19       A    No, that's fine.  Thank you.

20       Q    Okay.  Last sentence of Paragraph 7 of your

21   declaration you say, "Other agents do not transport people

22   to Whiskey 8 but instead give them directions on how to walk

23   there."

24           Did I read that correctly?

25       A    Yes, you read that correctly.

Lilian Serrano, 10/23/2024

1      Q    Now, your example of that is Paragraph 8 of your
2   declaration?
3      A    Wait.  Can you repeat that?
4      Q    Yeah, so your example of agents not transporting
5   people to Whiskey 8 but giving them directions on how to
6   walk there is an example -- I mean, is Paragraph 8 an
7   example of that?
8      A    Yes.
9      Q    Okay.
10      A    Paragraph 8 is just one example.  I have seen
11   many.
12      Q    Okay.  Have you seen many since October 4th, 2024?
13      A    Of me witnessing border patrol agents give
14   directions?  No, but I have heard from migrants that border
15   patrol agents gave them directions and what they described
16   as the same agent that had been in the Whiskey 8 area a few
17   minutes before.
18      Q    Okay.  But you haven't directly observed it?
19      A    I haven't heard an agent direct them.  I haven't
20   witnessed an agent direct them, yes.
21      Q    I want to read the first four sentences of
22   Paragraph 8.  Would you like to do that for me?
23      A    Four sentence?
24      Q    Yeah.
25      A    Okay.

**45**

Lilian Serrano, 10/23/2024

1      Q      **First four.**

2      A      First four.  "For example, on June 6th I arrived

3      to Whiskey 8 at 5:40" p.m. -- "a.m." -- sorry -- "and

4      encountered a group of 25 migrants, including five children,

5      including two toddlers.  The group told me that they arrived

6      in" the two separate -- "in two separate groups.  One group

7      crossed the first wall around 3:30 a.m. and the second group

8      crossed around 4:30 a.m."

9             Do I keep going?

10     Q      **Just one more sentence.  Sorry.**

11     A      "And border patrol agents directed both groups to

12     come to Whiskey 8."

13     Q      **Okay.  And that's your sworn testimony?**

14     A      Yes, that's my testimony.

15     Q      **Okay.  So you mean June 6, 2024; is that correct?**

16     A      Yes, that's correct.

17     Q      **Okay.  At that time how long had you been there**

18     **when the group arrived?**

19     A      A few minutes.  My goal is always to be there by

20     5:30.  Sometimes I get there before.  Sometimes I get there

21     after, depending on traffic.

22     Q      **I'm sorry.  To clarify my question:  How long had**

23     **the group been there by the time that you arrived?**

24     A      I actually saw them come up.  They were coming

25     from -- yeah, they were coming from the uphill area, so they

**46**

Lilian Serrano, 10/23/2024

1   were coming down the hill into Whiskey 8.

2        Q    **Okay.  So all the entire group arrived around**

3   **5:40 a.m.?**

4        A    Mm-hmm.  Yes, that's correct.

5        Q    **And then in the second sentence you said, "The**

6   **group told me that they arrived in two separate groups."**

7   **What do you mean by that?**

8        A    Yes.  Usually when I first encounter a group of

9   migrants, they are asked a series of questions that I will

10  ask.  Those -- the No. 1 first is identify the language they

11  speak.  I believe this particular group had a good number of

12  Spanish speakers, so I was able to communicate with most of

13  them.

14       They -- I asked them around what time they first

15  crossed the primary border wall.  And usually they have a

16  good idea of when that happened.  And I ask if they came all

17  together, and that particular group mentioned to me that

18  they were actually two groups and they among themselves

19  identify who was in Group 1, who was in Group 2.

20       They all mentioned that as soon as they crossed,

21  they were just waiting there.  And then agents had pointed

22  them to walk.  Once again, they just point at which

23  direction, so I identify that to be walk east and then

24  encounter each other and arrive together at Whiskey 8.

25       Q    **Okay.  So when you say "the group," you're**

47

Lilian Serrano, 10/23/2024

1   **actually interviewing everyone in the group?**

2      A    So once again, like, it depends on the language

3   that they -- that might be present.  If there is multiple

4   languages present, which is most of the case, I will first

5   interact with English and Spanish speakers by language.  So

6   I will ask them to group themselves.  And I will ask

7   questions to the group in general.

8          And usually they will either all answer or one or

9   two will verbally answer and the other ones will not.  Or

10  will provide each other feedback on the approximate time.  I

11  do that for English and Spanish speakers.  When there is

12  other language I will use a translating app.

13     **Q    Okay.  And you say border patrol agents directed**

14  **both groups to come to Whiskey 8; is that correct?**

15     A    Yes, that's correct.  That's what both told me.

16     **Q    What you do you mean "both"?  Everybody in the**

17  **group told you that?**

18     A    Yeah, so they self-identify as being part of one

19  group and versus the other group.  And when I asked both

20  crowds, both groups around what time they arrived, they give

21  me different times, and then they all said when I asked if

22  they encounter a border patrol agent they say yes.

23          When I asked them how do they know to get to

24  Whiskey 8, they will say an agent directed us to walk.  And

25  that they will point -- once again they were pointing to

**48**

Lilian Serrano, 10/23/2024

1   west -- sorry, east, so that would indicate that they were

2   walking towards Whiskey 8.

3       Q    Okay.  Because the groups wouldn't know what

4   Whiskey 8 is, correct?

5       A    No, migrants don't know where they're standing.

6   They don't know the name of the location.  Usually they will

7   only be -- the instructions that they tell me that border

8   patrol agents give them is, Just walk in that direction.

9   You know, and they use -- they point.

10          Once -- some -- I've heard -- or I've heard from

11  migrants that sometimes agents will give them specific

12  things to look out for, like look for the tents, look for

13  the portable restrooms or look for the big tank of water.

14      Q    Okay.  But in this instance do you know the

15  details of what the border patrol agents said to them?

16      A    I believe in this instance, all they shared is the

17  agent pointed in that direction and to people walking.

18      Q    Okay.  You don't know if they said anything or

19  not?  You don't know if the border patrol agents actually

20  said anything to them other than pointing?

21      A    They told me that the agent told them to walk in

22  that direction.

23      Q    And did they tell you what direction?

24      A    They just pointed and they were pointing east.

25      Q    And where do they encounter this border patrol

**49**

Lilian Serrano, 10/23/2024

1   agent?

2        A     They both -- or all of them said that as soon as

3   they cross.

4        Q     **As soon as they crossed where?**

5        A     The primary border walls.  So wherever they had

6   first crossed the primary wall.  A few minutes after that

7   they interacted with the agents who pointed them to walk in

8   that direction.

9              Yeah, actually, this particular group encountered

10  another border patrol agent once at Whiskey 8 and that is

11  when they knew to wait in that area.

12       Q     **Okay.  Do you know the name of the border patrol**

13  **agents that they first encountered?**

14       A     Once again, no, I don't.  I don't ask for their

15  names -- if they know the name of the border patrol agents.

16       Q     **And then do you know the names of any of the**

17  **migrants in these groups --**

18       A     I don't.

19       Q     **-- that they encountered?**

20       A     I usually don't ask for their names as they are a

21  vulnerable group and I don't -- I don't know if they will

22  feel safe sharing that information with me.

23       Q     **Have you asked anyone from this group to provide a**

24  **declaration or statement for this case?**

25       A     I didn't.

**50**

Lilian Serrano, 10/23/2024

1    Q    And then you say later in Paragraph 8, "Migrants
2    told me that once at Whiskey 8 they were instructed by
3    border patrol to sit by a secondary wall and wait there
4    before I arrived to the site."

5    A    That's correct.

6    Q    Did I read that correctly?

7    A    Yes, you did.

8    Q    Okay.  I guess earlier when we were talking about
9    this I think you mentioned that they arrived at the site at
10   about the same time as you did?

11   A    Yes, that's what they said.  And that's what I
12   witnessed.

13   Q    Did you witness the border patrol instructing them
14   to sit by the secondary wall?

15   A    Yes, I believe this -- in this occasion I -- I
16   saw -- I don't recall if I heard the agent, but I did -- I
17   do remember seeing the agent still on site when I arrived.

18   Q    So your statement is that "the migrants told me
19   that once at Whiskey 8 they were instructed by border patrol
20   to sit by the secondary wall and wait there before I arrived
21   to the site."

22        Did I read that correctly?

23   A    Yes.

24   Q    That's your statement?  Okay.

25        So I guess I'm trying to understand whether this

**51**

Lilian Serrano, 10/23/2024

1  **was all before you arrived?**

2      A    I -- I have witnessed both instance where I have

3  arrived and there's agents there.  I just -- I'm trying to

4  recall this particular June 6th situation, because I have

5  since I witness both instance, I don't want to merge those

6  recollections of those events.

7          But yes, I believe I -- for this particular

8  situation I saw the agent, but I -- yeah, I just -- I

9  believe in this particular situation I didn't interact with

10  the agent.  I saw him, and he got in his vehicle.

11          The migrants were sitting down there.  When I

12  asked them, like, why did they sit down, they mentioned the

13  agent told us to.

14      Q    **Now, was border patrol present the entire time**

15  **when you were there on June 6?**

16      A    On that particular occasion, no, they were not.

17  Once I arrived they -- the agent actually left and I stayed

18  there providing water and food and interacting with the

19  migrants.

20      Q    **Okay.  But the border patrol then returned**

21  **eventually, correct?**

22      A    Yes.

23      Q    **So in this case on June 6, how long was the group**

24  **actually in that area, Whiskey 6 [sic] before they were**

25  **transported out?**

52

Lilian Serrano, 10/23/2024

1    A    So the group was transported out around 9:00 a.m.,

2    so they must have been there at least three hours -- a

3    little over three hours.

4        Q    So less than four hours?

5    A    Yes.

6        Q    Between three and four hours?

7    A    Yes.

8        Q    I want to ask you about Paragraph No. 9.

9            MS. WROE:  Sorry.  Before we do that can we take

10   the break now?

11           MR. SILVIS:  Sure.  Absolutely.

12           MS. WROE:  If it's a good stopping point.

13           MR. SILVIS:  Yeah, that's fine.

14           (A recess was taken.)

15   BY MR. SILVIS:

16       Q    I wanted to redirect you to your declaration,

17   Exhibit No. 2, Paragraph 9.  Would you read the first

18   sentence?

19   A    "On June 22nd I arrived to Whiskey 8 at 8:25 p.m.

20   and saw multiple emergency cars leaving the area.  As soon

21   as I got there a border patrol agent approached me and told

22   me that five people were transported to the hospital after

23   falling from the primary wall."

