## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | November 13, 2024 |
| Title | Jenny L. Flores, et al. v. Merrick Garland, et al. | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE NOVEMBER 15, 2024 EVIDENTIARY HEARING [1503]**

On November 8, 2024, the parties filed a Joint Status Report ("JSR") regarding the November 15, 2024 evidentiary hearing. [Doc. # 1503.] The JSR provided the Court with an update on the status of the dispute and requested clarification as to the procedure at the hearing. Specifically, the parties requested clarification as to the following procedural issues: (1) whether the parties will be permitted to present witnesses for direct examination and if there are time limits for the questioning of witnesses, (2) whether the parties should file proposed orders with the Court, and (3) whether the parties should exchange exhibits or submit an exhibit list prior to the hearing. In response, the Court provides the following guidance:

1. There will be no "live" direct examination. At the hearing, the Court will permit live questioning only for cross-examination and re-direct of each witness. The evidentiary hearing will last for no more than two hours, or a maximum of one hour per side, and the parties shall time their questionings accordingly.
2. The parties shall file proposed orders in the form of findings of fact and conclusions of law **by no later than November 22, 2024.**
3. The parties shall prepare a joint pre-hearing exhibit stipulation that shall contain each side's numbered list of all exhibits, with objections, if any, to each exhibit including the basis of the objection and the offering party's brief response. **The stipulation shall be filed by no later than 11:59 p.m. on November, 14, 2024**. All exhibits to which there is no objection shall be deemed admitted. The parties shall stipulate to the authenticity and foundation of exhibits whenever possible, and the pre-hearing exhibit stipulation shall identify any exhibits to which authenticity and/or foundation have not been stipulated and the specific reasons for the parties' failure to stipulate. At the hearing, the parties need only move for admission of those exhibits they have not agreed on in the joint exhibit stipulation.

**IT IS SO ORDERED.**