1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

12   JENNY LISETTE FLORES, *et al.*,   )   Case No. CV 85-4544-DMG (AGRx)
                                       )
13        Plaintiffs,                  )
                                       )   **ORDER APPROVING**
14                                     )   **STIPULATION TO TEN-DAY**
15   v.                                )   **EXTENSION OF TIME FOR THE**
                                       )   **PARTIES TO SUBMIT PROPOSED**
16   MERRICK GARLAND, Attorney         )   **FINDINGS OF FACT AND**
17   General of the United States, *et al.*,  )   **CONCLUSIONS OF LAW [1511]**
                                       )
18        Defendants.                  )

19

20

21

22

23

24

25

26

27

28

Before the Court is the Parties' Joint Stipulation to a Ten-Day Extension of Time for the Parties to Submit Proposed Findings of Fact and Conclusions of Law. [Doc. # 1511.] Having reviewed the Stipulation and the supporting declaration, and finding good cause therefor, the Stipulation is hereby **APPROVED**. The due date for the parties to submit their Proposed Findings of Fact and Conclusions of Law is extended from November 22, 2024, *nunc pro tunc*, to December 2, 2024.

**IT IS SO ORDERED.**

DATED:  November 27, 2024

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

1