CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | |
| v. | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY 2022 CBP SETTLEMENT |
| MERRICK GARLAND, Attorney General of the United States, *et al.*, | JUDGE: Hon. Dolly M. Gee |
| Defendants. | Hearing: January 24, 2024<br>Time: 9:30 a.m. |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

To Defendants and their attorneys of record:

Please take notice that on January 24, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move under Federal Rule of Civil Procedure 60(b) to modify and extend the CBP Settlement approved by this Court on July 29, 2022, as described in the accompanying memorandum of law.

This motion is based upon the memorandum of law and exhibits filed concurrently herewith, and all other matters of record; it is brought following meetings of counsel pursuant to Local Rule 7-3 and Sec. XIII of the Settlement on November 8, 2024, and December 16, 2024, as well as extensive written correspondence.

Dated: December 20, 2024

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín
Sarah Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Rebecca Wolozin
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
Eleanor Roberts

*/s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*