CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>        Defendants. | No. CV 85-4544-DMG-AGRx<br><br>NOTICE OF ERRATA RE DECLARATION OF DIANE DE GRAMONT IN SUPPORT OF PLAINTIFFS' REPLY BRIEF<br><br>JUDGE: Hon. Dolly M. Gee<br><br>Hearing: January 24, 2025<br>Time: 9:30 a.m. |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

**PLEASE TAKE NOTICE** that on January 14, 2025, Plaintiffs filed the Declaration of Diane de Gramont in support of Plaintiffs' Reply in support of Motion to Modify the 2022 CBP Settlement with the incorrect date. Plaintiffs will now file a corrected version of the declaration with the correct date.

Dated: January 14, 2025          CENTER FOR HUMAN RIGHTS AND
                                 CONSTITUTIONAL LAW
                                 Carlos R. Holguín
                                 Sarah Kahn

                                 NATIONAL CENTER FOR YOUTH LAW
                                 Mishan Wroe
                                 Rebecca Wolozin
                                 Diane de Gramont

                                 CHILDREN'S RIGHTS
                                 Leecia Welch
                                 Eleanor Roberts


                                 */s/ Mishan Wroe*

                                 Mishan Wroe

                                 *One of the Attorneys for Plaintiffs*