BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division
AUGUST FLENTJE
Deputy Director
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
CHRISTINA PARASCANDOLA
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-514-0120
Email: katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>JAMES MCHENRY, Acting Attorney General of the United States,[1] *et al.*,<br><br>　　Defendants | Case No. 2:85-cv-04544-DMG<br><br>***EX PARTE* APPLICATION TO FILE SURREPLY; DECLARATION OF KATELYN MASETTA-ALVAREZ**<br><br>Hearing Date: January 24, 2025<br>Time: 9:30 a.m.<br>Hon. Dolly M. Gee |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Attorney General James R. McHenry is substituted for former Attorney General Merrick Garland.

**Defendants' Unopposed *Ex Parte* Application to File Surreply**

Pursuant to Local Rule 7-19, Defendants, by and through their undersigned counsel, respectfully request the Court to order that Defendants be permitted to file a surreply, in the same or substantially same form as Exhibit A, to address Plaintiffs' argument regarding a data discrepancy that Defendants recently learned of.

Defendants request permission to file a surreply for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. On January 16, 2025, undersigned counsel for Defendants reached out to Plaintiffs' counsel via email, and Plaintiffs' counsel, Ms. Mishan Wroe, replied that Plaintiffs defer to the Court's discretion as to whether a surreply limited to the issue of data would assist the Court.

Dated: January 22, 2025            Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

AUGUST FLENTJE
Deputy Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
CHRISTINA PARASCANDOLA
Senior Litigation Counsel

*/s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

1

Washington, DC 20044
Telephone: 202-514-0120
Facsimile: 202-305-7000
Katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*