UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-04544-DMG(AGRx) | Date | January 24, 2025 |
| Title | *Jenny L Flores v. Edwin Meese* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Mishan Wroe | Sarah Fabian |
| Leecia Welch (via Zoom) | Joshua McCroskey |
| | Christina Parascandola |

**Proceedings: Plaintiffs' Motion for Order for Modification of 2022 CBP Settlement [1526]**

The cause is called and counsel state their appearance. Also present in court is Andrea Ordin and Dr. Paul Wise. Present via Zoom is Dr. Nancy Ewen Wang.

The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

<u>0:27</u>

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>DD</u> |
|---|---|---|