BRETT A. SHUMATE
Acting Assistant Attorney General
DREW ENSIGN
Deputy Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Deputy Director
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. 2:85-cv-04544-DMG-AGRx |
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | **CLASS ACTION** |
| PAMELA BONDI, Attorney General of the United States, *et al.*, | |
| Defendants. | |

1  Defendants hereby appeal from the Court's Order re Plaintiffs' Motion to
2  Modify 2022 CBP Settlement (January 30, 2025), ECF No. 1547, to the U.S. Court
3  of Appeals for the Ninth Circuit.

    Plaintiffs named as Defendants public officers and sued them in their official capacities. Pursuant to Fed. R. Civ. P. 25(d), Defendants substitute Pamela Bondi, Attorney General of the United States, for former Acting Attorney General James McHenry.

DATED: February 6, 2025    Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
DREW ENSIGN
Deputy Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Deputy Director
WILLIAM C. SILVIS
Assistant Director

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on February 6, 2025, I served a copy of the foregoing document on all counsel of record by means of the District Court's CM/ECF system.

/s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA