YAAKOV ROTH
Acting Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
MICHAEL CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **STIPULATION TO BRIEFING SCHEDULE** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, *et al.*, | Honorable Dolly M. Gee<br>United States District Judge |
| Defendants. | |

1    On May 13, 2025, the parties met, pursuant to Local Rule 7-3, to discuss Defendants' contemplated motion to terminate the *Flores* Settlement Agreement and to dissolve the Court's 2019 injunction of the U.S. Department of Homeland Security's regulations in this matter. *See Flores v. Barr*, 407 F. Supp. 3d 909, 916–20 (C.D. Cal. 2019). The parties left at an impasse over the motion but they did agree to stipulate to a briefing schedule, for the Court's consideration. On May 19 and 20, 2025, the parties corresponded by email and agreed to specific dates.

By this stipulation, and pursuant to Local Rule 7-1, the Parties stipulate to and respectfully ask the Court to enter a schedule to govern Defendants' forthcoming Motion to Terminate Settlement Agreement and to Dissolve Injunction of Agency Regulations, as follows.

1. Defendants will file their motion and supporting memorandum of points and authorities on May 22, 2025.
2. Plaintiffs will file their memorandum in opposition on or before June 20, 2025.
3. Defendants will file their reply in support of their motion on or before July 3, 2025.
4. The Court will hold a hearing on the motion on July 18, 2025.

The parties attach a proposed order for the Court's consideration.

DATED: May 22, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director

s/ *Christina Parascandola*
KATELYN MASETTA-ALVAREZ
CHRISTINA PARASCANDOLA
MICHAEL CELONE
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

CARLOS R. HOLGUÍN
SARAH KAHN
Center for Human Rights and
Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
crholguin@centerforhumanrights.org

s/ *Mishan Wroe*
MISHAN WROE
DIANE DE GRAMONT
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
mwroe@youthlaw.org

REBECCA WOLOZIN
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
bwolozin@youthlaw.org

LEECIA WELCH
Children's Rights
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
lwelch@childrensrights.org

*Attorneys for Plaintiffs*

**CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: May 22, 2025    <u>*s/ Christina Parascandola*</u>
Christina Parascandola
*One of the Attorneys for Defendants*