UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAMELA BONDI, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO BRIEFING SCHEDULE** |

THIS CAUSE is before the Court upon the parties' Stipulation to Briefing Schedule.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court ORDERS the following:

The parties' Stipulation is approved.

The parties shall adhere to the following schedule:

1. Defendants will file their motion and supporting memorandum of points and authorities on May 22, 2025.

2. Plaintiffs will file their memorandum in opposition on or before June 20, 2025.

3. Defendants will file their reply in support of their motion on or before July 3, 2025.

4. The Court will hold a hearing on the motion on July 18, 2025.

**IT IS SO ORDERED.**

DATED: _____, 2025

                                                _____
                                                DOLLY M. GEE
                                                CHIEF U.S. DISTRICT JUDGE