1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, *et al.,* | |
| Defendants. | |

After considering Defendants' Ex Parte Application for Leave to File Oversized Memorandum of Points and Authorities in Support of their Motion to Terminate Settlement Agreement and Dissolve Injunction of Agency Regulations, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Ex Parte Application is GRANTED.  Defendants' hereby are granted leave to file a Memorandum of Points and Authorities in Support of their Motion to Terminate Settlement Agreement and Dissolve Injunction of Agency Regulations not to exceed 15,000 words.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE