# Exhibit B

YAAKOV ROTH
Acting Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
JOSHUA C. MCCROSKEY
Trial Attorney
CHRISTINA PARASCANDOLA
MICHAEL CELONE
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation – General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-0120
Katelyn.Masetta.Alvarez@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DECLARATION OF MARC ROSENBLUM** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, *et al.*, | |
| Defendants. | |

1

## **DECLARATION OF MARC ROSENBLUM**

I, Marc Rosenblum, do hereby declare and state as follows:

1.      I am the Executive Director of the Office Homeland Security Statistics (OHSS) employed by the United States Department of Homeland Security ("DHS").  OHSS was created in 2023 and succeeds the Office of Immigration Statistics.  The facts set forth herein are of my own personal knowledge, or known to me based on information and belief, and, if sworn, I could and would testify competently thereto.

2.      OHSS analyzes and disseminates Department of Homeland Security (DHS) data and statistics.  It provides reports to interagency partners, Congress, and the public.

3.      OHSS analyzed family unit encounters by CBP dispositions and by whether or not encounters had resulted in USCIS fear screening for FY2021-FY2024 and found the following data (table on next page):

Intentionally Left Blank

**Nationwide Encounters of Family Unit Individuals by Selected Dispositions: Fiscal Years 2021-2024**

|  | **FY2021** | **FY2022** | **FY2023** | **FY2024** | **FY2021-FY2024** |
|---|---|---|---|---|---|
| Total FM Encounters[1] | 483,850 | 614,020 | 993,940 | 996,070 | 3,087,890 |
|    Releases into the U.S. without Fear Screening | 374,130 | 481,520 | 853,100 | 842,740 | 2,551,490 |
|      Notice to Appear (NTA)[2] | 206,820 | 219,870 | 596,710 | 693,080 | 1,716,480 |
|      Parole[3] | 37,030 | 246,020 | 247,470 | 149,460 | 679,980 |
|      Release[4] | 130,280 | 15,640 | 8,920 | 210 | 155,040 |
|    All Others[5] | 109,720 | 132,500 | 140,840 | 153,330 | 536,390 |

Notes: Results based on OHSS Enforcement Lifecycle methodology as of October 31, 2024. Encounters include USBP apprehensions and OFO inadmissibility determinations by year of encounter. Table is event-based, so noncitizens encountered on multiple occasions appear in the table multiple times.

[1] All Family unit individual (FMs) encounters regardless of reported CBP disposition.

[2] Includes FMs with a reported CBP disposition of NTA with no credible fear or reasonable fear record in the USCIS APSO system.

[3] Includes FMs with a reported CBP disposition of parole or an individual parole program.

[4] Includes FMs with a reported disposition of release or not in custody.

[5] Includes FMs not released into the United States or only released following a credible fear screening.

Source: DHS Office of Homeland Security Statistics Enforcement Lifecycle. Results based on source data as of February 28, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2025, at Washington, DC.

                                          _____

                                          Marc Rosenblum

                                          Executive Director

                                          Office of Homeland Security Statistics

                                          Department of Homeland Security