# Exhibit D-2

5/20/25, 7:52 AM
Fact Sheets and Data | The Administration for Children and Families
Case 2:85-cv-04544-DMG-AGR   Document 1567-7   Filed 05/22/25   Page 2 of 3   Page ID #:52811


An official website of the United States government   Here's how you know

# Fact Sheets and Data



**Current as of:** May 12, 2025

## Fact Sheets

- ORR Influx Care Facilities for Unaccompanied Alien Children Fact Sheet
- Unaccompanied Alien Children Bureau Fact Sheet

## Data

*Note:* A fiscal year begins October 1 and ends on September 30.

**REFERRALS**

AVERAGE MONTHLY DATA

AVERAGE LENGTH OF CARE

SEX

AGE

TENDER AGE (0-12) CHILDREN BY SHELTER TYPE

COUNTRY OF ORIGIN

PRIMARY LANGUAGE

HOME STUDIES

RELEASED TO SPONSORS

POST-RELEASE SERVICES

## Referrals

Number of referrals ORR receives from the Department of Homeland Security each fiscal year.

| FISCAL YEAR | REFERRALS |
|---|---|
| FY2024 | 98,356 |
| FY2023 | 118,938 |
| FY2022 | 128,904 |

| FISCAL YEAR | REFERRALS |
|---|---|
| FY2021 | 122,731 |
| FY2020 | 15,381 |
| FY2019 | 69,488 |
| FY2018 | 49,100 |
| FY2017 | 40,810 |
| FY2016 | 59,170 |
| FY2015 | 33, 726 |
| FY2014 | 57, 496 |
| FY2013 | 24, 668 |
| FY2012 | 13, 625 |

Read more about **referrals to ORR and initial placement**.

**Daily Data** : Number of unaccompanied alien children who are in ORR's care after being referred by the Department of Homeland Security.

**Average Monthly Data** >

**PLEASE NOTE THAT ALL FY2025 UAC DATA REPRESENTED HERE IS UNRECONCILED AND SUBJECT TO CHANGE.**