# Exhibit I

Case 2:85-cv-04544-DMG-AGR Document 1567-14 Filed 05/22/25 Page 2 of 21
Page ID #:53391

 U.S. Customs and Border Protection

# U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019

## Southwest Border Unaccompanied Alien Children (0-17 yr old) Apprehensions

Comparisons below reflect Fiscal Year 2019 compared to Fiscal Year 2018.

| Unaccompanied Alien Children Apprehensions by Sector | | | |
|---|---|---|---|
| Sector | FY18 | FY19 | % Change FY18 to FY19 |
| Big Bend | 989 | 779 | -21% |
| Del Rio | 1,297 | 3,621 | 179% |
| El Centro | 2,715 | 2,688 | -1% |
| El Paso | 5,461 | 16,159 | 196% |
| Laredo | 2,879 | 2,521 | -12% |
| Rio Grande | 23,757 | 34,523 | 45% |
| San Diego | 2,491 | 3,335 | 34% |

| Unaccompanied Alien Children Apprehensions by Sector | | | |
|---|---|---|---|
| **Sector** | **FY18** | **FY19** | **% Change FY18 to FY19** |
| Tucson | 5,023 | 5,105 | 2% |
| Yuma | 5,424 | 7,289 | 34% |
| **USBP Southwest Border Total** | **50,036** | **76,020** | **52%** |

# Southwest Border Family Unit* Apprehensions

Comparisons below reflect Fiscal Year 2019 compared to Fiscal Year 2018.

| Family Unit* Apprehensions by Sector | | | |
|---|---|---|---|
| **Sector** | FY18 | FY19 | % Change FY18 to FY19 |
| Big Bend | 741 | 2,931 | 296% |
| Del Rio | 2,829 | 32,835 | 1,061% |
| El Centro | 3,539 | 7,873 | 122% |
| El Paso | 12,312 | 132,909 | 980% |
| Laredo | 597 | 1,169 | 96% |

| Family Unit* Apprehensions by Sector | | | |
|---|---|---|---|
| Rio Grande | 63,278 | 211,631 | 234% |
| San Diego | 4,408 | 16,174 | 267% |
| Tucson | 4,954 | 16,199 | 227% |
| Yuma | 14,554 | 51,961 | 257% |
| **USBP Southwest Border Total** | **107,212** | **473,682** | **342%** |

**\*Note:** Family Unit represents the number of individuals (either a child under 18 years old, parent or legal guardian) apprehended with a family member by the U.S. Border Patrol.

## Southwest Border Single Adult Apprehensions

Comparisons below reflect Fiscal Year 2019 compared to Fiscal Year 2018.

| Single Adult Apprehensions by Sector | | | |
|---|---|---|---|
| **Sector** | FY18 | FY19 | % Change FY18 to FY19 |
| Big Bend | 6,315 | 5,927 | -6% |
| Del Rio | 11,707 | 20,813 | 78% |
| El Centro | 22,976 | 24,577 | 7% |
| El Paso | 13,788 | 33,075 | 140% |

Case 2:85-cv-04544-DMG-AGR Document 1567-1 Filed 05/22/25 Page 5 of 21
Page ID #:53394

| Single Adult Apprehensions by Sector | | | |
|---|---|---|---|
| Laredo | 29,165 | 34,688 | 19% |
| Rio Grande | 75,227 | 92,981 | 24% |
| San Diego | 31,692 | 38,540 | 22% |
| Tucson | 42,195 | 42,186 | 0% |
| Yuma | 6,266 | 9,019 | 44% |
| **USBP Southwest Border Total** | **239,331** | **301,806** | **26%** |

# Southwest Border Unaccompanied Alien Children Apprehensions by Country

Numbers below reflect Fiscal Years 2014 - 2019.

