UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER APPROVING STIPULATION TO BRIEFING SCHEDULE [1565]** |

The Court has reviewed and considered the parties' joint stipulation to set a briefing schedule on Defendants' motion to terminate the *Flores* Settlement Agreement and dissolve the Court's 2019 injunction. [Doc. # 1565.] For the reasons set forth therein, the Court hereby **APPROVES** the stipulation.

The parties shall adhere to the following schedule:

1. Defendants shall file their motion and supporting memorandum of points and authorities **on May 22, 2025**;

2. Plaintiffs shall file their memorandum in opposition to Defendants' motion **on or before June 20, 2025**;

3. Defendants shall file their reply in support of their motion **on or before July 3, 2025;**

4. The Court will hold a hearing on the motion **on July 18, 2025 at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: May 22, 2025

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE