UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | June 3, 2025 |
|---|---|---|---|
| Title | *Jenny L Flores, et al. v. Pamela Bondi, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE INTERIM JUVENILE CARE MONITOR REPORT AND STATUS CONFERENCE [1570]**[1]

On May 27, 2025, the *Flores* Juvenile Care Monitor ("JCM") submitted an Interim Report presenting his observations and assessments of the conditions for minors held in U.S. Customs and Border Protection ("CBP") facilities in the Rio Grande Valley and El Paso sectors.  [Doc. # 1570.]  The Interim Report also included the observations and assessments made by the JCM's Legal and Medical Advisors.

On January 30, 2025, the Court extended the JCM's term until June 27, 2025.  [Doc. # 1547.]  In doing so, the Court erroneously set the deadline for the JCM's report for a date after the expiration of his term but coinciding with the CBP Juvenile Coordinator's annual report, the parties' responses thereto, and the accompanying status conference.  [*See* Doc. # 1455.]  In light of the upcoming expiration of the JCM's term and the recently filed Interim Report, the Court hereby **MODIFIES** the deadlines and status conference with regard to the JCM only and **RESETS** them as follows:

1. The parties shall file their responses, if any, to the JCM's Interim Report by **June 10, 2025**;

2. The JCM shall file his Final Report by **June 17, 2025**;

3. The Court will hold a status conference regarding the JCM's Final Report, and any responses thereto, on **June 23, 2025 at 11:00 a.m.**  The CBP Juvenile Coordinator shall attend this conference; and

4. The dates and deadlines set forth in the Court's order at Doc. # 1455 remain in effect as to the CBP Juvenile Coordinator.

**IT IS SO ORDERED.**

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Attorney General Pamela Bondi for former Attorney General Merrick Garland.