# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 23 years old. I am from the ███████████.

3. I speak English.

4. I was apprehended with my baby, ███████████████████████████████ old, and my husband, ████████, when we crossed into the United States from Canada and picked up by Border Patrol near Fort Covington, New York. My husband's aunt and her 12-year-old son were with us at the time, and they were also apprehended.

Apprehension Prior to Dilley

5. My baby, husband, and I have been detained at Dilley for 13 days. My husband's aunt and her son have also been detained at Dilley for 13 days. Before this we were detained in two different immigration jails in New York.

6. We were held in the first jail for one night, about 12 hours. When we arrived, the male guards told me and my husband's aunt that they had to search us, which made us very uncomfortable. I asked if there was a female guard that could conduct the searches, and the guards told us no, that there were only male guards at that jail. The male guards patted us down, which was very upsetting.

7. That night my husband, myself, our baby, my husband's aunt, and son were detained together in a small room. The cell was freezing cold, and there was a fan in the ceiling that constantly blew cold air on all of us. We asked the guards to turn off the fan, because we were worried about the baby getting sick, but the guards laughed at us and said that they couldn't control the fan.

8. The next day, the guards moved us to a different jail. In that jail, there were several very small cells lined up next to each other, and they put me in one cell and separated my husband into the cell next to us. My baby was so upset that he wasn't with his father that he was screaming and crying for hours. He was absolutely inconsolable, even though I

was doing everything I could to try and calm him down. When I told the guards that he was crying because he missed his father, the guards didn't believe me. They said that I was lying, and that I was only saying that because I wanted my husband to be in the same cell as us. Then, when my baby kept crying, the guards opened a small window between the cells so that I could hold him up and he could see his father's face. Once my baby saw his father's face, he immediately stopped crying. After that, the guards let my husband stay with my baby and I in the same cell. I think they were tired of the crying.

9. We were held in the second jail for two nights and endured very bad conditions. My husband and I were very worried about our baby's health – he's so small, he's only three months old.

10. The cell was very dirty. There was a toilet in the corner of the cell, but it wasn't private, it was out in the open. There were so many cameras around the cells that I was afraid to go to the bathroom because I didn't want to undress in front of a camera. I developed a kidney infection and had to get medical treatment later when we were detained at Dilley.

11. It was very hard to sleep in the cell. We were given thin sleep mats that were less than an inch thick, and silver foil emergency sheets to wrap around ourselves to keep warm. At first, the guards told my husband and I to sleep on the floor together with our baby. I was worried that the sleep mats were so small that the baby would roll off on to the cold floor. I saw a small black playpen in a nearby cell, and I asked the guards if we could use it for the baby to sleep on. Initially the guards refused, but after I kept asking, they got tired of me and gave in. Even when I was able to put him in the playpen, it was very hard to sleep. The silver foil sheets were so noisy that they kept waking up the baby throughout the night.

12. My baby drinks formula, and it's important to make sure that the water I mix with the formula powder is clean. The cell we were detained in did not have clean water – the water was visibly dirty, it wasn't clear. When I tried drinking the water it tasted terrible, and the guards laughed at me when they saw me drinking it. I asked the guards for bottled

2

water for my baby's formula, and they said no, that I should use the water from the sink in the cell. I actually had bottles of water in my bags, but the guards refused to let me use that water for my baby's formula. I had to ask the guards multiple times over several hours before they would let me use that water. My baby, like many babies his age, has to eat about every four hours – it was incredibly stressful to not have access to clean water for formula.  No one wants their baby to drink dirty water, especially when they are only a few months old and could get really sick. I was worried that if my baby got sick, that the guards wouldn't take it seriously and we wouldn't be able to get medical attention in time to prevent something serious from happening.

13.    At one point, the guards tried to get my husband and I to sign a document. My husband refused to sign the document, and so then the guards tried to convince me to sign it. I have struggled with reading since I was a young child. Although I can read a bit, I thought it was important to understand what the document said, and I asked the guards to read it out loud to me. They rolled their eyes at me and said no, that they wouldn't read it to me. They told me the document was just about verifying my fingerprints, and that it wasn't a big deal so I should just sign it. I didn't trust them, and so I said I wasn't comfortable with signing the document. Right after I said that, another guard entered the room and said it didn't matter anyway because my husband had signed the document, so they were sending us all back. The guard said that the document was a verification of removal process, and that we would be banned from entering the United States for many years if we ever tried to come back. I realized that the guard mistakenly thought my husband had already signed the document. When the guard realized that my husband had not signed the document – and that I wasn't going to sign it either – he got very upset.

14.    The guards constantly taunted my husband and I while we were detained in the cell. We did not feel safe and I was worried about my baby's health the entire time that we were held in that cell. I didn't sleep the entire time we were there because I was so worried.

Dilley Detention Facility

15. My baby, husband, and I have been detained at Dilley for 13 days. Staff have told us that we will probably be here for between 15 to 21 days. My husband's aunt and her son were transferred with us to Dilley, so they are here as well.

