# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 23 years old.  I am from ████████. I speak Spanish.

3.     I have been detained at the Dilley facility with my 5-year-old son, ██████ for six days.

4.     We've been in the United States for about a year. We were arrested after police in Ohio pulled us over while we were on a family vacation. That's how we ended up in this immigration facility.

5.     My son was traumatized by the interaction with the police. They pointed their guns at us and treated us like criminals for no reason at all.

Immigration Detention in Ohio

6.     The Ohio police must have called ICE. Immigration agents took my son and I to an office building in Ohio. We had to stay in a tiny room in that building for five days.

7.     Staying in that room was horrible. It was not suited for children. It felt like it was for prisoners. There was a very narrow mat against the wall we had to sleep on together. We had to sleep on scratchy plastic that irritated my skin.

8.     The room had no windows to the outside. We couldn't tell whether it was day or night. There was a large window that looked out on the office space and agents working on their computers. All the agents were men.

9.     The room had a toilet that was completely visible to anyone walking by the room. We could only go pee because it was so uncomfortable to go to the bathroom within the view of all those men.

10.     There was no soap at the sink in the room.

11.     It was four days before my son or I could shower or change clothes. They didn't even let my son change his underwear. Now he has a rash on his penis that I think is because of that.

1

12.    When they finally brought us to the shower, it was like a bathroom for employees who work in the building. That was the first time we could brush our teeth, too.

13.    I was so upset that my son was being treated like that. ███████ kept asking when we were going to leave, and I was crying every day.

14.    My son couldn't sleep. He woke up so many times because there was an extremely bright light on the entire night.

15.    There was no one to talk to and nothing for my son to do for five days inside that room. All he had was one coloring book.

16.    They didn't let us make any phone calls. They could have done anything to us or sent us anywhere and no one would have known. It was quite a few days before anyone knew what happened to us.

<u>Dilley facility</u>

17.    I've been here for six days and was able to make my first phone call at Dilley the day before yesterday. At first, I asked for a call and the staff said "Do you have money?" I said no. They said "How do you think you're going to call?" The staff keep repeating: "If you don't have money, you're not going to have calls." I don't know how I could get money on my account if I can't call anyone to ask them to put money on it.

18.    It's really hot in our room here. ███████ has complained a lot because he's sweating all the time.

19.    Here at Dilley, we cannot drink the tap water. The tap water smells so horrible and it looks white and dirty. But you have to buy bottled water if you don't want to drink the tap water. ███████ hasn't drunk any water. He's only drinking things like juice at mealtimes. This interview, when I was given a free water, was the first time I've had water here and I've been here for six days.

2

1   I declare under my duty to tell the truth and penalty of perjury that to the best of my

2   knowledge, all the information I have here given is correct and complete and I understand

3   the legal consequences of testifying falsely to the authorities. Executed on this __2__ day

4   of __May__ 2025, at __Pilley, Texas__.

5

6

7

8   N

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERPRETATION

My name is ___Rachel Smith___ and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: ___May 2, 2025___        _____