# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 38 years old. I am from ███████. I am ███, but on my passport it is written ███████.

3. I speak ██████.

4. We walked across the border as a family, with my four kids. Border Patrol came to us and asked us to wait for an hour outside. They checked our passports, took our pictures, put us in a car and took us to Arizona. They took our pictures and fingerprints there.

5. I came here with my four kids, the oldest son is 19, ███████████, my daughter is 18, ███████████, my son 12, ███████████, and my daughter is 8, ███████████. My son who is 19 was sick. My daughter who is 18 is pregnant and she was throwing up while crossing the border.

6. In Arizona, they separated me from my older two children. I was in a room with my youngest two but didn't know where my 19- and 18-year-old were. I believe they were staying in a separate pod because they are not minors.

7. They gave us an interview with me and my 12- and 8- year old. I asked about my two older children but they told me that they are over 18 so they would not be able to join my interview. The interview was about an hour or an hour and a half. I am desperate to know where my children are and if they are ok.

8. We were there three days and then about 10 days ago, at 3:30am they took us to this facility in San Diego. But my 19-year-old and 18-year-old were not with us, after we were separated from me in Arizona and I have not seen them since. I do not know if they are in this facility or in Arizona or have been deported, I know nothing about where they are.

9. I have been here 10 days, they won't tell me where my kids are, if they are ok or if they are even in this facility. They won't allow me to make a call, my husband and sister are here in the U.S. and they need to know where I am and if our family is ok. My children are worried about me and they are worried about their siblings. They are terrified about what happened to their siblings and what will happen to them.

10. I am unable to speak about what it is like here, about my children's experience, or even think about it because I am so desperate to know where my older children are. They are still teenagers.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this __7__ day of __March__ 2025, at __SD SSF__.

_██████████████_
[Signature]

_██████████████_
[Print Name]

## CERTIFICATE OF TRANSLATION

My name is Sarah Kahn and I swear that I used the Jeenie translator service to translate the foregoing declaration from English to ▮ and that the interpreter affirmed that they were fluent in English and ▮ and had faithfully translated the foregoing declaration.

Dated: March 7, 2025

[Name]

