# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 28 years old. I am from ▮ I speak Portuguese.

3. I was apprehended by Border Patrol agents Tuesday February 11, 2025. That day, I crossed the border near San Diego in a group of 6, including my 7-year-old son ▮, my partner ▮, and my father, who is 52 years old. We came to a place in the United States that was blocked by a fence where there were some provisions, and we waited for Border Patrol.

4. Border Patrol came after a few hours and brought us to the tent facility a short drive away, which I am told is called the soft sided facility. They confiscated our property, passports, and phones, and they took our fingerprints. They have not given us any paperwork.

5. We have been detained here for two days. I am being held in the same room with my son and about 35 other mothers and children. We are being held separately from ▮ and father, who were taken to another room. This has been very difficult for ▮. His grandfather is one of ▮ closest caregivers, and he asks for him constantly.

6. ▮ has been diagnosed with autism and ADHD. We have medication that we provide him for it – Risperidone, Fluoxetine, and Melatonin – which he has been on for about four years. They help calm him down, and they also help with his appetite. When he has not been on his medication, he does not eat well and is very anxious.

7. When we got here, they brought us to a doctor, but the doctor only checked to see if we had a fever, not to treat my son. I gave his medications to the doctors, but they have not given them to ▮. I have asked so many times but they will not give it.

8. Without the medicine, ▮▮▮▮ only eats the chips here. I told them he only eats the chips and the medicine will help, but still they refused to give it to him.

9. We have papers to prove his medical condition, but I don't think they believe us. I explained this to the doctors, but they said they do not need to see that now. The papers are in my bag, which the agents have in their custody.

10. I am very worried about ▮▮▮▮. It is hard for him to eat here. They bring food about 3 times a day. We have had tortillas, apples, carrot, apple juice, and one time a sandwich with just lettuce and tomato. The tortillas are the only things that have been warm. ▮▮▮▮ has not wanted to eat any of it. The longer he is not on his medication, the less he is going to eat because the medication helps his appetite.

11. I am especially worried because I have seen women with children in here who said they have been here for 30 days already. One had 3 children. So I am very worried about ▮▮▮▮ being off his medications for that long.

12. Where we are held, agents in green and black uniforms sometimes look in the window to check on us, but not that often. They open the door only to tell us to leave for cleaning or to eat or to call someone out.

13. Sleeping is very difficult here. We sleep in a crowded room on thin mattresses on the floor. But the lights are on all the time. They dim it a little bit for a few hours, but it is still very bright and makes it difficult to sleep. They also clean the room at midnight and again at 6am. When they do that, they wake us all up, including the children, and make us go to a different room while they clean. I am grateful that they keep the room clean, but it makes it difficult for ▮▮▮▮ to sleep. And then when he finally sleeps again, the process starts again at 6am.

14. The temperature is ok during the daytime, but in the night time it is very cold. They give us thin metal blankets, but no extra clothes.

15. Agents have not told us anything about what would happen to us or our rights. We have to rely on other detainees who have been here longer to have any idea what might happen.

16. I thought we would have access to a phone. I thought that was our right. But a detainee who had been here for ten days said they would not allow it, other than when we were going to be deported or released. She must be right, because I have not been allowed to use the phone yet.

17. They have not given us any clothes here. A Colombian woman who has been here for a few weeks told me they will clean your clothes only if they are dirty, but they will not give you new clothes.

18. Other women who have been here a long time also told me they will only give us showers once per week. Yesterday was the shower day, and we were able to shower. The showers were in stalls, but first they took us to a room where everyone had to change in front of each other, it was so embarrassing. At first, they tried to say that ▮▮▮▮ had to shower alone because he was a boy. But I told them about his condition and that he would not be able to do it alone. I had to plead with them, and finally they let me stay with ▮▮▮▮ while he took his shower.

19. The bathrooms in the cells are stalls, where people can see your legs. The doors close for privacy.

20. There is a television in our cell, but it is always on mute so the kids don't really pay attention. There are no toys in the cell. The kids sometimes jump around on a bench, but then the guards will come in and yell at them to stop it and yell at us to control our children.

21. Once a day, for only about 20 minutes, the agents take us to another room where the kids can play with toys or color on paper. There are not enough toys for everyone, and the kids sometimes fight over them. And then when they take the toys away after twenty minutes, the children get very upset.

22. It is very difficult for ▮▮▮▮ to socialize with the other kids, both because of his condition and because he does not speak their languages. It is very hard for him.

23. There are windows from our cell into the main building, but no windows to the outside. We do not see the outside, and they do not ever take us or the children outside for outdoor recreation.

24. After they separated us from ▮ and my father when they brought us here two days ago, we were not able to see them again until last night. I did not know if I had a right to ask to see them. The agents did not tell us anything about our rights or our families. But other women in my cell told me I could ask, so I did and that is how we were able to see each other for the first time. We were brought to another room where there were other families, and we were allowed to stay there together for only around 20 minutes.

25. ▮ told me he asked a guard to use a phone, and they said no and told him he did not have that right.

26. ▮ also told me he was held only with about 20 other men, no children.

27. I was able to see ▮ again when we were called for this interview, and he informed me that agents called my father from their cell last night and took him. They did not say where. He has not been brought back. We do not know where he is. ▮ is distraught not knowing anything about it. I don't know how I will tell ▮.

28. When we got to this facility, after some hours inside the room, a guard wearing a black and green uniform came and told me aggressively to sign paperwork to be deported to ▮ I said I did not want to sign, but he said it did not matter because we would be deported anyway. He never gave me the paperwork he asked me to sign.

29. We are fearful to return to ▮. A family member was murdered, we were threatened, our lives were in grave danger. But the agents did not ask us if we were fearful and did not give us the opportunity to explain our fears. We rarely see the agents in green so there is not much chance to tell them.

30. ▮ said that when told him to sign his deportation, he told them he wanted to ask for asylum and was fearful of return, but the agent told him there is no judge in the United States granting asylum right now.

31. We have evidence for our asylum claim, like police and medical reports, but it is in our confiscated property.

32. No agent has given us a list of lawyers we could call.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 13 day
4  of January ~~2024~~ 2025, at Soft Sided Facility, San Diego

[Name of Class Member]

## CERTIFICATE OF INTERPRETATION

My name is  Lucas Costa   and I swear that I am fluent in both the English and Portuguese languages and I interpreted the foregoing declaration from English to Portuguese to the declarant to the best of my abilities.

Dated: February 13, 2025