# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**I, ███████████████████, declare as follows:**

**Background:**

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 34 years old. I am from ███████. I have twins who are three years old, almost four, ███ and ███. They were born in ███████.
3. I speak Spanish.
4. I have been here at Karnes for about 2 weeks.

**My Experience Before Karnes:**

5. I crossed the Mexican-U.S. border almost 4 years ago now, with my twins and their dad. This was in Texas.
6. We were in a CBP facility, but I don't know the name. We were outside for about one day, then we entered the facility for one day. Then, they moved us to another facility.
7. We went to San Antonio – and then Houston. We didn't want to end up in Houston long-term, but some Cubans helped us to find an apartment there and we lived there for awhile.
8. In February of this year, I took my kids and we went to Vermont. I was at the Canadian border, at a part where they said the crossing was. We ran into U.S. immigration officials; they asked me why I was crossing. I said to gain asylum in Canada.
9. First, we were in ICE detention in Vermont, then a facility in New York, then another place in New York. We were in the New York facilities for 15 days total. Then we took a plane to Detroit and then from Detroit to McAllen.
10. In McAllen, we were there for about 2 weeks. Then, we came here to Karnes.

**New York Facilities:**

11. In New York, it was very enclosed. We didn't see the sun. It was freezing.
12. I asked the workers to warm up the milk for the twins, and they told me no.
13. The room was as big as the room we're in now; just for the 3 of us.
14. I was very afraid because the twins got a cold, a bad cough.
15. They yelled at me "fucking bitch, shut up!"
16. They treated us like animals. The prison was being paid to have people.
17. I saw kids there who were less than a year old. I saw pregnant women.
18. I saw young kids with depression.
19. My kids could hear the chain of the handcuffs on the floor from down the hall; they'd shake their heads, cry, and put their hands over their ears. They'd say mom they are going to kill us.
20. It was a prison.
21. I also went to a hospital in New York because my heart was going too fast.

**McAllen Detention Center:**

22. McAllen was equally as terrible for us.
23. A staff member grabbed me and scraped me. I still have a scar.
24. The staff told us we were criminals; they said you can ask your God to save you, see if they exist.
25. They were hitting me with a baton on the shoulder. They hit me repeatedly because I was praying out loud with my kid, and they said I had to be quiet.
26. The food was horrible; it was old. My kids went more than a month with diarrhea and vomiting.
27. My twins kept telling me "mom they are going to kill us; we are going to die." I fear they will never recover.
28. I also had a horrible panic attack in McCallen. I couldn't move. They had to give me medicine. This is why they moved us here, to Karnes. They said after the panic attack

2

and the baton incident they had to move us because if we stayed – there would be problems there.

29. Staff yelled at me in McAllen "you're in my country now, you have to do what I say."

30. For 10 days there, I didn't eat anything. They just gave us raw and cold tortillas and ham that had already gone bad. I couldn't eat that, and my kids couldn't either.

31. They tried to force me to feed the twins formula, but they don't drink that anymore. They're almost 4 years old, they're too old for that.

**Karnes Detention Center:**

32. When we came, we saw a doctor very briefly; but it was just a check-up, nothing more.

33. They told me my twin boy would see a doctor for his autism, but they still haven't seen anyone. Both of my kids have autism, but my son has it a bit worse.

34. Our room is very, very hot; you don't feel the air conditioning here. I asked if we could get a fan, but they said no. Also, I am in sweatpants the whole time, they have not given any of us shorts to wear.

35. We don't share a room with another family. My son bites, he hits, he pulls out his hair. My twins are not good with any changes and with the lights and noises. This place has made him aggressive, so it's best to not share.

36. The staff yell at him, and he always has to cover his ears. I have asked them to not yell and not turn on high lights in his face, but they still do it.

37. When I ask the staff, they don't do anything. The guards are right outside our room with their walkie-talkies, and we can hear everything they say on it all night long.

38. The kids sleep basically all day, they can't sleep at night.

3

39. The clothes smell really bad. When you wash it, somehow it smells even worse. They keep giving us very skinny and tight clothes, which my kids do not like. They prefer loose clothing.
40. The towels are all black with dirt. They were white before, but I don't know when they were white.
41. All the food is the same here; there basically are not any differences for the toddlers.
42. My kids are very hungry.
43. They just drink a lot of chocolate milk, which isn't good for them.
44. Sometimes there is chicken; usually there isn't. Only one time we got a hamburger. Usually there is no meat. They are not eating a lot.
45. I am nervous what we will do because it is almost time for the kids to start kindergarten, and they receive no education here.
46. There are never activities for the kids.
47. We cannot go to the library. We have to ask and get an order to go, and this takes a long time.
48. Only once, I could use the phone over the past 2 weeks. I can't look at my phone to get the numbers, though. They only let me use it for 1 minute, that was it.
49. No one has told me anything about leaving or how to leave here.
50. I have not spoken to any attorney; no one told me I could call a free attorney.

1  I declare under penalty of perjury that to the best of my knowledge, all the information I
2  have here given is correct and complete. I understand that I have to tell the truth in this
3  declaration and the legal consequences of testifying falsely to the authorities. The
4  interviewer read the declaration to me and everything in it is true and accurate. Executed
5  on this 26 day of March, 2025, at Karnes ICE, Texas.

CERTIFICATE OF TRANSLATION

My name is _Katherine Johnson_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 03/26/2025                              _Katherine Johnson_