# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, █████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 28 years old. I am from █████.

3. I speak █████.

El Paso CBP

4. March 20, 2025 I walked across the border with my two sons, who are one year old and just a few months, █████████ and █████████. About five minutes later immigration came and picked us up.

5. They drove us to a border patrol station in Texas - El Paso Station.

6. I was in CBP for one month. It was too long, any time there is too long.

7. It was extremely cold. My sons both got sick there because it was so cold. They did not allow us extra clothes for the kids. We had only aluminum blankets.

8. We got only five minutes on the phone per day.

9. We were in a large room with other families. Every day families came and left.

10. Officers were usually outside the room. They didn't interact with us very much. They didn't tell us anything about our case, how long we would be there, or what would happen next.

11. The lights were on all night, they never turned off. We spent these days inside without even seeing the sun.

12. We would go a week without being allowed to take a shower. We had to go together to the restroom facilities. We had to be escorted to the restroom and wait for the guards.

13. There was shampoo for our hair but no soap.

14. There was nothing for the kids, no games or toys.

15. They never told me that I could get a lawyer. I tried everything, I asked them if I could call a lawyer and they would not allow me to.

1

16. I had an interview on the phone, but I never heard anything after that. Before the interview and even to this day I have had no opportunity to speak to a lawyer.

17. Finally, after a month there, we were taken here. They told me they were transferring me but they didn't tell me where they were taking me or what would happen.

Dilley Family Detention

18. I have been here 10 days.

19. We are three families in a room. Compared with CBP it is better, but it is still extremely difficult.

20. I have not been able to call a lawyer since I arrived here. They haven't told me anything about what is happening or what to do about my case.

21. The telephone here costs money and I did not come with money. I don't know whether we can make any calls for free.

22. I am seeking asylum because my life and my children's lives would be in danger in ▮▮▮, but I do not know how to report that I need asylum. I still don't know what's happening to us. I am afraid, most of all for my children.

1  I declare under penalty of perjury that the foregoing is true and correct. I understand that
2  I have to tell the truth in this declaration. The interviewer read the declaration to me and
3  everything in it is true and accurate. Executed on this ___1___ day of __May__ 2025, at
4  Dilley.

[Signature]

[Print Name]

# CERTIFICATE OF INTERPRETATION

My name is  Fatoumata thiam   and I swear that I am fluent in both the English and ▮▮▮ languages and I interpreted the foregoing declaration from English to ▮▮▮ to the declarant to the best of my abilities.

Dated: May 1, 2025                    _____