# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 15 years old. I am from ▮▮▮▮▮.
3. I speak ▮▮▮▮▮ and some English.

Entry

4. We lived in the U.S. for about a year and a half in California.
5. My brother and sister-in-law and much of my family is here in the U.S.
6. While driving to Texas from California for a funeral, we ended up at a border patrol check point in New Mexico and we were stopped.
7. They asked to pull to the side and our car was taken. They provided us some papers and drove us to El Paso. We were in a CBP immigration detention in El Paso for three weeks.

EL Paso CBP

8. It was freezing cold in the detention. My younger siblings and I were freezing. We could not get a sweater or anything to keep warm. We were given only an aluminum blanket.
9. We were in a room with many people. We could see some of the rooms from the hallways. One room had about 120 people, one had about 80, and our room there were about ten kids.
10. The windows faced only in. We could see each other but not the world.
11. We were never allowed outside. We did not see the sun for three weeks. Once a week for twenty minutes they took us to a small cement yard surrounded by chain fences. They never turned the lights off. They were on every night.
12. The food was horrible, we ate mostly chips. When I was eating a burrito my mouth went numb. I found a ground tablet in the food. I believed that they were placing some kind of medicine in the food. It tasted horrible, like poison.

13. They separated us from my mother; father and my youngest sibling, ▮▮▮▮ who is 10, were together. I was with my middle brother, ▮▮▮▮ who is 12.

14. The conditions were unbearable.

15. We were allowed only twenty minutes every five days in a freezing room to see each other.

16. We were treated horribly. We were kept closed up indoors, it was horrible.

17. They would not speak to us. If we spoke to an officer, if we asked for water or to see our family, if we asked for a phone call or lawyer or even to know what was happening, they would shut the door on us.

18. They were aggressive, they were so disrespectful, like we were not people.

19. We got a call, but only for a few minutes, sometimes they would stop us after two minutes.

20. There was no privacy in the restroom, the door was not full, only a half wall, so you could be easily seen.

21. They never told us anything; they didn't tell where we were going, what would happen. We were afraid and felt hopeless there.

Dilley Family Detention

22. We have been at Dilley 21 days. We want to know when we will be released. We have heard some rumors about families being released but no one has told us anything.

23. I sleep in the room with my dad and my younger siblings with my mom.

24. When we first got here, we got one call for five minutes. After that, we have to pay for each phone call. We are lucky because our family gave us money for calls.

25. We were able to speak with a lawyer after some time here.

26. My father is diabetic. He also has a heart problem. I had a doctor's appointment to treat my asthma in LA, but I have missed it. They allow me to use an inhaler but it is not helping. I have been in immigration detentions for almost two months now.

27. We spoke to the doctor here and we go every day for medicine. There is some medical care here, but we need to get to a doctor outside this facility, for better long-term care.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 2 day of May 2025, at Dilley Ice.

████████████
[Print Name]