# EXHIBIT 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▊, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 30 years old. I am from ▊. I came with my two sons ▊, who is 6, and ▊ who is 4. I came also with my one-year-old daughter, ▊, who is with my wife ▊ in the facility in another area.

3. I speak ▊

4. We crossed the border on foot. My wife is six months pregnant and we went to border patrol to turn ourselves in. They brought us here. They took our documents and belongings and drove us here.

5. We arrived at this facility April 20 or 21, 2025. We have been here about 10 days.

6. I was separated from my wife and daughter and we were taken to the male hall with only my sons. We have mats to sleep on, no pillows, and only aluminum blankets for warmth. The rooms have hard walls, like cement, and there is a window facing the hall but you cannot go out or see the sun. We are never allowed to go out.

7. The children keep telling us, "This is not America." They feel imprisoned and confused. They are seeing the sun for the first time in this interview room. They both ran to the window and stared out, and my son asked, "Is that America?" They sometimes dim the lights in the room at night but the light in the hall always stays on. The lights staying on when we cannot see the sun outside is especially disorienting and upsetting for the kids, sometimes we do not even know whether it is day or night.

8. My wife is in the women's area with our daughter. There are more families where she is but there are no families in the male hall with us. I miss my daughter whenever she is away. I feel so lucky to have such a beautiful daughter and I wait for the times when I can see her.

9. We are able to be together only one hour each day in a common area. There are other families there too and we don't have any privacy to speak. We don't have much time together. Otherwise we do not see them. I wish that we were together. It is very difficult for the boys because they are separated from my wife and difficult for my daughter to be away from me. My son is crying every day.

10. We are able to shower and brush our teeth once in the morning.

11. The restroom does not have a door, just a curtain, it does not feel very private.

12. There is no soap to wash our hands.

13. The food is unfamiliar to my children so sometimes it is difficult for them to eat.

14. We can make a five minute call after our shower. The staff escort us to a booth in the hall. They wait outside while we call. They never gave us a list of free legal services or told us we can call a lawyer.

15. Day by day it is affecting our minds to be here. We just need to get out of this place for my kids, and to start our life.

1 | I declare under penalty of perjury that the foregoing is true and correct. I understand that
2 | I have to tell the truth in this declaration. The interviewer read the declaration to me and
3 | everything in it is true and accurate. Executed on this 30 day of April 2025, at
4 | Ursula CBP.

[Signature]

[Print Name]

## CERTIFICATE OF INTERPRETATION

I, Yalda, am competent in both English and ▇▇ and certify that I interpreted the above statement, Declaration of ▇▇▇▇▇▇▇▇▇, in ▇▇ to the declarant before he signed and that my interpretation was true and accurate to the best of my abilities.

_____    April 30, 2025
Yalda                        _____
                             Date

Jeenie Interpretation Service

1816 Redwood Terrace NW

Washington, DC 20012