# EXHIBIT 19

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 32 years old. I am from ▮▮▮▮▮▮.

3. I speak ▮▮▮▮▮▮▮▮▮▮▮.

4. I was apprehended by Border Patrol agents on or around April 2, 2025 near San Ysidro, California. My three children and I walked through a sewage tunnel under the border barrier and into the United States. We immediately found authorities and surrendered ourselves.

5. When Border Patrol agents found me, I was with my three children, ▮▮▮▮▮▮ (age 12), ▮▮▮▮▮▮ (age 11), and ▮▮▮▮▮▮ (age 5). The officers took my children and I directly to the Chula Vista Station where we are currently detained.

6. When we arrived at this facility, we were still covered in sewage, including feces and urine. Officials took our fingerprints and took away our documents before we were allowed to shower.

7. We were given clean underwear, sweatshirts, and sweatpants, but the clothing was too big for some of my children. The officers cut the legs of my son's pants shorter to fit, but his shoes are still too big for him. We have not been given a change of clothes in the last eight days.

8. My children and I have been detained at the Chula Vista Station for approximately eight days.

9. There are about three other families with children here. We have been here the longest. Some people come for only a day and then are taken away.

10. We are kept together in a locked room with the other families. There are no windows, only a small window in the door to the hallway. For the first few days we were

here, they did not let us outside at all. In the last few days, we have been allowed outside for no more than fifteen minutes at a time.

11. I have not been told anything about where I am or why I am being held here. I have asked how long we will be held here and what will happen to us, but the officers do not tell me anything.

12. Yesterday, an officer asked if my children and I would accept deportation. He told me that if I did not accept deportation, that my children would be taken away. He said that we could be kept here for a very long time, and that they would send me back to ▮▮▮▮▮▮ on a dangerous plane. I told him that I was scared and that I wanted to seek asylum, but he ignored me and walked away.

13. We do not have any hand sanitizer or soap to wash our hands. We do not have any towels to dry our hands either.

14. There is only one toilet that we all have to share with the other families. There are no doors on the toilet, so everyone can see you using the bathroom. It is completely humiliating. My older children are having a hard time using the bathroom because they are embarrassed. There are beds right next to the toilet, so the other people get bothered when we have to use the toilet at night.

15. It is always cold in the room. They gave us aluminum blankets and clothing but it is still always cold.

16. We have been allowed to shower only three times in the last eight days. I shower together with my daughter and youngest son, but my older son has to shower with an older boy from another family. They rush us every time we are allowed to shower and tell us we have to hurry up.

17. We do not have any way to brush our teeth in our room. They only give us toothpaste on days that we shower, and we do not get a regular toothbrush, just an attachment.

18. We have to eat in our room. The food they give us is disgusting. They serve hamburgers for breakfast and dinner every day, and they are inedible. My children cannot

eat the hamburgers, so they just eat crackers and salty snacks instead. I have headaches from the food and my children are suffering from stomach aches because they are not eating enough. We told a doctor about these problems, but he just gave my children electrolytes and told me to drink water for my headaches.

19. We sleep on metal beds with a silicone mattress. We have aluminum blankets that make a loud noise every time someone moves, so it is impossible to sleep. The officers here often come into our room to talk to someone or do something, and they keep the lights on all day and night, so it is never dark. My children and I are not sleeping enough because it is so difficult to fall asleep.

20. My children are deteriorating psychologically. My son has started hitting himself in the head and complaining of boredom. My daughter is always crying. I am very scared that my children are going to hurt themselves.

21. I have a prescription for psychiatric medication but I am not taking it, because I do not think it would be effective in this environment.

22. There is nothing to do in the room where we are locked up. The children have no toys. Only in the last couple days have people started coming to talk to the kids and take them outside for small periods of time. My children are always bored and are upset because we do not know what will happen to us.

23. We have not been allowed to use the phone even once since we arrived here eight days ago. I have asked multiple times to call my husband who lives in the United States, but the officers always say no. I asked if at least my children could call their father, even for one minute, but the officers refused.

24. We do not understand English, so we often have to communicate with the officers here in sign language. When we were first apprehended, I told the officers that my children and I needed to seek asylum. Nobody has asked me if I am scared to return to ▮▮▮▮▮▮▮ or any other country. Neither my children nor I have received a fear interview.

3

25. I have not been provided with a list of attorneys, or any way to contact an attorney. I have not been given any documents or any explanation of my rights.

26. I have not been told anything about what will happen to me or my children.

27. I want to reunite with my husband inside the United States so that my children can be with their father again.

28. I do not want any family with children to ever have to come to this facility. All of the children here are crying all of the time. Nobody is doing well here.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 10 day of April 2025, at Chula Vista.



CERTIFICATE OF INTERPRETATION

My name is *Mahmut Kobaner* and I swear that I am fluent in both the English and ▮▮▮▮ languages and I interpreted the foregoing declaration from English to ▮▮▮▮ to the declarant to the best of my abilities.

Dated: April 10, 2025          *Mahmut Kobaner*