# EXHIBIT 21

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am sixteen years old. I am from ████████.

3. I speak ██████, Russian, ██████, and some German and English. I learned English at school in my country. ██████ is my best language, but there was not a ██████ interpreter available so I am doing this declaration with the assistance of a Russian interpreter.

4. I was apprehended by Border Patrol agents about eight days ago with my mother and my two younger siblings. We had just crossed through some disgusting water that smelled terrible in the middle of the night. It might have been sewage, I am not sure what it was. On the other side of the water, we found immigration agents and my mom told them we were seeking asylum. They told us to "shut the fuck up" and that asylum had been canceled by President Trump and that there would be no asylum for five years. They handcuffed my mom and they ordered us into a car and took us to Chula Vista detention center. We were still soaking wet and dirty and cold and stinky. We had been waiting in Mexico for many months for our CBPOne appointment, but the program got canceled.

5. After we got to the detention center we were given clothes, but they didn't fit. My little brother's shoes are too small and my little sister's shoes are too big. They gave us some burgers and they took our fingerprints and took our passports and then took us to a place to sleep. The sleeping place was actually a prison cell. It is very, very cold. There is no door for the toilet, and the floor is very dirty. It's very embarrassing to not have privacy to use the toilet.

6. For water to drink, there is a very dirty water container with a strong chemical smell. They told us this was the water we had to drink. My mom told the officers she was scared for us to drink this water because my brother has stomach

problems. I asked for different water, because I could see bottled water and juices, but they won't give it to you if you ask. A boy from another family said the water was making him sick and the officer told him that that wasn't his problem. The officers are very rude. They talk in English thinking we can't understand the rude things they say, but I understand a lot of English so I can understand what they say. I heard one officer say about us "they smell like shit," and another officer responded "they are shit." For the first four or five days they didn't let us leave the cell. There is trash everywhere, and they made my mom and the other adults clean up trash. They wouldn't let us have any of our belongings, even five days they wouldn't let me mom have her contact lenses or glasses.

7. When I got here I had tonsilitis and my tonsils were very swollen and painful. The doctor only gave me some ibuprofen and told me to drink water. My tonsils still hurt me. They just said to see a throat doctor when I get to where I'm going, once I'm out of this place. My little brother has a stomach problem that requires medicine, and special foods but he can't have either here. He has started to get diarrhea because of it.

8. I asked to call my father who is in the United States and the officers said no. I said my mental health was suffering and I needed to talk to my dad but they didn't care. They treat us like we are not human beings. I still haven't been able to speak with my father since we've been here.

9. When my mom told them we're not criminals, we are just seeking asylum, they screamed at her and told her she's a criminal.

10. I have been detained at Chula Vista for eight days. They haven't told us how long we will be here or what will happen to us next. There are about three other families with children here. There are no toys in the cell, even though we asked for some, the officers told us it's not allowed. All we have to play with is trash, but the officers shout at us when we try to play. The cell is very disgusting and I don't like it.

11. For the first five days we were here, they offered to let us take a shower, but it was in the middle of the night at eleven, one and two AM and the showers were cold,

2

so we didn't take them because we were sleeping. Only in the last three days have we been allowed to bathe at a normal time. We can't play. We just sleep, eat, cry and wait. My mom tries to keep us occupied, but there is nothing for us to do. Even though we asked for our own toys from our backpacks, they won't even let us have those.

12.  There is a poster in our cell that says we have the right to call a lawyer or a consul or a family member. So I asked if I could make the calls, and the officer said that if I were by myself, I would have that right, but since my mother is here I don't have any right. We have not been allowed to use the phone, my mother and I both asked and they refused. They said the only phone call we can make is to call the consulate for voluntary deportation. They haven't given us a list of lawyers and no one told us we can have a lawyer. My father has a lawyer but we haven't been able to contact him to even let him know we're here or that we are alive.

13.  It's very cold in the cell. They give us an aluminum blanket but it is not enough to keep us warm. We just have a thin mat to sleep on bunks. It's very hard to sleep. The aluminum blanket is very noisy and rustly and it wakes us up. The officers shout at us to wake up to check our bracelets in the middle of the night. They leave the lights on all day and night, so it is very hard to sleep.

14.  They gave us disposable toothbrushes the first couple days, but after that they stopped and we weren't able to brush our teeth. There's no soap in the cell to wash our hands after we use the bathroom or before we eat. For the first five days they didn't let us change our clothes or leave the cell. In the last three days, they let us go outside a couple times to a small fenced yard that feels like it's for criminals and they gave us some pencils to draw with.

15.  We have the same meals every day—a burger in the morning and in the evening and a burrito for lunch. My little sister refused to even eat today because the food is so bad.

16.  My mom started having problems with her heart and having panic attacks, the government finally gave her some pills after many days. It is scary for my little

3

siblings and I to see her like that.  My little sister tries to make her feel better by giving her a hug when she is feeling sad.

17. My mom tried to ask for asylum and they told her asylum is over.  She had some kind of interview yesterday about her fear of return to our country.  They told her to sign some papers but she refused.  They did the interview in Russian even though her best language is ▓▓▓▓.  We do not know what will happen next.

18. I want to give this declaration because if there is a chance I can help other kids like me, I want to do so.  When I grow up I would like to be a diplomat.  I like international relations and I would love to travel all around the world and use the different languages I know.

1  I declare under penalty of perjury that the foregoing is true and correct. I understand that
2  I have to tell the truth in this declaration. The interviewer read the declaration to me and
3  everything in it is true and accurate. Executed on this 10 day of April 2025, at
4  Chula Vista.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is ___Igor Musiyuk___ and I swear that I am fluent in both the English and Russian languages and I interpreted the foregoing declaration from English to Russian to the declarant to the best of my abilities.

Dated: April 10, 2025               *Ігор Мусіюк*