# EXHIBIT 22

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 28 years old. I am from ████████.

3. I speak Kazak, Russian, and a little bit of English.

4. I am currently detained in the Karnes Immigration Center with my husband and my two-year-old daughter, ███████. We arrived here almost two weeks ago on March 13, 2025.

5. We entered the United States around January 28th. When we were at the border, they told all of us we were going home. They said there is no more political asylum.

6. We were detained at the border for 42 or 43 days at a facility that I think was called Otay Mesa. There are two other families at Karnes who were at the border with us. I believe the rest were deported.

Family Separation at the Border

7. During the 42 days we were detained at the border, my daughter ███████ only saw her father, my husband, two times. The first visit was only 15 minutes long and the second visit lasted 30 minutes. We asked for more visits, but the officers said they weren't authorized to give us more visits.

8. Where we were detained, there was another mother with children who were separated from their father. One child was around 5 years old and was autistic. The child was crying and screaming so loud all the time and it was hurting our ears. The agents let that family have more visits with the father than we had. I think they had more visits because the mother had two kids to take care of.

9. ███████ was crying all the time because she was missing her father. She would wake up at night and cry and it was hard to get her to calm down.

10. Since being separated from her father, ███████'s behavior has changed. She used to speak a lot before, and now she's not speaking anymore. She previously used five or

six words, like "mom" "dad" and "yes," but now she doesn't talk at all. Her behavior is more aggressive than before. She starts screaming over small things more than she used to, although slightly less often than she did when we were at the border.

Conditions at the Border

11. Being in the border facility with my daughter was worse than being in a jail. There were 23 women and children in one room with no windows. It was so crowded that we couldn't even step forward or backwards.

12. We spent all 42 days in that same place. We didn't see the daylight. We only went outside when we went to the different place where the showers are.

13. It was extremely cold in that room, and we didn't have enough layers of clothes. The mattresses were thin; they were more like yoga mats than mattresses. Because the mats were thin and on the floor, it was very cold while sleeping at night.

14. It was very hard for my daughter to sleep at night because one light was always on and there was noise from 23 people moving around with foil blankets. I made a double layer of the foil blanket over her face to block the light to help her sleep.

15. At one point, a staff said that if a foil blanket rips, it's our last one, and we won't be getting another one.

16. Many kids in the room got sick because of the cold, including fever, diarrhea, and vomiting.

17. ▮▮▮▮ got diarrhea and I asked for medication. The staff said she didn't have diarrhea, they said it was just liquidy stool and that she just needed water. I asked for medication for her, but they only gave her electrolytes.

18. ▮▮▮▮ had a fever of 38 degrees Celsius—which is a fever—but the doctor said it was normal.

19. When my daughter was sick, a member of medical staff said it's my own fault that my daughter was sick, because it was my decision to bring her here. When I asked for medication, staff told us to go home and we'd get it there.

2

20. When the diarrhea got on ▬▬▬'s clothes, all I could do was wash them with water in the sink. The staff did not give her a change of clothes. Every day while ▬▬▬ was sick, I was washing her clothes in the sink and having them dry out. There was not even soap to clean them with. It was horrible.

21. During the entire time we were there she only got a change of clothes twice.

22. I was only able to bathe my daughter about once every two weeks, because those were the only times the shower water was warm. Every three or four days the staff took us to the showers but there was only cold water. As adults we could shower in cold water, but we couldn't do that to our children.

23. During 42 days, I only brushed her teeth two or three times and that was only because there was a particular officer there who was nice and gave us toothbrushes.

24. The room was very dirty. The staff didn't clean the floors, they only swept. It was dusty and dirty in the room, so my daughter was coughing.

25. There was one toilet in the room for 23 people. There was a panel on one side of the toilet, but it wasn't fully covered, so if someone was in front of you, they could see you going to the bathroom.

26. I tried to communicate with the staff in English, but it was sometimes difficult to say what I wanted to say. Only once did medical staff have an interpreter when my child was ill.

27. At that facility, they also did not give us time to eat – only 10 minutes for me to feed my daughter and for me to eat.

28. Dinner was the only time the children received real food. For breakfast, ▬▬▬ got cold milk with cereal and one cookie. At lunch, she got instant noodles. She got sick of eating instant noodles so she ate very little. A few times they gave her macaroni and cheese for lunch when I asked; only certain officers would do that.

29. By dinnertime, children were so hungry because lunch was served at 12 and dinner at 7. There were no snacks available between those times.

30. Meal times were the only time ▮▮▮▮ could drink water because other than that, there was only a drinking fountain you had to drink directly from. There were no cups for water. The officers said we just had to teach her to drink from the fountain.

31. There were no toys in the facility. Kids were playing with toilet paper.

32. I wanted to cut my daughter's nails while we were there because her nails were growing out and she was scratching up her entire face. But they wouldn't give me nail clippers. We also couldn't have hair ties, so I couldn't tie up my child's hair while she ate.

33. When we asked for anything for our children, the officers would say "go home." Like if you were hungry and asked for food, they would say, "go home."

34. My husband and I are desperate to know when we will be released from here because our daughter's mental health is getting worse. She needs a speech therapist since she has stopped speaking. We are very worried about her.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 26th day
4 | of March 2025, at Karnes City, TX.

Name: █████████████

CERTIFICATE OF INTERPRETATION

My name is __Diana Buela_____ (Jeenie interpreter ID: 242425) and I swear that I am fluent in both the English and Russian languages and I interpreted the foregoing declaration from English to Russian on <u>March 26, 2025</u> to the best of my abilities.

Dated: ___April 8, 2025_____

DBuela

# CERTIFICATE OF INTERPRETATION

My name is <u>Rachel Smith</u> and I swear that I read the foregoing declaration aloud to the declarant on March 26, 2025, using a live English to Russian interpreter on www.jeenie.com (interpreter ID: 242425). The receipt for the call is below.



Dated: April 8, 2025