*Jenny L. Flores, et al. v. Pamela Bondi, et al.*

Case No. CV 85-4544-DMG (AGRx)

**Exhibit Index to Plaintiffs' Motion to Enforce**

| Exhibit | Exhibit Description |
|---------|---------------------|
| 1 | Declaration Sarah Kahn, June 15, 2025 |
| 2 | Declaration of Diane De Gramont, June 12, 2025 |
| 3 | Declaration of T.M. (New York), June 5, 2025 |
| 4 | Declaration of K.V.L (Ohio CBP Office), May 2, 2025 |
| 5 | Declaration of A.B (San Diego SSF), March 7, 2025 |
| 6 | Declaration of G.A.D (San Diego SSF), March 7, 2025 |
| 7 | Declaration of L.G.C.G (San Diego SSF), March 7, 2025 |
| 8 | Declaration of R.S.R (San Diego SSF), February 13, 2025 |
| 9 | Declaration of M.I.J (San Diego), March 26, 2025 |
| 10 | Declaration of V.I.B.G (New York), March 26, 2025 |
| 11 | Declaration of F.Y (El Paso), May 1, 2025 |
| 12 | Declaration of M.M (El Paso), May 2, 2025 |
| 13 | Declaration of M.P.C. (El Paso), May 2, 2025 |
| 14 | Declaration of A.T. (O'Hare Airport), May 1, 2025 |

| 15 | Declaration of F.O. (Ursula), April 30, 2025 |
|----|---------------------------------------------|
| 16 | Declaration of G.B.A. (Ursula), April 30, 2025 |
| 17 | Declaration of M.H. (Ursula), April 30, 2025 |
| 18 | Declaration of M.L.R.L. (Ursula), April 30, 2025 |
| 19 | Declaration of L.N (Chula Vista), April 10, 2025 |
| 20 | Declaration of W.J. (Chula Vista), April 10, 2025 |
| 21 | Declaration of S.G. (Chula Vista), April 10, 2025 |
| 22 | Declaration of A.K. (Otay Mesa), March 26, 2025 |
| 23 | Declaration of S.K. (Otay Mesa), May 22, 2025 |
| 24 | Declaration of I.G. (Otay Mesa), May 22, 2025 |
| 25 | Declaration of L.Q.A (Buffalo), May 2, 2025 |