# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 23 years old. I am from ████████.

3. I speak ███████████████████ English and some Portuguese and some Spanish.

Entry to the United States

4. I came to the United States with my wife and our four children, ████████, who is 1 year and 1 month old, ████, who is 5, ████████, who is 7, and ████, who is 8 years old. The three oldest are my stepchildren.

5. Our family's journey began in 2021 when the ██████ took power in ████████. We tried applying for legal status through UNHCR and then CBP One appointments, but neither worked.

6. Our journey has taken four years. My children haven't been able to go to school consistently or have a home, or somewhere for my wife to cook, for four years.

7. My family and I came into the United States around 12am on February 21st. The first five days we were in CBP custody in Texas, then, we were transferred to CBP in San Diego and spent 18 days there. Then we were transferred to another facility in San Diego about 10 minutes away. It was like a jail.

8. When we were in CBP, they separated me from my children, so the children all stayed with my wife. At one point I didn't see my children for two weeks. It was so hard. We didn't see the sun; we were always inside. It felt like many years.

9. Being in CBP was worse than a jail. My children were treated like we had committed a crime. They haven't done anything wrong—they should have been given a proper place to sleep and a proper bathroom.

10. We were in CBP for so long, it was so tiring. After that, we were brought here.

Karnes Facility

11. We have been detained at the Karnes facility since March 14, for about 12 days.

1

12.    The fathers are separated from the mothers and children here. I'm not allowed to sleep near my children or go to their room. We can only meet up in the common areas. We're allowed to be together during the day, until 8pm. My children miss me because we were not ever separated like this for so long before we came to the United States.

13.    My children go to English classes here for one hour per day.

14.    You can make phone calls here if you have money on your account. At the beginning, we got five minutes on the phone for free but now we have to pay after one minute on the phone.

15.    My kids ask me when they're going to get out of this place, when they'll be able to go to school, and go to our own house. The first week, my wife and children were crying a lot.

16.    We are under mental pressure here that's causing us stress and depression because we worry about our children. I have lost 17 kilos over the past few months, and I've kept losing weight since I entered the United States, just from the stress and depression I feel. I can eat but it doesn't digest.

17.    We want to know when we can leave. We need more freedom, which we don't have here.

18.    Since 2021, we have lost everything. I gave up everything for my wife and children. It would be better that they kill us than send us back to ███████ .

1   I declare under my duty to tell the truth and penalty of perjury that to the best of my

2   knowledge, all the information I have here given is correct and complete and I understand

3   the legal consequences of testifying falsely to the authorities. Executed on this _26_ day

4   of _March_ 2025, at _Karnes Texas_

5

6

7

8                                  Name:

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF INTERPRETATION

2

3    My name is _____Yalda Hamidi_____ (Jeenie interpreter ID: 881358) and

4    I swear that I am fluent in both the English and ▮▮▮ languages and I interpreted the

5    foregoing declaration from English to ▮▮ on <u>March 26, 2025</u> to the best of my abilities.

6

7    Dated: _____April 1, 2025_____                    _____

8    _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28