# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 34 years old.  I am from ████████. My wife is ████████████████ ████████. My sons are ████████ and ██████████████. They are 7 and 2 years old.

3.    We speak Spanish.

4.    Before arriving, we were in Mexico for about 7 months trying to reach the United States. We were at a shelter in Mexico for some time. We were waiting for CBPone appointed and waited for 5 months but never got an appointment. My wife is pregnant and we were scared because we heard of babies being taken away from families. We experienced robbery and assault in Mexico and in our home country. We were afraid and we knew our lives were in danger and we could not go back.

5.    Four of us were together when we encountered Border Patrol. I was carrying my youngest son on my back. There is an electric plant we approached and my wife asked for help because it was incredibly cold for our sons. We turned ourselves in. We crossed around 6pm through the hills.

6.    Once we saw the agents, we were taken to the Border Patrol base. We were checked and told we'd be returned to our country. They asked why we'd cross because we were going to be returned. They asked country of origin but did not ask about fear or anything else. My wife said we are afraid to return. The agents did not say anything. I'm not sure if there is still an option to ask for asylum. They took our photos and biometrics when we arrived and we signed a form. It was supposed to be a petition to ICE to see a judge. The form was in English. My wife asked what it was. The agent said it was going to be sent to ICE to maybe remain in the country. We have not been asked to sign voluntary departure, that I am aware of. They handcuffed me and my wife and children were separated from me.

7.    I arrived at Border Patrol facility about an hour later or so, I noticed it was about 68 kilometers away. But I did not know what time it was as our belongings were taken from us. We were not offered food or water.

8.    Once we arrived at the detention facility, we were finally offered food and water.

9.    We arrived Wednesday night around 8pm. My kids and wife who is 34.5 weeks pregnant were taken to a separate facility. The day we arrived she had high blood pressure and preeclampsia. At arrival, she was checked by a medic and high blood pressure and was taken to hospital around 4pm. An ambulance and paramedics arrived and she was taken in an ambulance. She was brought back around 3am and was a little more stable. I believe the baby was checked. She had to be taken to the hospital again. Around that time, I was brought in to care for my two boys while she was taken back to the hospital. I don't know where she was taken, if she and the baby are okay, and I have not heard from her.

10.    Cell phones were taken from us. They are not allowed here. I'm not sure if my wife has her phone back.

11.    My family and I have been detained at the facility for 2 days.

12.    At the facility, we are provided with thin mattresses on the floor and with aluminum blankets. There are no pillows. I have an illness where my heart is swollen and I've also had a hernia in the groin for about 6 months. Using the bathroom is very difficult. I have not seen a doctor since I've been here. I don't know what my rights are and if I can ask to see a doctor. An agent told me I could not go to the hospital with my wife, so I would just wait it out.

13.    In the all-male facility, there were about 50 people, all adult men. There is little room, almost on top of one another. There was no place to shower.

14.    Now, at the facility with my sons, I am mostly alone with my sons. The boys can't sleep with the lights on all the time. There are no clocks, or access to windows or daylight. We don't know what time of day or night it is. The room is small and right now

it is just me and the boys in the room of about a bedroom size. There are mattresses on the floor and a restroom. There is a guard outside the door. The walls are made of glass or plastic where we can be seen from the outside. There are no showers. Since we arrived, we have not showered. We don't know if we can shower.

15.     The room is very cold, my son tells me he feels cold. We have not been offered a change of clothes. Only when my two year old had an accident, my wife asked if she could change his diaper. The agent said to change his clothes. We were given a pajama and a diaper for our baby. There is no soap and no toothbrushes for us. We were only provided a small sponge on the first night to brush our teeth.

16.     I have not been told if I have a right to make a call. I have not been offered a call. I have not been told why we are here. I suppose it is for crossing unlawfully. They have not told me anything about what happens next. I suppose we are waiting to know what ICE or a judge says. We still have not had an opportunity to ask for asylum. Our intention was to ask for asylum.

17.     We have access to food. But my boys don't like it. They've only eaten potatoes. We've been provided sandwiches, and they are cold. Burritos contain rice or eggs with potatoes but my kids won't eat them. We have access to food 3 times per day. In between, we have access to snacks. My kids don't eat them. There is no special food for my two year old son. He picks out the eggs from sandwiches. My baby should be drinking milk, but he hasn't received it here.

18.     We only have access to aluminum blankets, regardless of age.

19.     Lights are blaring at all hours. My sons can't sleep at night because of the light. Through the glass doors, we can see when people go in and out all night.

20.     When we entered the facility, my wife and sons were seen by a medic. My wife was taken to the hospital twice. I have not seen a doctor. My wife was taking medications before we arrived. She has not received medications since arriving, that I am aware of. I've had pain in my groin, but I have not received treatment.

21.     During the day, my sons just run or jump in the small area we are restricted to. There is no access to toys or television. My son has ADHD but he has not been taking medication. The agents here know he has this condition.

22.     We don't have access to outdoors. We have not seen sunlight until today.

23.     I had not had access to my children until I was called to care for them when my wife was taken to the hospital. I was not told when I could see them or if I would see them again. When we were separated, I was not told if we would be in the same facility or be separated. When my wife and children were separated from me, they just took them. They did not tell me when I would see them again, I just waited for them.

24.     I have not been able to use a phone since I arrived. I have not asked because I don't know if I have a right to ask for one.

25.     I have not been provided information about how to contact lawyers. I have not been told if I have a right to an attorney. I don't know if I can speak to one.

26.     The treatment of agents has been relatively normal.

27.     My kids have not spoke to agents.

28.     Other children are not near us so I do not know what other children's circumstances are like.

29.     While preparing this declaration, I learned that my wife was in labor. She was scheduled to have a c-section because she has high risk births, which we know from the birth of my older child. She is now having a natural birth and I am not there. I am worried that she does not have clothes and we do not have any clothes for the baby.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this _7_ day of _March_ 2025, at _San Diego_.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is Paulina Reyes and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: March 7, 2025 _____