# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, █████████████████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 19 years old. I am from ███████.
3. I speak Spanish.
4. I came with my son ████████ who is 1 year 9 months.
5. I came through Mexico fleeing violence and then crossed with some people I met. We took a train to Mexicali and took a taxi to the border. We were forced at gunpoint by strangers into a house. They took our belongings from us. They told us to walk across the border from there and look for Border Patrol.
6. We came to the wall and there was dirty water around us. Border Patrol approached us and opened a gate in the wall then drove through. They got out and spoke to us and then called another border patrol. Another border patrol vehicle appeared and drove through the gate in the wall. I asked if we were in Mexico and the officer confirmed we were, but he told us to get in the border patrol car and drove us through the gate in the wall into the U.S.
7. The border patrol called another car that came to pick us up and we went to another station. We were there for one night, from about 5pm to 3am, and then we were driven here. They took our photographs, our fingerprints, and took our belongings. They asked what country we were from but nothing else. They asked me to sign something but they didn't tell us what I was signing.
8. When I arrived here, I asked an officer what was happening and he said he didn't know why I was still here.
9. They tell us nothing. I don't know why I am still here or what will happen to me and my son.
10. I am afraid to go back to ███████.

1

11. One officer tried to help me call the consulate but it was too late. He said we would try again later but we have not had a chance.

12. My son and I were taken to a pod with other children and families. It is difficult because the older kids bully the younger kids. There are teenage boys and kids and women in our pod.

13. We have mats and mylar blankets, no pillows. We have our own mat. There was less space and it was crowded, but recently they deported many of us and the room is emptier.

14. We came around the fourth, three days ago.

15. I have not been allowed to use a phone, not even at the first station. I haven't spoken to my mom. She is in ▇ with my other child and I am so worried about them. I don't know if my family is ok. They must be worrying about me, they don't know whether I am alive.

16. I wrote down my mom's number and I gave it to a guard. I begged him to help me call my mom but he only told me that he doesn't speak Spanish.

17. ▇ doesn't eat much of the food because it is for adults. They give him only a sausage for kids, but sometimes when we open it looks green and he can't eat it.

18. It is cold in the pod and a woman who is here with four kids asked for a blanket. The guard screamed at us and later she threw a box of mylar blankets through the door, she did not even have the kindness to hand one to us.

19. There are a few guards who are kind, but almost are angry and disrespectful. One officer came and brought us clothes because we hadn't showered after our first night. We were able to shower. I could not shower yesterday, even though I asked to shower, and I haven't been allowed to shower today.

20. There is a bathroom with a door. We go in a group to shower and have a few minutes each. We have a toothbrush but it is just a little stick with a sponge.

21. We saw a doctor at the first station but we were both healthy. My son never goes outside the pod because he is afraid of the guards, because the guards are so angry. We cannot go outside; we haven't seen the sun. I told a guard that I had a headache but they told me they do not have medicine for me.

22. There was a woman in our pod who is 35 weeks pregnant. Her heart began racing and her head hurt and she began asking the guard to go to the hospital. They told her to wait, but I saw she was not doing well and I encouraged her to ask again. When they finally came to get her from the pod she was rushed to the hospital on a gurney because she was already giving birth.

23. The woman who gave birth is here with a seven-year-old son. She could not care for her son because she is so pregnant. She asked for her son to go with his father, who was held in a separate pod. Yesterday they took her in an ambulance to the hospital. I don't know whether the rest of the family was able to go to the hospital with her. Another woman who was very pregnant was deported. I don't know whether she is ok or whether she had her kid.

1  I declare under penalty of perjury that the foregoing is true and correct.  I understand that
2  I have to tell the truth in this declaration. The interviewer read the declaration to me and
3  everything in it is true and accurate. Executed on this __7__ day of __March__ 2025, at
4  SD CSF_____.
5
6
7                                          P ███████████████
8                                          [Signature]
9
10
11                                          ████████████████████████████
12                                          [Print Name]
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF INTERPRETATION

My name is Brisa Velazquez Oatis and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: March 7, 2025