# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 23 years old. I am from ▓▓▓▓▓. I speak Spanish.

3. I am here with my two children ▓▓▓▓, who is 9, and ▓▓▓▓▓▓ who is 2.

4. I came into the United States near Ciudad Juarez with my two children about four days ago and we got to the Dilley facility last night.

CBP Custody in El Paso

5. We were in a CBP facility in El Paso. Both of my kids got sick while we were in there. I think they got sick because of the cold.

6. The whole time we were there my child ▓▓▓▓▓▓ was only allowed to brush her teeth, shower, and change her clothes once, because that happens every three days. The same thing happened to my son ▓▓▓▓▓ except he got one more change of clothes because he dirtied them.

7. There were no activities for children. They couldn't run around because the staff said they would hurt themselves. But they didn't provide coloring books or toys or anything for the children to do.

8. My children did not eat much while we were there. ▓▓▓▓▓ basically only ate a granola bar and an apple except for one time when they served eggs with bread.

9. The burritos they offered were cold. There was mortadella that was a weird color, like it had been left outside, and the meat on the hamburger offered tasted bad so ▓▓▓▓ didn't want to eat it.

10. ▓▓▓▓▓▓ didn't want to eat any of the food, even though he is used to eating food as a 2-year-old. While we were in the facility, he only had formula and apples.

11. I'm not expecting a buffet, but I wish they would have provided food that kids would eat. Other children who were detained there didn't want to eat the food either.

12. We got to make a daily phone call, but the staff would say "three minutes" or "five minutes" and then come back to end the call after only a minute or two.

13. When we were in the station, there was a mother in our room who had fallen from the border wall and been hospitalized for a few days. It hurt her a lot to walk when she got back from the hospital. The staff said that we—the families—could help her. The other mother in the room was pregnant so she couldn't help her. So I helped the injured woman get into bed and go to the bathroom. One morning one of the staff members woke me up around 3 AM and told me to help the injured mother go to the bathroom.

14. I don't know what is going to happen to us or when we are going to be able to leave. I want to leave this place and be in a home with my children.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this __2__ day
4  of __May__ 2025, at __Dilley, Texas__.

Name: ███████████

CERTIFICATE OF INTERPRETATION

My name is __Rachel Smith__ and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: __May 2, 2025__   _____[signature]_____