# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 11 years old. I am from ▮▮▮▮.
3. I speak ▮▮▮▮ and English.
4. I was apprehended with my mom when we landed in the US by flight.

### Entry to U.S.

5. I have been detained at the Dilley Facility for 23 days.
6. When we arrived, we were separated from my father, who is also in the facility but is held separately. We have been able to see him every day.
7. We arrived here legally on a flight on April 4, 2025. We had visas when we flew here. We went through South Korea and then flew to the U.S.
8. We arrived at O'Hare International Airport. At the airport a Border Patrol Officer inspected our suitcase. She saw my school records and my grades and she accused us of coming here to live here and said that we planned to overstay our visa. They wanted to deport us to ▮▮▮▮, but we are afraid to return. Our lives were in extreme danger there and we cannot go back to that country.

### O'Hare Airport Port of Entry

9. We were held by CBP at the O'Hare International Airport for five days.
10. They gave us only a yellow emergency blanket. We were not permitted to flush the toilet. We had to ask an agent to come and flush the toilet for us. They had a camera facing the room, we don't know if they were able to see the restroom also.
11. It was freezing all the time. We could not change the temperature.
12. I was alone with my mom. My father was in a separate hold room.
13. We were not allowed to turn on and off the lights ourselves.

14. The food was terrible. We had the same meals every day. We only could get water between meals. I have a serious allergy to certain foods, spicy and citrus foods. One of the meals I could not eat because of the allergy. We told the CBP officers about the allergy and asked for other food, so they gave me only Kraft mac and cheese after that. We got no produce or fresh food. I ate very little.

15. We had mats to sleep on the floor.

16. Sometimes the officers there were disrespectful.

17. They told us that if we pass the asylum interview we would be transferred to another facility. My mom asked when the asylum interview was, but they didn't tell us. We waited for an interview hoping we could explain our situation, but they did never gave us one at that facility. They did not tell us anything else about what to do or what to expect.

18. We were so exhausted and there is a time difference between the US and ▮▮▮▮. We did not know if it was day or night. We were not allowed to see the sun.

19. After five days they took us out of that holding cell. They took us on an almost 3 hour flight and then drove us another few hours.

20. We kept asking where we were going but they told us nothing. They did not give us our papers or our belongings, we did not even know if they kept our visa.

21. They spoke only in Spanish, occasionally in English. If we asked a question they only said, "we don't know."

22. We learned we were being transferred to another facility. We had no idea where we were going or who these people were. We were already paranoid because of the persecution we faced in ▮▮▮▮. We didn't know what they would do to us or where they would take us and we were disoriented and exhausted. It was terrifying.

2

Dilley Family Detention

23. We arrived here on April 9 and they took our photographs and asked some questions. We were stuck in processing from 3pm until 4am. We felt terrified, exhausted, and paranoid.

24. They told us nothing. We didn't know where we were, what the rules were, how long we would be here.

25. When we arrived here my mom and I were separated from my dad.

26. My mom and I were taken to Yellow 3 and my father was taken to Brown Bear.

27. Around 5pm staff came and woke my mom and told her that my father had had an incident. They took my mom to him. She told me later that he tried to commit suicide.

28. My mom asked him why he did this. He said he was so exhausted and confused and paranoid, he thought we were permanently separated from him and he believed our family had been deported back to ▮▮▮▮ and he gave up.

29. My mom told me the medical staff was with him when she arrived and she tried to calm him down. They took him to the hospital. My mom came back to our room and did not sleep all night.

30. I knew something had happened to my dad but at the time I didn't know what. I was worried for him and worried about my mom.

31. I tried to comfort her when she cried telling me about what happened to my dad, but I am so shocked and scared too.

32. We had insomnia. My mom didn't sleep for days. We didn't know anything about immigration law, about how to ask for asylum.

33. We got the interview on April 14. We had had no opportunity to call a lawyer, we did not know that any legal service providers could help us and did not know any contact information for a lawyer, and we did not have an account to use the phones. We wanted a lawyer at our interview but they did not allow us to contact a lawyer.

34. How could we have explained our situation when we hadn't slept, we didn't know what to do, we didn't understand the system, we did not even know there was internet in the library, and we had no one to answer our questions?

35. After the interview response, they gave us a PIN number and told us we could use if for phone calls, but they didn't tell us how to call or where there were phones. They gave me a PIN number but did not give my mom a working number.

36. When she was able to, my mom bought 20 minutes to use the phone. She said to the employee that it needed to go on my account because hers wasn't working. Another person here who was worried for us gave 20 minutes to me. But when we checked my PIN, there were no minutes.

37. We continued asking where is my mother's PIN number. Finally, after weeks, they gave my mom her PIN number and the minutes had been on her account, not on mine where we asked for them to go.

38. Now we have spoken to a lawyer at RAICES finally. We believe we have a hearing with a judge.

39. My dad had a court hearing Monday. We think we have a hearing soon, but we don't know.

40. We heard that we were supposed to be released after 20 days because I am a minor but now it is 23 days and we have not been released. Another asylum seeker with a child here has been here 23 days also.

41. My mom wrote to ICE on the library computer explaining that we need more information about this process and what will happen and they did not respond.

42. Once we were able to access to the computers in the library, we searched for information about asylum ourselves, trying to understand what was happening.

43. The restrooms are always dirty, many of us must use the restroom so it's difficult for them to keep it clean. There are constantly clogs in the toilets and water spilling out.

44. The sleeping area is fine and we are able to turn off the lights in the immediate area, but we cannot turn off all the lights in the common areas for safety.

4

45. There is a school we can go to for an hour. It was just opened yesterday or the day before.

46. We are able to walk through recreation areas and around the facility during the day.

47. We are able to use the phone when we want, but we cannot make international calls. Many people have asked for help to call but no one has fixed it and no one living here nor staff can figure out how to make an international call.

48. People here keep asking the staff how to make these calls. They said they would try, but they did not fix the problem.

49. The thing we want most is to be informed about our situation, the process, how to get in contact with a lawyer. We are terrified that they will deport us and we feel like we have no voice or hope.

1 | I declare under penalty of perjury that the foregoing is true and correct. I understand that
2 | I have to tell the truth in this declaration. The interviewer read the declaration to me and
3 | everything in it is true and accurate. Executed on this __1__ day of __May__ 2025, at
4 | __Dilley ICE__.
5
6
7
8                                           [Signature]
9
10
11
12                                           [Print Name]