# EXHIBIT 16

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, [REDACTED], declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 24 years old. I am from [REDACTED]. I came with my daughter [REDACTED] who is seven years old who was born in [REDACTED].

3. I speak Spanish.

4. We crossed the border with a man that we met on the journey here. We were in the wilderness walking and crossed over a mountain. It was pitch dark, it was night time. A Border Patrol agent found us and stopped us. He shone a light on us and my daughter and I were crying because we were afraid of what would happen.

5. They took us to another station and then to this station in McAllen. We have been here 9 days.

6. When we arrived here the agents asked us some questions about who we are, our address and numbers and names. They didn't tell us anything about what is going to happen.

7. When we arrived here they took us to a large room with other families. There is only one family there with us, a woman with her daughter.

8. They give us food but some of it we cannot eat. The lunches are very bad so we save our breakfast for lunch.

9. There are some games in the room for her and we can shower and brush our teeth in the mornings. We can only shower and brush our teeth if we are escorted to the area.

10. The restroom has a short wall to cover us but no door, there is no privacy for us.

11. There is water but no soap to wash our hands.

12. We are allowed one call a day after our shower. The phones are in a type of hallway. The agent is nearby and listens while we make calls. We have not been given a list of free legal services.

13. Yesterday one agent came into the room at 8:30am and spoke at us disrespectfully, saying "what are you doing sleeping?" We lined up to shower and brush our teeth. They do not give us water, we brush our teeth with only the dry paste. When we were brushing our teeth, she told us to step away from the sink and wait for everyone else to finish. This agent has always been disrespectful to us. We were all brushing our teeth and the paste was still in our mouth. It was very disgusting. We were not allowed to spit and some women were getting sick from it, gagging from the paste sitting in their mouths.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 30 day of April 2025, at Ursula CBP.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is Camila Menendez and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: April 30, 2025

Camila Menendez