# EXHIBIT 17

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 38 years old. I am from ███. I came with my son ███.

3. I speak ███.

4. We came from Mexico into the U.S. on foot. We looked for a border agent and when we found some individual working, we went to them to ask them to call Border Patrol. Around ten minutes later, agents came.

5. Two ███ men were with us, but we did not know them. They took us in a car like a police car and to a border station.

6. There, they gave us a short phone call and an aluminum blanket because ███ was very cold. After around 30 minutes they took us to this facility. We arrived here yesterday.

7. The doctor examined us. I have an autoimmune disease and my son has some medicine for his anxiety and trauma. They gave me some medicine, but I do not think it is the medicine I have been taking previously. ███ takes medicine for anxiety, but they didn't give him his anxiety medicine. They said they do not provide medicine for anxiety here, but his anxiety is only getting worse every day here.

8. He is extremely upset because he is afraid he will be separated from me.

9. They took us to a large room and gave us mats to sleep. Today one other family joined our room, a mother and her kid from Mexico.

10. It is extremely cold in the room. We cannot ask for more clothes, we have only the aluminum blankets.

11. We weren't able to sleep much. Around 1am they took us to a room and asked me to sign something on a computer. I asked what they wanted me to sign and they told me they want to know my address so that they can confirm I am not working with terrorists. They made me sign this form.

1

12. Around 2am they woke me and my son again. They took us to a room and asked me to sign a paper. I was so tired I could barely see. I asked why they woke my son, who is very young. I did not sign. Finally they took us back to the room where we sleep.

13. They gave us a chance to shower and brush our teeth this morning and gave us clean clothes. There are no brushes or combs, so we cannot brush our hair.

14. There is no door to the restroom in our room, only a very short wall, so we feel very exposed.

15. There is no soap to wash our hands.

16. The food is not good but we take what we are given. My son does not always eat the meals. They did not provide any coffee which I am used to every day, and without it I feel withdrawals.

17. I got a very severe headache, but they told me it is not possible to get something for this here.

18. I was given a five minute call this morning. We were not given a list of free legal services or told we could call a lawyer.

19. We need a chance to explain our situation and have our case heard, but we don't know what will happen or whether we will ever get that chance.

20. Some of the agents are fine, but some you can see the hate in their eyes.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 30 day of April 2025, at ursula CBP .

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is <ins>Zohreh Shirmohammadi</ins> and I swear that I am fluent in both the English and ▮ languages and I interpreted the foregoing declaration from English to ▮ to the declarant to the best of my abilities.

Dated: April 30, 2025          _____