# EXHIBIT 18

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 19 years old. I am from ▮▮▮▮. My daughter, ▮▮▮▮▮▮, is 2 years old.

3. I speak Spanish.

4. I crossed the border Thursday the 24th, six days ago. After only a couple of minutes I saw border patrol. We crossed just the two of us, me with my daughter.

5. They took my belongings and took us in a patrol car to this facility.

6. When we arrived, immigration asked me a few questions, about who I am and my address and where I could stay in the U.S.

7. They didn't ask us anything about why we came. They didn't tell us about what was happening, where we would go, or what would come next.

8. They took us to a large cell. There are some other families, yesterday three families were there, only women and children.

9. We have mats to sleep on and no pillow. We have aluminum blankets.

10. They gave us clothes when we arrived.

11. It is very cold. They gave us one sweater, but it is thin and we didn't get anything else to stay warm.

12. They escort us to the showers once a day. The showers are short, usually a few minutes.

13. We have toothbrushes but only when we shower. There are restrooms we can use but they keep the doors open all the time. There is a short half wall but there is no privacy.

14. The bathroom is in the cell where the other families. We can only wash our hands with water, there is no soap.

15. The food is difficult because my daughter cannot eat it, she is too young. She can only eat the fruit. They do give her different food, but it is not good. They give her meat balls or chicken.

16. I haven't been able to get other food for her although she is not eating.

17. There is milk and diapers for her.

18. There are some coloring books and toys in a common area outside the cell. However, we cannot go outside. We cannot see the sun or breathe the air outside.

19. They give us one call per day. I cannot call a lawyer. They did not give us a list of legal service providers. There is an agent outside listening to our phone calls. I have been able to speak to a friend who is in the U.S.

20. I haven't had the opportunity to speak with anyone to ask for asylum.

21. My daughter and I are in danger in ▮▮▮▮▮▮, our lives are in danger and we came to seek asylum, but we have not had a chance to tell anyone. We saw another mother was deported yesterday and she never had any chance to tell anyone she needed asylum or explain anything. No one has asked us anything.

22. Some, but not all, of the officers are aggressive and disrespectful.

23. One day, we went to get a shower and we were brushing our teeth and an officer was very rude to us, she felt we were taking too long and she made us step aside and stand and wait while other women used the sink. We had paste in our mouths and couldn't spit it out, some of the women began to vomit because of holding it in their mouths. One of the other women spoke up for us. We were all afraid of what would happen if we said anything. I don't know what happened to her after she spoke up or whether this guard was ever told not to do something like this again.

24. I want to live here and work to support my mom because I am a single mother. I want to settle down here in a safe place and provide the best life for my daughter.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 30 day of April 2025, at Ursula CBP.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is Marcelo Limo and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: April 30, 2025

*M. Limo P.* (signature)