# EXHIBIT 20

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 17 years old. I am from ▮▮▮.
3. I speak ▮▮▮▮.
4. I was apprehended by immigration agents on or around April 3 after crossing the Mexico border. I was taken to a van and driven to this facility, where I am now. After arrival I was provided with food and water.
5. When immigration agents found me, I was with my mother.
6. I have been detained at the Chula Vista facility for 7 days.
7. There are about 6 other children and 3 families that I have seen here.
8. I am staying in the same room with my mother and we are restricted to our room. We are not allowed to go outside. We can only leave to go take a shower. We have nothing to do in our rooms, just walk around and sleep. I have taken one shower since being here.
9. I was told that I was being held here because I crossed the border illegally. I have not been told how long I will be here or where I will be going next. I have not been told when they will release me from here.
10. I was never given information about what I could ask for. I was not told that I could ask to call my family back in ▮▮▮. Since I have been at this facility I have not used a phone.
11. The facility is usually cold and we are only allowed to wear one layer of clothing at a time. They will only give us an additional aluminum blanket to cover ourselves. At night they give us an aluminum blanket to sleep.
12. The lights in our room are always on. They never turn them off or dim them and I have to cover my head with my blanket so that I can sleep.

13. I have not been provided with a list of free lawyers to contact. I have not been told that I could call a lawyer.

14. We are asking for asylum. We asked when we first arrived and when they gave us a form that talked about voluntary repatriation. They told us that asylum does not work anymore and that you cannot ask for asylum.

15. I wish that we could have been told what could be done or not about our immigration status before getting to this facility.

16. After leaving here I would like to get an education and get a job to support myself. I am interested in studying the law to become an attorney one day.

1  I declare under penalty of perjury that the foregoing is true and correct. I understand that
2  I have to tell the truth in this declaration. The interviewer read the declaration to me and
3  everything in it is true and accurate. Executed on this \_10\_ day of \_April\_ 2025, at
4  \_chula vista\_.

_____
[Signature]


_____
[Print Name]

# CERTIFICATE OF INTERPRETATION

My name is ___Chern Tat Chong___ and I swear that I am fluent in both the English and ▉▉▉▉ languages and I interpreted the foregoing declaration from English to ▉▉▉▉ to the declarant to the best of my abilities.

Dated: April 10, 2025            _____