# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 40 years old. I came with my wife, my daughter ▇▇ who is 3, my son ▇▇ who is 4, and my son ▇▇ who is 6. I am from ▇▇.

3. I speak ▇▇.

4. I came to this port of entry on May 17, five days ago.

5. A police officer immediately shouted at us. He shouted at my son, who is only a child, yelling that the president doesn't give asylum here.

6. I asked him please don't yell at my son, but he told us just turn around and leave back to Mexico.

7. I was asking for asylum, I was asking him to have mercy for my family. We are in danger at home.

8. He told me, "I don't give a damn, you have to leave, the political situation has changed and there is no protection here."

9. The took us to a white room with a chair and table, a small room, and began asking us questions, interrogating us about how we made it to the border.

10. They took the kids to a room with my wife. They told them don't run, don't play. They pressured my wife to tell the kids not to move. They demanded that the kids freeze, not to move at all, they said that the kids had no choice.

11. For days I slept in that small room. My wife was taken to a separate room and slept away from me. It was the same type of room but a little larger. It was extremely cold.

12. We asked for blankets to cover our children to keep them warm but they would not give us more, only one extremely thin foil blanket.

13. It was windy inside from the AC, there was a very strong, freezing gust of cold air.

14. For five days we were without a window, without sun. There was a light on 24 hours.

15. The kids could not go outside. They had no toy. They had nothing.

16. There was not even a single toy. They were not allowed even to jump, to move, to play with each other. Can you imagine being three years old and told not to move for five days? Officers would stop by the room and if the children were moving, the officer would tell them that if they didn't stop they would be taken away. There were cameras everywhere.

17. There was a toilet we could access. There was a sink but no soap.

18. We could not wash our children. Our daughter has allergic reactions, we usually wash her when she uses the restroom. They wouldn't allow us to wash her or even give us a wet wipe or anything.

19. The washroom was inside the room, there was no separation.

20. The switch to flush the toilet was outside the room.

21. Every thirty minutes they would flush it. It was extremely loud, we could not sleep.

22. There were a few kind officers, four, but the rest of them tortured us.

23. My daughter has allergies. We asked for food she could eat but they gave us only junk, like chips, my daughter was sick from this and they wouldn't let us see a doctor or get medicine.

24. We submitted medical documents about her allergy but they gave us nothing, only one cream over five days, and that did not help her.

25. We got only one call at 3am. No other calls in the five days. We tried to call our sponsor. We tried to explain to the officers that he would be asleep, but it was the only call we were allowed.

26. My youngest son hurt his eye. He has a bad black eye now, black and blue and bruised with some swelling still. The room where he slept is empty, there are only iron chairs. He slipped and hit his face on the corner of the chair.

27. His face and head were so badly injured that he became dizzy and was vomiting. I was terrified that he had a concussion or could be seriously hurt. I asked them to x ray him or give him a test or scan or to take him to a hospital but they refused. I was afraid he had broken a bone in his face or that he had injured his brain.

28. A doctor came and applied a cream and said to keep ice for ten minutes but nothing else. I asked if we could get more care for my son, because he was vomiting and dizzy, but they did nothing. I tried to ice his eye but it wasn't helping. I was so worried about him. After that there was not even a single checkup.

29. I never had a proper interview. I spoke to an officer. He said if I do not sign a voluntary departure, I will be separated from my kids. I still don't know whether they can do that, take my kids from me.

1 | I declare under penalty of perjury that the foregoing is true and correct. I understand that
2 | I have to tell the truth in this declaration. The interviewer read the declaration to me and
3 | everything in it is true and accurate. Executed on this 22 day of May 2025, at
4 | Otay Mesa.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is  Sona Petrosyan  and I swear that I am fluent in both the English and ▮▮▮▮ languages and I interpreted the foregoing declaration from English to ▮▮▮▮ to the declarant to the best of my abilities.

Dated: May 22, 2025