# EXHIBIT 24

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I came here to the border with my daughter ▮, who is 12 years old; my son ▮, who is 15; and my husband ▮. I am from ▮.
3. I speak ▮.
4. We came first to Mexico. We were in Mexico for some time. We came here to seek asylum.
5. It was extremely dangerous for us. There were bombings in our city and the dictatorship, it is politically extremely dangerous.
6. The border police here told us that the President does not allow asylum anymore. We tried to use the CBP One program, but just after we arrived in Mexico this was ended by Trump.
7. We came to this port on May 18, four days ago.
8. We handed over our passport. They tried to deceive us, saying that the decision in our case had already been made, they pressured us to sign some deportation documents but we did not.
9. My children are adopted, they have been with us for eight years, we are afraid that we will be separated.
10. My children have a disability, Marfan Syndrome, which causes mental and cognitive challenges. They cry and worry, it is very difficult for them to handle being here. They are afraid and don't know how long we will be forced to stay here.
11. We have a 31-year-old son in the United States. He and his wife will be our sponsors and we will live with them.
12. We wrote a letter explaining that we have a son and daughter in law who will support us. We gave this letter to the officers when we gave our passports. They did not care.

1

13. They put us into a room.

14. My husband and son were in a two-person cell. There was a sink and steel toilet and steel bench. They had nothing to cover themselves, no real blanket or jacket. It was so hard for them. It was extremely cold.

15. The room I was in was bigger. We were there with a mother with three children. There was more space, but it was still small, about four times the size of the cell. It was freezing cold.

16. There are cameras everywhere in the rooms.

17. I was with my daughter ▓▓▓. She was trying to play but there was nothing there to do.

18. We had nothing but a thin foil blanket and we were so cold. The lights were on all night and day. We could not see the sun. There were no windows.

19. We didn't know what time of day or night it was.

20. We saw each other only when we ate lunch or breakfast. My husband demanded that we eat together so he could see his daughter. They refused to allow us some days and we would not see each other at all. My husband and son missed us so much that they didn't eat anymore. We tried to beg them to let us eat together, we said we wouldn't eat without each other.

21. I asked for an interpreter so I could talk to the officer, but they only yelled at me.

22. Yesterday, they decided to search me, I don't know why, maybe they thought that I would steal a toothbrush. They put their hand with great force into my intimate place.

23. The only thing I had on me was Iana's hair tie. When they were searching me the woman felt I was wearing a pad. Then both officers were grabbing it. They were talking about what size it was. There were men around, male officers and my husband and son. I offered to go somewhere private and show them that it was only a pad but they continued to grab me in front of everyone, including my kids.

2

24. I will not shower again after that because I am too afraid it could happen again.

25. It was the only time I was allowed to shower, I would never ask to shower again because of this experience.

26. They gave us no shampoo, only a small packet of soap, we had enough only to use on our body or our hair, we had to choose one. My daughter and I have very long hair. It was too little soap even to wash my hair. I tried to spread it but could not get clean.

27. They pour a little soap on our hands when we leave the cell, sometimes they only spray with sanitizer or we wipe with alcohol. They gave us a napkin, only in the evening.

28. We don't know how long we will be here or where they will take us.

29. I am grateful that we are still alive.

30. We are so thankful that we will be leaving.

3

1  I declare under penalty of perjury that the foregoing is true and correct. I understand that
2  I have to tell the truth in this declaration. The interviewer read the declaration to me and
3  everything in it is true and accurate. Executed on this _22_ day of _May_ 2025, at
4  _otay mesa_.

[Signature]

[Print Name]

CERTIFICATE OF INTERPRETATION

My name is <u>Sona Petrosyan</u> and I swear that I am fluent in both the English and ▮ languages and I interpreted the foregoing declaration from English to ▮ to the declarant to the best of my abilities.

Dated: May 22, 2025