# EXHIBIT 25

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

2  1.    This testimony is based on my personal knowledge and the following facts are true

3  to the best of my understanding and recollection.

4  2.    I am twenty-five years old, and my son, ▮▮▮▮▮▮▮▮▮▮▮▮, is five years old.

5  I am from ▮▮▮▮▮ and my son is from ▮▮▮▮▮ I came to the United States in 2021.

6  I was in CBP for about four days, and then I was released with an ankle detector. They

7  called me four days later to take it off.

8  3.    I speak Spanish.

9  Apprehension Prior to Dilley

10  4.    My son and I have been detained at this for facility for 14 days. Prior to this we

11  were in an immigration jail in Buffalo. We had just moved to Buffalo from Las Vegas.

12  5.    A few weeks ago, I was at a Walmart in Buffalo with my friend. They called the

13  police on my friend and since my son and I were with her, they arrested all of us. They

14  took my son and I into a police station and we waited there about an hour. When we

15  arrived, immigration was already there. I told them I had immigration paperwork

16  including a work permit, but they would not let me get it out of my truck.

17  6.    The ICE officials took me and my son over to an immigration jail. They put us in

18  a cell for 5 days and did not let me make any phone calls. They asked me if I wanted to

19  leave my son with someone and I said "No. I don't want to leave my son." At this jail,

20  we could not shower and we weren't free to go outside. My son would cry because he

21  didn't have enough food. They would just give him cookies and juice. I was crying

22  because my son was so hungry. He was so upset and didn't know if it was day or night.

23  When we finally were leaving there, he asked me if we were going to a different jail.

24  7.    After five days with no information, they told me that my son and I were going to

25  another facility, and they let us take a shower. Two men and one lady were assigned to

26  accompany us on our trip to Dilley. They took us on two flights – first to Atlanta and

27  then to San Antonio. When we were on the plane, one of the men told me that they could

28  not tell me how long we would be in custody, but that the five days in CBP did not count

1  towards that time and it would be a fresh start in terms of my time in detention when we
2  arrived at the new center. After the flights, we drove in a van from San Antonio for over
3  an hour.

4  Dilley Family Detention

5  8.    I'm upset because no one here is telling me anything. Talking to the Flores
6  attorneys is the first time I have spoken to anyone. The people here tell me that they
7  don't have any information. They have not given me a list of free lawyers for my son. I
8  signed up to talk to attorneys on a sheet of paper, but that was about six days ago and I
9  have not heard anything, yet.

10  9.    One of my family members has my immigration paperwork, and they could send it
11  to me if I knew what was going on. The ICE officials never allowed me to go to my car
12  to get it.

13  10.    I live in the yellow area of this facility. My son and I share a room with two other
14  families. There are three moms and three kids. They do not let us turn the lights off at
15  night. If I turn off the lights, the guards turn them back on. It really bothers my vision
16  and it makes it hard for my son to sleep. We are right in front of the light, and I try to put
17  a handkerchief over it, but the guards say I can't do that. They also are coming in and out
18  all night and they are not careful with the door. It just slams over and over.

19  11.    Most of the time I have to buy food from the commissary because my son won't
20  eat the food. He hasn't eaten in the last four days. We also have to pay for bottled water.
21  It costs about $1.50 per bottle. The tap water does not smell good, and I don't trust it to
22  drink. I don't even trust the ice.

23  12.    There is not much to do here. I just take my son to the outside area, and he also
24  loves to color. In the play area, they only have about 4 pieces of broken crayons left. I
25  asked if they would get more crayons and a guard said probably not because the kids
26  keep breaking them and eating them. Otherwise, we are just in our room. They are no
27  toys. Guards complain about the kids getting on the workout machines – but what can
28  you expect when there are not other things for them to do.

13.     In the gym, they just have balls and my son gets bored of playing with them after a while.  They don't do activities here.  I have never seen anyone watching movies, eating snow cones or doing karaoke.  I am not sure why the guards told you that happens. People who have been here longer than I have told me there is nothing to do and they are stressed out.

14.     One of the ladies here has said they ordered more toys but they don't have them yet.  She understands the kids get really bored.

15.     I try to keep my son busy throughout the day, but he is constantly asking when we are getting out of here.  When he calls my partner, he tells my son we will go to the beach when we get out, and that helps distract him.  He's looking forward to going to the beach.

16.     Yesterday was the first day I was able to take my son to the school classroom here. I kept taking him and they would tell me that his name was not on the list.  He was able to go for an hour.  The different age groups only get an hour in the classroom.  The teacher gave him some homework and he did it right away. The teacher said he was very smart and quick.

17.     My son has had a problem with his penis since he was born and needs a surgery. We were going to do this before we were detained.  Since he's been here, the restrooms are sometimes dirty and it is hard to ensure he has a thorough bath.  He has been having trouble urinating and I am worried that his condition is getting worse.

18.     The doctors here told me my son needs vaccines, but they want to give him all of them.  The last time we were at the doctor before coming here, they told me he only needs one booster – so I didn't sign for him to get vaccines here because they don't have the record of what he needs.

19.     My son is allowed to call family, but we have to pay for all of his phone calls.  I don't know exactly how much it costs per call, but a $50 card lasts about five days.  He has used the tablet for FaceTiming and it costs $3 for 15 minutes.

20.     I don't really know how my son is doing, but I am worried about it because yesterday he said he doesn't believe in God anymore because he prays to him but we still haven't been able to get out of here.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 2nd day
4  of May 2025, at Dilley, Texas.

1

## CERTIFICATE OF TRANSLATION

2  My name is Diana Cano and I swear that I am fluent in both the English and Spanish

3  languages and I translated the foregoing declaration from English to Spanish to the best

4  of my abilities.

5

6  Dated: 5/02/2025                    _Diana Cano_

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28