*Jenny L. Flores, et al. v. Pamela Bondi, et al.*
Case No. CV 85-4544-DMG (AGRx)

### Exhibit Index to Plaintiffs' Opposition to Motion to Terminate

| Exhibit | Exhibit Description |
|---|---|
| 1 | Declaration of Leecia Welch, June 20, 2025 |
| 2 | Declaration of Javier Hidalgo, June 20, 2025 |
| 3 | Declaration of Mary Giovagnoli, June 13, 2025 |
| 4 | Declaration of Tom Wong, June 18, 2025 |
| 5 | Declaration of L.J.H.G. (Dilley), June 5, 2025 ("L.J.H.G.") |
| 6 | Declaration of E.M.L. (Karnes), March 27, 2025 ("E.M.L. Dec.") |
| 7 | Declaration of Y.F.A. (Dilley), May 1, 2025 ("Y.F.A. Dec.") |
| 8 | Declaration of C.M.Z. (Dilley), June 5, 2025 ("C.M.Z. Dec.") |
| 9 | Declaration of C.C.B.C. (Karnes), March 27, 2025 ("C.C.B.C. Dec.") |
| 10 | Declaration of N.K.N.N. (Dilley), June 5, 2025 ("N.K.N.N. Dec.") |
| 11 | Declaration of S.L. (Dilley), May 2, 2025 ("S.L. Dec.") |
| 12 | Declaration of I.K. (Karnes), March 27, 2025 ("I.K. Dec.") |
| 13 | Declaration of R.B.C. (Karnes), March 27, 2025 ("R.B.C. Dec.") |
| 14 | Declaration of E.D.C. (Karnes), March 27, 2025 ("E.D.C. Dec.") |
| 15 | Declaration of R.H.L. (Murphy Harpst), February 18, 2025 ("R.H.L. Dec.") |
| 16 | Declaration of J.J.Z.Y. (Murphy Harpst), February 18, 2025 ("J.J.Z.Y. Dec.") |
| 17 | Declaration of J.B.Z.V. (Murphy Harpst), September 12, 2024 ("J.B.Z.V. Dec.") |

### Previously Filed Declarations

| Docket No. | Description |
|---|---|

| | |
|---|---|
| 1575-2 | Ex. 2 to CBP MTE, Declaration of Diane de Gramont, June 12, 2025 [Doc. # 1575-2] ("de Gramont Dec.") |
| 1575-5 | Ex. 3 to CBP MTE, Declaration of T.M. (New York) |
| 1575-11 | Ex. 9 to CBP MTE, Declaration of M.I.J (San Diego), March 26, 2025,  [Doc. # 1575-11] ("M.I.J. Dec.") |
| 1575-16 | Ex. 14 to CBP MTE, Declaration of A.T. (O'Hare Airport), May 1, 2025, Exh. 14 to CBP MTE [Doc. # 1575-16] ("A.T. Dec") |
| 1575-23 | Ex. 21 to CBP MTE, Declaration of S.G (Chula Vista), April 10, 2025 [Doc. # 1575-23] ("S.G. Dec.") |
| 1575-24 | Ex. 22 to CBP MTE, Declaration of A.K (Otay Mesa), March 26, 2025, ¶ 19 [Doc. # 1575-24] ("A.K. Dec.") |
| 1575-25 | Ex. 23 to CBP MTE, Declaration of S.K. (Otay Mesa), May 25, 2025 [Doc. # 1575-25] ("S.K. Dec.") |