# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, L███ J███ H███ G███, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 34 years old and my son, ███████████, is 4 years old. We are from ███████.

3. I speak Spanish.

4. I crossed the border near Pierdas Negras with my son. We crossed the river and then we walked and walked until an immigration truck picked us up. They took us to a border patrol facility. We stayed there for four days. We just tried to sleep as much as we could to pass the time.

5. Then they drove us to Dilley in a van. It took about three hours.

6. We have been detained at Dilley for 28 days. I am really anxious to know what is going on. We have had two interviews with ICE, and the last one was eleven days ago. I have been sending ICE messages on the tablets, but they never respond to me.

7. They have told us that people cannot be here for longer than 30 days – which we will hit on Saturday. When I first got here, I was told we would not be here more than 20 or 21 days. But 21 days has passed. Now I am being told that people can't stay for more than 30 days. They really shouldn't be keeping people here this long because I have heard of people attempting to kill themselves, even kids.

8. It has been very stressful to be here, and my skin has broken out from the stress. I have also been having hair loss and hives. I have been experiencing constipation, as well.

9. One woman living in our area told my roommate that she wanted to kill herself. I heard her crying and went in the room to comfort her and told her to think of her children. She was eventually deported.

10. Another woman from Africa heard last night that she would be deported, and she fainted. She was so upset. She does not want to go back to her country because they killed her daughter there.

11. Other people here are stressed, too. The day before yesterday a mom from Cuba and her 8-year old son were interviewed by ICE. The mom had a panic attack during the interview and the boy said that if ICE was deporting his mom, he would kill himself because he didn't want to be separated from her. I have heard of several people having panic attacks during their ICE interviews.

12. Nobody will answer your questions here. I feel like we are just being sequestered without any information.

13. The staff here call us inmates because it is like a prison.

14. When my son and I are by ourselves he starts questioning why we are here and asking when we can get out of here. To make him feel better I tell him we will get out of here soon and once we get out, we will buy him lots of toys.

15. My son is not really eating here. When he eats, it is mainly rice and beans. There is not children's food here; it is the same for everyone. It is hard to stay patient here with my son not eating well. I am a centered person, but this is really hard.

16. We live in a trailer with three other families. We are okay with the families in our trailer, but I have heard of other families in other trailers having a lot of issues with getting along.

17. They do not let us turn off the lights during the night. If you do turn off the lights, the staff get mad and there are conflicts. When they do their checks throughout the night, they often let the door slam and have their radios blaring. Some are careful, but many are not and they wake us up when the door slams.

18. My son gets one hour of education from 9-10 am on weekdays. He had started school in ▮▮▮▮ and was going from 8-4. More school would be better for him.

19. My son does not have enough clothes here. We were just given three sets of sweatpants and sweatshirts. He has no t-shirts and only one pair of shorts.

20. There are Dads here, but they are only able to see their families during the meal times and some of the afternoon. This morning, I heard a Dad talking to an official

because he had just arrived with his teenage daughter. She is not allowed to live in the same area as her Dad, and I am worried about where this girl will be sleeping.

21. They do not have organized recreational activities here. There are balls in the gym that my son plays with, but there aren't actual activities for kids that I have seen.

22. Children are not allowed to have toys or crayons in their rooms here. Even when my son got crayons from another parent, the staff confiscated them from our room. When a girl got a doll from another family, the staff also took it. The staff even took the rocks the children in my room had collected from the grounds.

23. We have been told that the water in the cafeteria is filtered and is okay, but the staff told us that the water in the living areas is not good. We are told we can fill up pitchers with water from the cafeteria and bring them to our living area if we want water.

24. My son has to pay for phone calls to our family. He will talk to his grandmother when I am on the phone with her, and it is very expensive. We have to use a prepaid card. I don't know exactly how much it costs to call my mom in ▮▮▮▮, but every time I talk to her— I talk for a little and the balance goes down a lot.

25. If we are allowed to stay in the US, I hope my son can go to school and learn English. I hope to work so I can send money home to my family because they often don't know if they will be able to eat that day. My biggest goal is to have a home for me and my son and give him everything I was not able to have.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 5th day
4 | of June 2025, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 6/05/2025                           _Diana Cano_