# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ████████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 16 years old. I am from ██████.

3. I speak English.

Entry to Customs and Border Patrol

4. I arrived at the border about 13 days ago.

5. I live in the Valley here in Texas, in Donna. I am a junior in high school. I have a lot of friends in high school and I'm a cheerleader.

6. I was on a road trip with my mom and my two younger siblings to visit Tennessee because it was Spring Break. We were driving and we needed to go through the checkpoint. My mom asked the officer if we could use our asylum paperwork to pass through the checkpoint. We have affirmative asylum cases, and we did fingerprints and were supposed to get our work authorization cards in May.

7. The officer my mom talked to said he couldn't understand Spanish. They told her to pull the car into a parking spot. That's when four or five immigration officers all came around our car and told us to get out and go into the immigration building.

8. In the building, they took all our fingerprints, including my brother and sister. My brother is 13 years old and my sister is 12 years old.

9. They also swabbed all of our cheeks. I don't know why. My mom had to sign a lot of papers for all of us.

10. After about an hour, they took us to a detention center called Ursula. It's near McAllen. When they took is in the van from the building near the checkpoint, I was so afraid. None of us knew what was happening. I was crying so much.

Ursula

11. At Ursula, they patted us all down and took everything from us. From there, we had to go watch a video. They took us to do a health check where they took our blood pressure and did all the medical stuff.

12. When we had been in the immigration building near the checkpoint, they had told us we would not be separated. But when we got to Ursula and finished the medical check, they told my mom that she would have to go with my little sister to one holding area, and my brother and I were separated from my mom and sent to a different room. In that room there were pods separated by a wall. My brother and I were in the same big room but in different pods.

13. I was crying the whole time when they separated me and my brother from my mom and sister.

14. We were in Ursula for a day. We were only allowed a visit for one hour and that was at night. We could sit together in a room with all the families and there were like, little bleachers there for families to sit at.

15. After being in Ursula, the brought us here to Karnes.

Karnes Residential Detention Center

16. When we got to Karnes, we had to sleep in the chairs in the waiting area the whole night because we were waiting for someone to do an x-ray before we could enter the rest of the center. But she never came.

17. Finally she came. They took us to the medical room and we had to wait in a little cage thing. After that we got x-rays. It was an x-ray of our chests. Then we had to wait in a room. After that, people who spoke Spanish came and told us how everything goes here. Then we went to our room.

18. We were happy that at least we had our own restroom and our own room with a TV, and that we could shower. At Ursula, we could have showered but only if we did it at 4 a.m.

19. A guard comes into our room every half hour or hour, 24 hours a day to do a check. The don't knock. They just walk in and go look in the bathroom and pull back the shower curtain. I don't like it, because if you're changing or something and they come in, what do you do? If you're in the bathroom with the door closed, they will knock to check on you. Sometimes its men and sometimes it's women. When they come in at night, I wake up some of the times. Especially when their radios go off loudly while they're doing the check. They have never explained why they come in all the time—they just do it. There is a rumor that it is because somebody hanged themselves here and that is why they have to do the checks all the time and check in the shower. When I heard that rumor, I was like, why is this place still open if something like that happened here?

20. They also have some single women here who have gone to jail and they are just waiting for their deportations. My sister is really afraid because of that. She heard a rumor that one of the women was in jail for hitting her children, and now my sister is scared of the single women. That's part of why she mostly stays in our room and won't go out into the common areas where those women are allowed to go like everyone else.

21. The guards here don't really talk to us. There are some staff members that are really rude.

22. Some things here are really bad—really scary. This place is full of little kids, mostly my brother's and sisters' ages or younger. I don't want any more kids to come here. I don't like seeing all the kids crying.

23. Yesterday a lot of things were different than usual. We were wondering why but I think it was because you all were here and doing that tour.

24. They have never had activities outside before, or games or tournaments. They had a kickball tournament and gave out prizes. They have never done that before.

25. They also brought out tricycles for kids to ride and a lot of toys. Usually, it's just the sand areas for the kids. But yesterday they also had games out in the courtyard and things to do. They came around yesterday and told all the kids to go outside, and that they

3

were going to play. Usually, they never play with the kids but yesterday they did. It was really weird.

26. They also stocked the snack fridges a lot more than usual. Usually, they don't have any water in there, and they don't have oranges. It's just apples. And sometimes even the juice and milk run low. But yesterday those fridges were full and had oranges and water and everything.

