# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 29 years old and my son, ███████████████, is 3 years old. We are from ███████.

3. I speak Spanish.

4. I have been detained at this facility for 19 days as of today. I have asked everyone here how long I have to be here and they have said only up to 21 days. But they tell me they don't know anything about my case and they don't tell me who I could talk to about my case.

5. I have been living in the United States for about nine months. Before I was brought to Dilley, I was living in Ohio. I was driving to work one day and the police stopped me. I did not have a license, so they called immigration. They handcuffed me and then kept me in an immigration facility in Ohio. They kept me in a small cell with a walled off toilet.

6. When they found out I had a child, immigration drove me to get my son who was with a babysitter. My son was scared because when immigration went into the babysitter's house, they were pointing guns at them. After they picked him up, we went back to the cell with my son.

7. The next day, three ladies flew my son and I from Ohio to Texas. They went with us on two flights and then we drove from San Antonio.

8. When we arrived at Dilley, they gave us clothes and took us to our room. They let us shower because we had not been able to shower in the cell.

9. Until this morning, we were staying in a room with 12 people. There have been several families that have come and gone since we arrived. There are 6 bunk beds and they have mainly been full.

10. It is hard to sleep at night because they don't turn off the lights. If I turn off the light, the guards here just turn them back on. They are constantly coming in the room at all hours of the night. My son and I are not able to sleep.

11. They give the same food here to adults and kids. My son has only eaten 2 days out of the 19 days because he doesn't like the food. He will just have apples, juice or cookies. At first, they gave me formula. But after it was finished, they wouldn't give it to me anymore. With the lack of sleep and anxiety, my son is throwing himself against the floor and getting bruises. He wants to leave so badly that he is having these reactions.

12. After 8 pm, we have to be in the room. We can only leave to use the restroom, which is in a different trailer.

13. My son and I try to be outside as much as we can, but when the sun gets to us we go back to the room. I don't like staying in the room. There is not much to do here. In 19 days, I have not seen anyone doing fun activities here, like karaoke or movies. If they say activities like that are happening here, those are lies.

14. I have asked about the school room they have here, but they told me it is only for five years old and up.

15. I have to be with my son at all times. Even when I use the restroom, he needs to be with me. We also must shower together.

16. They give us 3 sets of clothing, which means I have to wash our clothes every other day. They give my son diapers, but they only give three or four at a time so I am constantly asking for more.

17. For my son to talk to his Dad, we have to pay for it. I have heard they have FaceTime video and I think it costs about $3 for ten to fifteen minutes, but we have not used it.

18. My son has never been given a list of free legal counsel. I have not seen a list of legal counsel on the wall, but I got a number for lawyers from another resident.

19. I am worried because my son won't eat and keeps throwing himself against the ground. I feel bad, too. The most difficult thing is the feeling of being imprisoned. It is

also hard because they don't tell you anything. For me, this place feels like a family prison. There are guards here who treat you okay but many others don't.

20. There is so much persecution here in the United States right now. I wish for my son not to have to grow up feeling like we are always hiding and under threat. I look forward to studying nursing and being able to work and live without fear someday.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this ___1st___ day
4 | of May 2025, at Dilley, Texas.

## CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 5/01/2025            *Diana Cano*