# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 27 years old. My daughter, ▮▮▮▮▮▮▮▮▮▮▮▮ is 9 years old and my son, ▮▮▮▮▮▮▮▮▮▮▮▮, is 6 years old. We are from ▮▮▮▮.
3. I speak Spanish.
4. Prior to being detained at Dilley, we had been in living in Los Angeles. When we arrived in the United States about six months ago, we were processed and released quickly. My family purchased us airline tickets so we could fly to Los Angeles to be with them.
5. A little over a week ago, I went to immigration court for our preliminary immigration hearing. My children were with me. At the hearing, the judge told us that she was terminating our case. Immediately afterwards, ICE was there to arrest us and we were not allowed to go home.
6. We were arrested by ICE around 11 am, and then we were taken to an office for about four hours. Next they took us to an immigration center in Los Angeles where we sat from 6 pm to 4 am. Then they put us on a flight to San Antonio with three other families. Each family was escorted on the plane by two staff people. Then they drove us here in a van.
7. We have been detained at Dilley for 8 days.
8. When we arrived here, they did a basic physical of my children but nothing more. I shared that my son has leukemia, but no one did anything. About four days ago, I noticed they put something about the cancer by his profile, but no one has reached out to me about anything related to his care.
9. I am extremely upset because my son was supposed to have an appointment with the doctor today to see when he needs his next cancer treatmen. He started his treatment two years ago and is supposed to get about three more treatments. When we were in ▮▮▮▮, he was getting a treatment about every 21 days. But when

1

we got to California it took awhile to set an appointment for him. I am worried that my son needs his next cancer treatment urgently.

10. My daughter is not eating the food here. My son just eats a little bit.

11. I have been told to use the tablets to ask questions, but no one gives you instructions how to use them. I haven't used the tablet yet because I don't know how.

12. When we got here, we were given a coupon for 3 minutes each to use the phone. After that, my children and I have to pay to use the phone to call family.

13. We all just want to go back to Los Angeles. Our family is there, and my kids were happy and doing well. They were going to school and really liking it.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 5th day
4  of June 2025, at Dilley, Texas.

## CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 6/05/2025                                         _Diana Cano_