# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, █████████████████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 12 years old. I am from ████████.

3.    I speak Spanish.

4.    I have a serious health condition. It is a blood condition. It's a dangerous condition. When I was living in ████████, I had to spend 28 days in the hospital when I was two because of this condition.

5.    Now I can't play sports that are contact sports, and I have to be really careful when I play. If I am not careful, I could get a bloody nose or a cut, and that would be really dangerous. It's possible that if I bleed it wouldn't stop. If I was hurt badly enough or I was hit really hard, I could die. I could get a brain hemorrhage.

6.    The first time I came here was in 2024. I came alone and went to an ORR shelter. I told them about my health condition then, because I was alone, and they needed to know. I don't have documents that show my health condition because I had to leave them in ████████ when I left.

7.    From the ORR shelter, I was sent to my mom and stepdad who were already here in the United States. My stepdad is a legal permanent resident. He is still in Dallas, where we all lived together. I went to school. I'm in seventh grade.


2025 Detention

8.    The second time I entered the United States was about 26 days ago, from the Canadian border. I was with my mom. I have been detained since we entered.

9.    I have been in Karnes Family Detention Center for about 19 days. Before that I was held in a building on the American side of the border for about four days.

10.    When I got to Karnes detention facility, I had an appointment with a doctor. I did not have an appointment when I was at the Canadian border.

1

11.     Here, they just checked me quickly. They did a blood test. They said I was fine. My mom told them about my health condition.

12.     I am afraid now because of my health condition. I'm also really afraid they will deport my mom to █████████, where she will be killed.

13.     I am really afraid I will be separated from my mom, and they will deport her and I will be here without her.

14.     I am really worried about my health condition because my feet have started to get really swollen. They are getting really inflamed. There have only been two times in my life they have been swollen like this. Once when I was two, and then had to go to the hospital for 28 days. And now.

15.     I need an exam for my spleen to check that I am ok. But they refused us that exam. ICE said I didn't need it. I think because they just didn't want to give it to me. The doctor said I didn't need one but didn't really do a full exam.

16.     But they need to see if my spleen is big or normal sized. If it's big, they have to squeeze it for it to get back to normal.

17.     With my feet swollen like this, it's hard to walk. It hurts when I walk.

18.     Now, I can't play or do anything physical. I just have to stay in my room, or I can color in the library. They have games, but you can't take them out of the room they are in. They don't loan them out.

19.     Here, I just feel really sad. In my house, I normally do games on my phone or something because I can't risk doing any activities where I could get hit. But here I can't even do that, so I just feel sad.

20.     They don't have any school here. Just English classes. I go to those, but I miss school. I miss learning about other things. I get so bored here. It makes me sadder and more lonely.

21.     We also spent three days in a row without water here. A Friday, Saturday, and Sunday. I had to drink water from the tap, and I had a really bad stomach ache. I spent two days in the bathroom from drinking that water.

22.    If I could be anyone, I would be ironman. He was a person who could change his body into a robot. Especially if I could also shoot webs like Spiderman. Then I would be able to fly, and also, I would be able to help people here. Like the lady yesterday who fainted. I would be able to help her. But I couldn't help her because I was stuck in my room.

23.    I miss my dad. I can talk to him on the phone. But it's not the same.

24.    I also really miss my dog, Toby. He's my service dog. I have a certificate showing that he's a service dog. He helps me when I cry, and he comes to me and gives me a dog hug.

25.    I do not like being here. I want to go home. They say I have been here for 18 days, but I don't think they counted the first day. I think I have actually been here for 19 days.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my

2  knowledge, all the information I have here given is correct and complete and I understand

3  the legal consequences of testifying falsely to the authorities. Executed on this 27th day

4  of March     2025, at  Karnes City, TX.

5

6  ████████████ _____

7

8                    [Name: _██████████████ ]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERPRETATION

My name is Rebecca Wolozin and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated:    03/27/25                              *Rebecca Wolozin*