# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 13 years old. I am from ███████.

3. I speak English and ███████.

4. I arrived in the United States with my mom and my two younger sisters. My sister ███ is 11-years-old. My sister ███ is four-years-old. My mom is also pregnant.

5. When we first arrived, we arrived in Texas. Immigration officers took me and my mom and sisters to a building that was like a prison.

Border Patrol Custody

6. We were in a room with some other people. We were not allowed to leave. We slept on mats on the floor. They gave us foil sheets for blankets.

7. The food was really bad. I just tried to pretend I was not there. I was hoping it would end quickly and we could leave. It was so uncomfortable in there. The toilet was just out in the room, with no privacy. There were male guards, and everyone could see everything. I really didn't want to use the bathroom because everyone could see me. But my mom said we just needed to do it because there was no other option.

Arrival at Dilley

8. After about four days, immigration officers brought us here to the Dilley family detention center. We have been here for so long. It has been almost two months. I hate it here.

9. One morning a few weeks after we arrived here, the guards came to get us and said we had an interview. We cannot go back to ███████ because my mom says it is really dangerous. She had been telling that to all the officers and I think that is why they gave us an interview.

1

10. The interview was so long. It lasted for like seven hours. It was all day. They asked my mom and me and my sisters so many questions. It was exhausting. It was hard to think and hard to focus in that room for so long, talking on the phone.

11. After the interview, we just waited. There is not much to do here. They have class an hour a day, and me and my sister who is 11 years old are in the same group. My mom wants us to go but it is so boring and easy. It's not really school. It's for much younger kids. Mostly I take books out of the library and read. I just keep to myself and read and wait.

12. About a week later, we found out we got a negative on our interview. That's when I started having nightmares. I was feeling like something was not right, and I had done something wrong. I thought I had really messed up.

13. After many hours, while I was sleeping, the interview came back to me. I remembered a question they had asked, and I said the wrong answer. It was something about picking us up from school. It was just so hard to think in that room, and the interviewer would ask questions where she would say what had happened to us and say, is that what happened? And for one question, I just said "yes" but I think what she said was not fully correct. I'm sure I messed things up. I feel like I caused the negative result.

14. After I started having these terrible nightmares we went to mental health here to talk to a counselor. The counselor didn't really help. She just said nightmares are normal. She told us just to pray together as a family and taught us a breathing exercise. Breathe in for three, breathe out for three. She also suggested I drink warm milk, but I like to drink milk cold. She never asked me if I had any thoughts about hurting myself. She didn't ask if I had ever thought of ending my life. She did not ask much about why I was feeling so bad or having nightmares. She just said things that are like the things people embroider on pillows – breathe, pray. It didn't help. I still have nightmares and it is hard to sleep.

15. Last week, they took us to the airport to deport us. It was so scary. Me and my sisters and my mom were terrified.

2

16. Everything was terrible at the airport. My mom would not get on the plane. She sat down on the floor even, so they could not put her on the plane. My sisters and I were all crying. We did not understand what was happening or why it was happening. They were trying to get us on a regular plane with regular people in the airport. It was becoming a scene. The officers were yelling at my mom.

17. One officer told me I should try to get my mom to just stand up and get on the plane. She said something like, "Do you want to see your mom like this?" Of course I don't want to see my mom like this. My sisters and I were all crying and it was so scary. The officer threatened to separate us from her and send us to live with a foster family if she didn't cooperate. The officer said she would go to prison, that she would be charged with a felony. My sisters and I heard all of it. I tried to tell my mom we should just get on the plane. I don't want to be separated from her. We came here to be safe together as a family.

18. Finally they canceled our flight and brought us back here. I am so afraid now that my mom is going to be arrested and sent to prison, and me and my little sisters will have to go live with strangers. Plus my mom is pregnant. Is she going to have my baby brother or sister in jail? Will I never get to meet my baby brother or sister? (Personally, I think it will be a boy.)

19. I'm not really hungry that much any more. I eat less than before. I feel really sad and angry all the time. I don't want to die here. And I don't want to live here either.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this __5th__ day
4  of __June__ 2025, at __Dilley   Texas__ .

[Name: ███████████ ]