# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████ declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 30 years old. I am from ███████. My sisters are both American citizens. I am here at Dilley with my husband and our four children: ███ ███ (9 years old), ███ (8 years old), ███ (4 years old) and ███ (9 months old). We have been detained at Dilley for thirteen days, and prior to that we were at CBP for three days.

3. I speak English.

## CBP Apprehension

4. We crossed into the U.S. from Mexico and presented ourselves to border patrol officials to seek amnesty because my husband was nearly killed and feared for his life if he stayed in ███. They kept us in CBP for three days. On the third day, they said we had no rights and there was no longer amnesty here – and they were going to fly us all back to ███. We were eventually transported to Dilley without any explanation of what was happening or where we were going.

5. At CBP, for the first two days, they let our two boys stay with my husband and I had our two girls with me. On the third day, they put us all together because they had planned to fly us all home. I don't know why they did not keep us together in the first place.

6. The first two nights, they would not give me a cot for the baby. Finally on the third night, they gave me a cot. We had to sleep on thin mattresses with tin foil blankets.

7. The food was horrible. The burgers were frozen and stale. The kids would not eat the food. They lived off of crisps and apple juice. My oldest son will eat anything. He loves food, but he literally would not eat any of the meals while we were at CBP.

8. It was so cold there and the kids were freezing. I asked for extra clothes for my baby, but it took until the third day to get a jumper.

9. We would have to get up at 5 or 6 am with all the kids and leave the area while the cleaners came in. You were allowed to take a shower, but I had the baby with me and they would not let me give her to my husband or anyone while I showered. It was really difficult.

10. There was nothing for the kids to do all day except sit in the cells or an area that is in the middle of the cells.

11. On the day we left, they woke us up around 12 a.m. and told us they were taking us on a three-hour drive. They put us on a bus with another family and ICE agents. We arrived at Dilley around 5 a.m.

Dilley Family Detention

12. When we arrived at Dilley, we spent about two hours in intake. They did screening and we got fingerprinted – and then they finally brought us to the rooms. We had basically been up all night.

13. I live in the yellow neighborhood in container 2 – they call it Yellow 2. We live in a trailer – it's like a metal container - with 6 bunkbeds. There are three families in my room – and I have all four of my kids. The bathrooms and showers are down a hall in other trailers – so you have to go outside to use them.

14. They make us keep all the lights on all night. Staff are coming in and out all the time to check things. They always let the door slam throughout the night and they're never quiet. They also come in at 5 a.m. to wake people up to take their medication. Then they come in at 6 a.m. to wake everyone up for breakfast. Our kids were so tired all the time, we started buying cereal for them from the commissary so they could skip breakfast and sleep longer.

15. It has been very difficult because they insist that people take medication at 5 a.m. I have a thyroid condition and need medication for it. Each day for a week, they were waking me and my four kids up at 5 am and making all of us walk to the medical area so I could take my medication. We could then go back to bed, but by that point the kids

2

were awake and they often could not fall back asleep. It was so hard, I started refusing my medication. After I did that, they finally agreed that they would leave a staff member there for five minutes at 5 a.m. while I walk to the medical window to get my medication medication. They aren't doing that for other mothers and babies though – many mothers still have to get up at 5 am with their children.

16. The kids are feeling exhausted and being locked away is really started to get to them. They are used to having a routine - going to school, sports and movies, and maybe going out for food on the weekends. They aren't used to being isolated like this. You aren't even allowed to socialize with anyone who isn't in your room.

17. It's too hot to play outside, so the kids will go to the gym. There aren't any organized activities. I have never seen anyone singing karaoke or watching a movie with popcorn or having snow cones. It is laughable that you were told these things are happening. I think it's a joke how they can lie like that.

18. The food here is the same for all of us. I have told them the food is horrible. They need more kid-friendly food. The kids are hungry a lot because they don't really eat the food. They will just pick at things. Most days I have to get an extra slice of bread and put jam on it for my four-year-old because she will not eat the food. You can only buy them so many candies and crisps from the commissary. It's not healthy for them.

19. For the first week, they would not give me a can of formula for the baby. I would have to ask for scoops of formula in a bottle each time. I would even have to ask for formula at 3 am. My baby has 5-6 bottles a day so this was really hard. Now they are finally giving me the formula in a can, but I have to keep it hidden by the sink because other mothers are not allowed to have cans. They told me that having a metal can is dangerous.

20. I have asked repeatedly for boiled or bottled water for my daughter's powdered baby formula, but they will not give it to me. They told me using tap water was fine, but now my baby is having horrible diarrhea. It has been going on for three days and it is so bad it leaks out of her clothes. I do not think I should have to buy water for my baby to

have with formula, and some days the commissary is not even open. When I ask for bottled water for the baby, they tell me that other babies use tap water and we should be fine with that. But some babies' stomachs can't handle tap water and now it's making my baby girl sick.

21. At Dilley, my children are all separated from their Dad for a lot of the day. I asked many times for my sons to go with their Dad in his trailer, but they will not allow it. My husband is only allowed to see the kids from 8-11 and then from 4-8. He can only go in certain areas – one of the gyms and the dining area. Otherwise, I am alone with my kids. They will not let my kids stay alone with my husband for even five minutes to allow me to use the bathroom or take a shower. My kids must be with me at all times unless it is convenient for the staff here, which has happened a couple of times.

22. Some of the staff treat you like dogs. They will whistle at you when they want you to do things. One time they were whistling at my four-year-old in the cafeteria to move to a table instead of just walking over and asking her to move. My husband got upset and asked why she was treating ▮ like a dog. She didn't say anything. She put her head down and put her hands in her pocket and walked away.

23. Six or so days ago, my eight-year-old son, ▮ broke his arm while I was in the bathroom with my two girls. The boys are too old to be allowed in the ladies' bathroom, so I have been told to have them wait outside the bathroom when I am in there with my girls. As I said, I am not allowed to leave them with their father. I heard a wailing scream about five seconds after going in the restroom and ran outside. He was yelling so loudly from the pain; he was screaming. My son had jumped on the railing and fell forward hitting his arm. We rushed him over to the medical area. By the time we got there, he was quiet and seemed to be in shock by that point. The doctor said she didn't think it was broken because he was not crying. My husband and I said he absolutely needed to go to the ER to get it x-rayed. The medical staff debated whether to take him to the ER for two hours as my son's arm was getting more and more swollen. He was sitting in the waiting area with us - in shock and shivering. Finally, after repeatedly

requesting to take him to the ER, they took me and ▮ in one of their vans. It wasn't very far away – like fifteen minutes. At the ER, his arm was horribly swollen up and was awful even to look at. The doctor took one look and said he thought it was definitely broken. They took an x-ray and said the bone had snapped completely and then snapped back in place. Fortunately, he did not need surgery. They gave him a cast and said he needs to see a bone doctor in 4-6 weeks. When we came back to Dilley, the doctor sarcastically said "it wasn't broken, yes?" and we told her that it definitely was. My husband said he never wanted that doctor seeing any of our kids ever again.

24. My oldest son, ▮, has asthma. I repeatedly asked for an inhaler because he needs it before he runs around in the gym or sometimes his asthma just creeps up on him because of pollen or a change of weather. They initially said he needed to go to the medical area every time he needed to use an inhaler, and we could not take it with us. Then, after two asthma attacks that were really bad with us racing him to the medical area unable to breathe, one of the staff made a request for us to be able to take an inhaler with us, and they finally agreed.

25. They opened the education room on Wednesday for the first time. I brought my kids to it because they were so excited to have school. They love learning and school activities. They love going to school. The school room had one hour for ▮ and then another hour for my two boys. ▮ mainly did coloring. The boys were given a math packet. There is only one teacher for all the different age groups, and she is just learning how to manage it.

26. I have been worried about my husband's mental health. He has been having suicidal thoughts. He stopped taking his medication because they were making him wake up at 5 am to take the medications. He suffers from bad panic attacks. I told the nurse that he was going to get really upset from waking up at 5 every day. It is really hard for him to be separated from his children for so much of the day.

27. All of my children are having a hard time, but my nine-year-old son, ▮ is taking it the worst. He is getting very quiet and isolated. He asked me: "Mommy, are we

going to be here forever?" My ▮▮▮ is acting up a lot. She is used to going to nursery school and having lots of structure. She's not used to be detained like this. She cries every night for her Dad.

28. It is so hot here my kids cry and get dizzy. We don't have enough clothes for the hot weather. We only have one pair of shorts each for the boys and it's too hot for the track suits they gave us. I put in a request 4 or 5 days ago for my baby to get clothes that fit, but I still haven't gotten them and so I am having to roll up the sleeves of the clothes for my four year old. I also don't have clothes for my older son that fit. You have to keep asking over and over for clothes.

29. To call family members, you have to pay. My children could only talk to family if they pay for it.

30. It is very hard to get ahold of a lawyer here for children or anyone. There are numbers for lawyers on a list on the wall here, but none of the numbers work. I have tried to call all of the numbers on the list and none of them worked anymore. I told one staff that the numbers don't work and she said, "I don't know if we are offering free lawyers anymore."

31. I am trying hard to keep my kids hopeful. I keep telling my kids we are going to do fun things with their cousins when we get out of here, like going to Six Flags. But my oldest son knows what is happening and he just keeps asks: "Are we ever getting out of here?"

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 2nd day of May 2025, at Dilley, Texas.

