# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**I, ███████████ declare as follows:**

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am ███████████ mother. She is 9 years old, and we are here with her father, ███████████. They are both from ███████, but I am from ███████.
3. I can speak English.

## Background

4. We crossed the border from Mexico into the U.S. with our daughter on March 2 of this year, in the evening.
5. We came here to get asylum.
6. We crossed by car, we gave our passports, and said we wanted asylum.
7. We crossed near San Diego, and they brought us to a facility in San Diego. We were there for about 10 days.

## San Diego Facility

8. It was a jail there. We slept on mats and foil blankets, nothing else.
9. It was very cold, and there was a light on 24 hours a day
10. My daughter couldn't sleep well; it was very loud and noisy.
11. I was with my daughter, but my husband was not with us.
12. My husband was alone for 5 days, there was no one else with him in his cell.
13. We could visit each other sometimes, but it wasn't every day.
14. We could sometimes see him while eating; it was 10 to 15 minutes. It depended on what the officers wanted – it was whatever they wanted.
15. We asked for more clothes for my husband, but they told us no.
16. The food was all frozen. We had to ask them to heat it every time in a microwave. There wasn't enough food either, even for children.

1

17. For the men, there was definitely not enough food, and it was the same food every day.

18. There were no hot drinks, just water and juice.

19. My daughter was hungry and sometimes, as kids do, she wouldn't want to eat when they served the food. If she wasn't hungry then, she would miss out on the food entirely.

20. She was very sad to be separated from her dad. She asked why he was separated from us and why we couldn't see him.

21. There were 8 of us total in one room. There wasn't enough room when we first got there; it was very full.

22. We asked if we could call a lawyer, and they didn't let us.

23. My husband told them he has a sponsor in the U.S. and asked to speak to his sponsor via phone, and they started to laugh at him. They said you dream you will be an American?

24. After we were there for 8 days, they finally let him call his sponsor.

25. Sometimes I could call relatives, but it took a long time to ask and get on the phone. I spoke to relatives about 2-3 times.

26. The people at the facility told us many times to sign the voluntary departure forms. They said the U.S. President has decided you need to leave.

27. We said we need to speak to an attorney about the forms, but they didn't let us.

28. We did an asylum interview there, and we got a court date for March 17. On March 11, they moved us here to Karnes, though. And they said it would delay our court date. We don't have a new court date yet.

29. We've been at Karnes since March 11.

30. They didn't tell us why we were leaving or where we were going. We only saw once we were at the airport that we were flying to San Antonio.

**Karnes Detention Facility**

31. One major concern we have is that we want our child to see a doctor. ▉ saw the doctor here, but we don't think that was enough.

32. She has a tooth coming in on top of another tooth. The doctor here said we can get it looked at once we leave Karnes, but I want to see an orthodontist or go to a children's hospital now.

33. It hurts ▉ when she eats and sometimes when she sleeps too. Ibuprofen is the only thing they've given her for this.

34. I am very nervous that this tooth needs to be dealt with soon and fear that waiting could make it worse.

35. My husband told the staff one day he had a headache. Since then, every day twice a day he has to go to the medic to receive ibuprofen. He doesn't need it anymore, as the headache is gone, but they still make him go twice a day just to wait in line and sign a form saying he doesn't want it. This is very weird to us.

36. My husband is still separated from me and ▉. He is with other men.

37. We were with 6 other people initially, but now there are just 4 of us left in the room.

38. ▉ is always asking us when she can play on her phone again or see her friends.

39. In San Diego, there was no education at all. Here, there are just brief English classes for 1 hour a day. This is only for moms and kids, not the dads.

40. There is a library, but there is no internet so the computers don't work. They keep saying they will provide internet, but we still don't have it.

41. The temperature here is cold. They don't switch off the air conditioning. If you're on the top bunk bed, it's cold because it's blowing on you constantly.

42. One mom said she asked for another blanket, and they said you can't get more than one blanket.

43. The staff come into the rooms all the time at night to do "checks"; no one can sleep. They slam the door too. They do this every 20-30 minutes at night.

44. We cannot sleep well. ▇ almost never sleeps.

45. We have to pay for the tablets when using games, and we pay for the phone calls too.

46. It's 5 cents for games per minute, and 7 cents for calling per minute inside U.S.A. It's very expensive to call abroad.

47. Today, when it's rainy, ▇ is very bored. There is nothing to do. The gaming room is very small, not a lot of people can fit in there.

48. None of the food is fresh, it is all boiled.

49. For a period of days, there was a problem with the water; they didn't give us bottled water. They said to get it from the tap, but you can't do that here. The tap water tasted bad; it tasted like iron and made us sick. Now, they are back to using bottled water.

50. The towels are dirty, like something you would use to wash the floor. They basically aren't even towels, and they are so short they don't cover the whole body. They are like dish towels to dry dishes. They say they are clean, but they aren't.

51. My daughter had a problem getting new shoes; they are all wet from the rain. They don't get more than one pair unless theirs are completely torn. Hers aren't torn but they are damp and wet, uncomfortable to wear.

**Looking Forward**

52. If I could change one thing about being here, it would be to have education for our daughter. You can't just "play" every day. She is bored and she needs education. If they provided some education in English, I could translate it for her.

53. Also, we don't have pillows to sleep on.

4

1 | I declare under penalty of perjury that to the best of my knowledge, all the information I
2 | have here given is correct and complete. I understand that I have to tell the truth in this
3 | declaration and the legal consequences of testifying falsely to the authorities. The
4 | interviewer read the declaration to me and everything in it is true and accurate. Executed
5 | on this 27 day of March, 2025, at Karnes, Texas.