# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 29 years old. I am from ▮▮▮▮▮▮.

3. I speak Spanish and I understand some English.

Entry to Immigration Custody

4. I have lived in the United States for a few years. I live in Dallas, Texas.

5. My son ▮▮▮▮ came to the United States later, around April 2024. He was released to me, and I enrolled him in a middle school in Dallas. ▮▮▮▮ is in seventh grade.

6. Because I believed my family would not receive asylum in the United States, we decided to go to Canada to seek asylum. I thought that was the best thing to do for ▮▮▮▮ safety and mine.

7. ▮▮▮▮ and I went to Canada with ▮▮▮▮ service dog, Toby, and with my brother, my mother, and my spouse, who is a U.S. legal permanent resident.

8. My family was all detained in Canada for 24 hours. The Canadian officers told me to sign papers as part of the process. After I signed these papers, I was told it was my deportation order that I signed and that we would be going back to the United States because of a third-country agreement.

9. ▮▮▮▮ and I have been detained in the United States for about 24 days now. After we were deported from Canada, we were detained in North Dakota. The officers in that station treated us very poorly at first. For example, ▮▮▮▮ was not allowed to take a shower for 4 or 5 days. Also, I asked the officers if I could have a coffee, to help with the migraine I was having, and the officer looked to another officer and said: "Does she think this is a Wal-Mart?"

10. There was a work shift change after a few days and the new officers were nicer to us.

1

11. My mother and my brother are detained in Nebraska and Minnesota. I am really worried about them, and ▇ is so worried about his uncle, my brother. Because my spouse is a permanent resident, he was released.

Karnes Immigration Facility

12. ▇ and I have been at the Karnes facility for about 18 days.

13. I am so worried about my son's well-being here. ▇ has a condition called thrombocytopenic purpura. It is a blood-related disorder. He was diagnosed when he was one-and-a-half years old. For the past several days, his feet and ankles have been swollen and inflamed. He got a platelet count shortly after we arrived at this facility, and it was on the low side, but not too low. But now I am extremely worried that his platelet count has gotten lower because of his feet and ankles being inflamed.

14. The staff here have told me that ▇ swollen feet and ankles is not an emergency. I don't know how it's not an emergency. For three days, he had to have his feet elevated and he was complaining of pain. He had inflammation like this when he was 2 years old, and he was hospitalized for about 28 days.

15. Karnes denied his request to get an ultrasound. The doctor here recommended that he see a hematologist, but no one has given an answer about if that will happen. It is so hard to witness ▇ in pain like this as his mother, and be unable to do anything, because medical staff here will only give him Tylenol.

16. An organization called RAICES requested our release due to medical reasons, but ICE denied the request.

17. Being detained here is so hard on ▇ for so many reasons. My son has experienced so much trauma in his life, so at home in Dallas, he has a service dog for emotional support. His name is Toby. When ▇ came to the United States last year, he was wetting the bed because of all the trauma he's gone through. With his service dog Toby sleeping in bed with him, ▇ stopped wetting the bed.

18. ▮▮▮ had stopped wetting the bed completely until we were detained. Since being here at Karnes, he has wet the bed twice.

19. The first time ▮▮▮ wet the bed here, it was nighttime, and he had said to me "*Mami, tengo miedo*" ("Mommy, I'm scared"). He got into my bed. Staff came in and yelled, saying he couldn't be in my bed. ▮▮▮ got back into his own bed, and he wet the bed that night.

20. ▮▮▮ cries at night. He says: "*Ya no puedo*" ("I can't anymore"). Here at Karnes, he made friends with a boy from Brazil. The boy was deported. When ▮▮▮ found this out, he cried: "*Mami, lo van a matar*" (Mommy, they're going to kill him."). Many families are leaving the facility and we don't know where they're going, if they're being deported or released. Yesterday, the family we shared a room with was released and ▮▮▮ cried and cried, saying that he wanted to leave. I have to keep giving him hope that we will be able to leave this place.

21. ▮▮▮ biggest fear is that we are going to be separated from each other. Last week, staff took me out of the facility to go to the eye doctor and they said my son couldn't come. He told me he was afraid the whole time I was gone.

22. My son is not eating, and I know it is from the depression of being detained. For example, they served pizza here, and he wouldn't eat. At home, ▮▮▮ eats 4 slices of pizza!

23. Also, sometimes the food here is not good or is spoiled. They provide bologna sandwiches the other day, and the bologna was spoiled.

24. For three days here, my son could not drink any water. The staff stopped giving us bottled water and told us to drink the tap water. But the tap water makes people sick. ▮▮▮ got diarrhea for two days after drinking the tap water. They only gave us bottled water again after a group of us moms got together a made a complaint to ICE and GEO.

25. My son is afraid of going to the doctor here because he is scared we will go back to the medical isolation room. We were in medical isolation for two days when we first got here. In the medical isolation room, the bathroom has no doors and is not private. It's part

3

of the same room. There's only a small wall covering the toilet, and you can see people passing by the window when you're on the toilet. When we were in there, ▇▇▇ told me he couldn't use the toilet. So my son doesn't want to go to medical because he's afraid we'll be stuck in that room.

26. ▇▇▇ is not receiving education here. He goes to English classes for about 35 minutes a day. That's it. This is not good. He needs to be in school—he was finishing seventh grade here in the United States.

27. You have to have money to make phone calls here. I had four dollars, so we can make calls. But there are families here who don't have money to make phone calls, so they can't talk to anyone.

28. The staff do not treat us well. At night, they bang on the doors and come in the room loudly. They yell. For example, sometimes we get clean clothes but they're still damp, so we try to dry the clothes by putting them out on the bed. But then the staff yell at us. They also laugh at us. When I asked staff for a razor to shave, they laughed at me.

29. Unfortunately, our children are conscious of the fact that we are prisoners. But as their mothers, we are trying to make this place feel less like that and make it less difficult on them. So, at dinnertime once, we pushed the small tables and chairs together in the cafeteria so multiple families could eat dinner together. The staff separated the tables. They don't want the families to talk between each other.

30. They are violating our rights here. It makes me angry how my son is being treated. I could tolerate being mistreated. But it's horrible to watch it happen to my son. Being here is not better than being detained at the border. Sometimes it's worse.

31. Before coming into this interview, the Karnes staff who brought me told me not to say anything and to only answer basic things. They do not want people to know how they are treating us. I am afraid for when the lawyers leave, because the staff will go back to treating us poorly again.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this _27_ day
4  of _Marzo_ 2025, at _Karnes Texas_
5  (March)

Name: ███████

## CERTIFICATE OF INTERPRETATION

My name is <u>Rachel Smith</u> and I swear that I am fluent in both the English and <u>Spanish</u> languages and I interpreted the foregoing declaration from English to <u>Spanish</u> to the declarant to the best of my abilities.

Dated: March 27, 2025

*[signature]*

Rachel Smith