# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , declare as follows:**

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am fourteen years old and have been living in California since I was five. I am in 9th grade, and I live in San Fernando Valley with my mom and my two siblings who are 6 and 4. I was born in ▓▓▓▓▓▓▓ , and my younger sister and brother were born in the U.S.

3. I speak English and Spanish.

**CBP Custody Prior to Karnes ICE Facility**

4. I have been detained at the Karnes ICE Facility in Texas since March 15th. Before that I was at a few other detention centers – so I have been detained in immigration facilities for 20 days total so far. We were picked up from a traffic stop in El Paso and then moved to an El Paso detention center, McAllen, El Paso Station, and Ursula detention center before coming here.

5. It has been a really difficult time. A few weeks ago, my mom and I flew to Texas to meet up with her boyfriend and drive back to California together in his new car. He was planning to move in with our family. As we were driving in El Paso, there was a traffic check point and my mom's boyfriend was stopped. He did not have legal status and the officers picked him up. My mom showed the officers her ID and her papers, and they said we were fine. But they told her boyfriend that he was not allowed to be here. My mom didn't want to leave her boyfriend alone. We stayed at the checkpoint for a couple hours. Then they told my mom and I that we were going to another place to just do a check-in. They said it would only take 2 to 3 hours and the car would still be there. They lied about that. Then immigration picked us up in a white van. The white van took

us to a detention center with big white tents. They took us to a room with other families. They gave us some food and said an officer would talk to us later about our papers. It was about 10 pm. They took our fingerprints and made my mom sign some papers, and then took us to where we would sleep. I don't know where they took her boyfriend, but he has now been deported.

6. It was really stressful to be in that big tent. There were lots of people walking back and forth and they were always watching us. We were not able to leave or go outside – we were just stuck in one part of the tent with four other families.

7. We were detained in that tent for around a week. You couldn't really sleep there. There was a lot of wind and the tent would make a loud screechy noise. There were lights on all the time and lots of people coming in and yelling. When we were sleeping, they would always try to talk to us. You could hear babies crying at night and it was just really hectic.

8. The food was horrible. They would give us cold burritos, or meat and bread. But the meat would always have something really wrong with it. One time the meat was purple. Another time the meat would stink. I got sick from the meat and had to go to medical. I had sharp stomach pains. After that, I did not eat for a week and lost ten pounds. I went from 170 pounds to 160 pounds in a week.

9. At El Paso, the immigration officials told my mom she could either leave voluntarily or they would deport her anyway. She was worried that if they deported her, she wouldn't be able to try to return for another 5 years. When they told my mom we were being deported, I was really sad. We had left California on a Friday and I was planning to be back in time for school on Monday, and now they were saying I might never go home again. But after a couple days I just thought I did not want to be sad about it anymore because it was God's plan. I also didn't want to be sad for my mom. I did not want to make her feel bad because she is really emotional. I didn't want to see her worried and crying. I always try to find the positive in things – so I tried to do that.

10. Next they took us to McAllen. At McAllen, the people working there separated me from my mom. My mom was yelling and crying and really upset. It was embarrassing me a little and I told her I would be okay, but it was hard. They put me in a room with 5 or 6 boys of different ages.

11. The immigration officials told my mom that they actually could not deport her and that she was able to see a judge. They told her she would be moved to another station. Apparently, the ▮▮▮▮▮▮ consulate was able to stop the deportation because they got information about my mom's domestic violence case and her papers that showed we were allowed to be here. They sent us to El Paso Station and then Ursula.

12. In Ursula, there were about 23 people in our room. It was so crowded - everyone was one on top of the other all squished together. There weren't enough mats and the people had to sit or stand. My mom told them she knew her rights and she tried to fight for everyone to get phone calls. Some people had been there for like fourteen days without being able to call their families.

**Detention at Karnes ICE Facility**

13. Then they moved us here to this place. It feels really stressful to be here because it is like a prison - people are getting deported and are really worried about where they might be going. People sold everything they had to come here to give their children a better life. If they are deported back, it's like they made all those sacrifices for nothing.

14. People ask me to read their deportation papers and tell them what they say. When the paper says they're going to be deported it hurts me to tell them. But they have asked me to do it. When they have to go to countries that are unsafe, it makes me sad for them. I feel like people are getting tricked into signing papers because a lot of them don't speak English well. The ICE officers come out and there aren't any translators with them.

3

15. There are three large courtyards with cement buildings on either side. They divide this place into an area with a courtyard for families and an area with a courtyard for the Dads. There is one area that they aren't really using right now.

16. My mom and I are living in the same room with another family. That family has a mom and two boys. The room has four sets of bunk beds, a TV and two tables. In the back of the room there is a bathroom. Even though the TV is loud sometimes, I feel like we got lucky that the two kids in our room are at least quiet because there are other kids here who are loud. Some families have a hard time with fighting among the kids who are all living together in one room.

17. They make us get up at 6 a.m. The Geo workers come in and turn on the lights. They check our IDs every morning. They check all of the names and then tell us to go breakfast. They serve breakfast from 6-7 a.m. After that, I might go back to sleep or go outside and hang out. Lunch is from 12-1- so I basically just hang out until then. After lunch, there is a kid's English class and then an adult English class. I don't go to those because I already speak English, but there are people from all over the world here- Armenia, Russia, Honduras, China, Mexico, Philippines and Mongolia as examples. I spend the day hanging out with my Mom on the benches in the courtyard. We talk and joke around with the other families to try to pass the time. At 4 pm, everyone has to line up in the Day Room to have their IDs checked. Then dinner comes around and we go to that from 5-6. After that we can be in the courtyard until they do another ID check at 8. The fathers have to do an ID check in their Day Room and the mothers and kids do their ID check in their Day Room again. The line in the Day Room is very long and noisy with all the children. If some kids had been sleeping, they have to get woken up. Mostly every day there are kids screaming and crying in the line. From Sunday- Thursday we can be in the courtyard until 9 pm and on Friday and Saturday we can be outside until 10 pm. We will play volleyball in the evening. It's too bright to play volleyball during the day.

18. The food here often doesn't taste right. One cook is better than the other. One of the cooks makes food that tastes awful. I only eat certain foods that I know will not make me sick. I also try not to eat food that makes my skin break out. Yesterday the food did not look good, so my mom and I didn't even get a plate. So I just didn't eat lunch. We told them no and they kind of got mad about it. I now weigh only 154 pounds. They weighed me when I got here. I am getting the bare minimum of food here. Sometimes I miss two meals because of how bad the food is. We have to buy snacks at commissary on Tuesdays and Thursdays. We also have to buy our own plates, spoons, snacks, drinks or candies. Sometimes we buy ramen for the days that I don't eat breakfast or lunch. I have lost at least 14 pounds in the past few weeks while in detention.

19. There is no actual school here. It makes kids sad that they are missing school. One girl here is a junior from a high school in Texas and she's feeling sad because she had her whole senior year planned out. Her thirteen-year-old brother was sad because he missed out on his football tournament. I think they also got picked up with their mom and sisters at a traffic check point.

20. They have a library, but I haven't found any books I would want to read. It's only old books in English that are not about anything recent. There is not much else to do. There are supposed to be movies on Fridays, but the first time I went there was a medical emergency before the movie got started so they had to cancel it. I haven't heard about any other movies.

21. Since I've been here, I have seen many medical emergencies. The first one was a kid fainting. It was a little Russian kid. It was really hot and there was a water problem. That day they barely put out any water and I think he was dehydrated. When we first got here, they barely put out any water and people would get really worried about not having enough. The second medical emergency was really scary. A kid hit herself on the table and three of her front teeth went up and caused a ton of bleeding. Her mouth got filled with blood. She had to go to the hospital and get a brace to try to put her teeth back together. I also saw a woman faint in the courtyard. I think it was because she found out

she was getting deported and she couldn't accept it. There was also a medical emergency yesterday in the courtyard. Another woman found out she was being deported. She had some kind of panic attack and fainted. They took her to the hospital and she came back later, but she left last night with her two girls. I think they were deported. There is also a little boy who is around 12 who gets swollen feet or fingers because of something wrong with his blood. He can't get too rowdy or he will swell up. His mom has to pay really close attention to him all the time so he doesn't have a problem and get worse. We are all worried about him.

22. I am able to move around the facility without my mom. If you are thirteen and up, you can have a pass to move around without your parent. But if you are twelve and under you have to stay with your parent at all times. The kids who are twelve do not like that rule. I think some twelve-year-olds end up getting a pass and others don't. It is hard for parents who have kids of different ages.

23. You have to pay to have phone calls here. Every call to a number in the U.S. is 7 cents per minute. So if I want to talk to my Dad or my siblings, I have to pay for it. International calls are around $1.20 a minute, I think.

24. Since I have been in detention, I have heard staff make fun of people because I understand English so well. People think we don't know what they're saying, but we do. In El Paso station, one of the officers was saying my mom would look better with him because her boyfriend was ugly, and that he would adopt me. Other officers made fun of a woman who had pink hair and another woman who had two broken legs from climbing over the wall. They were cruel.

**Life in California**

25. At home in California, I am in the 9th grade and I really like playing football. The coaches told me that I'm good and I should try out for the varsity team and play wide receiver. I was looking forward to tryouts. I was also looking forward to my friend's

Quinceanera in May. I was chosen to be the main chambelan who does the first dance with her. We had already paid for my suit. I missed the first practice on March 15th, and I don't have much hope that I will make it back for her party.

26. The first semester of 9th grade was a little rough because my family and I had been living in a shelter, but we were in a new apartment for second semester. Everything was starting off good and my grades were way better. But now I have missed most of March. I feel if I go back soon, I could hopefully catch up.

27. I don't know what will happen next, but my mom and I are prepared to go back to ▇▇▇▇ if the judge says we have to. She will work on a plan for my younger siblings to come live with us in ▇▇▇▇. I know my little brother and sister are in good hands with my mom's friend because they have been close for eight years. We haven't told my sister what is going on because we don't want to worry her. We had been planning to buy them new bikes the Sunday we got home from picking up my mom's boyfriend because my sister wanted a princess bike and my brother wanted a Sonic the Hedgehog bike, but we didn't get to do that.

28. I have always been told that I would be good in business, and I'm into clothing. So I have thought I would be an entrepreneur. I have wanted to make my own e-commerce business since 5th grade. I have also learned a little about stocks and trading from a teacher at my school this year. I have really been getting into that. Wherever I end up, I want to study and learn more about that on my own.

29. I have only one vague, blurry memory of being in ▇▇▇▇ when I was five. I don't remember any of my early birthdays there or anything about it and we have never traveled there since we left. If we are forced to leave, everything will be all new for me. It's one thing to move from one house to another, but it is totally different to go from one country to another country where it feels like you have never been.

I declare under penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete. I understand that I have to tell the truth in this declaration and the legal consequences of testifying falsely to the authorities. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 27th day of March, 2025, at Karnes, Texas.