# EXHIBIT 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ████████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 13 years old and I am from Guatemala. Before this I was in a detention center in Virginia and in a juvenile detention in Florida.

Current Placement

3. I have been at Murphy Harpst for about six months.

4. During the day, sometimes they take us to go out to activities but sometimes they leave us locked up inside. Sometimes when you misbehave they don't take you outside for a day. You cannot go out into the sun except to eat. Sometimes I spend time in my room just sleeping and listening to music.

5. The school is nice. I do homework on the computer in English most of the time, and sometimes my translator helps. I study math, English, science.

6. I get $20 to go shopping about once per month. I asked to buy a game console a month ago, and they said they would take me to go buy it but they haven't taken me to buy anything.

7. I don't have a campus job, but some of the others do, you have to be sixteen to work.

8. On days with and without school we get to go outside or to the gym for one hour a day. So, on weekends we spend all day in the dorm.

9. I feel really bored in my dorm because some others have electronics, but I don't.

10. I really like when I get to go on outings, but sometimes you don't get to go when the nonimmigrant children do. I don't know why but they get to leave campus more.

11. They've told me if I behave better I can be moved to another dorm, but I don't want to move to another dorm, I just want to not be here.

12. I want to be back in Guatemala, because my family is there.

1

13. When I feel sad I speak with my therapist.

14. They put me in the solitary room once after a fight for twenty minutes. They have put other kids there, too.

15. You can have a complaint you can write it on a paper in English and then sometimes they do something.

16. There are no interpreters at night, so I use the English I know to communicate.

17. I call my family and I want to make calls from my room but they make me take them all in the office with other adults there, so it doesn't feel private.

1  I declare under penalty of perjury that to the best of my knowledge, all the information I
2  have here given is correct and complete. I understand that I have to tell the truth in this
3  declaration and the legal consequences of testifying falsely to the authorities. The
4  interviewer read the declaration to me and everything in it is true and accurate. Executed
5  on this __18__ day of __February, 2025__, at __Murphy, Happy, Cedartown__, __Georgia__.


CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 2/18/2025                                  _Ellen [signature]_