# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████████████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

Background

2. I am 17 years old, and I am from Mexico. I arrived in the United States around April of 2024 and was with my brother. I crossed the border near San Diego. I have a daughter, but she is in Mexico.

3. After crossing, I was detained for one night and one day in CBP custody.

4. After this, my brother and I both went to David & Margaret in CA. It was all good there, but I was accused of drug problems. There were a few different programs they offered me, but I only wanted to go where there was a drug treatment program. I don't actually have behavioral issues in terms of fighting with others.

Current Placement

5. I've been here for two months. Everything is very slow here at Murphy Harpst. Things work a lot slower for the Latinos. We can't communicate as well and don't receive the same privileges. They separate us a lot, the ORR kids and the residents.

6. All the time here, we are enclosed with nothing to do. I don't receive better or different services/treatment than at David & Margaret.

7. At David & Margaret, at least we could leave with a staff person. Here, we can't unless they allow us to. It's rare and we can only leave in a group.

8. At David & Margaret, we were all the same. Here, there is a big difference between the Latinos and the Americans. We cannot use phones or anything, and the Americans can.

1

9. At David & Margaret, there was so much more to do. We weren't bored. We were in recreation almost every afternoon all afternoon. We were very busy. Here, we get some recreation but only with the people of our house and not a lot.

10. I haven't been told about any security level. I don't know what I am.

11. To leave here, we are working to put me in one of two ORR program called Rancho San Antonio or Tarzana. Both are in LA. I've been told the drug treatment will continue when I go to the CA facility.

12. I didn't receive drug treatment here for the first month I was here. I felt like I was losing time. I also didn't know why I was here. A lot of the other kids have a criminal background, but not me. So, I didn't know why I was here.

13. The Americans and ORR kids don't mix in my dorm, Nellie. We are very separated.

14. I feel very closed in here all the time. There is nothing to do, without any activities. There are full days that I spend enclosed in my dorm.

15. They separate the ORR kids and Americans for meals. We eat in the school, they eat in the dining hall.

16. There is nothing here that I like.

17. There are jobs here. I don't have one now, but I want one. I don't really understand the schedule of how we get money. Sometimes we get it and can buy some stuff.

18. I asked various times to go to a bank to send money to my daughter in Mexico. It took 1 month for them to take me to a bank.

19. When I arrived here, I needed to see a doctor to change my psychotropic medicine. I asked them to let me see someone. It took a month before I could see a doctor. I felt really stressed, anxious, and paranoid without that medicine. I would have to do things like shower or workout at night to keep me calm.

20. I have seen the horses but it's all in English, so I don't really understand what the instructor says.

21. There are some interpreters, but they aren't here all the time. They are here usually during business hours. Sometimes they have to leave and go to another house, so there are times there aren't any interpreters in our house.

22. They've told me I can be stepped down, but I want to leave here. I don't want to go to Oasis or the Independent Living Program.

23. There is no privacy here with personal phone calls. They know my daughter's name and everything. I've asked for privacy, and they told me no.

24. But there is privacy when we do therapy, meet with our case manager, social worker, or lawyer. But for the rest, there isn't.

25. It's like a prison here. There is a tiny window all the way up in our room that lets in a tiny bit of sun but that's it. The icebox in CBP was better than this.

26. Before I came here, I was told I would be able to leave to go outside often, that there would be a lot of activities, that my calls would be private, that I'd be able to work, that I'd be in public school. None of this is true.

27. When you break a rule, it's 24 hours locked in your room. If you try to leave to the living room area, they grab you and put you back. This happens to ORR kids.

28. There is a solitary confinement room that some kids from a higher security level have been put in.

29. One time, my David & Margaret case manager did a report here because they weren't letting us have phone calls.

30. The majority of the staff here do not speak nicely to us; they yell at us for anything they are trying to communicate.

31. One time, I saw a staff member fight with another ORR kid. The staff member used physical force. He grabbed a kid and pushed him into his room. Then he came back to the Nellie common area and said, "anyone else want to fight with me?" And we were all quiet.

32. On an outing, I wanted to buy good clothes; I didn't want to buy a ton of clothes, I just wanted to buy good quality clothes. They didn't let me buy it, they said I'd be wasting my money even though I had enough and it was my money.

33. I've only left once to do "shopping." They don't bring us more than that.

34. One time, the kids from Nellie all went on a hiking outing to the mountains. I asked to go, and they told me I couldn't because there wasn't enough staff. Some of the kids form my dorm got to go. I complained and later they told me it was because I didn't want to go. That wasn't true. I asked to go and was denied.

35. I've been sick here one time. I went to the ER for about 4 hours. The doctor prescribed me medicine, but I never received the medicine. Luckily, I felt better a few days later.

36. The food does not taste good here.

37. It's emotionally difficult for many kids to be here. The staff does not help us to feel better, even if we ask.

38. If I could change anything here, I'd change the food and the fact that they treat the ORR kids differently. I'd also speed up all the processes here like the process to get medicine.

39. After I leave here, I want to study and get a job.

4

1  I declare under penalty of perjury that to the best of my knowledge, all the information I
2  have here given is correct and complete. I understand that I have to tell the truth in this
3  declaration and the legal consequences of testifying falsely to the authorities. The
4  interviewer read the declaration to me and everything in it is true and accurate. Executed
5  on this 18 day of February, 2025, at Murphy Harpst Childrens Center Georgia.

CERTIFICATE OF TRANSLATION

My name is __Katherine Johnson__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 2/18/25

_Katherine Johnson_