# EXHIBIT 17

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 17 years old and I am from Mexico. I arrived in the United States a little over four years ago in June. I came here alone.

Prior Placements

3.      I've been in many placements over the years. For my last placement, I was sent to Los Angeles to an ORR shelter. I was there for about eight months. It was a much better placement than Murphy Harpst. The staff and the food were way better and there were way more outings and freedom.

4.      At that location I was able to use the phone wherever I wanted and take it on outings. There were not locks on my door, like at Murphy Harpst, so I could go around campus. Compared to here, I had much more ability to communicate with people and be less restricted.

5.      I've been to other ORR locations including Children's Village in New York and one in Michigan. Michigan and Los Angeles were my favorite, but I hated Children's Village. It was ever worse than Murphy Harpst.

6.      I didn't want to go to the school in Los Angeles because it wasn't a real school. It wasn't in the community.

7.      I was moved here eight months ago. Before they moved me to Murphy Harpst, they promised there would be outings, school, and horses, and they said other weird things. I wanted to go, so I could go to real school and I thought it would be better. No one told me the reason that they were moving me to Murphy Harpst.

Current Placement

1

8.     I have been at Murphy Harpst for about  8 months.

9.     The biggest difference between Murphy Harpst and my previous placement is the level of restrictiveness. Before getting here, they didn't tell me what the rules would be or that the staff would use force. Sometimes when kids fight, the staff tackle the kid and take him to the restraining room.

10.    I don't think there is a difference in the programs for ORR kids here.

11.    The staff at Murphy Harpst are always taking advantage of the fact that they are staff. They like to use their power over you and make you go to your room and stay there. While not all staff do this, it is most staff.

12.    Yesterday, I saw a staff member knock on a kid's door to bring his snack, and then throw the snack on the ground so the kid had to pick it up.

13.    If there is an argument between kids, the staff will grab kids and lock them in a small room for a few hours until they calm down. There is nothing in that room.

14.    One time I was in the gym and I went back to my dorm to talk on the phone. I wanted to go outside the building ,but they said there were no staff to let me be outside. I went outside anyway because I needed space, and I tried to tell the staff I just wanted to be outside. They couldn't understand me, so they thought I was going to escape. Three staff tackled me and one staff put his body on top of me. They grabbed my hands and put them behind me and my mouth was in the ground. I yelled at them to get off me, and then they apologized. I had scratches on my head and arms and my clothes were stained from the grass. The staff members were Mr. J████, Mr. Z, and Mr. K.

15.    Since then, I have just been hoping to age out of here. It's really frustrating that you cannot go outside unless there are staff to go outside.

16.    My bedroom feels like a prison cell. The walls are brick and there is only one small window high up that I cannot open. There is a bathroom in the bedroom and there are times you cannot leave your bedroom. From 3-4 pm it is always bedroom time and bedtime at night is 8 pm. If you leave your bedroom between 3-4 pm you get a report. If they report you, then you can't go on outings.

17.     I am really frustrated with the lack of outings here. There are supposed to be outings every Friday, but they do not always happen. During summer break, we were here for three months and they promised we'd be able to go out to many places but we only left campus four times in those three months. When we left campus, we went to a park and we went fishing.

18.     I do not know of any complaint system. You can tell the head of program issues, but when I did that they told me that there was a reason they were allowed to use force.

19.     The food is bad here and the snacks are always the same. We will get an apple or banana and crackers.

20.     The school here is worse than in LA, where it wasn't even a real school. They put you on a computer and you do what you want all day. There's no blackboard or teaching. The teachers here sit on their phones all day while the kids hang, and every once in a while, the teachers just say "Silence." Now, I am in GED classes Monday to Thursday, and it is even worse there. I go to classes off campus where they teach only in English and I don't understand them. I also take English classes two days a week in the community, and two days on the computer here. The woman who teaches gets offended if I speak Spanish.

21.     There is only recreation time when the staff want. When I go outside, it is always in a group. When we get outdoor time, it is like forty minutes or an hour about two times a day. I don't like how restricted I feel.

22.     Yesterday, we didn't get to go outside because there were sick kids. When kids get sick the cottages get locked down. We didn't go to school yesterday or today because our dorm is in COVID lockdown.

23.     I can use a phone, but there are times when I have seen them not let kids speak to their parents when they want.

24.     I have a social worker who is good because it is not someone who is here. I do not trust the staff here. I like my attorney and young center advocate. I hate my New York team. I don't trust my counselor here, because he works for Murphy Harpst. Last time

you visited here, the staff encouraged me to talk to you but I didn't want to because I do not trust them. My attorney told me to talk to you, so I am.

25.    I feel isolated that there are no Spanish speaking staff. If they know Spanish speakers are coming here they should get staff.

26.    When I first got here I was in a different cottage called Nelly and in the regular school. Now I am in Thalia. I changed cottages, and they told me it was because Thalia is more therapeutic. But Thalia is a stricter program. There are more rules with stricter staff. For example, there is a line in the main room that you cannot cross or else you get a report, which wasn't the case in Nelly. Also, if I am in my room and I want to ask a question, I have to put my hand out of my door, I cannot leave to walk to the office.

27.    The staff treat American kids with more force than us. For example, sometimes the staff will let me sleep longer or play outside longer because I am ORR. But, then the U.S. students get to go on outings that we can't go on. The staff say it is because those kids cause problems.

28.    There is a Mexican kid who is not ORR who they treat much worse. The staff discriminate against him based on race.

29.    If I could change this program, I would make there be less rules, more Spanish speaking staff, les forceful staff, and more activities.

Future Plans

30.    I spoke with my case manager about a program in Los Angeles where I might be able to go to a youth shelter the day before my eighteen birthday, on 10/07/2024. I also want to apply to URM, but I think it might be too hard to get in.

31.    I would like to live in Los Angeles or Michigan in the future because those were where my best placements were.

32.    I would like to be a soccer player as an adult.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my

2  knowledge, all the information I have here given is correct and complete and I understand

3  the legal consequences of testifying falsely to the authorities. Executed on this 12 day

4  of September 2024, at Murphy Harpst .



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: _09/12/2024_

Eleanor Roberts