CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
crholguin@centerforhumanrights.org
Bardis Vakili (Cal. Bar No. 247783)
bardis@centerforhumanrights.org
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705l
Telephone: (909) 274-9057

*Attorneys for Plaintiffs*
*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Pamela Bondi, Attorney General of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 85-cv-04544-DMG<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME**<br><br>**Hearing Date: July 18, 2025**<br>**Hearing Time: 9:30am**<br>**Honorable Dolly M. Gee**<br>**Chief United States District Judge** |

*Additional Counsel for Plaintiffs:*

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

In response to Defendants' Ex Parte Application to Extend Time [Doc. # 1581], Plaintiffs respectfully request the Court hear argument on Plaintiffs' Motion to Enforce the Settlement [Doc. # 1575] ("CBP MTE") and Defendants' Motion to Terminate the Settlement Agreement [Doc. # 1567] ("MTT") on the same day, as the issues presented in each motion substantially overlap. If the hearing date remains unchanged, Plaintiffs do not oppose a one-week extension of time for Defendants to file their opposition to Plaintiffs' CBP MTE and a corresponding extension for Plaintiffs' reply, as the Court has approved in the past. *See e.g.*, Doc. #s 1396, 1493, 1533.

Alternatively, Plaintiffs do not oppose Defendants' request to extend the deadline for their opposition to Plaintiffs' CBP MTE from Friday, June 27, 2025, to Friday, July 18, 2025, [Doc. # 1581], provided that the MTT hearing be moved to the same date.

The MTT and Plaintiffs' opposition both rely in significant part on whether CBP has complied with the Flores Settlement Agreement ("FSA"). MTT at 27 ("The conditions of confinement today are far from the conditions that prevailed in the original litigation."); Plaintiffs' Opposition to Defendants' Motion to Terminate the Settlement at 21-22 [Doc. # 1584] ("Opp. to MTT"). The CBP MTE will provide the Court with valuable context as to whether Defendants have shown "good-faith commitment to the whole of the court's decree," a "'record of compliance,'" and that the goals of the FSA "have been adequately served." *Jeff D. v. Otter*, 643 F.3d 278, 288, 289 (9th Cir. 2011) (*quoting Freeman v. Pitts*, 503 U.S. 467, 491 (1992)); Opp to MTT at 15.

Thus, judicial economy will be served by holding both hearings together, whatever day the Court decides to hear them. Defendants have offered no justification why the MTT, involving this decades-long consent decree, must be heard so urgently that the hearing cannot be delayed to correspond to Defendants'

preferred briefing schedule for the CBP MTE. If anything, the issues Plaintiffs raise in the CBP MTE are far more urgent. *See* CBP MTE at 2-10.

Defendants and Plaintiffs agreed to extend the time for Plaintiffs to respond to the MTT because Defendants requested to file a 15,000-word motion. Plaintiffs did not oppose increasing the word limit because the Parties agreed to provide sufficient time for Plaintiffs to respond to Defendants' oversized brief. Defendants' Ex Parte Application for Leave to File Oversized Memorandum at 2 [Doc. # 1566]. Plaintiffs offered to stipulate to extend Defendants' time to oppose the CBP MTE if the hearings remain consolidated, but Defendants did not agree to this proposal and filed an *ex parte* application. Defendants' Ex Parte Application to Extend Time [Doc. # 1581].

If Defendants would like more time to oppose Plaintiffs' CBP MTE, Plaintiffs do not object but in the interest of judicial economy and because of the significant factual and legal overlap between the two motions, Plaintiffs respectfully request the CBP MTE and Defendants' MTT be heard on the same date.

Dated:  June 23, 2025

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Leecia Welch
Eleanor Roberts

*/s/ Sarah Kahn*_____
Sarah Kahn
*Attorney for Plaintiffs*

Certificate of Service

I hereby certify that on June 23, 2025, I caused a copy of Plaintiffs' Response to Defendants' Application to Extend Time to be served to all counsel through the Court's CM/ECF system.

Dated: October 16, 2024                    /s/ Sarah Kahn
                                           Sarah Kahn