CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAM BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> NOTICE OF ERRATA RE EXHIBIT 2 TO PLAINTIFFS' OPPOSITION TO MOTION TO TERMINATE SETTLEMENT (DOC. NO. 1584-3) <br><br> Hearing: July 18, 2025 <br> Time: 2:00 p.m. <br> Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

# NOTICE OF ERRATA

Plaintiffs' counsel respectfully submit this errata re Exhibit 2 to Plaintiffs' Opposition to Motion to Terminate Settlement, Doc. No. 1584-3, filed June 20, 2025, and correct the following inadvertent error:

On Saturday, June 21, 2025, Mr. Hidalgo realized there was a typographical error in Paragraph 20 of his declaration and notified Plaintiffs' counsel. The sentence that states "more than 15 families RAICES is working with have been detained over 25 days" should have said "more than <u>13</u> families RAICES is working with have been detained over 25 days" (emphasis added). Mr. Hidalgo has revised the declaration to make that correction.

Dated: June 25, 2025

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín
Sarah Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Rebecca Wolozin
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch
Eleanor Roberts

*/s/ Eleanor Roberts*
Eleanor Roberts
*One of the Attorneys for Plaintiffs*

1

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system: Notice of Errata Re Exhibit 2 to Plaintiffs' Opposition to Motion to Terminate Settlement.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  June 25, 2025

                                          */s/ Eleanor Roberts*
                                          Eleanor Roberts