BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel for Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
LINDSAY M. VICK
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGR <br><br> **NOTICE OF FILING JUVENILE COORDINATOR REPORTS** |

1     On July 26, 2024, the Court ordered Defendants to file their 2025 Annual Reports
2 from Ms. Dawnisha Helland, the Juvenile Coordinator for U.S. Immigration and Customs
3 Enforcement ("ICE"), and Mr. Henry Moak, the Juvenile Coordinator for U.S. Customs
4 and Border Protection ("CBP"), by July 1, 2024 (ECF No. 1455). In accordance with the
5 Court's Order, ICE and CBP submit the attached reports for the Court's consideration.

Dated: July 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
LINDSAY M. VICK
Senior Litigation Counsel

JOSHUA C. MCCROSKEY
Trial Attorney

<u>/s/ Katelyn Masetta-Alvarez</u>
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-0120
katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*