

1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and Border Protection**

June 30, 2025

MEMORANDUM FOR:    The Honorable Judge Gee
                            District Judge
                            U.S. District Court, Central District of California

FROM:                    Henry A. Moak, Jr.
                            Chief Accountability Officer
                            U.S. Customs and Border Protection

HENRY A MOAK JR    Digitally signed by HENRY A MOAK JR
Date: 2025.06.30 10:25:54 -04'00'

SUBJECT:             2025 CBP Juvenile Coordinator Annual Report

This annual U.S. Customs and Border Protection (CBP) Juvenile Coordinator Report is submitted in accordance with Paragraph 28A of the 1997 *Flores* Settlement Agreement (FSA). This report documents my activities from June 2024 through May 2025, to report on CBP's compliance with the FSA. While this Court's recent focus has been on the U.S. Border Patrol (USBP) Rio Grande Valley (RGV) and El Paso (EPT) Sectors, resulting in the 2022 RGV and EPT Settlement Agreement (Agreement), my responsibility as the CBP Juvenile Coordinator (JC) requires me to report on compliance with the FSA nationwide. As such, this report documents my observations across the Southwest Border (SWB) where most children are held in CBP custody, including CBP facilities in RGV and EPT Sectors. It does not address the other borders.

CBP began conducting site visits related to the FSA in 2016, and I was appointed as the JC in 2017. CBP reaffirmed its commitment to FSA compliance with the formalization of the Juvenile Coordination Division (JCD) in 2019, creating the only operational division solely dedicated to the *Flores* requirements as established by the Court.[1] Since Fiscal Year (FY) 2016, JCD has conducted 291 site visits and has continuously refined its protocols, which now number 160 pages in length, and form the basis of my observations as summarized in this report. Of these 291 site visits, eight (8) visits were unscheduled in response to emergent situations, repeatedly demonstrating the ability to deploy quickly as required.

As JCD's protocols have been refined over the past nine (9) years, so too have the monitoring systems of the Agency as a whole. When the Court stated its anticipation of receiving information on CBP's robust monitoring protocols in December 2023, I knew my team needed to strengthen our protocols and compliance reviews on site. As JCD protocols matured and expanded, I began

---

[1] In 2019, we formed the "Juvenile Coordinator's Office," (JCO). Then in 2024, as part of a reorganization we were renamed the Juvenile Coordination Division. The same core personnel have been in place since 2016.

meeting with USBP and the Office of the Chief Medical Officer (OCMO) to coordinate the
enhanced monitoring they were developing to meet the Court's requirements with JCD's
compliance reviews. JCD led the development of a robust CBP layered and integrated monitoring
strategy, which includes USBP, OCMO, and JCD, to ensure that CBP continues to provide the
appropriate level of internal oversight. CBP's strategy involves continuous ongoing monitoring—
and in particular a robust real-time monitoring system—by USBP and OCMO, while allowing
JCD to conduct compliance reviews to confirm the effectiveness of the ongoing monitoring in
improving compliance.

The commitment to compliance at all levels across CBP is further illustrated by the growing
demand for and delivery of *Flores* Implementation Training (FIT). Last year in recognition of the
expertise that JCD has developed based on its inspections to date, we partnered with frontline
operators who sought assistance in further enhancing compliance with the FSA. Accordingly, JCD
and I developed the FIT module for CBP employees in the field to further enhance the
understanding of FSA requirements and related policies while promulgating best practices for the
care of children in CBP custody. This innovative module includes tools that JCD developed for the
field to access policy "on-the-spot" and address compliance requirements. This reporting period
we built out the program and delivered 17 field requested FIT sessions, reaching 140 attendees.
These FIT sessions will continue to be delivered nationwide to help inform CBP personnel of FSA
and Agreement requirements and best practices. Additionally, as we have hosted town halls
throughout the years, attendance has scaled up, with our most recent town hall in May 2025,
attended by 300 CBP personnel. Both the FIT and town halls complement our compliance reviews
and seek to inform the field of legal and operational updates pertaining to the FSA and disseminate
observed best practices.

While the JCD team is small, it is effective and meets CBP's current needs. Together we have
intensified our efforts to report on compliance through both announced and unannounced site
visits, ramping up the FIT program, and providing town halls for frontline personnel. My team and
I continually seek to innovate and further enhance how we fulfill our reporting responsibilities by
using mobile devices and online protocols in the field, allowing us to track data and information
and share them across stakeholders. JCD uses the on-the-spot policy tools it developed to train and
inform field personnel about CBP policy requirements. Through JCD's leadership, CBP has
established a monitoring strategy that exceeds the Court's requirements in the FSA and the
Agreement.

The first section of this report, which discusses CBP's strategy for monitoring compliance with the
FSA, is followed by a census of class members in custody and an update on significant CBP
developments related to the care and custody of children. After addressing the implementation of
the Agreement, I discuss my activities along the SWB.

As the CBP JC, I will continue monitoring conditions of custody for children and supporting CBP
efforts to transfer children out of custody as expeditiously as possible. Additionally, CBP
continues to respond to the Court's every requirement ahead of schedule. I welcomed the ongoing

CBP Juvenile Coordinator Report July 2025
Page **3** of **32**

coordination and feedback from the Court-appointed Juvenile Care Monitor (JCM). I thank the JCMs for their work and look forward to working with them as they finalize their monitoring in the next three (3) months.

Based on my compliance reviews this reporting period, CBP continues to be substantially compliant with both the FSA and the Agreement. I also believe, as will be explained in the report below, that CBP has demonstrated the efficacy of its strategy and its ability to self-monitor its compliance with the FSA.

## **CBP Layered and Integrated Monitoring Strategy**

In 2025, CBP components met with the JCM three (3) times to discuss the CBP layered and integrated monitoring strategy. On the 4th of March, Dr. Paul Wise met with OCMO to discuss OCMO's medical monitoring functions and real-time response systems. On the 5th of March, I convened a meeting in El Paso for the Juvenile Care Monitor, Ms. Andrea Ordin, to include representatives from USBP and OCMO headquarters, the Deputy JC, and JCD. During our full day of discussions and demonstrations on how the components of the CBP internal monitoring system interact, we also provided the JCM the opportunity to observe JCD conducting a compliance review and interviews. On the 23rd of April, at the request of the JCM, USBP prepared and delivered an additional presentation for the JCM and Dr. Wise regarding USBP Headquarters oversight of the FSA. USBP personnel explained day-to-day monitoring, time-in-custody and census information, and steps taken to address issues. USBP has also provided multiple follow-up briefings to further explain its day-to-day monitoring of amenities for children at the field level in RGV and El Paso Sectors. I describe herein the details of each component's role in the strategy below.

The intent of the CBP monitoring systems is to flag critical areas in real time, such as missing showers or issues with the continuity of medical care. When the system flags issues, it is signaling that the strategy is working and CBP is able to resolve areas of non-compliance with the FSA and the Agreement. The strategy is also operational when JCD is on site conducting compliance reviews, finding areas of non-compliance, and providing feedback to CBP operators so that areas of non-compliance can be resolved.

*Development*

CBP continuously monitors safe and sanitary FSA conditions at their holding facilities, and over the years has developed monitoring systems that provide oversight of the facilities while allowing them to continue their primary mission. After the 2015 FSA hearings, my office developed protocols to inspect CBP holding facilities specifically for FSA compliance. I have been listening to the Court, the Plaintiffs, and the JCMs when they ask questions about our processes, and accordingly, JCD has adapted its monitoring to address these questions. Our goal has always been to ensure we meet all the requirements of the FSA and the Agreement pertaining to class members without putting an undue burden on our front-line operators.

CBP Juvenile Coordinator Report July 2025
Page **4** of **32**

From the first beta-test my team performed on December 1, 2015, JCD has developed a system of protocols for conducting standardized policy-based compliance reviews that measure the criteria outlined in the FSA and the Agreement, allowing them to assess policy compliance across CBP facilities. My team's first version of a protocol for inspecting facilities for compliance was a simple two-page checklist noting whether certain amenities were in place. Now, JCD utilizes 160 pages of robust protocols by employing technology in the form of tablets and online inspection forms, allowing us to pivot or add new criteria to the protocols as needed.

JCD has positioned itself in its compliance role as being independent from the JCMs and CBP management and operators. At the same time, my team and I have worked to cultivate trust and a good working environment with the different groups involved in day-to-day FSA compliance. Our work with the JCMs resulted in updated USBP, OCMO, and JCD protocols. Our ongoing interactions with USBP, Office of Field Operations (OFO), and OCMO established us as a trusted partner within CBP. This trusted partnership, based on our common goal of ensuring compliance with the FSA, has resulted in USBP and OFO regularly asking JCD for guidance on how best to comply with the FSA and the Agreement. These types of requests led to the development of the FIT, and the JCD Town Halls.

*USBP Monitoring*

USBP Headquarters employs daily reports, live dashboards, and specialized coordination teams to monitor time-in-custody (TIC) and facility capacity daily, ensuring compliance with FSA requirements and safe housing of minors and family units. Instances of overcrowding and prolonged custody cases are actively managed through decompression strategies, transfers, and executive briefings to maintain operational efficiency and FSA compliance. USBP sectors also monitor the TIC and capacity of their stations 24/7. Station management monitors these items much more closely than USBP headquarters, tracking the number of people booked into and out of the facility.

Specifically, USBP Headquarters monitors TIC and overcrowding using daily field reports and autogenerated reports that are produced and sent out by 0600 Eastern Time daily. These reports include the number of individuals in custody, facility holding capacity, demographic breakdown, scheduled movements, and the average TIC. Further, live dashboards provide real-time updates throughout the day.

There are four (4) USBP Headquarters divisions that work on monitoring children in USBP custody to ensure that all children are effectively monitored. The Immigration, Prosecution, & Custody (IPC) division monitors reports, prevents overcrowding, and works with U.S. Immigration and Customs Enforcement (ICE)/Enforcement and Removal Operations (ERO) and U.S. Department of Health and Human Services (HHS)/Office of Refugee Resettlement (ORR) for placements. The Movement Coordination Cell (MCC), discussed in my July 2023, 2024, and 2025 reports, manages transport logistics and coordinates with HHS/ORR for unaccompanied children (UC). The USBP Operational Corridors (West, Central, East) liaise between HQ, MCC, IPC and

CBP Juvenile Coordinator Report July 2025
Page **5** of **32**

field sectors while tracking capacity and facilitate decompression. Finally, the Incident Command Center (ICC) ensures compliance with medical screenings, meals, and care.

Additionally, there are daily briefings to senior leadership which include reports that focus on TIC. USBP has priority monitoring for UCs approaching 72 hours in custody; specifically, if a UC is in custody for more than 48 hours with no placement, USBP coordinates with HHS/ORR to ensure timely transfer. For FMUs, USBP monitors families in custody for more than 120 hours and works to ensure that families on active manifests are transferred out promptly.

In addition to the March 5, 2025, meeting described above in El Paso, representatives from USBP met with the JCMs on April 23, 2025, to provide additional insight into USBP operations at the headquarters level as it pertains to monitoring and oversight for the FSA. USBP participants included representatives from IPC, the MCC, and the operational corridors covering the RGV and El Paso Sectors. Providing a comprehensive overview of USBP Headquarters operations focused on monitoring, USBP operators explained what they do on a day-to-day basis to monitor time-in-custody and census information, and the steps they take to address any issues. They also explained how each of these components may serve to support the field operators when issues related to custody arise.

Additionally, USBP monitors the provision and documentation of amenities required by the FSA and the Agreement on a real-time basis, at the station, sector, and headquarters levels. USBP Juvenile Coordinators work on a sector-level to ensure that their sectors are in compliance with the FSA and the Agreement in areas such as showers, food and water, cleanliness, bedding, medical assessments, and child-friendly facilities. Sectors also employ individuals from their policy and compliance teams who conduct oversight into the sector's FSA and Agreement compliance. These individuals can operate quickly to identify and resolve issues in real time and can also report larger issues to sector leadership for prompt resolution as needed. USBP Headquarters also does spot checks on amenity provision, verifying that provided amenities are recorded in the system of record. Additionally, stations are responsible for ensuring they have sufficient supplies on hand for the expected census. While amenity provision oversight mainly falls on facility and sector levels, this is the appropriate level. It allows Headquarters to be involved only when needed for significant issues. In this way USBP makes sure that children in their custody receive the amenities to which they are entitled under the FSA and the Agreement in real time while they are in USBP custody.

*OCMO Monitoring*

OCMO employs structures similar to those of USBP for monitoring the medical care of children in CBP custody. From June 2024 to May 2025, OCMO focused on developing its internal juvenile monitoring protocols and ensuring that these protocols are fully integrated with the overall CBP layered and integrated monitoring strategy. OCMO invested significant resources to effectively develop comprehensive juvenile monitoring protocols. OCMO designated the Child Welfare Director to provide oversight and manage all child welfare programs and has also hired a full-time

CBP Juvenile Coordinator Report July 2025
Page **6** of **32**

Compliance Analyst to coordinate juvenile monitoring efforts. OCMO has also leveraged new and existing information technology to modernize and automate juvenile monitoring processes. To date, OCMO's juvenile monitoring protocols include site visits, compliance monitoring tools, and an Integrated Compliance Management System (ICMS).

OCMO regularly conducts unannounced site visits as needed and announced visits with compliance partners such as JCD or the Office of the Inspector General. There are also full time Contract Task Order Monitors in RGV, EPT, and San Diego Sectors that conduct site visits and regularly communicate with the field. These site visits are designed to assess the medical and child welfare services provided within CBP facilities in real-time and retrospectively. Additional elements of OCMO's juvenile monitoring protocols include the daily monitoring of standard reports, dashboards, and live technical alerts. These protocols identify and drive immediate and long-term actions affecting medical and child welfare services. Examples of dashboards and systems alerts include the CBP Unified Portal for Immigration dashboards, Electronic Medical Record Whiteboard and Enhanced Medical Monitoring Alerts, Elevated in-Custody Medical Risk (ECMR) wrist bands, and Juvenile Compliance Dashboard and monitoring process. The Juvenile Compliance Dashboard and monitoring process require review of medical and custodial records, corrective actions if needed, and the appropriate closure of each case. The dashboard captures juveniles: (1) requiring initial medical assessment; (2) requiring a 5th day medical re-assessment; (3) with ECMR diagnosis; (4) with hospital referrals; and (5) all juveniles who had a recent diagnosis.

The above monitoring processes are supported by compliance analysis tools (CAT) and the ICMS. CAT includes the Onsite Assessment, Medical Records, Juvenile Clinical Chart Review, and Sentinel Event. ICMS is a life-cycle approach to managing all juvenile monitoring protocols, analysis of findings, reporting, development/implementation/verification/validation of corrective actions and close outs. External compliance reports and recommendations are fully integrated into ICMS to minimize duplication of efforts and maximize limited resources. ICMS facilitates the dissemination of reports and allows multiple partners to develop and implement corrective actions.

*JCD Compliance Strategy*

As described in my 2020 and 2023 reports, JCD's protocols are comprehensive. The protocols cover the physical inspection of the facility, a data review, medical capabilities review, contract services, nutritional requirements, and interviews with children and/or their parents. The JCD protocols used during the compliance reviews are intended to verify whether USBP and OCMO's ongoing monitoring is effective and identifies areas for improvement. In the JCM's May 2025 report, the JCM states that "JCD inspections provide a very good assessment of Settlement compliance."[2] Since my area of responsibility is all of CBP, I ask my JCD team to attempt to visit all nine (9) USBP SWB Sectors and four (4) SWB Field Offices per fiscal year. If numbers continue to increase along the Northern Border, JCD will evaluate the need to conduct site visits.

---

[2] Flores v. Garland, 2:85-cv-04544-DMG-AGR, at 53468, C.D. Cal (2024)

CBP Juvenile Coordinator Report July 2025
Page **7** of **32**

We plan for a minimum of 20 site visits which include both announced and unannounced visits and FIT.

However, JCD is not limited to these planned site visits and has rapidly mobilized to address new concerns. For example, on January 3, 2019, during the 2019 federal government shutdown, the Court-appointed Special Master suggested that I conduct site visits; as a result, my team and I were recalled from furlough and deployed January 21-24, 2019, to conduct four (4) visits across the SWB. On November 24, 2020, amid rising numbers in RGV, JCD received declarations related to COVID-19 amenities, such as masks, in RGV Sector. On December 1, JCD was on the ground at Weslaco and Fort Brown Stations to review conditions addressed by the declarations. Then in 2024, JCD visited the San Diego outdoor congregation areas twice upon the court's requests, visiting them within a month of each request, well before the Court's mandated reporting timelines.

My team of five (5) employees is the right size for CBP, allowing us to be nimble and responsive and gain subject matter expertise in various areas. A smaller team allows CBP to maintain flexibility in emergent situations and utilize CBP funding effectively as USBP and OCMO utilize their own systems to monitor compliance daily.

Since I was appointed JC in 2017, I have traveled across the U.S. to inspect CBP facilities for FSA and Agreement compliance. We have conducted 80 visits in RGV Sector and 35 visits in EPT Sector; 22 of those were conducted since the Agreement was signed. After JCD was finalized in FY 2020, JCD has visited the RGV and EPT sectors at least once per fiscal year and sometimes more often depending on ongoing events. As my purview is nationwide, not just RGV and EPT, I must not only conduct compliance reviews in those two (2) sectors but also conduct them in the other seven (7) SWB sectors and four (4) SWB field offices. We conducted both announced and unannounced visits to the sectors and field offices. In response to concerns the JCM recently raised in the JCM December 2024 and May 2025 reports that JCD's visits to RGV and EPT are infrequent and irregular, I have instructed my team to travel to these two (2) sectors once a quarter moving forward.[3] This will require scheduling adjustments for visits and may require alternative ways of providing FIT.

JCD's compliance review process begins when JCD conducts the onsite review. At the conclusion of the review, JCD briefs the facility on any issues identified. Approximately, two (2) weeks later, the JCD Director briefs the Sector Chief, Director of Field Operations, or their designees on the dashboard report and then submits the report to the inspected facility, headquarters, OCMO, and the Office of Chief Counsel (OCC). The inspected facility then completes a Corrective Action Report annotating how it remedied any identified issues. Finally, JCD reviews this report and requests clarification as needed. I have found that these practices ensure awareness at all CBP levels of JCD findings and observed best practices.

---

[3] Flores v. Garland, 2:85-cv-04544-DMG-AGR, at 53460, C.D. Cal (2024)

CBP Juvenile Coordinator Report July 2025
Page **8** of **32**

In 2018, the Court ordered that I conduct both announced and unannounced visits as part of my compliance reviews at the SWB facilities. Throughout the years, I have been welcomed in the field, even when arriving as part of an unannounced visit. I have found that the results of unannounced visits have been similar to those of the announced. I was not surprised by this finding given my repeated observations that operators remain focused on compliance with the FSA, irrespective of whether a site visit is announced or unannounced. During my most recent two (2) unannounced visits, JCD and I were not only welcomed, but were also asked to return in the future to deliver a FIT session to help further enhance their compliance. I welcome this opportunity to build trusted partnerships, provide mission-critical support, and strengthen FSA compliance.

My practice for several previous years has been to facilitate and coordinate the *Flores* related functions of my office with the operational offices of CBP. We have coordinated *Flores* Synchronization Meetings with CBP offices and facilities to present solutions for emerging issues. My goal is for JCD to be continuously informed of, monitor, and track reoccurring issues at CBP facilities holding juveniles, including those that JCD may not inspect during the year. This coordination enhances CBP's FSA and Agreement compliance and provides real-time updates regarding CBP facilities, resources, and corrective actions.

As I look ahead to the upcoming year, I am encouraged that the JCM observed in her December 2024 report to the Court that the JCD protocols are thorough.[4] In addition to delivering FIT, my JCD team and I will continue our compliance reviews as a key layer in CBP's monitoring strategy, which includes USBP and OCMO's conducting of the day-to-day monitoring necessary to comply with the Agreement. JCD, in turn, conducts compliance reviews to verify the effectiveness of the USBP and OCMO monitoring. JCD's leadership over the past nine (9) years has created an environment where CBP is now focused on compliance with the FSA and the Agreement. Through their individual roles and protocols, USBP, OCMO, and JCD have developed a layered and integrated monitoring strategy. Because of these efforts for the past nine (9) years, CBP has demonstrated that it is substantially compliant with the FSA.

**<u>Census of Class Members</u>**

The start of 2025 saw a drastic change in both encounters of individuals attempting to enter the United States between the ports of entry and the number of individuals held in USBP facilities. CBP's frontline operators, USBP and OFO, continue to respond to the changes of migrant flows by providing excellent care to those in CBP's custody. Overall, children and family encounters were down 78.67% in FY 2025 compared to FY 2024 from October to May. Total CBP encounters were down 76.04%. Unaccompanied children (UC) encounters decreased 67.96% and FMU encounters decreased by 80%. Regardless of the number of children in custody, CBP's focus will continue to be on FSA and Agreement compliance, and this sharp decline in census, has allowed CBP to prioritize accurate recordation of custodial actions and amenities.

---

[4] Flores v. Garland, 2:85-cv-04544-DMG-AGR, at 51546, C.D. Cal (2024)

CBP Juvenile Coordinator Report July 2025
Page **9** of **32**

The month of March recorded the lowest SWB crossings in recent history. In March 2025, around 7,182 USBP SWB encounters were recorded, compared to the monthly average of 155,000 for the previous four (4) years.[5] Daily USBP SWB apprehensions have also fallen to around 230 per day, compared to the daily average of 5,100 apprehensions for the previous four (4) years.[6] During the 30 days prior to June 9, 2025, USBP apprehended a daily average of 25 UCs with an average TIC of less than 19 hours and a daily average of 13.8 FMUs with an average TIC of 87.75 hours. [7]

In May 2025, USBP recorded 8,725 SWB encounters, which was a 92.6% decrease from May 2024, and OFO recorded SWB 3,727 inadmissible individuals, which is a decrease of 92.94% from May 2024.[8] CBP's total May 2025 SWB encounters were down 92.71% from May 2024. Further, SWB encounters with UCs decreased 87.91% from May 2024 to May 2025. SWB encounters with FMUs decreased by 98.67% over the same period.[9]

The following tables and charts provide information regarding encounters at the SWB CBP-wide, as well as encounters specific to USBP SWB. Table 1 depicts CBP's encounters by demographics. The data regarding "accompanied minors" (AM) is applicable to OFO only. An AM is a distinct demographic, separate from UC and children encountered with a parent or legal guardian.[10]

---

[5] *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025,* U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (last visited June 18, 2025). The monthly average was provided to the Juvenile Coordinator Division by CBP for the purpose of this report. This is not official data published on cbp.gov.

[6] Data was provided to the Juvenile Coordinator Division by CBP for the purpose of this report. This is not official data published on cbp.gov.

[7] Data was provided to the Juvenile Coordinator Division by CBP for the purpose of this report. This is not official data published on cbp.gov.

[8] See, *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*

[9] *See, U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*

[10] An AM is defined as an inadmissible child who is accompanied by an admissible parent or legal guardian. For example, OFO would classify a child as an AM in a situation where the parent is a Lawful Permanent Resident, but the child does not have a valid nonimmigrant or immigrant visa. Another example is when a parent has a valid nonimmigrant visa, but the child does not have a valid nonimmigrant visa as a dependent of the parent. Both OFO and USBP would classify a child as part of a FMU when the noncitizen child/children and noncitizen parent(s)/legal guardian(s) are all inadmissible.

**Table 1. Comparison of CBP SWB Encounters in October to May FY 2024 to FY 2025[11]**

|  | FY 2024 | FY 2025 | % Change |
|---|---|---|---|
| CBP Single Adults | 955,149 | 248,103 | -74.02% |
| CBP UCs/ Single Minors | 82,595 | 26,465 | -67.96% |
| CBP FMUs[12] | 652,377 | 129,962 | -80.08% |
| CBP AMs | 1,106 | 673 | -39.15% |
| **Totals** | **1,691,227** | **405,203** | **-76.04%** |

Table 2 and Chart 1 shows the entire FY 2025 to date compared to FY 2024.

**Table 2. Total CBP Southwest Land Border Encounters in October to May FY 2024 to FY 2025[13]**

|  | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Totals |
|---|---|---|---|---|---|---|---|---|---|
| **FY 2024** | 240,927 | 242,399 | 301,981 | 176,195 | 189,913 | 189,359 | 179,737 | 170,716 | **1,691,227** |
| **FY 2025** | 106,322 | 94,187 | 96,036 | 61,449 | 11,710 | 11,017 | 12,030 | 12,452 | **405,203** |

**Chart 1. Total CBP Southwest Land Border Encounters[14]**



---

[11] *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (last visited June 18, 2025).
[12] Family unit represents the number of individuals (either a child under 18 years old or parent/legal guardian) encountered as part of a family unit by CBP. A family unit is defined as a noncitizen child/children accompanied by his/her/their noncitizen parent(s) or legal guardian(s).
[13] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*
[14] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*

Table 3 and Chart 2 show the FY 2025 to date information by demographics.

**Table 3. CBP Encounters in June 2024 to May 2025[15]**

|  | June 2024 | July 2024 | Aug 2024 | Sept 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CBP Single Adults** | 75,923 | 62,098 | 64,201 | 61,509 | 62,879 | 54,626 | 53,353 | 37,463 | 9,723 | 9,457 | 10,117 | 10,485 |
| **CBP UCs/ Single Minors** | 7,428 | 6,319 | 7,132 | 6,524 | 6,602 | 6,461 | 6,827 | 3,222 | 813 | 666 | 830 | 1044 |
| **CBP FMUs** | 46,949 | 35,516 | 36,017 | 33,597 | 36,713 | 33,015 | 35,727 | 20,673 | 1,139 | 829 | 1,003 | 863 |
| **CBP AMs** | 115 | 167 | 123 | 160 | 128 | 85 | 129 | 91 | 35 | 65 | 80 | 60 |

**Chart 2. 2024 Total CBP Southwest Land Border Encounter Demographics[16]**



---

[15] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*
[16] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2024 and FY 2025.*

Table 4 shows the Average Daily Subjects in USBP Custody across the SWB.

**Table 4. USBP Average Daily Subjects in Custody[17]**

|  | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 |
|---|---|---|---|---|---|---|---|---|
| **USBP SWB Average** | 4,927 | 4,901 | 5,198 | 3,764 | 1,134 | 589 | 529 | 560 |

Finally, Table 5 depicts the average length of time children were in CBP custody across the SWB.[18] This table shows the average TIC for all children, as well as the TIC for UCs and FMU children specifically. Average TIC data is provided from June 2024 to May 2025 and June 10, 2025. The average TIC on June 10, 2025, was provided to depict a more recent snapshot of the average TIC for class members as of the time this report was compiled.

**Table 5. Class Members Average CBP Time in Custody (in Hours)[19]**

|  |  | Jun-2024 | Jul-2024 | Aug-2024 | Sep-2024 | Oct-2024 | Nov-2024 | Dec-2024 | Jan-2025 | Feb-2025 | Mar-2025 | Apr-2025 | May-2025 | 6-10-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CBP SWB** | All* | 43.31 | 43.50 | 45.64 | 46.41 | 45.58 | 44.57 | 48.00 | 58.18 | 93.17 | 73.41 | 41.88 | 39.63 | 49.34 |
|  | UCs | 27.10 | 25.51 | 28.24 | 29.71 | 25.49 | 25.14 | 26.25 | 26.12 | 17.87 | 19.59 | 19.34 | 19.74 | 25.06 |
|  | FMUs | 50.07 | 53.95 | 57.34 | 57.44 | 57.87 | 58.07 | 63.67 | 73.47 | 177.39 | 172.22 | 93.10 | 92.90 | 77.84 |
|  | AMs | 19.35 | 19.31 | 28.31 | 16.60 | 17.88 | 28.10 | 18.53 | 17.03 | 19.97 | 16.05 | 14.01 | 13.72 | 0.00 |
| **USBP SWB** | All* | 44.89 | 46.17 | 48.49 | 49.60 | 48.83 | 47.52 | 51.49 | 64.50 | 83.65 | 62.17 | 43.97 | 37.48 | 49.96 |
|  | UCs | 26.93 | 25.44 | 28.28 | 29.79 | 25.36 | 24.75 | 26.09 | 26.26 | 17.74 | 19.84 | 19.51 | 19.87 | 25.65 |
|  | FMUs | 52.31 | 59.03 | 63.13 | 63.63 | 64.44 | 65.20 | 71.89 | 84.12 | 158.51 | 145.76 | 101.31 | 93.22 | 78.68 |
| *All in this table refers only to class members: children ages 0-17. | | | | | | | | | | | | | | |

Many factors can contribute to children remaining in CBP custody for more than 72 hours, such as an injury/illness requiring medical treatment/hospitalization, UCs initially claiming to be adults and then proven to be of minor age, or resource, capacity, and/or transportation limitations with HHS/ORR and ICE.

---

[17] *USBP Average Daily Subjects in Custody by Southwest Border Sector*, U.S. Department of Homeland Security, U.S. Customs and Border Protection, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (last visited June 18, 2025). This data is only available from October 2024; thus June-September 2024 is not included in this table.

[18] TIC represents the amount of time an individual is in CBP custody, beginning at the time of apprehension through the time of transfer from CBP custody. Thus, the average TIC for all children is calculated based on the total number of children in custody and how long each child had been in custody as of 6:00 a.m. EDT on a particular day. For example, if a child were apprehended at 12:00 a.m. EDT on June 10, 2025, the child would have a TIC of six (6) hours at 6:00 a.m. EDT. Likewise, if a child were apprehended at 12:00 a.m. EDT on June 9, 2025, and remained in custody on June 10, 2025, the child would have a TIC of 30 hours at 6:00 a.m. EDT on June 10, 2025.

[19] Data in Table 5 was provided to the Juvenile Coordinator Division by CBP for the purpose of this report. This is not official data published on cbp.gov.

CBP Juvenile Coordinator Report July 2025
Page **13** of **32**

## General Updates Related to the Care and Custody of Children

*CBP Facilities*

As discussed in my July 1, 2024, report, CBP maintained a variety of soft-sided facilities (SSFs) and central processing centers (CPCs) across the SWB. Due to a significant decrease in apprehensions, six (6) of the seven (7) SSFs were dismantled in early March 2025, and the CBP contract for the seventh facility was terminated in late March 2025. Class members are currently held in stations and CPCs suited to accommodate their needs.

Table 6 provides information on the operational CPCs, including the most current date that the JCD inspected each facility.

**Table 6. CBP Central Processing Centers and Soft-Sided Facilities**

| Type | Facility | Operational Date | Latest JCD Inspection Date |
|------|----------|------------------|-----------------------------|
| **El Paso Border Patrol Sector** | | | |
| CPC | EPT MCPC | February 2020 | April 2023[20] |
| **Rio Grande Valley Border Patrol Sector** | | | |
| CPC | RGV CPC[21] | March 2022 | May 2025 |
| **Tucson Border Patrol Sector** | | | |
| CPC | Tucson Coordination Center | August 2020 | August 2020 |
| CPC | Nogales CPC | July 2023 | November 2023 |

*Child Caregivers*

Child caregivers are available at designated USBP facilities, including Juvenile Priority Facilities (JPF)s. They are involved with the care of children in CBP custody, including providing amenities to UCs and FMUs. Due to current operational conditions, on June 1, 2025, child caregiver support was provided at 10 locations, and 24/7 on-duty child caregiver staffing was at 33 total caregiver positions per shift. According to the Child Caregiver Contract Statement of Work modified on March 24, 2025, "[UCs] are the priority; when the number of unaccompanied children is low or none; the Contractor shall reassign Caregivers to monitor and care for minor children of FMUAs without reducing caregiver staffing in designated holding areas for [UCs]." At locations without contracted caregivers or without caregivers to assist FMUs, CBP personnel assume all caregiver duties as described in the Agreement. While CBP implemented this fiscally responsible adjustment

---

[20] Designated JPF in late March 2025. JCD inspected the previous JPF of El Paso Hardened Facility on March 5, 2025.
[21] Previously referred to as McAllen CPC and CPC-Ursula

CBP Juvenile Coordinator Report July 2025
Page **14** of **32**

to the number of contracted caregivers commensurate with the lower census of children across the SWB, CBP continues to provide all required caregiving services in the Agreement. In July 2025, CBP plans to expand the caregiver contract to have additional contracted caregivers added to both RGV and El Paso Sectors. These additional contracted caregivers will ensure all children have access to caregivers without the need for prioritization of UCs.

*Medical Support Staff*

CBP adjusts the scale of the medical services contract based upon changes in the scale of the CBP custody operation. While the two (2) JPFs have contracted medical support staff onsite 24/7, on May 2, 2025, CBP reduced the number of USBP holding facilities across the SWB with contracted medical support staff from 45 to 28. On May 29, 2025, CBP increased the scale to the current number of 29 USBP holding facilities across the SWB with contracted medical support staff. CBP believes this decrease in contracted medical support staff is commensurate with the significant decrease in class members in CBP custody. Medical staff are still providing quality medical care as required in the Agreement, and children still have access to emergency medical care as needed.

*Interagency Coordination Updates*

The MCC, established in March 2021, as discussed above, is a key part of CBP's layered and integrated monitoring strategy. As discussed in the 2023 and 2024 Annual Reports, the MCC collaborates across agencies and components to assist sectors and field offices in prioritizing the expeditious transfer of individuals, including UCs, from CBP custody. During FY 2025 to date, MCC monitored over 225,000 encounters, including nearly 24,000 encounters with UCs.

*Flores Implementation Training*

Previously mentioned in my last year's report, the FIT module is designed to further enhance understanding of FSA and Agreement requirements and related policy while promulgating best practices for the care of children in CBP custody. FIT delivers personalized training to facilities to improve the understanding of and compliance with the FSA, TEDS, and other CBP policies related to the care of children in CBP custody. During FIT, JCD walks through a facility, discusses the application of FSA requirements within the facility, and shares best practices from the field. JCD provides policy tools and "on-the-spot" corrections a facility can add to enhance compliance. JCD presented eight (8) FIT sessions in 2025 to 78 CBP personnel. Additionally, JCD presented nine (9) FIT sessions in 2024 to an additional 62 CBP personnel.

Frontline operators requested FIT in FY 2025 due to the decrease in apprehensions and operational changes. As the number of apprehensions across all demographics decreased and SSFs demobilized, children were moved from the SSFs to stations and CPCs, including those that did not previously hold children or held very few. Given this situation, sectors requested JCD to provide training and walk through facilities providing operationally informed recommendations on how to improve the facilities to provide appropriate care. Providing care for individuals in custody remains one of CBP's highest priorities, particularly for children and other vulnerable populations. JCD continues to be a resource for CBP not only supporting the Agency's operational needs but

also maintaining situational awareness and tracking progress on emerging issues related to children in custody.

*Town Halls*

During this review period, the JCD team, the Deputy JC, and I hosted a JCD Town Hall for CBP personnel involved in the care and custody of children. The May 15, 2025, town hall, attended by 300 CBP personnel, featured speakers from OCC, OCMO, OFO, and USBP. This town hall focused on *Flores* legal updates, operational changes at the Del Rio Sector due to the demobilization of its SSF, updates from OFO HQ with an emphasis on documenting all actions, an explanation of the El Paso Field Office internal audit process, and an explanation of the OCMO juvenile compliance monitoring. I used the JCD Town Hall to reiterate my expectation for accurate and complete recordation of custodial actions. The JCD Town Hall is another tool for disseminating guidance and best practices to promote FSA compliance across the SWB and support the well-being of children in CBP custody.

## RGV and El Paso Settlement Agreement

My JCD team and I continue to work closely with all relevant CBP stakeholders to ensure implementation of the Agreement, to include providing required care, supplies, exhibits, notices, videos, and posters.

*Updates on Usage of Holding Facilities in RGV and EPT Sectors*

The El Paso MCPC and the RGV CPC were established as the JPF for the EPT and RGV sectors, respectively, as of March 2025. Both facilities hold UCs and FMUs. Individual stations in RGV and EPT may hold children temporarily before transferring to a JPF.

*Juvenile Care Monitor Observation Site Visit*

During my March 5, 2025, visit to the El Paso Hardened Facility, which also included the JCD team, the JCM, Ms. Andrea Ordin, joined us to observe JCD conducting a site visit. USBP, OCMO, and JCD presented the CBP Integrated and Layered Monitoring Strategy, as described above, to provide the JCM insight into each component's monitoring capabilities in regard to the FSA and the Agreement. Ms. Ordin observed JCD's compliance review protocols, including JCD interviewing CBP personnel, medical support staff, and caregiver personnel, and JCD interviewing children and/or their parents. While at the El Paso Hardened Facility, Ms. Ordin also observed the various CBP dashboards and interagency coordination at work. In addition, Ms. Ordin observed JCD utilizing technology to aid in the analysis and recording of inspection data and results.

*Agreement Requirements for RGV and EPT Sectors*

JCD reviewed facilities in RGV and EPT to determine compliance with the requirements specified under the Agreement. JCD reviewed the El Paso Hardened Facility twice. In addition, we reviewed six (6) other facilities, once each, including Donna SSF, RGV CPC, Santa Teresa Station, Paso Del Norte Sub-Station, Brownsville Station, and Fort Brown Station.

During the reviews, both JPFs were substantially compliant with the Agreement. Tables 7, 8, and 9 record the Agreement requirements and whether the facilities were meeting the requirements on the date of the JCD visit. For answers with an asterisk, explanations are given in the notes.

**Table 7. Agreement Requirements RGV and EPT Sectors**

| Agreement Requirements | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | | |
|---|---|---|---|---|---|---|---|---|
| | Donna SSF | El Paso Hardened Facility | El Paso Hardened Facility | RGV CPC | Brownville Station | Santa Teresa Station | Paso del Norte Sub-Station | Fort Brown Station |
| | 10-31-2024 | 12-3-2024 | 3-5-2025 | 4-16-2025 | 10-29-2024 | 12-4 2024 | 3-4-2025 | 4-17-2025 |
| Maintain the required temperature of 69ºF - 83ºF.[1] | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No* |
| Post the Agreement amenities poster.[2] | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Show the video with Exhibit 3 information. Personnel will record that this notice was provided orally. [3] | Yes* | Yes* | Yes* | Yes | No* | No* | No* | Yes* |
| Provide disposable baby bottles. | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide formula mixing instructions in English and Spanish. | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide dental hygiene daily and upon request.[4] | Yes* | Yes | Yes | Yes | No* | No* | No* | No* |
| Provide hygiene kits when requested and with showers.[5] | Yes | Yes | Yes | Yes | No* | Yes* | Yes* | No* |
| Provide mechanism to dry hands.[6] | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| Provide beanies to children under five (5).[7] | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Provide cloth swaddling blankets to children under two (2).[8] | No* | Yes | Yes | Yes | No* | Yes | No* | Yes |

Notes

1. Temperature in two (2) areas at Fort Brown Station registered at 65°F.
2. Poster was not always in plain view of the holding areas but generally was hanging in the facility. Paso del Norte Sub-Station displayed a different amenities poster.
3. At Donna SSF and at the El Paso Hardened Facility the video was being shown; however, logs did not always record that it was shown. At non-JPFs, the video was not typically shown as all children were transferred to a JPF where it was shown.
4. At the JPFs, dental hygiene was mainly provided with showers, which were usually provided daily; it was not available in the pods for security reasons. Children were typically held at non-JPFs for less than 8 hours.
5. Children were not typically offered a shower at non-JPFs; hygiene kits were available at two (2) non-JPFs.
6. Non-JPFs did not always have the ability to dry hands in the holding areas.
7. Paso del Norte Sub-Station did not have beanies onsite. Children were not typically held there for long before being transferred to a JPF.
8. Donna SSF did not have swaddling blankets onsite but ordered them on 11-5-2024. Non-JPFs typically transfer children quickly to JPFs supplied with swaddling blankets.

CBP Juvenile Coordinator Report July 2025

Page **17** of **32**

**Table 8. Agreement Requirements RGV and EPT Sectors**

| Agreement Requirements | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | | |
|---|---|---|---|---|---|---|---|---|
| | Donna SSF | El Paso Hardened Facility | El Paso Hardened Facility | RGV CPC | Brownsville Station | Santa Teresa Station | Paso del Norte Sub-Station | Fort Brown Station |
| | 10-31-2024 | 12-3-2024 | 3-5-2025 | 4-16-2025 | 10-29-2024 | 12-4-2024 | 3-4-2025 | 4-17-2025 |
| Make reasonable efforts to dim lights between 2200-0600.[9] | Yes | Yes | Yes | Yes | No | Yes | No | No |
| Provide a supplemental health interview every five (5) days for children held over 72 hours.[10] | Yes | Yes* | Yes | Yes* | N/A | N/A | N/A | N/A |
| Provide the "*Flores* Mediation Agreement" orientation training to CBP employees.[11] | Yes | Yes | No* | Yes | Yes | Yes | Yes | Yes |
| Transfer children to Juvenile Priority Facility within 24 hours of arrival or 48 hours in exigent circumstances. | N/A - Juvenile Priority Facilities | | | | Yes | Yes | Yes | Yes |

Notes
9. Children were not typically held overnight at non-JPFs, but most did not have the ability to dim lights.
10. JPFs were aware of the 5-day reassessment requirement; in two (2) instances the 5-day reassessment was not recorded or recorded a day late. Children were not held at non-JPFs for more than a few hours.
11. Not all employees had taken the required training as there was an issue with the online training provision. The training is available again.

**Table 9. Agreement Requirements RGV and EPT Sectors**

| Agreement Requirements | RGV/EPT Juvenile Priority Facilities | | | | RGV/EPT Non-Juvenile Priority Facilities | | | |
|---|---|---|---|---|---|---|---|---|
| | Donna SSF | El Paso Hardened Facility | El Paso Hardened Facility | RGV CPC | Brownsville Station | Santa Teresa Station | Paso del Norte Sub-Station | Fort Brown Station |
| | 10-31-2024 | 12-3-2024 | 3-5-2025 | 4-16-2025 | 10-29-2024 | 12-4-2024 | 3-4-2025 | 4-17-2025 |
| Provide showers as soon as possible after arrival and 48 hours thereafter.[12] | Yes* | Yes | Yes* | Yes | N/A - Non-Juvenile Priority Facilities | | | |
| Make reasonable efforts to provide televisions in pods. | Yes | Yes | Yes | Yes | | | | |
| Place clocks in locations visible from each pod/cell if space is available. | Yes | Yes | Yes | Yes | | | | |
| Provide infant changing stations, where space available. | Yes | Yes | Yes | Yes | | | | |
| Make effort to provide child appropriate "furniture" in areas holding tender age children. | Yes | Yes | Yes | Yes | | | | |
| Make effort to provide age-appropriate toys/activities.[13] | Yes* | Yes | Yes | Yes | | | | |

Notes

12. JPFs normally recorded showers shortly after arrival and every 48 hours thereafter. In two (2) cases, a shower was not properly recorded at the required intervals.
13. Toys were only available to UCs during our Oct 2024 site visit, but all children had access to activities.

CBP Juvenile Coordinator Report July 2025
Page **19** of **32**

*Age-Appropriate Food*

As discussed in my July 2024 report, when the JCM asked CBP to improve the provision of toddler meals which was outside of the scope of the Agreement, CBP delivered. The meal contract established in 2024 for the non-SSF locations within seven (7) USBP Sectors[22] remains the same and includes four (4) categories of meals: Tender-Age (2-5), Children (6-12), Older Children (13-17) and Adults (18+). The menu items include options such as fruit readily available for snacks and meals, turkey and cheese cubes for tender-age children's lunches, and hamburgers for children's dinners. Since our last annual report, a Tender-Age (2-5) menu was also implemented at the SSFs and remained in effect until the SSFs were demobilized. Additionally, JCD received a menu from each of the SSFs while on site, and the menus showed a variety of food for children if held over 72 hours. Toddler meals were available via contract at El Paso MCPC during this reporting year. All facilities in RGV and EPT Sectors had baby formula and baby food, such as purees, available, and five (5) facilities provided tender-age meals.

### *Flores* **Compliance Inspections**

Since my last annual report dated July 1, 2024, I have continued to review the conditions of custody for children across the SWB. The following sections provide an overview of the inspections JCD conducted during the reporting period, including locations visited, conditions of custody, and common findings.

*CBP Facilities Inspected*

JCD conducted 16 inspections of CBP facilities located in five (5) USBP sectors and three (3) OFO field offices from June 2024 through May 2025.[23] The El Paso Hardened Facility was inspected twice. These 16 inspections included three (3) visits that the Deputy JC or I personally conducted. The inspection process allowed me to maintain awareness of the conditions of custody for children encountered at and between the ports of entry (POE) across the SWB, generally focusing on those sectors/field offices with the highest number of children encountered.

JCD conducts unannounced visits to SWB locations on an annual basis. They are coordinated by the team members to ensure information pertaining to each visit is not disclosed; the facilities do not know we are coming until we arrive. During this reporting year, JCD and I conducted unannounced visits in San Diego Sector and San Diego OFO facilities in May 2025. Since 2018, the Deputy JC or I conducted 35 unannounced visits at facilities across the SWB. We did not observe differences in CBP operations during announced versus unannounced visits. Instead, we observed similarities with the data and medical recordation, supplies, and safe and sanitary conditions.

---

[22] RGV, EPT, Tucson, Yuma, El Centro, San Diego, and Miami Sectors.
[23] The outdoor congregation areas (OCAs) in San Diego are not considered "facilities" for this report.

**Table 10. CBP OFO Port of Entry JCD Inspections**

| Field Office | Location | Date of Inspection | Type of Inspection |
|---|---|---|---|
| El Paso | El Paso POE | 12/5/2024 | Site Visit |
| Laredo | Hidalgo POE | 10/30/2024 | Site Visit |
| San Diego | San Ysidro POE | 5/7/2025 | Unannounced |

**Table 11. CBP USBP JCD Inspections**

| Sector | Location | Facility Type | Date of Inspection | Type of Inspection |
|---|---|---|---|---|
| Del Rio | Firefly SSF | SSF | 2/4/2025 | Site Visit |
| | Carrizo Springs | Station | 2/5/2025 | Site Visit |
| El Paso | El Paso Hardened Facility | SSF | 12/3/2024 | Site Visit |
| | Santa Teresa Station | Station | 12/4/2024 | Site Visit |
| | Paso del Norte Sub-Station | Sub-Station | 3/4/2025 | Site Visit |
| | El Paso Hardened Facility | SSF | 3/5/2025 | Site Visit |
| Laredo | Laredo CPC | CPC | 2/6/2025 | Site Visit |
| | Laredo South Station | Station | 4/15/2025 | Site Visit |
| RGV | Brownsville Station | Station | 10/29/2024 | Site Visit |
| | Donna CPC | SSF | 10/31/2024 | Site Visit |
| | RGV CPC | CPC | 4/16/2025 | Site Visit |
| | Fort Brown Station | Station | 4/17/2025 | Site Visit |
| San Diego | Chula Vista Station | Station | 5/6/2025 | Unannounced |

*Joint Inspections*

I am pleased to report that JCD and OCMO continued to conduct several joint inspections, with each group focusing on its area of expertise. Through these joint visits, JCD gained additional insight into CBP's medical policies and processes. In addition, this collaborative effort facilitated interaction between the field, JCD, and OCMO, and focused on proactively addressing common issues, such as data recordation, medical documentation, and caregiver responsibilities. These joint inspections allowed both JCD and OCMO to further enhance inspection processes.

*Safe and Sanitary Conditions*

CBP facilities generally provided access to meals and snacks, clean drinking water, functional toilets and sinks, adequate temperature control and ventilation, cots/mats and blankets, shower options, clean clothing, hygiene products, adequate supervision to protect minors from others, emergency medical care if needed, and safe and sanitary hold rooms. At many facilities (due to operational concerns), amenities were available upon request. Most facilities had placed posters

showing the amenities available for request; in RGV and EPT sectors, the Exhibit 1, Amenities poster was generally displayed in plain view of areas holding children. In RGV and EPT sectors, children were also shown the Exhibit 3, video upon intake. In other sectors, children were shown a slightly different version of the video without the specific Agreement requirements, but which still mentioned the ability to request amenities. In addition, caregivers usually informed children of the amenities that they could request. JCD always recommended that facilities ensured children were informed of available amenities multiple times during the day.

The following is a summary of the results of my inspections. For more specific information about the conditions at each facility, please refer to Appendix I.

In general, all inspected facilities provided access to functioning toilets and functioning sinks. Children had access to functioning toilets and sinks at all facilities, but minor issues identified pertained to sinks not being fully operational and restroom areas needing additional supplies. During one (1) inspection, JCD observed toilet paper was missing from a cell: staff immediately resupplied toilet paper upon discovery. Five (5) inspections showed issues with sinks, mainly due to low water pressure or not working properly, but all children still had access to functioning sinks. All inspections showed no issues with toilets. JCD found eight (8) locations that did not have soap or hand sanitizer in the hold rooms, but they were available upon request. JCD informed management about the minor issues pertaining to sinks identified during the inspection. The facilities addressed these issues while JCD was onsite by replacing supplies or creating work orders for repairs that could not be immediately addressed.

All facilities had blankets and mats available for children and their families. Seven (7) inspections also found swaddling blankets, including five (5) inspections in RGV and EPT Sectors. At 15 of 16 inspections, facilities provided blankets and a mat and/or cot. JCD observed that individuals at Hidalgo POE were not in cells nor detained since they were there for their CBP One interviews which generally took less than four (4) hours. Even though the POE was not providing mats and blankets, they were available onsite if needed.

At 15 of 16 inspected facilities, the hold rooms were within the required temperature range. At one (1) RGV facility, temperatures in two (2) areas were below the required RGV minimum temperature of 69°F, registering at 65°F. Warm clothing was available upon request at this location, and, according to the facility, the temperature issue was resolved the same day that JCD conducted the inspection. In addition, all facilities had adequate ventilation.

In all but four (4) of 16 inspections, facilities had showers onsite. Three (3) of the four (4) facilities without showers onsite were in RGV and EPT sectors and were considered non-JPF, therefore children were transferred quickly to JPFs with showers. One (1) facility transferred children to another station for showers.

JCD also inspected the availability of hygiene supplies, including toothbrushes/toothpaste, feminine hygiene products, diapers, and baby wipes. At all 16 inspections, the facilities had a supply of hygiene items. In addition, at all 16 inspections, the facilities had adequate amounts of children's clothing in assorted sizes to provide as needed.

CBP Juvenile Coordinator Report July 2025
Page **22** of **32**

All inspected facilities had contracted janitorial staff. While onsite, JCD often observed janitorial staff cleaning bathrooms and hold rooms, including disinfecting cells and cleaning mats. The janitorial staff were integral to maintaining sanitary conditions at the facilities, and JCD generally found the facilities to be sanitary. If needed, JCD discussed any janitorial issues while onsite for management to address in a timely manner.

*Other Amenities*

Contract medical personnel were onsite at 15 of 16 facilities to address acute and emergent medical needs. Contract medical personnel were not at Paso Del Norte Sub-Station (a non-JPF) due to low encounter numbers. However, contracted medical staff was at the El Paso POE located next door, and people could receive medical care at El Paso POE as needed. Additionally, agents could transfer people to the local health system, and once released, they either took them to the El Paso Hardened Facility, El Paso Station located nearby, or back to Paso Del Norte Sub-Station for processing. As described in my previous reports, children in CBP custody receive health intake interviews and medical assessments to identify issues requiring further medical attention. For urgent medical needs and care, contract medical personnel refer children to local health systems.

Each facility JCD inspected provided access to clean drinking water. We observed no issues with children and families having regular access to or requesting drinking water. Facilities with water jugs had ample supplies of cups for class members to have an individual cup for drinking water. At one (1) facility, some of the water jugs were missing cups, but they were quickly resupplied.

All inspected facilities provided access to regular meals and snacks, including formula and baby bottles, with some facilities also providing baby cereal, baby food, and fruit or vegetable puree. The snacks provided varied, but typically JCD observed juice, apples, crackers, chips, and granola bars. As mentioned above, in some facilities, snacks were freely accessible for children to take at any time while at other facilities, snacks were provided at certain times or were available upon request. JCD identified expired snacks at four (4) inspections. In each of these cases, JCD notified the facility, and the expired snacks were immediately discarded. In addition, JCD recommended that these facilities clearly mark expiration dates.

Five (5) inspected facilities had recreation areas. The recreation areas were used when operationally feasible and weather permitted. Two (2) additional facilities had open indoor areas for children to play. JCD observed there were toys or televisions available for entertainment at 12 of the 16 inspections. The four (4) facilities, two (2) located in RGV sector, that did not have toys did not typically hold children for more than a short time before transferring them to a JPF or back to Mexico in the case of Voluntary Returns.[24] All facilities in EPT Sector had toys available.

Child caregivers were onsite at the JPFs: the El Paso Hardened Facility, Donna SSF, and RGV CPC. Caregivers were also onsite at four (4) other inspected facilities. During JCD's December inspection at the El Paso Hardened Facility, caregivers were stationed outside FMU holding areas,

---

[24] For example, three (3) RGV Sector facilities process Mexican children for voluntary repatriation to Mexico to keep them in custody for as short a time as possible. If these children were transferred to the JPF in McAllen before returning to Mexico, they would be in custody a minimum of 2-4 hours longer due to transportation.

assisting with snacks, meals, and other requests. They were also stationed inside the holding areas for UCs directly interacting with the children. In addition, caregivers were stationed in the shower area to assist UCs and families. The caregivers not only assisted with the children in custody but also provided a reassuring adult presence for the UCs. Caregivers assisted with families in caring for infants and provided additional clothing to UCs and FMUs. The caregivers also referred suspected medical and mental health issues to USBP. During JCD's March inspection at the El Paso Hardened Facility, caregivers were not stationed outside FMU holding areas due to a reduction in caregiver services; however, USBP personnel were able to provide amenities and information to FMUs. Currently, caregivers primarily assist UCs. However, as previously stated above, when UC numbers are low or none, caregivers may assist children in family units. Additionally, CBP personnel assume all caregiver duties as described in the Agreement when contracted caregivers are not available.

*Interviews with Children and/or Parents/Legal Guardians*

During this reporting period, JCD continued to interview children and/or parents/legal guardians who volunteered to be interviewed. My primary goal in instructing JCD to conduct interviews was to understand the experiences of children in CBP custody. Two (2) non-uniformed, non-law enforcement members of my team, including a native Spanish speaker, exclusively conducted all interviews to reduce any potential uneasiness that children and/or parents/legal guardians might have felt about discussing personnel or issues that occurred while in custody. Together, the JCD interviewers possessed the skills needed to build rapport with the children and/or the parents/legal guardians and were able to cover a broad range of topics related to the FSA and the Agreement. JCD conducts interviews with individual UCs or with individual family units to develop an accurate understanding of an individual class member's or family unit's experiences and applies this approach consistently across facilities to ensure each interview is evaluated equally. JCD discusses concerns identified during the interviews with facility management during inspection out-briefs.

JCD interviewed a total of five (5) UCs and eight (8) families at five (5) facilities, including El Paso POE, El Paso Hardened Facility, Laredo South Station, Donna CPC, and RGV CPC. We did not conduct interviews at the other 10 facilities; six (6) facilities had no children, two (2) facilities had no volunteers, at one (1) facility the children were asleep, and at one (1) facility the only juvenile onsite was part of an investigation. Overall, children or their parents reported having functional toilets, functional sinks, adequate ventilation, receiving hot meals and snacks, having drinking water always available, receiving a mat and blanket(s), and seeing medical personnel. They also reported that CBP personnel treated them with respect. In places where lights were able to be dimmed, children or their parents generally reported that the facility dimmed lights at night, which contributed to their ability to sleep.

During five (5) of the interviews, children or their parents stated they were cold, and some did not know they could request additional clothing; JCD informed the caregivers or USBP/OFO and they provided additional clothing. In four (4) interviews, parents stated that they were provided with food but complained there was not enough variety in the food or that the food had no flavor or was too spicy; during the inspection out-briefs, JCD informed management so they could address the comments with the meal contractors.

During this reporting period, the most common action JCD took after completing interviews was to request additional clothing for children or their parents who were cold. JCD also requested that a child be seen by medical personnel after informing JCD during the interview that she had a sore throat, something she had not mentioned to the caregivers or USBP. In addition, JCD informed USBP that a mother mentioned during the interview that she would like her son, who was held with his father, to stay with her during the day and with his father at night, and USBP stated they would accommodate her request. If a child or parent/legal guardian provided information that required additional clarification or was inconsistent with our understanding of the facility's processes or CBP's standards of professionalism, JCD would discuss it with management and/or the appropriate staff for clarification or resolution. During one (1) of the interviews, JCD learned that a mother had issues requesting a baby bottle for her three-year-old child during lunch. By the time JCD interviewed the mother right after lunch, a caregiver had already given the crying child a baby bottle. The caregivers informed JCD they were not sure they could provide the baby bottle since they had been told that the child, because of his age, could only have a bottle in the morning and evening but not during the rest of the day. JCD was not aware of the caregiver policy pertaining to baby bottles, so they immediately informed a USBP Supervisor of the situation for resolution. These examples emphasize that clear communication from CBP personnel and caregivers to children is a necessity, and this concept is repeated throughout JCD's discussions with facility management during inspection out-briefs and during FIT sessions. The interviews JCD conducted gave additional credence to CBP being substantially compliant with the FSA and the Agreement.

*Recurring Challenges*

The inspections generally demonstrated that CBP facilities were equipped to meet the FSA requirements, and when issues related to care and custody were discovered, the facilities acted to the best of their ability to address the situation. However, the recording of data continued to be the area that JCD most frequently identified as a challenge across the SWB. I consistently remind the operators during onsite visits, FITs, and town halls that now that the census is lower CBP needs to prioritize accurate recordation of custodial actions.

Prior to an inspection, JCD selects a sample of 5 to 10 children in custody at the facilities to be inspected and reviews their custodial records in the USBP e3 Detention Module (e3DM) or in the OFO Unified Secondary (USEC) systems. JCD selects an additional sample of 5 to 10 children at the facilities to be inspected who are receiving medical care and reviews their custodial records in e3DM or USEC, as well as in the Electronic Medical Records maintained by the medical contractor. During an inspection, JCD interviews personnel familiar with entering custodial actions into the electronic systems, supervisory personnel over holding areas, personnel familiar with the medical processes, and contract medical personnel. When possible, JCD also observes children throughout the facility at various stages of processing, including during intake and outtake, as well as in medical and holding areas. During this reporting period, JCD conducted a data review of custodial actions recorded and medical capabilities during 16 inspections.

The data reviews frequently revealed inconsistent data entry for custodial actions that JCD observed were routinely completed for children in custody, including meals provided and cot/mat and/or blanket provided. I am pleased to report that the recording of welfare checks has drastically

improved this year. Whereas last year it was the most common data issue, this year it was only found in six (6) inspections. Despite gaps in recorded welfare checks, JCD observed that children were under near constant supervision. Most facilities had an agent or officer, medical personnel, caregiver, or contracted security either directly supervising the children or observing them through video monitoring. Thus, this issue pertained to the documentation of the work CBP was already doing to ensure adequate supervision to protect minors from others.

The most common data issue, found in nine (9) of 16 inspections involved the recording of bedding provided. At some facilities, a few custody logs did not record if a mat and blanket was provided. At others, they were recorded after the first day. All facilities had mats and blankets, and JCD verified they were provided, but not accurately recorded.

Only four (4) of 16 inspections had an issue with the recording of meals provided. JCD checked whether the facilities recorded at least a breakfast, lunch, and dinner each day that a child was in custody. While JCD was onsite, they strived to observe at least one (1) meal being served to understand how the facility provided meals to children in custody. Based on onsite interviews and JCD observations, I am assured that children are receiving regular meals. The recording of meals provided is a large improvement over the 13 inspections that had this issue last year.

The next highest data entry area needing improvement was the documentation of contact with family members at 7 of 16 inspections. The FSA requires that, when children are encountered with family members, CBP should provide contact between the children and their family members. If not operationally feasible to hold families together, agents and officers should document the reason for holding the children and family members apart from each other and whether reasonable efforts were made to provide interaction between the children and the family member(s). Each facility may hold family members in a different manner based on demographics and the capabilities of the facilities. As an example, some facilities may need to hold all teenage boys together, even those who arrived with a family member, while other facilities can hold a teenage boy together with his entire family. At two (2) inspections, custody logs did not document the reason for holding family members and children apart nor if any efforts were made to let them interact. At five (5) inspections, facilities did document family interaction but not the reason for holding the individuals apart. I am focused on continued improvement in data recordation, and as stated above, I signaled the importance of this effort at the recent May 2025 JCD Town Hall.

The recurring issues identified during the medical capabilities reviews involved the completion of medical forms, the documentation of medical actions in the CBP systems of record, and the awareness of relevant medical policy by CBP employees. Fourteen inspections found incorrect documentation related to health intake interviews (CBP Form 2500), usually related to not recording that a child was referred for a medical assessment. In addition, 13 inspections found incorrect or missing summaries of medical care (CBP Form 2501) provided while in custody. The CBP Form 2501 might not have included all conditions treated while in CBP custody or all medications. Moreover, during three (3) inspections, CBP personnel were unaware of the CBP policy requiring the provision of a CBP Form 2501 to people with medical issues identified or addressed while in CBP custody when they are transferred or released from CBP custody. During eight (8) inspections, the facility or the contracted medical personnel did not record medication doses given as required or prescriptions in the Electronic Medical Records. These issues mainly

pertain to the documentation of the medical actions CBP took rather than to the actions themselves. Through onsite interviews of CBP and medical contract personnel, I am assured that CBP is providing the required medical care for the children in our custody. During each inspection, JCD and OCMO continue to educate the field on the importance of proper documentation to verify that CBP is facilitating continuity of care.

In addition, at two (2) inspections, facilities did not provide child-friendly decoration in accordance with CBP's Trauma-Informed Care Memorandum. At one (1) station in RGV Sector and one (1) in EPT Sector, children were only briefly held at the station before being transferred to a JPF. Facilities strove to provide the decoration after being made aware of the requirement. During our April 2025 inspection, the RGV CPC had child-friendly posters, toys, and books in areas holding children.

The JCD team continues to message the importance of clear communication. At all inspections, management staff were aware of the requirement to provide a daily orientation message to UCs, a significant positive change from last year's report that 10 locations were unaware of this requirement. During interviews, children stated that they had received the daily message, saw the clock and time, but stated that they did not know what amenities were available to them. JCD pointed out the posters that were displayed within the holding area and mentioned to them that they could ask caregivers for amenities. JCD continues to stress the importance of providing clear information/instructions to children and the need for CBP and caregiver personnel to reiterate the daily message to all children. The importance of clear communication is also stressed at our town halls and during the FIT modules. JCM reports often described parents and children who were unaware of amenities provided; however, JCD observed that CBP facilities met the requirement to place Exhibit 1 Amenities poster in plain view and provided daily orientation messages to UCs.

*Addressing Challenges*

My position requires not only identifying areas for improvement or potential instances of noncompliance but also facilitating solutions. As such, my team and I regularly communicate with various levels of management at CBP Headquarters and the field. Additionally, JCD reiterates proper recordation of custodial actions and amenities during the town halls. At our May 2025 town hall, USBP, OFO, and JCD stressed the importance of accurate recording of everything CBP is already doing. During FIT sessions, JCD also highlights the requirement for accurately recording custodial actions.

While onsite, JCD addresses any issues identified with the agents/officers facilitating the inspection. In addition, at the end of each inspection, my team meets with the personnel participating in the inspections and appropriate facility management to discuss the inspection. During this meeting, JCD discusses the results of the inspection, including any issues identified, and offers workable solutions based on their experience and observations across the SWB. We always stress the importance of accurate recordation of custody actions and amenities. Further, JCD facilitates contacts and communication between facilities to ensure that best practices can become consistent and uniform throughout CBP. Following the inspection, the JCD Director contacts the corresponding sector or field office management to inform them of the inspection results. In these conversations, multiple sector chiefs have verbalized their goal to correctly record

custodial actions and amenities across the board due to a lower census. JCD also informs the program managers at USBP and OFO Headquarters regarding the inspections. This process ensures that personnel at the station/POE, sector/field office, and headquarters levels are aware of the inspections and results.

JCD requires that inspected facilities provide written documentation of corrective actions taken to address issues JCD identified onsite. Within 30 days of JCD's site visit, facilities are expected to provide a corrective actions report stating how they corrected the issues identified during JCD's inspection. Examples of corrective actions include placing amenities posters; providing clocks, child-friendly furniture, decorations, and recreational activities; reminding agents of policies; and offering training. Most facilities resolved issues before JCD issued the dashboard report basing their corrective actions on the out brief that JCD conducts at each site.

## Conclusion

JCD has been working closely on FSA requirements for nine (9) years. During this time, we have conducted extensive announced and unannounced site visits; developed a close working relationship with USBP, OFO, and OCMO; and collected data and analyzed it for trends and improvements. In my role as the JC, we continue to address and facilitate CBP's compliance with the FSA by responding to requests from the field. This includes the FIT program to train CBP personnel on the requirements of the FSA, the Agreement requirements, and CBP policies pertaining to the care of children in custody. JCD and I continue to host town halls to reiterate CBP policies—and resolve issues, such as accurate data recordation. We are a nimble team that can rapidly respond to emerging areas of concern in the field. Finally, my team and I take measures to be accessible to the field, having cultivated a trusted relationship.

Throughout this process, we have listened carefully to the Court, the Plaintiffs, and the observations of the JCM. Accordingly, we led the development and implementation of CBP's layered and integrated monitoring strategy, whereby USBP and OCMO are monitoring conditions on a daily basis, and JCD continues to conduct compliance reviews across the SWB. The CBP strategy is comprehensive and able to identify potential issues in real time. The identification of issues proves that CBP's strategy is working. As issues are identified, CBP components take steps to mitigate any adverse effects of identified issues.

We see the results of this strategy in the compliance reviews that we conduct across the SWB: CBP facilities provided regular access to meals and snacks, drinking water, functioning toilets, functioning sinks, and emergency medical assistance if needed. In addition, with but one (1) exception, holding areas had adequate temperature control and ventilation. RGV and EPT sectors met the following Agreement requirements: increased temperature range; Agreement amenities poster; disposable baby bottles; dental hygiene products; hygiene kits with showers; beanies and cloth swaddling blankets; and reasonable efforts to provide televisions and recreational activity. When JCD, the Deputy JC, or I, identified issues, management acknowledged the issues and took swift corrective action.

I am confident that the requisite legal standards for the FSA have been met. I further state without reservation that CBP has been and will continue to be substantially compliant with the FSA and the Agreement. Finally, I submit to the Court that CBP is ready to assume all self-monitoring responsibilities for its continued future compliance with the Agreement.

CBP Juvenile Coordinator Report July 2024
Page **28** of **32**

**APPENDIX I**

After Table 12 and 13, is an explanation for the items in the chart with a "No" or asterisk.

### Table 12. CBP OFO Facility Compliance

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **El Paso Field Office** | | | | | | | | | |
| El Paso POE | 12/5/2024 | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes |
| **Laredo Field Office** | | | | | | | | | |
| Hidalgo POE | 10/30/2024 | Yes | Yes | Yes | Yes | Yes | Yes | Yes* | Yes |
| **San Diego Field Office** | | | | | | | | | |
| San Ysidro POE | 5/7/2025 | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes |

**Table 13. CBP USBP Facility Compliance**

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **Del Rio Sector** | | | | | | | | | |
| Firefly SSF | 2/4/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Carrizo Springs Station | 2/5/2025 | Yes | Yes | Yes | Yes | Yes | Yes | No | Yes |
| **El Paso Sector** | | | | | | | | | |
| El Paso Hardened Facility | 12/3/2024 | Yes* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Santa Teresa Station | 12/4/2024 | Yes* | Yes | Yes* | Yes | Yes | No | No | Yes |
| Paso del Norte Sub-Station | 3/4/2025 | Yes* | Yes | Yes* | Yes | Yes | Yes | No | No |
| El Paso Hardened Facility | 3/5/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **Laredo Sector** | | | | | | | | | |
| Laredo CPC | 2/6/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Laredo South Station | 4/15/2025 | Yes | Yes | Yes | Yes | Yes | No | No | Yes |
| **Rio Grande Valley Sector** | | | | | | | | | |
| Brownsville Station | 10/29/24 | Yes | Yes | Yes* | Yes | Yes | No | Yes | Yes |
| Donna CPC | 10/31/2024 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC | 4/16/2024 | Yes | Yes | Yes* | Yes | Yes | Yes | Yes | Yes |
| Fort Brown Station | 4/17/2025 | Yes* | Yes | Yes | Yes | No | No | No | Yes |
| **San Diego Sector** | | | | | | | | | |
| Chula Vista Station | 5/6/2025 | Yes | Yes* | Yes* | Yes | Yes | Yes | No | Yes |

CBP Juvenile Coordinator Report July 2024
Page **30** of **32**

## Explanation

Below is an explanation for the items in Tables 12 and 13 with a "No" or an asterisk. While CBP remains substantially compliant, there is always room for improvement. While onsite, JCD discussed these issues with the inspected facilities. Except for locations without shower facilities, most items were addressed either while JCD was onsite (ex: filing a maintenance request) or soon thereafter (ex: purchasing baby bottles).

### Brownsville Station (10-29-24)

The sink faucet in hold room #4 was not working properly, but juveniles had access to functional sinks. No showers onsite, but children were transferred within hours to the Donna CPC equipped with showers and other amenities.

### Hidalgo POE (10-30-24)

Neither hand soap nor hand sanitizer was available in the hold rooms which did not have restrooms inside, but hand soap was available in the restrooms to which the detainees had free access. Hand sanitizer and masks were available in the Processing Area upon request.

### El Paso Hardened Facility (12-3-2024)

Seven (7) boxes of granola bars that expired in June 2024 were found and immediately discarded. The contractor was to begin labeling boxes with expiration dates or "Expired" using black markers.

### Santa Teresa Station (12-4-2024)

Boxes of cookies and graham crackers that expired in November 2024 were found and immediately discarded; station removed expired items from storage room and discarded them. The cold-water faucet was not working in hold room #6, but juveniles had access to a functional sink. Toilet paper was missing from the cell, but the janitorial staff immediately resupplied it. Hold room #6 also did not have a floor drain cover; station immediately submitted a maintenance request for replacement of the drain cover. Neither hand soap nor hand sanitizer was available inside the holding area, but hand sanitizer was available upon request. No showers onsite; but children were transferred to the El Paso Hardened Facility equipped with showers and other amenities.

### El Paso POE (12-5-2024)

Neither hand soap nor hand sanitizer were available inside all holding areas, but they were both available upon request.

### Carrizo Springs Station (2-5-25)

Neither hand soap nor hand sanitizer was available inside the holding area, but they were both available upon request.

CBP Juvenile Coordinator Report July 2024
Page **31** of **32**

Paso Del Norte Sub-Station (3-4-2025)

Expired snacks were found during the inspection but were immediately discarded. The sink in hold room #4 had very low water pressure, not enough to wash hands. Neither hand soap nor hand sanitizer was available inside the holding areas, but they were both available upon request; the station submitted a maintenance request for soap dispensers to be installed in the cells and was told installation would begin on 4/8/25. No contracted medical staff were onsite; however, they were located at the POE next to the station, and children had access to emergency medical care if needed.

Laredo South Station (4-15-2025)

No showers onsite, but detainees were transferred to Laredo North for showers. Neither hand soap nor hand sanitizer was available inside the holding areas, but hand sanitizer was available upon request.

RGV CPC (4-16-2025)

Three (3) pods had sinks that were not working, but juveniles had access to functional sinks.

Fort Brown Station (4-17-2025)

Four (4) packs of expired crackers were found and immediately discarded; work force was tasked with conducting weekly food/supply inspections. Temperature was not within range for the areas holding juveniles; the station put in a repair ticket and the temperature was adjusted on the same day, 4/17/25. No showers onsite, but children were transferred to the RGV CPC equipped with showers and other amenities. Paper showers available onsite. Neither hand soap nor hand sanitizer was available inside the holding areas, but hand sanitizer was available upon request.

Chula Vista Station (5-6-2025)

Some of the 5-gallon jugs of drinking water were missing drinking cups, but they were quickly resupplied; the facility provided bottled water in addition to the 5-gallon jugs. One (1) sink in each of cell #2 and cell #3 were not functioning properly, but juveniles had access to functioning sinks. Neither hand soap nor hand sanitizer was available inside the holding areas, but hand sanitizer was available upon request.

San Ysidro POE (5-7-2025)

Neither hand soap nor hand sanitizer was available within all holding areas, but hand sanitizer was available in the cafeteria and upon request.

**Appendix 2: CBP's Layered and Integrated Monitoring Strategy**

