# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | |
| Defendants. | |

### ANNUAL REPORT OF JUVENILE COORDINATOR DAWNISHA HELLAND SUBMITTED BY IMMIGRATION AND CUSTOMS ENFORCEMENT

ICE respectfully submits its annual Juvenile Coordinator report in accordance with Paragraphs 28A and 30 of the *Flores* Settlement Agreement (FSA) and this Court's Order dated July 26, 2024. This report covers my activities to monitor and report on ICE's compliance with the FSA as to any minors detained by ICE, overall and to the data points at ICE facilities[1] between June 1, 2024, and June 1, 2025.

### I. Reinstatement of ICE Family Residential Centers

On July 1, 2022, ICE reported it no longer operated facilities that housed family units because of the prior existing enforcement priorities. ICE focused its resources on programs that emphasized alternatives to detention. For example, ICE implemented a Family Expedited Removal Management (FERM) program for families placed in expedited removal proceedings.

---

[1] ICE facilities that housed minors include temporary staging space (hotels), and secure detention.

ICE also sent G-56 call-in letters to family units paroled by U.S. Customs and Border Protection (CBP). These non-detained programs did not adequately ensure compliance with immigration proceedings and resulted in high absconder rates.[2]

On January 20, 2025, President Trump issued an Executive Order titled, *Protecting the American People Against Invasion* (Jan 20, 2025), which revoked four Executive Orders, including Executive Order 13993, *Revision of Civil Immigration Enforcement Policies and Priorities* (Jan. 20, 2021), and directed agencies to "promptly revoke all memoranda, guidance, or other policies" based on the revoked Executive Orders and to "employ all lawful means to ensure the faithful execution of the immigration laws of the United States against all inadmissible and removable aliens."

In order to achieve these goals and to ensure family units complied with immigration orders, ICE revived its use of family residential centers. In March 2025, ICE reopened the facility in Karnes, Texas to family units temporarily. In April 2025, ICE discontinued the use of Karnes and resumed operations at the South Texas Family Residential Center in Dilley, Texas (Dilley Immigration Processing Center). The Dilley facility operates under a slightly modified version of the Family Residential Standards (FRS). The attached document explains the modifications and whether they affect compliance with the FSA.

---

[2] In Fiscal Year 2023, from June to September, which is when the program was initially implemented at a small scale, 33 FAMU individuals (including all members of the family) absconded after removal was scheduled and after they were notified to report in for removal. This is 8% of total FAMU individuals scheduled for removal in the FERM program. In Fiscal Year 2024, 2,306 FAMU individuals absconded after removal was scheduled and after they were notified to report in for removal. This is 33% of total FAMU individuals scheduled for removal. In Fiscal Year 2025, 692 FAMU individuals absconded after removal was scheduled and after they were notified to report in for removal. This is 31% of total FAMU individuals scheduled for removal.

II. Data

Previously, this Court ordered each Juvenile Coordinator to include in their annual report specific data points as follows: "(i) the overall census of minors in the agency's facilities; (ii) the average length of stay for minors currently in the agency's facilities and for minors who have been released; and (iii) the number of minors currently testing positive for COVID-19." May 2, 2022 Order, ¶ 3. In response, ICE reports the following data. On June 1, 2025, there were 7

| Family Residential Center (FRC) | Juvenile Book-ins | |
|---|---|---|
| | Mar-25 | Apr-25 |
| KARNES CO IMMIGRATION PROCESS CTR (KRNRCTX) | 89 | 19 |

minors in an ICE secure juvenile detention facility and 159 minors in the ICE Family Residential Center in Dilley, TX. From March 5, 2025 to April 7, 2025, 108 minors were housed in Karnes Family Residential Center. From April 7, 2025 to June 1, 2025, 412 minors were housed in Dilley Family Residential Center.

| Family Residential Center (FRC) | Juvenile Book-ins | | |
|---|---|---|---|
| | Apr-25 | May-25 | Jun-25 |
| SOUTH TEXAS FAMILY RESIDENTIAL CENTER (STFRCTX) | 165 | 241 | 6 |

The average length of stay for accompanied children in the only ICE secure juvenile detention facility (NWRJDC) was 72 days as of June 1, 2025. The average length of stay for unaccompanied alien children in an ICE secure juvenile detention facility was 20 days as of June 1, 2025. The average length of stay for minors in ICE Family Residential Centers was 14 days as of June 1, 2025 for both Karnes and Dilley.

| Juvenile Status | Average NWRJDC Length of Stay (Days) |
|---|---|
| AC (Accompanied Child) | 72 |
| UAC (Unaccompanied Alien Child) | 20 |

| Family Residential Center (FRC) | FRC Average Length Of Stay (Days) |
|---|---|
| KARNES CO IMMIGRATION PROCESS CTR (KRNRCTX) | 14 |
| SOUTH TEXAS FAMILY RESIDENTIAL CENTER (STFRCTX) | 14 |

The number of minors tested positive for COVID-19 in ICE facilities as of June 1, 2025, was one.

Respectfully submitted,

DAWNISHA M HELLAND
Digitally signed by DAWNISHA M HELLAND
Date: 2025.07.01 08:52:45 -04'00'

Dawnisha Helland
Juvenile Coordinator