**Explanation of Modified Family Residential Standards (FRS)**

The FRCs were only recently made operational again after a long period of dormancy. During this transitional period, the facilities are operating under a modified version of the FRS to account for the rapid transition and changing operational environment. While the FRCs are being operationalized, Immigration and Customs Enforcement (ICE) modified nine of the FRS to reflect current operational realities. Most modifications are not relevant to the requirements set forth in the Flores Settlement Agreement (FSA).

Below are the standards that were modified that **do not have FSA related implications**:

2.8 Staff Resident Communication

This standard was modified to ensure that resident requests are responded to within 24-48 hours rather than three business days as required in the standard. The anticipated length of stay is less than 20 days; therefore, this standard was modified to ensure that residents' requests were responded to quickly.

3.1 Behavior Management

This standard was modified to expedite the administrative review of any behavioral issues while in residence. The standard requires an executive review panel and an appeals review board; however, given the length of stay neither will occur within the anticipated timeframe that a family is in residence. The modification streamlines the process to ensure that due process and to resolve issues quickly.

5.1 Correspondence and Other Mail

This standard was modified because the anticipated length of stay does not permit the robust system to receive mail and packages. Residents can receive legal and special correspondence mail if requested and approved by the facility and the field office.

5.3 Escorted Trips for Non-Medical Emergencies, 5.4. Marriage Requests, and 5.5. Voluntary Work Program standards were removed from the requirements.  None of these standards would exist at the FRC due to the anticipated length of stay.

6.1 Resident Handbook

This standard was modified to ensure that the handbook reflects all modifications to the standards.

Below are the standards that **have Flores related implications**. While modifications apply, all FSA requirements in exhibit 1 will still be met.

5.2 Educational Policy and 5.6 Recreation

These standards were modified to include education with recreational activities. The standards are being modified to better reflect operational realities and improve the use of structured, age-appropriate learning during indoor and outdoor activities. ICE is currently reviewing whether further changes need to be made to accommodate the changing population of the FRC.