**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Jenny Flores, *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER EXTENDING TIME FOR PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE [1602]** |
| v. | |
| Pamela Bondi, Attorney General of the United States, *et al.,* | |
| Defendants. | |

Before the Court is the Parties' Joint Stipulation to Continue Plaintiffs' Reply Deadline. [Doc. # 1602.] The Court finds good cause to continue Plaintiffs' deadline and **ORDERS** as follows:

1. The Parties' Stipulation is **APPROVED**.

2. The deadline for Plaintiffs' Reply in Support of their Motion to Enforce [Doc. # 1575] is **CONTINUED** from July 25, 2025 to July 29, 2025.

**IT IS SO ORDERED.**

DATE: July 15, 2025

DOLLY M. GEE
Chief United States District Judge

1