# Exhibit A




## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████
**Age** 0  **Subject ID** ███████
**Was translation services utilized?** No
**Date/Time Signed** : 05/22/2025 11:11:51
**Last Updated** : 05/22/2025 11:11:51

### Time of Care Provided

05/22/2025 11:04

### History

**Current illness/injury/health concern**
3 month old male, with mother, with no medical complaints. Male looks well with normal weight and good growth.

**Medications**
Mother denies any medications.

**Past Medical History**
Mother denies any medical history.

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
None

### Vital Signs

**Temperature ( °F)** 98.7 Tympanic   **BP (SYS/DIA)** /
**BPM** 119   **Weight** 6.76 kg
**RPM** 23   **$O_2$ Saturation/$FIO_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Healthy looking male with normal weight. |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇@associates.cbp.dhs.gov | CBP - USBP - SWB - BKB - EMR - EMT |



DEPARTMENT OF HOMELAND SECURITY

U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial)**
**Alien Number:**  **Date of Birth:**  **Subject ID/Civilian ID:**

**Was translation services utilized?** No

**Medical Summary conducted at:** CBP - USBP - SWB - BKB - EMR - EMT (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 05/22/2025 11:11:51
Diagnosis:
Current illness/injury/health concern: 3 month old male, with mother, with no medical complaints. Male looks well with normal weight and good growth.
Past Medical History: Mother denies any medical history.
Weight: 6.76 kg
Temperature: 98.7°F, Tympanic
BPM: 119
RPM: 23
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

☐ Referred to Medical Facility (Summary Info):

☐ Medications Prescribed/follow-on instructions:

☒ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

EMT
**Title**

Date / Time Signed: 05/23/2025 20:45:36

**CBP Form 2501**