BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DEFENDANTS' APPLICATION FOR LEAVE TO FILE MEDICAL RECORDS UNDER SEAL** |
| v. | |
| PAMELA BONDI, Attorney General of the United States; *et al.,* | Hearing Date: August 8, 2025<br>Time: 10:00am<br>Honorable Dolly M. Gee<br>Chief United States District Judge |
| Defendants. | |

      Defendants submit this Application seeking leave from the Court to file under seal portions of the Customs and Border Protection (CBP) medical records for the class members mentioned in the declarations filed by Plaintiffs. Specifically, Defendants seek to partially seal Exhibits A–MM, which are attachments to the Declaration of Margaret Brewinski Isaacs [Doc. # 1606-5] filed in support of Defendants' Opposition to Plaintiffs' Motion to Enforce Settlement [Doc. # 1606]. The medical records are filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5, and were previously attached to the parties' joint stipulation [Doc. # 1607].

      As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Joshua C. McCroskey, a proposed order, and unredacted copies of the medical records. On July 18, 2025, counsel for Defendants contacted counsel for Plaintiffs by email regarding Defendants' proposed filing. Counsel for Plaintiffs stated that they do not oppose Defendants' request.

      Defendants seek to seal portions of the medical records that reveal personal identifying information (PII), the names of minors and their parents or legal guardians, the nationalities of minors and declarants, certain less commonly spoken languages, the A-numbers and medical-file numbers of minors, and the names of the CBP medical officers, employees, and contractors. Defendants seek to seal the names of minors and PII pursuant to Federal Rule of Civil Procedure 5.2. In addition, Defendants seek to seal the nationalities and languages spoken of the class members and declarants pursuant to this Court's order sealing such information [Doc. # 1593]. Lastly, Defendants request to seal the names of CBP medical officers, employees, and contractors to protect their identities, which could potentially be used in a manner that would compromise the safety of CBP personnel. Given the potentially sensitive nature of the information in these records, there is compelling reason to file

them under seal in order to protect the safety and privacy of the individuals identified in these records and/or to avoid stigma or embarrassment to those individuals.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of Defendants' report because they contain information that could potentially be used in a manner that would compromise the safety of class members, their parents, and CBP personnel. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal these materials to protect the safety of class members and government personnel.

///

///

///

Dated: July 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF system. The declaration of Joshua C. McCroskey and the unredacted Exhibits A–MM proposed to be filed under seal will be served on Plaintiffs' counsel of record on July 22, 2025, through electronic mail.

/s/ *Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

*Attorney for Defendants*