BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGR <br><br> [Proposed] <br><br> **ORDER ON APPLICATION TO SEAL** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Medical Records Under Seal. Defendants request to file partially under seal Exhibits A–MM to the Declaration of Margaret Brewinski Isaacs [Doc. # 1606-5].

Specifically, Defendants seek leave from the Court to file under seal the following portions of Exhibits A–MM:

| Exhibit | Information Defendants Seek to Seal |
|---|---|
| A | The names, countries of origin, A-numbers, and medical-file numbers of class members and their parents; less commonly spoken languages; all personal identifying information protected under Fed. R. Civ. P. 5.2; and the names of CBP medical officers, employees, and contractors |
| B | Same as above |
| C | Same as above |
| D | Same as above |
| E | Same as above |
| F | Same as above |
| G | Same as above |
| H | Same as above |
| I | Same as above |
| J | Same as above |
| K | Same as above |
| L | Same as above |
| M | Same as above |
| N | Same as above |
| O | Same as above |
| P | Same as above |

| | | |
|---|---|---|
| 1 | Q | Same as above |
| 2 | R | Same as above |
| 3 | S | Same as above |
| 4 | T | Same as above |
| 5 | U | Same as above |
| 6 | V | Same as above |
| 7 | W | Same as above |
| 8 | X | Same as above |
| 9 | Y | Same as above |
| 10 | Z | Same as above |
| 11 | AA | Same as above |
| 12 | BB | Same as above |
| 13 | CC | Same as above |
| 14 | DD | Same as above |
| 15 | EE | Same as above |
| 16 | FF | Same as above |
| 17 | GG | Same as above |
| 18 | HH | Same as above |
| 19 | II | Same as above |
| 20 | JJ | Same as above |
| 21 | KK | Same as above |
| 22 | LL | Same as above |
| 23 | MM | Same as above |

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court **GRANTS** the Application.

Accordingly, **IT IS HEREBY ORDERED**:

Defendants are granted leave to file under seal the unredacted versions of Exhibits A–MM to the Declaration of Margaret Brewinski Isaacs [Doc. # 1606-5]. Pursuant to Local Rule 79-5.2.2(c), Defendants shall file the unredacted document(s) consistent with this Order within three (3) days of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2025.

_____
HONORABLE DOLLY M. GEE
Chief United States District Judge