# Exhibit B

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

[ Activate ]  [ Discharge ]

### Patient Information
Current Location: HR 2 (CHU)  —  Last Updated: 03/14/2025 12:15

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | ▓ | First Name | ▓ |
| Middle Initial | ▓ | Sex | M |
| Alien Number | ▓ | Event Number | ▓ |
| Date of Birth | ▓ | Age | 1 |
| Country of Citizenship | ▓ | Individual Status | Inactive |
| Individual Type | FMUA | Subject ID / Civilian ID | ▓ |
| Location Information | CBP - USBP - SDC - CHU - EMR | | |

### Health Intake Interview
| Reporter | Date/Time | |
|---|---|---|
| Created By ▓ / Updated By: MARIA MAGALLANES | Last Updated 03/13/2025 19:16 | Details |

### Medical Assessment
| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| Signed By ▓ / CBP - USBP - SDC - CHU - EMR - Provider | Signed | Signed 03/13/2025 18:24 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - RGV - RGV - EMR - Provider | Signed | Signed 02/22/2025 06:04 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/03/2025 20:55 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/07/2025 14:04 | Details | + Addendum | History | Delete |

### Medical Encounter
| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| Signed By ▓ / CBP - USBP - SDC - CHU - EMR - Provider | Signed | Other: Facial Xerosis | Signed 03/13/2025 18:28 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Signed | Normal exam | Signed 02/22/2025 06:42 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - RGV - RGV - EMR - Provider | Signed | Influenza exposure,Fever - unspecified | Signed 02/22/2025 08:17 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Signed | Other: fever | Signed 02/22/2025 21:32 | Details | + Addendum | History | Delete |
| Signed By ▓ / CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Upper respiratory infection- viral,Other: cheek chafing | Signed 03/05/2025 06:48 | Details | + Addendum | History | Delete |

### Enhanced Medical Monitoring
| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details | |
|---|---|---|---|---|---|---|---|
| ▓ / CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | Date/Time:02/26/2025 14:26:48 Afebrile for more than 24hrs. Taking meds. Mother ... | Details | Delete |
| ▓ / CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | Date/Time:02/23/2025 02:39:50 Duplicate | Details | Delete |

### Medications - App
[ ↑ ] [ Medication Review ]  [ ↑ ] [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions
[ + Add ]

| Prescriptions | Ordered By | Status | Details | |
|---|---|---|---|---|
| ▓ | ▓ | 匟 Received | Last Updated by ▓ on 02/23/2025 14:51:35 | History / Details / Benefits Letter / Print / Delete |

### Hospital Referrals
| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests
| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes
| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments
[ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



# Details - Medical Assessment

## Patient Information

| | | | |
|---|---|---|---|
| **(Last, First, MI)** | ███████ | **Alien Number** | ████ |
| **DOB** | ████ | **Event Number** | ██████ |
| **Age**  1 | | **Subject ID** | ████ |

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 06:04:19

**Last Updated** : 02/22/2025 06:04:19

## Time of Care Provided

02/22/2025 04:36

## History

**Current illness/injury/health concern**
Pt currently has a fever of 99, as per father, Father denies the pt having nausea, diarrhea, vomiting or any other symptoms. Was tested for influenza in Sally Port in DB and came out negative.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

## Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( °F)**  99.0  Tympanic | | **BP (SYS/DIA)**    / | |
| **BPM**  139 | | **Weight**  10    kg | |
| **RPM**  20 | | **O$_2$ Saturation/FIO$_2$ (%)**  98 | |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | Normal Child Physical Exam: Parents present, Advised to wash hands, increase fluids, report any s/s of infection. |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████ | ███████ ███████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████████████          **Alien Number** ████████

**DOB** ████████                                 **Event Number** ████████

**Age** 1                                        **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/03/2025 20:55:22

**Last Updated** : 03/03/2025 20:55:22

### Time of Care Provided

03/03/2025 17:47

### History

**Current illness/injury/health concern**          **Medications**
Pt accompanied with mother, mother states no current health    Tamiflu 5ml BID
issues at this time

**Past Medical History**                            **Allergies**
NONE                                                NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Mother denies

### Vital Signs

**Temperature ( °F)** 97.2  Tympanic              **BP (SYS/DIA)**   /

**BPM** 115                                       **Weight** 10.4  kg

**RPM** 22                                         **O$_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████████████ | ████████ ████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Assessment

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▇▇▇▇▇▇▇▇ | **Alien Number** ▇▇▇▇▇ |
| **DOB** ▇▇▇▇▇ | **Event Number** ▇▇▇▇▇▇ |
| **Age** 1 | **Subject ID** ▇▇▇▇▇ |

**Was translation services utilized?** No

**Date/Time Signed** : 03/07/2025 14:04:37

**Last Updated** : 03/07/2025 14:04:37

### Time of Care Provided

03/07/2025 10:51

### History

**Current illness/injury/health concern**
Pt presents with mother for medical assessment. Asymptomatic.

**Past Medical History**
NONE

**Medications**
Tamiflu 5ml BID

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

WNL

### Vital Signs

| | |
|---|---|
| **Temperature ( ºF)** 98.7 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 115 | **Weight** 10.4 kg |
| **RPM** 22 | **O$_2$ Saturation/FIO$_2$ (%)** 100 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

**HEENT**                              Negative

**Resp**                               Negative

**CV**                                 Negative

**GI**                                 Negative

**M/S**                                Negative

**Skin**                               Negative

**Other**

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████ ████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████████████

**Alien Number** ███████

**DOB** ███████

**Event Number** ███████

**Age** 1

**Subject ID** ███████

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/13/2025 18:24:27

**Last Updated** : 03/13/2025 18:24:27

### Time of Care Provided

03/13/2025 16:10

### History

**Current illness/injury/health concern**
Patient is a 12 month old male accompanied by mother, presents for a follow-up assessment. Mother reports no concerns with child other than dry skin on face. Patient is eating and drinking as usual and there are no decreased changes in wet diapers. Mother denies illness at this time.

**Medications**
none

**Past Medical History**
Mother Denies

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None Observed

### Vital Signs

**Temperature ($^\circ$F)** 97.5 Temporal

**BP (SYS/DIA)** /

**BPM** 122

**Weight** 24.1 lbs

**RPM** 26

**$O_2$ Saturation/$FIO_2$ (%)** 100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Other**

| **Physical Exam** | | |
| --- | --- | --- |
| **General** | | Alert and playful. Acting appropriately for age. Well developed, nourished, and hydrated. |
| **HEENT** | Negative | |
| **Resp** | Negative | |
| **CV** | Negative | |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | | Dry, rough skin on bilateral cheeks with no evidence of fissuring, erythema, or secondary infection. |

**Other**

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

**Signed By:**

| Provider | Username | Position Name |
| --- | --- | --- |
| ████████ | ████████ ████████ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ██████████████████          **Alien Number** ████████

**DOB** ████████                                    **Event Number** ████████████

**Age** 1                                           **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 06:42

**Last Updated** : 02/22/2025 06:42

## Time of Care Provided

02/22/2025 05:03

## Subjective

**Current illness/injury/health concern**          **Signs/Symptoms of Acute Respiratory Infection**  N/A
Pt currently has a temperature of 99, Father denies the pt having
nausea, diarrhea, vomiting or any other symptoms. Pt was tested
for Influenza in the sally port of ████████, and had came out
negative according to provider outside.

**Cough**  N/A                                      **Sore Throat**  N/A

**Runny Nose**  N/A                                 **Congestion**  N/A

**Past Medical History**                            **Allergies**
None                                                NKDA

**Medications**
None

## Vital Signs (If Applicable)

**Temperature ( °F)**  99.0  Tympanic              **BP (SYS/DIA)**      /

**BPM**  138                                        **Weight**  10   kg

**RPM**  20                                         **O$_2$ Saturation/FIO$_2$ (%)**  98

## Objective

| **General** | WD/WN |
|---|---|
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |

**Other**

## Tests

**Glucose**

**Flu**                          Negative  Flu A                    Negative  Flu B

## Diagnosis

Normal exam

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Lot # 3303576 influenza negative
Advised parents to wash hands, increase fluids, rest and report any s/s of illness. Verbalized understanding.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

**Provider**                                  **Username**                          **Position Name**
███████████                        █████████  ████████████        CBP - USBP - RGV - RGV - DNTB - EMR -
                                                                  Provider

## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮                    **Alien Number** ▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                                        **Event Number** ▮▮▮▮▮▮▮▮

**Age** 1                                             **Subject ID** ▮▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 08:17

**Last Updated** : 02/22/2025 08:17

### Time of Care Provided

02/22/2025 08:02

### Subjective

**Current illness/injury/health concern**                    **Signs/Symptoms of Acute Respiratory Infection**  N/A
Detainee in isolation due to sister testing flu+ (detainee was flu -).
Temperature is now 100.8, and baby appears cranky, and irritable.

**Cough**  N/A                          **Sore Throat**  N/A

**Runny Nose**  N/A                      **Congestion**  N/A

**Past Medical History**                                     **Allergies**
None                                                         NKDA

**Medications**
None

### Vital Signs (If Applicable)

**Temperature ( ° F)**  100.8  Tympanic                      **BP (SYS/DIA)**     /

**BPM**  130                                                 **Weight**  10  kg

**RPM**  22                                                  **O $_2$ Saturation/FIO $_2$ (%)**  99

### Objective

**General**                              cranky and irritable

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally**  N/A

**GI**

**Extremities**

**Skin**

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Influenza exposure | Fever - unspecified

## Contacted Pediatric Advisor

Yes

## Name of Pediatric Advisor

Dr. ▮▮

## Pediatric Advisor Notes

discussed case with Dr. ▮▮ will start detainee on tamiflu and administer ibuprofen.

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP staff made aware of starting baby on tamiflu as well.

## Plan

Instructed mom to continue to breastfeed on demand. Aware to notify CBP staff if baby's symptoms are worsening of if current status is not improving with interventions being implemented. Mom voiced understanding.

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

**Provider**
▮▮▮▮

**Username**
▮▮▮▮ ▮▮▮▮

**Position Name**
CBP - USBP - RGV - RGV - DNTB - EMR - Provider



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    **Alien Number** ▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮▮    **Event Number** ▮▮▮▮▮▮▮▮▮▮

**Age** 1    **Subject ID** ▮▮▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/22/2025 21:32

**Last Updated** : 02/22/2025 21:32

### Time of Care Provided

02/22/2025 21:04

### Subjective

**Current illness/injury/health concern**    **Signs/Symptoms of Acute Respiratory Infection** N/A

Patient is a 12 month old male currently in Isolation with mum and sibling who tested positive with flu, so the whole family is in isolation and being treated with Tamiflu. Mum denies any allergies to food or medications, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient has slightly elevated Temp of 99.6 with no other medical concern reported on this visit. All information was obtained with the assistance of a translator.

**Cough** N/A    **Sore Throat** N/A

**Runny Nose** N/A    **Congestion** N/A

**Past Medical History**    **Allergies**
NONE    NKDA

**Medications**
Tamiflu 5ml BID

### Vital Signs (If Applicable)

**Temperature ( °F)** 99.6 Tympanic    **BP (SYS/DIA)** /

**BPM**    **Weight** 10 kg

**RPM**    **O$_2$ Saturation/FIO$_2$ (%)**

### Objective

| General | WD/WN |
| --- | --- |
| | No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm |
| **E/N/T** | Normal/OP |
| | No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva |
| | PERRL |
| **CV** | No Murmur |
| | Cap Refill lesser than 2 sec |

### Respiratory

**Lungs CTA Bilaterally** Selected

| GI | Normal Abdomen |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |
| **Other** | |

## Tests

**Glucose**

**Flu**

## Diagnosis

Other: fever

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

May RTC for future medical concerns

--Give Acetaminophen 32mg/ml-5ml NOW

-Pedialyte – 240 ml NOW

-Drink fluids regularly to be hydrated.

Return to Clinic if symptoms worsen or do not improve

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 1 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/05/2025 06:48

**Last Updated** : 03/05/2025 06:48

### Time of Care Provided

03/04/2025 23:33

### Subjective

**Current illness/injury/health concern**

MOM CAME TO MEDICAL WITH A BABY WITH A C/C OF HER BABY WITH RUNNY NOSE AND TEAR EYES. Mom reports child with copious nasal drainage preventing him from breathing. Exam benign, spO2 99% on RA, RR 24. Mom denies child with coughing, fevers, NVDC, unexplained rash, pain/fussiness, appetite or elimination changes, prolonged teething. Child is asleep, easily awakened, even/symmetric chest rise and fall, quiet breathing, lungs CTA, nares patent. Mucus membranes moist, no cyanosis, skin warm, cap refill less than 3 seconds. No visible crusting to nares or eyes, sclera with no erythema/injection. No retractions at rest or when awakened and crying. Bulb suction provided and mom verbalized and demonstrated understanding to teaching to clear nares with excess nasal secretions, and to pat jest q 4 h before meals to loosen chest phlegm if concerning. Mom verbalized understanding to avoid dehydration by pushing preferred fluids hourly, monitoring wet diaper count, increase hand hygiene and rest, social distancing, and RTC if having any new, persistent or worsening symptoms or side effects; esp fevers/rash/prolonged NVD. Mom also requesting Vaseline for dry/slightly red sunburn on cheeks.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | |
|---|---|
| **Cough**  N/A | **Sore Throat**  N/A |
| **Runny Nose**  N/A | **Congestion**  N/A |

**Past Medical History**
NONE

**Allergies**
NKDA

**Medications**
Tamiflu 5ml BID

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)**  96.9 Tympanic | **BP (SYS/DIA)**     / |
| **BPM**  113 | **Weight**  10  kg |
| **RPM**  24 | **O$_2$ Saturation/FIO$_2$ (%)**  99 |

### Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | resting/sleeping, easily awakened to voice and stimulation; then tearful and clinging to mom |

| Neuro | Cranial Nerves Intact |
|---|---|
| Psych | Calm; asleep; cries when awakened |
| E/N/T | Normal/OP<br>No Lymphadenopathy |
| Eyes | Normal lid/conjunctiva<br>PERRL |
| CV | No Murmur<br>Cap Refill lesser than 2 sec |
| Respiratory | |
| **Lungs CTA Bilaterally** Selected | |
| GI | NT/ND Abdomen |
| Extremities | Normal muscle tone |
| Skin | bilat cheeks dry/scaly/pink/reddened |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Upper respiratory infection- viral | Other: cheek chafing

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

Yes

**Risk Detainee Notes**

CBP liaison informed mom advised to keep nose clear of drainage using bulb suction, RTC if symptoms persist or worsen

**Plan**

Bulb suction provided and mom verbalized and demonstrated understanding to teaching to clear nares with excess nasal secretions, and to pat jest q 4 h before meals to loosen chest phlegm if concerning. Mom verbalized understanding to avoid dehydration by pushing preferred fluids hourly, monitoring wet diaper count, increase hand hygiene and rest, social distancing, and RTC if having any new, persistent or worsening symptoms or side effects; esp fevers/rash/prolonged NVD. Mom also requesting Vaseline for dry/slightly red sunburn on cheeks.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| mom applied thin layer vaseline to bilat cheek dry/reddish sunburn/chafing | Incomplete documentation | ██████ ███ | 03/05/2025 0653 |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|

CBP - USBP - SDC - SDC - SAD - EMR -
Provider



# Details - Medical Encounter

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▬▬▬▬▬ | **Alien Number** ▬▬▬ |
| **DOB** ▬▬▬ | **Event Number** ▬▬▬ |
| **Age** 1 | **Subject ID** ▬▬▬ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/13/2025 18:28

**Last Updated** : 03/13/2025 18:28

## Time of Care Provided

03/13/2025 16:24

## Subjective

**Current illness/injury/health concern**
Patient is a 12 month old male accompanied by mother, presents for a follow-up assessment. Mother reports no concerns with child other than dry skin on face. Patient is eating and drinking as usual and there are no decreased / changes in wet diapers. Mother denies illness at this time.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
Mother Denies

**Allergies**
NKDA

**Medications**
none

## Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 97.1 Tympanic | **BP (SYS/DIA)**    / |
| **BPM** 122 | **Weight** 24.1 kg |
| **RPM** 26 | **$O_2$ Saturation/FIO$_2$ (%)** 100 |

## Objective

| **General** | WD/WN<br>No Distress | Alert and playful. Acting appropriately for age. Well developed, nourished, and hydrated. |
|---|---|---|
| **Neuro** | | |
| **Psych** | | |
| **E/N/T** | Normal/OP | |
| **Eyes** | Normal lid/conjunctiva | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | |
| **Extremities** | | |

**Skin**

2.0 cm light pink, bilateral cheeks with no evidence of fissuring, erythema, or secondary infection.

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Facial Xerosis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Triple antibiotic ointment applied to bilateral cheeks
Advised mother to inform staff of any changes or concerns.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████ ██████████ | CBP - USBP - SDC - CHU - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ███████████████

**DOB** ████████    **Age:** 1

**Alien Number** ██████████

**Event Number** ██████████

**Subject ID** ████████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/26/2025 1426 | Afebrile for more than 24hrs. Taking meds. Mother instructed to return to the medical unit as needed. eMM for temp check no longer needed. | Stop | ████████ | 02/26/2025 1427 |
| 02/26/2025 1319 | 97.2 - NO C.O PER PT. MOTHER INFORMED TO RETURN TO MU IF ANYTHING CHANGES. | Notate | ████████ | 02/26/2025 1321 |
| 02/26/2025 0755 | T: 97.7F. HR 122 SaO2 99% Alert and active; mother denies and s/sx of illness. Child is eating, drinking, and sleeping well. Mother has been advised to RTC if any medical concerns. | Notate | ████████ | 02/26/2025 0755 |
| 02/26/2025 0441 | 98.4, no distress. Taking po well. | Notate | ████████ | 02/26/2025 0441 |
| 02/26/2025 0008 | 97.4 | Notate | ████████ | 02/26/2025 0009 |
| 02/25/2025 0926 | MINOR is doing well, temp 97.9. MOM Denies any complains at this time. no N/V/D. NO SOB, NO CP. Eating well, urinating well. has bowel movements today. | Notate | ████████ | 02/25/2025 0927 |
| 02/25/2025 0551 | T: 97.8F. Pt is alert and active, Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | ████████ | 02/25/2025 0551 |

| | | | |
|---|---|---|---|
| 02/25/2025 0233 | T: 97.4F. Pt is alert and active. Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | 02/25/2025 0234 |
| 02/24/2025 2156 | T: 97.7F. Pt is alert and active. Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | 02/24/2025 2157 |
| 02/24/2025 1824 | family is not in the cell. | Notate | 02/24/2025 1824 |
| 02/24/2025 1230 | TEMP 98.6, minor is doing well, eating well. urinating well and has bowel movements today. mom Denies any complains at this time. | Notate | 02/24/2025 1230 |
| 02/24/2025 0845 | temp 98.0 med given by mom, baby tolerated well. mom denies any complains at this time. | Notate | 02/24/2025 0846 |
| 02/24/2025 0438 | Temp was 98.4, sleeping well, mum reports no complications at this time, says he is eating and drinking fluids. | Notate | 02/24/2025 0539 |
| 02/24/2025 0026 | Temp was 98.5, patient was sleeping and mum says he was doing fine. | Notate | 02/24/2025 0126 |
| 02/23/2025 2029 | Temp was 98.6,patient was relaxing in mum's arms, sleeping on and off. Mum says he is doing better, no other complaints reported or issues noted, eating and drinking well. | Notate | 02/23/2025 2130 |
| 02/23/2025 1638 | T: 98.1, Pt is currently being held by father at this time and appears active and smiling. No changes or complaints at this time | Notate | 02/23/2025 1639 |
| 02/23/2025 1238 | T: 98.9, Pt is currently sleeping and easily arousable. Pt continues to do well and mother has no complaints at this time | Notate | 02/23/2025 1238 |
| 02/23/2025 0905 | T: 98.9, Pt returned from showers and is currently sleeping, he is doing well per mother. Will continue to monitor | Notate | 02/23/2025 0905 |
| 02/23/2025 0728 | T: 98.1, Pt is awake and currently breastfeeding from mother. No changes or complaints reported from mother, will continue to monitor | Notate | 02/23/2025 0728 |
| 02/23/2025 0240 | Patient sleeping in Mum's arms, no complaints or issues reported or noted. Temp was 98.0. Will continue to monitor | Notate | 02/23/2025 0341 |
| 02/22/2025 2103 | CORRECTION: Temp was 99.6, no complications, Tamiflu given by mouth, patient is eating and drinking fluids as per mum | Notate | 02/22/2025 2204 |
| 02/22/2025 2055 | Temp was 102.1 with no symptoms, currently on tamiflu, given with no side effects. Mum says patient is doing well and drinking fluids. Tylenol to be given | Notate | 02/22/2025 2201 |
| 02/22/2025 1632 | baby is doing well, Temp 97.9 | Notate | 02/22/2025 1732 |
| 02/22/2025 1233 | baby is doing better, sitting up eating apple and other food provided. Temp is 97.5 | Notate | 02/22/2025 1334 |

02/22/2025
0817
baby with temp 100.8 started on tamiflu and adm ibuprofen 5mL
po now
Notate
02/22/2025
0918

## Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



# Enhanced Monitoring Details

## Patient Information

**(Last, First, MI)** ████████████████

**DOB** ████████  **Age:** 1

**Alien Number** ████████

**Event Number** ██████████

**Subject ID** ████████

## Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

## Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/23/2025 0239 | Duplicate | Stop | ████████ | 02/23/2025 0340 |

## Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

**DEPARTMENT OF HOMELAND SECURITY**

## U.S. Customs and Border Protection

### Office of the Chief Medical Officer

PATIENT: _____    DOB: _____

**Rx:**                                         **DATE:**  02/23/2025

Medication: TAMIFLU
Strength: 6mg/ml
Sig/Instructions: 5ml PO BID x5d
Quantity: 50
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# _____

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

BIN Number: ███████

Processor Control Number: ████████████

Group Number: █████████

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): ███████
First Name: ███████
Last Name: ███████
Date of Birth: █████
Today's Date: 06/24/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████████

**Alien Number:** ███████    **Date of Birth:** ████████    **Subject ID/Civilian ID:** ████████████

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/13/2025 15:24:27
Diagnosis:
Current illness/injury/health concern: Patient is a 12 month old male accompanied by mother, presents for a follow-up assessment. Mother reports no concerns with child other than dry skin on face. Patient is eating and drinking as usual and there are no decreased changes in wet diapers. Mother denies illness at this time.
Past Medical History: Mother Denies
Weight: 24.1 lbs
Temperature: 97.5°F, Temporal
BPM: 122
RPM: 26
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 02/22/2025 03:04:19
Diagnosis:
Current illness/injury/health concern: Pt currently has a fever of 99, as per father, Father denies the pt having nausea, diarrhea, vomiting or any other symptoms. Was tested for influenza in Sally Port in DB and came out negative.
Past Medical History: None
Weight: 10 kg
Temperature: 99.0°F, Tympanic
BPM: 139
RPM: 20
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/03/2025 17:55:22
Diagnosis:
Current illness/injury/health concern: Pt accompanied with mother, mother states no current health issues at this time
Past Medical History: NONE
Weight: 10.4 kg
Temperature: 97.2°F, Tympanic
BPM: 115
RPM: 22
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/07/2025 11:04:37
Diagnosis:
Current illness/injury/health concern: Pt presents with mother for medical assessment. Asymptomatic.
Past Medical History: NONE
Weight: 10.4 kg
Temperature: 98.7°F, Tympanic
BPM: 115
RPM: 22

Medical Encounter:

Date/Time Signed: 03/13/2025 15:28:38
Diagnosis: Other: Facial Xerosis
ECMR Status: None
Current illness/injury/health concern: Patient is a 12 month old male accompanied by mother, presents for a follow-up assessment. Mother reports no concerns with child other than dry skin on face. Patient is eating and drinking as usual and there are no decreased / changes in wet diapers. Mother denies illness at this time.
Past Medical History: Mother Denies
Allergies: NKDA
Weight: 24.1 kg
Temperature: 97.1°F, Tympanic
BPM: 122
RPM: 26
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 03/05/2025 03:48:03
Diagnosis: Upper respiratory infection- viral,Other: cheek chafing
ECMR Status: Yellow
Current illness/injury/health concern: MOM CAME TO MEDICAL WITH A BABY WITH A C/C OF HER BABY WITH RUNNY NOSE AND TEAR EYES. Mom reports child with copious nasal drainage preventing him from breathing. Exam benign, spO2 99% on RA, RR 24. Mom denies child with coughing, fevers, NVDC, unexplained rash, pain/fussiness, appetite or elimination changes, prolonged teething. Child is asleep, easily awakened, even/symmetric chest rise and fall, quiet breathing, lungs CTA, nares patent. Mucus membranes moist, no cyanosis, skin warm, cap refill less than 3 seconds. No visible crusting to nares or eyes, sclera with no erythema/injection. No retractions at rest or when awakened and crying. Bulb suction provided and mom verbalized and demonstrated understanding to teaching to clear nares with excess nasal secretions, and to pat jest q 4 h before meals to loosen chest phlegm if concerning. Mom verbalized understanding to avoid dehydration by pushing preferred fluids hourly, monitoring wet diaper count, increase hand hygiene and rest, social distancing, and RTC if having any new, persistent or worsening symptoms or side effects; esp fevers/rash/prolonged NVD. Mom also requesting Vaseline for dry/slightly red sunburn on cheeks.
Past Medical History: NONE
Allergies: NKDA
Weight: 10 kg
Temperature: 96.9°F, Tympanic
BPM: 113
RPM: 24
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/22/2025 18:32:05
Diagnosis: Other: fever
ECMR Status: None
Current illness/injury/health concern: Patient is a 12 month old male currently in Isolation with mum and sibling who tested positive with flu, so the whole family is in isolation and being treated with Tamiflu. Mum denies any allergies to food or medications, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient has slightly elevated Temp of 99.6 with no other medical concern reported on this visit. All information was obtained with the assistance of a translator.
Past Medical History: NONE
Allergies: NKDA
Weight: 10 kg
Temperature: 99.6°F, Tympanic

Date/Time Signed: 02/22/2025 05:17:21
Diagnosis: Influenza exposure,Fever - unspecified
ECMR Status: Red
Current illness/injury/health concern: Detainee in isolation due to sister testing flu+ (detainee was flu -). Temperature is now 100.8, and baby appears cranky, and irritable.
Past Medical History: None
Allergies: NKDA
Weight: 10 kg
Temperature: 100.8°F, Tympanic
BPM: 130
RPM: 22
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/22/2025 03:42:09

Diagnosis: Normal exam
ECMR Status: Follow

Current illness/injury/health concern: Pt currently has a temperature of 99, Father denies the pt having nausea, diarrhea, vomiting or any other symptoms. Pt was tested for Influenza in the sally port of Donna Bravo, and had came out negative according to provider outside.
Flu: Negative (Flu A)
Flu 2: Negative (Flu B)
Past Medical History: None
Allergies: NKDA
Weight: 10 kg
Temperature: 99.0°F, Tympanic
BPM: 138
RPM: 20
O2 Saturation/FIO2 (%): 98

☐ **Referred toMedical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
acetaminophen 32 MG/ML [Tylenol] - 5 mL (Given Now);
bacitracin 0.4 UNT/MG / neomycin 0.0035 MG/MG / polymyxin B 5 UNT/MG [Mycitracin Triple Antibiotic] - 1 Other (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 5 mL (Given Now);
oseltamivir 6 MG/ML [Tamiflu] - 5 mL (2 times a day (b.i.d));

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:**03/14/2025 12:14:31

**CBP Form 2501**