# Exhibit C

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

[Activate] [Discharge]

## Patient Information
Current Location: HR 2 (CHU)    Last Updated: 03/14/2025 12:15

200x200

| | | | |
|---|---|---|---|
| **Last Name** ▇ | **First Name** ▇ | **Middle Initial** ▇ | **Sex** F |
| **Alien Number** ▇ | **Event Number** ▇ | **Date of Birth** ▇ | **Age** 5 |
| **Country of Citizenship** ▇ | **Individual Status** Inactive | **Individual Type** FMUA | **Subject ID / Civilian ID** ▇ |
| **Location Information** CBP - USBP - SDC - CHU - EMR | | | |

## Health Intake Interview ⊟

| Reporter | Date/Time | |
|---|---|---|
| Created By ▇ Updated By ▇ | Last Updated 03/13/2025 19:29 | [Details] |

## Medical Assessment

| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| Signed By ▇ *CBP - USBP - SDC - CHU - EMR - Provider* | Signed | Signed 03/13/2025 18:34 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Signed 02/22/2025 06:34 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - SDC - SDC - SAD - EMR - Provider* | Signed | Signed 03/03/2025 20:44 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - SDC - SDC - SAD - EMR - Provider* | Signed | Signed 03/08/2025 14:16 | [Details] | [+ Addendum] | [History] | [Delete] |

## Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Fever - unspecified | Signed 02/22/2025 06:33 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Influenza - Confirmed (via point of care test or referral) | Signed 02/22/2025 06:34 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Other: fever | Signed 02/22/2025 21:22 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Other: fever | Signed 02/23/2025 03:58 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Signed | Rash - unspecified | Signed 02/24/2025 00:46 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▇ *CBP - USBP - SDC - SDC - SAD - EMR - Provider* | Signed | Lice | Signed 03/09/2025 05:12 | [Details] | [+ Addendum] | [History] | [Delete] |

## Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details | |
|---|---|---|---|---|---|---|---|
| ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Provider Follow Up | 4 Hours | | Inactive | **Date/Time:**02/22/2025 06:35:27 duplicate EMM | [Details] | [Delete] |
| ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Provider Follow Up | 4 Hours | | Inactive | **Date/Time:**02/22/2025 06:35:54 duplicate EMM | [Details] | [Delete] |
| ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Temp checks | 4 Hours | | Inactive | **Date/Time:**02/23/2025 02:32:49 Duplicate | [Details] | [Delete] |
| ▇ *CBP - USBP - RGV - RGV - DNTB - EMR - Provider* | Provider Follow Up | 4 Hours | | Inactive | **Date/Time:**02/26/2025 14:24:08 Afebrile for more than 24hrs. Taking meds. Mother ... | [Details] | [Delete] |

## Medications - App
[!] [Medication Review] [Manage Medications]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

## Prescriptions
[+ Add]

| Prescriptions | Ordered By | Status | Details | | | | |
|---|---|---|---|---|---|---|---|
| TAMIFLU | ▇ | 🗓 Received | Last Updated by ▇ on 02/23/2025 08:18:50 | [History] | [Details] | [Benefits Letter] | [/ Print] [Delete] |

## Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

## Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

## Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

**Attachments**

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|

## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▉▉▉▉▉ | **Alien Number** ▉▉▉▉ |
| **DOB** ▉▉▉▉ | **Event Number** ▉▉▉▉ |
| **Age** 5 | **Subject ID** ▉▉▉▉ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 02/22/2025 06:34:03 | |
| **Last Updated** : 02/22/2025 06:34:03 | |

### Time of Care Provided

02/22/2025 04:44

### History

**Current illness/injury/health concern**
5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( $^o$ F)** | 101.2 Tympanic | **BP (SYS/DIA)** | / |
| **BPM** | 103 | **Weight** | 21.2  kg |
| **RPM** | 20 | **O $_2$ Saturation/FIO $_2$ (%)** | 98 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

**Neuro** Negative

**Other**

| **Physical Exam** | |
| --- | --- |
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

**Signed By:**

| Provider | Username | Position Name |
| --- | --- | --- |
| ██████████ | ██████████ ████ | BP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮

**Age** 5

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/03/2025 20:44:36

**Last Updated** : 03/03/2025 20:44:36

**Alien Number** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮▮

### Time of Care Provided

03/03/2025 17:37

### History

**Current illness/injury/health concern**
Pt accompanied w mother, mother states no current health issues at this time.

**Past Medical History**
No past medical history

**Last Menstrual Period**

**Medications**
Tamiflu

**Allergies**
NKDA

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Denies

### Vital Signs

**Temperature ( °F)** 98.1 Tympanic

**BPM** 103

**RPM**

**BP (SYS/DIA)** /

**Weight** 22.1 kg

**O$_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | MM dry and pink |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 5 | **Subject ID** ▮▮▮▮▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/08/2025 14:16:14 | |
| **Last Updated** : 03/08/2025 14:16:14 | |

### Time of Care Provided

03/07/2025 11:01

### History

**Current illness/injury/health concern**
Pt accompanied w mother, mother states no current health issues at this time.

**Medications**
Tamiflu

**Past Medical History**
No past medical history

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( º F)** | 96.9 Tympanic | **BP (SYS/DIA)** | / |
| **BPM** | 116 | **Weight** | 22.2 kg |
| **RPM** | 20 | **O$_2$ Saturation/FIO$_2$ (%)** | 100 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓ ▓▓▓▓▓▓ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮         **Alien Number** ▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮                          **Event Number** ▮▮▮▮▮▮▮▮

**Age** 5                               **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/13/2025 18:34:24

**Last Updated** : 03/13/2025 18:34:24

### Time of Care Provided

03/13/2025 16:13

### History

**Current illness/injury/health concern**           **Medications**
Patient is a 5 year old female accompanied by mother, presenting    None
for a follow-up juvenile assessment. Patient is eating, and drinking
as usual. Mother denies any concerns at this time.

**Past Medical History**                            **Allergies**
Mother denies                                       NKDA

**Last Menstrual Period**                           **Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None Observed

### Vital Signs

**Temperature ( °F)** 97.7 Temporal          **BP (SYS/DIA)**   /

**BPM** 91                                   **Weight** 49.4  lbs

**RPM** 24                                   **O $_2$ Saturation/FIO $_2$ (%)**  99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

**General**

Alert and playful. Acting appropriately for age. Well developed, nourished, and hydrated. appears stated age. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity.

**HEENT**

Lower lip is dry with scabbing. Oral mucosa is pink and moist without lesions.

**Resp**          Negative

Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes.

**CV**            Negative          Heart rate and rhythm are regular.

**GI**            Negative

**M/S**           Negative

**Skin**                            Skin is pink, warm, dry, and intact without rashes or lesions

**Other**

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ ▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▓▓▓▓▓ | **Alien Number** ▓▓▓▓ |
| **DOB** ▓▓▓▓ | **Event Number** ▓▓▓▓▓ |
| **Age** 5 | **Subject ID** ▓▓▓▓ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 02/22/2025 06:33 | |
| **Last Updated** : 02/22/2025 06:33 | |

### Time of Care Provided

02/22/2025 05:08

### Subjective

**Current illness/injury/health concern**
5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
None

**Allergies**
NKDA

**Medications**
None

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 101.2 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 103 | **Weight** 21.3 kg |
| **RPM** 20 | **O$_2$ Saturation/FIO$_2$ (%)** 98 |

### Objective

**General**

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally** N/A

**GI**

**Extremities**

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Fever - unspecified

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Lot#: 3303578

**Disposition**

Medical Isolation

**Comments**

Duplicate encounter

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|
|          |               |          |              |

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ███████████ | ██████████████████ | BP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▉ | **Alien Number** ▉ |
| **DOB** ▉ | **Event Number** ▉ |
| **Age** 5 | **Subject ID** ▉ |
| **Was translation services utilized?** No | |

**Date/Time Signed** : 02/22/2025 06:34

**Last Updated** : 02/22/2025 06:34

### Time of Care Provided

02/22/2025 05:07

### Subjective

**Current illness/injury/health concern**
5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
|---|---|---|---|
| **Cough**  N/A | | **Sore Throat**  N/A | |
| **Runny Nose**  N/A | | **Congestion**  N/A | |

| | |
|---|---|
| **Past Medical History** <br> None | **Allergies** <br> NKDA |
| **Medications** <br> None | |
| **Last Menstrual Period** | **Pregnant?**  No |

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)**  101.2 | **BP (SYS/DIA)**    / |
| **BPM**  103 | **Weight**  21.08   kg |
| **RPM**  20 | **O₂ Saturation/FIO₂ (%)**   98 |

The **O₂ Saturation/FIO₂ (%)** reads: $O_2$ Saturation/$FIO_2$ (%)  98

### Objective

| | |
|---|---|
| **General** | WD/WN <br> No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | normal |
| **E/N/T** | Normal/OP <br> No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva <br> PERRL |
| **CV** | No Murmur <br> Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |

**Extremities**

Normal muscle tone

**Skin**

No lesions

**Other**

## Tests

**Glucose**

**Flu**                         Positive  Flu A                    Negative  Flu B

**Pregnancy**

## Diagnosis

Influenza - Confirmed (via point of care test or referral)

## Contacted Pediatric Advisor

Yes

## Name of Pediatric Advisor

Dr Halati

## Pediatric Advisor Notes

Okay with POC-
Tylenol 7.5ml given now
Pedialyte given- advised dad to keep child hydrated
Started on Tamiflu 6mg/ml 7.5ml given now. RX sent to the pharmacy
Child sent to Isolation- EMM initiated.

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

Notified of flu status-
EMM initiated and needs to be placed in Isolation

## Plan

Tylenol 7.5ml given now
Started on Tamiflu 6mg/ml 7.5ml given now. RX sent to the pharmacy
Child sent to Isolation- EMM initiated.

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ ███████ | P - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 5 | **Subject ID** ▮▮▮▮▮ |
| **Was translation services utilized?** Yes | |
| **Date/Time Signed** : 02/22/2025 21:22 | |
| **Last Updated** : 02/22/2025 21:22 | |

### Time of Care Provided

02/22/2025 21:02

### Subjective

**Current illness/injury/health concern**
Patient is a 5 year old female in Isolation with mum and sibling currently positive for the flu and taking Tamiflu BID by mouth. Mum denies any allergies to food or medications, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain or any other acute symptoms but presently has a fever of 102.4. Patient has no other medical concern reported on this visit. All information was obtained with the assistance of a translator.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
FLU

**Allergies**
NKA

**Medications**

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( $^\circ$ F)** 102.4  Tympanic | **BP (SYS/DIA)**  / |
| **BPM** | **Weight** 21.3  kg |
| **RPM** | **O $_2$ Saturation/FIO $_2$ (%)** |

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |

### Respiratory

**Lungs CTA Bilaterally** Selected

| GI | NT/ND Abdomen |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: fever

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

May RTC for future medical concerns
--Give Acetaminophen 32mg/ml- 10ml NOW
-Pedialyte – 240 ml NOW
-Drink fluids regularly to be hydrated.
Return to Clinic if symptoms worsen or do not improve

**Disposition**

Medical Isolation

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████████ | ████████████████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ███████████              **Alien Number** ███████

**DOB** ███████                                **Event Number** ███████████

**Age** 5                                       **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/23/2025 03:58

**Last Updated** : 02/23/2025 03:58

### Time of Care Provided

02/23/2025 03:25

### Subjective

**Current illness/injury/health concern**                **Signs/Symptoms of Acute Respiratory Infection**  N/A

Patient is a 5 year old female that is currently isolated with mum and sibling because she tested positive for the Flu and is currently taking Tamiflu. Mum denies any allergies to food or medications, , sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient presents with no other medical concern reported at this time. All information was obtained with the assistance of a translator

**Cough**  N/A                                  **Sore Throat**  N/A

**Runny Nose**  N/A                             **Congestion**  N/A

**Past Medical History**                        **Allergies**
FLU                                             NKA

**Medications**

**Last Menstrual Period**                       **Pregnant?** No

### Vital Signs (If Applicable)

**Temperature ( º F)**  100.7  Tympanic        **BP (SYS/DIA)**      /

**BPM**                                         **Weight**  22  kg

**RPM**                                         **O $_2$ Saturation/FIO $_2$ (%)**

### Objective

| **General** | WD/WN |
| | No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm |
| **E/N/T** | Normal/OP |
| | No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva |
| | PERRL |
| **CV** | No Murmur |
| | Cap Refill lesser than 2 sec |

**Respiratory**

**Lungs CTA Bilaterally**  Selected

**GI** NT/ND Abdomen

| **Extremities** | Normal gait |
| | Normal muscle tone |

| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: fever

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

May RTC for future medical concerns
--Give Acetaminophen 32mg/ml- 10ml by mouth NOW
-Pedialyte – 240 ml NOW
-Drink fluids regularly to be hydrated.
Return to Clinic if symptoms worsen or do not improve

**Disposition**

Medical Monitoring (see continuation note)

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|--------------|--------------|-------------------|
| ████████ | ████████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 5 | **Subject ID** ▮▮▮▮▮ |
| **Was translation services utilized?** Yes | |
| **Date/Time Signed** : 02/24/2025 00:46 | |
| **Last Updated** : 02/24/2025 00:46 | |

### Time of Care Provided

02/24/2025 00:18

### Subjective

**Current illness/injury/health concern**
Patient is a 5 year old female in isolation with mum and siblings due to "having tested positive" for the flu and being medicated (Tamiflu). Mum denies any allergies to food or medications, fever, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain or any other acute symptoms with patient. Patient has stable vital signs - just the rash at this time reported. All information was obtained with the assistance of a translator.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
FLU

**Allergies**
NKA

**Medications**
Tamiflu

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | | |
|---|---|---|
| **Temperature ( º F)**  98.0  Tympanic | **BP (SYS/DIA)**    / |
| **BPM** 103 | **Weight** 21.3  kg |
| **RPM** | **O $_2$ Saturation/FIO $_2$ (%)**  98 |

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally**  Selected | |

| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Rash reported on upper bilateral extremities |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Rash - unspecified

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

May RTC for future medical concerns
--Apply Hydrocortisone anti-itch cream to affected areas NOW
-Pedialyte – 240 ml NOW
-Drink fluids regularly to be hydrated.
Return to Clinic if symptoms worsen or do not improve

**Disposition**

Medical Monitoring (see continuation note)

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████ | ██████ ██████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▉ | **Alien Number** ▉ |
| **DOB** ▉ | **Event Number** ▉ |
| **Age** 5 | **Subject ID** ▉ |

**Was translation services utilized?** No

**Date/Time Signed** : 03/09/2025 05:12

**Last Updated** : 03/09/2025 05:12

### Time of Care Provided

03/09/2025 01:08

### Subjective

**Current illness/injury/health concern**
Pruritic Scalp

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A　　　　　**Sore Throat** N/A

**Runny Nose** N/A　　　　**Congestion** N/A

**Past Medical History**
Denies

**Allergies**
NKDA

**Medications**
None

**Last Menstrual Period**　　　　**Pregnant?** No

### Vital Signs (If Applicable)

**Temperature ( ºF)**　　　　**BP (SYS/DIA)**　　/

**BPM**　　　　**Weight** 22.2 kg

**RPM**　　　　**O₂ Saturation/FIO₂ (%)**

$O_2$ Saturation/FIO$_2$ (%)

### Objective

| | |
|---|---|
| **General** | WD/WN |
| | No Distress |
| **Neuro** | |
| **Psych** | Calm and alert |
| **E/N/T** | |
| **Eyes** | |
| | PERRL |
| **CV** | |
| | Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** N/A | |
| **GI** | |
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | [ x ] Erythematous papules |

[ ] Vesicles
[ ] Excoriations to b/l web spaces [ ] axillae [ ] periumbilical areas

| Other | [x ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | [x ] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Lice

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP notified. Required Medical isolation

## Plan

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.
EMM check in 4 hours
RTC for any scalp rash or discomfort.

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

## Signed By:

| Provider | Username | Position Name |
| --- | --- | --- |
| ▮▮▮▮▮ | ▮▮▮▮▮ ▮▮▮▮▮ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ███████████

**DOB** ████████  **Age:** 5

**Alien Number** ████████

**Event Number** ██████████

**Subject ID** ███████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/26/2025 1424 | Afebrile for more than 24hrs. Taking meds. Mother instructed to return to the medical unit as needed. eMM for temp check no longer needed. | Stop | ████ | 02/26/2025 1425 |
| 02/26/2025 1322 | 98.6 - NO C/O PER MOTHER. PT INFORMED TO RETURN TO MU IF ANYTHING CHNGES BEFORE NEXT EMM. | Notate | ████ | 02/26/2025 1323 |
| 02/26/2025 0751 | T: 97.8F. HR 97 SaO2 99% Alert and active; mother denies and s/sx of illness. Child is eating, drinking, and sleeping well. Mother has been advised to RTC if any medical concerns. | Notate | ████ | 02/26/2025 0754 |
| 02/26/2025 0442 | 98.4, no distress. Happy, active. | Notate | ████ | 02/26/2025 0443 |
| 02/26/2025 0014 | 99.1 | Notate | ████ | 02/26/2025 0014 |
| 02/25/2025 1251 | MINOR is doing well, eating lunch with family , temp 97.2. MOM Denies any complains at this time. no N/V/D. NO SOB, NO CP. Eating well, urinating well. | Notate | ████ | 02/25/2025 1252 |
| 02/25/2025 0930 | MINOR is doing well, temp 97.8. MOM Denies any complains at this time. no N/V/D. NO SOB, NO CP. Eating well, urinating well. | Notate | ████ | 02/25/2025 0931 |
| 02/25/2025 | T: 97.7F. Pt is alert and active, Mother denies N/V/D/ or any | Notate | ████ | 02/25/2025 |

| 0550 | medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | | | 0550 |
|---|---|---|---|---|
| 02/25/2025 0235 | T: 97.4F. Pt is stable sleeping on the mat, Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | ███████ ███████ | 02/25/2025 0236 |
| 02/24/2025 2155 | T: 97.5F. Pt is alert and active, Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | ███████ ███████ | 02/24/2025 2156 |
| 02/24/2025 1825 | family is not in the cell. | Notate | ███████ ███████ | 02/24/2025 1825 |
| 02/24/2025 1228 | TEMP 98.6, Subject is doing well, eating well. mom Denies any complains at this time. | Notate | ███████ ███████ | 02/24/2025 1228 |
| 02/24/2025 0847 | med given by mom, baby tolerated well. Mom denies any complains at this time. temp 98.0. Minor is eating well and has bowel movements today. | Notate | ███████ ███████ | 02/24/2025 0848 |
| 02/24/2025 0431 | Temp was 98.1, sleeping well and no complaints at this time. | Notate | ███████ ███████ | 02/24/2025 0532 |
| 02/24/2025 0032 | Temp was 98.0, patient is sleeping well, but MUM reported patient has some rash to her face, neck and arms as well as her lower back. Patient is eating and sleeping well. | Notate | ███████ ███████ | 02/24/2025 0137 |
| 02/23/2025 2035 | Temp was 100.2 this evening, Tamiflu was given, and tylenol also given for fever. patient was a bit irritable when bein being given the medications by mum, other than that playing with her sister and brother, eating and drinking fluids mum reported. | Notate | ███████ ███████ | 02/23/2025 2136 |
| 02/23/2025 1636 | T;97.1, pt is active and is with her father at this time. Mother states no changes, pt is eating/drinking well -N/V/D | Notate | ████████ ███████ | 02/23/2025 1637 |
| 02/23/2025 1236 | T: 100.5, Pt is currently sleeping and in no cute distress. Informed mother regarding slightly elevated temperature and will return with medication to alleviate sx. Mother understood and agreed | Notate | ██████ ███████ | 02/23/2025 1237 |
| 02/23/2025 0906 | T: 97.9, Pt returned from showers and appears well, no acute distress. No changes at this time | Notate | ████████ ███████ | 02/23/2025 0907 |
| 02/23/2025 0726 | T: 97.7, Pt is awake and appears well. Mother states no complains or changes at this time. Will continue to monitor | Notate | ████████ ███████ | 02/23/2025 0727 |
| 02/23/2025 0359 | Temp was 102.2, no headaches or complications reported or noted. Patient has the flu and is currently on Tamiflu. Tylenol was administered to reduce fever at this time, will continue to monitor | Notate | ███████ ███████ | 02/23/2025 0500 |

**Updated By:**

| Provider | Username | Position Name |
|---|---|---|



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ███████████

**DOB** ███████████ **Age:** 5

**Alien Number** ███████

**Event Number** ███████████

**Subject ID** ███████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/22/2025 0635 | duplicate EMM | Stop | ███████████ | 02/22/2025 0635 |

### Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ███████████

**DOB** ████████    **Age:** 5

**Alien Number** ████████

**Event Number** ██████████

**Subject ID** ███████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/22/2025 0635 | duplicate EMM | Stop | ████████████ | 02/22/2025 0636 |

### Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ██████████████ | ████████████████ ████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ██████████

**DOB** ███████    **Age:** 5

**Alien Number** ██████

**Event Number** ████████

**Subject ID** ██████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Temp checks | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/23/2025 0232 | Duplicate | Stop | ██████ | 02/23/2025 0333 |
| 02/22/2025 2104 | Temp was 102.4. Patient was sleeping and was woken up to taker her Tamiflu. No side effects or complication , medication tolerated, but Mum was educated she had a fever and will be given Tylenol to reduce the fever. | Notate | ██████ | 02/22/2025 2211 |
| 02/22/2025 1631 | detainee is doing well. Temp 98.8 | Notate | ██████ | 02/22/2025 1731 |
| 02/22/2025 1226 | will treat with ibuprofen, detainee has temp of 101.1. | Notate | ██████ | 02/22/2025 1327 |
| 02/22/2025 0818 | detainee resting in isolation room with mom and sibling. Temp was 98.5 | Notate | ██████ | 02/22/2025 0919 |

### Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ██████ | ██████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

**DEPARTMENT OF HOMELAND SECURITY**

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

---

**PATIENT:** ▮▮▮▮▮▮▮▮▮▮▮            **DOB:** ▮▮▮▮▮▮

**Rx:**                                   **DATE:**   02/23/2025

Medication: TAMIFLU
Strength: 6mg/ml
Sig/Instructions: take 7.5ml by mouth twice daily for 5 days
Quantity: 1
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# ▮▮▮▮▮▮▮

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

BIN Number: █████████

Processor Control Number: █████████

Group Number: █████████

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): █████████
First Name: ███
Last Name: █████████
Date of Birth: █████████
Today's Date: 06/24/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮▮▮▮▮
**Alien Number:** ▮▮▮▮▮▮  **Date of Birth:** ▮▮▮▮▮  **Subject ID/Civilian ID:** ▮▮▮▮▮▮▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/13/2025 15:34:24
Diagnosis:
Current illness/injury/health concern: Patient is a 5 year old female accompanied by mother, presenting for a follow-up juvenile assessment. Patient is eating, and drinking as usual. Mother denies any concerns at this time.
Past Medical History: Mother denies
Weight: 49.4 lbs
Temperature: 97.7°F, Temporal
BPM: 91
RPM: 24
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/22/2025 03:34:03
Diagnosis:
Current illness/injury/health concern: 5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.
Past Medical History: None
Weight: 21.2 kg
Temperature: 101.2°F, Tympanic
BPM: 103
RPM: 20
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/03/2025 17:44:36
Diagnosis:
Current illness/injury/health concern: Pt accompanied w mother, mother states no current health issues at this time.
Past Medical History: No past medical history
Weight: 22.1 kg
Temperature: 98.1°F, Tympanic
BPM: 103
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/08/2025 11:16:14
Diagnosis:
Current illness/injury/health concern: Pt accompanied w mother, mother states no current health issues at this time.
Past Medical History: No past medical history
Weight: 22.2 kg
Temperature: 96.9°F, Tympanic
BPM: 116
RPM: 20
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 03/09/2025 01:12:03
Diagnosis: Lice
ECMR Status: Yellow
Current illness/injury/health concern: Pruritic Scalp

Past Medical History: Denies
Allergies: NKDA
Weight: 22.2 kg

Date/Time Signed: 02/23/2025 21:46:49
Diagnosis: Rash - unspecified
ECMR Status: Orange
Current illness/injury/health concern: Patient is a 5 year old female in isolation with mum and siblings due to "having tested positive" for the flu and being medicated (Tamiflu). Mum denies any allergies to food or medications, fever, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain or any other acute symptoms with patient. Patient has stable vital signs - just the rash at this time reported. All information was obtained with the assistance of a translator.
Past Medical History: FLU
Allergies: NKA
Weight: 21.3 kg
Temperature: 98.0°F, Tympanic
BPM: 103
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 02/23/2025 00:58:38
Diagnosis: Other: fever
ECMR Status: None
Current illness/injury/health concern: Patient is a 5 year old female that is currently isolated with mum and sibling because she tested positive for the Flu and is currently taking Tamiflu. Mum denies any allergies to food or medications, , sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient presents with no other medical concern reported at this time. All information was obtained with the assistance of a translator
Past Medical History: FLU
Allergies: NKA
Weight: 22 kg
Temperature: 100.7°F, Tympanic

Date/Time Signed: 02/22/2025 18:22:44
Diagnosis: Other: fever
ECMR Status: None
Current illness/injury/health concern: Patient is a 5 year old female in Isolation with mum and sibling currently positive for the flu and taking Tamiflu BID by mouth. Mum denies any allergies to food or medications, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain or any other acute symptoms but presently has a fever of 102.4. Patient has no other medical concern reported on this visit. All information was obtained with the assistance of a translator.
Past Medical History: FLU
Allergies: NKA
Weight: 21.3 kg
Temperature: 102.4°F, Tympanic

Date/Time Signed: 02/22/2025 03:34:44
Diagnosis: Influenza - Confirmed (via point of care test or referral)
ECMR Status: Red
Current illness/injury/health concern: 5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.
Flu: Positive (Flu A)
Flu 2: Negative (Flu B)
Past Medical History: None
Allergies: NKDA
Weight: 21.08 kg
Temperature: 101.2°F
BPM: 103
RPM: 20
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 02/23/2025 03:33:20
Diagnosis: Fever - unspecified
ECMR Status: Red
Current illness/injury/health concern: 5yrs old child accompanied by her parents( Dad and mom). The child has fever of 101.2 fever, per the father the fever just began about an hour ago. Per the father, she has a slight running nose and dry cough x 1 day. Per the father, she denies any headache , no sore throat nausea, vomiting or diarrhea at the moment.
Past Medical History: None
Allergies: NKDA
Weight: 21.3 kg
Temperature: 101.2°F, Tympanic
BPM: 103
RPM: 20
O2 Saturation/FIO2 (%): 98

 **Referred toMedical Facility (Summary Info):**

**Medications Prescribed/follow-on instructions:**

Inactive Medications:
acetaminophen 32 MG/ML [Tylenol] - 7.5 mL (Given Now);
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
hydrocortisone 0.01 MG/MG Topical Ointment - 1 Inch (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 10 mL (Given Now);
oseltamivir 6 MG/ML [Tamiflu] - 7.5 mL (2 times a day (b.i.d));
permethrin 10 MG/ML [Nix Cream Rinse] - 1 Units (Given Now);

**Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:**03/14/2025 12:14:31

**CBP Form 2501**