# Exhibit D

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR



| | Activate | Discharge |

**Patient Information** | Current Location: N/A | Last Updated: 03/14/2025 12:21

| | | | |
|---|---|---|---|
| **Last Name** ▬ | **First Name** ▬ | **Middle Initial** | **Sex** F |
| **Alien Number** ▬ | **Event Number** ▬ | **Date of Birth** ▬ | **Age** 8 |
| **Country of Citizenship** ▬ | **Individual Status** Inactive | **Individual Type** | **Subject ID / Civilian ID** ▬ |
| **Location Information** CBP - USBP - SDC - CHU - EMR | | | |

**Health Intake Interview** No current Health Interview Record in EMR

| Reporter | Date/Time |
|---|---|

**Medical Assessment**

| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| Signed By ▬ CBP - USBP - SDC - CHU - EMR - Provider | Signed | Signed 03/13/2025 18:40 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/07/2025 14:08 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - SDC - SDC - EMR - Provider | Signed | Signed 03/03/2025 20:48 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Signed | Signed 02/22/2025 05:52 | Details | + Addendum | History | Delete |

**Medical Encounter**

| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| Signed By ▬ CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Lice | Signed 03/09/2025 05:16 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Signed | Other: fever | Signed 02/24/2025 08:42 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Signed | Influenza exposure | Signed 02/23/2025 16:34 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Signed | Fever - unspecified | Signed 02/23/2025 10:04 | Details | + Addendum | History | Delete |
| Signed By ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Signed | Upper respiratory infection | Signed 02/22/2025 23:52 | Details | + Addendum | History | Delete |

**Enhanced Medical Monitoring**

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details | |
|---|---|---|---|---|---|---|---|
| ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Temp | 4 Hours | | Inactive | **Date/Time:**02/26/2025 14:29:22 Afebrile for more than 24hrs. Taking meds. Mother ... | Details | Delete |
| ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | **Date/Time:**02/23/2025 10:10:45 duplicate, EMM already active | Details | Delete |
| ▬ CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | **Date/Time:**02/23/2025 16:34:51 duplicate, Child with previous EMM for fever. Cont ... | Details | Delete |

**Medications - App** | | ! | Medication Review | Manage Medications |

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

**Prescriptions** | | | | + Add

| Prescriptions | Ordered By | Status | Details | | | | |
|---|---|---|---|---|---|---|---|
| oseltamivir | ▬ | Received | Last Updated by  on  03/03/2025 09:03:59 | History | Details | Benefits Letter | / Print | Delete |

**Hospital Referrals**

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

**Lab/Tests**

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

**Patient Notes**

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

**Attachments** | | | | + Add

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ████████████     **Alien Number** ████████

**DOB** ████████     **Event Number** ████████████

**Age** 8     **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 05:52:20

**Last Updated** : 02/22/2025 05:52:20

## Time of Care Provided

02/22/2025 04:40

## History

**Current illness/injury/health concern**
None

**Medications**
None

**Past Medical History**
None

**Allergies**
NDKA

**Last Menstrual Period**     **Pregnant?** No

## Mental Health

**History of Mental Health Issues**     No

**History of Physical/Emotional Trauma or Abuse**     No

**History of or Currently Thinking of Harming Self or Others**     No

**History of or Currently Seeing or Hearing Things Others Are Not**     No

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

## Vital Signs

**Temperature ( °F)**  97.9  Tympanic     **BP (SYS/DIA)**   /

**BPM** 80     **Weight** 24  kg

**RPM** 20     **O$_2$ Saturation/FIO$_2$ (%)**  98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████ ███████ | BP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮

**Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮

**Age** 8

**Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/03/2025 20:48:21

**Last Updated** : 03/03/2025 20:48:21

### Time of Care Provided

03/03/2025 17:43

### History

**Current illness/injury/health concern**
Pt accompanied with mother, mother states no current health concerns at this time

**Medications**
Denies medication

**Past Medical History**
No past medical history

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Mother denies

### Vital Signs

**Temperature ( °F)** 97.7  Tympanic

**BP (SYS/DIA)**   /

**BPM** 88

**Weight** 23.6   kg

**RPM** 20

**O$_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████ ███████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Assessment

| Patient Information | |
| --- | --- |
| **(Last, First, MI)** ▮▮▮▮▮ | **Alien Number** ▮▮▮▮ |
| **DOB** ▮▮▮▮ | **Event Number** ▮▮▮▮ |
| **Age** 8 | **Subject ID** ▮▮▮▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/07/2025 14:08:32 | |
| **Last Updated** : 03/07/2025 14:08:32 | |

| Time of Care Provided |
| --- |
| 03/07/2025 10:56 |

| History | |
| --- | --- |
| **Current illness/injury/health concern** Pt accompanied with mother, mother states no current health concerns at this time | **Medications** Denies medication |
| **Past Medical History** No past medical history | **Allergies** NKDA |
| **Last Menstrual Period** | **Pregnant?** No |

| Mental Health | |
| --- | --- |
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

| Ask/Observe: Depressed/Anxious/Agitated/Other |
| --- |
| WNL |

| Vital Signs | |
| --- | --- |
| **Temperature ( º F)** 97.6  Tympanic | **BP (SYS/DIA)**  / |
| **BPM** 70 | **Weight** 24.0   kg |
| **RPM** 18 | **O $_2$ Saturation/FIO $_2$ (%)**  100 |

| Review of Systems | |
| --- | --- |
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ███████

**DOB** ███████                            **Event Number** ███████████

**Age** 8                                  **Subject ID** ██████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/13/2025 18:40:40

**Last Updated** : 03/13/2025 18:40:40

### Time of Care Provided

03/13/2025 16:14

### History

**Current illness/injury/health concern**
Patient is an 8 year old female accompanied by mother, presenting for a follow-up juvenile assessment. Patient is eating, and drinking as usual. Mother denies any concerns at this time

**Medications**
None

**Past Medical History**
Mother denies

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None Observed

### Vital Signs

**Temperature ( °F)** 97.8 Temporal          **BP (SYS/DIA)**   /

**BPM** 104                                  **Weight** 53.6  lbs

**RPM** 24                                   **O$_2$ Saturation/FIO$_2$ (%)** 100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | | |
|---|---|---|
| **General** | | Alert. Acting appropriately for age. Well developed, nourished, and hydrated. |
| **HEENT** | Negative | |
| **Resp** | | Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes. |
| **CV** | | Heart rate and rhythm are normal. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | | Skin is pink, warm, dry, and intact without rashes or lesions |
| **Other** | | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████ ███████████ | CBP - USBP - SDC - CHU - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 8 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 23:52

**Last Updated** : 02/22/2025 23:52

### Time of Care Provided

02/22/2025 23:06

### Subjective

**Current illness/injury/health concern**
Pt is an 8 y/o female who presents with her father who speaks English. Father states that the child woke up with a fever and sore throat with onset 1 hour ago. Father reports associated symptoms of cough. Father denies difficulty eating and drinking. No further complaints at this time.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
NONE

**Allergies**
NKDA

**Medications**
Denies

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 101.4 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 97 | **Weight** 21.2 kg |
| **RPM** 18 | **O$_2$ Saturation/FIO$_2$ (%)** 97 |

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Appropriate for situation |
| **E/N/T** | Negative Otalgia. Bilateral TMB-pearly grey, no effusion. Bilateral nasal turbinates-pallor, mild polyps noted. Bilateral Tonsils-WNL, negative for erythema/exudate. Pharynx-WNL. |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |

### Respiratory

**Lungs CTA Bilaterally** Selected

| **GI** | NT/ND Abdomen |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |
| **Other** | |

## Tests

**Glucose**

| **Flu** | Negative  Flu A | | Negative  Flu B |
|---|---|---|---|

**Pregnancy**

## Diagnosis

Upper respiratory infection

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Influenza A/B negative

Ibuprofen 10.6ml PO x 1 dose now

Cetirizine 5ml PO x 1 dose now

Menthol candies 3 tabs take 1 tab PO every 3-4 hours PRN sore throat/cough

Pedialyte 320ml PO x 1 dose now

Pt. sent for fever shower, temp post shower 98.4

EMM every 4 hours for fever

Father educated to maintain oral hydration and adequate nutrition

Father educated if Signs and Symptoms worsen to RTC

Father verbalized an understanding and in agreement with plan of care.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ██████████ | ██████  █████████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



# Details - Medical Encounter

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▌ | **Alien Number** ▌ |
| **DOB** ▌ | **Event Number** ▌ |
| **Age** 8 | **Subject ID** ▌ |

**Was translation services utilized?** No

**Date/Time Signed** : 02/23/2025 10:04

**Last Updated** : 02/23/2025 10:04

## Time of Care Provided

02/23/2025 08:54

## Subjective

**Current illness/injury/health concern**
last night around 2200 child was brought in having reported fever and sore throat had just begun. Flu test was negative at that time and EMM check was initiated. Now the child presents for EMM or temp check and again 101 fever was detected now. The child no longer c/o sore throat and denies headache is present, father reports only mild cough is present without sob. Father accompanies child and speaks, understands English well

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
none reported by father

**Allergies**
none as per father

**Medications**
none as per father

**Last Menstrual Period**

**Pregnant?** No

## Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ($^{\circ}$F)** 101.8 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 139 | **Weight** 23.8 kg |
| **RPM** | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

## Objective

| | | |
|---|---|---|
| **General** | No Distress | awake, sitting upright, vomited once profusely on examination |
| **Neuro** | Cranial Nerves Intact | alert |
| **Psych** | | |
| **E/N/T** | | No tonsillar exudates<br>normal TMs |
| **Eyes** | | |
| **CV** | | tachycardic |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** N/A | | |

**Extremities**

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Fever - unspecified

**Contacted Pediatric Advisor**

Yes

**Name of Pediatric Advisor**

Dr. ▉▉▉▉

**Pediatric Advisor Notes**

approved plan of care

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

Yes

**Risk Detainee Notes**

processing coordinator advised child is to be monitored at regular intervals for fever

**Plan**

in for EMM check when fever 101.8 hr 139 0299% wt 23.8 kg detected

father advised since influenza testing was done last night 2200 with negative result (as 101 fever was also detected last night at that time) will elect not to repeat testing now. Child denies sore throat (was reported to be present last night though) or headache are present, only c/o slight cough (no sob) though. Child vomited once now on exam after being instructed to drink lime pedialyte. Then tolerated ibuprofen and was sent to shower (to remove vomit from clothing). Father speaks English and reports fever began last night. EMM to remain in place and child tolerated ibuprofen 100/5 suspension 12.5ml now at 0835 to reduce fever

father advised to push fluids and informed he is to continue to RTC PRN (he was advised ear exam , oropharynx appear normal and lungs are CTAB on physical exam, and fever is likely viral in etiology

**Disposition**

Not Cleared for Travel

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉  ▉▉▉▉▉▉ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |

## Details - Medical Encounter

| Patient Information | |
| --- | --- |
| **(Last, First, MI)** ▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age**  8 | **Subject ID** ▮▮▮▮▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 02/23/2025 16:34 | |
| **Last Updated** : 02/23/2025 16:34 | |

### Time of Care Provided

02/23/2025 15:26

### Subjective

**Current illness/injury/health concern**
8 y/o child coming in for temp check as she has had fever on and off and vomited on last EMM follow up.
Father who is English speaking states she is doing better but upon temp check, child is febrile. Temp 102.4 F
he states she is not wanting to eat solids food but is drinking fluids denies any chronic medical hx but child's mother and siblings are currently in isolation for Influenza.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
| --- | --- | --- | --- |
| **Cough**  N/A | | **Sore Throat**  N/A | |
| **Runny Nose**  N/A | | **Congestion**  N/A | |

**Past Medical History**
no known medical hx

**Allergies**
NKDA as per father

**Medications**
none

**Last Menstrual Period**

**Pregnant?**  No

### Vital Signs (If Applicable)

| | |
| --- | --- |
| **Temperature ( ºF)**   102.4 | **BP (SYS/DIA)**     / |
| **BPM**  99 | **Weight**  23.3  kg |
| **RPM** | **O$_2$ Saturation/FIO$_2$ (%)**   99 |

### Objective

| | |
| --- | --- |
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm/cooperative |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |

**Lungs CTA Bilaterally** - Selected
even, unlabored respirations

| | |
|---|---|
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Normal color<br>No lesions |
| **Other** | |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Influenza exposure

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Started on Tamiflu, first dose given now, tol well
10ml ibuprofen given now, tol well
Ice pack applied to child for non-pharmacologic fever reducer
will place child in isolation with mother and siblings
educated dad to rtc as medically necessary
start child on EMM q 4 hours until afebrile x 24 hours
educated on clinics' 24/7 hours

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ██████████████     **Alien Number** ████████████

**DOB** ████████     **Event Number** ████████████

**Age** 8     **Subject ID** ████████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/24/2025 08:42

**Last Updated** : 02/24/2025 08:42

### Time of Care Provided

02/24/2025 07:36

### Subjective

**Current illness/injury/health concern**
8 years old female with temp of 101.6, no N/V/D. Has mild headache but no sore throat and no running nose.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A     **Sore Throat** N/A

**Runny Nose** N/A     **Congestion** N/A

**Past Medical History**
no known medical hx

**Allergies**
NKDA as per father

**Medications**
none

**Last Menstrual Period**     **Pregnant?** No

### Vital Signs (If Applicable)

**Temperature ( ºF)** 101.6 Tympanic     **BP (SYS/DIA)** /

**BPM** 88     **Weight** 21.3 kg

**RPM** 20     **O$_2$ Saturation/FIO$_2$ (%)** 99

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | calm |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |

**Respiratory**

**Lungs CTA Bilaterally** Selected
air entry equal on both sides of lungs

**GI** NT/ND Abdomen     b/s present

**Extremities** Normal gait

Normal muscle tone

| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: fever

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Tylenol 10 ml (160 mg/5 ml) given once, after an hour temp went down to 98.1.

apple juice and water given, tolerated well.

education given to mom. Subject is in isolation with family

RTC if symptoms worsen/ 24/7 medical available.

answered all questions, mom verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████  █████████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ⬛ | **Alien Number** ⬛ |
| **DOB** ⬛ | **Event Number** ⬛ |
| **Age**  8 | **Subject ID** ⬛ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/09/2025 05:16 | |
| **Last Updated** : 03/09/2025 05:16 | |

### Time of Care Provided

03/09/2025 01:14

### Subjective

| | |
|---|---|
| **Current illness/injury/health concern**<br>Pruritic Scalp | **Signs/Symptoms of Acute Respiratory Infection**  N/A |
| **Cough**  N/A | **Sore Throat**  N/A |
| **Runny Nose**  N/A | **Congestion**  N/A |
| **Past Medical History**<br>Denies | **Allergies**<br>NKDA |
| **Medications**<br>None | |
| **Last Menstrual Period** | **Pregnant?**  No |

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)** | **BP (SYS/DIA)**     / |
| **BPM** | **Weight**  22.2   kg |
| **RPM** | **O $_2$ Saturation/FIO $_2$ (%)** |

### Objective

| | |
|---|---|
| **General** | No Distress |
| **Neuro** | |
| **Psych** | Calm and alert |
| **E/N/T** | No Lymphadenopathy |
| **Eyes** | PERRL |
| **CV** | Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally**  Selected | |
| **GI** | |
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | [x ] Erythematous papules |

[ ] Vesicles
[ ] Excoriations to [ ] web spaces [ ] axillae [ ] periumbilical areas

| Other | |
|---|---|
| | [x ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | x[ ] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Lice

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP notified. Requires med iso.

## Plan

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.
EMM check in 4 hours
RTC for any scalp rash or discomfort.

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████ ████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ██████████

**DOB** ████████    **Age:** 8

**Alien Number** ████████

**Event Number** ████████████

**Subject ID** ████████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/23/2025 1634 | duplicate, Child will previous EMM for fever. Cont on EMM until afebrile x 24 hours | Stop | ████ | 02/23/2025 1635 |

### Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ███████

**DOB** ███████    **Age:** 8

**Alien Number** ███████

**Event Number** ███████

**Subject ID** ███████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/23/2025 1010 | duplicate, EMM already active | Stop | ███████ | 02/23/2025 1011 |

### Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



## Enhanced Monitoring Details

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮    **Age:** 8

**Alien Number** ▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Temp | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/26/2025 1429 | Afebrile for more than 24hrs. Taking meds. Mother instructed to return to the medical unit as needed. eMM for temp check no longer needed. | Stop | ▮▮▮ | 02/26/2025 1429 |
| 02/26/2025 1312 | 98.1 provider aware | Notate | ▮▮▮ | 02/26/2025 1312 |
| 02/26/2025 0756 | T: 97.8F. HR 94 SaO2 99% Alert and active; mother denies and s/sx of illness. Child is eating, drinking, and sleeping well. Mother has been advised to RTC if any medical concerns. | Notate | ▮▮▮ | 02/26/2025 0757 |
| 02/26/2025 0439 | 97.6, no distress | Notate | ▮▮▮ | 02/26/2025 0439 |
| 02/26/2025 0005 | 99.4 MEDS GIVEN NOW PROVIDER NTFD | Notate | ▮▮▮ | 02/26/2025 0005 |
| 02/25/2025 0923 | MINOR is doing well, temp 97.8. MOM Denies any complains at this time. no N/V/D. NO SOB, NO CP. Eating well, urinating well. | Notate | ▮▮▮ | 02/25/2025 0924 |
| 02/25/2025 0550 | T: 97.5F. Pt is alert and active, Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | Notate | ▮▮▮ | 02/25/2025 0550 |
| 02/25/2025 | T: 97.3F. Pt is alert and active, Mother denies N/V/D/ or any | Notate | ▮▮▮ | 02/25/2025 |

| | | | |
|---|---|---|---|
| 0234 | medical concerns. Pt is eating/drinking well. Mother has been advised to RTC if any medical complains. | | 0234 |
| 02/24/2025 2156 | T: 97.2F. Pt is alert and active, Mother denies N/V/D/ or any medical concerns. Pt is eating/drinking well. Negative ROS. Mother has been advised to RTC if any medical complains. | Notate | 02/24/2025 2156 |
| 02/24/2025 1823 | family is not in the cell. | Notate | 02/24/2025 1824 |
| 02/24/2025 1236 | TEMP 98.8, Subject is doing well, eating well. mom Denies any complains at this time. | Notate | 02/24/2025 1237 |
| 02/24/2025 0843 | temp 101.6, Tylenol 10ml (160 mg/5 ml) given once, after an hour temp went down to 98.1. apple juice and water given, tolerated well. education given to mom. RTC if symptoms worsen/ 24/7 medical available. answered all questions, mom verbalized understanding. | Notate | 02/24/2025 0843 |
| 02/24/2025 0443 | Temp was 98.8, sleeping well, tolerated medications, no complications reported or noted. | Notate | 02/24/2025 0544 |
| 02/24/2025 0022 | Temp was 99.0,Patient was sleeping and says she is doing better. | Notate | 02/24/2025 0125 |
| 02/23/2025 2037 | Temp was 101..2 this evening, Tamiflu was given as ordered for flu exposure, and Tylenol also given for fever. patient tolerated the medications when given by mum, other than that playing with her sister and brother, eating and drinking fluids mum reported. | Notate | 02/23/2025 2138 |
| 02/23/2025 1622 | Child coming in for EMM f/u with dad. Child with fever at 102.4 F. States no more N/V. Her mother and sibling being treated for influenza and in isolation. Dad prefers to hold off on retested child for flu since she was tested last night. Will start child on Tamiflu, first does given now, 10ml ibuprofen given now, tol well. Child will be placed in isolation with her mom and siblings | Notate | 02/23/2025 1625 |
| 02/23/2025 1016 | temperature reduced from 101.8 to 99.8 after vomiting once on exam and then showering, taking ibuprofen within the past hour and feels better as per father who speaks English father provided with pedialyte and advised to RTC PRN , emm to remain in place child is alert and awake answers questions in ▆▆ and father translates child does not report headache or sore throat and is feeling better with change of clothes and ibuprofen as already stated | Notate | 02/23/2025 1018 |
| 02/23/2025 0948 | in for EMM check when fever 101.8 hr 139 0299% wt 23.8 kg detected father advised since influenza testing was done last night with negative result as 101 fever was also detected last night will elect not to repeat testing now. Child denies sore throat (was reported to be present last night though) or headache are present, only c/o slight cough (no sob) though. Child vomited once now on exam after being instructed to drink lime pedialyte. Then tolerated ibuprofen and was sent to shower (to remove vomit from clothing). Father speaks English and reports fever began last night. EMM to remain in place and child tolerated ibuprofen 100/5 | Notate | 02/23/2025 0953 |

suspension 12.5ml now at 0835 to reduce fever.
father advised to push fluids and informed of reasons to continue to
RTC PRN (he was advised ear exam , oropharynx appear normal
and lungs are CTAB on physical exam, and fever is likely viral in
etiology

| 02/23/2025 0449 | Father brought child back for EMM follow up. Child was asleep and no more fever. T 96.9. Father states that he keeps giving her more water and Pedialyte. Coughing less. Continue plan of care and Temp monitoring. | Notate | ████████ | 02/23/2025 0451 |

**Updated By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |

# DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

Donna Soft Sided Facility - Med Pass
Donna Soft Sided Facility

---

**PATIENT:** ▇▇▇▇▇▇▇▇▇                          **DOB:** ▇▇▇▇▇

## Rx:                                              **DATE:** ▇▇▇▇▇▇

Medication: oseltamivir
Strength: 6mg/ml
Sig/Instructions: Take 10ml twice a day x 5 days
Quantity: 2 bottles
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# ▇▇▇▇▇

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

BIN Number: █████

Processor Control Number: ██████

Group Number: █████

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): █████
First Name: ████
Last Name: ██████
Date of Birth: █████
Today's Date: 06/24/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)



# DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████

**Alien Number:** ████████  **Date of Birth:** ████████  **Subject ID/Civilian ID:** ████████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**

☐ **Referred to Medical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
acetaminophen 32 MG/ML [Tylenol] - 10 mL (Given Now);
cetirizine 1 MG/ML Oral Suspension - 5 mL (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 10.6 mL (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 10 mL (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 12.5 mL (Given Now);
menthol 7 MG [Counteract Cough Drops] - 3 Tablet (Given Now);
oseltamivir 6 MG/ML Oral Suspension - 10 mL (2 times a day (b.i.d));
Pedialyte - 320 mL (Given Now);
permethrin 10 MG/ML [Nix Cream Rinse] - 1 Units (Given Now);

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

████████████████████

████████

**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:** 03/14/2025 12:14:31