# Exhibit E

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR



[ Activate ]  [ Discharge ]

## Patient Information
Current Location: HR 2 (CHU) — Last Updated: 03/14/2025 12:15

| Last Name | First Name | Middle Initial | Sex |
| --- | --- | --- | --- |
| ▉ | ▉ | | F |

| Alien Number | Event Number | Date of Birth | Age |
| --- | --- | --- | --- |
| ▉ | ▉ | ▉ | 7 |

| Country of Citizenship | Individual Status | Individual Type | Subject ID / Civilian ID |
| --- | --- | --- | --- |
| ▉ | Inactive | FMUA | ▉ |

**Location Information**
CBP - USBP - SDC - CHU - EMR

## Health Intake Interview

| Reporter | Date/Time | |
| --- | --- | --- |
| Created By ▉<br>Updated By ▉ | Last Updated 03/13/2025 19:41 | Details |

## Medical Assessment

| Reporter | Status | Date/Time | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Signed By ▉<br>CBP - USBP - SDC - CHU - EMR - Provider | Signed | Signed 03/13/2025 18:42 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Signed | Signed 02/22/2025 05:53 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/03/2025 20:59 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/07/2025 14:10 | Details | + Addendum | History | Delete |

## Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Signed By ▉<br>CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Signed | Nasal congestion | Signed 02/24/2025 21:07 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - DNTMP - EMR - Provider | Signed | Rhinitis - allergic | Signed 02/25/2025 09:19 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Pruritus | Signed 03/02/2025 04:20 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Lice | Signed 03/09/2025 05:06 | Details | + Addendum | History | Delete |

## Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ▉<br>CBP - USBP - SDC - SDC - SAD - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | Date/Time:03/09/2025 09:46:39<br>Treated with Nix and placed in Gen Pop. | Details | Delete |

## Medications - App
[ ! ]  [ Medication Review ]  [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
| --- | --- | --- | --- | --- |

## Prescriptions
[ + Add ]

| Prescriptions | Ordered By | Status | Details |
| --- | --- | --- | --- |

## Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
| --- | --- | --- | --- |

## Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
| --- | --- | --- | --- | --- | --- |

## Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
| --- | --- | --- | --- |

## Attachments
[ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
| --- | --- | --- | --- |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮

**Age** 7

**Was translation services utilized?** No

**Date/Time Signed** : 02/22/2025 05:53:43

**Last Updated** : 02/22/2025 05:53:43

**Alien Number** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮▮

### Time of Care Provided

02/22/2025 04:42

### History

**Current illness/injury/health concern**
No current illness or health concerns

**Past Medical History**
denies

**Last Menstrual Period**

**Medications**
none

**Allergies**
nkda

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

calm

### Vital Signs

**Temperature ( º F)** 98.1 Tympanic

**BPM** 82

**RPM** 19

**BP (SYS/DIA)** /

**Weight** 18.2 kg

**O$_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | A/P: Normal child physical Exam: Parents present: Advised to wash hands, increase fluids and report any s/s of infection. Verbalized understanding. |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████  ████████████ | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮▮                     **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                                          **Event Number** ▮▮▮▮▮▮▮

**Age** 7                                              **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/03/2025 20:59:54

**Last Updated** : 03/03/2025 20:59:54

### Time of Care Provided

03/03/2025 17:56

### History

**Current illness/injury/health concern**                **Medications**
Pt accompanied with mother, mother states no current issues at   Denies medication
this time.

**Past Medical History**                                 **Allergies**
Denies child with any PMHx                               NKDA

**Last Menstrual Period**                                **Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Denies

### Vital Signs

**Temperature ( °F)** 97.8 Tympanic                      **BP (SYS/DIA)** /

**BPM** 81                                               **Weight** 18.4 kg

**RPM** 20                                               **O$_2$ Saturation/FIO$_2$ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ██████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ████████ |
| **Age** 7 | **Subject ID** ████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/07/2025 14:10:31 | |
| **Last Updated** : 03/07/2025 14:10:31 | |

### Time of Care Provided

03/07/2025 11:04

### History

| | |
|---|---|
| **Current illness/injury/health concern**<br>Pt accompanied with mother, mother states no current issues at this time. | **Medications**<br>Denies medication |
| **Past Medical History**<br>Denies child with any PMHx | **Allergies**<br>NKDA |
| **Last Menstrual Period** | **Pregnant?** No |

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

WNL

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( $^\circ$ F)** 98.7 Tympanic | | **BP (SYS/DIA)** / | |
| **BPM** 94 | | **Weight** 19.0 kg | |
| **RPM** 20 | | **O $_2$ Saturation/FIO $_2$ (%)** 100 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# Details - Medical Assessment

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 7 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/13/2025 18:42:34

**Last Updated** : 03/13/2025 18:42:34

## Time of Care Provided

03/13/2025 16:17

## History

**Current illness/injury/health concern**
Patient is a 7 year old female accompanied by mother, presenting for a follow-up juvenile assessment. Patient is eating, and drinking as usual. Mother denies any concerns at this time

**Medications**
None

**Past Medical History**
Mother Denies

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

None Observed

## Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 97.8 Temporal | **BP (SYS/DIA)** / |
| **BPM** 84 | **Weight** 41.4 lbs |
| **RPM** 24 | **$O_2$ Saturation/$FIO_2$ (%)** 100 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | | |
|---|---|---|
| **General** | | Alert and acting appropriately for age. Well developed, nourished, and hydrated. Appears stated age. |
| **HEENT** | Negative | |
| **Resp** | | Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes. |
| **CV** | | Heart rate and rhythm are normal. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | | Skin is pink, warm, dry, and intact without rashes or lesions |
| **Other** | | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████  ███████████ | CBP - USBP - SDC - CHU - EMR - Provider |

## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ████████

**DOB** ████████                            **Event Number** ███████████

**Age** 7                                   **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/24/2025 21:07

**Last Updated** : 02/24/2025 21:07

### Time of Care Provided

02/24/2025 19:07

### Subjective

**Current illness/injury/health concern**

7 year old female presents to MU, accompanied by father, due to nasal congestion that started last night, as per father. Father denies child has cough, runny nose, fever, difficulty breathing, sore throat, and body ache. Father states child has history of nasal congestion for a long time. States at home, nasal spray is used to relieve symptom mostly at night. Last nasal spray was administered 3 months ago when they were in ███ .

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A                               **Sore Throat** N/A

**Runny Nose** N/A                          **Congestion** N/A

**Past Medical History**                    **Allergies**
Nasal congestion                            NKDA/NKA

**Medications**
Father denies

**Last Menstrual Period**                   **Pregnant?**

### Vital Signs (If Applicable)

**Temperature ( ° F)** 98.0 Tympanic        **BP (SYS/DIA)** /

**BPM** 82                                   **Weight** 18.7 kg

**RPM** 20                                   **$O_2$ Saturation/$FIO_2$ (%)** 100

### Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | |
| **Neuro** | Cranial Nerves Intact | |
| **Psych** | | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Stuffy nose - Nasal clog with dry transparent mucus |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |

| GI | NT/ND Abdomen |
|---|---|
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Normal color<br>No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Nasal congestion

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Deep saline nasal moisturizing apply, clog nostril with dry mucus, unclogged, tolerated well. Child verbalized feels better, denies feel congested
RTC PRN with child if symptom continue or worsen or for health concern while in CBP custody, medical unit open at all times, father verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ ███████ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 7 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 02/25/2025 09:19

**Last Updated** : 02/25/2025 09:19

### Time of Care Provided

02/25/2025 08:05

### Subjective

**Current illness/injury/health concern**
This 7 y/o child accompanied by father presents at MU with nasal congestion x2 days. Father denies child having fever, chills, headache, cough, sore throat, shortness of breath, chest pain, general body weakness, malaise, abdominal pain, nausea, vomiting, diarrhea, and loss of smell/taste/appetite. Child is eating well and hydrates at least a bottled water per day.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | |
|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A |
| **Runny Nose** N/A | | **Congestion** N/A |

**Past Medical History**
Denies child with any PMHx

**Allergies**
NKDA

**Medications**
none

**Last Menstrual Period**

**Pregnant?**

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)** 97.3 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 80 | **Weight** 38.6 lbs |
| **RPM** 20 | **O $_2$ Saturation/FIO $_2$ (%)** 100 |

### Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Child is appearing well and in NAD. |
| **Neuro** | Cranial Nerves Intact | Attends to questions and responds appropriately. No neuro focal deficit. CN 2-7 intact |
| **Psych** | | Affect and verbal responses are age appropriate. |
| **E/N/T** | No Lymphadenopathy | Throat non-erythematous; External ear canals are clear w/o redness, swelling, lesions, tenderness and discharges. Both TMs are pearly gray, intact and non-bulging; No cervical lymphadenopathy noted; nasal mucosa non-edematous, (+) rhinorrhea with clear secretions |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur | |

**Respiratory**

**Lungs CTA Bilaterally** Selected

| **GI** | NT/ND Abdomen | NABS x 4 quad; last BM yesterday |
|---|---|---|

**Extremities** Normal gait
Normal muscle tone

**Skin** Normal color
No lesions

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Rhinitis- allergic

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Discussed and reviewed findings, diagnoses, medication/treatment regimen with the father and child.
Symptomatic treatment with 7ml of cetirizine hydrochloride 1 MG/ML Oral Solution x 1 dose.
Encouraged to increase fluid intake for hydration.
Rest, hydrate, reassurance.
Follow-up with medical staff (available 24/7) for any health changes.
Seek continued medical attention upon release from BP custody.
Father and child verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███ | ███ | CBP - USBP - RGV - RGV - DNTMP - EMR - Provider |



## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 7 | **Subject ID** ▮▮▮▮▮▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/02/2025 04:20 | |
| **Last Updated** : 03/02/2025 04:20 | |

### Time of Care Provided

03/02/2025 00:08

### Subjective

**Current illness/injury/health concern**
This 7 y/o child accompanied by mother presents at MU with ear pains onset tonight. seen itchy dry ear, no drainage, hears adequately. Sick contacts in custody. eating and drinking well. There are no fever, chills, sweats, sob, cough, chest discomfort, nosebleeds, abdominal pain, or rashes. no injury or trauma.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
Denies child with any PMHx

**Allergies**
NKDA

**Medications**
none

**Last Menstrual Period**

**Pregnant?**

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 97.9 Temporal | **BP (SYS/DIA)** / |
| **BPM** 98 | **Weight** 40.6 lbs |
| **RPM** 18 | **$O_2$ Saturation/$FIO_2$ (%)** 100 |

### Objective

| | | |
|---|---|---|
| **General** | WD/WN | |
| | No Distress | |
| **Neuro** | | |
| **Psych** | | alert and well appearing |
| **E/N/T** | Normal/OP | ears nontender, dry itchy left ear canal, |
| | No Lymphadenopathy | right ear normal |
| | | . |
| **Eyes** | | |
| **CV** | | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** Selected | | |

**GI**

**Extremities**

| | |
|---|---|
| **Skin** | Normal color |
| | No lesions |

**Other**

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Pruritis

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Gave acetaminophen once
Instructed and pt demo handwashing
RTC as needed

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████ | ████ ████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮▮                **Alien Number** ▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮                                   **Event Number** ▮▮▮▮▮▮▮▮

**Age**  7                                         **Subject ID** ▮▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 03/09/2025 05:06

**Last Updated** : 03/09/2025 05:06

### Time of Care Provided

03/09/2025 00:57

### Subjective

**Current illness/injury/health concern**              **Signs/Symptoms of Acute Respiratory Infection**  N/A
Pruritic Scalp

**Cough**  N/A                          **Sore Throat**  N/A

**Runny Nose**  N/A                      **Congestion**  N/A

**Past Medical History**                 **Allergies**
Denies                                   NKDA

**Medications**
None

**Last Menstrual Period**                **Pregnant?**  No

### Vital Signs (If Applicable)

**Temperature ( º F)**                   **BP (SYS/DIA)**      /

**BPM**                                  **Weight**  19   kg

**RPM**                                  **O $_2$ Saturation/FIO $_2$ (%)**

### Objective

**General**
    No Distress

**Neuro**

**Psych**

**E/N/T**
    No Lymphadenopathy

**Eyes**
    PERRL

**CV**
    Cap Refill lesser than 2 sec

**Respiratory**

**Lungs CTA Bilaterally**  Selected

**GI**

**Extremities**                          Normal gait
                                         Normal muscle tone

**Skin**                                 [x ] Erythematous papules

| | [ ] Vesicles |
| | [ ] Excoriations to: [ ] web spaces [ ] axillae [ ] periumbilical areas |
| **Other** | [x ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | [x ] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Lice

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP notified. Will place in med iso until 0600

## Plan

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.
Med iso until 0600
RTC for any scalp rash or discomfort.

## Disposition

Medical Isolation

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ███████ ████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

 **Enhanced Monitoring Details**

## Patient Information

**(Last, First, MI)** ███████████

**DOB** ██████████ **Age:** 7

**Alien Number** ████████

**Event Number** ██████████

**Subject ID** ████████

## Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

## Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 03/09/2025 0946 | Treated with Nix and placed in Gen Pop. | Stop | ██████ ██████ | 03/09/2025 0847 |

## Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ████████ ████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████████

**Alien Number:** ██████  **Date of Birth:** ████████  **Subject ID/Civilian ID:** █████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/13/2025 15:42:34
Diagnosis:
Current illness/injury/health concern: Patient is a 7 year old female accompanied by mother, presenting for a follow-up juvenile assessment. Patient is eating, and drinking as usual. Mother denies any concerns at this time
Past Medical History: Mother Denies
Weight: 41.4 lbs
Temperature: 97.8°F, Temporal
BPM: 84
RPM: 24
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 02/22/2025 02:53:43
Diagnosis:
Current illness/injury/health concern: No current illness or health concerns
Past Medical History: denies
Weight: 18.2 kg
Temperature: 98.1°F, Tympanic
BPM: 82
RPM: 19
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/03/2025 17:59:54
Diagnosis:
Current illness/injury/health concern: Pt accompanied with mother, mother states no current issues at this time.
Past Medical History: Denies child with any PMHx
Weight: 18.4 kg
Temperature: 97.8°F, Tympanic
BPM: 81
RPM: 20
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/07/2025 11:10:31
Diagnosis:
Current illness/injury/health concern: Pt accompanied with mother, mother states no current issues at this time.
Past Medical History: Denies child with any PMHx
Weight: 19.0 kg
Temperature: 98.7°F, Tympanic
BPM: 94
RPM: 20
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 03/09/2025 01:06:30
Diagnosis: Lice
ECMR Status: Yellow
Current illness/injury/health concern: Pruritic Scalp

Past Medical History: Denies
Allergies: NKDA
Weight: 19 kg

Date/Time Signed: 03/02/2025 01:20:57
Diagnosis: Pruritis
ECMR Status: Yellow
Current illness/injury/health concern: This 7 y/o child accompanied by mother presents at MU with ear pains onset tonight. seen itchy dry ear, no drainage, hears adequately. Sick contacts in custody. eating and drinking well. There are no fever, chills, sweats, sob, cough, chest discomfort, nosebleeds, abdominal pain, or rashes. no injury or trauma.
Past Medical History: Denies child with any PMHx
Allergies: NKDA
Weight: 40.6 lbs
Temperature: 97.9°F, Temporal
BPM: 98
RPM: 18
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 02/25/2025 06:19:34
Diagnosis: Rhinitis- allergic
ECMR Status: Yellow
Current illness/injury/health concern: This 7 y/o child accompanied by father presents at MU with nasal congestion x2 days. Father denies child having fever, chills, headache, cough, sore throat, shortness of breath, chest pain, general body weakness, malaise, abdominal pain, nausea, vomiting, diarrhea, and loss of smell/taste/appetite. Child is eating well and hydrates at least a bottled water per day.
Past Medical History: Denies child with any PMHx
Allergies: NKDA
Weight: 38.6 lbs
Temperature: 97.3°F, Tympanic
BPM: 80
RPM: 20
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 02/24/2025 18:07:03
Diagnosis: Nasal congestion
ECMR Status: Yellow
Current illness/injury/health concern: 7 year old female presents to MU, accompanied by father, due to nasal congestion that started last night, as per father. Father denies child has cough, runny nose, fever, difficulty breathing, sore throat, and body ache. Father states child has history of nasal congestion for a long time. States at home, nasal spray is used to relieve symptom mostly at night. Last nasal spray was administered 3 months ago when they were in ▮▮▮▮.
Past Medical History: Nasal congestion
Allergies: NKDA/NKA
Weight: 18.7 kg
Temperature: 98.0°F, Tympanic
BPM: 82
RPM: 20
O2 Saturation/FIO2 (%): 100

☐ **Referred toMedical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
cetirizine hydrochloride 1 MG/ML Oral Solution - 7 mL (Given Now);
permethrin 10 MG/ML [Nix Cream Rinse] - 1 Units (Given Now);
sodium chloride 0.642 MEQ/ML Nasal Spray - 2 Drops, gtt(s) (Given Now);

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:**03/14/2025 12:14:31

**CBP Form 2501**