# Exhibit F

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**






# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 8  
**Was translation services utilized?** No  
**Date/Time Signed** : 02/27/2025 20:23:07  
**Last Updated** : 02/27/2025 20:23:07  

**Alien Number**  
**Event Number**  
**Subject ID**

## Time of Care Provided
02/27/2025 16:50

## History

**Current illness/injury/health concern**  
8 year female patient present to the MU with no complaint and no distress. Patient has a normal gait and is speaking in complaint sentences. Patient has no gross neurological deficits. Patient is atraumatic and denies pain. Patient has no current constitutional complaints like sore throat, headache, nausea, diarrhea, vomiting.

**Medications**  
none

**Past Medical History**  
none

**Allergies**  
nkda

**Last Menstrual Period**  

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

**Temperature ( °F)** 98.8  Tympanic  
**BPM** 100  
**RPM** 16  

**BP (SYS/DIA)**  /  
**Weight** 27.6  kg  
**O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| | |
|---|---|
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - YUM - YUM - YPC - EMR - Provider |

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████████████████  **Alien Number** ████████
**DOB** ████████  **Event Number** ████████████
**Age** 8  **Subject ID** ████████
**Was translation services utilized?** Yes
**Date/Time Signed** : 03/06/2025 22:22:22
**Last Updated** : 03/06/2025 22:22:22

## Time of Care Provided

03/06/2025 19:19

## History

**Current illness/injury/health concern**
8 year old female here with mother. Mother reports abd pain/discomfort. Upon questioning, mother states child has not eaten much today and only had 1 bottle of water. Normal diet is ███████ and includes Pizza. Denies NVD, CP or HA. Exam benign, abd soft, flat with active bsx4. Slight generalized tenderness on palpation. Active BS x4. No s/sx of acute abd. issues. Last BM 3/6/25. Educated on the importance of increasing water intake and maintaining nutrition. Dinner bag and 500ml of water/electrolyte powder offered.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and alert

## Vital Signs

**Temperature (°F)** 96.8  Tympanic  **BP (SYS/DIA)**  /
**BPM** 100  **Weight** 27.3  kg
**RPM** 20  **O$_2$ Saturation/FIO$_2$ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |

| | |
|---|---|
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  **Alien Number**
**DOB**  **Event Number**
**Age** 8  **Subject ID**
**Was translation services utilized?** No
**Date/Time Signed** : 03/01/2025 14:23
**Last Updated** : 03/01/2025 14:23

## Time of Care Provided

03/01/2025 12:13

## Subjective

**Current illness/injury/health concern**
8-year-old accompanied female comes from the POD with a C/C of diarrhea X1 episode, nausea with vomiting X1 episode with the onset of symptoms starting this morning. Child denies any current abdominal pain or cramping, HA, body aches, sore throat or weakness. Mother denies any cough, runny nose, lethargy or changes in appetite. Mother states the child has been drinking milk and all meals provided at the facility. Denies any lactose intolerance. Mother denies any chronic medical conditions, any recent acute illnesses or injuries while traveling. Denies any recent use of OTCs or antibiotic therapy. Mother states vaccines are UTD. Child current reports a "stomach ache" without any other pain or symptoms at this time.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
PMHx: none per mother. UTD on vaccines
PSHx: none per mother

**Allergies**
NKDA
NKMA

**Medications**
None per mother

**Last Menstrual Period**  **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 97.8 Tympanic  **BP (SYS/DIA)** 114 / 62
**BPM** 89  **Weight** 27.6 kg
**RPM** 18  **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

**General**  Well-appearing active 8-year-old female who does not appear ill, toxic or in any acute distress
**Neuro**  Alert
**Psych**  Smiling, calm, cooperative, good eye contact. Appropriate for age
**E/N/T**  No posterior oral pharyngeal erythema, no exudate, tonsils +0. No rhinorrhea. Dentition in good repair.
**Eyes**  Normal lid/conjunctiva

| | | |
|---|---|---|
| CV | PERRL<br>No Murmur<br>Cap Refill lesser than 2 sec | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** N/A<br>No cough or SOB. LS CTA bilaterally | | |
| GI | | Abdomen soft, non-tender, non-distended, no rebound tenderness or guarding, no organomegaly. Normoactive BS in all 4 quadrants. |
| **Extremities** | Normal gait<br>Normal muscle tone | |
| **Skin** | | Moist mucous membranes, good skin turgor. No rash, lesions or vesicles. |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Nausea with vomiting | Diarrhea- uncomplicated

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

1. PE exam reassuring. VSS, appears well-hydrated. New onset GI symptoms of diarrhea + vomiting X1 episode. Most likely viral gastroenteritis, self-limited in nature.
2. Reassurance provided to mother. Discussed dietary changes including no milk, avoid high sugar juices and junk food. May hydrate with water and electrolytes, bland diet as tolerated
3. Ondansetron 4mg given during encounter for vomiting, may repeat Q8 HRS PRN N/V. No PRNs for diarrhea at this time, not recommended for current age and diarrhea is usually self-limited.
4. Reviewed with mother S/S to monitor for that would require further medical evaluation at Charlie MU. Mother verbalized understanding with no further questions at this time.
5. F/U with Pediatrician once released

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬ | CBP - USBP - YUM - YUM - YPC - EMR - Provider |

# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 8  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 03/04/2025 15:39  
**Last Updated** : 03/04/2025 15:39  

**Alien Number**  
**Event Number**  
**Subject ID**  

## Time of Care Provided
03/04/2025 09:23

## Subjective

**Current illness/injury/health concern**  
8YO female is brought to the medical unit by the CBP for re-assessment. She is accompanied by her mother who reports c/o child with headache onset today. Mother reports child drinks 2 bottles of water a day.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Runny Nose** N/A  
**Sore Throat** N/A  
**Congestion** N/A  

**Past Medical History**  
mother denies

**Allergies**  
KNDA

**Medications**  
mother denies

**Last Menstrual Period**  
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 97.8 Tympanic  
**BPM** 91  
**RPM**  
**BP (SYS/DIA)** /  
**Weight** 27.1 kg  
**O$_2$ Saturation/FIO$_2$ (%)** 97

## Objective

**General**  No Distress   interacting with mother and brother, appears in minimum discomfort

**Neuro**

**Psych**   cooperative, calm

**E/N/T**   decreased moisture to tongue

**Eyes**   Normal lid/conjunctiva  
PERRL

**CV**   No Murmur

**Respiratory**

**Lungs CTA Bilaterally** Selected  
no cough/sob/wheezing

**GI**

| | |
|---|---|
| **Extremities** | |
| **Skin** | Normal color |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Headache | Dehydration- mild

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

PediaSure provided. Observed drinking water and supplement without difficulty. Increase water intake. Return to the medical unit as needed. Mother verbalizes understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮  **Alien Number** ▮
**DOB** ▮  **Event Number** ▮
**Age** 8  **Subject ID** ▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/06/2025 21:52

**Last Updated** : 03/06/2025 21:52

## Time of Care Provided

03/06/2025 18:37

## Subjective

**Current illness/injury/health concern**
8 year old female here with mother. Mother reports abd pain/discomfort. Upon questioning, mother states child has not eaten much today and only had 1 bottle of water. Normal diet is ▮ nd includes Pizza. Denies NVD, CP or HA. Exam benign, abd soft, flat with active bsx4. Slight generalized tenderness on palpation. Active BS x4. No s/sx of acute abd. issues. Last BM 3/6/25

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
Denies

**Allergies**
NKDA

**Medications**
None

**Last Menstrual Period**  **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 96.8 Tympanic  **BP (SYS/DIA)** /
**BPM** 100  **Weight** 27.3 kg
**RPM** 20  **O₂ Saturation/FIO₂ (%)** 100

## Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Calm and alert |
| **E/N/T** | No Lymphadenopathy |
| **Eyes** | PERRL |
| **CV** | Cap Refill lesser than 2 sec |

**Respiratory**

**Lungs CTA Bilaterally** Selected

| | | |
|---|---|---|
| GI | NT/ND Abdomen | Active PSx4 |
| Extremities | Normal gait  Normal muscle tone | |
| Skin | Normal color  No lesions | |

### Other

### Tests

**Glucose**

**Flu**

**Pregnancy**

### Diagnosis

Normal exam

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Plan

Educated on the importance of increasing water intake, maintaining nutrition, resting, wearing face mask and washing hands frequently- mother verbalizes understanding
Provided dinner bag with 500ml of water/electrolyte powder for nutrition
RTC if sx persists or worsens-mother verbalizes understanding

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



**DEPARTMENT OF HOMELAND SECURITY**

**U.S. Customs and Border Protection**

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**     **Date of Birth:**     **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - YUM - YUM - YPCC - EMR - EMT (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 02/27/2025 18:23:07
Diagnosis:
Current illness/injury/health concern: 8 year female patient present to the MU with no complaint and no distress. Patient has a normal gait and is speaking in complaint sentences. Patient has no gross neurological deficits. Patient is atraumatic and denies pain. Patient has no current constitutional complaints like sore throat, headache, nausea, diarrhea, vomiting.
Past Medical History: none
Weight: 27.6 kg
Temperature: 98.8°F, Tympanic
BPM: 100
RPM: 16
O2 Saturation/FIO2 (%): 99

Medical Encounter:

Date/Time Signed: 03/01/2025 12:23:05
Diagnosis: Nausea with vomiting, Diarrhea- uncomplicated
ECMR Status: Yellow
Current illness/injury/health concern: 8-year-old accompanied female comes from the POD with a C/C of diarrhea X1 episode, nausea with vomiting X1 episode with the onset of symptoms starting this morning. Child denies any current abdominal pain or cramping, HA, body aches, sore throat or weakness. Mother denies any cough, runny nose, lethargy or changes in appetite. Mother states the child has been drinking milk and all meals provided at the facility. Denies any lactose intolerance. Mother denies any chronic medical conditions, any recent acute illnesses or injuries while traveling. Denies any recent use of OTCs or antibiotic therapy. Mother states vaccines are UTD. Child current reports a "stomach ache" without any other pain or symptoms at this time.
Past Medical History: PMHx: none per mother. UTD on vaccines
PSHx: none per mother
Allergies: NKDA
NKMA
Weight: 27.6 kg
Temperature: 97.8°F, Tympanic
BP (SYS/DIA): 114/62
BPM: 89
RPM: 18
O2 Saturation/FIO2 (%): 99

☐ Referred to Medical Facility (Summary Info):

☒ Medications Prescribed/follow-on instructions:

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:** 03/02/2025 04:49:22

**CBP Form 2501**

Page 2 of 2