# Exhibit G

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

[ Activate ]  [ Discharge ]

### Patient Information
Current Location: POD 2-Cell A (SAD)  —  Last Updated: 03/06/2025 22:14

| | |
|---|---|
| **Last Name** ▮ | **First Name** ▮ |
| **Middle Initial** ▮ | **Sex** M |
| **Alien Number** ▮ | **Event Number** ▮ |
| **Date of Birth** ▮ | **Age** 12 |
| **Country of Citizenship** ▮ | **Individual Status** Inactive |
| **Individual Type** FMUA | **Subject ID / Civilian ID** ▮ |
| **Location Information** CBP - USBP - SDC - SAD - EMR | |

### Health Intake Interview ⊟

| Reporter | Date/Time | |
|---|---|---|
| Created By ▮  Updated By ▮ | Last Updated 03/04/2025 12:34 | [ Details ] |

### Medical Assessment

| Reporter | Status | Date/Time | | | |
|---|---|---|---|---|---|
| **Signed By** ▮  CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 03/06/2025 22:18 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| **Signed By** ▮  CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Signed 02/27/2025 21:34 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | |
|---|---|---|---|---|---|---|
| **Signed By** ▮  CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Normal exam | Signed 03/06/2025 22:14 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| **Signed By** ▮  CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Headache,Dehydration- mild | Signed 03/04/2025 12:59 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| **Signed By** ▮  CBP - USBP - YUM - YUM - YPC - EMR - Provider | Signed | Other: Acute Abdominal Pain | Signed 02/27/2025 22:27 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| **Signed By** ▮  CBP - USBP - YUM - YUM - YPC - EMR - Provider | Signed | Other: nosebleed | Signed 02/27/2025 22:52 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| **Signed By** ▮  CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Headache | Signed 03/02/2025 11:26 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

### Medications - App

[ ! ] [ Medication Review ] [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions

[ + Add ]

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time | |
|---|---|---|---|---|
| **Signed By** ▮  CBP - USBP - YUM - YUM - YPC - EMR - Provider | YRMC | Signed | Updated | [ Δ Update Status ] [ History ] [ Details ] |

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments

[ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|
| ▮  CBP - USBP - YUM - YUM - YPC - EMR - EMT | 📄 2025_02_27_21_42_42.pdf | refusal  Patient Refusal Form | Last Updated 02/27/2025 21:36  [ Δ Edit ] [ History ] [ Delete ] |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████████          **Alien Number** ██████████

**DOB** ████████                                **Event Number** ███████████

**Age** 12                                      **Subject ID** ████████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/27/2025 21:34:33

**Last Updated** : 02/27/2025 21:34:33

### Time of Care Provided

02/27/2025 16:49

### History

**Current illness/injury/health concern**

12 year old male child accompanied by parent, is in no distress at this time. Parent admits child is up to date on vaccinations. They deny difficulty eating, drinking, or use of bathroom, illness bs or sx of fevers, chills, nausea, vomiting, diarrhea, cough, congestion, or sore throat. They deny any injuries, health, mental health hx, or concerns.

**Medications**
none

**Past Medical History**
no past medical history

**Allergies**
nkda
nkfa

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

**Temperature ( °F)** 98.2  Tympanic          **BP (SYS/DIA)** 106 / 61

**BPM** 87                                    **Weight** 45.8  kg

**RPM** 18                                    **O$_2$ Saturation/FIO$_2$ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

**Neuro** Negative

**Other**

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| █████████ | ████████ ████████████ | CBP - USBP - YUM - YUM - YPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ████████████████████          **Alien Number** ████████

**DOB** ████████                                      **Event Number** ████████

**Age** 12                                            **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/06/2025 22:18:22

**Last Updated** : 03/06/2025 22:18:22

## Time of Care Provided

03/06/2025 19:16

## History

**Current illness/injury/health concern**                **Medications**
12 year old male here with c/o headache. Mother reports child has    None
had decreased appetite and oral intake with only 1 bottle of water
today. Denies acute vision changes, weakness, NT, dizziness, head
injury, SOB, CP or recent illness. Assessment benign, AOx4, neuro
intact, MAEs well. VSS. No acute distress noted.

**Past Medical History**                                 **Allergies**
None                                                     NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm and alert

## Vital Signs

**Temperature ( ° F)** 97.8 Tympanic          **BP (SYS/DIA)** /

**BPM** 93                                    **Weight** 47.5 kg

**RPM** 20                                    **$O_2$ Saturation/$FIO_2$ (%)**

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ████████ ████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ████████████████████             **Alien Number** ████████

**DOB** ████████                                        **Event Number** ████████████

**Age** 12                                              **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/27/2025 22:27

**Last Updated** : 02/27/2025 22:27

## Time of Care Provided

02/27/2025 20:01

## Subjective

**Current illness/injury/health concern**                    **Signs/Symptoms of Acute Respiratory Infection** N/A
This is a 12 yr old male returning to medical c/o Lt upper
abdominal pain - sudden onset started less than 5 mins ago. The
mother denies previous hx of trauma, fever, chills ,cough, nausea
diarrhea, constipation or vomiting. The child was seen less than 1/2
an hour ago for a nose bleed- it appeared he had itched his nose-
there was blood on the Lt index finger. At present is crying and
appears to be in much distress c/o abdominal pain. There is
tenderness in the Lt upper abdominal area. The child is bent over
crying due to pain - said the pain is 8/10
The mother said the child is usually healthy /does not take meds
daily/has not had an episode of abdominal pain previously.

**Cough** N/A                                           **Sore Throat** N/A

**Runny Nose** N/A                                      **Congestion** N/A

**Past Medical History**                                **Allergies**
Denies                                                  NKDA

**Medications**
denies

## Vital Signs (If Applicable)

**Temperature ( $^o$ F)** 98.1 Tympanic                 **BP (SYS/DIA)** 127 / 79

**BPM** 93                                              **Weight** 45.8 kg

**RPM** 18                                              **O $_2$ Saturation/FIO $_2$ (%)** 100

## Objective

**General**                          Moderate distress c/o abdominal pain

**Neuro**                            No focal deficits.

**Psych**

**E/N/T**          Normal/OP         Nose- Lt nostril with dried blood.
                                     Mouth- No exudates. Uvula is midline.

**Eyes**           Normal lid/conjunctiva
                   PERRL

**CV**             No Murmur

**Respiratory**

**Lungs CTA Bilaterally** Selected

No RRW.

**GI**                                          Mild BS appreciated. Soft. Very tender LUQ abdominal pain. Apprehensive. No oragnomegaly

| **Extremities** | Normal gait |
| | Normal muscle tone |

| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Acute Abdominal Pain

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

Yes

**Risk Detainee Notes**

ER referral for abdominal pain

**Plan**

ER referral for abdominal pain

**Disposition**

Referred to ER/ED

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| This is a child 12 yr old male dx with acute abdominal pain- was referred to the ER. The mother of the minor detainee is refusing to go to the ER because her minor daughter will not be able to accompany her . The mother was reassured the child would be safe is still refusing . A refusal form was signed after the mother was made aware that refusing could lead to worsening of the child's condition and possible loss of life. The mother verbalized understanding . The refusal was signed and witnessed in the presence of CBP personnel- ▮▮▮▮▮ . Pediatric Supervising Physician Dr ▮▮▮ was made aware. No new recommendation given at present. The family is presently sitting in the medical area - the child is eating a bag of chips. In no apparent distress. The Family will be housed in medical isolation. | Physician Addendum | ▮▮▮▮ ▮▮▮▮ | 02/27/2025 2332 |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ ▮▮▮▮▮ | CBP - USBP - YUM - YUM - YPC - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ████████████ |
| **Age** 12 | **Subject ID** ███████████ |
| **Was translation services utilized?** Yes | |
| **Date/Time Signed** : 02/27/2025 22:52 | |
| **Last Updated** : 02/27/2025 22:52 | |

### Time of Care Provided

02/27/2025 19:40

### Subjective

**Current illness/injury/health concern**

Child has left unit to sit on benches on this unit after his medical assessment was completed. He was brought back in by his mother for left nostril bleeding. He reports picking in affected nostril prior to the nosebleeds. The nosebleeds had stopped by the time he returned to this unit. he denies headache, denies SOB, denies any other acute symptoms. His mother denies this child is has been recently sick or that he is currently sick.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
Denies

**Allergies**
NKDA

**Medications**
denies

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)** 98.2 Tympanic | **BP (SYS/DIA)** 106 / 61 |
| **BPM** 87 | **Weight** 45.8 kg |
| **RPM** 20 | **$O_2$ Saturation/$FIO_2$ (%)** 99 |

### Objective

| | | |
|---|---|---|
| **General** | No Distress | Child has left unit to sit on benches on this unit after assessment was completed. He was brought back in by his mother for left nostril bleeding. The nosebleeds had stopped by the time he returned to this unit. he denies headache, denies SOB, denies any other acute symptoms. His mother denies this child is has been recently sick or that he is currently sick. |
| **Neuro** | Cranial Nerves Intact | He is alert, verbal, and ambulatory and he is acting according to his age and current environment. He denies dizziness, or any other acute symptoms. He denies headache. |
| **Psych** | | He is calm and cooperative |
| **E/N/T** | No Lymphadenopathy | He was brought for left nostril bleeding. He reports picking in affected nostril prior to the nosebleeds. The nosebleed had stopped by the time he returned to this unit, but he had a small amount of bright red in his left nostril that this provider cleaned with saline water and this provider noted small scratch inside his left nostril; Vaseline was applied. he denies headache, denies SOB, denies |

any other acute symptoms. His mother denies this child has been recently sick or that he is currently sick.

| Eyes | Normal lid/conjunctiva PERRL | |
|------|------|------|
| CV | No Murmur Cap Refill lesser than 2 sec | He denies chest pain |

**Respiratory**

**Lungs CTA Bilaterally** Selected

BBS clear. Denies SOB

| GI | NT/ND Abdomen | He denies N/V/D and abdominal pain. His abdomen is soft and nontender to palpation. |
|------|------|------|
| Extremities | Normal gait Normal muscle tone | |
| Skin | Normal color | Small scratch was noted inside his left nostril. No nosebleeds noted once his nostril was cleaned with saline water. |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: nosebleed

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

-Apply Vaseline thin layer inside nostrils now
-Normal saline drops nasally now
-He was advised to not pick inside his nose to avoid nasal bleeding
-He was advised to pinch the soft part of his nose if nosebleeds and to seek medical care
-He was advised to rest and to hydrate
-He was advised to return to medical if worsening or any acute symptoms or medical concerns.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|------|------|------|------|

**Signed By:**

| Provider | Username | Position Name |
|------|------|------|
| ███████ | ███████ | CBP - USBP - YUM - YUM - YPC - EMR - Provider |



# Details - Medical Encounter

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 12 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/02/2025 11:26

**Last Updated** : 03/02/2025 11:26

## Time of Care Provided

03/02/2025 08:09

## Subjective

**Current illness/injury/health concern**
Mother presents with 12 y/o male that is complaining of headache for three days. States the pain is located in the back of his head that does nor radiate. Pain level is 9/10 on pain scale. Denies trauma, injury, dizziness, N/V, and vision changes. States he only drinks half bottle water per day.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
Mother states patient had an MRI i ▮▮▮▮▮ and "has a cyst in his head", Mother denies having any supporting medical documentation

**Allergies**
Mother denies any allergies, NKDA

**Medications**
Mother denies any medications

## Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( $^{\circ}$ F)** 97.0 Tympanic | **BP (SYS/DIA)** 98 / 60 |
| **BPM** 82 | **Weight** 46.0 kg |
| **RPM** 18 | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Afebrile |
| **Neuro** | Cranial Nerves Intact | |
| **Psych** | | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | MMM, nares are patent, TMs are clear |
| **Eyes** | Normal lid/conjunctiva | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** Selected | | |

| | |
|---|---|
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Headache

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Ibuprofen 100 mg/ 5 ml, give 12.5 ml PO once
Electrolyte 16 oz. provided for hydration
Advised mother to encourage fluids intake for hydration

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████████ | ███████ ████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▉▉▉▉▉ | **Alien Number** ▉▉▉▉ |
| **DOB** ▉▉▉ | **Event Number** ▉▉▉▉ |
| **Age** 12 | **Subject ID** ▉▉▉ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/04/2025 12:59

**Last Updated** : 03/04/2025 12:59

### Time of Care Provided

03/04/2025 09:35

### Subjective

**Current illness/injury/health concern**                    **Signs/Symptoms of Acute Respiratory Infection**  N/A

12YO male presents to the medical unit accompanied by his mother with c/o headache and abdominal pain onset today. Mother reports child with decreased appetite. Denies nausea/vomiting. Reports some episodes of diarrhea that are resolving. Mother reports child drinks 2 bottles of water a day (1L). Last bowel sound yesterday.

| | |
|---|---|
| **Cough**  N/A | **Sore Throat**  N/A |
| **Runny Nose**  N/A | **Congestion**  N/A |

**Past Medical History**                                        **Allergies**
mother denies                                                  mother denies
                                                               KNDA

**Medications**
mother denies

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)**  98.4 Tympanic | **BP (SYS/DIA)**    / |
| **BPM**  101 | **Weight**  46.8  kg |
| **RPM** | **O $_2$ Saturation/FIO $_2$ (%)**  96 |

### Objective

| **General** | | sitting up next to his mother, appears in mild discomfort |
|---|---|---|
| | No Distress | |

| **Neuro** | | |
|---|---|---|

| **Psych** | | interacting with mother and sister, interacts with medical provider |
|---|---|---|

| **E/N/T** | | decreased moisture to tongue and oral mucosa. |
|---|---|---|
| | No Lymphadenopathy | |

| **Eyes** | Normal lid/conjunctiva | |
|---|---|---|
| | PERRL | |

| **CV** | No Murmur | |
|---|---|---|
| | Cap Refill lesser than 2 sec | |

### Respiratory

**Lungs CTA Bilaterally**  Selected

no cough/sob/wheezing/rhonchi

**GI** ND, bowel sounds presents x 4 abd quads, tenderness to palpation of epigastric area, no masses palpated

**Extremities**

**Skin** Normal color

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Headache | Dehydration- mild

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Increase water intake. PediaSure provided. Increase water intake. Return to the medical unit if sx do not improve or worsen. Mother verbalizes understanding.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████ ███████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ████████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ████████████ |
| **Age** 12 | **Subject ID** ████████ |
| **Was translation services utilized?** Yes | |
| **Date/Time Signed** : 03/06/2025 22:14 | |
| **Last Updated** : 03/06/2025 22:14 | |

### Time of Care Provided

03/06/2025 18:55

### Subjective

**Current illness/injury/health concern**

12 year old male here with c/o headache. Mother reports child has had decreased appetite and oral intake with only 1 bottle of water today. Denies acute vision changes, weakness, NT, dizziness, head injury, SOB, CP or recent illness. Assessment benign, AOx4, neuro intact, MAEs well. VSS. No acute distress noted.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
None

**Allergies**
NKDA

**Medications**
None

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)** 97.8 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 99 | **Weight** 47.5 kg |
| **RPM** 20 | **O $_2$ Saturation/FIO $_2$ (%)** 100 |

### Objective

| | |
|---|---|
| **General** | No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Calm and alert |
| **E/N/T** | No Lymphadenopathy |
| **Eyes** | PERRL |
| **CV** | Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** Selected | |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |

| | |
|---|---|
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Normal exam

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Educated on the importance of increasing water intake, resting, maintaining nutrition, wearing face mask and washing hands frequently
Provided 500ml of water/electrolyte powder for hydration and dinner bag for nutrition
RTC if sx persists or worsens

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████ ████████████ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

## HOSPITAL REFERRAL FORM

**Name (Last, First, Middle Initial):** ████████████████

**Alien Number:** ████████    **Date of Birth:** ████████    Subject ID / Civilian
ID ████████████████

**Referred from CBP Location:**

**Name of Hospital/Clinic referred to:** YRMC

**The above-named patient is in the lawful custody of U.S. Customs & Border Protection (CBP) and has been medically evaluated by a CBP contracted medical provider. The patient is being referred to a higher level of care at your facility for the following reason(s):**

Medical Encounter:

Date/Time Signed: 02/27/2025 20:27:29
Diagnosis: Other: Acute Abdominal Pain
ECMR Status: None
Current illness/injury/health concern: This is a 12 yr old male returning to medical c/o Lt upper abdominal pain - sudden onset started less than 5 mins ago. The mother denies previous hx of trauma, fever, chills ,cough, nausea diarrhea, constipation or vomiting. The child was seen less than 1/2 an hour ago for a nose bleed- it appeared he had itched his nose- there was blood on the Lt index finger. At present is crying and appears to be in much distress c/o abdominal pain. There is tenderness in the Lt upper abdominal area. The child is bent over crying due to pain - said the pain is 8/10
The mother said the child is usually healthy /does not take meds daily/has not had an episode of abdominal pain previously.
PE:In moderate distress. crying due to abdominal pain
Abdomen - Mild BS appreciated. Soft. Very tender LUQ abdominal pain. Apprehensive. No organomegaly
Nose- Lt nostril with dried blood.
Mouth- No exudates. Uvula is midline.
Past Medical History: Denies
Allergies: NKDA
Weight: 45.8 kg
Temperature: 98.1° F, Tympanic
BP (SYS/DIA): 127/79
BPM: 93
RPM: 18
O2 Saturation/FIO2 (%): 100
Please evaluate and tx.

**Pertinent Clinical History:**

Active Medications:
N/A

Inactive Medications:
N/A

**Please be advised that a covered entity may disclose the requested information to CBP pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), without the authorization or agreement of the patient (See 45 CFR 164.512,**

Uses and disclosures for which an authorization or opportunity to agree or object is not required).

**The requested health information is necessary for CBP to provide health care to the patient in CBP's custody and for the administration of the safety, security, and good order of the CBP holding facility. (See 45 CFR 164.512 (k)(5)). Upon discharge from your facility, please provide CBP with a summary of care provided, including, diagnosis/diagnoses at the time of discharge, chief complaint, pertinent clinical findings, pertinent test results, pending test results, medications prescribed, and recommended follow up care (using the attached form or summary of care from your EMR).**

**This information is also necessary to process payment of services through the MedPar program.**

**For any questions or further consultation, please contact:** 928-314-6170

---

**Signed  -  Reported By**

**Printed Name (First, Last):** ███████████        **Title:** Physican Assistant

**Position:** CBP - USBP - YUM - YUM - YPC - EMR - Provider        **Date / Time Signed:** 02/27/2025 20:31:38

---

**This page may be retained by the Medical Treatment Facility**

DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

## INFORMATION REQUEST FOR CONTINUITY OF CARE

**Name (Last, First, Middle Initial):** ███████████████████

**Alien Number:** ███████        **Date of Birth:** ████████        **Subject ID / Civilian ID** ████████████

**Referred from CBP Location:**

**Name of Hospital/Clinic referred to:** YRMC

This patient is anticipated to return to the lawful custody of CBP with contract medical staff. The information below is necessary to provide health care to the individual in CBP's custody and for the administration of the safety, security, and good order of the CBP holding facility after discharge from your medical treatment facility (MTF).

**Chief Complaint at MTF:**

**Discharge Diagnosis/Diagnoses:**

**Pertinent Clinical Findings at MTF (history, exam, etc.):**

**Pertinent Test Results (lab, imaging, etc.):**

**Test Results Pending at Time of Discharge from MTF:**



DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### INFORMATION REQUEST FOR CONTINUITY OF CARE cont.

**Name (Last, First, Middle Initial):** ███████████████████

**Alien Number:** ██████        **Date of Birth:** ██████        **Subject ID / Civilian
ID** █████████████

**Prescriptions:**

**Recommendations for Follow-Up Care:**

**\*\*Note to CBP Agent/Officer accompanying patient – Ensure that this form/all discharge information from the MTF accompanies patient and that patient is presented to the medical unit upon return to CBP facility.**

## Patient Refusal of Care

I, ██████████████████████████████ , am refusing treatment on ___2/27/25___
                                                                      *(Date)*
(Patient's Name)

for my injuries/medical condition.  I have been informed of all of the risks involved with my refusal by CBP Medical Personnel

___██████████████____  By signing this, I attest that I fully understand these risks and accept the
*(Medical Practitioner's Name)*

outcome of my refusal.  I have also been informed that if I change my mind or if my symptoms worsen, then I am free to seek help from
U.S. Customs and Border Protection or another agency.

Patient's Signature: _____X██████████████████   /Mother

Witness's Signature: _____X██████████████████

Witness's Signature: _____████████████████

---

Yo, _____ me niego al tratamiento el _____ por mis lesiones/

condicion medica.  He sido informado de todos los riesgos involucrados con mi rechazo por parte del Personal Medico de la CBP.

_____ Al firmar esto, doy fe de que comprendo plenamente estos riesgos y acepto

el resultado de mi negativa.  Tambien me han informado que si cambio de opinion o mis sintomas empeoran, entonces soy libere de
buscar ayuda de la Oficina de Aduanas y Proteccion Fronteriza de los Estados Unidos u otra agencia.

Patient's Signature: _____

Witness's Signature: _____

Witness's Signature: _____

Form 022, Patient
Refusal of Care
v7.19.21



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████████

**Alien Number:** ██████   **Date of Birth:** ███████   **Subject ID/Civilian ID:** ███████

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - USBP - YUM - YUM - YPCC - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 02/27/2025 19:34:33
Diagnosis:
Current illness/injury/health concern: 12 year old male child accompanied by parent, is in no distress at this time. Parent admits child is up to date on vaccinations. They deny difficulty eating, drinking, or use of bathroom, illness bs or sx of fevers, chills, nausea, vomiting, diarrhea, cough, congestion, or sore throat. They deny any injuries, health, mental health hx, or concerns.
Past Medical History: no past medical history
Weight: 45.8 kg
Temperature: 98.2°F, Tympanic
BP (SYS/DIA): 106/61
BPM: 87
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 02/27/2025 20:52:49
Diagnosis: Other: nosebleed
ECMR Status: None
Current illness/injury/health concern: Child has left unit to sit on benches on this unit after his medical assessment was completed. He was brought back in by his mother for left nostril bleeding. He reports picking in affected nostril prior to the nosebleeds. The nosebleeds had stopped by the time he returned to this unit. he denies headache, denies SOB, denies any other acute symptoms. His mother denies this child is has been recently sick or that he is currently sick.
Past Medical History: Denies
Allergies: NKDA
Weight: 45.8 kg
Temperature: 98.2°F, Tympanic
BP (SYS/DIA): 106/61
BPM: 87
RPM: 20
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/27/2025 20:27:29
Diagnosis: Other: Acute Abdominal Pain
ECMR Status: None
Current illness/injury/health concern: This is a 12 yr old male returning to medical c/o Lt upper abdominal pain - sudden onset started less than 5 mins ago. The mother denies previous hx of trauma, fever, chills ,cough, nausea diarrhea, constipation or vomiting. The child was seen less than 1/2 an hour ago for a nose bleed- it appeared he had itched his nose- there was blood on the Lt index finger. At present is crying and appears to be in much distress c/o abdominal pain. There is tenderness in the Lt upper abdominal area. The child is bent over crying due to pain - said the pain is 8/10 The mother said the child is usually healthy /does not take meds daily/has not had an episode of abdominal pain

previously.
Past Medical History: Denies
Allergies: NKDA
Weight: 45.8 kg
Temperature: 98.1°F, Tympanic
BP (SYS/DIA): 127/79
BPM: 93
RPM: 18
O2 Saturation/FIO2 (%): 100

☐ **Referred toMedical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

██████████████████████

**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:** 03/02/2025 04:49:22

**CBP Form 2501**