# Exhibit H

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮   **Alien Number** ▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮   **Event Number** ▮▮▮▮▮▮▮
**Age** 2   **Subject ID** ▮▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 03/06/2025 01:48:33
**Last Updated** : 03/06/2025 01:48:33

## Time of Care Provided
03/05/2025 22:46

## History

**Current illness/injury/health concern**
26 months old male here with parents. Father denies any current health concerns and denies hx of acute/chronic illness/injury/hospitalization. Denies active/chronic medication use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well.
Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Father verbalizes understanding to RTC with any concerning health symptoms/concerns.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and alert

## Vital Signs

**Temperature (°F)** 98.0 Tympanic   **BP (SYS/DIA)**   /
**BPM** 107   **Weight** 14.2 kg
**RPM** 22   **O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

| | |
|---|---|
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

**Provider**
█████████

**Username**
█████████████████

**Position Name**
CBP - USBP - SDC - SDC - SAD - EMR - Provider



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**           **Date of Birth:**           **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - SDC - SAD - EMR - EMT (Location)

[X] **No Medical issues were identified or treated in CBP custody**

[ ] **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/05/2025 22:48:33
Diagnosis:
Current illness/injury/health concern: 26 months old male here with parents. Father denies any current health concerns and denies hx of acute/chronic illness/injury/hospitalization. Denies active/chronic medication use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well.
Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Father verbalizes understanding to RTC with any concerning health symptoms/concerns.
Past Medical History: Denies
Weight: 14.2 kg
Temperature: 98.0°F, Tympanic
BPM: 107
RPM: 22
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

[ ] **Referred to Medical Facility (Summary Info):**

[ ] **Medications Prescribed/follow-on instructions:**

[ ] **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

**EMT Title**

**Date / Time Signed:** 03/06/2025 06:38:06

**CBP Form 2501**