# Exhibit I

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮   **Alien Number** ▮▮▮▮
**DOB** ▮▮▮▮   **Event Number** ▮▮▮▮
**Age** 7   **Subject ID** ▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 03/06/2025 01:44:27
**Last Updated** : 03/06/2025 01:44:27

## Time of Care Provided
03/05/2025 22:32

## History

**Current illness/injury/health concern**
7 year old male here with parents. Father denies any current health concerns and denies hx of acute/chronic illness/hospitalization. Denies active/chronic medication use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well. Of note, father reports nose injury as a child. Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Father verbalizes understanding to RTC with any concerning health symptoms/concerns.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and alert

## Vital Signs

**Temperature (°F)** 98.2 Tympanic   **BP (SYS/DIA)** /
**BPM** 76   **Weight** 29.55 kg
**RPM** 20   **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

| | | |
|---|---|---|
| Skin | Negative | |
| Neuro | Negative | |
| Other | | |

**Physical Exam**

| | | |
|---|---|---|
| General | Negative | |
| HEENT | | Healed transverse scar across the bridge of nose- Dad states child was thrown in the air towards a fan which cut the child's nose |
| Resp | Negative | |
| CV | Negative | |
| GI | Negative | |
| M/S | Negative | |
| Skin | Negative | |
| Other | | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

**Provider**
█████████

**Username**
█████████████████

**Position Name**
CBP - USBP - SDC - SDC - SAD - EMR - Provider



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 7  
**Alien Number**  
**Event Number**  
**Subject ID**  

**Was translation services utilized?** Yes  
**Date/Time Signed** : 03/06/2025 07:03  
**Last Updated** : 03/06/2025 07:03  

## Time of Care Provided
03/06/2025 03:44

## Subjective

**Current illness/injury/health concern**  
7 y/o male accompanied by father report to medical unit with leg discomfort and pain 10/10. According to father, minor has been walking long distances while traveling. Minor appears upset and tired when walking around medical unit. Vitals in normal range. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A  
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**  
Father denies any pertinent medical history.

**Allergies**  
Father denies any known allergies.

**Medications**  
No current medications.

## Vital Signs (If Applicable)

**Temperature (°F)** 98.2 Tympanic  
**BPM** 106  
**RPM** 20  
**BP (SYS/DIA)** /  
**Weight** 29.55 kg  
**O$_2$ Saturation/FIO$_2$ (%)** 100

## Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Initially, Tearful but calm/cooperative |
| **E/N/T** | Healed scar to bridge of nose<br>No Lymphadenopathy |
| **Eyes** | PERRL |
| **CV** | Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |

| | |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |
| **Other** | |

### Tests

**Glucose**

**Flu**

### Diagnosis

Leg pain- unspecified

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Plan

Ibuprofen 12.5ml oral x1 followed by 500ml of water/electrolyte powder

Encouraged to stay hydrated with water, maintain nutrition, rest, wear face mask and wash hands frequently

RTC if sx persists or worsens

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆▆▆▆▆▆ | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮
**Alien Number:** ▮   **Date of Birth:** ▮   **Subject ID/Civilian ID:** ▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - SDC - SAD - EMR - EMT (Location)

[X] **No Medical issues were identified or treated in CBP custody**

[ ] **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/05/2025 22:44:27
Diagnosis:
Current illness/injury/health concern: 7 year old male here with parents. Father denies any current health concerns and denies hx of acute/chronic illness/hospitalization. Denies active/chronic medication use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well. Of note, father reports nose injury as a child.
Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Father verbalizes understanding to RTC with any concerning health symptoms/concerns.
Past Medical History: Denies
Weight: 29.55 kg
Temperature: 98.2°F, Tympanic
BPM: 76
RPM: 20
O2 Saturation/FIO2 (%): 98

Medical Encounter:

N/A

[ ] **Referred to Medical Facility (Summary Info):**

[ ] **Medications Prescribed/follow-on instructions:**

[ ] **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

▮

▮
**Printed Name (First, Last)**

**Date / Time Signed:** 03/06/2025 06:38:06

**CBP Form 2501**