# Exhibit J

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮ | **Alien Number** ▮ |
| **DOB** ▮ | **Event Number** ▮ |
| **Age** 1 | **Subject ID** ▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/03/2025 21:30:58 | |
| **Last Updated** : 03/03/2025 21:30:58 | |

## Time of Care Provided
03/03/2025 19:25

## History

**Current illness/injury/health concern**
Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.

**Medications**
None

**Past Medical History**
denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**


## Vital Signs

| | |
|---|---|
| **Temperature (°F)** 97.3 Tympanic | **BP (SYS/DIA)**    / |
| **BPM** 101 | **Weight** 24.8  kg |
| **RPM** | **O$_2$ Saturation/FIO$_2$ (%)**  100 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| | |
|---|---|
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - YUM - YUM - YPCC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮  **Alien Number** ▮▮▮▮▮
**DOB** ▮▮▮▮▮  **Event Number** ▮▮▮▮▮
**Age** 1  **Subject ID** ▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 03/07/2025 15:44:49
**Last Updated** : 03/07/2025 15:44:49

## Time of Care Provided

03/07/2025 12:36

## History

**Current illness/injury/health concern**
Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.

**Medications**
None

**Past Medical History**
denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

WNL

## Vital Signs

**Temperature (°F)** 97.1 Temporal   **BP (SYS/DIA)**   /
**BPM** 101   **Weight** 24.8 kg
**RPM** 20   **O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| | |
|---|---|
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

**Provider**

▮▮▮▮▮▮▮▮

**Username**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Position Name**

CBP - USBP - SDC - SDC - SAD - EMR - Provider



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮  **Alien Number** ▮
**DOB** ▮  **Event Number** ▮
**Age** 1  **Subject ID** ▮
**Was translation services utilized?** No
**Date/Time Signed** : 03/12/2025 03:46:36
**Last Updated** : 03/12/2025 03:46:36

## Time of Care Provided
03/12/2025 01:35

## History

**Current illness/injury/health concern**
21 month old accompanied male minor presents for repeat medical assessment. Mother denies any symptoms of illness at this time. Reports he is eating enough, drinking plenty of fluids, playing normally, and having normal bowel/bladder movements. Denies any rash. Mother reports patient continues to breastfeed. Denies any medical concerns at this time.
Advised mother to return to clinic for any medical concerns.

Support note: Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.

**Medications**
None

**Past Medical History**
mother denies chronic medical conditions, surgeries

**Allergies**
NKDA

## Mental Health

**History of Mental Health Issues**  No
**History of Physical/Emotional Trauma or Abuse**  No
**History of or Currently Thinking of Harming Self or Others**  No
**History of or Currently Seeing or Hearing Things Others Are Not**  No

**Ask/Observe: Depressed/Anxious/Agitated/Other**
calm, quiet

## Vital Signs

**Temperature ( °F)** 97.8 Tympanic  **BP (SYS/DIA)** /
**BPM** 112  **Weight** 26 lbs
**RPM** 24  **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - EPT - EPT - EHF - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY

U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███
**Alien Number:** ███   **Date of Birth:** ███   **Subject ID/Civilian ID:** ███

**Was translation services utilized?** No

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 03/03/2025 19:30:58
Diagnosis:
Current illness/injury/health concern: Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.
Past Medical History: denies
Weight: 24.8 kg
Temperature: 97.3°F, Tympanic
BPM: 101
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 03/07/2025 13:44:49
Diagnosis:
Current illness/injury/health concern: Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.
Past Medical History: denies
Weight: 24.8 kg
Temperature: 97.1°F, Temporal
BPM: 101
RPM: 20
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 03/12/2025 01:46:36
Diagnosis:
Current illness/injury/health concern: 21 month old accompanied male minor presents for repeat medical assessment. Mother denies any symptoms of illness at this time. Reports he is eating enough, drinking plenty of fluids, playing normally, and having normal bowel/bladder movements. Denies any rash. Mother reports patient continues to breastfeed. Denies any medical concerns at this time.
Advised mother to return to clinic for any medical concerns.

Support note: Detainee is a 21 month old male who presented to MU for medical clearance. Detainee is accompanied by mother. Mother is the primary historian Mother denies any acute or chronic medical problems. Detainee has no fever, no chills, no N/V/D. He has no changes to bowel and bladder function. He appears clinically stable and non toxic.
Past Medical History: mother denies chronic medical conditions, surgeries
Weight: 26 lbs
Temperature: 97.8°F, Tympanic
BPM: 112
RPM: 24

O2 Saturation/FIO2 (%): 98

Medical Encounter:

N/A

☐ **Referred toMedical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

NREMTB
**Title**

**Date / Time Signed:** 03/14/2025 00:43:56

**CBP Form 2501**