# Exhibit K

**REDACTED VERSION OF
DOCUMENT PROPOSED TO BE
FILED UNDER SEAL**



Patient Medical Record - EMR
CBP EMR

[ ✓ Activate ]  [ Discharge ]

### Patient Information
**Current Location: ISOLATION B3 (DNT)** — Last Updated: 02/20/2025 11:12

| | |
|---|---|
| **Last Name** ██████ | **First Name** ██████ |
| **Middle Initial** ██ | **Sex** M |
| **Alien Number** ██████ | **Event Number** ██████ |
| **Date of Birth** ██████ | **Age** 7 |
| **Country of Citizenship** ██████ | **Individual Status** Inactive |
| **Individual Type** FMUA | **Subject ID / Civilian ID** ██████ |
| **Location Information** CBP - USBP - RGV - RGV - DNT - EMR | |

### Health Intake Interview

| Reporter | Date/Time | |
|---|---|---|
| Created By ██████ <br> Updated By ██████ | Last Updated 02/20/2025 02:48 | [ Details ] |

### Medical Assessment

| Reporter | Status | Date/Time | | | |
|---|---|---|---|---|---|
| Signed By ██████ <br> CBP - USB - SDC - SDC - SAD - EMR - Provider | Signed | Signed 02/12/2025 02:41 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| Signed By ██████ <br> CBP - USBP - SDC - SDC - EMR - Provider | Signed | Signed 02/14/2025 21:12 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| Signed By ██████ <br> CBP - USBP - RGV - RGV - EMR - Provider | Signed | Signed 02/18/2025 19:11 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | |
|---|---|---|---|---|---|---|
| Signed By ██████ <br> CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Developmental delay | Signed 02/12/2025 05:27 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |
| Signed By ██████ <br> CBP - USBP - SDC - SDC - SAD - EMR - Provider | Signed | Normal exam | Signed 02/12/2025 15:47 | [ Details ] | [ + Addendum ] | [ History ] [ Delete ] |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details | |
|---|---|---|---|---|---|---|---|
| ██████ <br> CBP - USBP - RGV - RGV - DNTB - EMR - Provider | Provider follow up | 6 Hours | | Inactive | Date/Time:02/20/2025 11:12:11 <br> EMM action stopped due to patient discharge | [ Details ] | [ Delete ] |
| ██████ <br> CBP - USBP - SDC - SDC - SAD - EMR - Provider | Provider Follow Up | 4 Hours | | Inactive | Date/Time:02/18/2025 06:34:32 <br> Detainee is departing from the facility | [ Details ] | [ Delete ] |

### Medications - App
[ ! ] [ Medication Review ] [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions
[ + Add ]

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|
| fluoxetine | ██████ | ♻ Received | Last Updated by ██████ on 02/12/2025 11:12:18 <br> [ History ] [ Details ] [ Benefits Letter ] [ / Print ] [ Delete ] |

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time | |
|---|---|---|---|---|
| ██████ <br> CBP - USBP - SDC - SDC - SAD - EMR - EMT | 397996792 | provider informed no med bag | 02/17/2025 11:39:23 | Last Updated 02/17/2025 11:40:37 |

### Attachments
[ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████████████████     **Alien Number** █████████

**DOB** ████████     **Event Number** ████████████

**Age** 7     **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/12/2025 02:41:52

**Last Updated** : 02/12/2025 02:41:52

### Time of Care Provided

02/11/2025 23:28

### History

**Current illness/injury/health concern**

7 y/o male presents for juvenile assessment, he is accompanied by his mother. per mom pt. was diagnosed with autism 3 years ago and he is taking multiple medications such as risperidone and fluoxetine and melatonin,per mother he remains compliant with his medication and his behavior has been stable .
Denies acute issues at this time.

**Medications**

fluoxetine 20 gtts daily
risperidone 0.5 ml
melatonin 2 gtts at night .

**Past Medical History**

autism x 3 years

**Allergies**

NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

**Temperature ( °F)** 97.2 Temporal     **BP (SYS/DIA)** /

**BPM** 96     **Weight** 33.0 kg

**RPM** 18     **$O_2$ Saturation/$FIO_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

**Neuro**

**Other** Negative

## Physical Exam

| | | |
|---|---|---|
| **General** | | alert and responsive, NAD |
| **HEENT** | Negative | |
| **Resp** | Negative | |
| **CV** | Negative | |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | Negative | |
| **Other** | | calm and cooperative . |
| | | ambulatory with steady gait |
| | | observed communicating with his mother |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

## Chronic Condition/Illness

Yes

## Assessment Comments

**Comments**
Support communicated to NP Jackie

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▨▨▨▨ | ▨▨▨▨@associates.cbp.dhs.gov | CBP - USBP - SDC - SDC - SAD - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████████

**DOB** ███████

**Age** 7

**Alien Number** ███████

**Event Number** ███████

**Subject ID** ███████

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/14/2025 21:12:27

**Last Updated** : 02/14/2025 21:12:27

### Time of Care Provided

02/14/2025 17:26

### History

**Current illness/injury/health concern**
7 year old male child accompanied by parent, with hx of autism disorder and behavioral sx on Fluoxetine daily. Child is currently on EMM and isolated due to medical hx. Child is playful and calm; Follow commands. VSS, MAEs well. No acute distress noted.

**Past Medical History**
Autism Spectrum Disorder and Behavioral sx

**Medications**
Fluoxetine 20mg/ml daily

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Calm and alert

### Vital Signs

**Temperature ( ° F)** 96.1 Tympanic

**BPM** 100

**RPM** 20

**BP (SYS/DIA)** /

**Weight** 32.00 kg

**$O_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

Yes

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▉▉▉▉▉▉ | ▉▉▉▉▉▉@associates.cbp.dhs.gov | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████████████           **Alien Number** ████████

**DOB** ████████                                 **Event Number** ██████████

**Age** 7                                        **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/18/2025 19:11:47

**Last Updated** : 02/18/2025 19:11:47

## Time of Care Provided

02/18/2025 18:53

## History

**Current illness/injury/health concern**

Patient is a 7 year old male that presented to the clinic with mum for health assessment and reports a HX of Autism with some mood/ behavioral issues and denies any allergies to food or medications, fever, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient has stable vital signs with no medical concern reported on this visit. All information was obtained with the assistance of a translator. Per parent denies any immediate medical complaints or concerns 13 medical questions were asked and parent responded no "to all, indicating no current medical issues. Vitals signs are stable, and physical examination shows no abnormalities. Parent was counseled on medical unit availability 24/7 and expressed understanding.

**Medications**

Fluoxetine 20mg/5ml daily

**Past Medical History**

Autism Spectrum Disorder and Behavioral sx

**Allergies**

NKDA

## Mental Health

| | | |
|---|---|---|
| **History of Mental Health Issues** | Yes | Autism, depression, anxiety |
| **History of Physical/Emotional Trauma or Abuse** | No | |
| **History of or Currently Thinking of Harming Self or Others** | No | |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No | |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm

## Vital Signs

**Temperature ( °F)** 98.0 Tympanic          **BP (SYS/DIA)** /

**BPM** 85                                   **Weight** 31.8  kg

**RPM** 19                                   **O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

**General**                          Negative

| | |
|---|---|
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

## Chronic Condition/Illness

Yes

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ██████████ | **Alien Number** ██████ |
| **DOB** ██████ | **Event Number** ██████ |
| **Age** 7 | **Subject ID** ██████ |

**Was translation services utilized?** No

**Date/Time Signed** : 02/12/2025 05:27

**Last Updated** : 02/12/2025 05:27

### Time of Care Provided

02/11/2025 23:33

### Subjective

**Current illness/injury/health concern**
7 y/o male presents for med review. Child with autism and behavioral problems. On meds for sx control.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
Autism

**Allergies**
NKDA

**Medications**
Risperidone 0.5 mg daily
Fluoxetine 20 mg/mL- 20 drops
Melatonin 2 drops at bedtime

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ($^o$F)** 97.2 Temporal | **BP (SYS/DIA)** / |
| **BPM** 96 | **Weight** 33.0 kg |
| **RPM** 22 | **$O_2$ Saturation/FIO$_2$ (%)** 99 |

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Calm, cooperative |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |

**Skin**

No lesions

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Developmental delay

**Contacted Pediatric Advisor**

Yes

**Name of Pediatric Advisor**

Reyna

**Pediatric Advisor Notes**

OK to fill meds fluoxetine. Make sure BP aware, may need to expedite.

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

Yes

**Risk Detainee Notes**

Autism spectrum disorder with behavioral issues. On meds.

**Plan**

Refill fluoxetine. Order meds for routine administration. BP made aware of higher risk patient/family unit. Mom to report any issues. Follow up with HCP upon release.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| Discontinued Melatonin and risperidone form Med App since pediatric doctor only approved refilling the fluoxetine. | Physician Addendum | ███████ ███████ | 02/12/2025 1429 |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████ @associates.cbp.dhs.gov | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



## Details - Medical Encounter

| Patient Information | | |
|---|---|---|
| **(Last, First, MI)** ███████████ | | **Alien Number** ████████ |
| **DOB** ███████ | | **Event Number** ███████████ |
| **Age** 7 | | **Subject ID** ████████ |
| **Was translation services utilized?** No | | |
| **Date/Time Signed** : 02/12/2025 15:47 | | |
| **Last Updated** : 02/12/2025 15:47 | | |

### Time of Care Provided

02/12/2025 12:35

### Subjective

**Current illness/injury/health concern**

7 Year old male here with hx of autism disorder and behavioral sx on Fluoxetine daily. Mother reports child has not been eating or drinking. On exam, Child is playful and calm. Follow commands. VSS, MAEs well. No acute distress noted. Offered chips, water and frozen pedialyte icee to child; tolerated well. Consumed 100% of snacks. Assessment benign.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | |
|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A |
| **Runny Nose** N/A | | **Congestion** N/A |

**Past Medical History**
Autism Spectrum Disorder and Behavioral sx

**Allergies**
NKDA

**Medications**
Fluoxetine 20mg/ml daily

### Vital Signs (If Applicable)

| | | |
|---|---|---|
| **Temperature ( ºF)** 97.7 Tympanic | | **BP (SYS/DIA)** / |
| **BPM** 117 | | **Weight** 32.7 kg |
| **RPM** 22 | | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

### Objective

| | |
|---|---|
| **General** | WD/WN No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Calm and alert |
| **E/N/T** | No Lymphadenopathy |
| **Eyes** | PERRL |
| **CV** | Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** Selected | |
| **GI** | NT/ND Abdomen |

**Extremities**          Normal gait
                         Normal muscle tone

| **Skin** | Normal color |
|---|---|

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Normal exam

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Offered chips, water and frozen pedialyte icee to child; tolerated well. Consumed 100% of snacks.

Continue Fluoxetine solution as previously prescribed

Encouraged to increase oral fluids with water, maintain nutrition, rest, wear face mask and wash hands frequently

RTC if unable to eat or drink-mom verbalizes understanding

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| Inputted forgotten EMM action Provider follow up every 6 Hours | Forgotten EMM Action | ███████ | 02/18/2025 2049 |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████@associates.cbp.dhs.gov | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# Enhanced Monitoring Details

## Patient Information

**(Last, First, MI)** ███████████████████

**DOB** ████████    **Age:** 7

**Alien Number** ██████████

**Event Number** ████████████

**Subject ID** ████████

## Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider Follow Up | 4 Hours | |

## Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/18/2025 0634 | Detainee is departing from the facility | Stop | ██████ | 02/18/2025 0634 |
| 02/18/2025 0244 | Wellness check conducted. Child still appears to be in good health, mother states he is hyperactive with inattentiveness. Otherwise, child is feeling well with no new complaints. | Notate | ██████ | 02/18/2025 0252 |
| 02/17/2025 2233 | Wellness check conducted. Child still appears to be in good health, mother states he is feeling well with no new complaints. | Notate | ██████ | 02/17/2025 2234 |
| 02/17/2025 1803 | No acute concerns at this time Child actively playing in the POD | Notate | ██████ | 02/17/2025 1805 |
| 02/17/2025 1502 | Wellness check conducted. Child still appears to be in good health, mother states he is feeling well with no new complaints. | Notate | ██████ | 02/17/2025 1603 |
| 02/17/2025 1103 | Wellness check conducted. Child appears healthy and in good spirits, mother states the child feels fine, no new complaints. | Notate | ██████ | 02/17/2025 1330 |
| 02/17/2025 0558 | Child resting calmly with mother. No acute concerns at this time per Mom. | Notate | ██████ | 02/17/2025 0559 |
| 02/17/2025 0053 | Child awake and alert and playing with mother. No acute concerns at this time. | Notate | ██████ | 02/17/2025 0054 |
| 02/16/2025 | Child moved to a smaller isolation room | Notate | ██████ | 02/16/2025 |

| Date/Time | Note | Type | | Date/Time |
|---|---|---|---|---|
| 2048 | Educated mother that care givers can assist with child. No acute concerns at this time | | | 2049 |
| 02/16/2025 1626 | Child alert and playing with mother No acute concerns at this time | Notate | ██████ | 02/16/2025 1626 |
| 02/16/2025 1124 | Child is sleeping Mom states no acute concerns at this time | Notate | ██████ | 02/16/2025 1124 |
| 02/16/2025 0637 | Child is asleep at this time, mother at his side. | Notate | ██████ | 02/16/2025 0638 |
| 02/16/2025 0241 | Seen child in Med Iso 3, playing, mother watching him. Child denies any discomfort, seen eating snacks and asked for apple at this time. Mother was advised to notify medical staff if with any medical concerns. | Notate | ██████ | 02/16/2025 0242 |
| 02/15/2025 2210 | Alert and awake easily engaged appears neat and clean eating an apple. No voiced complaints states he is feeling okay. Denies thought of hurting self. | Notate | ██████ | 02/15/2025 2218 |
| 02/15/2025 1746 | Mother and child is resting in cell, child is playing, no acute distress noted | Notate | ██████ | 02/15/2025 1822 |
| 02/15/2025 1436 | Patient awake and active in Med Iso 3. Caregiver leaving room states patient was playing and running around. Mother currently playing with patient. Mother reports no concerns at this time. | Notate | ██████ | 02/15/2025 1537 |
| 02/15/2025 1100 | Child is in cell resting with eyes closed, mom is in attendance and gestured that child is ok, no acute distress noted | Notate | ██████ | 02/15/2025 1201 |
| 02/15/2025 0615 | Resting quietly with mom, no distress. | Notate | ██████ | 02/15/2025 0615 |
| 02/15/2025 0207 | No distress. Awake, alert, oriented. No aggressive or disruptive behavior noted. | Notate | ██████ | 02/15/2025 0209 |
| 02/14/2025 2036 | Child is in Isolation with mother, child is doing well, eating and drinking well | Notate | ██████ | 02/14/2025 2038 |
| 02/14/2025 1638 | Wellness check: Patient is accompanied by mother, interacting well, playful, and eating. Mother has no concerns at this time. | Notate | ██████ | 02/14/2025 1739 |
| 02/14/2025 1333 | Mother arrived at clinic, child is active, playful and smiling. Mother states that child is adjusting well and drinking and eating. No acute distress noted, lungs clear with no adventitious lung sounds, Cardiac-S1, S2. mom denies that the child feels sick. | Notate | ██████ | 02/14/2025 1336 |
| 02/14/2025 0810 | mother and child sleeping in cell no acute distress noted will continue to monitor for any changes | Notate | ██████ | 02/14/2025 0810 |
| 02/13/2025 2152 | Routine Wellness Check Child well appearing, no respiratory distress noted, guardian requested to move into isolation due to increased agitation in Gen Pop Cell. | Notate | ██████ | 02/14/2025 0054 |

| 02/13/2025 2028 | Sent for patient, awaiting arrival from cell | Notate | ███ | 02/13/2025 2029 |
|---|---|---|---|---|
| 02/13/2025 1558 | Alert, active, no acute distress noted, mom stated that child is doing ok in general population for now | Notate | ███ | 02/13/2025 1604 |
| 02/13/2025 1059 | Mom is in attendance with child, no acute distress noted, child is currently sleeping. Mom stated that the child has periods of agitation especially around large crowds. Mother was given the option to be isolated in a low stimuli area but stated that she wanted to remain in general population and will inform staff if his behaviors become uncontrollable, parent verbalized understanding. | Notate | ███ | 02/13/2025 1103 |
| 02/13/2025 0533 | Awake in arms reach of mom. No disruptive behavior. Good color. Eupneic respirations. | Notate | ███ | 02/13/2025 0534 |
| 02/13/2025 0121 | 98.2. Active. Playful but no outbursts. Mom says he is resting in mornings but up at night. Taking PO well. No distress. | Notate | ███ | 02/13/2025 0122 |
| 02/12/2025 2029 | Child observed in pod -- no acute concern at this time | Notate | ███ | 02/12/2025 2030 |
| 02/12/2025 1545 | See Medical Encounter | Notate | ███ | 02/12/2025 1805 |
| 02/12/2025 1230 | Child evaluated -- Mom states no acute concerns at this time | Notate | ███ | 02/12/2025 1352 |

**Updated By:**



| Provider | Username | Position Name |
|---|---|---|
| ███ | ███@associates.cbp.dhs.gov | CBP - USBP - SDC - SDC - SAD - EMR - Provider |



# Enhanced Monitoring Details

## Patient Information

**(Last, First, MI)** ████████████████████

**DOB** ████████ **Age:** 7

**Alien Number** ████████

**Event Number** ████████████

**Subject ID** ████████

## Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider follow up | 6 Hours | |

## Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 02/20/2025 1112 | EMM action stopped due to patient discharge | Stop | ████████ | 02/20/2025 1112 |
| 02/20/2025 1112 | EMM action stopped due to patient discharge | Stop | ████████ | 02/20/2025 1112 |
| 02/20/2025 0250 | Child doing well sleeping comfortably with mother by his side. No complaints noted. | Notate | ████████ | 02/20/2025 0251 |
| 02/19/2025 2045 | Child doing well; no complaints noted or voiced. Mother reports he has been fine. Afebrile. Comfortable playing with mother by his side. | Notate | ████████ | 02/20/2025 0250 |
| 02/19/2025 1430 | minor is doing well, Currently playing with mom. Mom denies any complains at this time. | Notate | ████████ | 02/19/2025 1430 |
| 02/19/2025 0843 | Minor is doing well, Eating breakfast with parents. temp 98.0. Parents denies any complains at this time. | Notate | ████████ | 02/19/2025 0843 |
| 02/19/2025 0307 | Patient was sleeping with parents, no complaints reported, will continue to monitor as recommended | Notate | ████████ | 02/19/2025 0408 |

## Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - DNTB - EMR - Provider |

**DEPARTMENT OF HOMELAND SECURITY**

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

San Diego Area Detention
7681 Pogo Row San Diego California 92154 PH: 619 216 4225

PATIENT: ███████████████████████     DOB: ███████████

### Rx:                                    **DATE:** 02/12/2025

Medication: fluoxetine
Strength: 20 mg/mL
Sig/Instructions: Fluoxetine 20 mg/mL drops- administer 20 drops by mouth once per day.
Quantity: 20 mL
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# █████████

 **U.S. Customs and Border Protection**     **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

    BIN Number:   021577

    Processor Control Number:   DHSCBP

    Group Number:   DHSCBP

**Patient Information (All Fields are mandatory to be completed by CBP)**

| | |
|---|---|
| Subject ID Number (9-digits): | ███████ |
| First Name:S | ███████ |
| Last Name: | ███████████ |
| Date of Birth: | ███████ |
| Today's Date:06/24/2025 | |

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)



### DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ██████████████████

**Alien Number:** █████    **Date of Birth:** ████████    **Subject ID/Civilian ID:** ████████

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - DNT - EMR - Provider (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 02/12/2025 01:41:52
Diagnosis:
Current illness/injury/health concern: 7 y/o male presents for juvenile assessment, he is accompanied by his mother. per mom pt. was diagnosed with autism 3 years ago and he is taking multiple medications such as risperidone and fluoxetine and melatonin,per mother he remains compliant with his medication and his behavior has been stable .
Denies acute issues at this time.
Past Medical History: autism x 3 years
Weight: 33.0 kg
Temperature: 97.2°F, Temporal
BPM: 96
RPM: 18
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/14/2025 20:12:27
Diagnosis:
Current illness/injury/health concern: 7 year old male child accompanied by parent, with hx of autism disorder and behavioral sx on Fluoxetine daily. Child is currently on EMM and isolated due to medical hx. Child is playful and calm; Follow commands. VSS, MAEs well. No acute distress noted.
Past Medical History: Autism Spectrum Disorder and Behavioral sx
Weight: 32.00 kg
Temperature: 96.1°F, Tympanic
BPM: 100
RPM: 20
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/18/2025 18:11:47
Diagnosis:
Current illness/injury/health concern: Patient is a 7 year old male that presented to the clinic with mum for health assessment and reports a HX of Autism with some mood/ behavioral issues and denies any allergies to food or medications, fever, sob, dyspnea, sore throat, diarrhea, nausea, vomiting, abdominal pain and any other acute symptoms with patient. Patient has stable vital signs with no medical concern reported on this visit. All information was obtained with the assistance of a translator. Per parent denies any immediate medical complaints or concerns 13 medical questions were asked and parent responded no "to all, indicating no current medical issues. Vitals signs are stable, and physical examination shows no abnormalities. Parent was counseled on medical unit availability 24/7 and expressed understanding.
Past Medical History: Autism Spectrum Disorder and Behavioral sx
Weight: 31.8 kg
Temperature: 98.0°F, Tympanic
BPM: 85
RPM: 19
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/12/2025 14:47:54
Diagnosis: Normal exam
ECMR Status: Yellow
Current illness/injury/health concern: 7 Year old male here with hx of autism disorder and behavioral sx on Fluoxetine daily. Mother reports child has not been eating or drinking. On exam, Child is playful and calm. Follow commands. VSS, MAEs well. No acute distress noted. Offered chips, water and frozen pedialyte icee to child; tolerated well. Consumed 100% of snacks. Assessment benign.
Past Medical History: Autism Spectrum Disorder and Behavioral sx
Allergies: NKDA
Weight: 32.7 kg
Temperature: 97.7°F, Tympanic
BPM: 117
RPM: 22
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/12/2025 04:27:11
Diagnosis: Developmental delay
ECMR Status: Red
Current illness/injury/health concern: 7 y/o male presents for med review. Child with autism and behavioral problems. On meds for sx control.
Past Medical History: Autism
Allergies: NKDA
Weight: 33.0 kg
Temperature: 97.2°F, Temporal
BPM: 96
RPM: 22
O2 Saturation/FIO2 (%): 99

☒ **Referred to Medical Facility (Summary Info):**
Cleared for travel

☒ **Medications Prescribed/follow-on instructions:**
Active Medications:
Medication: fluoxetine 20 MG/ML Oral Solution
Dosage: 20 Drops, gtt(s)
Frequency: Once daily
Next Dose Due: 2/20/2025 8:00 AM CST

Inactive Medications:
melatonin 0.25 MG/ML Oral Solution - 2 Drops, gtt(s) (Every bedtime 2000hrs (qHS));
risperidone 1 MG/ML Oral Solution - 0.5 cc (Once daily);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

FNP-C
**Title**

**Date / Time Signed:** 02/19/2025 20:29:16

**CBP Form 2501**