# Exhibit L

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

| ✅ Activate | Discharge |
| --- | --- |

## Patient Information
| | Current Location: D - Cell D01 (CPC) | | Last Updated: 03/14/2025 22:27 |
| --- | --- | --- | --- |

| Last Name | First Name | Middle Initial | Sex |
| --- | --- | --- | --- |
| ▉ | ▉ | ▉ | M |
| **Alien Number** | **Event Number** | **Date of Birth** | **Age** |
| ▉ | | ▉ | 3 |
| **Country of Citizenship** | **Individual Status** | **Individual Type** | **Subject ID / Civilian ID** |
| ▉ | Inactive | FMUA | ▉ |
| **Location Information** | | | |
| CBP - USBP - RGV - RGV - CPC - EMR | | | |

## Health Intake Interview ⊟
| Reporter | Date/Time | |
| --- | --- | --- |
| Created By ▉ | | |
| Updated By ▉ | Last Updated 03/13/2025 11:32 | Details |

## Medical Assessment
| Reporter | Status | Date/Time | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Signed By ▉<br>CBP - USBP - SWB - MNB - EMR - Provider | Signed | Signed 02/25/2025 03:24 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Signed 03/12/2025 07:20 | Details | + Addendum | History | Delete |

## Medical Encounter
| Reporter | Status | Diagnosis | Date/Time | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Signed By ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Other: stye | Signed 03/13/2025 12:03 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - SWB - MNB - EMR - Provider | Signed | Other: autism,Upper respiratory infection- viral | Signed 02/25/2025 03:29 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Other: vomiting | Signed 03/06/2025 02:21 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Other: Stye right eye,Other: Allergic Rhinitis | Signed 03/11/2025 20:20 | Details | + Addendum | History | Delete |
| Signed By ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Other: non infectious gastroenteritis,Other: stye,Dermatitis - diaper | Signed 03/12/2025 15:51 | Details | + Addendum | History | Delete |

## Enhanced Medical Monitoring
| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
| --- | --- | --- | --- | --- | --- | --- |

## Medications - App
| | | ⬆ | Medication Review | Manage Medications |
| --- | --- | --- | --- | --- |

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
| --- | --- | --- | --- | --- |

## Prescriptions
| | | | | + Add |
| --- | --- | --- | --- | --- |

| Prescriptions | Ordered By | Status | Details | |
| --- | --- | --- | --- | --- |
| | | | | Last Updated |
| moxifloxacin | ▉ | 🗎 Received | History  Details  Benefits Letter  🖨 Print  ✎ Delete | |

## Hospital Referrals
| Reporter | Hospital | Status | Date/Time |
| --- | --- | --- | --- |

## Lab/Tests
| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
| --- | --- | --- | --- | --- | --- |

## Patient Notes
| Reported By | Subject ID | Notes | Date/Time | |
| --- | --- | --- | --- | --- |
| ▉<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | ▉ | Mother reports child has diarrhea, offered to see child for evaluation/assessment. Mother declined because she did not want to wake child. Mother also refused to give moxifloxacin drops for same reason. Advised of medical availability 24/7, may request medical if she changes her mind. Mother verbalized understanding. | 03/12/2025 10:56:24 | Last Updated 03/12/2025 10:59:54 |
| ▉<br>CBP - USBP - SWB - BKB - EMR - Provider | ▉ | CBP gives notification of flight 3/3/2025 | 03/02/2025 15:08:01 | Last Updated 03/02/2025 15:08:06 |
| ▉<br>CBP - USBP - SWB - MNB - EMR - Provider | ▉ | CBP Vicki inquired what size pull-ups were needed mother reports he is 90# and wears a blue diaper that says XL | 02/25/2025 07:36:51 | Last Updated 02/25/2025 07:37:44 |

## Attachments
| | | | | + Add |
| --- | --- | --- | --- | --- |

| Reported By | Attachment | Attachment Description/Type | Details | |
| --- | --- | --- | --- | --- |



## Details - Medical Assessment

| Patient Information | | |
| --- | --- | --- |

**(Last, First, MI)** ███████████      **Alien Number** ████████

**DOB** ██████      **Event Number** ████████████

**Age** 3      **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/25/2025 03:24:27

**Last Updated** : 02/25/2025 03:24:27

| Time of Care Provided |
| --- |

02/25/2025 03:00

| History |
| --- |

**Current illness/injury/health concern**
3 years old child that is brought to the facility accompanied by her parents and twin sister. parents are reporting the child has Hx of autism with some behavioral manifestations. Mother reported her child has been receiving non prescription treatment with behavioral modification. Child is hyperactive and had occasional tantrums when he wants something.

**Medications**
Parents reported any

**Past Medical History**
Autism

**Allergies**
NKDA

| Mental Health | | |
| --- | --- | --- |

| **History of Mental Health Issues** | Yes | Autism |
| **History of Physical/Emotional Trauma or Abuse** | No | |
| **History of or Currently Thinking of Harming Self or Others** | No | |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No | |

| Ask/Observe: Depressed/Anxious/Agitated/Other |
| --- |

anxious, cooperative, hyperactive

| Vital Signs | | |
| --- | --- | --- |

**Temperature ( °F)** 95.9 Tympanic      **BP (SYS/DIA)** /

**BPM** 119      **Weight** 77 lbs

**RPM** 22      **O $_2$ Saturation/FIO $_2$ (%)** 99

| Review of Systems | |
| --- | --- |
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| | |
|---|---|
| **Neuro** | Negative |
| **Other** | |

| **Physical Exam** | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

Yes

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▅▅▅▅▅▅ | ▅▅▅▅▅@associates.cbp.dhs.gov | CBP - USBP - SWB - MNB - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ██████████████     **Alien Number** ████████

**DOB** ████████     **Event Number** ██████████

**Age** 3     **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 03/12/2025 07:20:20

**Last Updated** : 03/12/2025 07:20:20

## Time of Care Provided

03/03/2025 19:52

## History

**Current illness/injury/health concern**
3 years old child Hx of autism Child is hyperactive
ENCOUNTER OPENED ON 3/3/25 BY ████████, EMT BUT WAS
NOT CLOSED/COMPLETED

**Medications**
None

**Past Medical History**
Autism, Lactose intolerant

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Hyperactive

## Vital Signs

**Temperature ( ⁰F)** 99.4 Tympanic     **BP (SYS/DIA)**   /

**BPM** 120     **Weight** 35.4  kg

**RPM** 21     **O $_2$ Saturation/FIO $_2$ (%)**  99

## Review of Systems

**General**

**HEENT**

**Pulmonary**

**Cardiovascular**

**GI**

**Skin**

**Neuro**

**Other**

**Physical Exam**

**General**

**HEENT**

**Resp**

**CV**

**GI**

**M/S**

**Skin**

**Other**

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**
ASSESSMENT NOTE CLOSED

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|
|          |               |          |              |

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ▮▮▮▮ | ▮▮▮▮@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ████████████ | **Alien Number** ██████ |
| **DOB** ████████ | **Event Number** ████████ |
| **Age** 3 | **Subject ID** ██████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/13/2025 12:03 | |
| **Last Updated** : 03/13/2025 12:03 | |

### Time of Care Provided

03/13/2025 10:33

### Subjective

**Current illness/injury/health concern**
UPDATE: Encounter opened to re evaluate need for eye drops. Mother denies eye discharge or c/o eye pain from child. Right eye stye nearly resolved. no onset of new complaints or concerns. Witnessed mother giving child Nido milk in a bottle. Mother states she will not stop giving her child Nido milk because she is concerned he is not eating the foods provided in facility as child does not like most foods provided during meals. Tolerating fluid intake well. voiding normal.
Denies vomiting, chills/fever, decreased urinary output, lethargy
*************************************
Medical was called to pod to evaluate child; attempted to evaluate child in the morning due to mother's concerns with child having diarrhea, but at the time, mother declined medical evaluation of child as she did not want to wake child. Officers concerned child had not been very active today. Upon arrival to pod, mother is awake, sitting up and children are asleep. Explained to mother the officer's concerns and the importance to allow medical staff to assess the child, mother consented. Per mother, children went to sleep very late last night and have been napping most of today. Reports they have been drinking water intermittently when awake. Mother reports child has been having loose stools since last night after eating a hamburger. The officers overseeing the family unit report mother has been feeding child the infant formula available in the pods. Mother reports diaper rash has developed due to loose stools. Mother reports child voiding normal.
Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | |
|---|---|---|
| **Cough** N/A | **Sore Throat** N/A | |
| **Runny Nose** N/A | **Congestion** N/A | |

**Past Medical History**
Autism, Lactose intolerant

**Allergies**
NKDA

**Medications**
None

### Vital Signs (If Applicable)

**Temperature ( °F)**                                    **BP (SYS/DIA)**     /

| BPM | | | Weight  77   lbs | |
|---|---|---|---|---|
| RPM | | | O2 Saturation/FIO$_2$ (%) | |

## Objective

| **General** | WD/WN | alert, running around and playing |
|---|---|---|
| | No Distress | |

**Neuro**

**Psych**

**E/N/T**

| **Eyes** | | right eye with small stye on lower lid present; no swelling or redness to |
|---|---|---|
| | PERRL | surrounding area; no discharge; conjunctiva clear bilaterally |

**CV**

**Respiratory**

**Lungs CTA Bilaterally**  N/A

**GI**

**Extremities**

**Skin**

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Other: stye

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Discontinue drops at this time and instructed to closely monitor stye/eye.
Discussed effects of continued Nido intake with lactose intolerance, mother verbalized understanding but declines to stop giving to child.
Reviewed findings and plan of care with mother. Re-evaluate need for antibiotic drops if symptoms worsen, do not improve or onset of new symptoms occur. Mother verbalized understanding and in agreement of plan of care.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ██████████████          **Alien Number** ████████

**DOB** ████████                              **Event Number** ████████████

**Age** 3                                     **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 02/25/2025 03:29

**Last Updated** : 02/25/2025 03:29

## Time of Care Provided

02/25/2025 03:24

## Subjective

**Current illness/injury/health concern**                **Signs/Symptoms of Acute Respiratory Infection** N/A
3 years old child that is brought to the facility accompanied by her
parents and twin sister. parents are reporting the child has Hx of
autism with some behavioral manifestations. Mother reported her
child has been receiving non prescription treatment with
behavioral modification. Child is hyperactive and had occasional
tantrums when he wants something.

**Cough** N/A                                 **Sore Throat** N/A

**Runny Nose** N/A                            **Congestion** N/A

**Past Medical History**                      **Allergies**
Autism                                        NKDA

**Medications**
Parents reported any medications

## Vital Signs (If Applicable)

**Temperature ( ° F)** 96.0 Tympanic         **BP (SYS/DIA)** /

**BPM** 119                                   **Weight** 77 lbs

**RPM** 22                                    **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| General | WD/WN | afebrile |
|---|---|---|
| | No Distress | |

**Neuro**

| Psych | | hyperactive, anxious, occasional tantrums. Autistic |
|---|---|---|

| E/N/T | Normal/OP | no complaints. |
|---|---|---|
| | No Lymphadenopathy | |

| Eyes | Normal lid/conjunctiva | |
|---|---|---|
| | PERRL | |

| CV | No Murmur | No apparent chest pain |
|---|---|---|
| | Cap Refill lesser than 2 sec | |

**Respiratory**

**Lungs CTA Bilaterally** Selected
occasional productive cough.

| GI | NT/ND Abdomen | no nausea or vomiting, eating and drinking well |
|---|---|---|

| **Extremities** | Normal gait | no weakness, running and jumping and playing |
| | Normal muscle tone | |
| **Skin** | Normal color | no rash, no open areas. |
| | No lesions | |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: autism | Upper respiratory infection- viral

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

child does not uses any medication, is afebrile and we will continue to monitor

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮@associates.cbp.dhs.gov | CBP - USBP - SWB - MNB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▓▓▓▓▓▓▓▓ | **Alien Number** ▓▓▓▓▓▓ |
| **DOB** ▓▓▓▓▓▓ | **Event Number** ▓▓▓▓▓▓▓ |
| **Age** 3 | **Subject ID** ▓▓▓▓▓▓ |

**Was translation services utilized?** No

**Date/Time Signed** : 03/06/2025 02:21

**Last Updated** : 03/06/2025 02:21

## Time of Care Provided

03/06/2025 01:08

## Subjective

**Current illness/injury/health concern**
Called to the Ursula Echo Pod with dad stating that his 3 yr old son has been vomiting x3 times since yesterday. Child has history of autism and eating only very limited food so he's feeding him Nido, Lays chips, and apple juice only. Child refused any solid food. Dad denies any other symptoms.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Sore Throat** N/A

**Runny Nose** N/A

**Congestion** N/A

**Past Medical History**
autism dx 2 years ago

**Allergies**
NKDA

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.7 Tympanic

**BP (SYS/DIA)** /

**BPM**

**Weight** 39 kg

**RPM**

**O $_2$ Saturation/FIO $_2$ (%)**

## Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |

| **Skin** | Normal color |
|---|---|

**Other**

| **Tests** |
|---|

**Glucose**

**Flu**

| **Diagnosis** |
|---|

Other: vomiting

| **Contacted Supervising Physician** |
|---|

No

| **CBP Notified of Risk Detainee** |
|---|

No

| **Plan** |
|---|

Zofran given
Instructed dad not to give any food or milk x 3 hrs
give Pedialyte as tolerated
Report to medical any worsening symptoms

| **Disposition** |
|---|

Medical Cleared for Travel/Custody

| **Comments** |
|---|

| **Addendums** |
|---|

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

| **Signed By:** |
|---|

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████ | ███████@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████████████          **Alien Number** ████████

**DOB** ██████████          **Event Number** ████████████

**Age** 3          **Subject ID** ███████████

**Was translation services utilized?** No

**Date/Time Signed** : 03/11/2025 20:20

**Last Updated** : 03/11/2025 20:20

## Time of Care Provided

03/11/2025 18:34

## Subjective

**Current illness/injury/health concern**          **Signs/Symptoms of Acute Respiratory Infection** N/A
Called to the Delta POD to see this 3 yr old male child for stye in R
eye x 2 days. Child is c/o itchiness, mild pain, has mild eye
discharge, and mild redness over in right eye. Child noted to have
been constantly touching his right eye. Mom denies fever, but he
has mild rhinorrhea.

**Cough** N/A          **Sore Throat** N/A

**Runny Nose** N/A          **Congestion** N/A

**Past Medical History**          **Allergies**
History of autism          penicillin

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.8 Tympanic          **BP (SYS/DIA)** /

**BPM** 119          **Weight** 77 lbs

**RPM**          **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Hyperactive |
| **Neuro** | Cranial Nerves Intact | |
| **Psych** | | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | clear nasal discharge |
| **Eyes** | | Right bottom eyelid with small red itchy bump, slightly painful, and irritated right eye |
| **CV** | No Murmur | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | |
| **Extremities** | Normal gait | |

| | |
|---|---|
| **Skin** | Normal color |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Stye right eye | Other: Allergic Rhinitis

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Moxifloxacin eye gtt started
Cetirizine given
Instructed to avoid touching the eye-Mom to reinforce
Good hand hygiene
Return to Medical for worsening symptom

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮          **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                            **Event Number** ▮▮▮▮▮▮▮

**Age**  3                                **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 03/12/2025 15:51

**Last Updated** : 03/12/2025 15:51

### Time of Care Provided

03/12/2025 14:13

### Subjective

**Current illness/injury/health concern**

Medical was called to pod to evaluate child; attempted to evaluate child in the morning due to mother's concerns with child having diarrhea, but at the time, mother declined medical evaluation of child as she did not want to wake child. Officers concerned child had not been very active today. Upon arrival to pod, mother is awake, sitting up and children are asleep. Explained to mother the officer's concerns and the importance to allow medical staff to assess the child, mother consented. Per mother, children went to sleep very late last night and have been napping most of today. Reports they have been drinking water intermittently when awake. Mother reports child has been having loose stools since last night after eating a hamburger. The officers overseeing the family unit report mother has been feeding child the infant formula available in the pods. Mother reports diaper rash has developed due to loose stools. Mother reports child voiding normal.

Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy

**Signs/Symptoms of Acute Respiratory Infection**  N/A

**Cough**  N/A                            **Sore Throat**  N/A

**Runny Nose**  N/A                       **Congestion**  N/A

**Past Medical History**                  **Allergies**
Autism, Lactose intolerant               NKDA

**Medications**
None

### Vital Signs (If Applicable)

**Temperature ( $^\circ$ F)**  98.0  Tympanic        **BP (SYS/DIA)**    /

**BPM**                                               **Weight**  77   lbs

**RPM**                                               **O $_2$ Saturation/FIO $_2$ (%)**

### Objective

| General | WD/WN<br>No Distress | unable to place pulse oximeter, patient hyperactive and fully alert once easily awoken |
|---|---|---|
| **Neuro** | | |
| **Psych** | | calm, cooperates for most of the exam |

**E/N/T**  Normal/OP

| **Eyes** | PERRL | conjunctiva clear bilaterally, no discharge; small stye noted to right eye lower lid |
|---|---|---|
| **CV** | No Murmur | RRR |

**Respiratory**

| **Lungs CTA Bilaterally** | Selected |
|---|---|

| **GI** | NT/ND Abdomen | normoactive sounds throughout, soft, no masses, no rebound tenderness |
|---|---|---|

| **Extremities** | Normal muscle tone | |
|---|---|---|

| **Skin** | Normal color<br>No lesions | good skin turgor; mild erythema to diaper area |
|---|---|---|

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Other: non infectious gastroenteritis | Other: stye | Dermatitis- diaper

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

zinc oxide 20% diaper cream given for mom to apply after each diaper change (tube left with mother)
Reviewed findings with parent and educated on non-infectious gastroenteritis. Pedialyte given. Avoid trigger foods as reviewed. Instructed to hydrate well and importance of hand washing/hygiene. Avoid keeping soiled diaper for long period of time. Monitor symptoms. Advised of 24 hour medical availability. RTC if symptoms worsen or if fever suspected. Parent verbalized understanding

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████████ | ██████████@associates.cbp.dhs.gov | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ██████████████████

**Alien Number:** ████████    **Date of Birth:** ████████    **Subject ID/Civilian ID:** ████████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Medical Support (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 02/25/2025 02:24:27
Diagnosis:
Current illness/injury/health concern: 3 years old child that is brought to the facility accompanied by her parents and twin sister. parents are reporting the child has Hx of autism with some behavioral manifestations. Mother reported her child has been receiving non prescription treatment with behavioral modification. Child is hyperactive and had occasional tantrums when he wants something.
Past Medical History: Autism
Weight: 77 lbs
Temperature: 95.9°F, Tympanic
BPM: 119
RPM: 22
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/12/2025 06:20:20
Diagnosis:
Current illness/injury/health concern: 3 years old child Hx of autism Child is hyperactive
ENCOUNTER OPENED ON 3/3/25 BY ████████████, EMT BUT WAS NOT CLOSED/COMPLETED
Past Medical History: Autism, Lactose intolerant
Weight: 35.4 kg
Temperature: 99.4°F, Tympanic
BPM: 120
RPM: 21
O2 Saturation/FIO2 (%): 99

Medical Encounter:

Date/Time Signed: 03/13/2025 11:03:16
Diagnosis: Other: stye
ECMR Status: None
Current illness/injury/health concern: UPDATE: Encounter opened to re evaluate need for eye drops. Mother denies eye discharge or c/o eye pain from child. Right eye stye nearly resolved. no onset of new complaints or concerns. Witnessed mother giving child Nido milk in a bottle. Mother states she will not stop giving her child Nido milk because she is concerned he is not eating the foods provided in facility as child does not like most foods provided during meals. Tolerating fluid intake well. voiding normal.
Denies vomiting, chills/fever, decreased urinary output, lethargy
*******************************************
Medical was called to pod to evaluate child; attempted to evaluate child in the morning due to mother's concerns with child having diarrhea, but at the time, mother declined medical evaluation of child as she did not want to wake child. Officers concerned child had not been very active today. Upon arrival to pod, mother is awake, sitting up and children are asleep. Explained to mother the officer's concerns and the importance to allow medical staff to assess the child, mother consented. Per mother, children went to sleep very late last night and have been napping most of today. Reports

they have been drinking water intermittently when awake. Mother reports child has been having loose stools since last night after eating a hamburger. The officers overseeing the family unit report mother has been feeding child the infant formula available in the pods. Mother reports diaper rash has developed due to loose stools. Mother reports child voiding normal.

Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy
Past Medical History: Autism, Lactose intolerant
Allergies: NKDA
Weight: 77 lbs

Date/Time Signed: 03/12/2025 14:51:52
Diagnosis: Other: non infectious gastroenteritis,Other: stye,Dermatitis- diaper
ECMR Status: Yellow
Current illness/injury/health concern: Medical was called to pod to evaluate child; attempted to evaluate child in the morning due to mother's concerns with child having diarrhea, but at the time, mother declined medical evaluation of child as she did not want to wake child. Officers concerned child had not been very active today. Upon arrival to pod, mother is awake, sitting up and children are asleep. Explained to mother the officer's concerns and the importance to allow medical staff to assess the child, mother consented. Per mother, children went to sleep very late last night and have been napping most of today. Reports they have been drinking water intermittently when awake. Mother reports child has been having loose stools since last night after eating a hamburger. The officers overseeing the family unit report mother has been feeding child the infant formula available in the pods. Mother reports diaper rash has developed due to loose stools. Mother reports child voiding normal.
Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy
Past Medical History: Autism, Lactose intolerant
Allergies: NKDA
Weight: 77 lbs
Temperature: 98.0°F, Tympanic

Date/Time Signed: 03/11/2025 19:20:45
Diagnosis: Other: Stye right eye,Other: Allergic Rhinitis
ECMR Status: None
Current illness/injury/health concern: Called to the Delta POD to see this 3 yr old male child for stye in R eye x 2 days. Child is c/o itchiness, mild pain, has mild eye discharge, and mild redness over in right eye. Child noted to have been constantly touching his right eye. Mom denies fever, but he has mild rhinorrhea.
Past Medical History: History of autism
Allergies: penicillin
Weight: 77 lbs
Temperature: 97.8°F, Tympanic
BPM: 119
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/06/2025 01:21:06
Diagnosis: Other: vomiting
ECMR Status: None
Current illness/injury/health concern: Called to the Ursula Echo Pod with dad stating that his 3 yr old son has been vomiting x3 times since yesterday. Child has history of autism and eating only very limited food so he's feeding him Nido, Lays chips, and apple juice only. Child refused any solid food. Dad denies any other symptoms.
Past Medical History: autism dx 2 years ago
Allergies: NKDA
Weight: 39 kg
Temperature: 97.7°F, Tympanic

Date/Time Signed: 02/25/2025 02:29:23
Diagnosis: Other: autism,Upper respiratory infection- viral
ECMR Status: Yellow
Current illness/injury/health concern: 3 years old child that is brought to the facility accompanied by her parents and twin sister. parents are reporting the child has Hx of autism with some behavioral manifestations. Mother reported her child has been receiving non prescription treatment with behavioral modification. Child is hyperactive and had occasional tantrums when he wants something.
Past Medical History: Autism
Allergies: NKDA
Weight: 77 lbs
Temperature: 96.0°F, Tympanic
BPM: 119
RPM: 22
O2 Saturation/FIO2 (%): 99

☒ **Referred to Medical Facility (Summary Info):**
PT is medically cleared for travel

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);
moxifloxacin 5 MG/ML Ophthalmic Solution - 1 Drops, gtt(s) (2 times a day (b.i.d));
moxifloxacin 5 MG/ML Ophthalmic Solution - 1 Drops, gtt(s) (Given Now);
ondansetron 4 MG Disintegrating Oral Tablet - 1 Tablet (Given Now);
zinc oxide 200 MG/ML Topical Cream - 1 Other (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

███████████████████████████████

███████████████

**Printed Name (First, Last)**

<u>EMT</u>
**Title**

**Date / Time Signed:** 03/14/2025 22:25:55

**CBP Form 2501**

# DEPARTMENT OF HOMELAND SECURITY

## U.S. Customs and Border Protection

### Office of the Chief Medical Officer

Centralized Processing Center - Bravo Side
3700 W. Ursula - McAllen, TX 78503 PH: 9566328011

---

**PATIENT:** ███████████████    **DOB:** 0███████

**Rx:**                                      **DATE:**   03/12/2025

Medication: moxifloxacin
Strength: 0.5%
Sig/Instructions: Give 1 gtt to right eye BID x 7 days
Quantity: 1
# of Refills: NONE

Allergies: Penicillin

Prescribing Provider:



NPI# ████████

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

> BIN Number:   021577
>
> Processor Control Number:   DHSCBP
>
> Group Number:   DHSCBP

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): █████████
First Name: █████
Last Name: ████████████
Date of Birth █████████
Today's Date: 04/21/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)