# Exhibit M

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮ | **Alien Number** ▮ |
| **DOB** ▮ | **Event Number** ▮ |
| **Age** 3 | **Subject ID** ▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 02/25/2025 03:17:23 | |
| **Last Updated** : 02/25/2025 03:17:23 | |

## Time of Care Provided
02/25/2025 03:05

## History

**Current illness/injury/health concern**
3 years old child that is brought to the facility with her parents and twin brother that has no chronic medical Hx and is currently having a slight cough.

**Medications**
NONE

**Past Medical History**
Parents denied any

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
playful, hyperactive, cooperative

## Vital Signs

| | |
|---|---|
| **Temperature (°F)** 95.7 Tympanic | **BP (SYS/DIA)**   / |
| **BPM** 102 | **Weight** 42.8 lbs |
| **RPM** 22 | **O$_2$ Saturation/FIO$_2$ (%)** 98 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | occasional productive cough. NO SOB. |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

| Other | |
|---|---|
| **Physical Exam** | |
| General | Negative |
| HEENT | Negative |
| Resp | Clear lung sounds bilaterally. No SOB, cough present occasionally. |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**


**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - SWB - MNB - EMR - Provider |



# Details - Medical Encounter

| **Patient Information** | |
|---|---|
| **(Last, First, MI)** ▓▓▓ | **Alien Number** ▓▓▓ |
| **DOB** ▓▓▓ | **Event Number** ▓▓▓ |
| **Age** 3 | **Subject ID** ▓▓▓ |

**Was translation services utilized?** No
**Date/Time Signed** : 03/07/2025 16:16
**Last Updated** : 03/07/2025 16:16

## Time of Care Provided
03/07/2025 14:46

## Subjective

**Current illness/injury/health concern**
UPDATE: Mother returns with child with concerns of scalp itchiness that started this morning. States she is concerned she may have lice. Also has c/o itchy lesion to left abdomen noticed today. Child was evaluated and cleared in medical and was shortly brought back (within minutes) with concerns of continued loose stools. Reports 4-5 loose stools and 3-4 voiding episodes. Admits she re-started giving formula to child because she was told it would be okay since child does not like the food provided here. Reports child c/o intermittent stomach ache through out the day. Mother is requesting child be taken to hospital due to diarrhea. Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, lethargy.
****************************************************************
right lower bug bite has had for a few days per mom. also mom states she is having diarrhea, but all that she is having the daughter eat is baby formula. mother denies child with fever, chills, rash, cuts , or syncope.
****************************************************************
patient brought to medical due to falling off of little toy cart in family pod. Per mother child hit the side of her face when she fell. Mother denies child with bleeding, seizures, loss of vision or syncope

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A        **Sore Throat** N/A
**Runny Nose** N/A    **Congestion** N/A

**Past Medical History**
none

**Allergies**
nkda

**Medications**
none

**Last Menstrual Period**

**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 97.8 Tympanic      **BP (SYS/DIA)** /
**BPM** 94                               **Weight** 41.2 lbs
**RPM** 22                               **O$_2$ Saturation/FIO$_2$ (%)** 100

## Objective

| | | |
|---|---|---|
| **General** | No Distress | |
| **Neuro** | | |
| **Psych** | | alert, playful and smiling |
| **E/N/T** | | |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | normoactive sounds throughout, soft, no masses, no rebound tenderness |
| **Extremities** | Normal gait | |
| **Skin** | Normal color | one small erythematous papule to mid abdomen, remaining skin exam unremarkable; no lice or nits seen on scalp/hair. no dandruff; scalp with mild erythema in areas mother reports child has been scratching. no lesions noted |
| **Other** | | |

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: dermatitis | Other: non infectious gastroenteritis

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

hydrocortisone cream to affected sites once now
cetirizine 2.5ml once now at 1350
Reviewed findings with parent and educated on non-infectious gastroenteritis. Pedialyte given at this time. Avoid trigger foods as reviewed; clarified that infant formula not recommended and preferably apples and granola bars are recommended if burritos or tacos not liked by child. Instructed to hydrate well and importance of hand washing/hygiene. Reassurance given and reviewed plan of care. Offered to send child to ER if mother still not satisfied with plan of care, mother agrees to defer ER visit at this time and monitor symptoms, specifically dehydration/urinary output. Scalp itchiness likely due to shampoo used in facility; recommend to avoid shampoo provided here and wash only with water for now. Advised of 24 hour medical availability. RTC if symptoms worsen, do not improve or if fever suspected. Parent verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮ | ▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**Alien Number**  
**DOB**  
**Event Number**  
**Age** 3  
**Subject ID**  

**Was translation services utilized?** Yes  
**Date/Time Signed** : 02/26/2025 14:49  
**Last Updated** : 02/26/2025 14:49  

## Time of Care Provided
02/26/2025 14:35

## Subjective

**Current illness/injury/health concern**  
3 year old female from ▮▮▮▮ here with parents. After noon meal food consumption of pizza, child is crying, mother reports she has constipation. Using the Bristol stool form scale type 1 stool indicated. Mother reports they are traveling from TX. They have had change of foods that are normal to them for the last 2 days.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A  

**Past Medical History**  
denied

**Allergies**  
NKDA

**Medications**  
none

**Last Menstrual Period**  
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 98.7  
**BP (SYS/DIA)** /  
**BPM** 107  
**Weight** 42.8 lbs  
**RPM** 22  
**O₂ Saturation/FIO₂ (%)** 100

## Objective

| | |
|---|---|
| **General** | crying in acute distress from constipation with associated anal pain |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | crying but consolable held by mother<br>mother rubs her back |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |

**Lungs CTA Bilaterally** Selected

| | |
|---|---|
| GI | hands on stomach |
| | when asked where pain is what problem is child points to her buttocks |
| Extremities | Normal gait |
| | Normal muscle tone |
| Skin | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Constipation

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

Yes

**Risk Detainee Notes**

advised child has constipation from changes in diet and toileting schedule

will provide conservative care

start with apple juice and advised to push fluids

mother given a and d ointment to apply to the external skin of the rectum

child would benefit from more fruits and vegetables (Vicki is able to get vegetable tray)

**Plan**

conservative care given apple juice

given lanolin 0.155 MG/MG / petrolatum 0.534 MG/MG [A+D Original] to apply to the external skin of the rectum

education provided to push fluids water goal for 3 year old 4 cups per day

child is fairly active in holding cell and processing area but will encourage movement

child would benefit from more fruits and vegetables as reported to CBP

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - SWB - MNB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 3  
**Alien Number**  
**Event Number**  
**Subject ID**  

**Was translation services utilized?** No  
**Date/Time Signed** : 03/06/2025 11:01  
**Last Updated** : 03/06/2025 11:01

## Time of Care Provided
03/06/2025 10:50

## Subjective

**Current illness/injury/health concern**  
right lower bug bite has had for a few days per mom. also mom states she is having diarrhea, but all that she is having the daughter eat is baby formula. mother denies child with fever, chills, rash, cuts, or syncope.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A

**Past Medical History**  
none

**Allergies**  
nkda

**Medications**  
none

**Last Menstrual Period**  
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.0 Tympanic  
**BPM** 120  
**RPM** 24  
**BP (SYS/DIA)** /  
**Weight** 41.2 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

**General**  WD/WN  
No Distress

**Neuro**

**Psych**

**E/N/T**  Normal/OP

**Eyes**  Normal lid/conjunctiva  
PERRL

**CV**  No Murmur

**Respiratory**

**Lungs CTA Bilaterally**  Selected

**GI**  NT/ND Abdomen

| | |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Insect bite | Diarrhea- uncomplicated

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

applied topical hydrocortisone to insect sting/bite. instructed mother to give her child solid food and not baby formula. advised mother to notify cbp or medical if either should worsen or new symptoms occur.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 3  
**Alien Number**  
**Event Number**  
**Subject ID**  

**Was translation services utilized?** No  
**Date/Time Signed** : 03/06/2025 12:47  
**Last Updated** : 03/06/2025 12:47  

## Time of Care Provided
03/06/2025 12:35

## Subjective

**Current illness/injury/health concern**
patient brought to medical due to falling off of little toy cart in family pod. Per mother child hit the side of her face when she fell. Mother denies child with bleeding, seizures, loss of vision or syncope

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A  

**Past Medical History**  
none

**Allergies**  
nkda

**Medications**  
none

**Last Menstrual Period**  
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.6  
**BP (SYS/DIA)**  /  
**BPM** 120  
**Weight** 41.2 lbs  
**RPM**  
**O₂ Saturation/FIO₂ (%)** 99

## Objective

**General**  WD/WN    alert, playful, curious  
             No Distress

**Neuro**

**Psych**

**E/N/T**

**Eyes**  Normal lid/conjunctiva   eom intact. and reactive to light

**CV**  No Murmur

**Respiratory**

**Lungs CTA Bilaterally** Selected

**GI**

| | |
|---|---|
| **Extremities** | |
| **Skin** | right side of her face with minor erythema , no deformities, non-tender to palpation, no bleeding |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: fall from ground height

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

mother provided with reassurance and educated on warning signs to look out for . instructed mother to notify cbp or medical staff should she notice any of the worsening symptoms or any new symptoms. patient provided with ice pack and mother instructed to apply to area of impact.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**MEDICAL SUMMARY FORM**

**Name (Last, First, Middle Initial):** ▪▪▪▪▪▪▪▪▪▪
**Alien Number:** ▪▪▪▪▪  **Date of Birth:** ▪▪▪▪▪  **Subject ID/Civilian ID:** ▪▪▪▪▪

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Medical Support (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 02/25/2025 02:17:23
Diagnosis:
Current illness/injury/health concern: 3 years old child that is brought to the facility with her parents and twin brother that has no chronic medical Hx and is currently having a slight cough.
Past Medical History: Parents denied any
Weight: 42.8 lbs
Temperature: 95.7°F, Tympanic
BPM: 102
RPM: 22
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 03/07/2025 15:16:23
Diagnosis: Other: dermatitis,Other: non infectious gastroenteritis
ECMR Status: Yellow
Current illness/injury/health concern: UPDATE: Mother returns with child with concerns of scalp itchiness that started this morning. States she is concerned she may have lice. Also has c/o itchy lesion to left abdomen noticed today. Child was evaluated and cleared in medical and was shortly brought back (within minutes) with concerns of continued loose stools. Reports 4-5 loose stools and 3-4 voiding episodes. Admits she re-started giving formula to child because she was told it would be okay since child does not like the food provided here. Reports child c/o intermittent stomach ache through out the day. Mother is requesting child be taken to hospital due to diarrhea. Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, lethargy.
***************************************************************
right lower bug bite has had for a few days per mom. also mom states she is having diarrhea, but all that she is having the daughter eat is baby formula. mother denies child with fever, chills, rash, cuts , or syncope.
***************************************************************
patient brought to medical due to falling off of little toy cart in family pod. Per mother child hit the side of her face when she fell. Mother denies child with bleeding, seizures, loss of vision or syncope
Past Medical History: none
Allergies: nkda
Weight: 41.2 lbs
Temperature: 97.8°F, Tympanic
BPM: 94
RPM: 22
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 03/06/2025 11:47:23
Diagnosis: Other: fall from ground height
ECMR Status: None
Current illness/injury/health concern: patient brought to medical due to falling off of little toy cart in family pod. Per

mother child hit the side of her face when she fell. Mother denies child with bleeding, seizures, loss of vision or syncope
Past Medical History: none
Allergies: nkda
Weight: 41.2 lbs
Temperature: 97.6°F
BPM: 120
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 03/06/2025 10:01:00
Diagnosis: Insect bite,Diarrhea- uncomplicated
ECMR Status: Yellow
Current illness/injury/health concern: right lower bug bite has had for a few days per mom. also mom states she is having diarrhea, but all that she is having the daughter eat is baby formula. mother denies child with fever, chills, rash, cuts , or syncope.
Past Medical History: none
Allergies: nkda
Weight: 41.2 lbs
Temperature: 97.0°F, Tympanic
BPM: 120
RPM: 24
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/26/2025 13:49:28
Diagnosis: Constipation
ECMR Status: Yellow
Current illness/injury/health concern: 3 year old female from ▓▓▓▓▓ here with parents. After noon meal food consumption of pizza, child is crying, mother reports she has constipation. Using the Bristol stool form scale type 1 stool indicated. Mother reports they are traveling from TX. They have had change of foods that are normal to them for the last 2 days.
Past Medical History: denied
Allergies: NKDA
Weight: 42.8 lbs
Temperature: 98.7°F
BPM: 107
RPM: 22
O2 Saturation/FIO2 (%): 100

☒ **Referred to Medical Facility (Summary Info):**
PT is medically cleared for travel

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);
hydrocortisone 1 MG/ML Topical Cream - 1 Other (Given Now);
lanolin 0.155 MG/MG / petrolatum 0.534 MG/MG [A+D Original] - 1 Units (Given Now);

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓
**Printed Name (First, Last)**

EMT
**Title**

**CBP Form 2501**