# Exhibit N

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

Activate    Discharge

### Patient Information
Current Location: POD 5 (MCPC)    Last Updated: 04/21/2025 09:29

| | | | |
|---|---|---|---|
| **Last Name** ▇ | **First Name** ▇ | **Middle Initial** | **Sex** M |
| **Alien Number** ▇ | **Event Number** ▇ | **Date of Birth** ▇ | **Age** 1 |
| **Country of Citizenship** ▇ | **Individual Status** Inactive | **Individual Type** FMUA | **Subject ID / Civilian ID** ▇ |
| **Location Information** CBP - USBP - EPT - EPT - MCPC - EMR | | | |

### Health Intake Interview

| Reporter | Date/Time | |
|---|---|---|
| Created By ▇ Updated By ▇ | Last Updated 04/17/2025 04:52 | Details |

### Medical Assessment

| Reporter | Status | Date/Time | | | |
|---|---|---|---|---|---|
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/17/2025 02:54 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 03/20/2025 08:50 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 03/23/2025 15:36 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 03/28/2025 01:12 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/02/2025 00:58 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/03/2025 10:08 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/07/2025 02:06 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/13/2025 04:11 | Details | + Addendum | History | Delete |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | |
|---|---|---|---|---|---|---|
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Runny nose,Nasal congestion | Signed 03/28/2025 01:16 | Details | + Addendum | History | Delete |
| Signed By ▇ ICE - ERO - EPSSFTX - EMR - Provider | Signed | Rhinitis- allergic | Signed 03/30/2025 10:23 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Other: Xerosis | Signed 04/01/2025 15:44 | Details | + Addendum | History | Delete |
| Signed By ▇ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Runny nose | Signed 04/13/2025 04:17 | Details | + Addendum | History | Delete |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

### Medications - App
↑ Medication Review    ↑ Manage Medications

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions
+ Add

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments
+ Add

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████████

**DOB** ████████

**Age** 1

**Was translation services utilized?** No

**Date/Time Signed** : 03/20/2025 08:50:00

**Last Updated** : 03/20/2025 08:50:00

**Alien Number** ████████

**Event Number** ████████

**Subject ID** ████████

### Time of Care Provided

03/20/2025 08:36

### History

**Current illness/injury/health concern**
N/A

**Past Medical History**
N/A

**Medications**
N/A

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None

### Vital Signs

**Temperature ( º F)** 98.3 Tympanic

**BPM** 120

**RPM** 22

**BP (SYS/DIA)** 98 / 76

**Weight** 26 lbs

**O$_2$ Saturation/FIO$_2$ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████████ | ████████████<br>████ █████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ████████ |
| **Age** 1 | **Subject ID** ████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/23/2025 15:36:32 | |
| **Last Updated** : 03/23/2025 15:36:32 | |

### Time of Care Provided

03/23/2025 15:29

### History

**Current illness/injury/health concern**
12m UAC, mom in hospital?, with no visible injury, current illness, or apparent health concern. He is awake and alert, playful, cheerful.

**Medications**
None present

**Past Medical History**
Unknown

**Allergies**
Unknown (mother not present)

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Calm - None

### Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 98.5 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 112 | **Weight** 22.5 lbs |
| **RPM** 20 | **O$_2$ Saturation/FIO$_2$ (%)** 97 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ ███████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▇▇▇▇▇▇▇▇                          **Alien Number** ▇▇▇▇▇▇

**DOB** ▇▇▇▇▇▇                                          **Event Number** ▇▇▇▇▇▇▇

**Age** 1                                                **Subject ID** ▇▇▇▇▇▇

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/28/2025 01:12:06

**Last Updated** : 03/28/2025 01:12:06

## Time of Care Provided

03/28/2025 00:13

## History

**Current illness/injury/health concern**
Patient is a 1yo male seen today with mom for a runny nose and
nasal congestion. Onset 2 days ago. Mom reports that she noticed
symptoms after washing her son's hair with shampoo. Denies fever,
diarrhea, and vomiting. Mom reports that patient is otherwise well.
He is sleeping well, drinking fluids, and has same energy as usual.

**Medications**
None present

**Past Medical History**
none

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

playful, appears well, not in distress, mood and affect appropriate

## Vital Signs

**Temperature ( °F)** 97.9 Tympanic                     **BP (SYS/DIA)** /

**BPM** 100                                              **Weight** 19.0 lbs

**RPM** 24                                               **O$_2$ Saturation/FIO$_2$ (%)** 95

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | runny nose, nasal congestion |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Other**

| Physical Exam | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | | clear rhinorrhea |
| **Resp** | Negative | |
| **CV** | Negative | |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | Negative | |
| **Other** | | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮ | ▮▮▮▮ ▮▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮▮

**Age** 1  **Subject ID** ▮▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 04/02/2025 00:58:34

**Last Updated** : 04/02/2025 00:58:34

### Time of Care Provided

04/02/2025 00:23

### History

**Current illness/injury/health concern**
IMA
Google translate app was used for this medical consult. 12 months old baby boy presented to medical for routine assessment. The mother reported no illnesses, injuries, and health concerns for the baby.

**Medications**
NONE

**Past Medical History**
NONE

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

calm

### Vital Signs

**Temperature ( °F)** 97.6  Tympanic  **BP (SYS/DIA)** /

**BPM** 89  **Weight** 22  lbs

**RPM** 28  **O$_2$ Saturation/FIO$_2$ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████████ ███████ | s.gov USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

| | | | |
|---|---|---|---|
| **(Last, First, MI)** | ██████████ | **Alien Number** | ████████ |
| **DOB** | ████████ | **Event Number** | ████████████ |
| **Age** 1 | | **Subject ID** | ████████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/03/2025 10:08:39

**Last Updated** : 04/03/2025 10:08:39

## Time of Care Provided

04/03/2025 09:01

## History

**Current illness/injury/health concern**
jima

**Medications**

**Past Medical History**
nonE

**Allergies**
nka

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

## Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( $^\circ$ F)** 97.5 Tympanic | | **BP (SYS/DIA)** / | |
| **BPM** 99 | | **Weight** 21 lbs | |
| **RPM** 22 | | **O $_2$ Saturation/FIO $_2$ (%)** 98 | |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████████            **Alien Number** ███████

**DOB** ███████                               **Event Number** ███████████

**Age** 1                                     **Subject ID** ███████

**Was translation services utilized?** No

**Date/Time Signed** : 04/07/2025 02:06:22

**Last Updated** : 04/07/2025 02:06:22

## Time of Care Provided

04/07/2025 01:36

## History

**Current illness/injury/health concern**            **Medications**
Pt is a 13-month-old male who presents with his mother and    None
brother for an updated IMA. Mom denies any current health
concerns.

**Past Medical History**                             **Allergies**
None                                                 NKA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

acitve

## Vital Signs

**Temperature ( °F)** 97.5 Tympanic                  **BP (SYS/DIA)**  /

**BPM** 100                                          **Weight** 26  lbs

**RPM** 32                                           **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████ ███████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████          **Alien Number** ████████

**DOB** ████████                        **Event Number** ████████

**Age** 1                               **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 04/13/2025 04:11:34

**Last Updated** : 04/13/2025 04:11:34

### Time of Care Provided

04/13/2025 02:21

### History

**Current illness/injury/health concern**
13 month child with mother in due to JIMA. Patient's parent states
child has runny nose onset 3 days ago. Patient's parent states no
other issue is present. See medical encounter for documentations
and treatment.

**Medications**
NONE

**Past Medical History**
NONE

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

acting age appropriate

### Vital Signs

**Temperature ( °F)** 97.8 Tympanic        **BP (SYS/DIA)** /

**BPM** 125                                **Weight** 24.5 lbs

**RPM** 24                                 **O$_2$ Saturation/FIO$_2$ (%)** 100

### Review of Systems

| | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | | runny nose |
| **Pulmonary** | Negative | |
| **Cardiovascular** | Negative | |
| **GI** | Negative | |
| **Skin** | Negative | |
| **Neuro** | Negative | |
| **Other** | | |

**Physical Exam**

| Section | | Finding |
|---|---|---|
| **General** | Negative | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Posture is upright. Maintained direct eye contact. Alert and oriented. Verbalize feelings. Mood and affect are appropriate. In no distress. |
| **HEENT** | Negative | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness.<br>EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection<br>EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white.<br>NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact.<br>NOSE: Nasal mucosa is pink and moist but has nasal discharges. Turbinate is not inflamed. Septum is at midline.<br>THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Dentition is noted. Tongue is at midline and well formed. |
| **Resp** | Negative | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration. |
| **CV** | Negative | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity. |
| **GI** | Negative | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation. |
| **M/S** | Negative | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal |
| **Skin** | | Warm and dry, no rashes, no lesions, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing |
| **Other** | | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ██████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ████████ |
| **Age** 1 | **Subject ID** ████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/17/2025 02:54:16 | |
| **Last Updated** : 04/17/2025 02:54:16 | |

## Time of Care Provided

04/17/2025 00:52

## History

**Current illness/injury/health concern**
Patient is a 13 month male seen today with mother for a routine check. Denies acute concerns.

**Medications**
NONE

**Past Medical History**
NONE

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm, appears well, not in distress, mood and affect appropriate

## Vital Signs

| | |
|---|---|
| **Temperature ( º F)** 97.0 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 113 | **Weight** 21.4 lbs |
| **RPM** 22 | **O$_2$ Saturation/FIO$_2$ (%)** 98 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| General | Negative |
| --- | --- |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

**Signed By:**

| Provider | Username | Position Name |
| --- | --- | --- |
| ███████████ | ████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮                    **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                                    **Event Number** ▮▮▮▮▮▮▮

**Age** 1                                         **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/28/2025 01:16

**Last Updated** : 03/28/2025 01:16

## Time of Care Provided

03/28/2025 01:13

## Subjective

**Current illness/injury/health concern**                **Signs/Symptoms of Acute Respiratory Infection**  Selected
Patient is a 1yo male seen today with mom for a runny nose and
nasal congestion. Onset 2 days ago. Mom reports that she noticed
symptoms after washing her son's hair with shampoo. Denies fever,
diarrhea, and vomiting. Mom reports that patient is otherwise well.
He is sleeping well, drinking fluids, and has same energy as usual.

**Cough**  N/A                                    **Sore Throat**  N/A

**Runny Nose**  Selected                          **Congestion**  Selected

**Past Medical History**                          **Allergies**
none                                              NKDA

**Medications**
None present

## Vital Signs (If Applicable)

**Temperature ( °F)**  97.9  Tympanic            **BP (SYS/DIA)**      /

**BPM**  100                                      **Weight**  19  lbs

**RPM**                                           **O $_2$ Saturation/FIO $_2$ (%)**  95

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | appears well, not in distress |
| **Neuro** | Cranial Nerves Intact | |
| **Psych** | | playful, mood and affect appropriate |
| **E/N/T** | | Mild cervical lymphadenopathy<br>Clear rhinorrhea<br>Bilateral TMs pearly gray with positive light reflex. No erythema, dullness, or bulging<br>Oropharynx pink and moist, without erythema, edema, or exudate |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | No drainage |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | S1S2; no murmurs, rubs, or gallops |

## Respiratory

**Lungs CTA Bilaterally**  Selected

No signs of respiratory distress
No wheezing, rales, or rhonchi

| GI | NT/ND Abdomen | Bowel sounds active. Soft and nondistended abdomen |
|---|---|---|
| **Extremities** | Normal gait | |
| **Skin** | Normal color | |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Runny nose | Nasal congestion

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

-Cetirizine given for symptom management
-Advised mom to monitor patient closely and bring him back to clinic if symptoms persist, or if there is worsening.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ ▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ██████████

**DOB** ██████████                          **Event Number** ██████████

**Age**  1                                  **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 03/30/2025 10:23

**Last Updated** : 03/30/2025 10:23

## Time of Care Provided

03/30/2025 10:13

## Subjective

**Current illness/injury/health concern**                **Signs/Symptoms of Acute Respiratory Infection**  Selected
Patient is a 1yo male seen today with mom for a runny nose and
nasal congestion. Onset 5 days

**Cough**  N/A                              **Sore Throat**  N/A

**Runny Nose**  Selected                    **Congestion**  N/A

**Past Medical History**                    **Allergies**
None                                        NKDA

**Medications**
None

## Vital Signs (If Applicable)

**Temperature ( °F)**  98.6  Tympanic       **BP (SYS/DIA)**     /

**BPM**  115                                **Weight**  10.61  kg

**RPM**  20                                 **O$_2$ Saturation/FIO$_2$ (%)**  96

## Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Calm and cooperative. Appropriate for age. |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally**  Selected | |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Normal color |

No lesions

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Rhinitis- allergic

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Patient medicated, mother instructed to return to medical unit if symptoms persist or worsen; verbalized understanding. No questions or concerns at this time.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

## Signed By:

| Provider | Username | Position Name |
|----------|----------|---------------|
| ███████████ | ███████████  ███████████ | ICE - ERO - EPSSFTX - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮▮

**Age** 1  **Subject ID** ▮▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 04/01/2025 15:44

**Last Updated** : 04/01/2025 15:44

### Time of Care Provided

04/01/2025 13:30

### Subjective

**Current illness/injury/health concern**
Dry face

Provider: Mom reports "rash" to face today. Not associated with soap. Not pruritic as child is not scratching. Not associated with fever or chills. No angioedema. Tolerating PO. No NVD. No other complaints.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

**Cough**  N/A  **Sore Throat**  N/A

**Runny Nose**  N/A  **Congestion**  N/A

**Past Medical History**
NONE

**Allergies**
NKDA

**Medications**
NONE

### Vital Signs (If Applicable)

**Temperature ( º F)**  97.4 Tympanic  **BP (SYS/DIA)**   /

**BPM** 108  **Weight**  17  lbs

**RPM** 26  **O $_2$ Saturation/FIO $_2$ (%)**  97

### Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Playful |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally**  Selected | |
| **GI** | NT/ND Abdomen |

| **Extremities** | Normal gait |
| | Normal muscle tone |

| **Skin** | Normal color | dry skin to cheeks |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Xerosis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

surveillance

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

**Signed By:**

| Provider | Username | Position Name |
| --- | --- | --- |
| ███████ | ████████ ████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ▉▉▉▉▉▉▉▉▉▉     **Alien Number** ▉▉▉▉▉▉▉

**DOB** ▉▉▉▉▉▉▉     **Event Number** ▉▉▉▉▉▉▉▉

**Age** 1     **Subject ID** ▉▉▉▉▉▉▉

**Was translation services utilized?** No

**Date/Time Signed** : 04/13/2025 04:17

**Last Updated** : 04/13/2025 04:17

### Time of Care Provided

04/13/2025 02:50

### Subjective

**Current illness/injury/health concern**      **Signs/Symptoms of Acute Respiratory Infection** N/A

13 month child with mother presents to the clinic due to runny nose. Patient's parent states child has runny nose with onset 3 days ago. Patient's parent also states no other issue are present. Mother states no sign of irritability or discomfort. Patient was seen in this clinic a few days ago with similar symptoms for which the patient was given cetirizine, and the meds seems ineffective. The mother will have to cleaned up the baby's runny nose manually to keep the nose patent and prevent infection. No distress noted

**Cough** N/A      **Sore Throat** N/A

**Runny Nose** N/A      **Congestion** N/A

**Past Medical History**      **Allergies**
NONE      NKDA

**Medications**
NONE

### Vital Signs (If Applicable)

**Temperature ( °F)** 97.8 Tympanic      **BP (SYS/DIA)** /

**BPM** 125      **Weight** 24.5 lbs

**RPM** 24      **O$_2$ Saturation/FIO$_2$ (%)** 100

### Objective

| General | WD/WN<br>No Distress | Healthy appearing, No dehydration. Well nourished. |
| --- | --- | --- |
| **Neuro** | Cranial Nerves Intact | Pulses are palpable and adequate. Aware of events and surroundings. |
| **Psych** | | Alert and oriented. Relaxed and calm. Verbalize feelings. Mood and affect are appropriate |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Ear canal without any discharge. Pinna/tragus without any tenderness. Nose is pink and moist but has nasal discharges. Pharynx/tonsils/uvula are unremarkable without enlargement. Dentition is noted. Mouth is normal. |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | Sclera is non icteric |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | S1S2 heartbeat with normal rhythm and sound intensity |

**Respiratory**

**Lungs CTA Bilaterally** Selected

Unlabored breathing. No rales, no wheezes

| **GI** | NT/ND Abdomen | Soft. Bowel sounds are present |
|---|---|---|
| **Extremities** | Normal gait<br>Normal muscle tone | Ambulatory with steady gait |
| **Skin** | Normal color<br>No lesions | No rashes |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Runny nose

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Manually cleaned the baby's nose

Instructed mother to keep the baby's nose clean and patent

Encouraged increased fluid intake

Avoid environmental pollutants, irritants, pollens

Educated mom about respiratory hygiene

Return to clinic if not feeling better

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████

**Alien Number:** ████████   **Date of Birth:** ████████   **Subject ID/Civilian ID:** ██████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/17/2025 02:54:16
Diagnosis:
Current illness/injury/health concern: Patient is a 13 month male seen today with mother for a routine check. Denies acute concerns.
Past Medical History: NONE
Weight: 21.4 lbs
Temperature: 97.0°F, Tympanic
BPM: 113
RPM: 22
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/20/2025 08:50:00
Diagnosis:
Current illness/injury/health concern: N/A
Past Medical History: N/A
Weight: 26 lbs
Temperature: 98.3°F, Tympanic
BP (SYS/DIA): 98/76
BPM: 120
RPM: 22
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/23/2025 15:36:32
Diagnosis:
Current illness/injury/health concern: 12m UAC, mom in hospital?, with no visible injury, current illness, or apparent health concern. He is awake and alert, playful, cheerful.
Past Medical History: Unknown
Weight: 22.5 lbs
Temperature: 98.5°F, Tympanic
BPM: 112
RPM: 20
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 03/28/2025 01:12:06
Diagnosis:
Current illness/injury/health concern: Patient is a 1yo male seen today with mom for a runny nose and nasal congestion. Onset 2 days ago. Mom reports that she noticed symptoms after washing her son's hair with shampoo. Denies fever, diarrhea, and vomiting. Mom reports that patient is otherwise well. He is sleeping well, drinking fluids, and has same energy as usual.
Past Medical History: none
Weight: 19.0 lbs

Temperature: 97.9°F, Tympanic
BPM: 136
RPM: 24
O2 Saturation/FIO2 (%): 95

Date/Time Signed: 04/02/2025 00:58:34
Diagnosis:
Current illness/injury/health concern: IMA
Google translate app was used for this medical consult. 12 months old baby boy presented to medical for routine
assessment. The mother reported no illnesses, injuries, and health concerns for the baby.
Past Medical History: NONE
Weight: 22 lbs
Temperature: 97.6°F, Tympanic
BPM: 89
RPM: 28
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/03/2025 10:08:39
Diagnosis:
Current illness/injury/health concern: jima
Past Medical History: nonE
Weight: 21 lbs
Temperature: 97.5°F, Tympanic
BPM: 99
RPM: 22
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/07/2025 02:06:22
Diagnosis:
Current illness/injury/health concern: Pt is a 13-month-old male who presents with his mother and brother for an
updated IMA. Mom denies any current health concerns.
Past Medical History: None
Weight: 26 lbs
Temperature: 97.5°F, Tympanic
BPM: 100
RPM: 32
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/13/2025 04:11:34
Diagnosis:
Current illness/injury/health concern: 13 month child with mother in due to JIMA. Patient's parent states child has runny
nose onset 3 days ago. Patient's parent states no other issue is present. See medical encounter for documentations and
treatment.
Past Medical History: NONE
Weight: 24.5 lbs
Temperature: 97.8°F, Tympanic
BPM: 125
RPM: 24
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 04/13/2025 04:17:06
Diagnosis: Runny nose
ECMR Status: Yellow
Current illness/injury/health concern: 13 month child with mother presents to the clinic due to runny nose. Patient's
parent states child has runny nose with onset 3 days ago. Patient's parent also states no other issue are present. Mother
states no sign of irritability or discomfort. Patient was seen in this clinic a few days ago with similar symptoms for
which the patient was given cetirizine, and the meds seems ineffective. The mother will have to cleaned up the baby's
runny nose manually to keep the nose patent and prevent infection. No distress noted
Past Medical History: NONE
Allergies: NKDA
Weight: 24.5 lbs
Temperature: 97.8°F, Tympanic
BPM: 125
RPM: 24
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 04/04/2025 15:41:58
Diagnosis: Other: Xerosis
ECMR Status: None
Current illness/injury/health concern: Dry face

Provider: Mom reports "rash" to face today. Not associated with soap. Not pruritic as child is not scratching. Not associated with fever or chills. No angioedema. Tolerating PO. No NVD. No other complaints.
Past Medical History: NONE
Allergies: NKDA
Weight: 17 lbs
Temperature: 97.4°F, Tympanic
BPM: 108
RPM: 26
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 03/30/2025 10:23:29
Diagnosis: Rhinitis- allergic
ECMR Status: Yellow
Current illness/injury/health concern: Patient is a 1yo male seen today with mom for a runny nose and nasal congestion. Onset 5 days
Past Medical History: None
Allergies: NKDA
Weight: 10.61 kg
Temperature: 98.6°F, Tympanic
BPM: 115
RPM: 20
O2 Saturation/FIO2 (%): 96

Date/Time Signed: 03/28/2025 01:16:09
Diagnosis: Runny nose,Nasal congestion
ECMR Status: Yellow
Current illness/injury/health concern: Patient is a 1yo male seen today with mom for a runny nose and nasal congestion. Onset 2 days ago. Mom reports that she noticed symptoms after washing her son's hair with shampoo. Denies fever, diarrhea, and vomiting. Mom reports that patient is otherwise well. He is sleeping well, drinking fluids, and has same energy as usual.
Past Medical History: none
Allergies: NKDA
Weight: 19 lbs
Temperature: 97.9°F, Tympanic
BPM: 100
O2 Saturation/FIO2 (%): 95

☐ **Referred toMedical Facility (Summary Info):**

 **Medications Prescribed/follow-on instructions:**

Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 cc (Given Now);
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);
petrolatum 0.93 MG/MG Topical Ointment - 1 Inch (Given Now);

 **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

<u>EMT</u>
**Title**

**Date / Time Signed:**04/21/2025 07:28:25

**CBP Form 2501**