# Exhibit O

**REDACTED VERSION OF
DOCUMENT PROPOSED TO BE
FILED UNDER SEAL**



Patient Medical Record - EMR
CBP EMR



| Activate | Discharge |

### Patient Information
**Current Location: POD 5 (MCPC)**  |  **Last Updated: 04/21/2025 09:29**

| | |
|---|---|
| **Last Name** ▇ | **First Name** ▇ |
| **Middle Initial** | **Sex** M |
| **Alien Number** ▇ | **Event Number** ▇ |
| **Date of Birth** ▇ | **Age** 0 |
| **Country of Citizenship** ▇ | **Individual Status** Inactive |
| **Individual Type** FMUA | **Subject ID / Civilian ID** ▇ |
| **Location Information** CBP - USBP - EPT - EPT - MCPC - EMR | |

### Health Intake Interview 🗒

| Reporter | Date/Time | |
|---|---|---|
| **Created By** ▇ **Updated By** ▇ | Last Updated 04/17/2025 19:33 | Details |

### Medical Assessment

| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 04/07/2025 02:03 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 04/03/2025 10:10 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 04/02/2025 00:49 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 03/28/2025 01:07 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 03/23/2025 16:00 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 03/20/2025 08:48 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 04/13/2025 04:04 | Details | + Addendum | History | Delete |
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Signed 04/17/2025 02:57 | Details | + Addendum | History | Delete |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| **Signed By** ▇ *CBP - USBP - EPT - EPT - MCPC - EMR - Provider* | Signed | Runny nose;Other: diaper rash | Signed 04/13/2025 03:56 | Details | + Addendum | History | Delete |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

### Medications - App
[ ! ] Medication Review | [ ! ] Manage Medications

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions
+ Add

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments
+ Add

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████

███████

**Alien Number** ██████████

**Event Number** █████████████

**Age**  0

**Subject ID**  ███████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/20/2025 08:48:24

**Last Updated** : 03/20/2025 08:48:24

### Time of Care Provided

03/20/2025 08:40

### History

**Current illness/injury/health concern**
N/A

**Medications**
N/A

**Past Medical History**
N/A

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None

### Vital Signs

| | |
|---|---|
| **Temperature ( º F)**  98.0 Tympanic | **BP (SYS/DIA)**  96  / 70 |
| **BPM**  122 | **Weight**  21  lbs |
| **RPM**  22 | **O$_2$ Saturation/FIO$_2$ (%)**  98 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

**HEENT**     Negative
**Resp**     Negative
**CV**     Negative
**GI**     Negative
**M/S**     Negative
**Skin**     Negative
**Other**

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| child eating well no distress noted this morning during mother 's med pass | Physician Addendum | ██████████ | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▉▉▉▉▉▉ | **Alien Number** ▉▉▉▉▉ |
| **DOB** ▉▉▉▉▉ | **Event Number** ▉▉▉▉▉▉ |
| **Age** 0 | **Subject ID** ▉▉▉▉▉ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/23/2025 16:00:52 | |
| **Last Updated** : 03/23/2025 16:00:52 | |

### Time of Care Provided

03/23/2025 15:49

### History

| | |
|---|---|
| **Current illness/injury/health concern** <br> unaccompanied 2 months old male . unknown med hx. | **Medications** <br> none |
| **Past Medical History** <br> Unknown | **Allergies** <br> NKDA |

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

WNL -

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( $^\circ$ F)** 97.2 Tympanic | | **BP (SYS/DIA)** / | |
| **BPM** 132 | | **Weight** 9.9 lbs | |
| **RPM** 24 | | **O $_2$ Saturation/FIO $_2$ (%)** 97 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | no sunken eyes |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | normal skin turgor<br>anterior fontanelle - wnl |
| **Other** | + wet diaper |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮

**Age** 0

**Was translation services utilized?** Yes

**Date/Time Signed** : 03/28/2025 01:07:38

**Last Updated** : 03/28/2025 01:07:38

**Alien Number** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮▮

## Time of Care Provided

03/28/2025 00:29

## History

**Current illness/injury/health concern**
Patient is a 2 months old male seen today with mom for a routine check. Denies acute concerns.

**Past Medical History**
none

**Medications**
none

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm, appears well, not in distress, mood and affect appropriate

## Vital Signs

**Temperature ( º F)** 97.9 Tympanic

**BPM** 128

**RPM** 44

**BP (SYS/DIA)** /

**Weight** 12.3 lbs

**O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ███████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 0 | **Subject ID** ▮▮▮▮▮▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/02/2025 00:49:24

**Last Updated** : 04/02/2025 00:49:24

## Time of Care Provided

04/02/2025 00:46

## History

**Current illness/injury/health concern**
IMA
Google translate app was used for this medical consult. 2 months
old baby boy presented to medical for routine assessment. The
mother reported no illnesses, injuries, and health concerns for the
baby.

**Medications**
none

**Past Medical History**
none

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm in mothers arms

## Vital Signs

| | |
|---|---|
| **Temperature ( $^\circ$ F)** 98.1 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 128 | **Weight** 18 lbs |
| **RPM** 36 | **O $_2$ Saturation/FIO $_2$ (%)** 98 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████ | BP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

| Patient Information | | |
|---|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮ | |
| **DOB** ▮▮▮▮ | **Event Number** ▮▮▮▮▮ | |
| **Age**  0 | **Subject ID** ▮▮▮▮ | |
| **Was translation services utilized?** No | | |
| **Date/Time Signed** : 04/03/2025 10:10:34 | | |
| **Last Updated** : 04/03/2025 10:10:34 | | |

### Time of Care Provided

04/03/2025 09:06

### History

| | |
|---|---|
| **Current illness/injury/health concern** JIMA | **Medications** |
| **Past Medical History** NONE | **Allergies** NKA |

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

| | | |
|---|---|---|
| **Temperature ( º F)**  98.8  Tympanic | **BP (SYS/DIA)**   / | |
| **BPM**  110 | **Weight**  17   lbs | |
| **RPM**  30 | **O $_2$ Saturation/FIO $_2$ (%)**   100 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▓▓▓▓▓▓▓ | **Alien Number** ▓▓▓▓▓ |
| **DOB** ▓▓▓▓▓ | **Event Number** ▓▓▓▓▓▓ |
| **Age** 0 | **Subject ID** ▓▓▓▓▓ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/07/2025 02:03:19

**Last Updated** : 04/07/2025 02:03:19

### Time of Care Provided

04/07/2025 01:39

### History

**Current illness/injury/health concern**
Pt is a 2 months old male infant seen in MU for an updated IMA with mom and brother. wellness check. Mother reports infant is nursing and latching on well. Denies difficulty with nursing. Reports infant is urinating well with bm's. Infant is active during assessment.

**Medications**

**Past Medical History**
NONE

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

active

### Vital Signs

| | |
|---|---|
| **Temperature ( ºF)** 99.3 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 111 | **Weight** 20 lbs |
| **RPM** 34 | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Other**

| Physical Exam | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

### Patient Information

| | | | |
|---|---|---|---|
| **(Last, First, MI)** | ▮▮▮▮▮▮ | **Alien Number** | ▮▮▮▮▮ |
| **DOB** | ▮▮▮▮ | **Event Number** | ▮▮▮▮▮▮ |
| **Age** 0 | | **Subject ID** | ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/13/2025 04:04:43

**Last Updated** : 04/13/2025 04:04:43

### Time of Care Provided

04/13/2025 02:42

### History

**Current illness/injury/health concern**
Pt is a 3 months old male infant seen in the medical unit for an updated IMA with mom and brother. There are here for wellness check. Mother states child has a bit of runny nose but denies any cough, temperature or signs of flu like symptoms. Baby has diaper rash that is healing. See medical encounter for documentation and treatment.

**Medications**
NONE

**Past Medical History**
NONE

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Appropriate to age

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( ° F)** 98.5 Tympanic | | **BP (SYS/DIA)** / |
| **BPM** 152 | | **Weight** 13.7 lbs |
| **RPM** 24 | | **O $_2$ Saturation/FIO $_2$ (%)** 100 |

### Review of Systems

| | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | | Runny nose |
| **Pulmonary** | Negative | |
| **Cardiovascular** | Negative | |
| **GI** | Negative | |
| **Skin** | | Diaper rash but it is healing |

| Neuro | Negative |
| Other | |

## Physical Exam

| General | Negative | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Alert and oriented to her mother. Mood and affect are appropriate. In no distress. |
|---|---|---|
| HEENT | Negative | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness.<br>EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection<br>EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white.<br>NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact.<br>NOSE: Nasal mucosa is pink and moist but has nasal discharges. Turbinate is not inflamed. Septum is at midline.<br>THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Tongue is at midline and well formed |
| Resp | Negative | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration. |
| CV | Negative | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity. |
| GI | | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation |
| M/S | | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal. |
| Skin | | Warm and dry, has diaper rashes but it is healing, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing. |
| Other | | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

**Addendum**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮ |
| **Age**  0 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/17/2025 02:57:46

**Last Updated** : 04/17/2025 02:57:46

### Time of Care Provided

04/17/2025 01:00

### History

**Current illness/injury/health concern**
Patient is a 3 months old male infant seen in the medical unit for an updated IMA with mom. Denies acute concerns.

**Medications**
NONE

**Past Medical History**
NONE

**Allergies**
NKA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

calm, appears well, not in distress, mood and affect appropriate

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( °F)**  97.9  Tympanic | | **BP (SYS/DIA)**    / | |
| **BPM**  145 | | **Weight**  12.5   lbs | |
| **RPM**  30 | | **O$_2$ Saturation/FIO$_2$ (%)**   100 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮▮ |
| **Age** 0 | **Subject ID** ▮▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/13/2025 03:56

**Last Updated** : 04/13/2025 03:56

### Time of Care Provided

04/13/2025 02:47

### Subjective

**Current illness/injury/health concern**
Patient is a 3 months old male infant seen in the medical unit for an updated IMA with mom and brother. They are here for wellness check. Mother states child has a bit of runny nose but denies any cough, temperature or signs of flu like symptoms. Onset for runny nose is 3 days ago. Mother states no sign of irritability or discomfort. No cough or fever, but the infant has diaper rash but the rash is healing well. .

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
NONE

**Allergies**
NKA

**Medications**
NONE

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)** 98.5 Tympanic | **BP (SYS/DIA)**    / |
| **BPM** 152 | **Weight** 13.7 lbs |
| **RPM** 24 | **O $_2$ Saturation/FIO $_2$ (%)** 100 |

### Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Healthy appearing, No dehydration. Well nourished. |
| **Neuro** | Cranial Nerves Intact | Pulses are palpable and adequate. Aware of events and surroundings. |
| **Psych** | | Alert and oriented to her mother. Relaxed and calm. Mood and affect are appropriate |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Ear canal without any discharge. Pinna/tragus without any tenderness. Nose is pink and moist and has nasal discharges. Pharynx/tonsils/uvula are unremarkable without enlargement. Mouth is normal. |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | Sclera is non icteric |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | S1S2 heartbeat with normal rhythm and sound intensity |

**Respiratory**

**Lungs CTA Bilaterally.** Selected.
Unlabored breathing. No rales, no wheezes

| | | |
|---|---|---|
| **GI** | NT/ND Abdomen | Soft. Bowel sounds are present |

**Extremities**                          Moves all extremities and has normal muscle tone.

**Skin**                                 Diaper rash, but it is healing well.

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Runny nose | Other: diaper rash

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Manually cleaned the baby's nose
Instructed the mother to do the same by cleaning the baby's nose and keeping the nose patent
Avoid environmental pollens, allergens, irritants
Educated mother that medication for runny nose is not advisable for the baby's age
Applied diaper rash ointment
Encourages increased fluid intake
Return to clinic if not feeling better

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████████

**Alien Number:** ████████    **Date of Birth:** ████████    **Subject ID/Civilian ID:** ██████████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/13/2025 04:04:43
Diagnosis:
Current illness/injury/health concern: Pt is a 3 months old male infant seen in the medical unit for an updated IMA with mom and brother. There are here for wellness check. Mother states child has a bit of runny nose but denies any cough, temperature or signs of flu like symptoms. Baby has diaper rash that is healing. See medical encounter for documentation and treatment.
Past Medical History: NONE
Weight: 13.7 lbs
Temperature: 98.5°F, Tympanic
BPM: 152
RPM: 24
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 04/17/2025 02:57:46
Diagnosis:
Current illness/injury/health concern: Patient is a 3 months old male infant seen in the medical unit for an updated IMA with mom. Denies acute concerns.
Past Medical History: NONE
Weight: 12.5 lbs
Temperature: 97.9°F, Tympanic
BPM: 145
RPM: 30
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 04/13/2025 03:56:01
Diagnosis: Runny nose,Other: diaper rash
ECMR Status: None
Current illness/injury/health concern: Patient is a 3 months old male infant seen in the medical unit for an updated IMA with mom and brother. They are here for wellness check. Mother states child has a bit of runny nose but denies any cough, temperature or signs of flu like symptoms. Onset for runny nose is 3 days ago. Mother states no sign of irritability or discomfort. No cough or fever, but the infant has diaper rash but the rash is healing well. .
Past Medical History: NONE
Allergies: NKA
Weight: 13.7 lbs
Temperature: 98.5°F, Tympanic
BPM: 152
RPM: 24
O2 Saturation/FIO2 (%): 100

 **Referred to Medical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
Vitamin A&D ointment - 1 Inch (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:** 04/21/2025 07:28:25

**CBP Form 2501**