# Exhibit P

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████

**DOB** ███████

**Age** 12

**Alien Number** ███████

**Event Number** ███████

**Subject ID** ███████

**Was translation services utilized?** No

**Date/Time Signed** : 04/11/2025 01:37:53

**Last Updated** : 04/11/2025 01:37:53

## Time of Care Provided

04/11/2025 01:15

## History

**Current illness/injury/health concern**
Patient is a 12yo male seen today with mom for a routine check. Denies acute concerns.

**Past Medical History**
denies

**Medications**
NONE

**Allergies**
NKA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
calm, appears well, not in distress, mood and affect appropriate

## Vital Signs

**Temperature (°F)** 98.7 Tympanic

**BPM** 76

**RPM** 18

**BP (SYS/DIA)** 119 / 82

**Weight** 60 kg

**O$_2$ Saturation/FIO$_2$ (%)** 95

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

### Signed By:

**Provider**
[redacted]

**Username**
[redacted]

**Position Name**
CBP - USBP - EPT - EPT - MCPC - EMR - Provider

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 12  
**Was translation services utilized?** No  
**Date/Time Signed** : 03/25/2025 02:16:09  
**Last Updated** : 03/25/2025 02:16:09  

**Alien Number**  
**Event Number**  
**Subject ID**  

### Time of Care Provided
03/25/2025 01:54

### History

**Current illness/injury/health concern**  
Pt is an 11-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.

**Medications**  
None

**Past Medical History**  
None

**Allergies**  
NKDA

### Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

### Vital Signs

**Temperature (°F)** 97.7 Tympanic  
**BPM** 87  
**RPM** 18  
**BP (SYS/DIA)** 102 / 78  
**Weight** 130.1 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 97  

### Review of Systems

**General**  Awake, alert and oriented in no acute distress. Well developed, hydrated and nourished. Appears stated age.

| | |
|---|---|
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

| Physical Exam | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

Admission/Disposition
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

Comments

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮▮
**Age** 12  **Subject ID** ▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 03/30/2025 01:04:15
**Last Updated** : 03/30/2025 01:04:15

## Time of Care Provided

03/30/2025 00:43

## History

**Current illness/injury/health concern**
Medical re assessment. Accompanied by his mother. Patient states he is healthy and feeling fine. Denies cough, sore throat, body aches, nausea, abdominal discomfort, or shortness of breath.

**Medications**
Denies

**Past Medical History**
Denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

## Vital Signs

**Temperature (°F)** 97.3  Tympanic   **BP (SYS/DIA)** 109 / 78
**BPM** 76   **Weight** 137.3 lbs
**RPM** 18   **O₂ Saturation/FIO₂ (%)** 97

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | | |
|---|---|---|
| **General** | Negative | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Posture is upright. Maintained direct eye contact. Alert and oriented. Verbalize feelings. Mood and affect are appropriate. In no distress. |
| **HEENT** | Negative | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness.<br>EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection<br>EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white.<br>NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact.<br>NOSE: Nasal mucosa is pink and moist. Turbinate is not inflamed. Septum is at midline.<br>THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Dentition is noted. Tongue is at midline and well formed |
| **Resp** | Negative | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration |
| **CV** | Negative | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity. |
| **GI** | Negative | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation. |
| **M/S** | Negative | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal. |
| **Skin** | Negative | Warm and dry, no rashes, no lesions, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing. |

**Other**

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮ | ▮ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**
**DOB**
**Age**  12
**Was translation services utilized?** No
**Date/Time Signed** : 04/03/2025 10:22:55
**Last Updated** : 04/03/2025 10:22:55

**Alien Number**
**Event Number**
**Subject ID**

## Time of Care Provided
04/03/2025 09:17

## History

**Current illness/injury/health concern**
JIMA

**Past Medical History**

**Medications**
NONE

**Allergies**
NKA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

**Temperature (°F)**  98.0  Tympanic
**BPM**  90
**RPM**  18

**BP (SYS/DIA)**  110  / 72
**Weight**  136   lbs
**O$_2$ Saturation/FIO$_2$ (%)**  98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Negative |

| | |
|---|---|
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮▮▮
**Age** 12  **Subject ID** ▮▮▮▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 04/07/2025 01:59:06
**Last Updated** : 04/07/2025 01:59:06

## Time of Care Provided

04/07/2025 01:14

## History

**Current illness/injury/health concern**
MA
12 years old male presented to medical unit with his father for initial medical assessment. The father denied illnesses, injuries, and health concerns for the patient.

**Medications**
NONE

**Past Medical History**
denies

**Allergies**
NKA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm and cooperative

## Vital Signs

**Temperature (°F)** 97.3  Tympanic  **BP (SYS/DIA)** 110 / 72
**BPM** 73  **Weight** 134 lbs
**RPM** 18  **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| [redacted] | [redacted] | BP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** [redacted]  
**Alien Number** [redacted]  
**DOB** [redacted]  
**Event Number** [redacted]  
**Age** 12  
**Subject ID** [redacted]  
**Was translation services utilized?** No  
**Date/Time Signed** : 03/26/2025 22:06  
**Last Updated** : 03/26/2025 22:06  

## Time of Care Provided
03/26/2025 21:42

## Subjective

**Current illness/injury/health concern**  
Pt is a 11 year old male who presents with his mom and brother it MU with complaint of congestion x 1 day. Pt states that he was "good now" but brother states he was complaining of nasal congestion. Pt denies head ache, nose bleed, N/V/D or any other compaint.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A  

**Past Medical History**  
Denies

**Allergies**  
NKDA

**Medications**  
Denies

## Vital Signs (If Applicable)

**Temperature (°F)** 98.9 Tympanic  
**BP (SYS/DIA)** 110 / 64  
**BPM** 100  
**Weight** 138.3 lbs  
**RPM** 18  
**O₂ Saturation/FIO₂ (%)** 99  

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Alert and oriented in no acute distress |
| **Neuro** | Cranial Nerves Intact | The patient is awake, alert and oriented |
| **Psych** | | Behavior and speech appropriate. Mood and affect normal and appropriate to situation |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |

**Respiratory**

**Lungs CTA Bilaterally** Selected

**GI** NT/ND Abdomen

| | |
|---|---|
| Extremities | Normal gait |
| | Normal muscle tone |
| Skin | Normal color |
| | No lesions |

### Other

### Tests

**Glucose**

**Flu**

### Diagnosis

Nasal congestion

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Plan

cetirizine hydrochloride 1 MG/ML [Zyrtec] x 5 cc given now
Pt instructed to increase fluid intake
Pt instructed to RTC if symptoms worsen

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| [redacted] | [redacted] | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**           **Date of Birth:**           **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 04/11/2025 01:37:53
Diagnosis:
Current illness/injury/health concern: Patient is a 12yo male seen today with mom for a routine check. Denies acute concerns.
Past Medical History: denies
Weight: 60 kg
Temperature: 98.7°F, Tympanic
BP (SYS/DIA): 119/82
BPM: 76
RPM: 18
O2 Saturation/FIO2 (%): 95

Date/Time Signed: 03/25/2025 02:16:09
Diagnosis:
Current illness/injury/health concern: Pt is an 11-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.
Past Medical History: None
Weight: 130.1 lbs
Temperature: 97.7°F, Tympanic
BP (SYS/DIA): 102/78
BPM: 87
RPM: 18
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 03/30/2025 01:04:15
Diagnosis:
Current illness/injury/health concern: Medical re assessment. Accompanied by his mother. Patient states he is healthy and feeling fine. Denies cough, sore throat, body aches, nausea, abdominal discomfort, or shortness of breath.
Past Medical History: Denies
Weight: 137.3 lbs
Temperature: 97.3°F, Tympanic
BP (SYS/DIA): 109/78
BPM: 76
RPM: 18
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 04/03/2025 10:22:55
Diagnosis:
Current illness/injury/health concern: JIMA
Weight: 136 lbs
Temperature: 98.0°F, Tympanic

BP (SYS/DIA): 110/72
BPM: 90
RPM: 18
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/07/2025 01:59:06
Diagnosis:
Current illness/injury/health concern: MA
12 years old male presented to medical unit with his father for initial medical assessment. The father denied illnesses, injuries, and health concerns for the patient.
Past Medical History: denies
Weight: 134 lbs
Temperature: 97.3°F, Tympanic
BP (SYS/DIA): 110/72
BPM: 73
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 03/26/2025 22:06:18
Diagnosis: Nasal congestion
ECMR Status: Yellow
Current illness/injury/health concern: Pt is a 11 year old male who presents with his mom and brother it MU with complaint of congestion x 1 day. Pt states that he was "good now" but brother states he was complaining of nasal congestion. Pt denies head ache, nose bleed, N/V/D or any other compaint.
Past Medical History: Denies
Allergies: NKDA
Weight: 138.3 lbs
Temperature: 98.9°F, Tympanic
BP (SYS/DIA): 110/64
BPM: 100
RPM: 18
O2 Saturation/FIO2 (%): 99

☐ **Referred toMedical Facility (Summary Info):**

☒  **Medications Prescribed/follow-on instructions:**

Inactive Medications:
cetirizine hydrochloride 1 MG/ML [Zyrtec] - 5 cc (Given Now);

☒  **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT
**Title**

**Date / Time Signed:** 04/12/2025 07:31:45