# Exhibit Q

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ███████ |
| **DOB** ███████ | **Event Number** ███████████ |
| **Age** 15 | **Subject ID** ████████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/11/2025 01:51:16

**Last Updated** : 04/11/2025 01:51:16

### Time of Care Provided

04/11/2025 01:13

### History

**Current illness/injury/health concern**
Patient is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns except posterior neck pain. He was treated for the neck pain about 2 weeks ago. He states the pain subsided but is coming back. The pain was induced by cold air. See medical documentation and treatment.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( °F)** 97.3 Tympanic | | **BP (SYS/DIA)** 122 / 70 | |
| **BPM** 52 | | **Weight** 94.7 kg | |
| **RPM** 16 | | **O$_2$ Saturation/FIO$_2$ (%)** 98 | |

### Review of Systems

| | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | Negative | Neck pain |
| **Pulmonary** | Negative | |
| **Cardiovascular** | Negative | |
| **GI** | Negative | |
| **Skin** | Negative | |

**Neuro**    Negative

**Other**

## Physical Exam

| | |
|---|---|
| **General** | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Posture is upright. Maintained direct eye contact. Alert and oriented. Verbalize feelings. Mood and affect are appropriate. In no distress. |
| **HEENT** | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness. EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white. NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact. NOSE: Nasal mucosa is pink and moist. Turbinate is not inflamed. Septum is at midline. THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Dentition is noted. Tongue is at midline and well formed. |
| **Resp** | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration |
| **CV** | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity. |
| **GI** | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation. |
| **M/S** | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal. Posterior neck tenderness on palpation. |
| **Skin** | Warm and dry, no rashes, no lesions, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing. |

**Other**

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ██████████ | ████████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████                **Alien Number** ███████
**DOB** ███████                              **Event Number** ███████
**Age** 15                                    **Subject ID** ███████

**Was translation services utilized?** No
**Date/Time Signed** : 03/25/2025 02:23:30
**Last Updated** : 03/25/2025 02:23:30

### Time of Care Provided

03/25/2025 01:40

### History

**Current illness/injury/health concern**
Pt is a 14-year-old male who presents with his dad and brothers
for an IMA. Dad denies any current health concerns.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

calm and cooperative/ none observed

### Vital Signs

**Temperature ( °F)** 96.7 Tympanic          **BP (SYS/DIA)** 130 / 70
**BPM** 70                                   **Weight** 212.5 lbs
**RPM** 18                                   **O$_2$ Saturation/FIO$_2$ (%)** 97

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | | |
|---|---|---|
| **General** | Negative | Awake, alert and oriented in no acute distress. Well developed, hydrated and nourished. Appears stated age. |
| **HEENT** | Negative | |
| **Resp** | Negative | |
| **CV** | Negative | |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | Negative | |
| **Other** | | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ███████████
**DOB** ███████████                          **Event Number** ███████████
**Age** 15                                    **Subject ID** ███████████
**Was translation services utilized?** No
**Date/Time Signed** : 03/30/2025 02:07:14
**Last Updated** : 03/30/2025 02:07:14

### Time of Care Provided

03/30/2025 01:34

### History

**Current illness/injury/health concern**              **Medications**
Patient is accompanied by his father for JIMA. Patient states he is    None
healthy and well. He denies cough, sore throat, headache, runny
nose, or shortness of breath; but did complain of dry lips. He states
he drinks adequate amount of water. No distress noted. See
medical encounter for documentation and treatment.

**Past Medical History**                                **Allergies**
None                                                     NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

**Temperature ( ° F)** 97.6  Tympanic          **BP (SYS/DIA)** 119 / 79
**BPM** 56                                      **Weight** 214.51  lbs
**RPM** 20                                      **O$_2$ Saturation/FIO$_2$ (%)** 96

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Dry lips |
| **Neuro** | Negative |

**Other**

## Physical Exam

| | | |
|---|---|---|
| **General** | Negative | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Posture is upright. Maintained direct eye contact. Alert and oriented. Verbalize feelings. Mood and affect are appropriate. In no distress. |
| **HEENT** | Negative | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness.<br>EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection<br>EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white.<br>NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact.<br>NOSE: Nasal mucosa is pink and moist. Turbinate is not inflamed. Septum is at midline.<br>THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Dentition is noted. Tongue is at midline and well formed. |
| **Resp** | Negative | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration |
| **CV** | Negative | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity. |
| **GI** | Negative | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation. |
| **M/S** | Negative | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal. |
| **Skin** | Negative | Warm and dry, no rashes, no lesions, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing. Has dry lips |

**Other**

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |



## Details - Medical Assessment

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ███████ | **Alien Number** ███████ |
| **DOB** ███████ | **Event Number** ███████ |
| **Age** 15 | **Subject ID** ███████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/03/2025 11:24:24

**Last Updated** : 04/03/2025 11:24:24

### Time of Care Provided

04/03/2025 09:23

### History

| **Current illness/injury/health concern** | **Medications** |
|---|---|
| JIMA | NONE |
| **Past Medical History** | **Allergies** |
| | NKA |

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 98.0 Tympanic | **BP (SYS/DIA)** 128 / 82 |
| **BPM** 88 | **Weight** 211 lbs |
| **RPM** 16 | **O$_2$ Saturation/FIO$_2$ (%)** 98 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

**HEENT**                          Negative

**Resp**                           Negative

**CV**                             Negative

**GI**                             Negative

**M/S**                            Negative

**Skin**                           Negative

**Other**

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues – general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

### Signed By:

| **Provider** | **Username** | **Position Name** |
|--------------|--------------|-------------------|
| ███████████ | ███████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████ | **Alien Number** ███████ |
| **DOB** ███████ | **Event Number** ███████ |
| **Age** 15 | **Subject ID** ███████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/07/2025 01:02:36

**Last Updated** : 04/07/2025 01:02:36

### Time of Care Provided

04/07/2025 00:49

### History

**Current illness/injury/health concern**
Pt is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

calm and cooperative, none observed

### Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 97.9 Tympanic | **BP (SYS/DIA)** 127 / 72 |
| **BPM** 56 | **Weight** 93.7 kg |
| **RPM** 18 | **$O_2$ Saturation/FIO$_2$ (%)** 98 |

### Review of Systems

| | | |
|---|---|---|
| **General** | | Awake, alert and oriented in no acute distress |
| **HEENT** | Negative | |
| **Pulmonary** | Negative | |
| **Cardiovascular** | Negative | |
| **GI** | Negative | |
| **Skin** | Negative | |
| **Neuro** | Negative | |
| **Other** | | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

| Patient Information | | |
|---|---|---|
| **(Last, First, MI)** ███████ | **Alien Number** ███████ | |
| **DOB** ███████ | **Event Number** ███████ | |
| **Age** 15 | **Subject ID** ███████ | |

**Was translation services utilized?** No

**Date/Time Signed** : 04/11/2025 01:48

**Last Updated** : 04/11/2025 01:48

### Time of Care Provided

04/11/2025 01:30

### Subjective

**Current illness/injury/health concern**
Patient is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns except posterior neck pain. He was treated for the neck pain about 2 weeks ago. He states the pain subsided but is coming back. The pain was induced by cold air. He rated the pain as 6/10 intensity. Patient declined pain med but opted for muscle rub cream. Denies sore throat, cough, runny nose, dizziness, and shortness of breath.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Sore Throat** N/A

**Runny Nose** N/A

**Congestion** N/A

**Past Medical History**
Neck pain

**Allergies**
NKDA

**Medications**
None

### Vital Signs (If Applicable)

**Temperature ( $^\circ$ F)** 97.3 Tympanic

**BP (SYS/DIA)** 122 / 70

**BPM** 52

**Weight** 97.4 kg

**RPM** 16

**O $_2$ Saturation/FIO $_2$ (%)** 98

### Objective

| General | WD/WN | Healthy appearing, No dehydration. Well nourished. |
|---|---|---|
| **Neuro** | Cranial Nerves Intact | Pulses are palpable and adequate. Aware of events and surroundings. |
| **Psych** | | Alert and oriented. Relaxed and calm. Verbalize feelings. Mood and affect are appropriate |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Ear canal without any discharge. Pinna/tragus without any tenderness. Nose is pink and moist. Pharynx/tonsils/uvula are unremarkable without enlargement. Dentition is noted. Mouth is normal.. Tender neck muscle on palpation |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | Sclera is non icteric |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | S1S2 heartbeat with normal rhythm and sound intensity |
| **Respiratory** | | |

**Lungs CTA Bilaterally**  Selected

Unlabored breathing. No rales, no wheezes

| **GI** | NT/ND Abdomen | Soft. Bowel sounds are present |
|---|---|---|
| **Extremities** | Normal gait | Ambulatory with steady gait |
| **Skin** | Normal color | No rashes |

**Other**

## Tests

**Glucose**

**Flu**

## Diagnosis

Other: Posterior neck pain

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Messaged the neck with muscle rub

Avoid strenuous activities involving the said body part.

May exercise as tolerated.

Adopt RICE protocol

Monitor for swelling, increase pain level, tingling sensation and numbness, discoloration.

Take/use meds (muscle rub) as directed

Return to clinic if not feeling better

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ██████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ███████ |
| **DOB** ███████ | **Event Number** ███████ |
| **Age** 15 | **Subject ID** ███████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 03/27/2025 21:10 | |
| **Last Updated** : 03/27/2025 21:10 | |

### Time of Care Provided

03/27/2025 20:52

### Subjective

**Current illness/injury/health concern**
Patient presents to the clinic with the complaint of posterior neck pain, states that the cold air triggered his neck pain. States that the neck pain is Pain 7/10 intensity. Patient denies headache, body aches, sore throat, dizziness, or shortness of breath. Patient declined pain med, instead opted to have muscle rub only. No distress noted.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

**Cough**  N/A

**Sore Throat**  N/A

**Runny Nose**  N/A

**Congestion**  N/A

**Past Medical History**
None

**Allergies**
NKDA

**Medications**
None

### Vital Signs (If Applicable)

| | | | |
|---|---|---|---|
| **Temperature ( °F)** 98.0 Tympanic | | **BP (SYS/DIA)** 126 / 73 | |
| **BPM** 96 | | **Weight** 216.5 lbs | |
| **RPM** 20 | | **O $_2$ Saturation/FIO $_2$ (%)** 96 | |

### Objective

| **General** | WD/WN<br>No Distress | Healthy appearing, No dehydration. Well nourished. |
|---|---|---|
| **Neuro** | Cranial Nerves Intact | Relaxed and calm. Verbalize feelings. |
| **Psych** | | Alert and oriented. Mood and affect are appropriate |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Nose is pink and moist. Pharynx/tonsils/uvula are unremarkable without enlargement. Dentition is noted. Mouth is normal. |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | Sclera is non icteric |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | S1S2 heartbeat with normal rhythm and sound intensity |

### Respiratory

**Lungs CTA Bilaterally**  Selected
Unlabored breathing. No rales, no wheezes

| **GI** | NT/ND Abdomen | Soft. Bowel sounds are present |

| Extremities | Normal gait | Ambulatory with steady gait |
|---|---|---|
| | Normal muscle tone | |
| **Skin** | Normal color | Posterior neck tenderness on palpation. No rashes |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Neck pain

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Avoid strenuous activity that may aggravate the neck pain
May exercise as tolerated
Use med as directed
Return to clinic if not feeling better

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮ |
| **Age** 15 | **Subject ID** ▮▮▮▮▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed :** 03/30/2025 02:02 | |
| **Last Updated :** 03/30/2025 02:02 | |

### Time of Care Provided

03/30/2025 01:53

### Subjective

**Current illness/injury/health concern**
Patient is accompanied by his father for JIMA. Patient states he is healthy and well. He denies cough, sore throat, headache, runny nose, or shortness of breath; but did complain of dry lips. He states he drinks adequate amount of water. No distress noted. Encouraged patient to increase fluid intake.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
Neck pain

**Allergies**
NKDA

**Medications**
None

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 97.6 Tympanic | **BP (SYS/DIA)** 119 / 79 |
| **BPM** 56 | **Weight** 214.51 kg |
| **RPM** 20 | **O₂ Saturation/FIO₂ (%)** 96 |

$O_2$ Saturation/$FIO_2$ (%) 96

### Objective

| General | WD/WN<br>No Distress | Healthy appearing, has mild dehydration. Well nourished |
|---|---|---|
| Neuro | Cranial Nerves Intact | Pulses are palpable and adequate. Aware of events and surroundings |
| Psych | | Alert and oriented. Relaxed and calm. Verbalize feelings. Mood and affect are appropriate |
| E/N/T | Normal/OP<br>No Lymphadenopathy | Ear canal without any discharge. Pinna/tragus without any tenderness. Nose is pink and moist. Pharynx/tonsils/uvula are unremarkable without enlargement. Dentition is noted. Mouth is normal. Lips are dried. |
| Eyes | Normal lid/conjunctiva<br>PERRL | Sclera is non icteric |
| CV | No Murmur<br>Cap Refill lesser than 2 sec | S1S2 heartbeat with normal rhythm and sound intensity |

### Respiratory

**Lungs CTA Bilaterally** Selected
Unlabored breathing. No rales, no wheezes

| GI | NT/ND Abdomen | Soft. Bowel sounds are present |
| Extremities | Normal gait | Ambulates with steady gait |
| | Normal muscle tone | |
| Skin | Normal color | No rashes. Has dry lips |
| | No lesions | |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: mild dehydration

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Explained to patient that the most common cause of dehydration is inadequate fluid intake
Encouraged Increase fluid intake and eat balanced meal.
Gave water to drink
Take/use meds (Petrolatum ) as directed
Return to clinic if not feeling better

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



**DEPARTMENT OF HOMELAND SECURITY**
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▓▓▓▓▓▓▓▓▓▓
**Alien Number:** ▓▓▓▓▓▓ **Date of Birth:** ▓▓▓▓▓▓▓ **Subject ID/Civilian ID:** ▓▓▓▓▓▓▓

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/11/2025 01:51:16
Diagnosis:
Current illness/injury/health concern: Patient is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns except posterior neck pain. He was treated for the neck pain about 2 weeks ago. He states the pain subsided but is coming back. The pain was induced by cold air. See medical documentation and treatment.
Past Medical History: None
Weight: 94.7 kg
Temperature: 97.3°F, Tympanic
BP (SYS/DIA): 122/70
BPM: 52
RPM: 16
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/25/2025 02:23:30
Diagnosis:
Current illness/injury/health concern: Pt is an 14-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.
Past Medical History: None
Weight: 212.5 lbs
Temperature: 96.7°F, Tympanic
BP (SYS/DIA): 130/70
BPM: 70
RPM: 18
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 03/30/2025 02:07:14
Diagnosis:
Current illness/injury/health concern: Patient is accompanied by his father for JIMA. Patient states he is healthy and well. He denies cough, sore throat, headache, runny nose, or shortness of breath; but did complain of dry lips. He states he drinks adequate amount of water. No distress noted. See medical encounter for documentation and treatment.
Past Medical History: None
Weight: 214.51 lbs
Temperature: 97.6°F, Tympanic
BP (SYS/DIA): 119/79
BPM: 56
RPM: 20
O2 Saturation/FIO2 (%): 96

Date/Time Signed: 04/03/2025 11:24:24
Diagnosis:

Current illness/injury/health concern: JIMA
Weight: 216.5 lbs
Temperature: 98.0°F, Tympanic
BP (SYS/DIA): 128/82
BPM: 88
RPM: 16
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/07/2025 01:02:36
Diagnosis:
Current illness/injury/health concern: Pt is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns.
Past Medical History: None
Weight: 93.7 kg
Temperature: 97.9°F, Tympanic
BP (SYS/DIA): 127/72
BPM: 56
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 04/11/2025 01:48:03
Diagnosis: Other: Posterior neck pain
ECMR Status: None
Current illness/injury/health concern: Patient is an 15-year-old male who presents with his dad and brother for an IMA. Dad denies any current health concerns except posterior neck pain. He was treated for the neck pain about 2 weeks ago. He states the pain subsided but is coming back. The pain was induced by cold air. He rated the pain as 6/10 intensity. Patient declined pain med but opted for muscle rub cream. Denies sore throat, cough, runny nose, dizziness, and shortness of breath.
Past Medical History: Neck pain
Allergies: NKDA
Weight: 97.4 kg
Temperature: 97.3°F, Tympanic
BP (SYS/DIA): 122/70
BPM: 52
RPM: 16
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/30/2025 02:02:59
Diagnosis: Other: mild dehydration
ECMR Status: None
Current illness/injury/health concern: Patient is accompanied by his father for JIMA. Patient states he is healthy and well. He denies cough, sore throat, headache, runny nose, or shortness of breath; but did complain of dry lips. He states he drinks adequate amount of water. No distress noted. Encouraged patient to increase fluid intake.
Past Medical History: Neck pain
Allergies: NKDA
Weight: 214.51 kg
Temperature: 97.6°F, Tympanic
BP (SYS/DIA): 119/79
BPM: 56
RPM: 20
O2 Saturation/FIO2 (%): 96

Date/Time Signed: 03/27/2025 21:10:52
Diagnosis: Neck pain
ECMR Status: Orange
Current illness/injury/health concern: Patient presents to the clinic with the complaint of posterior neck pain, states that the cold air triggered his neck pain. States that the neck pain is Pain 7/10 intensity. Patient denies headache, body aches, sore throat, dizziness, or shortness of breath. Patient declined pain med, instead opted to have muscle rub only. No distress noted.
Past Medical History: None
Allergies: NKDA
Weight: 216.5 lbs
Temperature: 98.0°F, Tympanic
BP (SYS/DIA): 126/73
BPM: 96

 **Referred toMedical Facility (Summary Info):**

 **Medications Prescribed/follow-on instructions:**

Inactive Medications:
camphor 40 MG/ML / menthol 100 MG/ML / methyl salicylate 300 MG/ML [Atopalm Moisturizing Muscle Rub] **-** 1 Inch (Given Now);
camphor 40 MG/ML / menthol 100 MG/ML / methyl salicylate 300 MG/ML [Atopalm Moisturizing Muscle Rub] **-** 1 Inch (Given Now);
petrolatum 1 MG/MG Topical Ointment **-** 1 Inch (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

<u>EMT</u>
**Title**

**Date / Time Signed:**04/12/2025 07:31:45

**CBP Form 2501**