# Exhibit R

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**






# Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮ | **Alien Number** ▮ |
| **DOB** ▮ | **Event Number** ▮ |
| **Age** 14 | **Subject ID** ▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/11/2025 01:34:30 | |
| **Last Updated** : 04/11/2025 01:34:30 | |

### Time of Care Provided
04/11/2025 01:13

### History

**Current illness/injury/health concern**
Patient is a 14yo male seen today with mom for a routine check. Denies acute concerns.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
calm, appears well, not in distress, mood and affect appropriate

### Vital Signs

| | |
|---|---|
| **Temperature (°F)** 97.2 Tympanic | **BP (SYS/DIA)** 106 / 59 |
| **BPM** 56 | **Weight** 52.5 kg |
| **RPM** 16 | **O$_2$ Saturation/FIO$_2$ (%)** 95 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**Alien Number**  
**DOB**  
**Event Number**  
**Age** 14  
**Subject ID**  
**Was translation services utilized?** No  
**Date/Time Signed** : 03/25/2025 02:13:59  
**Last Updated** : 03/25/2025 02:13:59  

## Time of Care Provided

03/25/2025 01:48

## History

**Current illness/injury/health concern**  
Pt is an 14-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.

**Medications**  
None

**Past Medical History**  
None

**Allergies**  
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

calm and cooperative, none observed

## Vital Signs

**Temperature (°F)** 97.2 Tympanic  
**BP (SYS/DIA)** 116 / 88  
**BPM** 70  
**Weight** 119.3 lbs  
**RPM** 18  
**$O_2$ Saturation/$FIO_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Awake, alert and oriented in no acute distress. Well developed, hydrated and nourished. Appears stated age. |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 14  
**Was translation services utilized?** No  
**Date/Time Signed** : 03/30/2025 00:58:11  
**Last Updated** : 03/30/2025 00:58:11  

**Alien Number**  
**Event Number**  
**Subject ID**

## Time of Care Provided

03/30/2025 00:32

## History

**Current illness/injury/health concern**  
Medical Re assessment. Patient states he is fine. Denies sore throat, cough, headache, or body ache. He was accompanied by his mother.

**Medications**  
None

**Past Medical History**  
None

**Allergies**  
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

**Temperature ( °F)** 98.4  Tympanic  
**BPM** 79  
**RPM** 18  
**BP (SYS/DIA)** 119 / 72  
**Weight** 118.6  lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | | |
|---|---|---|
| **General** | Negative | Healthy appearing. No dehydration. Well nourished. Appropriately dressed. Posture is upright. Maintained direct eye contact. Alert and oriented. Verbalize feelings. Mood and affect are appropriate. In no distress. |
| **HEENT** | Negative | HEAD: Atraumatic. Normocephalic. No visible masses, depressions, or scar. No tenderness.<br>EYES: Sclera is non icteric. Conjunctiva is clear. Eyelids are without tenderness. Eyebrows are normal. No drainage or discharges. No indication of infection<br>EARS: Pinna, tragus, and ear canal are non-tender and without swelling or discharges. Eardrum is somewhat visible with cerumen but non bulging and pearly white.<br>NECK: No lymphadenopathy. Rotation, flexion and extension of the neck is intact.<br>NOSE: Nasal mucosa is pink and moist. Turbinate is not inflamed. Septum is at midline.<br>THROAT: Tonsils, uvula, and pharynx are without enlargement, tenderness, soreness, or exudate. MOUTH: Dentition is noted. Tongue is at midline and well formed. |
| **Resp** | Negative | Unlabored breathing. Lung fields are clear without rales, wheezes, and rhonchi. Symmetrical chest wall movement with each respiration |
| **CV** | Negative | S1S2 with normal rhythm and sound intensity. No murmurs. No palpitations. Chest external presentation is normal without visible deformity |
| **GI** | Negative | Soft. non tender, and non-distended. No bruit or visible pulsation. Bowel sounds are present in all quadrants and normoactive. No hepatomegaly, no visible herniation |
| **M/S** | Negative | Upper and lower extremities without deformity, swelling, edema, or erythema. No discomfort or spasm noted with ROM. Sensation of touch is intact. Muscle tone and strength are equal bilaterally. Capillary refill is less than 2 seconds. Pulses are palpable. Ambulatory with steady gait. Motor function is normal. |
| **Skin** | Negative | Warm and dry, no rashes, no lesions, Appropriate color for ethnicity. Nail beds are pink with no cyanosis or clubbing. |

**Other**

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮ | ▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** | **Alien Number** |
| **DOB** | **Event Number** |
| **Age** 14 | **Subject ID** |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/03/2025 10:20:23 | |
| **Last Updated** : 04/03/2025 10:20:23 | |

**Time of Care Provided**
04/03/2025 09:14

## History

| | |
|---|---|
| **Current illness/injury/health concern** JIMA | **Medications** NONE |
| **Past Medical History** | **Allergies** NKA |

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

| | |
|---|---|
| **Temperature (°F)** 97.9 Tympanic | **BP (SYS/DIA)** 118 / 65 |
| **BPM** 70 | **Weight** 114 lbs |
| **RPM** 16 | **O₂ Saturation/FIO₂ (%)** 98 |

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**


**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

## Details - Medical Assessment

### Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 14  
**Was translation services utilized?** No  
**Date/Time Signed** : 04/07/2025 00:55:55  
**Last Updated** : 04/07/2025 00:55:55  

**Alien Number**  
**Event Number**  
**Subject ID**  

### Time of Care Provided
04/07/2025 00:43

### History

**Current illness/injury/health concern**  
Pt is an 14-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.

**Medications**  
None

**Past Medical History**  
None

**Allergies**  
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other
calm and cooperative, none observed

### Vital Signs

**Temperature ( °F)** 97.2  Tympanic  
**BPM** 55  
**RPM** 18  
**BP (SYS/DIA)** 101 / 79  
**Weight** 53.0 kg  
**O$_2$ Saturation/FIO$_2$ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Awake, alert and oriented in no acute distress |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**          **Date of Birth:**          **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/11/2025 01:34:30
Diagnosis:
Current illness/injury/health concern: Patient is a 14yo male seen today with mom for a routine check. Denies acute concerns.
Past Medical History: None
Weight: 52.5 kg
Temperature: 97.2°F, Tympanic
BP (SYS/DIA): 106/59
BPM: 56
RPM: 16
O2 Saturation/FIO2 (%): 95

Date/Time Signed: 03/25/2025 02:13:59
Diagnosis:
Current illness/injury/health concern: Pt is an 14-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.
Past Medical History: None
Weight: 119.3 lbs
Temperature: 97.2°F, Tympanic
BP (SYS/DIA): 116/88
BPM: 70
RPM: 18
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 03/30/2025 00:58:11
Diagnosis:
Current illness/injury/health concern: Medical Re assessment. Patient states he is fine. Denies sore throat, cough, headache, or body ache. He was accompanied by his mother.
Past Medical History: None
Weight: 118.6 lbs
Temperature: 98.4°F, Tympanic
BP (SYS/DIA): 119/72
BPM: 79
RPM: 18
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/03/2025 10:20:23
Diagnosis:
Current illness/injury/health concern: JIMA
Weight: 114 lbs
Temperature: 97.9°F, Tympanic

BP (SYS/DIA): 118/65
BPM: 76
RPM: 16
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/07/2025 00:55:55
Diagnosis:
Current illness/injury/health concern: Pt is an 14-year-old male who presents with his dad and brothers for an IMA. Dad denies any current health concerns.
Past Medical History: None
Weight: 53.0 kg
Temperature: 97.2°F, Tympanic
BP (SYS/DIA): 101/79
BPM: 55
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter:

N/A

☐ **Referred toMedical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

▬▬▬▬▬▬

▬▬▬▬▬▬
**Printed Name (First, Last)**

<u>EMT</u>
**Title**

**Date / Time Signed:** 04/12/2025 07:31:45

**CBP Form 2501**