# Exhibit S

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Patient Medical Record - EMR
CBP EMR

[ Activate ] [ Discharge ]

## Patient Information
**Current Location:** Processing 2 (MCPC)    **Last Updated:** 05/01/2025 11:41

| Field | Value |
|---|---|
| Last Name | ■■■ |
| First Name | ■■■ |
| Middle Initial | ■■■ |
| Sex | M |
| Alien Number | ■■■ |
| Event Number | ■■■ |
| Date of Birth | ■■■ |
| Age | 2 |
| Country of Citizenship | ■■■ |
| Individual Status | Inactive |
| Individual Type | FMUA |
| Subject ID / Civilian ID | ■■■ |
| Location Information | CBP - USBP - EPT - EPT - MCPC - EMR |

## Health Intake Interview

| Reporter | Date/Time | |
|---|---|---|
| Created By ■■■  Updated By ■■■ | Last Updated 04/29/2025 03:52 | Details |

## Medical Assessment

| Reporter | Status | Date/Time | |
|---|---|---|---|
| Signed By ■■■  CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Signed 04/28/2025 02:36 | Details / + Addendum / History / Delete |

## Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | |
|---|---|---|---|---|
| Signed By ■■■  CBP - USBP - EPT - EPT - MCPC - EMR - EMT | Signed | Lice | Signed 04/28/2025 02:23 | Details / + Addendum / History / Delete |

## Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

## Medications - App

[ ! ] [ Medication Review ] [ ! ] [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

## Prescriptions    [ + Add ]

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

## Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

## Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

## Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

## Attachments    [ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▓▓▓▓▓▓▓▓▓▓▓▓   **Alien Number** ▓▓▓▓▓▓
**DOB** ▓▓▓▓▓▓   **Event Number** ▓▓▓▓▓▓▓▓
**Age** 2   **Subject ID** ▓▓▓▓▓▓
**Was translation services utilized?** No
**Date/Time Signed** : 04/28/2025 02:36:45
**Last Updated** : 04/28/2025 02:36:45

## Time of Care Provided

04/28/2025 02:19

## History

**Current illness/injury/health concern**
28 months old male presented to the medical unit with his mother for IMA. Per mother, son had pneumonia 2 months ago went to the ER and was given albuterol nebulizer and was discharged home. Denied having any other c/o at this time, eating well and sleeping good. no medical complaints per mother.

**Medications**
no rx

**Past Medical History**
pneumonia 2 months ago

**Allergies**
nkda

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

## Vital Signs

**Temperature (°F)** 98.3  Tympanic   **BP (SYS/DIA)**  /
**BPM** 111   **Weight** 8  kg
**RPM** 20   **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████████ | ███████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**Alien Number**  
**DOB**  
**Event Number**  
**Age** 2  
**Subject ID**  
**Was translation services utilized?** No  
**Date/Time Signed** : 04/28/2025 02:23  
**Last Updated** : 04/28/2025 02:23  

## Time of Care Provided

04/28/2025 02:22

## Subjective

**Current illness/injury/health concern**  
Pruritic Scalp

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A   **Sore Throat** N/A  
**Runny Nose** N/A   **Congestion** N/A

**Past Medical History**  
pneumonia 2 months ago

**Allergies**  
nkda

**Medications**  
no rx

## Vital Signs (If Applicable)

**Temperature (°F)** 98.3 Tympanic   **BP (SYS/DIA)** /  
**BPM** 111   **Weight** 8 kg  
**RPM** 20   **O₂ Saturation/FIO₂ (%)** 96

## Objective

**General**

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally** N/A

**GI**

**Extremities**

**Skin**   [ ] Erythematous papules  
[ ] Vesicles

| | |
|---|---|
| **Other** | [ ] Excoriations to: [ ] web spaces [ ] axillae [ ] periumbilical areas |
| | [ ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | [ ] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Lice

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.

RTC for any scalp rash or discomfort.

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.

RTC for any scalp rash or discomfort.

**Disposition**

Medical Isolation

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - EPT - EPT - MCPC - EMR - EMT |



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▓▓▓▓▓▓▓▓▓▓
**Alien Number:** ▓▓▓▓   **Date of Birth:** ▓▓▓▓   **Subject ID/Civilian ID:** ▓▓▓▓▓71

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - EPT - EPT - MCPC - EMR - EMT (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 04/28/2025 00:36:45
Diagnosis:
Current illness/injury/health concern: 28 months old male presented to the medical unit with his mother for IMA. Per mother, son had pneumonia 2 months ago went to the ER and was given albuterol nebulizer and was discharged home. Denied having any other c/o at this time, eating well and sleeping good. no medical complaints per mother.
Past Medical History: pneumonia 2 months ago
Weight: 8 kg
Temperature: 98.3°F, Tympanic
BPM: 111
RPM: 20
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 04/28/2025 00:23:51
Diagnosis: Lice
ECMR Status: Yellow
Current illness/injury/health concern: Pruritic Scalp

Past Medical History: pneumonia 2 months ago
Allergies: nkda
Weight: 8 kg
Temperature: 98.3°F, Tympanic
BPM: 111
RPM: 20
O2 Saturation/FIO2 (%): 96

☐ Referred to Medical Facility (Summary Info):

☐ Medications Prescribed/follow-on instructions:

☒ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.

▐▐▐▐▐▐▐▐▐▐
**Printed Name (First, Last)**

EMT-B
**Title**

**Date / Time Signed:** 05/01/2025 11:41:19

**CBP Form 2501**