# Exhibit T

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



## Patient Medical Record - EMR
CBP EMR

Activate    Discharge

### Patient Information
Current Location: POD 6 (MCPC)    Last Updated: 05/03/2025 11:14

| | | | |
|---|---|---|---|
| **Last Name** ▮▮▮ | **First Name** ▮▮▮ | **Middle Initial** ▮▮▮ | **Sex** F |
| **Alien Number** ▮▮▮ | **Event Number** ▮▮▮ | **Date of Birth** ▮▮▮ | **Age** 9 |
| **Country of Citizenship** ▮▮▮ | **Individual Status** Inactive | **Individual Type** FMUA | **Subject ID / Civilian ID** ▮▮▮ |
| **Location Information** CBP – USBP – EPT – MCPC – EMR | | | |

### Health Intake Interview ☰

| Reporter | Date/Time | |
|---|---|---|
| Created By ▮▮▮ Updated By: | **Last Updated** 05/01/2025 10:21 | Details |

### Medical Assessment

| Reporter | Status | Date/Time | |
|---|---|---|---|
| Signed By ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | Signed | **Signed** 04/28/2025 04:40 | Details  + Addendum  History  Delete |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | |
|---|---|---|---|---|
| Signed By ▮▮▮ CBP - USBP - EPT - EPT - MCPC - EMR - Medical Support | Signed | Lice | **Signed** 04/28/2025 02:17 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Other: Serous otitis media | **Signed** 04/28/2025 04:49 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Other: Acute Otitis Media | **Signed** 04/28/2025 06:57 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | Signed | Otitis Media (unspecified ear) | **Signed** 04/28/2025 09:07 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - EPT - MCPC - EMR - Provider | Signed | Other: Acute otitis Media | **Signed** 04/28/2025 15:21 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | Signed | Rhinitis- allergic | **Signed** 04/30/2025 08:25 | Details  + Addendum  History  Delete |
| Signed By ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | Signed | Rhinitis- allergic | **Signed** 04/30/2025 08:27 | Details  + Addendum  History  Delete |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|
| ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | check temp | 4 Hours | | Inactive | **Date/Time** 04/29/2025 13:16:40 patient has been a febrile for 24hrs and currently ... | Details  Delete |

### Medications - App
▮ Medication Review    Manage Medications

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions
+ Add

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time | |
|---|---|---|---|---|
| Returned By ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | Children's Hospital | Returned | Updated 04/28/2025 04:50 | History  Details |

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time | |
|---|---|---|---|---|
| ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | ▮▮▮ | Patient continues to take antibiotic for acute otitis media, temperature at this time was 100 F tympanic. Acetaminophen 20 ml administered to reduce temperature. Also encouraged to increase water intake. | 04/28/2025 22:26:10 | **Last Updated** 04/28/2025 22:29:45 |

### Attachments
+ Add

| Reported By | Attachment | Attachment Description/Type | Details | |
|---|---|---|---|---|
| ▮▮▮ CBP - USBP - EPT - MCPC - EMR - Provider | ▮▮▮ | Hospital Records | **Last Updated** 04/28/2025 04:58 Edit  History  Delete | |

## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████████████ | **Alien Number** █████████ |
| **DOB** ██████████ | **Event Number** ██████████████ |
| **Age** 9 | **Subject ID** █████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/28/2025 04:40:12 | |
| **Last Updated** : 04/28/2025 04:40:12 | |

### Time of Care Provided

04/28/2025 02:13

### History

**Current illness/injury/health concern**
IMA - Patient is a 9 year old female present with Mom for initial medical assessment. Patient had lice and also c/o of ear pain, feel fullness in the ear and fluid coming out of her right ear. Mom states that patient has been having puss/ear issues since she was 5 years old and has been treated on and off with antibiotics.

**Medications**
DENIES

**Past Medical History**
Ear pain/discharge

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None Observed, calm and cooperative

### Vital Signs

| | |
|---|---|
| **Temperature ( $^\circ$ F)** 97.3 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 100 | **Weight** 47.7 kg |
| **RPM** 18 | **O $_2$ Saturation/FIO $_2$ (%)** 98 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | c/o ear pain with discharge from right ear for 4 years now<br>Also has lice |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

**Skin** Negative

**Neuro** Negative

**Other**

## Physical Exam

| | | |
|---|---|---|
| **General** | | Patient is appropriate for age |
| **HEENT** | | c/o ear pain with brown purulent discharge from right ear, right ear red with fluid present |
| **Resp** | | Lungs clear bilaterally on auscultation |
| **CV** | | RRR no murmurs |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | Negative | |
| **Other** | | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP agent notified of patients transfer to ER

## Admission/Disposition

**Admission/Disposition**
Emergent/Complex Issue - refer to Medical Facility

## Diagnosis

Other: Serous otitis media

## Chronic Condition/Illness

Yes

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ██████ |
| **DOB** ███████ | **Event Number** ████████████ |
| **Age** 9 | **Subject ID** ████████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 02:17

**Last Updated** : 04/28/2025 02:17

### Time of Care Provided

04/28/2025 02:15

### Subjective

**Current illness/injury/health concern**
Pruritic Scalp

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
|---|---|---|---|
| **Cough**  N/A | | **Sore Throat**  N/A | |
| **Runny Nose**  N/A | | **Congestion**  N/A | |

**Past Medical History**
DENIES

**Allergies**
NKDA

**Medications**
DENIES

**Last Menstrual Period**

**Pregnant?**  No

### Vital Signs (If Applicable)

**Temperature ( ° F)**  97.3  Tympanic

**BP (SYS/DIA)**      /

**BPM**  100

**Weight**  47.7  kg

**RPM**  18

**O $_2$ Saturation/FIO $_2$ (%)**  98

### Objective

**General**

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally**  N/A

**GI**

**Extremities**

**Skin**                                     [ ] Erythematous papules

[ ] Vesicles
[ ] Excoriations to [ ] web spaces [ ] axillae [ ] periumbilical areas

| Other | [ ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | [ ] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Lice

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.

RTC for any scalp rash or discomfort.

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Medical Support |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▓▓▓▓▓▓▓▓▓▓ | **Alien Number** ▓▓▓▓▓▓ |
| **DOB** ▓▓▓▓▓▓ | **Event Number** ▓▓▓▓▓▓▓ |
| **Age** 9 | **Subject ID** ▓▓▓▓▓ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 04:49

**Last Updated** : 04/28/2025 04:49

### Time of Care Provided

04/28/2025 02:17

### Subjective

**Current illness/injury/health concern**
Patient is a 9 year old female present with Mom with c/o ear pain, feel fullness in the ear and brown purulent discharge coming out of her right ear. Mom states that patient has been having puss/ear issues since she was 5 years old and has been treated on and off with antibiotics. Patient denies earing loss.

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |

**Past Medical History**
Ear pain/discharge for 4 years

**Allergies**
NKDA

**Medications**
DENIES

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 97.3 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 100 | **Weight** 47.7 kg |
| **RPM** 18 | **$O_2$ Saturation/FIO$_2$ (%)** 98 |

### Objective

| | |
|---|---|
| **General** | Patient is in mild distress due to pain |
| **Neuro** | Cranial Nerves Intact | Alert and oriented x 4 |
| **Psych** | | Calm and cooperative |
| **E/N/T** | | c/o ear pain with brown purulent discharge from right ear, right ear red with fluid present |
| **Eyes** | Normal lid/conjunctiva PERRL | |
| **CV** | No Murmur Cap Refill lesser than 2 sec | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | |

| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

**Other**

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Other: Serous otitis media

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP agent aware of referral to ER

## Plan

Transfer patient to ER for further evaluation and treatment

## Disposition

Referred to ER/ED

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** █████████ |
| **DOB** █████████ | **Event Number** █████████████ |
| **Age** 9 | **Subject ID** █████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/28/2025 06:57 | |
| **Last Updated** : 04/28/2025 06:57 | |

### Time of Care Provided

04/28/2025 04:32

### Subjective

**Current illness/injury/health concern**

POST ER - Patient is 9 year old female who was sent to the ER for ear pain, fullness in the ear and fluid draining from right ear. Patient is back with a diagnosis of Acute otitis media and was started on ABT amoxicillin 875 mg oral tablet, take 1 tablet oral twice a day x 10 days and Ciprodex 0.3%-0.1% otic suspension, 4 drops otic twice a day x 7 days. Prescription sent to pharmacy. Patient denies any distress at this time.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
|---|---|---|---|
| **Cough**  N/A | | **Sore Throat**  N/A | |
| **Runny Nose**  N/A | | **Congestion**  N/A | |

**Past Medical History**
Ear pain/discharge for 4 years

**Allergies**
NKDA

**Medications**
DENIES

**Last Menstrual Period**

**Pregnant?**  No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( $^\circ$ F)**  97.7  Tympanic | **BP (SYS/DIA)**    / |
| **BPM**  89 | **Weight**  47.7   kg |
| **RPM**  18 | **O $_2$ Saturation/FIO $_2$ (%)**   98 |

### Objective

| General | WD/WN |
|---|---|
| | No Distress |

| Neuro | Cranial Nerves Intact | Alert and oriented x 4 |
|---|---|---|

| Psych | | Calm and cooperative |
|---|---|---|

| E/N/T | | c/o ear pain, fullness in ear and fluid in right ear |
|---|---|---|

| Eyes | Normal lid/conjunctiva |
|---|---|
| | PERRL |

| CV | No Murmur |
|---|---|
| | Cap Refill lesser than 2 sec |

**Respiratory**

| **Lungs CTA Bilaterally** | Selected |
|---|---|

| GI | NT/ND Abdomen |
|---|---|
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: Acute Otitis Media

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Start amoxicillin 875 mg oral tablet, take 1 tablet oral twice a day x 10 days as prescribed
Start Ciprodex 0.3%-0.1% otic suspension, 4 drops in ear twice a day x 7 days as prescribed
Prescriptions sent to pharmacy
Encouraged to ear ear dry
Encouraged to increase oral fluids for hydration
RTC for any new or worsening symptoms; verbalized understanding

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ███████ |
| **DOB** ██████ | **Event Number** ███████████ |
| **Age** 9 | **Subject ID** ████████ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 09:07

**Last Updated** : 04/28/2025 09:07

### Time of Care Provided

04/28/2025 08:40

### Subjective

**Current illness/injury/health concern**
9y/o female presenting with a fever. Patient was has right ear Otitis media. She reports mild pain and rates her pain 4/10. She denies n/v, shortness of breath

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
none

**Allergies**
nkda

**Medications**
none

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 100.3 Tympanic | **BP (SYS/DIA)**     / |
| **BPM** 103 | **Weight** 47.7 kg |
| **RPM** 20 | **O $_2$ Saturation/FIO $_2$ (%)** 97 |

### Objective

| | |
|---|---|
| **General** | Calm, cooperative, NAD. Appears well developed and nourished. |
| **Neuro** | AOX3 |
| **Psych** | wnl |
| **E/N/T** | right ear redness with clear drainage, EAC appears moist |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | |
| **Extremities** | Normal gait |

Normal muscle tone

**Skin**

**Other**

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Otitis Media (unspecified ear)

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Administered tylenol 160mg/5ml (20ml) @0845
Mother instructed to ensure adequate hydration and monitor fever
Patient to return to medical unit for medication administration (medication pending from pharmacy).

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ██████████████ | **Alien Number** ████████ |
| **DOB** ████████ | **Event Number** ██████████ |
| **Age** 9 | **Subject ID** ████████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/28/2025 15:21 | |
| **Last Updated** : 04/28/2025 15:21 | |

| Time of Care Provided |
|---|
| 04/28/2025 15:19 |

### Subjective

**Current illness/injury/health concern**
Acute Otitis Media

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| **Cough**  N/A | **Sore Throat**  N/A |
|---|---|
| **Runny Nose**  N/A | **Congestion**  N/A |

**Past Medical History**

**Allergies**

**Medications**

**Last Menstrual Period**

**Pregnant?**  No

### Vital Signs (If Applicable)

**Temperature ( º F)**

**BP (SYS/DIA)**       /

**BPM**

**Weight**  47  kg

**RPM**

**O $_2$ Saturation/FIO $_2$ (%)**

### Objective

**General**

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally**  N/A

**GI**

**Extremities**

**Skin**

**Other**

| **Tests** |
|---|

**Glucose**

**Flu**

**Pregnancy**

| **Diagnosis** |
|---|

Other: Acute otitis Media

| **Contacted Pediatric Advisor** |
|---|

No

| **Contacted Supervising Physician** |
|---|

No

| **CBP Notified of Risk Detainee** |
|---|

No

| **Plan** |
|---|

Continue with antibiotics and monitor temp

| **Disposition** |
|---|

Medical Cleared for Travel/Custody

| **Comments** |
|---|

| **Addendums** |
|---|

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

| **Signed By:** |
|---|

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ████████ | ██████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |

## Details - Medical Encounter

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ███████ |
| **DOB** ███████ | **Event Number** ███████████ |
| **Age** 9 | **Subject ID** ███████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 04/30/2025 08:25 | |
| **Last Updated** : 04/30/2025 08:25 | |

### Time of Care Provided

04/30/2025 08:05

### Subjective

**Current illness/injury/health concern**
Cough- pt on antibiotics for otitis media some congestion slight cough

**Signs/Symptoms of Acute Respiratory Infection**  N/A

| | | | |
|---|---|---|---|
| **Cough**  N/A | | **Sore Throat**  N/A | |
| **Runny Nose**  N/A | | **Congestion**  N/A | |

**Past Medical History**
otitis media

**Allergies**
NKDA

**Medications**
on antibiotics for ear infection already

**Last Menstrual Period**

**Pregnant?**  No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( º F)**  99.4  Tympanic | **BP (SYS/DIA)**       / |
| **BPM**  98 | **Weight**  104  lbs |
| **RPM**  18 | **O $_2$ Saturation/FIO $_2$ (%)**  99 |

### Objective

| | |
|---|---|
| **General** | started cough, nasal congestion |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | none |
| **E/N/T** | nares clear phlegm- healing bilatteral TMs |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally**  Selected | |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |

**Skin**     Normal color
             No lesions

**Other**

| **Tests** |
| **Glucose** |
| **Flu** |
| **Pregnancy** |

| **Diagnosis** |
| Rhinitis- allergic |

| **Contacted Pediatric Advisor** |
| No |

| **Contacted Supervising Physician** |
| No |

| **CBP Notified of Risk Detainee** |
| No |

| **Plan** |
| ceterzine 10mg now and motrin 10ml x now |
| continue surveillance |

| **Disposition** |
| Medical Cleared for Travel/Custody |

| **Comments** |

| **Addendums** |

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

| **Signed By:** |

| **Provider** | **Username** | **Position Name** |
| --- | --- | --- |
| ███████████ | ██████████████████ | CBP – USBP – EPT – EPT – MCPC – EMR – Provider |

## Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ███████████ | **Alien Number** ██████ |
| **DOB** ██████ | **Event Number** ████████ |
| **Age** 9 | **Subject ID** ██████ |
| **Was translation services utilized?** No | |
| **Date/Time Signed :** 04/30/2025 08:27 | |
| **Last Updated :** 04/30/2025 08:27 | |

### Time of Care Provided

04/30/2025 08:08

### Subjective

**Current illness/injury/health concern**
Cough- pt on antibiotics for otitis media some congestion slight cough
DUPLICATE CHART

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | | |
|---|---|---|---|
| **Cough** N/A | | **Sore Throat** N/A | |
| **Runny Nose** N/A | | **Congestion** N/A | |

**Past Medical History**
otitis media

**Allergies**
NKDA

**Medications**
on antibiotics for ear infection already

**Last Menstrual Period**

**Pregnant?** No

### Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 99.1  Tympanic | **BP (SYS/DIA)**        / |
| **BPM** 96 | **Weight** 113  lbs |
| **RPM** 18 | **O $_2$ Saturation/FIO $_2$ (%)** 99 |

### Objective

**General**                                    DUPLICATE CHART

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**

**Lungs CTA Bilaterally** N/A

**GI**

**Extremities**

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Rhinitis- allergic

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ███████████ | ████████████████████ | CBP - USBP - EPT - EPT - MCPC - EMR - Provider |



**Enhanced Monitoring Details**

### Patient Information

**(Last, First, MI)** ██████████████

**DOB** ███████   **Age:** 9

**Alien Number** ████████

**Event Number** █████████

**Subject ID** ██████

### Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
| --- | --- | --- |
| check temp | 4 Hours | |

### Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
| --- | --- | --- | --- | --- |
| 04/29/2025 1316 | patient has been a febrile for 24hrs and currently stable on antibiotics | Stop | ███ | 04/29/2025 1518 |
| 04/29/2025 1307 | Patient stable, Temp 99.1 Will discontinue EMM | Notate | ███ | 04/29/2025 1516 |
| 04/29/2025 0758 | Patient stable this morning. Temp. 98.6 | Notate | ███ | 04/29/2025 1000 |
| 04/29/2025 0500 | Detainee resting well in bed with eyes closed. Temp of 98.0 noted No acute concerns voiced by mother or the child. | Notate | ██ | 04/29/2025 0703 |
| 04/29/2025 0051 | Temp of 98.9 noted at this time. No distress noted. | Notate | ██ | 04/29/2025 0253 |
| 04/28/2025 2226 | Patient continues to take antibiotic for acute otitis media, temperature at this time was 100 F tympanic. Acetaminophen 20 ml administered to reduce temperature. Also encouraged to continue to increase water intake. | Notate | ███ | 04/28/2025 2230 |

### Updated By:

| Provider | Username | Position Name |
| --- | --- | --- |

CBP - USBP - EPT - EPT - MCPC - EMR - Provider



DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

## HOSPITAL REFERRAL FORM

**Name (Last, First, Middle Initial):** ███████████

**Alien Number:** ████████        **Date of Birth:** ████████        **Subject ID / Civilian ID** ████████████

**Referred from CBP Location:**

**Name of Hospital/Clinic referred to:** Children's Hospital

**The above-named patient is in the lawful custody of U.S. Customs & Border Protection (CBP) and has been medically evaluated by a CBP contracted medical provider. The patient is being referred to a higher level of care at your facility for the following reason(s):**

Patient is a 9 year old female present with Mom with c/o of ear pain, feel fullness in the ear and brown purulent discharge coming out of her right ear. Mom states that patient has been having puss/ear issues since she was 5 years old and has been treated on and off with antibiotics. Patient denies earing loss.

**Pertinent Clinical History:**

Active Medications:
N/A

Inactive Medications:
Medication: permethrin 10 MG/ML [Nix Cream Rinse]
Dosage: 1 TUBE
Frequency: Given Now
Next Dose Due:

**Please be advised that a covered entity may disclose the requested information to CBP pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), without the authorization or agreement of the patient (See 45 CFR 164.512, Uses and disclosures for which an authorization or opportunity to agree or object is not required).**

**The requested health information is necessary for CBP to provide health care to the patient in CBP's custody and for the administration of the safety, security, and good order of the CBP holding facility. (See 45 CFR 164.512 (k)(5)). Upon discharge from your facility, please provide CBP with a summary of care provided, including, diagnosis/diagnoses at the time of discharge, chief complaint, pertinent clinical findings, pertinent test results, pending test results, medications prescribed, and recommended follow up care (using the attached form or summary of care from your EMR).**

**This information is also necessary to process payment of services through the MedPar program.**

**For any questions or further consultation, please contact:** ██████████

**Returned  -  Reported By**

**Printed Name (First, Last):** ████████████        **Title:** FNP-C

**This page may be retained by the Medical Treatment Facility**

DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

## INFORMATION REQUEST FOR CONTINUITY OF CARE

**Name (Last, First, Middle Initial):** ███████████████

**Alien Number:** ███████          **Date of Birth:** ████████          **Subject ID / Civilian ID** ███████████████

**Referred from CBP Location:**

**Name of Hospital/Clinic referred to:** Children's Hospital

This patient is anticipated to return to the lawful custody of CBP with contract medical staff. The information below is necessary to provide health care to the individual in CBP's custody and for the administration of the safety, security, and good order of the CBP holding facility after discharge from your medical treatment facility (MTF).

**Chief Complaint at MTF:**

**Discharge Diagnosis/Diagnoses:**

**Pertinent Clinical Findings at MTF (history, exam, etc.):**

**Pertinent Test Results (lab, imaging, etc.):**

**Test Results Pending at Time of Discharge from MTF:**



DEPARTMENT OF HOMELAND SECURITY

## U.S. Customs and Border Protection

### INFORMATION REQUEST FOR CONTINUITY OF CARE cont.

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮▮▮▮▮

**Alien Number:** ▮▮▮▮    **Date of Birth:** ▮▮▮▮    **Subject ID / Civilian ID** ▮▮▮▮▮▮▮

**Prescriptions:**




**Recommendations for Follow-Up Care:**




**\*\*Note to CBP Agent/Officer accompanying patient – Ensure that this form/all discharge information from the MTF accompanies patient and that patient is presented to the medical unit upon return to CBP facility.**

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |



The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |



The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

EP Children's
4825 Alameda
El Paso, TX 79905
Business #: 9152985444    Fax #: 9152985443



# El Paso Children's
### HOSPITAL

| Patient Name: | | Weight: **47.8 kg** |
|---|---|---|
| Birthdate: | Age: 9 Years    Sex: Female    MRN: | |

Allergies:    No Allergy Information Has Been Recorded

Pharmacist please note –– Allergy list may be incomplete.

Patient Address:

No Phone Provided

| Prescription Details: | **Date Issued: 04/28/2025** |
|---|---|

**Rx: amoxicillin 875 mg oral tablet**    Start Date: 04/28/2025

**NOTE:**

**Pharmacy:**

   **SIG:    1 tabs PO BID for 10 days**

**Dispense/Supply:** 20 (twe    tabs

**DX Description:** titis me    asp    , unspecified ear    **DX ICD Code: H66.90**

Prescribed By:    DEA #

NPI #:

Entered by:

Prescribing Physician Address:

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
|---|---|
| Hidden Pantograph | • The word "VOID" appears when copied. |
| Coin Reactive Ink | • Ink changes color when rubbed with a coin. |
| Artificial Watermark | • Special paper containing "watermarking". |
| Uniform Background Color: BLUE | • If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | • Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | • Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | • Erase any of the signatures and the background will look altered. |

EP Children's
4825 Alameda
El Paso, TX 79905
Business #: 9152985444    Fax #: 9152985443

**El Paso Children's** HOSPITAL

| Patient Name: ▮ | | Weight: **47.8 kg** |
|---|---|---|
| Birthdate: ▮ | Age: 9 Years   Sex: Female   MRN: ▮ | |

Allergies:    No Allergy Information Has Been Recorded

Pharmacist please note –– Allergy list may be incomplete.

Patient Address:

No Phone Provided

| Prescription Details: | **Date Issued: 04/28/2025** |
|---|---|
| **Rx: Ciprodex 0.3%–0.1% otic suspension** | Start Date: 04/28/2025 |

**NOTE:**

**Pharmacy:**
   **SIG:    4 drops OTIC BID for 7 days**

**Dispense/Supply:** ▮ nd one half) mL>

**DX Descri** ▮ **unspecified, unspecified ear    DX ICD Code: H66.90**

Prescribed By: ▮                                  DEA #: ▮

                                                   NPI #: ▮

Entered by: ▮

Prescribing Physician Address:

Patient Name: ████████████████████

I have received education and discharge instructions regarding my hospitalization. The information was explained to me and I have no questions.

Patient/Caregiver Signature: _____
    Date: _____
    Time: _____

Staff Signature: _____
    Date: _____
    Time: _____

**PATIENT COPY**

**Clinica Guadelupana Clinic**
Target area is 79928 zip code (Horizon)
Call 852-3328

**Project Vida Central Clinic (79905)**
All El Paso County residents eligible
Call 533-7057

**Project Vida Northeast Family Practice Clinic (79924)**
Call 757-1640

**Texas Tech Family Practice**
9849 Kenworthy, El Paso, TX 79924
Target area is northeast El Paso, you must apply for a discount
Call 757-2581

**Texas Tech Pediatrics at Alberta**
4801 Alberta Ave., El Paso, TX 79905
Call (915) 215-5700

## Cigarette Smoking

This is your greatest health risk! This is a risk that you can control. The facts are clear that cigarette smoking will shorten your life. Smoking can cause a many illnesses along the way. If you need help to quit smoking, talk to your regular doctor.

## Poison Control Center

For poison emergencies or questions, call 1-800-222-1222.

## Seatbelts

There is no doubt that seatbelts save lives. Every day people without seatbelts are more severely hurt. Buckle up to reduce your chances of injury.

## Car Seat and Child Safety Information

For your child's safety, always use an appropriate car seat based on their age, weight, and height, and ensure it is properly installed. Additionally, never leave your child unattended in a vehicle. For assistance and resources, visit the National Highway Traffic Safety Administration (NHTSA) website or contact your local fire department for a car seat inspection.

- https://www.nhtsa.gov/vehicle-safety/car-seats-and-booster-seats
- https://www.nhtsa.gov/road-safety/child-safety

## National Suicide Prevention Lifeline

If you or a loved one is feeling depressed or having thoughts of wanting to harm yourself please contact your primary provider or one of the following mental health services:

- National Suicide Prevention Lifeline 988 and/or 1-800-273-TALK (8255)
- Emergence Crisis Hotline telephone number (915) 779-1800

# Resources for Health Related Social Needs

## Living Situation

**Project Amistad Housing Assistance:** 915-298-7307

**Housing Authority of El Paso (Home):** 915-849-3742

**Anthony Public Housing Authority:** 915-886-4650

**Fabens Housing Authority:** 915-764-3559

**Project Vida:** 915-465-1191

**El Paso Homeless Coalition:** 915-843-2170

**AYUDA Organization:** 915-851-0272

## Food Insecurity

**El Pasoans Fighting Hunger:** 915-298-0353

**Supplemental Nutrition Assistance Program(SNAP):** 915-298-0353

## Utility Assistance

**Project Bravo:** 915-562-4100

**El Paso Electric Low Income Program (Budget Billing):** 915-543-5970

**Project Amistad Cares Program:** 915-298-7307

## Transportation

**Sun Metro Lift:** 915-212-5438

**UMC Shuttle:** (Please call UMC PCP office a week before appointment/study/lab work to request a shuttle to a UMC Clinic) 915-521-7666

# Additional Information

The emergency department does not have the ability to arrange primary care follow-up for you, but we will try to assist you. You may also want to speak with friends, family members, or your religious organization for assistance. There are several clinic systems operating in the area providing primary care to patients who don't have insurance. These clinics may offer significant discounts depending on your income and needs.

**UMC Neighborhood Health Center**
Clinics in El Paso and Fabens
El Paso County residents eligible
Call (915) 790-5700 for more information

**San Vicente Clinics**
Clinics in the downtown area, east El Paso, and San Elizario
Provides primary care to anyone living in or near the El Paso area
Call 859-7545 or 851-0999

**La Fe Clinics**
Serves specific areas around Canutillo, central and east El Paso, and the lower valley
Call La Fe Clinic at 545-4550 to see if you live in a target area

**Community Partnership Clinics**
Provides primary care to anyone living in or near the El Paso area
Clinics in Montana Vista (857-2638), Socorro (859-0817), Fabens (764-6220), and San Elizario (851-9212)

**Patient Name:** ███████████████

Admit: 4/28/2025          DOB/Sex: ███ Female

Disch:

Report Request ID: ███████          Page 6 of 9

**MRN:** ███████

FIN: ███████

Print:   4/28/2025 04:02 MDT

## Follow these instructions at home:

- If your child was prescribed an antibiotic medicine, give it to your child as told by your child's health care provider. **Do not** stop giving the antibiotic even if your child starts to feel better.
- Give over-the-counter and prescription medicines only as told by your child's health care provider.
- Keep all follow-up visits as told by your child's health care provider. This is important.

## How is this prevented?

To reduce your child's risk of getting this condition again:

- Keep your child's vaccinations up to date. Make sure your child gets all recommended vaccinations, including a pneumonia and flu vaccine.
- If your child is younger than 6 months, feed your baby with breast milk only if possible. Continue to breastfeed exclusively until your baby is at least 6 months old.
- Avoid exposing your child to tobacco smoke.

## Contact a health care provider if:

- Your child's hearing seems to be reduced.
- Your child's symptoms do not get better or get worse after 2–3 days.

## Get help right away if:

- Your child who is younger than 3 months has a fever of 100°F (38°C) or higher.
- Your child has a headache.
- Your child has neck pain or a stiff neck.
- Your child seems to have very little energy.
- Your child has excessive diarrhea or vomiting.
- The bone behind your child's ear (mastoid bone) is tender.
- The muscles of your child's face does not seem to move (paralysis).

## Summary

- Otitis media is redness, soreness, and swelling of the middle ear.
- This condition usually goes away on its own, but sometimes your child may need treatment.
- The exact treatment will depend on your child's age and symptoms, but may include medicines to treat pain and infection, and surgery in severe cases.
- To prevent this condition, keep your child's vaccinations up to date, and do exclusive breastfeeding for children under 6 months of age.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 09/27/2006 Document Revised: 11/30/2018 Document Reviewed: 01/23/2018
Elsevier Patient Education © 2020 Elsevier Inc.

**Patient Name:** ▉▉▉▉▉▉▉▉▉▉▉▉▉    **MRN:** ▉▉▉▉▉▉▉
Admit: 4/28/2025    DOB/Sex: ▉▉▉▉▉ Female    FIN: ▉▉▉▉▉▉▉
Disch:
Report Request ID: ▉▉▉▉▉▉    Page 5 of 9    Print: 4/28/2025 04:02 MDT

Your child may also be more likely to develop this condition if he or she:

- Has repeated ear and sinus infections, or there is a family history of repeated ear and sinus infections.
- Has allergies, an immune system disorder, or gastroesophageal reflux.
- Has an opening in the roof of their mouth (cleft palate).
- Attends daycare.
- Is not breastfed.
- Is exposed to tobacco smoke.
- Uses a pacifier.

## What are the signs or symptoms?

Symptoms of this condition include:

- Ear pain.
- A fever.
- Ringing in the ear.
- Decreased hearing.
- A headache.
- Fluid leaking from the ear.
- Agitation and restlessness.

Children too young to speak may show other signs such as:

- Tugging, rubbing, or holding the ear.
- Crying more than usual.
- Irritability.
- Decreased appetite.
- Sleep interruption.

## How is this diagnosed?

This condition is diagnosed with a physical exam. During the exam your child's health care provider will use an instrument called an otoscope to look into your child's ear. He or she will also ask about your child's symptoms.

Your child may have tests, including:

- A test to check the movement of the eardrum (pneumatic otoscopy). This is done by squeezing a small amount of air into the ear.
- A test that changes air pressure in the middle ear to check how well the eardrum moves and to see if the eustachian tube is working (tympanogram).

## How is this treated?

This condition usually goes away on its own. If your child needs treatment, the exact treatment will depend on your child's age and symptoms. Treatment may include:

- Waiting 48–72 hours to see if your child's symptoms get better.
- Medicines to relieve pain. These medicines may be given by mouth or directly in the ear.
- Antibiotic medicines. These may be prescribed if your child's condition is caused by a bacterial infection.
- A minor surgery to insert small tubes (tympanostomy tubes) into your child's eardrums. This surgery may be recommended if your child has many ear infections within several months. The tubes help drain fluid and prevent infection.

## Your ED Provider
Primary Physician:

███████████

## Your ED Nurse
Primary Nurse:
  None

## Diagnosis from Today's Visit
AOM (acute otitis media)

# Education Materials

## Otitis Media, Pediatric



Otitis media occurs when there is inflammation and fluid in the middle ear. The middle ear is a part of the ear that contains bones for hearing as well as air that helps send sounds to the brain.

## What are the causes?

This condition is caused by a blockage in the eustachian tube. This tube drains fluid from the ear to the back of the nose (nasopharynx). A blockage in this tube can be caused by an object or by swelling (edema) in the tube. Problems that can cause a blockage include:

- Colds and other upper respiratory infections.
- Allergies.
- Irritants, such as tobacco smoke.
- Enlarged adenoids. The adenoids are areas of soft tissue located high in the back of the throat, behind the nose and the roof of the mouth. They are part of the body's natural defense (immune) system.
- A mass in the nasopharynx.
- Damage to the ear caused by pressure changes (barotrauma).

## What increases the risk?

This condition is more likely to develop in children who are younger than 7 years old. This is because before age 7 the ear is shaped in a way that can cause fluid to collect in the middle ear, making it easier for bacteria or viruses to grow. Children of this age also have not yet developed the same resistance to viruses and bacteria as older children and adults.

| Patient Name: ███████████ | MRN: ███████ |
|---|---|
| Admit: 4/28/2025     DOB/Sex: ███████ Female | FIN: |
| Disch: | |
| Report Request ID: ███████     Page 3 of 9 | Print:  4/28/2025 04:02 MDT |

## Your Next Steps

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Follow these instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department. If you feel that your condition is getting worse, return to the Emergency Department immediately!

Prescriptions for medications must be filled as soon as possible after discharge.

## You Need to Schedule the Following Appointments

**Follow Up with** None, PCP

**Where:** 4815 Alameda Ave
El Paso, TX 79905-

**If we have referred you to a specialtist for follow-up, please make that appointment immediately.**

If you have insurance, they may require a referral from your primary doctor to see the specialist that we have recommended. It is important that you obtain this referral first. If you do not, it may delay your being able to see the specialist and your insurance may not pay for the care.

## Medications

*Please give a copy of this list of medications to your primary care provider at your next visit. It is important to carry a copy of your current medication information at all times in case of an emergency.*

|  | What | How Much | When | Why | Instructions | Next Dose |
|---|---|---|---|---|---|---|
| *New* | amoxicillin (amoxicillin 875 mg oral tablet) | 1 Tablet(s) Oral | 2 times a day | AOM (acute otitis media) | Duration: 10 Days Printed Prescription | |
| *New* | amoxicillin (amoxicillin 875 mg oral tablet) | 875 Milligram Oral | 2 times a day | | | |
| *New* | ciprofloxacin-dexamethasone otic (Ciprodex 0.3%-0.1% otic suspension) | 4 Drops Otic | 2 times a day | AOM (acute otitis media) | Duration: 7 Days Printed Prescription | |

## Your Visit Summary

**Patient Name:** ▮▮▮▮▮▮▮▮▮▮    **MRN:** ▮▮▮▮▮▮
Admit: 4/28/2025    DOB/Sex: ▮▮▮▮ Female    FIN: ▮▮▮▮
Disch:
Report Request ID: ▮▮▮▮▮        Page 2 of 9    Print: 4/28/2025 04:02 MDT

# El Paso Children's Hospital

4845 Alameda
El Paso, TX 79905-2705

(915) 298-5444



**DOB:** █████████
**MRN:** █████████
**Visit Date:**    04/28/2025

# Emergency Department Discharge Instructions

For any questions regarding your visit today, please call El Paso Children's Emergency Room at (915) 298-5443.

## Your Satisfaction

Thank you for choosing El Paso Children's Hospital for your child's health care needs. Our goal is to provide EXCELLENT care for our patients and their families. We welcome any of your comments about how we are doing to reach this goal. In a few weeks, you may receive a survey in the mail. Please help us continue to improve by completing this survey and returning it in the self-addressed stamped envelope or submit electronically. If for any reason we failed to meet your expectations, or if you have any concerns, please contact one of the following:

- Emergency Department Director: (915) 242-8410
- Quality Patient Safety Department: (915) 298-5444 ext. 40655

## Important Information

We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In many cases, your primary doctor must reevaluate you. Make sure to speak to your doctor about any new or chronic problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. After you leave, you should follow the instructions below.

Your PRIMARY CARE Physician may access the records of this visit from El Paso Children's Hospital Medical Records (915) 242-8575.

After you leave the hospital, you may obtain your health records from your visit, including your test results and discharge information by accessing your Patient Portal. If you are experiencing trouble creating your account, logging in to your MyHealthEP Patient Portal account, or experiencing other technical issues, please call our Patient Portal Technical number at (877) 621-8014.

**Go to tinyurl.com/MyHealthEP or scan the QR code below to create your account.**



| | | |
|---|---|---|
| **Patient Name:** ███████████ | **MRN:** █████████ | |
| Admit: 4/28/2025    DOB/Sex: ███████ Female | FIN: █████████ | |
| Disch: | | |
| Report Request ID: ████████ | Page 1 of 9 | Print: 4/28/2025 04:02 MDT |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████
**Alien Number:** ███████    **Date of Birth:** ███████    **Subject ID/Civilian ID:** ███████

**Was translation services utilized?** No

**Medical Summary conducted at:** CBP **-** USBP **-** EPT **-** EPT **-** MCPC **-** EMR **-** EMT (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/28/2025 02:40:12
Diagnosis: Other: Serous otitis media
Current illness/injury/health concern: IMA **-** Patient is a 9 year old female present with Mom for initial medical assessment. Patient had lice and also c/o of ear pain, feel fullness in the ear and fluid coming out of her right ear. Mom states that patient has been having puss/ear issues since she was 5 years old and has been treated on and off with antibiotics.
Past Medical History: Ear pain/discharge
Weight: 47.7 kg
Temperature: 97.3°F, Tympanic
BPM: 100
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 04/30/2025 06:27:22
Diagnosis: Rhinitis **-** allergic
ECMR Status: Yellow
Current illness/injury/health concern: Cough **-** pt on antibiotics for otitis media some congestion slight cough DUPLICATE CHART
Past Medical History: otitis media
Allergies: NKDA
Weight: 113 lbs
Temperature: 99.1°F, Tympanic
BPM: 96
RPM: 18
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 04/30/2025 06:25:37
Diagnosis: Rhinitis **-** allergic
ECMR Status: Yellow
Current illness/injury/health concern: Cough **-** pt on antibiotics for otitis media some congestion slight cough
Past Medical History: otitis media
Allergies: NKDA
Weight: 104 lbs
Temperature: 99.4°F, Tympanic
BPM: 98
RPM: 18
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 04/28/2025 13:21:21

Diagnosis: Other: Acute otitis Media
Current illness/injury/health concern: Acute Otitis media
Weight: 47 kg

Date/Time Signed: 04/28/2025 07:07:43
Diagnosis: Otitis Media (unspecified ear)
ECMR Status: Yellow
Current illness/injury/health concern: 9y/o female presenting with a fever. Patient was has right ear Otitis media. She reports mild pain and rates her pain 4/10. She denies n/v, shortness of breath
Past Medical History: none
Allergies: nkda
Weight: 47.7 kg
Temperature: 100.3°F, Tympanic
BPM: 103
RPM: 20
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 04/28/2025 04:57:00
Diagnosis: Other: Acute Otitis Media
ECMR Status: None
Current illness/injury/health concern: POST ER - Patient is 9 year old female who was sent to the ER for ear pain, fullness in the ear and fluid draining from right ear. Patient is back with a diagnosis of Acute otitis media and was started on ABT amoxicillin 875 mg oral tablet, take 1 tablet oral twice a day x 10 days and Ciprodex 0.3%-0.1% otic suspension, 4 drops otic twice a day x 7 days. Prescription sent to pharmacy. Patient denies any distress at this time.
Past Medical History: Ear pain/discharge for 4 years
Allergies: NKDA
Weight: 47.7 kg
Temperature: 97.7°F, Tympanic
BPM: 89
RPM: 18
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/28/2025 02:49:58
Diagnosis: Other: Serous otitis media
ECMR Status: None
Current illness/injury/health concern: Patient is a 9 year old female present with Mom with c/o ear pain, feel fullness in the ear and brown purulent discharge coming out of her right ear. Mom states that patient has been having puss/ear issues since she was 5 years old and has been treated on and off with antibiotics. Patient denies earing loss.
Past Medical History: Ear pain/discharge for 4 years
Allergies: NKDA
Weight: 47.7 kg
Temperature: 97.3°F, Tympanic
BPM: 100
RPM: 18
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/28/2025 00:17:02
Diagnosis: Lice
ECMR Status: Yellow
Current illness/injury/health concern: Pruritic Scalp

Past Medical History: DENIES
Allergies: NKDA
Weight: 47.7 kg
Temperature: 97.3°F, Tympanic
BPM: 100
RPM: 18
O2 Saturation/FIO2 (%): 98

☒ **Referred to** Children's Hospital **Medical Facility (Summary Info):**
Referred to ER for further evaluation and treatment

☒ **Medications Prescribed/follow-on instructions:**
Active Medications:
Medication: amoxicillin 875 MG / clavulanate 125 MG [Augmentin]

Dosage: 1 Tablet
Frequency: 3 times a day (t.i.d)
Next Dose Due: 5/1/2025 8:00 PM MDT

Medication: ciprofloxacin 3 MG/ML / dexamethasone 1 MG/ML [Ciprodex]
Dosage: 4 Drops, gtt(s)
Frequency: 2 times a day (b.i.d)
Next Dose Due: 5/1/2025 8:00 PM MDT

Inactive Medications:
acetaminophen 160 MG/ML Oral Solution **-** 20 mL (Given Now);
acetaminophen 160 MG [Tylenol] **-** 20 mL (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

EMT-B
**Title**

**Date / Time Signed:**05/01/2025 11:41:19

**CBP Form 2501**