# Exhibit U

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████
**Age** 4  **Subject ID** ███████
**Was translation services utilized?** No
**Date/Time Signed** : 04/22/2025 05:40:57
**Last Updated** : 04/22/2025 05:40:57

## Time of Care Provided

04/22/2025 05:18

## History

**Current illness/injury/health concern**
This is a 4 yr old child who parents c/o of having sore throat x9 days. Denies fever, or other symptoms.

**Medications**
none

**Past Medical History**
none

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

**Temperature ( °F)** 96.3  Tympanic  **BP (SYS/DIA)** /
**BPM** 90  **Weight** 37.6  lbs
**RPM**  **O$_2$ Saturation/FIO$_2$ (%)** 97

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

## Admission/Disposition

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███  **Alien Number** ███
**DOB** ███  **Event Number** ███
**Age** 4  **Subject ID** ███
**Was translation services utilized?** No
**Date/Time Signed** : 04/28/2025 16:08:43
**Last Updated** : 04/28/2025 16:08:43

## Time of Care Provided
04/28/2025 12:33

## History

**Current illness/injury/health concern**
(translation line used)
patient here for 5 day re evaluation. Father reports child has been c/o stomach ache after yesterday evening's meal. Admits child did not eat the meal provided for children as usual and decided to eat some of the meals provided to adults. Father believes the meal may have been to heavy for the child. Also reports child continues with mild cough and nasal discharge mostly at night. Admits mild sore throat at night.
Denies earache, body aches/fever, n/v/d, chest pain, shortness of breath, wheezing, decreased urinary output, dysuria, lethargy

**Medications**
none

**Past Medical History**
denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm

## Vital Signs

**Temperature (°F)** 99.7  Tympanic  **BP (SYS/DIA)** /
**BPM** 100  **Weight** 39.5  lbs
**RPM** 20  **O₂ Saturation/FIO₂ (%)** 99

## Review of Systems

| | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | | see cc |
| **Pulmonary** | Negative | |

| | |
|---|---|
| Cardiovascular | Negative |
| GI | |
| Skin | Negative |
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | see encounter |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████████ | ███████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Assessment

| **Patient Information** | |
|---|---|
| **(Last, First, MI)** ▮ | **Alien Number** ▮ |
| **DOB** ▮ | **Event Number** ▮ |
| **Age** 4 | **Subject ID** ▮ |
| **Was translation services utilized?** No | |
| **Date/Time Signed** : 05/02/2025 18:49:30 | |
| **Last Updated** : 05/02/2025 18:49:30 | |

### Time of Care Provided
05/02/2025 15:58

### History

**Current illness/injury/health concern**
4 year old male present to MU for 5 day re evaluation. Father requesting child have his throat checked as he has noticed slight hoarseness to it since arriving to facility. Father believes it is the salt in the potato chips as the child likes eating that snack. Otherwise, father reports child is well, drinking fluids and tolerating meals well.
Denies cough, sore throat, earache, body aches/fever, n/v/d, abdominal pain, chest pain, shortness of breath, wheezing, decreased urinary output, dysuria
(translation line #: ▮ )

**Medications**
none

**Past Medical History**
denies

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm

### Vital Signs

| | |
|---|---|
| **Temperature (°F)** 98.3  Tympanic | **BP (SYS/DIA)**  / |
| **BPM** 104 | **Weight** 41  lbs |
| **RPM** 20 | **O₂ Saturation/FIO₂ (%)** 100 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | see cc |
| **Pulmonary** | Negative |

| | |
|---|---|
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

**Physical Exam**

| | |
|---|---|
| General | patient alert, awake, playful and active |
| HEENT | Ears – TMs intact, no bulging or erythema, EAC clear, no tragal tenderness<br>Nose – mucosa pink without mucous discharge<br>Mouth - moist oral mucosa, OP clear. No exudates<br>Neck - supple with FROM; no lymphadenopathy |
| Resp | lungs CTAB, respirations even and unlabored |
| CV | RRR, no murmurs |
| GI | soft, NT/ND |
| M/S | FROM, gait normal |
| Skin | intact, no lesions |
| Other | A: normal exam<br>P: Reassurance given. Discussed possible cold and dry climate as cause of hoarseness. Instructed to continue to hydrate well and monitor symptoms. Limit number of potato chips snack to 1-2 a day; encourage fruit preferably. Advised of 24 hour medical availability. RTC if any concerns arise. Father verbalized understanding. |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**


**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Assessment

| | |
|---|---|
| **Patient Information** | |

**(Last, First, MI)** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  **Alien Number** ▉▉▉▉▉▉▉
**DOB** ▉▉▉▉▉▉▉▉  **Event Number** ▉▉▉▉▉▉▉▉▉▉▉
**Age** 4  **Subject ID** ▉▉▉▉▉▉▉
**Was translation services utilized?** No
**Date/Time Signed** : 05/10/2025 00:21:40
**Last Updated** : 05/10/2025 00:21:40

### Time of Care Provided
05/09/2025 22:39

### History

**Current illness/injury/health concern**
4 year old male present to MU for 5 day re-evaluation. Father denies any concern at this time. Fathe stated that patient is health and doing well. Otherwise, father reports child is well, drinking fluids and tolerating meals well.
Denies cough, sore throat, earache, body aches/fever, n/v/d, abdominal pain, chest pain, shortness of breath, wheezing, decreased urinary output, dysuria
(translation line #: ▉▉▉▉▉▉▉ )

**Medications**
none

**Past Medical History**
denies

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
denies/none observed

### Vital Signs

**Temperature (°F)** 98.4  Tympanic          **BP (SYS/DIA)**   /
**BPM** 103                                  **Weight** 40.7  lbs
**RPM** 22                                   **O₂ Saturation/FIO₂ (%)** 98

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

| | |
|---|---|
| Skin | Negative |
| Neuro | Negative |
| Other | |

### Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCA - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████████
**Age** 4  **Subject ID** ████████
**Was translation services utilized?** No
**Date/Time Signed** : 04/24/2025 10:00
**Last Updated** : 04/24/2025 10:00

## Time of Care Provided
04/24/2025 07:58

## Subjective

**Current illness/injury/health concern**
encounter opened for lice treatment; child found to have nits upon screening out of facility. mother reports no other complaints or concerns at this time.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
none

**Allergies**
NKDA

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( °F)**  **BP (SYS/DIA)** /
**BPM**  **Weight** 38.1 lbs
**RPM**  **O$_2$ Saturation/FIO$_2$ (%)**

## Objective

**General**    WD/WN
             No Distress

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**
**Lungs CTA Bilaterally** N/A

**GI**

**Extremities**

| | |
|---|---|
| **Skin** | |
| Other | [ ] Live lice visualized on scalp |
| | [ ] Live lice visualized on nape of neck |
| | [x] Nits securely attached to scalp hair shafts |
| | [ ] Excoriations present |

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Lice

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Permethrin 1% Topical Shampoo. Apply x 1 to hair and scalp. Avoid eyes and mucosal membranes. Leave in 10 minutes (no longer). Rinse with warm water.
RTC for any scalp rash or discomfort.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  ███  
**Alien Number** ███  
**DOB** ███  
**Event Number** ███  
**Age** 4  
**Subject ID** ███  

**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/22/2025 05:44  
**Last Updated** : 04/22/2025 05:44  

## Time of Care Provided

04/22/2025 05:19

## Subjective

**Current illness/injury/health concern**  
This is a 4 yr old child who parents c/o of having sore throat x9 days. Denies fever, or other symptoms.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A  

**Past Medical History**  
none  

**Allergies**  
NKDA  

**Medications**  
none  

## Vital Signs (If Applicable)

**Temperature ( °F)** 96.3  Tympanic  
**BP (SYS/DIA)** /  
**BPM** 90  
**Weight** 37.6  lbs  
**RPM**  
**O₂ Saturation/FIO₂ (%)** 97  

## Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP    No erythematous throat<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |
| **Skin** | Normal color |

| | |
|---|---|
| **Other** | |
| **Tests** | |
| Glucose | |
| Flu | |

**Diagnosis**

Other: Viral Pharyngitis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cetirizine and ibuprofen given
Instructed mom to increase water intake
Return to Medical for worsening symptoms

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    **Alien Number** ▓▓▓▓▓▓▓▓

**DOB** ▓▓▓▓▓▓▓▓    **Event Number** ▓▓▓▓▓▓▓▓▓▓▓▓

**Age** 4    **Subject ID** ▓▓▓▓▓▓▓

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 16:12

**Last Updated** : 04/28/2025 16:12

## Time of Care Provided

04/28/2025 12:35

## Subjective

**Current illness/injury/health concern**    **Signs/Symptoms of Acute Respiratory Infection** N/A
(translation line used)
patient here for 5 day re evaluation. Father reports child has been c/o stomach ache after yesterday evening's meal. Admits child did not eat the meal provided for children as usual and decided to eat some of the meals provided to adults. Father believes the meal may have been to heavy for the child. Also reports child continues with mild cough and nasal discharge mostly at night. Admits mild sore throat at night.
Denies earache, body aches/fever, n/v/d, chest pain, shortness of breath, wheezing, decreased urinary output, dysuria, lethargy

**Cough** N/A    **Sore Throat** N/A

**Runny Nose** N/A    **Congestion** N/A

**Past Medical History**    **Allergies**
denies    NKDA

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( °F)** 99.1 Tympanic    **BP (SYS/DIA)**    /

**BPM** 101    **Weight** 39.5 lbs

**RPM** 20    **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | alert, awake |
| **Neuro** | | |
| **Psych** | | calm, smiling and playful. |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur | RRR |

| | | |
|---|---|---|
| **Respiratory** | | |
| Lungs CTA Bilaterally | Selected | respirations even and unlabored |
| **GI** | NT/ND Abdomen | normoactive sounds throughout, soft, no masses, no rebound tenderness |
| **Extremities** | Normal gait | |
| **Skin** | Normal color | |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Heartburn

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Reviewed findings with parent. Avoid trigger foods as reviewed. Instructed to hydrate well and importance of hand washing/hygiene. Monitor symptoms, specifically dehydration/urinary output. Advised of 24 hour medical availability. RTC if symptoms worsen, do not improve or if fever suspected. Parent verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**MEDICAL SUMMARY FORM**

**Name (Last, First, Middle Initial):** ▮
**Alien Number:** ▮   **Date of Birth:** ▮   **Subject ID/Civilian ID:** ▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Provider (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 04/22/2025 03:40:57
Diagnosis:
Current illness/injury/health concern: This is a 4 yr old child who parents c/o of having sore throat x9 days. Denies fever, or other symptoms.
Past Medical History: none
Weight: 37.6 lbs
Temperature: 96.3°F, Tympanic
BPM: 90
O2 Saturation/FIO2 (%): 97

Medical Encounter:

Date/Time Signed: 04/24/2025 08:00:43
Diagnosis: Lice
ECMR Status: Yellow
Current illness/injury/health concern: encounter opened for lice treatment; child found to have nits upon screening out of facility. mother reports no other complaints or concerns at this time.
Past Medical History: none
Allergies: NKDA
Weight: 38.1 lbs

Date/Time Signed: 04/22/2025 03:44:12
Diagnosis: Other: Viral Pharyngitis
ECMR Status: None
Current illness/injury/health concern: This is a 4 yr old child who parents c/o of having sore throat x9 days. Denies fever, or other symptoms.
Past Medical History: none
Allergies: NKDA
Weight: 37.6 lbs
Temperature: 96.3°F, Tympanic
BPM: 90
O2 Saturation/FIO2 (%): 97

☐ Referred toMedical Facility (Summary Info):

☒ Medications Prescribed/follow-on instructions:

Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);
ibuprofen 20 MG/ML Oral Suspension - 7.5 mL (Given Now);

permethrin 10 MG/ML [Nix Cream Rinse] - 1 Other (Given Now):

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

FNP-C
**Title**

**Date / Time Signed:** 04/24/2025 10:02:57

**CBP Form 2501**