# Exhibit V

**REDACTED VERSION OF
DOCUMENT PROPOSED TO BE
FILED UNDER SEAL**



**Patient Medical Record - EMR**
CBP EMR

[Activate] [Discharge]

## Patient Information

| | Current Location: N/A | | Last Updated: 05/15/2025 06:35 |
|---|---|---|---|

| | Last Name ▊▊ | First Name ▊▊ | Middle Initial | Sex F |
|---|---|---|---|---|

200x200

| Alien Number ▊▊ | Event Number ▊▊ | Date of Birth ▊▊ | Age 1 |
|---|---|---|---|

| Country of Citizenship ▊▊ | Individual Status Inactive | Individual Type FMUA | Subject ID / Civilian ID ▊▊ |
|---|---|---|---|

**Location Information**
CBP - USBP - RGV - RGV - CPC - EMR

## Health Intake Interview ▤

| Reporter | Date/Time | |
|---|---|---|
| Created By ▊▊<br>Updated By ▊▊ | Last Updated 05/15/2025 01:21 | [Details] |

## Medical Assessment

| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Signed 04/22/2025 05:27 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Signed 05/01/2025 22:50 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Signed 05/02/2025 19:17 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCA - EMR - Provider | Signed | Signed 05/10/2025 00:34 | [Details] | [+ Addendum] | [History] | [Delete] |

## Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Cough | Signed 04/22/2025 05:30 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Upper respiratory infection- viral | Signed 04/23/2025 17:08 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Cough,Nasal congestion | Signed 05/01/2025 22:53 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Nasopharyngitis- acute | Signed 05/02/2025 19:28 | [Details] | [+ Addendum] | [History] | [Delete] |
| Signed By ▊▊<br>CBP - USBP - RGV - RGV - CPCA - EMR - Provider | Signed | Other: Abdominal colic-resolved | Signed 05/10/2025 03:58 | [Details] | [+ Addendum] | [History] | [Delete] |

## Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

## Medications - App

| | | | | [↑] [Medication Review] [Manage Medications] |
|---|---|---|---|---|

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

## Prescriptions

| | | | [+ Add] |
|---|---|---|---|

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

## Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

## Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

## Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

## Attachments

| | | | [+ Add] |
|---|---|---|---|

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



## Details - Medical Assessment

---

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮

**Age** 1

**Was translation services utilized?** No

**Date/Time Signed** : 04/22/2025 05:27:47

**Last Updated** : 04/22/2025 05:27:47

**Alien Number** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮▮

### Time of Care Provided

04/22/2025 05:21

### History

**Current illness/injury/health concern**
This is a 13 month old baby girl whom the mother reports to have been coughing x7 days. Denies fever. No other symptoms

**Past Medical History**
none

**Last Menstrual Period**

**Medications**
none

**Allergies**
none

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

**Temperature ( ºF)** 96.5 Tympanic

**BPM** 103

**RPM**

**BP (SYS/DIA)** /

**Weight** 26.6 lbs

**O$_2$ Saturation/FIO$_2$ (%)** 100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮ |
| **Age** 1 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 05/01/2025 22:50:01

**Last Updated** : 05/01/2025 22:50:01

### Time of Care Provided

05/01/2025 22:41

### History

**Current illness/injury/health concern**
This is a 13 month old baby girl whom the mother brought back c/o that the child has been coughing and congestion for a total of 11 days now. Denies fever. No other symptoms. Mother reports that the child has been drinking her milk well and eating well. Denies any other symptoms

**Medications**
none

**Past Medical History**
none

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( °F)** 96.1 Tympanic | | **BP (SYS/DIA)** / | |
| **BPM** 137 | | **Weight** 28.4 lbs | |
| **RPM** | | **O$_2$ Saturation/FIO$_2$ (%)** 99 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

**Neuro** Negative

**Other**

| Physical Exam | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ██████████            **Alien Number** ██████████

**DOB** ██████████                          **Event Number** ██████████

**Age**  1                                  **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 05/02/2025 19:17:48

**Last Updated** : 05/02/2025 19:17:48

## Time of Care Provided

05/02/2025 16:12

## History

**Current illness/injury/health concern**              **Medications**
see encounter: assessment opened in error              none

**Past Medical History**                               **Allergies**
none                                                   NKDA

**Last Menstrual Period**                              **Pregnant?**  No

## Mental Health

**History of Mental Health Issues**                    No

**History of Physical/Emotional Trauma**               No
**or Abuse**

**History of or Currently Thinking of**                No
**Harming Self or Others**

**History of or Currently Seeing or**                  No
**Hearing Things Others Are Not**

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

## Vital Signs

**Temperature ( °F)**  98.5  Tympanic                  **BP (SYS/DIA)**   /

**BPM**  143                                           **Weight**  28.6   lbs

**RPM**  20                                            **$O_2$ Saturation/$FIO_2$ (%)**  99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | see encounter |
| **Pulmonary** | see encounter |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| General | Negative |
|---|---|
| **HEENT** | Second Encounter |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████        **Alien Number** ████████

**DOB** ████████        **Event Number** ████████

**Age** 1        **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 05/10/2025 00:34:27

**Last Updated** : 05/10/2025 00:34:27

### Time of Care Provided

05/09/2025 23:04

### History

**Current illness/injury/health concern**
Patient has been doing well. Mother reported some runny nose but otherwise patient has been doing better. Patient was asleep but easily arousable. Patient initially cried but was easily consoled by mother.

**Medications**
none

**Past Medical History**
denies

**Allergies**
NKDA

**Last Menstrual Period**        **Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

denies/none observed

### Vital Signs

**Temperature ( °F)** 96.5 Tympanic        **BP (SYS/DIA)** /

**BPM** 130        **Weight** 28.6 lbs

**RPM** 24        **O$_2$ Saturation/FIO$_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ████████████████ | CBP - USBP - RGV - RGV - CPCA - EMR - Provider |



# Details - Medical Encounter

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮ |
| **Age** 1 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/22/2025 05:30

**Last Updated** : 04/22/2025 05:30

## Time of Care Provided

04/22/2025 05:22

## Subjective

**Current illness/injury/health concern**
This is a 13 month old baby girl whom the mother reports to have been coughing x7 days. Denies fever. No other symptoms

**Signs/Symptoms of Acute Respiratory Infection** N/A

| | | |
|---|---|---|
| **Cough** N/A | **Sore Throat** N/A | |
| **Runny Nose** N/A | **Congestion** N/A | |

| | |
|---|---|
| **Past Medical History** | **Allergies** |
| none | none |
| **Medications** | |
| none | |
| **Last Menstrual Period** | **Pregnant?** No |

## Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature ( °F)** 96.5 Tympanic | **BP (SYS/DIA)** / |
| **BPM** | **Weight** 26.6 lbs |
| **RPM** | **O$_2$ Saturation/FIO$_2$ (%)** |

## Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |
| **Lungs CTA Bilaterally** Selected | |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |

**Skin**  Normal color

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Cough

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cetirizine given
Instructed mom to give plenty of fluids
Return to medical for worsening symptoms

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ███████ | ████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮                **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                             **Event Number** ▮▮▮▮▮▮

**Age** 1                                  **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/23/2025 17:08

**Last Updated** : 04/23/2025 17:08

## Time of Care Provided

04/23/2025 14:42

## Subjective

**Current illness/injury/health concern**          **Signs/Symptoms of Acute Respiratory Infection**  N/A
(translation line attempted twice, dropped calls; used google
translate)
1 year old male presents with mother who reports productive
cough x 8 days. States cough awakens him at night mostly. Admits
nasal discharge. Admits toddler tolerating oral intake well, voiding
normal and having normal bowel movements.
Denies dysphagia, pulling at ears, chills/fever, shortness of breath,
wheezing, decreased urinary output, vomiting, diarrhea, lethargy

**Cough**  N/A                          **Sore Throat**  N/A

**Runny Nose**  N/A                      **Congestion**  N/A

**Past Medical History**                **Allergies**
denies past medical history             nkda

**Medications**
none

**Last Menstrual Period**               **Pregnant?**  No

## Vital Signs (If Applicable)

**Temperature ( °F)**  97.9  Tympanic    **BP (SYS/DIA)**      /

**BPM**  124                             **Weight**  27.8   lbs

**RPM**  20                              **O$_2$ Saturation/FIO$_2$ (%)**   99

## Objective

| **General** | WD/WN<br>No Distress | alert, awake |
| --- | --- | --- |

**Neuro**

| **Psych** | | calm when held by mother, smiling and playful; cries during ENT exam, but easily soothed by mother after |
| --- | --- | --- |

| **E/N/T** | No Lymphadenopathy | Ears – TMs intact, no bulging or erythema, EAC clear<br>Nose – mucosa pink and edematous with mucous discharge<br>Mouth - moist oral mucosa, OP clear. No exudates<br>Neck - supple with FROM |
| --- | --- | --- |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |

**CV** No Murmur

**Respiratory**

**Lungs CTA Bilaterally** Selected

no wheezing, rales, or rhonchi; no use of accessory muscles; respirations even and unlabored

**GI**

**Extremities**

**Skin**            Normal color
              No lesions

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Upper respiratory infection- viral

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Recommend cetirizine to be taken at night due to nocturnal symptoms.

cetirizine 2.5ml qhs x 5 days as needed (from stock)

Reviewed findings with parent. Instructed to hydrate well. Monitor symptoms. Follow up with PCP once out of custody. Advised of 24 hour medical availability. RTC if symptoms worsen or do not improve or if fever suspected. Parent verbalized understanding

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ██████████ | ████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ████████

**Alien Number** ████████

**DOB** ████████

**Event Number** ████████

**Age** 1

**Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 05/01/2025 22:53

**Last Updated** : 05/01/2025 22:53

## Time of Care Provided

05/01/2025 22:43

## Subjective

**Current illness/injury/health concern**
This is a 13 month old baby girl whom the mother brought back c/o that the child has been coughing and congestion for a total of 11 days now. Denies fever. No other symptoms. Mother reports that the child has been drinking her milk well and eating well. Denies any other symptoms

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Sore Throat** N/A

**Runny Nose** N/A

**Congestion** N/A

**Past Medical History**
none

**Allergies**
NKDA

**Medications**
none

**Last Menstrual Period**

**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( º F)** 96.1 Tympanic

**BP (SYS/DIA)** /

**BPM** 137

**Weight** 28.4 lbs

**RPM**

**O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP    No erythematous posterior throat |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |

| **Skin** | Normal color |
|---|---|

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Cough | Nasal congestion

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Will continue cetirizine
instructed mom to continue giving child plenty of fluids
Return if with worsening symptoms

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████ | ████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▇▇▇▇▇▇

**DOB** ▇▇▇▇▇▇

**Age** 1

**Was translation services utilized?** Yes

**Date/Time Signed** : 05/02/2025 19:28

**Last Updated** : 05/02/2025 19:28

**Alien Number** ▇▇▇▇▇▇

**Event Number** ▇▇▇▇▇▇

**Subject ID** ▇▇▇▇▇▇

## Time of Care Provided

05/02/2025 17:17

## Subjective

**Current illness/injury/health concern**
(translation line #: ▇▇▇▇▇ )
13 month old present to MU with continued concern of productive cough. States last night child awoke with cough. Reports child coughs less while awake and has been tolerating oral intake well; voiding and having normal bowel movements.
Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Runny Nose** N/A

**Sore Throat** N/A

**Congestion** N/A

**Past Medical History**
denies

**Medications**
none

**Last Menstrual Period**

**Allergies**
NKDA

**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 98.5 Tympanic

**BPM** 143

**RPM** 22

**BP (SYS/DIA)**    /

**Weight** 28.6  lbs

**$O_2$ Saturation/$FIO_2$ (%)** 99

## Objective

| **General** | WD/WN<br>No Distress | alert, awake |
|---|---|---|
| **Neuro** | | |
| **Psych** | | playful and active; crying during treatment, but easily soothed by mother |
| **E/N/T** | No Lymphadenopathy | Ears – TMs intact, no bulging or erythema, EAC clear<br>Nose – mucosa unable to be viewed due to mucous discharge present; post nasal lavage and bulb suctioning, mucosa pink and edematous.<br>Mouth - moist oral mucosa, OP clear. No exudates<br>Neck - supple with FROM |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur | |

**Respiratory**

**Lungs CTA Bilaterally** Selected

respirations even and unlabored; no use of accessory muscles; no wheezing, rales or rhonchi

**GI**

**Extremities**

**Skin**                    Normal color
                            No lesions

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Nasopharyngitis- acute

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

continue with cetirizine at bedtime as needed.

nasal saline spray before bedtime and repeat as needed during the day (mother instructed to report to MU for assistance with bulb syringe if needed)

Reviewed findings with mother. Educated and demonstrated nasal saline spray use and bulb syringe. Mother states she does not believe she will be able to use bulb syringe on her own as toddler fights her and is uncooperative. Informed mother medical staff can assist mother before bedtime with nasal saline and bulb syringe. Bulb syringe given to mother to keep; instructed to use if possible during the day as needed for removal of nasal discharge. Educated on importance of keeping nasal airways clear to avoid post nasal drip while lying or asleep. Mother verbalized understanding and in agreement of plan of care

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████                  **Alien Number** ███████

**DOB** ███████                                 **Event Number** ███████

**Age** 1                                        **Subject ID** ███████

**Was translation services utilized?** Yes

**Date/Time Signed** : 05/10/2025 03:58

**Last Updated** : 05/10/2025 03:58

## Time of Care Provided

05/10/2025 03:41

## Subjective

**Current illness/injury/health concern**            **Signs/Symptoms of Acute Respiratory Infection** N/A

███████ translator with ID# ███

Patient was brought in by mother for evaluation after patient woke
up crying. Mother stated that she had fed the baby milk and she
thinks that it might have upset his stomach and he started crying.
He massaged his back and patient burped but he continued to cry
thus she decided to seek medical treatment. Mother denies any
fever or vomiting. Patient cried initially on arrival to the medical
unit but stopped crying as soon as he was evaluated. Patient was
easily distractable and was smiling and playful and playing high
five.

**Cough** N/A                                     **Sore Throat** N/A

**Runny Nose** N/A                                **Congestion** N/A

**Past Medical History**                          **Allergies**
denies                                            NKDA

**Medications**
none

**Last Menstrual Period**                         **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.1 Tympanic               **BP (SYS/DIA)** /

**BPM** 127                                        **Weight** 28.9  lbs

**RPM** 24                                          **O$_2$ Saturation/FIO$_2$ (%)** 100

## Objective

| General | WD/WN |
|---|---|
| | No Distress |

| Neuro | | appropriate for age |
|---|---|---|

| Psych | | appropriate affect |
|---|---|---|

| E/N/T | Normal/OP |
|---|---|
| | No Lymphadenopathy |

| Eyes | Normal lid/conjunctiva |
|---|---|
| | PERRL |

| CV | No Murmur |
|---|---|

**Respiratory**

**Lungs CTA Bilaterally** Selected

respirations even and unlabored

**GI**                    NT/ND Abdomen                      bowel sounds present

**Extremities**

                          Normal muscle tone

**Skin**                  Normal color

                          No lesions

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: Abdominal colic-resolved

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Rest. Keep well hydrated. Return if with fever, vomiting or inconsolable crying. Patient may have had colic that is now resolved. Mother was instructed to follow-up with PCP once released from custody.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|
|          |               |          |              |

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ██████████ | █████████████████████████ | CBP - USBP - RGV - RGV - CPCA - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮

**Alien Number:** ▮▮▮▮▮▮ **Date of Birth:** ▮▮▮▮▮▮ **Subject ID/Civilian ID:** ▮▮▮▮▮▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Provider (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**

Medical Assessment:

Date/Time Signed: 04/22/2025 03:27:47
Diagnosis:
Current illness/injury/health concern: This is a 13 month old baby girl whom the mother reports to have been coughing x7 days. Denies fever. No other symptoms
Past Medical History: none
Weight: 26.6 lbs
Temperature: 96.5°F, Tympanic
BPM: 103
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 04/23/2025 15:08:59
Diagnosis: Upper respiratory infection- viral
ECMR Status: Yellow
Current illness/injury/health concern: (translation line attempted twice, dropped calls; used google translate)
1 year old male presents with mother who reports productive cough x 8 days. States cough awakens him at night mostly. Admits nasal discharge. Admits toddler tolerating oral intake well, voiding normal and having normal bowel movements.
Denies dysphagia, pulling at ears, chills/fever, shortness of breath, wheezing, decreased urinary output, vomiting, diarrhea, lethargy
Past Medical History: denies past medical history
Allergies: nkda
Weight: 27.8 lbs
Temperature: 97.9°F, Tympanic
BPM: 124
RPM: 20
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 04/22/2025 03:30:27
Diagnosis: Cough
ECMR Status: Orange
Current illness/injury/health concern: This is a 13 month old baby girl whom the mother reports to have been coughing x7 days. Denies fever. No other symptoms
Past Medical History: none
Allergies: none
Weight: 26.6 lbs
Temperature: 96.5°F, Tympanic

☐ **Referred to Medical Facility (Summary Info):**

 Medications Ordered/Follow-on Instructions:
Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

FNP-C
**Title**

**Date / Time Signed:**04/24/2025 09:51:09

**CBP Form 2501**