# Exhibit W

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Patient Medical Record - EMR**
CBP EMR

[ 🖫 Activate ]  [ Discharge ]

### Patient Information
| | Current Location: N/A | | Last Updated: 05/14/2025 20:59 |
|---|---|---|---|

| | Last Name | First Name | Middle Initial | Sex |
|---|---|---|---|---|
| 200x200 | ▉ | ▉ | | M |
| | **Alien Number** ▉ | **Event Number** ▉ | **Date of Birth** ▉ | **Age** 6 |
| | **Country of Citizenship** ▉ | **Individual Status** Inactive | **Individual Type** FMUA | **Subject ID / Civilian ID** ▉ |
| | **Location Information** CBP - USBP - RGV - RGV - CPC - EMR | | | |

### Health Intake Interview ⊟
| Reporter | Date/Time | |
|---|---|---|
| **Created By** ▉ <br> **Updated By** ▉ | **Last Updated** 05/14/2025 20:57 | [ Details ] |

### Medical Assessment
| Reporter | Status | Date/Time | | | |
|---|---|---|---|---|---|
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | **Signed** 04/22/2025 05:45 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | **Signed** 04/28/2025 16:09 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | **Signed** 05/02/2025 19:00 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCA - EMR - Provider | Signed | **Signed** 05/10/2025 00:25 | Details | + Addendum | History | Delete |

### Medical Encounter
| Reporter | Status | Diagnosis | Date/Time | | | |
|---|---|---|---|---|---|---|
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Heartburn | **Signed** 04/28/2025 16:14 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Balanitis;Other: irritant contact balanitis | **Signed** 05/02/2025 19:10 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCA - EMR - Provider | Signed | Contact dermatitis | **Signed** 05/10/2025 00:29 | Details | + Addendum | History | Delete |
| **Signed By** ▉ <br> CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Contact dermatitis | **Signed** 05/11/2025 22:21 | Details | + Addendum | History | Delete |

### Enhanced Medical Monitoring
| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

### Medications - App
| | | | | [ ! ] [ Medication Review ] [ Manage Medications ] |
|---|---|---|---|---|
| **Medication(Name/ Dose/ Form)** | **Dosage** | **Frequency** | **Next Dose Due** | **Status** |

### Prescriptions
| | | | [ + Add ] |
|---|---|---|---|

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|
| hydrocortisone | ▉ | 🔣 Received | **Last Updated by** ▉ **on** 05/02/2025 21:29:58 <br> [ History ] [ Details ] [ Benefits Letter ] [ 🖊 Print ] [ Delete ] |
| mupirocin | ▉ | 🔣 Received | **Last Updated by** ▉ **on** 05/12/2025 03:16:18 <br> [ History ] [ Details ] [ Benefits Letter ] [ 🖊 Print ] [ Delete ] |

### Hospital Referrals
| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests
| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes
| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments
| | | | [ + Add ] |
|---|---|---|---|
| **Reported By** | **Attachment** | **Attachment Description/Type** | **Details** |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮                          **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮                                        **Event Number** ▮▮▮▮▮▮

**Age** 6                                             **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 04/22/2025 05:45:16

**Last Updated** : 04/22/2025 05:45:16

### Time of Care Provided

04/22/2025 05:24

### History

**Current illness/injury/health concern**            **Medications**
none                                                 none

**Past Medical History**                             **Allergies**
none                                                 NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

**Temperature ( ⁰F)** 98.0  Tympanic              **BP (SYS/DIA)**   /

**BPM** 90                                         **Weight** 43.4   lbs

**RPM**                                            **O $_2$ Saturation/FIO $_2$ (%)**  100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮                  **Alien Number** ▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮                                **Event Number** ▮▮▮▮▮▮▮

**Age** 6                                       **Subject ID** ▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 16:09:49

**Last Updated** : 04/28/2025 16:09:49

### Time of Care Provided

04/28/2025 12:36

### History

**Current illness/injury/health concern**              **Medications**
(translation line used)                                none
patient here for 5 day re evaluation. Father reports child has been
c/o stomach ache after yesterday evening's meal. Admits child did
not eat the meal provided for children as usual and decided to eat
some of the meals provided to adults. Father believes the meal may
have been to heavy for the child.
Denies cough, sore throat, earache, body aches/fever, n/v/d, chest
pain, shortness of breath, wheezing, decreased urinary output,
dysuria, lethargy

**Past Medical History**                              **Allergies**
denies                                                 NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

### Vital Signs

**Temperature ( °F)** 98.2 Tympanic          **BP (SYS/DIA)** /

**BPM** 110                                   **Weight** 45.9 lbs

**RPM** 20                                    **O $_2$ Saturation/FIO $_2$ (%)** 99

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |

**GI**

**Skin** Negative

**Neuro** Negative

**Other**

## Physical Exam

**General** Negative

**HEENT** Negative

**Resp** Negative

**CV** Negative

**GI** Negative

**M/S** Negative

**Skin** Negative

**Other**

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
| --- | --- | --- | --- |

## Signed By:

| Provider | Username | Position Name |
| --- | --- | --- |
| ███████████ | ████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ██████████          **Alien Number** ██████████

**DOB** ██████████                        **Event Number** ██████████

**Age** 6                                  **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 05/02/2025 19:00:05

**Last Updated** : 05/02/2025 19:00:05

## Time of Care Provided

05/02/2025 15:57

## History

**Current illness/injury/health concern**          **Medications**
(translation line #: ██████████ )                  none
6 year old male presents to MU with father for 5 day re evaluation.
Father reports he has noticed a rash to the penile area that started
x1 day ago. Per father, child has not complained of pain; states child
is tolerating oral intake well and continues to be very active.
Denies cough, sore throat, earache, body aches/fever, n/v/d,
abdominal pain, chest pain, shortness of breath, wheezing,
decreased urinary output, dysuria, hematuria

**Past Medical History**                            **Allergies**
denies                                              NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm

## Vital Signs

**Temperature ( °F)** 98.3 Tympanic              **BP (SYS/DIA)** /

**BPM** 94                                        **Weight** 46.4 lbs

**RPM** 18                                        **O $_2$ Saturation/FIO $_2$ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

**Skin**

**Neuro**                                Negative

**Other**

| Physical Exam | |
|---|---|

**General**                              Negative

**HEENT**                                Negative

**Resp**                                 Negative

**CV**                                   Negative

**GI**                                   Negative

**M/S**                                  Negative

**Skin**                                                    see encounter

**Other**

| Contacted Pediatric Advisor | |
|---|---|

No

| Contacted Supervising Physician | |
|---|---|

No

| CBP Notified of Risk Detainee | |
|---|---|

No

| Admission/Disposition | |
|---|---|

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

| Chronic Condition/Illness | |
|---|---|

No

| Assessment Comments | |
|---|---|

**Comments**

| Addendums | |
|---|---|

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

| Signed By: | |
|---|---|

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |

## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▬▬▬ | **Alien Number** ▬▬▬ |
| **DOB** ▬▬▬ | **Event Number** ▬▬▬ |
| **Age** 6 | **Subject ID** ▬▬▬ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 05/10/2025 00:25:27

**Last Updated** : 05/10/2025 00:25:27

### Time of Care Provided

05/09/2025 22:30

### History

**Current illness/injury/health concern**
6 year old male presents to MU with father for 5 day-re evaluation.
Father reports he has noticed a rash to the buttocks since yesterday.
Otherwise, patient has been doing well. patient appears very
playful, happy, cooperative and interactive

**Medications**
none

**Past Medical History**
denies

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

### Vital Signs

| | | | |
|---|---|---|---|
| **Temperature ( °F)** 97.9 Tympanic | | **BP (SYS/DIA)** / | |
| **BPM** 103 | | **Weight** 48.3 lbs | |
| **RPM** 20 | | **O$_2$ Saturation/FIO$_2$ (%)** 99 | |

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | rash to buttocks |
| **Neuro** | Negative |
| **Other** | |

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | papular rash between the buttocks |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ██████████ | ████████████████████ | CBP - USBP - RGV - RGV - CPCA - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮

**Age** 6

**Was translation services utilized?** No

**Date/Time Signed** : 04/28/2025 16:14

**Last Updated** : 04/28/2025 16:14

**Alien Number** ▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮

**Subject ID** ▮▮▮▮▮▮

## Time of Care Provided

04/28/2025 12:36

## Subjective

**Current illness/injury/health concern**
(translation line used)
patient here for 5 day re evaluation. Father reports child has been
c/o stomach ache after yesterday evening's meal. Admits child did
not eat the meal provided for children as usual and decided to eat
some of the meals provided to adults. Father believes the meal may
have been to heavy for the child.
Denies cough, sore throat, earache, body aches/fever, n/v/d, chest
pain, shortness of breath, wheezing, decreased urinary output,
dysuria, lethargy

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Runny Nose** N/A

**Sore Throat** N/A

**Congestion** N/A

**Past Medical History**
denies

**Medications**
none

**Allergies**
NKDA

## Vital Signs (If Applicable)

**Temperature ( °F)** 98.4 Tympanic

**BPM** 110

**RPM** 20

**BP (SYS/DIA)** /

**Weight** 45.9 lbs

**$O_2$ Saturation/$FIO_2$ (%)** 99

## Objective

**General** WD/WN

### Neuro

**Psych** calm, playful and smiling

**E/N/T** Normal/OP
No Lymphadenopathy

**Eyes** Normal lid/conjunctiva
PERRL

**CV** No Murmur

### Respiratory

**Lungs CTA Bilaterally** Selected,
respirations unlabored and even

| **GI** | NT/ND Abdomen | normoactive sounds throughout, soft, no masses, no rebound tenderness |
|---|---|---|

| **Extremities** | Normal gait |
|---|---|

| **Skin** | Normal color |
|---|---|

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Heartburn

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Reviewed findings with parent. Avoid trigger foods as reviewed. Instructed to hydrate well and importance of hand washing/hygiene. Monitor symptoms, specifically dehydration/urinary output. Advised of 24 hour medical availability. RTC if symptoms worsen, do not improve or if fever suspected. Parent verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ███████████ | ████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████                     **Alien Number** ███████

**DOB** ███████                                    **Event Number** ███████

**Age** 6                                          **Subject ID** ███████

**Was translation services utilized?** Yes

**Date/Time Signed** : 05/02/2025 19:10

**Last Updated** : 05/02/2025 19:10

## Time of Care Provided

05/02/2025 16:00

## Subjective

**Current illness/injury/health concern**                **Signs/Symptoms of Acute Respiratory Infection**  N/A

(translation line #: ███████ )

6 year old male presents to MU with father for 5 day re evaluation.
Father reports he has noticed a rash to the penile area that started
x1 day ago. Per father, child has not complained of pain; states child
is tolerating oral intake well and continues to be very active.
Denies cough, sore throat, earache, body aches/fever, n/v/d,
abdominal pain, chest pain, shortness of breath, wheezing,
decreased urinary output, dysuria, hematuria

**Cough**  N/A                                    **Sore Throat**  N/A

**Runny Nose**  N/A                               **Congestion**  N/A

**Past Medical History**                          **Allergies**
denies                                            NKDA

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( °F)**  97.9  Tympanic            **BP (SYS/DIA)**    /

**BPM**  94                                       **Weight**  46.4  lbs

**RPM**  18                                        **O $_2$ Saturation/FIO $_2$ (%)**   100

## Objective

**General**              WD/WN
                         No Distress

### Neuro

**Psych**                                         calm, playful and smiling

**E/N/T**                Normal/OP
                         No Lymphadenopathy

**Eyes**                 Normal lid/conjunctiva
                         PERRL

**CV**                   No Murmur

### Respiratory

**Lungs CTA Bilaterally**  Selected

respirations even and unlabored.

**GI**  NT/ND Abdomen

| **Extremities** | Normal gait |
| | Normal muscle tone |

**Skin**  (chaperone present during exam) With assistance of father, penile area was examined: tip of penis mildly erythematous with small erythematous papules to scrotal and penile area; no discharge noted

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Balanitis | Other: irritant contact balanitis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Hydrocortisone 1% cream to affected site BID x 7 days (rx called in to Lee's pharmacy)
Discussed findings with father. Likely reaction to soap provided in facility. Instructed to avoid soap during shower and use only water for now until rash is resolved. Monitor symptoms. Hydrate well. Follow up with PCP once out of custody. RTC if symptoms do not improve or are worsening. Parent verbalized understanding.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
| --- | --- | --- | --- |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
| --- | --- | --- |
| ███████████ | █████████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮

**Alien Number** ▮▮▮▮▮▮▮▮

**DOB** ▮▮▮▮▮▮▮

**Event Number** ▮▮▮▮▮▮▮▮▮

**Age** 6

**Subject ID** ▮▮▮▮▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 05/10/2025 00:29

**Last Updated** : 05/10/2025 00:29

## Time of Care Provided

05/10/2025 00:25

## Subjective

**Current illness/injury/health concern**
6 year old male presents to MU with father for 5 day-re evaluation.
Father reports he has noticed a rash to the buttocks since yesterday.
Otherwise, patient has been doing well. patient appears very
playful, happy, cooperative and interactive

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Sore Throat** N/A

**Runny Nose** N/A

**Congestion** N/A

**Past Medical History**
denies

**Allergies**
NKDA

**Medications**
none

## Vital Signs (If Applicable)

**Temperature ( ° F)** 97.9 Tympanic

**BP (SYS/DIA)** /

**BPM** 103

**Weight** 48.3 lbs

**RPM** 22

**$O_2$ Saturation/$FIO_2$ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | well-appearing |
| **Neuro** | | appropriate for age; GCS=15 |
| **Psych** | | appropriate affect |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |

**Respiratory**

**Lungs CTA Bilaterally** Selected
respirations even and unlabored

| | |
|---|---|
| **GI** | deferred |
| **Extremities** | Normal gait<br>Normal muscle tone |

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Contact dermatitis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

wash area promptly with water. May apply diaper cream. Patient to follow-up with PCP once released from custody.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCA - EMR - Provider |

## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ████████████          **Alien Number** ████████

**DOB** ████████                            **Event Number** ████████████

**Age** 6                                   **Subject ID** ████████

**Was translation services utilized?** No

**Date/Time Signed** : 05/11/2025 22:21

**Last Updated** : 05/11/2025 22:21

### Time of Care Provided

05/11/2025 20:50

### Subjective

**Current illness/injury/health concern**

patient presents accompanied by father who reports child has developed lesions along the Right upper extremity which are pruritic. They were present along the buttocks and genitals but the lesions along the low back or buttocks seem to have resolved. Had been applying hydrocortisone during the past week but this rx was stopped about two days ago and the lesions persist. The child afebrile and plays happily with brother who does not have similar lesions. Father reports the child may have scratched at the lesions along the buttocks and then scratched other areas of his body such as his arms

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A                               **Sore Throat** N/A

**Runny Nose** N/A                          **Congestion** N/A

**Past Medical History**                    **Allergies**
none reported                               none reported

**Medications**
none reported

### Vital Signs (If Applicable)

**Temperature ( °F)** 97.6 Tympanic        **BP (SYS/DIA)** /

**BPM** 99                                  **Weight** 46.1 lbs

**RPM**                                     **$O_2$ Saturation/$FIO_2$ (%)** 100

### Objective

| **General** | alert |
| | runs and plays with brother |
| **Neuro** | clear speech |
| | normal gait |
| **Psych** | |
| **E/N/T** | |
| **Eyes** | |
| **CV** | RRR |
| | no murmur |

**Respiratory**

**Lungs CTA Bilaterally** N/A

CTAB

No labored breathing

**GI**

**Extremities**

**Skin**                                   along the right tricep and forarm region are flesh color papules about a
                                           millimeter wide some scabbed over dried
                                           none are seen along the low back or other areas of the body
                                           genital exam deferred

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Contact dermatitis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

dermatitis or etiology of rash is unclear

does not appear as mulloscum

as some of the lesions appear pruritic topical hydrocortisone will be recommended along with the red dried scabbed over lesions
appearing to have become slightly irritated or infected due to scratching will elect to initiate a course of mupirocin
father advised may rtc prn if lesion worsen

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ███████ | ████████████████ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |

**DEPARTMENT OF HOMELAND SECURITY**

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

Centralized Processing Center - Bravo Side
3700 W. Ursula - McAllen, TX 78503 PH: 9566328011

---

**PATIENT:** ▬▬▬▬▬▬▬▬▬                    **DOB:** ▬▬▬▬▬▬

**Rx:**                                                   **DATE:**   05/02/2025

Medication: hydrocortisone
Strength: 1% cream
Sig/Instructions: apply a thin layer to affected site BID x 7 days
Quantity: 30gm
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# ▬▬▬▬▬▬

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

BIN Number: ▮▮▮▮

Processor Control Number: ▮▮▮▮▮

Group Number: ▮▮▮▮

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): ▮▮▮▮▮
First Name: ▮▮▮▮
Last Name: ▮▮▮
Date of Birth ▮▮▮▮
Today's Date: 06/24/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)

# DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

Centralized Processing Center - Bravo Side
3700 W. Ursula - McAllen, TX 78503 PH: 9566328011

**PATIENT:** ▮▮▮▮▮▮▮▮▮▮                                    **DOB:** ▮▮▮▮▮▮

**Rx:**                                                    **DATE:**   05/12/2025

Medication: mupirocin
Strength: 2%
Sig/Instructions: one application along right upper extremity topically every 12 hours x 7 days
Quantity: 22gm
# of Refills: NONE

Allergies: nkda

Prescribing Provider:



NPI# ▮▮▮▮▮▮▮

 **U.S. Customs and Border Protection**    **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)** , which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

BIN Number: ▉▉▉▉

Processor Control Number: ▉▉▉▉▉

Group Number: ▉▉▉▉

**Patient Information (All Fields are mandatory to be completed by CBP)**

| | |
|---|---|
| Subject ID Number (9-digits): | ▉▉▉▉▉ |
| First Name: | ▉▉▉▉ |
| Last Name: | ▉▉▉ |
| Date of Birth: | ▉▉▉▉ |
| Today's Date: | 06/24/2025 |

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988** .

Thank you,

ICE Health Service Corps (IHSC)



# DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮▮▮

**Alien Number:** ▮▮▮▮▮▮    **Date of Birth:** ▮▮▮▮▮▮    **Subject ID/Civilian ID:** ▮▮▮▮▮▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Provider (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/22/2025 03:45:16
Diagnosis:
Current illness/injury/health concern: none
Past Medical History: none
Weight: 43.4 lbs
Temperature: 98.0°F, Tympanic
BPM: 90
O2 Saturation/FIO2 (%): 100

Medical Encounter:

N/A

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

▮▮▮▮▮▮▮▮

**Printed Name (First, Last)**

FNP-C
**Title**

**Date / Time Signed:** 04/24/2025 09:51:09

CBP Form 2501