# Exhibit X

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Details - Medical Assessment

| | |
|---|---|
| **Patient Information** | |

**(Last, First, MI)** ▮▮▮▮▮▮   **Alien Number**
**DOB** ▮▮▮▮▮▮   **Event Number** ▮▮▮▮▮▮
**Age** 7   **Subject ID** ▮▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 04/08/2025 05:36:24
**Last Updated** : 04/08/2025 05:36:24

## Time of Care Provided
04/08/2025 05:20

## History

**Current illness/injury/health concern**
Denies illness or health concern at this moment as per mother.
A medical assessment for an accompanied juvenile detainee from the field was conducted. Parent denies any complaint or pertinent medical history.

**Medications**
None

**Past Medical History**
Denies past medical history

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm cooperative

## Vital Signs

**Temperature (°F)** 96.4 Tympanic   **BP (SYS/DIA)**   /
**BPM** 123   **Weight** 43.2 lbs
**RPM** 22   **O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Denies any recent illness including cough, sore throat, fever or headache. No body aches, abdominal pain, nausea, vomiting or diarrhea. Denies shortness of breath. |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |

| | |
|---|---|
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Not ill appearing, oriented and responds appropriately for age, |
| HEENT | PERRL, No peritonsillar abscess, Mucosa moist |
| Resp | No wheezing, cough, rales or rhonchi |
| CV | Regular rate and rhythm |
| GI | Soft, non-distended abdomen, nontender |
| M/S | Normal range of motion without deficit or guarding |
| Skin | Warm, dry and intact |
| Other | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CBP - USBP - RGV - FTB - EMR - Provider |