# Exhibit Y

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███
**Alien Number** ███
**DOB** ███
**Event Number** ███
**Age** 12
**Subject ID** ███
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/29/2025 23:25:05
**Last Updated** : 04/29/2025 23:25:05

## Time of Care Provided

04/29/2025 21:31

## History

**Current illness/injury/health concern**
Mother currently voiced no complaint. States child has past medical history of mild asthma as a child and separation anxiety diagnosed 2 years ago.
Online Translator ID ███

**Medications**
Poksaid 5mg PO daily - Mother did not bring.

**Past Medical History**
Mild asthma - diagnosed as a child. Mother states child was taken antihistamine as a child but currently, he is not taking any medication. States trigger include smoke, moist, and perfume. States unknown last episode of asthma attack. States relieve symptom by avoiding from the trigger and expose to open window. Separation anxiety - diagnosed 2 years ago when his pet was taken away from him. States he was diagnosed by psychiatrist at the country of origin and placed on Poksaid 5mg PO at bedtime. States last dose of medication was administered a week ago. States she did not bring medication. Last psychiatrist visit was 6months ago.

**Allergies**
NKDA/NKA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm

## Vital Signs

**Temperature ( °F)** 97.8 Tympanic
**BP (SYS/DIA)** 108 / 61
**BPM** 94
**Weight** 80 lbs
**RPM** 20
**O₂ Saturation/FIO₂ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor

Yes

### Name of Pediatric Advisor

Dr. ▮▮▮▮

### Pediatric Advisor Notes

Contacted regarding 12 years old child, mother states diagnosed with separation anxiety 2 years ago. States takes Poksaid 5mg PO at bedtime. Mother did not bring medication. Last medication was administered a week ago as per child's mother. Currently child is asymptomatic. Dr. ▮▮▮▮ recommend to hold the medications.

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

Yes

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 12  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/29/2025 23:23  
**Last Updated** : 04/29/2025 23:23

**Alien Number**  
**Event Number**  
**Subject ID**

## Time of Care Provided
04/29/2025 21:35

## Subjective

**Current illness/injury/health concern**  
Mother currently voiced no complaint. States child has past medical history of mild asthma as a child and separation anxiety diagnosed 2 years ago.  
Online Translator ID

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Runny Nose** N/A  
**Sore Throat** N/A  
**Congestion** N/A

**Past Medical History**  
Mild asthma - diagnosed as a child. Mother states child was taken antihistamine as a child but currently, he is not taking any medication. States trigger include smoke, moist, and perfume. States unknown last episode of asthma attack. States relieve symptom by avoiding from the trigger and expose to open window. Separation anxiety - diagnosed 2 years ago when his pet was taken away from him. States he was diagnosed by psychiatrist at the country of origin and placed on Poksaid 5mg PO at bedtime. States last dose of medication was administered a week ago. States she did not bring medication. Last psychiatrist visit was 6months ago.

**Allergies**  
NKDA/NKA

**Medications**  
Poksaid 5mg PO daily - Mother did not bring.

## Vital Signs (If Applicable)

**Temperature (°F)** 97.8 Tympanic  
**BPM** 94  
**RPM** 20  
**BP (SYS/DIA)** 108 / 61  
**Weight** 80 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Co-operative, able to answer questions, and verbalized needs. |
| **Neuro** | Cranial Nerves Intact | Attentive with appropriate response and speech |
| **Psych** | | Mood and affect are appropriate |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |

| | |
|---|---|
| CV | No Murmur<br>Cap Refill lesser than 2 sec |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Normal color<br>No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: History of separation anxiety | Other: History of asthma as a child

**Contacted Pediatric Advisor**

Yes

**Name of Pediatric Advisor**

Dr. ▇▇▇

**Pediatric Advisor Notes**

Contacted regarding 12 years old child, mother states diagnosed with separation anxiety 2 years ago. States takes Poksaid 5mg PO at bedtime. Mother did not bring medication. Last medication was administered a week ago as per child's mother. Currently child is asymptomatic. Dr. ▇▇▇ recommend to hold the medications

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Hold the separation anxiety medication - recommended by Dr. ▇▇▇
Information given to child's mother that separation anxiety medication ("Poksaid") remains on hold.
Discuss with child's mother need to RTC PRN with child for health concern while in CBP custody, medical unit open at all times, verbalized understanding. Currently voiced no question.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇ | ▇▇▇ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▓▓▓▓▓▓▓▓▓▓  **Alien Number** ▓▓▓▓▓▓▓▓

**DOB** ▓▓▓▓▓▓  **Event Number** ▓▓▓▓▓▓▓▓▓▓

**Age** 12  **Subject ID** ▓▓▓▓▓▓

**Was translation services utilized?** No

**Date/Time Signed** : 04/30/2025 21:02

**Last Updated** : 04/30/2025 21:02

## Time of Care Provided

04/30/2025 20:25

## Subjective

**Current illness/injury/health concern**
Brought in by mom showing multiple itchy hives on back of neck and bilateral arms and legs beginning today. Mother reports that the child gets hives when anxious and he starts to scratch all over the arms and legs.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A

**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
asthma, separation anxiety

**Allergies**
NKDA

**Medications**
none at this time

## Vital Signs (If Applicable)

**Temperature ( °F)** 97.3  Tympanic  **BP (SYS/DIA)** /

**BPM** 70  **Weight** 83 lbs

**RPM**  **O$_2$ Saturation/FIO$_2$ (%)** 98

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Appears very anxious and uncomfortable, scratching all over |
| **Neuro** | Cranial Nerves Intact | alert and oriented |
| **Psych** | | appropriate affect |
| **E/N/T** | Normal/OP | |
| **Eyes** | Normal lid/conjunctiva | |
| **CV** | No Murmur | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | |
| **Extremities** | Normal gait | |

| | |
|---|---|
| **Skin** | Scattered fine maculopapular rashes over back of legs and ankle. Old scabs noted all over arms and legs |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Rash - unspecified | Allergy - unspecified | Anxiety

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Hydrocortisone cream applied
Benadryl given
Instructed to wash hands thoroughly and avoid scratching
Get enough rest and sleep
Report to Medical if with worsening symptoms

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY

**U.S. Customs and Border Protection**

MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮

**Alien Number:** ▮   **Date of Birth:** ▮   **Subject ID/Civilian ID:** ▮

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Provider (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 04/29/2025 22:25:05
Diagnosis:
Current illness/injury/health concern: Mother currently voiced no complaint. States child has past medical history of mild asthma as a child and separation anxiety diagnosed 2 years ago.
Online Translator ID ▮
Past Medical History: Mild asthma - diagnosed as a child. Mother states child was taken antihistamine as a child but currently, he is not taking any medication. States trigger include smoke, moist, and perfume. States unknown last episode of asthma attack. States relieve symptom by avoiding from the trigger and expose to open window. Separation anxiety - diagnosed 2 years ago when his pet was taken away from him. States he was diagnosed by psychiatrist at the country of origin and placed on Poksaid 5mg PO at bedtime. States last dose of medication was administered a week ago. States she did not bring medication. Last psychiatrist visit was 6months ago.
Weight: 80 lbs
Temperature: 97.8°F, Tympanic
BP (SYS/DIA): 108/61
BPM: 94
RPM: 20
O2 Saturation/FIO2 (%): 99

Medical Encounter:

Date/Time Signed: 04/30/2025 20:02:33
Diagnosis: Rash - unspecified,Allergy - unspecified,Anxiety
ECMR Status: Yellow
Current illness/injury/health concern: Brought in by mom showing multiple itchy hives on back of neck and bilateral arms and legs beginning today. Mother reports that the child gets hives when anxious and he starts to scratch all over the arms and legs.
Past Medical History: asthma, separation anxiety
Allergies: NKDA
Weight: 83 lbs
Temperature: 97.3°F, Tympanic
BPM: 70
O2 Saturation/FIO2 (%): 98

Date/Time Signed: 04/29/2025 22:23:44
Diagnosis: Other: History of separation anxiety,Other: History of asthma as a child
ECMR Status: None
Current illness/injury/health concern: Mother currently voiced no complaint. States child has past medical history of mild asthma as a child and separation anxiety diagnosed 2 years ago.
Online Translator ID ▮
Past Medical History: Mild asthma - diagnosed as a child. Mother states child was taken antihistamine as a child but currently, he is not taking any medication. States trigger include smoke, moist, and perfume. States unknown last

episode of asthma attack. States relieve symptom by avoiding from the trigger and expose to open window. Separation anxiety- diagnosed 2 years ago when his pet was taken away from him. States he was diagnosed by psychiatrist at the country of origin and placed on Foltsaid 5mg PO at bedtime. States last dose of medication was administered a week ago. States she did not bring medication. Last psychiatrist visit was 6months ago.
Allergies: NKDA/NKA
Weight: 80 lbs
Temperature: 97.8°F, Tympanic
BP (SYS/DIA): 108/61
BPM: 94
RPM: 20
O2 Saturation/FIO2 (%): 99

☐ **Referred toMedical Facility (Summary Info):**

☒ **Medications Prescribed/follow-on instructions:**

Inactive Medications:
diphenhydramine hydrochloride 25 MG [Benadryl] - 1 Tablet (Given Now);
hydrocortisone 0.01 MG/MG Topical Ointment - 1 cm (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

PA-C
**Title**

**Date / Time Signed:** 05/01/2025 09:31:27

**CBP Form 2501**