# Exhibit Z

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Patient Medical Record - EMR
CBP EMR

[Activate] [Discharge]

## Patient Information
**Current Location:** C - Cell C01 (CPC)  **Last Updated:** 05/02/2025 04:13

| Field | Value | Field | Value |
|---|---|---|---|
| Last Name | ■■■ | First Name | ■■■ |
| Middle Initial | ■■■ | Sex | F |
| Alien Number | ■■■ | Event Number | ■■■ |
| Date of Birth | ■■■ | Age | 2 |
| Country of Citizenship | ■■■ | Individual Status | Inactive |
| Individual Type | FMUA | Subject ID / Civilian ID | ■■■ |

**Location Information:** CBP - USBP - RGV - RGV - CPC - EMR

## Health Intake Interview
| Reporter | Date/Time | |
|---|---|---|
| Created By ■■■ / Updated By ■■■ | Last Updated 05/02/2025 03:18 | [Details] |

## Medical Assessment
| Reporter | Status | Date/Time | |
|---|---|---|---|
| Signed By ■■■ / CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Signed 04/24/2025 22:10 | [Details] [+ Addendum] [History] [Delete] |

## Medical Encounter
| Reporter | Status | Diagnosis | Date/Time | |
|---|---|---|---|---|
| Signed By ■■■ / CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Rash - unspecified, Cough | Signed 04/26/2025 21:02 | [Details] [+ Addendum] [History] [Delete] |
| Signed By ■■■ / CBP - USBP - RGV - RGV - CPCB - EMR - Provider | Signed | Cough, Nasal congestion | Signed 05/02/2025 02:17 | [Details] [+ Addendum] [History] [Delete] |

## Enhanced Medical Monitoring
| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

## Medications - App
[! Medication Review] [! Manage Medications]

| Medication (Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

## Prescriptions     [+ Add]
| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

## Hospital Referrals
| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

## Lab/Tests
| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

## Patient Notes
| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

## Attachments     [+ Add]
| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  **Alien Number** ▓▓▓▓▓▓

**DOB** ▓▓▓▓▓▓  **Event Number** ▓▓▓▓▓▓▓▓

**Age** 2  **Subject ID** ▓▓▓▓▓▓

**Was translation services utilized?** No

**Date/Time Signed** : 04/24/2025 22:10:01

**Last Updated** : 04/24/2025 22:10:01

## Time of Care Provided

04/24/2025 20:23

## History

**Current illness/injury/health concern**
Mother currently denies illness, injury, and/or health concern.

**Medications**
Mother denies

**Past Medical History**
Mother denies

**Allergies**
NKDA/NKA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

Mother denies/none noted. Playful

## Vital Signs

**Temperature (°F)** 99.5  Tympanic  **BP (SYS/DIA)** /

**BPM** 120  **Weight** 28.4 lbs

**RPM** 20  **O$_2$ Saturation/FIO$_2$ (%)** 97

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | Discuss with mother need to increase daily fluid intake to keep child hydrated.<br>RTC PRN with child for health/medical concern while in CBP custody, medical unit open all the time, mother verbalized understanding. Mother currently verbalized no questions. |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ███████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████
**Age** 2  **Subject ID** ███████
**Was translation services utilized?** No
**Date/Time Signed** : 04/26/2025 21:02
**Last Updated** : 04/26/2025 21:02

### Time of Care Provided
04/26/2025 20:29

### Subjective

**Current illness/injury/health concern**
Detainee presents to medical unit with mother and a chief complaint of redness/itchiness to her upper back that began this morning after changing to a new clothes given by CBP. Additionally, she has had a dry cough that started last night (4/25/2025). Denies fever or any other symptoms.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
Mother denies

**Allergies**
NKDA/NKA

**Medications**
Mother denies

**Last Menstrual Period**  **Pregnant?** No

### Vital Signs (If Applicable)

**Temperature (°F)** 98.1 Tympanic  **BP (SYS/DIA)** /
**BPM** 105  **Weight** 28.4 lbs
**RPM** 20  **O$_2$ Saturation/FIO$_2$ (%)** 100

### Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP         No erythematous throat<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |

**Lungs CTA Bilaterally** Selected

| | |
|---|---|
| **GI** | NT/ND Abdomen |

| | |
|---|---|
| **Extremities** | Normal |
| **Skin** | macular redness on her upper back. |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Rash - unspecified | Cough

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Diphenhydramine cream applied on the rashes
Cetirizine given
Instructed mom to give child plenty of water
Return child if with worsening symptoms

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - RGV - RGV - CPCB - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████
**Age** 2  **Subject ID** ███████
**Was translation services utilized?** No
**Date/Time Signed** : 05/02/2025 02:17
**Last Updated** : 05/02/2025 02:17

## Time of Care Provided

05/02/2025 02:06

## Subjective

**Current illness/injury/health concern**
Slight fever noted when clearing pt to leave facility, Temp 100.6. Mom reports child has been coughing x 5 days but never had fever.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
none

**Allergies**
NKDA

**Medications**
none

**Last Menstrual Period**  **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 100.6 Tympanic  **BP (SYS/DIA)** /
**BPM** 146  **Weight** 28.1 lbs
**RPM**  **O$_2$ Saturation/FIO$_2$ (%)** 97

## Objective

| | |
|---|---|
| **General** | WD/WN<br>No Distress |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | |
| **E/N/T** | Normal/OP    No erythematous posterior throat<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva |
| **CV** | No Murmur |
| **Respiratory** | |

**Lungs CTA Bilaterally**  Selected

| | |
|---|---|
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |

| | |
|---|---|
| **Skin** | Normal color |
| **Other** | |

## Tests

**Glucose**

**Flu**

**Pregnancy**

## Diagnosis

Cough | Nasal congestion

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Plan

Ibuprofen given
Instructed mom to give plenty of fluids
Report back if with any health concerns
Consult a medical upon arrival to final destination

## Disposition

Medical Cleared for Travel/Custody

## Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

**Provider**
▇▇▇▇▇▇

**Username**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Position Name**
CBP - USBP - RGV - RGV - CPCB - EMR - Provider



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**MEDICAL SUMMARY FORM**

**Name (Last, First, Middle Initial):** ▮
**Alien Number:** ▮   **Date of Birth:** ▮   **Subject ID/Civilian ID:** ▮

**Was translation services utilized?** No

**Medical Summary conducted at:** CBP - USBP - RGV - RGV - CPCB - EMR - Medical Support (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 04/24/2025 22:10:01
Diagnosis:
Current illness/injury/health concern: Mother currently denies illness, injury, and/or health concern.
Past Medical History: Mother denies
Allergies: NKDA/NKA
Weight: 28.4 lbs
Temperature: 99.5° F, Tympanic
BPM: 120
RPM: 20
O2 Saturation/FIO2 (%): 97

Medical Encounter:

Date/Time Signed: 05/02/2025 02:17:09
Diagnosis: Cough,Nasal congestion
ECMR Status: Yellow
Current illness/injury/health concern: Slight fever noted when clearing pt to leave facility, Temp 100.6. Mom reports child has been coughing x 5 days but never had fever.
Past Medical History: none
Allergies: NKDA
Weight: 28.1 lbs
Temperature: 100.6° F, Tympanic
BPM: 146
O2 Saturation/FIO2 (%): 97

Date/Time Signed: 04/26/2025 21:02:08
Diagnosis: Rash - unspecified,Cough
ECMR Status: Orange
Current illness/injury/health concern: Detainee presents to medical unit with mother and a chief complaint of redness/itchiness to her upper back that began this morning after changing to a new clothes given by CBP. Additionally, she has had a dry cough that started last night (4/25/2025). Denies fever or any other symptoms.
Past Medical History: Mother denies
Allergies: NKDA/NKA
Weight: 28.4 lbs
Temperature: 98.1° F, Tympanic
BPM: 105
RPM: 20
O2 Saturation/FIO2 (%): 100

☐ Referred to Medical Facility (Summary Info):

**Medications Prescribed/Follow-on instructions:**
Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now)
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now)
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now)
diphenhydramine hydrochloride 0.02 MG/MG Topical Ointment - 1 cm (Given Now)
ibuprofen 20 MG/ML [Motrin] - 5 mL (Given Now)

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

fnp
**Title**

**Date / Time Signed:** 05/02/2025 02:18:36

**CBP Form 2501**

Page 2 of 2