# Exhibit AA

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**






# Details - Medical Assessment

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▓▓▓ | **Alien Number** ▓▓▓ |
| **DOB** ▓▓▓ | **Event Number** ▓▓▓ |
| **Age** 11 | **Subject ID** ▓▓▓ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/02/2025 23:01:46

**Last Updated** : 04/02/2025 23:01:46

## Time of Care Provided

04/02/2025 22:52

## History

**Current illness/injury/health concern**
11 y/o male accompanied by his mother presents without complaints. No h/o medical problems.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

calm

## Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 98.1 Temporal | **BP (SYS/DIA)**   / |
| **BPM** 91 | **Weight** 110 lbs |
| **RPM** | **$O_2$ Saturation/FIO$_2$ (%)** 99 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | | |
|---|---|---|
| **General** | Negative | |
| **HEENT** | Negative | |
| **Resp** | Negative | |
| **CV** | Negative | |
| **GI** | | Soft +BS NT/ND |
| **M/S** | Negative | |
| **Skin** | Negative | |
| **Other** | | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

## Admission/Disposition

### Admission/Disposition
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness
No

### Assessment Comments

### Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮
**Age** 11  **Subject ID** ▮▮▮▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 04/07/2025 10:28:39
**Last Updated** : 04/07/2025 10:28:39

## Time of Care Provided
04/07/2025 07:18

## History

**Current illness/injury/health concern**
11YO male is brought to the medical unit for re-assessment. He is accompanied by his mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and Cooperative

## Vital Signs

**Temperature ( °F)** 97.6  Tympanic  **BP (SYS/DIA)** 123 / 79
**BPM** 91  **Weight** 49.3 kg
**RPM** 20  **O$_2$ Saturation/FIO$_2$ (%)** 97

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

| Physical Exam | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**


**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▉▉▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

| | |
|---|---|
| **Patient Information** | |

**(Last, First, MI)** ▮▮▮  **Alien Number** ▮▮▮
**DOB** ▮▮▮  **Event Number** ▮▮▮
**Age** 11  **Subject ID** ▮▮▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/10/2025 18:09:03
**Last Updated** : 04/10/2025 18:09:03

## Time of Care Provided
04/10/2025 15:04

## History

**Current illness/injury/health concern**
11YO male is brought to the medical unit for re-assessment. He is accompanied by his mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
WNL

## Vital Signs

**Temperature ( °F)** 98.4  Tympanic  **BP (SYS/DIA)**  /
**BPM** 92  **Weight** 48.7  kg
**RPM** 18  **$O_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ | CBP - USBP - SDC - CHU - EMR - Provider |



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**        **Date of Birth:**        **Subject ID/Civilian ID**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/02/2025 23:01:46
Diagnosis:
Current illness/injury/health concern: 11 y/o male accompanied by his mother presents without complaints. No h/o medical problems.
Past Medical History: None
Weight: 110 lbs
Temperature: 98.1°F, Temporal
BPM: 91
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

<u>Paraedic</u>
**Title**

**CBP Form 2501**