# Exhibit BB

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Case 2:85-cv-04544-DMG-AGR   Document 1608-29   Filed 07/22/25   Page 2 of 12   Page ID #:56136





Case 2:85-cv-04544-DMG-AGR    Document 1608-29    Filed 07/22/25    Page 3 of 12   Page ID #:56137



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮  
**DOB** ▮▮▮▮▮▮  
**Age** 5  
**Alien Number** ▮▮▮▮▮▮  
**Event Number** ▮▮▮▮▮▮  
**Subject ID** ▮▮▮▮▮▮  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/02/2025 22:57:07  
**Last Updated** : 04/02/2025 22:57:07  

## Time of Care Provided
04/02/2025 22:48

## History

**Current illness/injury/health concern**  
Intake

**Past Medical History**  
None

**Medications**  
None

**Allergies**  
NKDA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

calm

## Vital Signs

**Temperature ( º F)** 98.1 Temporal  
**BPM** 98  
**RPM**  
**BP (SYS/DIA)** /  
**Weight** 43 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Physical Exam

| | |
|---|---|
| General | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| | | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** [redacted]

**Alien Number** [redacted]

**DOB** [redacted]

**Event Number** [redacted]

**Age** 5

**Subject ID** [redacted]

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/07/2025 10:29:58

**Last Updated** : 04/07/2025 10:29:58

## Time of Care Provided

04/07/2025 07:14

## History

**Current illness/injury/health concern**
5YO male is brought to the medical unit for re-assessment. He is accompanied by his mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm and Cooperative

## Vital Signs

**Temperature ( ° F)** 96.9 Tympanic

**BP (SYS/DIA)** /

**BPM** 95

**Weight** 20.8 kg

**RPM** 20

**$O_2$ Saturation/$FIO_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| [redacted] | [redacted] | BP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** [redacted]

**DOB** [redacted]

**Age** 5

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/10/2025 18:10:59

**Last Updated** : 04/10/2025 18:10:59

**Alien Number** [redacted]

**Event Number** [redacted]

**Subject ID** [redacted]

## Time of Care Provided

04/10/2025 14:58

## History

**Current illness/injury/health concern**
5YO male is brought to the medical unit for re-assessment. He is accompanied by his mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

WNL

## Vital Signs

**Temperature ( ° F)** 98.7 Tympanic

**BPM** 114

**RPM** 22

**BP (SYS/DIA)** /

**Weight** 21.2 kg

**$O_2$ Saturation/$FIO_2$ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| [redacted] | [redacted] | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** [redacted]

**Alien Number** [redacted]

**DOB** [redacted]

**Event Number** [redacted]

**Age** 5

**Subject ID** [redacted]

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/04/2025 11:30

**Last Updated** : 04/04/2025 11:30

## Time of Care Provided

04/04/2025 11:16

## Subjective

**Current illness/injury/health concern**
5yo Male accompanied by mother, presenting with a stomach ache that started this morning. On assessment subject denies any pain. Denies any nausea/vomiting or constipation. Abdomen soft and non-tender, bowel sounds X 4 quads. Mom refusing water stating it is not clean. Explained to mom that water is clean and she need to hydrate subject

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A

**Sore Throat** N/A

**Runny Nose** N/A

**Congestion** N/A

**Past Medical History**
None

**Allergies**
NKDA

**Medications**
None

## Vital Signs (If Applicable)

**Temperature ( ° F)** 97.8 Temporal

**BP (SYS/DIA)** /

**BPM** 90

**Weight** 20.5 kg

**RPM** 22

**$O_2$ Saturation/FIO $_2$ (%)** 100

## Objective

| | |
|---|---|
| **General** | WD/WN |
| **Neuro** | Cranial Nerves Intact |
| **Psych** | Alert |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy |
| **Eyes** | Normal lid/conjunctiva<br>PERRL |
| **CV** | No Murmur |
| **Respiratory** | |
| **Lungs CTA Bilaterally** | Selected |
| **GI** | NT/ND Abdomen |

| | |
|---|---|
| **Extremities** | Normal gait<br>Normal muscle tone |
| **Skin** | Normal color<br>No lesions |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Abdominal

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Pedialyte 500 cc Given Now
Hydrate subject with 4-6 cups of water daily
RTC if no improvement

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| [redacted] | [redacted] | CBP - USBP - SDC - CHU - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:** **Date of Birth:** **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:**CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/02/2025 22:57:07
Diagnosis:
Current illness/injury/health concern: Intake
Past Medical History: None
Weight: 43 lbs
Temperature: 98.1°F, Temporal
BPM: 98
O2 Saturation/FIO2 (%): 98

Medical Encounter:

N/A

☐ **Referred toMedical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

Paraedic
**Title**

**Date / Time Signed:**04/03/2025 03:50:56

Page 2 of 2