# Exhibit CC

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



**Patient Medical Record - EMR**
CBP EMR





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 12  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/02/2025 22:59:56  
**Last Updated** : 04/02/2025 22:59:56  

**Alien Number**  
**Event Number**  
**Subject ID**  

## Time of Care Provided
04/02/2025 22:50

## History

**Current illness/injury/health concern**  
12 y/o female presents without complaints. No h/o medical problems.

**Medications**  
None

**Past Medical History**  
None

**Allergies**  
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**  
calm

## Vital Signs

**Temperature (°F)** 99.2 Temporal  
**BPM** 120  
**RPM**  
**BP (SYS/DIA)** 139 / 82  
**Weight** 184 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | soft +BS NT/ND |
| M/S | Negative |
| Skin | Negative |
| Other | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮ | ▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮   **Alien Number** ▮
**DOB** ▮   **Event Number** ▮
**Age** 12   **Subject ID** ▮
**Was translation services utilized?** No
**Date/Time Signed** : 04/07/2025 10:26:22
**Last Updated** : 04/07/2025 10:26:22

## Time of Care Provided

04/07/2025 07:20

## History

**Current illness/injury/health concern**
12YO female is brought to the medical unit for re-assessment. She is accompanied by her mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

**Last Menstrual Period** 04-05-2025   **Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

Calm and Cooperative

## Vital Signs

**Temperature (°F)** 97.5 Tympanic   **BP (SYS/DIA)** 125 / 83
**BPM** 105   **Weight** 84.7 kg
**RPM** 18   **O$_2$ Saturation/FIO$_2$ (%)** 18

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

| Physical Exam | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████████████  **Alien Number** ███████
**DOB** ████████  **Event Number** ███████
**Age** 12  **Subject ID** ███████
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/10/2025 18:05:53
**Last Updated** : 04/10/2025 18:05:53

## Time of Care Provided
04/10/2025 15:01

## History

**Current illness/injury/health concern**
12YO female is brought to the medical unit for re-assessment. She is accompanied by her mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

**Last Menstrual Period** 04-10-2025    **Pregnant?** No

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
WNL

## Vital Signs

**Temperature (°F)** 98.0 Tympanic      **BP (SYS/DIA)** 116 / 74
**BPM** 92                              **Weight** 84.8 kg
**RPM** 18                              **O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ ▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮
**Alien Number** ▮
**DOB** ▮
**Event Number** ▮
**Age** 12
**Subject ID** ▮

**Was translation services utilized?** Yes
**Date/Time Signed** : 04/13/2025 17:08
**Last Updated** : 04/13/2025 17:08

## Time of Care Provided
04/13/2025 13:46

## Subjective

**Current illness/injury/health concern**
Interpreter device used for ▮
12 yo F presents to medical unit accompanied by mother c/c bilateral eye irritation that has persisted since yesterday, states eyes feel itchy, feels has an eyelash in right eye. Denies trauma or injury. Denies use of glasses or contact lenses. Denies vision changes, rhinorrhea, nasal congestion, or other symptoms. States normally uses eye drops as needed, has it in her property bag. Denies PMH, NKDA.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A
**Sore Throat** N/A
**Runny Nose** N/A
**Congestion** N/A

**Past Medical History**
No past medical history

**Allergies**
NKDA

**Medications**
Denies medication

**Last Menstrual Period**
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 98.0 Tympanic
**BP (SYS/DIA)** 117 / 84
**BPM** 98
**Weight** 84.8 kg
**RPM**
**O$_2$ Saturation/FIO$_2$ (%)** 98

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Patient not touching eyes during encounter |
| **Neuro** | | AandO, answers questions appropriately |
| **Psych** | | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | No PND noted |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | no foreign body bilaterally |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | RRR |
| **Respiratory** | | |

| | |
|---|---|
| **Lungs CTA Bilaterally** | Selected speaking in full sentences, no respiratory distress, no adventitious lung sounds |
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |
| **Skin** | Normal color |

### Other

### Tests

**Glucose**

**Flu**

**Pregnancy**

### Diagnosis

Other: Eye irritation

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Plan

PE benign, no e/o conjunctivitis
Lubricating eye drops 1 gtt each eye x 1
recommend adequate hand hygiene
avoid touching eyes
Return to medical unit as needed
Patient and mother verbalized understanding, no further questions

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓ | ▓▓▓ | USBP - SDC - CHU - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**   **Date of Birth:**   **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/02/2025 22:59:56
Diagnosis:
Current illness/injury/health concern: 12 y/o female presents without complaints. No h/o medical problems.
Past Medical History: None
Weight: 184 lbs
Temperature: 99.2°F, Temporal
BP (SYS/DIA): 139/82
BPM: 120
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

☐ **Referred toMedical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

Paraedic
**Title**

**CBP Form 2501**