# Exhibit DD

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**DOB** 0
**Age** 17  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/03/2025 17:42:47  
**Last Updated** : 04/03/2025 17:42:47

**Alien Number**  
**Event Number**  
**Subject ID**

## Time of Care Provided

04/03/2025 14:33

## History

**Current illness/injury/health concern**  
Use of Google Translate for ███ interpretation. Patient is a 17 year old male accompanied by mother, presents for initial medical assessment. Patient provides medical information and denies chronic medical conditions, illnesses, or injuries.

**Past Medical History**  
Denies

**Medications**  
None

**Allergies**  
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**  
None Observed

## Vital Signs

**Temperature ( °F)** 97.8  Tympanic  
**BPM** 87  
**RPM** 18  

**BP (SYS/DIA)** 124 / 83  
**Weight** 49.5 kg  
**$O_2$ Saturation/$FIO_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | | |
|---|---|---|
| **General** | Negative | Alert and oriented in no acute distress. Well developed, nourished, and hydrated. Appears stated age. |
| **HEENT** | Negative | |
| **Resp** | Negative | RRR even and unlabored. Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes. |
| **CV** | Negative | Heart rate and rhythm are normal. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| **GI** | Negative | |
| **M/S** | Negative | |
| **Skin** | | Skin is pink, warm, dry, and intact without rashes or lesions |
| **Other** | | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▬▬▬▬▬▬ | ▬▬▬▬▬▬ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮  **Alien Number** ▮▮▮▮▮
**DOB** ▮▮▮▮▮  **Event Number** ▮▮▮▮▮
**Age** 17  **Subject ID** ▮▮▮▮▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/10/2025 17:53:05
**Last Updated** : 04/10/2025 17:53:05

## Time of Care Provided
04/10/2025 14:45

## History

**Current illness/injury/health concern**
Use of Google Translate for ▮▮▮▮▮ interpretation. Patient is a 17 year old male accompanied by mother, presenting for a follow-up juvenile assessment. Patient denies illness, changes in appetite, or changes in excretion.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
None Observed

## Vital Signs

**Temperature ( °F)** 97.8  Temporal     **BP (SYS/DIA)** 119 / 78
**BPM** 72                                **Weight** 50.9 kg
**RPM** 18                                **O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

**Physical Exam**

| | | |
|---|---|---|
| **General** | Negative | Alert and oriented, in no acute distress. Well developed, nourished, and hydrated. |
| **HEENT** | Negative | |
| **Resp** | Negative | RRR even and unlabored. Lung sounds clear to auscultation bilaterally without rales, rhonchi, or wheezes. |
| **CV** | Negative | Heart rate and rhythm regular. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| **GI** | | Abdomen soft and non-tender to palpation. Bowel sounds are present and normoactive in all quadrants. |
| **M/S** | Negative | |
| **Skin** | | Skin is pink, warm, dry, and intact, without rashes or lesions. |
| **Other** | | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |