# Exhibit EE

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Case 2:85-cv-04544-DMG-AGR   Document 1608-32   Filed 07/22/25   Page 1 of 16 Page ID #:56164



Patient Medical Record - EMR
CBP EMR





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮  **Alien Number** ▮
**DOB** ▮  **Event Number** ▮
**Age** ▮  **Subject I** ▮

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/02/2025 23:23:09

**Last Updated** : 04/02/2025 23:23:09

## Time of Care Provided
04/02/2025 23:08

## History

**Current illness/injury/health concern**
12 year old male here with mother. Mother reports hx of Volvulus surgery as a child. Denies abd pain, distension, fever, N/V/D. Denies active/chronic med use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well. Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Parent verbalizes understanding to RTC with any concerning health symptoms/concerns.
Encouraged to establish care with pediatrician upon release for wellness and preventative care.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and alert

## Vital Signs

**Temperature ( °F)** 98.2  Temporal     **BP (SYS/DIA)** 116 / 77
**BPM** 91                                **Weight** 142  lbs
**RPM** 18                                **O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |

| | |
|---|---|
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness
No

## Assessment Comments
**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▬▬▬▬▬▬  **Alien Number** ▬▬▬▬▬▬
**DOB** ▬▬▬▬  **Event Number** ▬▬▬▬▬▬
**Age** 12  **Subject ID** ▬▬▬▬▬
**Was translation services utilized?** No
**Date/Time Signed** : 04/07/2025 10:50:29
**Last Updated** : 04/07/2025 10:50:29

## Time of Care Provided
04/07/2025 07:35

## History

**Current illness/injury/health concern**
12YO male is brought to the medical unit for re-assessment. He is accompanied by his mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and Cooperative

## Vital Signs

**Temperature ( °F)** 96.2 Tympanic   **BP (SYS/DIA)** 114 / 78
**BPM** 88   **Weight** 64.3 kg
**RPM** 18   **O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | CBP - USBP - SDC - CHU - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ▮▮▮   **Alien Number** ▮▮▮
**DOB** ▮▮▮   **Event Number** ▮▮▮
**Age** 12   **Subject ID** ▮▮▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/10/2025 19:04:23
**Last Updated** : 04/10/2025 19:04:23

### Time of Care Provided
04/10/2025 15:17

### History

**Current illness/injury/health concern**
Use of Google Translate for ▮▮▮ interpretation. Patient is a 12 year old male accompanied by mother, presenting for a follow-up juvenile assessment. Mother reports patient had 2 episodes of liquid diarrhea since the previous night and patient complains of stomach pain that waxes and wanes and worsens when defecating. Last episode was greater than 6 hours ago. Patient has a history of volvulus surgery 6 years ago. Mother denies patient has a subjective fever or chills. Patient is eating but does not like to drink the water here at the facility. Currently, patient denies abdominal pain, nausea vomiting, and diarrhea.

**Medications**
Mother Denies

**Past Medical History**
Volvulus Surgery 6 years ago
Indigestion

**Allergies**
NKDA

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
None Observed

### Vital Signs

**Temperature (°F)** 98.1 Temporal   **BP (SYS/DIA)** 107 / 71
**BPM** 84   **Weight** 64.3 kg
**RPM** 18   **O₂ Saturation/FIO₂ (%)** 100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |

| | | |
|---|---|---|
| Pulmonary | Negative | |
| Cardiovascular | Negative | |
| GI | | Liquid diarrhea x2 episodes in the last 24 hours. |
| Skin | Negative | |
| Neuro | Negative | |
| Other | | |

### Physical Exam

| | | |
|---|---|---|
| General | Negative | Well developed, nourished, and hydrated. Alert and active. Smiling and laughing. |
| HEENT | Negative | Oral mucosa is pink and moist with good dentition. The pharynx is normal in appearance without tonsillar swelling or exudates. |
| Resp | Negative | RRR even and unlabored. Lung sounds are clear to auscultation bilaterally without rales, rhonchi, or wheezes. |
| CV | | RRR even and unlabored. Lung sounds are clear to auscultation bilaterally without rales, rhonchi, or wheezes. |
| GI | Negative | Abdomen is soft and nontender to palpation. Bowel sounds are normoactive in all quadrants. |
| M/S | Negative | |
| Skin | Negative | Skin is pink, warm, dry, and intact without rashes or lesions. |
| Other | | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

### Admission/Disposition

**Admission/Disposition**
Requires Medication or Other Acute Issue - Medical Encounter onsite if available

### Chronic Condition/Illness
Yes

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 12  
**Alien Number**  
**Event Number**  
**Subject ID**  

**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/03/2025 20:19  
**Last Updated** : 04/03/2025 20:19  

## Time of Care Provided
04/03/2025 17:09

## Subjective

**Current illness/injury/health concern**  
Pt. is a 12 year old male who presents with mother and sibling who reports similar sx that mother states is due to the water and food provided. Mother reports pt. has had one episode of loose stool and develops abd pain and gags when presented with diet here or tap water. She reports her other child with same sx. Denies N/V. Pt. denies pain or sx at present. Mother reports hx of Volvulus surgery 6 years ago. Pt. appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A   **Sore Throat** N/A  
**Runny Nose** N/A   **Congestion** N/A  

**Past Medical History**  
Volvulus surgery  
Indigestion

**Allergies**  
NKDA

**Medications**  
None

## Vital Signs (If Applicable)

**Temperature (°F)** 97.8 Tympanic   **BP (SYS/DIA)** 110 / 72  
**BPM** 97   **Weight** 65.1 kg  
**RPM** 18   **O₂ Saturation/FIO₂ (%)** 99  

## Objective

| | | |
|---|---|---|
| **General** | WD/WN  No Distress | Awake, alert and oriented. No acute distress. Well developed, hydrated and nourished. Appears stated age |
| **Neuro** | Cranial Nerves Intact | Pt. is awake, alert, and oriented to person, place and time with clear speech. Motor function is WNL with muscle strength 5/5 BUE and BLE. Sensation is intact and equal at BUE and BLE. Gait is intact. |
| **Psych** | | WNL |
| **E/N/T** | Normal/OP  No Lymphadenopathy | Mucous membranes pink/moist |
| **Eyes** | Normal lid/conjunctiva  PERRL | |
| **CV** | No Murmur  Cap Refill lesser than 2 sec | RR |

**Respiratory**

Lungs CTA Bilaterally  Selected

BBS are CTA without rhonchi, wheezes, rales or stridor. Normal effort of breathing.

No nasal flaring, retractions or use of accessory muscles

| **GI** | NT/ND Abdomen | Round, soft, nontender, BS WNL |
|---|---|---|
| **Extremities** | Normal gait<br>Normal muscle tone | |
| **Skin** | Normal color<br>No lesions | W/D, color pink |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

GERD

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

-Maintain adequate oral hydration/nutrition; water/electrolytes provided to pt
-TUMS 2 tabs PO x1
-F/U with PCP
-RTC for returned, new, worsening sx, vomiting, oliguria, fever, chills, weakness or for any concerns
-Mother verbalizes understanding of POC

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
|---|---|---|---|

**Signed By:**

**Provider**  **Username**  **Position Name**

CBP - USBP - SDC - CHU - EMR - Provider



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 12  
**Alien Number**  
**Event Number**  
**Subject ID**  

**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/04/2025 09:29  
**Last Updated** : 04/04/2025 09:29  

## Time of Care Provided
04/04/2025 09:22

## Subjective

**Current illness/injury/health concern**  
12 year old with c/o headache and nose bleed. Mom denies any trauma

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Runny Nose** N/A  
**Sore Throat** N/A  
**Congestion** N/A  

**Past Medical History**  
None  

**Allergies**  
NKDA  

**Medications**

## Vital Signs (If Applicable)

**Temperature (°F)** 97.7 Tympanic  
**BPM** 100  
**RPM** 16  
**BP (SYS/DIA)** 121 / 78  
**Weight** 65.1 kg  
**O₂ Saturation/FIO₂ (%)** 100  

## Objective

**General** WD/WN

**Neuro** Cranial Nerves Intact

**Psych** Alert

**E/N/T** Normal/OP  
No Lymphadenopathy

**Eyes** Normal lid/conjunctiva  
PERRL

**CV** No Murmur

**Respiratory**  
**Lungs CTA Bilaterally** Selected

**GI** NT/ND Abdomen

**Extremities** Normal gait  
Normal muscle tone

**Skin** Normal color

**Other**

No lesions

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Headache | Epistaxis

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

acetaminophen 160 MG/ML Oral Solution 12.5 cc Given Now
Encouraged to increase oral fluids
RTC if any issues

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
|  |  | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

| | |
|---|---|
| **Patient Information** | |

**(Last, First, MI** ███████████████████                **Alien Number** ███████████
**DOB** ███████████                                     **Event Number** ███████████
**Age** 12                                              **Subject ID** ███████████
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/10/2025 19:14
**Last Updated** : 04/10/2025 19:14

## Time of Care Provided
04/10/2025 16:05

## Subjective

**Current illness/injury/health concern**
Use of Google Translate for ███████ interpretation. Patient is a 12 year old male accompanied by mother, presenting for a follow-up juvenile assessment. Mother reports patient had 2 episodes of liquid diarrhea since the previous night and patient complains of stomach pain that waxes and wanes and worsens when defecating. Last episode was greater than 6 hours ago. Patient has a history of volvulus surgery 6 years ago. Mother denies patient has a subjective fever or chills. Patient is eating but does not like to drink the water here at the facility. Currently, patient denies abdominal pain, nausea vomiting, and diarrhea.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A                  **Sore Throat** N/A
**Runny Nose** N/A             **Congestion** N/A

**Past Medical History**                **Allergies**
Volvulus Surgery 6 years ago            NKDA
Indigestion

**Medications**
Mother denies

## Vital Signs (If Applicable)

**Temperature (°F)** 98.1 Tympanic      **BP (SYS/DIA)** 107 / 71
**BPM** 84                              **Weight** 64.3 kg
**RPM** 18                              **O$_2$ Saturation/FIO$_2$ (%)** 100

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Well developed, nourished, and hydrated. Alert and active. Smiling and laughing. |
| **Neuro** | | |
| **Psych** | | |
| **E/N/T** | Normal/OP<br>No Lymphadenopathy | Oral mucosa is pink and moist with good dentition. The pharynx is normal in appearance without tonsillar swelling or exudates. |
| **Eyes** | Normal lid/conjunctiva<br>PERRL | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | Heart rate and rhythm are regular. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |

| | | |
|---|---|---|
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| | RRR even and unlabored. Lung sounds are clear to auscultation bilaterally without rales, rhonchi, or wheezes | |
| **GI** | NT/ND Abdomen | Abdomen is soft and nontender to palpation. Bowel sounds are normoactive in all quadrants. |
| **Extremities** | Normal gait | |
| | Normal muscle tone | |
| **Skin** | Normal color | Skin is pink, warm, dry, and intact without rashes or lesions. |
| | No lesions | |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Diarrhea- uncomplicated

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Patient declined Pedialyte. Advised mother to encourage water intake to prevent dehydration. Mother verbalized understanding.
Educated mother on pediatric guidelines for treatment of diarrhea in children.
Instructed mother to return to the medical unit if patient experiences more than 8 watery stools in 8 hours accompanied by fever, vomiting, blood or mucus in the stool, or signs of dehydration.
Mother verbalizes understanding and had no further questions.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ | CBP - USBP - SDC - CHU - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**

**Alien Number:**        **Date of Birth:**        **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

[X] **No Medical issues were identified or treated in CBP custody**

[ ] **The following medical conditions/disease exposure were identified:**

Medical Assessment:

Date/Time Signed: 04/02/2025 23:23:09
Diagnosis:
Current illness/injury/health concern: 12 year old male here with mother. Mother reports hx of Volvulus surgery as a child. Denies abd pain, distension, fever, N/V/D. Denies active/chronic med use. Assessment benign, child appears non-toxic, well nourished, NAD, VSS. MAEs developmentally well. Encourage to stay hydrated with fluids, maintain nutrition and frequently wash hands. Parent verbalizes understanding to RTC with any concerning health symptoms/concerns.
Encouraged to establish care with pediatrician upon release for wellness and preventative care.

Past Medical History: Denies
Weight: 142 lbs
Temperature: 98.2°F, Temporal
BP (SYS/DIA): 116/77
BPM: 91
RPM: 18
O2 Saturation/FIO2 (%): 100

Medical Encounter:

N/A

[ ] **Referred to Medical Facility (Summary Info):**

[ ] **Medications Prescribed/follow-on instructions:**

[ ] **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.



Page 1 of 2

P
**Title**

**Date / Time Signed:** 04/03/2025 03:50:56

**CBP Form 2501**