# Exhibit FF

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**Alien Number**  
**DOB**  
**Event Number**  
**Age** 8  
**Subject ID**  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/02/2025 23:18:03  
**Last Updated** : 04/02/2025 23:18:03  

## Time of Care Provided

04/02/2025 23:14

## History

**Current illness/injury/health concern**
8 year old female here with mother. Mother does not report any chronic or present illness. Physical Examination is negative, AAO, V/S are WNL, well-nourished, groomed. The girl clinically appears stable. Up to date on vaccinations. There is NO disorientation, bruising/bleeding, yellow eyes/skin, environment-related illness observed. Has no difficulties eating, drinking or pain while going to the bathroom. Has suffered no injuries or illnesses within last 3 days including: cough, fever, chills, nausea, vomiting or diarrhea. Subject's mother denies any health concerns or C/O during the encounter.
Instructed to RTC if Not feeling well.

**Medications**
None

**Past Medical History**
Denies

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**
Calm and alert

## Vital Signs

**Temperature (°F)** 98.7 Temporal  
**BP (SYS/DIA)** /  
**BPM** 82  
**Weight** 74.6 lbs  
**RPM** 18  
**O$_2$ Saturation/FIO$_2$ (%)** 99  

## Review of Systems

**General**     Negative

| | |
|---|---|
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**Alien Number**  
**DOB**  
**Event Number**  
**Age** 8  
**Subject ID**  
**Was translation services utilized?** No  
**Date/Time Signed** : 04/07/2025 10:52:40  
**Last Updated** : 04/07/2025 10:52:40  

## Time of Care Provided

04/07/2025 07:38

## History

**Current illness/injury/health concern**  
8YO female is brought to the medical unit for re-assessment. She is accompanied by her mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**  
Parent denies

**Past Medical History**  
Parent denies

**Allergies**  
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**  
Calm and Cooperative

## Vital Signs

**Temperature ( °F)** 97.5 Tympanic  
**BP (SYS/DIA)** /  
**BPM** 79  
**Weight** 34.7 kg  
**RPM** 20  
**O$_2$ Saturation/FIO$_2$ (%)** 99

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

## Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 8  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 04/10/2025 18:43:41  
**Last Updated** : 04/10/2025 18:43:41  

**Alien Number**  
**Event Number**  
**Subject ID**  

## Time of Care Provided
04/10/2025 15:13

## History

**Current illness/injury/health concern**  
Use of Google Translate fo nterpretation. Patient is an 8 year old premenarchal female accompanied by mother, presents for a follow-up juvenile medical assessment. Mother reports no concerns with patient. Denies cold-like symptoms, changes in appetite, or excretion.

**Medications**  
None

**Past Medical History**  
Mother denies

**Allergies**  
NKDA

**Last Menstrual Period**  

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**  
None Observed

## Vital Signs

**Temperature (°F)** 97.8  Temporal  
**BPM** 101  
**RPM** 18  
**BP (SYS/DIA)** /  
**Weight** 33.5 kg  
**O₂ Saturation/FIO₂ (%)** 100

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| | | |
|---|---|---|
| Neuro | Negative | |
| Other | | |

### Physical Exam

| | | |
|---|---|---|
| General | Negative | Well appearing and active 8 year old. Well developed, nourished, and hydrated. Appears stated age. |
| HEENT | Negative | |
| Resp | Negative | RRR even and unlabored. Lung sounds are clear to auscultation bilaterally without rales, rhonchi, or wheezes. |
| CV | Negative | Heart rate and rhythm are regular. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| GI | Negative | Abdomen is soft and nontender to palpation. Bowel sound are normoactive in all quadrants. |
| M/S | Negative | |
| Skin | Negative | Skin is pink, warm, dry, and intact without rashes or lesions. |
| Other | | |

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Admission/Disposition

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness

No

### Assessment Comments

**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮  **Alien Number** ▮▮▮▮
**DOB** ▮▮▮▮  **Event Number** ▮▮▮▮
**Age** 8  **Subject ID** ▮▮▮▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 04/03/2025 20:22
**Last Updated** : 04/03/2025 20:22

## Time of Care Provided
04/03/2025 17:04

## Subjective

**Current illness/injury/health concern**
Use of Google Translate for ▮▮▮▮ interpretation. Patient is an 8 year old female accompanied by mother, presenting with concern that child will not drink the water here and has decreased appetite. Mother adds that this happened before when the patient was stressed and she got weak. Mother also adds that the patient is going to the bathroom less. Denies nausea/vomiting, abdominal pain, dysuria, sore throat, or difficulty swallowing.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
Mother denies

**Allergies**
NKDA

**Medications**
None

**Last Menstrual Period**  **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 97.7 Tympanic  **BP (SYS/DIA)** /
**BPM** 107  **Weight** 33.5 kg
**RPM** 20  **O₂ Saturation/FIO₂ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN  No Distress | Well developed, nourished, and hydrated. Alert and active. Acting appropriately for age. |
| **Neuro** | | |
| **Psych** | | Calm and cooperative |
| **E/N/T** | Normal/OP  No Lymphadenopathy | Oral mucosa is pink and moist. Tongue normal in appearance without lesions. The pharynx is normal in appearance without tonsillar swelling or exudates. |
| **Eyes** | Normal lid/conjunctiva | |
| **CV** | No Murmur  Cap Refill lesser than 2 sec | Heart rate and rhythm are normal. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |

**Respiratory**

**Lungs CTA Bilaterally** Selected

| | | |
|---|---|---|
| | RRR even and unlabored. Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes | |
| GI | NT/ND Abdomen | Abdomen is soft and non-tender to palpation. Bowel sounds are present and normoactive in all four quadrants. |
| Extremities | Normal gait<br>Normal muscle tone | |
| Skin | Normal color<br>No lesions | Skin is pink, warm, dry, and intact without rashes or lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Dehydration- mild

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Provided 1 bottle of Pedialyte
Instructed mother to encourage patient to take sips of water often throughout the day with a goal of 3 bottles of water a day
Advised mother to return to the medical unit if any medical symptoms develop to include lethargy, abdominal pain, urinating less than 4 times a day, or chills
Mother verbalized understanding and had no further questions

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY

U.S. Customs and Border Protection

MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**

**Alien Number:**        **Date of Birth:**        **Subject ID/Civilian ID:**

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/02/2025 23:18:03
Diagnosis:
Current illness/injury/health concern: 8 year old female here with mother. Mother does not report any chronic or present illness. Physical Examination is negative, AAO, V/S are WNL, well-nourished, groomed. The girl clinically appears stable. Up to date on vaccinations. There is NO disorientation, bruising/bleeding, yellow eyes/skin, environment-related illness observed. Has no difficulties eating, drinking or pain while going to the bathroom. Has suffered no injuries or illnesses within last 3 days including: cough, fever, chills, nausea, vomiting or diarrhea. Subject's mother denies any health concerns or C/O during the encounter.
Instructed to RTC if Not feeling well.
Past Medical History: Denies
Weight: 74.6 lbs
Temperature: 98.7°F, Temporal
BPM: 82
RPM: 18
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

<u>Paraedic</u>
**Title**

**Date / Time Signed:** 04/03/2025 03:50:56

**CBP Form 2501**