# Exhibit GG

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



Patient Medical Record - EMR
CBP EMR

[ Activate ]  [ Discharge ]



| Patient Information | | Current Location: HR 3 (SDCPC) | | Last Updated: 04/10/2025 23:37 |
|---|---|---|---|---|

**Last Name** ▮▮▮▮
**First Name** ▮▮▮▮
**Middle Initial**
**Sex** F

**Alien Number** ▮▮▮▮
**Event Number** ▮▮▮▮
**Date of Birth** ▮▮▮▮
**Age** 16

**Country of Citizenship** ▮▮▮▮
**Individual Status** Inactive
**Individual Type** FMUA
**Subject ID / Civilian ID** ▮▮▮▮

**Location Information**
CBP - USBP - SDC - CHU - SDCPC - EMR

### Health Intake Interview 

| Reporter | Date/Time | |
|---|---|---|
| Created By ▮▮▮▮ Updated By ▮▮▮▮ | Last Updated 04/10/2025 18:24 | Details |

### Medical Assessment

| Reporter | Status | Date/Time | | | | |
|---|---|---|---|---|---|---|
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - Provider | Signed | Signed 04/10/2025 18:38 | Details | + Addendum | History | Delete |
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - Provider | Signed | Signed 04/02/2025 23:15 | Details | + Addendum | History | Delete |
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - Provider | Signed | Signed 04/07/2025 10:49 | Details | + Addendum | History | Delete |

### Medical Encounter

| Reporter | Status | Diagnosis | Date/Time | | | | |
|---|---|---|---|---|---|---|---|
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - EMR - Provider | Signed | Ear pain- right,Sore throat | Signed 04/10/2025 23:37 | Details | + Addendum | History | Delete |
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - EMR - Provider | Signed | Sore throat | Signed 04/05/2025 19:20 | Details | + Addendum | History | Delete |
| Signed By ▮▮▮▮ CBP - USBP - SDC - CHU - EMR - Provider | Signed | Pharyngitis,Other: Hypertrophy of Adenoids | Signed 04/06/2025 19:44 | Details | + Addendum | History | Delete |

### Enhanced Medical Monitoring

| Reporter | Action | Frequency | Next Due Date | Status | Last Action Info | Details |
|---|---|---|---|---|---|---|

### Medications - App

[ ! ] [ Medication Review ]  [ ! ] [ Manage Medications ]

| Medication(Name/ Dose/ Form) | Dosage | Frequency | Next Dose Due | Status |
|---|---|---|---|---|

### Prescriptions

[ + Add ]

| Prescriptions | Ordered By | Status | Details |
|---|---|---|---|

### Hospital Referrals

| Reporter | Hospital | Status | Date/Time |
|---|---|---|---|

### Lab/Tests

| Reporter | Lab/Test | Status | Date Results Received | Results | Details |
|---|---|---|---|---|---|

### Patient Notes

| Reported By | Subject ID | Notes | Date/Time |
|---|---|---|---|

### Attachments

[ + Add ]

| Reported By | Attachment | Attachment Description/Type | Details |
|---|---|---|---|



## Details - Medical Assessment

### Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▮▮▮▮▮▮▮ | **Alien Number** ▮▮▮▮▮ |
| **DOB** ▮▮▮▮▮ | **Event Number** ▮▮▮▮▮▮ |
| **Age** 16 | **Subject ID** ▮▮▮▮▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/02/2025 23:15:06

**Last Updated** : 04/02/2025 23:15:06

### Time of Care Provided

04/02/2025 23:06

### History

**Current illness/injury/health concern**

16 year old female arrived from field; here for intake assessment. Mother does not report any chronic or present illness. Physical Examination is negative, AAO, V/S are WNL, well-nourished, groomed. Adolescent appears clinically stable. Currently on her menses. Up to date on vaccinations. There is NO disorientation, bruising/bleeding, yellow eyes/skin, environment-related illness observed. Has no difficulties eating, drinking or pain while going to the bathroom. Has suffered no injuries or illnesses within last 3 days including: cough, fever, chills, nausea, vomiting or diarrhea. Subject's mother denies any health concerns or C/O during the encounter. RTC if Not feeling well.

**Medications**

None

**Past Medical History**

Denies

**Allergies**

NKDA

**Last Menstrual Period**

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

Calm and alert

### Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 99.1  Temporal | **BP (SYS/DIA)** 123  / 85 |
| **BPM** 97 | **Weight** 148  lbs |
| **RPM** 18 | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

### Review of Systems

| | |
|---|---|
| **General** | Negative |

| | |
|---|---|
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

### Admission/Disposition
**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness
No

### Assessment Comments
**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ██████ | ██████ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Assessment

## Patient Information

| | |
|---|---|
| **(Last, First, MI)** ▉▉▉▉▉▉ | **Alien Number** ▉▉▉▉▉ |
| **DOB** ▉▉▉▉▉ | **Event Number** ▉▉▉▉▉▉ |
| **Age** 16 | **Subject ID** ▉▉▉▉▉ |

**Was translation services utilized?** No

**Date/Time Signed** : 04/07/2025 10:49:04

**Last Updated** : 04/07/2025 10:49:04

## Time of Care Provided

04/07/2025 07:42

## History

**Current illness/injury/health concern**
16YO female is brought to the medical unit for re-assessment. She is accompanied by her mother who denies current injuries/health concerns. Denies nausea/vomiting/diarrhea/fever.

**Medications**
Parent denies

**Past Medical History**
Parent denies

**Allergies**
NKDA

**Last Menstrual Period**

**Pregnant?** No

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

Calm and Cooperative

## Vital Signs

| | |
|---|---|
| **Temperature ( °F)** 96.0 Tympanic | **BP (SYS/DIA)** 118 / 69 |
| **BPM** 81 | **Weight** 64.4 kg |
| **RPM** 18 | **$O_2$ Saturation/$FIO_2$ (%)** 99 |

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |

**Other**

| Physical Exam | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | CBP - USBP - SDC - CHU - EMR - Provider |



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)** ████████████        **Alien Number** ████████

**DOB** ████████                          **Event Number** ████████████

**Age** 16                                **Subject ID** ████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/10/2025 18:38:32

**Last Updated** : 04/10/2025 18:38:32

### Time of Care Provided

04/10/2025 15:10

### History

**Current illness/injury/health concern**

Use of Google Translate for ████████ interpretation. Patient is a 16 year old female accompanied by mother, presents for a follow-up juvenile assessment. Patient had a previous encounter for a sore throat. Currently, patient denies sore throat, difficulty swallowing, and cold-like symptoms. Mother has no concerns for patient today.

**Medications**
None

**Past Medical History**
Chronic tonsillitis and tonsil stones

**Allergies**
KNDA

**Last Menstrual Period** 04-01-2025

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other

None

### Vital Signs

**Temperature ( $^\circ$ F)** 98.1 Temporal        **BP (SYS/DIA)** 112 / 72

**BPM** 70                                         **Weight** 64.7 kg

**RPM** 18                                          **O$_2$ Saturation/FIO$_2$ (%)** 100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

| Neuro | Negative |
|---|---|
| Other | |

## Physical Exam

| | |
|---|---|
| **General** | Alert and oriented in no acute distress. Afebrile. Well developed, nourished, and hydrated. Appears stated age. |
| **HEENT** | The head is normocephalic and atraumatic without tenderness. Conjunctivae are clear without exudates or hemorrhage. Sclera is non-icteric. EOM are intact, PERRLA. Bilateral auditory canals are clear and without discharge. The tympanic membrane is normal in appearance with normal landmarks and cone of light. Nasal mucosa is pink and moist. Nares are patent bilaterally. Oral mucosa is pink and moist with good dentition. No buccal nodules or lesions are noted. Tonsils are Grade 3 with tonsil crypts. |
| **Resp** | RRR even and unlabored. Lung sounds are clear to auscultation bilaterally without wheezes, rales, or rhonchi. |
| **CV** | Heart rate and rhythm are regular. No murmurs, gallops, or rubs are auscultated. S1 and S2 are heard and are of normal intensity. |
| **GI** | Abdomen is soft and non-tender to palpation. Bowel sounds are normoactive in all quadrants. |
| **M/S** | Negative |
| **Skin** | Skin is pink, warm, dry, and intact, without rashes or lesions. |
| **Other** | |

## Contacted Pediatric Advisor

No

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ████████ | ████████████ | CBP - USBP - SDC - CHU - EMR - Provider |



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ███████

**DOB** ███████                              **Event Number** ███████████

**Age**  16                                  **Subject ID** ███████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/05/2025 19:20

**Last Updated** : 04/05/2025 19:20

### Time of Care Provided

04/05/2025 15:46

### Subjective

**Current illness/injury/health concern**

Use of Google Translate for ████████ interpretation. Patient is a 16 year old female accompanied by mother, presents with a sore throat x1 day rated 5/10 when swallowing. Patient reports a history of chronic tonsilitis and tonsil stones. Mother confirms report but states pediatrician has not discussed future treatment options. Patient denies difficulty swallowing, subjective fever/chills, and cough.

**Signs/Symptoms of Acute Respiratory Infection**  N/A

**Cough**  N/A                               **Sore Throat**  N/A

**Runny Nose**  N/A                          **Congestion**  N/A

**Past Medical History**                     **Allergies**
Chronic Tonsilitis                           NKDA

**Medications**
NONE

**Last Menstrual Period**  04-02-2025        **Pregnant?**  No

### Vital Signs (If Applicable)

**Temperature ( °F)**  98.0 Tympanic         **BP (SYS/DIA)**  108  / 69

**BPM**  73                                  **Weight**  64.5  kg

**RPM**  18                                  **O$_2$ Saturation/FIO$_2$ (%)**  98

### Objective

**General**            Alert and oriented, in no acute distress. Afebrile. Well developed, hydrated and nourished. Appears stated age.

**Neuro**

**Psych**

**E/N/T**              No Lymphadenopathy          The canal is clear without discharge. The tympanic membrane is normal in appearance with normal landmarks and cone of light.
No nasal obstruction/bleeding. Oral mucosa is pink and moist with good dentition. Tongue normal in appearance without lesions. No buccal nodules or lesions are noted. Oropharynx reveals Class III tonsils with visible tonsil crypts bilaterally. No tonsilloliths, erythema, exudate, or active bleeding visualized. No cervical lymphadenopathy.

**Eyes**

| **CV** | No Murmur | Heart rate and rhythm are normal. No murmurs, gallops, or rubs are |
|--------|-----------|------------------------------------------------------------------------|
|        | Cap Refill lesser than 2 sec | heard. S1 and S2 are heard and are of normal intensity. |

**Respiratory**

**Lungs CTA Bilaterally**  Selected

RRR even and unlabored. Lung sounds are clear in all lobes bilaterally without rales, rhonchi, or wheezes.

**GI**

**Extremities**

| **Skin** | Normal color | Skin is pink, warm, dry, and intact without rashes or lesions. |
|----------|--------------|----------------------------------------------------------------|
|          | No lesions   |                                                                |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Sore throat

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Medicated with Ibuprofen 400 mg once
Encouraged hydration with 6 bottles of water a day
Advised mother to return to the medical unit as needed for pain control or if new symptoms develop.
Discussed with mother follow up with ENT upon discharge
Mother verbalized understanding and had no further questions

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|----------|---------------|----------|--------------|

**Signed By:**

| Provider | Username | Position Name |
|----------|----------|---------------|
| ████████ | ████████████████ | CBP - USBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ███████████          **Alien Number** ███████

**DOB** ███████████                          **Event Number** ███████████

**Age** 16                                    **Subject ID** ███████████

**Was translation services utilized?** Yes

**Date/Time Signed** : 04/06/2025 19:44

**Last Updated** : 04/06/2025 19:44

## Time of Care Provided

04/06/2025 16:11

## Subjective

**Current illness/injury/health concern**          **Signs/Symptoms of Acute Respiratory Infection**  N/A

███ Interpreter app used

16 yo F presents to the medical unit accompanied by her mother
with c/o sore throat since yesterday, painful to swallow. Also c/o
chills which causes body aches. Mother reports hx of tonsilitis and
tonsil stones. Denies
nausea/vomiting/diarrhea/cough/rhinorrhea/nasal
congestion/difficulty swallowing. Yesterday evaluated for same
concern, symptom not worsening, received Ibuprofen 200 mg 2
tabs PO x 1, patient states med helped with pain.

**Cough**  N/A                              **Sore Throat**  N/A

**Runny Nose**  N/A                          **Congestion**  N/A

**Past Medical History**                     **Allergies**
chronic tonsilitis                           Mother denies
                                             KNDA

**Medications**
denies

**Last Menstrual Period**  04-02-2025        **Pregnant?**  No

## Vital Signs (If Applicable)

**Temperature ( °F)**  98.5 Tympanic         **BP (SYS/DIA)**  95  / 59

**BPM**  73                                  **Weight**    kg

**RPM**                                      **O$_2$ Saturation/FIO$_2$ (%)**  99

## Objective

| General | WD/WN | non-toxic appearance |
| --- | --- | --- |
|  | No Distress |  |

| Neuro |  | AandO, answers questions appropriately |
| --- | --- | --- |

| Psych |  |  |
| --- | --- | --- |

| E/N/T |  | Eyes: no scleral icterus, normal conjunctiva |
| --- | --- | --- |
|  |  | Ears: No pain with pinna or tragus movement bilaterally. Ear canals clear bilaterally, TM intact, pearly gray, no erythema, no bulging bilaterally |
|  |  | Nares: normal pink mucosa, no discharge |
|  |  | Throat: Uvula midline, tonsils enlarged, without erythema, or exudate |
|  |  | Oral exam with no lesions. |

Neck: Supple. No thyromegaly, no lymphadenopathy, normal range of motion

| **Eyes** | Normal lid/conjunctiva | |
| | PERRL | |
| **CV** | No Murmur | S1S2, RRR |
| | Cap Refill lesser than 2 sec | |

**Respiratory**

**Lungs CTA Bilaterally**  Selected

No adventitious breath sounds

| **GI** | NT/ND Abdomen | Abd soft, nt/nd, (+) bowel sounds x 4 quadrants |
| **Extremities** | Normal gait | |

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Pharyngitis | Other: Hypertrophy of Adenoids

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Well appearing 16 yo F, non-toxic appearance, PE benign. Hx of tonsillitis and hypertrophy of adenoids, on exam tonsils without exudate, no LAD absent cough, afebrile, Centor score 1, no further testing nor antibiotic indicated.

Ibuprofen 200 mg given 2 tabs PO x 1

recommend adequate hydration

Once reaches final destination follow up with ENT. Patient and mother state they were told the same yesterday but they haven't seen specialist yet. Discussed with patient and mother they are in a detention center; here we provide medical care for acute concerns, we do not have specialist.

Return to medical unit as needed, if symptoms worsen or new medical concerns

Patient and mother verbalized understanding, no further questions

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| **Addendum** | **Addendum Type** | **Reporter** | **Last Updated** |
| --- | --- | --- | --- |

**Signed By:**

| **Provider** | **Username** | **Position Name** |
| --- | --- | --- |
| ██████████████ | ██████████████ | SBP - SDC - CHU - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ██████████         **Alien Number** ██████████

**DOB** ██████████                      **Event Number** ██████████

**Age** 16                               **Subject ID** ██████████

**Was translation services utilized?** No

**Date/Time Signed** : 04/10/2025 23:37

**Last Updated** : 04/10/2025 23:37

## Time of Care Provided

04/10/2025 20:18

## Subjective

**Current illness/injury/health concern**          **Signs/Symptoms of Acute Respiratory Infection**  N/A

16 y/o female seen accompanied by mother. She is reporting ear
pain worse with swallowing which started this morning. Patient
reports she's had on and off sore throat for the past 3-4 days with
nasal congestion. She denies cough, fever, body ache, nausea,
vomiting or malaise. Patient reports receiving pain medication
previously which helped. She is requesting pain med as it has been
several days since she has taken it. Mother and patient denies past
medical history or allergies.

**Cough**  N/A                          **Sore Throat**  N/A

**Runny Nose**  N/A                      **Congestion**  N/A

**Past Medical History**                 **Allergies**
Denies                                   denies

**Medications**
denies

**Last Menstrual Period**               **Pregnant?**  No

## Vital Signs (If Applicable)

**Temperature ( °F)**  97.7  Tympanic    **BP (SYS/DIA)**  114  / 75

**BPM**  85                              **Weight**  144  lbs

**RPM**  20                              **O$_2$ Saturation/FIO$_2$ (%)**  100

## Objective

| General | WD/WN<br>No Distress | well developed, well nourished, not in acute respiratory distress, alert, oriented, pleasant, in no acute distress |
|---|---|---|
| Neuro | Cranial Nerves Intact | no gross neurologic deficits, alert and oriented, motor strength normal upper and lower extremities |
| Psych | | |
| E/N/T | Normal/OP<br>No Lymphadenopathy | EARS: BOTH EARS, auditory canal clear, tympanic membrane intact, clear, light reflex present. No tragus tenderness<br>NOSE: nares patent, turbinates are normal in size and color; no active discharge.<br>ORAL CAVITY: good dentition, mucosa moist, tongue in midline.<br>THROAT: clear, no erythema, no exudate. enlarged tonsils |
| Eyes | Normal lid/conjunctiva | |

| | |
|---|---|
| **CV** | No Murmur |
| | Cap Refill lesser than 2 sec |

### Respiratory

**Lungs CTA Bilaterally**  Selected

clear to auscultation bilaterally, no wheezes, rales, rhonchi

| | |
|---|---|
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

### Other

### Tests

### Glucose

### Flu

### Pregnancy

### Diagnosis

Ear pain- right | Sore throat

### Contacted Pediatric Advisor

No

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

No

### Plan

PE exam unremarkable.
Reassurance provided to patient and mother
Given 1 time dose of acetaminophen 500mg
Encouraged to drink more fluids and get rest
RTC PRN for any new concerns or if symptoms worsen

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████████ | ██████████████████ | CBP - USBP - SDC - CHU - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ███████████

**Alien Number:** ███████     **Date of Birth:** ███████     **Subject ID/Civilian ID:** ███████████

**Was translation services utilized?**

**Medical Summary conducted at:** CBP - USBP - SDC - CHU - EMR - EMT (Location)

☒ **No Medical issues were identified or treated in CBP custody**

☐ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 04/02/2025 23:15:06
Diagnosis:
Current illness/injury/health concern: 16 year old female arrived from field; here for intake assessment. Mother does not report any chronic or present illness. Physical Examination is negative, AAO, V/S are WNL, well-nourished, groomed. Adolescent appears clinically stable. Currently on her menses. Up to date on vaccinations. There is NO disorientation, bruising/bleeding, yellow eyes/skin, environment-related illness observed. Has no difficulties eating, drinking or pain while going to the bathroom. Has suffered no injuries or illnesses within last 3 days including: cough, fever, chills, nausea, vomiting or diarrhea. Subject's mother denies any health concerns or C/O during the encounter. RTC if Not feeling well.
Past Medical History: Denies
Weight: 148 lbs
Temperature: 99.1°F, Temporal
BP (SYS/DIA): 123/85
BPM: 97
RPM: 18
O2 Saturation/FIO2 (%): 99

Medical Encounter:

N/A

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

███████████████████████

**Printed Name (First, Last)**

Paraedic
**Title**


**Date / Time Signed:**04/03/2025 03:50:56


**CBP Form 2501**