# Exhibit HH

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



## Details - Medical Assessment

### Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 2  
**Was translation services utilized?** No  
**Date/Time Signed** : 01/29/2025 08:28:03  
**Last Updated** : 01/29/2025 08:28:03  

**Alien Number**  
**Event Number**  
**Subject ID**  

### Time of Care Provided

01/29/2025 05:25

### History

**Current illness/injury/health concern**  
JIMA/ CLEAR LUNG SOUNDS

**Past Medical History**  
NONE PER PARENT

**Last Menstrual Period**

**Medications**  
NONE PER PARENT

**Allergies**  
PARENT STATES CHILD HAS ALLERGIES BUT DOES NOT KNOW WHAT THEY ARE

**Pregnant?** No

### Mental Health

**History of Mental Health Issues**

**History of Physical/Emotional Trauma or Abuse**

**History of or Currently Thinking of Harming Self or Others**

**History of or Currently Seeing or Hearing Things Others Are Not**

**Ask/Observe: Depressed/Anxious/Agitated/Other**

### Vital Signs

**Temperature (°F)** 97.4 Tympanic  
**BPM** 103  
**RPM** 24  

**BP (SYS/DIA)** /  
**Weight** 32.6 lbs  
**O$_2$ Saturation/FIO$_2$ (%)** 100

### Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

### Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

## Contacted Pediatric Advisor

Yes

## Name of Pediatric Advisor

███████

## Pediatric Advisor Notes

INFORMED ████████ PT HAS A COUGH THAT STARTED A WEEK AGO, AND HAD A FEVER UNTIL YESTERDAY PER PARENT, PT TO NOTIFY CBP IF SYMPTOMS CHANGE OR WORSEN AND CONTINUE PROCESSING

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

No

## Admission/Disposition

**Admission/Disposition**

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

## Chronic Condition/Illness

No

## Assessment Comments

**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ███████ | ███████ | CBP - OFO - SAN - OTM - EMR - EMT |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮ **Alien Number** ▮▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮▮ **Event Number** ▮▮▮▮▮▮▮
**Age** 2 **Subject ID** ▮▮▮▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 01/29/2025 08:31
**Last Updated** : 01/29/2025 08:31

## Time of Care Provided

01/29/2025 05:28

## Subjective

**Current illness/injury/health concern**
COUGH STARTING ONE WEEK AGO, PARENT ALSO STATES CHILD HAD A FEVER UP UNTIL YESTERDAY. PT STATES THE CHILD HAD AN ALLERGIC REACTION TWO WEEKS AND WAS TREATED WITH OVER THE COUNTER ALLERGY MEDS, PT CHILD BROKE OUT INTO HIVES ALL OVER BODY. NO OTHER SYMPTOMS PER PARENT, PT LUNG SOUNDS CLEAR.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A    **Sore Throat** N/A
**Runny Nose** N/A    **Congestion** N/A

**Past Medical History**
NONE PER PARENT

**Allergies**
PARENT STATES CHILD HAS ALLERGIES BUT DOES NOT KNOW WHAT THEY ARE

**Medications**
NONE PER PARENT

**Last Menstrual Period**    **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 97.4 Tympanic    **BP (SYS/DIA)**   /
**BPM** 103    **Weight** 32.6 lbs
**RPM** 24    **O₂ Saturation/FIO₂ (%)** 100

## Objective

**General**

**Neuro**

**Psych**

**E/N/T**

**Eyes**

**CV**

**Respiratory**
**Lungs CTA Bilaterally** N/A

**GI**

**Extremities**

**Skin**

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Cough

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

PT TO CONTINUE PROCESSING AND NOTIFY CBP IF SYMPTOMS CHANGE OR START

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | CBP - OFO - SAN - OTM - EMR - EMT |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮  **Alien Number** ▮▮▮
**DOB** ▮▮▮  **Event Number** ▮▮▮
**Age** 2  **Subject ID** ▮▮▮
**Was translation services utilized?** No
**Date/Time Signed** : 01/29/2025 16:48
**Last Updated** : 01/29/2025 16:48

## Time of Care Provided

01/29/2025 13:08

## Subjective

**Current illness/injury/health concern**
Per Parent, child has had cough and fever off and on for the past week. Per parent she has minor allergic outbreaks and they do not know if it is food or environmental (EMT)
Per mom she knows that the child has allergies, because she tends to get sick like runny nose, cough, and sometimes fever around the same time of the year around spring, child otherwise is healthy, currently she is just getting over a cold? or maybe her allergies, since she did get hives not too long ago and she was given allergy medication. Per mom child is up to date with all of her vaccines

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A           **Sore Throat** N/A
**Runny Nose** N/A      **Congestion** N/A

**Past Medical History**            **Allergies**
None per parent                     NDKA
                                    Seasonal

**Medications**
Susprastin (Chlorophyramine Hydrochloride) when child has small urticaria spots

**Last Menstrual Period**           **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 99.2 Tympanic   **BP (SYS/DIA)**    /
**BPM** 102                          **Weight** 32.6 lbs
**RPM** 20                           **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

**General**  WD/WN              Child is active, happy, smiling, and cooperative.
             No Distress

**Neuro**

**Psych**

**E/N/T**                        TM fullness, bilaterally, no erythema, mild dry cerumen accumulation
             No Lymphadenopathy  nares - edematous turbinates' bilaterally, mild mucus
                                 pharynx - no edema, no erythema
                                 four frontal upper teeth are grinded down to almost the gum-line

**Eyes**     Normal lid/conjunctiva
             PERRL

| | | |
|---|---|---|
| **CV** | No Murmur | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | | |
| **Extremities** | Normal gait | |
| **Skin** | Normal color<br>No lesions | Afebrile, no rashes |
| **Other** | | |

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Rhinitis- allergic

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cetirizine 2.5ml @ 1200
will give child daily for the next 3 days
parent education regarding nasal hygiene, recommend the use of saline solution nasal rinses regularly and nightly in the periods when mom knows she will get sick

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | CBP - OFO - SAN - OTM - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**
**DOB**
**Age** 2
**Was translation services utilized?** Yes
**Date/Time Signed** : 02/02/2025 15:48
**Last Updated** : 02/02/2025 15:48

**Alien Number**
**Event Number**
**Subject ID**

## Time of Care Provided
02/02/2025 09:22

## Subjective

**Current illness/injury/health concern**
Interpreter -
Child has been vomiting since last night. (EMT)
Per mom child vomited during the night and in the am during breakfast she vomited the water, the agent in the room did not see anybody vomiting, mom denies any problems like this in the past. mom denies any other symptomatology.
Child was brought in to the MU and child was highly active, smiling, playing, and reacting to the stimuli given, not ill appearing

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A
**Runny Nose** N/A
**Sore Throat** N/A
**Congestion** N/A

**Past Medical History**
Denies

**Allergies**
Seasonal
None

**Medications**
Denies
Child was being given cetirizine 2.5ml for the last 3 days but yesterday was the last day.

**Last Menstrual Period**
**Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 98.6 Tympanic
**BPM** 116
**RPM** 20
**BP (SYS/DIA)** /
**Weight** 13.8 kg
**O₂ Saturation/FIO₂ (%)** 100

## Objective

**General** WD/WN
No Distress
Happy child, reactive to stimuli, not ill appearing

**Neuro**

**Psych**

**E/N/T**
TMs not fully visualized due to dry cerumen
Nares - edematous turbinates' bilaterally, R greater than L with scant mucus
pharynx - no edema, no erythema, tongue is dry
neck - no C- lymph nodes

**Eyes** Normal lid/conjunctiva
PERRL

| | | |
|---|---|---|
| **CV** | No Murmur | |
| **Respiratory** | | |
| **Lungs CTA Bilaterally** | Selected | |
| **GI** | NT/ND Abdomen | Normoactive BS, no palpable masses, slight tympany to percussion across upper abd. no rebound, no apprehension, |
| **Extremities** | Normal gait<br>Normal muscle tone | |
| **Skin** | | Afebrile, good turgor |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: Rhinitis | Other: vomiting

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Hydrate, hydrate, hydrate
Child was given 4oz of Pedialyte using a syringe giving 2-4ml every 60 sec. child tolerated well
child will be continued on the Cetirizine
mom education regarding the importance of hydration and the symptoms to expect when hydration is low ie n/v/abdominal pain.

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▉▉▉ | ▉▉▉ | CBP - OFO - SAN - OTM - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮▮▮  **Alien Number** ▮▮▮
**DOB** ▮▮▮  **Event Number** ▮▮▮
**Age** 2  **Subject ID** ▮▮▮

**Was translation services utilized?** No

**Date/Time Signed** : 02/15/2025 11:19

**Last Updated** : 02/15/2025 11:19

## Time of Care Provided
02/15/2025 08:08

## Subjective

**Current illness/injury/health concern**
31 months old girl was brought in to medical alongside her mother. Per mother, her child was sweating last night and has been coughing. States she think her child has a cold and fever. States she wants to use her own medication. Mother denies N/V/D, SOB, and abdominal pain.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  **Sore Throat** N/A
**Runny Nose** N/A  **Congestion** N/A

**Past Medical History**
Denies

**Allergies**
Seasonal
None

**Medications**
Denies

**Last Menstrual Period**  **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature (°F)** 98.4 Tympanic  **BP (SYS/DIA)** /
**BPM** 88  **Weight** 27.4 kg
**RPM** 22  **O$_2$ Saturation/FIO$_2$ (%)** 99

## Objective

| | | |
|---|---|---|
| **General** | WD/WN<br>No Distress | Child is highly active, smiling, playing, and reacting to the stimuli given, not ill appearing |
| **Neuro** | Cranial Nerves Intact | |
| **Psych** | | |
| **E/N/T** | Normal/OP | MM dry and pink, mil runny clear runny nose, TMs normal, oropharynx w/o erythema |
| **Eyes** | Normal lid/conjunctiva | |
| **CV** | No Murmur<br>Cap Refill lesser than 2 sec | |

**Respiratory**

**Lungs CTA Bilaterally**  Selected
Intermittent dry cough, no SOB, no wheezing, no rales

| | |
|---|---|
| **GI** | NT/ND Abdomen |
| **Extremities** | Normal gait |
| | Normal muscle tone |
| **Skin** | Normal color |
| | No lesions |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Cough

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cetirizine 1ml/ml, give 2.5 ml PO once
Pedialyte 8 oz. provided to give sips every 5-10 minutes
Advised to RTC if condition worsen

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | CBP - OFO - SAN - OTM - EMR - Provider |



# Details - Medical Encounter

| Patient Information | |
|---|---|
| **(Last, First, MI)** ▮ | **Alien Number** ▮ |
| **DOB** ▮ | **Event Number** ▮ |
| **Age** 2 | **Subject ID** ▮ |

**Was translation services utilized?** Yes

**Date/Time Signed** : 02/16/2025 16:19

**Last Updated** : 02/16/2025 16:19

## Time of Care Provided
02/16/2025 12:34

## Subjective

**Current illness/injury/health concern**
Parent states child is warm and was sweaty last night (EMT) Per mom child is having a fever, and had been coughing intermittently for the last 2 days, per mom, the cough is dry and denies history of asthma. when they arrived at MU the mom had child overcovered with a lot of pieces of clothing, which I had her take off the child, and waited a while before checking the temp, which was normal. Child had been put on daily Cetirizine the first 4 days of her arrival for her Rhinitis, but had not been given any additional doses until yesterday.

**Signs/Symptoms of Acute Respiratory Infection** N/A

PREVIOUS ENCOUNTER
31 months old girl was brought in to medical alongside her mother. Per mother, her child was sweating last night and has been coughing. States she think her child has a cold and fever. States she wants to use her own medication. Mother denies N/V/D, SOB, and abdominal pain.

| | |
|---|---|
| **Cough** N/A | **Sore Throat** N/A |
| **Runny Nose** N/A | **Congestion** N/A |
| **Past Medical History** <br> Denies | **Allergies** <br> Seasonal <br> None |
| **Medications** <br> Denies | |
| **Last Menstrual Period** | **Pregnant?** No |

## Vital Signs (If Applicable)

| | |
|---|---|
| **Temperature (°F)** 98.0 Tympanic | **BP (SYS/DIA)** / |
| **BPM** 122 | **Weight** 14.3 kg |
| **RPM** 20 | **O$_2$ Saturation/FIO$_2$ (%)** 99 |

## Objective

| | | |
|---|---|---|
| **General** | WD/WN | Child is calm, responsive to stimuli, smiling, and not ill appearing |

| | | |
|---|---|---|
| **Neuro** | | No Distress |
| **Psych** | | Calm, cooperative |
| **E/N/T** | Normal/OP | TMs minimally visualized |
| | | nares highly edematous turbinates' bilaterally, mild clear mucus |
| | | pharynx - mild edema on left tonsil, no erythema, no exudate |
| **Eyes** | Normal lid/conjunctiva | |
| | PERRL | |
| **CV** | No Murmur | |

**Respiratory**

**Lungs CTA Bilaterally**  Selected

**GI**

**Extremities**

| | | |
|---|---|---|
| **Skin** | Normal color | Afebrile, no rashes |

**Other**

**Tests**

**Glucose**

**Flu**

**Pregnancy**

**Diagnosis**

Other: Rhinitis | Cough

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cetirizine 2.5ml given @ 12:00 will continue daily for the next 5 days
Acetaminophen 160mg/5ml 4.5 ml given (used 10ml {not the 15} per Kg dose)
Saline solution nasal spray to use 5 x a day to keep nares clean
return to MU if mom feels the child symptoms are worsening

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Customs and Border Protection

### MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮▮
**Alien Number:** ▮▮▮▮   **Date of Birth:** ▮▮▮▮   **Subject ID/Civilian ID:** ▮▮▮▮

**Was translation services utilized?** No

**Medical Summary conducted at:** CBP - OFO - SAN - OTM - EMR - EMT (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 01/29/2025 05:28:03
Diagnosis:
Current illness/injury/health concern: JIMA/ CLEAR LUNG SOUNDS
Past Medical History: NONE PER PARENT
Weight: 32.6 lbs
Temperature: 97.4°F, Tympanic
BPM: 103
RPM: 24
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 02/16/2025 13:19:18
Diagnosis: Other: Rhinitis,Cough
ECMR Status: Orange
Current illness/injury/health concern: Parent states child is warm and was sweaty last night (EMT)
Per mom child is having a fever, and had been coughing intermittently for the last 2 days, per mom, the cough is dry and denies history of asthma. when they arrived at MU the mom had child overcovered with a lot of pieces of clothing, which I had her take off the child, and waited a while before checking the temp, which was normal. Child had been put on daily Cetirizine the first 4 days of her arrival for her Rhinitis, but had not been given any additional doses until yesterday.


PREVIOUS ENCOUNTER
31 months old girl was brought in to medical alongside her mother. Per mother, her child was sweating last night and has been coughing. States she think her child has a cold and fever. States she wants to use her own medication. Mother denies N/V/D, SOB, and abdominal pain.

Past Medical History: Denies
Allergies: Seasonal
None
Weight: 14.3 kg
Temperature: 98.0°F, Tympanic
BPM: 122
RPM: 20
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/15/2025 08:19:44
Diagnosis: Cough

ECMR Status: Orange
Current illness/injury/health concern: 31 months old girl was brought in to medical alongside her mother. Per mother, her child was sweating last night and has been coughing. States she think her child has a cold and fever. States she wants to use her own medication. Mother denies N/V/D, SOB, and abdominal pain.

Past Medical History: Denies
Allergies: Seasonal
None
Weight: 27.4 kg
Temperature: 98.4°F, Tympanic
BPM: 88
RPM: 22
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 02/02/2025 12:48:51
Diagnosis: Other: Rhinitis,Other: vomiting
ECMR Status: None
Current illness/injury/health concern: Interpreter -
Child has been vomiting since last night. (EMT)
Per mom child vomited during the night and in the am during breakfast she vomited the water, the agent in the room did not see anybody vomiting, mom denies any problems like this in the past. mom denies any other symptomatology. Child was brought in to the MU and child was highly active, smiling, playing, and reacting to the stimuli given, not ill appearing
Past Medical History: Denies
Allergies: Seasonal
None
Weight: 13.8 kg
Temperature: 98.6°F, Tympanic
BPM: 116
RPM: 20
O2 Saturation/FIO2 (%): 100

Date/Time Signed: 01/29/2025 13:48:59
Diagnosis: Rhinitis- allergic
ECMR Status: Yellow
Current illness/injury/health concern: Per Parent, child has had cough and fever off and on for the past week. Per parent she has minor allergic outbreaks and they do not know if it is food or environmental (EMT)
Per mom she knows that the child has allergies, because she tends to get sick like runny nose, cough, and sometimes fever around the same time of the year around spring, child otherwise is healthy, currently she is just getting over a cold? or maybe her allergies, since she did get hives not too long ago and she was given allergy medication. Per mom child is up to date with all of her vaccines
Past Medical History: None per parent
Allergies: NDKA
Seasonal
Weight: 32.6 lbs
Temperature: 99.2°F, Tympanic
BPM: 102
RPM: 20
O2 Saturation/FIO2 (%): 99

Date/Time Signed: 01/29/2025 05:31:28
Diagnosis: Cough
ECMR Status: Orange
Current illness/injury/health concern: COUGH STARTING ONE WEEK AGO, PARENT ALSO STATES CHILD HAD A FEVER UP UNTIL YESTERDAY. PT STATES THE CHILD HAD AN ALLERGIC REACTION TWO WEEKS AND WAS TREATED WITH OVER THE COUNTER ALLERGY MEDS, PT CHILD BROKE OUT INTO HIVES ALL OVER BODY. NO OTHER SYMPTOMS PER PARENT, PT LUNG SOUNDS CLEAR.
Past Medical History: NONE PER PARENT
Allergies: PARENT STATES CHILD HAS ALLERGIES BUT DOES NOT KNOW WHAT THEY ARE
Weight: 32.6 lbs
Temperature: 97.4°F, Tympanic
BPM: 103
RPM: 24
O2 Saturation/FIO2 (%): 100

**Referred toMedical Facility (Summary Info):**

☒ **Medications Prescribed/follow-up instructions:**
Inactive Medications:
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Once daily);
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Once daily);
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Once daily);
cetirizine 1 MG/ML Oral Suspension - 2.5 mL (Given Now);

☒ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

NREMT-B
**Title**

**Date / Time Signed:** 03/03/2025 20:10:22

**CBP Form 2501**

Page 3 of 3