# Exhibit II

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





## Details - Medical Assessment

### Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 3  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 05/18/2025 02:29:44  
**Last Updated** : 05/18/2025 02:29:44  

**Alien Number**  
**Event Number**  
**Subject ID**  

### Time of Care Provided
05/17/2025 23:09

### History

**Current illness/injury/health concern**  
3 yr old female presenting with mother for initial assessment. Mother reports a history of atopic dermatitis and asthma diagnosed 1 week ago. She currently denies acute illness, injury or health concerns.

**Medications**  
Pulmicort 0.25 ampule as needed  
Sodium chloride solution  
Betamethasone, gentamycin and clotrimazole

**Past Medical History**  
Atopic dermatitis  
Asthma

**Allergies**  
Gluten  
Lactose

**Last Menstrual Period**  

**Pregnant?** No

### Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**  
active and alert easily engaged

### Vital Signs

**Temperature ( °F)** 98.4  Tympanic  
**BPM** 96  
**RPM** 22  

**BP (SYS/DIA)**   /  
**Weight** 34  lbs  
**$O_2$ Saturation/$FIO_2$ (%)**  100

### Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |

## Physical Exam

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

## Contacted Pediatric Advisor

Yes

## Name of Pediatric Advisor

▇▇▇▇

## Pediatric Advisor Notes

Consulted with on call physician and discussed plan for monitoring q 6 hrs. Will not continue Pulmicort or topical steroid at this time. Alternatively will assess and potentially use hydrocortisone and albuterol MDI with spacer as needed.

## Contacted Supervising Physician

No

## CBP Notified of Risk Detainee

Yes

## Risk Detainee Notes

CBP supervisor ▇▇▇▇ notified of child's diagnosis advised that she is stable and of current plan for monitoring.

## Admission/Disposition

### Admission/Disposition

Requires Medication or Other Acute Issue - Medical Encounter onsite if available

## Chronic Condition/Illness

Yes

## Assessment Comments

### Comments

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇ | ▇▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)** ▮  **Alien Number** ▮
**DOB** ▮  **Event Number** ▮
**Age** 3  **Subject ID** ▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 05/18/2025 02:52
**Last Updated** : 05/18/2025 02:52

## Time of Care Provided

05/17/2025 23:29

## Subjective

**Current illness/injury/health concern**
3 yr old female presenting with mother for medication review. Mother reports a history of atopic dermatitis and asthma diagnosed 1 week ago. She reports she has been using medication as needed for the past few months to manage "coughing at night" Mother states she purchased the medication in ▮ and has been using it as needed. She is using a combination of sodium chloride and Pulmicort 0.25. In the past month she states medication was used 4-5 times. Topical steroid combination of betamethasone, gentamycin and clotrimazole is used as needed for rash. Mom states she has not used cream in the past month. Mother denies wheezing, runny nose, scaly skin, itching, cracking, dyspnea, or rash. Father smokes in the home.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A    **Sore Throat** N/A
**Runny Nose** N/A    **Congestion** N/A

**Past Medical History**
Atopic dermatitis
Asthma

**Allergies**
Gluten
Lactose

**Medications**
Pulmicort 0.25 ampule as needed
Sodium chloride solution
Betamethasone, gentamycin and clotrimazole

**Last Menstrual Period**    **Pregnant?** No

## Vital Signs (If Applicable)

**Temperature ( °F)** 98.4  Tympanic    **BP (SYS/DIA)**  /
**BPM** 96    **Weight** 34 lbs
**RPM** 22    **O₂ Saturation/FIO₂ (%)** 100

## Objective

**General**  3 yr old active and alert easily engaged. Appear neat, clean and healthy.
**Neuro**  Cranial Nerves Intact
**Psych**  Alert and cooperative. Engaging with no difficulty.
**E/N/T**  TM pearly gray, no rhinitis or erythema noted, pink moist mucous membranes,

| | | |
|---|---|---|
| | | neck supple, no pharyngeal edema or exudate |
| Eyes | Normal lid/conjunctiva | Pupils equal, reactive to light and accommodation |
| CV | Cap Refill lesser than 2 sec | S1S2 prominent, regular rate and rhythm |
| Respiratory | | |
| Lungs CTA Bilaterally | N/A | |
| Lungs clear bilaterally, unlabored breathing, no wheezing, adventitious lung sounds, no cough noted during assessment | | |
| GI | | Non tender, bowel sounds normoactive x 4, no distention noted |
| Extremities | Normal gait<br>Normal muscle tone | Free range of motion gross and fine motor skill normal |
| Skin | No lesions | Skin is warm and intact, alteration in pigmentation noted to legs and torso. Notable skin exposure and dryness noted. no scaling, erythema, oozing, crusting, lichenfication, itching or cracking noted |

### Other

### Tests

**Glucose**

**Flu**

**Pregnancy**

### Diagnosis

Asthma- uncomplicated- w/o acute symptoms | Other: Atopic dermatitis

### Contacted Pediatric Advisor

Yes

### Name of Pediatric Advisor

███████

### Pediatric Advisor Notes

Consulted with on call physician and discussed plan for monitoring q 6 hrs. Will not continue Pulmicort or topical steroid at this time. Alternatively will assess and potentially use hydrocortisone and albuterol MDI with spacer as needed.

### Contacted Supervising Physician

No

### CBP Notified of Risk Detainee

Yes

### Risk Detainee Notes

CBP supervisor ███████ notified of child's diagnosis advised that she is stable and of current plan for monitoring.

### Plan

Mother advised that we will not continue current medication regimen. Discussed monitoring of symptoms and treatment as needed. Encouraged oral hydration, eating as tolerated and rest. Reviewed signs and symptoms that require immediate attention. Mother verbalized understanding. Post detainment mother to follow up with a pediatric provider for continued medical management.

### Disposition

Medical Cleared for Travel/Custody

### Comments

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|
| | | | |

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇ | ▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |
| ▇▇▇ | ▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |



# Enhanced Monitoring Details

## Patient Information

**(Last, First, MI)** ▇▇▇▇▇▇▇▇▇▇

**DOB** ▇▇▇▇▇▇  **Age:** 3

**Alien Number** ▇▇▇▇▇▇

**Event Number** ▇▇▇▇▇▇▇▇

**Subject ID** ▇▇▇▇▇▇

## Medical Monitoring Actions

| Medical Monitoring Action | Frequency | End Date |
|---|---|---|
| Provider follow up | 6 Hours | |

## Enhanced Medical Monitoring Notation

| Date/Time Performed | Monitoring Note | Record Status | Reporter | Last Updated |
|---|---|---|---|---|
| 05/18/2025 2135 | Child is awake, running and playful. Smiling, and takes deep breaths well when assessing her lungs. Color is pink HR 88/min and Oxygen saturation is 98 %. Does not appear to be in respiratory distress. | Stop | ▇▇▇▇ | 05/19/2025 0038 |
| 05/18/2025 2028 | Child is awake and alert. Lungs are CTA. In no respiratory distress. | Notate | ▇▇▇▇ | 05/18/2025 2329 |
| 05/18/2025 1301 | Child is awake, alert and accompanied by mom and sibling. No respiratory complaints. Breathing normally. O2Sat 99%, pulse 92. | Notate | ▇▇▇▇ | 05/18/2025 1603 |
| 05/18/2025 0810 | Child resting beside mother. Breathing normally. O2 saturation 99% HR: 74. Mother denies any coughing, respiratory difficulties overnight. | Notate | ▇▇▇▇ | 05/18/2025 0812 |

## Updated By:

| Provider | Username | Position Name |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮
**Alien Number:** ▮   **Date of Birth:** ▮   **Subject ID/Civilian ID:** ▮

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - OFO - SAN - OTM - EMR - Provider (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 05/17/2025 23:29:44
Diagnosis:
Current illness/injury/health concern: 3 yr old female presenting with mother for initial assessment. Mother reports a history of atopic dermatitis and asthma diagnosed 1 week ago. She currently denies acute illness, injury or health concerns.
Past Medical History: Atopic dermatitis
Asthma
Allergies: Gluten
Lactose
Weight: 34 lbs
Temperature: 98.4° F, Tympanic
BPM: 96
RPM: 22
O2 Saturation/FIO2 (%): 100

Medical Encounter:

Date/Time Signed: 05/17/2025 23:52:36
Diagnosis: Asthma- uncomplicated- w/o acute symptoms, Other: Atopic dermatitis
ECMR Status: None
Current illness/injury/health concern: 3 yr old female presenting with mother for medication review. Mother reports a history of atopic dermatitis and asthma diagnosed 1 week ago. She reports she has been using medication as needed for the past few months to manage "coughing at night" Mother states she purchased the medication in ▮ and has been using it as needed. She is using a combination of sodium chloride and Pulmicort 0.25. In the past month she states medication was used 4-5 times. Topical steroid combination of betamethasone, gentamycin and clotrimazole is used as needed for rash. Mom states she has not used cream in the past month. Mother denies wheezing, runny nose, scaly skin, itching, cracking, dyspnea, or rash. Father smokes in the home.
Past Medical History: Atopic dermatitis
Asthma
Allergies: Gluten
Lactose
Weight: 34 lbs
Temperature: 98.4° F, Tympanic
BPM: 96
RPM: 22
O2 Saturation/FIO2 (%): 100

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

FNP
**Title**

**Date / Time Signed:** 05/18/2025 02:57:04

**CBP Form 2501**

Page 2 of 2