# Exhibit JJ

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**





## Details - Medical Assessment

| Patient Information | |
|---|---|
| **(Last, First, MI)** | **Alien Number** |
| **DOB** | **Event Number** |
| **Age** 6 | **Subject ID** |
| **Was translation services utilized?** Yes | |
| **Date/Time Signed** : 05/18/2025 01:55:02 | |
| **Last Updated** : 05/18/2025 01:55:02 | |

### Time of Care Provided
05/17/2025 22:50

### History

**Current illness/injury/health concern**
6 yr old male presenting with mother for initial assessment JIMA. Mother reports he had some eye irritation this morning and she was putting drops that she picked up in ▓▓▓▓. He currently presents with no eye irritation and no complaints.

**Medications**
None reported

**Past Medical History**
Mother denies

**Allergies**
NKA
NKDA

### Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

### Ask/Observe: Depressed/Anxious/Agitated/Other
calm and cooperative

### Vital Signs

| | |
|---|---|
| **Temperature (° F)** 97.3 Tympanic | **BP (SYS/DIA)** 105 / 61 |
| **BPM** 88 | **Weight** 66 lbs |
| **RPM** 18 | **O$_2$ Saturation/FIO$_2$ (%)** 98 |

### Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |
| Other | |

| Physical Exam | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

### Admission/Disposition
**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness
No

### Assessment Comments
**Comments**

### Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

### Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮@associates.cbp.dhs.gov | CBP - OFO - SAN - OTM - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮

**Alien Number:** ▮    **Date of Birth:** ▮    **Subject ID/Civilian ID:** ▮

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - OFO - SAN - OTM - EMR - Provider (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 05/17/2025 22:55:02
Diagnosis:
Current illness/injury/health concern: 6 yr old male presenting with mother for initial assessment JIMA. Mother reports he had some eye irritation this morning and she was putting drops that she picked up in ▮ He currently presents with no eye irritation and no complaints.
Past Medical History: Mother denies
Allergies: NKA
NKDA
Weight: 66 lbs
Temperature: 97.3° F, Tympanic
BP (SYS/DIA): 105/61
BPM: 88
RPM: 18
O2 Saturation/FIO2 (%): 98

Medical Encounter: N/A

☐ Referred to Medical Facility (Summary Info):

☐ Medications Prescribed/follow-on instructions:

☐ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.



**Printed Name (First, Last)**

FNP

Title

Date / Time Signed: 05/18/2025 02:55:55

**CBP Form 2501**