# Exhibit KK

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████   **Alien Number** ███████
**DOB** ███████   **Event Number** ███████
**Age** 4   **Subject ID** ███████
**Was translation services utilized?** Yes
**Date/Time Signed** : 05/18/2025 01:48:02
**Last Updated** : 05/18/2025 01:48:02

## Time of Care Provided

05/17/2025 22:45

## History

**Current illness/injury/health concern**
4 yr old presenting with his mother for initial assessment JIMA. Mother denies illness, injury or health concerns.

**Medications**
None reported

**Past Medical History**
Mother denies

**Allergies**
NKA
NKDA

## Mental Health

| | |
|---|---|
| **History of Mental Health Issues** | No |
| **History of Physical/Emotional Trauma or Abuse** | No |
| **History of or Currently Thinking of Harming Self or Others** | No |
| **History of or Currently Seeing or Hearing Things Others Are Not** | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

active and alert

## Vital Signs

**Temperature ( °F)** 98.0  Tympanic    **BP (SYS/DIA)**   /
**BPM** 82    **Weight** 44.4  lbs
**RPM** 20    **O₂ Saturation/FIO₂ (%)** 98

## Review of Systems

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Pulmonary** | Negative |
| **Cardiovascular** | Negative |
| **GI** | Negative |
| **Skin** | Negative |
| **Neuro** | Negative |
| **Other** | |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

**Admission/Disposition**

No Medications or Acute Issues - general population/continue processing

**Chronic Condition/Illness**

No

**Assessment Comments**

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | CBP - OFO - SAN - OTM - EMR - Provider |



# Details - Medical Encounter

## Patient Information

**(Last, First, MI)**  
**DOB**  
**Age** 4  
**Was translation services utilized?** Yes  
**Date/Time Signed** : 05/18/2025 16:35  
**Last Updated** : 05/18/2025 16:35  

**Alien Number**  
**Event Number**  
**Subject ID**  

## Time of Care Provided
05/18/2025 16:14

## Subjective

**Current illness/injury/health concern**
4yo ▇▇▇ boy presents with cut and swollen LEFT eyelid sustained after hitting left side of eyebrow onto the bench inside the cell about 10minutes ago. No LOC. Child reports pain when touching eyelid. No other acute complaints. Dad translating for the patient.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Runny Nose** N/A  
**Sore Throat** N/A  
**Congestion** N/A  

**Past Medical History**  
None

**Allergies**  
NKDA

**Medications**  
None

## Vital Signs (If Applicable)

**Temperature (°F)** 98.5 Tympanic  
**BPM** 102  
**RPM**  
**BP (SYS/DIA)** /  
**Weight** 45 lbs  
**O₂ Saturation/FIO₂ (%)** 98  

## Objective

| | |
|---|---|
| **General** | no gross head deformity. well nourished, well developed 4yo male |
| **Neuro** | awake, alert, CN II-XII, speech normal |
| **Psych** | appropriate behavior for age |
| **E/N/T** | neck supple, trachea midline, oropharynx clear, both ears normal, no lymphadenopathy |
| **Eyes** | both eyes PERRLA, conjunctiva normal |
| **CV** | heart sounds RRR, no added sound or murmurs |

**Respiratory**

**Lungs CTA Bilaterally** N/A  
both lungs clear without ronchi, rales or wheezes

| | |
|---|---|
| **GI** | soft, nontender, non-distended, no guarding |
| **Extremities** | normal gait, moves all extremities. |

| | |
|---|---|
| **Skin** | superficial linear ~0.5mm laceration to lateral side of LEFT upper eyelid with surrounding bruising and swelling. No active bleeding, no foreign body noted. |
| **Other** | |

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Other: Superficial laceration to LEFT UPPER EYELID

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Cleansed wound with antiseptic towelettes, applied topical triple abx, dressed it with simple bandaid
Applied ice pack for swelling
Pt given children's ibuprofen
Return to medical for any worsening symptom such severe headache, n/v, or any vision changes.
Monitor for any signs of infection

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| **Provider** | **Username** | **Position Name** |
|---|---|---|
| ▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | CBP - OFO - SAN - OTM - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**         **Date of Birth:**         **Subject ID/Civilian**

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - OFO - SAN - OTM - EMR - Provider (Location)

☐ **No Medical issues were identified or treated in CBP custody**

☒ **The following medical conditions/disease exposure were identified:**
Medical Assessment:

Date/Time Signed: 05/17/2025 22:48:02
Diagnosis:
Current illness/injury/health concern: 4 yr old presenting with his mother for initial assessment JIMA. Mother denies illness, injury or health concerns.
Past Medical History: Mother denies
Allergies: NKA
NKDA
Weight: 44.4 lbs
Temperature: 98.0° F, Tympanic
BPM: 82
RPM: 20
O2 Saturation/FIO2 (%): 98

Medical Encounter: N/A

☐ **Referred to Medical Facility (Summary Info):**

☐ **Medications Prescribed/follow-on instructions:**

☐ **Recommend follow-up with a physician for above medical condition and/or establish care.**

The above listed person is cleared for travel/transfer/release.

**Printed Name (First, Last)**

FNP
**Title**

Date / Time Signed:05/18/2025 02:58:13

**CBP Form 2501**