Case 2:85-cv-04544-DMG-AGR   Document 1608-39   Filed 07/22/25   Page 1 of 10   Page ID #:56252

Case 2:85-cv-04544-DMG-AGR   Document 1608-39   Filed 07/22/25   Page 1 of 10 Page ID #:56252

# Exhibit LL

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



## Details - Medical Encounter

### Patient Information

**(Last, First, MI)** [redacted]  
**Alien Number** [redacted]  
**DOB** [redacted]  
**Event Number** [redacted]  
**Age** 15  
**Subject ID** [redacted]  
**Was translation services utilized?** Yes  
**Date/Time Signed**: 05/18/2025 14:15  
**Last Updated**: 05/18/2025 14:15  

### Time of Care Provided

05/18/2025 13:24

### Subjective

**Current illness/injury/health concern**

15yo Male accompanied by Adopted parents and younger sister presents for medication encounter. Per adopted mom, patient has known history of schizophrenia currently taking haloperidol diagnosed when he was around 7 yrs old, and Marfan Syndrome (diagnosed about 2-3yrs ago). Pt brought medications with him. Last took meds this morning. Pt denies any auditory or visual hallucinations. Denies any chest pain, SOB, headache, abdominal pain, leg pain or cough. No suicidal ideation. Also takes prn med for insomnia. No other acute complaints.

**Signs/Symptoms of Acute Respiratory Infection** N/A

**Cough** N/A  
**Sore Throat** N/A  
**Runny Nose** N/A  
**Congestion** N/A  

**Past Medical History**  
Schizophrenia diagnosed 8yrs ago  
Marfan Syndrome diagnosed 2-3yrs ago  

**Allergies**  
NKA  

**Medications**  
Haloperidol 5mg BID  
Trihexyphenidyl 2mg BID  
Teraligen 5mg (1/4 tab) for insomnia prn.  

### Vital Signs (If Applicable)

**Temperature (°F)** 97.2 Tympanic  
**BP (SYS/DIA)** 107 / 81  
**BPM** 89  
**Weight** 93 lbs  
**RPM** 20  
**O₂ Saturation/FIO₂ (%)** 98  

### Objective

| | |
|---|---|
| **General** | Well nourished, well developed 15yo male in no acute distress |
| **Neuro** | no focal sensorimotor deficit, CN II-XII intact, speech normal |
| **Psych** | awake, alert, answering questions and cooperative, affect appears normal |
| **E/N/T** | no head trauma, neck supple, no lymphadenopathy, both ears normal, oropharynx clear, mucous membranes moist, voice clear |
| **Eyes** | both eyes PERRLA, conjunctiva normal, |
| **CV** | chest with pectus excavatum, RRR, S1S2, peripheral pulses present |

| | |
|---|---|
| **Respiratory** | |
| **Lungs CTA Bilaterally** N/A both lungs clear, no ronchi, rales, or wheezing | |
| **GI** | soft, nontender, no guarding or distention |
| **Extremities** | normal gait, moves all extremities |
| **Skin** | no rash, no discoloration, warm and dry |

**Other**

**Tests**

**Glucose**

**Flu**

**Diagnosis**

Schizophrenia | Other: marfan syndrome

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Plan**

Vitals stable. No SI. Affect appears normal.
Continue current meds and no EMM per Pediatric advisor Dr. ▮
Advised mom and patient to f/u with specialist once discharge from CBP
Encouraged rest, regular meal time, and drink enough fluids
Return to medical for any health concern

**Disposition**

Medical Cleared for Travel/Custody

**Comments**

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮ | ▮ | CBP - OFO - SAN - OTM - EMR - Provider |

# DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

### Office of the Chief Medical Officer

Otay Mesa Port of Entry
9777 Via De La Amistad, San Diego, CA 92154

**PATIENT:** ▮  **DOB:** ▮

**Rx:**  **DATE:** 05/19/2025

Medication: haloperidol
Strength: 5 mg
Sig/Instructions: Take 1 Tablet by mouth twice daily for mood
Quantity: 60
# of Refills: NONE

Allergies: NKDA

Prescribing Provider:



NPI# ▮

 **Pharmacy Claims Worksheet**

Dear Pharmacy Provider:

The **ICE Health Service Corps (IHSC)** provides limited prescription drug coverage for individuals in the custody of **U.S. Customs and Border Protection (CBP)**, which includes the U.S. Border Patrol (USBP) nad Office of Field Operations (OFO), through the **Script Care, Ltd. Pharmacy Network.**

This plan does not use a standard ID card, please refer to the information below for electronic claims submission.

    BIN Number: ▮▮▮▮▮▮

    Processor Control Number: ▮▮▮▮▮▮

    Group Number: ▮▮▮▮▮▮

**Patient Information (All Fields are mandatory to be completed by CBP)**

Subject ID Number (9-digits): ▮▮▮▮▮▮▮▮▮
First Name: ▮▮▮▮▮▮
Last Name: ▮▮▮▮▮▮
Date of Birth ▮▮▮▮▮▮
Today's Date: 06/24/2025

Pharmacy - If you have any questions regarding pharmacy prior authorizations or claim submission, please contact **Script Care's Pharmacy Help Desk** at **1-800-880-9988**.

Thank you,

ICE Health Service Corps (IHSC)



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ▮▮▮▮▮▮▮▮▮▮  **Alien Number** ▮▮▮▮▮▮▮▮
**DOB** ▮▮▮▮▮▮▮▮  **Event Number** ▮▮▮▮▮▮▮▮▮▮
**Age** 15  **Subject ID** ▮▮▮▮▮▮▮▮
**Was translation services utilized?** Yes
**Date/Time Signed** : 05/18/2025 14:17:16
**Last Updated** : 05/18/2025 14:17:16

## Time of Care Provided

05/18/2025 13:06

## History

**Current illness/injury/health concern**
15yo Male accompanied by Adopted parents and younger sister. Pt has known hx of schizophrenia and marfan syndrome No acute complaints.

**Medications**
Haloperidol 5mg BID (for schizophrenia)
Trihexyphenidyl 2mg BID (antispasmodic)
Teraligen 5mg (for sleeping) 1/4 tab prn for insomnia

**Past Medical History**
Marfan Syndrome diagnosed 2-3yrs ago
Schizophrenia diagnosed at age 7

**Allergies**
NKDA

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

## Ask/Observe: Depressed/Anxious/Agitated/Other

No

## Vital Signs

**Temperature (°F)** 97.2 Tympanic     **BP (SYS/DIA)** 107 / 81
**BPM** 89     **Weight** 93 lbs
**RPM**     **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |

| Physical Exam | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Resp | Negative |
| CV | Negative |
| GI | Negative |
| M/S | Negative |
| Skin | Negative |
| Other | |

**Contacted Pediatric Advisor**

No

**Contacted Supervising Physician**

No

**CBP Notified of Risk Detainee**

No

**Admission/Disposition**

Admission/Disposition
Requires Medication or Other Acute Issue – Medical Encounter onsite if available

**Chronic Condition/Illness**

Yes

**Assessment Comments**

Comments

**Addendums**

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

**Signed By:**

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | CBP – OFO – SAN – OTM – EMR – Provider |



DEPARTMENT OF HOMELAND SECURITY
# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):**
**Alien Number:**      **Date of Birth**      **Subject ID/Civilian ID:**

**Was translation services utilized?** Yes

**Medical Summary conducted at:** (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 05/18/2025 14:17:16
Diagnosis:
Current illness/injury/health concern: 15yo Male accompanied by Adopted parents and younger sister. Pt has known hx of schizophrenia and marfan syndrome No acute complaints.
Past Medical History: Marfan Syndrome diagnosed 2-3yrs ago
Schizophrenia diagnosed at age 7

Allergies: NKDA
Weight: 93 lbs
Temperature: 97.2° F, Tympanic
BP (SYS/DIA): 107/81
BPM: 89
O2 Saturation/FIO2 (%): 98

Medical Encounter:

Date/Time Signed: 05/18/2025 14:15:58
Diagnosis: Schizophrenia,Other: marfan syndrome
ECMR Status: Yellow
Current illness/injury/health concern: 15yo Male accompanied by Adopted parents and younger sister presents for medication encounter. Per adopted mom, patient has known history of schizophrenia currently taking haloperidol diagnosed when he was around 7 yrs old, and Marfan Syndrome (diagnosed about 2-3yrs ago). Pt brought medications with him. Last took meds this morning. Pt denies any auditory or visual hallucinations. Denies any chest pain, SOB, headache, abdominal pain, leg pain or cough. No suicidal ideation. Also takes prn med for insomnia. No other acute complaints.
Past Medical History: Schizophrenia diagnosed 8yrs ago
Marfan Syndrome diagnosed 2-3yrs ago

Allergies: NKA
Weight: 93 lbs
Temperature: 97.2° F, Tympanic
BP (SYS/DIA): 107/81
BPM: 89
RPM: 20
O2 Saturation/FIO2 (%): 98

☐ Referred toMedical Facility (Summary Info):

☒ Medications Prescribed/follow-on instructions:
Active Medications:

Medication: haloperidol 5 MG [Haldol]
Dosage: 1 Tablet
Frequency: Every 12 hours (q12h)
Next Dose Due: 5/18/2025 8:00 PM PDT

Medication: trihexyphenidyl hydrochloride 2 MG Oral Tablet
Dosage: 1 Tablet
Frequency: Every 12 hours (q12h)
Next Dose Due: 5/18/2025 8:00 PM PDT

▢ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.

███████████

**Printed Name (First, Last)**

PA-C
**Title**

**Date / Time Signed:** 05/18/2025 17:23:45

**CBP Form 2501**

Page 2 of 2