# Exhibit MM

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



# Details - Medical Assessment

## Patient Information

**(Last, First, MI)** ███████  **Alien Number** ███████
**DOB** ███████  **Event Number** ███████
**Age** 12  **Subject ID** ███████
**Was translation services utilized?** Yes
**Date/Time Signed** : 05/18/2025 14:03:51
**Last Updated** : 05/18/2025 14:03:51

## Time of Care Provided

05/18/2025 13:59

## History

**Current illness/injury/health concern**
12yo Female with no past medical hx accompanied by adopted parents and older brother here for medical assessment. Pt denies any acute complaints.

**Medications**
None

**Past Medical History**
None

**Allergies**
NKA

**Last Menstrual Period** 04-29-2025    **Pregnant?** No

## Mental Health

| | |
|---|---|
| History of Mental Health Issues | No |
| History of Physical/Emotional Trauma or Abuse | No |
| History of or Currently Thinking of Harming Self or Others | No |
| History of or Currently Seeing or Hearing Things Others Are Not | No |

**Ask/Observe: Depressed/Anxious/Agitated/Other**

## Vital Signs

**Temperature (°F)** 98.7 Tympanic   **BP (SYS/DIA)** 112 / 71
**BPM** 85   **Weight** 114 lbs
**RPM**   **O$_2$ Saturation/FIO$_2$ (%)** 98

## Review of Systems

| | |
|---|---|
| General | Negative |
| HEENT | Negative |
| Pulmonary | Negative |
| Cardiovascular | Negative |
| GI | Negative |
| Skin | Negative |
| Neuro | Negative |

## Physical Exam

| | |
|---|---|
| **General** | Negative |
| **HEENT** | Negative |
| **Resp** | Negative |
| **CV** | Negative |
| **GI** | Negative |
| **M/S** | Negative |
| **Skin** | Negative |
| **Other** | |

### Contacted Pediatric Advisor
No

### Contacted Supervising Physician
No

### CBP Notified of Risk Detainee
No

## Admission/Disposition

**Admission/Disposition**
No Medications or Acute Issues - general population/continue processing

### Chronic Condition/Illness
No

### Assessment Comments
**Comments**

## Addendums

| Addendum | Addendum Type | Reporter | Last Updated |
|---|---|---|---|

## Signed By:

| Provider | Username | Position Name |
|---|---|---|
| ▮▮▮ | ▮▮▮ | CBP - OFO - SAN - OTM - EMR - Provider |



DEPARTMENT OF HOMELAND SECURITY

# U.S. Customs and Border Protection

## MEDICAL SUMMARY FORM

**Name (Last, First, Middle Initial):** ▮▮▮▮▮▮▮▮
**Alien Number:**     **Date of Birth:** ▮▮▮▮     **Subject ID/Civilian ID:** ▮▮▮▮▮▮

**Was translation services utilized?** Yes

**Medical Summary conducted at:** CBP - OFO - SAN - OTM - EMR - Provider (Location)

☐ No Medical issues were identified or treated in CBP custody

☒ The following medical conditions/disease exposure were identified:
Medical Assessment:

Date/Time Signed: 05/18/2025 14:03:51
Diagnosis:
Current illness/injury/health concern: 12yo Female with no past medical hx accompanied by adopted parents and older brother here for medical assessment. Pt denies any acute complaints.
Past Medical History: None
Allergies: NKA
Weight: 114 lbs
Temperature: 98.7° F, Tympanic
BP (SYS/DIA): 112/71
BPM: 85
O2 Saturation/FIO2 (%): 98

Medical Encounter: N/A

☐ Referred to Medical Facility (Summary Info):

☐ Medications Prescribed/follow-on instructions:

☐ Recommend follow-up with a physician for above medical condition and/or establish care.

The above listed person is cleared for travel/transfer/release.

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮
**Printed Name (First, Last)**

PA-C
**Title**

**Date / Time Signed:** 05/18/2025 17:32:29

**CBP Form 2501**

Page 2 of 2