UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | July 28, 2025 |
| Title | *Jenny L. Flores, et al. v. Pamela Bondi, et al.* | Page | **1** of **2** |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE JULY 25, 2025 STATUS CONFERENCE**

On July 25, 2025, the Court held a status conference regarding the Customs and Border Protection ("CBP") and Immigration and Customs Enforcement ("ICE") Juvenile Coordinators' 2025 Annual Reports. [Doc. # 1599-1 ("CBP Report"), 1599-2 ("ICE Report").] The Court commends both Juvenile Coordinators for their dedicated efforts to achieving compliance with the *Flores* Settlement Agreement ("FSA"). In particular, the Court notes the positive changes implemented by CBP and thanks the CBP Juvenile Coordinator for his exemplary report.

Based on the Juvenile Coordinators' reports, Plaintiffs' response thereto [Doc. # 1601], and the topics addressed at the status conference, the Court shall require supplemental reports from both Juvenile Coordinators, to which Plaintiffs will be able to respond. The Court sets the following additional filing and reporting deadlines.

In light of the foregoing, the Court **ORDERS** the following:

1. If Defendants wish to file a written objection to any of the questioning from the July 25, 2025 status conference, they shall do so **by August 1, 2025**. Plaintiffs may respond to any such objection **by August 8, 2025**.

2. **By August 1, 2025**, Defendants shall provide the Court with a written update on the status of litigation in the Texas State Court system concerning the state's licensure of ICE Family Residential Centers.

3. The CBP and ICE Juvenile Coordinators shall file their supplemental reports **by September 8, 2025**, providing the census of minors who were held in CBP, United States Border Patrol ("USBP"), or ICE facilities for over 72 hours during the months of June and July 2025. The interim reports shall also provide the reason why each minor was held for more than 72 hours. Plaintiffs may file a response to the supplemental reports **by September 15, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | July 28, 2025 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Pamela Bondi, et al.* | Page | **2** of **2** |

4. The CBP Juvenile Coordinator's supplemental report shall also provide further detail regarding the transportation issues that have affected minors' length of time in custody. Specifically, he should address whether the transportation issues have arisen from transportation occurring within the United States (e.g., from one facility to another), or whether the issues relate to travel away from a CBP facility to another country (i.e, deportations).

5. The ICE Juvenile Coordinator's supplemental report shall also provide:

    a. A summary of the standards and tools utilized by ICE to ensure compliance with the FSA, and how the ICE Juvenile Coordinator monitors FSA compliance.

    b. Information regarding the "Modified Family Residential Standards ("FRS")" mentioned in the ICE Juvenile Coordinator's report. Specifically, she should explain what the standard FRS are, how have they been modified, and how the Modified FRS are currently being applied at ICE Family Residential Centers.

    c. A summary of ICE's compliance with the FSA requirements in the months of June and July—specifically, the report should address the conditions of confinement, which includes, but is not limited to: provision of age-appropriate food, adequate temperature control, availability of additional clothing, and dimmed lighting at nighttime. The ICE Juvenile Coordinator should refer to the CBP Juvenile Coordinator's report for guidance on reporting of this nature.

6. The Court will hold a further status conference regarding the CBP and ICE Juvenile Coordinators' supplemental reports on **September 22, 2025 at 11:00 a.m.**, to happen concurrently with the Court's status conference regarding the Juvenile Care Monitor's amended Final Report.

**IT IS SO ORDERED.**