UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 85-04544-DMG (AGRx) | Date | August 8, 2025 |
| Title | *Jenny L. Flores, et al. v. Pamela Bondi, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | Tina Gibson (via Zoom) |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Mishan Wroe (via Zoom) | Joshua McCroskey |
| Diane de Gramont | Tiberius Davis |
| Leecia Welch | Christina Parascandola |
| Sarah Kahn | Drew Ensign |
| Rebecca Wolozin (via Zoom) | |
| Bardis Vakili | |
| Carlos Holguin | |

**Proceedings: Motion for Relief from Order Pursuant to Fed. R. Civ. P. 60(b) filed by Defendants James McHenry [1567]**

**Motion to Enforce Settlement [1575]**

The cause is called and counsel state their appearance. Also present via Zoom are Andrea Ordin, Dr. Paul Wise, and Dr. Nancy Ewen Wang. The Court invites counsel to respond to the tentative ruling as to Defendants' motion for relief from order pursuant to Rule 60(b). The Court does not have a written tentative ruling as to Plaintiffs' motion to enforce. Following oral argument, the Court advises counsel that the motions are taken under submission and written orders will issue.

**IT IS SO ORDERED.**

<u>1:10</u>