BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
KATELYN MASETTA-ALVAREZ
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-0120
Katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:85-cv-04544-DMG-AGRx <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> **CLASS ACTION** |

Defendants hereby appeal from the Court's ORDER RE JUVENILE CARE MONITOR'S FINAL REPORT AND JUNE 23, 2025 STATUS CONFERENCE, ECF No. 1591, to the U.S. Court of Appeals for the Ninth Circuit.

DATED: August 22, 2025              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director

*/s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-0120
Katelyn.masetta.alvarez@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document on all counsel of record by means of the District Court's CM/ECF system.

Dated: August 22, 2025    */s/ Katelyn Masetta-Alvarez*
KATELYN MASETTA-ALVAREZ