BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **NOTICE OF FILLING SUPPLEMENTAL JUVENILE COORDINATOR REPORTS** |
| v. | |
| PAMELA BONDI, Attorney General of the United States; *et al.*, | Honorable Dolly M. Gee Chief United States District Judge |
| Defendants. | |

On July 28, 2025, the Court ordered Defendants to file supplemental reports from Ms. Dawnisha Helland, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"), and Mr. Henry Moak, the Juvenile Coordinator for U.S. Customs and Border Protection ("CBP"), by September 8, 2025. Doc. # 1614. In accordance with the Court's Order, ICE and CBP submit the attached reports for the Court's consideration.

Dated: September 8, 2025                     Respectfully submitted,

                                                           BRETT A. SHUMATE
                                                           Assistant Attorney General
                                                           Civil Division

                                                           DREW ENSIGN
                                                           Deputy Assistant Attorney General

                                                           WILLIAM C. SILVIS
                                                           Assistant Director

                                                           CHRISTINA PARASCANDOLA
                                                           Senior Litigation Counsel

                                                           */s/ Joshua C. McCroskey*
                                                           JOSHUA C. MCCROSKEY
                                                           Trial Attorney
                                                           U.S. Department of Justice, Civil Division
                                                           Office of Immigration Litigation
                                                           General Litigation and Appeals Section
                                                           P.O. Box 878, Ben Franklin Station
                                                           Washington, DC 20044
                                                           (202) 305-1540
                                                           joshua.c.mccroskey@usdoj.gov

                                                           *Attorneys for Defendants*