

1300 Pennsylvania Avenue, NW
Washington, DC 20229

September 8, 2025

| | |
|---|---|
| MEMORANDUM FOR: | The Honorable Judge Gee<br>District Judge<br>U.S. District Court, Central District of California |
| FROM: | Henry A. Moak, Jr.<br>Chief Accountability Officer<br>Juvenile Coordinator<br>U.S. Customs and Border Protection |
| SUBJECT: | September 8, 2025 Supplemental Report |

On July 28, 2025, this Court ordered the U.S. Customs and Border Protection ("CBP") Juvenile Coordinator to file a supplemental report by September 8, 2025, "providing the census of minors who were held in CBP, United States Border Patrol ("USBP"), or ICE facilities for over 72 hours during the months of June and July 2025. The supplemental report shall also provide the reason why each minor was held for more than 72 hours."[1] Further, the Court ordered that "[t]he CBP Juvenile Coordinator's supplemental report shall also provide further detail regarding the transportation issues that have affected minors' length of time in custody. Specifically, he should address whether the transportation issues have arisen from transportation occurring within the United States (e.g., from one facility to another), or whether the issues relate to travel away from a CBP facility to another country (i.e., deportations)."

The attached reports are the 72-hour reports compiled under Paragraph 28A of the FSA that are submitted to Plaintiffs on a monthly basis. To comply with this Court's order, the operational components added the information requested by the court to the existing monthly reports. The attached reports include a column entitled "Reason for TIC" that contains the information requested by the Court.

While USBP and OFO are best suited to answer any questions about the details of the minors reflected in these reports, I have reviewed the reports, and I can state the following about the information that is contained therein. First, the majority of times in custody (TICs) over 72 hours in both OFO and USBP custody occurred for one of two reasons: (1) families were being held together by CBP pending transfer to ERO for housing at a family residential center; or (2)

---

[1] As discussed in more detail in CBP's recent filings, CBP has two operational components: USBP and the Office of Field Operations ("OFO"). OFO operates at ports of entry ("POEs"), which include land ports, seaports, and airports. USBP apprehends aliens who cross into the United States illegally between POEs. This Supplemental Report contains data regarding minors who were encountered and held in custody by OFO or USBP during the months of June and July 2025.

families were being held by CBP pending repatriation together as a family.[2]

Second, according to CBP STAT Division, in June the average TIC for all minors in CBP custody over 72 hours was 162.44 hours, and in July it was 120.25 hours. The average TIC in June for all minors in custody was 13.11 hours and in July it was 9.64 hours. These TICs support the Court's observation that CBP TICs continue to decrease.

Finally, CBP STAT Division also reports that the percentage of minors in CBP custody over 72 hours for June was 2.63%, and for July was 2.59%. Thus, the vast majority of minors spend less than 72 hours in CBP custody.

---

[2] Some of these families include families where there are multiple children who have different countries of birth, or where at least one of the children is a United States citizen. It can take USBP and OFO additional time to be able to repatriate these families in a manner that respects the wishes of the parents and also keeps the family together to the greatest extent possible. Due to the nature and structure of CBP systems, families with United States citizen children who are held together cannot be linked together for recordation purposes as a "family unit." Therefore, a U.S. citizen may be listed on the 72- hour reports as a UAC (unaccompanied alien child), but the system would be annotated to reflect that the child is actually a United States citizen traveling with his or her family. In the 72- hour reports, any child listed as a UAC, but whose place of birth is listed as United States, is actually United States citizen minor who is accompanied by their alien parent or legal guardian.