# U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide
## Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours
### June 1, 2025 - June 30, 2025
Source: CBP Data Warehouse as of 7/22/25

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) | Component | Reason for TIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/1/2025 | SDC | | | | | | 6/6/2025 | SYS-SAN YSIDRO, CA, POE | EREBC | FMUA | 112.88 | USBP | Held awaiting transfer to ERO |
| | 6/1/2025 | SDC | | | | | | 6/6/2025 | SYS-SAN YSIDRO, CA, POE | EREBC | FMUA | 112.88 | USBP | Held awaiting transfer to ERO |
| | 6/1/2025 | EPT | | | | | | 6/6/2025 | STR-SANTA TERESA, NM, POE | B | FMUA | 124.58 | USBP | Held awaiting transfer to ERO |
| | 6/1/2025 | EPT | | | | | | 6/6/2025 | STR-SANTA TERESA, NM, POE | B | FMUA | 124.60 | USBP | Held awaiting transfer to ERO |
| | 6/1/2025 | SDC | | | | | | 6/9/2025 | SYS-SAN YSIDRO, CA, POE | EREBC | FMUA | 185.95 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/2/2025 | BUFFALO | | | | | | 6/5/2025 | PENDING PLACEMENT | NOTICE TO APPEAR / WARRANT OF ARREST (NTA/WA) | FMUA | 72.65 | OFO | Held awaiting transfer to ERO for release on ATD |
| | 6/2/2025 | RGV | | | | | | 6/5/2025 | PORT ISABEL SPC | EREBC | FMUA | 76.48 | USBP | Held awaiting transfer to ERO |
| | 6/2/2025 | RGV | | | | | | 6/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ERCFBC | FMUA | 101.60 | USBP | Held awaiting transfer to ERO |
| | 6/2/2025 | LRT | | | | | | 6/7/2025 | PORT ISABEL SPC | EREBC | FMUA | 114.17 | USBP | Held awaiting transfer to ERO |
| | 6/3/2025 | RGV | | | | | | 6/7/2025 | PORT ISABEL SPC | EREBC | FMUA | 81.83 | USBP | Held awaiting transfer to ERO |
| | 6/3/2025 | LOS ANGELES | | | | | | 6/7/2025 | PANAMA | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 91.64 | OFO | Held awaiting transportation for repatriation/family unity |
| | 6/3/2025 | RGV | | | | | | 6/8/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 105.52 | USBP | Held awaiting transfer to ERO |
| | 6/3/2025 | EPT | | | | | | 6/7/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | B | FMUA | 112.42 | USBP | Held awaiting transfer to ERO |
| | 6/3/2025 | RGV | | | | | | 6/16/2025 | PORT ISABEL SPC | EREBC | FMUA | 304.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/3/2025 | RGV | | | | | | 6/16/2025 | PORT ISABEL SPC | EREBC | FMUA | 304.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/3/2025 | RGV | | | | | | 6/16/2025 | PORT ISABEL SPC | EREBC | FMUA | 304.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/3/2025 | RGV | | | | | | 7/11/2025 | HID-HIDALGO, TX, POE | V | UAC | 915.18 | USBP | Held by TX DPS for prosecution, spent less than 72 hours in USBP facility |
| | 6/4/2025 | BBT | | | | | | 6/11/2025 | EL PASO HOLDROOM | T | UAC | 156.20 | USBP | USC minor held awaiting transfer to ERO |
| | 6/4/2025 | BLW | | | | | | 6/19/2025 | IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | TOT | UAC | 351.55 | USBP | USC minor held awaiting transfer to ERO |
| | 6/5/2025 | TCA | | | | | | 6/11/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | B | FMUA | 132.22 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/5/2025 | BUN | | | | | | 6/12/2025 | Immigration and Customs Enforcement (ICE) | WA/NTA | FMUA | 166.20 | USBP | Held awaiting transfer to ERO |
| | 6/5/2025 | BBT | | | | | | 6/25/2025 | EL PASO HOLDROOM | T | UAC | 472.23 | USBP | USC minor held awaiting transfer to ERO |
| | 6/7/2025 | RGV | | | | | | 6/11/2025 | PORT ISABEL SPC | EREBC | FMUA | 80.62 | USBP | Held awaiting transfer to ERO |
| | 6/8/2025 | SAN DIEGO | | | | | | 6/11/2025 | MVMSND - MVM TRANSPORT, SAN DIEGO | EXPEDITED REMOVAL (ER) | FMUA | 73.55 | OFO | Held awaiting transfer to ERO |
| | 6/10/2025 | SAN DIEGO | | | | | | 6/13/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | NOTICE TO APPEAR (NTA) | FMUA | 83.48 | OFO | Held awaiting transfer to ERO |
| | 6/10/2025 | EPT | | | | | | 6/16/2025 | EL PASO HOLDROOM | REINST | FMUA | 146.92 | USBP | Held awaiting transfer to ERO |
| | 6/11/2025 | RGV | | | | | | 6/15/2025 | PORT ISABEL SPC | EREBC | FMUA | 74.58 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/12/2025 | DRT | | | | | | 6/16/2025 | PORT ISABEL SPC | EREBC | FMUA | 75.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/12/2025 | TCA | | | | | | 6/18/2025 | Other - Processing Disposition | TOT | UAC | 144.97 | USBP | USC minor Held by DEA, spent less than 72 hours in USBP facility |
| | 6/13/2025 | RGV | | | | | | 6/19/2025 | PORT ISABEL SPC | EREBC | FMUA | 144.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/14/2025 | SAN DIEGO | | | | | | 6/18/2025 | COLOMBIA | WD IN LIEU OF ER | FMUA | 72.12 | OFO | Held awaiting transfer to ERO |
| | 6/14/2025 | RGV | | | | | | 6/18/2025 | PORT ISABEL SPC | EREBC | FMUA | 76.48 | USBP | Held awaiting transfer to ERO |
| | 6/14/2025 | YUM | | | | | | 6/17/2025 | PHOENIX DIST OFFICE | ER | FMUA | 77.82 | USBP | Held awaiting transfer to ERO |
| | 6/14/2025 | YUM | | | | | | 6/17/2025 | PHOENIX DIST OFFICE | ER | FMUA | 77.82 | USBP | Held awaiting transfer to ERO |
| | 6/14/2025 | RGV | | | | | | 6/18/2025 | PORT ISABEL SPC | EREBC | FMUA | 80.02 | USBP | Held awaiting transfer to ERO |
| | 6/14/2025 | DRT | | | | | | 6/18/2025 | PORT ISABEL SPC | EREBC | FMUA | 84.03 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/14/2025 | SDC | | | | | | 6/20/2025 | SND DISTRICT STAGING | WA/NTA | UAC | 154.07 | USBP | Held awaiting transfer to ERO because he was initially believed to be an adult |
| | 6/14/2025 | RGV | | | | | | 6/20/2025 | PORT ISABEL SPC | EREBC | FMUA | 166.55 | USBP | Held awaiting transfer to ERO |
| | 6/15/2025 | RGV | | | | | | 6/21/2025 | PORT ISABEL SPC | EREBC | FMUA | 123.78 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/15/2025 | RGV | | | | | | 6/21/2025 | PORT ISABEL SPC | EREBC | FMUA | 123.78 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/15/2025 | RGV | | | | | | 6/21/2025 | PORT ISABEL SPC | EREBC | FMUA | 123.78 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/15/2025 | BOSTON | | | | | | 6/29/2025 | ENCOUNTERED | AM | OFO | 322.65 | OFO | USC minor held awaiting transportation for repatriation/family unity |
| | 6/16/2025 | RGV | | | | | | 6/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 221.05 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/16/2025 | EPT | | | | | | 6/26/2025 | EL PASO HOLDROOM | T | UAC | 237.73 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 6/16/2025 | EPT | | | | | | 6/26/2025 | EL PASO HOLDROOM | T | UAC | 237.73 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 6/16/2025 | EPT | | | | | | 6/26/2025 | EL PASO HOLDROOM | WA/NTA | FMUA | 237.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/17/2025 | SWB | | | | | | 6/22/2025 | CHAMPLAIN HOLD ROOM | I | FMUA | 115.87 | USBP | Held awaiting transfer to ERO |
| | 6/17/2025 | SWB | | | | | | 6/22/2025 | CHAMPLAIN HOLD ROOM | I | FMUA | 115.88 | USBP | Held awaiting transfer to ERO |
| | 6/18/2025 | RGV | | | | | | 6/21/2025 | PORT ISABEL SPC | EREBC | FMUA | 74.32 | USBP | Held awaiting transfer to ERO |
| | 6/18/2025 | EPT | | | | | | 6/23/2025 | EL PASO HOLDROOM | T | FMUA | 115.65 | USBP | Held awaiting transfer to ERO |
| | 6/18/2025 | EPT | | | | | | 6/23/2025 | EL PASO HOLDROOM | T | FMUA | 122.07 | USBP | Held awaiting transfer to ERO |
| | 6/18/2025 | EPT | | | | | | 6/23/2025 | EL PASO HOLDROOM | T | FMUA | 122.08 | USBP | Held awaiting transfer to ERO |
| | 6/18/2025 | EPT | | | | | | 6/23/2025 | EL PASO HOLDROOM | T | FMUA | 122.08 | USBP | Held awaiting transfer to ERO |
| | 6/20/2025 | TCA | | | | | | 6/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | EREBC | FMUA | 79.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/20/2025 | TCA | | | | | | 6/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | EREBC | FMUA | 79.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/20/2025 | TCA | | | | | | 6/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | EREBC | FMUA | 79.90 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/20/2025 | LRT | | | | | | 6/24/2025 | URBAN STRATEGIES SAN BENITO | WA/NTA | UAC | 92.97 | USBP | Held for transfer to HHS |
| | 6/21/2025 | DRT | | | | | | 6/25/2025 | PORT ISABEL SPC | ER | FMUA | 77.62 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/23/2025 | EPT | | | | | | 6/26/2025 | PRE-PRESIDIO, TX, POE | REINST | FMUA | 78.75 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/24/2025 | BUFFALO | | | | | | 6/27/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 80.27 | OFO | Held awaiting transfer to ERO |
| | 6/25/2025 | SDC | | | | | | 7/2/2025 | MVM TRANSPORT, SAN DIEGO | EREBC | FMUA | 167.63 | USBP | Held awaiting transfer to ERO |
| | 6/25/2025 | SDC | | | | | | 7/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | EREBC | FMUA | 187.35 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/26/2025 | DRT | | | | | | 6/30/2025 | SOUTH TEXAS FAMILY RESIDENTIAL CENTER-DILLEY | EREBC | FMUA | 92.82 | USBP | Held awaiting transfer to ERO |
| | 6/26/2025 | RGV | | | | | | 7/2/2025 | PORT ISABEL SPC | EREBC | FMUA | 115.97 | USBP | Held awaiting transfer to ERO |
| | 6/27/2025 | RGV | | | | | | 7/2/2025 | PORT ISABEL SPC | EREBC | FMUA | 101.83 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/27/2025 | RGV | | | | | | 7/2/2025 | PORT ISABEL SPC | EREBC | FMUA | 101.83 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/28/2025 | SDC | | | | | | 7/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | EREBC | FMUA | 127.17 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/28/2025 | SDC | | | | | | 7/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | EREBC | FMUA | 127.17 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/28/2025 | RGV | | | | | | 7/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 144.15 | USBP | Held awaiting transfer to ERO/medical treatment |
| | 6/28/2025 | BLW | | | | | | 7/14/2025 | IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | | UAC | 368.45 | USBP | USC minor, mother requested release to other trusted adult, held pending release |
| | 6/28/2025 | BLW | | | | | | 7/14/2025 | IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | | UAC | 368.45 | USBP | USC minor, mother requested release to other trusted adult, held pending release |
| | 6/28/2025 | BLW | | | | | | 7/14/2025 | IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | | UAC | 368.45 | USBP | USC minor, mother requested release to other trusted adult, held pending release |
| | 6/28/2025 | BLW | | | | | | 7/14/2025 | IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) | | UAC | 368.45 | USBP | USC minor, mother requested release to other trusted adult, held pending release |
| | 6/29/2025 | DRT | | | | | | 7/5/2025 | Immigration and Customs Enforcement (ICE) | EREBC | FMUA | 128.27 | USBP | Held awaiting transportation for repatriation/family unity |
| | 6/29/2025 | SWB | | | | | | 7/11/2025 | LGN-BOSTON, MA (LOGAN), POE | EREBC | FMUA | 290.98 | USBP | Held awaiting transfer to ERO |
| | 6/29/2025 | SWB | | | | | | 7/11/2025 | LGN-BOSTON, MA (LOGAN), POE | REL | UAC | 290.98 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 6/30/2025 | TCA | | | | | | 7/4/2025 | MVM TRANSPORT, PHOENIX | WA/NTA | FMUA | 98.23 | USBP | Held awaiting transfer to ERO |
| | 6/30/2025 | TCA | | | | | | 7/4/2025 | MVM TRANSPORT, PHOENIX | WA/NTA | FMUA | 98.23 | USBP | Held awaiting transfer to ERO |





CBP STAT Division
Operations Support

UNCLASSIFIED // FOR OFFICIAL USE ONLY