# U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide
## Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours
### July 1, 2025 - July 31, 2025
Source: CBP Data Warehouse as of 8/21/25

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody | Component | Reason for TIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7/1/2025 | SDC | | | | | | 7/5/2025 | MVM TRANSPORT, SAN DIEGO | EREBC | FMUA | 103.00 | USBP | Held awaiting transfer to ERO |
| | 7/3/2025 | RGV | | | | | | 7/10/2025 | PORT ISABEL SPC | EREBC | FMUA | 186.22 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/3/2025 | SDC | | | | | | 7/10/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | EREBC | FMUA | 162.68 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 105.62 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 108.28 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 108.33 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | EXPEDITED REMOVAL (ER) | FMUA | 99.15 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | EXPEDITED REMOVAL (ER) | FMUA | 99.23 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | EXPEDITED REMOVAL (ER) | FMUA | 99.12 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/8/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | EXPEDITED REMOVAL (ER) | FMUA | 99.13 | OFO | Held awaiting transfer to ERO |
| | 07/03/2025 | BUFFALO | | | | | | 7/7/2025 | | ENCOUNTERED | AM | 97.91 | OFO | USC minor held awaiting transportation for repatriation/family unity |
| | 7/4/2025 | DRT | | | | | | 7/12/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 178.63 | USBP | Held awaiting transfer to ERO |
| | 7/4/2025 | EPT | | | | | | 7/10/2025 | EL PASO HOLDROOM | EREBC | FMUA | 127.08 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/5/2025 | EPT | | | | | | 7/10/2025 | EL PASO HOLDROOM | EREBC | FMUA | 121.47 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/5/2025 | EPT | | | | | | 7/10/2025 | EL PASO HOLDROOM | EREBC | FMUA | 117.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/6/2025 | EPT | | | | | | 7/10/2025 | EL PASO HOLDROOM | EREBC | FMUA | 94.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/6/2025 | RGV | | | | | | 7/10/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 93.37 | USBP | Held awaiting transfer to ERO |
| | 7/6/2025 | EPT | | | | | | 7/10/2025 | EL PASO HOLDROOM | EREBC | FMUA | 81.07 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/06/2025 | DETROIT | | | | | | 7/8/2025 | | ENCOUNTERED | AM | 72.59 | OFO | USC minor held with mother pending release |
| | 7/7/2025 | TCA | | | | | | 7/10/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 77.07 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/7/2025 | TCA | | | | | | 7/10/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 77.07 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/7/2025 | RGV | | | | | | 7/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | REINST | FMUA | 171.20 | USBP | Held awaiting transfer to ERO |
| | 7/8/2025 | LRT | | | | | | 7/11/2025 | HID-HIDALGO, TX, POE | T | UAC | 72.23 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 7/9/2025 | GFN | | | | | | 7/12/2025 | Other - Processing Disposition | T | UAC | 78.40 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 7/9/2025 | GFN | | | | | | 7/12/2025 | Other - Processing Disposition | T | UAC | 78.40 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 7/10/2025 | SDC | | | | | | 7/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 81.60 | USBP | Held awaiting transfer to ERO |
| | 7/10/2025 | SDC | | | | | | 7/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | EREBC | FMUA | 81.60 | USBP | Held awaiting transfer to ERO |
| | 7/10/2025 | EPT | | | | | | 7/17/2025 | EL PASO HOLDROOM | EREBC | FMUA | 170.02 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/10/2025 | EPT | | | | | | 7/17/2025 | EL PASO HOLDROOM | EREBC | FMUA | 155.48 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/11/2025 | TCA | | | | | | 7/15/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 102.33 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/11/2025 | TCA | | | | | | 7/15/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 102.38 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/11/2025 | EPT | | | | | | 7/14/2025 | STR-SANTA TERESA, NM, POE | EREBC | FMUA | 75.83 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/11/2025 | TCA | | | | | | 7/15/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 102.38 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/12/2025 | BUFFALO | | | | | | 7/19/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL (ER) | FMUA | 165.72 | OFO | Held awaiting transfer to ERO |
| | 7/13/2025 | EPT | | | | | | 7/25/2025 | EL PASO HOLDROOM | V | FMUA | 301.77 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/13/2025 | EPT | | | | | | 7/25/2025 | EL PASO HOLDROOM | REL | UAC | 301.77 | USBP | USC minor held awaiting transportation for repatriation/family unity |
| | 7/13/2025 | TCA | | | | | | 7/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 91.62 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/13/2025 | TCA | | | | | | 7/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ERCFBC | FMUA | 91.62 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/14/2025 | SDC | | | | | | 7/19/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 120.70 | USBP | Held awaiting transfer to ERO |
| | 7/14/2025 | SDC | | | | | | 7/19/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 120.70 | USBP | Held awaiting transfer to ERO |
| | 7/15/2025 | EPT | | | | | | 7/20/2025 | EL PASO HOLDROOM | T | FMUA | 126.97 | USBP | Held awaiting transfer to ERO |
| | 7/15/2025 | TCA | | | | | | 7/19/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ERCFBC | FMUA | 96.90 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/15/2025 | EPT | | | | | | 7/21/2025 | STR-SANTA TERESA, NM, POE | EREBC | FMUA | 141.43 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/16/2025 | BUFFALO | | | | | | 7/23/2025 | BTV - BUFFALO SPC | NOTICE TO APPEAR (NTA) | FMUA | 162.12 | OFO | Held awaiting transfer to ERO |
| | 7/17/2025 | LRT | | | | | | 7/21/2025 | Immigration and Customs Enforcement (ICE) | EREBC | FMUA | 89.73 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/17/2025 | EPT | | | | | | 7/21/2025 | STR-SANTA TERESA, NM, POE | EREBC | FMUA | 95.90 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/17/2025 | EPT | | | | | | 7/21/2025 | STR-SANTA TERESA, NM, POE | EREBC | FMUA | 95.90 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/17/2025 | EPT | | | | | | 7/21/2025 | STR-SANTA TERESA, NM, POE | EREBC | FMUA | 95.90 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/17/2025 | BUFFALO | | | | | | 7/21/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTER | BAG AND BAGGAGE | FMUA | 81.48 | OFO | Held awaiting transfer to ERO |
| | 7/18/2025 | LRT | | | | | | 7/22/2025 | PORT ISABEL SPC | EREBC | FMUA | 75.13 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/18/2025 | LRT | | | | | | 7/22/2025 | PORT ISABEL SPC | EREBC | FMUA | 75.13 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/19/2025 | MIP | | | | | | 7/22/2025 | KROME NORTH SPC | WA/NTA | UAC | 85.10 | USBP | Held awaiting transfer to ERO |
| | 7/19/2025 | RGV | | | | | | 7/24/2025 | PORT ISABEL SPC | EREBC | FMUA | 129.60 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/19/2025 | RGV | | | | | | 7/24/2025 | PORT ISABEL SPC | EREBC | FMUA | 129.60 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/20/2025 | EPT | | | | | | 7/24/2025 | EL PASO HOLDROOM | EREBC | FMUA | 105.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/20/2025 | EPT | | | | | | 7/24/2025 | EL PASO HOLDROOM | ER | FMUA | 105.88 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/21/2025 | RGV | | | | | | 7/24/2025 | PORT ISABEL SPC | EREBC | FMUA | 85.02 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/21/2025 | RGV | | | | | | 7/24/2025 | PORT ISABEL SPC | EREBC | FMUA | 73.28 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/23/2025 | RGV | | | | | | 7/27/2025 | PORT ISABEL SPC | EREBC | FMUA | 94.57 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/24/2025 | TCA | | | | | | 7/29/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | EREBC | FMUA | 112.25 | USBP | Held awaiting transportation for repatriation/family unity |
| | 07/24/2025 | SAN DIEGO | | | | | | 7/28/2025 | FIELD OFFICE JUVENILE COORDINATOR (FOJC) | NOTICE TO APPEAR (NTA) | UAC | 91.10 | OFO | Held awaiting transfer to HHS |
| | 7/25/2025 | LRT | | | | | | 7/28/2025 | ST PETER-ST JOSEPH (ST PJS) | WA/NTA | UAC | 80.73 | USBP | Held awaiting transfer to HHS |
| | 7/25/2025 | DRT | | | | | | 7/29/2025 | PORT ISABEL SPC | EREBC | FMUA | 75.53 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/26/2025 | EPT | | | | | | 7/31/2025 | EL PASO HOLDROOM | EREBC | FMUA | 128.97 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/26/2025 | TCA | | | | | | 7/29/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | EREBC | FMUA | 72.65 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/26/2025 | SWB | | | | | | 8/5/2025 | MVN TRANSPORTATION, SNA | I | FMUA | 227.40 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/26/2025 | EPT | | | | | | 7/31/2025 | EL PASO HOLDROOM | REINST | FMUA | 110.73 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/27/2025 | DRT | | | | | | 8/6/2025 | PORT ISABEL SPC | ER | FMUA | 240.25 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/27/2025 | TCA | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 187.05 | USBP | Held awaiting transfer to ERO |
| | 7/27/2025 | TCA | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 187.05 | USBP | Held awaiting transfer to ERO |
| | 7/27/2025 | TCA | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 187.05 | USBP | Held awaiting transfer to ERO |
| | 7/27/2025 | RGV | | | | | | 7/31/2025 | PORT ISABEL SPC | EREBC | FMUA | 80.80 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/28/2025 | HLT | | | | | | 7/31/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | B | FMUA | 92.68 | USBP | Held awaiting transfer to ERO |
| | 7/28/2025 | HLT | | | | | | 7/31/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | NTA/DT | FMUA | 92.68 | USBP | Held awaiting transfer to ERO |
| | 7/28/2025 | HLT | | | | | | 7/31/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | NTA/DT | FMUA | 92.67 | USBP | Held awaiting transfer to ERO |
| | 7/28/2025 | TCA | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 226.47 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/28/2025 | RGV | | | | | | 8/6/2025 | PORT ISABEL SPC | B | FMUA | 207.10 | USBP | Held awaiting transfer to ERO |
| | 07/28/2025 | BOSTON | | | | | | 8/6/2025 | | ENCOUNTERED | AM | 198.66 | OFO | USC minor held awaiting transportation for repatriation/family unity |
| | 7/29/2025 | TCA | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 208.92 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/30/2025 | DRT | | | | | | 8/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 97.25 | USBP | Held awaiting transfer to ERO |
| | 7/30/2025 | DRT | | | | | | 8/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 97.27 | USBP | Held awaiting transfer to ERO |
| | 7/30/2025 | DRT | | | | | | 8/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 97.27 | USBP | Held awaiting transfer to ERO |
| | 7/30/2025 | DRT | | | | | | 8/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 97.27 | USBP | Held awaiting transfer to ERO |
| | 7/30/2025 | SDC | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 184.68 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/30/2025 | SDC | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 184.68 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/31/2025 | EPT | | | | | | 8/4/2025 | PDN-PASO DEL NORTE, TX, POE | ER | FMUA | 105.37 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/31/2025 | EPT | | | | | | 8/6/2025 | EL PASO HOLDROOM | REINST | FMUA | 147.95 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/31/2025 | EPT | | | | | | 8/6/2025 | EL PASO HOLDROOM | REINST | FMUA | 147.93 | USBP | Held awaiting transportation for repatriation/family unity |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 79.57 | USBP | Held awaiting transfer to ERO |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 79.57 | USBP | Held awaiting transfer to ERO |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 79.05 | USBP | Held awaiting transfer to ERO |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 83.22 | USBP | Held awaiting transfer to ERO |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 83.22 | USBP | Held awaiting transfer to ERO |
| | 7/31/2025 | ELC | | | | | | 8/4/2025 | MVM TRANSPORT, SAN DIEGO | ER/CF | FMUA | 83.22 | USBP | Held awaiting transfer to ERO |




**CBP STAT Division**
Operations Support