**INTRODUCTION**

This supplemental report is submitted in accordance with Paragraphs 28A and 30 of the Flores Settlement Agreement (FSA) and this Court's Order dated July 28, 2025. *See* ECF No. 1614 at 1-2. It provides a detailed summary of ICE's compliance with the FSA during the months of June and July 2025, including census data for minors held in ICE facilities for over 72 hours during this period. The report also highlights ICE's proactive measures to ensure compliance with the FSA, including contracting independent inspection services, conducting rigorous training, and holding internal inspections.

**JUVENILE COORDINATOR MONITORING ACTIVITIES**

To ensure compliance with the FSA and to maintain appropriate conditions for minors in custody, the ICE Juvenile Coordinator's monitoring activities can be effectively complemented by a multi-level inspection and training system. These mechanisms provide a robust framework for oversight, accountability, and adherence to legal standards.

ICE Juvenile Coordinator Monitoring Activities:

1. Utilizing Standards and Tools: Employs specific standards and tools to monitor detention conditions and ensure compliance with the FSA. This includes evaluating the Family Residential Standards (FRS) and assessing their application when minors are in ICE's custody.
2. Reporting on Conditions of Confinement: Reviews reports on housing conditions such as age-appropriate food, temperature control, clothing availability, and nighttime lighting. These reports ensure transparency and highlight areas requiring improvement.
3. Oversight of Compliance Mechanisms: Monitors how ICE implements policies and practices to meet FSA requirements, ensuring that minors are treated in accordance with established standards.
4. Policy Recommendations: Identifies systemic issues and recommends policy changes to improve detention conditions and compliance with the FSA.
5. Complaint Resolution: Receives and addresses complaints from minors, families, or advocates, ensuring concerns are promptly investigated and resolved.
6. Monitoring Facility Practices: Conducts site visits and interviews to assess compliance with FSA standards, providing real-time feedback to ICE field offices.

**MULTI-LEVEL INSPECTION SYSTEM**

ICE has implemented a robust, multi-level inspection system to ensure compliance with the FSA. This system involves multiple layers of oversight and accountability, with each level playing a critical role in monitoring and enforcing compliance. The findings from inspections during this reporting period demonstrate the effectiveness of a system that ensures facilities met or exceed the FSA and ICE standards:

1. **Deportation Officers (DOs):** During this reporting period, Deportation Officers conducted daily checks at facilities to ensure compliance with FSA requirements, including the provision of age-appropriate food, adequate temperature control, and access

to medical care. These daily checks were reflected during inspections, which found no deficiencies in case management, medical care, or facility processes.

2. **Field Office Juvenile Coordinators (FOJCs):** During this reporting period, FOJCs were responsible for overseeing the care and custody of minors within their respective ICE field offices. They conducted routine inspections and addressed any issues that arose. The FOJC's oversight contributed to each field office's compliance rating during inspections.
3. **Compliance Standards Officers (CSOs):** CSOs are ICE headquarters employees. During this reporting period, CSOs performed daily compliance activities, including facility rounds, visual inspections, and monitoring of child welfare. They documented deficiencies and ensured corrective actions were implemented. Inspections confirmed that facility policies, procedures, and records were in compliance with ICE standards and the FSA.
4. **Detention and Deportation Officers (DDOs):** DDOs are ICE headquarters employees. During this reporting period, DDOs worked closely with facility staff to ensure that all operational standards are met. They review incident reports, monitor grievances, and ensure that minors are treated in accordance with the FSA. Reports confirmed that staff were trained to address resident concerns promptly, including requests for additional supplies, medical care, or translation services.
5. **Independent Inspection Contractor (Rivertech):** During this reporting period, ICE's inspection contractor conducted independent inspections of these facilities. Rivertech provided unbiased evaluations and detailed reports, identifying deficiencies and recommended corrective actions. The inspections included the review of policies, procedures, logs, onsite observations, and interviews with residents and staff, to confirm compliance.
6. **Juvenile and Family Management Division (JFMD):** During this reporting period, JFMD, where the ICE Juvenile Coordinator is currently assigned, provided extensive training and oversight of ICE's compliance with the laws, regulations, and court orders related to alien children and families. The division ensured that all staff were well-trained and that facilities operated in compliance with the FSA.

This multi-level inspection system ensured that every aspect of ICE operations was monitored and that any deficiencies were promptly addressed.

## INSPECTIONS AND COMPLIANCE

Inspections during this reporting period demonstrated compliance with FSA requirements. Inspections covered all key operational areas, including immigration case management, medical care, education, facility safety and security, food service, and juvenile care.

Responses to concerns during this reporting period demonstrated compliance with the FSA. For example, the ICE Family Residential Center (FRC) implemented measures to ensure access to potable water, including filtered water in living areas and bottled water upon request. The facility also ensured the use of dietitian-approved meals and snacks, including child-friendly options, and maintained a robust medical and mental health program staffed by licensed professionals.

ICE is committed to the principles of the FSA and goes above and beyond to meet its intent. The below outlines various standards and tools used to ensure compliance with the FSA.

Key components include:

**Facility Standards**
- **Emergency Plans**: ICE ensures staff are trained to recognize and respond to facility climate changes. This is inspected using compliance and inspection checklists.
- **Environmental Health and Safety (EHS)**:
    - ICE ensures hazardous materials are stored appropriately and kept out of reach of minors.
    - ICE ensures facilities are clean and well-maintained, and observed as part of its regular inspections.
        - Ex: A wasp nest was identified as a safety hazard and addressed promptly as noted in one of ICE's inspection checklists.
- **Key Control**: ICE ensures deadbolts and locks in resident-accessible areas are inspected and maintained, with locksmith training scheduled.
- **Daily Facility Rounds**: ICE's CSO inspection checklists emphasize the importance of facility rounds to inspect living conditions, cleanliness, safety, and general well-being of families and children.

**Resident Care**
- **Food Service**: ICE ensures that minors receive three hot meals daily, with snacks, juice, and water available at all times. Special dietary needs are identified and accommodated. CSO inspection checklists highlight that food service areas must be inspected daily for proper temperature control, sanitation, and logs.
- **Medical Care**: ICE ensures admission examinations, special procedures for minors, and takes precautionary measures to lower the risk of medical emergencies. ICE's FSA Checklist confirms that minors receive appropriate medical and dental care, including mental health interventions when necessary. CSO inspection checklists further emphasize the availability of 24-hour medical care and staff training in medical emergencies.
- **Recreation and Structured Activities**: ICE provides daily outdoor activities, weather permitting, and structured leisure time. ICE's FSA Checklist highlights that minors participate in at least one hour of large muscle activity and one hour of structured leisure time daily, with activities increased to three hours on non-school days.

**Communication and Grievances**
- **Staff-Resident Communication**: ICE staff conduct scheduled visits to address concerns and monitor living conditions. Requests are responded to within 24 hours via TALTON, a tablet-based system that routes and tracks resident requests. CSO inspection checklists confirm that grievances are monitored daily, and residents are informed of the grievance process.
- **Grievance Resolution**: ICE staff ensure grievances are resolved promptly. CSO inspection checklists ensure that residents are aware of the grievance process and that all issues are addressed in a timely manner.

**Educational Services**
- **Classroom Settings**: Inspection reports confirmed that the education department is overseen by a Texas-certified teacher. Families are provided age-appropriate educational packets and materials, with juveniles given access to workbooks, books, puzzles, and games. At times, there have been opportunities for limited structured classroom sessions, but inspections note that the full education program is not currently in place.
- ICE anticipates issuing a contract modification that will fully implement an education program that meets all of the Flores requirements. **Library Services**: ICE ensures libraries are available at various times throughout the day, with materials available in multiple languages.
    - **Library Schedule:** Residents may access the law library daily between 0800 and 2000 hours. Access is organized as follows:
        - **0800 to 1145 hours:** Residents from the Green and Brown neighborhoods.
        - **1200 to 1545 hours:** Female Head of Household (HoH) families from the Yellow and Green neighborhoods.
        - **1600 to 1945 hours:** Male HoH families from the Brown neighborhood.

**Postings and Language Access**
- **Required Postings**: ICE staff ensure required postings are displayed in compliance with the FRS and all court-mandated requirements. This is inspected using compliance and inspection checklists.
- **Language Access**: ICE ensures that communication with minors is conducted in a language they understand. ICE's FSA Checklist confirms the use of ICE-contracted translation lines, and CSO inspection checklists highlight the availability of interpreters and language access services.
    - Each of the FRC's five neighborhoods (Red, Blue, Green, Brown, and Yellow) is equipped with 30 tablets to facilitate language access.
    - All facility staff and ICE officers have access to the language access line for interpretation services.
    - An "I Speak" language poster is displayed in the intake processing area, and minors receive an ID card indicating their preferred language once identified.

The below provides a summary of ICE's compliance with FSA requirements during June and July 2025.

Key areas include:

**Conditions of Confinement**
- Age-Appropriate Food: Meals met dietary standards, with snacks and beverages available 24/7.
- Temperature Control: Facilities maintained adequate temperature settings, with no complaints regarding climate conditions.

- Clothing and Hygiene: Minors were provided with personal hygiene products and age-appropriate clothing. CSO interviews confirmed that all residents have access to an ample supply of clothing that meets age-appropriate standards.
- Facility Climate and Census Verification: The CSO inspection checklists confirmed census verification processes and emergency counts conducted at facilities.
- CSO interviews confirmed that facility staff conduct regular nighttime welfare checks to ensure resident safety, using low-level illumination in the front portion of living suites while keeping lights in the bunk bed area off after 10:00 p.m.
    - To address concerns about overly bright lighting at night, the front portion of suite lighting was adjusted from 5000K 'bright white' bulbs to 3000K 'soft white' bulbs, reducing intensity while ensuring adequate visibility for welfare checks.
- CSO interviews confirmed that facility staff are trained to minimize noise during sleeping hours by keeping conversations and radio volumes low.

**Medical Care**
- Admission Examinations: Conducted promptly upon arrival. FSA Checklists confirmed that minors received medical examinations within 48 hours of admission, excluding weekends and holidays, and that medical care was available upon request.
- **4-Hour Medical Care:** CSO inspection checklists confirmed the availability of 24-hour medical care, including nurse checks and temperature logs, to ensure the health and safety of minors.
- **Initial Screenings:** All residents receive initial medical, dental, vulnerability, and mental health screenings within 12 hours of arrival. Residents with acute or emergent medical conditions were evaluated by a licensed healthcare professional within two working days of the initial screening, as clinically indicated.
- **Provider Coverage:** Nurse Practitioners provide 24-hour on-call coverage when a physician is not on-site.
- **Medication Distribution:** Medication is dispensed at the Health Services Unit pill call window during the following times:
    - **Fasting Pill Call:** 5:00 a.m. to 6:00 a.m., for residents requiring medication on an empty stomach before breakfast at 6:00 a.m.
    - **General Pill Call:** 7:00 a.m. to 9:00 a.m., 1:00 p.m. to 3:00 p.m., and 7:00 p.m. to 9:00 p.m.
- Suicide Precautions: Procedures for minors and adults were implemented in compliance with ICE's FRS.

**Recreation and Education**
- Structured Activities: Weekly schedules included gym classes, library visits, and age-appropriate recreation.
- **Childcare Services:** The large childcare room operates daily with improved aesthetics and additional toys. Monitored childcare services are available from 0800 hours to 2000 hours, as outlined in the Updated Building Schedule posted in activity rooms.
- Translation Services: Educational materials were translated into multiple languages, including Russian.

**Grievances and Communication**
- Resolution of Grievances: No grievances were reported during weekly inspections. CSO inspection checklists confirmed follow-up interviews with residents to ensure satisfaction with grievance outcomes.
- Staff-Resident Communication: Requests were addressed within 24 hours, ensuring timely responses to concerns.

**Legal Access**
- **Access to Legal Representatives:** Minors were informed of their rights to legal assistance, as confirmed in the FSA Checklists. ICE staff provided information on legal orientation programs and ensured access to free phone calls for contacting legal service providers.
- **List of Legal Service Providers:** The list is prominently posted in the following locations:
    - Day Rooms
    - Courtroom
    - Visitation
    - Library
    - Gym
    - Intake (where the "Know Your Rights" video plays continuously)
    - Private phone rooms
- **Phone Access:** Each minor is provided with a free phone call and can use phones located in intake, housing areas, and private phone rooms within each compound.
- **Legal Visitation:** Both face-to-face legal visitation and virtual attorney visitation are available to minors.
- **Legal Orientation and Phone Access:** ICE staff informed minors about legal orientation programs and ensured access to free phone calls for contacting legal service providers.
- **Intake Process:** During intake, ICE officers reviewed the I-770 form with each minor or parent and provided a copy of the List of Legal Service Providers.

---

**INSPECTION FINDINGS**

**Positive Findings**
1. **Hotel Stays:**
    - Bathrooms were sanitary, stocked, and accessible.
    - Personal hygiene products were provided, and aliens were allowed to perform hygiene at any time.
    - Snacks, juice, and water were available 24/7, and three hot meals were provided daily.
2. **Dilley Immigration Processing Center (DIPC):**
    - Recreation areas were clean and accessible, with structured activities provided daily.
    - Educational services were offered voluntarily, with age-appropriate materials available.
    - Grievance boxes were monitored daily, and responses were timely.

3. **Northwest Regional Juvenile Detention Center (NWRJDC):**
    - All areas of the facility were clean, well maintained, and appropriate for housing ICE juveniles.
    - The facility received a 100% compliant rating from the Commonwealth of Virginia's Department of Juvenile Justice.
    - ICE juveniles in residence during the inspections did not identify any issues.

**Areas of Improvement**
1. **Key and Lock Control:**
    - Formal locksmith training for staff was identified as a deficiency at DIPC. Training is scheduled for August 2025.
2. **Staff Resident Communication:**
    - At DIPC, unscheduled visits to housing areas were not conducted regularly. This issue was resolved as of the July 2025 inspection.
3. **Medical Care:**
    - At the Northwest Regional Juvenile Detention Facility, one juvenile did not receive a comprehensive health assessment within 48 hours of admission during a prior inspection. This issue has since been resolved.

## INSPECTION LIFECYCLE

| Facility | Inspection Frequency | Inspection Type | Inspector |
| --- | --- | --- | --- |
| Dilley Immigration Processing Center (DIPC) | Daily, Weekly and Monthly | Scheduled and Unscheduled | ICE CSOs and Rivertech |
| Northwest Regional Juvenile Detention Center (NWRJDC) | Monthly and Semi-Annually | Scheduled | FOJCs and Rivertech |
| Hotel Stays | Daily and Weekly | Scheduled and Unscheduled | ICE CSOs, DOs, and DDOs |

## MODIFIED FAMILY RESIDENTIAL STANDARDS (FRS)

**Overview of Standard FRS**
The Family Residential Standards (FRS) were developed to ensure the safe and humane treatment of families in ICE custody. These standards include provisions for medical care, recreation, education, food service, and facility maintenance.

**Modifications to the FRS**
In 2025, ICE Modified the FRS to address operational realities and the short length of stay for families in residential centers. Most modifications did not directly apply to the Flores Settlement Agreement, and were applied to FRC contracts and included adjustments to emergency response timelines, behavior management protocols, and educational programming.

**Application of Modified FRS**

The modified FRS are currently applied at the South Texas Family Residential Center (STFRC) in Dilley, TX. The ICE Juvenile Coordinator is heavily involved in ensuring compliance with the FSA, even though the coordinator's role does not typically extend to contract oversight. This proactive involvement underscores ICE's commitment to exceeding court-mandated requirements.

**Standards Modified Without FSA-Related Implications**
1. **2.8 Staff Resident Communication**
   This standard was modified to ensure that resident requests are responded to within 24-48 hours rather than the three business days as required by the original standard. Given the anticipated length of stay of less than 20 days, this modification ensures that residents' requests are addressed promptly, reflecting the operational realities of the FRC.
2. **3.1 Behavior Management**
   This standard was streamlined to expedite the administrative review of any behavioral issues while in residence. The original standard requires an executive review panel and an appeals review board; however, given the short length of stay, these processes would not occur within the anticipated timeframe. The modification ensures due process while resolving issues quickly and efficiently.
3. **5.1 Correspondence and Other Mail**
   Due to the anticipated length of stay, the robust system for receiving mail and packages outlined in the original standard is not feasible. Residents can still receive legal and special correspondence mail upon request and approval by the facility and the field office.
4. **5.3 Escorted Trips for Non-Medical Emergencies, 5.4 Marriage Requests, and 5.5 Voluntary Work Program**
   These standards were removed entirely as they are not relevant, given the anticipated short length of stay.
5. **6.1 Resident Handbook**
   The resident handbook was modified to reflect all changes to the standards, ensuring transparency and clarity for residents.

**Standards Modified with FSA-Related Implications**
While the following standards have been modified, it is critical to emphasize that all FSA requirements outlined in Exhibit 1 will continue to be met. These modifications reflect operational adjustments that enhance compliance with the FSA while improving the overall experience for residents.
1. **5.2 Educational Policy and 5.6 Recreation**
   These standards were adjusted to integrate education with recreational activities, particularly when the length of stay was very short.  When the FRC reopened in April 2025, the FRC needed transition time to launch a full education program. The program is being phased in as resources become available.

The modifications outlined above are operational adjustments designed to align with the anticipated short length of stay at the FRCs and improve efficiency while maintaining compliance with the Flores Settlement Agreement. It is important to underscore that all FSA-related requirements will continue to be met, and these modifications do not diminish ICE's

commitment to ensuring the humane and appropriate treatment of immigrant families and minors in its custody. Matters unrelated to the FSA fall outside the scope of the Court's oversight and are addressed solely to reflect operational realities at the FRCs.

---

**TRAINING AND OVERSIGHT**
**Comprehensive Training Program**
ICE's JFMD provides extensive training to ensure that all personnel involved in the care of minors are well-equipped to meet the requirements of the FSA.

Inspections of ICE facilities confirmed that staff qualifications and training were compliant with the FSA and ICE standards. Each facility's adherence to training requirements demonstrates its commitment to maintaining high standards of care for minors.

Facility staff were trained to provide age-appropriate care, maintain sanitary conditions, and address the needs of residents promptly. For example, staff in the FRC were trained to conduct welfare checks in a manner that minimizes disruption to residents' sleep, including the use of soft-closing doors and low-volume radios.

ICE's training program has been so effective that CBP Juvenile Coordinators, who attended ICE's annual training in August 2024, requested ICE to host additional training sessions for CBP.

**Training Topics**
ICE's training program covers some of the following topics:
1. **Immigration Lifecycle Training:**
    - **Encountering a Minor:** Definition of minor, determination of Accompanied Child (AC) or Unaccompanied Alien Child (UAC), and mandatory notifications under the Trafficking Victims Protection Reauthorization Act (TVPRA).
    - **Processing:** Age, nationality, medical needs; TVPRA screening; and CBP-93 Form completion.
    - **Transferring:** Coordination with the appropriate authorities for housing and transportation.
2. **Immigration Case Management, Releases, and Repatriations:**
    - Case review and system checks.
    - Monitoring progress with Executive Office for Immigration Review and U.S. Citizenship and Immigration Service.
    - Repatriation procedures, including safe return requirements under the TVPRA.
3. **Legal Authorities Applicable to Alien Children:**
    - Homeland Security Act (HSA), TVPRA, Perez-Funez, FSA, Saravia, Orantes, and the Violence Against Women Act (VAWA).
4. **Congressional and Court-Mandated Training:**
    - Specialized training on identifying victims of human trafficking and children eligible for asylum or special immigration relief.
    - Training in the terms of the FSA.

**Training Schedule**

| Training Type | Frequency | Participants |
|---|---|---|
| General FOJC Training | Monthly, Quarterly, Annual | ICE Staff and Contractors |
| Behavioral Management | Monthly | ICE Staff and Contractors |
| Age Outs | Quarterly | ICE Staff and Contractors |
| FSA Compliance | Annual | ICE Staff and Contractors |

**CENSUS OF MINORS HELD FOR OVER 72 HOURS**

Reasons for Extended Stays: Reasons for minors being held beyond 72 hours, such as transportation delays, medical needs, or legal processing.
- Transportation: CSO inspection checklists noted transportation challenges that stemmed from internal facility transfers or deportation logistics.
  - Transportation challenges contributing to minors remaining in custody for over 72 hours included delays in scheduling commercial flights, which often require additional time to coordinate.
  - Repatriations to countries with limited flight availability, such as Uzbekistan and other locations with infrequent routes, also extended the time required to facilitate travel, resulting in longer stays in custody.

**Medical:** CSO interviews revealed that urgent medical needs for family members often caused minors to be held beyond 72 hours.
**Legal Issues:** CSO interviews cited administrative and judicial stay reviews and adjudications as reasons for extended stays.

**Census Data**
Attached is the census of minors with records that show stays beyond 72 hours during June and July 2025. To ensure completeness, ICE included all cases, including those where the minor may have reached their 72nd hour in the Office of Refugee Resettlement or Customs and Border Protection's custody.

**CONCLUSION**
ICE has made significant progress in implementing the FSA and addressing the concerns that led to its creation. The agency has demonstrated substantial compliance with the Agreement's provisions, established a comprehensive regulatory framework, and improved conditions at detention facilities. Through its multi-level inspection system, rigorous training, and proactive measures, ICE has demonstrated substantial compliance with the FSA.

ICE remains steadfast in its commitment and goes above and beyond to meet its intent. By leveraging compliance tools, implementing robust standards, and maintaining transparency, ICE ensures the safety, care, and well-being of alien children in its custody. The supplemental report provides a comprehensive overview of census data, compliance measures, and operational practices during June and July 2025. These efforts underscore ICE's dedication to the humane and appropriate treatment of immigrant families and minors in its custody. ICE will continue to prioritize transparency, accountability, and the humane treatment of minors in its custody.

**Glossary of Abbreviations in ICE Supplemental Data Reporting**

| | |
|---|---|
| AAR | Assistant Attache for Removal |
| AC | Accompanied Child(ren) |
| AOR | Area of Responsibility |
| CF | Credible Fear |
| COV | Change of Venue |
| FAMU | Family Unit |
| FRC | Family Residential Center |
| IAO | ICE Air Operations |
| MTR | Motion To Reopen |
| NWRJDC | Northwestern Regional Juvenile Detention Center |
| OREC | Order of Release on Recognizance |
| OSUP | Order of Supervision |
| PP | Passport |
| RF | Reasonable Fear |
| TD | Travel Document |
| UAC | Unaccompanied Alien Child(ren) |
| VD | Voluntary Departure |