# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER RE DEFENDANTS' APPLICATION FOR LEAVE TO FILE CENSUS DATA UNDER SEAL [1649]** |

Before the Court is Defendants' Application for Leave to File Census Records Under Seal. [Doc. # 1649.] Defendants request to file portions of the June and July 2025 census data from Customs and Border Protection ("CBP") and Immigration and Customs Enforcement ("ICE") that the Court ordered to be filed. *See* Order Re July 28, 2025 Status Conference [Doc. # 1614]. Specifically, Defendants seek leave to file under seal the following portions of the census data:

| Documents | Information to Be Sealed |
|---|---|
| June 2025 ICE Census Data | Minors' names, identifying numbers (including A numbers and agency-specific identifiers), dates of birth, countries of birth, and specific details about criminal charges |
| July 2025 ICE Census Data | Same as above |
| June 2025 CBP Census Data | Same as above |
| July 2025 CBP Census Data | Same as above |

UPON CONSIDERATION of the Application, and for the compelling reasons set forth therein, the Court **GRANTS** the Application.

Accordingly, **IT IS HEREBY ORDERED**:

Defendants are granted leave to file under seal the unredacted versions of the June and July 2025 census data from CBP and ICE. Pursuant to Local Rule 79-5.2.2(c), Defendants shall file the redacted documents (currently attached as exhibits 2-5 at Doc. # 1649) separately on the docket within three (3) days of this Order.

DATED: September 10, 2025

_____
DOLLY M. GEE
Chief United States District Judge