**TABLE OF EXHIBITS**

**Exhibit Index to Plaintiffs' Response to
Supplemental Juvenile Coordinator Reports and Data**

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | G.Z.B. Declaration (Dilley), July 28, 2025 ("G.Z.B. Decl.") |
| 2 | R.F.Z. Declaration (Dilley), July 29, 2025 ("R.F.Z. Decl.") |
| 3 | C.G.V. Declaration (Dilley), July 28, 2025 ("C.G.V. Decl.") |
| 4 | C.H.  Declaration (Dilley), July 28, 2025 ("C.H.  Decl.") |
| 5 | W.M.A. Declaration (Dilley), July 29, 2025 ("W.M.A. Decl.") |
| 6 | E.Z.R. Declaration (Dilley), May 1, 2025 ("E.Z.R. Decl.") |
| 7 | A.D.C. Declaration (Dilley), September 9, 2025 ("A.D.C. Decl.") |
| 8 | A.T. Declaration (Dilley), June 4, 2025 ("A.T. Decl.") |
| 9 | E.M. Declaration (Dilley), June 5, 2025 ("E.M. Decl.") |
| 10 | E.R.R. Declaration (Dilley), May 2, 2025 ("E.R.R. Decl.") |
| 11 | E.O.N.M. Declaration (Dilley), July 28, 2025 ("E.O.N.M. Decl.") |
| 12 | I.C.B. Declaration (Dilley), July 28, 2025 ("I.C.B. Decl.") |
| 13 | F.J.A. Declaration (Dilley), July 28, 2025 ("F.J.A. Decl.") |
| 14 | K.M. Declaration (Dilley), July 28, 2025 ("K.M. Decl.") |
| 15 | B.G.R. Declaration (Dilley), July 29, 2025 ("B.G.R. Decl.") |
| 16 | M.O. Declaration (Dilley), July 29, 2025 ("M.O. Decl.") |
| 17 | Declaration of Leecia Welch, September 15, 2025 |

**Previously Filed Declarations**

| Docket No. | Description |
|---|---|

| 1575-14 | Ex. 12 to CBP MTE, M.M. Declaration (Dilley), May 2, 2025 [Doc. # 1575-14] ("M.M. Decl.") |
|---|---|
| 1584-12 | Ex. 11 to Pls.' Opp'n to MTT, S.L. Declaration (Dilley), May 2, 2025 [Doc. # 1584-12] ("S.L. Decl.") |
| 1584-8 | Ex. 7 to Pls.' Opp'n to MTT, Y.F.A. Declaration (Dilley), May 1, 2025 [Doc. # 1584-8] ("Y.F.A. Decl.") |
| 1584-6 | Ex. 5 to Pls.' Opp'n to MTT, L.J.H.G. Declaration (Dilley), May 5, 2025 [Doc. # 1584-6] ("L.J.H.G. Decl.") |
| 1575-27 | Ex. 25 to CBP MTE, L.Q.A. Declaration (Dilley), May 2, 2025 [Doc. # 1575-27] ("L.Q.A. Decl.") |
| 1575-6 | Ex. 4 to CBP MTE, K.V.L. Declaration (Dilley), May 2, 2025 [Doc. # 1575-6] ("K.V.L. Decl.") |
| 1575-10 | Ex. 8 to CBP MTE, C.M.Z. Declaration (San Diego), March 7, 2025 [Doc. # 1575-10] ("C.M.Z. Decl.") |
| 1575-5 | Ex. 3 to CBP MTE, A.L.W. Declaration (Dilley), June 5, 2025 [Doc. # 1575-5] ("A.L.W. Decl.") |