# EXHIBIT 1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1. I, ███████████, declare as follows:

2. 1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

3. 2. I am 35 years old and my sons ███ and ███ are eleven and five. We are from ███.

4. 3. I speak Spanish and some English.

5. 4. We have been detained at Dilley for 49 days.

6. 5. Prior to Dilley, we were at a CBP station in Arizona. While we were there, a CBP official told me I was a bad mother, and that they would take away my kids and send me to jail. They didn't tell us anything at CBP about what was happening with our case or where we were going. After they took us to the airport, the escorts told us we were going to Dilley, but that they did not have any more information.

7. 6. It is hard to know what day it is because we have been at Dilley for so long.

8. 7. When we first got here, we were told that due to the new government, our only option was to be deported. We said we could not return to ███. Eventually they told us they would do a credible fear interview.

9. 8. On the third day after we arrived at Dilley, my five-year-old got a bite and they said it was a mosquito bite. But the next day, he was tired and had a fever. We went to the hospital, and they put my sons and I in a tiny isolation room. We stayed inside there for 9 days. They wanted us to stay for 14 days, but I told them it was not okay for all of us to be in such a small area for that long. They finally let us go when they didn't find anything in the bloodwork. My son now has scars from all of the sores. He is so upset about all of it. The isolation was so hard on my kids – even the mental health doctor was concerned when he came by to speak with us.

10. 9. Three days after we got to the hospital, ICE did credible fear interviews. I had mine at the hospital and my husband had his interview at the facility. Ten days after the interviews, they said our claim was rejected and that we would be deported back to ███.

10. Next they took pictures of us for our passports. They said it would take two weeks to get the passports and another week to arrange for our travel to return to ▓▓▓▓. Four weeks later, an ICE officer told us they had lost the photos and we would need to get the photos taken again. We got the pictures taken again on July 18th – and they again said it would take two weeks to get the papers.

11. We use the tablets to request an update, but they don't give us any information. Weeks and weeks pass by. On Sunday, the update we got was that they still haven't even received the documents.

12. I don't understand why some families are able to be released, but we are not. We would much rather stay in the United States, but we are resigned that we may have to be deported and find somewhere else to go because it is not safe for us in ▓▓▓▓.

13. I am trying to stay as calm as possible here. It is hard at times to see people come and go, but I am grateful to have a bed, food and a church. We are not starving. What I am most upset about is this process, the errors, and how long we have been waiting here without knowing what will happen.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 25th day
4 | of July 2025, at Dilley, Texas.

# CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 7/28/2025    *Diana Cano*