# EXHIBIT 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 11 years old and I am from ███.

3. I speak Spanish and some English.

4. I have been detained for 53 days. I remember because we came to the U.S. on the 8th of June.

5. From the start I didn't like it at this detention center because we did not get to have breakfast and then we were put in isolation. We could not go to breakfast because we had to travel all night from the Arizona border and did not get to our room until 5 am. We slept for four hours until 9 a.m. so we missed breakfast.

6. When my brother got sick, I did not like being in the isolation room at the hospital because we could not go outside. We were there for 9 days. I was sad because I could not see my father. We could not do anything. My brother was getting a fever. I was scared about it, and then I was scared that if it was chicken pox it might be contagious. But then I remembered my mom and I had already gotten the chicken pox – so I was less scared. But it was bad because we still had to stay in the room.

7. I don't want to go to the school at this place anymore because the teacher told me that every month they start repeating the work from the previous month since new kids are coming. So if it just repeats - I don't get to learn anything new.

8. They started some new rules here that I don't like. One rule is that they take the balls away from all the kids before 6 pm. That was bad enough but then the other day they started taking the balls away at 5:40. I don't know why it got even earlier when they had already been taking them away at 6. After 6 is when we can get together and play at the gym, but now we cannot even use the balls. A lot of people are leaving the gym because they want to play with the balls and we are not allowed.

1

9. Another one of the new rules is that we can't kick a ball in the gym. They also won't let us play outside when it is over 90 degrees – so when can we kick a ball? It is getting over 90 degrees every day.

10. I am starting to eat less of the food because it is very repetitive. It is the same, the same, the same. I also don't eat the food because sometimes it is too spicy.

11. Sometimes I see kids who are sad. Most of the kids don't play because they are afraid. The officials are very strict at the gym. Right away if they do some small thing the officials will threaten them that they will get a report written on them.

12. There was a little girl playing with a sandbag and she started shaking it. The officials started to scold at her about it even when she was not doing anything wrong.

13. They don't have organized activities except on a holiday like the 4th of July. There is a lady who just started coming to do bingo sometimes and we like that.

14. I would like to tell the people who run this place to take away the rule that you can't kick the ball in the gym.

15. I would like to get out of here with my family and be able to register for school and attend school. In my hometown, they don't support me with fencing. I love fencing and I want to train in the U.S. because the U.S. wins the gold and silver medals in most of the competitions.

16. My main question is when can I get out of here.

2

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 29th day
4 | of July 2025, at Dilley, Texas.

[signature redacted]

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 7/29/2025                    *Diana Cano*