# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▇▇▇▇▇▇▇▇▇▇▇▇, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 30 years old. I am from ▇▇▇▇▇▇.

3. I speak Spanish.

4. I am here with my daughter ▇▇▇▇▇▇▇▇, she is 6 years old.

5. We have been at this facility for 40 days. Many families have come and left in the time we have been here. I do not know why we have been here for so long. We don't want to go back to ▇▇▇▇▇▇, but if they are going to send us back, I don't understand why it has taken so long.

6. Before we were brought here, my daughter and I were living with my mother in Denver. We came to the United States last year. I enrolled her in school after we arrived.

7. When ICE detained my daughter and I, I told ICE I wanted her to stay with my mother. My mom is basically the only mother she has ever known. ICE said no. I started crying out of helplessness.

8. After arriving here, I submitted a question on the tablet and said that I wanted my daughter to stay here in the United States with my mother. ICE told me that my daughter also has a removal order. I've only been able to talk to ICE on the tablets. No one has talked to me about my case in person. I believe my ICE officer's name is Sollok but he has not spoken to me personally.

9. I have a condition called spondylodiscitis. I had a spinal operation in 2015. I take Tramadol. I have not been able to take Tramadol since being here, which has caused me to be in extreme pain. I can't take the other pain medicines because of other medical conditions I have. The medical staff said I can't get Tramadol here. They did offer me an injection that they said is similar to Tramadol, and after the first injection, I felt better for a short period. But the pain came back again. I didn't get another injection for another week. That was the last time I got an injection, and that was 20 days ago.

10. It hurts to walk. I don't want my daughter to see me in a wheelchair, so I don't use one. My daughter can see that I am in pain and she asks why I'm hurting. But I can't walk without pain. I usually only get up to walk to the cafeteria and I stay in the room the rest of the time. My daughter has to stay with me. I've been told she's not allowed to go with the staff or go alone anywhere. We can't even sit outside for a little bit because the staff say it's too hot, even though we are almost always in our room.

11. I had a dental appointment here on July 10 because I had a hurting tooth that needed to be taken out. They gave me anesthesia and started working on it. Blood was coming out of my mouth and my daughter was upset and crying because she didn't know what was happening. But then they stopped and said they don't have sufficient tools and that I need to come back in on July 28. I was so confused, and I had pain in my jaw because of the dental work. I can only chew on one side of my mouth, and my mouth feels very sensitive.

12. My daughter has seen a psychologist every week here. She told the psychologist recently that she wants to go play with friends, but she can't because her dad can't go out with her.

13. My daughter is suffering here. She wakes up in the middle of the night from nightmares, and she cries at night.

14. She said she wants to go outside to a park, and I have to tell her that we can't. I've told her to go to the little school that they offer here, but she said it's boring and they don't teach anything, they just color. And it's only one hour per day. But she doesn't want to go anymore.

15. I asked for new shoes for my daughter a week ago. There's a hole straight through the shoe, and now my daughter has blisters on her feet. I asked an official about my request for new shoes and they told me: "That's not my problem."

16. She has almost stopped eating entirely because it's not like what she used to eat. They serve beans every day but she can't eat those because it hurts her stomach. The menu has not changed and we've been here for 40 days.

17. I am feeling anxiety and depression from being here for so long. I've chewed on all my nails.

18. Everything costs money here. It costs $1.35 or $1.75 a minute to call a mobile phone in ▓▓▓▓. I've heard there are video calls, but my mom hasn't been able to figure out how to set it up.

19. Since I got here, they also raised the prices on items for people detained here to purchase. I have to buy shampoo and body soap for my daughter because the soap in the showers is just hand soap and it irritates her skin. I can say it's hand soap because it's the same soap that's everywhere else in this place. There's no shampoo in the showers.

20. We usually only drink water when we buy bottled water. I've heard that the water is safe to drink, but it smells bad and I'm worried my daughter could get sick from it. I don't think the water in the big containers is filtered because it smells the same as the water from the sink in the room.

21. There's an orientation video on the computers that we've watched about what we should receive here, and it's not followed. For example, the video says we should receive six pairs of pants and I usually only have two.

22. I would like to know when we are going to leave this place. No one has paid attention to our case.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 28 day
4  of July 2025, at Dilley, Texas.

## CERTIFICATE OF INTERPRETATION

My name is Rachel Smith and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: July 28, 2025

Rachel Smith