# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████ng, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 33 years old. I am from ███████. I came with my son ███████ who is six years old.

3. I speak ███████.

Entry to Dilley

4. I have been detained at the Dilley for 77 days.

5. We crossed the border from Mexico into Texas by boat, around May 8, 2025. We were arrested when we landed on shore. Before I was brought here, I was taken to a CBP facility in Texas.

6. I have never come to the US before.

Texas CBP

7. We were detained for three days at the facility.

8. I was able to use a phone to call a family member but I could not call an attorney.

Dilley

9. I was able to speak to an attorney when I arrived in Dilley and they asked for an interview for my son and me.

10. I was interviewed by an officer who asked about whether I could return to ███████. I didn't feel like we had any chance to tell them why we could not go back.

11. They told me I failed.

12. I have never seen an immigration judge.

13. They told us that they will deport us to ███████, but they did not say when.

14. I received an interview because the attorney assisted me to receive it, but after the interview they told me I failed and that they would try to deport me and my son, but they didn't tell me anything else.

1

15. There were other fathers and children in the area where we sleep, but they have left since.

16. There are no families with us now.

17. There are bunk beds in the room. There is a sink in the room and a phone. We must pay to use the phone. The calls are very expensive, especially international calls.

18. There is a phone in the room but we have to pay to use it. Even if we do not have money we cannot get a free phone call. The calls are very expensive.

19. They come in and out of the room without knocking. Some are polite, but others barge in without warning us that they are entering.

20. They do not turn off the lights at night.

21. It is difficult for my son to sleep because of the lights and because it is loud at night. The staff talk on very loud walkie talkies throughout the night.

22. There is no restroom in the room. We can use a public restroom in the building shared with other families.

23. It is cold in the room where we sleep. We get blankets but they took our sweaters away. We had them before, but about two weeks a staff member came to the room and asked me to open my closet. When I opened the closet the took our clothes, leaving only two t shirts, two pairs of pants, and two pairs of boxers. For my son they only left him with two t shirts, three pants and two boxers.

24. We can use the laundry when we need to. We have to wash every day because we have only two outfits to wear.

25. My son and I only get sweatpants, we cannot wear shorts even though it gets very hot.

26. There is no school my son can go to. For kids his age, they just put them in a room to draw some pictures.

27. There is nothing for him to do while we are here. There are no toys for him. There is a TV, but we cannot understand because they are all in English or Spanish. He has been here so long, it is terribly boring for him.

28. From 7am until 8pm we are able to leave, but at night the doors are shut to our trailer where we sleep. We can use the washroom but cannot go out or do anything outside.

29. My son fell and scratched his arms. We went to medical to get checked. They just gave him some cream.

30. Currently he has a toothache and they have only given ibuprofen. They did not help him. They didn't tell us what treatment they could give him. They said he had a cavity but they did not help him. It has been more than 20 days and they still haven't told me how they will treat him.

31. My son complains about his toothache every day. Yesterday I asked to see the dentist again but they will only give him ibuprofen.

32. It is very hard for him to eat because his tooth is hurting.

33. We just want to get out of here, but they will not release us.

34. He has no appetite because we are not familiar with the food. I do not know even what it is because there is no food like this where we are from. We eat just enough to survive.

35. There is no bottled water. There is a filter in one place. Only water with the filter is drinkable. Other water you cannot drink.

36. The water with a filter is in the trailer where our room is but not in our room.

37. They give us only very small paper cones to drink from. We cannot put them by our bed or take them outside.

38. I have not been told about my rights or about a case called *Flores*.

39. No one has told me how long we will be here or that there is a maximum number of days that children can be here.

40. Many families stay more than twenty days.

41. There are many children here who have been here 40, or 50, or more days.

42. We have family here in the U.S. My older sister and my wife, my son's mother, live here in the U.S.

3

43. My sister's boyfriend is a citizen. We will live with them when we get out and they will help care for my son.

44. I do not have a passport and they said we cannot get on a plane because of that.

45. The embassy would need me to apply in person for a new passport and we cannot do that. Even then it would take 20 or so days to receive. They said they have gotten me a new passport and that they have my passport, but I think they were not being truthful. They never took a picture of me, I never applied for a passport, so how could they have gotten my son and I a passport?

46. We can only email immigration officers, we are not able to email anyone else. We have a tablet. I tried to send an email to another person but the tablet did not allow me, it did not go through to the person.

47. The interview was about a month ago and still nothing has happened.

48. We just want a lawyer to help us, we need to get out of here.

1  I declare under penalty of perjury that the foregoing is true and correct. I understand
2  that I have to tell the truth in this declaration. The interviewer read the declaration
3  to me and everything in it is true and accurate. Executed on July 28, 2025 at Dilley.

Dated:   July 28, 2025



# DECLARATION OF SARAH KAHN
## REGARDING INTERPRETER CERTIFICATE

My name is Sarah Kahn and I swear that on July 28, 2025, I contacted the professional translation service Jeenie. I spoke with a professional interpreter who confirmed to me that she was fluent in both the English and ▮▮▮▮ languages. I read to this interpreter the declaration of ▮▮▮▮ line by line and the interpreter repeated each line in ▮▮▮▮ to ▮▮▮▮, who responded through the interpreter. I reached out to Jeenie support on July 31, 2025 requesting a certificate of interpretation. On August 7, 2025, I received a message from Jeenie support stating that after several attempts, they were unable to reach the interpreter for her signature.

Dated: August 18, 2025                                   _[signature]_____