# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 15 years old. I am from ▮▮▮▮▮▮. I speak Spanish.

3. I came to the United States in 2023. I went to an immigration shelter, and my aunt sponsored me. I was only in the shelter for a short time.

4. Before I arrived at this facility I was living in Florida with my dad. We are now detained at the Dilley detention center together.

5. I have been detained at this facility for more than 20 days.

6. The day we arrived here was my 15th birthday.

7. My next court date isn't until August 22nd but I'm not sure when I'm going to be able to leave this place.

8. My dad and I are in a room by ourselves. Because I'm 15, I have a pass which means I can walk around the facility without my dad.

9. I buy a lot of things from the commissary like Maruchan, popcorn, and soap and shampoo. I have to buy soap and shampoo because the soap that's in the showers is the same hand soap that is at the sink, and it stings my skin.

10. I have to pay for phone calls to my family. I received a free phone call the day I arrived, but that was it. There are no more free calls.

11. I've met other girls my age here. We all want to leave. It gets really boring here, and there are a lot of rules. For example, we can't hold hands, hug, or touch each other at all. That rule applies to all kids, young and old.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 29 day
4  of  July  2025, at Dilley, Texas.

## CERTIFICATE OF INTERPRETATION

My name is Rachel Smith and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: July 29, 2025

Rachel Smith