# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 16 years old. I am from ███████. I speak Spanish.

3. I entered the United States around December 2024. I was at the border for a day before I was transferred to a shelter. I was at the shelter for about two weeks before I went to live with my mom and my younger brother and sister in Cleveland, Ohio.

4. I was in ninth grade at ███████████ High School. I am learning English. I had made friends with some girls at my school.

Entry to Dilley

5. I woke up one day in April, around 6 AM, and there were agents in our living room. My mom said they were immigration agents and that we had to go with them. I remember feeling scared that we were being deported. The agents took us to some place and then I ended up at this center.

6. We have been here for 14 days. I don't know what's going to happen to us. I feel like I am locked up in a prison.

7. The staff doesn't really talk to us here. I have talked to my family members by phone, but you have to pay for phone calls. I haven't talked to any of my friends. I miss them a lot.

8. I don't eat a lot here and I've lost weight since being at this center. I usually do not want to eat because I feel so much anxiety.

9. There is only one hour of class here each day.

10. I really want to leave this place.

11. I would like to be a flight attendant when I grow up. I like the idea of being able to travel around the world.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this __1st__ day
4  of __May__ 2025, at __Dilley, Texas__.

Name: █████████████

## CERTIFICATE OF INTERPRETATION

My name is ___Rachel Smith___ and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: __May 1, 2025__         _[signature]_