# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1. I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 45 years old. I am from ▓▓▓▓▓▓.

3. I speak English, Spanish, Portuguese and some French and Italian.

4. I came to the U.S. with my family – my wife, our two daughters (19 years old and 16 years old ) and our son (9 years old). We were taken to a CBP facility for about a day and then driven to Dilley. When we arrived at the processing center, they separated us from our 19-year-old daughter. She had lived with us all her life and it was very hard for her to separate from us. We were all crying. They said we had to be separated from her because she is an adult even though we came here together as a family. It has been awful since we separated; we have been worrying all the time. It has been especially hard for our son because he has a strong bond and psychological link with his sister. She is at an adult detention center, and we have only been able to talk to her two times since we arrived here.

**Dilley Family Detention Center**

5. We have been detained at Dilley for 25 days.

6. My nine-year-old son is on the autism spectrum. He was diagnosed when he was around two years old. We saw many specialists including a pediatric neurologist and a children's psychologist. They helped diagnose our son and prepare a treatment plan. They said that with proper treatment, he would be able to have a good life and be an independent man. Before we came here, our son was receiving four different therapies: behavioral therapy, speech therapy, occupational therapy and physical therapy. He was having a consult with a neurologist every six months. He had a very stable, structured life. He was in 2nd grade; attended a full school day; and would go to therapy three times per week. His favorite subject is math, and he reads very well in Spanish and English. He has special skills in math and can learn math concepts very rapidly.

7. When we came here, they did basic intake and we did not receive any special treatment for our son.

8. Our family is living separately. My son is staying with me in one area for fathers with children and my daughter is staying with my wife in another area for mothers with children.

9. We have been telling the staff that being here is very hard for our son because of his condition. He is extremely sensitive to smells, sounds and textures. There are no therapies or treatments for him here. We have gone to the doctor several times, but the options are very limited. For example, since arriving here, our son started refusing to use the bathroom because of how strong the smells are – the cleaning chemicals and other smells. When he would go in the restroom, he would throw up. Because he would not want to go in there, he would hold it and hold it, and then eventually he would pee his pants. Some days, I would need to change his clothes five or six times. I needed to ask for extra t-shirts and pants because I needed to change his clothes so many times a day and wash them every day. I still need to change his clothes 3 or 4 times sometimes. I am washing clothes every day.

10. When our son was refusing to use the bathroom, they tried to offer us a different bathroom he could use in the medical area. But that particular room was upsetting to him because it was near doctors and he worried about getting shots and was fearful. Eventually, they offered us the option of using diapers. That was hard because he hasn't needed diapers since he was two. A few days ago, they gave us a pack of diapers and we are using them at night because he doesn't want to use them during the day.

11. Last night, it was really difficult because my son knew he needed to use the restroom to have a bowel movement, but he did not want to get near the toilet. He was in the bathroom crying and yelling and hitting himself. He soiled all over his clothing and his body. Then I needed to try to help him calm down and clean all of the excrement off of his body and the floor. He was so upset, and it was really heartbreaking to see him going through that.

12. Although they gave me a pack of diapers, they will only give one tablespoon of diaper cream at a time. That means I have to wait in line or go to the pharmacy at 7 a.m., 1 p.m., and 7 p.m. to get one tablespoon of cream. He needs the cream to protect his skin from getting a rash.

13. Here there is just a small classroom where kids can go for an hour. We tried to take our son to the classroom, but he did not like it. It did not meet his learning style – which is more technology-based than using worksheets. He was bored and they were not equipped to help him or create a program for him.

14. There are not structured activities here – there are just balls or board games kids can play with. There are not activities that work for my son here at all. The gym has 70 or so people sometimes and it is very loud with a lot going on. When there are so many people and so much noise, it is not a good environment for little kids or kids with a condition like my son.

15. We have to buy hygiene items for our children at the store. We have to buy shampoo, toothpaste, toothbrushes, and deodorant.

16. Being here has been very hard for our daughter, too, because she was so close to her older sister. Since we were separated, she's felt very alone. It has also been hard because my daughter and wife have been living in a trailer with two other families. Our daughter has been trying to be strong and adapt to the situation, but it is hard to do things like share a bathroom with strangers or be constantly monitored by staff. She has no privacy or freedom, and it has been a shock for her. Sleeping is also difficult for her. She is in the upper bunk and the lights are on all night, so it really disrupts her sleep. Even with an eye mask, she still sees the light and cannot get good sleep.

17. My son and I wake up several times during the night. The light is the biggest issue for my son. He doesn't like the light on when he sleeps and he constantly turns it off because he doesn't understand. Then I have to turn it back on because staff won't allow it. It is also loud because staff are talking on their radios throughout the night, which wakes us up.

3

18. The secure nature of this facility is also hard for my son. This place is surrounded by a metal fence. My son is always saying that he would like to go out but of course we can't cross the fence. We know we are like prisoners here, and we try to help him understand why his space is so limited. We try to explain to him the limits of various places, but it is hard for him. There are officers everywhere and they are watching. If we are doing something they don't like, they are going to come and tell us so we try to do what we can. It is also hard that there are no trees for shade. Because of his condition, it is even harder for him to adapt to these limits on his mobility.

19. We are not allowed to have water bottles here. We can use the cups in the dining area or in the living area. One of the officers told me that it was not safe to drink the water in the living areas and we should use the water in the dining area.

20. This morning, we talked to an ICE officer. He said that we were going to be deported. He did not give us a date but said that we received a negative CAT interview. At the same time, our 19-year-old daughter received a positive CAT interview. It makes no sense because the cases are about the same facts. I am an engineer in environmental science and my wife is a nurse. We are both pastors. My daughters were in college studying law and psychology. We had a good life but it was no longer safe for us, and we had to leave quickly. We all fear for our lives if we return to ▬▬▬. Regardless of what happens, we want to be together with our daughter.

21. We are not allowed to have any visitation here. We are allowed to make phone calls, but it costs about 60 cents a minute to call ▬▬▬ They just gave us a few free minutes when we arrived, and then everything must be paid for.

22. My wife has shared that children are really suffering who are separated from their fathers. Last night, she heard a child crying around 1 a.m. When she went to check, the mom said that it was really hard on her because she was used to sleeping with both her parents but, here, she is only able to sleep with her mom.

23. It is so difficult for my son to be here, and his behaviors have really been regressing and going back to previous behaviors like when he was a small boy. The need

to wear diapers is just one example.  We have also seen an increase in tantrums, yelling and having episodes when he does not get what he wants.  This morning as we were waiting to speak with Flores counsel, he was yelling and throwing the apple sauce because he was upset about having to leave the library.  These are behaviors we haven't seen for a long time.  He always is saying: "When are we going to get out of Core Civic. I want to go out of Core Civic.  Let's take a plane. Let's take a plane."  He reads the signs and that is what he calls it here.  He says he wants to go home – he just keeps saying that. Sometimes, we will just be sitting on the couch and all of a sudden, he will start weeping and say: "Daddy, let's go home.  I want to get out of here."  I have to embrace him and hug him and say "Soon.  Soon."

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 9th day
4  of September 2025, at Dilley, Texas.

[signature redacted]