# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 33 years old and my children are 15 (███████████████), 11 (███████████████), and 8 (███████████████). We are from ███████.

3. I speak Spanish.

4. We have been detained at Dilley for ten days.

5. Before we arrived at this facility we were living in San Antonio. We have been living in the United States for about a year and eight months. My kids are in 9th, 5th and 3rd grades, and everyone was doing well. It was almost the end of the school year and my older son was going to have his final exams. They were even going to school on Saturdays so that they could have more education.

6. I got a call from someone who I thought supervised my older son's immigration case. They said they would like to meet with us, and I thought it was a wellness check because he had been receiving post release services. They asked if I could come to the office, but I said I would rather meet at my home. We arranged for them to come by our house at 4:30 pm. When they arrived, I let them in and they did not identify themselves as being from ICE. There were three people at first. I started telling them about all my kids, and they said they only needed information about my older son. After about five or so minutes, they told us they were with ICE and that I had an order of deportation because I had missed a court date. They did not show me any documentation; they just told me that information and then wanted to know which child was which. Soon more people came. There were three cars of people – all in just regular cars. There was nothing identifying them as ICE.

7. They told us they needed to detain us and that we would be deported. They told us we could get a little bag of clothes to take with us. They said my older son still had court dates and could stay, but my younger children and I would be deported. They separated me and my younger children from my older son and put us in different vehicles. I kept

watching to make sure my older son was still in the vehicle behind us. They took us somewhere in San Antonio. At that office, they asked me if I wanted my older son to be deported with us or stay and go into State custody. I said I wanted my son to go with us. Then they drove us to Dilley and we arrived at 2 a.m.

Dilley Family Detention

8.    Last Thursday, we were told by an ICE Agent that we might be able to stay here until my older son has his court date in January. He also mentioned something about a fine being an option. The third option was for us to be deported soon. Yesterday I got a phone call from another ICE Agent, and he asked me again if I wanted my older son to stay or be deported with us. I asked if he could go with a sponsor, and he said that if he stayed he would have to go into State custody. The agent then told me that I would need to sign a form and the form would cancel his court date in January. I have not seen the form, yet.

9.    They gave us a book with information about the facility when we arrived at Dilley. I asked a guard for information to call a lawyer, but the guard said that getting a lawyer would be a waste of my money. We haven't been given a list of available free legal counsel for my children.

10.   If my children want to use the phone, we have to pay for it. Yesterday was the first time we were able to make a phone call because of the cost.

11.   My kids are not used to the food here so they aren't really eating much of it. The water has a bad taste so we don't drink it. I only take a sip when I have my medication, but otherwise I don't. My kids just drink lemonade when we have the meals. We haven't had water since we got here.

12.   We live in Yellow 2. There were other families with us, but right now we are by ourselves. The lights in the room are kept on all night. They told us since the beginning that the lights must be left on.

13. My two younger children have to be with me at all times. Children twelve and up can get a pass to move around the facility on their own – so my older son does not have to be with us all the time.

14. My kids have three sets of clothes, but they don't have any shorts. I requested more clothes for them about four days ago, but we haven't gotten them.

15. While we're here, my kids are mainly just going outside to play. There aren't organized activities. It's pretty much just they can play on their own. They have gone to the education room a couple times. My daughter mainly just colors. My boys have been given single worksheets of math or English. In the ten days that we have been here, there have not been activities like karaoke or movies or snow cones. Such things are definitely not happening here.

16. My main worry is that they don't let us know any information. It is scary not knowing what is going to happen next.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 2nd day
4  of May 2025, at Dilley, Texas.

# CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 5/02/2025                    *Diana Cano*