# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 13 years old. I am from ████████.

3.      I speak Spanish and a bit of English.

Entry to Dilley

4.      I have been detained at the Dilley Facility for 53 days. I am here with my mom, dad, and 9-year old sister, but I stay in a room with my dad here. The thing we wish the most is that we could all stay together the four of us.

5.      Before I was brought to Dilley, I was living in Los Angeles in California. That had been my home for about a year and a half. The four of us all lived together. I was going to school and in seventh grade. I really like math and had good grades.

6.      On June 4, 2025, we went to an ISAP appointment all together after they sent dad a message saying to check in. We showed up together and they detained us and did not let us leave.

Dilley

7.      No one said anything about why we are still here or how long we will be here. Without that information, we feel hopeless. There is no case manager.

8.      During the day, the four of us are together and can go to the library and gym, but at night we are apart. When we first got here I stayed with my mom and sister. But then after about 15 days they started having me stay with my dad because I am 13. My sister cried every night after that because she wanted me with her.

9.      We sleep in a room with bunkbeds that fits 12 people, and the others are all fathers and sons. In the room there is a television, but because there are so many people in the room there are some who take control of the remote or don't want it on, so we cannot watch what we want. There are arguments about that so we stay out of it. I don't know

1

why we all share the room because there are so many other rooms that are empty, and I wish we could have a private room. I don't know why we can't have a trailer together as a family when so many are empty.

10.    My mom said there used to be women in her room who didn't get along. One woman said something mean to the little girl, and the family asked the staff if they could stay in another room. But the staff didn't pay attention until they got in a physical altercation. Then they moved them.

11.    Whenever I need to go to the bathroom, I have to go with my dad, or else they will yell at us. The same thing happens to my sister and her mom.

12.    I feel so bored. I don't want to be here. I feel depressed and do not eat much.

13.    It's hard to sleep because the lights are always on. If you put a blanket over your face in bed to not see the light, the staff will come in the night and pull it off. I don't know why, but the officers come in all throughout the night and slam the door. They don't speak, but the slamming doors and loud walkie-talkies keep us up. The ones outside in the hall watching also talk and laugh loudly and that makes it hard to sleep.

14.    If you need to use the bathroom at night you need to go outside. Since I cannot be allowed alone at night, if my dad has to go, I have to get up and if I have to go, he has to get up.

15.    The food is the same every day, so when you smell it it's the same each time and it starts to smell really gross and make you not want to eat.

16.    My mom is diabetic and everything is with white rice, potatoes, and wheat. She doesn't have options that are good for her with diabetes and its stressful.

17.    It's really hard for my dad and sister, because they are allergic to red meat, but sometimes there is only red meat and they cannot have anything other than the salad.

18.    It's really hot outside and they don't let us go outside when it's hot. It's the case almost every day. But most of the time they require us to stay inside in the gym or our room. Even when it is nice out they will say that we cannot be outside or separated from our family at any point, so we have to just stay inside together. In the evening they will

sometimes give us 30 minutes outside, but they require us to be in our room by 8 pm, which means we cannot go out during the coolest times of day.

19.     If it's hot out and we are sitting in the shade outside they will tell us that if we do not go inside, that they will give us a report and write down that we do not follow rules.

20.     They make us stay inside, but in the rooms and gym it is cold. We ask them to turn the AC so it is not so cold, but they said that no, and it is ICE rules that it be cold, so we feel cold all the time in there. We only get two pants, three shirts, one sweater, and then you have to wash them every day, but then things get lost in the machine. If a shirt gets lost you have to request a new one but when that happened to my dad, it took 15 days from the request to get a new one. My mom's shoes broke three days ago, so that the bottom no longer works. She asked for new ones, but they haven't given them.

21.     We were told that they would only keep us here 20 days, but now they are keeping us so long. It's been 53 days.

22.     I don't understand why there are people like us that ICE says are going to be deported but then ICE still keeps us here. Some people get deported right away, but we've been here so long. We can't stand being here anymore, because it has been so many days.

23.     My mom has been going to the psychologist because she cannot sleep. She has so much stress and stays up all night. The psychiatrist told her she could give me medicine to sleep, but she is worried about taking that sort of medicine.

24.     My parents are not allowed to hug or hold hands here and that makes me sad.

25.     I have never gone to the school here. My sister has gone and was really bored. They didn't teach English, but some math in English, and it was only for an hour.

26.     The school I went to before this was so nice. I learned a lot.

27.     Here during the day, I go to the gym where I can be from 8 am to 8 pm or the library which I can only be in from 8 am to 11 am. In the library I can be on the computer for one hour and there are some books to read. The gym used to be nice because you used

to be able to play all day, but recently they started taking balls away at 6 pm, and it feels strict.

28.    I cannot go to all the places I want to go. I cannot go to my sister and mom's room. I have a pass though and can sometimes go to the gym and library without my dad, though I can never be in the room or cafeteria without him. My sister is too young to get one and has to be with her mom always. There is a fence around the whole place, and it makes me feel bad because it has been so many days.

29.    We have had trouble with some officials who sometimes treat us badly, including the little kids. They sometimes speak badly to the parents or children, and my dad doesn't even like to talk to them because they are so aggressive. There was a small boy who accidentally hit a staff member with a ball he was playing with and the staff member yelled "pendejo" at him in front of the other parents. The boy was trying to apologize and started crying. Parents reported him and I have not seen him again. They should treat people better here because we are children. This isn't a prison just for adults. My parents asked if they have trained them to be able to deal with children. They said yes, but the behavior we see concerns my parents.

30.    In the morning there are times when we see rattlesnakes here. I have seen multiple. We are very scared that the snakes are going to bite a young child, and we have seen the staff kill one that was angry and put a bucket over another.

31.    We also saw a wasps nest and the wasps circulated the area. We had to stay away, so someone could fumigate it.

32.    We have all been feeling stomach aches, especially when we drink the water. A lot of people do not like to drink the water here because it is not good. We are only allowed to drink from the filtered water, and the staff tell us that we cannot drink the water from the sinks because it is bad. But even when we drink the filtered water we all get stomach aches. They sell water, too, but it is so expensive and we cannot afford it. We have never bought it because it is like $1.25 for a bottle.

33.    There is a pitcher for 12 people in the room, and it is not enough, so we have to fill it up all the time. Also, when people have a water bottle and try to refill it, the staff take it away and say they cannot. My dad once went into an empty room that has a pitcher and tried to bring it back so we would have more to fill up because his thyroid condition was acting up and he felt sick. But the officials took it back, so we are only allowed one pitcher.

34.    We did not have very much cash when we got here, and we have had to spend it on the commissary soap, because the soap in the showers has given us an allergic reaction. It is the same as the hand soap in the showers and there is no shampoo. But because our body is more fragile than our hands it makes us really itchy and covered in hives. When we use the soap from the commissary our skin is fine, and same with others, but people who use the soap in the shower have those hives. The shampoo costs $4 and the soap costs $3.

35.    What we need more than anything is to get out of here. They are taking so many people here, they keep coming and there are so many people like us that have been here two months. There is no barber, and our hair is getting so long. People will not recognize me when I get out.

36.    My parents are so worried for me that we are not studying or able to do anything to support our future here.

37.    Our stomachs hurt a lot at night. That's part of what keeps my mom up especially. We buy Pepto-Bismol from the commissary.

38.    My dad has a thyroid condition for which he needs to take medication. My mom thinks it is worse because of the food here. We have to get up at 5:15 am to go to the pill line. I did not want to get up that early, so my dad asked if he could take it at 7 am instead. The doctor said the condition was getting worse here.

39.    I see psychologist that I see every 8 days. She asks if I ate or slept and then tells me to come back.

5

40.     We also feel like the bathrooms are really dirty, and need to be cleaned more. My dad says that when he was separated from me he had to use a really dirty bathroom for the fathers kept apart.

41.     We cannot make calls here much because we do not have money. My grandma said to stop calling because we cannot afford it. They say it costs about $10 cents a minute, but it costs way more than that. My mom called a friend who lives in the United States and it was $5 for a couple calls to her. It's way more if it's abroad, you can spend $5 in a quick call. The tablet calls are even more, so we have never done it because we cannot afford it.

42.     We are not allowed to make a free call to our family. We were only allowed to make a free call for five minutes one time when we got here. It is a lie if they say we can make free calls to our family because we have not been allowed.

43.     Also, it costs money to send a message on the tablet. My mom does not have any money in her account so we have been trying to ask questions to ICE through the tablet and it says it cannot send because of the money. It just shows that $0.00 and prevents it. Anyone saying that is free is lying. My dad was able to send the message when he had $1.00 to ask the status of his case and if we would we get deported soon because we are suffering so much in detention. The response that he got is that they are waiting for the response from the judge.

44.     No one is allowed to visit us here.

45.     We received the page that had the number of various legal organizations and got in contact with RAICES. We have not been able to call our lawyers for free, because we have no money and cannot call RAICES. When my dad called them, it cost money. When we say to the officers we want to call RAICES, they don't let us.

46.     No one has talked to us about *Flores* here, except the RAICES lawyers.

47.     There are people who feel unsafe here. Especially, people who have been here really long time have started to become unstable. There was a man who broke the television and window.

1    I declare under my duty to tell the truth and penalty of perjury that to the best of my

2    knowledge, all the information I have here given is correct and complete and I understand

3    the legal consequences of testifying falsely to the authorities. Executed on this _28_ day

4    of ____July____ , # 2025, at Alley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _07/28/2025_