# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 14 years old. I am from ████████.

3. I speak Spanish and a little English.

4. Before I was detained, I was living in Bakersfield, CA. My family came to the United States last year. My brother and I were both in school. He was in first grade, and I was a freshman in high school.

Dilley Detention Center

5. I am detained with my 7-year-old brother, ██████, and my parents. My family has been here for 54 days.

6. My mom, brother, and I are in a room by ourselves. My dad has to sleep in another room. The lights are on at night. At first, it was very hard to sleep because of the lights, combined with the fact that I didn't want to be here. Also, when the guards are outside of the rooms at night, their radios are very loud and you can hear everything.

7. It bothers it me that I have to go outside to walk to the bathroom because it's hot outside, or sometimes I'm sleepy. The bathrooms are also very dirty. The toilets are dirty and the showers have hair on them.

8. Being here has affected my little brother a lot. He doesn't sleep well. He cries all night. Yesterday he had an attack where he would not stop crying from 7pm to 9pm and he was outside the room crying that he didn't want to go back in and that he wanted to be free.

9. My brother doesn't eat anymore, so he needed PediaSure. My parents had to almost beg the medical staff to give him PediaSure. He doesn't like the food served here and neither do I. Sometimes the food is too spicy or it has too many condiments. The chicken tastes like plastic. Someone I know here broke his tooth eating something here. The menu doesn't change, so it's something different every day but it's repeated. If I don't like the food that day, I usually just have bread and water and that's it.

10. The tap water in the room tastes bad. I think a bottled water costs $1.25. We usually just drink the water in the cafeteria. But you can only go in the cafeteria during certain times, like 7-8am, 12-1pm, and 5-6pm, so you can't get water from there outside of those times. And they don't let you bring in your water bottle to the cafeteria to fill it up with water to take with you.

11. There's a psychologist here, but she doesn't help. My parents are not allowed to express their feelings even though they are in the visit with us. The psychologist said she's only here to talk to the children. When we talked about my brother crying at night, she just said not to worry, and that she can't do anything.

12. There is not much to do here. I don't go to the school. It's just one hour per day. The two times I went they just gave out math pages to do. The teacher didn't teach.

13. When it's really hot outside, we can only play in the gym, but the gym is freezing and it's really loud, which I don't like. But I usually stay there all day because the other option is staying in the room. Sometimes I can go to the library and watch videos on the computer, but the hours are limited.

14. There was a guard who turned on music for us some days on a radio and it was fun to listen to music. But as of about two weeks ago the guards can't play music for us, and I don't know why.

15. The movies and television here are all in English, so it's boring. There should be movies in Spanish, and in Russian and other languages for other families who are here who don't speak English.

16. I wish I could use my phone. It's been two months since I've used it. I talk to my uncle in the United States on the phones here sometimes. It's expensive to call to ▮▮▮▮, something like $5 or $8 per minute—I'm not sure. We haven't done video calls, but I know those also cost money.

17. This is terrible here. I've been waiting here many days. Some people have been here for three months. It's horrible, horrible, horrible. I don't want to spend more time locked up here.

18. I think we are waiting for a flight to go back to ▮▮▮▮▮. But I don't know why we have been here for so long.

19. When I grow up, I would like to be a judge.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 28 day of July 2025, at Dilley, Texas.

# CERTIFICATE OF INTERPRETATION

My name is Rachel Smith and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: July 28, 2025

Rachel Smith