# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 24 years old. I am from ████████.

3. I speak Spanish.

4. I have been detained at the Dilley detention center for about two weeks since about July 14, 2025. I am detained here with my four-year-old son. I am a single mother.

5. In November 2021, I came to the United States with my son when he was one year old. We were apprehended by CBP and detained for about seven days in Texas. Then they released me and told me to report to ICE. When I went to my ICE appointment in Georgia, they put an ankle monitor on me. I regularly presented myself to ICE for the next year and never missed an appointment. After about a year, I went to the ISAP office and they took off my ankle monitor and replaced it instead with an application on my phone. Through the app, I had to answer a call every 15 days and send photos of myself, and occasionally appear in person. I always complied with every requirement and made all my appointments.

6. I applied for a work permit with a lawyer and received a work permit. I think this is based on the fact that I was paroled from custody.

7. I also hired a lawyer to for my son to stay in the United States. He had an initial immigration court hearing scheduled for 2026.

8. In June, I got a message on my app to present to the ISAP office. I went to my ISAP appointment on or about June 4, 2025. They told me I had to buy a ticket and leave the country in one month, and then they put a new ankle monitor on me.

9. About eight days later they called me again. I had not yet bought my ticket, because I didn't have a valid passport yet. I told the officer who called that I needed to get my passport. They told me to come to an appointment with ICE.

10. Of course I came to my appointment, as I always have. I came with my son. When I arrived, there were many other women with children.

1

11. When I saw the ICE officer, they said they were going to deport me. They arrested me and my son, and brought me to Dilley. I was devastated.

Detention at Dilley

12. I've been at Dilley for about two weeks. It is too hard for my son to be here. He's been through trauma, and being detained here is affecting him. I cannot put him through this anymore, so I told ICE I wanted to go out of detention and I am willing to sign my removal.

13. I'm waiting for my son's next immigration court hearing on August 8, 2025. I think they must have moved up his court date. I don't know what will happen at that hearing. But my little boy can't stay here any longer.

14. My son doesn't eat the food here. I have to buy him cereal from the commissary, because it is the only thing he'll eat. In the evenings, sometimes he asks me for more to eat, but the only healthy snack available is apples. He won't eat them anymore and asks for different things, and it breaks my heart I can't give it to him

15. I don't go outside much because it's so hot, and the change of temperature from the heat outside to all the inside areas that are so cold makes a lot of kids sick.

16. We live in a dormitory area now with bunk beds. But my little boy prefers to sleep on the floor, because the beds are not comfortable. My son also misses his home and his things. He always says to me, "Mama, boom, vamonos," meaning he wants to get out of here right now. Like any other four-year-old, he wants his own bed, his own blanket, and his toys. He cries for these things a lot.

17. Before they arrested me, I was in the process of seeing pediatricians in Georgia to see why it was my son doesn't talk much. I thought maybe he was traumatized from our journey to the United States. The doctors told me to see a psychologist, but I never got the chance because of my arrest.

18. I wish I could give my son the life he deserves here in the United States. Things were going well for us here, and I was doing everything the immigration agencies asked of me. I do not know why they had to change their minds about me and take everything

away from us, after giving us hope for so many years. I didn't do anything to make them change. I thought if I kept doing what they asked, they would give me and my son a chance here. But I can't take this detention for him anymore. He needs to be outside of here to have his life back. I am just so sad for him all the time.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 28th day
4 | of July 2024, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is __Badas Vakili__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: __7/28/25__                              _____
                                                [Name]