# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 34 years old. I am from ███████.

3. I speak ███████.

4. I have been detained at Dilley detention center since May 4, 2025. I am detained here with my husband and daughter, who is 6 years old.

5. We arrived at the United States by car and presented ourselves at the Otay Mesa port of entry on about April 15, 2025. My husband was driving. We immediately told the border official that we requested political asylum and gave them our passports. After a few hours keeping us in the car, they brought us into the Otay Mesa port of entry building.

Detention at Otay Mesa Port of Entry:

6. They detained us at the Otay Mesa port of entry for 18 days, until May 3, 2025.

7. The conditions at Otay Mesa were a nightmare. I was held in one cell with my six-year-old daughter, while my husband – her father – was held separately. For the first six days, in the cell my daughter and I were in, there was also a mother and daughter from Belarus. They left after six days, and then my daughter and I were alone for another five days. After that, more people came and it got more crowded in our cell. I believe the maximum number was 15 of us. But that didn't last long, because one girl had autism and screamed a lot, so they moved her out of our cell. The rest of the time it was about 12 people, including three boys. The oldest boy was 11, he came on the 11th day. About a day later, two more families came in – two mothers with boys.

8. At Otay Mesa, CBP agents never took us outside at all, other than for showers in another building every few days. We were barely even allowed to leave the cell: other than the few shower trips, they only brought us out of the cell to a dining area for food.

9. There were no windows in the cells at Otay Mesa. When we were in the cell, we barely could tell if it was nighttime or daytime. On the wall, the thermostat had a clock

that showed if it was am or pm – that is the only way we could know if was day or night. My husband said his cell did not even have that. When he was in his cell, he never knew if it was day or night.

10. The cell had one toilet, which was blocked by only a low half wall. If people wanted to use the bathroom, others could see. It was very awkward going to the bathroom for all of us, especially the children, and especially when there were a lot of families in the cell.

11. It wasn't possible to flush the toilet yourself. It could only be flushed from the outside. We had to knock on the door, and the officers would not always come right away. My husband told us there was one day in his cell, when nobody came to flush the toilet for the whole night until the next day. There were 17 people in the room at that moment, and he said the smell was unbearable.

12. There was no soap in our cell to use after the bathroom. The last week we were there, there must have been an inspection coming or something, because they started letting us use the soap in the office bathroom and even put a soap dispenser there just for us. But then when that ran out, they did not replace it. Maybe the inspection was over.

13. They didn't give us toothbrushes. After a few days, they gave us something like a sponge on a stick, but we couldn't really brush our teeth with it.

14. There were no showers, and they did not let us shower for the first four days, when they drove us to another building called San Ysidro to shower. After that, they brought us to San Ysidro for a shower about every three days.

15. Depending on the mood of the officer, we were sometimes not allowed to use a comb when we asked. After a shower, for women and little girls with long hair, that can be so awful because our hair gets so tangled.

16. There were times at Otay Mesa when our daughter and I would not see my husband for two days. She is six years old and cried a lot when we were there, missing her father. It was also difficult for me, not being able to help her.

17. Sometimes they brought my husband on the shower trip to San Ysidro, but sometimes not. When we were two families in our cell, they took us all together with the Belarusian family, including both fathers. But when more families were there after our eleventh day, they stopped bringing my husband on the same shower trip.

18. When they did let my daughter and I visit with my husband at Otay Mesa, the length of our visit with his depended on the officer on shift at the border. Some officers just took us to the lunch room to see him and gave us only 15 minutes together, which wasn't even time to finish our food. But there were a couple of nice women who worked there, and when they were on shift they would let us stay together as a family a bit longer. One time, one of those nice women let us stay almost the whole day together in the eating area. I was grateful to her for that. My daughter was happy to be able to see him.

19. Sleeping at Otay Mesa was difficult and uncomfortable. They gave me and my folding beds with thin mats to sleep on, and a foil blanket. My daughter was so cold that she had difficulty sleeping.

20. The lights were on all the time. The cells had those overhead lights like in an office building. In total, there were eight in our cell. At night, they'd leave two on. If someone got up to use the bathroom, there was a motion sensor, and all lights turn on and stay on for about 30 minutes. When our cell was crowded, that made sleeping even more difficult.

21. My husband told us he was only given a mat on the floor and foil blanket, but no folding bed. After a couple days the foil tore, so my husband asked for a new one, and the officer told him this is not a hotel. The next day, one of the nice women guards was working and he asked again, and she gave him a new foil blanket, and also gave him a folding bed.

22. There was a TV in our cell, but they turned it on for us only once. The same nice female guard who let us spend longer time together as a family, she turned the TV on that day and put cartoons on a DVD. We asked them to do it other times, basically every day

from the very first day we arrived. But the officers usually said it wasn't working, or told me to "hold on" but then they never turned it on.

23. There were no toys, and nothing for my daughter to do. She is six years old, so this was very difficult for her, and difficult for me as her mother. I tried hard to keep her happy. We tried to make toys out of toilet paper, like those paper games you put on your fingers and open and close. But the meaner officers came and scolded us for that, and would either take them away or throw them away in the trash. When my foil blanket ripped, we made paper airplanes from them. Again, when the meaner officers came on shift, they made us throw them away.

24. They didn't even let the girls have a hair tie. That's a big problem for little girls like my daughter, who can get frustrated with their hair in their eyes all the time. I would use anything I could find to keep her hair back: dry wipes, napkins, toilet paper, threads we pulled from our clothes, or pieces from my ripped foil blanket. Whenever the officers saw this, they made us take it out. I even tied my daughter's hair with pieces of my own hair that I pulled out.

25. We never got a phone call while detained at Otay Mesa. On my first or second day, they offered me a call. I did not say yes, because it had only been one day, and I never thought I would be there for so long, nobody told me that would happen. After 10 days, I asked for a call, but they said no, because I had already refused a call and that was my only opportunity. At some point, I was asking to use the phone every day, and they always refused.

26. The food there was not good for children to eat for a long time, it was just instant noodles nearly all the time for lunch and dinner, with some chips for snacks. Eventually, my daughter refused to eat them anymore.

27. Water in cell also had an unpleasant smell, so we didn't allow the children to drink it. So we only drank water at meals, when they gave us a water bottle.

28. When we were held at the border, officers told me I was banned from entering the US for 5 years and to sign my deportation. I refused to sign because I wanted to seek

asylum. I am extremely scared I will be persecuted if I am sent back to ▮▮▮▮. The officers threatened to put us in prison for 10 years if I didn't sign and that my daughter would be taken to a foster family. This made me feel so scared, but I cannot agree to go back to a place I might be killed unless I at least have a chance to apply for asylum here.

Detention at Dilley

29.  We got here to Dilley around May 4, 2025. Here, we at least get to see my husband every day, which we were so happy about after our ordeal at the border station. The library here is open from 8am to 8om, so for a while we were able to spend a long time there together. But then after a while, they began limiting the hours. Our time became 8am-11:45am for the library, so we don't get as much time together there.

30.  There's also a gym, and we are allowed to spend time together there, but it is cold and noisy and a little dangerous for a six-year-old with all the balls sometimes flying around in an enclosed area. About 20 days ago, they opened a child-friendly zone in the gym. But then they said it was only for kids under four, and they wouldn't let my daughter play there because she is six.

31.  One problem here is the heat and cold. When it's too hot, they don't let us stay outside, so then the gym is the only place we can be together. But the gym is sometimes loud and crowded, and it can also be very cold. So it is hard to find somewhere to spend time together as a family. Because we are going from hot to cold all the time, I think the kids get a lot of coughs. My daughter is sick with a cough right now.

32.  The rooms we are in have 12 bunk beds, divided into two separated areas. There is also a common area running the length of the room. Right now, there are only 4 of 12 beds occupied, but we've been here when they are all occupied. They do not turn the lights off at night here. They leave two lights on in the common room to try to dim the room. But they give eye masks to sleep, which can help. Some nights, the officers aren't loud as they walk through the halls. Other officers keep their walkie-talkies loud, slam doors, and make lots of noise.

33. Some rules are different for everyone. Some kids were allowed to bring in toys and have jewelry. For us, they threw away our toys, earrings, cosmetics and things. We had to buy the replacements at the commissary.

34. We also have to buy water at commissary, because even though they say the water is filtered, it smells bad. One bottle of water costs about $ 1.21. Coca-cola costs something like three dollars. A lot of people here have gotten rashes from the soap. But if you want to use a better soap or shampoo, you have to buy it. We cannot get a job to make money while they are detaining us though, so we can only spend what we arrived at the border with, which they put into an account for us.

35. The library usually has internet. Each person is allowed one hour per day. Sometimes it works, but often it does not. It was not working today. If it is not working during our limited library time, then we lose our internet time.

36. There are some classes, for one-hour based on age group. Our daughter's class is from 9-10 am. It's not really school, just some activities. We don't go a lot anymore because we've been here a long time so it is not really anything new, and since my daughter doesn't sleep well at night here, it is sometimes too early for her.

37. There just isn't a lot to do for a six-year-old girl, especially since we have been in detention for more than 100 days. There is a small slide, and recently there is another one that is taped-off. The guards say the kids can't go on them because it's too hot. There is TV in the room, but there is only so much TV you can watch.

38. We get sick a lot here, I think because of the hot and cold. My daughter has a cough and runny nose. Every time she gets better, it seems like she gets sick again. We can go to the doctors to check her, but they usually say to just drink water. It seems like they say everything is allergies and give us allergy medicine. Sometimes they tell us we can print out prayers.

39. The food here is ok, but the problem is that the only fruit they give is apples. For instance, if someone wants a banana like my daughter, who loves bananas, we can't have them. That it gets especially hard because staff will sometimes eat near us and have

6

things that the kids can't have, and the children see it and ask us where they got it and why they can't have it. It's hard on the children.

40. Landline phones are available, but the connection is expensive. Right now I can't recall how much it costs. When you make a call, they tell you the balance on your account, but not at the end, so you can't know until you make another call. But I do know it's not cheap.

41. Nobody at CoreCivic or ICE has explained my Flores rights to me. One staff member told me I wouldn't be here longer than 20 days. But we are now in this facility for almost 90 days. Nobody has explained why we were not released like other families who were released after 20 days.

<u>Attempt to remove us without letting us seek asylum:</u>

42. On May 9, 2025, ICE told us we were going to take us to have a conversation, but then they brought us to an airport, to JFK airport in New York. When we saw that, we refused to get out of the vehicle and told them we were scared to be returned to ▮▮▮, because we feared the harm that would be awaiting me after I escaped from there. When I refused, the ICE officer threatened us the same way the Border Patrol officers did – he threatened to arrest me and separate me from my daughter if I did not agree to be deported. But no ICE officer had ever looked at any of our evidence or taken us to court or to have an interview for asylum, before they took us to New York. We are desperate for a chance to request asylum and be safe. How can I agree to go back to be persecuted without even a chance to prove my case?

43. After this, they called a boss, who decided we should come back to Dilley. They brought us back May 10.

44. We finally did have an interview on May 16, and then it was continued on May 18. On May 21, they told us we had a negative result over the phone. The next day, they brought me the papers showing the negative outcome. Using some translation service, we have noted many errors in the paper. On May 23, they brought us to video court, from a

7

1  building here in Dilley. The immigration judge on the video screen upheld the negative
2  determination.
3  45.   We've retained a lawyer to seek reconsideration of that determination, which he
4  filed about two months ago. The court is still considering the request, as far as I know. I
5  am very helpful we will have an opportunity to seek protection from the United States
6  and prove our asylum case.
7  46.   We've been here so long, it's horrible. This is no way for a child to live.
8  47.   We've seen people be released without an interview, like some Iranian families.
9  Others have been released with a negative determination, including many people from
10 Asian countries like China.
11 48.   We have a US citizen cousin in New Jersey, in U.S. year 20+ years, who want to
12 sponsor us if we get released. We are just hopeful for the chance.

1 | I declare under penalty of perjury that the foregoing is true and correct. I understand that
2 | I have to tell the truth in this declaration. The interviewer read the declaration to me and
3 | everything in it is true and accurate. Executed on this 26th day of July 2025, at
4 | Dilley, Texas.
5
6
7
8
9
10
11
12
13

# CERTIFICATE OF TRANSLATION

My name is _Olga Kalieva_ and I swear that I am fluent in both the English and ▇▇▇▇▇ and I translated the foregoing declaration of ▇▇▇▇▇ from English to ▇▇▇ on July 28, 2025, to the best of my abilities.

Dated: 08.04.2025

Name: