# EXHIBIT 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 13 years old. I am here with my mom. We are from ███████.

3. I speak English and Spanish.

4. We have been detained at Dilley for a week.

5. We had been living in Mason, Ohio for four years with my grandma. At first, we lived close to a hospital because my grandmother has cancer and we needed to take her to the hospital a lot. We then moved to an apartment and then to a mobile home because it was more economical.

6. My mom did not want to stay in the U.S. anymore. So we drove to Buffalo to go to Canada to seek asylum. We were able to get to the other side of the border. They interviewed us but would not let us stay in Canada because we did not have a direct relative, only a cousin. They brought us to the U.S. border patrol officers and handed us over to them.

7. We stayed in a prison cell in Buffalo near the rainbow bridge border. When we got there, they took our cat, Mimi, away from us. The Canadians had let us keep her, but the U.S. border patrol officials would not allow it. They gave us a number to call to get her back, but when my family called the number, it didn't work and nobody ever picked up. We lost Mimi forever, and I'm afraid of what might have happened to her at a shelter.

8. We spent four days in that Buffalo jail without seeing the sun. We had to ask for food or to go to the bathroom. They only gave us ramen and trash food that they microwaved. We had a bad stomach because of that food. One officer was looking through the window when I was going to the bathroom. My mom did not like that and she opened the door to shield and protect me, but he said, "You can't do that!" She was scared because she didn't want to get in trouble.

9. It was so cold there and the cots were scratchy. Some blankets would also hurt when they rubbed against you. We could not sleep there because of all the loud noise

when they opened the door. If you turned off the lights, they would open the door loudly and wake you up. I was feeling really sad there. It was so awful.

10. After that, they gave us to these two people who took us to the airport. From New York, we flew to Colorado and then to Texas. When we landed in Texas, they drove us about one hour and thirty minutes to here.

11. This place feels so weird. It has a lot of people. It's kind of messed up and sad. It has a park and a gym and a library – but it is really sad. It feels like a sad fake neighborhood.

12. People get in trouble here for anything. For example, you can't touch people. I got in trouble for touching my mom. The lady said, "You can't touch her." And I said "But she's my mom." And she said, "You can't touch her."

13. Kids who are smaller than me will say "hi" through the windows of the trailers. But if you wave at people, you can get in trouble from the staff.

14. The only thing we like to do is go to the library from 12-3. You can use the computer for an hour or get books. There's really nothing else other than socialize.

15. They have movies at church but there aren't really organized activities.

16. There is a classroom that is optional. From 9 am -3 pm, there is one hour for each age group. There is a one-hour window for 6th to 8th grades. I went once but no other kids were there. They just give worksheets or things to draw. I didn't stay because there was no one there.

17. Having breakfast from 6-8 am is hard. I am not waking up for that. Then lunch is 11-1 and dinner is 4-6. Dinner is too early for me.

18. They will give us cups to use for water, but they won't give us water bottles because they say it is dangerous because people have done bad stuff with them.

19. After 8 pm, you can't go outside except to use the bathroom. I tried to sit outside to look at the moon and stars one time, but they wouldn't let me.

20. There are six bunk beds in our living trailer. We are in the middle area. There are four families including us living in the same area.

21. It is hard because I like sleeping in the dark, but they keep the lights on in the living area all night long. They say they need to keep the lights on so they can see who is inside.

22. We had some money when we came here. We have to spend our money just to have phone calls, deodorant, shampoo, snacks, and essentials.

23. When we call my family, like my grandmother, we have to pay to talk to them. We need money in our account to make the call. Another woman in our room has no money and my mom is letting her use some of her minutes. It is really sad because that woman doesn't have anything or any money. She is feeling very sad.

24. When we first got here, we had to use hand soap to clean ourselves because that is all they have in the shower. We had to buy regular soap. We also had to buy a toothbrush because the one they give you here is not normal and breaks easily. It makes me sad for families who didn't bring money because they aren't able to buy the normal essentials.

25. There are people here from everywhere. Some people have been here for 70 days. Some other people in our room were here for like 50 or 60 days. I can't imagine that. It would be really hard to adapt to that because you can't really do anything here.

26. The four days we were in the jail with no contact – my best friend sent me like 100 text messages. When I got here and asked to look at my phone to read through them, they said no.

27. I can't really think about the future right now. I just want to get out of here and stay in the U.S.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 29th day
4 | of July 2025, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 7/29/2025         *Diana Cano*