# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, ███████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 33 years old. I am from ███, and I am here with my 2-year-old daughter who was born in ███.

3. I speak ███ and some Spanish.

Entry to Dilley

4. I have been detained at the Dilley Facility for 42 days with my baby.

5. Before I was brought here, I was living in New Jersey for seven months.

New York POE

6. I was apprehended with other families in northern New York, but all of the other families were released. I am still detained.

7. After immigration apprehended me, they took me and my daughter to a garage storage area with cars and trucks out front. There were folding beds in an empty warehouse in the back area to sleep in. I spent one night there. No one else stayed there but me and the baby, and there were two people supervising me there.

8. There was a concrete floor and they gave me microwaved dinner. While I was there they gave me one diaper at a time to change my daughter and I had to ask for a new one each time. I had ask to go to the bathroom, and they took me to another building where the bathroom was.

9. While there they had my phone, so I could not make a call.

10. Then two people came and took me to an airport and we came here.

Dilley

11. No one has told me any information about why I am here or how long I will be detained. No one told me when I will be released.

12. My daughter has been feeling constipated while here. It gotten worse since being here. She has been straining to poop, and unable to go, and I started seeing blood in her poop. I got here on June 18, and around June 21 we went to the medical area. They told me the child needed a suppository, and they said they did not have that medication here. They said it would take 2 days to arrive, but it never did. I went to check and they said it is not here. No other medication has been provided either. They never gave me any medical papers or records about this. I still see blood in her poop, and she is still struggling and crying whenever she poops.

13. I have gone back to medical one time when she had a cold and they gave us medication.

14. We sleep in a trailer with 6 bunkbeds. There were 6 families in the room, but right now one family has left, so not every bed is filled. There are moms with daughters who are about 4 or 5 and a mom with two sons who are about 5 or 6.

15. The boys sometimes play rough with each other, and one time another child hit my child's head. It was too rough with my child, who is a baby with a fragile head so that made me concerned.

16. I do not feel safe here. I always feel a lot of fear of what might happen to my child. There are a lot of kids and I cannot control things.

17. The baby is really attached to me and does not like to play with other kids.

18. There are times we cannot sleep because of the lights being on. The staff say they must always stay on, but because of this we are not really sleeping. The staff will come in and out and slam doors. This is especially loud around 6 am. They often will come in if the child is still awake at night and ask why the child is up.

19. They have diapers and wipes and usually give me three at a time. But I have to ask for new ones each time I run out.

20. My daughter takes a bottle and formula, but it was hard to get. At first all I could use was the milk in a paper box, and it wasn't very good for her. When I asked for formula at first they did not give me anything and said no because it was only for 0-12

month old babies. Other people in the room were getting worried about my daughter crying and struggling to poop and intervened and asked a female guard who said she understood. She gave me formula, and now I can ask her for more when I need it.

21. When I asked for a bottle for the formula they said they did not have any bottles. At first my daughter was only allowed a small cup. So, I had to ask the same guard who understood the formula for the bottle. I don't have a way to get another bottle, so I use that one each time. There is hot water and soap that I can use to clean the bottle.

22. When I first got here, I did not know how things worked. They have three shifts, morning, afternoon, and night. So, if you ask the morning person, and they are not too kind, they might not help you. Now I know that I should ask the next shift person because they might be more kind. Some staff will not help you but other staff will.

23. My daughter's shoes are wearing out.

24. When it is really hot outside they won't let us go outside, even if we want to. But then the problem is we have to run to get food and run back.

25. When we go to the cafeteria, she will not eat the food because it is too hard. There is no special food for toddlers; it is the same for everybody. When we are at home I can blend food for her, but here I cannot. She cannot chew on it to eat it. So, I have to buy noodles from commissary for about $1. She is able to eat that whenever I have money. When I do not have money, the other ▓▓▓▓ families here would buy me noodles because they were concerned about her not eating.

26. One day I went to the psychologist because I was feeling stressed. I felt like things were crawling inside my head and I was feeling tired all the time.

27. All the other families here are in the same boat as me, and sometimes they feel down, too.

28. The water here has a strong smell of bleach. I do not give it to the baby and she cannot drink it, so I buy a bottle of water to give to the baby. It costs $1.21. Once she drinks the bottled water, I have to throw the bottle away. I try to drink the regular water myself because I do not have enough money to buy my own water. The staff tell us the

kitchen water is filtered, so I drink from there and not the bedroom, but it tastes heavy. The staff here will not drink the water, but we do not have any other choice.

29. There is a landline here that you can use from 8 am to 9 pm. It costs some money for local calls but if you call internationally it is a $1 per minute. I am charged for all calls to my family, except for the first five minutes I got when I first got here. I think that if anyone said we can call family for free, they probably were referring to that one-time free family call. There are no other free calls.

30. No family or other person can visit me here unless they are a lawyer. No one told me why.

31. I saw that there is a list of legal services. I have never been able to get my calls to through to them. There are six numbers that I dialed but no one picked up. I tried to call them with the free five minutes I got when I first arrived here. Once you finish that, you have to pay your for legal calls with your own money.

32. No one has spoken to me about my rights since being here. The immigration officers who were in New York told me that I would not be held more than 20 days, but it's been over 40 days.

33. Since getting to Dilley I have spoken with an ICE agent on the phone, who asked me what happened in my country, and did a Convention Against Torture interview. They told me during the interview I could have a lawyer, but did not tell me before it started, so I did not know until I was doing the interview. Afterwards, they said I am on the list of people to deport. Now they keep telling me to wait but never give me a date that I will be deported.

34. I used the tablet to ask about how my case is. They told me they are waiting for my country to accept me to send me and the baby to ███

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 29 day
4 | of July, 2025, at Dilley.

# CERTIFICATE OF TRANSLATION

My name is __Fednel Suprien__ and I swear that I am fluent in both the English and ▇▇▇ languages and I translated the foregoing declaration from English to ▇▇▇ on July 29, 2025, to the best of my abilities.

Dated: _____07/31/25_____

_____SuprienFednel_____