BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DEFENDANT'S NOTICE OF APPEAL** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, | Honorable Dolly M. Gee Chief United States District Judge |
| Defendant. | |

Defendant hereby appeals from the Court's Order re Motion to Terminate, issued August 15, 2025, ECF No. 1637.

Dated: October 2, 2025              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendant*

# REPRESENTATION STATEMENT

The undersigned represent Defendant Pamela Bondi, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Defendant submits this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTY<br>DEFENDANT-APPELLANT | COUNSEL OF RECORD |
|---|---|
| **Pamela Bondi,** *Attorney General of the United States.* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>202-514-1509<br>brett.a.shumate@usdoj.gov<br><br>DREW ENSIGN<br>Deputy Assistant Attorney General<br>Civil Division<br>202-514-2331<br>drew.c.ensign@usdoj.gov<br><br>WILLIAM C. SILVIS<br>Assistant Director<br>202-307-4693<br>william.silvis@usdoj.gov<br><br>MICHAEL A. CELONE<br>Senior Litigation Counsel<br>202-305-2040<br>michael.a.celone@usdoj.gov<br><br>CHRISTINA PARASCANDOLA<br>Senior Litigation Counsel<br>202-514-3097<br>christina.parascandola@usdoj.gov |

| PARTY | |
|---|---|
| | JESSICA R. LESNAU<br>202-616-9346<br>jessica.r.lesnau@usdoj.gov<br><br>JOSHUA C. MCCROSKEY<br>Office of Immigration Litigation –<br>General Litigation and Appeals Section<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>202-305-1540<br>joshua.c.mccroskey@usdoj.gov |
| **PLAINTIFFS-APPELLEES**<br><br>**Jenny Lisette Flores,** *on behalf of herself and all others similarly situated.* | **COUNSEL OF RECORD**<br><br>CARLOS HOLGUIN<br>SARAH KAHN<br>Center for Human Rights and Constitutional Law<br>256 South Occidental Boulevard<br>Los Angeles, CA 90057<br>213-388-8693 x 309 (Holguin)<br>crholguin@centerforhumanrights.org<br>415-672-1962 (Kahn)<br>sarah@centerforhumanrights.org<br><br>BARDIS VAKILI<br>Center for Human Rights and Constitutional Law<br>P.O. Box 770<br>Bell Gardens, CA 90210<br>909-274-9057<br>bardis@centerforhumanrights.org<br><br>STEPHEN A ROSENBAUM<br>La Raza Centro Legal Inc<br>474 Valencia Street, Suite 295<br>San Francisco, CA 94103<br>415-575-3500<br>srosenbaum@law.berkeley.edu |

STEVEN H SCHULMAN
Latham and Watkins
555 11th St NW, Ste 1000
Washington, DC 20004
202-637-2200
sschulman@akingump.com

BILL ONG HING
USF School of Law Immigration Clinic
2130 Fulton Street
San Francisco, CA 94117-1080
415-422-4475
bhing@usfca.edu

DIANE BEATRIX DE GRAMONT
FREYA E. PITTS
MELISSA ANN ADAMSON
MISHAN RAINI WROE
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
510-920-3508 (de Gramont)
ddegramont@youthlaw.org
510-899-6572 (Pitts)
fpitts@youthlaw.org
510-899-6573 (Adamson)
madamson@youthlaw.org
510-920-3512 (Wroe)
mwroe@youthlaw.org

ELEANOR F. ROBERTS
LEECIA WELCH
Children's Rights
88 Pine St
Ste 800
New York, NY 10005
267-280-2728 (Roberts)
eleanor.f.roberts@gmail.com
510-835-8098 (Welch)
lwelch@childrensrights.org

|  | KEVIN M. ASKEW<br>Orrick Herrington and Sutcliffe LLP<br>355 South Grand Avenue Suite 2700<br>Los Angeles, CA 90071<br>213-629-2020<br>kaskew@orrick.com<br><br>RENE KATHAWALA<br>Orrick Herrington and Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>212-506-5100<br>rkathawala@orrick.com<br><br>REBECCA R WOLOZIN<br>National Center for Youth Law<br>818 Connecticut Avenue NW Suite 425<br>Washington, DC 20006<br>202-868-4792<br>bwolozin@youthlaw.org |
|---|---|

Dated: October 2, 2025

   /s/ *Christina Parascandola*
CHRISTINA PARASCANDOLA
Attorney for Defendant