BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsels
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
Michael.a.celone@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DEFENDANT'S MOTION FOR A STAY OF JOINT STATUS REPORT AND JUVENILE CARE MONITOR REPORTS IN LIGHT OF LAPSE IN APPROPRIATIONS** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, | |
| Defendant. | Honorable Dolly M. Gee<br>Chief United States District Judge |

1. The United States of America hereby moves for a stay of this court's order for the parties to meet and confer on a remedy regarding "OADS" and to submit a joint status report by October 9, 2025, and, if the parties do not agree on a remedy, for the CBP Juvenile Coordinator to submit a report by November 3, 2025. *See* ECF No. 1670. Defendant likewise asks this court to stay its order for U.S. Customs and Border Protection and Immigration and Customs Enforcement Juvenile Coordinators to file supplemental reports by November 3, 2025. *See* ECF No. 1672.

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendant in this matter. The Department does not know when such funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the court-ordered status report (ECF No. 1670) and Juvenile Coordinator reports (ECF Nos. 1670 and 1672) until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

6. Opposing counsel has assented to a 30-day extension of ECF No. 1670's joint status report deadline.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the above-referenced orders until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

*/s/ Michael A. Celone*
CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
michael.a.celone@usdoj.gov

*Attorneys for Defendant*