UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 10, 2025 |
| Title | ***Jenny L. Flores, et al. v. Pamela Bondi, et al.*** | Page | **1** of **2** |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE DEFENDANTS' MOTION FOR A STAY OF JOINT STATUS REPORT AND JUVENILE CARE MONITOR REPORTS IN LIGHT OF LAPSE IN APPROPRIATIONS**

On October 3, 2025, Defendants filed a motion to stay two deadlines due to the lapse in appropriations funding for the U.S. Department of Justice ("DOJ"). [Doc. # 1674.] The two deadlines that Defendants seek to stay are: (1) October 9, 2025 deadline to meet and confer and file a joint status report regarding OADS in accordance with this Court's Findings of Fact and Conclusions of Law [Dkt. # 1670]; and (2) November 3, 2025 deadline for CBP and ICE Juvenile Coordinators to file supplemental reports in accordance with this Court's September 26, 2025 Order [Dkt. # 1672]. Defendants request that the deadlines be "extended commensurate with the duration of the lapse in appropriations." [Doc. # 1674 at 2.][1]

On October 9, 2025, Plaintiffs filed an Opposition, opposing Defendant's request in part. [Doc. # 1678.] Plaintiffs agree to stay the first deadline relating to OADS but oppose an indefinite stay of the second deadline regarding the Juvenile Coordinators' supplemental reports.

During the September 22, 2025 Status Conference, the Court emphasized its concerns regarding ICE's compliance with the *Flores* Settlement Agreement and this Court's prior Orders to Enforce. [Doc. # 1672.] Given that the Court's concerns deal with the prolonged detention of minors and the conditions in which they are held, the Court finds that an indefinite stay regarding the Juvenile Coordinators' supplemental reports is inappropriate.[2]

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.

[2] The Department of Justice Fiscal Year 2026 Contingency Plan allows defense counsel to continue to litigate this matter so long as this Court orders them to do so. *See* U.S. Department of Homeland Security FY 2026 Contingency Plan at 3 (Sept. 29, 2025), https://www.justice.gov/jmd/media/1377216/dl. Furthermore, Defendants do not assert that the lapse in funding specifically affects the CBP and ICE Juvenile Coordinators from providing their supplemental reports.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 10, 2025 |
| Title | ***Jenny L. Flores, et al. v. Pamela Bondi, et al.*** | Page | **2** of **2** |

In light of the foregoing, the Court **GRANTS** in part and **DENIES** in part Defendants' motion for a stay, and **ORDERS** the following:

1. The October 9, 2025 deadline to meet and confer and file a joint status report regarding OADS is **STAYED**. The deadline will be extended, *nunc pro tunc*, commensurate with the duration of the lapse in appropriations. Defendants shall notify the Court as soon as Congress has restored appropriations to the DOJ.

2. The November 3, 2025 deadline for the CBP and ICE Juvenile Coordinators to file supplemental reports is **EXTENDED** to **December 1, 2025**. Plaintiffs may file a response, if any, to the supplemental reports by **December 8, 2025**.

3. The Court's video status conference regarding the CBP and ICE Juvenile Coordinators' supplemental reports, and any responses thereto, is **RESCHEDULED** from December 1, 2025 at 11:00 am to **December 15, 2025 at 10:00 am**.

**IT IS SO ORDERED.**