**INTRODUCTION**

This supplemental report is submitted in accordance with Paragraphs 28A and 30 of the Flores Settlement Agreement (FSA) and this Court's Order dated July 28, 2025. *See* ECF No. 1614 at 1-2. Under the court's Order, ECF No. 1672, the ICE Juvenile Coordinator shall file a supplemental report that includes the following information:

a. A census of minors who were held in ICE facilities or ICE-contracted facilities for over 72 hours during the months of August and September 2025. The supplemental report shall also provide a detailed explanation as to the reason(s) for the prolonged detention of minors more than 20 days and for housing in a hotel. As discussed at the status conference, the census data should include a column with the calculated time in custody (by hours or days) for ease of reference.

b. A summary of the standards and tools utilized by ICE to ensure compliance with the FSA, and how the ICE Juvenile Coordinator monitors FSA compliance.

c. Information regarding the "Modified Family Residential Standards ("FRS")" mentioned in the ICE Juvenile Coordinator's report. Specifically, she should explain what the standard FRS are, how have they been modified, and how the Modified FRS are currently being applied at ICE Family Residential Centers.

d. A summary of ICE's compliance with the FSA requirements in the months of August and September—specifically, the report should address the conditions of confinement, which includes, but is not limited to: provision of age-appropriate food, adequate temperature control, availability of additional clothing, and dimmed lighting at nighttime. The ICE Juvenile Coordinator shall consider the conditions described in Plaintiffs' response to her supplemental report [Doc. # 1656] and will describe such efforts as have been undertaken to address those conditions. The ICE Juvenile Coordinator may refer to the CBP Juvenile Coordinator's previous reports for guidance on reporting of this nature.

A. **CENSUS OF MINORS HELD IN ICE FACILITIES OR ICE-CONTRACTED FACILITIES FOR OVER 72 HOURS DURING THE MONTHS OF AUGUST AND SEPTEMBER 2025**

The attached spreadsheet presents a comprehensive analysis of the census of minors housed for more than 72 hours in a hotel and minors held for more than 20 days in a Family Residential Center (FRC) during August and September 2025. *See reference on page 1(a) of the original Supplemental Juvenile Coordinator Report.*

The intent of the analysis is to identify and assess the most common reasons for extended stays, including those caused by transportation delays, medical needs that required attention before departure, and legal processing that needed to be resolved prior to departure. The findings are

1

intended to inform policy makers, analysts, and advocates concerned with child welfare and operational efficiency in federal custody settings.

**Overview of Census Data**

During August and September 2025, ICE documented the total number of minors housed in hotels and those with stays exceeding 72 hours. ICE also documented the total number of minors held in FRCs and those with stays over 20 days. The data reflects a diverse set of circumstances leading to extended custody, with each case reviewed for underlying causes. *See reference on page 1(I) of the original Supplemental Juvenile Coordinator Report.*

- Total minors held over 72 hours in hotel: 4 in August and 4 in September.
- Total minors held over 20 days in FRCs custody: 201 in August and 194 in September.
- Timeframe: 08/01/2025–09/30/2025

The census data confirms that extended custody is not isolated to a specific region or facility but is a widespread operational challenge.

**Reasons for Extended Stays**

The primary factors contributing to minors remaining in hotels for over 72 hours and over 20 days in FRCs fall into three main categories: transportation delays, medical needs, and legal processing. Each category is examined in detail below.

**Transportation Challenges**

Transportation delays represent a substantial portion of extended custody cases. The following sub-factors are most prevalent:

- **Internal Facility Transfers:** Movement between federal facilities often involves logistical complications, such as limited vehicle availability, coordination between agencies, and security protocols. These factors can extend the transfer process beyond the 72-hour/20-day threshold.
- **Deportation Logistics:** Arranging deportation for aliens requires coordination with foreign governments, which can result in delays due to documentation, approval processes, and international scheduling conflicts.
- **Commercial Flight Scheduling:** When commercial flights are used for transportation or repatriation, aliens may experience delays due to limited seat availability, flight cancellations, or infrequent service to certain destinations. These issues are particularly acute for repatriation to countries with limited flight routes.
- **Repatriation to Countries with Limited Flight Availability:** For aliens returning to countries with few direct flights or unreliable air service, extended waits are common. This challenge is exacerbated by seasonal fluctuations in airline schedules and external factors such as natural disasters or political unrest.

**Medical Needs**

Medical reasons for extended custody are diverse and often urgent. They include:

- Immediate Medical Treatment: Some aliens require urgent medical care that cannot be postponed or provided at their current location, necessitating an extended stay while treatment is arranged or completed.
- Medical Needs of Family Members: In cases where a minor's family member has an urgent medical issue, custodial authorities may delay transfers or releases to ensure appropriate care and avoid family separation during a critical period.
- Specialized Medical Evaluations: Certain cases require specialized assessments, which may not be immediately available, resulting in additional time in custody.

**Legal Processing**

Legal factors also contribute significantly to extended custody:

- Administrative Stay Reviews: Minors may be held beyond 72 hours/20 days while administrative reviews are conducted, including checks on eligibility for asylum, protection status, or other relief.
- Judicial Stay Reviews: Court-ordered stays and judicial reviews can extend custody as cases are adjudicated, or appeals are processed. These legal proceedings may involve multiple agencies and lengthy timelines.
- Document Verification: Verification of identity or legal status often requires coordination with consulates and international agencies, which can be a time-consuming process.

**Census Report Summary**

The census of minors held for over 72 hours in hotels and 20 days in FRCs during August and September 2025 revealed that transportation delays, medical needs, and legal processing were the primary drivers of extended stays. Transportation challenges, particularly those involving internal facility transfers, deportation logistics, and limited flight availability, were the most common reasons for delays. Medical needs, especially urgent treatment, and family-related emergencies—necessitated additional time in custody to ensure the well-being of minors and their relatives. Legal processing, including administrative and judicial reviews, further complicated timely release and transfer.

B. **SUMMARY OF THE STANDARDS AND TOOLS UTILIZED BY ICE TO ENSURE COMPLIANCE WITH THE FSA, AND HOW THE ICE JUVENILE COORDINATOR MONITORS COMPLIANCE**

ICE conducted scheduled and unannounced internal and external inspections across facilities housing juveniles and families. Inspections were structured to evaluate compliance in operational areas including case management, medical care, recreation, educational services, legal access, safety and security, food service, and conditions of confinement. Standardized tools and protocols were applied to ensure consistency and thoroughness in assessment. *See reference on page 2(II) and page 4(I) of the original Supplemental Juvenile Coordinator Report.*

**ICE Juvenile Coordinator Focus Areas:**
- Emergency Plans
- Environmental Health and Safety
- Key and Lock Control
- Food Service
- Health Care
- Recreation
- Staff-Resident Communications
- Grievance System
- Education Policy
- Law Library and Legal Material
- Language Access

**FRS 1.1: Emergency Plans**

FRS 1.1 requires emergency planning and staff preparedness at the FRC. The FRC has established comprehensive protocols to address various emergency scenarios, ensuring the safety and well-being of both staff and residents.

**Staff Training and Awareness**

ICE ensures FRC staff are trained regularly to recognize and respond effectively to changes in facility climate and potential emergencies. Training programs are designed to help staff identify risks and act promptly, minimizing harm and confusion in crisis situations.

**Compliance and Inspection**

To maintain high standards of emergency readiness, the FRC utilizes compliance and inspection checklists. These tools are employed during routine inspections to verify that all emergency plans are up to date and that staff are familiar with required procedures.

Emergency Response Plans

The FRC maintains current and detailed emergency response plans covering a range of scenarios, including:

- Fire Evacuation: Procedures for safely evacuating the facility in the event of a fire, including designated escape routes and assembly points.
- Natural Disaster Protocols: Guidelines for responding to natural disasters such as earthquakes, floods, and severe storms, ensuring protection and continuity of care.
- Medical Emergencies: Steps for handling medical crises, including contacting emergency services and administering first aid, as necessary.

**Drills and Procedure Reviews**

FRC staff conduct regular emergency drills to practice evacuation and response techniques. These drills help reinforce training, identify areas for improvement, and ensure that everyone is prepared to act quickly in real emergencies. Additionally, staff review emergency procedures with residents, promoting awareness and cooperation during drills and actual events.

The FRC demonstrates a strong commitment to emergency preparedness through ongoing staff training, thorough planning, and regular practice. By maintaining current protocols and fostering a culture of awareness, the FRC ensures a safe environment for all residents and staff.

**FRS 1.2: Environmental Health and Safety**
Routine environmental health inspections addressed sanitation, pest control, air quality, and water safety. The FRC meets or exceeds FRS requirements for climate control and environmental safety. ICE is committed to ensuring the safe storage of hazardous materials. All such substances are kept in designated areas, away from minors and unauthorized personnel, to prevent accidents and promote a safe environment.

**Facility Cleanliness and Maintenance**
Regular inspections are conducted by ICE to maintain facility cleanliness and safety. These inspections help identify and address potential hazards efficiently, ensuring that the environment remains safe and well-maintained for all occupants.

>    **Example:** During a routine inspection, a wasp nest was found and identified as a safety hazard. The FRC acted promptly to remove the nest, demonstrating its commitment to initiative-taking safety management.

**FRS 2.4: Key and Lock Control**
Strict key control procedures were observed, with daily audits and secure storage of facility keys. Access to restricted areas was monitored and documented. The Key and Lock control officer completed locksmith training on August 22, 2025. *See reference on page 12 (I) of the original Supplemental Juvenile Coordinator Report.*

**Daily Facility Rounds**
ICE's Compliance Standards Officer (CSO) inspection checklists emphasize the importance of facility rounds to inspect living conditions, cleanliness, safety, and general well-being of families and children. FRC staff conducted FRC rounds to monitor resident welfare, safety hazards, and FRC conditions. Logs were maintained to ensure accountability and prompt resolution of identified issues.



FRS CSO Weekly Compliance Tool_Blar   FRC Weekly Complaince Tool_08.1   FRC Weekly Compliance Tool_9-1·



DIPC  Weekly Compliance and Activ   DIPC  Weekly Compliance and Activ

**Juvenile and Family Management Division (JFMD) CSO Weekly Report Summaries**
**FRC Dilley Immigration Processing Center (DIPC): August 11-15, 2025, and September 1-5, 2025**

The following provides a summary of the weekly reports for the DIPC facility for the periods August 11–15, 2025 and September 1–5, 2025. The reports highlight facility activity, resident data, staff operations, and notable events, emphasizing compliance, training, and incident management.

Week of August 11–15, 2025
- Facility Activity: Minimal incidents occurred. There was one official visitor, with no Department of Homeland Security (DHS) or media activity reported.
- Resident Data: No reportable incidents, suicide watches, hunger strikes, grievances, or hospitalizations. Three residents were medically housed in the Annex.
- Staff & Operations: Facility population dropped below 341, prompting a focus on staff training. The Talton system recorded 10 compliant staff-resident interactions on August 15.
- Notable Events:
  - Medication distribution was observed and staff provided clear explanations (August 11).
  - Intake files were corrected, with further staff training planned (August 12).
  - Daycare inspection confirmed food supplies were accessible; seven children attended (August 14).

Issues & Updates:
- Key and Lock Control training scheduled for August 18, 2025.
- Education policy compliance pending.
- Church visits initiated.
- Recreation waiver for BA degree requirement approved.

Week of September 1–5, 2025
- Facility Interaction: No DHS site visits, official tours, or media activity occurred.
- Resident Data: No reportable incidents, suicide watch placements, hunger strikes, or grievances. One resident was medically housed in the Annex, and two residents were in Covid isolation. No inpatient hospital or ER referrals during this period.
- Staff & Operations: Facility population dropped below 383; staff retraining is under consideration. The Talton system logged 25 compliant staff-resident communications on September 5.
- Inspections: Observed scheduled activities, professional staff conduct, positive family participation, and adherence to protocols during events throughout the week.
- FRS Deficiencies and Updates:
  - Key and Lock Control training completed.
  - Education policy remains non-compliant and is still pending.
  - Church visits have commenced.
  - Recreation waiver for BA degree requirement has been approved.

Summary Comparison

| Category | 08/11/25–08/15/25 | 09/01/25–09/05/25 |
|---|---|---|
| Reportable Incidents | 0 | 0 |
| Official Visitors | 1 | 0 |
| DHS/Media Activity | 0 | 0 |
| Residents Medically Housed | 3 | 1 |
| Covid Isolation | 0 | 2 |
| Staff-Resident Interactions (Talton) | 10 | 25 |
| Key & Lock Control Training | Scheduled | Completed |
| Education Policy | Pending | Pending |
| Church Visits | Underway | Started |
| Recreation Waiver | Approved | Approved |

# Summary Comparison Report



Conclusion

Across both reporting periods, DIPC maintained a low incident rate, focused on staff development, and continued to address operational compliance and resident well-being. Key initiatives such as staff training, education policy review, and recreation waivers were actively managed, while church visits and family engagement contributed positively to the facility environment.

**Resident Care and Services**

**FRS 4.1: Food Service**

Meals were consistently prepared in alignment with established nutritional guidelines and tailored to meet individual dietary needs. The kitchens in the FRC were subject to regular inspections focused on cleanliness, proper food storage, and adherence to preparation standards. Residents benefited from a structured meal schedule, receiving three well-balanced meals each day, in addition to access to snacks and hydration throughout the day. *See reference on page 1(2) and 8(B) of the original Supplemental Juvenile Coordinator Report.*

 



DILLEY 2025 MENU
REVIEW AND NUTRIT

DIPC Menu.pdf

After consulting with the dietician, ICE determined that the food options at DIPC did not adequately accommodate residents from countries outside of South America. As a result, ICE is transitioning to a more inclusive international menu to better meet residents' needs.

**CSO Checklist (Food):**
According to CSO inspection checklists, food service areas were required to undergo daily inspections. These inspections emphasized the importance of maintaining proper temperature control, upholding sanitation protocols, and keeping accurate logs to ensure ongoing compliance and food safety.

**FRS 4.3: Health Care**
**Comprehensive Medical Admission Exams**
All incoming residents underwent thorough medical admission exams designed to identify communicable diseases, assess mental health status, and evaluate special needs. These screenings ensured that each resident's health requirements were addressed promptly and appropriately upon entry. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Availability of Medical Providers**
Licensed medical providers were accessible on-site or available on-call around the clock, ensuring continuous medical support for residents. This 24/7 coverage facilitated immediate response to health concerns and emergencies at any time.

**Medication Administration**
Medication distribution adhered to strict protocols to guarantee safe and accurate administration.

**Secure Maintenance of Medical Records**
Medical records for all residents were maintained in a secure and confidential manner, safeguarding sensitive health information and complying with privacy standards.

**CSO Inspection and Staff Training**
Inspection checklists from the CSO highlighted the importance of 24-hour medical care availability and emphasized ongoing staff training in handling medical emergencies. These measures ensured that the facility met regulatory standards and provided quality care to residents.

**FRS 5.6: Recreation**
ICE is committed to fostering the physical and social well-being of minors in its care by providing daily outdoor activities, weather permitting, alongside structured leisure time. These activities are designed to promote healthy development, socialization, and overall wellness.

On November 1, 2025, ICE issued a contract modification to ensure the full implementation of a recreation program that complies with all Flores requirements. Full implementation is expected to begin on January 5, 2026.

**Daily Activity Requirements**
According to ICE's FSA Checklist, every minor must participate in at least one hour of large muscle activity each day. Examples of large muscle activities include running, playing sports, or engaging in other forms of exercise that involve significant physical movement.

In addition to physical exercise, minors also receive one hour of structured leisure time daily. Structured leisure activities might include organized games, arts and crafts, group discussions, or other supervised recreational options that encourage creativity and people skills.

**Enhanced Activities on Non-School Days**
On days when school is not in session, ICE increases the amount of outdoor and leisure activities to a total of three hours. This ensures that minors remain active and engaged, supporting both their physical health and emotional well-being during extended periods without academic programming.

**Commitment to Well-Being**
Through these daily and enhanced activity requirements, ICE seeks to create a supportive environment where minors can develop essential life skills, maintain healthy routines, and enjoy meaningful leisure experiences.

**Communication and Grievance Procedures**

**FRS 2.8: Staff-Resident Communications**
ICE staff conduct regular, scheduled visits throughout the facility. These visits are designed to provide residents with opportunities to voice concerns, ask questions, and seek assistance regarding their well-being or living environment. Staff members use these interactions to proactively monitor living conditions and respond to emerging issues. *See reference on page 14(M) of the original Supplemental Juvenile Coordinator Report.*

**Request and Response System**
Residents can submit requests through the TALTON system, a tablet-based platform that enables direct communication with facility staff. Each request is electronically routed to the appropriate staff member and tracked to ensure accountability. The system is designed so that all resident requests receive a response within 24 hours, ensuring timely resolution of concerns.

**Grievance Monitoring and Communication**
The ICE CSO inspection checklists confirmed that resident grievances are reviewed and monitored daily. These checklists serve as documentation that staff are actively overseeing the grievance process. Furthermore, residents are provided with clear information about how to file grievances and what to expect from the process, promoting transparency and trust.

The staff-resident communication protocol includes scheduled staff visits, a 24-hour electronic request response system, and daily monitoring of grievances. These measures help maintain a responsive, transparent, and supportive environment for all residents.

**FRS 6.2: Grievance System**

ICE staff play a key role in the grievance process. Their primary responsibilities include:

- Receiving grievances from residents through designated channels.
- Reviewing and investigating each grievance promptly.
- Communicating with residents about the status and outcome of their grievances.
- Ensuring that all grievances are resolved within the required timeframes, according to facility policies and federal guidelines.

**This Area Left Blank**

# GRIEVANCE / COMPLAINT PROCESS FLOW

## Dilley Immigration Processing Center

**Grievance Submission**
Resident submits grievance via kiosk, paper form, or verbal report. Staff logs grievance into the tracking system.
**IMMEDIATE**



**Initial Screening**
Grievance Coordinator verifies completeness (name, date, issue details). Assigns a tracking number and categorizes the grievance.
**WITHIN 4 HOURS**



**Acknowledgment**
Provide written acknowledgment to resident within 24 hours. Include expected timeline for resolution.
**WITHIN 24 HOURS**



**Preliminary Review**
Determine whether the grievance can be resolved informally or requires formal investigation. Attempt informal resolution if possible.
**1–2 BUSINESS DAYS**



**Formal Investigation**
Assign to the appropriate department (e.g., medical, operations). Collect statements, review records, and gather evidence.
**3–5 BUSINESS DAYS**



**Notification**
Provide written response to resident with outcome and appeal rights. Ensure delivery within policy timeframe.
**WITHIN 24 HOURS AFTER RESOLUTION**



**Appeal Process**
If the resident appeals, forward to a higher authority for review. Document the appeal outcome and close the case.
**5–7 BUSINESS DAYS**

## CSO Inspection Checklists

CSO inspection checklists are tools used during facility inspections to verify that grievance procedures are being followed correctly. These checklists help ensure:

- Residents are informed about the grievance process upon arrival and throughout their stay.
- Information about how to file a grievance is accessible and clearly posted in shared areas.
- All grievances are documented and tracked for timely resolution.
- Facility staff address issues raised by residents without unnecessary delay.

**Timeliness and Transparency**

Timely resolution of grievances is essential for maintaining trust and order within ICE facilities. Regular use of CSO inspection checklists ensures that staff remain accountable and that residents' concerns are neither overlooked nor delayed.

**Resident Awareness**

One of the main goals of both FRC staff procedures and ICE CSO inspections is to make sure residents are fully aware of their rights and the steps involved in filing a grievance. This includes providing written materials, conducting orientation sessions, and offering support throughout the process. The resident handbook, which is provided to all residents upon admission, provides instructions and descriptions of the process.

The collaboration between ICE and FRC staff creates an environment where grievances are addressed promptly and efficiently. This system not only protects the rights of residents but also helps maintain transparency and accountability within ICE facilities. *See reference on page 14(M) of the original Supplemental Juvenile Coordinator Report.*

**FRS 5.2: Education Policy**

Inspection reports during this review period confirmed that the education department was overseen by a Texas-certified teacher. Families were provided with age-appropriate educational packets and materials. Juveniles had access to workbooks, books, puzzles, and games. Although there were opportunities for limited structured classroom sessions, inspectors noted that a comprehensive education program was not in place. *See reference on page 17(H) of the original Supplemental Juvenile Coordinator Report.*

**However, on November 1, 2025, ICE issued a contract modification to ensure full implementation of an education program that complies with all *Flores* requirements. Classes are expected to begin on January 5, 2026.**

**FRS 6.3: Law Library and Legal Material**

ICE ensures that libraries are available at various times throughout the day, offering materials in multiple languages to residents. *See reference on page 12 (H) of the original Supplemental Juvenile Coordinator Report.*

**Library Schedule**
- Residents may access the law library daily between 8:00 AM and 8:00 PM.
- 8:00 AM to 11:45 AM: Residents from the Green and Brown neighborhoods.
- 12:00 PM to 3:45 PM: Female Head of Household (HoH) families from the yellow and green neighborhoods.
- 4:00 PM to 7:45 PM: Male HoH families from the Brown neighborhood.

**Postings and Language Services**

ICE staff are responsible for ensuring that all required postings are displayed throughout the facility in accordance with the FRS and any court-mandated requirements. Compliance is monitored and verified using standardized compliance and inspection checklists.

13

**Language Access**
ICE is committed to ensuring minors can communicate in a language they understand. This is achieved through several measures:

- ICE's FSA Checklist is used to confirm that ICE-contracted translation lines are available for use.
- CSO inspection checklists verify the availability of interpreters and other language access services throughout the facility.
- Each of the FRC's five neighborhoods—Red, Blue, Green, Brown, and Yellow—is equipped with thirty tablets dedicated to facilitating language access for minors.
- All facility staff and ICE officers have access to the language access line, which provides interpretation services as needed.
- An "I Speak" language poster is prominently displayed in the intake processing area to help identify language needs.
- Upon identification of a minor's preferred language, they are issued an ID card indicating this language to ensure ongoing effective communication.

## C. INFORMATION REGARDING THE "MODIFIED FAMILY RESIDENTIAL STANDARDS" MENTIONED IN THE ICE JUVENILE COORDINATOR'S REPORT

The FRS were established to provide a comprehensive framework for the care and treatment of families held in ICE custody. These standards are designed to ensure that all facilities housing families adhere to practices that safeguard the health, safety, and overall well-being of residents. *See reference on page 2(2) of the original Supplemental Juvenile Coordinator Report.*

### Origin of the 2025 Modifications
ICE's 2025 modifications to the FRS were driven by several factors:

- Operational realities, including fluctuating family populations and resource constraints.
- The need to address the short average length of family stays, which decreased due to policy changes and expedited processing procedures.
- Feedback from stakeholders, including legal experts, advocacy groups, and facility staff, highlighting areas where standards could be updated for clarity, efficiency, or improved care.
- Ensuring continued compliance with the FSA while adapting to evolving operational needs.
- Operational feasibility when DIPC reopened as an FRC.

**Operational Adjustments for Short-Term Family Stays**
One of the most significant operational adjustments in 2025 was the recognition that most families would spend less time in residential FRCs. As a result, some standards were modified to reflect the abbreviated duration of stay, emphasizing rapid access to medical screening, streamlined orientation processes, and flexible programming designed to support families during short-term custody. These changes aim to minimize disruption to family life and ensure that essential needs are met promptly.

**Standards Modified Without FSA Implications**

The following outlines recent modifications to specific standards at the DIPC that do not pertain to FSA-related implications. The changes reflect the operational needs of the FRC, particularly considering the anticipated short length of resident stays (less than 20 days).

**1. FRS 2.8: Staff-Resident Communication**

The response time for addressing resident requests has been shortened from three business days to within 24–48 hours. This modification ensures that residents receive prompt attention to their needs, aligning with the brief duration of their stay at the FRC.

**2. FRS 3.1: Behavior Management**

The administrative review process for behavioral issues has been streamlined. The requirement for an executive review panel and an appeals review board has been removed, as these processes would not fit within the brief period of a resident's stay. The revised process still upholds due process while enabling timely and efficient resolution of behavioral matters.

**3. FRS 5.1: Correspondence and Other Mail**

The original comprehensive mail system has been scaled back. Given the brief duration of stay, maintaining a robust mail and package system is not practical. Residents may still request and receive legal and special correspondence mail upon approval from both the facility and the field office.

The following standards have been *removed* entirely, as they are not relevant to residents with anticipated short stays:

**4. FRS 5.3:** Escorted Trips for Non-Medical Emergencies
**5. FRS 5.4:** Marriage Requests
**6. FRS 5.5:** Voluntary Work Program

**7. FRS 6.1: Resident Handbook**

The resident handbook has been updated to incorporate all modifications to the standards. This ensures that residents are provided with clear and transparent information regarding facility operations and their rights during their stay.

These modifications were made to ensure that facility procedures remain practical, efficient, and responsive to the needs of residents with short-term stays, while preserving transparency and due process.

**Standards Modified with FSA Implications**

Recent modifications have been made to remove the modification to standards related to the FSA.

**Standard 5.2 Educational Policy, 5.6 Recreation**

On November 1, 2025, ICE issued a contract modification that will revert FRC 5.2 and 5.6 to their original version to include a comprehensive, structured education component. This modification features licensed classrooms that will be integrated with recreational activities. The

15

primary goal of this modification is to ensure continuous academic development and to promote holistic growth through both education and recreation consistent with the original framework of the FSA.

Classes at the DIPC are scheduled to begin on January 5, 2026.

**5.9 Visitation**
Effective November 1, 2025, the DIPC updated its visitation policy which now authorizes social visitation within the facility.

## D. SUMMARY OF ICE'S COMPLIANCE WITH THE FSA REQUIREMENTS IN THE MONTHS OF AUGUST AND SEPTEMBER 2025

Inspections during this reporting period demonstrated substantial compliance with FSA requirements. Inspections covered all key FSA operational areas, including:

a. Safe and Sanitary Conditions: Facilities provided clean and safe environments, including adequate food, filtered drinking water, clothing and hygiene products.

b. Medical Care: Minors had access to appropriate medical attention, including emergency medical care and routine health services.

c. Educational Services: This standard was modified to reflect ICE's commitment to improving the educational experience for students in its care, ensuring that instruction is both age-appropriate and responsive to operational needs. Through updated licensing, expanded access to resources, and robust bilingual staffing, ICE aims to provide a supportive and effective learning environment for all participants.

d. Recreation: This standard was modified to include education with recreational activities. The standards are being modified to better reflect operational realities and improve the use of structured, age-appropriate learning during indoor and outdoor activities

e. Legal Access: Minors were provided access to legal counsel and information about their rights and immigration proceedings.

f. Efforts to Minimize Detention: Each case involving a minor is individually reviewed to determine when the minor can be released from custody in line with the applicable laws and the Flores Settlement Agreement. The primary goal is to ensure that minors are discharged from custody as quickly as possible, prioritizing their safety, well-being, and legal rights. The assessment process includes:

- Flight Risk Assessment – recent entry, family/community ties in the US, previous reporting compliance history, immigration pre-order/post-order
- Likelihood of removal in foreseeable future – checking status of fear claim adjudication, a final order of removal, travel document progress, failure to comply with removal process

- Ensuring compliance with all relevant immigration laws, regulations, and court orders.

ICE is committed to the principles of the FSA and goes beyond to meet its intent. The below outlines various standards and tools used to ensure compliance with the FSA. *See reference on page 2(II) of the original Supplemental Juvenile Coordinator Report.*

**Resident Entry Procedures - DIPC in Dilley, Texas**



DIPC Resident Entry Procedures | ICE Dilley Intake | 15-Step Process Documentation

**Conditions of Confinement**

- **Age-Appropriate Food:** Meals continue to meet dietary standards, with snacks and beverages available 24/7. The facility provides a range of snacks in residential pantries, restored twice daily and rotated for freshness. Lower-sugar options are available upon request. Food allergies and special diets are identified during intake and communicated to staff, with therapeutic meals prepared as needed. Religious dietary needs, such as halal

17

and kosher meals, are accommodated with approval from the Chaplain, following guidelines in the Resident Handbook.

- **Temperature Control:** Facilities continually maintained adequate temperature settings, with no complaints regarding climate conditions.
- **Clothing and Hygiene:** Minors were continuously provided with personal hygiene products and age-appropriate clothing. However, ICE reassessed the quantity and variety of clothing items issued and modified the contract to ensure that additional clothing items were provided, reflecting seasonal changes and individual preferences. This allowed ICE to maintain a consistent standard of care and respond to the evolving requirements of the minors in its care.
- CSO interviews confirmed that all residents have access to an ample supply of clothing that meets age-appropriate standards.

**Documentation Statement: Personal Hygiene Items at FRC - DIPC**
**Date: November 21, 2025**

This statement serves to document the photographic evidence of personal hygiene items and amenities observed at the FRC – DIPC facility. On Friday, November 21, 2025, a series of photographs were taken to record the availability and condition of essential items provided to residents at the DIPC.

**Items Photographed**
- A variety of diaper sizes
- Baby wipes, powder, lotion, ointments, baby bottles, bottles liners and no tear baby shampoo.
- Bed rolls that are prepared for adults and children.
- Nursing blankets (Pink and green polka dots)
- Baby Formula (Soy is available with medical concurrence)
- Soap: the resident soap has been changed from a previous cranberry scent to a new citrus foaming wash. This soap can be used as 3 in 1.
- Low-level lighting in individual housing units
- Pictures of the newly installed Brita water filter in the suites, which the unit teams include in the orientation of each resident on its purpose and how to use them correctly. Each sink with a filter also has an identifying flyer to advise the residents in multiple languages that the water in that sink is filtered.
- The DIPC has also made adjustment to the laundry detergent disbursement amount after residents stated they did not feel the level of cleanliness was effective. The DIPC is also exploring an alternative laundry detergent that can remain cost effective while still delivering the desired results.

**Purpose of Documentation**

The intent behind capturing these photographs was to verify the presence of vital hygiene supplies and environmental features designed to support the well-being of residents, particularly infants and young children. The images provide visual confirmation of the facility's commitment to maintaining health and safety standards through the provision of necessary personal care products and appropriate lighting within living spaces.

**Date and Location of Record**

All photographs were taken on November 21-25, 2025, at the Family Residential Center – DIPC (FRC – DIPC), specifically within the individual housing units assigned to residents. Significance.

<strong>Dining Hall</strong>





**Baby Formula/Food**









**Sippy Cups and Playtex Baby Drop-Ins**



**Baby Hygiene Products**








**Clothing for Adult Male**





**Clothing for Adult Female**



**Clothing for kids**





**This Area Left Blank**

**Brita Water Filters in Housing Units**



**This Area Left Blank**

**Soap Dispensers**





**Facility Climate:** The CSO inspection checklists confirm census verification processes and emergency counts conducted at facilities.

CSO interviews confirmed that facility staff conduct regular nighttime welfare checks to ensure resident safety, using low-level illumination in the front portion of living suites while keeping lights in the bunk bed area off after 10:00 p.m.

To address concerns about overly bright lighting at night, the front portion of suite lighting was adjusted from 5000K 'bright white' bulbs to 3000K 'soft white' bulbs, reducing intensity while ensuring adequate visibility for welfare checks. *See reference on page 10 (F) of the original Supplemental Juvenile Coordinator Report.*

CSO interviews confirmed that facility staff are trained to minimize noise during sleeping hours by keeping conversations and radio volumes low.

**Lighting Adjustments:** In response to concerns about overly bright lighting at night, the lighting in the front portion of living suites was changed from 5000K "bright white" bulbs to 3000K "soft white" bulbs. This adjustment reduces light intensity while maintaining sufficient visibility for staff performing welfare checks.

Low Level Lighting in Housing Areas



**Noise Reduction:** CSO interviews confirm that facility staff have been trained to minimize noise during sleeping hours. Staff are instructed to keep conversations and radio volumes low to promote a restful environment.

## Medical Care

### Admission Examinations

Minors are promptly given medical examinations within 48 hours of admission, except on weekends and holidays. According to FSA Checklists, medical care is readily available upon request to ensure the well-being of all minors entering the facility. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**24-Hour Medical Care Availability**

CSO inspection checklists confirm that the facility provides round-the-clock medical care. This includes continuous nurse checks and detailed temperature logs, which are maintained to always safeguard the health and safety of minors. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Initial Health Screenings**

Upon arrival, every resident undergoes comprehensive screenings within 12 hours. These screenings cover medical, dental, vulnerability, and mental health assessments. If a resident presents with acute or emergent medical conditions, a licensed healthcare professional evaluates them within two working days of the initial screening, as clinically required. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Healthcare Provider Coverage**

Nurse Practitioners are available for 24-hour on-call coverage whenever a physician is not present on-site, ensuring continuous access to qualified medical professionals. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Medication Distribution**

- Medications are distributed at the Health Services Unit pill call window during designated times to accommodate various needs:
- Fasting Pill Call: 5:00 a.m. to 6:00 a.m. for residents requiring medication on an empty stomach before breakfast at 6:00 a.m.
- General Pill Call: 7:00 a.m. to 9:00 a.m., 1:00 p.m. to 3:00 p.m., and 7:00 p.m. to 9:00 p.m.

*See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Suicide Precautions**

Specific procedures for both minors and adults have been implemented in strict compliance with ICE's FRS. These protocols are designed to protect residents and address their mental health needs effectively. *See reference on page 11(G) of the original Supplemental Juvenile Coordinator Report.*

**Recreation and Education Activities**

The weekly schedule is designed to provide a balanced mix of structured activities that promote physical, intellectual, and social development. Each week includes dedicated time for gym classes, library visits, and a variety of age-appropriate recreational activities. *See reference on page 11(H) of the original Supplemental Juvenile Coordinator Report.*

**Grievances and Communication**

Grievance mechanisms were accessible, confidential, and effective. Staff monitored satisfaction and followed up on complaints to ensure resolution. Communication channels included suggestion boxes, direct staff interaction, and multilingual postings. *See reference on page 14(M) of the original Supplemental Juvenile Coordinator Report.*

**Resolution of Grievances**

No grievances were reported during the weekly inspections. The CSO inspection checklists verified that follow-up interviews were conducted with residents, ensuring their satisfaction with the outcomes of any previous grievances. *See reference on page 14(M) of the original Supplemental Juvenile Coordinator Report.*

**Staff-Resident Communication**

All resident requests were addressed within 24 hours, demonstrating a commitment to providing timely responses to resident concerns. *See reference on page 14(M) of the original Supplemental Juvenile Coordinator Report.*

**Legal Access**

Minors in ICE custody are entitled to meaningful access to legal assistance as part of their due process rights. These rights include the ability to consult with an attorney or accredited representative, receive information about available legal services, and understand the procedures affecting their immigration status. Upon arrival at a detention facility, minors must be informed of their right to legal counsel, regardless of their ability to pay. Information about legal rights is provided in a language and format accessible to the minor, ensuring comprehension and informed decision-making. *See reference on page 13(K) of the original Supplemental Juvenile Coordinator Report.*

JFMD, in coordination with ICE's Office of Principal Legal Advisor, created a new video *A Brief Explanation of Your Rights,* that is available at the facility in English, Spanish, Portuguese, Arabic, Russian, French, Mandarin, and Swahili. Additional languages are added as they become available. The videos are shown at intake and are available for on demand viewing.

**Legal Service Provider List**

ICE facilities are required to maintain and prominently post a current list of legal service providers who offer free or low-cost immigration legal assistance. This list is typically displayed in shared areas such as housing units, intake rooms, and visitation areas, and is distributed to minors during the intake process. The importance of this list lies in enabling minors and their families to identify qualified legal representatives and access essential legal resources. Regular updates to the list are mandated to ensure accuracy and availability of services. *See reference on page 13(L) of the original Supplemental Juvenile Coordinator Report.*

**List of Legal Service Providers:** The list is prominently posted in the following locations:
- Day Rooms
- Courtroom
- Visitation
- Library
- Gym
- Intake (where the "Know Your Rights" video plays continuously)
- Private phone rooms

**Phone Access**

To facilitate communication with attorneys, legal service providers, and family members, minors must be given access to telephones. ICE facilities are required to provide free phone calls to legal counsel and relevant organizations, with the locations of phones clearly marked and accessible within living or shared areas. Procedures for requesting phone access are designed to be straightforward, minimizing barriers to communication. Staff are responsible for ensuring minors understand how to use phone systems and that their privacy during legal calls is respected. *See reference on page 17(G) of the original Supplemental Juvenile Coordinator Report.*

**Legal Visitation Options**

Minors have the right to meet with legal representatives in person or virtually, depending on facility capabilities and public health considerations. In-person legal visitation is facilitated through scheduled appointments, and facilities must ensure private, secure meeting spaces are available. Where technology permits, virtual visitation via video conferencing is also provided, expanding access to legal counsel for those unable to travel. Guidelines for legal visitation prioritize the minor's confidentiality, safety, and the uninterrupted exchange of information. *See reference on page 13(K) of the original Supplemental Juvenile Coordinator Report.*

**Legal Orientation Programs**

Legal orientation programs (LOPs) are made available to educate minors about immigration proceedings, their rights, and available legal options. These programs may include group presentations, written materials, or one-on-one sessions with legal professionals. Participation in LOPs is voluntary, but minors are strongly encouraged to attend to better understand their situation and legal remedies. Facilities coordinate with recognized legal organizations to deliver accurate, age-appropriate information and answer questions from minors. *See reference on page 13(K) of the original Supplemental Juvenile Coordinator Report.*

**Legal Orientation Video at DIPC**

ICE now shows an updated Legal Orientation Program (LOP) video to all new residents at DIPC. The program aims to give clear information about legal rights and immigration procedures.

Purpose of the Video
The LOP video helps residents:
- Understand their legal rights under U.S. immigration law
- Learn about immigration procedures and expected timelines
- Find out how to access legal counsel and pro bono services
- Know facility rules, support services, and expectations

Key Topics
The video covers:
1. The basics of the U.S. immigration system and agency roles
2. Resident rights, responsibilities, and the importance of attending hearings
3. How to get legal assistance in the facility
4. Daily routines, medical care, communication, and complaint processes
5. Steps in the immigration process, including interviews and hearings

33

Significance
All residents receive consistent information, which reduces confusion and supports informed decision-making. The video also promotes transparency and fair treatment.

Conclusion
DHS ICE's LOP video offers essential guidance to help new arrivals at DIPC understand their rights and navigate the immigration process.

**Intake Process Procedures**
As outlined in the DIPC Resident Entry Procedures Diagram above minors undergo an intake process that includes a review of the I-770 form (Notice of Rights and Request for Disposition), which outlines their legal rights and available options. During intake, minors receive a copy of the legal service provider list and instructions on how to request legal assistance. Staff are trained to explain the intake documents, answer questions, and ensure that minors are aware of their right to legal counsel. The intake process is designed to be transparent, supportive, and responsive to the individual needs of each minor.

Ensuring legal access for minors in ICE custody is essential to safeguarding their due process rights and facilitating fair immigration proceedings. This report has outlined the key provisions supporting minors' access to legal assistance, including the posting of legal service provider lists, phone access, legal visitation, orientation programs, and intake process procedures. Ongoing attention to these areas is necessary to maintain compliance with legal standards and to protect the rights and welfare of vulnerable youth in immigration detention. *See reference on page 13(K) of the original Supplemental Juvenile Coordinator Report.*

**FACILITY INSPECTION FINDINGS FOR AUGUST AND SEPTEMBER 2025**

**Hotel Stays:**
- Bathrooms were sanitary, stocked, and accessible.
- Personal hygiene products were provided, and residents were allowed to perform hygiene at any time.
- Snacks, juice, and water were available 24/7, and three hot meals were provided daily.



CSO Hotel Stay
Compliance Tool McA

**August 2025 Inspection:** On August 26-28, 2025, RiverTech conducted a scheduled compliance inspection of the DIPC. The inspection assessed forty-three standards across all seven sections of the 2020 Family Residential Standards (FRS), with consideration given to requirements found in the Flores Settlement Agreement (FSA).



DIPC Inspection
Summary Report_Aug

- One FRS was non-compliant: FRS 2.4: Key and Lock Control. Finding: The Lock and Key Control Officer was not locksmith certified.

- Three standards were found not applicable due to the low average length of stay: FRS 5.3: Escorted Trips for Non-Medical Emergencies, FRS 5.4: Marriage Requests, and FRS 5.5: Voluntary work program.

**September 2025 Inspection:** On September 23-25, 2025, RiverTech conducted a scheduled compliance inspection of the DIPC. The inspection assessed forty-three standards across all seven sections of the 2020 FRS, with consideration given to requirements found in the FSA. No FRS was found non-compliant.



Dilley September
2025 Report of Findin

- No non-compliant FRSs were cited during this inspection, including all FSA requirements.
- The previously identified non-compliant FRS 2.4: Key and Lock Control finding from the August 2025 inspection has been corrected. The Key and Lock Control Officer successfully completed certified locksmith training on August 22, 2025, thereby addressing the compliance issue.

**Northwest Regional Juvenile Detention Center (NWRJDC):**
- All areas of the facility were clean, well maintained, and appropriate for housing ICE juveniles.
- The facility received a 100% compliant rating from the Commonwealth of Virginia's Department of Juvenile Justice.
- ICE juveniles in residence during the inspections did not identify any issues.



Flores Stip July
25.pdf

**THE ICE JUVENILE COORDINATOR'S MONITORING ACTIVITIES AND INSPECTION LIFESTYLE OVERVIEW**

**Inspection Lifecycle Overview**
**Inspection Frequencies, Types, and Responsible Inspectors by Facility**



*See reference on page 6(D) of the Supplemental Juvenile Coordinator Report.*

**The ICE Juvenile Coordinator's Monitoring Role**
The ICE Juvenile Coordinator is tasked with overseeing the treatment of minors in ICE custody, ensuring that facilities and procedures align with the requirements set forth in the FSA. These responsibilities include site visits, reviewing reports, and addressing complaints or incidents involving minors. *See reference on page 4(I) of the original Supplemental Juvenile Coordinator Report*

The following diagram outlines the systematic workflow followed by the Juvenile Coordinator to monitor and enforce compliance with the FSA. Through these structured steps, the Juvenile Coordinator ensures the safety, dignity, and well-being of minors in ICE custody, addressing concerns proactively and promoting ongoing improvements in facility standards.



## MULTI-LEVEL INSPECTION SYSTEM

ICE utilizes a robust, multi-level inspection system to ensure compliance with the FSA. This system involves multiple layers of oversight and accountability, with each level playing a critical role in monitoring and enforcing compliance.

The following chart identifies a list of ICE field, headquarters and external oversight entities utilized to ensure compliance with the FSA. *See reference on page 1(2) and 6(1) of the original Supplemental Juvenile Coordinator Report.*



A multi-level inspection system involves regular, structured reviews at various organizational levels, including internal ICE audits, external oversight bodies, and independent third-party inspections. This layered approach provides several benefits:

- Redundancy: Multiple inspections reduce the risk of oversight or non-compliance going unnoticed.
- Transparency: External and third-party inspections increase public trust and ensure that findings are impartial.
- Continuous Improvement: Regular reviews help identify systemic issues and provide actionable feedback for corrective measures.
- Immediate Response: Inspections can trigger prompt remediation in cases where conditions fall short of FSA standards.

**TRAINING AND OVERSIGHT**

ICE's JFMD provides extensive training to ensure that all personnel involved in the care of minors are well-equipped to meet the requirements of the FSA. *See reference on page 4(C) of the original Supplemental Juvenile Coordinator Report.*

Inspections of ICE facilities confirmed that staff qualifications and training were compliant with the FSA and ICE standards. Each facility's adherence to training requirements demonstrates its commitment to maintaining high standards of care for minors.

Facility staff were trained to provide age-appropriate care, maintain sanitary conditions, and address the needs of residents promptly. For example, staff in the FRC were trained to conduct welfare checks in a manner that minimizes disruption to residents' sleep, including the use of soft-closing doors and low-volume radios.

ICE's training program has been so effective that CBP Juvenile Coordinators, who attended ICE's annual training in August 2024, requested ICE to host additional training sessions for CBP.

**Training Topics**
ICE's training program covers some of the following topics:
1. **Immigration Lifecycle Training:**
   o **Encountering a Minor:** Definition of Minor, determination of Accompanied Child (AC) or Unaccompanied Alien Child (UAC), and mandatory notifications under the Trafficking Victims Protection Reauthorization Act (TVPRA).
   o **Processing:** Age, nationality, medical needs; TVPRA screening; and CBP-93 Form completion.
   o **Transferring:** Coordination with the appropriate authorities for housing and transportation.
2. **Immigration Case Management, Releases, and Repatriations:**
   o Case review and system checks.
   o Monitoring progress with Executive Office for Immigration Review and U.S. Citizenship and Immigration Service.
   o Repatriation procedures, including safe return requirements under the TVPRA.
3. **Legal Authorities Applicable to Alien Children:**
   o Homeland Security Act (HSA), TVPRA, Perez-Funez, FSA, Saravia, Orantes, and the Violence Against Women Act (VAWA).
4. **Congressional and Court-Mandated Training:**
   o Specialized training on identifying victims of human trafficking and children eligible for asylum or special immigration relief.
   o Training in the terms of the FSA.

**Training Schedule Overview**



*See reference on page 6(D) of the original Supplemental Juvenile Coordinator Report.*

Detailed Training Information
- General FOJC Training: Conducted on a monthly, quarterly, and annual basis. All ICE staff and contractors are required to participate. This training covers foundational concepts and updates relevant to FOJC operations.
- Behavioral Management: Offered monthly to ICE staff and contractors, focusing on effective strategies for managing behavior and maintaining a safe, productive environment.
- Age Outs: Held quarterly, this training addresses protocols and procedures for individuals aging out of certain programs. ICE staff and contractors must attend.
- FSA Compliance: Delivered annually, this training ensures ICE staff and contractors are informed about Family Separation Act compliance requirements and best practices.

All training listed above is mandatory for ICE staff and contractors. Attendance and active participation are required to ensure compliance with organizational standards and regulatory guidelines. Training sessions are scheduled based on the frequency indicated for each type, and reminders will be sent in advance to all participants.

   

jobaid-holdroompost er.pdf    mandatoryReporting ChildAbuseJobAid.pdf    flowchart-tvpra.pdf    jobaid-legalauthoritie s.pdf

**CONCLUSION**

This supplemental report reflects ICE's ongoing commitment to compliance with the FSA during the months of August and September 2025. Through sustained oversight, a multi-level inspection system, and continuous staff training, ICE has built a foundation of accountability and transparency in the care of minors and families in its custody. The agency's proactive approach, including regular audits, the use of independent contractors for inspections, and the implementation of updated FRS demonstrates a robust effort to ensure compliance and to promptly address areas requiring improvement.

The report's analysis of census data for minors housed in hotels for over 72 hours and over 20 days at the FRC, along with detailed accounts of operational practices, highlights ICE's responsiveness to both regulatory requirements and the unique needs of the populations it serves. By identifying and addressing key factors such as transportation delays, medical needs, and legal processing, ICE has shown an ability to adapt policies and procedures to evolving operational realities while maintaining the highest standards of care and protection.

Notably, the modifications to facility standards in 2025, tailored to the duration of family stays, further reinforce the agency's commitment to practical, efficient, and humane treatment. The agency's investment in comprehensive training ensures that staff are well-equipped to meet the challenges of their roles and to support the well-being of those in custody.

As ICE moves forward, it remains committed to its promise to uphold the intent and requirements of the FSA. The agency will continue to evaluate and refine its practices, prioritize the safety and dignity of minors, and foster an environment of continuous improvement. ICE's efforts during the reporting period serve as a testament to its ongoing mission: to treat immigrant families and children with compassion, professionalism, and respect for their rights under the law.

In closing, ICE's actions throughout August and September 2025 exemplify a model of regulatory compliance and humane care. The agency's vigilance, adaptability, and transparency will remain central to its work as it continues to ensure the safety, well-being, and legal rights of minors in federal custody.