# ERO Custody Management Division

## Family Residential Center Population Detained 20+ Days Report - September 2025

The following document was created based on ICE Integrated Decision Support (IIDS)
IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).
Source: IIDS data as of 10/10/2025.

**Notes:**

Data reflects Family Unit Individuals who have been detained 20 days or longer, booked into a Family Residential Center, and booked out between 9/1/2025 and 9/30/2025 or were in custody as of 9/30/2025.
Detention length of stay was determined by calculating the time (in days) between Apprehension Date and either Book-out Date or 9/30/2025 for those who remained in custody.
Facility Length of Stay (FLOS) was determined by calculating the time (in days) between Book-in Date and either Book-out Date or 9/30/2025 for those who remained in custody.
Family Unit Individuals that were in custody as of 9/30/2025 will appear on subsequent reports until no longer in custody.
Initial Book-in date was substituted for apprehension dates with data quality issues.

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/11/2025 | 8/12/2025 | 9/6/2025 | 25 | | #N/A | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/11/2025 | 8/12/2025 | 9/3/2025 | 22 | | #N/A | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/4/2025 | 9/6/2025 | 9/26/2025 | 20 | #N/A | #N/A | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/4/2025 | 9/5/2025 | 9/28/2025 | 23 | | | Continued detention pending travel document issuance and removal itinerary. Removed on Day 23. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/19/2025 | 8/20/2025 | 9/17/2025 | 28 | | #N/A | FAMU requested and processed for VD. Detention continued pending motion to dismiss for VD scheduling. FAMU subsequently declined VD Day 22. FAMU subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/24/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | Detention was continued pending a scheduled administrative hearing. Family subsequently released | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/4/2025 | 8/5/2025 | 9/1/2025 | 27 | | #N/A | Detention was continued pending removal. Family claimed fear on Day 22. Fear claim dismissed as family had pending BIA appeal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/4/2025 | 8/5/2025 | 9/1/2025 | 27 | | #N/A | Detention was continued pending removal. Family claimed fear on Day 22. Fear claim dismissed as family had pending BIA appeal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/7/2025 | 9/9/2025 | 10/1/2025 | 21 | #N/A | #N/A | Detention was continued pending an administrative hearing outcome. On Day 20, family was issued final removal orders. FAMU removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/7/2025 | 9/9/2025 | 10/1/2025 | 21 | #N/A | #N/A | Detention was continued pending an administrative hearing outcome. On Day 20, family was issued final removal orders. FAMU removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 7/19/2025 | 7/21/2025 | 9/2/2025 | 43 | #N/A | #N/A | Detention was continued pending a credible fear decision. Credible fear was not found. FAMU requested IJ review. Subsequently, the IJ affirmed USCIS credible fear decision. FAMU removed Day 43. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/2/2025 | 8/5/2025 | 9/8/2025 | 34 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 34. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/2/2025 | 8/5/2025 | 9/8/2025 | 34 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 34. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/13/2025 | 8/14/2025 | 9/22/2025 | 39 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2025 | 9/5/2025 | 9/25/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/14/2025 | 8/16/2025 | 9/6/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/14/2025 | 8/16/2025 | 9/6/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/14/2025 | 8/19/2025 | 9/25/2025 | 37 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order on two instances. As a result, the family is pending removal on the next scheduled special removal charter flight. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/20/2025 | 8/22/2025 | 9/11/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/20/2025 | 8/22/2025 | 9/11/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/7/2025 | 9/10/2025 | 9/30/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/31/2025 | 9/3/2025 | 10/9/2025 | 27 | #N/A | #N/A | Detention was continued pending USCIS findings. USCIS issued negative finding decision. Family requested and was scheduled for a review with the immigration judge. The immigration judge later affimed USCIS's decision. Family was subsequenlty removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/4/2025 | 9/25/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/3/2025 | 9/5/2025 | 9/26/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/5/2025 | 9/7/2025 | 9/30/2025 | 23 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/4/2025 | 9/7/2025 | 9/30/2025 | 23 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/5/2025 | 9/9/2025 | | 21 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. Family was rescheduled and subsequently removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/3/2025 | 10/2/2025 | 27 | | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/3/2025 | 10/2/2025 | 27 | | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/3/2025 | 10/2/2025 | 27 | | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/30/2025 | 9/1/2025 | 9/21/2025 | 20 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/12/2025 | 8/15/2025 | 9/4/2025 | 20 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Request for travel documents was initiated for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/12/2025 | 8/15/2025 | 9/6/2025 | 22 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Request for travel documents was initiated for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/12/2025 | 8/15/2025 | 9/4/2025 | 20 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Request for travel documents was initiated for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/12/2025 | 8/15/2025 | 9/4/2025 | 20 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Request for travel documents was initiated for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/28/2025 | 8/31/2025 | 9/25/2025 | 25 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. IJ subsequently issued a removal order Day 21. FAMU reserved appeal. FAMU was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/28/2025 | 8/31/2025 | 9/25/2025 | 25 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. IJ subsequently issued a removal order Day 21. FAMU reserved appeal. FAMU was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/28/2025 | 8/31/2025 | 9/20/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/5/2025 | 9/7/2025 | 10/1/2025 | 23 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 23. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/19/2025 | 8/19/2025 | 9/13/2025 | 25 | | #N/A | USCIS issued positive finding decision. Detention was continued pending a withholding of removal hearing. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/29/2025 | 9/1/2025 | 9/26/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Detention was continued for removal removal flilght scheduling. Family was scheduled and removed on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/31/2025 | 9/3/2025 | 9/25/2025 | 22 | #N/A | #N/A | Detention was continued pending a scheduled administrative hearing. Family subsequently released | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/3/2025 | 8/6/2025 | 9/15/2025 | 40 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/3/2025 | 8/6/2025 | 9/14/2025 | 39 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/14/2025 | 8/16/2025 | 9/10/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/14/2025 | 8/16/2025 | 9/10/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 12/31/9999 | 8/9/2025 | 9/6/2025 | 28 | | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family reserved appeal of the IJ decision. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 12/31/9999 | 8/9/2025 | 9/3/2025 | 25 | | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family reserved appeal of the IJ decision. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/21/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/21/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/23/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/2/2025 | 9/4/2025 | 9/28/2025 | 24 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 24. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/4/2025 | 9/7/2025 | 9/29/2025 | 22 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/23/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/23/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/30/2025 | 9/1/2025 | 9/27/2025 | 26 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/30/2025 | 9/1/2025 | 9/27/2025 | 26 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/31/2025 | 9/3/2025 | 10/2/2025 | 27 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/3/2025 | 9/6/2025 | 10/2/2025 | 24 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 24. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/3/2025 | 9/6/2025 | 10/2/2025 | 24 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 24. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2025 | 9/6/2025 | 9/27/2025 | 21 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2025 | 9/7/2025 | 10/7/2025 | 23 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 23. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2025 | 9/7/2025 | 10/7/2025 | 23 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 23. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2025 | 9/7/2025 | 10/7/2025 | 23 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 23. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/5/2025 | 9/10/2025 | | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/6/2025 | 9/9/2025 | 10/1/2025 | 21 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2025 | 8/24/2025 | 9/18/2025 | 25 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2025 | 8/24/2025 | 9/18/2025 | 25 | #N/A | #N/A | Detention was continued pending USCIS's decision. USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2025 | 9/3/2025 | 9/25/2025 | 22 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2025 | 9/3/2025 | 9/25/2025 | 22 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2025 | 8/28/2025 | 10/1/2025 | 33 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued pending a scheduled administrative hearing. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2025 | 8/28/2025 | 10/1/2025 | 33 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued pending a scheduled administrative hearing. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2025 | 8/31/2025 | 9/20/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/13/2025 | 8/16/2025 | 9/6/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued pending a scheduled administrative hearing. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/15/2025 | 8/17/2025 | 9/11/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Detention was continued pending travel document issuance for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/25/2025 | 8/31/2025 | 9/22/2025 | 22 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/8/2025 | 9/9/2025 | | 21 | | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/8/2025 | 9/9/2025 | | 21 | | #N/A | Detention was continued pending USCIS's decision. USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/4/2025 | 9/30/2025 | 26 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/2/2025 | 9/4/2025 | 9/30/2025 | 26 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/25/2025 | 8/26/2025 | 9/18/2025 | 23 | | #N/A | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order on two occasions. FAMU was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/17/2025 | 8/20/2025 | 9/10/2025 | 21 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/17/2025 | 8/20/2025 | 9/10/2025 | 21 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/17/2025 | 8/20/2025 | 9/10/2025 | 21 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/18/2025 | 8/19/2025 | 9/9/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/18/2025 | 8/22/2025 | 9/11/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/18/2025 | 8/22/2025 | 9/11/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/18/2025 | 8/23/2025 | 9/13/2025 | 21 | #N/A | #N/A | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for the scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/20/2025 | 8/23/2025 | 9/17/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family submitted a request for reconsideration (RFR). Detention was continued pending RFR decision. RFR decision remains. Family was subsequently removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/20/2025 | 8/23/2025 | 9/17/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family submitted a request for reconsideration (RFR). Detention was continued pending RFR decision. RFR decision remains. Family was subsequently removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/20/2025 | 8/23/2025 | 9/17/2025 | 25 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Family submitted a request for reconsideration (RFR). Detention was continued pending RFR decision. RFR decision remains. Family was subsequently removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/20/2025 | 8/22/2025 | 9/18/2025 | 27 | #N/A | #N/A | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently removed on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/22/2025 | 8/25/2025 | 9/18/2025 | 24 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Detention was continued pending travel document issuance for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/22/2025 | 8/25/2025 | 9/18/2025 | 24 | #N/A | #N/A | USCIS issued negative finding decision. The immigration judge affirmed USCIS's decision. Detention was continued pending travel document issuance for removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/31/2025 | 9/3/2025 | 9/23/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/31/2025 | 9/3/2025 | 9/23/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/31/2025 | 9/3/2025 | 9/23/2025 | 20 | #N/A | #N/A | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 31 | #N/A | #N/A | Detention was continued pending the decision from USCIS regarding FAMU fear claim . FAMU requested IJ review on day 21 and detention was contindued pending the IJ decision and subsequent removal on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 31 | #N/A | #N/A | Detention was continued pending the decision from USCIS regarding FAMU fear claim . FAMU requested IJ review on day 21 and detention was contindued pending the IJ decision and subsequent removal on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 31 | #N/A | #N/A | Detention was continued pending the decision from USCIS regarding FAMU fear claim . FAMU requested IJ review on day 21 and detention was contindued pending the IJ decision and subsequent removal on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/12/2025 | 8/14/2025 | 9/6/2025 | 23 | #N/A | #N/A | Detention was continued pending immigration hearing. FAMU was released on Day 23 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/24/2025 | 8/28/2025 | | 33 | #N/A | #N/A | Detention was continued pending their fear decision from USCIS. Detention was continued for commercial removal at which the FAMU failed to comply. Due to no charter in the forseable future the FAMU was released on day 58. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/1/2025 | 9/4/2025 | 9/24/2025 | 20 | #N/A | #N/A | Detention was continued pending immigration hearing. FAMU released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/24/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | Detention was continued pending immigration hearing. FAMU released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/23/2025 | 8/27/2025 | 9/20/2025 | 24 | #N/A | #N/A | Detention was continued pending immigration hearing. Hearing was reset for a future date and the FAMU was released on day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/23/2025 | 8/27/2025 | 9/20/2025 | 24 | #N/A | #N/A | Detention was continued pending immigration hearing. Hearing was reset for a future date and the FAMU was released on day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/23/2025 | 8/27/2025 | 9/19/2025 | 23 | #N/A | #N/A | Detention was continued pending immigration hearing. Hearing was reset for a future date and the FAMU was released on day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/6/2025 | 7/9/2025 | 9/10/2025 | 63 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently a request for reconsideration submitted by the attorney of record. Detention was continued pending a removal flight on which the FAMU was removed on day 64. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 55 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently the immigration judge review. FAMU was removed on day 55. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 55 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently the immigration judge review. FAMU was removed on day 55. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 55 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently the immigration judge review. FAMU was removed on day 55. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 49 | #N/A | #N/A | Detention was contindued pending the credible fear determination and subsequent immigration judge review. Stay of removal was filed by attorney and denied. FAMU removed on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 49 | #N/A | #N/A | Detention was contindued pending the credible fear determination and subsequent immigration judge review. Stay of removal was filed by attorney and denied. FAMU removed on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 49 | #N/A | #N/A | Detention was contindued pending the credible fear determination and subsequent immigration judge review. Stay of removal was filed by attorney and denied. FAMU removed on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/12/2025 | 8/15/2025 | 9/4/2025 | 20 | #N/A | #N/A | Detention was continued pending immigration hearing. FAMU released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/28/2025 | 7/30/2025 | 9/4/2025 | 36 | #N/A | #N/A | Detention was contindued pending the credible fear determination which resulted in the issuance of an NTA. Detention was continued pending immigration hearing and FAMU subsequently released on day36. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/29/2025 | 8/1/2025 | 9/17/2025 | 47 | #N/A | #N/A | Detention was continued pending the credible fear determination and immigration judge review. On Day 28 attorney submitted request for reconsideration which was approved but subsequently denied. FAMU failed to comply with removal on day 47. FAMU was removed via charter on day 69. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 7/29/2025 | 8/1/2025 | 9/17/2025 | 47 | #N/A | #N/A | Detention was continued pending the credible fear determination and immigration judge review. On Day 28 attorney submitted request for reconsideration which was approved but subsequently denied. FAMU failed to comply with removal on day 47. FAMU was removed via charter on day 69. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 6/26/2025 | 6/28/2025 | 9/10/2025 | 74 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently a request for reconsideration submitted by the attorney of record. Detention was continued pending a removal flight on which the FAMU was removed on day 75. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2025 | 9/5/2025 | | 25 | #N/A | #N/A | Detention was continued pending the credible fear determination and subsequently a request for reconsideration submitted by the attorney of record. Detention was continued pending a removal flight on which the FAMU was removed on day 36. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2025 | 8/27/2025 | 10/2/2025 | 34 | | #N/A | Detention was continued pending immigration hearing. FAMU released on day 37 after IJ granted extension and time for FAMU to submit I589. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 7/28/2025 | 8/1/2025 | 9/5/2025 | 35 | #N/A | #N/A | Detention was continued pending the issuance of travel documents. FAMU was removed on day 37. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 7/28/2025 | 8/1/2025 | 9/16/2025 | 46 | #N/A | #N/A | Detention was continued pending the issuance of travel documents and scheduling of commerical air removal. FAMU was removed on day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 12/31/9999 | 7/31/2025 | 9/5/2025 | 36 | | | Detention was continued pending the issuance of travel documents. FAMU was removed on day 37. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/24/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 7/22/2025 | 7/25/2025 | 9/10/2025 | 47 | #N/A | #N/A | Detention was continued pending credible fear determination and subsequent IJ review. FAMU was removed via charter on day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/7/2025 | 9/10/2025 | 9/30/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/19/2025 | 8/21/2025 | 9/10/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/21/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/26/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/7/2025 | 9/9/2025 | | 21 | #N/A | #N/A | Detention was continued after FAMU claimed fear of return, awaiting decision and immigration judge review. FAMU was removed on day 45. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2025 | 9/2/2025 | | 28 | | #N/A | Detention was continued pending the reasonable fear decision and immigration judge review of the parent. FAMU was removed on day 46. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/7/2025 | 8/8/2025 | 9/9/2025 | 32 | | #N/A | Detention was continued after the FAMU claimed fear at removal. Due to appeal to BIA FAMU was released on day 32. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/4/2025 | 9/7/2025 | | 23 | #N/A | #N/A | Detention was continued pending the credible fear determinination. Detention was further continued pending the 3rd country removal approval. FAMU removed on day 41 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/25/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/25/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/12/2025 | 8/12/2025 | 9/2/2025 | 21 | | #N/A | Detention was continued after FAMU requested voluntary departure. FAMU was removed on day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/12/2025 | 8/12/2025 | 9/2/2025 | 21 | | #N/A | Detention was continued after FAMU requested voluntary departure. FAMU was removed on day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2025 | 8/31/2025 | 9/20/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2025 | 8/31/2025 | 9/20/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/9/2025 | 8/10/2025 | 9/30/2025 | 51 | #N/A | #N/A | Detention was continued pending the immigration judge hearing. Detentin was further continued during the appeal period at which time the FAMU filed an appeal with the BIA. FAMU was released on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 8/9/2025 | 8/10/2025 | 9/30/2025 | 51 | #N/A | #N/A | Detention was continued pending the immigration judge hearing. Detentin was further continued during the appeal period at which time the FAMU filed an appeal with the BIA. FAMU was released on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/9/2025 | 8/10/2025 | 9/30/2025 | 51 | #N/A | #N/A | Detention was continued pending the immigration judge hearing. Detentin was further continued during the appeal period at which time the FAMU filed an appeal with the BIA. FAMU was released on day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/12/2025 | 8/12/2025 | 9/6/2025 | 25 | | #N/A | Detention was continued pending immigration hearing. FAMU released on day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/3/2025 | 9/4/2025 | 10/3/2025 | 26 | | #N/A | Detention was continued pending credible fear determination. Due to appeal with BIA FAMU was released on day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 7/25/2025 | 7/25/2025 | 9/8/2025 | 45 | | #N/A | Detention was continued pending FAMU immigration hearing | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/20/2025 | 8/24/2025 | 9/13/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/15/2025 | 8/16/2025 | 9/11/2025 | 26 | | #N/A | Detention was continued pending the immigration judges approval of the FAMUs request for volunatry departure. FAMU was removed on day 26 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/15/2025 | 8/16/2025 | 9/11/2025 | 26 | | #N/A | Detention was continued pending the immigration judges approval of the FAMUs request for volunatry departure. FAMU was removed on day 26 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/15/2025 | 8/16/2025 | 9/11/2025 | 26 | | #N/A | Detention was continued pending the immigration judges approval of the FAMUs request for volunatry departure. FAMU was removed on day 26 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/11/2025 | 8/11/2025 | 9/11/2025 | 31 | | #N/A | Detention was continued pending immigration hearing. Minor was seperated due to mothers criminal history and remains in ORR custody. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/20/2025 | 8/20/2025 | 9/9/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/21/2025 | 8/22/2025 | | 39 | | #N/A | Detention was continued pending the approval of voluntary departure. Detention was further continued pending the issuance of travel documents and FAMU was removed on day 39. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/19/2025 | 8/21/2025 | 9/16/2025 | 26 | | #N/A | Detention was continued pending immigration hearing. Due to extened hearing date FAMU was released on day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/22/2025 | 8/26/2025 | 9/16/2025 | 21 | #N/A | #N/A | Detention was continued pending immigration hearing, due to extended hearing date FAMU was released on day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/25/2025 | 8/27/2025 | 9/16/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/18/2025 | 8/19/2025 | 9/15/2025 | 27 | | #N/A | Detention was continued pending the immigration judges review of the negative fear determination. FAMU was removed on day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/28/2025 | 8/30/2025 | 10/1/2025 | 31 | #N/A | #N/A | Detention was continued pending immigration hearing. Due to extened hearing date FAMU was released on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 6/3/2025 | 6/4/2025 | | 118 | | #N/A | Detention has been continued due DHS appeal to granted bond and individual immigration hearing scheduled. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 6/3/2025 | 6/4/2025 | | 118 | | #N/A | Detention has been continued due DHS appeal to granted bond and individual immigration hearing scheduled. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 6/3/2025 | 6/4/2025 | | 118 | | #N/A | Detention has been continued due DHS appeal to granted bond and individual immigration hearing scheduled. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 6/3/2025 | 6/4/2025 | | 118 | | #N/A | Detention has been continued due DHS appeal to granted bond and individual immigration hearing scheduled. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 6/3/2025 | 6/4/2025 | | 118 | | #N/A | Detention has been continued due DHS appeal to granted bond and individual immigration hearing scheduled. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/19/2025 | 8/20/2025 | 9/13/2025 | 24 | | #N/A | Detention was continued pending hearing with immigration judge. FAMU was released on day 24. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/31/2025 | 9/3/2025 | 9/25/2025 | 22 | #N/A | #N/A | Detention was continued pending hearing with immigration judge. FAMU was released on day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/26/2025 | 8/28/2025 | 9/17/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/22/2025 | 8/23/2025 | 9/25/2025 | 33 | #N/A | #N/A | Detention was continued pending the credible fear decision and subsequent immigration judge review. FAMU was reviewed on day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/22/2025 | 8/23/2025 | 9/25/2025 | 33 | #N/A | #N/A | Detention was continued pending the credible fear decision and subsequent immigration judge review. FAMU was reviewed on day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/1/2025 | 9/3/2025 | 9/25/2025 | 22 | #N/A | #N/A | Detention was continued pending the issuance of a notice to appear following a positive fear decision. FAMU released on day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/2/2025 | 9/6/2025 | 9/26/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/2/2025 | 9/6/2025 | 9/26/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/3/2025 | 9/6/2025 | 9/26/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/3/2025 | 9/6/2025 | | 24 | #N/A | #N/A | Detention was continued pending the credible fear decision. Detention was further continued pending the immigration judge review and the cooridination of reunification of minor daughter not in detention. FAMU was reunified and removed on day 65. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 9/6/2025 | 9/8/2025 | 9/29/2025 | 21 | #N/A | #N/A | Detention was continued pending the issuance of a notice to appear following a positive fear decision. FAMU released on day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/29/2025 | 9/18/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/29/2025 | 9/18/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/29/2025 | 9/18/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/26/2025 | 9/30/2025 | 35 | | #N/A | Detention was continued pending immigration judge granting voluntary departure at FAMU request. FAMU removed on day 35. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/26/2025 | 9/26/2025 | 31 | #N/A | #N/A | Detention was continued due to FAMU requesting voluntary departure. FAMU was removed on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/26/2025 | 9/26/2025 | 31 | #N/A | #N/A | Detention was continued due to FAMU requesting voluntary departure. FAMU was removed on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/25/2025 | 8/26/2025 | 9/26/2025 | 31 | #N/A | #N/A | Detention was continued due to FAMU requesting voluntary departure. FAMU was removed on day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/3/2025 | 8/6/2025 | 9/29/2025 | 54 | #N/A | #N/A | Detention was continue after FAMU refused to comply with departure. FAMU failed to comply with commerical removal on day 46. Detention was continued further and FAMU was removed via charter flight on day 54. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | 8/3/2025 | 8/6/2025 | 9/29/2025 | 54 | | #N/A | Detention was continue after FAMU refused to comply with departure. FAMU failed to comply with commerical removal on day 46. Detention was continued further and FAMU was removed via charter flight on day 54. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP FMU ID | ICE FMU ID | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | 9/1/2025 | 9/2/2025 | 9/22/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 9/1/2025 | 9/2/2025 | 9/22/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/15/2025 | 8/15/2025 | 9/10/2025 | 26 | | #N/A | Detention was continued pending credible fear decision. Upon confirmation of BIA appeal FAMU was released on day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/15/2025 | 8/15/2025 | 9/10/2025 | 26 | | #N/A | Detention was continued pending credible fear decision. Upon confirmation of BIA appeal FAMU was released on day 26. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/23/2025 | 8/24/2025 | 9/13/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/23/2025 | 8/24/2025 | 9/13/2025 | 20 | | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/26/2025 | 8/28/2025 | 9/17/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| [redacted] | | | | | | 8/26/2025 | 8/28/2025 | 9/17/2025 | 20 | #N/A | #N/A | FAMU was released on day 20. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |