# FAMILY RESIDENTIAL STANDARDS JFMD CSO WEEKLY COMPLIANCE TOOL

**Center:** Dilley Immigration Proessing Center

**Date:** ______________________________

| WEEKLY INSPECTION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Standard** | **Requirement** | **Indicator** | **Comments** | **Compliant** | **Deficient** | **Noncompliant** | **Not Applicable** |
| 1.1 Emergency Plans | Staff is trained to be aware of changes in facility climate and report such changes promptly | ☐ Review files for 5 staff hired (different positions) since last inspection.<br>☐ Observe overall climate of the facility. | | ☐ | ☐ | ☐ | ☐ |
| 1.2 EHS | Hazardous materials are kept out of reach of children | ☐ Were any hazardous materials observed to be in reach of children during inspection? | | ☐ | ☐ | ☐ | ☐ |
| 1.2 EHS | All hazardous materials are properly labeled, stored and used according to the label recommendations. | ☐ Were any hazardous materials labeled, stored and used properly? | | ☐ | ☐ | ☐ | ☐ |
| 1.2 EHS | Facility appears clean and well maintained. | ☐ Observe all areas of the facility, including all housing units and one suite per housing unit Note any issues | | ☐ | ☐ | ☐ | ☐ |
| 2.4 Key Control | Deadbolts or deadlocks used in resident-accessible areas | ☐ Are all in working order? | | ☐ | ☐ | ☐ | ☐ |
| 2.5 Census | The facility conducts a formal resident census at least three times per day. | ☐ Observe census events.<br>☐ How do supervisors verify accuracy?<br>☐ Were there any emergency counts this past week?<br>☐ If so, what happened? | | ☐ | ☐ | ☐ | ☐ |
| 2.7 SAAPI | Classification process is being implemented correctly | ☐ Are required postings displayed?<br>☐ Spot check report from all housing units to ensure that groups housed together are appropriate.<br>☐ Were there any families classified in error and moved in the past | | ☐ | ☐ | ☐ | ☐ |
| 2.8 Staff Resident Communication | ICE/DRO staffs conduct scheduled visits to address resident's personal concerns and monitor living conditions. | ☐ Review log of requests to BOTH ICE and facility. Were all handled in a timely manner?<br>☐ Are there any trends that the facility or ICE should be aware of? | | ☐ | ☐ | ☐ | ☐ |
| 4.1 Food Service | Appropriate safety/sanitary measures are in place and followed. Appropriate food is served to residents. | ☐ Observe at least one meal and the kitchen. Is the food quality acceptable?<br>☐ Are safety/sanitary measures in place?<br>☐ Check temps of hot entrées and temp logs.<br>☐ Servers wear gloves, use tongs, forks, spoons, or other utensils.<br>☐ Hot/cold foods are insulated from one another.<br>☐ Are snacks, juice, and milk available in housing units 24 hours per day? | | ☐ | ☐ | ☐ | ☐ |
| 4.3 Medical Care | | ☐ Did new admission examinations occur in Compliance with the requirements? | | ☐ | ☐ | ☐ | ☐ |
| 4.2 Hunger Strike | | ☐ Did any hunger strikes occur this week? | | ☐ | ☐ | ☐ | ☐ |
| 4.5 Suicide Prevention and Intervention | | ☐ Procedures in compliance with FRS?<br>☐ Were any residents on suicide precautions this week?<br>☐ For adults on precautions, procedures for child monitoring in compliance with SOP and FRS? | | ☐ | ☐ | ☐ | ☐ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5.1 Correspondence and Other Mail | Residents are allowed to send and receive correspondence and other mail without limitations. | ☐ Observe mail / mailroom operations<br>☐ Is center in compliance with procedure for residents to obtain stamps, writing instruments, paper and envelopes?<br>☐ How do indigent residents send mail and SMS | | ☐ | ☐ | ☐ | ☐ |
| 5.2 Education | Educational services are provided in a structured classroom setting. Classroom environments are modeled after traditional school settings, and include learning materials that reflect cultural diversity, and reflect students positive learning accomplishments | ☐ Observe at least 1 classrooms and gym class for all educational session on a particular day. Did initial evaluations take place timely?<br>☐ Any special need referrals during the past week?<br>☐ Were previous SN referrals in compliance with standard requirements?<br>☐ Are translations services available in the classroom? | | ☐ | ☐ | ☐ | ☐ |
| 5.2 Education | Library Services (Social) | ☐ Visit the library—Are services provided and available? Are materials available in multiple languages for both adults and children? | | ☐ | ☐ | ☐ | ☐ |
| 5.5 Recreation | The facility provides indoor and outdoor recreation to residents. | ☐ Observe indoor and outdoor recreations areas. Various age appropriate play areas and equipment?<br>☐ Is equipment in serviceable condition and in quantities that are appropriate for population?<br>☐ Readily available male and female bathrooms?<br>☐ Are the indoor and outdoor recreation facilities available from 8am-dusk to all residents? | | ☐ | ☐ | ☐ | ☐ |
| 5.5 Recreation | Residents are provided access to structured activities and programs. | ☐ Review schedule of activities from the past week? Any new activities since last week? | | ☐ | ☐ | ☐ | ☐ |
| 5.8 Visitation | The facility has visiting areas that are appropriately furnished. | ☐ Are visiting areas furnished, clean and well maintained?<br>☐ Are private rooms available for legal consultations?<br>☐ Were any visits denied or canceled? If so, done in? | | ☐ | ☐ | ☐ | ☐ |
| 6.1 Grievances | The facility resolves Informal/Oral Grievances at the lowest possible level in an orderly and timely manner. | ☐ Review grievances and log from the past week. Were all addressed in an orderly and timely manner?<br>☐ Were there any trends in issues filed? Were any appealed?<br>☐ If so, were the required areas of the standard followed? | | ☐ | ☐ | ☐ | ☐ |
| 6.2 Law Library | Required postings are in place. Equipment is in good working order. Supplies are available. Law library is open during scheduled hours. | ☐ Are posting up?<br>☐ Is law library available during posted times?<br>☐ Is equipment is good working order?<br>☐ Is Lexis/ Nexis up to date?<br>☐ Are external media, paper, writing instruments, and photocopying services available? | | ☐ | ☐ | ☐ | ☐ |
| 7.3 Staff Hiring and Training | The facility provides staff access to an interpreter or interpreter services. The interpreter may not be a child, resident, relative or potential sponsor. | ☐ Confirm use of language line.<br>☐ Any issues w/ K'iche or other native languages? | | ☐ | ☐ | ☐ | ☐ |
| Postings | Are all required postings displayed in compliance with Standards? | ☐ See posting master list | | ☐ | ☐ | ☐ | ☐ |