**JFMD CSO WEEKLY REPORT**
**STFRC**
**09/01/25 to 09/05/25**

## Facility Interaction

- DHS site visits this week:0
- Official tours / visitors this week: 0
- Media interest / activity this week: 0

## Data

- Number of reportable incidents this week: 0
- Number of residents placed on suicide watch this week: **0 (hospital)**
- Number of residents on hunger strike this week: 0
- Number of grievances filed this week: **0**
- Number of medical grievances filed this week: **0**
- Number of residents medically housed on site this week: 1 **Annex**
- residents in Cohort / **0 (MHU/ISO)** residents in Isolation/Observation: 2 Covid
- Number of residents(s) inpatient at hospital this week: 0
- Number of residents(s) sent to ER/referral: 0

**Other issues to report:**

The overall population daily has dropped to under 383 and opportunities to retrain staff to the current population's types of needs and security awareness have been raised again.

Staff Resident Communication Talton on 09/05/25: 25 Talton Compliant.

On September 01, 2025, CSO conducted an inspection of gyms and observed a schedule of activities planned for the day. There were ice cones and popcorn available for families, and Core Civic employees were actively engaging with them in various activities. The children were smiling and appeared to be enjoying all the events prepared for the day.

On September 02, 2025, CSO [redacted] observed the medical annex and noticed families arriving for their appointments with social workers and psychologists. All protocols were followed, and Core Civic employees acted professionally and were very gentle with families.
The social workers demonstrated strong skills, conducting private conversations behind closed doors and showing great attentiveness, compassion to the families.

On September 03, 2025, CSO [redacted] inspected the cafeteria during breakfast. Core Civic employees were busy cleaning tables and counting and recording everyone who came to eat. The food looked delicious, featuring pancakes, cereal, eggs, tortillas, juice, water and various condiments. Families were arriving with their children and spouses, enjoying their meals and engaging in lively conversations with one another.

On September 04, 2025, the CSO observed Deportation Officers answering questions from families detained in Dilley, TX. The Officers were equipped with computers, and Core Civic assisted families in staying organized and maintaining order. The Officers provided private status updates on their cases to the families who requested them.

On September 05, 2025, CSO [redacted] noticed that the pill line was crowded with families receiving their medication. The nurses were professional, and Core Civic employees were escorting more families to collect their medications. Afterward, the families went to have breakfast at a nearby location (Cafeteria).

- **FRS deficiencies this week:**
- Key and Lock Control training completed
- Education Policy Not Compliant (Pending)
- Schedule has been posted and Officers started making scheduled visits to the Church.
- Recreation submitted waiver for their BA degree requirement. **Waiver approved**