# Dilley Immigration Processing Center

## 2025 - Menu Review and Nutrition Statement

The six-week cycle, pork-free menu for the Dilley Immigration Processing Center, for 2025 has been reviewed for nutritional adequacy. The menus provide a variety of foods and food groups and meet the Dietary Reference Intakes Recommended Dietary Allowances (RDA), and Adequate Intakes (AI) for adult populations for most leader nutrients and micronutrients for adults and youth up to 18 years of age.

### Menu Details

- Menus provides a minimum of two hot meals per day in accordance with ICE/DRO Residential Standards for Food Service.
- Menus contain no pork or pork by-products.
- The menus provide an average of approximately 2600 - 3000 calories per day depending on food offerings and resident food selections. Residents may request second portions thus increasing offerings further, plus there are self-serve offerings (see below). Some nutrients may appear varied based on food/ingredients selected for analysis and manufacturers nutrient information.
- Menus include a 'child friendly' second entrée that appeals to youthful tastes. All residents have the option to select one or both of the entrees.
- The menu cycle lists some generic items such as vegetable, dessert that are rotated according to a planned cycle throughout the six weeks. These are planned reflecting population preferences, demographics and seasonality.
- Weekend meals offer a continental breakfast with a large brunch meal.
- Food is seasoned according to standardized recipes, but some seasonings may be altered to meet cultural desires of the population. Salt is used in cooking per the recipes which contributes to the sodium content of the menus. Eliminating salt in cooking is recommended and would positively impact the overall sodium content of the menus.

### Self-serve Items

- Self-serve items are offered in addition to pre-portioned menu items.
- Self-serve items include, but are not limited to, breat, peanut butter, jelly, a condiment bar, a spice bar, beans, rice and tortillas, and salad bar.

### Snacks

A variety of snacks, beverages and fresh fruit are available as desired in the dorms.

**Holiday and Birthday Offerings**

Eleven holiday meals are planned along with a 'Cold Weather' adjustment meal.

Birthday celebration desserts are offered monthly. Menus will be adjusted accordingly.

**Infant and Toddler Offerings**

Food Service has foods available for all stages of life that include baby formula and baby foods.

Barbara Wakeen M.A., R.D., L.D.

Barbara Wakeen, MA, RDN, LD, CD, CCFP, CCHP

Registration # 618415

April 1, 2025

TARGET HOSPITALITY

## Dilley Immigration Processing Center

Week 1

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken with Vegetables | 1 cup | Beef Stew | 1 cup | Fried Chicken | 3 oz | Picadillo | 1 cup | Chicken Soft Taco Meat | 1 cup | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Beef Stir Fry | 1 cup | Chicken in Sauce | 3 oz |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburgers | 3 oz | Hot Dog 8/1 | 1 ea | Pasta w/ Meat Sauce | 1 cup | Taquito | 2 ea | Burritos | 3 oz | Egg Roll | 1 ea | Steak Fingers | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Meat Sauce | 1 cup | Roast Chicken | 4 oz | Beef With Vegetables | 1 cup | Sesoned Chicken | 4 oz | Beef Ranchero | 1 cup | Roast Chicken | 4 oz | Taco Meat | 1/2 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Taco shells | 2 ea |
| | | | | | | | | | | | | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Chicken Nuggets/Tenders | 3 oz | Fish Sticks | 3 oz | Crispito (3 oz) | 1 ea | Toronado (3 oz) | 1 ea | Hot Dog 8/1 | 1 ea | Beef Ravioli | 1/2 cup | Chicken Nuggets/Tenders | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.
Salad bar is offered daily at lunch and dinner meals.
Condiments are offered as appropriate.
Beverage is nutrient fortified.

Barbara Wakeen M.A., R.D., L.D.
Dietitian Signature — RDN # 618415

April 1 through December 31, 2025
Date

TARGET HOSPITALITY

# Dilley Immigration Processing Center

Week 2

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Breakfast | | Breakfast | | Breakfast | | Breakfast | | Breakfast | | Continental Breakfast | | Continental Breakfast | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| Lunch | | Lunch | | Lunch | | Lunch | | Lunch | | Lunch | | Lunch | |
| Chicken Fried Steak | 4 oz | Pollo Aasado | 4 oz | Beef Stew | 1 cup | Seasoned Chicken | 4 oz | Picadillo | 4 oz | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Roasted Chicken | 4 oz | Beef Stroganoff | 1 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Beef Ravioli | 1/2 cup | Taquito | 2 ea | Chicken Nugget/ Tenders | 3 oz | Pasta w/ Meat Sauce | 1 cup | Toronado (3 oz) | 1 ea | Meatballs in Sauce | 3 oz + Sauce | Toronado (3 oz) | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| Dinner | | Dinner | | Dinner | | Dinner | | Dinner | | Dinner | | Dinner | |
| Chicken with Vegetables | 1 cup | Pasta With Meat Sauce | 1 cup | Fried Chicken | 4 oz | Salisury Steak | 4 oz | Chicken in Sauce | 4 oz | Beef with Vegatbles | 1 cup | Chicken Fajitas | 1 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburger | 3 oz | Hot Dog 8/1 | 1 ea | Meatballs in Sauce | 3 oz + Sauce | Chicken Nugget/ Tenders | 3 oz | Fish Sticks | 3 oz | Crispitos (3 oz) | 1 ea | Hot Dog 8/1 | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Rice Pilaf | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.
Salad bar is offered daily at lunch and dinner meals.
Condiments are offered as appropriate.
Beverage is nutrient fortified.
Generic items will follow a rotating schedule to reflect population demographics.

Barbara Wakeen M.A., RD, LD — Dietitian Signature — RDN # 618415

April 1 through December 31, 2025 — Date

TARGET HOSPITALITY

## Dilley Immigration Processing Center

Week 3

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken with Vegetables | 1 cup | Beef Stew | 1 cup | Fried Chicken | 3 oz | Picadillo | 1 cup | Chicken Soft Taco Meat | 1 cup | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Beef Stir Fry | 1 cup | Chicken in Sauce | 3 oz |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburgers | 3 oz | Hot Dog 8/1 | 1 ea | Pasta w/ Meat Sauce | 1 cup | Taquito | 2 ea | Burritos | 3 oz | Egg Roll | 1 ea | Steak Fingers | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Meat Sauce | 1 cup | Roast Chicken | 4 oz | Beef With Vegetables | 1 cup | Sesoned Chicken | 4 oz | Beef Ranchero | 1 cup | Roast Chicken | 4 oz | Taco Meat | 1/2 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Taco shells | 2 ea |
| | | | | | | | | | | | | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Chicken Nuggets/Tenders | 3 oz | Fish Sticks | 3 oz | Crispito (3 oz) | 1 ea | Toronado (3 oz) | 1 ea | Hot Dog 8/1 | 1 ea | Beef Ravioli | 1/2 cup | Chicken Nuggets/Tenders | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.

Salad bar is offered daily at lunch and dinner meals.

Condiments are offered as appropriate.

Beverage is nutrient fortified.

Barbara Wakeen M.A., R.D., L.D. — Dietitian Signature — RDN # 618415

April 1 through December 31, 2025 — Date

TARGET HOSPITALITY

## Dilley Immigration Processing Center

Week 4

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken Fried Steak | 4 oz | Pollo Asado | 4 oz | Beef Stew | 1 cup | Seasoned Chicken | 4 oz | Picadillo | 4 oz | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Roasted Chicken | 4 oz | Beef Stroganoff | 1 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Beef Ravioli | 1/2 cup | Taquito | 2 ea | Chicken Nugget/ Tenders | 3 oz | Pasta w/ Meat Sauce | 1 cup | Toronado (3 oz) | 1 ea | Meatballs in Sauce | 3 oz + Sauce | Toronado (3 oz) | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Chicken with Vegetables | 1 cup | Pasta With Meat Sauce | 1 cup | Fried Chicken | 4 oz | Salisury Steak | 4 oz | Chicken in Sauce | 4 oz | Beef with Vegatbles | 1 cup | Chicken Fajitas | 1 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburger | 3 oz | Hot Dog 8/1 | 1 ea | Meatballs in Sauce | 3 oz + Sauce | Chicken Nugget/ Tenders | 3 oz | Fish Sticks | 3 oz | Crispitos (3 oz) | 1 ea | Hot Dog 8/1 | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Rice Pilaf | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.
Salad bar is offered daily at lunch and dinner meals.
Condiments are offered as appropriate.
Beverage is nutrient fortified.
Generic items will follow a rotating schedule to reflect population demographics.

Barbara Wakeen M.A., R.D., L.D. — April 1 through December 31, 2025

Dietitian Signature — RDN # 618415 — Date

TARGET HOSPITALITY

## Dilley Immigration Processing Center

Week 5

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken with Vegetables | 1 cup | Beef Stew | 1 cup | Fried Chicken | 3 oz | Picadillo | 1 cup | Chicken Soft Taco Meat | 1 cup | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Beef Stir Fry | 1 cup | Chicken In Sauce | 3 oz |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburgers | 3 oz | Hot Dog 8/1 | 1 ea | Pasta w/ Meat Sauce | 1 cup | Taquito | 2 ea | Burritos | 3 oz | Egg Roll | 1 ea | Steak Fingers | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Meat Sauce | 1 cup | Roast Chicken | 4 oz | Beef With Vegetables | 1 cup | Sesoned Chicken | 4 oz | Beef Ranchero | 1 cup | Roast Chicken | 4 oz | Taco Meat | 1/2 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Taco shells | 2 ea |
| | | | | | | | | | | | | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Chicken Nuggets/Tenders | 3 oz | Fish Sticks | 3 oz | Crispito (3 oz) | 1 ea | Toronado (3 oz) | 1 ea | 1 ea | 1 ea | Beef Ravioli | 1/2 cup | Chicken Nuggets/Tenders | 3 oz |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.
Salad bar is offered daily at lunch and dinner meals.
Condiments are offered as appropriate.
Beverage is nutrient fortified.

Barbara Wakeen M.A., RD, LD
Dietitian Signature RDN # 618415

April 1 through December 31, 2025
Date

TARGET HOSPITALITY

# Dilley Immigration Processing Center

Week 6

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Breakfast | | Breakfast | | Breakfast | | Breakfast | | Breakfast | | Continental Breakfast | | Continental Breakfast | |
| Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup | Cold / Hot Cereal | 1 cup |
| Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Potatoes | 2 oz | Canned Fruit | 3 oz | Canned Fruit | 3 oz |
| Pancakes | 2 ea | Muffin | 1 ea | French Toast | 2 ea | Muffin | 1 ea | Pancakes | 2 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| Lunch | | Lunch | | Lunch | | Lunch | | Lunch | | Lunch | | Lunch | |
| Chicken Fried Steak | 4 oz | Pollo Aasado | 4 oz | Beef Stew | 1 cup | Seasoned Chicken | 4 oz | Picadillo | 4 oz | Eggs | 2 ea/ 1/2 c | Eggs | 2 ea/ 1/2 c |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| | | | | | | | | | | Roasted Chicken | 4 oz | Beef Stroganoff | 1 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Beef Ravioli | 1/2 cup | Taquito | 2 ea | Chicken Nugget/ Tenders | 3 oz | Pasta w/ Meat Sauce | 1 cup | Toronado (3 oz) | 1 ea | Meatballs In Sauce | 3 oz + Sauce | Toronado (3 oz) | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| Dinner | | Dinner | | Dinner | | Dinner | | Dinner | | Dinner | | Dinner | |
| Chicken with Vegetables | 1 cup | Pasta With Meat Sauce | 1 cup | Fried Chicken | 4 oz | Salisury Steak | 4 oz | Chicken In Sauce | 4 oz | Beef with Vegatbles | 1 cup | Chicken Fajitas | 1 cup |
| Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup | Rice / Potatoes / Pasta | 1/2 cup |
| Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup | Vegetables | 1/2 cup |
| Hamburger | 3 oz | Hot Dog 8/1 | 1 ea | Meatballs in Sauce | 3 oz + Sauce | Chicken Nugget/ Tenders | 3 oz | Fish Sticks | 3 oz | Crispitos (3 oz) | 1 ea | Hot Dog 8/1 | 1 ea |
| Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup | Dessert / Fruit | 1 ea / 1/2 cup |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Rice Pilaf | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss | Flour Tortillas | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Portions listed are 'as served' weights and volumes; beverages are fluid oz.

Salad bar is offered daily at lunch and dinner meals.

Condiments are offered as appropriate.

Beverage is nutrient fortified.

Generic items will follow a rotating schedule to reflect population demographics.

Barbara Wakeen M.A., R.D., L.D. (signature)

Dietitian Signature RDN # 618415

April 1 through December 31, 2025

Date