# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **1. Environmental Health and Safety** | | | | | | | |
| **Personal Protective Equipment** | All UAC/FAMUs will receive personal protective equipment as needed, including age-appropriate surgical masks, age-appropriate N95 masks, gloves, hand sanitizers, disinfectant sprays (if available), and disinfectant wipes. | • Confirm supplies are available.<br>• Confirm UAC/FAMU provided with PPE. | All supplies were available. | ☑ | ☐ | ☐ | ☐ |
| **Emergency Response** | Staff are trained and knowledgeable regarding how to recognize and respond to signs or symptoms of injury or illness and are familiar with the Emergency Preparedness Plan. | • Interview staff for knowledge of requirement:<br>– Do staff know how to recognize the signs and symptoms of illness?<br>– Are staff familiar with the SOP for emergencies?<br>• Are staff familiar with the emergency evacuation plan for the hotel? | Medical staff on site. MVM staff knowledgeable. | ☑ | ☐ | ☐ | ☐ |
| **Emergencies** | How do staff manage non-medical emergencies? | • Staff are familiar with the policies and procedures regarding non-medical emergencies. | Policy confirmed. | ☑ | ☐ | ☐ | ☐ |
| **First Aid** | First aid supplies should be readily available. | • Confirm first aid supplies are available. | Noted. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Room Preparation and Logs** | Prior to UAC/FAMU entering the hotel room, staff prepare the room to ensure safety. These activities are documented. | • Observe what measures staff take to ensure room is safe for UAC/FAMU prior to entry, including:<br>– Thorough search of room for any contraband.<br>– Confirm all windows and adjoining room doors are locked or secured.<br>– Check for and remove hotel phone, iron, and blow dryer.<br>– In rooms with kitchens, remove all knives, forks, and other items that can be used as weapons.<br>– Ensure lower cabinets and drawers are childproofed as needed if tender aged children are in residence, as feasible.<br>– How are these steps documented?<br>• Confirm all high-touch areas are sanitized. | Rooms were clean with fresh laundry. Locked in appropriate places. No visible silverware. TS's were knowledgeable on what to look for when entering rooms. Cleaning supplies noted. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **2. Family Unity** | | | | | | | |
| **Family Unity** | FAMU will be housed together, and only one FAMU will be housed per hotel room. | • Observe placement of FAMU. | Placement in compliance. | ☑ | ☐ | ☐ | ☐ |
| **Children (medical treatment)** | Should a child require medical treatment, the parent/legal guardian will accompany the child, with staff remaining with the rest of the family. In the case of a single parent with two children, the parent may decide whether the other child remains with staff or accompanies the parent and other child to treatment where possible. | • Ask staff if any children have required medical attention, and if so, how staff responded. If no children required medical attention, ask staff to confirm the process. | Medical confirmed all checked. Staff confirmed med checks | ☑ | ☐ | ☐ | ☐ |
| **3. Security** | | | | | | | |
| **Assignment of Housing** | Vulnerabilities of UAC/FAMU will be considered when assigning rooms. | • Are FAMU placed in suites to allow for greater freedom of movement?<br>• Are UAC/FAMU with disabilities placed in room that are physically accessible? | Room assignments matched the amount of people | ☑ | ☐ | ☐ | ☐ |
| **Control** | UAC/FAMU will not leave their room without being escorted by staff and | • Confirm UAC/FAMU do not leave their rooms without escort. | confirmed | ☑ | ☐ | ☐ | ☐ |

**JFMD Emergency Temporary Hotel Stay Compliance Tool**

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | will be separate and apart from other hotel guests. | | | | | | |
| **Behavior Management** | Behavioral management expectations, rules and corrective actions must be explained fully upon arrival in a language that the UAC/FAMU can understand. | • Confirm UAC/FAMU are informed verbally and/or in writing of expectations for their behavior.<br>• Ask staff if there have been any behavioral issues. If there were issues, what happened and how was it handled? | FAMU were informed. No behavioral issues. | ☑ | ☐ | ☐ | ☐ |
| **Use of Force and Restraints** | Staff are trained on the latest versions of ICE's and DHS's use of force and use of restraints policies. | • Confirm staff understanding of Use of Force policy.<br>• Have there been any instances of use of force?<br>• If so, were all requirements of the Temporary Housing Standards followed? | Use of force policy understood. | ☑ | ☐ | ☐ | ☐ |
| **Searches** | Searches of UAC/FAMU will not occur unless there is probable cause that an individual could have encountered contraband since the trip started. | • Have any searches been conducted? If so, what was the circumstance? Was contraband found? | No searches conducted. | ☐ | ☐ | ☐ | ☑ |

## 4. Supervision

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Observation** | Staff shall maintain constant line of sight and sound supervision, and document line of sight checks. | • Staff maintain constant line of sight and sound and document line of sight checks at least every hour. | Confirmed. | ☑ | ☐ | ☐ | ☐ |
| **Observation** | At least one staff person will be of the same gender as the UAC they are accompanying, with at least two staff assigned to each UAC/FAMU. | • Confirm the staff to UAC/FAMU ratio is observed. *Note: Only the designated JFMD POC may approve a different staffing structure*. | Proper TS/FAMU ratio observed. | ☑ | ☐ | ☐ | ☐ |
| **Lighting** | Overnight lighting will be appropriately adjusted to allow line of sight while limiting disruptions to UAC/FAMU sleep. | • Confirm staff knowledge of this requirement. | Room was well lit. | ☑ | ☐ | ☐ | ☐ |
| **Behavioral Issues** | Any significant behavioral issues (behavior going beyond a mere nuisance and presenting a health or safety risk) will be documented on an ICE/ERO approved Incident Report form and reported to *JFMD* for instruction regarding disciplinary issues. | • Have there been any behavioral issues? Did staff document and report as required? | No issues. | ☑ | ☐ | ☐ | ☐ |
| **Behavioral Issues** | For significant behavioral issues of accompanied children, staff shall first attempt to work with | • Sample staff knowledge regarding response to behavioral issues. | Staff knowledgeable | ☑ | ☐ | ☐ | ☐ |

## JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | parents/guardians to address the behavior. For UC, attempts to address the behavior will be documented and immediately reported to JFMD. | | | | | | |
| **Unrelated UC and Adults** | UAC are kept apart from unrelated adults during transport. | • Interview staff for knowledge of requirement.<br>• Observe, if possible, that UAC are kept apart from unrelated adults. | N/A | ☑ | ☐ | ☐ | ☐ |
| **Privacy** | UAC/FAMU shall have privacy when bathing, toileting, changing clothes, or attending to other personal hygiene needs by either using the bathroom with the door closed, or if a suite is used, using the bedroom with the door closed. | • Confirm that staff observe privacy requirements. | Privacy noted, personal hygiene items noted. | ☑ | ☐ | ☐ | ☐ |
| **5. Logging and Recordkeeping** | | | | | | | |
| **Logging and Recordkeeping** | Staff will document all activities over the course of the stay. | • Observe staff and confirm they are logging all activities. | Staff logged Officer interactions. | ☑ | ☐ | ☐ | ☐ |
| **6. Tender Age Children** | | | | | | | |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Tender Age Children** | If a tender aged child is present, age-appropriate items will be provided, such as diapers, wipes, baby shampoo, bottles, sippy cups, age-appropriate food and snacks, infant formulas, a baby bath, baby gates, and a portable crib. Age-appropriate toys or activities must also be provided. | • Confirm that age-appropriate items are provided. | Age appropriate items were provided. | ☑ | ☐ | ☐ | ☐ |
| **Tender Age Children** | If a tender aged UAC requires help with dressing, toileting, or other activities, same-gender staff will accommodate them as needed. | • Did a tender aged UAC require assistance? If so, was it provided by a same-gender staff? | | ☐ | ☐ | ☐ | ☑ |
| **7. Confirm Upon Arrival** | | | | | | | |
| **Confirm Upon Arrival** | Staff should perform or, in cases where this information is already known, confirm the following:<br>- Language access screening and identification.<br>- Identification of any disabilities.<br>- Risk assessment screening to determine if an individual may be a member of a vulnerable population. | • Observe staff to confirm required information is gathered/confirmed and documented as appropriate. | TS communicated with FAMUs and explained any concerns or questions that the FAMU had. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | - Personal property collection and provision of an itemized receipt.<br>- Infectious disease testing.<br>- Suicide risk/self-harm screening.<br>- Medical/mental health screening and medication. | | | | | | |
| **8. Orientation** | | | | | | | |
| **Orientation** | UAC/FAMU shall be provided with a brief overview of the hotel stay upon arrival in an age-appropriate manner and in the UAC/FAMU's primary language. | • Observe staff:<br>– Did they cover all the required topics?<br>– Was the orientation provided in a language the UAC/FAMU could understand?<br>– Was the orientation both verbal and via written materials? | Info sheets observed. FAMU reported no major issues and the FAMU understood the situation. | ☑ | ☐ | ☐ | ☐ |
| **9. Personal Hygiene** | | | | | | | |
| **Personal Hygiene** | UAC/FAMU may conduct personal hygiene at any time provided it does not interfere with scheduled events. | • Confirm staff understanding of this requirement. | Noted. | ☑ | ☐ | ☐ | ☐ |
| **Personal Hygiene** | UAC/FAMU will be provided with personal hygiene products, including soap, deodorant, | • Confirm items are provided to UAC/FAMU. | Noted. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | toothbrush/toothpaste, comb/brush, shampoo/conditioner, lotion/lip balm.<br>Females will be provided with unlimited feminine hygiene products.<br>If applicable, baby items including diapers/wipes, rash ointment, baby shampoo, etc., will be provided. | | | | | | |
| **10.** | **Clothing** | | | | | | |
| **Clothing** | Clothing will be kept with UAC/FAMU in their room. If any UAC/FAMU does not have adequate clothing, staff shall provide two sets of gender- and age-appropriate clothing and one pair of shoes. | • Confirm UAC/FAMU have clothes or are given clothes. | All clothing was clean and well fitting. | ☑ | ☐ | ☐ | ☐ |
| **11.** | **Laundry** | | | | | | |
| **Laundry** | Staff will provide laundry services for UAC/FAMU as needed. | • Observe laundry services, if applicable. | N/A | ☐ | ☐ | ☐ | ☑ |
| **12.** | **Meals and Snacks** | | | | | | |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Snacks** | UAC/FAMU shall have regular access to unlimited snacks, water, juice, milk, etc. | • Observe supply of snacks and beverages. | Snacks and beverages noted. | ☑ | ☐ | ☐ | ☐ |
| **Meals** | UAC/FAMU shall be offered meals. | • At least three hot meals a day are provided to UAC/FAMU.<br>• Additional portions are made available if requested.<br>• Special dietary needs are identified prior to transit and are provided. | Please see attached notes for each WO. | ☑ | ☐ | ☐ | ☐ |
| **Food Service Hygiene** | Staff observe the proper handling of food regarding temperature and follow good personal hygiene practices. | • Food is stored/served at required temperatures.<br>• Staff always observe proper food-handling procedures.<br>• Staff follow good personal hygiene practices. | Food storage noted, properly handled and stored. | ☑ | ☐ | ☐ | ☐ |
| **13.** | **Medical Care** | | | | | | |
| **24 Hour Access** | Staff will have 24-hour access to either remote or in-person medical care should a noncitizen become ill while in residence. | • Confirm 24-hour access to remote or in-person medical care. | Medical on site. Medical was in room at time of inspection. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Non-Emergency Care** | ICE Staff (if a contractor is not engaged) will consult with IHSC Field Medical Coordinator for guidance regarding non-emergency medical questions. | • If ICE staff does not have a transportation contractor present, confirm that staff know to consult with IHSC staff for non-emergency medical care. | Medical confirmed. | ☑ | ☐ | ☐ | ☐ |
| **Medication** | Any medications that the UAC/FAMU has on person or prescribed while in residence will be kept by staff and provided at the prescribed times. Medications that need immediate administration, including but not limited to asthma inhalers, will be kept on person. | • Confirm staff knowledge of this requirement. | Medical confirmed. | ☑ | ☐ | ☐ | ☐ |
| **Recording Temperatures** | Staff take and record UAC/FAMU temperature every 4-6 hours following initial temperature reading. | • Observe frequency of temperature checks. | Nurse check up/rounds every 4 hrs | ☑ | ☐ | ☐ | ☐ |
| **Medical Emergencies** | How are enroute medical issues or emergencies managed? | • Interview staff for knowledge of response to medical issues or emergencies. | Staff aware. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **14.** | **Significant Self-Harm and Suicide Prevention and Intervention** | | | | | | |
| **Self-Harm and Suicide Prevention** | In the event of a suicide risk or suicide attempt, the individual shall be under constant one-to-one visual observation until referral to a local hospital or emergency room.<br>Staff shall immediately notify JFMD and appropriate outside authorities. | • Ask staff if there have been any suicide attempts or at-risk UAC/FAMU.<br>• If so, did notification and reporting take place? | No issues noted. | ☐ | ☐ | ☐ | ☑ |
| **15.** | **Disability** | | | | | | |
| **Disability** | Staff are knowledgeable about protocol for transporting, observing, supervising, and caring for UAC/FAMU with disabilities. | • Interview staff for knowledge of this requirement.<br>• Are UAC/FAMU made that they may self-identify as having a disability and may request accommodations?<br>• Was a nurse assigned?<br>• Was any special equipment required, e.g., booster seat or wheelchair? | Aware and knowledgeable but not applicable. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Housing** | UAC/FAMU with disabilities are housed in a room where the door, toilet, and shower are accessible. | • Confirm that the room is accessible. | N/A | ☑ | ☐ | ☐ | ☐ |
| **16.** | **Religious Activity** | | | | | | |
| **Religious Activities** | Access to religious service materials or providers will be provided to UAC/FAMU if requested and staff shall document any instance where religious services are requested but cannot be provided. | • Ask staff if there have been any requests for religious services or materials. | No requests. | ☑ | ☐ | ☐ | ☐ |
| **17.** | **Telephone Calls** | | | | | | |
| Telephone Calls | UAC/FAMU are permitted free telephone calls using designated phones, to the extent possible. Calls will be unmonitored but may be limited in duration or frequency if operational needs require limits. | • Are UAC/FAMU aware that they may request to make phone calls?<br>• Were any phone calls made? Were any not made due to operational needs? | Aware/ requested. | ☑ | ☐ | ☐ | ☐ |
| **18.** | **Recreation** | | | | | | |
| **Recreation** | A variety of age-appropriate activities will be available, which could include card games, board games, electronic | • Confirm that activities are available. | Activities available. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | games, coloring books, crayons, Legos, chess/checkers sets, dolls, crossword books (in appropriate languages), children's books, etc. | | | | | | |
| **19.** | **Language Access** | | | | | | |
| **Language Access** | Communication with UAC/FAMU, regardless of the method, shall be in a language or manner they can understand. | • Observe communication between staff and UAC/FAMU. | Spanish clearly communicated. | ☑ | ☐ | ☐ | ☐ |
| **Language Access** | Staff have access to an interpreter or interpreter services for UAC/FAMU that do not speak English or Spanish. | • Interview staff to confirm they have access to and use an interpreter service.<br>• Do staff use translation apps (e.g., Google translate) to communicate with UAC/FAMU? | Interpreter service available. | ☑ | ☐ | ☐ | ☐ |
| **Language Access** | Generally, all written materials provided to UAC/FAMU must be translated into Spanish and other frequently encountered languages. | • Confirm that written materials are available in Spanish and other frequently encountered languages. | Confirmed. | ☑ | ☐ | ☐ | ☐ |
| **20.** | **Legal Access** | | | | | | |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Legal Access** | All noncitizens shall have access to legal representatives. | • Confirm that UAC/FAMU are granted access to legal representatives. | | ☐ | ☐ | ☐ | ☑ |
| **Legal Access** | All noncitizens will be provided with the most recent DOJ EOIR Pro Bono list and the ICE Legal Resource and Information flyer. | • Ask UAC/FAMU if they were given the pro bono list. | | ☐ | ☐ | ☐ | ☑ |
| **21.** | **Ability to File Grievances** | | | | | | |
| **Grievances** | UAC/FAMU are informed of their right to file a grievance during orientation and will be provided instructions and materials to do so. | • Observe orientation.<br>• Confirm grievance forms are available to UAC/FAMU. | | ☑ | ☐ | ☐ | ☐ |
| **Grievances** | Grievances related to the temporary stay site will receive an immediate response from JFMD. | • Interview staff.<br>• Have any grievances been filed since the last inspection? | None reported. | ☐ | ☐ | ☐ | ☑ |
| **Allegations of Misconduct** | The contractor has standard operating procedures outlining types of misconduct and how/to whom allegations are to be reported. | • Sample staff knowledge. | | ☑ | ☐ | ☐ | ☐ |
| **22.** | **Personal Property** | | | | | | |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| **Personal Property** | UAC/FAMU's funds, valuables, and personal property, if present, are transported with them. | • Observe transfer to hotel and confirm that UAC/FAMU's personal property is transported. | Property tagged and properly stored. | ☑ | ☐ | ☐ | ☐ |
| **Personal Property** | All personal property will be inventoried (if not already done), documented, and secured in a location inaccessible to UAC/FAMU. They are allowed to keep a list of phone numbers, cash, eyeglasses/contacts, receipt from money and property, small religious items. Parents with small children may keep a bag with baby supplies.<br>UAC/FAMU may have access to their mobile phones to retrieve contact information but may not use them for calls or to access emails or social media. | • Confirm UAC/FAMU:<br>– Do not have access to personal property while at the hotel.<br>– Are allowed to keep phone numbers, cash, glasses/contacts, receipt from money or property, and small religious items.<br>• Are allowed to access their mobile phones to obtain contact information. | No access to personal property outside of allowed items. | ☑ | ☐ | ☐ | ☐ |
| **23.** | **Sexual Abuse and Assault Prevention and Intervention (SAAPI)** | | | | | | |
| **SAAPI** | UAC/FAMU are told about their rights under PREA/SAAPI during orientation and are provided a Temporary Housing Sexual Abuse and Assault Awareness pamphlet. | • Observe orientation.<br>• UAC/FAMU understand their rights and how/to whom they may report SAA. | Did not witness but confirmed with MVM staff. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | | • Confirm that SAAPI/PREA pamphlets and/or posters are offered and/or posted. | | | | | |
| **SAAPI** | Staff shall accept reports made verbally, in writing, anonymously, and from third parties, and promptly document any verbal reports. | • Have there been any reports of sexual assault or abuse?<br>• If so, did staff report and respond? | None. | ☐ | ☐ | ☐ | ☑ |
| **24.** | **ICE Postings** | | | | | | |
| **ICE Postings** | A binder (hard copy or electronic) will be available in each room with all required ICE signage, where available and applicable in English, Spanish, and other frequently encountered languages, including:<br>- Detention Reporting and Information Line (DRIL)<br>- Temporary Housing Sexual Abuse and Assault Awareness Pamphlet<br>- DHS OIG Hotline<br>- I Speak (Language/Indigenous Language Identification Guide)<br>- Online Detainee Locator System | • Confirm binder contains all required postings. | Binders noted. | ☑ | ☐ | ☐ | ☐ |

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

| Topic | Requirement | Indicator | Comments | Compliant | Noncompliant | Concerns | Not applicable |
|---|---|---|---|---|---|---|---|
| | - Parents and Legal Guardian Posters<br>- ICE COVID-19 Flyer- Noncitizen Notice of Language Services Flyer | | | | | | |
| **25.** | **Release or Removal** | | | | | | |
| **Travel Safety** | If UAC/FAMU are being removed from a temporary stay site, staff shall coordinate with the Field Office *and JFMD* and ensure that the individual is prepared to travel. If children are present, there must be safe transport available to include age-appropriate items, such as car seats. | • Confirm UAC/FAMU are prepared to travel. | FAMU are ready for departure. | ☑ | ☐ | ☐ | ☐ |

**Interview UC/FAMU to confirm:**

- PREA/SAAPI information is conveyed, and they understand. ✓ YES NO
  Notes:

Provided during orientation and available in rooms.

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

- Grievances/allegations/concerns are addressed. ☑ YES ☐ NO
  Notes:
  N/A

- Medical care is offered. ☑ YES ☐ NO
  Notes:
  Medical care provided prior to checks.

- Meals are offered and they get enough to eat. ☑ YES ☐ NO
  Notes:
  Hot meals provided while doing compliance checks.

- Bathroom breaks are offered. ☑ YES ☐ NO
  Notes:

- They are always treated with dignity and respect. ☑ YES ☐ NO
  Notes:

- They are satisfied with the program. ☑ YES ☐ NO
  Notes:

# JFMD Emergency Temporary Hotel Stay Compliance Tool

**Date:** 07/23/2025
**Name:** DO Sabin
**Location:** Drury Inn and Suites McAllen
**Work Order #:** 343340. 343443,343457

WO #343340 Location: Drury Inn and Suites McAllen Room # 343

Team 1: POC's Fernando Rodriguez and TS Anita Carreon

Were assigned to 1 FAMU

WO #3433443 Location: Drury Inn and Suites McAllen Room # 342

Team 2: POC's Emmanuel Rivera and TS Aida Gonzales and Zenia Rodriguez

Were assigned to 2 UAC's

WO #343457 Location: Drury Inn and Suites McAllen Room # 336

Team 3: POC's Patrick Tinkman and TS Kimberly Gonzalez

Were assigned to 2 UAC's

DO Sabin, arrived at the Drury Inn at 2045hrs and checked in with Supervisor in room 333. Compliance DO arrived at each respective room in the following order: 343, 342,and 336. At each room, DO was greeted at the door and asked to provide credentials to the TS. All rooms were found to be clean and organized.

The FAMU's and UAC's were awake and DO Sabin interviewed on health and wellness issues in the Spanish language. No issues noted with any FAMU or UAC. Compliance DO noted all information forms and PREA sheets available. The FAMU's and the UAC's had access to snacks, water, electrolyte beverages and hygiene supplies.

No Phone calls

DO Sabin spoke with the Famu's and UAC's and found no issues or problems. There was plenty of entertainment for the UAC's to include games and activity books. Neither adults nor minor child had any medical issues which were reported or noted.

Compliance checks for WO# 343340, 343443, 343457 are all completed at 2145hrs.