**September 17, 2025**

**To:** [redacted]
Unit Chief
Juvenile and Family Management-Interior

[redacted]
Unit Chief
Juvenile and Family Management-Border

[redacted]
Contracting Officer Representative
RiverTech Compliance Monitoring Contract

**From:** [redacted]
RiverTech Project Manager

**Subject:** Compliance Review of the Dilley Immigration Processing Center, Dilley, TX.

## I. Compliance Summary:

On August 26-28, 2025, RiverTech conducted a scheduled compliance inspection of the Dilley Immigration Processing Center, (DIPC). The inspection assessed 43 standards across all seven sections of the 2020 Family Residential Standards (FRS), with consideration given to requirements found in the Flores Settlement Agreement.

| Standard | Type of Inspection | Finding |
|---|---|---|
| **FRS** | | |
| 1.1 Emergency Plans | Scheduled Monthly | Compliant |
| 1.2 Environmental Health and Safety | Scheduled Monthly | Compliant |
| 1.3 Transportation (by Land) | Scheduled Monthly | Compliant |
| 1.4 Housekeeping Program | Scheduled Monthly | Compliant |
| 2.1 Admissions and Release | Scheduled Monthly | Compliant |
| 2.2 Contraband | Scheduled Monthly | Compliant |
| 2.3 Funds and Personal Property | Scheduled Monthly | Compliant |
| 2.4 Key and Lock Control | Scheduled Monthly | Compliant |
| 2.5 Resident Census | Scheduled Monthly | Compliant |
| 2.6 Searches and Inspections | Scheduled Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Scheduled Monthly | Compliant |
| 2.8 Staff-Resident Communications | Scheduled Monthly | Non-Compliant |
| 2.9 Tool Control | Scheduled Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Scheduled Monthly | Compliant |

| | | |
|---|---|---|
| 3.1 Behavior Management | Scheduled Monthly | Compliant |
| 4.1 Food Services | Scheduled Monthly | Compliant |
| 4.2 Hunger Strikes | Scheduled Monthly | Compliant |
| 4.3 Health Care | Scheduled Monthly | Compliant |
| 4.4 Health Care (Females) | Scheduled Monthly | Compliant |
| 4.5 Personal Hygiene | Scheduled Monthly | Compliant |
| 4.6 Significant Self-Harm and Suicide Prevention and Intervention | Scheduled Monthly | Compliant |
| 4.7 Terminal Illness, Advance Directives, and Death | Scheduled Monthly | Compliant |
| 4.8 Disability Identification, Assessment and Accommodation | Scheduled Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Scheduled Monthly | Compliant |
| 5.2 Educational Policy | Scheduled Monthly | Compliant |
| 5.3 Escorted Trips for Non-Medical Emergencies | Scheduled Monthly | Not Applicable |
| 5.4 Marriage Requests | Scheduled Monthly | Not Applicable |
| 5.5 Voluntary Work Program | Scheduled Monthly | Not Applicable |
| 5.6 Recreation | Scheduled Monthly | Compliant |
| 5.7 Religious Practices | Scheduled Monthly | Compliant |
| 5.8 Telephone Access | Scheduled Monthly | Compliant |
| 5.9 Visitation | Scheduled Monthly | Compliant |
| 6.1 Resident Handbook | Scheduled Monthly | Compliant |
| 6.2 Grievance System | Scheduled Monthly | Compliant |
| 6.3 Law Libraries and Legal Materials | Scheduled Monthly | Compliant |
| 6.4 Legal Rights Group Presentations | Scheduled Monthly | Compliant |
| 7.1 Residential Files | Scheduled Monthly | Compliant |
| 7.2 News Media, Interviews, and Tours | Scheduled Monthly | Compliant |
| 7.3 Staff Training | Scheduled Monthly | Compliant |
| 7.4 Resident Transfer | Scheduled Monthly | Compliant |
| 7.5 Post Orders | Scheduled Monthly | Compliant |
| Indigenous Language Speaking Residents | Scheduled Monthly | Compliant |
| Other | Scheduled Monthly | Compliant |

## II. Center Overview:

The DIPC, operated by Core Civic under the supervision of ICE ERO's San Antonio Field Office, housed 278 individuals at the time of inspection. This total was comprised of 124 adults (40 males/84 females), 153 juveniles (40 males/79 females). One female is 18 years old and currently counted in a separate category as a juvenile. The female is still in the facility having only recently turned 18 and has another five family members in the facility, including her mother and four siblings. The average length of stay at the DIPC was 15.8 days.

## III. Inspection Team:

- [redacted], Lead Compliance Reviewer

- [redacted], Compliance Reviewer

**IV. Overall Rating:**

**COMPLIANT** – The DIPC was found compliant in 42 standards. Two non-compliant issues were resolved from the previous inspection in Standards 2.4 Key and Lock Control, and 2.8 Staff-Resident Communications. DIPC and ICE have implemented corrective actions for the two previous non-compliant issues. However, for the August 2025 inspection one non-compliant issue was identified in Standard 2.8.1 Staff-Resident Communications. Three standards were found not applicable due to the low average length of stay.

**V. Compliance Issues Identified:**

**Non-Compliant:**

- Standard 2.8.1 Staff-Resident Communication: This issue was identified during the August inspection. On August 28, 2025, the Compliance Review Team visited the resident housing areas and reviewed the logbooks. The review confirmed that ICE Deportation Officers are making unannounced visits to the housing units at least once a week and recording them appropriately. However, FRS 2.8.1 requires that ICE management also make weekly unscheduled visits to the residential housing areas to engage in informal communication with residents and observe living conditions. After reviewing the logbooks, inspectors did not find any evidence that ICE management visits were being conducted or logged. Inspectors will continue to review housing unit logs during future inspections to ensure ICE management is conducting these required staff-resident communications consistent with the FRS.

**VI. Recommendation:**

- It is recommended that the COR and CoreCivic continue discussions on the development and implementation of an education program that aligns with the requirements of the Flores Settlement Agreement.

- This issue regarding the facility implementing an educational program was identified during the previous inspections in June and July 2025. ICE is currently working in coordination with the COR and CoreCivic to implement an education program that aligns with the requirements of the Flores Settlement Agreement. Since the current contract does not require CoreCivic to operate a formal educational program, Standard 5.2 Educational Policy should not be identified as "Compliant with Issues" moving forward.

## VII. Conclusion:

The COR and CoreCivic have actively addressed the June and July 2025 areas of non-compliance and "compliant with issues" since the last inspection, including the Security Officer completing the required locksmith training. ICE/ERO will need to continue discussions with CoreCivic regarding the implementation of an education program that aligns with the requirements of the Flores Settlement Agreement.

The only non-compliant standard identified during this inspection is related to ICE management not conducting required weekly staff-resident communication visits to the housing units. Future inspections will determine whether corrective actions are implemented to bring this standard into compliance.