BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE ICE AND CBP CENSUS DATA AND CBP JUVENILE COORDINATOR REPORT PARTIALLY UNDER SEAL** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, | |
| Defendant. | Honorable Dolly M. Gee<br>Chief United States District Judge |

1    Defendant submits this Application seeking leave from the Court to file under seal portions of the Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE) census data and portions of the CBP juvenile coordinator report required by the Court's September 26, 2025 Order [Doc. # 1672]; *see also* Order of Oct. 10, 2025 [Doc. # 1679] (extending deadline). Specifically, Defendant seeks to partially seal the following information in the census reports: names, identifying numbers (including A numbers and agency-specific identifiers), dates of birth, countries of origin, and specific details about criminal charges. Defendant also seeks to partially seal minors countries of origin in the CBP juvenile coordinator report. The redacted census reports and CBP juvenile coordinator report are filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5.

   As required by Local Rule 79-5.2.2(a), Defendant submits concurrently with this application the declaration of Joshua C. McCroskey, a proposed order, and unredacted copies of the census reports and CBP juvenile coordinator report. On December 1, 2025, counsel for Defendant contacted counsel for Plaintiffs by email regarding Defendant's proposed filing. Plaintiffs do not oppose Defendant's request.

   Defendant seeks to seal information that could lead to the identification of minors who are or have been in immigration detention. Defendant seeks to seal the names of minors and their other personally identifiable information in accord with Federal Rule of Civil Procedure 5.2 and this Court's prior orders sealing such information [Doc. ## 1593, 1611, 1652]. Given the potentially sensitive nature of the information, there is compelling reason to file them under seal in order to protect the safety and privacy of the minors identified in these records and to avoid stigma or embarrassment to those individuals.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of ICE's and CBP's census reports and the CBP juvenile coordinator report because they contain information that could potentially be used in a manner that would compromise the safety and privacy of the minor children who are class members in this lawsuit. *See, e.g.*, Fed. R. Civ. P. 5.2(a)(2) (providing privacy protections for minors); *Larson v. Payne*, No. 2:18-CV-00375-CWD, 2019 WL 826448, at *1 n.2 (D. Idaho Feb. 21, 2019) ("The Affidavit and accompanying exhibits are filed under seal because they disclose personal information about Joy Larson's minor children."). Therefore, there is compelling reason to seal these materials to protect the safety and privacy of minors, and Defendant's request is tailored to seal no more information than necessary.

///

///

///

Dated: December 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF system. The declaration of Joshua C. McCroskey and the unredacted census reports and CBP juvenile coordinator report proposed to be filed under seal will be served on Plaintiffs' counsel of record on December 1, 2025, through electronic mail.

/s/ *Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
U.S. Department of Justice
Office of Immigration Litigation

*Attorney for Defendant*