**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**



1300 Pennsylvania Avenue, NW
Washington, DC 20229

U.S. Customs and Border Protection

December 1, 2025

MEMORANDUM FOR:   The Honorable Judge Gee
                  District Judge
                  U.S. District Court, Central District of California

FROM:             Henry A. Moak, Jr.
                  Chief Accountability Officer
                  Juvenile Coordinator
                  U.S. Customs and Border Protection

                  Digitally signed by HENRY A MOAK JR
                  Date: 2025.11.21 15:20:02 -05'00'

SUBJECT:          December 1, 2025 Supplemental Report

On September 26, 2025, this Court ordered the U.S. Customs and Border Protection ("CBP") Juvenile Coordinator to file a supplemental report by November 3, 2025, "providing a census of minors who were held in CBP or United States Border Patrol facilities for over 72 hours during the months of August and September 2025. The supplemental report shall provide the reason(s) why each minor was held for more than 20 days, including further detail regarding any issues that may have affected the minors' length of time in custody."[1] The Court later extended the due date for this supplemental reporting to December 1, 2025.

The attached reports are the 72-hour reports for August and September that are compiled under Paragraph 28A of the FSA and submitted to Plaintiffs on a monthly basis. To comply with this Court's order, USBP added the information requested by the Court to the existing monthly report for September. The attached September report includes a column entitled "Reason for TIC" that contains the information requested by the Court relating to the one family who were held in CBP custody for more than 20 days. There is no such column in the August report because the report contains no minors were in CBP custody for more than 20 days.

While USBP and OFO are best suited to answer any questions about the details of the minors reflected in these reports, I have reviewed the reports, and I can state the following about the information that is contained therein. First, the one family that remained in CBP custody for more than twenty days presented a complicated scenario in which CBP apprehended the family while the mother was pregnant, could not transfer the family to ICE because of the advanced stage of the

---

[1] As previously noted, CBP has two operational components: U.S. Border Patrol ("USBP") and the Office of Field Operations ("OFO"). OFO operates at ports of entry ("POEs"), which include land ports, seaports, and airports. USBP apprehends aliens who cross into the United States illegally between POEs. This Supplemental Report contains data regarding minors who were encountered and held in custody by OFO or USBP during the months of August and September 2025.

mother's pregnancy, held the family together in CBP custody while the mother gave birth to a ▬▬ child, and had to work with multiple stakeholders to obtain the necessary travel documents and tickets for the family to return together to ▬▬. Thus, this was a unique circumstance that reflects precisely the type of complicated scenario I referenced in my prior report.

Second, according to CBP STAT Division, in August the average TIC for all minors in CBP custody over 72 hours was 112.93 hours, and in September it was 123.67 hours. The average TIC in August for all minors in custody was 11.88 hours and in September it was 21.41 hours. The percentage of minors in CBP custody over 72 hours for August was 2.61%, and for September it was 4.87%. Thus, the vast majority of minors spend significantly less than 72 hours in CBP custody.