## U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide
### Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours
**August 1, 2025 - August 31, 2025**
Source: CBP Data Warehouse as of 9/17/25

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/1/2025 | EPT | | | | | | 8/15/2025 | UPBRING EL PASO TFC | NTA/DT | UAC | 342.90 | USBP |
| | 8/1/2025 | LRT | | | | | | 8/5/2025 | PORT ISABEL SPC | ER | FMUA | 91.98 | USBP |
| | 8/1/2025 | LRT | | | | | | 8/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | T | FMUA | 80.17 | USBP |
| | 8/1/2025 | LRT | | | | | | 8/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | T | FMUA | 80.17 | USBP |
| | 8/1/2025 | LRT | | | | | | 8/6/2025 | HID-HIDALGO, TX, POE | V | FMUA | 112.60 | USBP |
| | 8/1/2025 | DRT | | | | | | 8/11/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | REINST | FMUA | 234.62 | USBP |
| | 8/1/2025 | TCA | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 138.00 | USBP |
| | 8/1/2025 | ELC | | | | | | 8/15/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 74.23 | USBP |
| | 8/2/2025 | RGV | | | | | | 8/5/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 74.43 | USBP |
| | 8/2/2025 | RGV | | | | | | 8/5/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 74.43 | USBP |
| | 8/2/2025 | TCA | | | | | | 9/5/2025 | RITE OF PASSAGE SYCAMORE | NTA/DT | UAC | 77.05 | USBP |
| | 8/2/2025 | TCA | | | | | | 8/7/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 114.70 | USBP |
| | 8/3/2025 | RGV | | | | | | 8/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 79.62 | USBP |
| | 8/3/2025 | EPT | | | | | | 8/7/2025 | EL PASO HOLDROOM | ER | FMUA | 89.53 | USBP |
| | 8/5/2025 | SWB | | | | | | 8/16/2025 | NTA/OR: NGO | T | UAC | 261.35 | USBP |
| | 8/6/2025 | EPT | | | | | | 8/10/2025 | EL PASO HOLDROOM | ER | FMUA | 105.23 | USBP |
| | 8/6/2025 | EPT | | | | | | 8/10/2025 | EL PASO HOLDROOM | ER | FMUA | 105.23 | USBP |
| | 8/7/2025 | TCA | | | | | | 8/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 149.93 | USBP |
| | 8/9/2025 | TCA | | | | | | 8/16/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 159.42 | USBP |
| | 8/9/2025 | TCA | | | | | | 9/11/2025 | COMPASS CONNECTIONS EL PASO | NTA/DT | UAC | 83.22 | USBP |
| | 8/10/2025 | EPT | | | | | | 8/13/2025 | EL PASO HOLDROOM | ER | FMUA | 76.95 | USBP |
| | 8/10/2025 | TCA | | | | | | 8/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 82.65 | USBP |
| | 8/10/2025 | SDC | | | | | | 8/15/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 109.52 | USBP |
| | 8/12/2025 | LRT | | | | | | 8/15/2025 | PORT ISABEL SPC | ER | FMUA | 74.38 | USBP |
| | 8/12/2025 | LRT | | | | | | 8/17/2025 | PORT ISABEL SPC | ER | FMUA | 119.92 | USBP |
| | 8/12/2025 | TCA | | | | | | 8/19/2025 | PORT ISABEL SPC | ER | FMUA | 147.47 | USBP |
| | 8/13/2025 | SDC | | | | | | 8/19/2025 | MVM TRANSPORT, SAN DIEGO | ER | FMUA | 141.22 | USBP |
| | 8/13/2025 | SDC | | | | | | 8/19/2025 | MVM TRANSPORT, SAN DIEGO | ER | FMUA | 141.22 | USBP |
| | 8/13/2025 | SDC | | | | | | 8/19/2025 | MVM TRANSPORT, SAN DIEGO | ER | FMUA | 141.22 | USBP |
| | 8/13/2025 | SDC | | | | | | 8/19/2025 | MVM TRANSPORT, SAN DIEGO | ER | FMUA | 141.22 | USBP |
| | 8/14/2025 | RGV | | | | | | 8/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 98.50 | USBP |
| | 8/15/2025 | EPT | | | | | | 8/20/2025 | EL PASO HOLDROOM | ER | FMUA | 129.53 | USBP |
| | 8/15/2025 | YUM | | | | | | 8/18/2025 | PHOENIX DIST OFFICE | TOT | UAC | 75.33 | USBP |
| | 8/15/2025 | YUM | | | | | | 8/19/2025 | PORT ISABEL SPC | ER | FMUA | 90.33 | USBP |
| | 8/15/2025 | YUM | | | | | | 8/20/2025 | EL PASO HOLDROOM | ER/CF | FMUA | 122.72 | USBP |
| | 8/15/2025 | EPT | | | | | | 8/20/2025 | LINCOLN HALL | NTA/DT | UAC | 116.17 | USBP |
| | 8/15/2025 | YUM | | | | | | 8/19/2025 | PHOENIX DIST OFFICE | ER/CF | FMUA | 88.87 | USBP |
| | 8/15/2025 | SWB | | | | | | 8/24/2025 | NEW-NEWARK INTERNATIONAL AIRPORT, NEWARK NJ, POE | | UAC | 205.67 | USBP |
| | 8/15/2025 | RGV | | | | | | 8/21/2025 | PORT ISABEL SPC | REINST | FMUA | 130.13 | USBP |
| | 8/15/2025 | RGV | | | | | | 8/21/2025 | PORT ISABEL SPC | REINST | FMUA | 130.13 | USBP |
| | 8/16/2025 | EPT | | | | | | 8/20/2025 | EL PASO HOLDROOM | ER | FMUA | 106.87 | USBP |
| | 8/16/2025 | EPT | | | | | | 8/20/2025 | EL PASO HOLDROOM | ER | FMUA | 106.87 | USBP |
| | 8/18/2025 | DRT | | | | | | 8/25/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER | FMUA | 159.37 | USBP |
| | 8/18/2025 | DRT | | | | | | 8/25/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER | FMUA | 159.37 | USBP |
| | 8/18/2025 | DRT | | | | | | 8/22/2025 | PORT ISABEL SPC | ER | FMUA | 82.72 | USBP |
| | 8/18/2025 | DRT | | | | | | 8/22/2025 | PORT ISABEL SPC | ER | FMUA | 82.72 | USBP |
| | 8/18/2025 | RGV | | | | | | 8/22/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 85.22 | USBP |
| | 8/18/2025 | SDC | | | | | | 8/23/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 111.08 | USBP |
| | 8/19/2025 | EPT | | | | | | 8/24/2025 | EL PASO HOLDROOM | B | FMUA | 122.98 | USBP |
| | 8/19/2025 | SDC | | | | | | 8/23/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 88.45 | USBP |
| | 8/19/2025 | SDC | | | | | | 8/23/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 88.47 | USBP |
| | 8/20/2025 | DRT | | | | | | 8/24/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | T | FMUA | 105.25 | USBP |
| | 8/20/2025 | DRT | | | | | | 8/24/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 102.67 | USBP |
| | 8/21/2025 | TCA | | | | | | 8/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 76.45 | USBP |
| | 8/21/2025 | TCA | | | | | | 8/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 76.45 | USBP |
| | 8/21/2025 | LRT | | | | | | 8/26/2025 | PORT ISABEL SPC | REINST | FMUA | 94.43 | USBP |
| | 8/21/2025 | RGV | | | | | | 8/26/2025 | PORT ISABEL SPC | | UAC | 126.17 | USBP |
| | 8/22/2025 | DRT | | | | | | 8/29/2025 | HID-HIDALGO, TX, POE | REINST | FMUA | 158.50 | USBP |
| | 8/22/2025 | NLL | | | | | | 8/29/2025 | PORT ISABEL SPC | | UAC | 166.25 | USBP |
| | 8/22/2025 | NLL | | | | | | 8/29/2025 | HID-HIDALGO, TX, POE | B | FMUA | 165.27 | USBP |
| | 8/22/2025 | EPT | | | | | | 8/28/2025 | EL PASO HOLDROOM | REINST | FMUA | 137.27 | USBP |
| | 8/22/2025 | EPT | | | | | | 8/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | T | FMUA | 86.77 | USBP |
| | 8/22/2025 | TCA | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 134.32 | USBP |
| | 8/22/2025 | TCA | | | | | | 8/26/2025 | NOG-NOGALES, AZ, POE | V | UAC | 83.57 | USBP |
| | 8/23/2025 | EPT | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 120.57 | USBP |
| | 8/23/2025 | EPT | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 120.57 | USBP |
| | 8/23/2025 | EPT | | | | | | 8/27/2025 | EL PASO HOLDROOM | REINST | FMUA | 94.32 | USBP |
| | 8/23/2025 | YUM | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 113.48 | USBP |
| | 8/23/2025 | TCA | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 110.77 | USBP |
| | 8/23/2025 | YUM | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 109.40 | USBP |
| | 8/23/2025 | RGV | | | | | | 8/29/2025 | PORT ISABEL SPC | ER | FMUA | 123.23 | USBP |
| | 8/24/2025 | SDC | | | | | | 8/28/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 99.25 | USBP |
| | 8/24/2025 | EPT | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 100.47 | USBP |
| | 8/24/2025 | DRT | | | | | | 8/28/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER | FMUA | 96.90 | USBP |
| | 8/24/2025 | DRT | | | | | | 8/28/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER | FMUA | 96.90 | USBP |
| | 8/24/2025 | EPT | | | | | | 8/28/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | T | FMUA | 105.32 | USBP |
| | 8/24/2025 | ELC | | | | | | 8/28/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 86.60 | USBP |
| | 8/24/2025 | ELC | | | | | | 8/28/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 86.60 | USBP |
| | 8/25/2025 | SDC | | | | | | 8/28/2025 | MVM TRANSPORT, DALLAS | ER/CF | FMUA | 74.53 | USBP |
| | 8/25/2025 | SDC | | | | | | 8/28/2025 | MVM TRANSPORT, DALLAS | ER/CF | FMUA | 74.53 | USBP |
| | 8/25/2025 | SDC | | | | | | 8/28/2025 | MVM TRANSPORT, DALLAS | ER/CF | FMUA | 74.53 | USBP |
| | 8/25/2025 | SDC | | | | | | 8/30/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 118.20 | USBP |
| | 8/25/2025 | LRT | | | | | | 8/28/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 85.22 | USBP |
| | 8/25/2025 | LRT | | | | | | 8/29/2025 | PORT ISABEL SPC | ER | FMUA | 83.87 | USBP |
| | 8/25/2025 | EPT | | | | | | 8/28/2025 | EL PASO HOLDROOM | ER | FMUA | 78.30 | USBP |
| | 8/27/2025 | RGV | | | | | | 8/31/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 93.83 | USBP |
| | 8/27/2025 | DRT | | | | | | 8/31/2025 | Other - Processing Disposition | REINST | FMUA | 85.98 | USBP |
| | 8/27/2025 | RGV | | | | | | 8/31/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 84.87 | USBP |





UNCLASSIFIED // FOR OFFICIAL USE ONLY

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/27/2025 | RGV | | | | | | 8/31/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 84.87 | USBP |
| | 8/27/2025 | RGV | | | | | | 8/31/2025 | SYS-SAN YSIDRO, CA, POE | REINST | FMUA | 79.37 | USBP |
| | 8/28/2025 | LRT | | | | | | 9/1/2025 | PORT ISABEL SPC | ER | FMUA | 78.45 | USBP |
| | 8/28/2025 | SDC | | | | | | 8/31/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 72.12 | USBP |
| | 8/28/2025 | SDC | | | | | | 8/31/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 72.12 | USBP |
| | 8/29/2025 | SDC | | | | | | 9/11/2025 | SND DISTRICT STAGING | ER/CF | FMUA | 317.52 | USBP |
| | 8/29/2025 | EPT | | | | | | 9/1/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 76.70 | USBP |
| | 8/29/2025 | EPT | | | | | | 9/2/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 103.17 | USBP |
| | 8/29/2025 | EPT | | | | | | 9/2/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 102.92 | USBP |
| | 8/30/2025 | RGV | | | | | | 9/5/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 133.08 | USBP |
| | 8/30/2025 | RGV | | | | | | 9/5/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 133.08 | USBP |
| | 8/30/2025 | RGV | | | | | | 9/5/2025 | PORT ISABEL SPC | ER | FMUA | 124.43 | USBP |
| | 8/31/2025 | EPT | | | | | | 9/4/2025 | SYS-SAN YSIDRO, CA, POE | REINST | FMUA | 90.82 | USBP |
| | 8/31/2025 | DRT | | | | | | 9/4/2025 | PORT ISABEL SPC | ER | FMUA | 76.72 | USBP |
| | 8/31/2025 | SDC | | | | | | 9/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 90.78 | USBP |
| | 08/09/2025 | CHICAGO | | | | | | 8/14/2025 | CHINA (MAINLAND) | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 133.67 | OFO |
| | 08/11/2025 | CHICAGO | | | | | | 8/14/2025 | | ADMITTED | AM | 146.46 | OFO |
| | 08/13/2025 | DETROIT | | | | | | 8/17/2025 | CANADA | WD IN LIEU OF ER | FMUA | 95.63 | OFO |
| | 08/19/2025 | BOSTON | | | | | | 8/23/2025 | FIELD OFFICE JUVENILE COORDINATOR (FOJC) | NOTICE TO APPEAR (NTA) | FMUA | 92.70 | OFO |
| | 08/19/2025 | BOSTON | | | | | | 8/25/2025 | | ENCOUNTERED | UAC | 143.73 | OFO |
| | 08/19/2025 | BOSTON | | | | | | 8/25/2025 | | ENCOUNTERED | UAC | 143.68 | OFO |


