## U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide
### Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours
#### September 1, 2025 - September 30, 2025
Source: CBP Data Warehouse as of 10/21/25

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component | Reason For TIC Over Twenty Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/1/2025 | DRT | | | | | | 9/5/2025 | HID-HIDALGO, TX, POE | | FMUA | 87 75 | USBP | |
| | 9/2/2025 | SDC | | | | | | 9/6/2025 | HID-HIDALGO, TX, POE | REINRF | FMUA | 101 98 | USBP | |
| | 9/2/2025 | SDC | | | | | | 9/6/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 101 97 | USBP | |
| | 9/2/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 90 52 | USBP | |
| | 9/2/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 90 52 | USBP | |
| | 9/2/2025 | SDC | | | | | | 9/6/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 85 97 | USBP | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 233 30 | OFO | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 232 47 | OFO | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 232 50 | OFO | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 232 50 | OFO | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 232 52 | OFO | |
| | 09/02/2025 | SAN DIEGO | | | | | | 9/12/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 232 54 | OFO | |
| | 9/3/2025 | RGV | | | | | | 10/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 755 08 | USBP | Held awaiting transportation for repatriation/family unity: This family includes a child born in USBP custody  The family was apprehended on 9/3 and could not be transferred to an ICE FRC due to the advanced stage of pregnancy of the mother  The child was born after the family had been in custody for 11 days  CBP then had to obtain medical clearance for the mother to fly, coordinate with ▮ to obtain travel documents for the family including the child born in the ▮ and ▮ coordinate commercial air flights to return the family to ▮ The family was turned over to ICE who transported the family for removal and was returned to ▮ by commercial air flights on 10/4 |
| | 9/3/2025 | RGV | | | | | | 10/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 755 08 | USBP | Held awaiting transportation for repatriation/family unity: This family includes a child born in USBP custody  The family was apprehended on 9/3 and could not be transferred to an ICE FRC due to the advanced stage of pregnancy of the mother  The child was born after the family had been in custody for 11 days  CBP then had to obtain medical clearance for the mother to fly, coordinate with ▮ to obtain travel documents for the family including the child born in the ▮ and ▮ coordinate commercial air flights to return the family to ▮ The family was turned over to ICE who transported the family for removal and was returned to ▮ by commercial air flights on 10/4 |
| | 9/3/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 77 58 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 77 58 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/8/2025 | PORT ISABEL SPC | REINST | FMUA | 107 72 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 77 53 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/8/2025 | PORT ISABEL SPC | REINST | FMUA | 107 72 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/7/2025 | PORT ISABEL SPC | REINST | FMUA | 83 78 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/7/2025 | PORT ISABEL SPC | REINST | FMUA | 83 78 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/8/2025 | PORT ISABEL SPC | REINST | FMUA | 107 72 | USBP | |
| | 9/3/2025 | DRT | | | | | | 9/6/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 74 25 | USBP | |
| | 9/4/2025 | SDC | | | | | | 9/12/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 192 48 | USBP | |
| | 9/4/2025 | SDC | | | | | | 9/7/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 74 53 | USBP | |
| | 9/4/2025 | SDC | | | | | | 9/7/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 74 53 | USBP | |
| | 9/4/2025 | SDC | | | | | | 9/7/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 74 53 | USBP | |
| | 9/4/2025 | TCA | | | | | | 9/8/2025 | SYS-SAN YSIDRO, CA, POE | ER | FMUA | 81 73 | USBP | |
| | 9/5/2025 | TCA | | | | | | 9/9/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 104 60 | USBP | |
| | 9/5/2025 | TCA | | | | | | 9/9/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 104 62 | USBP | |
| | 9/5/2025 | SDC | | | | | | 9/10/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 112 45 | USBP | |
| | 9/5/2025 | TCA | | | | | | 9/9/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 85 53 | USBP | |
| | 9/5/2025 | TCA | | | | | | 9/9/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 85 53 | USBP | |
| | 9/6/2025 | EPT | | | | | | 9/14/2025 | EL PASO HOLDROOM | ER | FMUA | 192 20 | USBP | |
| | 9/6/2025 | RGV | | | | | | 9/10/2025 | PORT ISABEL SPC | ER | FMUA | 78 65 | USBP | |
| | 9/6/2025 | RGV | | | | | | 9/10/2025 | PORT ISABEL SPC | ER | FMUA | 78 65 | USBP | |
| | 9/6/2025 | RGV | | | | | | 9/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 271 35 | USBP | |
| | 9/6/2025 | RGV | | | | | | 9/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 271 37 | USBP | |
| | 9/6/2025 | SDC | | | | | | 9/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 153 52 | USBP | |
| | 9/6/2025 | SDC | | | | | | 9/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 153 52 | USBP | |
| | 9/7/2025 | EPT | | | | | | 9/10/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | NTA/DT | FMUA | 80 43 | USBP | |
| | 9/7/2025 | RGV | | | | | | 9/18/2025 | PORT ISABEL SPC | ER | FMUA | 266 27 | USBP | |
| | 09/07/2025 | SAN DIEGO | | | | | | 9/10/2025 | MVMSND - MVM TRANSPORT, SAN DIEGO | EXPEDITED REMOVAL (ER) | FMUA | 84 35 | OFO | |
| | 9/8/2025 | SDC | | | | | | 9/17/2025 | SND DISTRICT STAGING | ER | FMUA | 209 00 | USBP | |
| | 09/08/2025 | SAN JUAN | | | | | | 9/11/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTE | NOTICE TO APPEAR (NTA) | FMUA | 79 18 | OFO | |
| | 9/9/2025 | LRT | | | | | | 9/12/2025 | NYAP ROSELLE IL | NTA/DT | UAC | 78 95 | USBP | |
| | 9/9/2025 | RGV | | | | | | 9/14/2025 | PORT ISABEL SPC | ER | FMUA | 102 43 | USBP | |
| | 9/9/2025 | RGV | | | | | | 9/13/2025 | PORT ISABEL SPC | REL | UAC | 79 60 | USBP | |
| | 9/9/2025 | EPT | | | | | | 9/14/2025 | EL PASO HOLDROOM | ER | FMUA | 107 53 | USBP | |
| | 9/10/2025 | SDC | | | | | | 9/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 86 02 | USBP | |
| | 9/10/2025 | SDC | | | | | | 9/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 86 02 | USBP | |
| | 9/10/2025 | SDC | | | | | | 9/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 100 65 | USBP | |
| | 9/10/2025 | SDC | | | | | | 9/13/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 74 55 | USBP | |
| | 9/10/2025 | RGV | | | | | | 9/14/2025 | PORT ISABEL SPC | ER | FMUA | 74 48 | USBP | |
| | 9/10/2025 | RGV | | | | | | 9/14/2025 | PORT ISABEL SPC | ER | FMUA | 74 48 | USBP | |
| | 9/10/2025 | RGV | | | | | | 9/15/2025 | PORT ISABEL SPC | ER | FMUA | 100 50 | USBP | |
| | 09/10/2025 | CHICAGO | | | | | | 9/14/2025 | MVMSNP - MVM TRANSPORT, SAN ANTONIO PROPE | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 89 55 | OFO | |
| | 9/11/2025 | RGV | | | | | | 7/29/2021 | TRANSPORT ONLY NO DETENTION-HLG | WA/NTA | UAC | 85 88 | USBP | |
| | 9/11/2025 | SDC | | | | | | 9/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 78 42 | USBP | |
| | 9/11/2025 | SDC | | | | | | 9/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 78 42 | USBP | |
| | 9/11/2025 | SDC | | | | | | 9/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 78 40 | USBP | |
| | 9/11/2025 | SDC | | | | | | 9/14/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 78 40 | USBP | |
| | 9/11/2025 | SDC | | | | | | 9/15/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 98 55 | USBP | |
| | 9/11/2025 | RGV | | | | | | 9/19/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 182 95 | USBP | |
| | 9/11/2025 | DRT | | | | | | 9/20/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER/CF | FMUA | 205 97 | USBP | |
| | 9/11/2025 | DRT | | | | | | 9/20/2025 | FDE-EAGLE PASS, TX, INTL BRIDGE #2, POE | ER/CF | FMUA | 205 97 | USBP | |
| | 9/11/2025 | EPT | | | | | | 9/15/2025 | STR-SANTA TERESA, NM, POE | ER | FMUA | 92 82 | USBP | |
| | 9/12/2025 | TCA | | | | | | 9/15/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 81 15 | USBP | |
| | 9/12/2025 | TCA | | | | | | 9/15/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 77 70 | USBP | |
| | 9/12/2025 | RGV | | | | | | 9/17/2025 | PORT ISABEL SPC | ER | FMUA | 119 35 | USBP | |
| | 9/12/2025 | EPT | | | | | | 9/15/2025 | STR-SANTA TERESA, NM, POE | ER | FMUA | 80 53 | USBP | |
| | 9/12/2025 | SDC | | | | | | 9/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 107 45 | USBP | |
| | 9/12/2025 | RGV | | | | | | 9/16/2025 | PORT ISABEL SPC | ER | FMUA | 76 53 | USBP | |
| | 9/13/2025 | EPT | | | | | | 9/17/2025 | EL PASO HOLDROOM | ER | FMUA | 83 67 | USBP | |
| | 9/13/2025 | SDC | | | | | | 9/17/2025 | SND DISTRICT STAGING | | UAC | 97 10 | USBP | |
| | 9/14/2025 | TCA | | | | | | 9/17/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 78 18 | USBP | |
| | 9/14/2025 | TCA | | | | | | 9/17/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 78 18 | USBP | |
| | 9/14/2025 | EPT | | | | | | 9/17/2025 | PORT ISABEL SPC | ER | FMUA | 72 53 | USBP | |
| | 9/14/2025 | EPT | | | | | | 9/17/2025 | PORT ISABEL SPC | REINST | FMUA | 72 53 | USBP | |





**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

UNCLASSIFIED // FOR OFFICIAL USE ONLY

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component | Reason For TIC Over Twenty Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/14/2025 | DRT | | | | | | 9/18/2025 | PORT ISABEL SPC | ER | FMUA | 89 73 | USBP | |
| | 9/14/2025 | EPT | | | | | | 9/24/2025 | Other - Processing Disposition | NTA/DT | FMUA | 240 18 | USBP | |
| | 9/14/2025 | SDC | | | | | | 9/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 86 50 | USBP | |
| | 9/14/2025 | SDC | | | | | | 9/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 86 52 | USBP | |
| | 9/14/2025 | SDC | | | | | | 9/18/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 86 52 | USBP | |
| | 9/14/2025 | EPT | | | | | | 9/22/2025 | PORT ISABEL SPC | ER | FMUA | 176 87 | USBP | |
| | 9/14/2025 | RGV | | | | | | 10/4/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | | UAC | 491 10 | USBP | Held awaiting transportation for repatriation/family unity: This family includes a child born in USBP custody  The family was apprehended on 9/3 and could not be transferred to an ICE FRC due to the advanced stage of pregnancy of the mother  The child was born after the family had been in custody for 11 days  CBP then had to obtain medical clearance for the mother to fly, coordinate with ▓▓▓ to obtain travel documents for the family including the child born in the ▓▓▓ and coordinate commercial air flights to return the family to ▓▓▓  The family was turned over to ICE who transported the family for removal and was returned to ▓▓▓ by commercial air flights on 10/4 |
| | 9/15/2025 | EPT | | | | | | 9/18/2025 | PDN-PASO DEL NORTE, TX, POE | ER | FMUA | 78 57 | USBP | |
| | 9/15/2025 | EPT | | | | | | 9/18/2025 | PDN-PASO DEL NORTE, TX, POE | T | UAC | 78 07 | USBP | |
| | 9/15/2025 | SDC | | | | | | 9/19/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 78 50 | USBP | |
| | 9/16/2025 | DRT | | | | | | 9/21/2025 | PORT ISABEL SPC | ER | FMUA | 100 70 | USBP | |
| | 9/16/2025 | SDC | | | | | | 9/22/2025 | YUMA HOLDROOM | ER | FMUA | 126 38 | USBP | |
| | 9/16/2025 | SDC | | | | | | 9/22/2025 | YUMA HOLDROOM | ER | FMUA | 126 40 | USBP | |
| | 9/17/2025 | EPT | | | | | | 9/22/2025 | PORT ISABEL SPC | ER | FMUA | 111 37 | USBP | |
| | 9/17/2025 | EPT | | | | | | 9/22/2025 | PORT ISABEL SPC | ER | FMUA | 111 37 | USBP | |
| | 9/18/2025 | RGV | | | | | | 9/22/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 109 70 | USBP | |
| | 9/18/2025 | RGV | | | | | | 9/25/2025 | PORT ISABEL SPC | | UAC | 159 83 | USBP | |
| | 9/19/2025 | TCA | | | | | | 9/22/2025 | NOG-NOGALES, AZ, POE | ER | FMUA | 77 40 | USBP | |
| | 9/19/2025 | RGV | | | | | | 9/24/2025 | PORT ISABEL SPC | ER | FMUA | 117 10 | USBP | |
| | 9/19/2025 | RGV | | | | | | 9/24/2025 | PORT ISABEL SPC | ER | FMUA | 117 10 | USBP | |
| | 9/20/2025 | EPT | | | | | | 9/24/2025 | PORT ISABEL SPC | ER | FMUA | 99 97 | USBP | |
| | 9/20/2025 | EPT | | | | | | 9/24/2025 | PORT ISABEL SPC | ER | FMUA | 93 90 | USBP | |
| | 9/20/2025 | RGV | | | | | | 9/24/2025 | PORT ISABEL SPC | REINST | FMUA | 84 52 | USBP | |
| | 9/21/2025 | TCA | | | | | | 9/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 76 03 | USBP | |
| | 9/21/2025 | TCA | | | | | | 9/24/2025 | SAN-SAN DIEGO, CA (AIRPORT), POE | ER | FMUA | 76 03 | USBP | |
| | 09/21/2025 | DETROIT | | | | | | 9/26/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTE | IN REMOVAL PROCEEDINGS (NO FINAL ORDER) | AM | 116 09 | OFO | |
| | 09/21/2025 | DETROIT | | | | | | 9/26/2025 | STFRCTX - SOUTH TEXAS FAM RESIDENTIAL CENTE | IN REMOVAL PROCEEDINGS (NO FINAL ORDER) | AM | 116 11 | OFO | |
| | 9/22/2025 | RGV | | | | | | 9/29/2025 | PORT ISABEL SPC | ER | FMUA | 163 05 | USBP | |
| | 9/22/2025 | DRT | | | | | | 9/28/2025 | PORT ISABEL SPC | ER | FMUA | 129 20 | USBP | |
| | 9/22/2025 | RGV | | | | | | 9/27/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 116 07 | USBP | |
| | 9/22/2025 | TCA | | | | | | 9/26/2025 | TUCSON INS HOLD ROOM | ER | FMUA | 87 15 | USBP | |
| | 9/22/2025 | TCA | | | | | | 9/26/2025 | TUCSON INS HOLD ROOM | ER | FMUA | 87 15 | USBP | |
| | 9/22/2025 | TCA | | | | | | 9/26/2025 | TUCSON INS HOLD ROOM | ER | FMUA | 87 15 | USBP | |
| | 9/22/2025 | TCA | | | | | | 9/26/2025 | TUCSON INS HOLD ROOM | ER | FMUA | 87 13 | USBP | |
| | 9/22/2025 | RGV | | | | | | 9/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 90 30 | USBP | |
| | 9/22/2025 | RGV | | | | | | 9/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 90 30 | USBP | |
| | 9/22/2025 | DRT | | | | | | 9/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | | FMUA | 86 78 | USBP | |
| | 9/22/2025 | TCA | | | | | | 9/26/2025 | TUCSON INS HOLD ROOM | ER | FMUA | 80 57 | USBP | |
| | 09/22/2025 | SAN DIEGO | | | | | | 9/26/2025 | MVMSND - MVM TRANSPORT, SAN DIEGO | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 96 81 | OFO | |
| | 09/22/2025 | SAN DIEGO | | | | | | 9/26/2025 | MVMSND - MVM TRANSPORT, SAN DIEGO | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 96 81 | OFO | |
| | 9/23/2025 | LRT | | | | | | 9/27/2025 | PORT ISABEL SPC | ER | FMUA | 83 13 | USBP | |
| | 9/23/2025 | LRT | | | | | | 9/26/2025 | LSSS NEW HOPE | V | UAC | 73 05 | USBP | |
| | 9/24/2025 | DRT | | | | | | 9/27/2025 | PORT ISABEL SPC | REINST | FMUA | 74 70 | USBP | |
| | 9/24/2025 | EPT | | | | | | 9/28/2025 | EL PASO HOLDROOM | | FMUA | 86 47 | USBP | |
| | 09/24/2025 | SAN DIEGO | | | | | | 9/28/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL-CREDIBLE FEAR (ERCF) | FMUA | 111 56 | OFO | |
| | 9/25/2025 | LRT | | | | | | 10/1/2025 | PORT ISABEL SPC | | FMUA | 147 50 | USBP | |
| | 9/25/2025 | RGV | | | | | | 9/29/2025 | UAC TRANS ONLY NO DETENTION-HLG | NTA/DT | UAC | 102 50 | USBP | |
| | 9/25/2025 | LRT | | | | | | 9/28/2025 | PORT ISABEL SPC | WA/NTA | UAC | 77 53 | USBP | |
| | 9/25/2025 | SWB | | | | | | 10/1/2025 | NORTHWEST STATE CORRECTIONAL CTR | B | FMUA | 148 27 | USBP | |
| | 9/25/2025 | SWB | | | | | | 10/1/2025 | NORTHWEST STATE CORRECTIONAL CTR | REL | UAC | 148 25 | USBP | |
| | 9/25/2025 | LRT | | | | | | 10/1/2025 | PORT ISABEL SPC | TOT | UAC | 130 45 | USBP | |
| | 9/25/2025 | RGV | | | | | | 9/29/2025 | UAC TRANS ONLY NO DETENTION-HLG | NTA/DT | UAC | 88 57 | USBP | |
| | 9/25/2025 | RGV | | | | | | 9/29/2025 | UAC TRANS ONLY NO DETENTION-HLG | NTA/DT | UAC | 88 58 | USBP | |
| | 9/25/2025 | RGV | | | | | | 10/1/2025 | PORT ISABEL SPC | ER | FMUA | 125 80 | USBP | |
| | 9/26/2025 | RGV | | | | | | 9/30/2025 | PORT ISABEL SPC | V | UAC | 105 40 | USBP | |
| | 9/26/2025 | TCA | | | | | | 9/30/2025 | PHOENIX DIST OFFICE | ER/CF | FMUA | 98 58 | USBP | |
| | 9/26/2025 | DRT | | | | | | 9/30/2025 | PORT ISABEL SPC | ER | FMUA | 76 55 | USBP | |
| | 9/26/2025 | SDC | | | | | | 10/7/2025 | RAMADA HOTEL | ER/CF | FMUA | 255 70 | USBP | |
| | 9/26/2025 | RGV | | | | | | 10/10/2025 | PORT ISABEL SPC | | UAC | 316 30 | USBP | |
| | 9/28/2025 | EPT | | | | | | 10/3/2025 | PORT ISABEL SPC | REINST | FMUA | 121 58 | USBP | |
| | 9/28/2025 | YUM | | | | | | 10/2/2025 | PHOENIX DIST OFFICE | VD | FMUA | 90 52 | USBP | |
| | 9/28/2025 | YUM | | | | | | 10/2/2025 | PHOENIX DIST OFFICE | VD | FMUA | 90 50 | USBP | |
| | 9/28/2025 | EPT | | | | | | 10/3/2025 | PORT ISABEL SPC | ER | FMUA | 102 65 | USBP | |
| | 9/28/2025 | EPT | | | | | | 10/3/2025 | PORT ISABEL SPC | ER | FMUA | 102 65 | USBP | |
| | 9/29/2025 | YUM | | | | | | 10/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 97 12 | USBP | |
| | 9/29/2025 | YUM | | | | | | 10/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 97 12 | USBP | |
| | 9/29/2025 | TCA | | | | | | 10/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 85 15 | USBP | |
| | 9/29/2025 | TCA | | | | | | 10/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 79 27 | USBP | |
| | 9/29/2025 | TCA | | | | | | 10/3/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 79 25 | USBP | |
| | 9/29/2025 | TCA | | | | | | 10/3/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 85 15 | USBP | |
| | 9/30/2025 | DRT | | | | | | 10/10/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | REINRF | FMUA | 237 37 | USBP | |





**UNCLASSIFIED // FOR OFFICIAL USE ONLY**