REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# ERO Custody Management Division

**Family Residential Center Population Detained 20+ Days Report - August 2025**

The following document was created based on ICE Integrated Decision Support (IIDS)
IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).
Source: IIDS data as of 9/26/2025.

**Notes:**
- Data reflects Family Unit Minors who have been detained 20 days or longer, booked into a Family Residential Center, and booked out between 8/1/2025 and 8/31/2025 or were in custody as of 8/31/2025.
- Detention length of stay was determined by calculating the time (in days) between Apprehension Date and either Book-out Date or 8/31/2025 for those who remained in custody.
- Facility Length of Stay (FLOS) was determined by calculating the time (in days) between Book-in Date and either Book-out Date or 8/31/2025 for those who remained in custody.
- Family Unit Minors that were in custody as of 8/31/2025 will appear on subsequent reports until no longer in custody.
- Initial Book-in date was substituted for apprehension dates with data quality issues.

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 10/14/2023 | 7/2/2025 | 8/3/2025 | 32 | | | Family requested voluntary departure/request was forwarded to their attorney. Attorney failed to respond. As a result, VD was withdrawn. Detention was continued for their scheduled administrative proceedings Immigration judge issued a removal order. Family was subsequently removed on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 10/14/2023 | 7/2/2025 | 8/3/2025 | 32 | | | Family requested voluntary departure/request was forwarded to their attorney. Attorney failed to respond. As a result, VD was withdrawn. Detention was continued for their scheduled administrative proceedings Immigration judge issued a removal order. Family was subsequently removed on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 4/15/2025 | 5/10/2025 | 8/7/2025 | 89 | | | Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family subsequently claimed fear and was scheduled for an interview with USCIS. USCIS returned a negative finding decision. Family requested and was scheduled for a review with the immigration judge. The immigration judge later affirmed USCIS's decision. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/1/2025 | 7/15/2025 | 8/6/2025 | 22 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/1/2025 | 7/15/2025 | 8/6/2025 | 22 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/7/2025 | 5/13/2025 | 8/7/2025 | 86 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/7/2025 | 5/13/2025 | 8/7/2025 | 86 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/8/2025 | 5/11/2025 | 8/5/2025 | 86 | | | Detention was continued pending travel document issuance. Family later claimed fear and was subsequently scheduled for an interview with USCIS. USCIS later issued a negative finding decision. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/17/2025 | 5/23/2025 | 8/5/2025 | 74 | | | Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/18/2025 | 6/23/2025 | 8/5/2025 | 43 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed on the family failed to comply with the immigration judge's order on 2 separate occasions. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/18/2025 | 6/23/2025 | 8/5/2025 | 43 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed on the family failed to comply with the immigration judge's order on 2 separate occasions. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/14/2025 | 7/15/2025 | 8/5/2025 | 21 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 5/14/2025 | 7/15/2025 | 8/5/2025 | 21 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/25/2025 | 5/28/2025 | 8/7/2025 | 71 | | | Detention was continued pending USCIS findings. USCIS issued negative finding decision. Family requested and was scheduled for a review with the immigration judge. The immigration judge later affirmed USCIS's decision. removal was delayed as the family failed to comply with the immigration judge's order.. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequenlty released due to suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/25/2025 | 5/28/2025 | 8/7/2025 | 71 | | | Detention was continued pending USCIS findings. USCIS issued negative finding decision. Family requested and was scheduled for a review with the immigration judge. The immigration judge later affirmed USCIS's decision. Removal was delayed as the family failed to comply with the immigration judge's order.. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequenlty released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 5/27/2025 | 5/29/2025 | 8/6/2025 | 69 | | | Detention was continued pending USCIS decision findings. USCIS issued negative finding decision. Removal was scheduled. Minor's citizenship was in question, consulate was contacted and later resolved issue. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 12/31/9999 | 88 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 12/31/9999 | 88 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 12/31/9999 | 88 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 12/31/9999 | 88 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 12/31/9999 | 88 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/5/2025 | 6/6/2025 | 8/8/2025 | 63 | | | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 64. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/5/2025 | 6/6/2025 | 8/8/2025 | 63 | | | USCIS issued negative finding decision. Detention was continued for USCIS decision review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was scheduled and removed on Day 64. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/6/2025 | 6/9/2025 | 8/6/2025 | 58 | | | USCIS issued negative finding decision. Detention was continued fpending travel document issuance and removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/6/2025 | 6/9/2025 | 8/6/2025 | 58 | | | USCIS issued negative finding decision. Detention was continued fpending travel document issuance and removal. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/16/2025 | 6/18/2025 | 8/13/2025 | 56 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge review hearing was canceled. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/16/2025 | 6/18/2025 | 8/6/2025 | 49 | | | USCIS issued negative finding decision. Detention was continued pending travel document issuance. Due to the mother's citizenship differing from the minor's citizenship, a travel document would not be issued for the minor. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/17/2025 | 6/19/2025 | 8/6/2025 | 48 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/17/2025 | 6/18/2025 | 8/28/2025 | 71 | | | Detention was continued pending a scheduled administrative hearing. Due to the credibility with head of household's testimony, the immigration delayed the issuance of a written decision. Ultimately, the immigration judge issued a removal order. Family was removed on Day 71. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/3/2025 | 6/4/2025 | 8/6/2025 | 63 | | | The immigration judge issued a removal order. Detention was continued pending travel document issuance. Embassy delayed issuing a travel document based on error of last name of the head of household in the travel document request. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/17/2025 | 6/19/2025 | 8/1/2025 | 43 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Family filed an appeal with the Board of Immigration Appeals. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/17/2025 | 6/20/2025 | 8/6/2025 | 47 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/21/2025 | 7/16/2025 | 8/5/2025 | 20 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 6/21/2025 | 7/16/2025 | 8/5/2025 | 20 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/21/2025 | 6/24/2025 | 8/10/2025 | 47 | | | Detention was continued pending the immigration judge voluntary departure decision. Immigration judge issued a voluntary departure decision on Day 34. Family was removed on Day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/23/2025 | 6/24/2025 | 8/9/2025 | 46 | | | Detention was continued pending a scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/24/2025 | 6/25/2025 | 8/7/2025 | 43 | | | Upon arrival to FRC, family enrolled into the voluntary departure program. On Day 36, family was approved for voluntary departure. Detention was continued pending repatriation. Family was repatriated on Day 45. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/27/2025 | 6/29/2025 | 8/13/2025 | 45 | | | Detention was continued pending family's scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/26/2025 | 6/30/2025 | 8/8/2025 | 39 | | | USCIS issued negative finding decision. Detention was continued for removal. Family was removed on day 43. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/3/2025 | 8/10/2025 | 38 | | | Family Detention was continued pending one of the rider's administrative hearing. Head of household wanted to wait for one of the children's future cheduled hearings. A motion to advance was filed for said minor. Subsequently, the family was released on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/3/2025 | 8/10/2025 | 38 | | | Family Detention was continued pending one of the rider's administrative hearing. Head of household wanted to wait for one of the children's future cheduled hearings. A motion to advance was filed for said minor. Subsequently, the family was released on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/3/2025 | 8/10/2025 | 38 | | | Family Detention was continued pending one of the rider's administrative hearing. Head of household wanted to wait for one of the children's future cheduled hearings. A motion to advance was filed for said minor. Subsequently, the family was released on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/2/2025 | 8/24/2025 | 53 | | | Family cases were processed originally as Notices to Appear. Family claimed fear. Notices to Appear were processed for dismissal with EOIR to process fear cases. Detention was continued to process fear cases. Cases were dismissed by the immigration judge on Day 37. Cases were scheduled for interviews with USCIS which later resulted in negative finding decisions. Family requested immigration judge review and were scheduled for review with the immigration judge. The immigration judge affirmed USCIS's decision. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/2/2025 | 8/3/2025 | 32 | | | Family was referred to the voluntary departure program. Documentation was sent to family's attorney. Attorney failed to respond. Family was withdrawn from the voluntary departure program due ot lack of notification from attorney. Detention was continued for a scheduled administrative hearing. The immigration judge issued a removal order. Family was removed on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/2/2025 | 7/4/2025 | 8/21/2025 | 48 | | | Detention was continued for a scheduled administrative hearing. Immigration reset hearing to allow time for alien to complete the I-589. Immigation judge issued a removal order. Family was removed on Day 48. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/3/2025 | 7/6/2025 | 8/6/2025 | 31 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/3/2025 | 7/6/2025 | 8/6/2025 | 31 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/28/2025 | 7/4/2025 | 8/6/2025 | 33 | | | USCIS issued negative finding decision. Detention was continued for removal for country acceptance and removal planning. Family was subsequently released due to the suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/26/2025 | 6/28/2025 | 9/10/2025 | 64 | | | USCIS issued negative finding decision. Detention was continued for second USCIS interview. USCIS subsequently issued negative finding decision. The family requested an immigration judge review. The immigration judge affirmed USCIS's decision. Family requested a Request for Reconsideration with USCIS which was later denied. Family was removed on Day 75. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/1/2025 | 7/6/2025 | 8/6/2025 | 31 | | | USCIS issued negative finding decision. Detention was continued due to removal being delayed as the family failed to comply with the immigration judge's order. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently released | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/6/2025 | 7/7/2025 | 8/14/2025 | 38 | | | Detention was continued pending USCIS decision. Minor was erroneously processed and subsequently processed as a reinstatement. Family claimed fear and was processed for USCIS interview. USCIS issued a positive decision and was scheduled for a Withholding Only hearing with the immigration judge. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/4/2025 | 7/7/2025 | 8/7/2025 | 31 | | | USCIS issued negative finding decision. Detention was continued for removal planning. Original removal flight changed due to airline restriction and new removal date issued. Family was released prior to removal. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 11/22/2024 | 7/9/2025 | 8/2/2025 | 24 | | | Detention was continued pending USCIS finding decision. USCIS later issued negative finding decision. Family requested an immigration judge review. The immigration judge subsequently affirmed USCIS's decision. Family filed an appeal with the Board of Immigration Appeals and was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 11/22/2024 | 7/9/2025 | 8/2/2025 | 24 | | | Detention was continued pending USCIS finding decision. USCIS later issued negative finding decision. Family requested an immigration judge review. The immigration judge subsequently affirmed USCIS's decision. Family filed an appeal with the Board of Immigration Appeals and was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/7/2025 | 7/9/2025 | 8/11/2025 | 33 | | | Immigration judge issued dismissal order. Head of household requests return to native country. Detention was continued pending ERO processing minor for voluntary departure. Family repatriated on Day 35. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/10/2025 | 8/1/2025 | 22 | | | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for scheduled administrative hearing and national security checks. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/10/2025 | 8/1/2025 | 22 | | | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for scheduled administrative hearing and national security checks. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/10/2025 | 8/1/2025 | 22 | | | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for scheduled administrative hearing and national security checks. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/6/2025 | 7/9/2025 | 9/10/2025 | 53 | | | Upon arrival to FRC, minor had been issued a final removal order. Removal was scheduled but later canceled due to family claiming fear. USCIS interview was conducted which resulted in negative findings decision. Family requested an immigration judge review. The immigration judge affirmed USCIS's decision. Family submitted a Request for Reconsideration. Detention was continued pending USCIS reponse. USCIS denied family's request. Family was subsequently removed on Day 64. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/9/2025 | 8/9/2025 | 31 | | | Detention continued pending the Immigration judge voluntary departrute order grant. Immigration judge orded voluntary departure Day 30. Family subsequently removed Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/9/2025 | 8/9/2025 | 31 | | | Detention continued pending the Immigration judge voluntary departrute order grant. Immigration judge orded voluntary departure Day 30. Family subsequently removed Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/14/2025 | 8/10/2025 | 27 | | | Detention was continued pending USCIS finding decision. USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/14/2025 | 8/10/2025 | 27 | | | Detention was continued pending USCIS finding decision. USCIS issued positive finding decision and subsequently issued a Notice to Appear. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/8/2025 | 7/9/2025 | 8/10/2025 | 32 | | | Detention was continued pending USCIS finding decision. Family filed Motion to Dismiss 240 proceedings. Expedited Removal case was canceled by ERO. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/12/2025 | 7/13/2025 | 8/2/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/12/2025 | 7/13/2025 | 8/2/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/12/2025 | 7/13/2025 | 8/2/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/11/2025 | 7/13/2025 | 8/10/2025 | 28 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Immigration judge overturned USCIS's finding decision and issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/11/2025 | 7/13/2025 | 8/10/2025 | 28 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Immigration judge overturned USCIS's finding decision and issued a Notice to Appear. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 45 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Family requested a review by the immigration judge. Immigration judge's review of USCIS resulted in negative finding decision on Day 29. Family was subsequently removed on Day 56. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 45 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Family requested a review by the immigration judge. Immigration judge's review of USCIS resulted in negative finding decision on Day 29. Family was subsequently removed on Day 57. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/13/2025 | 7/17/2025 | 9/10/2025 | 45 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Family requested a review by the immigration judge. Immigration judge's review of USCIS resulted in negative finding decision on Day 29. Family was subsequently removed on Day 58. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/12/2025 | 8/6/2025 | 25 | | | USCIS issued negative finding decision. Detention continued for removal coordination. Family was subsequenlty released due to suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/12/2025 | 8/6/2025 | 25 | | | USCIS issued negative finding decision. Detention continued for removal coordination. Family was subsequenlty released due to suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/11/2025 | 8/6/2025 | 26 | | | USCIS issued negative finding decision. Detention continued for removal coordination. Family was subsequenlty released due to suspension of 212(f) Proclamation. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 7/14/2025 | 7/20/2025 | 8/10/2025 | 21 | | | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/14/2025 | 7/20/2025 | 8/10/2025 | 21 | | | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/14/2025 | 7/15/2025 | 8/6/2025 | 22 | | | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/16/2025 | 8/6/2025 | 21 | | | Detention was continued pending a scheduled administrative hearing. Family subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/16/2025 | 8/7/2025 | 22 | | | Immigration judge ordered removal. Family requested removal to ▓. Due to family's mixed nationalities, country was unable to receive family. Detention was continued for flight coordination and country acceptance. Family was subsequently removed. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/11/2025 | 8/7/2025 | 27 | | | USCIS issued negative finding decision. Detention was continued for removal coordination. Family subsequently removed on Day 28. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/10/2025 | 7/11/2025 | 8/7/2025 | 27 | | | USCIS issued negative finding decision. Detention was continued for removal coordination. Family subsequently removed on Day 28. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/9/2025 | 7/10/2025 | 8/10/2025 | 31 | | | Immigration judge issued dismissal order. Detention was continued for removal coordination. Family filed an appeal with the Board of Immigration Appeals. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/16/2025 | 8/5/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/13/2025 | 7/16/2025 | 8/5/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/18/2025 | 8/10/2025 | 23 | | | USCIS issued positive finding decision and subsequently issued a Notice to Appear. Detention was continued for scheduled administrative hearing. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/9/2025 | 7/10/2025 | 8/11/2025 | 32 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge subsequently reviewed and affirmed USCIS's decision. Family was removed on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/9/2025 | 7/10/2025 | 8/11/2025 | 32 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge subsequently reviewed and affirmed USCIS's decision. Family was removed on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/16/2025 | 7/19/2025 | 8/25/2025 | 37 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's decision. Removal was delayed as the family failed to comply with the immigration judge's order.. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently removed on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/16/2025 | 7/19/2025 | 8/25/2025 | 37 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's decision. Removal was delayed as the family failed to comply with the immigration judge's order.. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently removed on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/16/2025 | 7/19/2025 | 8/25/2025 | 37 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's decision. Removal was delayed as the family failed to comply with the immigration judge's order.. As a result, the family had to be scheduled for a special removal charter flight. Family was subsequently removed on Day 38. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/17/2025 | 7/18/2025 | 8/9/2025 | 22 | | | Detention was continued for a scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/17/2025 | 7/18/2025 | 8/14/2025 | 27 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's negative finding decision. Family was scheduled for removal. Family was subsequently removed on Day 29. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/16/2025 | 7/18/2025 | 8/8/2025 | 21 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's negative finding decision. Family was scheduled for removal. Family was subsequently removed on Day 22. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 42 | | | USCIS issued negative finding decision. Immigration judge affirmed negative finding decision. Family's attorney contacted ICE regarding possibly turning family over to ▓ authorities for asylum status. Detention was continued for repatriation coordination. Family was removed on Day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 42 | | | USCIS issued negative finding decision. Immigration judge affirmed negative finding decision. Family's attorney contacted ICE regarding possibly turning family over to ▓ authorities for asylum status. Detention was continued for repatriation coordination. Family was removed on Day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/20/2025 | 9/7/2025 | 42 | | | USCIS issued negative finding decision. Immigration judge affirmed negative finding decision. Family's attorney contacted ICE regarding possibly turning family over to ▓ authorities for asylum status. Detention was continued for repatriation coordination. Family was removed on Day 51. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Booking | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 7/15/2025 | 7/16/2025 | 8/14/2025 | 29 | | | Family processed for Expedited Removal/no fear claim. Detention was continued due to medically not cleared for travel due to COVID-19 infection. Family was subsequently removed on Day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/16/2025 | 8/14/2025 | 29 | | | Family processed for Expedited Removal/no fear claim. Detention was continued due to medically not cleared for travel due to COVID-19 infection. Family was subsequently removed on Day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/17/2025 | 7/18/2025 | 8/7/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/19/2025 | 8/10/2025 | 22 | | | Detention was continued pending a scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/19/2025 | 8/10/2025 | 22 | | | Detention was continued pending a scheduled administrative hearing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/15/2025 | 7/20/2025 | 8/11/2025 | 22 | | | Minor was previously erroneously processed. Minor was reprocessed. Detention was continued for reprocessing. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/20/2025 | 7/21/2025 | 8/13/2025 | 23 | | | USCIS issued negative finding decision. Detention was continued for consulate interview. Family was subsequently released due to stay of removal for all 212(f) cases. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/19/2025 | 7/21/2025 | 9/2/2025 | 41 | | | Detention was continued pending USCIS decision. USCIS issued negative finding decision. Family requested immigration judge review of USCIS decision. Immigration judge later affirmed negative finding decision. Family was subsequently removed on Day 44. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/21/2025 | 8/15/2025 | 25 | | | Detention was continued pending an administrative hearing date to be scheduled. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 7/22/2025 | 8/21/2025 | 30 | | | USCIS issued negative finding decision. Detention was continued for removal. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 7/22/2025 | 8/22/2025 | 31 | | | USCIS issued negative finding decision. Detention was continued for removal. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/22/2025 | 8/14/2025 | 23 | | | Immigration judge issued voluntary departure order on Day 8. Detention was continued pending removal coordination. Family was repatriated on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/22/2025 | 8/14/2025 | 23 | | | Immigration judge issued voluntary departure order on Day 8. Detention was continued pending removal coordination. Family was repatriated on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/22/2025 | 8/14/2025 | 23 | | | Immigration judge issued voluntary departure order on Day 8. Detention was continued pending removal coordination. Family was repatriated on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/22/2025 | 8/14/2025 | 23 | | | Immigration judge issued voluntary departure order on Day 8. Detention was continued pending removal coordination. Family was repatriated on Day 25. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/14/2025 | 7/15/2025 | 8/6/2025 | 22 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Family filed an appeal with the Board of Immigration Appeals. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/14/2025 | 7/15/2025 | 8/6/2025 | 22 | | | USCIS issued negative finding decision. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Family filed an appeal with the Board of Immigration Appeals. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/18/2025 | 7/21/2025 | 8/21/2025 | 31 | | | Detention was continued pending USCIS decision. USCIS issued positive finding decision Day 25. Notice to Appear was subsequently issued. Family was released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/9/2025 | 7/9/2025 | 8/11/2025 | 33 | | | USCIS issued a negative finding decision on family's head of household Day. Detention was continued for a scheduled immigration judge's review of USCIS negative finding. Immigration judge affirmed USCIS's decision Day 30. Family was subsequently released. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/23/2025 | 8/28/2025 | 36 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/23/2025 | 8/28/2025 | 36 | | | Detention was continued for national security. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/22/2025 | 7/23/2025 | 8/25/2025 | 33 | | | USCIS issued negative finding decision. Family requested immigration judge review. Immigration judge affirmed USCIS's negative finding decision. Detention was continued for removal. Family was subsequently removed Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/22/2025 | 7/23/2025 | 8/25/2025 | 33 | | | USCIS issued negative finding decision. Family requested immigration judge review. Immigration judge affirmed USCIS's negative finding decision. Detention was continued for removal. Family was subsequently removed Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/24/2025 | 8/13/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/24/2025 | 8/21/2025 | 28 | | | Child was transferred to ORR custody at day 28 subsequent to family separation and results of high side vetting. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/21/2025 | 7/24/2025 | 8/21/2025 | 28 | | | Child was transferred to ORR custody at day 28 subsequent to family separation and results of high side vetting. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/24/2025 | 8/14/2025 | 21 | | | Detention was continued pending credible fear interview. USCIS issued a posivie determination and FAMU was released on Day 21 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/24/2025 | 8/14/2025 | 21 | | | Detention was continued pending credible fear interview. USCIS issued a posivie determination and FAMU was released on Day 21 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/14/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/14/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/14/2025 | 20 | | | *Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/22/2025 | 7/25/2025 | 9/10/2025 | 37 | | | Detention was continued pending USCIS finding decision after late fear claim. USCIS issued negative finding decision. Immigration judge's review of USCIS resulted in negative finding decision. Delay in charter flight due to non routine route. FAMU was removed on Day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/15/2025 | 21 | | | Detention was continuted pending adminisrative hearing. FAMU was released on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/22/2025 | 28 | | | Detention was continued pending USCIS reasonable fear interview. FAMU was released on day 28 after positive determination. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/23/2025 | 7/25/2025 | 8/22/2025 | 28 | | | Detention was continued pending USCIS reasonable fear interview. FAMU was released on day 28 after positive determination. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/26/2025 | 8/28/2025 | 33 | | | Continued detention was approved pending a case appeal. USCIS isssued negative finding . Immigration judge affirmed negative finding decision. Detention was continued for removal on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/26/2025 | 8/28/2025 | 33 | | | Continued detention was approved pending a case appeal. USCIS isssued negative finding . Immigration judge affirmed negative finding decision. Detention was continued for removal on Day 33. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/25/2025 | 9/8/2025 | 37 | | | Detention was continued pending administrative hearing for minor as HOH had a removal order. FAMU was released on day 45. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/27/2025 | 8/24/2025 | 28 | | | Detention was continued for scheduled administrative hearing. FAMU was removed on Day 30 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 7/27/2025 | 8/24/2025 | 28 | | | Detention was continued for scheduled administrative hearing. FAMU was removed on Day 30 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/27/2025 | 8/17/2025 | 21 | | | Detention was continued pending CAT interview outcome. FAMU was released on Day 21 due to court injuction on CAT cases. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/25/2025 | 7/27/2025 | 8/17/2025 | 21 | | | Detention was continued pending CAT interview outcome. FAMU was released on Day 21 due to court injuction on CAT cases. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 7/29/2025 | 8/18/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/28/2025 | 7/30/2025 | 9/4/2025 | 32 | | | Detention was continued pending the decision from USCIS credible fear interview. Positive decision resulted in release of FAMU on Day 36. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 7/28/2025 | 8/17/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/28/2025 | 8/1/2025 | 9/16/2025 | 30 | | | Continued detention approved pending issuance of travel document after incentivied voluntary departure accepted. FAMU was removed on Day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/28/2025 | 8/1/2025 | 9/5/2025 | 30 | | | Continued detention approved pending issuance of travel document after incentivied voluntary departure accepted. FAMU was removed on Day 47. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/29/2025 | 7/30/2025 | 8/21/2025 | 22 | | | Detention was continued pending the immigration judge review of a negative fear determination. Immigration judge vacated the decision and FAMU was released on Day 22 aftter reciept of the notice to appear from USCIS. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/29/2025 | 8/1/2025 | 9/17/2025 | 30 | | | Continued detention approved due to FAMU failing to comply with the order of removal. Detention is continuing pending the scheduled special charter mission on 10/7/2025. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/29/2025 | 8/1/2025 | 9/17/2025 | 30 | | | Continued detention approved due to FAMU failing to comply with the order of removal. Detention is continuing pending the scheduled special charter mission on 10/7/2025. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/30/2025 | 8/1/2025 | 8/28/2025 | 27 | | | Detention was continued pending out of the Immigration judges review and the issuance of travel documents. FAMU released on Day 28. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/30/2025 | 8/1/2025 | 8/28/2025 | 27 | | | Detention was continued pending out of the Immigration judges review and the issuance of travel documents. FAMU released on Day 28. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 7/31/2025 | 8/20/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/30/2025 | 7/31/2025 | 8/20/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/31/2025 | 8/1/2025 | 8/21/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/28/2025 | 7/31/2025 | 8/21/2025 | 21 | | | Detention was continued pending administrative hearing. FAMU released on Day 21. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/2/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 27 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Immigration judge's review of USCIS resulted in negative finding decision and FAMU removed on Day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 27 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Immigration judge's review of USCIS resulted in negative finding decision and FAMU removed on Day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/27/2025 | 8/4/2025 | 9/4/2025 | 27 | | | Detention was continued pending USCIS finding decision. USCIS issued negative finding decision. Immigration judge's review of USCIS resulted in negative finding decision and FAMU removed on Day 31. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/31/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/31/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/31/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/1/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/1/2025 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/4/2025 | 8/5/2025 | 9/1/2025 | 26 | | | Detention was continued pending administrative hearing and appeal filed by FAMU. FAMU was released on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/4/2025 | 8/5/2025 | 9/1/2025 | 26 | | | Detention was continued pending administrative hearing and appeal filed by FAMU. FAMU was released on Day 27. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/1/2025 | 8/1/2025 | 8/24/2025 | 23 | | | Detention was continued pending administrative hearing. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 8/4/2025 | 8/24/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 20 Day Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 8/3/2025 | 8/5/2025 | 8/25/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/2/2025 | 8/5/2025 | 9/8/2025 | 26 | | | Detention was continued pending the scheduling of removal flight after negative finding and the Immigration Judge affirmative review. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/2/2025 | 8/5/2025 | 9/8/2025 | 26 | | | Detention was continued pending the scheduling of removal flight after negative finding and the Immigration Judge affirmative review. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/3/2025 | 8/6/2025 | 12/31/9999 | 25 | | | Continued detention approved pending removal. USCIS issued negative determination. FAMU failed to comply with removal and subsequently removed on 2nd attempt. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/3/2025 | 8/6/2025 | 9/15/2025 | 25 | | | Continued detention intially approved after negative finding. Reconsideration resulted in a postive finding and issuance of a Notice to Appear. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/3/2025 | 8/6/2025 | 9/14/2025 | 25 | | | Continued detention intially approved after negative finding. Reconsideration resulted in a postive finding and issuance of a Notice to Appear. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/3/2025 | 8/6/2025 | 8/26/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/6/2025 | 8/7/2025 | 8/28/2025 | 21 | | | Detention was continued pending administrative hearing. FAMU was released on Day 23 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/5/2025 | 8/8/2025 | 8/28/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/3/2025 | 8/6/2025 | 12/31/9999 | 25 | | | USCIS issued negative determination. FAMU failed to comply with order of removal. Detention was continued due to future scheduling of special charter mission. FAMU removed on Day 54 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 8/6/2025 | 8/28/2025 | 22 | | | USCIS issued negative finding decision. Detention was continued pending Immigration judge review and for removal on charter mission on Day 24 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/7/2025 | 8/8/2025 | 8/28/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/7/2025 | 8/8/2025 | 9/9/2025 | 23 | | | Continuted detention pending USCIS interview. FAMU filed an appeal on intial case and was released on DAY 32 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/8/2025 | 8/10/2025 | 8/30/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/8/2025 | 8/10/2025 | 8/30/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/9/2025 | 8/10/2025 | 12/31/9999 | 21 | | | Continued detention approved pending administrative hearing. Immigration Judge ordered removed. Detention was continued pending 30 day appeal period. FAMU released on Day 51 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/9/2025 | 8/10/2025 | 12/31/9999 | 21 | | | Continued detention approved pending administrative hearing. Immigration Judge ordered removed. Detention was continued pending 30 day appeal period. FAMU released on Day 51 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/9/2025 | 8/10/2025 | 12/31/9999 | 21 | | | Continued detention approved pending administrative hearing. Immigration Judge ordered removed. Detention was continued pending 30 day appeal period. FAMU released on Day 51 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 8/9/2025 | 9/6/2025 | 22 | | | Continued detention pending the Immigration Judge's review of the negative finding. FAMU filed appeal with the BIA and released on Day 29. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 8/9/2025 | 9/3/2025 | 22 | | | Continued detention pending the Immigration Judge's review of the negative finding. FAMU filed appeal with the BIA and released on Day 29. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 8/11/2025 | 8/11/2025 | 9/11/2025 | 20 | | | Custody transferrred to ORR at day 31 pending HOH administrative hearing and dergotatory infomation requiring continued detention. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/29/2025 | 7/29/2025 | 8/22/2025 | 24 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 24 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/29/2025 | 7/29/2025 | 8/22/2025 | 24 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 24 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/22/2025 | 25 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 25 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/30/2025 | 8/22/2025 | 23 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 25 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/22/2025 | 25 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 25 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/26/2025 | 7/28/2025 | 8/22/2025 | 25 | | | Continued detention pending itinerary for return to home country after voluntary departure requested. Removed on Day 25 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 7/31/2025 | 8/1/2025 | 8/21/2025 | 20 | | | * Released on Day 20 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 12/31/9999 | 7/31/2025 | 9/5/2025 | 31 | | | Continued detention after voluntary departure requested and travel document issuance pending from home country. Removed on day 37 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| | | | | | | | 6/16/2025 | 6/18/2025 | 8/13/2025 | 56 | | | Detention was continued pending the immigration judge review. FAMU was released on Day 56 | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |