**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## ERO Custody Management Division
72+ hours in a hotel in August 2025

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 72+ Hours in a Hotel Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | 7/29/2025 | 8/1/2025 | 8/24/2025 | 26 | ▇ | | Minor stayed in a hotel with her family from 08/02/2025 to 08/08/2025 before being transferred to DIPC. Minor was released from DIPC on 08/24/2025. When FAMU was picked up from CBP on 08/01/2025, mother claimed to have a stomach pain. Mother was taken to a hospital for a check up and had to receive an emergency surgery for a ruptured addendix. FAMU stayed in a hotel until mother was discharged from hospital. Children stayed with their father in the hotel. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | 7/29/2025 | 8/1/2025 | 8/24/2025 | 26 | ▇ | | Minor stayed in a hotel with her family from 08/2/2025 to 08/08/2025 before being transferred to DIPC. Minor was released from DIPC on 08/24/2025. When FAMU was picked up from CBP on 08/01/2025, mother claimed to have a stomach pain. Mother was taken to a hospital for a check up and had to receive an emergency surgery for a ruptured addendix. FAMU stayed in a hotel until mother was discharged from hospital. Children stayed with their father in the hotel. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | 8/1/2025 | 8/1/2025 | 8/18/2025 | 17 | ▇ | ▇ | Minor stayed in a hotel with his family from 08/01/2025 to 08/07/2025 before being transferred to DIPC. The removal flight had to be cancelled, and FAMU had to be routed to DIPC to review and adjudicate FAMU attorney's request. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | 8/7/2025 | 8/7/2025 | 8/12/2025 | 5 | ▇ | ▇ | Minor stayed in a hotel with his parent from 08/7/2025 to 08/12/2025. Flight had to be re-scheduled to accommodate the parent's request to take another child. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |