**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# ERO Custody Management Division
**72+ hours in a hotel in September 2025**

| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Age at Bookin | Apprehension Date | Book-in Date | Book-out Date | FLOS in Custody | CBP Family Unit Number | ICE Family Unit Number | 72+ Hours in a Hotel Case Review | Reason for Stay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 9/4/2025 | 9/4/2025 | 9/9/2025 | 5 | N/A | N/A | Minor stayed in a hotel with his family from 09/04/2025 to 09/09/2025. FAMU was instructed to report on 09/07/2025 for a removal flight on 09/09/2025. FAMU reported to ICE on 09/04/2025 instead. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 9/4/2025 | 9/4/2025 | 9/9/2025 | 5 | N/A | N/A | Minor stayed in a hotel with her family from 09/04/2025 to 09/09/2025. FAMU was instructed to report on 09/07/2025 for a removal flight on 09/09/2025. FAMU reported to ICE on 09/04/2025 instead. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | 9/25/2025 | 9/27/2025 | 10/2/2025 | 7 | N/A | N/A | Minor stayed in a hotel with her family from 09/27/2025 to 10/02/2025. FAMU was initially scheduled to be transferred to DIPC. However, departure ticket was secured. The decision was made to transfer the FAMU to a hotel near the port of departure instead of DIPC to minimize the total time in custody. | Immigration and Nationality Act (8 U.S.C. 1101 et seq.) |