# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Z███ F█, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 37 years old. I am from ████.

3. I came with my six-year-old son, ████████████.

4. I speak ████████.

San Diego CBP Facility

5. In April 2025, we flew into Mexico, crossed the border on foot, and after walking for about five hours, helicopters spotted us and a border patrol agent drove up to arrest us.

6. They took us to some sort of processing facility where they asked us biographic information.

7. They took us from there to a CBP facility in San Diego. It felt like a prison in this facility. The environment and the food were horrible.

8. We slept on a thin mat on the cement platform on the floor. We were in a large room with about thirty people. We were split by mothers with children and fathers with children separately. I was moved with my son to a tiny cell with an exposed toilet, maybe because I am a father with my child.

9. There was no soap to wash our hands in this facility.

10. There were no windows in our cell. This was by far the worst place we have experienced.

11. They never dimmed the lights, we were not allowed to dim them though we asked to.

12. There was a vent loudly blowing cold air constantly and we had only the thin mylar blankets to try to stay warm.

13. For food, they gave us only crackers or sandwiches.

14. Sometimes they would let us out of the cell into a cement sally port where at least we could feel the air and see the sun. It was a tiny space and often we would be there only ten minutes, other days we could not go out at all.

15. This was the only time we were out of our cell. There were no toys and nothing for my child to do. We spent our days waiting for those ten minutes outside.

16. The shower was outdoors and tiny, it was frigid when we were allowed to shower, and often we did not get a shower at all for days. Even when we got a shower, they did not provide us clean clothes. We wore the same clothes for sixteen days, our clothes were stinking and dirty. I only learned after being released that we could've asked for clothes because I finally met another person who spoke ▇▇▇▇▇ who had also been in CBP who explained this to me.

17. We were in this facility for sixteen days.

18. It was egregious, it was so difficult for my son.

19. The entire sixteen days, we did not get a phone call.

20. We could not call family, we could not call a lawyer, no one.

21. I have a friend who was here in the U.S. who I wanted to call, but I could not. No one knew where we were.

22. My wife was panicked for us. She didn't know where I was, where our child was. Before I left, I tried to prepare her that we might not be able to speak, but she was terrified for us, not knowing where we were or if we were alive.

23. I asked the guards to allow us to make a call and they told us no, that we were "not allowed to do anything here."

24. We asked to apply for asylum and they told me "no, there is no asylum anymore, it does not exist now."

25. It was torture to be there, it was so boring and difficult for my son. There was nothing to do for weeks on end, we were alone and could not even speak to anyone except each other. In those ten or twenty minutes on the days when a guard took pity and let us outside, we might speak to another person who was detained, but otherwise we were completely alone in the cell for more than two weeks.

Dilley

26. We were accompanied by three officers and placed on a plane to Dilley, and we arrived here on May 13, 2025.

27. Around the third day here, a female ICE officer came to us with a translator device and told all the ▮▮▮▮ families that there is no chance of asylum and the only option we had was to go back to ▮▮▮▮.

28. Another family agreed to sign, but I refused and repeated that we need asylum. I knew that we have a right to ask for asylum. She fought with me, saying there is no asylum, but eventually they gave me a date for our interview. Two days later we received a credible fear interview. It was very short.

29. We had not spoken to a lawyer yet and we could not have a lawyer present with us.

30. Only after the interview was I able to find a lawyer. Less than a week later, our lawyer told us we had failed the interview. I asked for any other options and the lawyer told us that unfortunately, we were out of options.

31. When we were approaching the 21st day in custody, an ICE officer came to all the ▮▮▮▮ families and told us that we had all failed our interviews and that we had no choice but to leave the country. They gave us paperwork and began asking for our addresses and phone numbers in ▮▮▮▮.

32. They told us if we filled out the paperwork, we would be released to the U.S. But of course we did not believe them and we refused to fill out the paperwork.

33. We do not have a passport, so they could not remove us, and we just waited.

34. They detained us for another 20 days after that, and then they released us on June 27, 2025. We had learned children could not be kept here for more than 20 days, but they kept us more like 40 days.

35. We went to New York and we were there for two months. We had an ankle monitor and we thought we would build our life, and we would pursue our immigration case. We began to plan for our future in New York.

36. They did not give us a court date. They only gave us an ICE officer or some official who we had to check in with and they placed an ankle monitor on me.

37. They told us to report to ICE on August 25, 2025, and when we arrived they arrested us and brought us back to Dilley.

38. Now we have again been here at Dilley fifteen days.

39. My son misses his brother and his mom.

40. After we were taken to Dilley the second time, on the second day, they told us they now had our documentation and that we would need to go back to ▇. They showed it to us, it was a paper document but not a passport. I do not know if it was real or what the document contained. If it is legitimate, they must have petitioned ▇ for this.

41. They told us that we would be here 7 to 10 days more.

42. I asked if there were any other options, if there was anything else we could do and they said to just speak to our lawyer.

43. We are in a room with bunk beds with three families. There are six of us in the room. We are all fathers and sons.

44. The other children are young, a toddler and an eight-year-old.

45. There is nothing to do in the room, we can only watch TV.

46. One of the families speaks ▇ and the other is from ▇, they arrived yesterday.

47. I am trying to keep my son healthy. I try to take him to the grass, to the gym, and keep him active. There's not much you can do here.

48. There is a snack room in our trailer where our room is where we can get small items like milk, juice, cookies, and apples. We take water from the sink there because the water in our room is not drinkable.

49. We have been able to speak with RAICES lawyers but there is no other lawyer that comes here. It is extremely difficult to get a different lawyer. If we leave a message we will not get a call back. I don't know how they would be able to contact us from outside,

but most people cannot get in contact with their lawyer even if they have one. The only free legal service is RAICES.

50. The RAICES lawyers work so hard, but there are only a few lawyers and we have so many people here who need help.

51. We have never had a presentation about our rights.

52. Only when we are able to speak to a RAICES lawyer do we learn anything about our rights. No one here would talk to us about something like that.

53. We have to pay to use the phones except when we call RAICES. It is very expensive to call internationally, it is a dollar every two minutes.

54. We have called my wife, but it is so expensive we cannot talk as much as we want to. My son has been away from his mom and brother for too long, he is forgetting what it's like to have the family near and to be social.

55. If it came to this, I would want to leave my son here without me. Even if they imprison me somewhere else, I would want my son to get out of this place.

56. I met a mother and her child here the first time we were detained. During the time we were free in New York, some time in May, this mother called me from an ICE detention and told me that her child was placed in some sort of foster care while the mother was transferred to another ICE facility. I have thought about this often, and I would be willing to send my son to a foster setting even if they continue to detain me for longer. My priority is to get my child out of this facility, and to build a life here in the U.S. I dream of us being together and living free in the U.S.

57. I cannot return to ▮▮▮▮. I would rather be imprisoned here than be sent back because I am this afraid for my life if I were returned there. I know I would be killed.

58. I want my son to be braver, and more social. He wants to be close to me all the time. He needs me so much. I don't know what will happen to us and I am afraid that soon he will be alone.

59. I want my son to get school, to get an education and to be somewhere better, to have a chance of a life here, even if I stay in prison.

60. They get only one hour of school here, they fill out packets in math or writing.

61. What I really want is to have more time for the kids to be in school so that they can learn. We have nothing for them to do in the room and they want to be learning. I want for them to have more hours of school per day, so they can study and keep up in school.

62. My son asked for toys and they said no, he could not have any.

63. I wish that there were another area for them to play. There is a gym, but the older kids, adults, and children are all together. When there are so many people here, we cannot access the gym, it gets too full.

64. They have added two new plastic playgrounds, but usually it is too hot to use them because they are uncovered.

65. More things for younger children, like a gym or indoor place for the younger children to play, would help to ease the pain for the younger children.

66. There is very little translation available, except for medical staff. We just try to get by with the few words I know or speak to other people who are ▮▮▮ here. If there is an emergency, then we can find someone who will use a translation app on their phone, but otherwise we just do our best.

67. Two of the lights must be on in our room at all times, including nights. Sometimes the guards will knock to warn us they are coming in, but we cannot just say no, please don't enter, so there is no real privacy.

68. We can use the showers, but the soap they give us for hair and shower gel is very bad, like hand soap. We have to buy shampoo and soap from the commissary.

69. They come to check the AC, check the room, or tell us that someone needs to go somewhere.

70. The first time I was here, we were in a room with twelve people, it was far too many to be comfortable sharing a room. We didn't understand because there are so many empty rooms. Why couldn't they place us in one of the empty rooms? Now with six people, it is somewhat better.

71. We had a cough, but we were treated for it. We saw a nurse, but not a doctor. They gave us medicine, but the wait for medicine requires standing in a very long line in the sun, without shade. We wait sometimes about thirty minutes, but sometimes up to two hours in that line each time we need medicine. One of the medicines was prescribed three times a day, and we had to wait in the line three times a day to get our medicine. So we would wait several hours per day in the medicine line when we were taking medicine three times a day.

72. Last time we were detained here, the library was open all day. The kids could use the computer one hour a day. Now it is very limited. The library is open for parents with a child from 8am – 12pm. A single mother with children may go from noon to 4pm. Single fathers with a child go 4-8pm. If you go within the time frame, you can use the computer for an hour, but 4 – 6pm is dinner so there are really only two hours we are able to access the library. These new rules make it hard to get time in the library.

73. We try to use the computers to learn English, and I wish we had more time. There are no ▮▮▮▮▮▮ books, so we cannot read. We want to learn English but without books or classes, I have no opportunity to learn. Last time we were here I recommended some books for learning English for ▮▮▮▮▮▮ speakers and they promised they would get them for other families. But we were released and we got re-detained and are back, and still these books are not here.

74. More time for education, more space for young children and activities or toys for them, and more access to the library would make all this a little easier, especially having options for non-Spanish speaking children.

75. Here, the priority of everyone is to make us leave. There is no protection for asylum seekers. Even in credible fear interviews, they simply check off a few boxes, they do not allow us to explain. Even though I would be killed if I went back, they are just dismissive. All I want is to protect my son.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this 10TH day
4  of Sept. 2025, at Dilley.

[Name: ███████ ]



CERTIFICATE OF INTERPRETATION

My name is Theresa Cheng and I swear that I am fluent in both the English and ▮▮▮▮ languages and I interpreted the foregoing declaration from English to ▮▮▮▮ on September 10, 2025, to the declarant to the best of my abilities.

Dated: Sept 29, 2025                             *Theresa Cheng*