# EXHIBIT 5

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, I███  B███████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I traveled here with my husband and my two sons, ████, who is 7, and ███████ 2 ½. I am from ████.

3.      I speak ██████.

**Entry to CBP**

4.      We came together from Mexico around August 4, 2025 across the border by car. We immediately asked for asylum at the port of entry and we were detained for two days at the border.

**Dilley**

5.      We have been here over a month, since August 6. It is now September 11.

6.      It is extremely hard for my sons here, psychologically and physically. My older son, who is seven years old, is getting worse and worse.

7.      The ICE officials told us nothing. We don't receive updates about our case, about our statements, we don't know what's going on or what will happen. The only thing we are constantly being told is that we will certainly be deported, that we have no chance to stay.

8.      Once an official lied to us, they told us that we would be transferred to another facility. We told them we needed to contact to our lawyer. They said that they were transferring us along with two other ██████ families, but we knew that they were lying and that they would deport us if we left with them.

9.      We were immediately sure this was a trick and we refused to go with them.

10.     My husband was holding our older son. The officers began to shake and grab him and they pulled my son from his arms. They hurt my son when they yanked him from his father's arms and he cried out.

11.     They tackled my husband, and then he refused to stand because he did not want to be deported. They grabbed him roughly and flipped him on his stomach and several of them piled on top of him. They handcuffed my husband, dragged him up, and forced him to a bus.

12.     Then they took me and my other son to the same bus. The bus was a prison bus, with cages and prison bars, it was not a place for children. There were about 10 other men on the bus.

13.     My husband was still handcuffed. My son was so worried for my husband because of the cuffs. Everyone on the bus was handcuffed except for me and my sons. They were shackled at the waist, legs, and wrists, my husband also was shackled this way.

14.     My son was crying the whole drive. He was in pain because of the way they had yanked him from my husband's arms. He was crying for his dad and because he was hurt and scared.

15.     There were also two other ██████ families, whom we knew. We had become friends with these families.

16.     The father in one family had just gone on a hunger strike. The other family often advocated for themselves. One of the fathers went to an officer the day before this happened and told the officer he wanted his family released under *Flores*. We wondered if we were all being punished for this.

17.     It was around 10am when we boarded, and we arrived in Louisiana around midnight. We watched as they dragged people off the bus towards the plane to be deported.

18.     The two other ██████ families on the bus were taken off the bus and onto the plane. We had been with them for three weeks, we knew these families, we knew they were seeking asylum and what might happen to them when they went back, and my sons and I watched them being taken onto this plane.

19.     One of the fathers struggled, trying to stay here, and several ICE officers lifted him aggressively and dragged him to the plane. He was still in shackles. All this time our

children were crying, watching these families, their friends, dragged from the bus towards the plane.

20.     We knew these families wanted to fight their case, like us. They wanted review by a judge, but they were just taken.

21.     We don't know what happened to them. We have not been able to speak to them since. We don't know if they are ok. We are worrying about the families who were deported from the bus, we worry about them all the time.

22.     We saw people being deported, and we waited for them to come to drag us off the bus, too. We were terrified we would be next. We watched the agents entering the bus, picking someone, dragging them off, as my sons cried. But for some reason they never took us and we stayed on the bus. At that time, they explained nothing to us. When the bus began moving again we did not know why we were left on the bus or where they were taking us.

23.     We were on this bus for 36 hours in total. Along the way they would drop off others on the bus at other prisons and pick people up from these prisons. While they would board and remove people our children continued to wait on this bus, in this tiny cage, only two by two meters of space.

24.     There were no toilets except for an exposed toilet in the back of the bus. The bus was full of men who were in full view of the toilet. We did not know who was on the bus, maybe they were also immigrants, maybe they were men being transferred between criminal prisons. We were only allowed to use the toilet once a day. It was agonizing.

25.     We were given only these terrible sandwiches. They were so bad the children could not eat them. They did not eat for two days, the entire trip to the airport and back to Dilley.

26.     After this 36-hour drive, we were exhausted and hungry and traumatized from this experience.

27.     Once again at intake, they took our property and inventoried our belongings. We had not touched our belongings – agents grabbed them and placed them somewhere in the

bus when they took us, and they took us off the bus when we got back, so there was no chance for anything to happen to our belongings or for any contraband to be left in them. We were so exhausted we could not function. Yet we waited there for three or four hours as they inspected our property, which made no sense because we had never touched our property, it had been in the back of the bus and was checked the first time we came. They made us go through a checkup immediately, although we hadn't slept for days or eaten. They had no compassion for what we went through.

28.    They finally took us back to our trailer.

29.    The next day an officer came to us and told us again that we would be deported, and that the only reason we were not put on the plane the night before is that there were no seats left.

30.    They told us that we had the choice to go back on a civilian plane voluntarily or to be forced again onto a bus in shackles. They threatened that we would be put back on the bus and endure this ordeal again if we did not agree to be deported, and that if we did agreed then to be deported we could use a civilian plane and be spared this bus trip.

31.    We returned from that bus ride on the 27th of August. Since then we have not been told anything. We have had no updates. We have learned nothing about what will happen now. We see other families leaving and we wonder, why not us? We see people being deported, too, and my children never stop being afraid.

32.    My older son is now becoming so depressed because this is a horrible place for a child. Knowing we can be deported any second, knowing that people are being taken in the middle of the night.

33.    Sometimes we are woken in the night when they take someone. ICE will come and wake up a family and tell them to pack their bag and take them to be deported in the dead of night. My kids are terrified, we are all depressed, staying here just waiting for our fate.

34.    My older son is suffering so much. He is only 7 years old. He is sensitive, but since being detained he cries constantly, he is volatile and emotional, we were so worried for him that we took him to the psychiatrist here who prescribed antidepressants and

antipsychotics. I think a kid of his age should not be taking this type of medication. But since the doctor told us it could help, he has been taking it, but it hasn't helped. He is still so unable to regulate his emotions that the psychiatrist increased his dosage. He keeps telling us he just wants to get out of here.

35.    Being here maybe two weeks is extremely difficult, but it's something a family could survive, but now it has been more than a month, and it is impossible to endure.

36.    The lights are always on over our beds and none of us can sleep. Officers are often very loud outside our room at night, they laugh and speak loudly through the night.

37.    When we were first here, we had other families with us in our room. They would talk or watch TV at night.

38.    During the day it is so hot that we are not allowed to walk outside. The kids are cooped up inside. We can walk for half an hour early or late, when it's a little cooler, but this isn't enough for children. They need to run and play.

39.    My younger son does not eat the food here, he is hungry all the time. He will only accept breastmilk and it is not enough for him. He is growing. He is two and a half, and he needs to eat. I often worry that I will stop being able to produce breastmilk for him. I hardly sleep and I am anxious all the time, I don't know what we would do.

40.    My toddler is losing weight very quickly. The doctors claim that he is a healthy weight but I know my child. He is tired all the time, he gets upset easily, I can see that he is hungry all the time. I can see that he is losing weight and I worry he is not getting vitamins or nutrients that he needs. He is becoming weaker each day.

41.    Sometimes he will eat a small amount of dry cereal that I can buy in the commissary. I try to take these to the cafeteria so that he can eat with us, but the officers prevent us from even bringing these small snacks back. I will try anything to help him eat but there is nothing I can do.

42.    We want to be free so that we can make food he is familiar with that he would be able to eat again. We are worried about his health, and about our older son who is deteriorating mentally.

43.    The officer told us we would be able to speak to the consulate about his situation, but that has never happened.

44.    I am myself very depressed because of what is happening to our family, but I cannot take antidepressants because my son only drinks breastmilk and I am afraid medication would affect him.

45.    The kids miss school, there is really no school for the children, one hour per day only. The kids go with a group around their age, but of course it is not serious school, they just draw or do an activity. It is not really education. They need proper education.

46.    I sleep with my sons in a trailer, and my husband in another. There are so few places we can go to be together, especially when we are not allowed to be outside because it is too hot. We can see him only in the cafeteria or the gym, but the gym always has loud music and people are working out, people are often screaming, they play loud games of basketball or volleyball, we cannot talk or be together.

47.    There is the library, but there is only a short time we can use the library, a schedule restricts the hours for families. It is not easy to spend time there either. The kids are not allowed to play there, they can only sit quietly, and we spend our hours in the library trying to research our case and learn about what will happen and how the immigration system works. We try to entertain my older son with a computer, but there is nothing for toddlers, he can only sit.

48.    There are only one or two ████ books, but these are never available. There is nothing for the kids to do, and it worries me that they don't get education and they cannot even read.

49.    There are almost no toys here. The boys have very little to do most of the time.

50.    There are a few toys at the gym, but it is difficult to spend time there, usually there are not enough for all the kids and there almost never are toys available for our kids. They cannot leave the gym with the toys.

51.    One of our neighbors has a nineteen-year-old daughter who was separated. They told the daughter she would be taken back to her mother if she came with them, but after

she got on the plane they flew her to another country. The plane landed and the daughter saw she was in another country and her mother was not there.

52.     When our neighbor learned what had happened to her daughter, she became hysterical. She was devastated thinking that her daughter was lied to, and that she went with the agents hoping to see her mother only to find that she was alone.

53.     Our son was given shoes two sizes too big. We asked for proper size but it takes weeks to get these replaced. The same happened to me, I was given the wrong size of shoes, I asked for shoes in my size but it took weeks.

54.     The same is true even for a t shirt. We ask for a t shirt and it takes a very long time to get one, although we know they have piles of them in storage, they just do not give them to us.

55.     The officers do not seem to talk with each other or to make accommodations. One young girl has autism and the family got permission finally to turn off the lights for her at night, but there is a different officer each shift and often they do not listen to or do not even know about this agreement that the administration approved.

56.     At one time an officer on duty in our trailer saw that the autistic girl, she is a teenager, was not wearing her clothes and this officer began telling other detained people, telling other ICE officers, telling everyone, and then everyone began to spread this like gossip. It is not right for an officer to share something private happening in a family's own room. I can only imagine what these parents feel, not just that their children are here, but that their daughter is exposed in this way.

57.     No one here tells us anything, nothing about our rights or anything else. We were never told about the *Flores* Agreement.

58.     We heard a rumor from others detained here that there is a *Flores* Agreement and that it means that children cannot be here more than 20 days, but many children are here more than 20 days.

59.     We have heard rumors that it no longer exists, or that now the government no longer will comply with *Flores*. We all research the *Flores* Agreement at the library and

1  we know that children are meant to be released promptly, but we see it is not happening.

2  We are hoping that lawyers can protect this agreement and make sure that children can be

3  released from these prisons.

4  60.    Because of what happened to us, to all the ███████ families, after the father asked

5  the ICE officer about the *Flores* Agreement, we are too afraid to say anything about

6  *Flores.*

7  61.    I could never separate from my children under any circumstances, because they are

8  so close to us. Separation would be much too traumatic for them and my son is still

9  breastfeeding.

10  62.    Even though I wouldn't accept this, I believe that we should have this right

11  explained to us. For some families, this may be the best choice. For example, if the kid is

12  a teenager who is missing classes, and if that child could go to a father or another relative

13  in the U.S. to wait for their parent. For those kids, the children's lives would be made

14  easier. Families should know about this right so that they can make a decision for their

15  own children.

16  63.    We just keep wondering why we cannot get humanitarian parole. Our children are

17  suffering. They get worse every day. They are traumatized, my son's mental health is

18  deteriorating, my toddler is hungry every day, it is more painful each day to watch my

19  children endure being in this prison.



1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this _11_ day
4  of _Sep_____ 2025, at _Dilley_____.
5
6
7
8  [Name: ███████████]
9
10

CERTIFICATE OF INTERPRETATION

My name is _____ Yurii Petrashyk _____ and I swear that I am fluent in both the English and ▮▮▮▮ languages and I interpreted the foregoing declaration from English to ▮▮▮ on September 11, 2025, to the declarant to the best of my abilities.

Dated: _____09/24/2025_____                    _____