# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, N▇▇ V▇▇ S▇▇ M▇▇, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.
2. I am 14 years old. I am from ▇▇▇.
3. I speak Spanish.
4. I am here with my mom, and we have been at Dilley for 41 days.

**Entry to U.S. and McAllen CBP**

5. We crossed the border on the 4th of October of this year.
6. Immediately, we were detained around Laredo, TX.
7. They brought us to the McAllen CBP facility for 5 days. We called it the icebox; it was freezing there.
8. They took us to a room and took all of our personal belongings. We were in a cell. The things were in bad condition there, and we could barely sleep. We were sleeping on the floor.
9. The food was always cold and always the same.
10. They do not count our 5 days there in the overall time we've been detained.
11. We asked to call someone while there, and they never let us do it.
12. Our room had 30 people in it more or less.
13. There was a toilet in the middle with a little wall in front of it. It was very embarrassing. The cameras could see everything, and the people in our room could see us from the chest up.
14. We told them we were here for asylum, but the guards didn't tell us anything.
15. They brought us with other women to Dilley one day. We drove in a van. There were many of us, and they had cameras everywhere in the van. They didn't tell us where we were going.
16. We were in border patrol for one night before arriving to McAllen, and our phones are still there. They didn't bring them with us to McAllen or Dilley. They told us

to talk to a lawyer. They told us only someone from RAICES or a lawyer could call border patrol. My dad called and that's what Border Patrol told him.

17. We've sent so many messages on the tablet and they never respond and the messages also erase after 15 days or so. There is an ICE agent who comes on Monday. We told him about our phones, and he said "I don't have anything to do with the phones."

18. We know we can't use our cellphones in Dilley, but we want to make sure we get our personal belongings once we get released from here. If we got released today, we wouldn't get our phones back because they are with Border Patrol.

**Dilley ICE Detention Center**

19. My mom applied for asylum in 2023, and I applied in early November of this year while detained. The judge asked us to complete the I-589 form for me and we did. Now, we're being told we'll be detained until January 7th when the judge will decide on our case. We can't stay here until then. We won't make it.

20. In the room we live in here, there can be 12 people total. There is a woman in our room who screams at us, says bad things about us, and puts the TV volume on high. She was mad that we just wanted to stay by ourselves and not socialize that much.

21. It's always around 11 or 12 at night, and the people in our room start yelling this song.

22. Our room now has 12 people in it. It's totally packed.

23. We talked to the therapist and guards about moving rooms, and they said we can't move. It's very uncomfortable. We can't sleep. The TV is on high volume all the time.

24. We don't go in there all day to avoid these things and the woman who doesn't like us, but whenever we enter they start to talk about us and laugh and scream loudly.

25. It's about 3 outfits per person, but too many people are trying to wash their clothes at the same time. People accidentally steal your stuff or confuse it. The underwear burns or breaks, and they won't give you more unless it's totally ripped up. You have to fill out a form and then it takes a while for the clothes to actually get to you. About one week.

26. There is soap in the laundry room, but it's a very small amount.

27. There is just one professor at the school, only a few kids can go in every day. It's just 12-15 kids is the capacity of the room. If you don't get there early, sometimes you won't be able to get into the classroom because it fills up.

28. Inside the classroom, there are two women laughing in English and watching YouTube. The professor speaks a bit of Spanish, but not a lot.

29. I go every day to school. It's just the basics: addition and subtraction. I feel like I am losing my education here.

30. I was in 9th grade before I came here. If I had to go back to my country now, I'd have to repeat the grade because of all the school I've lost.

31. In the park and the board games room, you can't eat, just sit and play. In the gym, there are not little cups to drink water even if there's a Gatorade container there.

32. In the library, they don't give us headphones. You can't watch videos. You can't go on social media. It's very limited. It's also completely isolating.

33. I feel very sad and stressed to be here. Sometimes I have anxiety attacks here. My nerves are so high. I don't know what is happening. My muscles will twitch because I'm so nervous and on edge.

34. I was sick once and they sent me to medical. The staff said they'd give me ibuprofen, but when I got the pills they didn't look familiar to me. My mom and I asked to consult the doctor about the pills, but we couldn't talk to one. They were also giving me dirty water to take the pills.

35. I'm always congested here. I am trying to get medicine, but what they give me just doesn't work. I'm still congested and my throat hurts all the time. They don't have what I need here. The allergy medicine does not work.

36. I want to leave.

37. The therapist just asks the same questions: have you been eating, drinking, and sleeping? It's always the same.

38. The water tastes like chlorine here. They recently put filters in. The filters are just in the rooms. The water in the park, gym, and medical is not filtered. In the rooms, you can tell a difference though now.

39. The food is so repetitive. We've never gotten sick from it, but another family said there were worms in the food. I have a bit of anxiety about the food now.

40. In the bathrooms, there is hand soap and that is it. We have to buy shampoo from the store. Also, we buy toothbrush and toothpaste and more. The only thing we don't pay for is toilet paper.

41. Our skin is very dry from the soap here. Our hair also is dry.

42. We also buy razors from the store, but you can only use them one time.

43. I have never heard of a case manager.

44. The ICE people we talk to just look up our case on the computer, nothing else.

45. We have to pay for all the calls to family members.

46. If they make us stay in here until January 7th, we will ask to be deported. We won't make it.

47. I have never received an individual hearing or got to explain to the judge why I should leave. The judge never said if we could leave here, he just said the next court date is January 7th.

48. We've seen women faint, have anxiety attacks, and kids that are autistic and have special needs. They need to leave here.

49. If I could change one thing, it would be to give people here real information and let people leave more quickly.

50. Eventually, I wanted to study English, and then I want to study aviation.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 18 day of Nov 2025, at Dilley, TX.

CERTIFICATE OF TRANSLATION

My name is Katherine Johnson and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 11/18/25

*Katherine Johnson* (signature)