# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, A▮▮ K▮▮▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 22 years old, and I am from ▮▮▮▮. My husband, son, and I have been detained at Dilley for 52 days. My son will turn two years old in December. This place is not where we want to spend his second birthday.

3. I speak ▮▮▮▮.

**San Ysidro Broder Station**

4. Prior to being detained here, we were at the San Ysidro Border Station for five days. It was very awful there. There were just some iron benches in the room. We had to sleep on mats on the floor for all five days. They would not even allow us to put the mats on the benches to form a bed. Also, we were right under an air conditioner, and I had to use our mats to create a sort of fort so that the air did not blow directly on me and my son.

5. It was very cold. There were only cold sandwiches to eat, and there was no food for children. It was very stressful for my son to be there. He is ordinarily very active and running around, but he was often just silent there, just sitting and not moving. He was in shock. My son and I were detained separate from my husband, who was in a different area.

**Dilley ICE Detention Center**

6. When we were transported from CBP to Dilley, they threw out all of our things into the trash, including my son's stroller. They told us we were going to a family center where we would be safe.

7. We were given a credible fear interview, and our results were positive. We have already had our master hearing where we were ordered to file Form I-589. They only

1

gave us two weeks to file that, which was stressful. But we submitted the form on time, and we were assigned a trial quickly. We have very little time or ability to prepare for our trial on December 18th while we are detained here. The computer time on the library here is very limited, and the important legal websites are mainly blocked. All of the information that we have in order to show we were persecuted in ▮ is on our computers and phones, but we don't have access to them.

8. One day, we asked for our phones and computers to get this information, and they showed us a sealed see-through package with our technical devices in it. They said is this enough? They wouldn't let us open the package. Obviously, both the computers and phones were dead, and they wouldn't let us bring them out to charge them. It was such a joke.

9. Also, to even use the computers here, you have to wait in line for about one hour. Which we have to do to prepare for our case, but it's really hard to do so with our son.

10. We fear that this is all a show, and we will just be deported. We have already seen this happen to other families. It is just one big show of deception. We don't think we have a real chance to get asylum here, even though we passed the CFI interview.

11. Every day I am crying because there is not food for our son to eat. Each day there is just chicken and rice. I am so sad all the time that there is not baby food here. And just last week, I was given broccoli and cauliflower that were moldy and had worms.

12. When we first arrived here, we were told we could drink the water. My son started drinking the water, and within a few days he got diarrhea. We went to the doctor on October 6th, and they said it would go away on its own. They said he could eat bananas and yogurt to get better, but we don't have that here. We just have apples. We asked for a stool test, and they said it would take a week for the results. They told us the result of the stool test was very bad and that he had an infection. I think that because so many children got sick at the same time – there was probably a problem with the water. I also saw some mold in the water when I poured it for myself once.

13. Later, we asked for a special diet due to his stomach problems. They gave my son a special diet card only for 7 days. But the cafeteria would not give him the special diet for 3 more days after that, so we had to go back to the doctor and ask again for the special diet card. The special diet included fruits, but they were not fresh. They were just canned fruits. From October 10th-17th they allowed this diet for him. But otherwise, they have told us "no" when we ask for it, even though other families have special diets here with fish, shrimp, and fresh fruit. We don't get anything like that, and we don't understand why.

14. We get pasta with the sauce already pre-mixed in. My son needs at least plain pasta. We have to suck the sauce off of the noodles for him before he will eat it. It's awful. It's awful for my son, my husband, and also for me. It stresses me out so much. Food is a basic necessity. The food here is also too spicy. The kids won't eat it – it has too many spices on it and too much salt and pepper. They need plain food.

15. In general, he doesn't eat. Every meal, there is forcing and screaming and making him eat. He is suffering, and it's so terrible for us to watch him not eat. The only reason he isn't losing a ton of weight is because he eats the cookies and juice. That's it.

16. We also went to the medical unit around October 24th because my son had a fever. They didn't really do anything, though, they only gave us Ibuprofen. We also had to stay in the medical unit from the 24th until the 27th. Finally, on the 27th we were able to see a pediatrician, a doctor. Before that, we kept seeing nurses only who continued repeating that he was fine. The pediatrician prescribed him antibiotics because he had an ear infection in both ears. We asked for tests of his chest and other follow up, but they did not do anything but give him the antibiotics. He did not get better. After seven days of antibiotics, his fever rose again. They did not do any other testing despite our repeated requests. We went back to medical three more times to bring down his temperature, and they kept saying everything was fine. The doctor said the infection had spread, though, and prescribed the same antibiotics again for him. We have not had good experiences here with the medical services.

3

17. One some point, we could have two bottles of water a day for my son's baby formula for his bottle. But now they are telling me I can only have one bottle of water for formula per day. It depends on the supervisor, and I have to ask all the time for more bottled water. It's not given to me outright.

18. Lately, the staff has been yelling at my son because there are single women living here. Anytime the single women go anywhere, they yell at us to HAULT and STOP. They yelled at my son and scared him. We weren't allowed to go to the library until the women had passed by, even though it was our time to go. In the same manner, no one is allowed in the dining hall until they leave.

19. There are no potty-training toilets here to help my son with potty training. Our son is almost two years old, and he needs this to be able to develop normally.

20. I am worried about my son and the effect of detention on him. First, he has become very aggressive since he has been here. He has never done this sort of thing before in his entire life. My child never used to bother anyone, and now he has started to hit me and his father. We are seeing him also start hitting himself in the face. This started about three weeks ago. So now we have him hitting me, himself, and his father.

21. Second, there is no preschool here. There is a caretaker room you can only use if you have a court or attorney appointment. He also has not been saying new words since he arrived here. He is not developing. We notice that it is just so hard for him to be here with nothing to do and few activities or toys for him.

22. He is shocked by the new toys that the Flores lawyers bring here. He only has three toys, and if any staff see that we have them they will take them away. He is almost two – he needs toys to play with. We have to hide them all.

23. The lights are on all night here. My son cries all night almost every night because it is so hard for him to sleep with the lights on. This has been going on for two months straight. I tried to hang a towel up to hide the light from my son, but the supervisors immediately tore it down and threw it away. They said I couldn't do that.

4

24. It is also very cold in the room most nights because of the air conditioning, and he doesn't have enough clothes. A while ago, I asked for socks. It took them a whole week to give me the socks.

25. Staff here mainly speaks English. They do not communicate with us in a language that we can understand, ▮▮▮▮. They don't even use a translator app when they have it in their back pocket. Just today, they asked me repeatedly in English if my son wanted to go to the caretaker room. I only knew what they meant because you, Flores attorney, later told me. I can't understand them, and then they just speak to us very loudly and slowly. That obviously doesn't help.

26. This week, when the staff knew Flores was coming, they started to clean everything in the facility. They washed all the washing machines for you. It was all so visible and fake.

27. If I could change one thing here, it would be offering a child's diet, turning the lights off at night, and providing at least some toys. This would help my son so much. They also need education here. We have been here for so long and our son isn't receiving any education.

28. The staff here have no education or training on how to interact with children. How can they work here and take care of kids without any past education or training?

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 19 day
4 | of Nov    2025, at   Dilley, TX  .

CERTIFICATE OF TRANSLATION

My name is Mohamed Waheed and I swear that I am fluent in both the English and ▮ languages, and I translated the foregoing declaration from ▮ to English to the best of my abilities.

Dated: 6-22-2025          Mohamed Waheed