# EXHIBIT 10

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M▬▬ R▬▬▬-P▬▬, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

**Background:**

2.    I am 26 years old.  I am from ▬▬▬▬.

3.    I speak Spanish.

4.    I have been detained at the Dilley facility in Texas since the 25th of August, about 17 days. I'm here with my daughter, ▬▬▬ and she is 8 years old. I have a life partner who is detained in another facility. They said they didn't detain us together because we aren't officially married and he isn't my daughter's biological dad. But I wish he was here with us.

5.    Before we were brought to Dilley, we were in the refrigerator for 5 days. It could have been the Rio Grande Processing Center in Laredo, but I'm not sure. We just called it "Los Rios."

6.    Before I arrived at this facility, I was living in San Antonio. I entered the U.S. in December of 2024 through a CBP One appointment. My first court date was not until 2026.

7.    My daughter should be in second grade. Her school started around August 17 of this year, and we were detained the 19th. She has already met her teacher and everything. Now she has missed almost 3 weeks of school.

**Detention before Dilley:**

8.    When we were detained, my partner was driving the car with me and my daughter, and a cop pulled us over. The officer said we were speeding, but we weren't. He asked for my partner's license. He came back to our car after 30 minutes and just said "come with me" to my partner. The officer put him in handcuffs and in the back of the police car. His asylum case is currently pending.

9.    Then the cop returned to our car and asked for my name, not my documents. He left again briefly, returned, and said "come with me." The cop didn't say why I was being

1

detained. They said I had to come with my baby, who was in the backseat. They didn't say I could call someone to pick her up or take care of her.

10.     They took us to an ICE station. Once we got there, they asked for my documents, and I said I have them but they're in my apartment. They just said "quiet" and "enough."

11.     I don't know where the station was. This was on the 19th of August. We stayed there for one day, my partner held separate from me and my child. It was a cell.

12.     The following morning, they took us to "Rios." They never told us anything about where we were going or why. We asked, and they said nothing. I thought my partner and I would be detained together since we were picked up together, but we weren't. They took him the same day we arrived to Rios to another ICE detention facility. I haven't had any contact with him since then. He was like a dad to my little girl, she was so sad to be separated from him.

13.     The Rios place was horrible. I didn't think they could keep us in such a gross place for so long. We basically slept on the floor. The mattresses were so thin you could feel the floor beneath you.

14.     These are places for criminals, not kids. I tried to be strong for my daughter, but it was hard. Where we were there was not a window we could see out of. We never knew if it was day or night or what time it was.

15.     It was so cold, and they didn't give us more clothes. I asked for them, and they said no. We each only had a big t-shirt and pants, but no sweaters or anything else. It was freezing.

16.     We couldn't have hair ties to tie our hair back in Rios either. I feel crazy if I can't put my hair back. They took the hair tie from my daughter too.

17.     There aren't words to describe the food from that place. The taste was horrible. It was hot, but it made us want to throw up. My daughter wouldn't eat it. They gave her a packet of little candies, and that was basically all she ate the whole time there. We were there for five days. It was also the same food for every meal. There, my daughter lost weight. I could tell.

18.     Many families came in and out while we were there. We probably met 20 different families, all moms with kids. At one time, there were 15 people in total in our room. It was very cramped in there.

19.     My daughter was depressed. There were no games or paper to draw or TV. There was a piece of glass in our room and you could draw with a finger on it. I tried to shower her how to do it, and the guards yelled at us.

20.     She was crying all night. She was crying from the lack of food and feeling hungry. It was so bad that she couldn't eat it. Even an animal wouldn't be able to eat what was served to us.

21.     All the lights were on always. That's another reason why we never knew the time.

22.     We didn't receive a shower until the fifth day we were there. That day they gave us a small dental kit and told us to shower and change our clothes.

23.     We also didn't get toothbrushes or anything to brush our teeth for the first four days.

24.     The toilet was in the middle of the room we were kept in. There was no privacy. The toilet was for everyone in the room to use. It had a tiny wall on right and left, but not in front, so everyone could see you use it if you had to go. And there were cameras watching us everywhere.

25.     We never received a phone call while there.

26.     We were never told we could call or lawyer or given a list of free lawyers to call.

27.     We just slept during the day. Because my daughter wasn't eating, her body had no energy.

28.     I asked a guard when we could leave and what would happen, and they just said I don't have a response for you.

29.     The guard would say about the toilet in the middle of the room "That is what there is. There's nothing more."

30.     After showering on the fifth day, we drove 2 hours in a car to Dilley.

31.    The driver told me she was in charge of mobility and didn't know anything else. I asked where we were going and why, but that's all I got.

**Dilley ICE Detention Facility:**

32.    When we arrived at Dilley, they made us shower again and change again even though we had just done that.

33.    We had a medical check-up. They said I had a UTI and my daughter had a kidney infection. This was from holding our pee because we were so embarrassed to use the toilet in front of other people. My daughter also had an ear infection we think from sleeping on the floor at Rios and it being so dirty.

34.    I arrived at Dilley with cash, $211.90. They told me it had to go into my account here. I didn't want it to. I didn't want to give them my money, but they didn't give me a choice. They said I can use it for phone calls and buying things at the store. I wanted to save it.

35.    I sleep with my daughter and 3 other families who have kids. They have 2 kids, 2 kids, and 1 kid. It's a lot in one room. And they are all small children. They cry a lot during the night. One girl is 3-years-old and they don't give her a bottle for milk so she cries all night. She can have milk, but it's from a carton like the ones we drink out of at lunchtime.

36.    There is no privacy in the room.

37.    Sometimes I think ICE works very fast to deport us so we can't contact an attorney first.

38.    The lights are on all night and day. The guards walk outside and every time they pass there is a boom sound of their shoes on the floor. This is happening all night.

39.    They say the water is drinkable, but it's not. We are all without drinking water. It has a fake smell, like perfume or lotion. Maybe it's chlorine, I don't know. If you drink it, your stomach hurts so badly. More than anything, I worry for the kids. If you don't have money, you can't buy bottled water from the store. Then, you just don't drink water.

There is drinking water in the kitchen where we have meals but that's it. And you can't bring the drinkable water out of that area with you.

40.     My daughter just has two shirts and two pants, but one of the shirts is for sleeping. I wash her clothes everyday. She has no shorts, even though it's very hot here.

41.     The washing machine has a button for soap. You can push it, but we see it doesn't come out. It's supposed to be self-dispensing, but it doesn't work. We tell the guards, and they say you have to push the button. If you get to show them it doesn't come out, sometimes they'll give you some soap and throw it in there but it's not a lot.

42.     All they do at the school here is draw for one hour. My daughter has gone every day except for twice.

43.     We go to the park for a bit, but it's often too hot. The gym is chaotic too. There are lots of kids and flying balls. She can't play calmly there. We like the library.

44.     There are moments where my daughter and I are having a normal conversation and she gets quiet and just says, "Mom when will we leave? When are we getting out? How many more days?" I've noticed a change in her attitude and personality, mostly because she is so tired all the time. She can't rest properly.

45.     She doesn't cry, she is just quiet and thinking. She is withdrawn. She is on and off with the other kids. Sometimes there is interest from her to play with them, but then she just wants to sit alone for a long time.

46.     The food here is better than where we were before, but it's still not good. The kids don't like the food. It has a lot of onions and strong flavors. It's spicy too, and they need plain food. Things that would be good for them are natural juices, plain rice, fruit, soup, plain bread, and stuff without artificial flavors.

47.     She is eating more now than at the Rios place, but it's unhealthy. It's a response to anxiety. She is looking for anything to eat now constantly.

48.     When we arrived here, they gave us hygienic things to last one day. If you want more, you have to buy it. We buy toothbrushes, hair cream, lotion, shampoo, body soap, and other food and drink products.

5

49.    In the showers here there is just hand sanitizer. They want us to use this to wash our clothes, the plates, and our bodies. It's "multi-use" apparently!

50.    The guards here don't speak a lot of Spanish. Sometimes they look for a kid who grew up here to translate for them.

51.    I just have to keep going, I have to maintain myself. I am full of anxiety here. We are locked up literally. These are emotions I have never encountered before. I'm always tired. I want to take a nap sometimes in the afternoon but we can't. My hair is falling out.

52.    My daughter has gone to the psychologist. They just say how was your week? Are you eating? Did you go to school? Then she draws a bit and leaves. In my opinion, it doesn't help. We wait longer in the waiting room than the actual appointment even lasts. The whole appointment is less than 5 minutes long.

53.    When I call RAICES, it's free. When I call my family, it's not free.

54.    We have never received any visits in her from people besides lawyers.

55.    I didn't receive a list of free legal counsel, I just talked to other people and they told me about RAICES. It's word of mouth. Another resident gave me their number.

56.    I never received a know-your-rights training. ICE just talked to me about my case when I first arrived, and I asked if I can have a lawyer. They said if you can find one, then great. If not, then no. They never told me about RAICES.

57.    I understand the word Flores to mean we can't be detained for more than 20 days here. I heard that from the people here. I also have an immigration lawyer in my family, and he told me that too.

58.    From you is the first time I'm hearing that right technically only attaches to my daughter. We don't have any family here so there is no one I would pick to be a sponsor for my child and she can't be separated from me. Regardless, no one ever explained to me that right for my daughter to be released.

59.    You can talk to someone about your immigration case here just on the tablets, but ICE doesn't respond. They just told me my case was processed for credible fear, but I

never received any interview. I then asked about my partner, where he was and if I could speak to him and they never responded.

60.    The only thing I've heard about voluntary departure is that you get $1,000 dollars but that's it.

61.    A while ago, there was a pregnant woman and she was eating in the kitchen. She was trying to throw up and was choking. She fainted and was seizing and no one arrived for 20 more minutes from medical. Then finally an ambulance came too. Her kid watched the whole thing. And my kid too. It was traumatic.

62.    There is a pastor here, another person who is detained. She talks to us about prayer, and the guards told her, "You can't do this here, sorry, we can't permit this. You can't talk to the people, please go to your room."

63.    The chapel is evangelical, and she is catholic. The services offered here aren't catholic. And a lot of people here are catholic.

64.    You can make this place better, but the worst thing is just to be here for a long time. Without education, without good food, without enough clothes, without rest, completely enclosed, without liberty.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my

2  knowledge, all the information I have here given is correct and complete and I understand

3  the legal consequences of testifying falsely to the authorities. Executed on this _11_ day

4  of _Sept_  202__, at _Dilley, TX_ .

CERTIFICATE OF TRANSLATION

My name is *Katherine Johnson* and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 09/11/2025