# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, K███ M████ L███, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 27 years old, and I am from ██████. I am with my daughter who is 6 months old.

3. I speak Spanish.

**San Diego CBP (2 facilities)**

4. I decided to cross the border near Tijuana to request asylum in this country. This happened around the 26th of September.

5. I presented myself to immigration officials immediately in San Diego, California. After that, they brought me to an ice box. I was there with my baby for about 3 days.

6. This first place was horrible. The guards and ICE agents spoke very rudely to us there. The food was horrible. The milk they gave me for my baby was expired, it was hard, and it smelled bad. There was water but it tasted and smelled like chlorine.

7. I didn't receive a phone call there.

8. When I arrived there, they told me that "Asylum is over now. You can't get it. The quicker you go back to ██████, the better." I thought they were probably lying based on the way they were speaking to me, but I wasn't sure.

9. I couldn't shower the whole time I was there. There was one toilet in the middle of the room that we all had to use. There was no privacy if you used it, though. There were short little walls around the toilet, so everyone could still see you if you were using it.

10. They air conditioning was on high too, so it was freezing. They only gave us thin blankets.

11. My baby was crying a lot, from the cold and being locked up the whole time. We couldn't leave the cell. And she was so cold.

12. Then, we went to another facility for one more day. It was only 10 minutes away, so I'm not sure why they moved us. It was still in San Diego.

13. After that facility, we took an airplane to San Antonio and ultimately arrived at Dilley.

**Dilley ICE Detention Center**

14. My baby and I have been detained at Dilley for 12 days now.

15. "You just have to wait here until they call you." The ICE agent told this to another mother who has been here around the same time as me, so that's what I assume. I reviewed my case on the computer in the library, and it doesn't say anything for me like a court day or any updates.

16. My baby can't sleep well from the stress that we've been through.

17. The main complaint I have here is the water. Every time I want a bottle of water for my baby's formula, the guards tell me I have to go to medical. I have to get a piece of paper that says my baby needs a bottle of water.

18. Sometimes they give it to me without the piece of paper from the doctor, but that is technically the correct process to go through.

19. We are sharing our room with 6 other moms and their kids.

20. The guards wake us up every day at 5 a.m. Some of the lights are on all the time.

21. When I got to the bathroom or shower, I have to bring my 6 month old baby with me. I have to bring her everywhere.

22. Every day, I have to wash my clothes, because we only have two outfits. For my baby, I have four outfits.

23. For the diapers, we get 3 to 4 at a time.

24. I have just one bottle for her milk. I wash it with hand soap and a sponge in the room.

25. The formula lasts about 4 days. They gave me a bag when I entered here with formula in it.

26. We are locked in here and that it is difficult. My baby is frustrated and stressed.

27. The room we stay in has no toys.

2

28. They gave us a small amount of toiletries when we entered. When we ran out we had to buy more from the commissary.

29. I have never heard of a case manager. No one is in charge of my case here.

30. I sent a message to ICE on the tablets, but they never answered me. That was four days ago.

31. My family has to put money on my card to make phone calls to them.

32. I have not received any visits here from family or friends.

33. I have not received any information about my rights or my baby's rights here.

34. The ICE agents asked me to sign voluntary departure paperwork. They told me if I leave I'd get $1,000 dollars, but I told them I want to fight for my case.

35. I have never heard the word *Flores* or about that before. I only heard from other detainees that we can't be here for more than 20 days,

36. I didn't know about my child's right to release. I would want to know more about how it works in practice. If she could be released to her father who lives here in the U.S. directly, then maybe I would do that.

37. If I could change one thing, it would be to ensure that this place doesn't exist.

1  I declare under my duty to tell the truth and penalty of perjury that to the best of my
2  knowledge, all the information I have here given is correct and complete and I understand
3  the legal consequences of testifying falsely to the authorities. Executed on this _10_ day
4  of _Oct_ 2025, at _Dilley, TX_.

## CERTIFICATE OF TRANSLATION

My name is Katherine Johnson and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 10/10/2025