# EXHIBIT 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## DECLARATION OF N█████ G█████████ █████████

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is ██████████████. I am a citizen of ██████ and fled ██████ with family. On September 22, 2025, we drove up to the US-Mexico border at Tijuana and requested political asylum in the United States. My family consists of me, my spouse and 3 three children. My oldest son is 13, my daughter is 11, and my youngest son is 4. We left ██████ because the ██████ government persecuted me for my political beliefs. I was in danger of taking my children of being taken away from me because of my political beliefs.

### TREATMENT DURING INITIAL DETENTION

2. When we first arrived at the Mexico border at Tijuana immigration officers arrested us and they held us longer than usual. We were there for 5 days. We were sleeping on the cold floor with the AC turned on high. I told them I have a chronic condition in my kidney. ICE officers acted like nothing was happening, and I did not receive any treatment at all. During this time, I found blood in my urine.

### TREATMENT AND MISINFORMATION WHILE IN DETENTION

3. Some people came and introduced themselves as human rights activists when we were brought here to Dilley. We were told that if we passed the credible fear interview that we would be released. We are completely confused about who is holding us here, and we haven't been told why we are being held here. I asked the ICE officers and they told me that it was the court that decides whether or not we will be released.

4. A group of us had a meeting with ICE and asked about the Flores rule and whether it could help us. Officers ██████████████ and ICE supervisor ████████ told us that this rule was revoked 21 days ago. They've lied to us so many times. They laugh at us and tell to call Trump when we ask about the rules. We were only given an instruction manual in Spanish about the rules for regular detention centers and not a family center. Eventually we were able to translate some of it into ████████.

5. Yesterday after that meeting we met with one of the officers and asked them why they are lying about the Flores rule no longer being in place. The ICE officer told us that management was telling them to say that to us. Yesterday we asked for documents about the Flores rule, the supervisor ████████ disconnected the interpreter and told us he would not say anything, he told us if we wanted to know we should call Trump.

6. It seems incredible that government officials on duty are making jokes at our expense. We are under the impression that ICE officers are not afraid of anything and can act

lawlessly since they face no consequences. They cause a lot of psychological damage to our children when they behave this way.

7. We've tried to find a manual and have asked why adults and children have to sleep with the lights on. They keep the temperature very low, and adults and children are constantly sick and are unable to get better. Every room and even in the showers the rooms are kept very cold for both adults and children.

8. We have been at the center for 45 days, and no one has cleaned the bedroom where we sleep. All the dirt stays, and very few people come clean. It is very dusty, and they don't allow us to open the windows to get fresh air. It's apparently a rule not to open the window, but we don't understand why it's not allowed.

9. We're pretty sure that there is a bias against ▇▇▇ people and our children here. Whatever is allowed for the Spanish speaking children is not given to our children. The personnel seem to be very biased. If I start asking about something and they answer in Spanish, they don't clarify and say that it's my problem.

10. Sometimes the officers will turn on their walkie talkies near the children's rooms at 2 or 3 in the morning. Sometimes they'll walk into the room and talk loudly on their walkie talkies for no reason.

11. We are scared to get medical help at all. When my youngest was sick, they gave him ibuprofen and would come around 4 or 5 in the morning, waking everyone up to remind us that medication would need to be taken at 8 in the morning. They are trying to harm the psychological health of the ▇▇▇ children, including my children, and are not allowing them to take certain medicines or are waking them up unnecessarily while they are sick.

12. My daughter's ears became clogged during our initial detention, and we asked if they would clear her ears. They told us they cannot perform that procedure because they do not have a medical license and offered to give her antihistamines instead. Once we were transferred to Dilley, a nurse practitioner eventually gave us some ear drops, which were very cold, and my daughter got a terrible earache. We had to give these drops to her outside, and my daughter was crying while we gave her the drops.

13. The earache became inflamed, and they eventually prescribed very strong antibiotics, even though she is just a child. She would need prebiotics to be able to take the antibiotics safely and we were not given any. The biggest problem is that she's started losing hearing in her ear, I fear that she will have partial hearing loss after being here. Low level personnel were the only ones to distribute medication to us. The nurse practitioner barely examined my daughter once.

14. We are scared to ask for anything, because the officers start threatening us that they'll put us in different detention centers and put our children in foster care.

15. We were given wormy food and when someone spoke out about it and said that the children should get better food, he was taken in the middle of the night and threatened that he and his family would be separated. Officers told him that he would go to an adult detention center and his children would go to foster care.

16. Our youngest child is very scared of the officers. When playing on the playground officers would come up to him and the other ▮▮▮▮▮▮ children and get close to their faces and start blowing a whistle and yelling at them. The officers did this until the children cried and ran away. After doing this they'll yell, "what's wrong" and ask why they are scared. The detention center has so many little children who are intimated and try to hide from the officers. Some people have asked for a psychologist and were told that they could be given pills to sedate their children which would make them like vegetables.

17. There is absolutely no oversight here. There's no opportunity to fix the conditions, or food or anything, and the officers do whatever they want. Yesterday an officer was walking around with handcuffs and when asked he said that he needed handcuffs in case he got attacked. He walked with the handcuffs for about two hours and then said they were not needed anymore and put them away.

18. It has been 2-3 weeks since we asked for a manual or rules for this center, and we want to know our rights and what the actual rules are. They always say no to these requests. They keep lying to our faces and when we ask why they lie, they just laugh.

19. I received a message from ICE officers that there was progress in our case, and they later said it was false information. Every day we try to find out the truth, we just aren't getting anything.

20. We are trying to contact as many different organizations as we can or reporters. But when they do come, the officers give us new things to make the conditions seem better than they are. At first, they didn't have my wife's or daughter's shoe size, and the shoes they give us break very easily. The quality of clothes is very poor and very itchy, which creates a lot of allergies. We have to wear the same clothes we wore during the whole day again at night to sleep in.

21. Only our youngest son is allowed to wear pajamas at night, the rest of us have to sleep in the same clothes that we wore outside. We're not allowed to wear the clothes we brought. We have to wear uniforms that give us allergies.

22. Our children cannot eat spicy food, and we ask if we can buy food and they do not let us. The doctor tells us that our children are not losing weight because they are eating peanut

butter. However, we know that they are not receiving any vitamins, or anything nutritious.

23. We are expecting to get in trouble after today's conversation and giving our declaration will not go over well. But we have to say something because our family and other families are suffering. We are certain that they are listening to us, and that we will face repercussions. It feels like we were in fascist Germany, and it feels like they are going to put gas into the room and just let us die.

24. I just want to know who can help and do something about this situation. Children see the officers eating normal food and drinking coke and eating McDonalds but aren't given adequate nutrition at all. Children get diarrhea, heartburn, stomach aches, and they give them food that literally has worms in it. The man who spoke out got taken and told his children will be taken into foster care. We just don't know what can be done.

25. My son is four years old and before going to bed he asks if we are bad and why they don't like us. We still don't understand because when we first crossed the border we didn't hide, we just asked for political asylum. We are trying to save our family from persecution and continue to be intimidated and treated like we did something wrong.

26. Our journey to the US was very long and this is the second year our kids haven't attended school. They have lessons for one hour a day but with a Spanish speaking teacher. We don't speak Spanish, we only speak a little bit of English, and the Spanish teacher has discretion of what kids she wants to take. The officers laugh in our faces and say they don't need school.

27. 90% of websites are blocked, and we only have one hour of computer access. We don't have anything we can use to defend our rights. We cannot follow the rules as we do not know them.

A# _███_

I, _███_, swear under penalty of perjury that the above declaration is true and accurate to the best of my abilities. This declaration was read back to me in _███_, a language in which I am fluent.

_███_

11/25/25
Date

### Interpreter's Declaration

I, _Alejandra Diaz_, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

3. I am a law student/legal assistant with the St. Mary's Immigration and Human Rights Clinic, which has a volunteer partnership with Refugee and Immigrant Center for Education and Legal Services (RAICES).

4. On _11/21/2025_, I met with _NG_ with the assistance of a telephonic interpreter provided by LanguageLine Solutions, identified by Interpreter ID _354024_, who is certified to interpret in the English and _███_ languages. During our meeting, I read the entirety of the "Declaration of _NG_" in English, and _LLS# 354024_ translated the entirety of the declaration into _███_. I swear under the penalty of perjury that _N.G._ confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/_
Signature

11/21/25
Date