# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, A▮▮▮ T▮ L▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 35 years old. I am from ▮▮▮.

3. I speak Spanish.

4. I have been detained at the Dilley Family Detention Center with my 17-year-old son, ▮▮▮, for about 15 days. We were in the ice box in El Paso for five days before we were brought here.

5. My son arrived in the United States about a year ago to live with me. He came as an unaccompanied minor, and he was released to me. I was living in El Paso with my partner, our daughter, and her two daughters who are my stepdaughters. I entered the United States with permission on humanitarian parole, and I have applied for asylum. I also have work authorization.

6. When ▮▮▮ arrived to live with us in El Paso, I was granted custody of him in the family court. He has applied for Special Immigrant Juvenile Status. We live together with his siblings and stepsiblings, and we are a very tight-knit family.

7. We were arrested at a checkpoint about ten minutes from our house, that we have passed through many times without any problem. But for some reason, this time we were arrested. No one told us why.

8. The experience was extremely traumatic for ▮▮▮ and for me. They handcuffed him when they arrested us, and they left him handcuffed while they transported us to the border patrol station in El Paso. As a father it broke my heart to see him handcuffed like a criminal. He is such a good kid, and he is my child.

9. When they arrested us, both of us were so terrified to be separated. ▮▮▮ was begging not to be separated from me, and I was begging not to be separated from him. It has been so terrible for him, and he is worried about being separated from me still, all the time. It is always there.

Case 2:85-cv-04544-DMG-AGR   Document 1706-24   Filed 12/08/25   Page 3 of 6   Page ID #:61268

10. The five days we spent in the border station in El Paso were awful. The conditions there were terrible, and it killed me to see ▇▇▇▇ suffer there.

11. They transferred us here to Dilley Family Detention Center after five days. We have been here for about 15 days so far. We still don't know why we were detained when we both have applications pending for status and ▇▇▇▇ even had a court date scheduled. He missed his court date because we were detained. We both have lawyers in El Paso, but we haven't been able to communicate with them while we have been detained. We only have been able to talk to my partner, who tells us information and communicates with our lawyers.

12. While I have been in Dilley, I have seen that some families get separated. The family that is sharing our bedroom with us arrived together, but her husband and one of their children was sent away from here. She didn't know where they went, and she couldn't find them. She thought maybe they were taken to another detention center, but she doesn't know. She is so upset and cries a lot. She is still here with her 15-year-old son.

13. No one here has told me about ▇▇▇▇'s rights under Flores that I can remember. One officer told me that they wouldn't keep us here more than twenty days, and that they would let us out to the street and then we could continue our immigration proceedings from there. All we want is to be let go and go home and be with our family.

14. But it also makes me really frustrated that they would do this to us for absolutely no reason. When we have always complied with everything, when we were seeking safety here in the United States, and when we were already in our own immigration proceedings. What is the purpose of locking us up and traumatizing my son like this for a month, making him miss school and be apart from his family, just for us to be back where we started and continuing as if nothing happened? It is inhumane to do this to people, especially to children.

15. If we were stuck here for a lot longer, like twenty days or a month, I would want to learn about the opportunity for ▇▇▇▇ to be released without me. I would want him to

2

go live with his stepmother and our family so that he didn't have to suffer in here, even if it meant I stayed here detained. I know he would not want to be separated from me though, and it would be a very hard conversation to have. But as his father, if he had the chance to be released even without me, to go live with our family, I would want to at least know that we have that option. But if it was an immigration officer that was telling me that, I think that I would find that really upsetting. I think it would feel threatening. It is hard to trust the staff and ICE officers especially because they are the ones who have detained us and are in charge of us here.

16. If we learned about it from an independent lawyer, or in a presentation where an independent lawyer explained the option to me and was explaining my rights, I would feel much more comfortable. I wish that there was the opportunity for independent lawyers to tell us about our rights and help us know what our options were.

1 | I declare under my duty to tell the truth and penalty of perjury that to the best of my
2 | knowledge, all the information I have here given is correct and complete and I understand
3 | the legal consequences of testifying falsely to the authorities. Executed on this 11th day
4 | of September 2025, at Dilley, TX.

[Name: ▮]

CERTIFICATE OF TRANSLATION

My name is Rebecca Wolozin and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from Spanish to English to the best of my abilities.

Dated: Sept. 11, 2025          *Rebecca Wolozin*