UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-04544-DMG (AGRx) | Date | December 15, 2025 |
| Title | *Jenny L. Flores, et al. v. Pamela Bondi, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Mishan Wroe (via Zoom) | Christina Parascandola (via Zoom) |
| Bardis Vakili (via Zoom) | Joshua McCroskey (via Zoom) |
| Leecia Welch (via Zoom) | |
| Sarah Kahn (via Zoom) | |
| Rebecca Wolozin (via Zoom) | |

**Proceedings: Zoom Status Conference re: CBP and ICE Juvenile Coordinators' Supplemental Reports**

  The cause is called and counsel state their appearance. Also present via Zoom are Henry Moak, Jr., and Dawn Helland, Juvenile Coordinators. Status Conference held. The Court orders counsel to schedule a mediation with Andrea Sheridan Ordin and Dr. Paul Wise, and the Juvenile Coordinators, by January 23, 2026. The parties shall file a Joint Status Report by January 30, 2026. The CBP and ICE Juvenile Coordinators are to file a quarterly report by March 13, 2026. Plaintiffs' response is due by March 20, 2026.

  The Court sets the next Status Conference for March 30, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

<u>1:13</u>