CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Bardis Vakili (Cal. Bar No. 247783)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, *et al.*,<br><br><br>   Defendants. | No. CV 85-4544-DMG-AGRx<br><br>JOINT STATUS REPORT RE OADS<br><br>JUDGE: Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
MICHAEL A. CELONE
Senior Litigation Counsel

JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
Michael.A.Celone@usdoj.gov

*Attorneys for Defendant*

On September 25, 2025, the Court issued its Findings of Fact and Conclusions of Law following a November 15, 2024 evidentiary hearing regarding Defendants' compliance with the Court's April 3, 2024 Order on Plaintiffs' Motion to Enforce the *Flores* Settlement Agreement. Doc. # 1670 ("September 2025 FFCL"). "[T]he Court conclude[d] that, as of the date of the evidentiary hearing, Defendants were not yet in compliance with the Court's April 3, 2024 Order," and ordered the Parties to meet and confer and submit a Joint Status Report by October 9, 2025, regarding remedy. *Id.* at 12. The Court later extended this deadline "commensurate with the duration of the lapse in appropriations." Doc. # 1679 at 2.

The Parties met and conferred on December 15, 2025, and now submit this Joint Status Report.

The Parties agree the Court has ordered that, "the CBP Juvenile Coordinator shall (a) maintain records and statistical information on minors held in CBP custody for more than 72 hours, *inclusive of* the amount of time any Class Member spends in the open air sites; and (b) monitor compliance with the Agreement with respect to any minors held in open-air sites." September 2025 FFCL at 11.

The Parties further agree that it is not necessary for U.S. Customs and Border Protection (CBP) to issue new guidance at this time because neither Party has evidence that class members are currently in Department of Homeland Security (DHS) legal custody in open air sites. If the CBP Juvenile Coordinator is put on notice that minors are once again congregating at open air sites, Defendants will comply with the Court's order.[1] Plaintiffs agree that any such instructions or related actions by Defendants will not constitute an

---

[1] Defendants have appealed both the district court's April 2024 Order (Doc. # 1406) and its September 2025 Findings of Fact and Conclusions of Law (Doc. # 1670) to the Ninth Circuit Court of Appeals. *See Flores, et. al, v. Bondi*, No. 24-3656; *Flores, et. al, v. Bondi*, No. 25-7468.

acknowledgment by Defendants that these minors are in their legal custody, nor shall those actions be considered as evidence that the minors are in Defendants' legal custody.

Finally, the Parties agree that class members are not currently congregating at an open-air site at Whiskey Eight, and that the specific remedies ordered by the Court as to conditions at Whiskey Eight are not necessary at this time. If the CBP Juvenile Coordinator is put on notice that minors are once again congregating at an open-air site at Whiskey Eight, Defendants shall comply with the Court's order regarding conditions at Whiskey Eight. September 2025 FFCL at 12. The parties agree that compliance with the Court's order at Whiskey Eight will not constitute an acknowledgment that minors congregating at Whiskey Eight are in Defendants' legal custody, nor shall any actions taken in compliance with this order be considered evidence that these minors are in Defendants' legal custody.

Dated: December 22, 2025

| | |
|---|---|
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Carlos R. Holguín<br>Bardis Vakili<br>Sarah Kahn | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>DREW ENSIGN<br>Deputy Assistant Attorney General |
| NATIONAL CENTER FOR YOUTH LAW<br>Mishan Wroe<br>Diane de Gramont<br>Rebecca Wolozin | WILLIAM C. SILVIS<br>Assistant Director<br><br>CHRISTINA PARASCANDOLA<br>MICHAEL A. CELONE<br>Senior Litigation Counsel |
| CHILDREN'S RIGHTS<br>Leecia Welch<br>Eleanor Roberts | JESSICA R. LESNAU<br>JOSHUA C. MCCROSKEY<br>Trial Attorneys |
| */s/ Mishan Wroe*<br>Mishan Wroe<br>*One of the Attorneys for Plaintiffs* | */s/ Michael A. Celone*<br>MICHAEL A. CELONE<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>202-305-2040<br>Michael.A.Celone@usdoj.gov<br><br>*Attorneys for Defendant* |

3