BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGR <br><br> **JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF DECEMBER 15, 2025 [ECF NO. 1714]** <br><br> Honorable Dolly M. Gee <br> Chief United States District Judge |

The parties hereby inform the Court that they met, along with Andrea Ordin and Dr. Paul Wise, on January 23, 2026, to discuss Plaintiffs' concerns with the conditions at the South Texas Family Residential Center.  The parties have agreed to continue discussions and work to resolve issues relating to conditions of confinement that the Court identified in its Order of December 15, 2025.  ECF No. 1714 at 1.  In light of the parties' plans to meet again on February 4, 2026 and the week of February 23, 2026, the parties will file another joint status report on March 6, 2026.  A proposed order is submitted herewith.

Dated: January 30, 2026

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Eleanor Roberts

*/s/ Leecia Welch*
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
(415) 602-5202
lwelch@childrensrights.org

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705l
(909) 274-9057

*Attorney for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

1

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

*/s/ Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

2