BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States; *et al.,*<br><br>Defendants. | Case No. CV 85-4544-DMG-AGR<br><br>**[PROPOSED] ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

THIS CAUSE comes before the Court upon the parties' Joint Status Report Pursuant to the Court's Order of December 15, 2025 [ECF No. 1714].

It is hereby ORDERED that the parties shall file another joint status report by March 6, 2026.

**IT IS SO ORDERED.**

DATED: _____, 2026.

_____
HONORABLE DOLLY M. GEE
Chief United States District Judge