# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG (AGRx) <br><br> **ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT [1728]** |

The Court has reviewed and considered the parties' Joint Status Report, filed pursuant to the Court's Order of December 15, 2025. [Doc. # 1714.] The parties shall file another Joint Status Report by **March 6, 2026**.

**IT IS SO ORDERED.**

DATED: February 4, 2026

                                                         DOLLY M. GEE
                                        Chief United States District Judge