# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States; *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGR <br><br> **ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT** [1731] |

The Court has reviewed and considered the parties' Joint Status Report [Doc. # 1731], filed pursuant to the Court's Order of February 4, 2026 [Doc. # 1729].

The parties shall file another Joint Status Report by March 11, 2026.

**IT IS SO ORDERED.**

DATED: March 9, 2026

_____
DOLLY M. GEE
Chief United States District Judge