BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGR <br><br> **JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF MARCH 9, 2026 [ECF NO. 1732]** <br><br> Honorable Dolly M. Gee <br> Chief United States District Judge |

1    After further communication on March 10, 2026, the parties provide the Court with the following update regarding mediation. The parties met briefly on March 10, 2026, with mediator Andrea Sheridan Ordin. The parties agreed to continue discussions, with particular attention to time in custody and medical care.

    With respect to children's access to medical care at Dilley, Defendants have expressed a willingness to allow Dr. Paul Wise to conduct site visits at Dilley to assess the architecture and quality of medical care at Dilley. Dr. Wise conducted a site visit on March 5, 2026, focused on assessing the architecture of the medical care delivery system at Dilley.

    In light of the status of negotiations relating to time in custody and medical care, the parties have agreed to continue mediation discussions through the end of March. The parties agree to provide the Court with an update no later than April 1, 2026.

Dated: March 11, 2026

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Eleanor Roberts

*/s/ Leecia Welch*
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
(415) 602-5202
lwelch@childrensrights.org

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah E. Kahn (Cal. Bar No. 341901)
sarah@centerforhumanrights.org
1505 E 17th St. Ste. 117
Santa Ana, CA 92705l
(909) 274-9057

*Attorney for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

*/s/Christina Parascandola*
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 514-3097
christina.parascandola@usdoj.gov

*Attorneys for Defendants*