NOTE: CHANGE MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGR<br><br>**ORDER REQUIRING PARTIES TO FILE FURTHER JOINT STATUS REPORT [1733]** |

1    The Court has reviewed and considered the parties' Joint Status Report [Doc.
2 # 1733], filed pursuant to the Court's Order of March 9, 2026 [Doc . # 1732].
3    The parties shall file another Joint Status Report by March 27, 2026. The
4 March 30, 2026 at 10:00 a.m. status conference will remain as scheduled.
5 **IT IS SO ORDERED.**

7 DATED:  March 12, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　Chief United States District Judge