# ERO Non-Detained Management Division

**January FY2026 Juvenile Flores Report**

The following document was created based on ICE Integrated Decision Support (IIDS).
IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).
Detainee and Detention History Source: DSSDM and ETL as of 1/31/2026
Placement Source: Data reported manually by JFMD staff.

| Detainee Information | | | | | | Detention History Information | | | | | | | | Unaccompanied Juvenile Y/N | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Reason | | | |
| | | | | | | 05/08/2025 10:43 | 05/09/2025 00:07 | | 2 | NW REG JUV DET CTR | JUVENILE | On 05/08/2025, AC was taken into ICE custody and subsequently transferred on 05/09/2025 to NW REG JUV DET CTR. | | NO | Public Safety/Flight risk - Ordered removed by an immigration judge on 09/30/2025. Appeal is pending. |
| | | | | | | 05/08/2025 10:43 | 05/08/2025 10:43 | 05/08/2025 11:12 | 1 | LOS CUST CASE | HOLD | Transferred | | NO | |
| | | | | | | 10/24/2025 12:20 | 10/24/2025 18:10 | 01/02/2026 10:17 | 2 | NW REG JUV DET CTR | JUVENILE | Charges are currently pending. On 10/24/2025, AC was apprehended by ICE and subsequently transferred on 10/24/2025 to NW REG JUV DET CTR. | | NO | Public Safety - Turned 18 on ▇▇▇ and was transferred to an adult facility. |
| | | | | | | 10/24/2025 12:20 | 10/24/2025 12:20 | 10/24/2025 14:00 | 1 | RICHMOND SUB-OFFICE HOLD | HOLD | Transferred | | NO | |
| | | | | | | 10/24/2025 12:19 | 10/24/2025 18:10 | 01/05/2026 08:00 | 2 | NW REG JUV DET CTR | JUVENILE | Charges are currently pending. On 10/24/2025, AC was apprehended by ICE and subsequently transferred on 10/24/2025 to NW REG JUV DET CTR. On 01/05/2026, AC was removed to native country. | | NO | Public Safety - An Immigration Judge granted VD on 12/18/2025. AC departed on 01/06/2026. |
| | | | | | | 10/24/2025 12:19 | 10/24/2025 12:19 | 10/24/2025 14:00 | 1 | RICHMOND SUB-OFFICE HOLD | HOLD | Transferred | | NO | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 12/19/2025 13:30 | 12/19/2025 13:30 | | 1 | BLOUNT COUNTY JUVENILE DE | JUVENILE | Enforcement Administration (DEA) Federal Partners, and Customs and Border Protection (CBP) apprehended AC outside his residence without incident. On 12/10/2025, AC was booked into BLOUNT COUNTY JUVENILE DETENTION CENTER. | NO | Public Safety - IJ denied bond (danger to community and flight risk). Next hearing date is set. |