# ERO Non-Detained Management Division

## December FY2026 Juvenile Flores Report

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Detainee and Detention History Source: DSSDM and ETL as of 01/13/2026.

Placement Source: Data reported manually by JFMD staff.

| Detainee Information | | | | | | Detention History Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| [redacted] | | | | | | 12/01/2025 10:37 | 12/06/2025 23:41 | 12/07/2025 04:53 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 6 days before removal. FAMU includes a USC child. |
| | | | | | | 12/01/2025 10:37 | 12/02/2025 18:10 | 12/06/2025 23:40 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/01/2025 10:37 | 12/02/2025 07:56 | 12/02/2025 18:09 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/01/2025 10:37 | 12/01/2025 20:00 | 12/02/2025 07:55 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/01/2025 10:37 | 12/01/2025 11:37 | 12/01/2025 19:59 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/01/2025 10:37 | 12/01/2025 10:37 | 12/01/2025 11:36 | 1 | NEW/INS OS HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/22/2025 14:43 | 12/26/2025 02:59 | 12/26/2025 08:52 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of Milwaukee. |
| | | | | | | 12/22/2025 14:43 | 12/23/2025 21:00 | 12/26/2025 02:58 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/22/2025 14:43 | 12/23/2025 11:01 | 12/23/2025 20:59 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 12/22/2025 14:43 | 12/22/2025 23:15 | 12/23/2025 11:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/22/2025 14:43 | 12/22/2025 19:00 | 12/22/2025 23:14 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 12/22/2025 14:43 | 12/22/2025 14:43 | 12/22/2025 18:59 | 1 | MILWAUKEE HOLDROOM | HOLD | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 01/07/2026 19:49 | 01/07/2026 19:50 | 9 | NYC HOLD ROOM | HOLD | Order of Supervision - Re-Release | NO | FAMU entered custody on 12/20/2025 for 12/22/2025 removal flight out of Alexandria, LA. Writ of Habeas was filed on 12/22/2025. ERO was ordered to stay the removal until the court makes the decision. FAMU has a USC child. Removal was rescheduled to 12/26. Second habeas was filed. Released on 01/07/2026. |
| | | | | | | 12/20/2025 10:42 | 01/07/2026 09:01 | 01/07/2026 19:47 | 8 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 09:00 | 01/07/2026 09:00 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 02:16 | 12/22/2025 08:59 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 00:15 | 12/22/2025 02:15 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/21/2025 09:21 | 12/22/2025 00:14 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 19:15 | 12/21/2025 09:20 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 17:11 | 12/20/2025 19:14 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 10:42 | 12/20/2025 17:10 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/20/2025 00:05 | 12/20/2025 00:06 | 7 | WILLIAMSPORT HOLD ROOM | HOLD | Released - Order of Recognizance | NO | Minor was dropped off by a caregiver on 12/15 for reunification at removal with his mother in Phoenix on 12/17. Mother was detained by ICE as a single adult in Phoenix area. The detention facility mother was in was placed into a medical lockdown due to quearantine. No one was allowed to enter or be releaesd from the facility. The child was brought back to the caregiver. |
| | | | | | | 12/15/2025 07:20 | 12/19/2025 09:01 | 12/20/2025 00:04 | 6 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/16/2025 22:30 | 12/19/2025 09:00 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/16/2025 20:26 | 12/16/2025 22:29 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/15/2025 23:15 | 12/16/2025 20:25 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/15/2025 08:20 | 12/15/2025 23:14 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 12/15/2025 07:20 | 12/15/2025 07:20 | 12/15/2025 08:19 | 1 | WILLIAMSPORT HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/16/2025 12:00 | 12/22/2025 00:04 | 12/22/2025 09:20 | 4 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 6 days before removal due to the Ecuador chartered flight schedule. |
| | | | | | | 12/16/2025 12:00 | 12/17/2025 09:25 | 12/22/2025 00:03 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/16/2025 12:00 | 12/16/2025 16:15 | 12/17/2025 09:24 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/16/2025 12:00 | 12/16/2025 12:00 | 12/16/2025 16:14 | 1 | SEATTLE FIELD OFFICE HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/22/2025 09:35 | 12/26/2025 06:01 | 12/26/2025 09:20 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Voluntary Return | NO | Staged in a hotel for 4 days due to transport delays during holiday. |
| | | | | | | 12/22/2025 09:35 | 12/24/2025 09:05 | 12/26/2025 06:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/22/2025 09:35 | 12/24/2025 08:36 | 12/24/2025 09:04 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 12/22/2025 09:35 | 12/22/2025 09:35 | 12/24/2025 08:35 | 1 | PHOENIX DIST OFFICE | HOLD | Transferred | NO | |
| | | | | | | 12/05/2025 13:28 | 12/09/2025 02:31 | 12/09/2025 06:15 | 4 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of NYC. |
| | | | | | | 12/05/2025 13:28 | 12/05/2025 23:45 | 12/09/2025 02:30 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/05/2025 13:28 | 12/05/2025 13:35 | 12/05/2025 23:44 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/05/2025 13:28 | 12/05/2025 13:28 | 12/05/2025 13:34 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/01/2025 08:52 | 12/05/2025 05:26 | 12/05/2025 08:10 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of Tampa. |
| | | | | | | 12/01/2025 08:52 | 12/02/2025 12:49 | 12/05/2025 05:25 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/01/2025 08:52 | 12/02/2025 09:46 | 12/02/2025 12:48 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 12/01/2025 08:52 | 12/01/2025 22:50 | 12/02/2025 09:45 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/01/2025 08:52 | 12/01/2025 11:24 | 12/01/2025 22:49 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 12/01/2025 08:52 | 12/01/2025 08:52 | 12/01/2025 11:23 | 1 | TAMPA HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/01/2025 08:55 | 12/05/2025 05:26 | 12/05/2025 08:10 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | YES | Staged in a hotel for 4 days before removal. Scheduling coordination out of Tampa. |
| | | | | | | 12/01/2025 08:55 | 12/02/2025 12:49 | 12/05/2025 05:25 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |
| | | | | | | 12/01/2025 08:55 | 12/02/2025 09:46 | 12/02/2025 12:48 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | YES | |
| | | | | | | 12/01/2025 08:55 | 12/01/2025 22:50 | 12/02/2025 09:45 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |
| | | | | | | 12/01/2025 08:55 | 12/01/2025 11:24 | 12/01/2025 22:49 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | YES | |
| | | | | | | 12/01/2025 08:55 | 12/01/2025 08:55 | 12/01/2025 11:23 | 1 | TAMPA HOLD ROOM | HOLD | Transferred | YES | |
| | | | | | | 12/10/2025 09:55 | 12/15/2025 04:26 | 12/15/2025 09:15 | 4 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination with MEX authorities at POE. |
| | | | | | | 12/10/2025 09:55 | 12/10/2025 23:10 | 12/15/2025 04:25 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/10/2025 09:55 | 12/10/2025 15:30 | 12/10/2025 23:09 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/10/2025 09:55 | 12/10/2025 09:55 | 12/10/2025 15:29 | 1 | SAN BERNARDINO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/23/2025 20:41 | 12/28/2025 03:09 | 12/28/2025 06:40 | 4 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 5 days due to transport delays during holiday. |
| | | | | | | 12/23/2025 20:41 | 12/24/2025 13:40 | 12/28/2025 03:08 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/23/2025 20:41 | 12/23/2025 21:41 | 12/24/2025 13:39 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/23/2025 20:41 | 12/23/2025 20:41 | 12/23/2025 21:40 | 1 | SEATTLE FIELD OFFICE HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/14/2025 01:16 | 12/14/2025 05:39 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of San Bernardino. |
| | | | | | | 12/10/2025 13:00 | 12/13/2025 05:50 | 12/14/2025 01:15 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/13/2025 01:40 | 12/13/2025 05:49 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/11/2025 10:30 | 12/13/2025 01:39 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/10/2025 16:05 | 12/11/2025 10:29 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/10/2025 13:00 | 12/10/2025 16:04 | 1 | SAN BERNARDINO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/14/2025 01:16 | 12/14/2025 05:39 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of San Bernardino. |
| | | | | | | 12/10/2025 13:00 | 12/13/2025 05:50 | 12/14/2025 01:15 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/13/2025 01:40 | 12/13/2025 05:49 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/11/2025 10:30 | 12/13/2025 01:39 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/10/2025 16:05 | 12/11/2025 10:29 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/10/2025 13:00 | 12/10/2025 16:04 | 1 | SAN BERNARDINO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 12/10/2025 13:00 | 12/14/2025 01:16 | 12/14/2025 05:39 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 4 days before |
| | | | | | | 12/10/2025 13:00 | 12/13/2025 05:50 | 12/14/2025 01:15 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |

| Detainee Information | | | | | Detention History Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| [redacted] | | | | | | 12/10/2025 13:00 | 12/13/2025 01:40 | 12/13/2025 05:49 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | Staged in a hotel for 4 days before removal. Scheduling coordination out of San Bernardino. |
| [redacted] | | | | | | 12/10/2025 13:00 | 12/11/2025 10:30 | 12/13/2025 01:39 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 13:00 | 12/10/2025 16:05 | 12/11/2025 10:29 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 13:00 | 12/10/2025 13:00 | 12/10/2025 16:04 | 1 | SAN BERNARDINO HOLD ROOM | HOLD | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/15/2025 04:21 | 12/15/2025 09:15 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 5 days before removal. Scheduling coordination out of NYC. |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/11/2025 18:16 | 12/15/2025 04:20 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/11/2025 08:49 | 12/11/2025 18:15 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/10/2025 23:20 | 12/11/2025 08:48 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/10/2025 18:17 | 12/10/2025 23:19 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:48 | 12/10/2025 14:48 | 12/10/2025 18:16 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/15/2025 04:21 | 12/15/2025 09:15 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | Staged in a hotel for 5 days before removal. Scheduling coordination out of NYC. |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/11/2025 18:16 | 12/15/2025 04:20 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/11/2025 08:49 | 12/11/2025 18:15 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/10/2025 23:20 | 12/11/2025 08:48 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/10/2025 18:17 | 12/10/2025 23:19 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/10/2025 14:41 | 12/10/2025 14:41 | 12/10/2025 18:16 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/09/2025 20:21 | 12/09/2025 23:00 | 8 | MVM TRANSPORT, EL PASO | In Transit | Voluntary departure | NO | Staged in a hotel for 5 days before removal. Scheduling coordination out of Indiana. |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/05/2025 09:30 | 12/09/2025 20:20 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/05/2025 08:46 | 12/05/2025 09:29 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/05/2025 00:37 | 12/05/2025 08:45 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/04/2025 20:48 | 12/05/2025 00:36 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/04/2025 19:07 | 12/04/2025 20:47 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/04/2025 08:47 | 12/04/2025 19:06 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| [redacted] | | | | | | 12/04/2025 07:42 | 12/04/2025 07:42 | 12/04/2025 08:46 | 1 | INDIANAPOLIS HOLD ROOM | HOLD | Transferred | NO | |