

November 21, 2025

**To:**

[redacted]
Unit Chief
Juvenile and Family Management-Interior

[redacted]
Unit Chief
Juvenile and Family Management-Border

[redacted]
Contracting Officer Representative
RiverTech Compliance Monitoring Contract

**From:**

[redacted]
RiverTech
Project Manager

**Subject:** Compliance Review of the Dilley Immigration Processing Center, Dilley, TX.

## I. Compliance Summary:

On November 18-21, 2025, RiverTech conducted a scheduled compliance inspection of the Dilley Immigration Processing Center (DIPC). The inspection assessed 43 standards across all seven sections of the 2020 Family Residential Standards (FRS), with consideration given to requirements found in the Flores Settlement Agreement.

| Standard | Type of Inspection | Finding |
|---|---|---|
| **FRS** | | |
| 1.1 Emergency Plans | Scheduled Monthly | Compliant |
| 1.2 Environmental Health and Safety | Scheduled Monthly | Compliant |
| 1.3 Transportation (by Land) | Scheduled Monthly | Compliant |
| 1.4 Housekeeping Program | Scheduled Monthly | Compliant |
| 2.1 Admissions and Release | Scheduled Monthly | Compliant |
| 2.2 Contraband | Scheduled Monthly | Compliant |
| 2.3 Funds and Personal Property | Scheduled Monthly | Compliant |
| 2.4 Key and Lock Control | Scheduled Monthly | Compliant |
| 2.5 Resident Census | Scheduled Monthly | Compliant |
| 2.6 Searches and Inspections | Scheduled Monthly | Compliant |



| | | |
|---|---|---|
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Scheduled Monthly | Compliant |
| 2.8 Staff-Resident Communications | Scheduled Monthly | Compliant |
| 2.9 Tool Control | Scheduled Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Scheduled Monthly | Compliant |
| 3.1 Behavior Management | Scheduled Monthly | Compliant |
| 4.1 Food Services | Scheduled Monthly | Compliant |
| 4.2 Hunger Strikes | Scheduled Monthly | Compliant |
| 4.3 Health Care | Scheduled Monthly | Compliant |
| 4.4 Health Care (Females) | Scheduled Monthly | Compliant |
| 4.5 Personal Hygiene | Scheduled Monthly | Compliant |
| 4.6 Significant Self-Harm and Suicide Prevention and Intervention | Scheduled Monthly | Compliant |
| 4.7 Terminal Illness, Advance Directives, and Death | Scheduled Monthly | Compliant |
| 4.8 Disability Identification, Assessment and Accommodation | Scheduled Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Scheduled Monthly | Compliant |
| 5.2 Educational Policy | Scheduled Monthly | Compliant |
| 5.3 Escorted Trips for Non-Medical Emergencies | Scheduled Monthly | Not Applicable |
| 5.4 Marriage Requests | Scheduled Monthly | Not Applicable |
| 5.5 Voluntary Work Program | Scheduled Monthly | Not Applicable |
| 5.6 Recreation | Scheduled Monthly | Compliant |
| 5.7 Religious Practices | Scheduled Monthly | Compliant |
| 5.8 Telephone Access | Scheduled Monthly | Compliant |
| 5.9 Visitation | Scheduled Monthly | Compliant |
| 6.1 Resident Handbook | Scheduled Monthly | Compliant |
| 6.2 Grievance System | Scheduled Monthly | Compliant |
| 6.3 Law Libraries and Legal Materials | Scheduled Monthly | Compliant |
| 6.4 Legal Rights Group Presentations | Scheduled Monthly | Compliant |
| 7.1 Residential Files | Scheduled Monthly | Compliant |
| 7.2 News Media, Interviews, and Tours | Scheduled Monthly | Compliant |
| 7.3 Staff Training | Scheduled Monthly | Compliant |
| 7.4 Resident Transfer | Scheduled Monthly | Compliant |
| 7.5 Post Orders | Scheduled Monthly | Non-Compliant |
| Indigenous Language Speaking Residents | Scheduled Monthly | Compliant |
| Other | Scheduled Monthly | Compliant |

## II. Center Overview:

The DIPC, operated by Core Civic under the supervision of ICE ERO's San Antonio Field Office housed 793 residents on November 18, 2025, which included 227 juveniles at the time of inspection. Additionally, DIPC had 337 adult female residents without families. The Average



Length of Stay (ALOS) at the DIPC was 16.94 days.

### III. Inspection Team:

- ███████████, Compliance Reviewer

### IV. Overall Rating: COMPLIANT

- The DIPC was found to be compliant with 39 standards, while one standard (7.5 Post Orders) was non-complaint and three standards were not applicable due to the low ALOS at the facility.

### V.  Non-Compliant:

- Standard 7.5 Post Orders were identified as noncompliant.

FRS Standard 7.5 (B) Post Orders require:

Each staff member assigned to a standing post must know the procedures, duties, and responsibilities of that post, enhancing security and good order. All staff members and supervisors will use the Post Orders to familiarize themselves with the duties for which they are responsible and to remain situationally aware of changes that occur in the operation and duties of that post. Even if a staff member has worked a post in the past, he/she will assume the Post Orders have changed and will be read and understand the Post Orders prior to assuming the post.

On November 21, 2025, I observed the Post Orders for Visitation were not read and signed for on November 20, 2025. Additionally, on November 20, 2025, in Central Control, one employee on third shift did not sign for having reviewed the Post Orders and there was no supervisory review of the Post Orders or the Central Control inventory sheet for third shift.

### VI. Conclusion:

Currently, the DIPC does not operate a formal educational program.  However, effective November 1, 2025, an education and recreational policy contract modification was initiated to establish a formal education program at DIPC. Formal classes are scheduled to commence on January 5, 2026, marking the transition to a structured educational environment.

The DIPC will contract with K12, a recognized provider of educational services, to deliver instruction and manage the formal program. DIPC is actively working to set up dedicated classrooms within the education area to ensure readiness for the start of classes. K12 will oversee the hiring process.

Their goal is to recruit teachers and ensure all necessary clearances and training are completed by January 5, 2026, aligning with the scheduled start of the program.



Also, on November 1, 2025, a modification to the current contract governing visitation standards was implemented. This change updates the visitation policy to allow both social visits and legal visits for individuals who have been approved.