

January 21, 2026

**To:** ▮▮▮▮▮▮▮▮
Unit Chief
Juvenile and Family Management-Interior

▮▮▮▮▮▮▮▮
Unit Chief
Juvenile and Family Management-Border

▮▮▮▮▮▮▮▮
Contracting Officer Representative
RiverTech Compliance Monitoring Contract

**From:** ▮▮▮▮▮▮▮▮
RiverTech
Project Manager

**Subject:** Compliance Review of the Dilley Immigration Processing Center, Dilley, TX.

## I. Compliance Summary

On December 16–18, 2025, RiverTech conducted a scheduled compliance inspection of the Dilley Immigration Processing Center (DIPC). The inspection assessed 43 standards across all seven sections of the 2020 Family Residential Standards (FRS), with consideration given to requirements found in the Flores Settlement Agreement.

## II. Inspection Summary Results

| Standard | Type of Inspection | Finding |
|---|---|---|
| **FRS** | | |
| 1.1 Emergency Plans | Scheduled Monthly | Compliant |
| 1.2 Environmental Health and Safety | Scheduled Monthly | Compliant |
| 1.3 Transportation (by Land) | Scheduled Monthly | Compliant |
| 1.4 Housekeeping Program | Scheduled Monthly | Compliant |
| 2.1 Admissions and Release | Scheduled Monthly | Compliant |
| 2.2 Contraband | Scheduled Monthly | Compliant |
| 2.3 Funds and Personal Property | Scheduled Monthly | Compliant |
| 2.4 Key and Lock Control | Scheduled Monthly | Compliant |
| 2.5 Resident Census | Scheduled Monthly | Compliant |
| 2.6 Searches and Inspections | Scheduled Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Scheduled Monthly | Compliant |



| | | |
|---|---|---|
| 2.8 Staff-Resident Communications | Scheduled Monthly | Compliant |
| 2.9 Tool Control | Scheduled Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Scheduled Monthly | Compliant |
| 3.1 Behavior Management | Scheduled Monthly | Compliant |
| 4.1 Food Services | Scheduled Monthly | Complaint with Issues |
| 4.2 Hunger Strikes | Scheduled Monthly | Compliant |
| 4.3 Health Care | Scheduled Monthly | Compliant |
| 4.4 Health Care (Females) | Scheduled Monthly | Compliant |
| 4.5 Personal Hygiene | Scheduled Monthly | Compliant |
| 4.6 Significant Self-Harm and Suicide Prevention and Intervention | Scheduled Monthly | Compliant |
| 4.7 Terminal Illness, Advance Directives, and Death | Scheduled Monthly | Compliant |
| 4.8 Disability Identification, Assessment and Accommodation | Scheduled Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Scheduled Monthly | Compliant |
| 5.2 Educational Policy | Scheduled Monthly | Not Inspected |
| 5.3 Escorted Trips for Non-Medical Emergencies | Scheduled Monthly | Not Applicable |
| 5.4 Marriage Requests | Scheduled Monthly | Not Applicable |
| 5.5 Voluntary Work Program | Scheduled Monthly | Not Applicable |
| 5.6 Recreation | Scheduled Monthly | Compliant |
| 5.7 Religious Practices | Scheduled Monthly | Compliant |
| 5.8 Telephone Access | Scheduled Monthly | Compliant |
| 5.9 Visitation | Scheduled Monthly | Compliant |
| 6.1 Resident Handbook | Scheduled Monthly | Compliant |
| 6.2 Grievance System | Scheduled Monthly | Compliant |
| 6.3 Law Libraries and Legal Materials | Scheduled Monthly | Compliant |
| 6.4 Legal Rights Group Presentations | Scheduled Monthly | Compliant |
| 7.1 Residential Files | Scheduled Monthly | Compliant |
| 7.2 News Media, Interviews, and Tours | Scheduled Monthly | Compliant |
| 7.3 Staff Training | Scheduled Monthly | Compliant |
| 7.4 Resident Transfer | Scheduled Monthly | Compliant |
| 7.5 Post Orders | Scheduled Monthly | Compliant |
| Indigenous Language Speaking Residents | Scheduled Monthly | Compliant |
| Other | Scheduled Monthly | Compliant |

## III.  Center Overview

The DIPC is operated by CoreCivic under the oversight of ICE ERO's San Antonio Field Office. On December 16, 2025, the Center housed a total population of 1,139 residents, including:

- 390 juveniles
- 275 family units
- 393 adult female residents without families



The average length of stay at the time of inspection was 27.51 days.

## IV.  Inspection Team

- ███████████, Compliance Reviewer

## V.  Overall Rating: COMPLIANT

- 38 standards were rated Compliant.
- One standard (FRS 4.1 – Food Service) was rated Compliant with Issues due to a single, isolated non-compliant component.
- One standard (FRS 5.2 – Education Policy) was rated Not Inspected. While a Texas-certified teacher currently oversees the education department and families are provided with age-appropriate educational packets and instructional materials, the Dilley IPC does not presently operate a full classroom-based education program due to a prior contract modification associated with a low average length of stay (ALOS). A comprehensive, standards-aligned education program is scheduled to be implemented on March 2, 2026, following execution of the revised contract.
- Three standards were deemed Not Applicable based on the facility's average length of stay.

## VI.  Compliant with Issues

FRS 4.1 – Food Service (Compliant with Issues)

On December 18, 2025, a compliance reviewer observed a food service supervisor-in-training moving between the dining hall and kitchen without wearing a hair restraint.

FRS 4.1, Section J (2) requires that all staff and residents working in the food preparation and service areas use effective hair restraints.

The issue was isolated in nature, immediately corrected by facility management, and did not indicate a systemic deficiency.

Recommendation: The Center's Food Service Administrator should continue to always ensure that all food service personnel wear appropriate hair and beard restraints.

## VII.  Non-Compliant Standards

No Standards were found to be non-compliant during this inspection.

## VIII.  Previously Non-Compliant Standard

FRS 7.5 – Post Orders

A prior inspection identified unsigned post orders. During the December 2025 inspection, all



reviewed post orders were properly reviewed and initialed across shifts, demonstrating corrective action and sustained compliance.

## IX.  Conclusion

The December 16–18, 2025 RiverTech compliance inspection found the Dilley IPC operating in substantial compliance with the 2020 Family Residential Standards and applicable Flores Settlement Agreement requirements. Of 43 standards reviewed, 38 were fully compliant and none were non-compliant. FRS 4.1 (Food Service) was rated Compliant with Issues due to an isolated hair-restraint issue that was immediately corrected, and FRS 5.2 (Education Policy) was not inspected due to a prior contract modification, with a standards-aligned education program scheduled to begin March 2, 2026. The inspection also confirmed the prior FRS 7.5 (Post Orders) deficiency has been fully corrected and sustained across shifts, supporting resident safety and access to required services.