

February 12, 2026

**To:**

████████████
Unit Chief
Juvenile and Family Management-Interior

████████████
Unit Chief
Juvenile and Family Management-Border

████████████
Contracting Officer Representative
RiverTech Compliance Monitoring Contract

**From:**

████████████
RiverTech
Project Manager

**Subject:** Compliance Review of the Dilley Immigration Processing Center, Dilley, TX.

## I. Compliance Summary

On January 20-21, 2026, RiverTech conducted a scheduled compliance inspection of the Dilley Immigration Processing Center (DIPC). The inspection reviewed forty-three standards across all seven sections of the 2020 Family Residential Standards (FRS), incorporating the relevant requirements of the Flores Settlement Agreement (FSA). Additionally, a medical expert was included in the inspection team to evaluate the medical care provided at the Center, ensuring alignment with both the FRS and the FSA.

## II. Inspection Summary Results

| Standard | Type of Inspection | Finding |
|---|---|---|
| **FRS** | | |
| 1.1 Emergency Plans | Scheduled Monthly | Compliant |
| 1.2 Environmental Health and Safety | Scheduled Monthly | Compliant |
| 1.3 Transportation (by Land) | Scheduled Monthly | Compliant |
| 1.4 Housekeeping Program | Scheduled Monthly | Compliant |
| 2.1 Admissions and Release | Scheduled Monthly | Compliant |
| 2.2 Contraband | Scheduled Monthly | Compliant |
| 2.3 Funds and Personal Property | Scheduled Monthly | Compliant |
| 2.4 Key and Lock Control | Scheduled Monthly | Compliant |



| | | |
|---|---|---|
| 2.5 Resident Census | Scheduled Monthly | Non-Compliant |
| 2.6 Searches and Inspections | Scheduled Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Scheduled Monthly | Compliant |
| 2.8 Staff-Resident Communications | Scheduled Monthly | Compliant with Issues |
| 2.9 Tool Control | Scheduled Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Scheduled Monthly | Compliant |
| 3.1 Behavior Management | Scheduled Monthly | Compliant |
| 4.1 Food Services | Scheduled Monthly | Complaint |
| 4.2 Hunger Strikes | Scheduled Monthly | Compliant |
| 4.3 Health Care | Scheduled Monthly | Compliant |
| 4.4 Health Care (Females) | Scheduled Monthly | Compliant |
| 4.5 Personal Hygiene | Scheduled Monthly | Compliant |
| 4.6 Significant Self-Harm and Suicide Prevention and Intervention | Scheduled Monthly | Compliant |
| 4.7 Terminal Illness, Advance Directives, and Death | Scheduled Monthly | Compliant |
| 4.8 Disability Identification, Assessment and Accommodation | Scheduled Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Scheduled Monthly | Compliant |
| 5.2 Educational Policy | Scheduled Monthly | Not Inspected |
| 5.3 Escorted Trips for Non-Medical Emergencies | Scheduled Monthly | Not Applicable |
| 5.4 Marriage Requests | Scheduled Monthly | Not Applicable |
| 5.5 Voluntary Work Program | Scheduled Monthly | Not Applicable |
| 5.6 Recreation | Scheduled Monthly | Compliant |
| 5.7 Religious Practices | Scheduled Monthly | Compliant |
| 5.8 Telephone Access | Scheduled Monthly | Compliant |
| 5.9 Visitation | Scheduled Monthly | Compliant |
| 6.1 Resident Handbook | Scheduled Monthly | Compliant |
| 6.2 Grievance System | Scheduled Monthly | Compliant |
| 6.3 Law Libraries and Legal Materials | Scheduled Monthly | Compliant |
| 6.4 Legal Rights Group Presentations | Scheduled Monthly | Compliant |
| 7.1 Residential Files | Scheduled Monthly | Compliant |
| 7.2 News Media, Interviews, and Tours | Scheduled Monthly | Compliant |
| 7.3 Staff Training | Scheduled Monthly | Compliant |
| 7.4 Resident Transfer | Scheduled Monthly | Compliant |
| 7.5 Post Orders | Scheduled Monthly | Compliant |
| Indigenous Language Speaking Residents | Scheduled Monthly | Compliant |
| Other | Scheduled Monthly | Compliant |

## III.  Center Overview

The DIPC is operated by CoreCivic under the oversight of ICE ERO's San Antonio Field Office. On January 20, 2026, the Center housed a total population of 1,256 residents, including:

- 460 juveniles



- 307 family units
- 403 adult female residents without families

The average length of stay at the time of inspection was 38.76 days.

## IV. Inspection Team

- █████████, Medical Reviewer
- █████████, Compliance Reviewer

## V. Overall Rating: Compliant with Issues

- **37 standards** were rated compliant
- **FRS 2.5 – Resident Census** was rated non-compliant
- **FRS 2.8 – Staff-Resident Communication** was rated compliant with issues due to one isolated non-compliant component.
- **FRS 5.2 – Education Policy** was rated not inspected. While a Texas-certified teacher oversees the education department and provides educational materials, a full classroom program is not yet in place due to a prior contract modification. A comprehensive education program is set to begin on March 2, 2026.
- Three standards were deemed not applicable based on the facility's low average length of stay.

## VI. Non-Compliant Standard

FRS 2.5 – Resident Census (Escape Incident and Life Safety Consideration)

On January 9, 2026, two residents escaped before the 0700 count, and the count was cleared. Two residents escaped before the 0700 count but were quickly apprehended by authorities. While the escape itself did not result in harm or pose immediate danger to residents or the public, it highlights a potential vulnerability in the facility's security procedures.

Although the situation was resolved promptly, the escape raises concerns about the effectiveness of the facility's security measures, which are a key component of life safety standards. While not escalating to a critical life safety issue in this instance, the incident underscores the importance of reviewing and reinforcing security protocols to ensure that such incidents do not recur.

## VII. Compliant with Issues

FRS 2.8 – Staff-Resident Communication (Compliant with Issues)

On January 21, 2026, a review of ICE communication logs showed that the last housing unit tour by an ICE supervisor was on January 4, 2026.



FRS 2.8 requires weekly unannounced visits by ICE/ERO managers.

Recommendation: ICE/ERO managers should conduct these visits weekly to observe living conditions.

## VIII.   Previously Non-Compliant Standard

FRS 4.1 – Food Service (Compliant with Issues)

On December 18, 2025, a supervisor-in-training was observed without a hair restraint. However, during the January 2026 inspection, this deficiency (FRS 4.1) was fully corrected and sustained.

## IX. Overall Inspection Rating Recommendation

Despite the non-compliant standard related to the resident escape (FRS 2.5 – Resident Census), which was quickly resolved with no harm or immediate danger to residents or the public, the overall inspection is recommended to be rated as **"compliant with issues."**

While the escape incident highlights a potential security vulnerability, it did not rise to a critical life safety issue in this instance. Overall, the facility demonstrated strong compliance in 37 of 43 standards, with only minor issues identified, such as the missed documentation for unannounced ICE supervisor visits (FRS 2.8 – Staff-Resident Communication), or standards not inspected, or deemed not applicable based on the low average length of stay.

Therefore, given that these non-compliant issues did not affect the overall safety or operational standards of the facility, the recommended rating for the inspection is **"compliant with issues,"** rather than **"non-compliant."**