January 2026

1. Que le gusto mas del menu de hoy?  Taquitos de Pollo y Ensalada.

   What did you like the most about today's menu? Chicken Taquito and Salad.

2. Que comida prefieren sus hijos? Palitos de Pescado.

   What kind of food do your children prefer?  Fish Sticks.

3. Sabia que puede regresar a la linea por mas comida? No .

   Did you know that you can return to the serving line for more food? No.

4. Como le podemos servir mejor? Me gustan las frutas frescas.

   How can we better serve you? I like fresh fruits.

January 2026

1. Que le gusto mas del menu de hoy? Pollo Frito con Pure de Papas.

    What did you like the most about today's menu? Fried Chicken, Mashed Potato.

2. Que comida prefieren sus hijos? Macarrones con Carne.

    What kind of food do your children prefer? Chili-Mac.

3. Sabia que puede regresar a la linea por mas comida? No.

    Did you know that you can return to the serving line for more food? No.

4. Como le podemos servir mejor? Todo esta bien Gracias.

    How can we better serve you? Everything is good thank you.



I have a Dream — MLK DAY



January 2026

1. Que le gusto mas del menu de hoy? Pollo Asado.
   What did you like the most about today's menu? Pollo Asado.
2. Que comida prefieren sus hijos? Tiras de Pollo.
   What kind of food do your children prefer? Chicken Nuggets.
3. Sabia que puede regresar a la linea por mas comida? No.
   Did you know that you can return to the serving line for more food? No.
4. Como le podemos servir mejor? Todo esta muy bien gracias.
   How can we better serve you? Everything is good thank you.

I HAVE A DREAM

January 2026

1. Que le gusto mas del menu de hoy? Lomo Saltado.

   What did you like the most about today's menu? Stir-Fried Loin.

2. Que comida prefieren sus hijos? Tornados de Carne.

   What kind of food do your children prefer? Beef Tornados.

3. Sabia que puede regresar a la linea por mas comida? No.

   Did you know that you can return to the serving line for more food? No.

4. Como le podemos servir mejor? Todo esta muy bien.

   How can we better serve you? Everything is good.