BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DEFENDANT'S NOTICE OF FILING REDACTED CENSUS DATA** |
| v. | |
| PAMELA BONDI, Attorney General of the United States, | Honorable Dolly M. Gee Chief United States District Judge |
| Defendant. | |

Pursuant to the Court's Order of March 16, 2026 [Doc. # 1739], Defendant files the redacted documents separately on the docket.

Dated: March 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendant*