UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide**

Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours

December 1, 2025 - December 31, 2025

Source: CBP Data Warehouse as of 1/21/26

| Alien Number | Encounter Date | Sector / Field Office | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component | Reasons for TIC > 72 Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/1/2025 | RGV | | | | | | 12/5/2025 | PORT ISABEL SPC | REINST | FMUA | 79.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/1/2025 | RGV | | | | | | 12/5/2025 | PORT ISABEL SPC | REINST | FMUA | 79.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/2/2025 | RGV | | | | | | 12/7/2025 | PORT ISABEL SPC | ER | FMUA | 121.82 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Family unit was removed from the manifest for the first available flight but was scheduled to the next available flight to home country. |
| | 12/2/2025 | SDC | | | | | | 12/5/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | | UAC | 73.35 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/2/2025 | SDC | | | | | | 12/5/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | | UAC | 74.83 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/2/2025 | EPT | | | | | | 12/9/2025 | PORT ISABEL SPC | | UAC | 74.83 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/2/2025 | EPT | | | | | | 12/8/2025 | PORT ISABEL SPC | | UAC | 73.67 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/2/2025 | SAN DIEGO | | | | | | 12/5/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL (ER) | FMUA | 87.41 | OFO | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/2/2025 | SAN DIEGO | | | | | | 12/5/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL (ER) | FMUA | 87.41 | OFO | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/2/2025 | SAN DIEGO | | | | | | 12/5/2025 | PENDING PLACEMENT | EXPEDITED REMOVAL (ER) | FMUA | 87.41 | OFO | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/3/2025 | EPT | | | | | | 12/7/2025 | SEL-STANTON ST BRIDGE, TX, POE | | UAC | 92.23 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/3/2025 | RGV | | | | | | 12/7/2025 | HLG-HARLINGEN, TX, POE | | UAC | 92.23 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/4/2025 | EPT | | | | | | 12/10/2025 | PORT ISABEL SPC | ER | FMUA | 103.60 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/4/2025 | EPT | | | | | | 12/10/2025 | PORT ISABEL SPC | | FMUA | 125.40 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Child was transferred from El Paso to the flight hub in the Rio Grande Valley. |
| | 12/4/2025 | EPT | | | | | | 12/10/2025 | PORT ISABEL SPC | | FMUA | 125.40 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Child was transferred from El Paso to the flight hub in the Rio Grande Valley. |
| | 12/4/2025 | RGV | | | | | | 12/8/2025 | HLG-HARLINGEN, TX, POE | | UAC | 81.23 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/4/2025 | DRT | | | | | | 12/8/2025 | HLG-HARLINGEN, TX, POE | | UAC | 80.78 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/5/2025 | LRT | | | | | | 1/1/2026 | LAR-LAREDO, TX, POE | | UAC | 115.55 | USBP | UAC processed/held in BP custody until repatriation. Child was prosecuted by State Agency and returned to BP custody, was sent to hospital for 3 days for evaluation, and was repatriated after returned from hospital. |
| | 12/5/2025 | RGV | | | | | | 12/9/2025 | PORT ISABEL SPC | | UAC | 79.42 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/6/2025 | YUM | | | | | | 12/9/2025 | PHOENIX DIST OFFICE | ER | FMUA | 77.98 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/6/2025 | EPT | | | | | | 12/14/2025 | HLG-HARLINGEN, TX, POE | ER | FMUA | 181.20 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Child was taken off two prior flights due to being a citizen of ▮ with ▮ mother. Child was placed on next available flight to ▮ |
| | 12/6/2025 | RGV | | | | | | 12/10/2025 | HLG-HARLINGEN, TX, POE | ER | FMUA | 79.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/6/2025 | EPT | | | | | | 12/10/2025 | HLG-HARLINGEN, TX, POE | ER | FMUA | 82.25 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/7/2025 | EPT | | | | | | 12/11/2025 | PORT ISABEL SPC | | UAC | 78.48 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/7/2025 | SDC | | | | | | 12/11/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | V | UAC | 79.52 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/7/2025 | SDC | | | | | | 12/11/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | V | UAC | 79.52 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/7/2025 | EPT | | | | | | 12/12/2025 | PORT ISABEL SPC | V | UAC | 98.37 | USBP | UAC processed/held in BP custody until repatriation flight. Child was transferred from El Paso to the flight hub in the Rio Grande Valley. |
| | 12/8/2025 | EPT | | | | | | 12/11/2025 | PORT ISABEL SPC | V | UAC | 74.65 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/9/2025 | EPT | | | | | | 12/12/2025 | PORT ISABEL SPC | V | UAC | 73.18 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/9/2025 | EPT | | | | | | 12/13/2025 | PORT ISABEL SPC | V | UAC | 82.65 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/9/2025 | EPT | | | | | | 12/13/2025 | PORT ISABEL SPC | V | UAC | 80.73 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/9/2025 | EPT | | | | | | 12/13/2025 | PORT ISABEL SPC | V | UAC | 80.73 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/9/2025 | MP | | | | | | 12/13/2025 | PORT ISABEL SPC | ER | FMUA | 75.53 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/10/2025 | EPT | | | | | | 12/15/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | VD | FMUA | 84.22 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/10/2025 | EPT | | | | | | 12/15/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 74.93 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/10/2025 | EPT | | | | | | 12/15/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | B | FMUA | 119.25 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/10/2025 | EPT | | | | | | 12/16/2025 | PDN-PASO DEL NORTE, TX, POE | T | UAC | 147.63 | USBP | Child is a USC, accompanied by her mother. Held in BP custody pending completion of Mother's case and repatriation with mother. |
| | 12/11/2025 | RGV | | | | | | 12/22/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 276.62 | USBP | Child part of family unit. Processed/held in BP custody until repatriation. |
| | 12/11/2025 | RGV | | | | | | 12/22/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 276.83 | USBP | Child part of family unit. Processed/held in BP custody until repatriation. |
| | 12/11/2025 | LRT | | | | | | 12/15/2025 | HLG-HARLINGEN, TX, POE | V | UAC | 80.63 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/11/2025 | RGV | | | | | | 12/15/2025 | HLG-HARLINGEN, TX, POE | V | UAC | 75.48 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | TCA | | | | | | 12/15/2025 | NOG-NOGALES, AZ, POE | ER | FMUA | 77.60 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | TCA | | | | | | 12/15/2025 | NOG-NOGALES, AZ, POE | ER | FMUA | 77.60 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | LRT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | | UAC | 80.25 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | EPT | | | | | | 12/17/2025 | HLG-HARLINGEN, TX, POE | REINST | FMUA | 107.08 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | RGV | | | | | | 12/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | V | UAC | 103.50 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | RGV | | | | | | 12/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | V | UAC | 100.62 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/12/2025 | RGV | | | | | | 12/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | V | UAC | 97.13 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/13/2025 | RGV | | | | | | 12/18/2025 | HID-HIDALGO, TX, POE | V | UAC | 97.10 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/13/2025 | SDC | | | | | | 12/18/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 124.57 | USBP | Child of mixed status family unit. Processed/held in BP custody until repatriation. |
| | 12/13/2025 | SDC | | | | | | 12/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 111.65 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/13/2025 | SDC | | | | | | 12/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.92 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/13/2025 | SDC | | | | | | 12/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.92 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/13/2025 | TCA | | | | | | 12/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | V | UAC | 76.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/14/2025 | RGV | | | | | | 12/17/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | V | UAC | 73.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/14/2025 | SDC | | | | | | 12/17/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | V | UAC | 74.78 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/15/2025 | RGV | | | | | | 12/19/2025 | HID-HIDALGO, TX, POE | ER | FMUA | 102.43 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/15/2025 | YUM | | | | | | 12/19/2025 | PHOENIX DIST OFFICE | ER/CF | FMUA | 153.78 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/15/2025 | EPT | | | | | | 12/19/2025 | HLG-HARLINGEN, TX, POE | ER | FMUA | 87.63 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/16/2025 | EPT | | | | | | 12/19/2025 | HLG-HARLINGEN, TX, POE | V | UAC | 74.77 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/16/2025 | EPT | | | | | | 12/19/2025 | HLG-HARLINGEN, TX, POE | V | UAC | 74.77 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/16/2025 | EPT | | | | | | 12/20/2025 | PORT ISABEL SPC | ER | FMUA | 77.33 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/17/2025 | EPT | | | | | | 12/21/2025 | NVAF CINCINNATI OH | | UAC | 104.83 | USBP | UAC processed/held in BP custody until HHS took custody. |
| | 12/18/2025 | RGV | | | | | | 12/20/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | NTA/DT | FMUA | 73.95 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/18/2025 | YUM | | | | | | 12/22/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/18/2025 | YUM | | | | | | 12/22/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/18/2025 | SDC | | | | | | 12/22/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.23 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/18/2025 | SDC | | | | | | 12/22/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 87.67 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/18/2025 | RGV | | | | | | 12/22/2025 | HLG-HARLINGEN, TX, POE | V | UAC | 84.18 | USBP | Child is a USC, accompanied by his mother. Held in BP custody pending completion of Mother's case and repatriation with mother. |
| | 12/20/2025 | SDC | | | | | | 12/24/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 113.05 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/20/2025 | RGV | | | | | | 12/24/2025 | PORT ISABEL SPC | V | UAC | 88.10 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/20/2025 | RGV | | | | | | 12/24/2025 | PORT ISABEL SPC | V | UAC | 88.10 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/20/2025 | EPT | | | | | | 12/24/2025 | PORT ISABEL SPC | V | UAC | 88.60 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/20/2025 | EPT | | | | | | 12/30/2025 | PORT ISABEL SPC | ER | FMUA | 223.50 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Family Unit was removed from removal flight due to youngest child having a fever. Family Unit was removed on next flight after being treated/evaluated by medical staff. |
| | 12/20/2025 | EPT | | | | | | 12/30/2025 | PORT ISABEL SPC | ER | FMUA | 223.00 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. Family Unit was removed from removal flight due to youngest child having a fever. Family Unit was removed on next flight after being treated/evaluated by medical staff. |
| | 12/20/2025 | MP | | | | | | 12/24/2025 | FTL-FORT LAUDERDALE, FL, POE | V | UAC | 92.43 | USBP | Child is a USC, accompanied by his father. Held in BP custody pending completion of Father's case and repatriation with father. |
| | 12/20/2025 | LRT | | | | | | 12/24/2025 | PORT ISABEL SPC | V | UAC | 78.30 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/20/2025 | SDC | | | | | | 12/26/2025 | NOG-NOGALES, AZ, POE | V | UAC | 126.28 | USBP | UAC processed/held in BP custody until repatriation. Repatriation flight was cancelled due to construction at airport, child was repatriated via land POE. |
| | 12/20/2025 | SDC | | | | | | 12/26/2025 | NOG-NOGALES, AZ, POE | V | UAC | 122.15 | USBP | UAC processed/held in BP custody until repatriation. Repatriation flight was cancelled due to construction at airport, child was repatriated via land POE. |
| | 12/21/2025 | EPT | | | | | | 12/30/2025 | COMPASS CONNECTIONS SNA STAFF SEC | NTA/DT | UAC | 227.58 | USBP | UAC processed/held in BP custody until HHS took custody. Child required medical attention prior to transfer to ORR. |
| | 12/21/2025 | SDC | | | | | | 12/26/2025 | NOG-NOGALES, AZ, POE | V | UAC | 115.12 | USBP | UAC processed/held in BP custody until repatriation. Repatriation flight was cancelled due to construction at airport, child was repatriated via land POE. |
| | 12/21/2025 | RGV | | | | | | 12/24/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 74.43 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/22/2025 | SDC | | | | | | 12/26/2025 | NOG-NOGALES, AZ, POE | V | UAC | 93.03 | USBP | UAC processed/held in BP custody until repatriation. Repatriation flight was cancelled due to construction at airport, child was repatriated via land POE. |
| | 12/22/2025 | SDC | | | | | | 12/26/2025 | VISIONQUEST SAN MAHAN | B | UAC | 94.25 | USBP | UAC processed/held in BP custody until HHS took custody. |
| | 12/22/2025 | SDC | | | | | | 12/26/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 125.15 | USBP | UAC processed/held in BP custody until repatriation flight which was delayed due to flight cancellations. |
| | 12/22/2025 | EPT | | | | | | 12/31/2025 | PORT ISABEL SPC | ER | FMUA | 199.80 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/22/2025 | RGV | | | | | | 12/26/2025 | PORT ISABEL SPC | ER | FMUA | 126.32 | USBP | UAC processed/held in BP custody following processing delays. |
| | 12/23/2025 | RGV | | | | | | 12/27/2025 | BRO-BROWNSVILLE, TX, POE | V | UAC | 107.53 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/23/2025 | RGV | | | | | | 12/27/2025 | BRO-BROWNSVILLE, TX, POE | V | UAC | 104.43 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/23/2025 | RGV | | | | | | 12/27/2025 | HID-HIDALGO, TX, POE | V | UAC | 92.05 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/23/2025 | RGV | | | | | | 12/27/2025 | BRO-BROWNSVILLE, TX, POE | V | UAC | 92.10 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/23/2025 | RGV | | | | | | 12/27/2025 | HID-HIDALGO, TX, POE | V | UAC | 89.95 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/24/2025 | EPT | | | | | | 12/28/2025 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 75.08 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/25/2025 | DRT | | | | | | 12/28/2025 | SYS-SAN YSIDRO, CA, POE | V | UAC | 74.05 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/26/2025 | YUM | | | | | | 12/31/2025 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 111.97 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/27/2025 | EPT | | | | | | 12/31/2025 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 99.97 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/27/2025 | SDC | | | | | | 12/31/2025 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 91.37 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/27/2025 | EPT | | | | | | 1/1/2026 | PORT ISABEL SPC | ER | FMUA | 80.72 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/28/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 72.62 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/28/2025 | SDC | | | | | | 1/4/2026 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 156.33 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 12/29/2025 | RGV | | | | | | 1/2/2026 | HID-HIDALGO, TX, POE | V | FMUA | 108.60 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/5/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 161.82 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/5/2026 | HLG-HARLINGEN, TX, POE | ER | FMUA | 151.88 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 82.82 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 83.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 83.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/29/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | UAC | 79.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | RGV | | | | | | 1/8/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 215.42 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | EPT | | | | | | 1/2/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | V | FMUA | 76.55 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | SDC | | | | | | 1/6/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 165.93 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | SDC | | | | | | 1/6/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 165.93 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | LRT | | | | | | 1/5/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 127.20 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | EPT | | | | | | 1/5/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 126.52 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | EPT | | | | | | 1/5/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 126.52 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | DRT | | | | | | 1/4/2026 | BBM-BROWNSVILLE-MATAMOR, TX, POE | V | UAC | 109.27 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/30/2025 | EPT | | | | | | 1/16/2026 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER/CF | FMUA | 409.03 | USBP | Child part of family unit. Processed/held in BP custody pending further vetting by another government agency until ERO took custody. |
| | 12/31/2025 | RGV | | | | | | 1/4/2026 | BBM-BROWNSVILLE-MATAMOR, TX, POE | V | FMUA | 105.20 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/31/2025 | RGV | | | | | | 1/4/2026 | BBM-BROWNSVILLE-MATAMOR, TX, POE | V | UAC | 99.48 | USBP | UAC processed/held in BP custody until repatriation. |
| | 12/31/2025 | SPW | | | | | | 1/3/2026 | SPO-SPOKANE, WA, POE | | UAC | 72.47 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 12/31/2025 | YUM | | | | | | 1/6/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 137.18 | USBP | Child part of family unit. Processed/held in BP custody until moved to flight hub for repatriation flight. |
| | 12/31/2025 | YUM | | | | | | 1/6/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 137.18 | USBP | Child part of family unit. Processed/held in BP custody until moved to flight hub for repatriation flight. |
| | 12/31/2025 | YUM | | | | | | 1/6/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 137.18 | USBP | Child part of family unit. Processed/held in BP custody until moved to flight hub for repatriation flight. |
| | 12/31/2025 | SDC | | | | | | 1/4/2026 | VIV-VISTA DEL MAR CHILD & FAM SVC | ER | UAC | 98.95 | USBP | UAC processed/held in BP custody until HHS took custody. |
| | 12/31/2025 | EPT | | | | | | 1/4/2026 | SEL-STANTON ST BRIDGE, TX, POE | V | UAC | 91.30 | USBP | UAC processed/held in BP custody until repatriation. |





UNCLASSIFIED // FOR OFFICIAL USE ONLY