UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Customs and Border Protection (CBP) Enforcement Actions - Nationwide**

**Office of Field Operations (OFO) and U.S. Border Patrol (USBP) Children with Time In Custody (TIC) Hours More than 72 Hours**

**January 1, 2026 - January 31, 2026**

Source: CBP Data Warehouse as of 2/24/26

| Alien Number | Encounter Date | Sector / Field | Subject Name | Date of Birth | Event Number | Ident Fin | Country Of Birth | Most Recent Book Out Date | Most Recent Book Out Location | Disposition | Demographic | Time in Custody (TIC) Hours | Component | Reason for TIC > 72 Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/1/2026 | SDC | | | | | | 1/18/2026 | SYS-SAN YSIDRO, CA, POE | V | UAC | 415.72 | USBP | UAC processed/held in BP custody until repatriation.UAC was transferred to hospital due to injuries sustained during entry. Subject was in hospital for approximately 16 Days and was repatriated 2 days after being discharged.  Addi |
| | 1/1/2026 | RGV | | | | | | 1/6/2026 | HID-HIDALGO, TX, POE | ER | FMUA | 122.28 | USBP | Additional coordination with was required prior to release from custody and repatriation due to adult parents in the family unit being non |
| | 1/1/2026 | RGV | | | | | | 1/6/2026 | HID-HIDALGO, TX, POE | ER | FMUA | 122.28 | USBP | Additional coordination with was required prior to release from custody and repatriation due to adult parents in the family unit being non |
| | 1/1/2026 | RGV | | | | | | 1/6/2026 | HID-HIDALGO, TX, POE | ER | FMUA | 122.28 | USBP | Additional coordination with was required prior to release from custody and repatriation due to adult parents in the family unit being non |
| | 1/1/2026 | RGV | | | | | | 1/6/2026 | HID-HIDALGO, TX, POE | ER | FMUA | 122.28 | USBP | Additional coordination with was required prior to release from custody and repatriation due to adult parents in the family unit being non |
| | 1/1/2026 | DRT | | | | | | 1/10/2026 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 211.83 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 1/2/2026 | RGV | | | | | | 1/6/2026 | HLG-HARLINGEN, TX, POE | ER | FMUA | 91.92 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | DRT | | | | | | 1/6/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | ER | FMUA | 88.43 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | DRT | | | | | | 1/6/2026 | LOI-LOS INDIOS, TX (FREE TRADE BRIDGE), POE | ER | FMUA | 88.45 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | EPT | | | | | | 1/7/2026 | SOUTH TEXAS FAM RESIDENTIAL CENTER | ER | FMUA | 110.92 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody. |
| | 1/2/2026 | RGV | | | | | | 1/6/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.75 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | RGV | | | | | | 1/6/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.77 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | RGV | | | | | | 1/6/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.53 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/2/2026 | LRT | | | | | | 1/8/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.12 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/3/2026 | EPT | | | | | | 1/6/2026 | SEL-STANTON ST BRIDGE, TX, POE | V | UAC | 77.78 | USBP | UAC processed/held in BP custody until repatriation.Repatriation flight was cancelled, UAC was repatriated via land POE. |
| | 1/3/2026 | EPT | | | | | | 1/6/2026 | SEL-STANTON ST BRIDGE, TX, POE | V | UAC | 76.28 | USBP | UAC processed/held in BP custody until repatriation.Repatriation flight was cancelled. UAC was repatriated via land. |
| | 1/3/2026 | RGV | | | | | | 1/7/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 74.40 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/3/2026 | RGV | | | | | | 1/8/2026 | TRANSPORT ONLY NO DETENTION-HLG | T | FMUA | 123.40 | USBP | Child part of family unit. Processed/held in BP custody until ERO took custody Child was sent to hospital for several days, delaying transfer to ERO. |
| | 1/3/2026 | TCA | | | | | | 1/7/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | REINST | FMUA | 84.87 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 01/05/2026 | BUFFALO | | | | | | 1/9/2026 | NIAGANY - NIAGARA COUNTY JAIL | ENCOUNTERED | AM | 112.31 | OFO | Held awaiting transfer to CPS |
| | 01/05/2026 | BUFFALO | | | | | | 1/9/2026 | NYBUFFC - BUFFALO CF, ALDEN,NY | ENCOUNTERED | AM | 112.60 | OFO | Held awaiting transfer to CPS |
| | 01/05/2026 | BUFFALO | | | | | | 1/9/2026 | NIAGANY - NIAGARA COUNTY JAIL | ENCOUNTERED | AM | 112.28 | OFO | Held awaiting transfer to CPS |
| | 1/7/2026 | EPT | | | | | | 1/11/2026 | EL PASO HOLDROOM | ER | FMUA | 88.95 | USBP | Child part of family unit. Processed/held in BP custody until ERO repatriation flight. |
| | 1/7/2026 | EPT | | | | | | 1/11/2026 | EL PASO HOLDROOM | ER | FMUA | 88.95 | USBP | Child part of family unit. Processed/held in BP custody until ERO repatriation flight. |
| | 1/8/2026 | TCA | | | | | | 1/12/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 91.47 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/8/2026 | TCA | | | | | | 1/12/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | ER | FMUA | 91.47 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/8/2026 | RGV | | | | | | 1/12/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.48 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/8/2026 | RGV | | | | | | 1/13/2026 | HLG-HARLINGEN, TX, POE | ER | FMUA | 101.52 | USBP | Child part of family unit. Processed/held in BP custody until ERO repatriation flight. |
| | 1/8/2026 | TCA | | | | | | 1/12/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | REINST | FMUA | 85.45 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/8/2026 | RGV | | | | | | 1/12/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.48 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/9/2026 | RGV | | | | | | 1/12/2026 | BBM-BROWNSVILLE-MATAMOR, TX, POE | V | UAC | 81.90 | USBP | UAC processed/held in BP custody until repatriation. |
| | 1/9/2026 | RGV | | | | | | 1/13/2026 | HLG-HARLINGEN, TX, POE | REINST | FMUA | 78.57 | USBP | Child part of family unit. Processed/held in BP custody until ERO repatriation flight. |
| | 1/11/2026 | RGV | | | | | | 1/14/2026 | HLG-HARLINGEN, TX, POE | REINST | FMUA | 72.32 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/11/2026 | RGV | | | | | | 1/14/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 72.80 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/11/2026 | LRT | | | | | | 1/15/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 78.25 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/13/2026 | RGV | | | | | | 1/17/2026 | HLG-HARLINGEN, TX, POE | ER | FMUA | 80.53 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 1/15/2026 | LRT | | | | | | 1/19/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 80.97 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/17/2026 | RGV | | | | | | 1/21/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 96.25 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/17/2026 | RGV | | | | | | 1/21/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 81.90 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/17/2026 | DRT | | | | | | 1/21/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 77.07 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/18/2026 | DRT | | | | | | 1/21/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 74.43 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/18/2026 | DRT | | | | | | 1/22/2026 | HLG-HARLINGEN, TX, POE | V | FMUA | 76.33 | USBP | Child part of family unit. Processed/held in BP custody until repatriation flight. |
| | 01/19/2026 | BUFFALO | | | | | | 2/3/2026 | UNITED KINGDOM | VISA WAIVER PROGRAM (VWP)-REMOVAL | AM | 360.02 | OFO | Held awaiting transportation for repatriation/family unity. Family was waiting for emergency travel documents from the consulate. Once issued, flight arrangements were made for the following day. |
| | 01/19/2026 | BUFFALO | | | | | | 2/3/2026 | UNITED KINGDOM | VISA WAIVER PROGRAM (VWP)-REMOVAL | AM | 357.47 | OFO | Held awaiting transportation for repatriation/family unity. Family was waiting for emergency travel documents from the consulate. Once issued, flight arrangements were made for the following day. |
| | 01/19/2026 | BUFFALO | | | | | | 2/3/2026 | UNITED KINGDOM | VISA WAIVER PROGRAM (VWP)-REMOVAL | AM | 358.77 | OFO | Held awaiting transportation for repatriation/family unity. Family was waiting for emergency travel documents from the consulate. Once issued, flight arrangements were made for the following day. |
| | 01/19/2026 | BUFFALO | | | | | | 2/3/2026 | | ENCOUNTERED | AM | 358.84 | OFO | Held awaiting transportation for repatriation/family unity. Family was waiting for emergency travel documents from the consulate. Once issued, flight arrangements were made for the following day. |
| | 1/20/2026 | DRT | | | | | | 1/24/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 76.90 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/20/2026 | DRT | | | | | | 1/24/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 76.90 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/21/2026 | RGV | | | | | | 1/24/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 73.98 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/21/2026 | SDC | | | | | | 1/24/2026 | SAN-SAN DIEGO, CA (AIRPORT), POE | V | UAC | 72.42 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/22/2026 | LRT | | | | | | 1/26/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 89.35 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/23/2026 | SDC | | | | | | 1/26/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | V | UAC | 83.23 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/23/2026 | SDC | | | | | | 1/26/2026 | CHU-CHULA VISTA, CA, BORDER PATROL STATION | V | UAC | 76.02 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 01/23/2026 | SAN DIEGO | | | | | | 1/27/2026 | MEXICAN CONSULATE | WD IN LIEU OF NTA | UAC | 100.02 | OFO | Held awaiting transfer to Mexican consulate. |
| | 1/24/2026 | LRT | | | | | | 1/28/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 90.50 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/26/2026 | LRT | | | | | | 2/2/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 88.47 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 1/29/2026 | LRT | | | | | | 2/2/2026 | HLG-HARLINGEN, TX, POE | V | UAC | 83.83 | USBP | UAC processed/held in BP custody until repatriation flight. |
| | 01/30/2026 | BUFFALO | | | | | | 2/9/2026 | MVMELP - MVM TRANSPORT, EL PASO | VISA WAIVER PROGRAM (VWP)-REMOVAL | FMUA | 234.67 | OFO | Held awaiting transfer to ERO. |

 U.S. Customs and Border Protection

UNCLASSIFIED // FOR OFFICIAL USE ONLY

 CBP STAT Division
Operations Support