**ERO Non-Detained Management Division**

**December FY2026 Juvenile Flores Report**

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Detainee and Detention History Source: DSSDM and ETL as of 01/13/2026.

Placement Source: Data reported manually by JFMD staff.

| Detainee Information | | | | | | Detention History Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Reason | Unaccompanied Juvenile Y/N |
| | | | | | | 10/24/2025 12:20 | 10/24/2025 18:10 | 01/02/2026 10:17 | 2 | NW REG JUV DET CTR | JUVENILE | harges are currently pending. On 10/24/2025, AC was apprehended by ICE and subsequently transferred on 10/24/2025 to NW REG JUV DET CTR. | NO |
| | | | | | | 10/24/2025 12:20 | 10/24/2025 12:20 | 10/24/2025 14:00 | 1 | RICHMOND SUB-OFFICE HOLD | HOLD | Transferred | NO |
| | | | | | | 10/24/2025 12:19 | 10/24/2025 18:10 | 01/05/2026 08:00 | 2 | NW REG JUV DET CTR | JUVENILE | Charges are currently pending. On 10/24/2025, AC was apprehended by ICE and subsequently transferred on 10/24/2025 to NW REG JUV DET CTR. | NO |
| | | | | | | 10/24/2025 12:19 | 10/24/2025 12:19 | 10/24/2025 14:00 | 1 | RICHMOND SUB-OFFICE HOLD | HOLD | Transferred | NO |
| | | | | | | 05/08/2025 10:43 | 05/09/2025 00:07 | | 2 | NW REG JUV DET CTR | JUVENILE | On 05/08/2025, AC was taken into ICE custody and subsequently transferred on 05/09/2025 to NW REG JUV DET CTR. | NO |
| | | | | | | 05/08/2025 10:43 | 05/08/2025 10:43 | 05/08/2025 11:12 | 1 | LOS CUST CASE | HOLD | Transferred | NO |
| | | | | | | 09/27/2025 09:30 | 09/28/2025 00:38 | 12/07/2025 15:27 | 2 | NW REG JUV DET CTR | JUVENILE | On 09/27/2025, AC was apprehended by ICE and subsequently transferred on 09/28/2025 to NW REG JUV DET CTR. On 12/07/2025, AC was returned to native country. | NO |
| | | | | | | 09/27/2025 09:30 | 09/27/2025 09:30 | 09/27/2025 17:00 | 1 | BOSTON HOLDROOM | HOLD | Transferred | NO |
| | | | | | | 12/19/2025 13:30 | 12/19/2025 13:30 | | 1 | BLOUNT COUNTY JUVENILE DET CNTR | JUVENILE | On 12/18/2025, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Secuity Investigations (HSI), Drug Enforcement Administration (DEA) Federal Partners, and Customs and Border Protection (CBP) apprehended AC outside his residence without incident. On 12/10/2025, AC was booked into BLOUNT COUNTY JUVENILE DETENTION CENTER. | NO |

Additional Reason column (far right) notes:
- Public Safety - Turned 18 on [redacted] and was transferred to an adult facility.
- Public Safety - An Immigration Judge granted VD on 12/18/2025. AC departed on 01/06/2026.
- Public Safety/Flight risk - Ordered removed by an immigration judge on 09/30/2025. Appeal is pending.
- Public Safety - an immigration Judge granted VD on 11/10/2025. AC departed on 12/07/2025.
- Public Safety - IJ denied bond (danger to community and flight risk). Next hearing date is set.