# ERO Non-Detained Management Division

## January FY2026 Juvenile Flores Report

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Detainee and Detention History Source: DSSDM and ETL as of 1/31/2026

Placement Source: Data reported manually by JFMD staff.

| Detainee Information | | | | | | Detention History Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/18/2026 16:22 | 1/23/2026 1:03 | 1/23/2026 3:30 | 16 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 23:19 | 1/23/2026 1:02 | 15 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 20:11 | 1/22/2026 23:18 | 14 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 15:00 | 1/22/2026 20:10 | 13 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 14:21 | 1/21/2026 14:59 | 12 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 7:41 | 1/21/2026 14:20 | 11 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 6:57 | 1/21/2026 7:40 | 10 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | FAMU was picked up on 18th for the departure flight scheduled on 20th. Flight was rescheduled to 23rd departure. |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 8:35 | 1/21/2026 6:56 | 9 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 4:00 | 1/20/2026 8:34 | 8 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 22:35 | 1/20/2026 3:59 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 21:28 | 1/19/2026 22:34 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 14:45 | 1/19/2026 21:27 | 5 | SAN ANTONIO DRO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 2:27 | 1/19/2026 12:00 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 19:10 | 1/19/2026 2:26 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 17:22 | 1/18/2026 19:09 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 16:22 | 1/18/2026 17:21 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/23/2026 1:03 | 1/23/2026 3:30 | 16 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 23:19 | 1/23/2026 1:02 | 15 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 20:11 | 1/22/2026 23:18 | 14 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 15:00 | 1/22/2026 20:10 | 13 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 14:21 | 1/21/2026 14:59 | 12 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 7:41 | 1/21/2026 14:20 | 11 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 6:57 | 1/21/2026 7:40 | 10 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | FAMU was picked up on 18th for the departure flight scheduled on 20th. Flight was rescheduled to 23rd departure. |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 8:35 | 1/21/2026 6:56 | 9 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 4:00 | 1/20/2026 8:34 | 8 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 22:35 | 1/20/2026 3:59 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |

| Detainee Information | | | | | | Detention History Information | | | | | | | | |
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1/18/2026 16:22 | 1/19/2026 21:28 | 1/19/2026 22:34 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 14:45 | 1/19/2026 21:27 | 5 | SAN ANTONIO DRO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 2:27 | 1/19/2026 12:00 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 19:10 | 1/19/2026 2:26 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 17:22 | 1/18/2026 19:09 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 16:22 | 1/18/2026 17:21 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/27/2026 23:41 | 1/28/2026 4:15 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU entered custody on 01/21 for a removal flight. Flight was rescheduled to 01/27. |
| | | | | | | 1/21/2026 16:45 | 1/27/2026 9:54 | 1/27/2026 23:40 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/26/2026 20:46 | 1/27/2026 9:53 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/22/2026 1:10 | 1/26/2026 20:45 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/21/2026 17:45 | 1/22/2026 1:09 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/21/2026 16:45 | 1/21/2026 17:44 | 1 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/27/2026 23:41 | 1/28/2026 4:15 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU entered custody on 01/21 for a removal flight. Flight was rescheduled to 01/27. |
| | | | | | | 1/21/2026 16:45 | 1/27/2026 9:54 | 1/27/2026 23:40 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/26/2026 20:46 | 1/27/2026 9:53 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/22/2026 1:10 | 1/26/2026 20:45 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/21/2026 17:45 | 1/22/2026 1:09 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 16:45 | 1/21/2026 16:45 | 1/21/2026 17:44 | 1 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 1/7/2026 19:49 | 1/7/2026 19:50 | 9 | NYC HOLD ROOM | HOLD | Order of Supervision - Re-Release | NO | FAMU entered custody on 12/20 for the departure flight on 12/21 out of Alexandria, LA. A stay of removal was filed with the court and ICE was ordered to stay removal until a decision is made. Parent opted to depart with USC child, so Dilley was not an option for housing. On 1/7/26, FAMU was returned to NYC and was released. |
| | | | | | | 12/20/2025 10:42 | 1/7/2026 9:01 | 1/7/2026 19:47 | 8 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 9:00 | 1/7/2026 9:00 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 2:16 | 12/22/2025 8:59 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/22/2025 0:15 | 12/22/2025 2:15 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/21/2025 9:21 | 12/22/2025 0:14 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 19:15 | 12/21/2025 9:20 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 17:11 | 12/20/2025 19:14 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 12/20/2025 10:42 | 12/20/2025 10:42 | 12/20/2025 17:10 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/6/2026 15:41 | 1/11/2026 4:36 | 1/11/2026 9:15 | 8 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Removed | YES | FAMU was picked up on 1/6 for the departure flight on 1/7 |
| | | | | | | 1/6/2026 15:41 | 1/9/2026 7:45 | 1/11/2026 4:35 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |
| | | | | | | 1/6/2026 15:41 | 1/9/2026 4:01 | 1/9/2026 7:44 | 6 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | YES | |
| | | | | | | 1/6/2026 15:41 | 1/7/2026 15:28 | 1/9/2026 4:00 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |

| Detainee Information | | | | | Detention History Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/6/2026 15:41 | 1/7/2026 5:26 | 1/7/2026 15:27 | 4 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | YES | out of Harlingen, TX. 01/07 flight was rescheduled to 01/09. |
| | | | | | | 1/6/2026 15:41 | 1/6/2026 16:30 | 1/7/2026 5:25 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |
| | | | | | | 1/6/2026 15:41 | 1/6/2026 15:50 | 1/6/2026 16:29 | 2 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | YES | |
| | | | | | | 1/6/2026 15:41 | 1/6/2026 15:41 | 1/6/2026 15:49 | 1 | ERO HOLD ROOM (SPRINGFIELD MO) | HOLD | Transferred | YES | |
| | | | | | | 1/8/2026 10:10 | 1/12/2026 3:21 | 1/12/2026 9:52 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU was picked up on 1/9 (Friday) for the departure flight scheduled on 1/12. |
| | | | | | | 1/8/2026 10:10 | 1/9/2026 16:25 | 1/12/2026 3:20 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/8/2026 10:10 | 1/9/2026 9:40 | 1/9/2026 16:24 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/8/2026 10:10 | 1/8/2026 10:10 | 1/9/2026 9:39 | 1 | PHOENIX DIST OFFICE | HOLD | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/14/2026 21:57 | 1/15/2026 21:15 | 10 | SAN ANTONIO DRO HOLD ROOM | HOLD | Proceedings Terminated | NO | FAMU entered ICE custody on 1/10 and was picked up on 1/11 for a transfer to San Antonio for processing and transfer to Dilley. FAMU had an interview with USCIS on 1/12. Detention was halted and FAMU was temporarily housed in a hotel pending USCIS decision. USCIS granted the application. FAMU was released on 1/15. |
| | | | | | | 1/10/2026 11:58 | 1/14/2026 21:26 | 1/14/2026 21:56 | 9 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/14/2026 18:50 | 1/14/2026 21:25 | 8 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/14/2026 14:21 | 1/14/2026 18:49 | 7 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/12/2026 16:50 | 1/14/2026 14:20 | 6 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/12/2026 7:06 | 1/12/2026 16:49 | 5 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/11/2026 2:05 | 1/12/2026 7:05 | 4 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/10/2026 23:45 | 1/11/2026 2:04 | 3 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/10/2026 22:45 | 1/10/2026 23:44 | 2 | HOUSTON FO HOLDROOM | HOLD | Transferred | NO | |
| | | | | | | 1/10/2026 11:58 | 1/10/2026 11:58 | 1/10/2026 14:44 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/14/2026 21:57 | 1/15/2026 21:14 | 10 | SAN ANTONIO DRO HOLD ROOM | HOLD | Proceedings Terminated | NO | FAMU entered ICE custody on 1/10 and was picked up on 1/11 for a transfer to San Antonio for processing and transfer to Dilley. FAMU had an interview with USCIS on 1/12. Detention was halted and FAMU was temporarily housed in a hotel pending USCIS decision. USCIS granted the application. FAMU was released on 1/15. |
| | | | | | | 1/10/2026 12:07 | 1/14/2026 21:26 | 1/14/2026 21:56 | 9 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/14/2026 18:50 | 1/14/2026 21:25 | 8 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/14/2026 14:21 | 1/14/2026 18:49 | 7 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/12/2026 16:50 | 1/14/2026 14:20 | 6 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/12/2026 7:06 | 1/12/2026 16:49 | 5 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/11/2026 2:05 | 1/12/2026 7:05 | 4 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/10/2026 23:45 | 1/11/2026 2:04 | 3 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/10/2026 22:45 | 1/10/2026 23:44 | 2 | HOUSTON FO HOLDROOM | HOLD | Transferred | NO | |
| | | | | | | 1/10/2026 12:07 | 1/10/2026 12:07 | 1/10/2026 14:44 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |
| | | | | | | 1/12/2026 7:30 | 1/16/2026 6:44 | 1/16/2026 9:05 | 6 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU entered custody on 1/12 but was picked up on 1/14 |
| | | | | | | 1/12/2026 7:30 | 1/15/2026 19:38 | 1/16/2026 6:43 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/12/2026 7:30 | 1/15/2026 9:04 | 1/15/2026 19:37 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |

| Detainee Information | | | | | | Detention History Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/12/2026 7:30 | 1/14/2026 20:45 | 1/15/2026 9:03 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | for a commercial air flight departing on 1/16. |
| | | | | | | 1/12/2026 7:30 | 1/14/2026 19:35 | 1/14/2026 20:44 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/12/2026 7:30 | 1/12/2026 7:30 | 1/14/2026 19:34 | 1 | PHOENIX DIST OFFICE | HOLD | Transferred | NO | |
| | | | | | | 1/12/2026 8:30 | 1/16/2026 6:44 | 1/16/2026 9:05 | 6 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU entered custody on 1/12 but was picked up on 1/14 for a commercial air flight departing on 1/16. |
| | | | | | | 1/12/2026 8:30 | 1/15/2026 19:38 | 1/16/2026 6:43 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/12/2026 8:30 | 1/15/2026 9:04 | 1/15/2026 19:37 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/12/2026 8:30 | 1/14/2026 20:45 | 1/15/2026 9:03 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/12/2026 8:30 | 1/14/2026 19:35 | 1/14/2026 20:44 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/12/2026 8:30 | 1/12/2026 8:30 | 1/14/2026 19:34 | 1 | PHOENIX DIST OFFICE | HOLD | Transferred | NO | |
| | | | | | | 1/12/2026 15:10 | 1/16/2026 3:28 | 1/16/2026 7:20 | 4 | MVN TRANSPORTATION, SNA | In Transit | Voluntary departure | NO | FAMU entered custody on 1/12 for the next available departure flight on 1/16. |
| | | | | | | 1/12/2026 15:10 | 1/12/2026 20:30 | 1/16/2026 3:27 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/12/2026 15:10 | 1/12/2026 16:10 | 1/12/2026 20:29 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/12/2026 15:10 | 1/12/2026 15:10 | 1/12/2026 16:09 | 1 | NEW ORLEANS HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/23/2026 1:03 | 1/23/2026 3:30 | 16 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | FAMU entered custody on 1/18 for the departure flight on 01/20 to ▮▮▮▮ flight was rescheduled to 21st then to 23rd. |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 23:19 | 1/23/2026 1:02 | 15 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/22/2026 20:11 | 1/22/2026 23:18 | 14 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 15:00 | 1/22/2026 20:10 | 13 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 14:21 | 1/21/2026 14:59 | 12 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 7:41 | 1/21/2026 14:20 | 11 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/21/2026 6:57 | 1/21/2026 7:40 | 10 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 8:35 | 1/21/2026 6:56 | 9 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/20/2026 6:59 | 1/20/2026 8:34 | 8 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 22:35 | 1/20/2026 3:58 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 21:28 | 1/19/2026 22:34 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 14:45 | 1/19/2026 21:27 | 5 | SAN ANTONIO DRO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/19/2026 2:27 | 1/19/2026 12:00 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 19:10 | 1/19/2026 2:26 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 17:22 | 1/18/2026 19:09 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/18/2026 16:22 | 1/18/2026 16:22 | 1/18/2026 17:21 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |
| | | | | | | 1/21/2026 10:45 | 1/26/2026 2:53 | 1/26/2026 8:08 | 8 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | |
| | | | | | | 1/21/2026 10:45 | 1/24/2026 16:20 | 1/26/2026 2:52 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |

| Detainee Information | | | | | | Detention History Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/21/2026 10:45 | 1/24/2026 8:31 | 1/24/2026 16:19 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | FAMU was picked up on 01/21 for the departure flight on 01/23 out of Alexandria, LA. Flight was rescheduled to 1/26 departure out of El Paso. |
| | | | | | | 1/21/2026 10:45 | 1/23/2026 9:58 | 1/24/2026 8:30 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 10:45 | 1/23/2026 5:01 | 1/23/2026 9:57 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 10:45 | 1/21/2026 23:50 | 1/23/2026 5:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 10:45 | 1/21/2026 11:45 | 1/21/2026 23:49 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 10:45 | 1/21/2026 10:45 | 1/21/2026 11:44 | 1 | SEATTLE FIELD OFFICE HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/21/2026 11:00 | 1/27/2026 23:43 | 1/28/2026 4:15 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU was picked up on 01/21 for the departure flight on 01/26 out of Harlingen. ▮ flight was rescheduled to 1/27 departure. |
| | | | | | | 1/21/2026 11:00 | 1/27/2026 10:01 | 1/27/2026 23:42 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 11:00 | 1/26/2026 21:01 | 1/27/2026 10:00 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 11:00 | 1/22/2026 2:10 | 1/26/2026 21:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/21/2026 11:00 | 1/21/2026 15:00 | 1/22/2026 2:09 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/21/2026 11:00 | 1/21/2026 11:00 | 1/21/2026 14:59 | 1 | SEATTLE FIELD OFFICE HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/27/2026 23:41 | 1/28/2026 4:15 | 8 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | FAMU was picked up on 01/22 for the departure flight on 01/26 out of Harlingen. ▮ flight was rescheduled to 1/27 departure. |
| | | | | | | 1/22/2026 13:26 | 1/27/2026 10:00 | 1/27/2026 23:40 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/26/2026 23:51 | 1/27/2026 9:59 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/23/2026 12:05 | 1/26/2026 23:50 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/23/2026 7:04 | 1/23/2026 12:04 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/23/2026 0:20 | 1/23/2026 7:03 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/22/2026 14:52 | 1/23/2026 0:19 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:26 | 1/22/2026 13:26 | 1/22/2026 14:51 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/25/2026 19:45 | 1/25/2026 23:58 | 8 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | FAMU was picked up on 1/22 for the departure flight on 1/25. |
| | | | | | | 1/22/2026 13:07 | 1/23/2026 17:35 | 1/25/2026 19:44 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/23/2026 16:46 | 1/23/2026 17:34 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/23/2026 12:01 | 1/23/2026 16:45 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/23/2026 2:34 | 1/23/2026 12:00 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/22/2026 22:00 | 1/23/2026 2:33 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/22/2026 20:31 | 1/22/2026 21:59 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:07 | 1/22/2026 13:07 | 1/22/2026 20:30 | 1 | CHICAGO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/22/2026 13:08 | 1/25/2026 19:45 | 1/25/2026 23:58 | 8 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | |
| | | | | | | 1/22/2026 13:08 | 1/23/2026 17:35 | 1/25/2026 19:44 | 7 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:08 | 1/23/2026 16:46 | 1/23/2026 17:34 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |

| | Detainee Information | | | | | Detention History Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/22/2026 13:08 | 1/23/2026 12:01 | 1/23/2026 16:45 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | FAMU was picked up on 1/22 for the departure flight on 1/25. |
| | | | | | | 1/22/2026 13:08 | 1/23/2026 2:34 | 1/23/2026 12:00 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:08 | 1/22/2026 22:00 | 1/23/2026 2:33 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 13:08 | 1/22/2026 20:31 | 1/22/2026 21:59 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 13:08 | 1/22/2026 13:08 | 1/22/2026 20:30 | 1 | CHICAGO HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/26/2026 4:06 | 1/26/2026 12:34 | 6 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU was picked up on 1/22 for the departure flight on 1/26. Needed a transportation arrangement out of Los Angeles. |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 16:25 | 1/26/2026 4:05 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 3:16 | 1/23/2026 16:24 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 0:00 | 1/23/2026 3:15 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/22/2026 22:20 | 1/22/2026 23:59 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/22/2026 21:20 | 1/22/2026 22:19 | 1 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/26/2026 4:06 | 1/26/2026 12:34 | 6 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU was picked up on 1/22 for the departure flight on 1/26. Needed a transportation arrangement out of Los Angeles. |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 16:25 | 1/26/2026 4:05 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 3:16 | 1/23/2026 16:24 | 4 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/23/2026 0:00 | 1/23/2026 3:15 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/22/2026 22:20 | 1/22/2026 23:59 | 2 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 1/22/2026 21:20 | 1/22/2026 21:20 | 1/22/2026 22:19 | 1 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 1/23/2026 10:54 | 1/26/2026 4:01 | 1/26/2026 12:32 | 4 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU was picked up on 1/23 for the departure flight on 1/26. |
| | | | | | | 1/23/2026 10:54 | 1/23/2026 22:18 | 1/26/2026 4:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/23/2026 10:54 | 1/23/2026 13:32 | 1/23/2026 22:17 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/23/2026 10:54 | 1/23/2026 10:54 | 1/23/2026 13:31 | 1 | BIRMINGHAM HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/23/2026 10:44 | 1/26/2026 4:01 | 1/26/2026 12:32 | 4 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU was picked up on 1/23 for the departure flight on 1/26. |
| | | | | | | 1/23/2026 10:44 | 1/23/2026 22:18 | 1/26/2026 4:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/23/2026 10:44 | 1/23/2026 13:32 | 1/23/2026 22:17 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/23/2026 10:44 | 1/23/2026 10:44 | 1/23/2026 13:31 | 1 | BIRMINGHAM HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/23/2026 11:01 | 1/26/2026 4:01 | 1/26/2026 12:32 | 4 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU was picked up on 1/23 for the departure flight on 1/26. |
| | | | | | | 1/23/2026 11:01 | 1/23/2026 22:18 | 1/26/2026 4:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/23/2026 11:01 | 1/23/2026 13:32 | 1/23/2026 22:17 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 1/23/2026 11:01 | 1/23/2026 11:01 | 1/23/2026 13:31 | 1 | BIRMINGHAM HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/24/2026 10:15 | 1/27/2026 23:46 | 1/28/2026 4:15 | 6 | MVM TRANSPORT, EL PASO | In Transit | Removed | NO | FAMU was picked up on 1/24 for the |
| | | | | | | 1/24/2026 10:15 | 1/27/2026 9:49 | 1/27/2026 23:45 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |

| Detainee Information | | | | | Detention History Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Name | Facility Type | Release Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 1/24/2026 10:15 | 1/26/2026 23:51 | 1/27/2026 9:48 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | on 1/24 for the departure flight on 1/27. Flight was rescheduled to 1/28 departure after cancellation. |
| | | | | | | 1/24/2026 10:15 | 1/25/2026 8:44 | 1/26/2026 23:50 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 1/24/2026 10:15 | 1/24/2026 13:34 | 1/25/2026 8:43 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 1/24/2026 10:15 | 1/24/2026 10:15 | 1/24/2026 13:33 | 1 | NYC HOLD ROOM | HOLD | Transferred | NO | |
| | | | | | | 1/27/2026 8:37 | 1/29/2026 22:01 | 1/30/2026 8:40 | 4 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Removed | YES | FAMU was picked up on 1/27 for the departure flight on 1/30. |
| | | | | | | 1/27/2026 8:37 | 1/27/2026 20:50 | 1/29/2026 22:00 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | YES | |
| | | | | | | 1/27/2026 8:37 | 1/27/2026 18:30 | 1/27/2026 20:49 | 2 | MVM TRANSPORT, SAN ANTONIO PROPER | In Transit | Transferred | YES | |
| | | | | | | 1/27/2026 8:37 | 1/27/2026 8:37 | 1/27/2026 18:29 | 1 | AUSTIN DRO HOLD ROOM | HOLD | Transferred | YES | |
| | | | | | | 01/16/2026 16:15 | 01/23/2026 05:01 | 01/23/2026 08:49 | 14 | MVM TRANSPORT, PHOENIX | In Transit | Removed | NO | FAMU was picked up on 01/16 and was transferred to Dilley on 01/18. FAMU was picked up from Dilley for the departure flight on 01/20 out of McAllen, TX. Flight was rescheduled to 01/23 out of Harlingen, TX. |
| | | | | | | 01/16/2026 16:15 | 01/21/2026 14:45 | 01/23/2026 05:00 | 13 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/21/2026 07:26 | 01/21/2026 14:44 | 12 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/20/2026 07:45 | 01/21/2026 07:25 | 11 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/20/2026 04:11 | 01/20/2026 07:44 | 10 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/18/2026 21:35 | 01/20/2026 04:10 | 9 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/18/2026 16:40 | 01/18/2026 21:34 | 8 | MVM TRANSPORT, PHOENIX | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/18/2026 05:01 | 01/18/2026 16:39 | 7 | SOUTH TEXAS FAM RESIDENTIAL CENTER | FAMILY | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/18/2026 00:01 | 01/18/2026 05:00 | 6 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/17/2026 20:30 | 01/18/2026 00:00 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/17/2026 08:11 | 01/17/2026 20:29 | 4 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/16/2026 19:35 | 01/17/2026 08:10 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/16/2026 17:15 | 01/16/2026 19:34 | 2 | MVM TRANSPORT, EL PASO | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 16:15 | 01/16/2026 16:15 | 01/16/2026 17:14 | 1 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 01/16/2026 14:27 | 01/22/2026 02:31 | 01/22/2026 06:45 | 6 | MVN TRANSPORTATION, SNA | In Transit | Removed | NO | FAMU was picked up on 1/16 for the departure flight on 1/22. Parent opted to travel with USC child, so housing at Dilley was not an option. |
| | | | | | | 01/16/2026 14:27 | 01/17/2026 13:25 | 01/22/2026 02:30 | 5 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 14:27 | 01/17/2026 02:26 | 01/17/2026 13:24 | 4 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 14:27 | 01/16/2026 18:00 | 01/17/2026 02:25 | 3 | JFMTCU TEMP HOTEL STAY | Other | Transferred | NO | |
| | | | | | | 01/16/2026 14:27 | 01/16/2026 16:28 | 01/16/2026 17:59 | 2 | MVN TRANSPORTATION, SNA | In Transit | Transferred | NO | |
| | | | | | | 01/16/2026 14:27 | 01/16/2026 14:27 | 01/16/2026 16:27 | 1 | BISHOP HENRY WHIPPLE FED BLDG | HOLD | Transferred | NO | |