# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, M██████ S██████ P██, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am from ████████.

3.     I am detained at Dilley with my 12-year-old son, ████, and my 14-year-old child.

4.     We have been detained for 29 days in total. We lived in New York for nine years before ICE detained us. It was our home.

5.     My 14-year-old was in ninth grade and loved school. This child misses going on walks and to the mall, and a best friend. My teen swam for two years until suffering shoulder injuries. Over the past year, my oldest had started to develop a strong connection with a great school social worker, and especially enjoyed AP Human Geography, Honors Earth and Space Science, and Honors Geometry classes. My oldest was always such a bright student but now is so worried about failing this year because there is no way to continue regular school while detained here. Our school from home has been trying to find ways to get educational materials to us, but even though my teen wants to keep studying here, email access is too limited to make it possible. When you try to look up information online, the links are usually blocked. The social worker has been asking if he can send school materials here, but there is no way. He asked if we could sign into google classroom, but we have not been able to do that because of the computer restrictions.

6.     My youngest, ████, was more than half-way through seventh grade, and he liked learning new things, too. He really liked science, math, and gym. He made some new friends this year. He also liked playing soccer with his friends, though he had to be careful because of his asthma. He misses going to arcades with his family and going to the park with his friend.

7.     My children went to school at Dilley once, but there was no one else there except for the teacher, and the entire school day lasted only for one hour. They found it weird because they wanted to see other young people there, so they did not go back.

8.      Our school at home has written a letter attesting to my children's good character, and the value they bring as members of the school community.

**Detention**

9.      One month ago, my ICE officer told me that my children and I had to go to an interview with an ICE officer in person. We thought we were just going to a normal check in. When we looked up the appointment confirmation online, the form said, "scheduled appointment" for "non-detained family." I went into that appointment feeling confident it was going to be a good meeting. But, when we got there, they would not let us leave the office. We were surprised, and I did not feel prepared at all. They did not show us any sort of warrant for arrest. They brought more people there to make sure we could not leave and detained us. We did not think this was going to happen, because I had been going to all my appointments, and wearing my ankle monitor.

**Over One Week Detained in a Hotel**

10.      Then, they took us to a hotel in McAllen called McAllen Plaza Hotel, where they kept us in a room for nine days straight. At first, they told us they would deport us from there. We spent the entire time in the hotel room and we could not leave.

11.      There were two officers stationed in the room with us at all times, one in front of the door and one in front of the bathroom, which made us feel so uncomfortable. The one in front of the bathroom made us feel embarrassed to use the bathroom. We felt like those days would never end. We were in such a small room.

12.      We were not allowed to look out the windows of the room, and the officers said this rule was for security reasons.

13.      During that time, there was one officer who said we could make one call to our family so long as it lasted less than three minutes. However, the officers told us we were not allowed to tell our family where we were, and if we did so they would take us and send us somewhere else. My teen spent the whole week crying.

2

14.     They did not let us call our attorney to tell him where we were either. They said that he would have to provide a form proving he was our attorney to them to get access to me. But there was no way for us to let him know he needed to provide this form.

15.     No one told us about our rights while we were there. There were some folders in the room on a table, but I do not know what they were and no one told me what they were.

16.     After nine days, they moved us to Dilley.

**Dilley ICE Detention Center**

17.     We have been detained at Dilley for 20 days. At first, ICE told us they brought us here to be deported, but then they said that they are detaining us while we are waiting for judges to make decisions in our case. But no one ever told us any information about how long that might be.

18.     The food here has been a really big problem. I am not sure if it is because I'm not used to it, but my 12-year-old and I spent three days vomiting and with fever after eating meat here. We could not eat for three days straight. We think the food that we ate caused it, because while I was vomiting it felt like the meat I had eaten caused it, and every time I thought of the meat here, it made me feel more nauseous. Even now, ▮▮▮ does not want to go to the cafeteria, because he worries the food will make him sick. He does not eat almost at all.

19.     My other child eats very few things, and says the rice, beans, and salad are the only thing that are comfortable to eat. We often have to buy soups from the commissary because the children do not like the food in the cafeteria.

20.     We really wish we could have ▮▮▮ here. There were so many delis with Hispanic food near where we lived, and my children were used to eating that food.

21.     ▮▮▮ has had an allergy on his hands since our fourth day here. He never had an allergy like that before, but now as you can see, the back of his hands are red. It used to itch, and then they gave him a cream. It got a bit worse, but now they give him some

3

medicine to take and his itchiness has decreased, but his hands burn at times when they turn red. Sometimes when he puts hand sanitizer on, his hands start burning more.

22.     My older child takes medication for anxiety and depression, but detention increases anxiety because there is no way to know what is going to happen to us, where we are going to go next, and if he will stay in the country. Neither of my children have any memory of ████████. It's scary.

23.     The anxiety medications make it hard for my teen to sleep as a side effect. At times, we have to wait for a long time for the pills in a line, too.

24.     Having the lights on all night makes it hard to sleep, too. We are not allowed to put towels up to block the light. They gave us eye masks, but we are not used to wearing them and the first time the children tried to, they could not sleep with them on. They still cannot use them. It helps block the light, but it makes it impossible to sleep. We also struggle to sleep, because our beds are right next to the common room, and the guards spend time in that room at night speaking loudly and opening and slamming the door. We wake up a lot at night.

25.     No one has ever told us about our rights, given us a "know your rights" training, or given us a paper with information about my children's rights here. I have never seen an I-770 form either. A little over a week ago, one official told me that when we got here, we should have gotten a packet with information about free lawyers. I tried to tell him that I never got those papers and only received a receipt for my property and my ID card. He told me I was lying and that I must have received it. Later, I tried to ask other friends who were detained how I could access that list since I did not have that packet. I only found out then about a folder with that information in it by the telephones. No one who worked here had ever let us know about that folder, so we did not know about it before. The officers also did not tell us about any way to make free phone calls. We still have not been able to make calls to lawyers on that list.

26.     Staff do not tell us things about our rights. For example, no one told us about *Flores* lawyers being here or talked to us about how our children have certain rights

under *Flores*. No one who works here ever mentioned the word *Flores*, explained who you were, or told us about any rights under *Flores*. I only heard about you and *Flores* because my friend explained that there were *Flores* lawyers here to me after she spoke with you.

27.    I think after we had been here for three days, a supervisor came to the common room and showed our family a video about immigration law, but I do not remember what it said. I am pretty sure it did not have any information about our rights while detained. I think it was animated, but I cannot really remember it. I think I wrote down information about fear of persecution and torture, because the president of ▇▇▇▇▇▇ would harm us.

28.    No one has ever said anything to me about any limit on the number of days that someone can be detained.

29.    We never received any information about my children's right to be released from Dilley without me.

30.    We never heard from anyone that we would receive any type of individual release decision, either. We have never heard about any sort of bond hearing, either.

31.    The tap water here tastes like soap, even with the filter on. So, usually we try to get ice and let it melt so we have something to drink.

32.    When we take showers there is one soap that we use, and it is the same as our hand soap. We have to use for our body and hair. It leaves our hair and skin feeling really dry.

33.    When we first got here, they gave us a free phone call during intake, but now we have to pay for calls. We were never allowed to make another free call to our family members. So, my children's grandmother puts money on our account. We have to balance having enough time for them to speak with her without spending all of our money.

34.    No one ever told us anything about receiving in person visits.

5

35.    The only way I can talk with my lawyer is by calling him with money on my account. I tried to use Gmail before, but it did not work. The people in the library said we would be able to use it, but we could not.

36.    A few days ago, the officers told us we could not leave our room, but they did not tell anyone why. We thought something bad was happening, but then I heard in the news that some Congresspeople had come here to investigate the detained mariachi brothers. It helped us calm down to have a potential reason. I thought they had forgotten about us later in the day though, because they kept us in our rooms through lunchtime. At 1 pm, after I think the Congresspeople had left, I asked an officer about lunch, and then we got to go to the cafeteria.

37.    We never learned how to use the grievance system here. I think someone told us that we could write to our ICE official in the tablet and ask about the balance of money on our account, but I do not really know about anything else we can do with them. I used the tablet once to ask the official about a court date that they told me I was going to have.

38.    It is so frustrating being here without knowing anything. I am hoping we can stay in the U.S. but I have no idea how much time we will remain detained here. I worry about my ninth-grader falling behind in school. I am so grateful that my child is so dedicated to studies generally, but it makes me sad to not know what will happen next. Whenever someone leaves here, they only give them a bit of time to find out, so you do not know what is coming next.

39.    My older child wants to be a veterinary surgeon as an adult, because of a love for cats. There are a lot of cats near where we live at home and my oldest would feed them. Adopting and taking so much care of one of the cats, buying a bed, and food created an attachment. Having to leave those cats behind makes my oldest feel the most sad about being here. ███ wants to keep getting better in school, too. He hopes to have the chance to go out with friends, and our family again, when he leaves here.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12 day of March 2026, at Dilley.

CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 3/12/2026