# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, M███ M██████-S█████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I speak Spanish.

3.    My nine-year-old daughter, ██████████, and I have now been at Dilley for about 113 days.  This declaration is an update to my statement from November.

4.    Our detention at Dilley has made me stronger in some ways, but it has mainly destroyed me.  I know my daughter and I will need a lot of mental health support when we get out of here.  This place has weakened us physically and mentally, and it is hard to keep going.

5.    I have filed around 15 or so grievances since being here at Dilley, and I have only received maybe 5 responses.  I have submitted grievances about the food, the inadequate special diet available for my daughter, the medical negligence we have experienced, the lack of education and support, and the guards' bad treatment of the kids.  In response to my grievances, there is a Core Civic person who meets with us.  They listen to the grievance and say that they will do something, but then they don't.

6.    My grievances about the food have to do with the fact that my daughter has been given the same food every day for months.  There are few options, especially for a vegetarian.  That is hard on children, especially when they have been here for months.  It's also hard because meals for Yellow are now only served from 6-7 am, 11-12 pm, and 4-5 pm.  By 8 pm, the kids in Yellow are already starving.

7.    I also submitted grievances because they would not give my daughter a special diet.  My daughter is a vegetarian – and they would not accept that she should be given a vegetarian meal without a religious reason.  The only way we ultimately got a vegetarian diet was to get a note from our doctor in ████████ about my child's allergies.  Why are we putting children through something like all of this just for food?  When you get here, you are already broken and they try to break you down even more by making it hard even to get food for your child.  Even with a special diet, the only thing that is really "special"

1

is that she gets extra fruit and milk with the regular meal.  Her only protein is from the eggs at breakfast and soy milk.  My daughter has fainted twice and often feels dizzy because she is not eating well.

8.    My daughter also suffers here because she has been getting very little sleep for months.  She will sleep a few hours at night and then be awake for most of the night.  My daughter doesn't understand why she can't sleep.  She will often wake up 3 a.m. and be awake for hours.  She will then fall back asleep at 11 a.m.  She just has no routine here anymore.  She has never had trouble sleeping before – so it is definitely related to the stress of being imprisoned.  She is constantly asking when we will leave and worrying what will happen, and that her friends will forget about her.

9.    The education at Dilley has been the same since we arrived here.  School continues just to be for one hour for age group and the kids don't really learn much.  It's worse now because they only allow 12 or so children in the classroom at a time.  The children line up and after that number is filled, they tell you to come back and try again tomorrow.

10.    There is still very little for my daughter to do.  There are even fewer activities for her age than when we arrived.  They have limited use of the computers in the library to only twenty minutes and the kids cannot play games, use Google or watch YouTube.  They have arts and crafts in the gym sometimes, but it is the same thing all the time and there is one pack of colored pencils for all the children to share.

11.    The holidays at Dilley were awful.  On Christmas, they told us they were going to have a special Christmas event for the children.  They said they would put a good movie on, and they even had flyers at the gym about it.  They had all the kids come into the gym and sit in the chairs.  Then they put on a video clip of the Grinch movie.  After a few minutes, someone came in the gym dressed like Santa.  The children were excited and started to gather around him.  Staff yelled at them all to sit down, and then the Santa just gave the children who were sitting a bag of chips.  Then the staff took a picture of the kids with Santa, turned the video on for another few minutes, and told the kids the activity was over.  It was humiliating and frustrating to be treated this way; it was worse

2

than doing nothing actually. To have your child get nothing more than a bag of chips for Christmas - and to not be able to give your child even one toy because you're stuck in this prison. It was horrible. My daughter was so sad around Christmas and kept blaming herself that we have been detained here for so long even though she did nothing wrong. She brought this up repeatedly.

12. We are no longer allowed to use Gmail to send email. They started using a new system called Proton, but they limit the number of characters per email to 150 characters and they now cap the number of emails we can send. This is the only way we can write to our lawyers, for example, and it means we have to write a series of many emails in our limited twenty minutes per day. It is also nearly impossible to do any work on our cases or appeals from inside here because we don't have access to Google translator.

13. Some of the guards are awful to the children. They are always screaming at kids for doing normal things like running at the park. If you're at a park with kids, what do you expect they are going to do?

14. The medical care here is awful. For example, I was diagnosed with a urinary tract infection on October 9th. I was in pain for months. They gave me a generic treatment, and it did not work. I returned and returned to medical, and they finally gave me another treatment. They would not do more in-depth testing and just gave me another round of antibiotics. I went in for a third time, and they took a urinary sample but they lost it. They just gave me another round of antibiotics, and it still didn't work. Finally, I was in a lot of pain and a doctor saw me. He said I needed to go to the emergency room immediately because I was in pain and they had already given me so many rounds of antibiotics. I had been crying and crying and was in excruciating pain.

15. In the hospital, I had to go on intravenous antibiotics and when they finally did a culture, they learned I was resistant to the antibiotics. I was hospitalized for three days, and they would not allow my daughter to stay with me. She had to stay by herself at Dilley with a staff person watching her 24/7. She was scared and very upset for days.

3

When I came back from the hospital, it took about a week for them to give me the medication that I needed, which delayed my recovery.

16.    I have also been extremely worried about ▮▮▮▮▮▮▮▮▮ health.  Each time she has fainted, the medical staff have downplayed it.  Recently, they questioned whether she actually fainted because they couldn't see what happened on the cameras.  They just gave her apple juice and a Tylenol.  They did not do bloodwork.  They said maybe it is hormonal and she's about to get her period.  She is nine.

17.    Most recently, by daughter injured her arm here.  She fell in the park one evening, and they only gave her an ice pack to put on the injury for the night.  She was in a lot of pain and crying all night.  The next day when she went to the medical unit, the pediatrician was very upset because staff had not even wrapped her hand.  The doctor gave her a cast and they left it on for about a month.  She was crying and in a lot of pain during the night for weeks, and it still hurts her.

18.    A lot of people don't know how to use the grievance system.  In some areas, they only have tablets for grievances, but the tablets don't have an alphabet for languages like Chinese.

19.    Dilley staff continue to discourage families from making grievances.  Staff tell families that making complaints can impact your immigration case.  Staff also tell families that they don't need to make a complaint, they can just talk directly to staff.  A lot of people think that is the correct way of doing things.

20.    My daughter has never been given free calls to our family.  We spend about $100 weekly on phone calls.

21.    We have still never been given a legal orientation or know your rights presentation during our three months here.  I have heard they now play a video when you first arrive here, but ICE keeps telling families that *Flores* doesn't exist and is no longer in effect. ICE says *Flores* only applies in California.

22.    No one here ever informed me of my daughter's release rights under *Flores*.  In December, I requested that my daughter be released to her stepfather.  I made this request

4

through the *Flores* lawyers. No one from ICE ever talked to me about this request. The only way I know that ICE was informed of the release request is because *Flores* attorneys have shared the updates with me. ICE denied the request supposedly because they want to "maintain family unity," but why does the government get to make that decision for families? No parent wants to see their child suffering in this prison – and as a mother, I should be able to decide if it would be better for my daughter to be released to her stepfather. It is horrible to be put in that position, but I was prepared to do that for my daughter's sake. I think it would be more selfish of me to not let her go than to keep her here continuing to suffer. I would much rather she be at school, eating normal food, and enjoying her time with friends rather than her being locked up here just because I want to have her here with me.

23.    This is not a safe place for kids. In the months we have been here, I have seen many unsafe things. I worry that children are at risk from all sorts of threats – both inside and outside of the facility.

24.    After three months, this place feels like a prison more than ever. Every day they have new rules that are more restrictive and make you feel even worse. No one asks you how it feels to be away from your family, your coworkers, your job, and anything that makes you feel safe. No one asks how it feels for your child not to get a single gift for Christmas. The suffering here is immense. I am very concerned about my child's health, and I don't want her to continue to suffer through all of this. Even when families are choosing to take voluntary departure, they won't tell you when you can leave or what paperwork is needed or what is happening. They won't let you even pay for your own flights. They just keep families here to make them suffer. If they want to deport us and we finally relent, why do they prolong the torture and keep us here?

5

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 15th day of January 2026, at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is *Diana Cano* and I swear that I am fluent in both the English and *Spanish* languages and I translated the foregoing declaration from English to *Spanish* to the best of my abilities.

Dated: 1/15/2026