# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, C█████ R██ B█████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 16 years old and have been living in Texas for about nine years.

3.      I speak English and Spanish.

4.      In September, ICE arrested my mom and me at our regular ICE check-in.  I still have no idea why.  We have been detained at Dilley for three months, and it's been awful.  This declaration is an update to my statement from October.

5.      Being at Dilley this long has been extremely hard on my mental health.  It is really getting to me.  I am having panic attacks.  I have had a couple of medical emergencies in the past couple of months.  The first medical emergency happened after one of the Core Civic officers was yelling and being aggressive with me because I was sitting around with a couple groups of teenagers, including two teens that were touching hands.  He singled me out to tell me that I should know better to let that happen even though it wasn't me holding hands and I was talking to kids in a different group.  He made me so upset because he took my ID and said he was reporting me to the Captain.  The staff tell you that getting reports like that can affect your immigration case.  I was so upset that I started crying and went to find my mom.  On the way to my room, I had a panic attack.  I couldn't really move and felt like I was going to pass out.  Someone called medical.  They brought me to medical, but all they did was check my vitals and send me back to our living area.

6.      A few days ago, I had another medical emergency.  I started hyperventilating.  My body started to feel really heavy; my arms started tingling; and I felt like I couldn't move.  My whole body felt weak.  My heartbeat started racing.  They took me to medical again, but they just told me to relax and took my vitals.

7.      Since I have been here, I have gotten sick seven times.  People are sick all the time and medical does very little to help.  They will just have a nurse take your vitals.  You basically have to be dying to see a doctor at this place.

1

8.	Sleeping here continues to be really difficult.  They keep the lights on all night, and it really affects us.  I have also started having back pain from the thin mattress on my bunk bed.  My back has been hurting for 3 or 4 days.

9.	We still have to buy soap, shampoo, conditioner, toothpaste, and deodorant in the commissary.  It's tough though because they now limit our access to the commissary to one day a week.  Yellow can only go to the commissary on Tuesdays.  I think this is because there are so many people here that the lines to get in the commissary were long and people were waiting for hours.

10.	The bathrooms are still pretty nasty and will often be disgusting all day.  The cleaning staff leaves around 2 pm – so the bathroom often gets very dirty in the afternoon.  One time there was a curse word written on the bathroom wall with poop.

11.	Education here is just as bad as ever.  I don't go to the classroom because it is just an hour for all the 9th-12th graders, and they only give you worksheets that aren't even at our grade level.  They also recycle the same worksheets every couple of months.  I am so worried about missing three months of my junior year.  I was trying to catch up, but I am concerned that I will end up having to graduate with the Class of 2028 unless we are released really soon.

12.	A lot of things are even worse and more strict than when I arrived in October.  For example, mealtimes are limited to one hour now when they used to be two hours.  Families in Yellow are only allowed to go to the cafeteria for meals at 6-7 a.m., 11-12 p.m., and 4-5 p.m.  I am never up in time for breakfast, and eating dinner at 4 pm is too early.  Also, they changed the rules so that now all kids have to be with their parents most of the time – even to get a snack or go to the telephones.  Kids over 12 used to have more freedom.

13.	We have to pay for my calls to my sisters.  It used to be that I could email my sisters, but they recently changed the system and I think you have to pay a monthly fee to be able to use the new email system.  I'm not sure how to use it.

14.     The food here is always the same, and I am tired of it.  I mainly just eat bread and coffee.  There have been times when people have found worms in the food, and yesterday there was a dead fly in the bread.  It was nasty.  I definitely didn't eat bread that day.  Even when there is a meal I like, they don't let you have more than a single portion.  I end up being hungry by 1-2 pm and again by 6-7 pm.  The snacks are also always the same – milk, apple juice, red apples and cookies or sometimes a granola bar.  It is rarely a granola bar.  We can buy things like Maruchan ramen and macaroni and cheese at the commissary, but it gets expensive and we can only buy food on Tuesdays.

15.     Since we have been here, no one has told us about our rights.  In three months, there hasn't been a know your rights presentation.  I have used the grievance process two times to complain about treatment by other residents, but I have not complained about these other things because staff know they are happening already.  It has been the same since we got here and I don't think they will do things differently so what is the point.

16.     I just hope I can get out of this prison soon.  I don't want to spend my birthday here.  I just want to get back to my regular life so I can see my sisters, graduate from high school, and do things I love like playing tennis.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 15th day of January 2026, at Dilley, Texas