# EXHIBIT 7

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 2:85-cv-04544-DMG-AGR    Document 1748-8    Filed 03/20/26    Page 1 of 7   Page
ID #:62589

I, N█████ P███ V██████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 33 years old, and I have three children, ███████, who is 14 years old, ████, who is 11 years old, and █████, who is 7 years old. We are from ███████.

3.      I speak Spanish.

4.      We have been detained at Dilley for 53 days.

5.      Before we arrived at this facility, we had been living in Connecticut and New York City for about two and half years. My children were going to school and things were going well.

6.      On November 7, 2025, I went to Connecticut to get some papers for a job I was applying for in New York. On the way back to New York City, I was detained in Connecticut by ICE agents. They pulled over my friend's car while he was driving me to the train station. They didn't tell us why they were stopping us; they just asked for our documents. They took my documents and never gave them back. They put handcuffs around my arms and my legs and even put a chain around my waist. It was so horrible. I just kept thinking of my children and what might happen to them if I could not get released.

7.      They took me to an ICE office in Connecticut. They told me I had two choices – either I could go to a detention center by myself and get someone to take care of my children or I could leave with an ankle monitor, return to New York City, and take self-deportation. I said I wanted to leave with an ankle monitor – so they let me leave to go back to New York by train. They made me sign some documents that I didn't understand, and then I made my own way to the train station. I was so scared and upset.

8.      After I got back to New York, I had to attend several ICE check-ins. There was one check-in in November, two in December, and then the last one was on January 17, 2026. Due to the ankle monitor, I lost the job that I had gotten in New York City. I didn't have money for an attorney, and I was constantly worried about having enough money to

1

feed my children. At the meetings, they would tell me I could get an attorney or there was a voluntary departure program that would pay for our flights. The issue with voluntary departure was that my children do not have passports, so it wasn't going to be possible even if we wanted to leave. I had an asylum case that was in process, and my children also had their own special immigrant juvenile status cases that were in process. None of what they were telling me made sense.

9.    On January 17, 2026, I went to our last ICE check-in. I brought my children with me because I was feeling terrified all the time that we would be separated. At that meeting, they said we had no choice but to go to a family detention center together. They did not explain why. People from DHS showed up and flew with us on a plane later that day. The people who escorted us on the flight only told us we were going to a detention center. They didn't even tell us where we were going. When we got to San Antonio, they drove us to Dilley.

**Dilley ICE Detention Center**

10.    When we arrived at Dilley, they didn't tell us anything about what was going to happen. They gave us clothes and IDs and took us to our beds. They said if we wanted information about our cases, we should go to the chapel to talk to ICE once a week. But it's so upsetting because they don't give us the right information, and they would just tell us the same thing each time.

11.    It is so hard to be here for 53 days and not have actual information about what is happening. It is just so unfair that it has taken three court dates to be able to start to figure out what is happening to us.

12.    We never had an orientation about our rights here. We never saw any videos. I was told there was a list of pro bono attorneys, but I was never able to get ahold of any of the attorneys. The only thing that they would tell me here is that I could speak to an ICE agent once a week in the chapel. And then when I went to the chapel, the ICE agents would just tell me that I could go to court to request voluntary departure or get my own attorney.

2

13.    No one ever told us about the *Flores* case or any rights my children have. The only thing I have been told is to just wait for my court date.

14.    I am very upset because it has been extremely hard to get any information about my case. At court yesterday, a lawyer showed up that I had not even been able to meet. The lawyer said that no one from Dilley had given him any information about my case and he had not been able to reach out to me. The judge said that I needed to come back again today after speaking to my family and the lawyer. At court today, they told me that I needed to decide if I wanted to continue my case. I have a sponsor in New York, and I told the judge that I do want to go back there.

15.    The truth is it has been the hardest on my fourteen-year-old son because he knows what is going on. He has so much anxiety and he doesn't want to eat. He is not able to fall asleep until 3 am. He doesn't understand why we are not able to leave. The younger ones don't understand as much so it's easier to keep them distracted.

16.    Sleeping is very hard because the lights are on all night. We have never been given eye masks for sleeping, and I am seeing one for the first time during this interview. If someone turns off the light at night, the guards will do a disciplinary report. It is also stressful just thinking about our case and not knowing what is going to happen.

17.    The water here tastes like chlorine, so we just stick to the juices. We have used the water filter, but the water still has a bad taste. We tend not to buy anything from the commissary because we don't have money.

18.    My children and I were here during the protests, and it was really sad because I later heard that a lot of the people who protested were deported. It was much more crowded during that time. It is sad to think about people who decided to speak up and share their voice being deported.

19.    It was difficult during the protests because we kept getting put on lockdown in our rooms. They would make us stay in our rooms, and we were unable even to go to medical. We were closely guarded. Now that there are fewer people here, we are not

3

seeing as much commotion. There haven't been any room searches or sweeps for about three weeks.

20.    I never got to see the little boy, Liam, when he was here, but I saw him on the news. I was happy when he was released, but I couldn't help but think "what about the rest of us?"

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this _11th_ day of _March, 2026_, at _Dilley, TX_ .

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: March 11, 2026                    _Diana Cano_____