# EXHIBIT 8

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, E█████ C█ M██, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 13 years old.  I am from ████████.

3.      I speak Spanish and English.

4.      I have been detained at Dilley for 86 days. ICE detained me with my mom and separated me from my dad. I feel so sad that I had to spend Christmas and New Years without my dad. It hurt so much to not be able to get a hug or be close to him on those days. Every day that I remain here is destroying my hope for my life. I miss everything about my life in Chicago because I do not have anything here.

5.      No one has ever told us why we are still here. The staff do not say anything. Even when my mom asks, they do not tell us anything.

**6.**      Before I arrived at this facility I lived in Chicago for a little over 2 years. My mom, my dad, and I all lived together. I was in 7th grade and I liked math class best. I used to go to games on Saturday and play Roblox with my friends.

**7.**      Before they arrested us, my mom had been doing photo ICE check-ins weekly on her phone for years. We had our first court date in November 2025, and the court scheduled our next date for 2028. In December, the ICE phone stopped working, and my mom explained to an ICE officer that the phone was not working. He told her to go to the nearest office to explain the phone problem. So, she went there without an appointment, and the staff threw her phone away, and put an ankle bracelet on her. They told her to come back tomorrow and to bring me for a welfare check. My mom told my school I needed to miss a few classes for the appointment on December 16, 2025. When we got to the welfare check, they said we were detained.

8.      The officers never gave me a chance to stay with my dad. They just locked me up with my mom. I want to be free and happy, but I am not here. They did not say anything about my rights.

9.      Later that afternoon, they took us to Dilley.

1

**<u>Dilley ICE Detention Center</u>**

10.     No one told us how long they would keep us here.

11.     It is depressing being here, especially on the holidays. I never imagined that they would separate me from my dad like they did, and I am so scared that they will separate me from my mom now.

12.     I feel so much anxiety and nerves that I have to use the bathroom every 5 minutes here. I keep wondering what is wrong with me.

13.     No one has ever told me I could be released to my dad without my mom.

14.     I have only ever heard of *Flores* from my mom's friend who told us that *Flores* allows children to release after 20 days. She helped us write papers asking about our rights. My mom did not know how to because she is ███████, and because of her lack of education, she did not know how to write a grievance. So, this other woman helped us. She took information from everyone and wrote papers to ICE asking for release, but the officers just tore them up, said *Flores* does not apply, and laughed at her.

15.     One time, I was eating in the cafeteria and a guard yelled at us that we were animals. It felt terrible knowing that they do not even think we are people. Another time, a guard told us that he could make us hurry because we were inmates and he was in charge.

16.     I have never been to a "know your rights" training here or seen a video about my rights.

17.     Missing months of school has been so hard. I miss school so much. When we got here in December, there were so many people detained and the classes were only one hour long. We all had to go to the same classroom regardless of what age or grade we were in to do the same material, and there was not enough space. It was so unrelated to the things I was learning in my school before this. But now, I think they are trying to hide the fact that they treated us like that, because we just found out that they have started having class all day. We did not know about this change, and I do not really want to go

2

anymore because I do not trust them. The materials they had us doing are all too simple anyway. It feels uncomfortable, and I know I will not learn anything.

18.    The food here is really bad, but whenever reporters or Congresspeople come they give us better food that they would never give us otherwise, like roast chicken, cakes, pizza, and ice cream. But that is just ICE hiding how it is the rest of the time to the outside world. Normally, they just give us the same meat with too many sauces on it every day. When they give us hamburgers, they are often raw inside. They have made me throw up before. I cannot really digest it.

19.    In the fridges here, there are cookies, and the kids eat them all the time to try to survive because the rest of the food is so bad. Even adults struggle with eating the food here. We never thought that adults would also have to only eat cookies.

20.    Other people eat just ramen to avoid the cafeteria foods that make them feel sick. My mom worries about it hurting me to eat too much ramen and cookies, but there is nothing else that does not feel gross.

21.    They do not even give us clean water here. The only way to get clean water is to buy water bottles, and it costs $30 to buy 24 bottles.

22.    I feel lucky that I have only suffered from vomiting and diarrhea from the food, because so many other kids have more intense issues. I have seen newborn babies here with bronchitis because ICE does not provide enough medical care for people who are sick. When there were a lot of people here, I would see them line up for two hours to get medicine.

23.    Sleeping is so hard here. As more weeks go on, it becomes even more difficult. In my case, I cannot get myself to fall asleep until 2 am, but then I have to wake up at 6 am. I feel like I almost do not sleep. It is so hard to sleep with the lights on. I close my eyes and feel like I can still see as much light as when they are open. It feels like the light is hitting me. I also cannot sleep with the eye mask on because it makes me feel like I cannot breathe.

24. I have to pay to call my dad. There are times when we have facetimed my dad and tried to explain what is happening and ICE cut the signal, like when we tried to tell my dad that they had locked us in our rooms because the Congresspeople had come. This happened another time when we had a call with a reporter as well. I think they do not want us to share critical things about our experience here and interfere with these calls.

25. The guards also completely change how they act anytime an outside Congressperson or reporter comes. The guards start being kind to us and saying "hi," which is something they would never do when they are not being watched.

26. For example, the psychologists will pretend for the visitors that they are here to help us, but there was one girl who asked the psychologist if she would be able to leave after 20 days, and the psychologist said harshly back, "No! Who told you that? You will be here at least four months! You may never leave." That girl came back so traumatized.

27. We have also seen staff provoke kids with autism. Today, a guard told a mom to keep better control of her child when he was having an episode. But they do not understand that children like that need treatment and cannot just be controlled.

28. If I stay in the U.S., I want to be an advocate for people who are innocent to get out of jail. I want to do whatever I can to make sure that more children do not get brought to places like this, because they are going to suffer.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this _12_ day of _March_ 2026, at _Dilley_ .

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: _3/12/2026_                                    _Ellen TWh_