# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, M███ T███ H███, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 27 years old and my son, ████████, is six years old. We are from ████████.

3.    I speak Spanish.

4.    We have been detained at Dilley for 23 days, and before that we were in CBP detention for about 10 days.

5.     Prior to Dilley, we crossed the border at Tijuana. Border patrol first took us to a CBP station for about 30 minutes. Next, they took us to another CBP station in San Diego for about a day and a half. At that second station, my son and I were separated from my husband and we did not see one another until we were leaving. As we were leaving, my son saw his dad get handcuffed and he became extremely upset. He asked the officer if they were also going to handcuff him. The officer said no, but my son just kept crying the whole ride to the next station.

6.    They took us to a third CBP station in San Diego for about eight days. My son and I were again separated from his father, which was really hard on him. He would cry and cry. The first few days, he was able to see his dad for maybe about ten minutes and toward the end he was able to see him for only about thirty minutes.

7.    It was really awful to be at the CBP stations for so long. All we had was a small mattress on the ground and a metal blanket. We had to go three days without a shower and there was just an open toilet that anyone could see you use. My son had to wear the same clothes for nine days, including his underwear. The only food my son was given was a gross burrito for every meal. They'd give us burritos at 5 am, 12 pm, and 6 pm. My son went into a depression. He wouldn't eat and just kept constantly asking when we were getting out.

8.    To come to the U.S. was already hard and we were hoping for a better life, but then to just be treated like criminals like that was truly awful.

1

9.     From the third CBP station, we were driven to Los Angeles and then flown to Charlotte and then to San Antonio with three DHS escorts. We were then driven from San Antonio to Dilley.

**Dilley ICE Detention Center**

10.     Being at this place is so hard on my son. He is not eating, and he keeps asking when we will get out of here. When we walk in the cafeteria, he covers his nose and mouth with his shirt because there is a strong odor coming from somewhere and it smells so bad to him. He is losing weight. There really needs to be more food options for children here.

11.     I've been concerned about my son's health here. He got an ear infection and at first, they just gave him ibuprofen. On the second visit, they gave him an antibiotic because his ear was really red. It was hard to get him to eat food with the antibiotic because he would vomit. He vomited twice. I asked for some fruit to eat with the antibiotic, but the doctor said to let him get hungry because if he was starving he will eventually eat the food.

12.     I also worry because my son has recently started talking in his sleep. I am concerned that it may be related to anxiety from being here. He always asks why the guards won't let us leave when we have done nothing wrong. He also brings up his experience in CBP and how we were crying and crying.

13.     I have seen the guards being very rude with children sometimes. Some of the staff just have no business working with children.

14.     When we arrived, they told us about the dos and don'ts of being here and understanding the rules. I was not shown a video about our legal rights. I was not told about *Flores* by the staff here, but we have heard about the case from some families and that kids are not supposed to be here for over 21 days.

15.     We have been told by ICE that we will be sent to Ecuador. They are telling us that Ecuador is are only option. We are now just waiting for this to happen. We are really

2

concerned because we know no one there, and we don't know where we will go or what will happen to us once we get there.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 11th day of March 2026, at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _3/11/2026_                    _Diana Cano_