# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, J███ A████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 17 years old.  I am ████████.

3.      I speak ██████ and English.

4.      I have been detained at Dilley for almost four months. I am detained here with my mom and little sister. My big sister is also at Dilley but because she is an adult, she has to stay in a different area.

5.      When we first arrived, we could only see my sister once a week but now we can see her Monday through Friday for one hour and on Saturday and Sunday for four hours. When we see my sister, we talk about how we are passing the time here. We try to be positive about things, but it is hard.

6.      Before I arrived at this facility I was living in Portland, Maine for about four years. I lived with my sisters and mom. It's very hard to be here. I miss my friends and my school in Maine. I was working hard at school, and I could see how my hard work was making a difference. I was in the top 20 students of my grade, and I was learning a lot. I miss playing soccer and spending time with my friends.

**Dilley ICE Detention Center**

7.      We don't know how long we will be here at Dilley. We are waiting to hear about our immigration case but no one has told us how long that will take or why we have to wait here to find out.

8.      No one has explained to me what my rights are here. The ICE officers have told us our lawyer isn't going to be able to do anything to help us, and we are just going to be deported. I don't remember watching a video or learning about my rights. When we first arrived there were videos on in the room we were sent to, but I didn't understand what it was talking about. I don't remember receiving any paper with a notice of my rights.

9.      My sister hurt her knee playing soccer last year before we got here and it's been bothering her since we've been here, but they just give her ibuprofen and Tylenol when

1

she goes to the doctor. It doesn't help. The doctors said if it gets worse to come back but they seem to just be waiting for it to be really, really bad and very swollen before they can take her to the hospital or do anything else. It feels like it doesn't really help to go to the doctor here.

10.     My sister who is in the adult section is having a very hard time because she can't see well. Her glasses prescription is old and needs to be updated but no one will take her to the right kind of doctor to fix it. This means she has headaches and can't see.

11.     We aren't used to the food here, so it hasn't been very good. We eat it because we are hungry and we need to eat but we don't like it. We buy our own food and water at the commissary because it tastes so much better. But that's very expensive. The water here, even with the filters, still gives me and my sister stomach aches.

12.     It's hard to sleep here because of the loud air conditioning unit and because lights are on and people are always opening the door while we are trying to sleep. It's also hard to sleep when I have so much going on in my mind and because I know I am in detention.

13.     We are able to call my uncle and we have video calls with him but they are expensive and we have to pay for them. We don't have to pay to talk to our lawyer if he makes an appointment to talk to us but if we just want to pick up the phone and call him that will cost us money.

14.     No one has been able to visit us because all our friends and family are too far away in Maine.

15.     Sometimes the staff here are rude to us. We try not to communicate with the staff too much because it doesn't seem to help anything. Some people are nice though. We speak enough English that it's not hard for us to communicate with the staff but for other families who are here that don't speak English or Spanish it is very hard.

16.     If we have a problem we can tell the officers in our hallway about it. For example, my sister saw raccoons around the hallways and she told staff and someone said they would try and get rid of them. Or you can also write down complaints on paper, but we haven't done that, so I don't know if it works or not.

2

17.    When we first got here, we used the tablets to watch movies and play games sometimes but you have to pay for everything so we don't do that as much anymore.

18.    I haven't tried the new school yet because it's new and I am not sure it will be good and I think they are teaching in Spanish and I don't speak Spanish.

19.    We have three changes of clothes but it's not very much and it's hard to get new clothes if we want something new. My mom says it is easier to not complain and avoid the stress of trying to get new things.

20.    They gave us hand wash to wash our bodies and it irritated our skin so we buy our own soap in the commissary and that has helped us avoid skin issues. I think the water is also irritating our skin but there is nothing I can do about that.

21.    There was a protest here but I don't remember when and I think it was because a lot of people were very sick here and the medical team wasn't doing anything to help people. At that time there were a lot of people here but now there are fewer people here and not as many people have been here for as long, so things have gotten quieter.

22.    Earlier this week, a congressman visited but it was at the time when we are supposed to go to the cafeteria, so we weren't able to see them or talk to them. They only let a few people go meet with them. It felt like they were trying to hide us from the tour.

23.    It is very hard to be here because you feel like you're in jail. Like you're a criminal. This place makes you see how little you are.

24.    I hope I get to see my friends one day. I want to celebrate happy things like weddings and spend time with people I want to spend time with. I know I have to live my life because no one knows what tomorrow will bring.

25.    When I grow up, I would like to be a soccer player or an architect, but who knows what I'll be able to do.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 11th day of March 2026, at Dilley, Texas