# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, T███ M███████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 30 years old.  I am from the ███████████████████████████.

3.      I speak ████████.

4.      I have been detained at Dilley for four months. I am here with my husband and my two-year-old son.

5.      They have not told us how long we will have to be here. No one has been able to tell us how much longer this will last.

6.      We were first in CBP detention for two days and then sent to Dilley. In CBP we were only given water and spaghetti with hot water. My son was struggling there. It was a jail and he was crying a lot. It was very dirty. While we were there my son had a high fever and was vomiting but they did not take him to the doctor. On the third day we took two different flights and were sent to Dilley.

**Dilley ICE Detention Center**

7.      Since being at Dilley, my family has had to deal with a lot of illness. My son had influenza and strep and he was having a hard time breathing and had a high fever. He was sick for almost two weeks because of the viruses. During those two weeks, I was in isolation with him while he recovered.

8.      At the same time, I was not feeling well but no one knew what was causing my illness. Then, they discovered I had tuberculosis and had to be isolated because of the tuberculosis. I was in isolation for about one month and seven days with my son. This is in addition to the two weeks I was in isolation with my son for his illness.

9.      During this time, my husband was only able to see us for five minutes in the morning and five minutes in the evening. It was very difficult.

10.     We are no longer in isolation, but we are still struggling because we are having bad reactions to the medication. My son and I are having diarrhea and stomach problems because of the medication we are taking but the doctors will not change the medication. I

1

don't want to take the medication anymore because it's causing me so many problems but then they tell me I have to sign something to say I am refusing to take the medication and that scares me.

11.     My son is struggling here. He looks like he is anemic and he doesn't seem healthy. But I am afraid to take him back to the medical facility because I am worried they will detain me there again. Every time we go there, they ask me to sign papers and I'm fearing they will again detain me there. I was really struggling in isolation not being able to leave or see anyone and I really don't want to have to deal with that again.

12.     While I was in isolation I was pressured to sign a lot of different papers. The ICE officers were telling me I had to sign papers to return to ▮▮▮▮ and if I didn't sign, I would be returned to Brazil. They kept coming in and yelling at me to sign papers.

13.     It doesn't feel like we have any rights here. The people here decide everything for you and make you feel as though there are no rights here. I don't remember them showing any videos about our rights. No one has ever talked to me about my son's rights as a child here.

14.     We don't like to eat the food here. We spend a lot of money to buy rice and spaghetti for our son at the commissary because that is the only thing he will eat. No one has offered my son any kind of baby or toddler food. I don't know if that's available for him. We also try and buy water at the commissary because the water here doesn't taste good.

15.     They have always given me enough diapers and wipes for my son. We are given soap and shampoo but it's not baby soap or specialized for him.

16.     My son doesn't sleep enough at night here. He usually sleeps about 3 hours and then gets up for several hours before going back to bed eventually. It's hard for him to sleep because there is always a lot of noise from machines around. We are all struggling to sleep here.

17.     We have been able to make phone calls without issue. We've been allowed to call our attorney and our family. It costs us money to use the phones, even to call our

attorney, but if our attorney makes an appointment to talk to us then it is free for us to talk to him.

18.    It is very frustrating that we are spending so much money to make phone calls and buy food at the commissary. We spend about $100 per week buying things we need.

19.    My experience with the medical staff has not been good because I feel like they are trying to force me to do things. The other security guards who knew I was in isolation because of tuberculosis now mock me and say, "TB, no TB, TB, no TB" when they see me. This is embarrassing for me.

20.    When we have complaints there are people we can talk to who always listen and are very nice, but it doesn't seem like things actually change.

21.    We've had a hard time communicating with staff because we don't speak English or Spanish. They give us a phone or a tablet to try and translate sometimes but they don't always have that available and then it's nearly impossible to communicate.

22.    We don't have enough clothes especially because of how much time we've spent here. For example, I need more socks for my son, but when I go to ask for them, I am told we already have enough. It's not true – we now only have one good pair of socks for him.

23.    We are able to take our son to the day care and usually I do that when I have an appointment with my lawyer. He seems to like it there and he has fun with the toys there. I think it feels more like what he used to have before we came here.

24.    I am very worried my son will just continue to be sick here. He used to not have all these medical problems, but he is still having shortness of breath, and I am worried about him.

25.    It is really not easy to be here. It is very difficult. I want to be able to give my son a life that is not in a prison. I want him to be free.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 11th day of March 2026, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is Alimasi Mausaka and I swear that I am fluent in both the English and ▮▮▮▮▮ languages and I translated the foreg▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the best of my abilities.

Dated: 17 march_2026_____