# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, C███████ H███████ H███████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 39 years old.  I am from ████████

3.    I speak English and Spanish.

**Entry to Detention**

4.    I have been detained for 105 days with my 13-year-old son. I have three other children who are not detained with us.

5.    My 16-year-old, 13-year-old, and I had been living in San Antonio for over two years when we were detained.

6.    I was driving with my 13-year-old when they stopped us at a road checkpoint and asked for our documents. I gave my driver's license, work permit, and visa, but they still arrested us and told us that they were taking us to detention. I said that everything was valid, and the officers said that as of now they are not and that they would detain us. They did not tell me anything about my rights. No one gave me the option to have my 13-year-old go stay with another relative instead of being detained with me. I would have preferred to get processed alone, but no one gave me that option. I never wanted to expose my child to detention.

7.    It's terrible because they said that this would not take a long time, but it has been over three months. My other children have been left without us this whole time. My 13-year-old son had a little dog who was only three months old when we were arrested, but now he's a big dog. We have a life in Texas they took away from us.

8.    The three of us were supposed to have immigration court where I was living in August of 2026. I had a pending asylum claim. But after being detained, they quickly scheduled our court date to happen here in October, where I told the judge that I had already applied for asylum. The judge ignored my evidence and told me he would grant

1

me voluntary departure. I said that I was not seeking voluntary departure, but he said I would just have to appeal that decision then.

9.    We have been here for so long, and the agents have lied to us. When I first got here, Agent ████ said that after my court date they would release me. Then the next time I saw him after the hearing, he said that after I filed my appeal he would release me. But then, after I filed it, he said "I am so sorry, but the rules changed." He no longer had the power to release me. Although he had first told us they could let us go at 21 days, he said that was not an option anymore. ████ said the rules and laws have changed.

10.    Every time I talk to the agents now, they ask me why I would not just sign voluntary departure. I keep telling them I have a child that I have been separated from, but they do not say anything. One officer, ████, said that if I wait for my appeal, it will likely be denied. Then he said, so long as my case continues, he will keep seeing me here.

11.    It is scary because many people who are getting positive asylum findings are still getting deported to random countries. There is one woman whose daughter has a serious medical issue that needs frequent hospitalization. She's been here for 100 days, too, but they are saying they will deport her to a random country.

12.    Before I arrived at this facility, both of my children where in school, and ████ was in eighth grade. He really liked studying math and had great grades. He is so smart and was always on honor roll. His teachers always had compliments for him during parent-teacher conferences. Since being detained here, I miss him being able to learn and live his life. I'm crying because it is so painful.

**McAllen CBP**

13.    First, they took us to a CBP site for two days in McAllen. It was super cold, and they gave us plastic blankets and thin pads on the ground to sleep on. The food was terrible and cold. They only gave us sandwiches and burritos.

14.    They only gave us five minutes for a call there, but when I did not get an answer, they told me my time was up. They only gave me one call, but I needed to tell my boss I

could not come in. He is a quadriplegic veteran and he depends on me. So, it meant I could not call my family because I tried to call him. It is so painful, because my other son was not able to talk to his brother.

15. We could not see outside the entire time we were there.

16. My son and I were kept in a room with other families. The bathrooms were just in the middle of the room. We had no privacy, because there was a male officer who was on a platform who would look in and watch me as I used the bathroom.

17. While I was there, the officers told me that if I did not sign voluntary departure forms, they would send me to Honduras. I did not do that, but then they came and kicked the pad I was sleeping on and asked if I was going to sign anyway.

18. Right before going to Dilley, they showed us a video that said if we want anything we should ask. But then officers were drinking coffee in front of us, and we asked for coffee and they said no and were annoyed that we asked. So, it was clear we should not actually ask for anything.

**Dilley ICE Detention Center**

19. They brought me here to Dilley on October 7, 2025 in the morning.

20. When we first got here, they showed us a video that said we would stay there for about 21 days, and called this locked location a "shelter." They said they were here to help us, and the video said we could not apply for asylum depending on when we came to the country, but I do not remember it well.

21. At first, there were no filters on the water, and we just had to drink it. But now that they have put the filters in it helps. However, since they have not changed the filters, it is starting to taste bad again. That is so upsetting. And I cannot afford to buy the water bottles. They are little and cost over $1. Who can afford that for months on end to stay hydrated?

22. The food is really bad here, and you can hear my stomach growling. ███████ is always sick from stomach pain and has a lot of diarrhea. He doesn't want to go to

3

medical for it because we have to wait hours to be seen. So, one time I bought him Pepto-Bismol from commissary to avoid medical visitation lines.

23.     The first time I went to medical because ▮▮▮▮ had fever, they told me he was big enough to tolerate the fever, so they would not give him any medication. They said it would probably get worse. That night I had to stay up all night putting wet towels on his face. I did not sleep at all.

24.     Recently, everyone has been getting the flu, and a virus that causes vomiting. The medical annex is filled with people with the flu now, and I have heard it is out of space.

25.     ▮▮▮▮ has had a scaly rash all over his body from the water since week one and it never went away. I am not sure if it is the laundry soap, the soap in the showers, or the water, but it just will not get better. It might be an allergy, because they gave him allergy medicine for three days and it decreased some of the redness, but never actually got better.

26.     He also now has a bacterial wart growing on his hands. The doctors said that they will not give antibiotics, and the only medication they will give is Tylenol and water.

27.     When I had a gallbladder issue, they only gave me Tylenol and Pepto-Bismol. I had to wait a month for an ultrasound.

28.     They gave me a special diet for 15 days that allowed me to eat less fatty foods, but then took it away. The regular food gives me stomach pain still, but the nurse said she could not allow me to go on the diet again.

29.     Now, my son only eats rice and beans. The food is too sweet and sometimes looks like dog food. Even the officers say that it looks really bad.

30.     There was one day that there were worms and mold in the broccoli. Sometimes there is also hair in the food.

31.     Our lunch is at 11 am and dinner is at 4 pm, so ▮▮▮▮ gets hungry later in the evening, and often we have to go to commissary to buy ramen or popcorn. We used to go every day, but now they have limited us to only going one day a week.

4

32.    I have depression and anxiety, and they sometimes do not have my pills which means that I cannot sleep.

33.    They also wake us up really early to call for individuals, and then it can interrupt sleep for all of us.

34.    Whenever ████ goes to the psychologist, they ask if he eats or if he got in trouble, but do not engage on his mental health.

35.    He cries a lot every night. During the day he can distract himself, but at night he is so sad. He is a big kid who has slept alone for years, but here, he always asks if he can sleep with me. He's so scared they will separate us. He did not do that before.

36.    It's also hard because my son and I are in a room with other families with children who are between six and nine years old. My son feels too old to interact with them, and they only play little kid games in our area. My son doesn't have anyone to spend time with.

37.    One time I was in the pill line without my son because he had a pass to be in the play area and officer ████ started yelling at me because my son was not with me. He walked with me back to my room to tell the officers that I should be in trouble, but they said that ████ had the pass. Another day, officer ████ started yelling at me again and telling me I was lying. Those other officers who are kinder told me I could make a grievance against ████ because he harasses a lot of people. But I have been scared to, because when you make a grievance other officers treat you like a trouble maker.

38.    Every time we write grievances, we are afraid they are going to retaliate against us. I wrote a grievance for the computers about the change in access to email, and I also helped a roommate write a grievance about medical issues. But they never answer the grievances. One time, they moved me to a new counselor and location in the facility. There are four counselors per color in different hallways, and they are in charge of bringing clothes and ICE information. When I asked to get moved back to see my old counselor, the officer said they moved me because I would not shut up enough.

5

39.    When I got here, there were about 400 people and now it's closer to 1,500. We used to have a lot more freedom, but now they are stopping us from doing everything. The computers used to have more internet access, but now we cannot be in the library for more than 45 minutes a day. We used to be able to print our communications with lawyers without ICE reading them, but now they read everything.

40.    One of the librarians told all of us who live in the Brown and Green areas that the reason they are preventing us from using Gmail, ChatGPT, and Google, is because we are contacting organizations for help and we should not do that. The organizations I had been looking up were legal organizations, and that's how I got information about who the *Flores* lawyers were. We did try to reach out to some other organizations, but she said that ICE needed to block Gmail to stop us from doing that.

41.    Gmail is the email that so many of us use to contact our attorneys and family members and many of us keep important immigration documents and correspondence in Gmail as well.

42.    They have also restricted websites, which is interfering with our legal cases. Working on my case was the only way I could calm myself, so now I feel really stressed. They told us we could use Proton Mail, but then they blocked it. I made 10 different Protonmail addresses to try to send emails, but it doesn't work. I talked to a staff member, who sent an email to supervisors saying we need to get Gmail back since Proton doesn't work. She then told me that ICE responded that they would not allow it. So, the staff then said that they were going to try something called Atomic Mail, but we do not have access to that yet. This has prevented us from filing any documents. Now my son says he is concerned because that was our only outlet, and they have taken away our only benefit.

43.    It is so hard because there are so many people who want to use the computer for their immigration cases and to communicate with family, and we already had to wait in line for hours to do that. But now we cannot even work on our cases.

6

44.    I have had visits from one family member who has a green card, but I have other family members with valid visas that ICE has said cannot visit because the only visitors allowed are legal permanent residents and U.S. citizens.

45.    The agents are way ruder than before, too. Especially if they decide they do not like you, they will be mean. I used to have one agent who used to explain things to me, but now I cannot see the same agent. Now, they will only let us talk to agents one day a week. They now sort us by the color of the area we live in rather than by individual agent. So now, I can only see who is there on Thursdays, and it is not the same person.

46.    Yesterday, one officer was complaining about us in English to the man checking IDs at lunch, saying "this is not a cafeteria, why are people getting up to get water and juice, they should just sit their asses down." She did not know that I understood, but many of the kids heard her, too. They treat us like animals and do not even like working here. I have heard other agents say rude things while they think we do not understand, too.

47.    Last Friday, on January 9, the staff forced everyone to stay in our rooms during the day until the afternoon. During that time, my son said, "Mom, now we really are prisoners." We could not leave, and when we finally could, we had to walk in a line to eat. They did not tell us why or when we would be able to leave, so we were all scared. Because we had no information, we thought they were hiding us from someone. The kids all were crying.

48.    The holidays here are not more special than any other day. They brought a Santa with chips early in the morning for Christmas, but that was while the kids were still sleeping, so not all of the kids got chips. They then took photos of the kids who got chips to make it look like everyone was happy here. I went to the church later with other women and we put on a Christmas pageant to try to celebrate, but ICE started taking photos of it to try to make it look like the conditions were better than they are, and that made us uncomfortable.

7

49.    No one has told my son he has the chance to be released from here into the U.S. He still has faith and says he will wait as long as he needs. I keep asking the ICE agents if there is anything that has changed, but the agents tell me they already talked to me three weeks ago, and nothing changed.

50.    I tried to write a petition for our release, asking them to review our case and swore to not being a flight risk, but the agents said they could not sign any paper I provided them. Instead, they opened it, tore it, and then pasted what I gave them on the wall in the library with the words: "Do not print. This is not official"

51.    My son feels so sad that he is separated from his family. He doesn't want to show his feelings, but I know how he feels, when I see him cry while we're praying. We pray every night, and he always prays for release.

52.    When we call family members in ▮▮▮▮ it costs $0.35 per minute, while Colombia is $1 per minute, and calling people at home in Texas is $0.17 per minute. I call family in ▮▮▮▮ once per week because it is so expensive, but I try to call my 16-year-old once per day because I am so scared for him. All the calls to family cost money and no one has ever said there is any way to call family for free.

53.    The only numbers we can call for free are the pre-programmed pro bono contacts on a specific list, but any other pro bono contacts not on that list cannot be called for free.

54.    When ▮▮▮▮ first got here, he still wanted to go to school, because he likes school, even though it is only for one hour a day. But then he stopped wanting to go because they gave him a questionnaire about how he got here and his immigration paperwork. He said he felt uncomfortable answering it. He told me he knew I would be upset that they were asking him these questions. He said he no longer wants to go because of this. He said it isn't a real teacher who is there anyway, it is just an officer who gives out worksheets, and they repeat the worksheets from when we got here. All of the stuff they are learning, has already been covered. He says all the stuff is only for sixth graders, too, and he already knows everything.

55.     The gym has some balls, but only some work and others are damaged. There are also some games, but some items get lost or damaged. The kids request more games, but the officers say they cannot replace them.

56.     The tablets here are only for grievances, video visits, and playing games. But I do not use them, because you have to pay $0.03 per minute to use the tablet. The video visits are $6 per 30 minutes.

57.     No one who works here has ever mentioned *Flores* to me. They did say originally that we were only supposed to be here 21 days, but then agents said that rule changed.

58.     ▮▮▮▮ just wants to go back to school and finish his schooling. He says he misses school and his dog and brother. He also wants to find ways to help me so we can all spend more time at home together. He is a really good kid, and I know he could be able to be anything he wants to be in the future. He hasn't given up.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 15 day of January, 2026, at Pilleux.