# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

I, D████ P███ C█████ S████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 38 years old.  I am from ████████. I am detained here at Dilley with my daughter, █████, who is 15 years old.

3.      I speak Spanish.

**Family Separation at Dilley**

4.      Currently, I have been detained at Dilley for 87 days, but this is my second time at Dilley. I am detained here with one of my daughters, but we have been separated from my other daughter ██████, an 11-month-old baby, who is still in the United States. It has been so hard to survive here without her. There are so many moms here struggling to be strong for our children here, even though our hearts ache for the family members ICE is separating us from.

5.      I have not seen my baby in six months. ██████████ she turns one year old. I am crying because I have not been able to be there for her, and the government has kept us separated so long. I feel so tired.

6.      Currently, my baby is with her half-sister in the United States. For much of the time we have been here, my daughter's half-sister kept me updated about her through photos and videos. That is how I saw my daughter taking her first steps.

7.      But this week they took away our Gmail access and my 15-year-old daughter and I will not be able to see photos or videos of my baby daughter anymore.

8.      Now, they say we can only use Proton Mail, which I have never heard of before. I think it allows ICE to see what everyone writes and will not allow us to share videos.

9.      The only option we have now is to spend money to call our family, but if we spend all of our commissary money on calls too quickly then we cannot keep in contact with our family. So, we are rationing minutes so we can keep communicating with them.

1

10.     No one has ever given me any information about how to reunite with my baby. I am really hoping I can reunite with her. ICE never told me that ▮▮▮ could be left with anyone outside of here, either.

**CBP detention in McAllen, Texas**

11.     When we were first detained in August, we spent three days in the icebox in McAllen, Texas. They only gave us terrible burritos to eat there.

12.     It was so cold, and we had to sleep in such a cold room with a thin, grey pad on the floor.

13.     There was also no door on the bathroom there, and the one time we could shower, they gave us as a group 15 minutes to shower before being put back in the cold room.

**First Time at Dilley**

14.     Then at the end of August, they sent me to Dilley for four days. While I was there, I told staff that I had to go to court and try to reunite with my daughter, and the staff said that they would send me to a shelter where I could pursue my case. But they tricked me. Instead, they put me and ▮▮▮ in a car and drove us 13 hours to an airport. There, they put me on the plane even though I did not have my one-year-old daughter with me. I was so distraught and I felt impotent because I thought I was going to court to try to reunite with her, but realized I had no power.

15.     I could not bear being separated from my daughter while she stayed in the United States. So, I am here detained again and trying to be reunited with her.

16.     It has been so painful to be separated from ▮▮▮ for months while here. It scares me so much that they might deport me without her and permanently separate us. How will I live without her?

**Entrance to Dilley**

2

17.    When we got to Dilley, no one ever told me anything about my rights or the rules. The only rights staff told us about was our right to sign voluntary departure for $1,000. They told us to raise our hands if we wanted to sign, but they did not do anything else to explain our rights. Instead, they sent us to our rooms if we did not agree.

18.    I have not seen any sort of videos since I got here that say anything about rights.

19.    It is hard being here, because the rules keep changing. Since last week, they have changed so many rules. Recently, they changed our eating times, so some people can only eat lunch at 11 am or 12 pm, whereas before we could eat lunch during that whole block, and that is so hard for the children. They also decreased our time in the library and put restrictions on all websites. Similarly, they have also decreased our time in the commissary, so we can only go on certain days.

20.    We used to be able to spend more time in the library, but now we are only allowed to be in the library for 45 minutes a day and, in addition to blocking Gmail, Google, and YouTube this week, they are keeping all the small kids from listening to music and playing games on the computer.

21.    Now that there are so many more people here, we have to wait in hours-long lines for medicine, library access, and the commissary. People are often waiting for 2 hours. So, if you have to take medicine at 7 in the morning, you have to start waiting at 5 am. Starting recently, people also have to wait in line to enter the cafeteria for their lunchtimes.

22.    I have made some complaints since being here about the rule changes, but they just take the complaints and do not give us any response. For example, complained about them taking away our access to email and decreasing our access to the library, but no one responded. Now, I have to wait in line for two hours every day so that I can be in the library for 45 minutes to see photos of my daughter. It has been so hard for so many families, because now that kids cannot play games or look at YouTube, parents do not get that opportunity for a break while in the library.

23.    There are some people who work here who are really racist and will laugh at the kids' pain. I do not know what is wrong with them. There are some others who actually follow the rules and treat us in a more tolerable manner.

24.    People are also scared to report anything, because they are scared they will get a report in their file against them. We worry that will prejudice our immigration cases.

25.    We have seen the officers make false reports against people, too. There was another woman incarcerated here who an officer accused of hitting her, even though all of us who were there at the time saw that she did not. Since we all saw that she did not, we asked to see the video after the accusation, and they would not show us. But this accusation made us scared about the officers retaliating against us.

26.    I have seen some agents come to visit our block every once in a while. They tell us if we have a complaint that we can have a meeting with a ████████. They do not tell us his full name. Some women do go to bring complaints.

27.    We have also had issues with the food. It is so hard to eat here, because they always put so many sauces on the chicken and other foods, often give us breaded fried chicken, and do not make accommodations for medical issues. I have a gallbladder disease, where I am not supposed to eat things that are so fatty, or else I get extremely intense stomach pain. But it is so hard to take everything off the chicken, so I can't eat it. I understand that it would be so difficult to meet everyone's food preferences, but the sauces here are so strong and gross that they hurt us. Some of the sauces truly look like vomit, and their smell makes the kids gag.

28.    Still, once a week, they give us plain roast chicken, and it makes everyone so happy. That is the only day the kids all eat, and often they want seconds. I wish they could give us simple food like that that everyone likes and is healthy every day.

29.    The medical care here is also terrible. Four days ago, they gave me an undercooked burger that was red in the middle. I did not want it, but I was hungry and ate it, and then I started throwing up. I asked to go to the doctor, but because I only speak Spanish the guards I asked just watched and laughed at me. When I finally found a staff member who

4

spoke Spanish, who helped me go to the doctor, the doctor told me they would not see me until I had thrown up more than three times. The doctor would only give me acetaminophen.

30.    One week ago, my daughter had a fever. There are so many fevers and coughs going around in this season. Now, there is a really strong virus spreading here and many children are getting it.

31.    This morning, we went to the doctor early with my daughter to seek treatment for hives that have broken out on her face, to see if we could get more medicine, but when we got there the medical area was filled with children vomiting. Since we got here, my daughter has been breaking out in hives from the food here. The doctor gives her a cream called "medicine five," but for the past week, she has not gotten it because Dilley ran out of that cream. When we got to the medical area to ask for more, there were so many little ones vomiting. The medical people gave us masks and told us to come back later, because there was a sickness spreading. Elsewhere, I have seen people sick with vomiting, stomach pains, and coughs. I do not want my daughter to get sick with that and worry that they might isolate her.

32.    ████ has really delicate skin, and she also breaks out from the soap we use on the clothes for the washing machine. It is so challenging because kids are not all the same, and some have more delicate skin than others, and it bothers them that there are not alternatives.

33.    The bathrooms here are disgusting because they only clean the bathroom once a day. If we don't go to shower right when they are cleaned, then the showers are filled with hair and blood.

34.    Many women and children have gotten infections on our behinds because of so many people sitting on the same toilet between it being cleaned. We need to use creams for relief. For some women and girls, this has caused them to suffer from UTIs.

35.    The showers are not private enough because people can always see you through the sides. The bathroom stalls are not private enough either. It makes my daughter feel so

embarrassed to use the toilet because there are big holes on the side and people will sometimes look in and see her by accident.

36.    I need to spend money in the commissary so that I can have shampoo, conditioner, and deodorant. They only give us hand soap which does not work to clean our hair.

37.    People also buy ramen at the commissary a lot. I think that's the thing they sell the most, because so many people eat that when they are grossed out by the cafeteria.

38.    Sleeping is hard here, too. It's not just the lights being on all night. There is one woman in my sleeping area who snores so much we could not sleep. Everyone got a headache. But they would not let us sleep in a different room. When we complained, they responded that staff cannot get involved in that sort of thing.

39.    Recently, it has been so cold and we have to go outside to the bathroom, which upsets the children. We try to cover our faces with our t-shirts to stay warm, because we are so cold.

40.    The school has not changed at all recently. It's still only for one hour and they do not do anything, so my daughter does not go anymore. No one can study here.

41.    Everyone was hoping they would give us something sweet for Christmas for the children, but they only gave some children little bags of chips. The women in my room tried to decorate the room for the kids with paper decorations and make a paper Christmas tree, but the staff made us take it down. They did not do anything for New Year's Eve.

42.    Although I have already been through the credible fear interview and passed, they continue to force me to stay here. I have a hearing in February for my asylum claims, but it is too expensive for me to get a lawyer.

43.    I keep getting paperwork that I do not understand because it is always in English, and the staff here will not let us know what exactly it says. They gave me paperwork yesterday that I think said I have to stay detained, but they did not read it in Spanish or let me know exactly what it said. For people detained at the border, once we have been here for 60 days they give us this sort of paperwork and then again at 90 days. They have also

asked me to sign and finger print papers that I thought were about the rules of the facility, but I think now that they are not. But they have never translated these papers for us to understand them.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14 day of January, 2026, at Dilley.

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _1/14/2026_ _____