# EXHIBIT 14

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, S█████ K███████, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 22 years old. I am from ██████.

3.    I speak ██████.

4.    I have been detained at Dilley for 23 days. I am here with my three daughters and my husband. Our daughters are two years old, one year old, and ten months.

**San Diego CBP**

5.    We were at the border for two days and at another facility for five to six days after that before coming here. The facility we were at for five to six days was called San Diego.

6.    At the border, we were brought to the hospital once, and then at San Diego we went to the hospital again. We went the first time because my baby not have any wet diapers, did not eat or move with fever, and was lying there limply. We were told the baby was teething at the hospital and were prescribed an ointment, but we never received it. They just gave her Tylenol.

7.    After the first hospital visit, she wasn't able to eat or drink anything. She was vomiting and having diarrhea, so she couldn't keep water or milk down.

8.    I told the officers I was nervous about her. I told the officers as soon as we arrived at San Diego. The room was very cold, and I was worried this would make her condition worse, but the officers said that this would help with her fever and make her better.

9.    They told me not to exaggerate and stop asking for help. I was knocking a lot on the doors and asking for help. They kept ignoring me or telling me to stop bothering them. They could see me knocking and banging in their cameras.

10.    We finally were able to go to the hospital again after two days of begging. They did an x-ray of the lungs and took a urine test. They said again it was most likely teething

1

and once again prescribed an ointment. We did not get the ointment this second time either.

11.    The conditions in San Diego were awful. The bathroom was awful. Everything was dirty. We weren't able to take a shower for a while. The water was cold, and it was unbearable.

12.    In San Diego, we got formula only twice even though the baby was sick and throwing it up. She was so cold.

13.    All they gave us were microwavable burritos. We all developed issues with our stomach there.

14.    My baby still has diarrhea to this day.

**Dilley ICE Detention Center**

15.    It's been more than 20 days since we've arrived here, and about 30 days since we've been detained in total. There was no explanation provided to us about why we are still detained after 20 days.

16.    The ICE officers are just joking with each other here saying that they should not abide by Flores. The office who is responsible for our case said that, Officer ███ .

17.    They told us that this Flores law has been something they did not need to follow for a while now.

18.    We received no know-your-rights presentation upon arrival. Nobody has told us anything. We don't remember seeing a video when we got here.

19.    My husband and I have been stressed the entire time since we've gotten here.

20.    It's very hard for my three kids to be here. We cannot explain to them what is going on. They're bored here. They're stressed out. They want to see their dad at night, and they're not allowed to. We cannot explain these rules properly to such young kids.

21.    Also, my two-year-old has been having a severe medical issue. She has a swollen gum and an infected tooth, and has a fever anytime she isn't taking ibuprofen from this infection. This has been going on since we arrived at Dilley, over 20 days ago.

2

22. The top of her tooth is green at the root. I think the nerve there has been hit or opened.

23. Because of all the ibuprofen, I'm nervous her stomach is messed up. Her stool is a very dark color and has a distinct smell.

24. She looks thinner, is more tired, and is always lying down. We imagine this is because she can barely eat anything due to pain. She's been on a liquid diet for more than 20 days.

25. Every day she just eats these protein yogurts. Depending on the day, she receives two or three yogurts. She always gets one in the afternoon, and then one or two for dinner. But that is it, and she gets nothing for breakfast. She needs more vitamins.

26. We have begged for this medical issue to be resolved, even talking to Congresspeople who visited the facility. All we've received so far is antibiotics, but she finished those days ago and the fever and infection are still there.

27. The dentist here told us they can't extract the tooth because of a pre-existing heart condition. That was 15 days ago. It's true that my daughter has a small hole in her heart, but that doesn't mean we can just leave her like this: not eating any solid foods, with a fever, and crying all the time. We want to see a specialist, a pediatric dentist immediately.

28. When Congressmen Castro was here this past Monday, we begged for his help. He tried to advocate for us, Dilley ended up sending us to a hospital 15 minutes away. My husband went with my sick daughter. I had to stay here with my two other daughters.

29. Unfortunately, the hospital could not help. They just checked her blood pressure. The nurse at a hospital said this is not a dental clinic. They couldn't help her.

30. The staff here think and say that I am beating my daughter, and that is why she cries so much. I tried to explain to them the toothache, but they threatened to separate us. They said if she keeps crying, we will take her away from you.

31. Also, the water is not good for us here. I'm emotionally and mentally stressed, so my breastmilk has stopped coming. I'm not able to feed the little one, so she gets formula and a bottle.

3

32. They give only the bottled water to the baby, so my other two girls don't get it. The poor quality of the water causes my older girls diarrhea. Today, all of a sudden, I asked for water and they gave me six bottles of water and I was shocked. That has never happened before. It's because you guys are here.

33. Initially, we were getting 3 bottles of water for the baby per day. Then, the supervisor said three bottles of water is way too much, so from then on, I have received one bottle of water in the morning and one in the evening.

34. Regarding the food here, it's horrible. My two-year-old and one-year-old cannot even eat the food here, let alone my baby.

35. All my kids here hate the food. It's too salty. It's inedible. The last three or four days they've improved the food. It's because there have been people from Congress here and now Flores counsel is here.

36. It would be great to have French fries, soup, puree, and pasta for the kids. We would also love to have bananas for the kids. They like bananas, and they're soft. I have never seen Gerber baby food or pouches for the kids here.

37. I want to give my one-year-old and two-year-old milk, but the staff make it very difficult. They don't provide formula for anyone above one.

38. There is milk though in the dining hall where we eat, which I try to give to my girls. But the staff have started to discriminate against me. I don't understand why. They tell me to throw it away and poor it in the sink – that the girls can't have it. They told me they are going to write a report if I keep trying to get milk. To clarify, this is the milk in the dining hall that everyone is allowed to drink. The staff are telling me specifically that I cannot have the milk, that my kids can't. I have no clue why they're doing that to me. That's the attitude towards the ▮▮▮▮▮▮ here.

39. In our bedroom, the conditions are unbearable. It's dirty and there's puke all over the place. There is dirt everywhere. The baby keeps crawling on it. They've been cleaning this place very nicely though the past few days.

4

40.    Also, I can't freely go to the bathroom at night. I can only go to the bathroom if the kids are with their father, and since they can't be with him at night I just hold it. We never got a choice of whether the kids could be with him or with me.

41.    It's very difficult for me to be alone with my three kids. One of my daughters has to be held, because our stroller only holds two kids.

42.    I asked the officers here for shampoo for the kids and they told me to use the soap in the bathroom, so I have not received any tear-free shampoo.

43.    My kids have lots of trouble sleeping because of the lights. I tried to hang something up, a blanket, to cover their eyes but the officers said you can't do that.

44.    I am able to communicate with some other residents using very few English words and signs, but the officers do not provide me with an interpreter.

45.    We have been asked to sign documents before without an interpreter. There was an ICE officer who said she wanted to help us and said there were papers she wanted us to sign. We were able to notice ourselves with very broken English that the papers were for self-deportation. We didn't get an interpreter. Luckily, we knew enough to know she didn't actually want to help us. She was lying. We didn't sign them. She said it wasn't for deportation, that it would just help me get asylum.

46.    They put a lot of pressure on us to not talk with you. Once you leave, I think they will be very rude to us. The staff started being very rude to me after I talked with Castro on Monday. They corrected every little thing I did and said they'll write a report against me.

47.    The families who scheduled an appointment with him were deported overnight, so they wouldn't complain to him.

48.    I said I wanted to talk with Castro, and they kept the paper from me so I wouldn't sign up. I had to sign up when no one was around. Also, when we got here they gave us very stained and dirty clothes. When Castro came, they gave us new clothes.

49.    We talked to Castro on the 9th. On the 10th, we were supposed to have court but they didn't take us. We waited all day and they said come back tomorrow. We came on

the 11th, but they said we didn't have court anymore. We are terrified they are keeping us from court as a punishment for talking with Castro. We are nervous ICE potentially didn't let us enter our own courtroom and then the judge will think we were no-shows.

50.    Yesterday, for example, when I was talking with you some officers said they would watch two of my kids who were asleep finally after being up all night. Then, they said they would write a report against me once they realized I was going to talk to Flores counsel. They said that is where people go to complain against them.

51.    At night time yesterday, I put a blanket on the floor of our bedroom so the kids could crawl on top of it because the room was very dirty. The ICE officers told us to remove the blanket, that it's not a big deal if it's dirty. And they threw out all the baby bottles for each kid. I had one bottle per kid.

52.    I am going to tell the ICE officers I was just talking to you about getting an asylum attorney for my family, because I am scared. I am so scared of retaliation here.

53.    We have already had problems prior to being here. My eldest daughter was beaten in my country which was part of why we had to leave. They can't play here and there aren't enough toys. They don't trust people as much anymore. The kids are more closed off. And if we were to talk about me, my hormones because of the stress have changed. I don't have a period and produce no milk. I am having memory problems and problems with my speech. I feel like no one will help me and we are stuck here forever.

54.    We feel as if we're animals at the zoo.

55.    We can't put money on our account, so we can't buy anything at the store.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12 day of March 2026, at Dilley, TX .

I, Katherine Johnson, hereby declare under penalty of perjury, the following:

I am an attorney at Children's Rights. On March 12, 2026, I met S.K. with the assistance of a telephonic interpreter provided by Jeenie, identified by Interpreter ID 084512 and named Nare, who is certified to interpret in the English and ▮▮▮▮ languages. During our meeting, I read the "Declaration of S.K." in English, and Nare interpreted the entirety of the declaration into ▮▮▮▮. S.K. confirmed that all of the information contained in the declaration is correct and complete to the best of her knowledge (*see* signature page).

_____

Signature

03/19/2026
_____

Date