# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, N██████ C██████-C███, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 31 years old.  I am here with my husband and our children: ████████ ████████████ (14 years old), ████████████████ (13 years old) ███████ ████████████ (10 years old).  We are from ████████.

3.    I speak Spanish.

4.    We have been detained at Dilley for 126 days.  Before we came to Dilley, we had been living in El Paso, Texas for about three years.  I have a small family, and they all were living there, too.  My kids were in school and everything was going fine.  My oldest daughter had started high school after doing wonderfully in middle school.

5.    One morning, ICE agents showed up at our house in the morning.  I had woken up to make my children breakfast.  I looked out our window and there were about 25 cars filled with 3 or 4 ICE agents each in full riot gear with all of their weapons.  They approached our trailer and started pounding really hard on the door.  I opened the door and told them right away I have three kids in the house and asked them to please not scare them with the weapons.  But in that moment, more than 100 agents forced their way past me and swarmed our house.  They started searching everywhere and making a mess, breaking things.  Apparently, they had been told that there were drugs, trafficking and weapons in our trailer by our horrible landlord.  But when they searched, they found nothing illegal at all was happening and they realized it was not what they had been told by the landlord – it was just our family, my mom and my stepfather.  They searched the house for about three hours and then finally most of the cars all left.  They terrified my children for no reason.

6.    When they finished the search, they asked how we had come into the country.  We said that we had come during the Biden administration and were waiting to get our next court date.  They told us to get dressed and they would take us to immigration court and get us an earlier court date.  They were lying.

1

7.      Instead of taking us to court, they detained us at an ICE office in El Paso for two days.  We were all in an enclosed room that felt like a cell.  The lights were on the whole time. They put mats on the floor for us to sleep, but none of us could sleep.  We were given frozen hamburgers and burritos to eat.  Everything was horrible and cold.  The kids weren't eating when we were there.  We were later told they would take us to another center because we couldn't be in the office cell for more than 72 hours.  They did not tell us where we were going, but they said it was a better place than where we were at and not the place with the crocodiles that we had heard about on the news.  We were scared we might end up at that place.

8.      They eventually flew us to Dilley.  We were accompanied on the plane by two men and two women.  We flew to Houston, then to San Antonio, and then they drove us to Dilley.

9.      It was just such an awful 360 experience to get here.  It feels like God has put us through a very hard trial that we had not foreseen.  All of us are having a difficult time in our own ways.  It feels like our life has just stopped.  We have stopped living life and we're just stuck here.

10.     The food here is very bad.  Back in December, the salad had worms and we were told that it's just normal.  We know that some kids here have been vomiting up black from the food.

11.     My kids don't go to the classroom here because it's a waste of time.  They tried going but it's just like 45 minutes and they weren't learning anything.

12.     The medical care here is a problem.  Many children and families do not get the medical care they need.  There was a one-year-old here who had a fever for about 20 days, and they finally took her to the hospital and she was there for 17 days.  There is a two-year old girl who has had a cold for a really long time, and they won't give her any antibiotics.  Last month, my 10-year-old daughter had a very high fever for 4 days.  On the 4th day, I tried to take her to medical at 2 in the morning because I was worried. There wasn't a doctor, only a nurse.  I put cold compresses on her to try to get the fever

down.  They did tests and didn't find COVID or flu, and they wouldn't give her any medications.  I told them something was wrong with her and I thought she needed antibiotics- but they refused and said it was just a cold.  I said that after five days of fever if they didn't give us antibiotics, I would call reporters.  They finally agreed to give us antibiotics, and she started to get better after about two days.

13.    One of the things that is most difficult is that the light in the room is on all night.  It is horrible for all of us – and especially for me because I suffer from migraines.  Sometimes we try to change beds because one bed has the most light.  My ten-year-old gets headaches, too, and the lights make it worse for her.  There are eye masks, but they hurt our heads because they are so tight.  When we tried using them, we would wake up with headaches from how tight they felt.

14.    We are very worried about our oldest daughter.  She doesn't want to leave the room.  She doesn't want to eat.  She doesn't have any motivation to do anything and is very depressed.  She also has extreme anxiety and is doing things like eating the lip balm.  The psychologist referred us to the psychiatrist, and she gave us sleeping pills.  I am afraid to give my daughter these pills because I am not sure how they might affect her.  We don't know what to do.

15.    We have never gotten an orientation here about our legal rights.  They haven't told us about our children's rights under *Flores* or their right to a bond hearing.  It wasn't until January that some of the other families told us about the case and how it was helping people get out.  We know about the grievance system, but we are scared to make a grievance because we are worried it could impact our case.  The staff here have said that the more reports you make, the longer you will be here.

16.    Since the families here did a protest, sometimes we are put on lockdown and forced to stay in our rooms.  I wanted to see Joaquin Castro when he was here for a visit so I put my name on the list to talk to him.  I was allowed to speak to him, but many people who wanted to see him were not allowed to.  We told him about the awful conditions and how long we have been here, and how hard it is.

3

17.     About two weeks ago, Core Civic did a search of our room and took everything we had in our room.  They took my daughter's hair styling products, our toothbrushes, and toothpaste that we bought in the commissary and they took some stomach medicine.  We were very upset when that happened.  They told me to make a list of what was taken and they would replace the items, but they have not done that.  They even tore up letters that I had written to the pastor here, including a letter with one of my prayers.  They threw the ripped up pieces of paper in the trash.  They even threw away a drawing my daughter had made of Bratz dolls.

18.     We try to stay calm for our children's sake.  But it is not easy.  Once we are out of here, I am going to make it my mission to help my children forget about what has happened to us here.  I am not sure exactly how, but someday I am going to make it up to them.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12th day of February 2026, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 2/12/2026