# EXHIBIT 17

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

I, L████ R██ C███████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 34 years old. I am from ████████.

3. I speak Spanish.

4. I have been detained at Dilley for 84 days with my 15-year-old daughter ████ and my husband. We got here in November of 2025.

5. My daughter has not been wanting to get out of bed most days because she is so sad here. She spends all day crying, and does not eat much. When she gets up to eat, she puts her head on the table. Since coming here, she has had such bad anxiety that she is constantly gripping her hands and shaking her legs. I try to explain to her that we will leave, but it feels like they forgot we are here and we will be stuck here forever.

6. When we got here, we brought a machine for my husband who suffers from sleep apnea, and they put him in the medical area with that machine. While here, he started to feel severe pressure in his head and behind his eyes. He started to lose his vision. He could only see floating dots in his eyes. When we went to the doctor after a lot of insisting, the doctor said that he needed an eye exam, but that it would take three to four months to get an appointment. ████ started crying because she did not want her dad to go blind. It made her feel panicked.

7. Each day his eyesight got worse, and when we finally saw a nurse in January, she said that there was no record in the system saying he had a visual problem. During that visit, the nurse was just laughing and not putting our information in. I got so angry because it was an urgent medical problem, and the translator got upset too, and interrupted and said she would submit testimony about the terrible treatment we were receiving was. Only then, did the nurse say, "Oh, sorry, I now see this in the system." I made a written complaint about the lack of medical attention after that. Only then did we get an appointment with an eye doctor. They scheduled it for three days later outside of Dilley. On January 10, 2026, they took him to get an exam and the eye doctor found out

1

he had developed glaucoma. The doctor prescribed my husband eye drops and scheduled another exam. The doctor also prescribed dark lens glasses to protect his eyes. At the next exam the eye doctor said the eye drops were working and to continue with them.

8.      But my husband never received the dark lens glasses. After 30 days, the eye drops ran out, and they have not renewed that same medicine. They said they would give him something else, and when we tried to ask for the correct medicine prescribed by the doctor, they tried to get us to sign a paper saying we were refusing medical treatment. I refused to sign because I was not refusing his medical treatment. I just wanted the correct medicine that had been working. The medical staff called the guards into the room to force us to sign it, but we kept refusing and saying we need the correct medicine. They still will not give us the correct medicine.

9.      He still is waiting to get those drops and he feels severe head pain. We are also worried about him never receiving the dark lenses. We said we would pay for the lenses if that was the hold up, but they have not provided a way to get them.

### Encounter with CBP

10.     We entered the United States on November 17, 2025, on visas that last until 2031. When we crossed the border, we told the border officers that we wanted to ask for asylum in the United States. But they transported us to ICE. When I told ICE that we had valid visas, they said that in their system did not show it.

11.     They had already taken all of our possessions, including our passports with our visas, cell phones, our bank information, all of our documents, and moved us to a center twenty minutes away in Champlain. This made me indignant, especially because these officers had stolen our phones and all our evidence to show our visas. They said I can only get it back if we send someone to the border station to get the materials. But who am I going to be able to send to a border patrol station across the country? I have asked for these materials many times and submitted many complaints.  But I never have been able to get them.

2

**Champlain POE**

12.    We spent two nights in the cell in Champlain. We were the only three in a really small prison cell, smaller than this interview room. The cell did not have any beds. All three of us slept on a mat on the floor. The only other things in it were a cement seat and a toilet in the room. We felt really cold.

13.    While we were in Champlain, there was nothing for ▮ to do for the full two days. We were also not allowed to make any calls.

14.    It was so hard for ▮, and she kept asking me why she could not see the sun and why we were stuck there.

15.    We only ever saw the officers through the window when they passed us food. They gave us some water and granola bars to eat and a sandwich at one point.

**Dilley ICE Detention Center**

16.    Now that we are at Dilley, my husband sleeps alone in a room with his sleep apnea machine, but the officers do not let ▮ and I stay there with him. It makes our daughter so sad that we are kept apart at night. We are not bad people, and we do not know why we have been here for such a long time.

17.    No one has ever explained to us why we have been here for so long. ICE officers only ever say they are processing our case.

18.    We have even asked ICE if we could buy tickets to go to another country. We also gave them information for a sponsor, but they will not let us leave. They say we need to be patient, but that is not easy for a 15-year-old who has been stuck here for three months.

19.    We know there is one family here that had measles. They are ▮, too. They were isolated for many days, but the facility might have let the family out while they were still sick. Even though no one else has had measles since then, they are continuing to prevent people from coming to visit us. The only precaution they are taking

3

is taking our temperatures quickly, but this seems like a ploy to keep us from speaking to advocates.

20.    The measles outbreak has also made people scared to go to the medical area and scared that if they go to the medical area they will get stuck in quarantine and detained here for longer periods of time.

21.    There are a lot of children and adults who have ongoing stomach sickness and are constantly vomiting and experiencing diarrhea. That health concern has affected everyone, but the staff has never taken any serious steps to respond. It seems like the food is what is making everyone sick. At times, the cafeteria has served undercooked chicken. They also sometimes serve food that they say is ground beef, but it tastes terrible. They also serve us rice that has grit and little rocks in it, and many people have hurt their teeth while chewing the rice. One time, they gave lettuce with worms to a family, and that made everyone scared to eat lettuce even though it was one of the few vegetables. On top of that, they let the beans sit out all day for weeks on end. Recently, they served fried shrimp, and all the kids started throwing up after eating them. Kids were vomiting on to the tables. So much of the food is dirty, left out too long, or undercooked that it is no wonder it makes kids sick.

22.    We keep asking the staff why babies have no option for soft food here. They only give babies adult food, and they do not give them fruit. Consequently, all the babies are getting thin because they can only really eat pieces of bread.

23.    The food makes the kids so sick that many families buy ramen from the commissary, even though they know it is unhealthy, because they know it will not make them sick. Now, we just eat bread, oatmeal, and coffee to stay safe.

24.    The staff also do not vary the menu, so the children get tired of eating the same thing because they do not have enough options.

25.    No one has ever given us any information about our daughter's rights in detention. They showed us an animated video about the norms that we have to follow here, but the video never said that kids under 18 years get certain kinds of treatment or talked about

4

rights at all. The only thing they told us about kids in particular is that they should not experience sexual abuse. There are posters about that everywhere.

26.    After we got here, we had our credible fear interview, but the immigration official denied it.

27.    I have filled out so many forms requesting my belongings and release, that the woman in the library stopped helping me and will not let us print things. She will not let most people make copies anymore. They also do not respect attorney-client privilege in the library. They read all our messages with our attorneys and when we ask them to send materials to lawyers, the staff say they cannot do that. But, we have no mail system or other way to have privileged communications.

28.    They also took away our access to Gmail and Google two months ago, which has made it impossible to obtain our records. They now only let us use Proton Mail. But that system says the staff read everything, even though it is the only way we can send messages to our attorney. This essentially means they violate our rights client-attorney privilege because there is no way to communicate in writing confidentially. I am so worried about how often the library staff violate our attorney client privilege by reading anything our lawyers send us and not allowing private written communications.

29.    I have never seen an I-770 form. It does not look familiar.

30.    We have not received any information about our child's right to be released from Dilley without us.

31.    We have used the tablets to make complaints. About a month ago, we were in line for the computer and we had lined up at 6 am so we could get some time on the internet. But the library staff person was only letting some people she liked use the computers. I asked her why she was not letting most of the people in line use the computer, and she told me to shut up and she would not do anything. When my husband tried to ask again, she told him to give her our ID cards over and said she would submit a report against us for causing trouble. She tried to grab the card from my husband, and he put his hands behind his back and told her not to touch him. Afterwards, I made a complaint on the

5

tablet. But that woman just blocked our time in the internet and retaliated against our complaint.

32.    No one who works here has ever told us about *Flores* even though we have been here for three months. The only written information that I have received about *Flores* was written down by other people who were detained here. Our family try to submit a complaint to ICE that said we should be released at 20 days, but the ICE officers kept telling us our request "is not valid" and they refuse to look at it. The complaint box is filled with papers that they do not look at. The staff just tell us over and over that our complaints are not valid and that they will not look at them. The library refuses to print requests for release under *Flores*. Is it true that submitting a paper to ICE asking that our *Flores* rights be respected is not valid? Is the library allowed to refuse to print or accept them?

33.    No one has given us individual hearings, allowed us to explain why we should not be here, or talked to us about voluntary departure.

34.    Anytime we want to call our family members we have to pay money to place the call.

35.    We have been able to meet with RAICES for free, because we met with them when they came here and an in-person visit is free.

36.    The day that the congresspeople came, the staff closed us all inside and said that if we tried to go outside they would use the force against us. Many of the family members in my area were scared about those threats. The staff were so mad. They only allowed ten people who they picked to see the congresspeople. They would not let everyone who signed up on the list go.

37.    Usually, staff do not let everyone have water bottles and the commissary charges $32 for 24 bottles of water. But on the day that the congresspeople came, the staff gave the people who went to speak with her bottles of water so that they would seem like they had been treated well.

6

38.    So many people are spending all of their money on water and paying for minutes to make calls to their family.

39.    There is barely school here, and it is only for one hour. If you show up even a minute late, the teacher blocks the children from entering. There was a four-year-old girl in my room who showed up three minutes late to school and the teacher told her she could not enter. Calling it a school is a joke though. When ███ has gone, they give her one worksheet of multiplication problems for the whole day even though she is 15-year-old and in 10th grade. She went there at first to try to learn, but there were so many rules and no teaching. The teacher just told them to sit, not talk, not laugh, and not do anything but look at her worksheet that she already knew how to do. This made her bored, and it became clear that the teacher had no patience for adolescents. Our daughter used to love studying French in school, but now she does not go to this "school" because it is not helping her learn anything. She says she is so embarrassed about going back to 10th grade after missing so much when she gets out. She is worried that she will never catch up. As we spend more days here, we lose all hope, too.

40.    The guards here treat many of the kids in ways that parents would never let other people treat their kids if they had a choice. Two days ago, an autistic girl wrote "liberty" on her papers and the guard took the paper and ripped it up and pushed her. Any mom would react by defending her daughter in that situation. The mother got in front of the girl and said that the officer should not attack the girl. But the officer then said the mom was aggressive. So, they charged the mom and have put her and the children in isolation with constant security. She told them to look at the video from the camera to see the officer pushed the daughter. The staff ignored her. They treat us like our voice does not matter and like they are the only ones anyone should listen to. This makes us all know that we have no rights here. We all are so scared because we now know we would get in trouble and get charged with things if we ever tried to stop officers from abusing our children. People have no way to protect their children here. It's terrifying.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this __12__ day of __February__ 2026, at __Dilley, Texas_____ .

CERTIFICATE OF TRANSLATION

My name is ___Eleanor Roberts___ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated:  ___02/12/2026___            _____