# EXHIBIT 18

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, M███ B████ O███-D██, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 41 years old.  I am from ████████

3.    I speak Spanish. I came to the border with my 17-year-old son, ██████ my 14-year-old daughter, ██████████, and my 21-year-old daughter, ██████.

**Entry to Dilley**

4.    I have been detained at Dilley for 74 days. When we were arrested, they separated my older daughter from us, and took her to another facility. My 21-year-old daughter is 8 months pregnant and is detained in El Paso where she sleeping on the floor with an aluminum blanket. Yet, they will only let us speak to her by phone for one 15-minute call every 20 days. It has been so scary, because she is detained alone during this medically vulnerable time, and we cannot check in on her. She is also a key witness to our asylum claim. We have requested over and over that they reunite her with us and allow more contact so we can monitor her health, but our requests get denied. I have filed petitions, but ICE does not respond to my petitions. She has experienced back pain to the point that she cries all the time. ICE told her if she doesn't sign for voluntary departure they would take her baby away when it was born. This facility has unjustly split up my family. I don't understand why they can't keep my oldest daughter here with me, when this facility holds other pregnant women. The only response I have gotten from filing grievances about this is that I should speak with my lawyers.

5.    Now, they say they are going to deport her this week on a plane all alone, even though women who are so close to their due date should not fly. She might have complications, but no one here will listen to our concerns.

6.    Even though my son came to Dilley with us when we were arrested, they also separated him from us on his 18th birthday and sent him to an immigration jail. They lied

to us about where he was going, and said he would go to a shelter, but he's locked up with adults now. They are only letting us speak with him once every 20 days, too.

**El Paso CBP**

7.    When we were first detained in El Paso, they showed us a Know-Your-Rights video during that orientation. But they subsequently violated all the rights described in it.

**Dilley ICE Detention Center**

8.    ICE sent us here directly from El Paso. They have not shown us a Know-Your-Rights video at Dilley. Instead, when we got here, ICE told us asylum does not exist and that they do not understand why we came for help when there is no help available. They wanted us to sign a voluntary departure forms, but I did not sign them.

9.    My son suffered from inadequate medical care when he was here. He had tooth pain and they took a molar out of his mouth, but they did not do the procedure well and eight days later they had to follow up with him to take the rest of the tooth out. He also had a skin allergy and rashes, and we had to request medication for it. He then developed a persistent stomach pain on his right side, but the staff here would not take him to a doctor.

10.    On _____'s eighteenth birthday, the staff came to our dorm at 5 a.m. and said that he had to go to a center for adolescents where I could talk to him every day. Later on, they told me that I could only call him once every 15 days and that he was being placed in a jail. When I asked why, they said these were the rules. But I have not even been able to talk to him every 15 days. I have only been able to make two 15-minute calls in the past 40 days.

11.    On December 22nd, my youngest daughter fainted. They did a finger prick test and said everything was fine. But then then next day, she fainted again coming out of the cafeteria. Previously, there was only one doctor but he is currently on vacation, so there is

2

no doctor currently. I've submitted a grievance for my daughter's medical issues to do more testing. But they just said she was depressed from being detained.

12.    Currently, there is a COVID-19 epidemic here but they only give out acetaminophen for it. When I had to go get medicine earlier this week for my daughter's fever they gave us a mask, but everyone is still sick.

13.    The food here is terrible. We ask for food that is less spicy and with fewer condiments on it, but the staff say we cannot get a different diet because we don't have a religious reason. Because they will not provide plain food, my youngest daughter only eats bread and coffee with milk. She has experienced persistent gastritis.

14.    In December, there were worms in the broccoli and chicken. A woman showed worms in the chicken to an official and made a grievance.

15.    The only items we can have for snacks are apple juice, apples, cookies, and milk. If the dorm runs out of snacks in the morning, which often happens, we have to wait until the night to get more snacks.

16.    There are many areas where the water does not have a filter and looks dirty, including the lawyer visitation area, where the kids play, and in the medical area. I have seen sand come out of the tap in the water and I have gotten sick from the water.

17.    The soap they have here hurts our skin and hair and make us break out in hives. It is making my and my daughter's hair fall out in big clumps.

18.    The rooms where we live smell terrible because kids sometimes wet themselves on the carpet. The lights are always on and cannot be turned off. This is really hard because it means my daughter cannot get relief even when she has a headache.

19.    It has been so cold here recently and our clothes are not warm enough. They give us gloves but they're not made for the cold. My fingers get purple.

20.     There is no real schooling here. They only have space for 10 or fewer students. When kids go to the school, the teacher asks the kids if they want a page in English or Spanish. They fill it out but they don't get any feedback. The teacher also asked my daughter about her immigration case in December, and that scared her.

3

21. Since being here, I have written out grievances and gotten them notarized, but despite making so many grievances they all disappear. One mom told me she saw staff rip them up. I believe it, because nothing ever comes of them. A lot of us have submitted notarized grievances but still don't get responses. Even when I've submitted grievances to ICE officers, they have rarely responded.

22. One ICE official ███ yelled at my daughter one day and I told her to stop yelling at my child. That official later falsely accused me of hitting her. I asked for the video footage to show that I had done no such thing, but was denied. So, then I submitted a grievance about the false accusation because I am not a violent person and did not hit her. I got a response to that grievance in my favor.

23. RAICES has told ICE that they are violating my daughter's *Flores* rights by keeping her detained so long. Even after RAICES said that, one of our court dates was canceled without justification, prolonging our detention. I went to one of the meetings this facility holds, and I asked why they're violating our *Flores* rights. But they just said that we needed to talk to attorneys and would not answer. That is not a response.

24. No one has told us how long we will be detained.

25. On Christmas they treated us so cruelly. They brought an ICE official in a Santa Claus outfit here, but he brought no toys or sweets, and the kids all did not understand why Santa did not bring them anything. Young children went up to hug Santa, but he would push them away. It was so cruel. They clearly did it as a photo opportunity to use us to pretend they were treating us humanely. It left the kids all upset.

26. On January 9, 2026, staff started yelling at us in the morning to go to our rooms and then locked us all in our rooms without any explanation. They did not tell us when we would be allowed to leave. We did not know what to do or how long this would last, and we were not allowed to the library to tell our attorneys what was happening. People started panicking and the children all started crying. It was terrifying to be locked in our rooms for over four hours without any information.

4

27.     Since then, they've taken away our access to YouTube, Google, and Gmail. For emails, we were told to use Proton Mail instead under the supervision of ICE. EOIR has been blocked, too, which is where we check our immigration case information. We can't print any documents anymore. I have asked them to print *Flores*-related documents for me to send to *Flores* lawyers, and the librarian just said no. I also think they have been blocking emails to the *Flores* attorneys because the ones that I sent do not deliver from my email address but they deliver if my sister sends them. They have not explained why they have made this change, though one staff member said these are orders from the head of ICE.

28.     They got rid of the evening pill line this week as well. Now, we have to wait for them to knock on our doors at around 11 pm or midnight to get medicine.

29.     They have a list of lawyers we can call for free but those phone lines are often busy or not available. If we want to call *Flores* lawyers,  other lawyers who not on that list, or our family members, we have to pay. I have asked and the staff have said that there's no other way to make calls.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14 day of January, 2026, at Dilley Detention.

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _1/14/2026_