# EXHIBIT 19

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, J███ V█████ G████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 33 years old. I am from ████████.

3. I speak Spanish.

**Entry to Dilley**

4. I have been detained at Dilley for 49 days with my wife and my four-year-daughter, ████. ████ turned four on the same day they first detained us here. They processed us in the afternoon and there was a really long line. It was hard for her to adjust to this reality on her fourth birthday, and she has not slept well since then.

5. It's also challenging because Dilley does not let my daughter stay with me here, since they separate all the dads at night. ████ cries each night saying she wants to go with me to sleep, and I have to try to calm her down, so that we do not get in trouble.

6. No one has ever explained to us why we have been here for so long. We have asked the ICE officials many times, but they are stringing us along. They just do not give us responses.

**Prior to Dilley**

7. Before I arrived at this facility I was living in Tennessee for about four years. I lived with my daughter and wife. ████ was in kindergarten. She really liked school a lot. Since being detained here, ████ is always talking about how much she misses her friends and the teacher.

8. I had an immigration court hearing in December 2025, and the immigration judge told us that the United States is no longer giving people asylum, and that they could send me to Honduras. We were feeling so scared because we were seeing all the news about ICE grabbing people on the street. My wife had a separate immigration case, and she was going to all her ICE appointments, but her last four appointments before we were

1

detained were so scary. They kept changing the people assigned as her ICE officers, and each new officer would give her information that conflicted with the officer before. One time she had a monthly phone check-in, and during the call her phone signal went out, so she went to the office to explain that she was complying. When she got to the ICE office, they detained her for two hours and then started questioning her about where we lived, where my daughter went to school, and where I worked. Then, they let her leave and assigned her four virtual appointments. But that day, an ICE officer followed her home.

9.    We were detained for two days in Champlain, where at first they separated my wife from my daughter and me and kept my wife in a cell. It was very traumatic, and my wife was asking for contact with her daughter, but the officers said we would not be together.

10.    But then they put us together and we all had to sleep on the floor in a big garage in our jackets because it was so cold. We spent two days there. There were no other people there. There were also no bathrooms in that building, so we had to ask the officers to take us to the bathroom in another building where there was one bathroom in a cell. This was really hard for ▮▮▮. It was also hard for her to eat there, because they just gave us granola bars, which were too sweet for her. Then, they made us walk to another building through a snow storm to wait for five hours for a car to drive us to Boston, where they put us in a hotel. We got there at midnight, and they let us sleep for only an hour, before they woke us up and flew us to Detroit. Then they put us on a plane to San Antonio. That was a really tough experience for ▮▮▮. She kept asking where her cousin and uncle were. Every time she woke up, she called out for her cousin, and whenever I heard it, it broke my heart.

11.    The first thing the official told us was that we should sign voluntary departure and we would receive $3,000 per family member.

**Dilley ICE Detention Center**

2

12. No one has told us why we are here. They only told us this is a family place, and they are going to process us as a family. Since getting here they kept telling us that we need to sign voluntary departure, and that they would not give us bond, and we had no more appeals left. Because we faced so much pressure, we believed them at first that voluntary departure was our only option.

13. When we first got here, we got one free call to tell our family we were here. After that, it took two days for the money our family sent to show up in our account. Only then could we call our lawyer. And when we did, we found out our lawyer had filed an appeal, and the officials were lying about us not having appeals. We have never been allowed to call our lawyer for free.

14. The officials have also told us that they would separate me from my wife and daughter and move me to a prison, which scared me.

15. No one who works here ever mentioned *Flores* to us. Other people detained here told us about *Flores*, and one person detained here drafted a request for release under *Flores*. We have a copy of that type of request where we wrote the number of days we have been here, and asked respectfully for release, and said we will comply with all conditions to be seen and asked for release. We started printing out these forms to submit requests to the court for our release under *Flores*, but when ICE realized they stopped letting us have access to printing and photocopies.

16. Then another official told us we would get out in two weeks with GPS supervision, but then on the 36th day here, my wife asked about why we were still here despite *Flores's* 20-day rule. One officer said they would let us out, so we gave them information for our sponsor. But that was a lie. Every week, ICE sends different officers to answer questions about what is happening. But after that week, the officers who have come have just been telling us to wait, and when we asked about *Flores*, one of those ICE officers said that the *Flores* agreement does not apply to every family. Whenever we ask other officers about *Flores*, they refuse to speak about it.

17. We have never heard about bond hearings. When we asked about it, they said there were no bond hearings.

18. We have never received any sort of know your rights training. The ICE officers who come every week are supposed to answer questions, but they just say we have to wait and do not give us information about our rights. No one has ever given us a know your rights paper either.

19. I do not recognize the I-770 paper that you are showing me or the *Flores* Settlement Agreement Notice of Rights paper that you are showing me either. I have never seen one of those papers here.

20. We never saw a video when we got here with any information about our rights. No one has ever told us about a video that we can watch either.

21. They gave us a paper with a couple of phone numbers for RAICES, and there is a recording that says if you want to do a pro bono call to lawyers on the list here that you can mark 6, but we have never been able to make it work. It also does not allow us to call *Flores* attorneys or our own immigration attorney for free. I use the minutes I pay for each time I call *Flores* attorneys or my attorney.

22. No one ever told us about our daughter's right to be released from Dilley to a sponsor in the United States without us or shown us paperwork about that.

23. There is a tablet here, where you can make video calls, but we do not make them, because to do so requires the family members first complete an application that is difficult to use. There is also a way to send grievances on the tablet. We have never seen a video about our rights on the tablet though.

24. We have not had a court date since getting here.

25. When we took part in a peaceful protest here, one guard here told us that they were going to charge all of us with crimes for obstructing the law and then separate all the fathers and send them to a prison if we ever did another protest. They also said they were going to use the cameras to identify who was participating in the protests. After hearing these threats, we felt overwhelmed with fear.

4

26. When the officials noticed the protest was happening, they directed everyone to their rooms and did not allow people to leave. Only when we got back to our rooms did we learn that the government was threatening us with separation. They kept us in our room for three hours.

27. Then, when we heard reports about protests outside the facility, they forced us to stay in our rooms for four hours. We had to wait until the officials took us outside to eat. They kept me separated from my daughter for the whole day except for when we went to eat.

28. They kept us in our rooms the day the congresspeople came as well, and they surrounded us by officials. My wife was not allowed to take our child outside to play.

29. I felt anxious, and my wife says ▮▮▮ felt so stressed she cried. There were not enough games for the kids to distract themselves. All the children who were stuck inside wanted to leave, but we felt like we were literally imprisoned in our rooms.

30. There have been four separate days when they locked us down in our rooms.

31. When we got here, we were all healthy. But we have gotten so sick since getting here. All the kids and adults caught a cough and diarrhea in my daughter's room. When we went to the doctor, they just gave us allergy medicine and acetaminophen, though we tried to say that my daughter did not have allergies. Then we got way worse. Anytime we tried to get medicine because ▮▮▮ felt sick, they made us wait outside for two hours, even though it was so cold outside and ▮▮▮ felt sick, just to get the acetaminophen. After that, we started buying Advil in the commissary to protect our daughter from the cold.

32. My daughter has been getting white spots on her face since she got here. She is constantly scratching her face, but when we went to the medical area about this, they did not do anything.

33. Another time, my wife went to the doctor crying with tooth pain, but the doctor would not see her, and when I went to find her, I saw that they would not treat her or the people after her. My wife filed a grievance once to the doctor after that, asking to be seen

5

for the molar pain. They made her wait four days before they talked to her, and when they called her she thought she would go to a dentist. But then the nurse just said the dentist will not see adults for any reason other than to pull teeth. So, since then, the nurse here gave her acetaminophen three times a day and she has just been taking medicine for over two weeks.

34.    There are two people here with measles who have been kept in the medical area, and the doctors here have been checking our temperatures. They have been offering the measles vaccine. This makes us scared, too, because the same place where they quarantine people with measles in the infirmary is where all the other medical appointments are. So, for the past few weeks, we have avoided going to the medical area unless we are in incredible pain.

35.    There were also a couple days when my wife had a migraine and could not get up, but they would not let my daughter spend time with me. When my wife asked if I could look after my daughter while she rested, they told her that if she did not watch her daughter, then they would write up a report.

36.    There is no kindergarten here. There is a program that they call "school" where they put together kids from 4-6 years for one hour from 9 am-10 am in the morning. They only show videos. My wife is an early childhood educator, so she has bought a notebook from the commissary and is trying to teach our daughter, since she is not getting education here.

37.    There is not enough room in the place they call a "school" for all the kids either. It is a small place with a few desks and a TV. When there were a lot of people here, there were so many children, and not enough space for all of them.

38.    We have made some verbal complaints about our daughter's medical needs and about our inability to get information on our case from ICE, and the officer told us they would investigate and would let us know. They even wrote down our numbers, but then we never heard back. We also tried to ask about why no ███████ families were leaving for weeks on end but did not hear anything back.

6

39.    We have never heard about people from ICE who are trying to understand the conditions better here.

40.    When we first got here, we had access to Gmail and we used it to communicate with our family, but around the time of the protest, they blocked it. We cannot use Proton Mail either, even though that's supposed to be the new option, because you have to pay after the first 5 messages which all have limited characters to use it. Making a phone call with our money is a better use of funds to communicate with family.

41.    My daughter cannot sleep well here. The lights are on all night, and even though they turn off a couple of lights on the beds, they leave the rest of the lights on. Then the officers do a count with radios on at midnight and dawn, and the children always wake up and feel scared.

42.    My daughter and wife sleep in a room with six families all from different countries. There is also a lot of dust that falls from the ceiling onto the top bunk of the bunkbed, so my wife and daughter sleep together on bottom bunk. My wife wakes up with back pain daily. They also are in a room with only older teen kids, and that makes ▮▮▮ sad because she has no one to play with.

43.    ▮▮▮ does not like the food here.  They have at times given us food that is a weird color that makes it look like it went bad. Now she does not eat anything, and we are always trying to get her to eat more. We go to the psychologist for help, but she just told us that we will be here for a long time and said not eating is normal. The psychologist said we have to try to force her to eat. There are so many breakfasts where she will not eat, and she is losing weight, and the staff here just say it is normal. Now she is eating just rice, because everything else looks so bad. Every day they give us boiled eggs and bread in the morning, and she just will not eat in anymore. We asked for a special menu for her, like the one they give people for religious reasons, because she was not eating, but the staff said she would not be allowed such a menu.

44.    ▮ got a tiny bottle of shampoo for children when we first got here but they will no longer refill it. After the protest they said that they no longer had tear-free shampoo. The shampoo we buy in the commissary is $6.

45.    The toothbrushes they give out are such bad quality too. So, we started having to buy in the commissary to clean my daughter's teeth and wash hair.

46.    The soap in the bathrooms does not really work either, and the toilets are not clean, since they only clean them once per day. There are so many people using them that there are days the bathrooms run out of soap and toilet paper. So, we have to buy soap to even use the bathroom.

47.    Even though there were filters in some rooms, my daughter and wife stay in a room where the filter is broken, and the water comes out cloudy and tastes bad. Last time I had tap water, I got diarrhea and started vomiting and went to the medical area and they did not give me anything all night. After hours gave me acetaminophen. I could not eat anything, and then I went back to my room and kept vomiting and having diarrhea. We bought medicine at the commissary and I just kept taking it all week. I was sick for a whole week. Since then, we have had to buy water here to stay safe. You can buy 24 bottles for $30.

48.    There have also been some officers who have treated our daughter awfully and said they will use force against her.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this _11_ day of _February_ 2025, at _Dilley, Texas_

CERTIFICATE OF TRANSLATION

My name is ____Eleanor Roberts____ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: ___02/11/2026___                    _____