# EXHIBIT 20

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Z███████ V███████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 17 years old.  I am from ███████████.

3.    I speak English, █████████, and █████████.

4.    I have been detained at Dilley for 44 days with my mom and dad. I was originally detained with my mom and dad and brother, but they separated my brother, so I am at Dilley with my mom and dad. However, they are keeping my dad separate from me at nighttime, and I am not allowed to go to his hallway and be alone with him. I want to see him more.

5.    When we ask about why we have been here for so long, they say our case is under review. On January 27, 2026, an officer told us we would be released on January 28, 2026. But that day, the congressperson came here and there was a protest outside, so the bus could not come here to get us. They did not release anyone that day. We asked the same officer the next day, and he said I would leave on January 30, but we are still here.

6.    Originally, when my family applied for bond, an immigration judge approved all three of us for bond. We were ready to pay for it, but there was an administrative error in the system where the judge entered the bond to include cents on the end. But there is no way to pay an amount in the system with cents on the end, and that made the government not accept our payment.

7.    When our attorney reached out to the court to get them to fix the error and allow our payment to be processed, an immigration judge reviewed the decision and decided that my parents are eligible for bond, but said I am not eligible. They said this is because I was 14 years old when I entered, and children who entered are not eligible for bond. But I have released from government custody before. I turned myself into CBP in December 2022, where I was detained for three days, then sent to a kids shelter in West Palm Beach, Florida, where I spent two weeks, before I released to my parents. Now, the judge is

1

saying the only way for my parents to exit detention on their bond is if they separate from me and leave me in detention alone.

8.    We are stressed about how long this will take. My mom needs a heart surgery, and I have been prevented from going to school, which is awful because I was in the middle of applying for college when ICE detained me. My mom's heart issue is called SVT. We had already scheduled the surgery for December 30, 2025, but we got detained on our way to take my mom to the hospital for scans two days before that surgery.

**Prior to Dilley**

9.    Before I arrived at this facility I was living in Florida for about three years, and my parents and brother had lived here for thirteen years. We had a dog. I was in 12th grade. I had been on the track team for four years, and I was planning to submit my college applications before the new year, but I could not because ICE detained me in December. I miss the ocean, my friends, and my dog. I miss everything.

10.    CBP pulled me over while I was driving to my mom's hospital appointment with my mom, dad, brother, and dog as passengers. They did not tell us any reason they stopped us. They just said they wanted to check our documents and immigration status. We gave them our IDs and explained we had pending cases, but they detained us anyway.

11.    They separated my brother that day, because he is 21, and sent him to Alligator Alcatraz. He has cerebral palsy, so we were all so scared for him. I do not know if he received any treatment while in detention.

12.    They did not give us any information about what would happen when they detained us and said we would see a judge the next day, but we did not.

13.    They never gave us any information about whether I could release to a family member without my parents. We have a potential sponsor for me, but they never gave us that option.

14.    The day they detained us, we spent all day in detention center in Florida, and then around 3 am they transferred us to a hotel for a day, and then they flew us here.

2

**Dilley ICE Detention Center**

15.    We first got here after midnight, and after spending two days in transit. They kept us in an intake room until sunrise with all the other detainees before they put us in our bedrooms. At intake they took our clothes, and provided some snacks, but that was it. There was a video playing in the background about voluntary departure and deportation, but it did not let us know any of our rights in detention. I also think it might have been muted, because I do not remember any sound, but I remember seeing the information on the screen about self-deportation.

16.    I have not received any training about my rights either. I have never seen the I-770 form that you are showing me. The only thing the officer ever talked to us about is voluntary departure. They took us to a room with other people and told us that we would get $3,000 per person to sign voluntary departure. A few weeks later, they told us we would get $5,000 for the whole family if we took voluntary departure. We kept saying no. Then they said we would be released on January 28, but we are still here.

17.    At the detention center in Florida, we saw a video, but it was not about our rights, either. It was about where we would be transferred next and it said there was zero tolerance for sexual abuse. But we have never seen a video about our rights since being at Dilley.

18.    We have used the tablets to ask ICE agents questions. There is no information on the tablet about my rights that I know of. I guess it's possible there might be information in some applications, but if so, we do not know about it.

19.    No one who works at ICE has ever told me about Flores. I have heard about it from the friends I made here. They told me that we should not be held for more than 20 days.

20.    The officers have used false fire alarms to make us leave our rooms so they can search them. During these sweeps, we spend about an hour outside while they search our beds and closets randomly. Last time they did it, they threw away my basic coloring papers. They also took my hand cream and shampoo that I had bought at the commissary. This made me upset because I can only go once a week to commissary to buy shampoo.

3

21.    There are also some days that they have made us stay in our rooms for many hours. On those days, they have prevented us from leaving even to take our pills. They keep us separate from our fathers during those times. Then, when they take us to lunch, we have to walk in line to the dining hall and in a line back to our rooms. These lockdowns have happened four times and the staff never explained why. I think it was because people were visiting.

22.    We have to pay for phone calls here and the phones do not always work. It is too hard for me to make the phone work in my area. For some reason, it works from my dad's side, but not mine. We do not know what the problem is, but because of this our dad has to make any calls. Early on, we tried to request calls to my brother while he was in Alligator Alcatraz, but they did not grant us access. He has gotten out, but because of the phone issues I have been having, my dad is able to talk to my brother, but my mom and I cannot. It costs about $0.10 per minute to make a call with taxes.

23.    There is no way to make free phone calls to family members, except for the original 5-minute call when we were first detained.

24.    I cannot call my lawyer for free either. I have to pay to call him on his cell phone. I have never heard anyone tell me I should be able to call my lawyers for free.

25.    For families without any money, the kids cannot call any family members.

26.    Since the measles outbreak started, they have been taking our temperature, but they are not doing much else different. There is one family with a small kid who staff kept in a separate room in the medical area, but they are not that isolated, and they are walking around without masks. I would not call that isolation.

27.    We are always sick here. I am sorry we keep coughing during this interview. But they only ever give us Tylenol. They never give us antibiotics for our illnesses. My mom has a fever now, and they have been telling her it is just allergies and giving her allergy medicine. But it's clear they are in denial about the sicknesses, because she does not have allergies. We have been sick five times since being here. That's more times than I have

been sick in the past ten years. A few weeks ago, a virus went around and many kids kept throwing up a few times a day, but medical area only ever gave them Tylenol.

28.    Because my mom missed her scheduled heart surgery, she has not had treatment here. The times that we have asked for support, staff here have said that the most they could do would be to call an ambulance.

29.    The medical staff here are mostly not doctors. They are nurse practitioners. They are just doing their job, but I do not know why they have such limited ability to provide medications.

30.    I am not going to school here because there is no real option for school. They have one hourlong class for ninth through twelfth grade and it is the same program each month. So, I am doing Khan Academy at the library when I can to try to learn instead.

31.    The psychologist here asked me about my immigration status, and whether I knew why I was detained. For the most part, my dad answers these questions, because anytime we tell them our problems they just say, it's all ok, and there is nothing they are going to do about it. So, we try to be careful, because it's likely they pass anything we say along to ICE agents.

32.    We have asked the doctors many times for clear water here. In each room, there is a little filter on top of the tap, but the filters do not really work, and I think it is because they have not been changed frequently enough. So, we have been going to the dining area for filtered water. It still tastes bad, but there is no other option for water that does not taste bad, except for buying the pack of water for $32.

33.    It is hard to sleep here because the lights are on 24/7. Even if you want to try to cover your eyes with a towel, they come and take it off. They say that it's because they need to see you. But I don't think a towel over my eyes stops them from seeing me. We have forgotten how to sleep through the night, without waking up every 2-3 hours. This is bad for our brains, because we cannot produce melatonin we need from uninterrupted sleep.

34. There were 12 people in my room until yesterday, and now there are 10 people. All the other families watch TV in Spanish, but since I do not understand Spanish, I do not watch TV.

35. The guards come into our room two or three times each night, once around early night, once at midnight, and then again in the early morning to make sure people do not run away. It wakes me up each night.

36. When it got cold here, I needed a beanie and gloves, but it took two to three weeks for them to provide those items, so by the time I got them, it was not as cold anymore. I also need new shoes, because after about 20 days they break. They did not give shoes to my mom when it was raining, even though her shoes were cracked and her socks were wet. They said that the shoes were not cracked enough to change. That made me really angry.

37. I usually go to the gym and play volleyball each day.

38. I live in Brown and even though I have a pass that is supposed to allow me to leave my living area alone, officers often tell me to go back to my living area when I do. I've tried to meet up with friends that I made who live in Yellow and Red, but the officers always told us we had to go to our rooms.

39. The food here is usually fried chicken and fried fish. It is not good for us. At home we try to eat healthy food that we cook. We usually cook soups and salads, but here there is only a lettuce salad and 99% of the other food is high fat and fried. We eat it because we have no other option. We sometimes buy snacks from the commissary, but that is also junk food, so we try not to eat too much of it.

40. The soap in the bathroom smells weird and sour, and it is not foamy. I do not use the soap here for my hair, and I buy shampoo, conditioner, and a toothbrush. If the security guards are kind they will give us toothpaste, but often they say they do not have any toothpaste, so we have to buy it.

41. There has also been an issue with the laundry not having detergent for months. When we ask for detergent, they say we can use the hand soap from the bathroom, even

6

though we have no way to take the hand soap out of the containers. All of the washing machines smell like mold, so when we try to wash our clothes, we just rinse them in moldy smelling water.

42.    The officers are sometimes rude to ███████ families because they do not understand them as well as they might understand families that speak Spanish.

43.    There was a family from ████████ here, where the wife was pregnant, and they separated the dad and sent him to another facility from his wife and daughter.

44.    I wish everyone could get out from here as soon as possible. I worry that I cannot remember everything that I should be telling you. There is so much wrong, and I think there may be some problems that I am forgetting to mention.

45.    I feel mad and sad, because my parents have been working as taxpayers here for 13 years, and they own a business, but we are all still here. My dad is worried we will lose his business because he cannot update his insurance since he has been detained, and he will suffer debt if we can go home. We are also scared we will lose our home, because we have not been able to make our payments here. That is a huge concern for our family.

46.    I love hanging out with my friends, and I miss them. I want to be a dentist when I am older. It would be great to work in the medical field.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 11 day of February 2025, at Dilley, Texas _____.