# EXHIBIT 21

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, A█████ P██████████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 43 years old.  I am from ██████.

3.      I speak ███████.

4.      I am detained at Dilley with my husband and my two daughters, who are 14 and 9 years old.

5.      We have been here for 113 days.

**Dilley ICE Detention**

6.      My daughters and I live separately from my husband. Our contact with him is only possible outside the rooms from 7 a.m. to 8 p.m.

7.      Nothing good comes out of that. When we were living together, we had quality time together. Now, he can't put our kids to bed, tuck them in, and tell them a story. This isn't possible and it's very difficult for them. They are not used to this. They used to sleep with us at night when they got scared, but now they can't do that. We felt like more of a family unit before coming here.

8.       You'll also notice my husband is limping. He has problems with his legs, muscle atrophy. He needs special treatment for it, like massages and physical therapy but they don't provide that here.

9.      The lack of medical care even just for him has negatively impacted my daughters. He can't play with them like he used to. He used to play ball with them and run around. Now, he can't spend time with them like before. It's not the same.

10.     The girls are sick – everyone here is sick this week. There is something going around. They can't eat lunch or they'll throw up.

11.     In December, people started to get sick. It felt like the flu. I got very sick; I had an infection in my lungs. I have asthma, so I'm still recovering and getting treatment. They just stopped the antibiotics for me recently.

1

12.    Currently, almost all the children here at Dilley are sick with nausea and diarrhea. It already spread to the adults as well. People are vomiting all over the place, in the bedrooms, eating areas, and more.

13.    There is not a single room here where the kids are not sick.

14.    Last night, one of our friends was vomiting and feeling very ill. He asked for a doctor, and the doctor was only provided after he fainted.

15.    There are lines everywhere because the facility is so full. We waited in a long line to get into the medical unit for the girls. Like usual, they suggested we drink more water and eat bananas, which they don't have here.

16.    That actually made us laugh, because we haven't seen a banana in months. We would eat one if we could!

17.    During our time at Dilley, my children have been constantly stressed and subjected to psychological pressure.

18.    ▓▓▓▓ stopped wearing diapers at 1.5 years old, and now we've already had 4 episodes where she has wet herself. She turned 9 on ▓▓▓▓▓▓ of this year; she should not be wetting herself.

19.    ▓▓▓▓▓, my older daughter, is constantly crying, and she gets hysterical easily. She cries in the shower. I can hear her crying from the shower. She's constantly sobbing.

20.    She is also constantly scratching herself. She does this when she is nervous. She has been doing it all over her body.

21.    We haven't seen the psychologist here for a while. He is avoiding us, because every time we talk to the psychologist it ends up with him asking how ▓▓▓ is eating, sleeping, etc., and the psychologist is increasingly not interested in discussing anything. He doesn't want to talk about the problems the girls are having and just says, "I'm sorry." That's it.

22.    Every time we talk to the psychologist, it feels like some kind of mockery. He seems shocked that we are still here. We said we're eventually headed to Sacramento because that's where our sponsor is, and he said we can look at pictures of the city on

2

YouTube. What a joke. So, after that we stopped seeing him. And now we can't even look at pictures of Sacramento on YouTube or Google, because both sites are blocked by the facility.

23.     There are four or five families to one room here, with only large families with children of different genders having their own rooms.

24.     The lights are constantly on in the rooms, causing disorientation and preventing proper sleep. The children have difficulty falling asleep and wake up several times during the night.

25.     Also, because the lights are constantly on, biological processes are disrupted, such as the production of the hormone melatonin, produced during sleep in complete darkness, which is necessary for growth hormones.

26.     The rooms are very cold. The children sleep in as many clothes as possible, but there are no warm blankets.

27.     The air conditioner is very loud, which also wakes the children up.

28.     We have to go outside to go to the bathroom or shower. The temperature has dropped, though, and it's very cold to walk to the rooms after a shower, and it's also cold in the bathroom and shower itself. Because of this, the children get sick, everyone has runny noses and coughs.

29.     The children have no personal space, no personal toys, and very few toys in the shared space. The children share them and constantly argue and fight. In our playroom, there's only one doll, which children can take by leaving their ID as collateral. My youngest daughter really suffers from the lack of personal toys. She makes her own toys out of scraps. She collects pebbles from the street and paints them into the shapes of minions. The other day, she found a medical glove and made Patrick from SpongeBob SquarePants. She also makes dolls and clothes for them out of paper. Since she doesn't have scissors, she carefully tears off what she draws with her hands. She constantly hides these toys, so that the security guards and cleaning staff don't throw them out, mistaking them for trash.

30.    There's no comprehensive education. The children go to school five times a week for one hour a day. The program only lasts one month, and after that it repeats. My children learn the same thing several times.

31.    Access to internet resources is also limited. The rules used to be that you could borrow a computer for one hour a day. The library has only 23 computers, 4 of which are out of order, but there are a lot of people who want them. Adults need computers for court preparation, filling out forms, and email correspondence, and children also want to surf the internet.

32.    Now, though, we can't use anything at all on the computers. Nothing works. Everything is blocked. I can't even look at the website where you can see the judicial system and see the date of our trial.

33.    Proton Mail is also not successful. We signed up for the Proton email account and we were able to login there twice, but on the third occasion it was already blocked.

34.    The staff just said that due to internal regulations, there are new rules we all have to follow regarding the computers. They told us that starting this past Monday, January 12th, there would be no Gmail, but the facility-wide notices said Proton Mail will still work. But Proton doesn't even work. YouTube and some websites with games for the children now also don't work.

35.    Google doesn't even work. If we type "New York" in the search bar, the computer says there is no New York.

36.    Staff said these new regulations are so that we can all work on our immigration cases. Of course, it's only harmful to our cases.

37.    I haven't used the grievance policy previously, but recently I wrote one regarding a medical issue. On December 31st of 2025, I submitted it, but no one has responded yet. Now, it's January 14th, so it has been over 2 weeks.

38.    I asked for dietary nutrition because my youngest daughter has allergy-related issues. After eating certain foods, her skin itches so badly that she scratches it until it bleeds. This happens after eating spicy or fried foods. We used to see a dermatologist and

4

allergy specialist regarding this issue. The doctors recommended that she adjust her diet to avoid fatty, salty, sweet, and spicy foods. Not eating those is best for her.

39.    Also, when she eats these kinds of foods sometimes her face starts to turn red around her mouth and she scratches it until there are blisters there.

40.    Unfortunately, the food here is very fatty and spicy all the time, causing ▮▮▮ to constantly be scratching her skin, leaving red marks.

41.    When we originally went to the doctor here, she said we can't provide you with the dietary nutrition we want because they don't have such foods here – so I asked her to make a note that they can't provide the foods ▮▮▮ needs in her medical records. She refused to make the note. She called security. She switched off all the interpreters and kicked me out of her office.

42.    I also spoke to a pediatrician at Dilley about this later, a different doctor, and it all ended up the same way. She said she doesn't see any obvious reason for the special diet, but at that point in time ▮▮▮ wasn't scratching. So, the pediatrician thought we were making it up. She didn't have the red marks then because she was just eating largely milk, bread, and cookies.

43.    The pediatrician said she hasn't lost any weight. But of course she hasn't, because she is just eating milk and bread and cookies. I asked what the pediatrician's name was, and security was called again and I was kicked out again. She got very angry with me.

44.    Because of this issue with my daughter's dietary needs, I made the grievance.

45.    There's no proper nutrition here. Almost all the food is spicy or fried in oil, like burgers and hot dogs.

46.    The only fresh vegetables are a mix of cabbage and lettuce, which aren't always fresh. Sometimes they're served moldy. If we show the staff the visible mold, they just take it out. Sometimes, people would bring the moldy cabbage to the staff, and they'd take it and eat it and say this is normal food. They'd just destroy the evidence so it wasn't brought anywhere else.

5

47.     In November, there was an incident where boiled vegetables were served with live worms. We received no specific explanations regarding the worms. Some families got sick from it though. One family was vomiting, and they were told if their daughter vomits more than 8 times, then they can go to medical. If she vomits less than that, then don't.

48.     There's also a lot of sugary food here, and the only drinks are two lemonades and coffee, but no tea. Tea is sold at the store for $4.60 for 18 tea bags. My children aren't getting proper nutrition, and because of this, they're gaining weight, as they mostly eat bread and jam or cookies and milk.

49.     There's no proper clean water, even though there are filters in the rooms and kitchen. The water smells foul, and there's a white residue on the sink. All Dilley employees drink the bottled water they're given, but we have to buy it from the store; a half-liter bottle costs $1.20.

50.     There's no proper medical treatment here. All that's prescribed is Tylenol, ibuprofen, antibiotics, and antihistamines. For any illness, the only advice is to drink more water, which is undrinkable.

51.     The pill line lately has been at 11 p.m. or midnight. Starting from 10-11:30 p.m., the staff pick people up to go to the line. It's not just adults, it's also children. They were telling people at 8 p.m. to go to their rooms and wait for someone to pick them up for the pill line. You could wait for hours in your room before you were picked up.

52.     The rooms are unsanitary, the cleaning is superficial, and there's a lot of dust and dirt in the corners under the beds, which causes allergic reactions in the children. Fleas are found in the rooms, and many children have lice. The laundry room has dirty washing machines that stink, poor-quality laundry detergent, and the clothes don't wash properly. After washing them, they still stink and the children are itchy.

53.     The clothes and shoes they give out are of very poor quality. The sneakers are so bad that they last only a week. The soles crack, allowing water and dirt to pass through; replacement requests take weeks.

6

54. The poor-quality soap in the showers, combined with the poor-quality water, causes itching and damages hair. Shampoo, hair conditioner, soap, and antiperspirants of any reasonable quality are only available at the store. Prices range from $2.60 to $15.

55. My eldest daughter celebrated her birthday in November of 2025 at Dilley. The library refused to print a card for her.

56. My daughters are extremely distressed. Not a day goes by without them crying, and as a mother, it's incredibly painful for me to watch their tears and suffering.

57. When we speak with ICE officers, we ask them why they're holding us for so long, despite the *Flores* Agreement, to which the ICE officers reply that the Agreement is no longer in effect.

58. Once in November, they got us all together in a sports hall. There were ICE officers and medical personnel. We asked why we're being held for so long, and they said that there is no *Flores* Agreement.

59. We used to get together every day in church and there were ICE officers who received people from 9-10 a.m. We went once to speak to them and to ask about the *Flores* Agreement, but the ICE officers who were there said the *Flores* Agreement was null. This was also in November but several days later.

60. About a month and a half ago, they brought in and housed single women here. When they move around the facility, the children and I are locked in. They can lock you in the cafeteria, in the outdoor restroom, or even completely close off the playground. At times like these, you realize you're in prison.

61. We received no Know Your Rights training.

62. We have a great attorney and she is trying everything, but they will not let us out of here.

63. The children suffer so much here, not only physically but mentally too. This place is killing their souls.

7

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14 day of Jan 2026, at Dilley, TX

## CERTIFICATE OF INTERPRETATION

My name is IRINA MESTERGAZI and I swear that I am fluent in both the English and ███████ languages, and I interpreted the foregoing declaration of a family detained in ICE from ███████ to English to the best of my abilities.

Dated: 21/01/2026                    Irina Mestergazi