# EXHIBIT 22

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Y███████ H███████ H███████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I speak ██████ and Spanish.

3.      I have now been here at Dilley with my eleven-year-old daughter for more than three months.  This is my second time talking to *Flores* counsel.  I was fighting my case, but I have let ICE know that I want to take deportation.

4.      I see my daughter depressed and crying all the time.  She doesn't want to eat, and she is just eating apples and milk.  She does not like the food.  It is always the same thing over and over.  She is sleeping all the time and doesn't want to do anything.  I am worried because many times she doesn't eat anything.

5.      My daughter has been sick for two weeks.  I was upset with the medical department because even though her throat hurt and she has chills, they didn't do anything for her.  They just tell me she is fine even though she has a fever.  The first time, they didn't even give us any medication.  We went a second time and they just gave her Tylenol.

6.      It is still so hard to sleep here.  My daughter doesn't sleep well and is sad all the time.

7.      I am hearing that everyone here is being told they are going to be deported.  It seems like no one is getting good news.  That is another reason why I just want to leave.

8.      No one here has told me how to use the grievance system.  I do not know how to use it.

9.      There are many problems with the medical system here that I would want them to improve.  People are constantly complaining about the poor medical treatment their children receive.

10.     The kids also don't get enough clothes here.  I have asked many times for new shoes for my daughter because the soles are broken, but the lady has told me that they don't have any in her size.  They keep asking me to fill out a form.  I have filled out the

1

form and given it to them two times and still haven't gotten any shoes.  I have also asked for a second sweater because my daughter was only given a white one, and it is hard to keep it clean after three months.  Each time, the lady says they don't have any more without even checking.  I finally got a sweatshirt from a family who was leaving.  I haven't done a grievance on this because I don't know how to use the system.

11.    Families are upset because they took away access on computers, like to Google.  That makes it harder for people to work on their cases.  They also shortened the amount of time we can use the Internet to twenty minutes.

12.    I just want out of here.  I can't continue to see my daughter struggle through all of this and deteriorate.  I have lost faith and just want to leave for my daughter's sake.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14th day of January 2026, at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _1/14/2026_ _Diana Cano_