# EXHIBIT 23

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

I, S███ S███, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 45 years old.  I am from ████.

3.    I speak ████.

4.    I have been here for 80 days.

5.    I am detained here with my 11-year-old twins, one boy (████) and one girl (████), and my wife.

**Entry to U.S.**

6.    My family and I wanted to enter the U.S. legally.

7.    We contracted an attorney and applied for humanitarian parole before entering the U.S. We thought that application would show up in the system as soon as we presented ourselves at the border.

8.    We tried to make an appointment on the CBP One App, but it stopped working in January of 2025.

9.    By October of 2025, we were not able to return to ████, so we drove to the border and presented ourselves immediately, asking if the immigration officer could look up our humanitarian parole application. We did not sneak into this country.

10.    He said there was no sign of it in the system, so I handed him a physical copy of our application.

11.    We don't understand what happened with that request.

12.    We also told him that we were seeking asylum.

13.    We were then sent to the San Ysidro facility for three days before being brought to Dilley around October 28th.

14.    We are here because we are requesting political asylum from ████ I fear for not only my life but the lives of my wife and children if we were forced to return. We cannot return there.

1

15.    We have not been able to find a free attorney that can help us with our case and our individual asylum hearing is coming up. We are desperate for help.

**Dilley ICE Detention**

16.    My son, ███ has autism. We have very clear medical documentation of his diagnosis. The conditions in this detention center have severely negatively affected him. Prior to being placed in the detention center, we never observed such significant health concerns with him.

17.    Let's start with the stimming. Stimming behaviors can include things for him like closing his eyes, turning his head right and left, and waving or clapping his arms. He may do this constantly while breathing loudly or making odd noises. His stimming, which is a way for him to release pressure and stress, has gotten more frequent since coming here and he's even developed two new ones.

18.    Throwing his hat back or off of his head is one new stim, and making movements with his mouth like a twitching motion is the second. He used to spend a lot of time in the sand box here playing with the sand. The texture and being able to do something with his hands is helpful for him. It's cold now, though, so we can't go in the sand. This would help him relieve tension. The shower sometimes also calms him down, but he's been sick lately and it's cold out so the shower isn't working to calm him down anymore.

19.    He has also been having repetitive behaviors. He can get stuck in a loop. For example, he'll repeat "where are we going?" multiple times even though we said the answer already and we already left to that place or have even arrived there. We are seeing acute manifestation of repetitive behaviors now that we didn't before.

20.    He has also become more aggressive. He is struggling to restrain himself. If I don't respond to him in time, he'll pinch me. Even during this interview, he has tried to hit your coworker.

21.    He has also become less talkative since coming here. He is regressing and is less verbal.

2

22. He is putting up a fight to everything. Even if we are going to go eat and he's hungry, he cries. When he gets dressed with his mom in the morning, he cries. If we have to go to medical to get him help, he cries. Everything is with tears. This never happened before coming here.

23. It's important to note the tears, because people with autism actually really struggle to express emotions, but he is pushing through to do that because he's in so much pain. This is him saying he can't stay here anymore.

24. Today, we saw him liven up for the first time when he got to play with the fidget spinner that you brought. He became cheerful and smiled. Lately, you cannot expect any smiles on his face.

25. He is also about to enter puberty, and in kids with his diagnosis and his age, this is a really critical period. We've been in touch with an organization in the U.S. called Autism Speaks, and they have confirmed with us that this period can be dangerous. This is around the time when children with autism are at risk of developing epilepsy. We want to do everything we can to decrease this possibility.

26. There is no educational system here, not even for kids who are normally developed. There are no specialists obviously at all, so ███ is not continuing with his development or education. The staff members are not trained to work with kids with autism.

27. The physical and psychological toll on our son is mounting, and we are deeply concerned for his health.

28. We do see the psychologist sometimes, but it's super brief. They ask how they kids are doing and if we're getting what we need. We respond, and that's it. That is the 5-minute conversation and then we meet in a week, and we get a sticker. And that's the whole visit.

29. The only situation when a psychologist helped us is when we had just arrived at Dilley, and we mentioned that our child stops eating when it's loud. The psychologist offered us headphones. That was the only helpful thing.

3

30.    We still have the headphones, but he hasn't been wearing them for the past two weeks. He doesn't want to wear them anymore. We don't know why. It's still very hard for him to eat when it's loud. I think the headphones just irritate him now. He will pick at his food sometimes, but it's always noisy in the gym where we eat with all the other families.

31.    In addition to his autism, ▮ has severe dietary restrictions. We also have medical documentation of this. He has an intolerance and cannot eat anything with gluten, sugar, or lactose. Obviously, this is very limiting. Eating sugar makes him anxious, nervous, and hyperactive. Dairy and gluten cause really bad intestinal problems for his stomach.

32.    We have not been approved for a special diet here. ▮ basically eats this small, dry, hard piece of chicken every day. We have requested dietary help multiple times. The psychologist sent us to the cafeteria to request this change and then the cafeteria sent us back to medical. It's one big loop.

33.    What would be great for him is fish. We have friends who are approved for the halal food which is a special diet where there is always fish. Sometimes, they share with ▮ which is cute. They will give him little scraps of fish from their table, and he loves that.

34.    Other than that, a lot of the regular food served here he cannot eat. It's really just the chicken breast he's eaten for the past 70ish days, sometimes rice and beans. He has been losing weight.

35.    We did speak to the pediatrician about the issue of ▮ eating, but she said she couldn't help us in anyway. She smiled and said that if it was possible she would feed the kids here with whatever they wanted. She said she understands that our child has autism and that he has some preferences in terms of diet, but we just have to eat what's here. But it's not just preferences for him, it's a medically documented intolerance. Sometimes for breakfast he can't eat anything because it all contains gluten. Now, after a lot of our complaining, at least they've started giving eggs for breakfast.

4

36. It was very painful for him to go to the bathroom for a while, but the medical unit just offered some pain medication. Unfortunately, that's all they could offer.

37. The medical staff seem to think the little chicken breast he eats every day is enough, but it's not. We are talking about making sure he has actual nutrients that don't contain gluten, lactose, or sugar. A chicken breast isn't providing him with all the nutrients he needs. The U.S. has so many available products that are gluten-free, lactose-free and such so we don't know why there isn't a menu for folks like ▮ who need a special diet.

38. Today, it's been nine days since ▮ has been sick and having what we think are fevers. Initially, they offered some fever-reducing medication, Ibuprofen. ▮ took it. But now, we are telling them that it's either a virus or a bacterial infection. We need antibiotics because Ibuprofen has not been helping for at least 7 days. We need something that can treat him, and the Ibuprofen isn't working. They replied we have nothing to treat him with. That was their official response in the medical unit.

39. After so many days, when we go to medical now, we ask if they can just take ▮ temperature. That's all we are asking for, but they don't. Ibuprofen is a serious strain on the liver, and we need to understand if he needs to keep taking that or not. We only want him to take Ibuprofen if there's an actual fever, and we can't be 100% sure if there's a fever without a temperature read.

40. When we go to medical, the staff see that ▮ is crying and nervous. They see that our child is fairly alone here, that there aren't a lot of other autistic children here. Is it really so difficult to pay some more attention to him and not make the child suffer? It seems like they do everything possible to make him suffer. As a result, we have had to leave the medical appointments early sometimes because ▮ is so upset.

41. It also looks to me like they are creating the conditions that are making all of our kids sick in the first place. There is a real pandemic going around this facility.

5

42.    A lot of people are sick and people are continuing to get sick because we all stay in the same room, eat in the same cafeterias, and so on and so forth. Also, a lot of the hand sanitizer boxes are empty.

43.    They don't isolate people. They just send everyone back to the same room where other people are staying when they are sick, so then obviously the whole room gets sick. Then it spreads to everyone else. We have seen kids throw up in the kitchen on the tables. It's really scary to see that and to look around and see everyone be so sick.

44.    Another thing is that the medical center does not have enough capacity to see the number of children and adults they have here.

45.    At the medical center, the intake room is a small room. Everyone is sick in that room, coughing and sneezing. They take the kids one at a time, and the appointments never run on-time.

46.    Further, the overheads lights are on 24/7 in this facility and the indoor temperature is always freezing. This is really intolerable for ██████ sensory needs. His sleep patterns have been disrupted. He struggles to fall asleep and frequently wakes up throughout the night.

47.    Our daughter, too, struggles from the lights being on all the time and the air conditioner. These conditions have led to persistent colds, requiring frequent medical attention. However, the medical center at the facility lacks adequate care, and it is impossible to receive the necessary medical treatment there.

48.    Recently, a lot of the rules here have changed. For some reason now, the dining room is only open to a small number of people. Most of the families, including our family, have to eat in the gym. This is not a place intended to give out food.

49.    Our eating time has also been reduced. We're only given 1 hour for meals now.

50.    The staff are unable to handle all the people that are currently here, it's beyond their capacity. It feels unreal. No one cleans the places here thoroughly. No one is cleaning the water coolers and no one cleans the gym that is used for mealtimes. They are not particularly good at cleaning anything here. The conditions are unsanitary. The reason

6

for all of this is that this place is a complete mess; it's totally disorganized, because they're so many people here.

51.     I live in the green complex with other husbands, but my two kids and wife live in the brown complex.

52.     For me, every day it's like being in a prison here or a concentration camp. There is a warden or someone who comes into the room and blows a whistle at 8 p.m., and we (the dads) have to say goodbye to our wives and children. This is the most painful moment. Even after months, our kids don't understand what is happening. They don't understand why I have to leave them. It's incredibly hard to go through. My children cry very often, because 8 p.m. sometimes comes during an unfinished activity or unfinished conversation.

53.     Also, sometimes my wife might need my help, like if one of our children is sick. If it's after 8 p.m., they don't allow her to contact me and tell me what's going on or ask for help.

54.     My wife feels like the only support she gets is from our daughter, who is only 11 years old, which is crazy. I feel terrible for our daughter because she is still so young and wants to play and draw, but my wife often needs her support with ███

55.     ███ has been so nervous lately, especially because he's been so sick. This is the third time that he's been sick for a long time in the past 2 and a half months that we've spent here. Everything is provoking tears. If we have to go somewhere or there is a transition, it all comes with tears. He's apathetic. He doesn't want to do anything. He's very sick and upset.

56.     It should be also noted that single women who have committed an administrative offense live in the butterfly block. They are considered sort of like criminals here. But when they take the single women to the library or cafeteria, everything here is blocked, and the staff say we can't even look at the women or where they are. It's very interesting and weird. It's totally unclear why we have to be so separate and why single women are here. We feel like this is some sort of experiment we are living in.

57. I wrote a grievance on behalf of our family about the email ban. On Monday, Jan 12th the ban started. I don't know who introduced this rule, probably management. They have restricted everyone's use of the internet. We can't use email now anymore, like Gmail and Yahoo and Google is also restricted. As of this past Monday, they say you can only open emails if you have a Proton account, but this is a blatant lie. No one can sign up for Proton Mail here.

58. Even if you have a Proton account somehow, you can only send messages but you can't send PDFs and other files. It's really limited. They've completely restricted our ability to prepare for our legal case. The accounts also get shut down in 2 to 3 days anyway.

59. I haven't gotten a response yet from my grievance. Other people submitted grievances about the same issue, and the ones I know haven't gotten responses yet either.

60. No explanations have been given by CoreCivic or ICE on why email has been cut off. A lot of the ▮▮▮▮ families here, ours included, know how to use AI, Google, and such. Because of that, we've been able to find a way to turn to organizations like Children's Rights, Human Rights, and more. And I think the facility is mad about this. We started preparing letters in real terms, like real complaints and sending them to you and others. When the facility found out that we were getting information and sending it out, they decided to ban it.

61. In ▮▮▮▮ writing grievances and all of that doesn't work. We were only able to get through to the world through the media. We are from ▮▮▮▮ We understand the way bureaucracy works and what it's like when laws are broken. We understand how to do advocacy. We do not wait until we get a response, we just send email after email.

62. Before the email and google ban happened on January 12th, human rights organizations' websites were already blocked. If you searched RAICES or Children's Rights, when you tried to click the page a window would pop up that says this is an incorrect site address.

63. Now, there's no Google services at all.

64.    We received a list of free potential attorneys when we arrived, but none of the phone numbers worked. We weren't able to get through to any.

65.    You have to pay for every phone call here, whether it's to an attorney or not. Even to RAICES, we have to pay.

66.    No one has ever given us a reason for why we and our children have been held here for more than 20 days.

67.    Interpretation services are sometimes provided to us, but not eagerly; only when it's useful for staff. If we approach the staff with questions, then it's not provided.

68.    I've never heard of a case manager.

69.    We received no Know-Your-Rights training. I also remember very clearly the day we entered Dilley and no video at all was playing.

70.    All the staff and ICE officers here say *Flores* doesn't work. It's history now. It's a story from back in the 1900s, it's buried.

71.    At one point, they called a lot of us into the gym. There were people from Latin America and ▮▮▮▮, and they were talking about some rules there but in Spanish. It wasn't clear to me what they were saying. There was an ICE officer there as well and he was asked why we are being held here. The questioner referenced *Flores*, and he said there is no *Flores*. To be precise, he said, "It does not work. Forget about it. There are only the orders from Donald Trump."

72.    This incident happened once around November 15th and again two weeks ago. It's happened twice.

73.    The ICE officers never introduce themselves. If you approach one and are conversing with them, they will refuse to introduce themselves. We can only identify them by their ID numbers.

74.    No one has explained that our children have the right to be released without us.

75.    Continuing to detain our children in these conditions will cause irreparable harm to their health, and we fear for their future well-being if they are not released soon.

9

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 15 day of Jan 2026, at Dilley, TX.

CERTIFICATE OF INTERPRETATION

My name is _____Yurii Petrashyk_____ and I swear that I am fluent in both the English and

████ languages, and I interpreted the foregoing declaration of a family detained in ICE

from ████ to English to the best of my abilities.

Dated: _____1/15/2026_____          _____