# EXHIBIT 24

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, A███ K████████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I have now been detained at Dilley with my husband and two-year-old son for 108 days.

3.      We are from ██████ and speak ███████.

4.      I spoke to *Flores* counsel in November and will provide further information today too.

**<u>Dilley ICE Detention Center</u>**

5.      There is an epidemic going on here right now. Everyone is throwing up. Last night, I was throwing up the whole night. In the men's building, my husband tells me it's the same. Someone lost consciousness in the night because they fell down and fainted from being so sick.

6.      The facility hasn't explained anything to us about the sickness going around. They are just bringing a lot of people here. Because of all the people, we think there are more germs.

7.      Because there are more people, getting medical help is also harder. They just give out electrolytes, that's it.

8.      My roommate's kid threw up in the cafeteria, and they had to wait for three hours to get medical help after that. There is always a long wait and line. After waiting, the doctor said, "you don't have a fever everything is fine."

9.      Our son, █████, got sick on January 3rd or 4th. He had fever of almost 40 degrees Celsius (104 degrees Fahrenheit), and we waited for two hours to get medical help.

10.     He slept for 17 hours straight, and when we told medical that they just said to keep waiting.

11.     Finally, we were able to see a nurse, not even a doctor. The nurse didn't even look at his ears or listen to his heart or look at his throat. She just said she'd bring Ibuprofen. I

asked if she would look at him and she said she couldn't see anything. She decided to call a doctor.

12.     A doctor came, Dr. ███. She looked at his ears and said one of them had a complication and it was red. She said she'd prescribe him an antibiotic. We agreed to the antibiotic, but I also asked for a probiotic because otherwise my kid's stomach would get really upset. She said she couldn't do that, so we didn't get anything.

13.     When I started asking for the probiotic, she started yelling at us and said "finish!" "back!" and threw us out of her office. Then, the visit was over.

14.     Also, there were 5 or 6 days recently where we had to stand in the pill line at 11:30 p.m. at night. It was really cold. All the kids were asleep and they made us get them up to wait in the line.

15.     No explanation was given for this odd timing of the pill line, but yesterday they switched it back to the normal time. When we asked why the pill line was briefly changed to 11:30 p.m., the staff just said line up now or we'll file a report or complaint against you.

16.     Another rule changed and we are now getting our meals in the gym. We don't know why. They are not telling us anything. This has been going on for four days now.

17.     They've also decreased the mealtimes. Lunch used to be 11 a.m. to 1 p.m., but now it's just 1 hour. And, we have to stand in line 30 to 40 minutes out of that time just to get the food.

18.     Keep in mind that we have to hold our child in our arms the whole time. He's 2 years old. Staff don't allow kids to walk around that area during mealtime. They start raising their voices and yelling if kids are walking around, which doesn't help at all. We really struggle to hold ███ for 30 minutes while we wait in line.

19.     When we go the gym, we see 200 women leaving from their meal. Then, we get in and sit down right away after waiting in the line to eat. We eat there, and it's not clean at all.

20.     We are crying here every day.

2

21.    The staff didn't even clean up after my roommate's child threw up in the gym while everyone was eating around it.

22.    On November 19th, the last day we talked to *Flores* attorneys, we went to the kitchen for dinner. They served rice with meat, large chunks of onions and peppers, and a spicy Mexican roll with cheese and salsa. Our child refused to eat it again, and my husband, in tears, went to ask for other food for him.

23.    We saw that the halal menu included fish, oranges, and normal meatballs. We stood there asking for it for a long time and started arguing with the kitchen staff again. We had become so frustrated with the lack of proper baby food and were desperate for our son to eat. There was no translation nor interpretation provided to us during this conversation, and we don't speak English.

24.    Then one of the supervisors yelled at us, snatched my husband's ID, and took a photo. We went and sat down to eat, and my child only ate the canned peaches they gave him.

25.    That night at 11 p.m., the reception staff called my husband, and they spoke with him through an interpreter. They said that if we behaved like that again and asked for normal food for our child, we would be separated into single detention centers, and our child would be taken to a foster family.

26.    At that time, our child had barely eaten anything in 53 days, and they started putting psychological pressure on us and threatening to separate our family. She also told us not to talk much about Muslims and their Halal menu, since "everyone is equal here and there is no discrimination."

27.    We were shocked and sacred. They also told my husband, "tell your wife not to open her mouth about Muslims and their menu again."

28.    My husband said "you're threatening me" and they said "no, we're warning you." When it comes to *Flores*, they said *Flores* doesn't exist.

29.    Now we have to keep quiet, so they don't separate us.

3

30. We want to say that we won't be able to send *Flores* counsel emails anymore, because they blocked all websites here. We can't even see when our next scheduled court date will be. There is no Google, no YouTube; you can't even search the daily weather.

31. We've tried Proton Mail which they said would work, but it only works for 2 days. If I create a Proton account in 2 to 3 days my email would be blocked and I'd no longer be able to log in and access it anymore. The facility blocks them or something in the system does.

32. If we were not detained, obviously our emails would not be blocked. Here, something blocks them.

33. We usually get up at 6 a.m. to get in line for the library to get to the computers by 8 a.m., but starting today no one is going because no websites work.

34. There is simply no way to prepare for our upcoming asylum hearing in these conditions.

35. They stopped giving our son bottled water. Even with filters, the tap water here still causes diarrhea.

36. The facility also stopped giving us formula a while ago. We had to wean him off the remaining formula through tears. It was awful.

37. They said go to medical if you want formula. ███ is only two. We went, and at medical the nurse said, "Your baby is already big. We can't give you anymore."

38. We asked why and she said "that is the end of your visit," she dropped the interpreter, and another nurse ran in and kicked us out.

39. At some point, someone brought a cooler into medic and opened it. And someone said, "What's that black thing in there?" The doctor said, "You're talking over it so you're getting it dirty." Really, we all know it was mold and they don't clean them.

40. The lack of baby food is still a really big issue for ███. There is almost nothing here he eats and now he doesn't even have the formula. My husband and I are baptized, but we realized we never baptized ███ so he is technically Muslim. We asked for him to get the Halal menu, and it was denied.

4

41.    No one ever told me there was Gerber baby food that was available here. One time, I noticed in the playroom that there was a box of that food. I asked the staff if they have this. They said yes, and that was after we had already been detained for 2 to 2.5 months. I was so infuriated.

42.    But they said they only had vegetable and meat flavors, and ████ only likes the fruit Gerber food. They don't have that, so he doesn't eat it.

43.    Thus, ████'s eating is still the same. He almost doesn't eat anything at all. He might pick at something, but usually it's nothing. He's really fed up with everything they serve.

44.    ████ is still hitting himself. About a month ago we saw the psychologist, and she said, "My children do that too." That was the final straw for us. Her children who are not detained are not going through anything like ████ is.

45.    We haven't seen a psychologist for a month and a half now. We said we didn't want to anymore because the psychologist is useless and not helping us. We requested our medical records here, and the notes the psychologist writes are complete lies. It says our child is eating normally and playing normally and everything is fine. In reality, we are having so many problems. But she ignores it or doesn't see it.

46.    We sometimes have gotten the tear-free baby shampoo but sometimes not. At one point we got it, but at another point they said there is no shampoo like that here and that we had to go buy it at the store. They have also said that to us before about formula.

47.    A lot of the kids have fleas in their hair here, our son included.

48.    I also can't remain silent about the terrible treatment of children at the Dilley Immigration Processing Center over the holidays. What happened on Christmas Day can only be described as an atrocity. A man dressed as Santa Claus entered the playroom, followed by a cart full of chips and sweets. The children, already in a difficult situation at the center, were overjoyed. They dropped everything, ran up to him, begged for candy, and wanted to take pictures. Some children even cried and begged him to give them freedom.

49.     Santa himself acted very indifferent: he lifted his beard, drank water, and simply sat there. The center's director spent the entire time actively photographing the children next to Santa and the cart of food—apparently for some kind of "holiday" report. When the photo shoot was over, management simply said, "These chips aren't for you." The cart and the food were simply turned around and carted out of the room right in front of the children. They gave them absolutely nothing—not a single piece of candy. The children simply sat down to watch cartoons, as if nothing had happened. The children were left in complete shock and in tears. They were simply used as decorations for pretty photos, and then their hope for a holiday was taken away. It's cruel and cynical.

50.     When we've had an attorney request that we get access to our phones, they still do not let us charge them or have access to the internet to be able to get information from our devices. Twice an attorney has requested this for us, and twice the same thing has happened.

51.     Starting a month ago, we started writing regular grievances. We wrote them and put them in the boxes. We submitted 10 so far and have only received 1 response.

52.     ICE officers regularly talk about the fact that *Flores* doesn't apply. They say, "We'll keep you here as long as necessary." They literally say this is the Trump administration's decision.

53.     Our child isn't developing properly at all. There are no plastic potties here. We can't potty train him. There are no developmental programs for his age group. There are no programs to develop his fine motor skills and no teachers. We also haven't gone to the gym for over a month now because there are so many people there due to the weather. We just walk around outside and there is nothing for him to do and not enough toys.

54.     The cruelest thing is that everywhere we go we have to stand in the longest line – library, kitchen, medicine store. Because there are so many people here, there are lines everywhere.

55.     My son is probably one of the youngest to be detained for this long.

6

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14 day of Jan 2026, at Dilley, TX.

CERTIFICATE OF INTERPRETATION

My name is ___Yurii Petrashyk___ and I swear that I am fluent in both the English and

████████languages, and I interpreted the foregoing declaration of a family detained in ICE

from ████████ to English to the best of my abilities.

Dated: ___1/14/2026___     _____