# EXHIBIT 25

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, A▮▮▮ M▮▮▮▮-P▮▮▮, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 34 years old. I am here with my husband and our children, ▮▮▮▮ ▮▮▮▮▮▮▮ (9 years old) and ▮▮▮▮▮▮▮▮▮▮▮ (2 years old). My younger child is from ▮▮▮▮ and the rest of us are from ▮▮▮▮.

3. I speak Spanish.

4. We have been detained at Dilley for more than 125 days.

5. Prior to Dilley, we sought amnesty and were sent to two CBP border patrol stations; the first one for a day and the second one for three days. They didn't let my children bathe at the first place even though we had just crossed through a river and they were very dirty. My older daughter got a very bad rash. We told them we hadn't eaten when we got to the first facility and that my children were hungry, and they just gave us two frozen burritos for the four of us. It is hard to remember how much time passed at the second facility because we never saw the sun. It was awful. They separated my husband from our children and me. They were crying. He was put with other fathers.

6. My daughter asked the CBP agents how long we would be there, and they said not long. Then I overhead them in English saying we would be there for six days, and they were laughing at my daughter.

7. After three days, they never told us where we were going next. They just drove us about four hours to Dilley. They told us the people at the next place would give us information.

8. It has been really horrible to be here. My two-year-old cries a lot for her Dad. He has to live in a separate area from us. My older daughter asks for her Dad all the time, too. She keeps asking what have we done wrong to be arrested and locked up here? My daughters also cry because they want to be with their grandmother in Denver.

9. The staff here are always threatening children with reports. For example, they say if my older daughter goes in the playground area with her little sister, they will make a

1

report. They say the reports will hurt our immigration case. They are just children who want to play together. Why is that wrong? I am right there with them.

10.    We are having to drink the water from the faucet because we can't afford to buy the bottled water from the commissary. Both of my daughters have gotten diarrhea from it. My children won't eat the food because it has too many condiments and sauces; it hurts their stomachs. Even for us it is too harsh on our stomachs. My girls are used to having soups and more simple foods.

11.    It is very hard to sleep with the lights on all night. Sometimes we try to cover the lights with a handkerchief, but they take them away. The girls will try to sleep in my bed because they are sad. My older daughter cries every night for her Dad and because she wants to leave. My two-year older cries out for her Dad every night when he leaves. They blow a whistle at 8 pm for the Dads to leave for their area, and my daughter starts yelling "Papito, Papito – please don't go! Please stay with us!"

12.    My two-year-old has been sick since October. She has had a cold, vomiting, diarrhea, and respiratory issues for months. We have been to medical at least nine times. All they give her is Tylenol and allergy medicine. They have not done any testing to see what might actually be wrong with her. They keep telling me there is nothing they can do for her and that it is good for her to be sick so she can build immunity. I have been trying to help her breath easier with VapoRub and hot towels. They keep telling me there are no pediatricians.

13.    Last night, my two-year-old had a fever. I am really worried because she's been sick for four months and what if it becomes something worse because they are not paying attention to her? I am also worried because her belly button started to protrude just before we arrived in the U.S. Medical staff at Dilley looked at it and said it was fine. They said it will either go back to normal or stay protruded. They say either way is fine, but we worry that there could be a problem.

14.    They will usually give me 4-5 diapers a day for my daughter – but there have been issues with access with some staff. One staff would only give me one diaper for the day.

2

I said to her, "So do you just need one pad per day when you're on your period?"  The staff said I was being rude.  Another time I asked for diapers and they said they didn't have any that day and I should just "figure it out."

15.    My nine-year-old went to the classroom one time, but she said they didn't learn anything.  They just color.  And it is just for an hour.  There is just one teacher for all the grades – pre-K through high school.

16.    We have never been given a know your rights orientation or told about our rights here.  They never told us anything about *Flores*.  They have only told us what we cannot do – for example, they told my husband and I that we cannot hold hands or kiss or go to one another's rooms.

17.    One time there was a flyer about writing grievances so that the judge in *Flores* would know about family's concerns.  Every time a staff would see that flyer, they would throw it away.  We were told that we could do grievances, but we think they throw them all away.  We saw the grievance boxes being filled with papers in January because this place was so crowded, but nothing ever changed or got better.

18.    Some families did a protest a few weeks ago.  After the protest, the staff started searching our rooms.  My two-year-old had some crayons that another family had given her.  Core Civic staff confiscated her crayons and threw them away.  She was crying.  They said they were throwing away the crayons for our security and so the children would not write more letters about the conditions at Dilley.  They also threw away our Tylenol, Advil, and VapoRub.  They probably would have taken my daughter's letters, too, but I keep them in a folder with all of our legal documents.  I keep these documents with me at all times.  A picture of two of my daughter's letters are attached to this statement.  They speak for themselves.

3

mi-nombre-es-███████-me-siento
mal-ya-quiero-salir-de-aqui;-por
favor-ayudemen-a-salir-de-aqui
quiero_estudiar-quiero-ser-libre
con-mi-hermana-████-ya-que
no-podemos-volver-porque-nos
pueden-separar-de-mis-papitos
ayuda-por-favor-yo-no-soy
feliz-ni-mi-hermana-



Hola—mi—nombre— es— ███████ —tengo—9—años
estou—en— Dilley—texas—tenemos—4—meses—
Pero— para—mi—y—mi— Hermana—██ ██ —
Parese—como—7—año—me—siento—triste
ya—quiero—salir—para— ir —donde—mis—
abuelos—en—denver—colorado—Por— Favor—
ayudenos—no—somos—malos—queremos—salir
y—ser—libres—nccesito—de—sus—ayudas—
Porque—no— Podemos—volver— Porque—las
vidas—de—mis—Papitos—corren—peligro—
y—las—de — nosotras—tambien—
ayuda—



ayudenos



I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12th day of February 2026, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 2/12/2026