# EXHIBIT 26

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, N█████ M██████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am 29 years old. I am from ████████.

3.    I speak ████ and English.

4.    I came here with my husband and 3-year-old daughter ████████. I am 32 weeks pregnant.

5.    We arrived at Dilley 97 days ago.

**Entry to Dilley**

6.    The first time we came here was from Tijuana into San Diego in February 2025. We spent eighteen difficult days in CBP detention. During those eighteen days, we did not see the sun.

7.    From there, we were sent to Costa Rica during the time when the administration was sending people to the prisons in Panama and Costa Rica.

8.    For almost four months we were detained in a prison in Costa Rica. The officials finally released us and told us only that we could not stay in Costa Rica. They gave us nothing, no paperwork, just released us and said we need to leave.

9.    Around September 30, 2025, we made it back to the United States. They kept us ten days in CBP detention in Texas. We were held in deplorable conditions for these days in CBP custody, in a tiny cell without windows. The food was inedible, our three-year-old daughter was always hungry.

10.    After ten days, they sent us here to Dilley. Now it's been almost 100 days.

11.    At Dilley, we spoke with an asylum officer and received a positive determination of credible fear after our interview. We submitted our I-589 and we are scheduled for court on January 21.

12.    I am so pregnant and so sick that I don't know how I can make it to the 21st.

13.    Yesterday they took me to the doctor for an ultrasound. We drove about two hours to a hospital for this appointment, they told me I was about 32 weeks and 1 day pregnant

1

and that I have a virus in my blood that needs treatment. They wanted to send me to another hospital that could treat me, but ICE took me back to Dilley instead. Because I am a high-risk pregnancy, they said they also cannot treat me here at Dilley, they have nothing for me.

14.     I have hepatitis B. The viral load is very high. The doctors told me I could pass it to my baby. They are not treating it, even the doctors know I should not be here.

15.     They are giving me only Tylenol, calcium, and vitamins. I asked for ointment for the pain because I cannot take too much Tylenol.

16.     I am in agony. I am exhausted, it is difficult to stand or walk. They said the viral load is so high it could cause liver cancer. They also told me without treatment, I could pass it to my unborn daughter.

17.     The doctor here at Dilley told me they were sending an email to an ICE supervisor asking them to release me so I can be treated. The doctor told me that they wrote repeatedly, but that ICE still has not responded.

18.     My lawyer asked for humanitarian parole and ICE never responded. She explained that it is not safe for me and the baby here, but they don't care. I am suffering.

19.     My husband can be with me only during the day in the at the gym and during meal times or medical visits. My three-year-old stays with my husband at night because I am so pregnant I cannot hold or care for her.

20.     I am treated just as everyone else. I am not given any accommodations, and I have to navigate without help. I must wait in lines when we eat or when I need medicine, I can hardly stand but am still forced to wait in the line.

21.     The medical care and the food here is unacceptable for our daughter.

22.     There is a virus going around here. All the children and the staff have gotten it. When a child gets it, they begin throwing up and become very weak. The kids are carried to the Dilley hospital when they are too sick. The adults, though, cannot be carried, and many times, an ambulance must come to the dorm area and drive them to the hospital. They prescribe only allergy medicine.

2

23.    I am terrified my daughter will get this. My husband will not let her play with the other children because he is so worried that she will get sick, too, which makes all this even harder for her.

24.    If we try to advocate for our family, or if we want to file a grievance, they tell us they will put this in a report that will affect our immigration case.

25.    Most of the kids have stayed here three or more months. They scream and chew their nails, many have regressed to wetting the bed again, they are all deteriorating psychologically.

26.    It is impossible for us to go back to ██████████, we would not survive it.

27.    We have a friend here who will sponsor us. I have lost hope we will ever be released, but if we are we will be able to live with him.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 4 day of January 2026, at Dilley.

[Name:

CERTIFICATE OF TRANSLATION

My name is _____ and I swear that I am fluent in both the English and ▮▮ languages and I translated the foregoing declaration of ▮▮▮▮▮ from English to ▮▮ on January 14, 2026, to the best of my abilities.

Dated: _____                    _____

                                                                        Name: