# EXHIBIT 27

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, J███ B█████████ A███, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 35 years old and my son, ██████, is eight years old. We are from ████████.

3.      I speak Spanish.

4.      We have been detained at Dilley for 18 days.

5.      Before coming to Dilley, we had been living in Michigan for about two years. A few weeks ago, the police stopped me and my wife when we were driving to work. Our son was with a babysitter at the time. They asked if we had immigration status. I responded that we did have an immigration case, but the police called border patrol and then drove us to the border patrol station in Detroit. We had to leave our car and all of our belongings behind. We don't know what happened to our car.

6.      When we got to the border patrol station in Detroit, we called the babysitter and she was able to find someone to bring our son to us at the station. We were there for about a day in a small cell. We had to sleep huddled together on a mat on the ground. They did not tell us what was going to happen.

7.      The next day, three people showed up to escort us to the airport. They flew with us from Detroit to Chicago, and then to San Antonio.

**Dilley ICE Detention Center**

8.      We arrived at Dilley around 10pm and were taken to the intake area. We were given clothes and a shower, and then I was separated from my family. I went to the area at Dilley for the fathers and my son went with his mom to the area for children and mothers.

9.      Since we have been here, we have never received a training about our child's rights or learned about *Flores*. I have only gotten an orientation about what we are supposed to do and not do at this facility.

1

10. In Michigan, my son was diagnosed with ADHD and we were in the process of getting treatment when we were arrested. He was doing fine in school and there would just occasionally be an issue. But when we got here, he quickly deteriorated and started having a really hard time. He became much more aggressive. On the third day we were here, the psychologist told us that there was nothing they could do for him, and we should basically keep him inside of his room at all times. We take him out for short periods of time, but as soon as he has more aggressive behavior or starts running, we need to bring him back. The officials will complain the minute he starts running around.

11. Because our son had to be in his room so much, the psychologist said he could have some toys in his room. Usually, children can only have toys in the common room and are not allowed to bring them to their rooms, but the psychologist made an exception given our son's isolation. But when my son switched rooms, a new officer saw the toys in his room and took them. He said he could not have them in his room. When my wife explained the psychologist gave permission for the toys, the officer said he didn't care what the psychologist said about the toys, he gives the orders. My son became very upset and went into a crisis mode. He started crying really loudly and hitting the walls. As he was leaving the room, another child opened the door and it slammed into his nose. The door hit his nose extremely hard and there was a lot of blood. We took him to medical and they gave him ice. His nose bled for about three days. We reported the incident to ICE on the tablet and made a request to get released because of how poorly our son was doing.

12. The times we brought our son to the classroom, they would just put him in a corner by himself, and other kids would tease him. For this reason, we stopped taking him to the school. At home, he was getting support in school but that has not been possible here.

13. Our son will sometimes eat the food but sometimes he will not. For him, the food is too spicy, and he rarely eats the meat because of the flavor or texture.

14. We drink the water from the faucet, but we think the water has given our son diarrhea. The bottled water is $30 for 24 bottles and we cannot afford that.

2

15.     Sleeping has been hard for my son. He has trouble going to sleep at night and he will often wake up in the middle of the night. He has to sleep with his mom every night, which he didn't do at home. He wants the lights to be turned off at night, but they will not allow it even though he and his mom are by themselves in the room.

16.     No one explained to us the grievance system or how to use it.

17.     We want to be released back to Michigan or leave the country, but we cannot stay here with our son. We asked ICE what would be the fastest way to get out of here, and they said the fastest option was to take voluntary departure. We decided to do that for the sake of our son.

18.     Now we feel like we are getting the runaround and don't know when we will be able to leave. We just want to get out of here so our son doesn't have to suffer and get even more traumatized. He feels like a prisoner here. He just keeps asking what happened to his toys and why he can't call his grandma when he wants to and why we cannot leave.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12ᵗʰ day of March 2026 , at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _3/12/2026_                    _Diana Cano_