# EXHIBIT 28

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, D███ R████ R█████, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am from ████████ and I am detained at Dilley with my 10-year-old daughter, and have been here for about 90 days.

3.    I speak Spanish.

**Dilley ICE Detention Center**

4.    My daughter, █████ is 10 years old, and since she was a little girl she has suffered from Hirschsprung's disease. That is a chronic intestinal condition that can put the affected person's life at risk if it is not treated. It has been so hard being detained here because she has such a serious medical condition. The pediatrician, █████ said that she needs to get out of here, because this is a dangerous medical condition in a detention center. After that, they sent us to the Frio Hospital one time, and there they did a lot of enemas and X-rays, but they sent us back here afterwards.

5.    Now, the only thing we can do is keep going to the medical center here a lot.  But they do not understand how serious this disease is. The people here think this is something someone can handle with a laxative, but they cannot.

6.    The food is the opposite diet of what she needs. She is forced to eat food that is processed, sugary, and with lots of condiments. They will not give her a special diet, and instead just tell her she should just take laxatives every day. But this actually conflicts with the medical forms I have from December where it said that she should not use laxatives so frequently.

7.    Now she has been unable to use the bathroom for over a month and her access to the bathroom is impeded if she had an emergency because you have to leave the room and walk down the hall to go there. It has been 34 days since she had a bowel movement, and during that time she has had a consistent fever.

1

8.    I am so scared because the people who work here do not recognize the risk she is facing to her health every day. They are not treating her here, and in any moment her stomach could explode and her fever could go up.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 15 day of January, 2026, at Dilley.

## CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 1/15/2026