# EXHIBIT 29

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, O████ S████████, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 15 years old.  I am from ████.

3.     I speak ██████ and English.

Entry to Dilley

4.     I have been detained at the Dilley Family Detention Center for 56 days. I am here with my mom, my older sister █████ who is 18 years old, my younger sister ███ who is 9 years old, and my twin siblings ██ and ██, who are four.

5.     When we first came to Dilley, we asked for halal food, we are Muslim and we can only eat halal food.

6.     They sent my mom to the chaplain to ask for the diet. He said they have no halal diet, but they have kosher. But he told us not to ask for the kosher diet, that the kosher food is a tin can of meat, it is basically dog food. He said that if we want to get these cans we are not allowed any sides, no salad and no rice. The salad and rice are halal, only the meat needs to be prepared separately, but they said that if we get the cans we cannot have the salad.

7.     We had to beg for two weeks before they even let us eat the salad and rice, and then they said we could live on just salad if we could not eat the tin cans of kosher meat.

8.     We are here for 56 days, my siblings are four years old, and they want us to live on only salad.

9.     One night, after a month, we begged at least to have chicken instead of the canned meat. Chicken is not as bad as beef in our religion, but they often made beef, like hot dogs. They gave us finally a chicken breast, boiled, no seasoning, not even salt, my little siblings were so hungry but they couldn't eat it. Before dinner they were holding their stomachs they were so hungry, they had been eating very little, salads and sides, but

1

then they couldn't eat this chicken. We tried everything but when they tried to eat it they were only able to take a few bites.

10. They never turn the lights off. There are ten lights in the room, some are above our bed. We are not allowed to use the light switch. They don't shut the lights off, they always leave at least half on, it gives us a headache and we cannot sleep. The officers will barge in and turn on the lights, not even warn us they are doing this.

11. I woke one morning and I had extreme pain near my stomach. I never cry, but the pain was so bad I was crying the whole day.

12. It started around 9:30am. We knew that the nurse would send us away and so we hesitated to go to the doctor. The nurses here always tell us it is nothing, to just wait a few more days or drink water. So we stayed in the room.

13. That morning, an officer came to tell my mom it was time for her mental health appointment in the morning. She said she couldn't go because I was so sick and she was taking care of me.

14. He did not ask about me, he did not even check to see if I was ok.

15. They came again at 12pm, I was still unable to sit up.

16. It gets to 12:30pm, 1pm, 2pm, I could not eat, the pain stayed. It was like being stabbed in the stomach.

17. The officer came back around 2:30pm with a supervisor to come to force my mom to go to the mental health area for her counseling appointment. She had already explained she wasn't worried about counseling right now because I was really sick.

18. I was so sick that they finally went and got a wheelchair to take me to the hospital. At this point I was throwing up.

19. The wait outside the medical room was so long.

20. The line to be seen is always busy in the middle of the day, hours long.

21. We were waiting in the waiting room and the mental health officer happened to come by. I was doubled over waiting for our turn and he stopped and yelled at us that

2

my mother should have gone to the mental health appointment. He said, "Oh, you can come to a medical appointment but you can't come to a mental health appointment?"

22.    I was crying in pain, but he wanted to yell at us to go to counseling.

23.    I was taken in to see the nurse. You can only see a doctor once you see a nurse. Only if you come back for a second appointment can you see a doctor.

24.    The nurse palpated my stomach and said she found nothing.

25.    The nurse said to come back in three days if there is still pain. She thought I was faking.

26.    A nurse passed us in the hallway and said, "You should send him to the hospital."

27.    They called for a van to come take me to the hospital, but the van did not arrive. It was at least twenty minutes that we were waiting and I was in agony. After twenty minutes I vomited from the pain. Then finally the van came.

28.    They took me to the emergency room. They took only my mom with me. My sister stayed to care for the four-year-old twins and our nine-year-old sister.

29.    They took me to a tiny emergency room. It was not very good.

30.    Immediately they realized I had appendicitis and that I needed emergency surgery. They said they had to take me to another hospital because they didn't have a surgeon.

31.    We got moved to San Antonio and I had surgery there immediately.

32.    I wanted to tell my sister that I was ok and what was happening. My mom begged to call my sister because we knew she was scared. She didn't know whether I was ok and we had been away now for many hours. She was trying to care for our little siblings and keep them calm all while not knowing where we were or if we were ok.

33.    My mom even asked if she could at least call her lawyer and they refused. They said that they didn't want anyone to know our location.

34.    Until that night they didn't tell my sister anything, they wouldn't let us call so she would know what happened.

3

35. At 9:30, after five hours, they gave us one minute to talk to her. My mom could barely say anything because she was rushed off the phone immediately.

36. We stayed in San Antonio for the surgery and returned the next day.

37. The doctor said to try to walk, a little bit, inside, in air conditioning while I was healing. There is nowhere like that here. I would try to walk in the hallway because I could not stand in the heat outside.

38. For the first day after we came back I stayed in medical to recover, we had to remind the nurse to give antibiotics. The nurse forgot my antibiotics and when my mom reminded her, she said "It doesn't matter when you take antibiotics."

39. The day after my surgery, they wanted me to walk to the cafeteria to get food, to go to the pill line for medicine. I was taking antibiotics twice a day, they wanted me to walk all the way there and then wait in that line. It can take two hours standing in the sun to get the medicine in this line.

40. I could not walk. I was on antibiotics for four days, my mom begged for them to let me get my food and medicine in the room.

41. They told me to get my meal I had to walk, a ten-minute walk in the blinding sun, it is over 100 degrees and I had had surgery the day before. They said I had to walk, through the sun, all the way.

42. The officers don't understand how long the walk is and how hot it is because they don't have to do this walk, there are other areas where the officers can walk where we are not allowed. It was over 100 degrees and humid, I was in so much pain still that I could not do it.

43. It's not just the walk. Each of these places requires us to wait in line, sometimes for hours, in the sun. When you are recovering from surgery you need to regulate your temperature, you need shade and hydration, it is very exhausting to be healing and to be in pain.

44. It used to be that everyone can eat between 11 and 1pm. Then they split us in two groups, 11 to 12, the other from 12 to 1pm. Because so many more come between

4

12pm and 1pm, we had to wait in line outside. If you didn't come very early you will miss your meal or you will not have time to eat. Sometimes we would wait for an hour. It was like this when I was recovering from surgery, so that if I wanted food I had to wait in the heat.

45.    Last week they changed this process to allow the cafeteria lines to be a little shorter, they split us by housing unit so fewer people would wait for the same hour.

46.    The pill line is the same. Some people won't get their medicine because the line is so bad.

47.    My mom begged for a wheelchair. They finally said they would give me a wheelchair but my mom should push me. She is a very small person. She could not get the wheelchair up and down the chairs or ramp or push the wheelchair over the turf and rocks.

48.    Finally they said that an officer would push me to the medicine line. They would push me over the rocks and uneven ground and every bang was searing pain from my surgical wound.

49.    My mom had to fight with six officers before anyone allowed them to bring food to me from the cafeteria and to bring my medicine to me.

50.    Before this I was in school. A boarding school in Michigan. When I came here, I lost my spot. My mom tried to write them a letter pleading with them to understand, but it's too late. I'm already missing school.

5

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this _12_ day of _August_ 2025, at _Dilley, TX_ .



[Name: