# EXHIBIT 30

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, L███ T████ P███ B███████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 53 years old.  I am from ████████████████. I am detained here with my 14- and 15-year-old sons, █████ and ███████

3.      I speak Spanish.


**Initial detention**

4.      We have been living in the United States for four years. We were detained on a bus from California to Houston at a security checkpoint. Then, they took us to El Paso for three days. That holding cell was so terrible, I do not want to even think about it. They kept us in a place that was so cold that everyone calls it an icebox. To eat, they only gave us sandwiches twice a day. They kept us inside a room where we did not know whether it was day or night. There was a toilet in the middle of that room with no door. We slept on the floor, only got a shower one time, and they only let us make one call.  After three days, they sent us to Dilley.


**Entry to Dilley**

5.      I have been detained at Dilley for 90 days. My younger son had to spend his birthday locked up and they both had to spend Christmas in this prison. We do not know whether we have any rights and we have been terrified the entire time we have been here.

6.      Although I have been here 90 days, the judge told me I would be detained for three more months, and maybe up to 19 months, with my children during the immigration process.

7.      I know the children shouldn't have to be here so long under their *Flores* rights.


**Dilley ICE Detention Center**

8.     Although they have treated us monstrously here, I have been afraid to make reports about the conditions. One time another woman who stays in my room made a written report about the bathrooms being unsanitary. The bathrooms here are disgusting and need more cleaning. However, a staff member came into the room and yelled at us, saying that we should not make written reports. We all felt very threatened by her. She said that we should only talk to staff if there is an issue so they can resolve it.

9.     But they do not resolve the issues we bring up. Now, I am scared to make any kind of report, because I do not want to get in trouble and have my stay here be harder than it already is.

10.     The way staff have treated my sons here have made us very uncomfortable, too. One time, the psychologist questioned my younger son. It felt like he had to answer anything the psychologist asked because they are watching us here. Since then he has not wanted to go to the psychologist. I have been asking them to not make him see the psychologist, and made six requests for that, but they still try to make him speak with them.

11.     I am autistic and so is my youngest child, and they are not giving us our prescribed medications, even though we have to take them every morning and evening. I gave the doctor here our doctor's information and the names of our prescriptions, but the doctor here refused to look at it. Instead, they are giving us the same anti-anxiety medication that they give to children who cannot sleep. But it does not address my condition. Now I feel like my whole side of my head is on fire with pain a lot of the time and I cannot sleep here. This lapse upset a system of care that we were not supposed to interrupt for three years. I do not think they are providing even basic accommodations for our conditions.

12.     They haven't provided us other medical care either. My youngest son has broken out in hives over his whole body for three weeks, but the medical workers said it was just because of the water and that they cannot do anything.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 14 day of January, 2026 . at Dilley .

CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 1/14/2026 _____