# EXHIBIT 31

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M██████ S██ M██████, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 37 years old.  I am from ██████

3.     I speak Spanish.

**Entry to Dilley**

4.     I have been detained at Dilley for 89 days. I am here with my two children who are 5 and 10 years old.  My mom and dad are also detained in another facility. I have not been able to talk to them at all since being here. I heard that you could request a call every fifteen days to another facility where family members are held, but I am scared to do it because they record everything and have people listen in to your conversations.

5.     When we were first arrested, they confiscated my cell phone at the border, but now I have no way to communicate with family if I am sent somewhere. I asked ICE for it, and they said I will not get it back.

6.     No one has told us anything about why we have been here for so long. When I got here, they gave me a credible fear interview, and after they approved that, they gave me another court date and sent me to Dilley. They told me they were going to release me with an ankle monitor, but then that same day the officer who said that told me unfortunately the laws had changed and my children and I have to stay detained here at Dilley.

**Casa Grande and Nogales CBP**

7.     I was first detained in Nogales in October 2025, I spent three days in three different iceboxes and then they transferred me here.

8.     In those iceboxes we slept on the floor with aluminum blankets and the only thing they said to us was that we should sign our deportation papers.

1

9.      The toilets were in the same rooms we slept in with no doors and with a camera right in front of the door watching us go. My children had no privacy. We spent two days without showering there, too.

10.     My children felt so depressed and hungry there. They wanted milk but the facility only gave us cold burritos.

11.     We were never allowed to make any calls there.

12.     The officers who worked in those locations did not really say much to us besides when they woke us up to ask questions throughout the night. They woke up my youngest three times in the middle of the night to take fingerprints. They also told us we should sign our deportation papers, and when I refused, they said I would be deported anyway. Then, they put us in a bus, and after 18 hours we arrived at Dilley.

**Dilley ICE Detention Center**

13.     The food here is so bad. My kids do not eat almost anything. I am trying to get them to eat, but they are not able to.

14.     There is also an epidemic that has broken out here, where so many children have stuffy noses, coughs, and high fevers, while the medical staff do not do anything but tell them they should drink water and should put cold presses on their heads. But so many more are falling sick. Still, the medical staff will only give one acetaminophen and kids can only get that meager medicine at certain times during a day, and need to wait in line for a long time to get that one pill. It is so hard for children to wait for three hours while sick. Also, they will not let any kids take the medicine without them watching. So, when kids get sick in the middle night they cannot get medicine. And then if people line up early with the hopes of getting medicine, staff tell them they are breaking the rules.

15.     The school is also a joke here. There is just one teacher for all ages and it is only for one hour, and each child has to line up at least 15 minutes in advance, but there still might not have enough space for them. A lot of time children are told there is not space for them. It makes my daughter so sad when she is not allowed in. They also cannot wear

2

their nighttime clothes there even though sometimes though sometimes those are their only clean clothes. All these kids are losing out on their education. My five-year-old wants to learn to write, and they are not helping her do that. Then, there are some kids who have been in school for years, but the school does not help them. The truth is the school is terrible, but so is being here. Kids should not be locked up in a place like this.

16.     Our skin has been hurting from the soap in the bathrooms. The is only one soap that we have for our hands, hair, and body, but when we complain the staff just say to buy it in the commissary. But we do not have money for that and when people have money they try to use it to call their family. I also cannot get relief from the medical providers here, because when we bring up peeling skin, they tell us to drink water.

17.     The facility has also decreased our access to email here this week, and now we cannot contact people on Gmail, which was how I contacted people. I think they took it away from us because too many people were emailing *Flores* and other lawyers. They say we can only use Proton but Proton does not allow you to email just anyone; if the recipient does not have a Proton email, the email is blocked. So, we cannot get our emails out. They also limit the emails to 150 characters, and I think they read them, too.

18.     There are also a lot of women who are pregnant here. They have to get in line when they need medicine, too, and there are no accommodations to be safer for their pregnancies. They have to watch their children the same way we do, and it can be really hard for them because they do not get to take breaks.

19.     Whenever I ask how long we will be here, the agents just say for however long our process is. I have been here for three months but imagine I will be here at least 5 months. No one has told me about any way to get out. There are some people who have been here for seven months, including one family with five children.

20.     The children here are really struggling. They're getting so sick, and they are all having such a hard time.

21.     I have not made any complaints since being here, because I know so many people who have made them and gotten no response. I know that making a complaint will hurt

my process. The staff will create problems for me and make my children stay here longer if I file grievances. I think everyone who is not making grievances is scared about retaliation from officers making fake accusations to get them in trouble.

22.    Last week there was a really traumatic day because they kept us all in our rooms. We were in line for the commissary and the staff came and hurried us all to our rooms. Then we could not leave our rooms at all for any reason. It was scary.

23.    The mattresses are really thin and directly on top of iron slats, which means our backs hurt a lot. We have to sleep with the lights on, and the kids cannot wear eye-masks so they just do their best to cover their eyes with their arms while they sleep.

24.    Anytime the officers want to come into our room, they knock as they entering, so you cannot really tell them to wait.

25.    There have been lots of problems with agents who yell at children all day not to run, but they are kids, and of course they will run. The staff also have whistles that they whistle at the children, but the children are so little, they do not understand. It is stressful having other adults constantly scolding my children and making them feel bad. We are all worried people will make reports against us that will affect our cases negatively every time our children struggle to follow the rules.

26.    The children get scared at times because sometimes the staff say you cannot go somewhere and they do not understand why.

27.    The shoes here break within one week even when we just walk around in them. Right now, there are not enough shoes to give children new shoes when they break. If the kids' clothes rip, we do not get new ones right away either. The three pairs of clothes and one shoe pair they give us is not enough, because on top of the items getting worn down, the children often get dirty. So, we have to do laundry every day. And when it rains, since we only have one shoe pair, we just have to walk around with wet shoes.

28.    Right now, there are so many people at this location. I think that is a big reason that everyone is sick right now. They have also limited our eating times and the locations we can go in the facility in response to the increase.

29.    I have been here for three months, but they have never changed the curtains in the bathroom.

30.    It is hard to keep kids warm when we go to the bathroom now and also to manage going to the bathroom when they are not allowed to be alone. Sometimes, my five-year-old needs to go to pee multiple times in the night, but I am not allowed to leave my son alone in bed. So, each time, I have to wake him and take him outside, too. It can be almost freezing but we still have to go outside to go to the bathroom, which makes my children so uncomfortable. Also, the boys and girls room are on different sides, so I have to take them to both sides. The rules against leaving children alone in the room during a bathroom break are so difficult. How is that reasonable for me to bring all three of us outside every time one person needs the bathroom?

31.    I have a lawyer but I do not get to make free calls to him. I have to use my money if I want to call him.

32.    No one has ever mentioned *Flores* or talked to me about my children's right to be released.

33.    My son loves to make things with clay and my daughter loves to play princess and dress up, but here they cannot do any of that.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this ___ day of January, 2026___, at Dilley_____.

CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 1/15/2025