# EXHIBIT 32

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Ne███ S█████-R███████, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 36 years old and my son, ███, is five years old. We are from ██████.

3.    I speak Spanish.

4.    We have been detained at Dilley for 10 days so far. We are extremely concerned because our son has not been able to have a bowel movement since we arrived at Dilley. We have been giving him laxatives day and night, but yesterday was the first day my son was given a treatment. Last night he got an enema but he still was not able to poop. Our son does not talk much other than basic words and has some developmental delays. We think the stress of being here and the lack of food options are causing him extreme distress and that may be why he is having such bad constipation.

5.    Before we arrived at this facility, we were living in El Paso, Texas for about two years. We had been to about seven or eight ICE check-ins and had ankle monitors for close to a year. When we went to our ICE check-in ten days ago, they told us we would all be sent to a family detention center. They told us our court date in September was too far off, and we needed to go to family detention because we were here illegally and needed an earlier court date. We did not understand this because we had an asylum claim and were following the rules. My husband was then handcuffed in front of my son and we were separated from him. It was very upsetting for my son to see his father be treated that way. I was taken into an area with other women and their children. They then put us in a bus to come to Dilley.

6.    When we first arrived here, they showed us a video about immigration rights, but it did not say anything about the rights of children in detention or mention *Flores*. I saw something about *Flores* on TV, but no one has talked to me about it here.

7.    During a general meeting when we got here, ICE told us that children were not supposed to be here for more than 21 days. Then they called up the families and showed us a document that mentioned the 21 days. We think the document said we were

1

consenting to have our child stay here more than 21 days, but it was written in English and they would not translate it for us. We refused to sign it because we were not sure what it said and whether we were waiving any rights. We were worried it could say that we were agreeing to voluntary departure.

8. Before we arrived here, our son had been going to pre-kindergarten in El Paso. The school had been doing some testing to understand his special needs, but we were apprehended before we could find out the full results. They were not sure if he had autism, speech delays, or other developmental delays.

9. Ever since the day we were arrested at the ICE check-in, my son hasn't really been eating. He doesn't like the food here and he just won't eat it. The food has too many condiments and sauces for him, and it is not fresh. He will sometimes eat cereal. Because of his constipation, he gets a special diet, which just means he gets some fruit. But he is refusing to eat most of it. Most kids here do not get fresh fruit other than red apples.

10. I am drinking the water here because bottled water is so expensive at the commissary and we want to save all of our money to buy bottled water for our son. The water does not taste right to me, and because my son has serious problems with his stomach, we do not want him to drink it.

11. My son is fighting more since we got here and is constantly taking off his glasses and throwing them on the ground. I worry that he is getting more anxious being here. He can't really play with other kids or go to the school here because he needs specialized attention. I worry that he will not get along with the other kids. It has been extremely hard to be here with a child with special needs.

12. We buy soap, shampoo, and conditioner at the commissary because the hand soap they have in the shower is too harsh for my son's skin. I have never been told that we could get soap for our children's sensitive skin. We also buy soup and cream at the commissary; it's like a business in here. They sell everything in here and everything is expensive.

2

13.     No children should be here. It's especially hard for children with special needs like my son, but no child should have to live this way.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12th day of March 2021, at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 3/12/2026

_Diana Cano_