# EXHIBIT 33

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, C█████ R██ B█████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 16 years old.  I have been living in Texas for about eight years.

3.      I speak English and Spanish.

4.      I have been detained at Dilley for 10 days.

5.      I was living with my middle sister and my mom in San Antonio.  I was a junior in high school.  I love tennis and really miss it.  I have missed a tennis tournament since being detained here.  It's also hard to be away from my friends.  I called them yesterday and they were crying.  I got a little emotional, too.

6.      About a week and a half ago, my mom, my older sisters, my baby niece and I went in for an ICE check-in.  The ICE officer asked some questions, and then asked if my middle sister was pregnant.  When she said "yes" – he took her outside and I did not see her again.  I was not able even to say goodbye.  We then went into a different office for about an hour, and the ICE officer said that they were also going to let my older sister and her 3-month-old baby leave.  Her baby is an American citizen.  He let her go with an ankle monitor and said she needed to bring back proof that her baby is a U.S. citizen on October 24th.

7.      We were in that office for about twelve hours.  We left the office around 10 pm and we arrived at Dilley at 6 am.  I had been awake for about 24 hours.  We then had to go through processing at Dilley.

8.      When we arrived, they gave me two shirts, two shorts, one pair of sweatpants and a pair of shoes.  We have to wash our clothes almost every day.  Often there is not detergent, and we have to ask again and again.  Some of the kids in my living area have asked for more clothes or shoes and it takes a long time to get them.

9.      We are living in a room with five other families.  All six bunk beds are filled.  It is difficult to be in an area with so many people.  The lights are on all night.  In the

1

mornings, some staff will knock and it's okay, but other staff will come in yelling really loudly and scare everyone.

10.     We buy soap, shampoo and conditioner in the commissary.  The only thing in the showers is handwash.

11.     The bathrooms are often nasty and will often be disgusting all day.  The cleaning staff only comes in the morning.  Sometimes I will just wait until we have an appointment in the medical area to be able to use the bathroom there.

12.     One time I went to the classroom, but I didn't like it.  It didn't feel like I was in school.  They gave me a packet about the American flag.  It talked about the meaning of the stripes and stars, and the history of the flag.  They also gave me a worksheet about the 50 states.  At my high school, I was studying about the Spanish-American War.  We had already learned about the Progressive era, the Gilded Age, and World War I.  These are periods in U.S. history I didn't know much about – unlike learning about the flag, which we were taught in elementary school.  I won't go back to that classroom because it doesn't seem like I would learn anything.

13.     When we first got here, we didn't understand how to communicate with the outside world.  They gave us some information, but it was really confusing.  We were exhausted and it was hard to process.

14.     Since we have been here, no one has told us about our rights.  There hasn't been a know your rights presentation.  The only time I heard about *Flores* was when we spoke to an attorney from RAICES a few days ago.

15.     I have met people here and I go to the gym to talk to them.  We will hang out and sometimes play Uno.  Then I go back to our room – like a cycle.  I hope it ends soon because it's pretty boring and I've already missed a lot of days of school.  I want to go back to my normal life.  I don't even know if it will be here in this country, but I just want to get out of here.

16.     They are making me go to mental health appointments here.  I have been to two and they aren't helpful.  They last not even ten minutes.  They just ask how you're doing

2

and if you've had suicidal thoughts or have tried to harm yourself.  I say things like "I could be better."  They just say I should not worry about things I can't control and that my mom is the adult and she can handle things.  But all of this is happening to me, too, and I can't help but worry about it.

17.    I had my future planned here in the U.S.  I wanted to graduate from high school and go to college to study psychology.  I wanted to keep playing tennis.  I was focused on studying, learning to drive, and getting a job.  And now I don't even know which country I will be in or where I will live.

18.    I don't remember much about ███ because I haven't been there since I was seven years old.  I just remember the bad things and the trauma that I have from back there.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 10th day of October, at Dilley, Texas