# EXHIBIT 34

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, K███ P████ L████ R███, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 24 years old, and my daughter is 6. We are from ████████ and we are still at Dilley after 64 days. We have spoken to Flores Lawyers before.

3. On November 13, ICE told us that the judge in our case said we'll be released soon to finish my immigration case outside of here but within the U.S. still.

4. It's now November 18, though, and we are still here.

5. My daughter is still getting bug bites, but now the pharmacy gives us the cream for free.

6. I see there are family visits now, but we don't have family nearby who could visit.

7. They did put Brita filters in the faucets in the bedrooms, but that just show they didn't have them before. This is a recent thing. The ice still tastes better to me, but they did put the filter in.

8. My family finally figured out how to put money on my phone, so I can now make phone calls, but they are not free.

9. Everything we are asked to sign here is in English. The staff or ICE will "explain it" but they don't read it to us word for word. They don't read the whole page.

10. There was a worm in the broccoli the other day. After that, I have not eaten any vegetables here. I am too afraid. The lettuce is bad too, it's in a bad state.

11. There was a family from ██████ that is organizing a complaint against the facility, because their kids got sick from it. They had to go to medical.

12. The staff said the worms are normal here.

1

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 18 day of Nov 2025, at Dilley, TX .

## CERTIFICATE OF TRANSLATION

My name is Katherine Johnson and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 11/18/2025 _____

_Katheri Jarsn_