# EXHIBIT 35

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M███ S████ L███ S██████, declare as follows:

1.	This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.	I am 24 years old.  I am from ██████.

3.	I speak Spanish.

4.	I have been detained with my two-month-old baby ███ and my 15-month-old baby ███ for 24 days. We have been at Dilley for 21 days, after spending 3 days in CBP custody. It is really hard to be detained with my babies. I have to hold both babies alone, because they separated my husband to another living area. I do not have an easy way to go to the bathroom or shower, because I am not allowed to let anyone else hold the babies or leave them alone.  Every time I put the two babies down to use the bathroom, the guards get mad and tell me that I cannot put the babies down. I beg them to allow my husband to watch the babies, but they do not permit it.

5.	Our two-month-old has been here since he was one-month-old. He has had a cough for a week. It has been making me very scared, because he has a lot of phlegm. You can see he is coughing right now.

6.	No one has told us why we have been detained for 24 days.

**Eagle Pass and Del Rio Texas CBP**

7.	We were detained at the border and kept in an ice box in Eagle Pass for one day and in Del Rio for two days before they brought us to Dilley. In Eagle Pass they took our phones away, and I do not know if we will ever see them again.

8.	We were the only family in those areas. Even though we were in the same room, they said my husband and I could not be together, so he kept ███, our older baby, in one corner of the room, and I kept ███ on the other side of the room. While we were there, we slept on really thin mats on the floor. It was freezing cold and they only gave us metal blankets, t-shirts, and one pair of pants, so we could not swaddle the babies.  The two babies cried the whole time, and we could not sleep.

1

9.      There were bathrooms in the middle of the room without doors and there was no privacy.

10.     There were some guards who told me that they were going to separate my husband from us and I would need to take the babies alone.

**Dilley ICE Detention Center**

11.     We have heard about a measles outbreak from people who work here, but we have not been told who here has it or any other details. They haven't given us any more information. They told us they would give vaccines to unvaccinated children, but I have not seen them do that yet. Our older daughter has her vaccines, but our youngest is two months old and does not.

12.     They are not providing any special treatment to our 2-month-old. He has had a cough for over a week, and when I go to the medical annex, the nurses say he is too little to give him any medicine.

13.     They provide me with diapers and milk when I ask, but I have to ask each day. They only give me four diapers at a time, so I have to keep going back to ask. The staff have not given us any baby food for our 15-month-old. She just has to eat the regular food in the cafeteria, so she barely eats anything.

14.     Our 2-month-old is taking formula here with the water from the sink, and it is giving him diarrhea all the time. When we got here, they gave us three bottles of water for formula, but after that they said we had to use the sink water for formula. The guards said we would have to buy water bottles from the commissary if we need it. When I went to the medical area to explain that my son had nonstop diarrhea from the water, the doctor put an order that the guards should give me four bottles of water a day for him. But many guards will not give me the water bottles when I ask. They say they have to check with the medical staff to confirm that I am not lying and there really is an order. They always seem angry about it, and it means ▋▋ has to wait to eat.

2

15.    We have to use the same soap for our children as for ourselves. There is no soft soap for babies.

16.    Two weeks ago, they took me and ▮▮ to a hospital in San Antonio because they thought she had contracted a serious case of COVID, because she had had a high fever for over a week and a runny nose and cough. At Dilley, they had only been giving her acetaminophen and said they could not give any other medicine. But when the doctor tested her in San Antonio, he found she had four bacterial infections, including food poisoning, a stomach infection, and a nose infection. They prescribed her amoxicillin.

17.    When we got back to Dilley from the hospital, they isolated me for three days with the two babies, and during that time ▮▮ developed the cough that he now has. They did not allow my husband to see me or the babies, and everyone who saw me wore a mask. During the first three days they did not provide ▮▮ with any medicine, because they said they were waiting for the prescription to arrive.

18.    After three days, they said that ▮▮'s temperature was down, and we could go back to our room. But it was really cold outside, and we had to wait in the pill line to get medicine for ▮▮. ▮▮ had to wait in line with us outside, even though she still felt sick.

19.    Sometimes we have waited for three or four hours to see a nurse for our babies, but they do not give them anything other than acetaminophen or ibuprofen, no matter how sick they are.

20.    No one has told us when we will leave ICE detention. They asked for information for our sponsor but have not said anything else.

21.    No one has ever given us any information about our children's rights here.

22.    I have never seen something that looks like the I-770 form that you are showing me before.

23.    When we first got to Dilley in January, we arrived at 11:15 pm. They gave us clothes, told us to shower, and gave us some food. Then, the staff took us to an office where they took our data, took our photos for IDs, and took the things we brought.

3

24.     We saw a counselor who showed us something about asylum, but I do not remember any video that mentioned children's rights while in Dilley.

25.     We have used the tablet a few times. You have to put money on it to be able to make calls. We have never seen a video about our children's rights in Dilley on the tablet.

26.     The people who work here have never said the word *Flores*, and we have only heard it from other people here who have spoken about it a lot.

27.     We had a credible fear interview, but we never had a chance to speak with an attorney.

28.     We never received information about how to call lawyers or how to call people for free. I only learned how to call *Flores* attorneys, because other people detained here gave me your information. I used my money to pay for that call, because I do not know how to make calls any other way.

29.     The people who work here never offered us voluntary departure or mentioned it to us at all.

30.     One time a staff member told me they were going to separate my husband and deport him without us. But it has not happened.

31.     We have never heard about a bond hearing.

32.     No one has said anything to us about anyone receiving an individual release hearing or decision or chance to explain why we should not be here.

33.     We have no way to call our family for free. They charge us to call our family. It costs $1 per minute for the calls abroad.

34.     They did not let us go outside when the congresspeople came, and they kept us in our rooms another time during the protests. During those days, they brought medicine to us. No one explained any reason we could not go outside, but we saw information in the news.

35.     When the congresspeople came, they separated out a few moms with older children who they allowed to speak with them, but they did not let anyone who had small children

4

or who had husbands leave the cafeteria. Instead, the guards surrounded us and kept us in there.

36.     When the protest happened here, they kept us inside because we had our babies. At that time, ▮▮▮ was only one-month-old.

37.     They have told us we can make grievances, but we have not made any grievances because we have heard that they rip them up.

38.     I cannot really sleep because I am caring for my two babies all night. There are four other families in the same room as me. It can be troublesome trying to get sleep in a room with so many children waking up and crying throughout the night. The lights are on all night, and it is really hard to sleep even with the eye mask. I have never slept with an eye mask before and it feels uncomfortable.

39.     It is hard to wash clothes here, because there are only seven washing machines for everyone, and it is not enough for us all to do laundry as much as we need.

40.     We only heard about the nursery four days ago, because no one told us about it earlier. We have not used it because we did not know it existed.

41.     There are some people who work here who are helpful, but others are so angry all the time. It is so hard to ask for things from them, because they make faces and do not help. They just do whatever they want.

42.     We do not have a case manager here.

43.     A little while ago, we saw a guard push a girl with a disability and take her drawings from her. They have forced that child to stay in her room for days and are not letting her or her siblings or her mom see their father at all.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12 day of February 2025, at Dilley, Texas .

## CERTIFICATE OF TRANSLATION

My name is ___Eleanor Roberts___ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: ___02/12/2026___                    ___Eleanor Roberts___