# EXHIBIT 36

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M████ P████-P████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 34 years old and my son, ████████████████, is 7 years old.  We are from ████████.

3.      I speak Spanish.

4.      We have been detained at Dilley for 21 days.

5.      Before we arrived at Dilley, we had been living in Buffalo, New York for a year and ten months.

6.      A few weeks ago, I was driving in Rochester with my co-workers on the way home from work.  We noticed a car that was driving next to us that kept slowing down to look at us.  We thought it might be border patrol targeting us because we're Latinos.  Then another car came in front of us and the car that had been watching us came behind us and put on flashing lights for us to pull over.  They pulled us over and asked everyone for our IDs.  I showed them my papers that had my next immigration court date, but they told us that we all had to go to a border patrol station.  When we got to border patrol, they told us to take off our jackets.  I was cold without my jacket but they didn't care.  They said they were going to throw our jackets away.  I asked if we were getting detained, and the man just laughed at me.

7.      They put me in a room by myself and put my two male co-workers in another room.

8.      After about a half an hour, they brought me over to take my picture and my fingerprints.  They did not tell me what was happening.  I told them I should not be detained because I was waiting for my next court date, and they said that my court date didn't matter anymore.  They said that if I didn't want to get arrested, I should have left this country a long time ago.  They said I should have sent in the paperwork to leave the U.S.  I begged them to please let me know what would happen because my son was in school.  They told me I should have thought about that.  They said the only option I had

1

was for someone to bring my son to me. I was very worried. I called a pastor that I know, and she was able to pick up my son at the neighbors' house. He had gone there after school. The pastor brought my son to the border patrol station.

9.    My son and I spent the night at the border patrol station. They put us in an enclosed room that had a small bed for us to share. It was really cold and they would only give us one blanket. They didn't feed us; they just gave my son some chips. My son was very scared, upset and crying. He kept saying that he didn't want immigration to take me away.

10.    Then the next day around 4 pm, three people came to pick us up. They took us to a hotel. The five of us stayed in one room together. At around 3 am, they woke us up and took us to the airport. The same three people flew us to Texas. There were two flights. The people never said who they were; they didn't have a uniform or anything. I don't know who they were. They never left our sides. My son kept asking me where we were going. When he heard we were leaving Buffalo, he was really sad. He had gotten close to our pastor and the other kids at church. He is in second grade and was also really loving his school. His teachers said he liked asking questions and helping the other kids.

11.    It is so hard to be here at Dilley. It is difficult because no one is telling me how long we have to be here or what to expect. I'm scared because my son is not really eating. He's just eating rice. It's rough because I can take whatever life gives me, but my son should not be here. He should be at school with his friends and eating the foods he likes.

12.    I am not sending my son to the classroom here because all they do is just color. We watch TV together and do the word search worksheets. They don't really have any activities for my son. We mainly just stay in the room.

13.    We live in a living area with two other families. It's hard because the kids in the other families are fighting a lot.

14.    My son is all over the place and can never be still. At night he wakes up really scared. He often wakes up worried because he thinks that he missed school. Then he

2

realizes he's locked up here and there isn't school. He eventually goes back to sleep and then sleeps until we have to get up to go to breakfast. It is hard to sleep with the lights on all night. He's constantly trying to find a good position with the blanket or to turn away so that the light doesn't bother him as much.

15.    When we first got here, they told us at intake that we would come back the next day to watch a video about our rights. We came back the next day, but they said it would need to be another day. They haven't called us back about it. They haven't told me anything about *Flores* or my son's rights or anything about a right to a bond hearing. They also have never given me a copy of the resident handbook or told me how to use the grievance system. I have no idea about any of these things. They haven't even spoken to me about voluntary departure – and it seems everyone here has been told about that.

16.    I went to the library and saw online that I have a court date tomorrow. No one has said anything to me about it. It says online that it's a preliminary hearing.

17.    It is hard to be here, and I keep hearing from people that everyone is just waiting. People told me to send messages to ICE on the tablet – so I did. But when I wrote to ICE on the tablet, they told me there was nothing they could do. They said to ask someone at CoreCivic about my case. I finally stopped asking because I ended up getting a court date somehow.

18.    It's so hard to live like this. Every night my son asks me why are we still here? Why are we trapped here? I just try to tell him that it's God's plan right now.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this __11th__ day of February 2026, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 2/11/2026