# EXHIBIT 1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, V███ O████, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 35 and will be 36 years old next month. My husband ████ had his 38th birthday here last Saturday. I am from ████.

3.     I speak ████ and a little English.

4.     I came here with my husband and my children, ████ who is 15, ████ who is 11, ████ who is 2, and ████ who is 5 months old.

5.     We arrived in the U.S. February 27. At the first station, they took our fingerprints, height, and weight, then took us here.

6.     We slept one night at the first station, and then we were taken here on the 28th. We have been here 20 days.

7.     We crossed the border by foot on the 27th. We climbed over a hill and border patrol police approached us.

8.     I asked them to use a phone, but they refused. Our cell phone was with us, but they took it and would not let us use it. There is not phone here we can access. When we ask, they only deny us. In 20 days we have not been able to use a phone.

9.     We have family and loved ones who must think we have died. We only want to contact them to tell them we are alive and we are here in California. If we could reach them, we could ask them for help to get a lawyer.

10.    Once here, on the Saturday we arrived, we asked for asylum and were given an interview where they asked many questions about our past in ████ and why we feared returning. We told them that we know we will be killed if we are sent back to ████.

11.    About a week ago, they gave us a video call with a judge. That was around March 7. Again, we explained everything, that we would be killed if we return. The judge told us that fear of death was not enough to be granted asylum.

1

12. The judge told us that we did not fall into one of the five categories that could make us eligible for asylum and that we needed a lawyer. The judge said they would give us some time to get a lawyer.

13. The judge directed the immigration police that they must assist us with getting a lawyer, and that we should have a lawyer when we returned to court.

14. The police had a list of free legal services, but they would not let us use the phone. Instead, they took us to the phone and called the numbers for us. But this was a Saturday, and no one answered. After that they told us that they weren't able to get us a lawyer and we had to proceed without one.

15. We were given a call with the ████ consulate about three days ago. They told immigration police that we should not return and that we should stay here in the United States.

16. We are kept in a big room. Sometimes there are single women with us or women with children.

17. Every three days, we are permitted a shower.

18. There is a wash area in the pod.

19. The bathroom is an open area. Any person as they enter can see you naked as you are showering. The toilet has only a very short wall. We can see each other when we use the restroom.

20. Both male and female guards are near. There are two big cameras in the ceiling, rounded cameras that cover the entire pod, shower, and toilet. We don't know if they can see us, but they sit at computers in front of screens showing video footage of our pod. Sometimes the guards will instruct us from outside the pod, so that we know they are watching us inside.

21. The other people detained with us also can see us using the toilet.

22. There are chips and crackers available around lunch. Aside from that they give us only burritos. Morning afternoon and evening, every day we eat the same. They taste awful.

2

23.    They give the same to the kids. They hate the burritos, and our youngest won't eat them. She eats only chips. She is going hungry.

24.    It is very cold in the room. We have only the thin foil blanket to keep warm. The kids are very cold. We have to layer as much as we can, I put three tops and two pants on before sleeping. They don't have clothes that are the right size for the children, so they don't have enough to stay warm. We try to use what we wore on our journey to keep the kids warm because they do not give them sweatshirt. The clothes we arrived in we wash in the shower when we are allowed one, and then we hang them in the cell to dry. Our baby ▮▮▮▮ has only one onesie that is very thin, and even that they only gave to us recently. Before she had only a diaper and a thin shirt.

25.    All we want is to leave and have a chance for our children to stay here and live safely and to go to school. For now, we just try to survive this.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 19th day of March 2026, at Chula Vista.

_____

[Name: ███████████████████ ]