# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, C████ C████ A████, declare as follows:

1.      This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 31 years old.  I am from █████████.

3.      I speak Spanish.

**Entry to Dilley**

4.      I have been detained at Dilley for 49 days with my seven-year-old son, █████, my nine-year-old daughter, █████, my 15-year-old daughter, █████, and my husband. My oldest daughter has autism and an intellectual disability that make it difficult for her to speak. She functions at the level of a six-year-old. But she has not received any of her regular medicine since being here. She needs to take a medicine that provides for oxygen to the brain. She also used to receive psychological and speech therapy, but she hasn't received any of that here. Her condition has gotten worse now that she's detained. There is a psychologist here, but they do not provide the right therapy for her.

**Dilley ICE Detention Center**

5.      A couple weeks ago, when the congresspeople were here, the staff enclosed us in our room from 9 am to 4:30 pm. At 12 pm, they let us go to eat with guards flanking us on both sides to make sure we didn't talk with the congressmembers.

6.      That day, they passed around a list for people to sign up and talk with the congressmembers. We all wrote our names down, but staff only allowed 2 people from our hallway to talk with the congressmembers. We think they were punishing the people who were filing the most grievances by preventing them from speaking with them.

7.      On that day, they didn't even let my three children go outside to get medicine. Instead, they brought the medicine to our room. The nurse who came to our room said that medical wing was closed for the day. She said "this is the result of you guys for doing protests; this is the punishment." During this time, a five-year-old child who lives

1

in my room was shivering with a fever, and his mom asked the officials to allow him go to the infirmary. The staff said no. The kid began to yell and cry. Then, the staff let them go to the medical area, but the doctor sent them back and told them we can't attend to you. We didn't get any help from the officials. Eventually the kid got half a tablet of acetaminophen. We had to cut it in half because he was too small to take the full pill, but no medical staff would give him any other treatment.

8.      The day before that lockdown, the staff came into our room and took drawings from my daughters where they wrote down that they are in prison.

9.      For a long time, my youngest daughter had an earache here. Eventually, they prescribed her ibuprofen. But then they made me wait with her and my other two children in line for 1.5 hours to pick up the medicine. My son had a bad cold and ▮▮▮▮▮▮ felt sick, but they just made them stand in line outside. We keep having to wait in these lines for medicine.

10.     We have also been prohibited from sending emails in recent weeks. We have not heard anything about a new way to send emails.

11.     We have family in the United States who could sponsor us and we want the opportunity to be with them.

12.     The food has been bad this whole time.

13.     A few days ago, the officials here found out that I have spoken with reporters, and the staff have taken reprisal steps against my children and me.

14.     For the past couple of days, my children and I have been locked down in our room. They put us on lockdown after a staff member pushed my daughter and took all of her coloring materials away.

15.      This week, my young daughter wrote "liberty" on a piece of paper. One of the officers found me in the laundry room and told me that I needed to come to the recreation area with that paper. When I went there, a man named Officer ▮▮▮▮▮▮ took the paper and ripped it up. He said you cannot have papers that say this. Then, he threw it away. I told him I did not know that the children were not allowed to express themselves in

writing. He told me that our family could have a report made against us for this. So, I apologized.

16.    Then I went to the laundry room to see if the clothes were ready. While I was there, Officer ▮▮▮▮▮▮ found me and told me I had to come with him to speak to the counselor. I asked him why. He said because you had a paper that said "liberty" on it. I went with him, and the counselor asked, "Who wrote this?" I told the counselor that my daughter wrote it. I asked her whether this was a crime. The counselor said no. But then she wrote out on a paper that we were not allowed to have protest papers, and asked me to sign it. She said this was a report against me.

17.    Next, the counselor asked if I had any other papers in my room that said the same thing. After she questioned me, I tried to go back to the room with my children. But, another officer who was a woman, told me I could not go into the room. When I asked why, she said they are searching all the rooms. I said ok, and went to the recreation room.

18.    I knew they could search our rooms, because about a month ago, they had searched our rooms. During that search, they had taken my older daughter's deodorant and thrown it out. She has trouble expressing herself and is autistic, and found this was incredibly distressing.

19.    When I tried later to go back to my room, I saw there were 12 officials in the room. I started to feel worried, and asked what happened. I also asked if they were searching anywhere else. The staff said no, we are just searching your room. When we looked inside we saw that they had grabbed all of my children's coloring papers and were ripping them all up.

20.    Upon seeing them destroying the drawings, my older daughter, ▮▮▮▮▮▮ started getting upset. She went to the door and started yelling at the officers, saying that they should not destroy her favorite drawing of a telephone from outside the room. The officer turned to her, held it up, ripped it up and laughed in her face. ▮▮▮▮▮▮ went to open the door and said let go of my phone drawing. The official just pushed her. Then, I got in front of her and said do not push my daughter. I do not know the name of the first officer

3



who pushed my daughter. But then, another officer in the room, Officer ▉ pushed me and my daughter. Then all of the male officers started pushing my daughter and me. They pushed ▉ in the chest and grabbed her arm and she now has pain and bruises on her arm, and you can see swelling. They pushed me in my chest, too, and it still hurts. It also hurts on my arms where they grabbed me.

21.     After they had already been pushed us around, one of the officers pulled out a camera and started to record us and laugh, as I yelled at them to let me go. But, there are cameras in the hallway though that should show the whole thing.

22.     ▉ started yelling and another mom came running. When the officials saw her running towards us, they let me and ▉ go. I hugged ▉ as she cried. Then the officers said a bunch of things in English while looking at us that we could not understand with no one translating. Then, they left.

23.     After that, I went to the counselor to look for support, and the counselor told me that they would revise the cameras, but did not do anything else. Next, we went to the nurse to ask for them to look at us. The nurse looked at my arm, but would not look at my chest or my daughter's arm or chest, even though I told her that is where she was hurt. I felt upset because I wanted them to check on my daughter after the officers had used force against her.

24.     Later, the staff called me to sign a report saying that I was aggressive against officers. I did not sign it.

25.     Then they sent me to the psychologist, who I spoke with, and then they made me talk to the local police. I told that officer that they should talk to my daughter because she was hurt, but he said he would not look at her.

26.     I told the counselor I wanted to look at the cameras to see the incident, but she would not let me see the cameras.

27.     Next, the staff told me would isolate me and my three children in a medical quarantine room as a sanction. They planned to put us right next to where all the sick people are quarantined, and next to the measles quarantine area. My children were so

4

scared we were going to get seriously ill. They begged me to prevent the staff from making them go there, because of their fear of measles and getting sick.

28.    I told the officers that I could not let them expose my children to sickness in the medical area, so they isolated us in our room instead. Now three officials watch our every move. If we go to the bathroom, they follow us. When we get snacks, they escort us. They are not even letting us go to the dining room. They are just bringing food to the room where we are isolated. This morning the staff brought the food at 6 am, which is way earlier than the kids are used to, since they are used to the 7:30 am breakfast time at Dilley. So, the kids were not hungry during their breakfast and did not eat.

29.    During these days that they have kept my children locked down with me, they are not letting their father be in the same room with them.

30.    Last night, ▉▉▉▉▉▉ had fever, but because they have us locked down, they would not let her go to the medical area. They told me she could only get medical attention if she went with her dad, but they did not provide any way for us to let her dad know that she was sick and that he should take her because we were stuck in the room. How could I let him know? I tried to ask if I could have a friend let him know, but they prevented me from sending a message. Even if he had gotten the message, how was he going to know what was wrong without me explaining in more detail what had happened during the night?

31.    I called the counselor to try to get the kids to the medical area. Officer ▉▉▉▉▉▉ responded and said we could not go. He told me that it is my fault that there are so many reporters writing about Dilley. The staff then said that I will only get out of the room when I stop talking to lawyers, press, and congresspeople.

32.    They have also blocked me from using the tablet during the lockdown. One the morning, one of the officers let me use the tablet and I filed a grievance, but when they realized, they took it away from me again.

33.    This is all retaliation for us talking to reporters and to *Flores* counsel about what we have experienced here.

5

34.    Yesterday, they put one of the officials that pushed ███████ on guard in front of our window. ███████ left the room, and said you pushed me, what are you doing here. He told her she was wrong and started laughing. They were just making fun of her and of her disability.

35.    They make it clear that they see us as beneath them because we are immigrants. The staff think they are above us. We are facing really serious racism and discrimination.

36.    Now every time ███████ sees the officials, she cries. She has been waking up at dawn crying. She has a lot of head pain, too, and is not getting medical attention.

37.    ███████ says that she dreams of getting out of here and studying so she can become a doctor. She wants to see houses and cars again, and eat pizza.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this _12_ day of _February_ 2026, at _Dilley, Texas_ .

## CERTIFICATE OF TRANSLATION

My name is  <u>Eleanor Roberts</u>  and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.


Dated:   <u>02/12/2026</u>                                    _____