UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 85-04544-DMG (AGRx)** | Date | March 30, 2026 |
| Title | ***Jenny L. Flores, et al. v. Pamela Bondi, et al.*** | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Kelly Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Mishan Wroe (via Zoom) | Christina Parascandola (via Zoom) |
| Rebecca Wolozin (via Zoom) | Joshua McCroskey (via Zoom) |
| Leecia Welch (via Zoom) | |
| Sarah Kahn (via Zoom) | |

**Proceedings:  Zoom Status Conference re: CBP and ICE Juvenile Coordinators'
Supplemental Reports**

The cause is called and counsel state their appearance.  Also present via Zoom are Dawn Helland, Henry Moak, Jr., Andrea Ordin, and Dr. Paul Wise.  Status Conference held.

The parties shall file a Joint Status Report re their mediation efforts by April 27, 2026. The CBP and ICE Juvenile Coordinators are to file a Supplemental Report with February, March, and, if possible, April statistics by May 4, 2026.  Plaintiffs' response is due by May 18, 2026.

The Court sets the next Status Conference for June 1, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

1:02

---

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KD |
|---|---|---|