# EXHIBIT B

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **DECLARATION OF JOSHUA C. MCCROSKEY REGARDING** |
| v. | **CONFERRAL ABOUT DEFENDANTS' MOTION TO** |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | **PARTIALLY RECONSIDER ORDER OF APRIL 3, 2026** |
| Defendants. | Honorable Dolly M. Gee |
| | Chief United States District Judge |

I, Joshua C. McCroskey, declare:

1.      I am a Trial Attorney with the U.S. Department of Justice and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.      On Thursday, April 9, 2026, I emailed counsel for Plaintiffs asking to meet and confer about a potential motion to reconsider or clarify the Court's April 3, 2026 Order [Doc. # 1755]. I informed Plaintiffs' counsel that Defendants specifically plan to ask the Court to reconsider or clarify the following sentence: "As previously ordered, Defendants shall cease placing minors at hotels, with a narrow exception for brief, one to two-night stays while in transit or prior to flights. [*See* Doc. # 976.]" *Id.* at 4. I informed Plaintiffs' counsel that Defendants' counsel preferred to meet on Friday, April 10 but could also meet on Monday, April 13.

3.      On April 9, 2026, counsel for Plaintiffs emailed in reply that they would not be available on April 10 but could be available on Monday, April 13.

4.      Counsel for the parties met and conferred on Monday, April 13, 2026. Plaintiffs' counsel informed undersigned counsel that Plaintiffs oppose Defendants' proposed requests for clarification and for reconsideration.

5.      Defendants are filing their motion on Friday, April 17, 2026, because motions to reconsider ordinarily "must be filed no later than 14 days after entry of the Order that is the subject of the motion." C.D. Cal. L.R. 7-18.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on April 17, 2026, in Washington, D.C.

                                         /s/ Joshua C. McCroskey
                                         JOSHUA C. MCCROSKEY
                                         Trial Attorney

2