BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[Proposed]<br><br>**ORDER ON DEFENDANTS' MOTION TO PARTIALLY RECONSIDER ORDER OF APRIL 3, 2026**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Motion to Partially Reconsider Order of April 3, 2026. UPON CONSIDERATION, the Motion is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED**:

The following two sentences are stricken from page 4 of the Court's April 3, 2026 In Chambers—Order Re March 30, 2026 Status Conference [Doc. # 1755]: "As previously ordered, Defendants shall cease placing minors at hotels, with a narrow exception for brief, one to two-night stays while in transit or prior to flights. [*See* Doc. # 976.] Continued non-compliance will result in the re-appointment of a Special Master/Independent Monitor."

**IT IS SO ORDERED.**

DATED: _____, 2026.

_____
HONORABLE DOLLY M. GEE
Chief United States District Judge

2