BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
CHRISTINA PARASCANDOLA
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
Joshua.C.McCroskey@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF APRIL 3, 2026 [ECF NO. 1755]** |
| v. | |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | Honorable Dolly M. Gee Chief United States District Judge |
| Defendants. | |

After a joint meeting with the parties on April 27, 2026, the parties provide the Court with this update regarding mediation.

As previously reported, joint mediation discussions, with the assistance of Andrea Ordin and Dr. Paul Wise, took place on January 23, 2026, February 4, 2026, and March 2, 2026, in accordance with the Court's Order of December 15, 2025.  ECF No. 1714 at 1. The parties also met briefly on March 10, 2026, and April 27, 2026. The parties have also had several private caucuses with Ms. Ordin and Dr. Wise.

To date, mediation has focused on Plaintiffs' concerns with conditions at the South Texas Family Residential Center ("Dilley"), including children's time in custody, medical care, nutrition, access to hygiene products, sleeping conditions and Plaintiffs' notice of their *Flores* rights.  Most recently, mediation has focused on access to medical care and notice of *Flores* rights to class members.

With respect to children's access to medical care at Dilley, Defendants continue to allow Dr. Paul Wise to conduct site visits at Dilley to assess the architecture and quality of medical care at Dilley.  Dr. Wise conducted a site visit on March 5, 2026, focused on assessing the architecture of the medical care delivery system at Dilley.  Dr. Wise conducted a second site visit at Dilley on March 24, 2026, to assess the functioning of the medical system, and a third site visit on April 23-24, 2026, to provide a factual basis for continued negotiations between the parties.  The parties agree that Dr. Wise's continued participation will support the mediation efforts as to medical services for class members at Dilley.

With respect to the notice of *Flores* rights, Plaintiffs provided Defendants a proposed written notice of *Flores* rights on April 15, 2026.  Defendants are considering Plaintiffs' proposal and their own position or alternate proposal.

In light of the status of negotiations relating to notice of *Flores* rights and medical care, the parties have agreed to continue mediation discussions through the end of May. The parties agree to provide the Court with an update no later than June 5, 2026.

Dated: April 27, 2026

//s// *Leecia Welch*_____
Leecia Welch
lwelch@childrensrights.org
2021 Fillmore Street
San Francisco, CA 94115

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Eleanor Roberts

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah E. Kahn

*Attorney for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
JESSICA LESNAU
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

2

P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

3