BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544-DMG-AGR |
| | ) |
| Plaintiffs, | ) **DEFENDANTS' UNOPPOSED** |
| | ) **APPLICATION FOR LEAVE TO** |
| v. | ) **FILE ICE AND CBP CENSUS DATA** |
| | ) **PARTIALLY UNDER SEAL** |
| TODD BLANCHE, Acting Attorney | ) |
| General of the United States, *et al.*, | ) Honorable Dolly M. Gee |
| | ) Chief United States District Judge |
| Defendants. | ) |
| | ) |

Defendants submit this Application seeking leave from the Court to file under seal portions of the Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE) census data required by the Court's April 3, 2026 Order [Doc. # 1755]. Specifically, Defendants seek to partially seal the following information in the census reports: names, identifying numbers (including A numbers and agency-specific identifiers), dates of birth, countries of origin, and specific details about criminal charges. The redacted census reports are filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5.

As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Joshua C. McCroskey, a proposed order, and unredacted copies of the census reports. On May 4, 2026, counsel for Defendants contacted counsel for Plaintiffs by email regarding Defendants' proposed filing. Plaintiffs do not oppose Defendants' request.

Defendants seek to seal information that could lead to the identification of minors who are or have been in immigration detention. Defendants seek to seal the names of minors and their other personally identifiable information in accord with Federal Rule of Civil Procedure 5.2 and this Court's prior orders sealing such information [Doc. ## 1593, 1611, 1652]. Given the potentially sensitive nature of the information, there is compelling reason to file them under seal in order to protect the safety and privacy of the minors identified in these records and to avoid stigma or embarrassment to those individuals.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . .

1

bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of ICE's and CBP's census reports because they contain information that could potentially be used in a manner that would compromise the safety and privacy of the minor children who are class members in this lawsuit. *See, e.g.*, Fed. R. Civ. P. 5.2(a)(2) (providing privacy protections for minors); *Larson v. Payne*, No. 2:18-CV-00375-CWD, 2019 WL 826448, at *1 n.2 (D. Idaho Feb. 21, 2019) ("The Affidavit and accompanying exhibits are filed under seal because they disclose personal information about Joy Larson's minor children."). Therefore, there is compelling reason to seal these materials to protect the safety and privacy of minors, and Defendants' request is tailored to seal no more information than necessary.

Dated: May 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
JESSICA R. LESNAU
Trial Attorneys
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 4, 2026, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF system. The declaration of Joshua C. McCroskey and the unredacted census reports proposed to be filed under seal will be served on Plaintiffs' counsel of record on May 4, 2026, through electronic mail.

/s/ *Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
U.S. Department of Justice
Office of Immigration Litigation

*Attorney for Defendants*