BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA R. LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG-AGR |
| Plaintiffs, | **NOTICE OF FILING** |
| v. | **SUPPLEMENTAL CBP JUVENILE COORDINATOR REPORT** |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | Honorable Dolly M. Gee Chief United States District Judge |
| Defendants. | |

On April 3, 2026, the Court ordered Defendants to file supplemental reports from Ms. Dawnisha Helland, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement (ICE), and Mr. Henry Moak, the Juvenile Coordinator for

U.S. Customs and Border Protection (CBP), by May 4, 2026. Doc. # 1755. In accordance with the Court's Order, CBP submits the attached report for the Court's consideration.

Dated: May 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
JESSICA R. LESNAU
Trial Attorneys
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*