# EXHIBIT 1



**Date:**        March 17, 2026

**To:**          ███████████
                 Unit Chief
                 Juvenile and Family Management-Interior

**Through:**     ███████████
                 Unit Chief
                 Juvenile and Family Management-Border

                 ███████████
                 Contracting Officer Representative
                 RiverTech Compliance Monitoring Contract

**From:**        ███████████
                 RiverTech
                 Project Manager

**Subject:** Compliance Review of the Dilley Immigration Processing Center, Dilley, TX.

### I.    Compliance Summary:

On February 17-19, 2026, RiverTech conducted a scheduled compliance inspection of the Dilley Immigration Processing Center (DIPC). The inspection reviewed forty-three (43) standards across all seven (7) sections of the 2020 Family Residential Standards (FRS), incorporating the relevant requirements of the Flores Settlement Agreement (FSA).

### II.    Inspection Summary Results:

| Standard | Type of Inspection | Finding |
|---|---|---|
| **FRS** | | |
| 1.1 Emergency Plans | Scheduled Monthly | Compliant |
| 1.2 Environmental Health and Safety | Scheduled Monthly | Compliant |
| 1.3 Transportation (by Land) | Scheduled Monthly | Compliant |
| 1.4 Housekeeping Program | Scheduled Monthly | Compliant |
| 2.1 Admissions and Release | Scheduled Monthly | Compliant |
| 2.2 Contraband | Scheduled Monthly | Compliant |
| 2.3 Funds and Personal Property | Scheduled Monthly | Compliant |
| 2.4 Key and Lock Control | Scheduled Monthly | Compliant |
| 2.5 Resident Census | Scheduled Monthly | Compliant |
| 2.6 Searches and Inspections | Scheduled Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Scheduled Monthly | Compliant |
| 2.8 Staff-Resident Communications | Scheduled Monthly | Non-Compliant |
| 2.9 Tool Control | Scheduled Monthly | Compliant |



| | | |
|---|---|---|
| 2.10 Use of Physical Control Measures and Restraints | Scheduled Monthly | Compliant |
| 3.1 Behavior Management | Scheduled Monthly | Compliant |
| 4.1 Food Services | Scheduled Monthly | Complaint |
| 4.2 Hunger Strikes | Scheduled Monthly | Compliant |
| 4.3 Health Care | Scheduled Monthly | Compliant |
| 4.4 Health Care (Females) | Scheduled Monthly | Compliant |
| 4.5 Personal Hygiene | Scheduled Monthly | Compliant |
| 4.6 Significant Self-Harm and Suicide Prevention and Intervention | Scheduled Monthly | Compliant |
| 4.7 Terminal Illness, Advance Directives, and Death | Scheduled Monthly | Compliant |
| 4.8 Disability Identification, Assessment and Accommodation | Scheduled Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Scheduled Monthly | Compliant |
| 5.2 Educational Policy | Scheduled Monthly | Not Inspected |
| 5.3 Escorted Trips for Non-Medical Emergencies | Scheduled Monthly | Not Applicable |
| 5.4 Marriage Requests | Scheduled Monthly | Not Applicable |
| 5.5 Voluntary Work Program | Scheduled Monthly | Not Applicable |
| 5.6 Recreation | Scheduled Monthly | Compliant |
| 5.7 Religious Practices | Scheduled Monthly | Compliant |
| 5.8 Telephone Access | Scheduled Monthly | Compliant |
| 5.9 Visitation | Scheduled Monthly | Compliant |
| 6.1 Resident Handbook | Scheduled Monthly | Compliant |
| 6.2 Grievance System | Scheduled Monthly | Compliant |
| 6.3 Law Libraries and Legal Materials | Scheduled Monthly | Compliant |
| 6.4 Legal Rights Group Presentations | Scheduled Monthly | Compliant |
| 7.1 Residential Files | Scheduled Monthly | Compliant |
| 7.2 News Media, Interviews, and Tours | Scheduled Monthly | Compliant |
| 7.3 Staff Training | Scheduled Monthly | Compliant |
| 7.4 Resident Transfer | Scheduled Monthly | Compliant |
| 7.5 Post Orders | Scheduled Monthly | Non-Compliant |
| Indigenous Language Speaking Residents | Scheduled Monthly | Compliant |
| Other | Scheduled Monthly | Compliant |

## III.    Center Overview

The DIPC is operated by CoreCivic under the oversight of ICE ERO's San Antonio Field Office. On February 17, 2026, the DIPC housed a total population of 763 residents. The average length of stay at the time of inspection was 52.52 days.

## IV.    Inspection Team

██████████, Compliance Reviewer
████████████████

## V.    Overall Rating: Non-Compliant



## VI.    Compliant, Not Inspected, and Not Applicable Standards:

- 37 standards were rated compliant.

- One standard was not inspected:

- FRS 5.2 – Education Policy. From November 2025 through February 2026, the DIPC engaged in negotiations with two vendors to establish an education services contract; however, no agreements were finalized.

  - On March 2, 2026, the facility initiated an interim education program using facility-employed teachers to provide classroom instruction while the program continues to develop.

  - From March 17–19, 2026, an education subject matter expert assigned to JFMD's inspection compliance provider will evaluate the progress of the DIPC's current education program against the requirements of FRS 5.2. This evaluation will assess implementation progress but will not include a final rating.

  - A final rating will be issued after 30 days, or during the April 28–30, 2026 compliance review of the DIPC's education policy.

  - During the April 28–30, 2026 review, JFMD's independent compliance provider will re-inspect the DIPC's education policy and assign a final rating at that time.

Three (3) standards were deemed not applicable based on the facility's low average length of stay:

- FRS 5.3: Escorted Trips for Non-Medical Emergencies

- FRS 5.4: Marriage Requests

- FRS 5.5: Voluntary Work Program

## VII.    Non-Compliant Standards

- FRS 2.8 – Staff-Resident Communication. ICE supervisors did not consistently conduct required housing-unit visits. The issue was previously cited in the January 2026 inspection and required corrective action.

- FRS 7.5 – Post Orders. CoreCivic supervisors did not initial Post Orders to document required supervisory review. This issue was previously cited during the November 2025 inspection and remains a repeat finding.

## VIII.    Previously Non-Compliant Standard

- FRS 2.5 – Resident Census (Escape Incident)
  - Incident: On January 9, 2026, two residents escaped before the 0700 count, and the count was cleared.

- Corrective Action: On February 20, 2026, facility leadership reported that staff were retrained following the escape. Resident Supervisors now conduct face-to-name counts in each housing unit, verify residents' locations, and report results to the Lieutenant in



Central Control.

**IX.     Overall Inspection Rating Recommendation:**

- **Non-Compliant**

**X.     Conclusion and Justification:**

The February 17–19, 2026 compliance inspection of the DIPC evaluated the facility's adherence to the 2020 FRS and applicable provisions of the FSA. Of the standards reviewed, 37 were found compliant.

One standard, FRS 5.2 (Education Policy), was not inspected due to the absence of a finalized education services contract at the time of the inspection. The facility initiated an interim education program on March 2, 2026, and the standard will be evaluated during the next scheduled compliance review.

Three standards were determined to be not applicable based on the facility's population characteristics and average length of stay.

Two standards were found non-compliant:

- FRS 2.8 (Staff-Resident Communication)
- FRS 7.5 (Post Orders)

Both findings represent repeat deficiencies previously identified during earlier inspections, indicating ongoing challenges in supervisory oversight and consistent adherence to established procedures.

While these deficiencies do not pose an immediate risk to resident safety or facility security, the recurrence of these findings demonstrates that prior corrective actions have not been fully implemented or sustained.

Although the facility successfully addressed the previously cited resident census issue associated with the January 9, 2026, escape incident through staff retraining and revised count procedures, the continued presence of repeat non-compliance indicates underlying systemic weaknesses in ICE and CoreCivic supervisory oversight and procedural compliance.

Due to the repeat non-compliance identified during this inspection, an overall rating of Non-Compliant is warranted, and the initiation of a formal corrective action plan is required.