# EXHIBIT C

ICE Accompanied Children Report
February and March 2026

**ERO Non-Detained Management Division**

**February FY2026 Juvenile Flores Report**

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Detainee and Detention History Source: DSSDM and ETL as of 02/28/2026.

Placement Source: Data reported manually by JFMD staff.

| Detainee Information | | | | | | Detention History Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Length of Stay (Days) | Facility Name | Facility Type | Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 10/24/25 12:20 PM | 1/7/26 12:00 PM | 2/13/26 10:00 AM | 3 | 36.92 | NW REG JUV DET CTR | JUVENILE | On 10/06/2025, Virginia State Police arrested AC for ██████████ charges are currently pending. On 10/24/2025, AC was apprehended by ICE and subsequently transferred on 10/24/2025 to NW REG JUV DET CTR. On ████████, subject reached the age of majority was subsequently transferred to CAROLINE DETENTION FACILITY. | NO | Public Safety - Turned 18 on ████████ and was transferred to an adult facility. |
| | | | | | | 10/24/25 12:20 PM | 10/24/25 6:10 PM | 1/2/26 10:17 AM | 2 | 69.67 | NW REG JUV DET CTR | JUVENILE | Turned Over to Agency - Local Agency | NO | |
| | | | | | | 10/24/25 12:20 PM | 10/24/25 12:20 PM | 10/24/25 2:00 PM | 1 | 0.07 | RICHMOND SUB-OFFICE HOLD | HOLD | Transferred - WAS | NO | |
| | | | | | | 02/15/2026 09:39 | 02/17/2026 18:00 | 03/14/2026 07:00 | 2 | 24.54 | NW REG JUV DET CTR | JUVENILE | On 2/17/2026, subject entered ICE custody from the Lee County Jail, FL. Subject has multiple arrests/charges for ██████████ since 2024. On 03/06/2026, an IJ granted VD. Subject was returned to ██████ on 03/14/2026. | NO | Public Safety - An Immigration Judge granted VD on 03/06/2026. AC departed on 03/14/2026. |
| | | | | | | 02/15/2026 09:39 | 02/15/2026 09:39 | 02/17/2026 07:03 | 1 | 1.89 | LEE COUNTY JAIL | Other | Transferred | NO | |
| | | | | | | 05/08/2025 10:43 | 05/09/2025 00:07 | | 2 | 327 | NW REG JUV DET CTR | JUVENILE | On 03/10/2025, AC was arrested by Federal Protective Services for ██████████. AC claims ██████. On 05/08/2025, AC was taken into ICE custody and subsequently transferred on 05/09/2025 to NW REG JUV DET CTR. | NO | Public Safety/Flight risk - Ordered removed by an immigration judge on 09/30/2025. BIA appeal is pending. On 04/09/2026, AC's counsel filed a motion to withdraw the appeal. |
| | | | | | | 05/08/2025 10:43 | 05/08/2025 10:43 | 05/08/2025 11:12 | 1 | 0.02 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 12/19/2025 13:30 | 12/19/2025 13:30 | | 1 | 102.44 | BLOUNT COUNTY JUVENILE DET CNTR | JUVENILE | Enforcement Administration (DEA) Federal Partners, and Customs and Border Protection (CBP) apprehended AC outside his residence without incident. AC is currently under investigation by the Federal Bureau of Investigation (FBI) for ██████████. On 12/10/2025, AC was booked into BLOUNT COUNTY JUVENILE DETENTION CENTER. | NO | Public Safety - IJ denied bond (danger to community and flight risk). Next hearing date is on 05/12/2026. |

## ERO Non-Detained Management Division

**March FY2026 Juvenile Flores Report**

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Detainee and Detention History Source: DSSDM and ETL as of 3/31/2026

Placement Source: Data reported manually by JFMD staff.

| | Detainee Information | | | | | Detention History Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject ID | Alien File Number | Given Name | Family Name | Country of Citizenship | Birth Date | Initial ICE Book-in Date | Book-in Date | Book-out Date | Book-in Counter | Facility Length of Stay (Days) | Facility Name | Facility Type | Reason | Unaccompanied Juvenile Y/N | |
| | | | | | | 02/15/2026 09:39 | 02/17/2026 18:00 | 03/14/2026 07:00 | 2 | 24.54 | NW REG JUV DET CTR | JUVENILE | On 2/17/2026, subject entered ICE custody from the Lee County Jail, FL. Subject has multiple arrests/charges for ▓▓▓▓ since 2024. On 03/06/2026, an IJ granted VD. Subject was returned to ▓▓▓ on 03/14/2026. | NO | Public Safety - An Immigration Judge granted VD on 03/06/2026. AC departed on 03/14/2026. |
| | | | | | | 02/15/2026 09:39 | 02/15/2026 09:39 | 02/17/2026 07:03 | 1 | 1.89 | LEE COUNTY JAIL | Other | Transferred | NO | |
| | | | | | | 05/08/2025 10:43 | 05/09/2025 00:07 | | 2 | 327 | NW REG JUV DET CTR | JUVENILE | On 03/10/20205, AC was arrested by Federal Protective Services for ▓▓▓▓ AC claims ▓▓▓▓ On 05/08/2025, AC was taken into ICE custody and subsequently transferred on 05/09/2025 to NW REG JUV DET CTR. | NO | Public Safety/Flight risk - Ordered removed by an immigration judge on 09/30/2025. BIA appeal is pending. On 04/09/2026, AC 's counsel filed a motion to withdraw the appeal. |
| | | | | | | 05/08/2025 10:43 | 05/08/2025 10:43 | 05/08/2025 11:12 | 1 | 0.02 | LOS CUST CASE | HOLD | Transferred | NO | |
| | | | | | | 12/19/2025 13:30 | 12/19/2025 13:30 | | 1 | 102.44 | BLOUNT COUNTY JUVENILE DET | JUVENILE | Enforcement Administration (DEA) Federal Partners, and Customs and Border Protection (CBP) apprehended AC outside his residence without incident. AC is currently under investigation by the Federal Bureau of Investigation (FBI) for ▓▓▓▓ On 12/10/2025, AC was booked into BLOUNT COUNTY JUVENILE DETENTION CENTER. | NO | Public Safety - IJ denied bond (danger to community and flight risk). Next hearing date is on 05/12/2026. |