UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>             Appellee,<br><br>    v.<br><br>TODD BLANCHE, Acting Attorney General; et al.,<br><br>             Appellants. | No. 25-5443<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the parties' stipulation, this appeal is dismissed with prejudice.

*See* Fed. R. App. P. 42(b)(1).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT