# EXHIBIT 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, A█████ O█████, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 39 years old.  I am from ████.

3.    I speak ███████.

4.    I have been detained at Dilley for 135 days. I am detained here with my son who is three years old. He was born in ████.

5.    I spoke to *Flores* Counsel in March and April.

6.    My son and I arrived in the United States and we were sent to a very cold place that was some kind of detention facility. We stayed there for a few hours and then we were taken to another detention facility that was also very cold. We were in that second place for two days and then we were sent to Dilley. They gave us food, water, and a foil blanket.

**Dilley ICE Detention Center**

7.    I'm detained like someone who committed a crime. It is very stressful to be here. There is so much uncertainty, and I feel a lot of emotional stress. I am very worried for my son here.

8.    No one has told me why my son and I have been here for so long. I think I need to wait for a review of some sort, and they just keep telling me I need to wait. They don't tell me anything else.

9.    All this time I have been here, I write on the tablet to ICE and they just say they are analyzing my case. They came and talked to me a bit ago about giving up my son's nationality. They have threatened to separate me from my son as well. I asked to be sent to a third country, if nothing else, for our safety, and ICE said that would only mean we have to stay here longer.

10.   No one has told me about any rights my son has here or any rights that are specific to him as a child. I don't remember being shown any video about my rights or my son's rights here.

1

11.    A few weeks ago, my son had a cold and he had a fever. It's the second time he's had a cold and been sick since we've been here. Every time he is sick, I go to the medical care facility. This time, they were helpful.

12.    Now, I'm having medical problems too. A doctor here told me I have a UTI. I was prescribed antibiotics. I was taking them for two days when the doctor called and said, actually don't take them anymore. The doctor said it's actually bacteria with the kidneys or liver. I have never had these types of problems before. I have a lot of stomach pain as well here.

13.    I worry for my son's mental state. He has been going to the psychology team here because he's waking up at night very frightened and scared and crying a lot. He's become more aggressive. I think because of the stress. They've been switching us to different rooms with different people.

14.    My son has a very hard time sleeping here. I try to get him to sleep around 8 p.m. but he often can't fall asleep until midnight or 1 a.m. I am not sure why he is having trouble sleeping; maybe because there is a lot of stress here. We've also switched rooms and now we are in a new space with new people. That probably is making it harder for him to sleep too.

15.    My son has not been eating well. Lots of people are getting sick, and I am always very worried my son will also get very sick. I went to the doctor many times because I was worried about my son not eating. The doctors weren't able to do anything. The last few weeks my son has been eating milk, juice, and apples. He doesn't eat much else. No one has offered me any toddler food or pouches for my son. I don't think the water is good here either. My son has had diarrhea here, and I think it's because of the water. I could buy water, but I don't have money to do that very often.

16.    They have given us diapers and wipes for my son, but they haven't offered us any food that is more appropriate for a little kid. The only soap that is available is the same soap that is used to wash hands or do dishes. They have never offered me any different soap for my son either.

17. A lot of kids here have been here for more than 21 days.

18. I was given a list of lawyers who I could call to try and get help. I have tried to call but I always get voicemail, and I think because I leave a message in ▮▮▮▮ and not Spanish, no one has called me back. Someone from RAICES only contacted me after *Flores* Counsel flagged my case for them.

19. I have been able to communicate with the staff with the Spanish I do know, but I am not fluent in Spanish. No one has offered me interpretation for ▮▮▮▮, even if I'm speaking to the officers here.

20. I am not aware of any process to let the staff know about complaints or concerns I have. Everything is in English or Spanish, not my language.

21. My son sometimes plays in the gymnasium and on the play structure. There is not much else for him to do here. He feels very bored. Some days we can't go outside because the sun is so strong here. At the gym, sometimes there are teenagers playing, and one teenager accidentally hit my kid in the face. It was an accident, but it still scared me to go back.

22. My son is very young, and he doesn't fully understand what is happening here. But I know he is very bored and he is often sad. He made a friend here, but that friend left and yesterday he was crying a lot and asking for this friend. It's hard for him to be here for so long. Until today, he would ask for his friends ▮▮▮ or ▮▮▮. The kids leave and he's the only one who stays.

23. Recently, there have been small snakes at the park where children play and in the bedroom area as well.

24. No one has been bitten so far but everyone is scared. Moms are afraid to take their kids to use the toilet in the bathroom so some kids have been pooping on the floor.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 8 day of May 2026, at Dilley, Texas .

I, Katherine Johnson, hereby declare under penalty of perjury, the following:

I am an attorney at Children's Rights. On April 23, 2026, I met with A.O. with the assistance of a telephonic interpreter provided by Jeenie, identified by Interpreter ID 083614 and named Bruna, who is certified to interpret in the English and ███████ languages. During our meeting, I read the "Declaration of A.O." in English, and Bruna interpreted the entirety of the declaration into ███████ for A.O. A.O. confirmed that all the information contained in the declaration is correct and complete to the best of her knowledge. On May 8, 2026, I met with A.O. again with the assistance of a telephonic interpreter provided by Jeenie, identified by Interpreter ID 277060 and named Erica, who is certified to interpret in the English and ███████ languages. A.O. added two sentences to her declaration at this time and Erica interpreted the entirety of those two sentences. A.O. confirmed that all the information in them was correct and complete to the best of her knowledge.

_Katherine Johnson_

Signature

05/12/2026

Date