# EXHIBIT 5

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M[redacted] T[redacted] H[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 27 years old and my son, [redacted], is six years old. We are from [redacted].

3. I speak Spanish.

4. We have now been detained at Dilley for 66 days, and before that we were in CBP detention for about 10 days. This is an update from my earlier statement.

5. I am very upset and stressed because they are not telling us what will happen with our case.

6. At the end of March, ICE said we were being taken to Ecuador. Around 5:30 p.m. one evening, the guards came to our room and told us to pack up our things because we were leaving. Then the guards brought us to intake. We waited for about an hour and then some transport people came to pick us up. They said they would take us to Louisiana and then to Ecuador. We were adamant that we didn't want to leave. The transport people said they could not take us against our will and that if we didn't leave voluntarily, ICE would have to chain us up and take us out. We insisted that we were not leaving voluntarily, and they called ICE. An ICE officer showed up and was really mean to us in front of our son. I just tried to stay calm and not back down. I told them we had not agreed to go to Ecuador and that we had a court date that we wanted to keep. ICE then said that if we wouldn't go the right way, they would take us chained another day, and the guards brought us back to our room.

7. We then had a court date on March 31, 2026. At the hearing, the judge said he would only give me a bond, but not my husband or son. I did not understand that, and we said that it needed to be for our family. The judge then gave us another court date for April 9, but at that hearing the judge said he would not give any of us a bond, but we could appeal the decision.

8. An attorney later told us that there was a document with my signature on it agreeing to go to Ecuador, but I never signed a paper agreeing to that. I do not know how my signature is on that document.

9. As time has gone by, it has been harder and harder for my son. My son sees other friends leave here and asks: when we will be able to leave? Why are we still here? Recently he asked me: when are we going to get out of jail? I tried to explain to him that Dilley isn't actually a jail. But he knows what it feels like here, that we cannot leave or go to a park, that he cannot have his toys, and that the bed is so uncomfortable. I understand it feels like a jail. There are so many restrictions, and the guards are so rude – a child is yelled at even if he spills some milk. Sometimes my son will just burst from all of his emotions and start crying.

10. My son still does not eat well here. The food is too spicy and has too many condiments and sauces for him. Also, dinner is served at 5 p.m., so by 8 p.m. he is hungry. We have to buy food for him to eat at the commissary. We will buy soup, tuna, crackers, and bread. We also have to buy water.

11. They recently brought down the cost of a pack of water from $30 to $9. About a month or so ago, a lot of the children became sick and were vomiting a lot. They told the parents the children needed to be drinking more water. The families complained and complained because they could not afford the water. The guards told us they were dropping the price of the water because of this but I don't know if that is true.

12. My son is very anxious and has started biting his nails. He feels trapped inside the living area. He's always asking to go outside. He can never stop moving and settle down. Every night he cries at 8 p.m. when he has to say goodnight to his Dad. He wants to be able to be in the same place as him at night or even just hang out a little longer. Being separated from his father each night is probably the hardest thing for him.

13. My son was not sleeping well at all because the lights are on all night. The night shift guards for our area will now allow me to put a towel over the bunk bed so that the

light doesn't go through the area where my son is sleeping. This has helped him a lot but they really should just turn off the lights at night so all the children can sleep.

14. My son had started going to school at Dilley and was excited about the new program, but soon he didn't want to go again. He said the teachers were just teaching the same things and he wasn't learning anything new.

15. Not having toys here is one of the things that makes my son feel like he is in jail. He doesn't understand why he can't have his own toys. There are toys in the day care room, but kids can only go there when parents have court hearings or meetings. Children cannot have toys in their own rooms - where they have to spend a lot of time. It is really hard for my son not to have toys.

16. If you want crayons for your child to draw, you have to buy them at the commissary. If your child draws a picture of anything negative about this place, the guards will take it from your room.

17. The process to get more clothes is complicated. You have to make a written request and explain why you need more clothes. Then they go to your room and check your clothes to see if the reason you gave was true. It can take days for them to check the clothes in your room. It's also hard because children are only allowed to have one pair of shoes – even when it is raining a lot and their shoes are really soggy.

18. For two weeks, I had been asking for new shoes for my son because the soles were broken. I had been waiting and waiting, but then the day a senator came to Dilley – I was suddenly able to get the new shoes. I notice that things families have been asking for often happen around the time the politicians visit.

19. About two weeks ago, my son had diarrhea and vomiting but it went away pretty quickly. I think it was the food since he was sick for just one day. If it was a virus, it would have probably lasted longer. A few days ago, my son fell on his wrist and it was swollen and painful. Medical was very dismissive and just gave him ice.

20. It is hard to be here for so long. I try to stay busy by washing clothes or cleaning the living area – I just try to find something to do to keep my mind off of things. I try to

talk to other moms for support, but that can be hard, too. I am happy for families when they leave, but it is frustrating to be the ones still here. I just want to get out of here.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 22nd day of April 2026, at Dilley, Texas

[redacted]

CERTIFICATE OF TRANSLATION

My name is Diana Cano and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 4/22/2026

[signature]