# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

I, S███ D██ C███, declare as follows:

1.     This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 15 years old.  I am from ██████.

3.     I speak Spanish.

**Dilley ICE Detention Center**

4.     I have been detained at Dilley for 143 days this most recent time, and this is my second time being detained at Dilley.  I've waited for so many weeks to get out of here. My mom and I receive no information about what is happening or how long we will be here. After months of detention, the officials only told us that there was a mistake in one of our forms that we had to refile, and that was contributing to us remaining detained. My mom tries to be strong, but we have been waiting for freedom for so long that sometimes she cries in the corner.

5.     The first time they detained me here for a few days, but that was so different than my current detention. After being back here for so many months, I have started to feel like all the days are the same and I'm stuck between four walls. The only thing that changes from day to day is the topics we speak about. All the kids who I have gotten to know have started to lose their ability to try to stay upbeat, too.

6.     It feels depressing to just go to the same place every day and say goodbye to so many people while I remain stuck here. When my last friend left, I went back to the room and just cried. I asked my mom, "Why are we still here?" I just want a normal life. I want to be free.

7.     ICE has kept me separated from my baby sister for eight months. I lived with her when she was a newborn. I still think about holding her when she was three months old and the bond we developed. We felt so connected. I just want to be with her. I try to make calls, but I always feel sad because even though I knew her as a baby, I'm missing milestones like her first steps. These are such special moments that I wanted to be there

1

for and it hurts to miss those experiences. My mom feels so sad because she cannot be there to comfort her or help her with her necessities. It just feels so ugly to have to hear about her without being with her.

8.    Even though we have been detained here for over four months, the ICE officers do not give us any information about how long we will be here. They just say the orders are from above them.

9.    I feel so sad and impotent because I do not have information about what will happen and I see my mom losing hope. I was trying to keep my emotions up to give others strength, but whenever we get bad news, I feel so sad. A lot of the time, I try to do breathing exercises to stay calm. But when I keep so much bottled up inside, it feels even worse. I feel so locked up now that I do not even want to go anywhere inside the facility anymore. Even though I have a pass, I just do not want to get up and go outside. I used to love school, but I do not want to go anymore. Sometimes the officers who see me say, "Oh, I thought you had left." I feel depressed.

10.    I keep a calendar in my notebook where I mark an "X" next to each passing day to track how long I've been here. I try to keep track of the important days, too, like when we have immigration court, because that is the only thing I can look forward to. I go to library every day looking for more information about our case in the system, but I do not find information. I feel disillusioned and it makes me cry with anxiety that I might not get out of here.

11.    Everything feels so bad here because we have spent so much time here. If we had only spent a couple of days, maybe things would feel different. Having to sleep with the lights on all the time for months has made me so tired. I do not know what it means to have a pleasant night of sleep anymore. Even when we finally fall asleep with the lights on late at night, they knock loudly on the door at 6 a.m. every morning and call our names, which wakes us back up.

12.    Two days ago, the staff did something scary. About 5 officers with ICE badges and about 10 staff from CoreCivic came into the hallway between the rooms where we sleep

2

around 9 p.m. It was dark outside, and they started covering our windows by standing in front of them. We were not allowed to leave our room, so we tried to look out the window to see what was happening. We saw they brought chains and shackles into the room across from us. They grabbed this woman from that room and she and her daughter started crying. She had a pending appeal in her immigration case and was waiting for her response from the court and started saying her case was not over and that they could not deport her at this point. But then, they chained her right there. Her 10-year-old cried harder as she watched her mom be shackled. The officers just took them away and put them in a car. It made us all so scared. This was so different than when other people leave.

13.     The children in that room came over to ours afterwards and we were in shock. The girl who was in the bunk next to that family said she felt so awful that she had to watch and could not do anything to help. Now we are all feeling so scared that this will happen to us. We now feel like the people who work here are capable of doing anything to us.

14.     The lack of dignity and respect that the staff showed that night really shocked me. I do not know why they had to remove her like that. That woman did not do anything bad that made her deserve that treatment or to be made a spectacle in front of so many families. It seemed like they were trying to embarrass her and make us all scared. Why could they not just call a meeting with her and talk to her? It also makes us all fearful, because we have our own cases pending, and what happens if officers decide to chain us, too? I won't have any way to defend myself.

15.     Another time, ICE took a woman who was very pregnant with toddlers to be deported, but the pilot would not let her board the flight. When she came back, she was crying because she had to stay detained.

16.     There is still no way to communicate with people via our Gmail emails, and we cannot use Google to look up information about how to do immigration appeals.

17.     I have never seen a video about my rights. I only ever found out about my rights when I looked them up in ChatGPT. But then the library took away access to ChatGPT,

3

too, which I used to look up legal information and medical questions about how to treat my allergies.

18.    I have very sensitive skin, and the borders of the laundry machines, which are always dirty, give me rashes and hives. My skin feels so itchy, and sometimes it is red. The feeling does not go away. Sometimes when I do the laundry, the clothes all come out stained, and it makes me think there are bacteria all over everything.

19.    I have seen a lot of people who were sick with coughs and vomiting who the medical people turned away. They told did not need treatment.

20.    The nurses here only ever give Tylenol regardless of the type of sickness.

21.    I haven't been able to make any free pro bono calls here by using the system where you are supposed to mark 6. I saw a woman try it recently, and it did not work.

22.    The education provided used to be only one hour of classes, where they only let 12 kids in. Kids would go early, and be turned away because there were more than 12. The teacher would just tell them to come earlier the next. But even when I got into the hourlong class, the teacher would just give us a packet and say to do it. It was the same every time. I tried to tell the teacher that I already did this, but they just said to do it again. That experience did not feel like school, so I stopped going. I hear they have expanded the hours, but I cannot imagine it's any better.

23.    While we can speak with a lot of people because we speak Spanish, the people who do not know Spanish or English really struggle here. My mom tries to help the Turkish families and other families who do not know English or Spanish with the tablets, but they do not really have a way to understand things.

24.    How long will we have to be here? We are reasonable people and we do not pose any risk. We want to follow rules. We do not understand the reason they would keep us so long. This does not help anyone. It seems like we are still here because the people higher up in the government want to feel good about themselves and their egos. I just want a normal life with my family and sister.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this ___ day of Marzo 2026, at Dilley _____.

CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: _3/16/2026_                    _Eleanor Roberts_