# EXHIBIT 3

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, C████ G████ C████, declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 13 years old. I was born in ████, but I have been living in Florida since I was a baby. I have never been back to ████ since I was born.

3. I speak English and Spanish.

4. I have been detained at Dilley for 90 days. I keep track of the days on the calendar.

5. I have lived in Miami for as long as I can remember. I have a nine-year-old brother and a five-year-old sister who were both born in the U.S. I am in 7th grade. My favorite things about my school are robotics, science, and reading. In my robotics class, we were making robot cars. After school, I like to play soccer and FIFA on my PlayStation. I also like to stay up late and sleep in on the weekends. Things were going well before we came to Dilley.

6. One day, I went to an ICE check-in meeting with my mom. They told her to bring me. We showed up at the meeting, and they told us we were being taken to a detention center. I felt very scared. My mom said she could ask whether I could possibly stay with my stepdad and my siblings, but I was worried about being apart from my mom. I was also worried that if I didn't go with her, she would go to a jail.

7. After the meeting, they took us directly to the airport. We flew to Houston and then to San Antonio. We stayed at a hotel for one night in San Antonio, and then they drove us to Dilley.

8. When I first got here, I felt really depressed. I would cry sometimes. I would shut down and want to be alone.

9. It's hard to sleep here because the lights are on all night and the bed is uncomfortable. My back hurts a lot from the bed because the mattress is so thin. My back never used to hurt at home. I wake up a lot at night here.

1

10.     We live in the yellow area.  I think there are about 62 people there right now.  There are three other families living in our room.  Each of the families has a mom and a son.  We get along okay.

11.     The food gets boring.  Mostly they give the same food – so when you've been here twelve weeks, it repeats a lot.  The food has made my mom sick.  When she ate the meatballs, she felt sick and had to go to the bathroom right away.

12.     They tell you that you can have as many servings of the food as you want, but when it's good – like the pizza – you can only get one serving.  I feel hungry sometimes because I often don't want to eat the food.  My mom will buy me ramen and chips from the commissary for the days that I'm not eating the food.

13.     The water from the tap here tastes weird, so my mom buys bottled water from the commissary.

14.     When I first got here, they didn't have school at all.  In March, they set up a classroom for the older kids and I started going for a couple hours a day.  It's not the same as actual school.  They do kind of teach us, but not the level I was being taught at my school.  I miss my robotics and science classes the most.

15.     The kids here are sad.  They get stressed out being locked in here.  They do weird things that they wouldn't do at home.  If I had to describe Dilley with one word, it would be "horrible."  It is awful to be inside here all the time and feel like you're locked up.

16.     The bathrooms here are dirty, and I wish they would clean them more often.

17.     I talk to my stepdad and siblings on the phone every day.  I don't know how much it costs, but I know we have to pay for the calls and it adds up.

18.     The past few days, there has been a lot of rain.  Having to stay inside makes you feel even more like you're locked up.

19.     If I could change one thing here, it would be to turn off the lights at night.

20.     I am hopeful that we can get out of here.  I want to be able to see the messages on my phone and go to my house and play with my little brother.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 22nd day of April 2026 , at Dilley, Texas