# EXHIBIT 6

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]

I, R█████ G█████ H█████, declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 36 years old. I am from █████.

3. I speak Spanish.

4. I have been detained at Dilley since March 7, 2026, almost 50 days. I have been here with my son ████ since then. He is 10 years old.

5. No one has told me why we have been here so long. All they have told me is that they won't let us go. A friend not at Dilley called RAICES to get us a lawyer, who then called me. Our lawyer at RAICES has contacted ICE several times to find out why we are here past the 20 days under *Flores* (on April 1, 2, 10, 14, and 20), but ICE has not responded to her emails or questions. ICE told me today that they won't let us go because they don't have authorization for my son's case.

6. Before I arrived at this facility I was living in San Antonio, Texas for about two years. Before that, I lived in El Paso, Texas, for a year and half. I lived with my son, ████. ████ was in fourth grade when we were arrested. He wanted to be an engineer and build houses. His favorite subject was math. He was also very athletic and loved sports, especially soccer.

7. Since being detained here, ████ misses school, his friends, playing, our apartment that we don't have anymore, his freedom, and everything he had in the apartment. He wrote all this in a letter. He doesn't like to play anymore. He misses the friends that he makes here who leave. It's not easy for me to have my son in this situation.

8. I was arrested in my car at 5 a.m. on the way to work in a restaurant. My girlfriend was with me and she was arrested, too. She is at Dilley, but I can't see her because we are not married. ████ was sleeping and was going to go to school with the babysitter. I said, "I have my son in the apartment; please don't take me." They didn't believe me and were going to take me. They were armed with big and small guns. They dragged me out

1

of the car, put me on the ground and handcuffed me. They did not identify themselves, but I saw "ICE" on their jackets. I begged them not to take me because of my son, and they didn't believe me. Then they took the keys out of my pockets and all my identification, including my social security card.

9.     They went into the apartment with guns out as though they were looking for a criminal. They found my son asleep, grabbed him by the arms, and told him to get dressed, that we were going to leave. They grabbed ▮▮▮▮'s book bag, emptied it of his notebooks, and grabbed shoes and clothes, stuffed them in the bag, and said, "Let's go." I was still handcuffed, but they did not handcuff ▮▮▮▮.

10.    While we were being arrested, no ICE agent told me that my son could stay with someone else while I was arrested. I tried to show the ICE agents my documents, including my work authorization, my ▮▮▮▮▮▮ passport, and my immigration document, but they just took them away and said "Let's go."

11.    We were first taken to an ICE processing facility in San Antonio near my apartment until 10 p.m. and then got on a bus to come to Dilley at 3 a.m. My son was hungry the whole day and got only some water and a small sandwich.

12.    When we arrived at Dilley, no one told us how long we will be here. No one told us what will happen next. On April 6, we had a video conference at Dilley with a judge. We did not have a lawyer. The judge wanted to separate my son and me, and told us this in court. My son told the judge he didn't want to be separated from me and leave me alone. I don't want to be separated from my son.

13.    We have another video conference with a judge on April 28 supposedly about my son, but I am not sure. I don't know if I will have a lawyer at that video conference. No one has told me about any other hearing.

14.    Dilley does not have the kind of conditions that any family should be in. Hygiene is a big problem – it's not adequate.

15.    My son doesn't have any soap or shampoo; I have to buy all of it. He can only use the liquid hand soap.

2

16.     About a month and a half ago, ███ got a fungal infection on his face and his feet. He uses a cream every morning and night – sometimes it works and sometimes it doesn't work, but because of the water it comes back again.

17.     He only has one pair of shoes and has to wear them when they are wet after it rains.

18.     Treatment of kids is a big concern. No one here is qualified to work with children –they treat the children like adults. CoreCivic does not speak nicely to the kids; they yell directly at the kids instead of going to the parents first.

19.     The third biggest concern is the food. It's all processed, frozen food. The only things they make here are the French fries.

20.     I had a DNA test but nothing happened afterwards; they did not give me a paper to say if ███ is my son. I have heard that if the test shows the child is not the son or daughter, then the family is separated. I have heard that the parent is deported or sent somewhere else.

21.     When we arrived at Dilley, someone told us that the *Flores* law applied to us, but they didn't tell us what that meant. They tried to get me to sign a piece of paper that might have been about this. But it was in English and I didn't understand. No one has told me about my rights except my RAICES lawyer; she is the only one who has told me about ███'s *Flores* rights, that ███ can't stay here longer than 20 days and that his *Flores* rights are being violated.

22.     I have never seen a video about our rights.

23.     People who are getting released have told me they are getting released because of *Flores*.

24.     My son has been feeling depressed. He feels sad because he sees kids leave and feels alone. I don't know if seeing the therapist helps. He tells me, "Every time I go outside I feel bored; I don't want to play. When I go to the play area, there aren't any toys for kids my age except PlayStation." Sometimes he goes on the treadmill.

3

25.     Sometimes the food doesn't sit well with my son; I have to buy him ramen. Sometimes I have to buy water at the store because the water here is not good.

26.      My son is not comfortable because the bed is hard; the metal sticks in his back. The lights are on all night. We have bad sleep here; the lights hit our eyes all night. We feel like caged chickens in an incubator.

27.     I can't call my family because they are not in this country and it costs too much. I have to pay to call anyone I know here. The only time it's free to call is when you first get here, and that's only for five minutes.

28.     I got a list to call, but no one answered. To get through, you would need to be on the phone all day calling.

29.     Use of email here is very limited; I can't use Gmail. I can only receive emails from my lawyer and I have to call her back on the phone.

30.     On April 6, the judge told us we did not qualify for a bond hearing. I had a credible fear interview at Dilley, but was denied, just like everyone here. There is no way out.

31.     The only person who has talked to me about my case is the lawyer from RAICES. We do not have a case manager here.

32.     Whenever someone comes from Congress, we aren't allowed to leave our rooms. We are put on lockdown whenever there are visitors, and whenever there are protests outside. Protests happen a lot.

33.     I know of a friend here who files grievances and has been told if he doesn't stop, he'll be sent somewhere else. I have other friends who have complained, and they have been deported.

34.     Education here doesn't work for ███. He says it's very bad. Some teachers are nice, but some teachers make him sit alone if he tries to help another kid. One teacher is particularly strict.

35.     ███ feels bad when he can't go out when he wants to and can't bring snacks outside the play area; he tells me they yell at you when you do try to leave with food.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 22 day of April 2026, at Dilley.

CERTIFICATE OF TRANSLATION

My name is KAITLYN VELAZQUEZ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 04/22/26                          _Kaitlyn Velazquez_