# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, G███████████ S████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 12 years old. I am from ████ and so is my sister, but my parents are from ████.

3.      I speak English, ██████, and ██████.

4.      My family and I were living in Los Angeles, California for about four years before coming here.

5.      I have been detained at Dilley for 64 days. I'm here with my dad, mom, and younger sister.

6.      I was in sixth grade in LA, and my sister was in fifth grade. I liked my school a lot there. My favorite subject was Physical Education.

7.      The four of us were living in an apartment in LA. We used to live with my cousins, but then my cousins moved to live in the floor above us.

8.      Since getting here, something I miss the most is how my cousins and I used to hang around. I miss them a lot.

9.      We always studied a lot before coming here. It was study, study, study. Here, it's not like that.

10.     We were detained because we voluntarily showed up to an ICE check-in in LA. We've always showed up to our ICE check-ins. We've never missed one.

11.     We stayed in a hotel for one night before coming here. It was right in front of the LAX airport, but I don't remember the name. We had no privacy, because three ICE officers also stayed in the room with the four of us. There were two beds. We got the beds, and they slept on the couch. It was very uncomfortable.

12.     Then, we took a plane the next day to San Antonio and came straight here, to Dilley.

**Dilley ICE Detention Center**

13.     After about 15-20 days of arriving here, we had a DNA test. We asked why they had to do that, and they responded for security reasons. They made up an excuse, they said to ensure no one is taking other people's kids, that we had to prove my dad was actually my dad. They did the DNA testing for everyone in my family, including me. We've heard of other families having to do that too.

14.     We never received a know your rights training. I have never heard of or seen an I-770 form.

15.     We remember the video playing when we first came in. There was someone talking on it, but we don't remember anything about it.

16.     Before meeting with you, we had heard the word *Flores* before. Our lawyer said we are going to do the parole request under *Flores*.

17.     We never heard it from anyone here though. We never knew we were only supposed to be here for 20 days. Some people have been here for 10 months, so that doesn't seem true.

18.     I have never received an individual release hearing.

19.     Once when we talked to ICE, they said that if we didn't sign our travel documents we could be separated. My dad was scared of this so he signed for us. My mom has not signed yet, though, which is why we are still here.

20.     I have never seen a judge here, just ICE officers.

21.     The only thing we got when we arrived was the list of free legal services.

22.     About two weeks ago, we received the handbook. It was in ▮▮▮▮▮▮. They asked us to sign and we signed.

23.     We haven't gotten any shampoo. They said those are only for babies. If we want shampoo, we have to buy it at the store.

24.     We are not getting floss. We are getting very cheap toothbrushes and toothpaste. You can buy better stuff at the store. The toothbrushes are really small.

25.     My mom has diabetes and rheumatoid arthritis.

2

26.    Once, they kept her in the medical annex for five days so they could test out new medicines on her. They would check her blood in the morning and at night. And one morning, it was 279. This is very bad. It's dangerous. You could go into a coma.

27.    My dad argued with them to stop the medication, because she was getting so bad.

28.    Since 2018, he has been giving her medication and food and knows how her disease works.

29.    They aren't giving her all the medicines she used to be on before here. At first, the food they were giving her was also all wrong.

30.    Now, they are giving her a special diet.

31.    She only got a special diet for the first time last week. My dad has been asking all the time for her to get this.

32.    My mom, sister, and I also need a vegetarian diet on Tuesdays and Thursdays for religious purposes, and the staff just say to eat off the salad bar. We are ███, except my dad is Christian.

33.    My mom also has a back hernia that was never operated on.

34.    For nine days now, she can barely move her right leg. She's been trying to walk but it's getting worse. She has slept at medical for the last nine nights. So has my sister.

35.    We are able to visit them during the day.

36.    Today, the doctor came and finally saw her after she has been in medical for the past nine days. He saw her the first day she was in medical for this foot issue, and did not see her at all the other days until today. We asked them, "Why aren't you referring her to a specialist?" Then the doctor got mad at my dad and said, "You're going to tell me when to send her to a specialist? If you're going to talk to me like this, I'll tell security to not let you in anymore."

37.    This all affects me because if we go back to ███, my dad will get in trouble. He is not safe there. Then, who will take care of my mom? Me.

38.    I am nervous my mom could get worse.

3

39.    It's difficult to watch the staff here not help her. I get very mad, but I can't say much about it. A nurse is supposed to help you. They don't even clean the room she's in.

40.    The food is really bad here. They reuse the food. For example, today if there are hotdogs, in two days there will be mini corndogs. It's gross.

41.    If I could change the food here, I would want fresh food every day, and you could go eat any time you want. Right now, there are certain times to eat, and if you don't go then you'll starve.

42.    I miss ████ foods, they don't have any ████ food here. My mom and aunt used to cook it for us.

43.    They put filters on the water, but it still smells like chloride. It's very heavy. One time it caused us to throw up, but now we just drink bottled water. First it was 30 dollars per case, but now it's 10 dollars. A lot of people complained when Congress came, so they had to lower the price.

44.    I can't sleep well here. Back at home, I like to sleep in darkness. It's not dark here. You can't put something up like a towel to block the light. Sometimes there are noises at night too from staff. We don't feel comfortable using the eye masks.

45.    It makes me feel hopeless to be here for so long, because now it'll take me and my whole family a long time to get back to normal because of how much money and education we have lost. We lost the apartment in LA. They are throwing out all of our stuff. Our cousins tried to save the most that they could before the landlord threw it all out.

46.    I can't talk to my friends because I don't know any of their phone numbers. It's pretty expensive to talk on the phone. If you don't have money here and you're about to be deported, you're screwed. You're probably starving from the food here and you can't tell anyone where you are going.

47.    We have received one visit from my uncle.

4

48.    Sometimes my parents have a tough time communicating with staff, because they don't speak a lot of English. They talk to me or my sister because we know English better than them.

49.    One time ICE told my dad to get lost. My dad was just trying to ask if there was an appeal in our file. The ICE officer lost his mind a bit at us.

50.    I have never heard of a case manager. We just go to the chapel to talk to ICE if we have to.

51.    We have been here when there have been lockdowns. Any time there is an outsider coming, everyone must be in their rooms. And, you have to be escorted to the dining hall or medical. It has happened maybe four times since I've been here.

52.    My dad used the grievance system one time for the doctor who threatened him.

53.    The religious guy in the chapel told us about the grievance system. Otherwise, we wouldn't have known. No one had previously told us how to do this. They just told us certain rules like you can't wash your blankets and you can't wear slippers outside.

54.    I used to go to the education room during the day. I went because my friends were going, but now I don't go. My mom's condition is getting worse, so I am just staying with her.

55.    I feel very bored here a lot. You can go to the library or the gym, but it's different when you don't have your freedom. The timing to go anywhere is all limited too.

56.    We can only use the tablets to access prayers from 8 a.m. to 8 p.m., but there is a prayer we are supposed to do at 4 a.m. We can't access the tablets at that time to pray. There isn't really a silent place to pray here. There is a time for Quran and the Bible in the Chapel, but that's it. There isn't a time for our religion.

57.    My sister has a lot of stomach pain. We think it's from the food, but we aren't sure what it is. They are just giving her Ibuprofen and Tylenol.

58.    My dad also needs a knee brace. He has asked for an MRI, but the staff said no.

59.    If I could change one thing here it would be to shut down the whole facility.

5

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 22 day of April 2026, at Dilley, TX .