24           Do you want me to keep going?

25       Q    We can stop there for a moment.  So do you mean

53

Lilian Serrano, 10/23/2024

1   June 22nd, 2024?

2       A    Yes.

3       Q    Okay.  Just another one want to clarify that.

4            All right.  And then do you have the name of the

5   border patrol agent?

6       A    No, I don't.

7       Q    Was it a male or female agent?

8       A    It was a male agent.

9       Q    And you didn't catch the name on the uniform?

10      A    I interact with a lot of agents, so no, I don't

11  keep record of all the names.

12      Q    And then read the next sentence, "He also

13  indicated."

14           MS. WROE:  And if you want to read the whole thing

15  first and then read the sentences that's fine, too, whatever

16  you're comfortable with.

17           MR. SILVIS:  Of course.

18           THE WITNESS:  "He also indicated that there was a

19  group of migrants that had just crossed and that they will

20  have to wait for the next shift that starts at 10:00 p.m.

21  Then the agent left.  The group left waiting at Whiskey 8

22  consisted of 12 migrants, including five kids ages two,

23  four, 12, 14 and 17."

24  BY MR. SILVIS:

25      Q    Okay.  I want to ask a question.  So in this

54

Lilian Serrano, 10/23/2024

1  **paragraph you're not stating that the border patrol agent**

2  **directed anyone to Whiskey 8, are you?**

3      A    I usually ask migrants how -- how do they know to

4  go to Whiskey 8.  So I ask this in multiple versions.  I

5  will ask, Where did you cross from, which area?  Did you

6  interact with any agent or if -- especially those that

7  didn't cross anywhere near Whiskey 8.  This particular group

8  on this particular day, I don't recall how did they get to

9  Whiskey 8.

10     **Q    Okay.  So you're not alleging that the agent in**

11 **this instance directed them to Whiskey 8; is that correct?**

12     A    I don't recall at this moment in this particular

13 group how did they get to Whiskey 8.  So not at this time.

14     **Q    Okay.  And was the border patrol agents there**

15 **present the entire time you were there on June 22nd, 2024?**

16     A    No.

17     **Q    Do you know who transported the migrants to the**

18 **hospital?**

19     A    Ambulance.  So as I arrived to the area I saw --

20 once again, these are -- even though they're public roads,

21 they are for the most part isolated.  There is very low

22 traffic.

23          As I was coming in there were multiple emergency

24 vehicles.  I saw firefighters and ambulance.  So I don't

25 know specifically which ones were transporting migrants, but

**55**

Lilian Serrano, 10/23/2024

1    I will assume the ambulance.

2         Q    Okay.  And do you know who called the emergency --

3    for the emergency care after the person was injured on the

4    wall?

5         A    I do not know for certain.  I know that the moment

6    I arrived one of the agents approached me.  And once again,

7    it just depends on who is on site.  Sometimes when there is

8    emergency vehicles, they will come and share with us what

9    that is all about.

10            This particular time the agent came and told me

11   that they had to transport five people out, so I assume that

12   it was an agent who -- or another border patrol agent who

13   called emergency services.

14            (A pause in the proceedings.)

15   BY MR. SILVIS:

16        Q    I guess you're saying here in Paragraph 9, again,

17   that the border patrol agent wasn't there the entire time.

18   You said, "The agent separated the unaccompanied child and

19   he was transported by himself.  The rest of the group had to

20   wait on the side for another hour until midnight when they

21   were all transported out"; is that correct?

22        A    Yes.

23        Q    And so there was a time when the border patrol

24   agents weren't there at the location?

25        A    That's correct.  Actually after -- and I do have

**56**

Lilian Serrano, 10/23/2024

1    it here -- after the agent and the emergency -- after the

2    agent told me about the emergencies and all the emergency

3    service vehicles left the area the agents left.

4        **Q    I wanted to ask you about the two last paragraphs**

5    **in your declaration, Paragraph 11 and Paragraph 12.  Do you**

6    **want to read Paragraph 11?**

7        A    Sure.  "Since June 2024 it is my understanding

8    that border patrol facilities in the San Diego sector have

9    been significantly below capacity.  According to the data

10   published on the CDP website in the San Diego sector, border

11   patrol encounters of migrants in between the ports of entry

12   dropped from 37,371 in May of 2024 to 14,436 in August 2024.

13   Also in" --

14       **MS. WROE:  She's writing it down.**

15       **THE WITNESS:  I'm so sorry.**

16       **"Also in February 2024, I attended a meeting with**

17   **border patrol San Diego sector leadership and other**

18   **nongovernment organizations where we were told by border**

19   **patrol San Diego sector leadership that they were in the**

20   **process of expanding capacity to include at least 250 more**

21   **beds."**

22   **BY MR. SILVIS:**

23       **Q    Okay.  And then if you read Paragraph 12.**

24       A    "Despite the availability the available space in

25   border patrol facilities, migrant children continue to

57

Lilian Serrano, 10/23/2024

1  sometimes spend long periods at Whiskey 8 awaiting

2  transport."

3      Q    I guess my question is:  Do you have any

4  information that there is available bed space for migrant

5  children that is not being utilized?

6      A    So I keep a close eye on the number of encounters

7  in between the ports of entry, knowing that these migrant

8  encounters will be processed by border patrol.

9          We know -- and I know that capacity at this

10 processing center was a challenge last year and that it

11 was -- I heard that from the two -- from the current border

12 patrol chief, as well as from other folks in leadership

13 positions at the sector level, as well as some announcements

14 that were made in NGO meetings with national leadership.

15         There have been conversations with members of

16 Congress and their offices have shared with us that they

17 have been an increase or approve budgets to increase the

18 capacity of the beds at San Diego sector.

19     Q    Okay.  Now, is that beds for children?

20     A    They are usually not broken down by -- well, at

21 least not in the information that I am -- that I am able to

22 receive, the breakdown if those beds are for children,

23 adults or for who those beds are.

24     Q    You don't know what the breakdown will be?

25     A    Not at this -- not when they have increased the

**58**

Lilian Serrano, 10/23/2024

1    capacity.  In last year I visited the cell site facility in

2    Brown Field station and at that time we were told that that

3    is a primary place where children are housed when they are

4    being processed or family units.  And that is a facility

5    that expanded capacity as significantly later last year and

6    early this year.

7        Q    Okay.  But in Paragraph 12 you are saying that

8    they continue to spend long periods of time awaiting -- at

9    Whiskey 8 awaiting transport despite available bed space.  I

10   guess my question is, how do you know there is available bed

11   space?

12       A    Because of all the efforts to increase the

13   capacity at the San Diego sector processing centers.  And

14   because children continue to wait multiple hours in front of

15   our -- my eyes and that -- that of my partners.

16       Q    But when I asked you earlier you didn't know what

17   the breakdown was between the bed space for children and for

18   adults.  So how do you know that there is bed space

19   available?

20       A    I don't know the specific breakdown, but I do know

21   that once again the capacity at the San Diego sector has

22   significantly increased and that is to the account of

23   reports from local leadership as well as national

24   leadership.  And while they don't provide us specific

25   breakdown, we know that housing units for family units have

59

Lilian Serrano, 10/23/2024

1   been one of the top requests, so.

2       Q    Okay.  The expansion you're talking about in

3   Paragraph 11, do you know whether that's complete?

4       A    I wasn't -- we do know that there was an expansion

5   of the number.  I'm just not certain on the number of beds.

6   But there was -- there were actually two expansions that I'm

7   aware of at the facility.

8       Q    Well, in your statement you're saying -- in

9   Paragraph 11 you say that "they're in the process of

10  expanding capacity to include at least 250 more beds," and

11  my question is, do you know whether that's complete?

12      A    Yeah, so that was a report that we received in

13  February.  Since then there have been reports that that

14  expansion was completed and, yeah, but I don't -- I know

15  that it exceeded the expected 250.  I just don't -- don't

16  know the final number.

17      Q    Okay.  And you don't know what the breakdown is

18  between --

19      A    I don't know that.

20      Q    -- for adults and children?

21      A    That's not information that border patrol makes

22  available to the public.

23      Q    So you don't know it?

24           MS. WROE:  Asked and answered.

25           THE WITNESS:  Yeah, no.

**60**

Lilian Serrano, 10/23/2024

1   BY MR. SILVIS:

2       Q    Earlier when I was asking you questions about how

3   often you are going to Whiskey 8 now, you testified that you

4   have been there -- the last three months, you're there

5   approximately one to three times a month?

6       A    Yes.

7       Q    Okay.  And then just to clarify what you were

8   saying earlier, you've testified that you've gone there

9   when -- to Whiskey 8 -- and there is nobody present?

10      A    Yes.

11      Q    Okay.  And now has that occurred at all within the

12  last three months?

13      A    Yes.  Yes.

14      Q    If you can approximate of when you've gone there

15  recently, how many times have you gone there and no one's

16  been present -- no migrants have been present?

17      A    In the last three months I've been there once when

18  there was nobody present.  And by nobody I mean no migrants,

19  because there is always border patrol agents who will come

20  in and out of the area.

21      Q    So I'll ask another way.  In the last three

22  months, how many times have you gone there when there are

23  people present, meaning migrants?

24      A    Most of the times that I've been there.

25      Q    Okay.  And how many times is that in the last

**61**

Lilian Serrano, 10/23/2024

1   three months?

2        A    I don't have an exact number.  I know that I have

3   been at least once.  There have been at least one month

4   where I was there present only once.  All the other months

5   I've been there multiple times.

6        Q    Was that more recently that there haven't been

7   people there or was it -- was it more in the summer when

8   there was no one present?

9        A    It's actually recent.  I can't recall the specific

10  day, but it was very recent.

11       Q    When was the last time you went there?

12       A    Last week.  Last month, say.

13       Q    Was anyone present then?

14       A    Yes.

15       Q    And how many people were present, migrants?

16       A    I don't recall the specific number, but again, it

17  was at least -- I believe it was, like, around more than

18  ten.

19       Q    And was that in the morning or the evening?

20       A    In the morning.

21       Q    And what time were you there?  Was it 5:40 when

22  you usually go?

23       A    Yes, it was my usual time.

24       Q    For migrants who are at Whiskey 8, are they free

25  to leave once they're there?

**62**

Lilian Serrano, 10/23/2024

1    A    They're not free to leave.  There is a wall,

2    30 feet of border wall that will stop them from leaving.

3    There is a gate that it's only opened by border patrol

4    agents or their contractors.  And even when the gate has

5    opened by accident in the past and migrants have come across

6    that gate into San Diego, border patrol agents will come to

7    the site and indicate to the migrants that they have to wait

8    in between the two border walls.

9    **Q    Okay.  But if they go -- you're saying they're not**

10   **free to go further into the United States; is that correct?**

11   A    They are not free to go -- yes, there is no where

12   to go outside of those two border walls.

13   **Q    Okay.  But when you're saying they can't cross the**

14   **border wall, you mean the second border wall; is that**

15   **correct?**

16   A    That's correct.  Yes.

17   **Q    Okay.  Could they cross the first border wall**

18   **again where they came in?**

19   A    Not without climbing border walls and at that

20   point they have no tools or equipment to climb it.  So I

21   will say no.

22   **Q    Okay.  Well, not free, but you wouldn't say that**

23   **the border patrol is preventing them from leaving, are you?**

24   A    I have heard them say the border patrol agent tell

25   them they aren't allowed to leave.

**63**

Lilian Serrano, 10/23/2024

1    Q    **Can you clarify what you mean?**

2    A    Yes.  The most clear example would be earlier this

3    year and even last year, there were, I guess, technical

4    difficulties with the gate.  I don't know why.  It would

5    just open on its own.

6         So I've witnessed this at least two different

7    occasions where the gate will open on its own.  Migrants not

8    knowing will come across into our tents and actually border

9    patrol agents coming back and letting them know that they

10   have to go back to that area in between the two border walls

11   and wait there.

12        I have also heard border patrol agents indicate to

13   groups that they need to sit down along the border walls or

14   line them up and let them know that they are not -- that

15   they cannot break from that lineup, indicating to them that

16   that's just the process to come in.

17   Q    **Okay.  But your first example when you said the**

18   **gate was open, if people were to go through the gate at that**

19   **point, they would be further in their entrance into the**

20   **United States; is that correct?**

21   A    Yes.

22   Q    **Okay.  So you're saying they're not free to go**

23   **into the -- into the United States through that second wall**

24   **or second gate?**

25   A    Yeah, they're not free to -- to go in any

**64**

Lilian Serrano, 10/23/2024

1  direction, because once again, there is two 30-feet border

2  walls that most people cannot climb.  For certain no

3  children can climb that wall.  And without any tools or

4  assistance there is nowhere the migrants can go outside of

5  those two border walls.

6      Q    I guess I'm just a little confused and I haven't

7  gone to this location, but why wouldn't you just be able to

8  come -- if you've crossed over on the first wall or crossed

9  somehow there, why couldn't you go back if -- you know, the

10  way that you crossed initially?

11          MS. WROE:  I'll just object as an improper

12  hypothetical.  And calls for speculation.

13          But you can answer.

14          THE WITNESS:  Okay.

15  BY MR. SILVIS:

16      Q    I guess it's not speculative because you said they

17  can't leave.  You've testified that there is no way they can

18  cross and go back, so you're speculating that way, so I

19  guess I'm just curious, why wouldn't someone be able to come

20  the way that they initially entered the United States?

21      A    Well, physically I'm not -- I don't think I'm

22  speculating because physically there is no way I can see any

23  human being being able to get out of there without opening

24  the gate.

25          Now, the way that migrants describe they cross the

**65**

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1    first border wall is through assistance by groups on the

2    south side of the wall that will install ladders.  I have

3    seen the ladders.  Border patrol agents have actually shown

4    me videos of migrants and the different points close to

5    Whiskey 8 that are used to climb the wall that because of

6    the terrain on the Mexican side makes it a little more easy

7    or visible for migrants to be able to climb.

8           But once you are on the United States, without the

9    assistance, with the difference in the terrain and without

10   the ladder, there is no way they can go back.

11   **Q    I guess have you ever seen a border patrol**

12   **agent -- when people are lined up at Whiskey 8, have you**

13   **ever seen a border patrol agent prevent someone from trying**

14   **to leave?**

15   A    Yes.  When, once again, the gate has opened, it

16   doesn't always have been when there's agents present.  I

17   believe there was some technical thing going on and the gate

18   will prop open multiple times, and that when I see migrants

19   crossing and getting close to the road, agents will

20   immediately drive by and then get off the vehicle and then

21   ask them -- basically push them back into the area between

22   the two border walls.

23   **Q    Okay.  But you haven't seen anyone who was trying**

24   **to not go through the second wall be prevented from leaving**

25   **by the border patrol?**

**66**

Lilian Serrano, 10/23/2024

1      A    Can you clarify?

2      **Q    I think one of the examples you're testifying**

3  **about where individuals are trying to go through the second**

4  **wall or the second gate and into the United States further,**

5  **I guess my question is:  Have you seen any examples of**

6  **border patrol stopping people who are trying to leave who**

7  **were trying to go any other direction?**

8      A    No, I'm not aware of any situation in which people

9  will try to go any other direction.

10     **Q    Or where border patrol stopped them from going any**

11 **other direction?**

12     A    I've seen migrants walk east or west and border

13 patrol agents coming back and letting them know that they

14 have to wait in the area at the bottom of the hill, right,

15 which will be Whiskey 8.  So those are two other directions,

16 but migrants are not able to go.

17     **Q    And when did you see that occur?**

18     A    I will -- I can't remember the specific time.  I

19 know that was a common occurrence last year and probably the

20 beginning of this year.  But since most groups claim that

21 they -- or they tell me that they have been told to wait for

22 border patrol agents in the area that's -- that's what they

23 do; they wait.  And they wait in the area known as

24 Whiskey 8.

25     **Q    And then just one other follow-up question.  When**

**67**

Lilian Serrano, 10/23/2024

1   **people cross the initial border walls, how far is it do they**

2   **have to walk to get to Whiskey 8?**

3        A    Depending on the area in which they cross.

4   Sometimes migrants describe there is a 30-minute, 40-minute

5   walk to a couple hours.  And it just depends which area that

6   they came from.

7        **Q    Do you know how far it is, though?  I mean,**

8   **approximately, or is it depending on where you enter?**

9        A    Depending on where you enter.  I know the stretch

10  between it's a few miles, so it just depends on where they

11  cross.

12       **Q    Just take a look through this.**

13            **(A pause in the proceedings.)**

14            **MR. SILVIS:  I don't have any further questions at**

15  **this time unless there was any redirect?**

16            **MS. WROE:  Nothing from me, thank you.**

17            **MR. SILVIS:  Great.  Well, thank you very much.**

18       **(Whereupon the proceedings adjourned at 11:14 a.m.)**

19

20

21

22

23

24

25

**68**

Peterson Reporting Video & Litigation Services

Lilian Serrano, 10/23/2024

1       I declare, under penalty of perjury, under the laws of

2    the State of California, that the foregoing is true and

3    correct; that I have read my testimony, and that I have made

4    any corrections, additions or changes to my testimony that I

5    deem necessary.

6       Executed on this_____day of_____,

7    _____.

8

9

10

11

12

13

14                        _____

15                         LILIAN SERRANO

16

17

18

19

20

21

22

23

24

25

**69**

Lilian Serrano, 10/23/2024

1    STATE OF CALIFORNIA

2    COUNTY OF SAN DIEGO

3          I, Lisa AM Toor, Certified Shorthand Reporter, in

4    and for the State of California, Certificate No. 8405, do

5    hereby certify:

6          That the witness in the foregoing deposition was

7    by me first duly sworn to testify to the truth, the whole

8    truth and nothing but the truth in the foregoing cause: that

9    the deposition was then reported by me in shorthand and

10   transcribed, through computer-aided transcription, under my

11   direction; and that the above and foregoing transcript, is a

12   true record of the testimony elicited and proceedings had at

13   said deposition.

14         Further, that the foregoing pertains to the

15   original transcript of deposition in a Federal case, before

16   completion of the proceedings, review of the transcript was

17   requested.

18         I do further certify I am neither financially

19   interested in the action nor a relative or employee of any

20   attorney or party to this action.

21         In witness whereof, I have hereunto set my hand

22   this 29th day of October, 2024.

23

24

25         LISA AM TOOR, CSR 8405

**70**

# C E R T I F I C A T E

I, the undersigned, do hereby certify that I have read the
foregoing proceeding and that, to the best of my knowledge, said proceeding
is true and accurate with the exception of the following changes listed below.

| Page | Line | Explanation |
|------|------|-------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*Please inlude a signed and dated Penalty of Perjury page along with
 this Certificate Page.

**A**

**a.m** 1:21 2:13,16 23:14 31:21 32:3 32:4,5,7 46:3,7,8 47:3 53:1 68:18
**able** 19:2,14,19 20:1 20:14,16,17 21:1 21:5,12,24 25:25 36:18 47:12 58:21 65:7,19,23 66:7 67:16
**above-captioned** 17:11
**Absolutely** 53:11
**access** 19:14,17,22 20:16 21:14
**accessible** 19:8,12 19:20 20:10,11 22:1
**accident** 63:5
**account** 59:22
**accurate** 11:13
**accurately** 11:14
**action** 70:19,20
**activity** 32:15
**actual** 19:23
**additions** 69:4
**address** 17:12
**adjacent** 21:4 22:1 27:9 33:16
**adjourned** 68:18
**administration** 10:13
**admit** 25:16
**adults** 58:23 59:18 60:20
**advance** 17:10
**advised** 7:15
**advocacy** 10:12,24
**advocate** 10:6
**agency** 14:7,9,10,11 14:20,21
**agent** 14:24 22:4 23:15,16,20 24:7 24:12,23 25:6 26:9,10 27:14 28:9 29:12,14,23 30:1,5,6,11,23 33:13,25 34:4,9 34:11 35:8 36:17 36:19,21,24,25 37:9,12,23 38:10 38:19 39:22,25 40:2,3,11,23 41:1 41:6,12,16,21 42:2,12 43:16 45:16,19,20 48:22

48:24 49:17,21 50:1,10 51:16,17 52:8,10,13,17 53:21 54:5,7,8,21 55:1,6,10 56:10 56:12,12,17,18 57:1,2 63:24 66:12,13
**agents** 12:8,21 13:8 14:6 15:2 16:7,14 17:1,3,18 18:6 19:1 20:1 21:1,23 22:2,2 24:20 25:3 25:12,15,17 26:2 26:13,21 27:6,21 27:25 30:16 32:25 34:22,24 36:3,4 36:11,21 38:2,5 38:18 39:11 40:7 40:14 41:3,10,15 41:18 43:23 44:5 44:8,21 45:4,13 45:15 46:11 47:21 48:13 49:8,11,15 49:19 50:7,13,15 52:3 54:10 55:14 56:6,24 57:3 61:19 63:4,6 64:9 64:12 66:3,16,19 67:13,22
**agents'** 34:13
**ages** 54:22
**agree** 15:20 25:18
**agreed** 8:2
**ahead** 15:23 26:24 34:7
**aide** 27:9
**air** 16:3,17,21
**al** 1:4,8 2:4,8
**Alex** 5:12
**ALEXANDER** 3:8
**alleging** 55:10
**Alliance** 10:5,17,18
**allowed** 20:6,8 63:25
**ambulance** 42:25 55:19,24 56:1
**and/or** 42:25
**announcements** 58:13
**answer** 7:14,15,18 7:18,25 12:24 14:3,5 15:23 26:24,25 41:14 48:8,9 65:13
**answered** 26:23 60:24

**answering** 41:11
**answers** 6:22
**app** 48:12
**appear** 34:24
**APPEARANCES** 3:1
**approached** 53:21 56:6
**approve** 58:17
**approximate** 48:10 61:14
**approximately** 31:9 32:10 61:5 68:8
**April** 31:3,3 35:9,10 35:12,18 43:8
**area** 18:1,8,10,11 18:13,15,17,18,20 18:24,25 19:3,5 19:18,21,23 20:4 20:14,16 23:4 24:5 27:16,18,19 27:20 28:15 29:1 30:4 31:23 34:16 35:8 36:3,16 37:6 43:1 45:16 46:25 50:11 52:24 53:20 55:5,19 57:3 61:20 64:10 66:21 67:14,22,23 68:3 68:5
**areas** 16:13,18 18:3 19:13
**arrive** 47:24
**arrived** 36:14 46:2 46:5,18,23 47:2,6 48:20 51:4,9,17 51:20 52:1,3,17 53:19 55:19 56:6
**asked** 16:8,15 18:7 23:16 25:6,19 26:9,23 29:14 42:7,15 47:9,14 48:19,21,23 50:23 52:12 59:16 60:24
**asking** 12:25 36:6 38:23 40:24 42:19 61:2
**assertive** 24:24
**assignments** 32:20
**assistance** 21:13 24:9 31:9 65:4 66:1,9
**assume** 7:24 56:1 56:11
**assuming** 26:19 37:1,8
**attended** 57:16

**attention** 25:1,5,7
**attorney** 1:7 2:7 5:8 70:20
**Attorneys'** 2:14
**ATV** 26:12 33:10
**ATVs** 26:2 27:7 28:1
**audible** 6:15
**August** 23:11,11,14 43:11 57:12
**availability** 32:22 57:24
**available** 57:24 58:4 59:9,10,19 60:22
**await** 34:23 35:16
**awaiting** 58:1 59:8 59:9
**aware** 60:7 67:8

**B**

**B** 1:7 2:7 4:8
**back** 13:18 29:15 30:7,24 64:9,10 65:9,18 66:10,21 67:13
**barrier** 25:2
**based** 7:7 11:2 12:16 19:2 21:20 21:22 22:11 28:21 29:4,8 32:24 35:1 35:23
**basically** 6:9 7:13 66:21
**basis** 31:7 39:19 41:19
**bed** 58:4 59:9,10,17 59:18
**beds** 57:21 58:18,19 58:22,23 60:5,10
**beginning** 30:25 67:20
**behavior** 14:24
**belief** 28:14,20
**believe** 14:24 23:3 29:6 41:1 43:11 43:24 47:11 49:16 51:15 52:7,9 62:17 66:17
**Ben** 3:9
**best** 6:21 25:20 38:6
**bias** 15:15
**big** 18:9,11 34:11,12 41:18 49:13
**bit** 10:4 25:16 30:24 41:20 44:18
**bottom** 27:24 28:7,8 67:14

**BOX** 3:9
**break** 8:4,5,6,7 12:23 33:7 44:11 44:13,15 53:10 64:15
**breakdown** 58:22 58:24 59:17,20,25 60:17
**breaking** 43:2
**briefly** 22:17
**bringing** 29:23
**Broadway** 3:4
**broken** 58:20
**Brown** 59:2
**budgets** 58:17
**building** 16:12
**bus** 40:6
**buses** 41:18

**C**

**C** 3:8,8
**C.S.R** 1:21
**CA** 3:4
**California** 1:2,14 2:2,15,17 69:2 70:1,4
**called** 34:17 44:2 56:2,13
**calls** 65:12
**capacity** 42:9 57:9 57:20 58:9,18 59:1,5,13,21 60:10
**car** 33:10
**care** 56:3
**Cargill** 3:8 5:12,12
**cars** 32:15 34:13 53:20
**case** 1:6 2:6 17:11 24:17 48:4 50:24 52:23 70:15
**catch** 54:9
**cause** 70:8
**CD** 18:3
**CDOs** 12:14
**CDP** 57:10
**cell** 42:10 59:1
**center** 3:3 42:10 58:10
**centers** 59:13
**CENTRAL** 1:2 2:2
**certain** 56:5 60:5 65:2
**Certificate** 70:4
**Certified** 2:16 70:3
**certify** 70:5,18
**challenge** 58:10

**chance** 25:11
**changes** 69:4
**chief** 5:13 58:12
**child** 29:13 56:18
**children** 15:7 17:18
  42:21 46:4 57:25
  58:5,19,22 59:3
  59:14,17 60:20
  65:3
**Christina** 3:8 5:16
**City** 19:9
**claim** 67:20
**clarification** 8:16
  41:8
**clarify** 37:22 38:9
  46:22 54:3 61:7
  64:1 67:1
**clean** 41:20
**clear** 14:7,15 38:7
  64:2
**climb** 63:20 65:2,3
  66:5,7
**climbing** 27:12,13
  63:19
**close** 29:1 58:6 66:4
  66:19
**closed** 19:25 20:19
  20:21
**closer** 18:17
**coalition** 9:25 10:1
  10:4,16,20 11:4,5
**colleagues** 5:9
**come** 18:23 27:25
  28:11 36:15 42:25
  46:12,24 48:14
  56:8 61:19 63:5,6
  64:8,16 65:8,19
**comfortable** 54:16
**coming** 36:5,7,8,8,9
  36:14 46:24,25
  47:1 55:23 64:9
  67:13
**commencing** 2:13
**Comments** 15:7
**common** 27:6,25
  36:5 67:19
**communicate** 17:1
  20:17 24:9 25:4
  25:14 47:12
**communicating**
  18:8
**Communities** 9:24
  10:16,20
**community-based**
  11:1 12:14
**complete** 8:13 60:3
  60:11

**completed** 60:14
**completion** 70:16
**complicated** 32:22
**computer-aided**
  70:10
**conditions** 17:19
**conduct** 14:18
**conferences** 12:11
**confirmed** 9:20
**confused** 25:10 28:2
  65:6
**confusing** 9:12
**congregate** 16:8,16
**congregation** 16:18
  16:24
**congress** 10:13
  58:16
**connections** 12:6
**connects** 28:5
**consisted** 54:22
**contact** 11:16,23
  12:10 13:10 42:25
**continue** 34:22 35:5
  35:17 57:25 59:8
  59:14
**continued** 35:19
**contractors** 20:1
  21:1 63:4
**conversations** 12:6
  58:15
**copy** 8:21
**cordial** 38:6
**correct** 11:11 19:10
  21:10 22:8,13
  23:12 26:5,22
  27:21,22 31:18
  32:8 33:21 35:21
  41:7 42:14 43:19
  43:20 46:15,16
  47:4 48:14,15
  49:4 51:5 52:21
  55:11 56:21,25
  63:10,15,16 64:20
  69:3
**corrections** 69:4
**correctly** 17:13
  21:15 26:4 28:18
  29:16 31:10 37:15
  37:20 44:24,25
  51:6,22
**counsel** 5:13 7:15
  7:16
**County** 11:2 70:2
**couple** 68:5
**course** 54:17
**court** 1:1 2:1 6:10
  7:4

**cross** 36:11 50:3
  55:5,7 63:13,17
  65:18,25 68:1,3
  68:11
**crossed** 23:25 24:2
  24:3 46:7,8 47:15
  47:20 50:4,6
  54:19 65:8,8,10
**crossing** 66:19
**crowds** 48:20
**CSR** 70:25
**curious** 35:4 40:11
  65:19
**current** 58:11
**currently** 31:8
**Customs** 5:13
**cut** 6:22
**CV** 1:6 2:6

———————
**D**
———————

**D** 4:1
**daily** 13:13,14,19
  31:7 39:19
**dark** 26:18
**data** 57:9
**day** 32:18,21 35:13
  55:8 62:10 69:6
  70:22
**DC** 3:9
**de** 3:13
**decade** 11:8,21
**declaration** 4:11 9:2
  9:20 11:8 16:3
  17:10 22:14,20
  23:2 24:16 34:21
  43:21,24 44:4,21
  45:2 50:24 53:16
  57:5
**declarations** 9:1
  44:1
**declare** 69:1
**dedicated** 10:6,19
**deem** 69:5
**Defendants** 1:9 2:9
  2:13 3:6 4:9
**denigrating** 15:8
**Department** 5:9
**depending** 12:15
  33:25 46:21 68:3
  68:8,9
**depends** 12:5 31:20
  34:2 48:2 56:7
  68:5,10
**deposed** 6:4
**deposition** 1:13
  2:12 4:10 5:20 6:1
  6:7 7:3 8:3 9:8

17:24 70:6,9,13
  70:15
**DEPT** 3:7
**Desai** 3:11
**describe** 10:3 17:25
  34:16 65:25 68:4
**described** 26:2,7,17
  27:12,16 40:8
  43:15 45:15
**description** 28:17
  28:22
**designated** 16:6
**despite** 57:24 59:9
**details** 49:15
**detained** 17:5 23:4
**detention** 16:4,21
  16:25
**DHS** 3:14,15
**dialogue** 10:9,11
**Diane** 3:13
**Diego** 1:14 2:15
  10:5,17,18 11:2,9
  11:22 12:1 19:9
  57:8,10,17,19
  58:18 59:13,21
  63:6 70:2
**difference** 66:9
**different** 11:25 12:1
  31:8 34:24,25
  38:2,17,18 39:20
  40:11,14 41:4
  42:16,18 48:21
  64:6 66:4
**differently** 14:24
**difficult** 18:19 28:8
**difficulties** 64:4
**direct** 34:20,22 35:5
  36:2,12 45:19,20
**directed** 44:8 46:11
  48:13,24 55:2,11
**directing** 17:18,21
  35:8,15,25
**direction** 27:17
  36:12,17 37:7
  47:23 49:8,17,22
  49:23 50:8 65:1
  67:7,9,11 70:11
**directions** 44:22
  45:5,14,15 67:15
**directly** 45:18
**dirt** 26:8
**disagree** 16:22,23
**disagrees** 17:17
**discuss** 7:16
**discussing** 22:15
**discussion** 9:17
**dispute** 17:12,16

**district** 1:1,2 2:1,2
  19:8
**DIVISION** 1:2 2:2
**DMG-AGRx** 1:6
  2:6
**document** 8:25
**documenting** 11:10
**doing** 6:4 10:23
  19:24
**drive** 20:22,24 22:3
  23:15 25:3,13
  26:13 27:7,8,25
  28:16 30:5,7 36:3
  39:2 40:13,15,16
  41:3,4,15,17,18
  41:23 43:16 66:20
**drives** 37:13 38:20
  41:2,16,22
**driving** 26:2 27:21
  33:5,8,9,19,24
  38:11 39:23 40:4
  40:5,7,11,12,25
  42:2,5,7,14,19,21
  44:5,6,6
**drop** 44:5,6,6
**dropped** 37:18
  38:14 43:4 57:12
**dropping** 43:23
**drove** 25:10 29:3,15
  37:2,3
**duly** 5:2 70:7
**duties** 14:18

———————
**E**
———————

**E** 4:1,8
**earlier** 39:17,18
  51:8 59:16 61:2,8
  64:2
**early** 13:21 31:2
  32:6 35:9 59:6
**easily** 19:8,12,17,20
  20:10,11,17
**east** 47:23 49:1,24
  67:12
**easy** 66:6
**efforts** 59:12
**either** 14:24 31:20
  33:9,14,15 48:8
**Eleanor** 3:12
**elicited** 70:12
**emergencies** 57:2
**emergency** 53:20
  55:23 56:2,3,8,13
  57:1,2
**emotions** 14:16
**employee** 70:19
**employer** 10:15,18
**encounter** 47:8,24

48:22 49:25
**encountered** 39:20
  46:4 50:9,13,19
**encounters** 57:11
  58:6,8
**engage** 10:14
**English** 25:1 48:5
  48:11
**enter** 68:8,9
**entered** 65:20
**entire** 12:17 13:7
  18:13,15,20,24
  19:3,5 30:1,9 47:2
  52:14 55:15 56:17
**entirely** 21:3 27:3
**entrance** 64:19
**entry** 18:3,22 57:11
  58:7
**equipment** 63:20
**ER** 42:24
**especially** 55:6
**estimate** 12:3 13:9
  13:12
**et** 1:4,8 2:4,8
**evening** 62:19
**evenings** 32:9
**events** 52:6
**eventually** 52:21
**Everybody** 48:16
**evidentiary** 17:10
  17:12,16 22:23
**exact** 62:2
**exactly** 20:24 26:21
**Examination** 4:5
  5:4,21
**example** 17:23 45:1
  45:4,6,7,10 46:2
  64:2,17
**examples** 17:6
  43:22 67:2,5
**exceeded** 60:15
**Executed** 69:6
**exhibit** 5:19 6:1,2
  8:19 9:9,10,13,14
  9:19,20,24 53:17
**expanded** 59:5
**expanding** 57:20
  60:10
**expansion** 60:2,4,14
**expansions** 60:6
**expected** 60:15
**experience** 11:9,21
  11:22 16:25 27:5
  30:25
**experiences** 39:11
**explain** 15:4
**explained** 24:7

**express** 39:3
**extent** 7:21 15:25
**eye** 58:6
**eyes** 59:15

---

**F**

**face** 39:1
**facilities** 57:8,25
**facility** 16:9 30:18
  59:1,4 60:7
**fact** 28:24
**fair** 7:25
**falling** 53:23
**families** 24:16
**family** 23:3,15
  24:20 25:18 27:3
  28:14 29:14,24
  30:7,14,16,22
  36:7 37:14 38:11
  38:21 41:22 43:16
  59:4,25
**far** 68:1,7
**fast** 25:3,14 42:21
**February** 57:16
  60:13
**federal** 10:12 22:2
  70:15
**feedback** 48:10
**feel** 8:5,12 50:22
**feelings** 14:13,15
**feet** 63:2
**fell** 23:17 24:25
**felt** 15:8
**female** 54:7
**fence** 18:22 21:3
**field** 12:8,20 13:9
  14:12 17:3 59:2
**final** 60:16
**financially** 70:18
**find** 37:7
**fine** 44:19 53:13
  54:15
**finish** 6:23
**firefighters** 55:24
**first** 5:2 9:12 12:25
  18:5 23:13 31:1
  34:21 35:7,17
  45:21 46:1,2,7
  47:8,10,14 48:4
  50:6,13 53:17
  54:15 63:17 64:17
  65:8 66:1 70:7
**five** 8:18,20 36:7
  46:4 53:22 54:22
  56:11
**flag** 25:12 26:15
**Floor** 2:15

**FLORES** 1:4 2:4
**folks** 58:12
**follow-up** 67:25
**follows** 5:2
**food** 21:6 36:6
  52:18
**foregoing** 69:2 70:6
  70:8,11,14
**formed** 13:23
**four** 8:3 13:6 31:15
  31:16 45:21,23
  46:1,2 53:4,6
  54:23
**Franklin** 3:9
**free** 16:25 17:4,4
  62:24 63:1,10,11
  63:22 64:22,25
**frequency** 12:16
**frequent** 12:7 15:12
**frequently** 12:3,12
  13:9 15:10
**friendly** 38:2,3
**front** 2:15 8:19
  19:18 27:15 59:14
**full** 28:8
**further** 63:10 64:19
  67:4 68:14 70:14
  70:18

---

**G**

**gaps** 21:7
**GARLAND** 1:7 2:7
**gate** 18:4,25 19:18
  19:24 20:11,13,16
  20:25 37:3 44:5
  63:3,4,6 64:4,7,18
  64:18,24 65:24
  66:15,17 67:4
**gates** 19:13 21:7
**general** 1:8 2:8
  14:19 20:6,8,20
  48:7
**geographic** 18:18
**getting** 66:19
**give** 8:13 11:24
  13:12 16:14 38:7
  44:22 45:13 48:20
  49:8,11
**giving** 45:5
**go** 13:7 15:23 20:14
  21:24 22:19 26:24
  28:10 30:24 31:24
  32:3,6,6,10,17
  34:7 44:12,18
  55:4 62:22 63:9
  63:10,11,12 64:10
  64:18,22,25 65:4

65:9,18 66:10,24
  67:3,7,9,16
**goal** 46:19
**going** 5:21 8:20
  12:23 15:22 18:5
  23:18 25:13 29:12
  30:24 31:12,17
  32:20 33:14 39:16
  39:17,19 44:14
  46:9 53:24 61:3
  66:17 67:10
**good** 5:6,7 47:11,16
  53:12
**government** 17:17
**Gramont** 3:13
**grandmother** 29:12
**Great** 6:19 7:1,12
  8:11,15 9:4,7
  68:17
**ground** 27:14
**group** 31:22 32:1,14
  36:7,13 37:4 46:4
  46:5,6,7,18,23
  47:2,6,8,11,17,19
  47:19,25 48:1,6,7
  48:17,19,19 50:9
  50:21,23 52:23
  53:1 54:19,21
  55:7,13 56:19
**groups** 46:6,11 47:6
  47:18 48:14,20
  49:3 50:17 64:13
  66:1 67:20
**guess** 11:21 12:10
  18:9 21:19 22:9
  25:10 26:1 28:2
  43:22 44:3 51:8
  51:25 56:16 58:3
  59:10 64:3 65:6
  65:16,19 66:11
  67:5
**guessing** 13:12

---

**H**

**H** 4:8
**half** 8:4
**hand** 5:21 8:21
  70:21
**happen** 21:20
**happened** 25:17,20
  26:21 27:11 30:14
  30:15 47:16
**happens** 7:16 22:10
  40:13
**hard** 11:24 13:11
  25:16
**harmless** 15:7

**heads** 6:15
**hear** 21:22 36:24
**heard** 16:17,19 17:1
  30:6 35:7 36:2,10
  36:19,21,23 44:7
  45:14,19 49:10,10
  51:16 58:11 63:24
  64:12
**hearing** 17:10 22:24
**held** 9:17
**helpful** 6:24
**hereunto** 70:21
**Hi** 33:25
**hiking** 19:16
**hill** 18:19 27:22,23
  27:24,24 28:1,5,7
  28:9,24 29:3
  33:14,15 34:10,11
  34:11,12,17,18,18
  36:9,14 37:3,3
  47:1 67:14
**hills** 27:18 33:6
**Hmm** 21:4
**hospital** 53:22
  55:18
**hour** 2:13 8:4,4
  19:16 44:11 56:20
**hours** 8:3 42:8 53:2
  53:3,4,6 59:14
  68:5
**housed** 59:3
**housing** 59:25
**human** 10:7,14
  11:10 65:23
**humanitarian**
  21:13 31:8
**hundred** 10:18
**hurt** 27:11 42:22
**hypothetical** 65:12

---

**I**

**ice** 23:16
**idea** 47:16
**identification** 6:2
  9:10
**identify** 18:6 19:2
  47:10,19,23
**immediately** 20:14
  20:16 21:4 33:16
  66:20
**immigrants** 11:9,22
**Immigration** 3:7
  5:15,17
**important** 6:20 7:8
  15:20,25
**improper** 65:11
**incident** 36:23

40:19
include 57:20 60:10
included 44:1
including 46:4,5
 54:22
increase 58:17,17
 59:12
increased 58:25
 59:22
indicate 49:1 63:7
 64:12
indicated 23:16
 54:13,18
indicates 29:1
indicating 64:15
individuals 14:22
 67:3
information 28:14
 28:20,21 29:6
 50:22 58:4,21
 60:21
initial 68:1
initially 65:10,20
injured 56:3
inside 19:21 20:3,6
 20:8,15,15 21:8
 33:15,15,19
install 66:2
instance 15:2 49:14
 49:16 52:2,5
 55:11
instructed 51:2,19
instructing 51:13
instructions 38:7
 49:7
interact 12:8,21
 15:13 34:1 36:20
 37:13 38:1,20
 39:6,8,9 40:3,10
 41:5,10,21 42:13
 42:23 48:5 52:9
 54:10 55:6
interacted 15:12
 26:9 36:3 50:7
interacting 41:9
 52:18
interaction 40:9,24
interactions 12:11
 23:1
interacts 14:14
interested 70:19
international 10:14
 12:22
intervals 31:8
interviewing 48:1
introduce 5:10
irrelevant 15:22

isolated 55:21
issue 17:12,16

        J
JENNY 1:4 2:4
Joshua 3:8 5:14
jump 6:22
June 40:9,19 46:2
 46:15 52:4,15,23
 53:19 54:1 55:15
 57:7
Justice 3:7 5:9

        K
keep 23:18 36:16
 37:6 44:14 46:9
 53:24 54:11 58:6
kids 54:22
knew 50:11
know 6:14 7:22,23
 8:6,9,10 12:22
 18:5,11 21:19
 22:9,10 23:20,22
 24:11,14,19,22
 25:6,16,22,24,25
 26:12,20 27:1,5
 30:11,14,15,20
 33:25 36:4,8 37:2
 38:23,25 39:5
 40:8 42:2,16,20
 48:23 49:3,5,6,9
 49:14,18,19 50:12
 50:15,16,21 55:3
 55:17,25 56:2,5,5
 58:9,9,24 59:10
 59:16,18,20,20,25
 60:3,4,11,14,16
 60:17,19,23 62:2
 64:4,9,14 65:9
 67:13,19 68:7,9
knowing 58:7 64:8
knowledge 29:5,8
known 21:14 23:4
 35:8 67:23

        L
ladder 66:10
ladders 66:2,3
language 25:2 47:10
 48:2,5,12
languages 48:4
late 31:2
LAW 3:3
laws 69:1
lawyer 10:21
lead 34:18
leadership 12:1,2

12:11,13,22,25
 57:17,19 58:12,14
 59:23,24
leads 19:18
leave 16:25 17:4,4
 32:7,13 62:25
 63:1,25 65:17
 66:14 67:6
leaving 53:20 63:2
 63:23 66:24
left 26:10 52:17
 54:21,21 57:3,3
let's 23:10 41:16
letting 64:9 67:13
level 10:12 58:13
Lilian 1:13 2:12 4:3
 4:11 5:1,21 69:15
line 64:14
lined 66:12
lineup 64:15
Lisa 1:21 2:16 70:3
 70:25
LISETTE 1:4 2:4
listened 25:19
Litigation 3:7 5:15
 5:17
little 9:12 10:4
 18:19 25:16 28:2
 30:24 32:16 41:20
 44:12,18 53:3
 65:6 66:6
local 59:23
located 19:9 21:2,4
location 18:5 19:2
 21:2 42:14 49:6
 56:24 65:7
locations 16:15
long 13:3 19:16
 31:19 42:8 46:17
 46:22 52:23 58:1
 59:8
longer 32:1,16
 44:12,18
look 49:12,12,12,13
 68:12
looked 37:1
looking 15:11
lot 12:8 24:25 26:13
 32:15 38:1 40:24
 54:10
low 55:21
lower 33:12
lowered 36:25

        M
major 19:8
majority 40:15

male 54:7,8
man 44:16
March 31:2
marked 4:9 5:25
 6:2 8:19 9:8,10
 33:9,11 40:5
marking 9:13
McCROSKEY 3:8
 5:14,14
mean 10:10 13:3,13
 14:15,21 15:13
 16:5,12,20 19:12
 19:21,22 20:11,21
 20:22 26:6 28:20
 32:4 33:1,7,19
 35:5,17 39:7 45:6
 46:15 47:7 48:16
 53:25 61:18 63:14
 64:1 68:7
meaning 15:1,2
 61:23
medical 24:9,10
 25:1,4,7
meeting 57:16
meetings 11:25 12:1
 12:14 13:5 58:14
members 10:13
 58:15
mention 22:18
mentioned 24:25
 25:3,12 26:11
 28:24 29:2,3
 36:15 39:15 47:17
 47:20 51:9 52:12
merge 52:5
MERRICK 1:7 2:7
Mesa 21:15,20,24
 22:7,10,18 23:4
 27:19,23 28:3,4,5
 28:6,9,11,15,17
 29:7 34:19
meters 18:12
Mexican 66:6
Michelle 3:15
middle 32:17,21
midnight 32:1,13
 56:20
migrant 29:6 57:25
 58:4,7
migrants 16:7,15,25
 17:2,3 20:17
 21:23 23:22 25:8
 32:2,14 34:23,23
 35:5,8,15 36:10
 36:14,22 37:4,13
 38:4,6,11,20
 41:22 42:23 44:7

45:14 46:4 47:9
 49:5,11 50:17
 51:1,18 52:11,19
 54:19,22 55:3,17
 55:25 57:11 61:16
 61:18,23 62:15,24
 63:5,7 64:7 65:4
 65:25 66:4,7,18
 67:12,16 68:4
miles 68:10
minute 22:19
minutes 28:25
 29:14 37:4 45:17
 46:19 50:6
MISHAN 3:3
mission 15:18,19,21
Misstates 34:5
Mm-hmm 15:3 43:6
 47:4
mom 26:14
moment 23:10
 53:25 55:12 56:5
month 31:10,13,17
 35:21 39:14 43:9
 61:5 62:3,12
monthly 12:4 31:7
months 13:6 31:15
 31:16 34:9 35:22
 39:4 61:4,12,17
 61:22 62:1,4
morning 5:6,7
 31:20 62:19,20
motorcycles 26:11
multiple 26:2 38:5
 38:18 39:15,18,21
 41:10 42:8 48:3
 53:20 55:4,23
 59:14 62:5 66:18

        N
N 4:1
name 5:8 18:5
 23:20,22 24:11
 38:23,24,25 49:6
 50:12,15 54:4,9
names 16:14 39:5
 50:15,16,20 54:11
national 3:3 10:9,11
 12:2 58:14 59:23
near 55:7
nearby 18:4 19:15
 33:6 34:10,12
necessary 69:5
need 8:5 42:24
 64:13
needed 25:1,4
needs 24:10

**Neha** 3:11
**neither** 25:17 70:18
**never** 20:5 22:6
28:3
**NGO** 58:14
**night** 24:4 25:21
26:3 27:6 28:14
31:24
**nighttime** 26:16
**nod** 6:14
**nongovernment**
57:18
**Notice** 4:10 5:20
**November** 17:11
**number** 11:24 36:8
47:11 58:6 60:5,5
60:16 62:2,16

— **O** —

**Oakland** 3:4
**oath** 7:4
**object** 15:22 65:11
**objection** 11:18
13:25 14:4 34:5
**observations** 32:24
35:2,24
**observed** 23:14
45:18
**occasion** 51:15
52:16
**occasions** 37:19
38:15 40:15 43:5
64:7
**occur** 67:17
**occurred** 61:11
**occurrence** 67:19
**October** 1:15 2:14
9:3,21 44:4 45:12
70:22
**off-site** 30:18
**offer** 22:23
**offered** 9:21 24:16
**Office** 2:15 3:7 5:12
5:14,16
**officer** 33:13
**offices** 58:16
**officially** 16:10,13
**Oh** 29:20
**once** 12:5,15,17
20:14 21:25 22:4
26:7,25 27:18,24
28:6 29:3 34:10
38:1 39:2,18
47:22 48:2,25
49:10 50:10,14
51:2,19 52:17
55:20 56:6 59:21

61:17 62:3,4,25
65:1 66:8,15
**one's** 32:7 61:15
**ones** 16:15 48:9
55:25
**open** 16:3,17,21
20:1 21:1 64:5,7
64:18 66:18
**open-air** 21:14
35:16
**open-aired** 34:23
**opened** 63:3,5 66:15
**opening** 65:23
**opinions** 13:23 14:6
14:11,18
**Oral** 5:21
**organizations** 10:1
10:14 11:2,3
12:14 39:9 57:18
**organized** 12:13
**original** 70:15
**outside** 21:3,9 33:20
63:12 65:4
**overbroad** 13:25
14:4

— **P** —

**p.m** 24:4 26:17
31:25,25 32:4,11
46:3 53:19 54:20
**P.O** 3:9
**pack** 23:16
**page** 4:5 8:19 9:13
**pain** 24:25
**paper** 5:19,20,23
8:19,20
**paragraph** 11:7
16:3 17:9,23 19:7
21:11 23:6,10
31:6 34:20,21
37:12 40:9,21,22
43:3,13,14,15,22
44:20 45:1,6,10
45:22 51:1 53:8
53:17 55:1 56:16
57:5,5,6,23 59:7
60:3,9
**paragraphs** 57:4
**paraphrasing** 42:16
**Parascandola** 3:8
5:16,16
**park** 33:5
**part** 11:3,5,5 12:24
48:18 55:21
**participated** 12:15
13:5
**particular** 22:17

30:15,22,22 36:20
39:2,24 41:4,11
42:12 43:24 47:11
47:17 50:9 52:4,7
52:9,16 55:7,8,12
56:10
**parties** 8:2
**partner** 39:8
**partners** 39:11
59:15
**parts** 12:23
**party** 70:20
**pass** 21:5
**pause** 8:22 22:25
23:8 56:14 68:13
**penalty** 7:8 69:1
**people** 10:24 14:14
15:7 17:21 30:17
35:25 36:2,3
37:18 38:14,17
39:4 42:5,8,14,15
42:22 43:4,23
44:5,6,21 45:5
49:17 53:22 56:11
61:23 62:7,15
64:18 65:2 66:12
67:6,8 68:1
**perceive** 15:7
**percent** 10:19
**period** 13:4,17,19
43:7
**periods** 42:8 58:1
59:8
**perjury** 7:8 69:1
**permanently** 34:4
**permission** 20:23
**person** 38:12 56:3
**personal** 14:16 35:1
**personally** 14:13
**pertains** 70:14
**phone** 3:11 29:14
29:18,19 30:3
**physically** 33:2,4
65:21,22
**pick** 42:5
**pickup** 33:11 36:15
37:5
**piece** 5:19,23
**pieces** 5:20 8:18,20
**pillars** 21:8
**place** 59:3
**Plaintiffs** 1:5 2:5
3:2
**plan** 32:13
**plant** 18:3
**point** 28:10 31:12
42:24 47:22 48:25

49:9 53:12 63:20
64:19
**pointed** 27:16 47:21
49:17,24 50:7
**pointing** 48:25
49:20,24
**points** 20:12 66:4
**policies** 10:6,7
14:11
**policy** 14:7,25
**Port** 18:2
**portable** 49:13
**ports** 57:11 58:7
**position** 10:25
11:17,19 17:20
**positions** 58:13
**possibility** 24:9
**practice** 27:25
35:18 36:5
**practices** 14:11
34:25
**present** 3:11 25:8
32:25 33:1,23
35:13 48:3,4
52:14 55:15 61:9
61:16,16,18,23
62:4,8,13,15
66:16
**pretty** 15:12
**prevent** 66:13
**prevented** 66:24
**preventing** 63:23
**prevents** 19:24
32:20
**primarily** 10:12
18:25 36:10
**primary** 18:1 19:9
23:17,25 24:2,4
27:13 47:15 50:5
50:6 53:23 59:3
**privilege** 7:17
**probably** 8:4 31:3
31:15 67:19
**problem** 29:21
**proceedings** 8:22
22:25 23:8 56:14
68:13,18 70:12,16
**process** 57:20 60:9
64:16
**processed** 29:13
30:17 31:23 58:8
59:4
**processing** 34:24
35:16 42:10 58:10
59:13
**project** 10:5,17
**promised** 44:11

**promote** 10:6
**prop** 66:18
**protect** 10:7
**provide** 21:12 31:8
43:21 48:10 50:23
59:24
**provided** 7:24 29:6
43:25
**providing** 24:8
28:22 44:3 52:18
**public** 19:14,15,19
20:6,8,20 55:20
60:22
**published** 57:10
**purpose** 7:3 10:4
**push** 66:21

— **Q** —

**quarterly** 12:16
13:6
**question** 6:23 7:23
14:3 17:9 41:14
46:22 54:25 58:3
59:10 60:11 67:5
67:25
**question's** 14:4
**questions** 7:14,19
9:23 25:20 47:9
48:7 61:2 68:14
**quick** 44:13
**quickly** 25:11
**quite** 34:19

— **R** —

**read** 11:14 17:13
21:15 23:13 24:1
24:6 26:4 28:18
29:15 31:10 34:21
37:15,20 44:24,25
45:21 51:6,22
53:17 54:12,14,15
57:6,23 69:3
**ready** 36:6
**really** 38:6
**reason** 6:13 7:17,22
8:5,12,14 32:17
41:4
**recall** 51:16 52:4
55:8,12 62:9,16
**receive** 58:22
**received** 60:12
**recess** 53:14
**recognize** 8:21,23
39:1,3,5
**recognized** 37:2
**recollections** 52:6
**record** 6:21 7:3

9:17 54:11 70:12
**redirect** 53:16
68:15
**refer** 18:21 19:3,4
19:17 23:2
**reference** 17:24
42:11
**referring** 12:16
18:7,13,15,22,24
19:5 34:11 38:7
41:1,12 43:12,14
**region** 10:8 11:9,22
12:21
**regular** 11:25 12:1
41:19
**regularly** 19:25
37:13 38:11,20
39:6 40:3,10 41:5
41:9,10,21 42:13
**related** 26:1
**relative** 70:19
**relatively** 29:1
**relying** 27:3
**remember** 51:17
67:18
**repeat** 45:3
**report** 60:12
**reported** 1:21 70:9
**reporter** 2:16 6:10
8:16 70:3
**reports** 59:23 60:13
**requested** 70:17
**requests** 60:1
**require** 19:15
**required** 7:14,18
**resembled** 28:17
**residents** 10:9,11
**responding** 6:24
**response** 6:16 11:14
**responses** 6:14
**responsibilities**
32:19
**rest** 56:19
**restrooms** 49:13
**returned** 52:20
**review** 70:16
**right** 6:25 7:20
19:18 20:22,24
24:17,18 28:22
34:8 40:9 54:4
67:14
**rights** 10:7,14 11:10
**road** 19:14,15,17,19
20:22 22:1 27:9
28:12 33:16 37:10
66:19
**roads** 19:8 55:20

**Roberts** 3:12
**rough** 14:17 15:6
**rules** 7:13

**S**

**S** 4:8
**safe** 50:22
**San** 1:14 2:15 10:5
10:17,18 11:2,9
11:22 12:1 18:2
19:8,9 57:8,10,17
57:19 58:18 59:13
59:21 63:6 70:2
**sat** 26:8
**saw** 16:13 24:7
27:20 30:3,5
35:18 43:10,16
46:24 51:16 52:8
52:10 53:20 55:19
55:24
**saying** 33:19 35:12
35:23 41:5 56:16
59:7 60:8 61:8
63:9,13 64:22
**says** 9:13
**schedules** 32:23
**scope** 22:22
**second** 21:11 46:7
47:5 63:14 64:23
64:24 66:24 67:3
67:4
**secondary** 18:2,17
18:22 19:10,23
20:15 21:3,4,6
33:17 51:3,14,20
**sector** 12:1,13 57:8
57:10,17,19 58:13
58:18 59:13,21
**see** 6:9 8:21 15:4
16:7 18:19 28:8
32:15 33:12 34:13
36:18 37:10 39:12
40:18 42:24 65:22
66:18 67:17
**seeing** 51:17
**seen** 5:23 15:10
20:1,25 27:7,7,25
36:2 39:13,15
40:7,16 41:3,16
41:18,25 42:23
44:4,6,7 45:10,12
66:3,11,13,23
67:5,12
**self-identify** 48:18
**sentence** 21:12
23:13,24 24:1,1,6
28:13 35:4 37:17

38:13 43:3 44:20
45:23 46:10 47:5
53:18 54:12
**sentences** 45:21
54:15
**separate** 46:6,6
47:6
**separated** 56:18
**series** 47:9
**Serrano** 1:13 2:12
4:3,11 5:1,6,21
69:15
**service** 57:3
**services** 56:13
**set** 16:10,13 70:21
**share** 39:11 42:6,9
42:20 56:8
**shared** 49:16 58:16
**sharing** 50:22
**shift** 54:20
**short** 8:6 28:16
**shorthand** 2:16
70:3,9
**show** 8:18 31:20
**showed** 37:4
**shown** 66:3
**sic** 52:24
**side** 27:17 28:23
56:20 66:2,6
**signed** 9:3
**significantly** 57:9
59:5,22
**Silvis** 3:8 4:6 5:5,8
5:10,18,25 6:3
8:17,24 9:11,18
11:20 14:1,8 16:1
23:5,9 27:2 29:22
34:15 40:1 44:15
44:17 53:11,13,15
54:17,24 56:15
57:22 61:1 65:15
68:14,17
**similarly** 32:14
**sit** 51:3,14,20 52:12
64:13
**site** 16:21 21:23
42:10 51:4,9,17
51:21 56:7 59:1
63:7
**sites** 16:4,6 17:19,21
21:14 22:15 34:23
35:16 36:1
**sitting** 52:11
**situation** 15:6 43:15
52:4,8,9 67:8
**situations** 14:23
**small** 42:20

**soon** 47:20 50:2,4
53:20
**sooner** 8:6
**sorry** 11:18 17:19
21:7 29:18 33:13
37:3 39:25 40:2
42:4 46:3,10,22
49:1 53:9 57:15
**sort** 30:25
**south** 66:2
**southern** 9:24 10:7
10:15,19
**space** 42:17 57:24
58:4 59:9,11,17
59:18
**Spanish** 47:12 48:5
48:11
**speak** 47:11
**speakers** 25:2 47:12
48:5,11
**specific** 10:25 11:24
12:19 15:6 17:6
18:8 43:21 49:11
59:20,24 62:9,16
67:18
**specifically** 9:2
55:25
**speculating** 65:18
65:22
**speculation** 65:12
**speculative** 65:16
**spend** 39:3 58:1
59:8
**spent** 28:14
**Spooner's** 21:15,20
21:24 22:7,10,18
23:4 27:19,22
28:3,4,5,6,9,11,15
28:17 29:7 34:19
**standing** 29:4 34:8
36:16 49:5
**start** 31:12 39:16
**started** 18:5,6
**starting** 23:24
**starts** 54:20
**state** 2:17 17:9
21:11 29:11 69:2
70:1,4
**statement** 43:12
50:24 51:18,24
60:8
**States** 1:1,8 2:1,8,14
3:7 10:8 15:21
63:10 64:20,23
65:20 66:8 67:4
**stating** 55:1
**station** 3:9 16:11

27:9 42:10,17
59:2
**stationed** 34:4,10
34:13
**stations** 30:18
**stay** 31:21,22,25
32:4,16
**stayed** 52:17
**Stephanie** 3:14
**stop** 26:15 33:11,25
53:25 63:2
**stopped** 67:10
**stopping** 53:12 67:6
**Street** 2:15
**stretch** 68:9
**stuff** 6:15
**Suite** 3:4
**summer** 13:21
31:15 39:17 62:7
**support** 10:8
**sure** 10:5 17:7
22:20,21,22 24:19
24:22 33:18 38:10
41:11 53:11 57:7
**surrounded** 20:14
**surrounding** 18:25
20:13
**SUV** 40:5,5 41:17
**SUVs** 33:10 40:16
**switch** 41:25
**switching** 41:9
**sworn** 5:2 7:7 46:13
70:7

**T**

**T** 4:8
**take** 10:5 3,5,6 13:18
19:19 22:19 44:12
44:15 53:9 68:12
**taken** 2:13 53:14
**talk** 23:10
**talking** 12:17 13:7
19:1 38:11,12
40:2,8,18,20,23
42:12 43:7 51:8
60:2
**tank** 49:13
**technical** 64:3 66:17
**tell** 7:23 13:11
16:15 25:18 30:16
30:23 36:11,22
49:7,23 63:24
67:21
**ten** 13:3 62:18
**tents** 36:5 49:12
64:8
**term** 16:2,3,5,17,19

16:20,22,23 17:25
18:7 19:2
**terminology** 17:7
**terms** 32:15
**terrain** 29:5 66:6,9
**testified** 5:2 30:20
61:3,8 65:17
**testify** 44:3,3 70:7
**testifying** 67:2
**testimony** 7:4,7
8:13 22:23 34:6
38:9 46:13,14
69:3,4 70:12
**thank** 44:19 68:16
68:17
**thing** 12:4 16:21
54:14 66:17
**things** 15:3 21:5
49:12
**think** 7:13,16 14:17
15:15,20,24,24
22:17 35:25 44:11
51:9 65:21 67:2
**thinking** 12:20
**thought** 28:2
**three** 13:6 31:9,13
31:15,16,17 35:20
39:13 53:2,3,6
61:4,5,12,17,21
62:1
**till** 32:4 35:19
**time** 6:21 13:4,5,17
13:19 15:13,14
22:7,11 25:4,14
27:10,13 28:3,4
30:1,2,9,23 31:7
32:10 35:7,9,24
39:16 40:15 42:8
43:7,8,10,16
46:17,23 47:14
48:10,20 51:10
52:14 55:13,15
56:10,17,23 59:2
59:8 62:11,21,23
67:18 68:15
**times** 11:25 13:7
15:11 26:3 27:8
31:9,13,17 35:20
39:13,15,18,21
48:21 61:5,15,22
61:24,25 62:5
66:18
**today** 8:13
**toddlers** 46:5
**told** 17:3 21:21
22:12 23:25 24:2
24:3,8,14,20,23

25:8 27:3 29:9,12
36:4,16 37:5,6
42:13 46:5 47:6
48:15,17 49:21,21
51:2,18 52:13
53:21 56:10 57:2
57:18 59:2 67:21
**Tonelli** 3:15
**tools** 63:20 65:3
**Toor** 1:21 2:16 70:3
70:25
**top** 6:22 28:6,23,23
60:1
**track** 23:3
**traffic** 46:21 55:22
**transcribed** 70:10
**transcript** 70:11,15
70:16
**transcription** 70:10
**translating** 48:12
**transport** 34:23
44:21 56:11 58:2
59:9
**transported** 16:8
30:17 31:23 52:25
53:1,22 55:17
56:19,21
**transporting** 35:15
45:4 55:25
**treatment** 18:3
**tried** 25:12
**truck** 36:15 37:5
**trucks** 33:11
**true** 21:17,18 43:23
69:2 70:12
**truth** 70:7,8,8
**truthful** 7:9 8:13
**try** 26:15 31:24 38:6
67:9
**trying** 12:9 40:18
41:8 51:25 52:3
66:13,23 67:3,6,7
**Turning** 9:19
**two** 5:20 11:1 12:23
18:14,16 20:15
21:7,25 27:8
28:10 33:16 38:17
38:18 43:25,25
46:5,6,6 47:6,18
48:9 54:22 57:4
58:11 60:6 63:8
63:12 64:6,10
65:1,5 66:22
67:15
**type** 10:23 39:22
41:3

**U**

**U.S** 5:13
**U.S./Mexico** 10:2
**unaccompanied**
29:13 56:18
**understand** 6:7,17
6:18 7:1,2,5,6,10
7:11,20,21,23 8:1
12:24 15:18,19
16:5,20 17:24
19:16 22:22 27:19
32:9 33:18 51:25
**understanding** 12:9
17:15,17 18:20
25:20 29:5 57:7
**understood** 7:24
**uniform** 36:18 54:9
**uniformed** 33:12
**unit** 23:15 43:16
**United** 1:1,8 2:1,8
2:14 3:7 10:8
15:21 63:10 64:20
64:23 65:20 66:8
67:4
**units** 26:12 37:14
38:12,21 39:2
41:22 59:4,25,25
**unnecessary** 15:8
**uphill** 24:4 28:22
46:25
**uphold** 14:25 15:1
**uplift** 10:8,10
**use** 16:3 18:7 22:2
26:13 48:12 49:9
**uses** 14:12
**usual** 62:23
**usually** 30:16 31:24
32:19 37:13 38:21
41:2,3,16,22,24
42:6 47:8,15 48:8
49:6 50:20 55:3
58:20 62:22
**utilized** 58:5

**V**

**Vague** 11:18 34:5
39:25
**values** 14:25 15:1
**van** 29:15 30:7 40:6
41:2,16,24
**vans** 40:7,15
**various** 20:12
**vehicle** 28:25 37:11
37:14,18 38:14,22
39:22 40:3,8 41:3
41:15,23 44:9,10
52:10 66:20

**vehicles** 33:5 40:11
40:14 41:9,25
43:5 55:24 56:8
57:3
**verbal** 6:14
**verbally** 48:9
**versions** 42:18 55:4
**versus** 48:19
**videos** 66:4
**violations** 11:10
**visibility** 18:17 33:6
**visible** 66:7
**visit** 31:1
**visited** 31:7 59:1
**visits** 39:16
**voices** 10:9,10
**volunteers** 21:12
39:9
**vs** 1:6 2:6
**vulnerable** 50:21

**W**

**W-8** 29:24
**wait** 16:8,16 17:19
24:8,14,20,23
35:8 42:8,15 43:1
45:3 50:11 51:3
51:20 54:20 56:20
59:14 63:7 64:11
67:14,21,23,23
**waited** 28:16
**waiting** 32:14 47:21
54:21
**walk** 26:8 36:12
42:21 44:22 45:6
47:22,23 48:24
49:8,21 50:7
67:12 68:2,5
**walked** 30:3
**walking** 36:17 37:6
49:2,17
**wall** 18:17,23 19:24
21:5,6,13 23:17
23:25 24:2,4,25
27:13 33:17 46:7
47:15 50:6 51:3
51:14,20 53:23
56:4 63:1,2,14,14
63:17 64:23 65:3
65:8 66:1,2,5,24
67:4
**walls** 18:2,14,16
19:10 20:15 21:25
27:8 28:10 33:16
50:5 63:8,12,19
64:10,13 65:2,5
66:22 68:1

**want** 9:23 17:7
22:19 23:18 34:20
41:20,24 44:12,12
44:15 45:21 52:5
53:8,24 54:3,14
54:25 57:6
**wanted** 8:18 16:2
22:22 41:11 44:16
53:16 57:4
**Washington** 3:9
**wasn't** 25:8 38:10
56:17 60:4
**water** 18:3 21:6
36:6 49:13 52:18
**waved** 37:2
**way** 20:18 41:17
61:21 65:10,17,18
65:20,22,25 66:10
**we'll** 8:3
**we're** 6:4 9:13 17:7
20:14,16 40:2,8
40:18,21
**we've** 42:12
**website** 57:10
**Wednesday** 1:15
2:14
**week** 35:19 36:13
36:20,24,25 39:18
62:12
**weekly** 13:15,16,17
13:17 31:7
**went** 37:6 62:11
**weren't** 26:20 56:24
**west** 3:14 18:2 24:5
27:17 34:12 49:1
67:12
**WESTERN** 1:2 2:2
**whereof** 70:21
**Whiskey** 17:24,25
18:1,7,9,21 19:3,4
19:7,21,21,22,23
20:3,5,7,9,11,19
20:23 21:8,9,13
21:15,20,22 22:10
22:15 23:2,15
24:5 27:17,23
28:6,7,11,16 29:4
30:4,6,25 31:1,9
32:25 33:6,19
34:4,13 35:9 36:9
36:14 37:5,14,19
38:12,15,21 41:22
42:3,5,9 43:1,5,17
43:18,23 44:22
45:5,16 46:3,12
47:1,24 48:14,24
49:2,4 50:10 51:2

51:19 52:24 53:19
54:21 55:2,4,7,9
55:11,13 58:1
59:9 61:3,9 62:24
66:5,12 67:15,24
68:2
**white** 36:15 37:5
**William** 3:8 5:8
**window** 37:1
**windows** 33:12
**witness** 4:3 8:23
14:6 15:24 23:1
26:25 29:20 34:8
44:2 51:13 52:5
54:18 57:15 60:25
65:14 70:6,21
**witnessed** 14:23
15:2 30:6 37:18
38:13 43:4 44:10
45:20 51:12 52:2
64:6
**witnessing** 45:13
**woman** 23:25 24:2
24:3 25:12 26:7
27:12 28:15,21
29:9
**women** 23:17
**word** 44:16
**words** 9:5
**work** 10:19,24,24
12:7 13:24 32:19
**worked** 11:1
**working** 11:9,22
20:4
**wouldn't** 25:14,25
26:15 34:3 49:3
63:22 65:7,19
**writing** 6:10 57:14
**written** 43:25
**WROE** 3:3 11:18
13:25 14:3 15:22
26:23 29:18,21
34:5 39:25 53:9
53:12 54:14 57:14
60:24 65:11 68:16

**X**

**X** 4:1,8

**Y**

**yeah** 8:23 12:23,24
13:3,11 15:24,24
16:6 25:9 26:5,25
27:13 30:4 34:22
35:7 36:10 40:10
41:7 45:4,24
46:25 48:18 50:9

52:8 53:13 60:12
60:14,25 64:25
**year** 9:3 12:15,17
13:7,21,22 31:2,3
31:14 34:9 35:9
39:17,19 58:10
59:1,5,6 64:3,3
67:19,20
**years** 10:23 11:1
12:5,17 13:3,4
**YOUTH** 3:3
**Ysidro** 18:2 19:8

**Z**

**0**

**1**

**1** 4:10 6:1,2 16:3
47:10,19
**10** 23:7,10 43:13,14
43:15,22
**10:00** 54:20
**11** 57:5,6 60:3,9
**11:00** 24:4 26:17
**11:14** 68:18
**12** 54:22,23 57:5,23
59:7
**12-year-old** 26:14
29:12
**1212** 3:4
**14** 54:23
**14,436** 57:12
**15th** 17:11
**17** 54:23

**2**

**2** 4:11 9:9,10,14,19
9:20,24 47:19
53:17
**20** 29:13
**20-year-old** 24:24
26:8
**20044** 3:9
**2023** 31:5 35:11,12
35:18 43:8
**2024** 1:15 2:14
17:11 23:11 45:12
46:15 54:1 55:15
57:7,12,12,16
70:22
**21st** 23:11,11,14
43:11
**22nd** 53:19 54:1
55:15
**23** 1:15 2:14
**25** 46:4

**250** 57:20 60:10,15
**29th** 70:22

**3**

**3** 8:19 9:13 17:9
**3:30** 46:7
**30** 63:2
**30-feet** 65:1
**30-minute** 68:4
**37,371** 57:12

**4**

**4** 11:7 21:15,20,22
22:10 36:9 44:4
**4:30** 46:8
**40-minute** 68:4
**4th** 2:15 9:3,21
45:12

**5**

**5** 4:6 17:23 31:6
**5:00** 32:7
**5:30** 31:21 46:20
**5:40** 46:3 47:3
62:21

**6**

**6** 4:10 17:23 19:7
21:11 40:9,19
46:15 52:15,23,24
**6:45** 23:14
**600** 3:4
**6th** 46:2 52:4

**7**

**7** 34:20 37:12 40:21
40:22 43:3 44:20

**8**

**8** 17:24,25 18:1,7,9
18:21 19:3,4,7,21
19:21,22,23 20:3
20:5,7,9,11,19,23
21:8,9,13 22:15
23:2,15 24:5
27:17,23 28:6,7
28:11,16 29:4
30:4,6,25 31:1,9
32:25 33:6,19
34:4,13 35:9
36:14 37:5,14,19
38:12,15,21 40:9
41:22 42:3,5,9
43:1,5,17,18,23
44:22 45:1,5,6,10
45:16,22 46:3,12
47:1,24 48:14,24

49:2,4 50:10 51:1
51:2,19 53:19
54:21 55:2,4,7,9
55:11,13 58:1
59:9 61:3,9 62:24
66:5,12 67:15,24
68:2
**8:00** 31:25 32:11
**8:25** 53:19
**8405** 1:21 70:4,25
**85-4544-** 1:6 2:6
**878** 3:9
**880** 2:15

**9**

**9** 4:11 53:8,17 56:16
**9:00** 31:21,25 32:4,4
32:4,5,7 53:1
**9:22** 2:13
**94612** 3:4