| Unaccompanied Alien Children Apprehensions by Country | | | | | | |
|---|---|---|---|---|---|---|
| **Country** | **FY14** | **FY15** | **FY16** | **FY17** | **FY18** | **FY19** |
| El Salvador | 16,404 | 9,389 | 17,512 | 9,143 | 4,949 | **12,021** |
| Guatemala | 17,057 | 13,589 | 18,913 | 14,827 | 22,327 | **30,329** |
| Honduras | 18,244 | 5,409 | 10,468 | 7,784 | 10,913 | **20,398** |
| Mexico | 15,634 | 11,012 | 11,926 | 8,877 | 10,136 | **10,487** |

# Southwest Border Family Unit* Apprehensions by Country

Numbers below reflect Fiscal Years 2016 - 2019.

| Family Units* Apprehensions by Country | | | | |
|---|---|---|---|---|
| **Country** | **FY16** | **FY17** | **FY18** | **FY19** |
| El Salvador | 27,114 | 24,122 | 13,669 | **56,897** |
| Guatemala | 23,067 | 24,657 | 50,401 | **185,233** |
| Honduras | 20,226 | 22,366 | 39,439 | **188,416** |
| Mexico | 3,481 | 2,271 | 2,261 | **6,004** |

**\*Note:** Family Unit represents the number of individuals (either a child under 18 years old, parent or legal guardian) apprehended with a family member by the U.S. Border Patrol.

# Southwest Border Single Adult Apprehensions by Country

Numbers below reflect Fiscal Years 2016 - 2019.

| Single Adult Apprehensions by Country | | | | |
|---|---|---|---|---|
| **Country** | **FY16** | **FY17** | **FY18** | **FY19** |
| El Salvador | 27,222 | 16,495 | 12,751 | 20,893 |
| Guatemala | 32,621 | 26,387 | 42,994 | 48,606 |
| Honduras | 22,258 | 17,110 | 26,161 | 44,981 |

5/22/25, 11:09 AM
U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection
Case 2:85-cv-04544-DMG-AGR Document 1567-14 Filed 05/22/25 Page 7 of 21
Page ID #:53396

| Single Adult Apprehensions by Country | | | | |
|---|---|---|---|---|
| Country | FY16 | FY17 | FY18 | FY19 |
| Mexico | 175,353 | 116,790 | 139,860 | 149,967 |

**Southwest Border Family Unit Subject, Unaccompanied Alien Children, and Single Adult Apprehensions Fiscal Year 2019 - By Month**

FMUA: Family Unit Apprehensions
UAC: Unaccompanied Alien Children
SA: Single Adult

 Close all     Open all

## FY19 Totals by Sector    +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 | FY 2019 | FY 2019 | FY 2019 |
| Big Bend | 2,931 | 779 | 5,927 | 9,637 |
| Del Rio | 32,835 | 3,621 | 20,813 | 57,269 |
| El Centro | 7,873 | 2,688 | 24,577 | 35,138 |
| El Paso | 132,909 | 16,159 | 33,075 | 182,143 |
| Laredo | 1,169 | 2,521 | 34,688 | 38,378 |

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 | FY 2019 | FY 2019 | FY 2019 |
| Rio Grande | 211,631 | 34,523 | 92,981 | 339,135 |
| San Diego | 16,174 | 3,335 | 38,540 | 58,049 |
| Tucson | 16,199 | 5,105 | 42,186 | 63,490 |
| Yuma | 51,961 | 7,289 | 9,019 | 68,269 |
| Southwest Border Total | 473,682 | 76,020 | 301,806 | 851,508 |

## October                                                                    +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 OCT | FY 2019 OCT | FY 2019 OCT | FY 2019 OCT |
| Big Bend | 17 | 37 | 501 | 555 |
| Del Rio | 548 | 145 | 1,309 | 2,002 |
| El Centro | 782 | 256 | 2,204 | 3,242 |
| El Paso | 5,180 | 830 | 1,324 | 7,334 |

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 OCT | FY 2019 OCT | FY 2019 OCT | FY 2019 OCT |
| Laredo | 121 | 266 | 3,061 | 3,448 |
| Rio Grande | 11,525 | 2,306 | 6,924 | 20,755 |
| San Diego | 1,156 | 227 | 2,844 | 4,227 |
| Tucson | 1,163 | 468 | 4,197 | 5,828 |
| Yuma | 2,624 | 429 | 561 | 3,614 |
| Southwest Border Total | 23,116 | 4,964 | 22,925 | 51,005 |

## November    +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| Big Bend | 31 | 36 | 381 | 448 |
| Del Rio | 831 | 146 | 1,111 | 2,088 |
| El Centro | 914 | 273 | 2,002 | 3,189 |
| El Paso | 6,435 | 1,038 | 1,394 | 8,867 |

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| Laredo | 49 | 180 | 2,440 | 2,669 |
| Rio Grande | 11,487 | 2,309 | 6,917 | 20,713 |
| San Diego | 1,495 | 310 | 2,772 | 4,577 |
| Tucson | 754 | 465 | 3,843 | 5,062 |
| Yuma | 3,168 | 500 | 576 | 4,244 |
| Southwest Border Total | 25,164 | 5,257 | 21,436 | 51,857 |

## December                                                      +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 DEC | FY 2019 DEC | FY 2019 DEC | FY 2019 DEC |
| Big Bend | 122 | 74 | 425 | 621 |
| Del Rio | 919 | 155 | 950 | 2,024 |
| El Centro | 1,012 | 212 | 1,494 | 2,718 |
| El Paso | 7,336 | 970 | 1,144 | 9,450 |

5/22/25, 11:09 AM    U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection

Case 2:85-cv-04544-DMG-AGR   Document 1567-4   Filed 05/22/25   Page 11 of 21

Page ID #:53400

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 DEC | FY 2019 DEC | FY 2019 DEC | FY 2019 DEC |
| Laredo | 74 | 148 | 1,837 | 2,059 |
| Rio Grande | 10,630 | 1,881 | 5,861 | 18,372 |
| San Diego | 2,413 | 355 | 3,048 | 5,816 |
| Tucson | 1,310 | 408 | 3,194 | 4,912 |
| Yuma | 3,691 | 550 | 538 | 4,779 |
| Southwest Border Total | 27,507 | 4,753 | 18,491 | 50,751 |

## January   +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 JAN | FY 2019 JAN | FY 2019 JAN | FY 2019 JAN |
| Big Bend | 91 | 59 | 438 | 588 |
| Del Rio | 1,009 | 192 | 1,323 | 2,524 |
| El Centro | 808 | 236 | 1,417 | 2,461 |

Case 2:85-cv-04544-DMG-AGR    Document 1567-4    Filed 05/22/25    Page 12 of 21
Page ID #:53401

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 JAN | FY 2019 JAN | FY 2019 JAN | FY 2019 JAN |
| El Paso | 6,837 | 1,012 | 1,288 | 9,137 |
| Laredo | 73 | 191 | 2,368 | 2,632 |
| Rio Grande | 9,942 | 2,182 | 5,589 | 17,713 |
| San Diego | 1,118 | 283 | 2,721 | 4,122 |
| Tucson | 670 | 357 | 3,069 | 4,096 |
| Yuma | 3,640 | 593 | 473 | 4,706 |
| Southwest Border Total | 24,188 | 5,105 | 18,686 | 47,979 |

## February                                                                      +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 FEB | FY 2019 FEB | FY 2019 FEB | FY 2019 FEB |
| Big Bend | 186 | 61 | 598 | 845 |
| Del Rio | 2,262 | 239 | 1,512 | 4,013 |

5/22/25, 11:09 AM   U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection

Case 2:85-cv-04544-DMG-AGR   Document 1567-4   Filed 05/22/25   Page 13 of 21
Page ID #:53402

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 FEB | FY 2019 FEB | FY 2019 FEB | FY 2019 FEB |
| El Centro | 1,189 | 336 | 1,794 | 3,319 |
| El Paso | 10,891 | 1,522 | 1,758 | 14,171 |
| Laredo | 61 | 249 | 2,813 | 3,123 |
| Rio Grande | 14,430 | 2,910 | 8,026 | 25,366 |
| San Diego | 2,036 | 383 | 3,029 | 5,448 |
| Tucson | 1,024 | 438 | 3,449 | 4,911 |
| Yuma | 4,451 | 679 | 557 | 5,687 |
| Southwest Border Total | 36,530 | 6,817 | 23,536 | 66,883 |

## March                                                                                            +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 MAR | FY 2019 MAR | FY 2019 MAR | FY 2019 MAR |
| Big Bend | 197 | 80 | 665 | 942 |

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 MAR | FY 2019 MAR | FY 2019 MAR | FY 2019 MAR |
| Del Rio | 2,831 | 434 | 2,298 | 5,563 |
| El Centro | 1,139 | 299 | 2,123 | 3,561 |
| El Paso | 16,965 | 2,184 | 3,075 | 22,224 |
| Laredo | 106 | 301 | 3,785 | 4,192 |
| Rio Grande | 20,942 | 3,714 | 9,107 | 33,763 |
| San Diego | 2,504 | 428 | 3,949 | 6,881 |
| Tucson | 1,824 | 599 | 4,834 | 7,257 |
| Yuma | 6,696 | 917 | 837 | 8,450 |
| Southwest Border Total | 53,204 | 8,956 | 30,673 | 92,833 |

## April ＋

5/22/25, 11:09 AM

Case 2:85-cv-04544-DMG-AGR   U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection   Document 1567-14   Filed 05/22/25   Page 15 of 21

Page ID #:53404

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 APR | FY 2019 APR | FY 2019 APR | FY 2019 APR |
| Big Bend | 224 | 61 | 656 | 941 |
| Del Rio | 3,440 | 395 | 2,013 | 5,848 |
| El Centro | 742 | 255 | 2,389 | 3,386 |
| El Paso | 20,636 | 2,459 | 3,978 | 27,073 |
| Laredo | 103 | 258 | 3,614 | 3,975 |
| Rio Grande | 22,895 | 3,755 | 10,077 | 36,727 |
| San Diego | 2,106 | 367 | 3,724 | 6,197 |
| Tucson | 1,533 | 396 | 3,992 | 5,921 |
| Yuma | 7,034 | 934 | 1,237 | 9,205 |
| Southwest Border Total | 58,713 | 8,880 | 31,680 | 99,273 |

## May      +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 MAY | FY 2019 MAY | FY 2019 MAY | FY 2019 MAY |
| Big Bend | 732 | 115 | 710 | 1,557 |
| Del Rio | 5,272 | 568 | 2,723 | 8,563 |
| El Centro | 576 | 242 | 2,664 | 3,482 |
| El Paso | 29,809 | 3,255 | 5,573 | 38,637 |
| Laredo | 110 | 265 | 3,740 | 4,115 |
| Rio Grande | 33,933 | 4,867 | 11,021 | 49,821 |
| San Diego | 1,366 | 307 | 4,209 | 5,882 |
| Tucson | 1,773 | 509 | 4,593 | 6,875 |
| Yuma | 10,915 | 1,347 | 1,662 | 13,924 |
| Southwest Border Total | 84,486 | 11,475 | 36,895 | 132,856 |

## June                                                                              +

Case 2:85-cv-04544-DMG-AGR Document 1567-4 Filed 05/22/25 Page 17 of 21
Page ID #:53406

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 JUN | FY 2019 JUN | FY 2019 JUN | FY 2019 JUN |
| Big Bend | 154 | 56 | 418 | 628 |
| Del Rio | 5,311 | 420 | 2,354 | 8,085 |
| El Centro | 303 | 174 | 2,408 | 2,885 |
| El Paso | 13,506 | 1,313 | 4,063 | 18,882 |
| Laredo | 83 | 196 | 3,540 | 3,819 |
| Rio Grande | 30,133 | 3,912 | 9,162 | 43,207 |
| San Diego | 803 | 200 | 3,681 | 4,684 |
| Tucson | 1,563 | 409 | 3,545 | 5,517 |
| Yuma | 5,502 | 692 | 1,001 | 7,195 |
| Southwest Border Total | 57,358 | 7,372 | 30,172 | 94,902 |

## July                                                                                              +

5/22/25, 11:09 AM
U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection

Case 2:85-cv-04544-DMG-AGR Document 1567-4 Filed 05/22/25 Page 18 of 21
Page ID #:53407

| Sector | FMUA | UAC | SA | TOTAL |
|--------|------|-----|-----|-------|
| | FY 2019 JUL | FY 2019 JUL | FY 2019 JUL | FY 2019 JUL |
| Big Bend | 445 | 61 | 293 | 799 |
| Del Rio | 4,481 | 350 | 1,855 | 6,686 |
| El Centro | 156 | 107 | 1,951 | 2,214 |
| El Paso | 7,260 | 765 | 3,569 | 11,594 |
| Laredo | 137 | 140 | 2,409 | 2,686 |
| Rio Grande | 25,837 | 3,287 | 7,730 | 36,854 |
| San Diego | 519 | 154 | 2,785 | 3,458 |
| Tucson | 1,256 | 318 | 2,555 | 4,129 |
| Yuma | 2,452 | 372 | 734 | 3,558 |
| Southwest Border Total | 42,543 | 5,554 | 23,881 | 71,978 |

## August                                                    +

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 AUG | FY 2019 AUG | FY 2019 AUG | FY 2019 AUG |
| Big Bend | 464 | 81 | 377 | 922 |
| Del Rio | 3,285 | 268 | 1,744 | 5,297 |
| El Centro | 137 | 148 | 2,042 | 2,327 |
| El Paso | 4,527 | 457 | 3,094 | 8,078 |
| Laredo | 119 | 137 | 2,165 | 2,421 |
| Rio Grande | 13,533 | 1,971 | 6,851 | 22,355 |
| San Diego | 351 | 162 | 2,808 | 3,321 |
| Tucson | 1,394 | 317 | 2,369 | 4,080 |
| Yuma | 1,239 | 181 | 463 | 1,883 |
| Southwest Border Total | 25,049 | 3,722 | 21,913 | 50,684 |

## September     +

5/22/25, 11:09 AM     U.S. Border Patrol Southwest Border Apprehensions by Sector Fiscal Year 2019 | U.S. Customs and Border Protection

Case 2:85-cv-04544-DMG-AGR   Document 1567-4   Filed 05/22/25   Page 20 of 21

Page ID #:53409

| Sector | FMUA | UAC | SA | TOTAL |
|---|---|---|---|---|
| | FY 2019 SEP | FY 2019 SEP | FY 2019 SEP | FY 2019 SEP |
| Big Bend | 268 | 58 | 465 | 791 |
| Del Rio | 2,646 | 309 | 1,621 | 4,576 |
| El Centro | 115 | 150 | 2,089 | 2,354 |
| El Paso | 3,527 | 354 | 2,815 | 6,696 |
| Laredo | 133 | 190 | 2,916 | 3,239 |
| Rio Grande | 6,344 | 1,429 | 5,716 | 13,489 |
| San Diego | 307 | 159 | 2,970 | 3,436 |
| Tucson | 1,935 | 421 | 2,546 | 4,902 |
| Yuma | 549 | 95 | 380 | 1,024 |
| Southwest Border Total | 15,824 | 3,165 | 21,518 | 40,507 |

**Last Modified: Nov 03, 2023**