16. My husband and I want to have an asylum interview to be able to tell our story, but we don't know when we'll be able to get an interview. When we first arrived here almost two weeks ago, I messaged ICE on the tablets and asked for an interview, but they have not responded to me. My husband messaged ICE on the tablets as well, and after he messaged them a few times, he finally got a response yesterday that said that they will schedule an interview. We still don't know when that interview will be. We want to follow the rules and do everything the right way, but that's impossible when no one tells you what the right way is.

17. We have not received a list of available free legal counsel. We saw a flyer with pro bono legal services numbers on it, and we have called, but no one has picked up.

18. This place is a prison. There are a lot of rules here, and I am trying my best to follow the rules. It is very hard because the rules change all the time, and staff scream and yell at me if I "break" a rule – even when I don't know that such a rule existed. If I don't know what the rules are, how am I supposed to follow them? If staff change a rule and don't tell us, why are they screaming at me for not following it? It is so exhausting to try your best to follow what you think are the rules, only to be screamed at and made to feel stupid for making mistakes that you didn't even know were mistakes.

19. Dilley is divided into different units, and they each have a different color and animal name. Me and the baby are assigned to a room in the "Yellow Frog" unit, and my husband is assigned to the "Brown Bear" unit. My husband and I are not allowed to stay in the same room together and can only see each other limited times during the day.

20. The staff say that families can be together from 8 am to 8 pm, but the reality is that there aren't many common spaces where we can actually be together during the day. My husband isn't allowed in my room, and me and the baby aren't allowed in his room. It's

very hot outside during the day – so hot that sometimes staff tells us that the outside area is closed and we aren't allowed to be outside. One time we tried to sit at a table under the shade tarp, and a staff member blew a whistle at us and told us to move. Aside from the dining hall, the only other indoor common spaces are the library and the gym. At the library, staff have started kicking people out if they're not using a computer or reading a book, so it's not a place where we can just sit and be together. The gym is very loud and noisy, because kids are playing with balls, and the baby gets scared, so we can't be there either. I often end up just going back to my room with the baby because he needs a place with air conditioning – which means that we are separate from my husband.

21. I am not allowed to bring the stroller into the dining hall. That means that I have to hold my baby while I try to eat, which is very difficult, and means that I don't eat enough. At first, the staff told me that I should ask a staff member to hold my baby while I eat, but when I ask, the staff tell me that they are too busy. This morning when I went to the dining hall for breakfast, the staff member at the entrance said that I had to leave my baby's bottle of formula with her at the dining hall door because it was an open bottle of liquid, and people aren't allowed to bring in open liquids to the dining hall. I didn't understand that rule, because my baby is only three months old and he needs his formula.

22. My husband is a great dad. It's been hard for him to not be allowed to be with me and the baby as much as he wants to be – and to not be allowed to take care of the baby as much as he wants to.

23. It has also been hard because staff won't let my husband's aunt or son hold the baby. When I need to take a shower, staff tell me that I have to put the baby in the stroller and take him into the shower with me, or give him to a staff member to hold – instead of letting my own family hold him. And when I do ask staff to hold the baby so that I can shower, staff tell me that they are too busy, or too understaffed, and I have to stand and wait with the baby in the heat until a staff member is available to take him. I don't understand why I'm required to have a stranger hold my baby instead of my own family.

24. My room has twelve bunk beds in it. At first, my baby and I were alone in the room. A few days later, two women and their young children were placed in my room as well. I have been able to use the phone in my room to call family in ▇▇▇, but it is very expensive. I made two three-minute calls and the total was about seven dollars. At first, staff gave me the wrong country code for ▇▇▇, so I wasn't able to place calls for a week, but then staff gave me the correct country code. The phone in my husband's room does not work, and the phones in the phone room on his unit do not work, and they haven't worked since we arrived.

25. There is a crib that the baby can sleep in, but I worry about the young children in my room trying to pick him up at night when I'm sleeping. They are sweet children and naturally curious – they often try to pat his face, kiss him, and pick him up –and I am worried that one night they might try to pick him up and drop him. I have my baby sleep with me in my bed to make sure that he is safe, which means that usually I don't sleep very well and am exhausted during the day. We aren't allowed the turn off the lights in our room when we sleep, which makes it very difficult to sleep at night for both me and the baby. There is a big fluorescent light that shines directly on to our bed, and I can't switch it off.

26. I am not allowed to change my baby's diaper in the room where we sleep. The staff said that diapers are smelly, and that the rule is that diapers can only be changed in the restrooms (even if they are only urine). The restrooms are located at the end of a long hallway connecting the rooms in our unit. That means that if my baby needs his diaper changed in the middle of the night, I have to pick him up out of bed, walk down the brightly lit hallway, and change his diaper in the bright lit restroom. By the time I finish changing his diaper, he is wide awake and has trouble going back to sleep. Then I have to try and calm him down and soothe him back to sleep so that he doesn't wake up the other small children in our room.  The other option is to let him sleep and not change his diaper – but I don't want him to get a diaper rash from lying in a wet diaper for hours – so I wake him up to change him.

27. Another rule is that if I need to use the toilet at night, I have to bring my baby to the restroom with me. I am not allowed to leave him sleeping in bed, or with another mother in my room. If I ask the staff on the night shift to watch him, they tell me "he is your responsibility," that they are not supposed to hold him, and that I have to bring him to the toilet with me. By the time I pick him up, bring him to the toilet with me, and then bring him back to the room, he is wide awake. I started holding it instead of going to the toilet at night to avoid waking him up, which I think contributed to my kidney infection.

28. I have spoken to seven or eight other women that also have bad urinary pain and think they have kidney infections as well. They don't want to go to medical because they don't want to sit and wait for hours with their children to get medication – instead, they are just buying painkillers at the Commissary to get through the day. There is often a long line at medical – called the pill line – to get medications, and it usually takes 30 to 60 minutes every time you go there, every day. One time I went to get Tylenol and had to wait in the pill line to two hours. It is very hard to stand and wait in the heat in line with a baby just to take medication.

29. The showers and restrooms here are filthy and smell foul. It worries me to have to bring my baby in there all the time. I worry about the other little babies, toddlers, and other young children that have to use them as well.

30. When we arrived at Dilley, the baby formula that was provided was different than what he had been used to. I have noticed that his poop has gotten darker and looser since we had to change his formula, but I don't have a choice in what formula to give him. If the Commissary sold formula, I would buy it myself, but the Commissary doesn't sell baby items.

31. I have not seen or been offered a bottle sterilizer. I wash my baby's bottles myself with hot water from the sink in the pantry room. I don't have soap to clean the bottles. Staff gave me a bottle brush to clean the bottles that I share with another mother in my room who has a young child.

32. The staff change the rules a lot. For example, a few days ago, a staff member told me to only come bother him and ask for a new can of formula when the current can is completely empty and show him the can for proof. A few days ago, the can was empty so I went and asked for a new can, and the staff got mad at me and said that I should have come to them *before* the formula ran out. They were really upset and were screaming at me – I was just following what they told me to do.

33. It is especially hard for people that don't speak English to understand what the rules are and what staff are telling them to do. There are people from so many countries here that speak all different languages, and there aren't instructions or signs in their languages. I think each staff is supposed to have a personal translator device, but there have been a few times where I have seen staff refuse to use their devices to communicate with people that don't speak English, and tell people ask someone else on the next shift or that they'll use the device "tomorrow."

34. My baby was given three outfits when we arrived at Dilley – three babygros (long-sleeve onesies) and one babyvest (short sleeve onesie). One of the babygros was ruined soon after we arrived at Dilley because he had an explosive poop from the new formula. I asked for another babygro for my baby a few days ago, but staff have not given me one. I have to wash a babygro in the laundry every night to make sure that he has a new one for the next day. Like all babies, he spits up and gets messy, and it's stressful to have only two pieces of clothing for him.

35. It has been very difficult to access medical care for the baby. After we arrived, he developed a diaper rash. I have my own diaper rash cream in my bags that I arrived at Dilley with, but staff won't let me get the cream out of those bags. I waited for four hours at the medical unit for the doctors to prescribe my baby diaper rash cream. However, the medical team only prescribed the cream for seven days. When it ran out and I asked for more at the pill line, the staff put a tiny amount in a wax paper cup and told me that I should save it because I don't know how long we'll be here. She told me that "a little bit

goes a long way" and that I "have to make it last." It's a nightmare to have to beg for tiny bits of diaper cream to make sure that your baby's bottom isn't red and painful.

36. Today, staff gave me one diaper for the day, and told me that I have to go back to staff to get more diapers later if I need them. It's very stressful to not have enough diapers for my baby. There is another mother here with a young girl, she's maybe five or six years old, and she needs diapers – I think she might have special needs or a medical condition. I saw this mother ask staff for diapers, and staff made fun of her for asking. One staff asked another "can't we just refuse to give her diapers? Her kid is five." And the other staff member responded "well, no, we can't refuse her diapers because then it'll come up that we refused to give her diapers and we'll get in trouble." I don't understand how staff can treat people this way, these are all God's children. It's so hurtful. I'm Catholic and I prayed for the mother and her child last night.

37. It has also been difficult to get baby wipes for my baby. For example, a few days ago I had only two wipes left in my wipes packet, and my baby had just had a big poop. I asked a staff member for more wipes, and he told me that I had enough. When I told him I only had two wipes left, he told me that I had to come back to him and show him a completely empty packet to get more wipes. I ended up having to clean my baby's bottom with wet toilet paper because two wipes weren't enough. When I went back to the staff member with the empty packet of wipes, he brought out a new packet of wipes but then removed half of the wipes from the packet before he gave it to me.

38. I wish that I could buy my own diapers, diaper cream, and baby wipes at the Commissary so that I didn't have to beg for these items from staff or be stressed about having them when my baby needs them, but the Commissary doesn't sell baby items. We packed many baby items in the bags that we arrived with, but staff won't let us use them.

39. It is scary, exhausting, and overwhelming to be refused the basic things that I need to care for my baby. Like all mothers, all I want is for my baby to be safe and healthy – but in this place, that feels impossible.

9

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 5th day of June 2025, at Dilley, Texas.

[Name: ███████████████]