27. Even the food was better yesterday. Usually, they give you a soggy burrito or quesadilla. And they give soups, but we never know what is in them. Yesterday the food was a lot better. They gave us chicken. But usually the food is so bad that me and my family just eat ramen from the commissary that you can add hot water to. And everyone is sick of just eating the apples in the fridge. I have had diarrhea here because of the food.

28. Normally here, things are pretty bad.

29. People here have to fight for the water. We don't get enough water. They put out a little case of water, and everyone has to run for it. An adult here even pushed my little sister out of the way to get to the water first.

30. We all need lip balm—everyone has really chapped lips. But you have to go to the pill window to get it, and only at certain times. Now they told us we have to go to medical to ask for it. They just give you one little single use packet of lip bal.

31. My brother was sick with a cold for a week. They would call him to come to the pill window every evening. He would go alone to get some pills. They gave them to him at night because they made him drowsy. He had to go alone but he wasn't afraid because he's really brave.

32. Whenever anyone is sick, they just check their blood pressure and their temperature. That's all they do. There is one mom here with her son, and he is not allowed to play with other kids or do any physical activity. He has a serious blood condition and he's really sick. We're all worried because if he gets hit while playing, he could die. But they wouldn't let him get the scan that he needs to make sure he's ok. His feet are big and swollen. It's really dangerous. It makes me so worried to see him suffer

4

like that and not be able to get the medical help he needs. He shouldn't be in here at all. None of the kids or families should.

33. My sister and brother and I were all in regular school before we got arrested by immigration. They don't have any school here. They just have English classes, but we all speak English so that doesn't help us much. My mom goes though.

34. You have to pay to use the tablets to play games or watch movies. It's five cents a minute. You have to pay to use the phone too, or to do facetime. You have to pay for food at the commissary.

35. The library is usually only open in the mornings, and the rooms with the puzzles where you go and play are also usually only open until 12. But yesterday they had them open all day. The little kids are not allowed to take toys from the game room. No one plays with them. The usually only have a sand pit and they get really stressed. The little kids are always crying, and it makes me really sad.

36. Imagining what it's like here for my sister and my brother and the little kids—oh my God. I can barely cope with it. Imagine them. Sometimes I cry at night imagining these kids going back and being deported, and their moms super stressed.

37. I feel like my sister's and brother's personalities have changed. My sister and my brother used to be really outgoing. My brother used to be really fund and joke a lot. He plays football and he's really good. But he had to miss his tournament that was last Sunday because we were here. Now he just wants to be inside and watch TV. He cries at night. He's so withdrawn now.

38. My sister cries at night too. Before, my sister really liked drawing and painting. She was really outgoing. Now she is quiet and just want to stay in our room.

39. My mom cries every night. It's really hard for me. My mom is someone who wants to follow the rules and do everything right. That's why she got out to ask about using our asylum papers for the check point. She tries to follow all the rules. I do too. I color in the lines like you can see in this coloring page. I do all my homework. I am too afraid to get in trouble.

40. I am trying to be strong for my family. I don't want them to see me cry. I don't know how the little kids are coping—I am barely coping and I'm 16. I don't know about my mom—I really hope she gets through this and I'm worried about her. I have to be strong for her. I feel like Luisa from Encanto, and I have to hold everything and take care of my family.

41. I have nightmares sometimes about being separated from my family again like we were separated at Ursula.

42. I only really talked to one girl here who was 14. But yesterday, she and her mom found out they are getting deported. And her mom passed out in the courtyard because of the stress and terror she felt about being deported and her life being in danger where she came from. Today they are gone.

43. I'm worried about all the school I'm missing. I missed my STAR test. That's a standardized test you take at the end of quarter or the year. If they let me out of here I will have to do summer school to make up all the school I have missed. I'm a junior, and I had planned to take the SAT and go to college. I have been in school here in the United States since I was in second grade. We came here when my dad died.

44. My best coping skill is that I usually pray at night, and I talk to God. I ask to just let me out of here. Sometimes I go to church here. The people who run the church are super nice and they are always praying for us.

45. I really want to get out of here. I want to get back to my life. I want to go back home and see my aunts and cousins and all the rest of my family and friends. I am doing my best to be strong and take care of my family. It's hard to take care of them and take care of myself too.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 27th day
4  of March 2025, at Karnes City, TX.

[Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓]