# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, R█ R███████ M███, declare as follows:

1.     This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.     I am 40 years old.  I am from ████████.

3.     I speak Spanish.

4.     I have been detained at Dilley since March 24, 2026, about 30 days. I am here with my daughter ████, who is 11.

5.     Before I arrived at this facility, I was living in Texas with my daughter for about three years. I lived in Houston, then Dallas for eight months, then back to Houston. I was visiting in San Antonio when I was arrested.

6.     I was arrested in my car; the police noticed that my car was missing lights. All five people in the car were arrested, including my daughter and me; three have already been deported. Everyone in the car was handcuffed except my daughter, who was screaming and crying. My daughter and I spent the night in jail; after a day, my daughter and I were brought to Dilley.

7.     No one told me my daughter could stay with someone else.

8.     My daughter does not eat the food because she doesn't like it; she only eats the salad. I only eat the salad because the other food makes me sick.

9.     My daughter and I can't drink the water here because it makes us sick; our friends give us bottled water and we split a bottle between us.

10.    My daughter cries all the time and is sad and doesn't want to be here. She misses her friends from school and was doing very well there. Now that she's here, she doesn't like to leave the room or go outside.

11.    No one told me about my or my daughter's legal rights until RAICES attorneys met with me after I had been here more than two weeks. I only heard about *Flores* from other people here after they saw me crying and told me about it and the 20 days and gave me the RAICES phone number. I never saw a video or got a form about my rights.

1

12.     The RAICES lawyers told me that my daughter could be released without me, but we don't want to be separated.

13.     But I am afraid to go back to ████████ because I am afraid I will be killed. I have not had a credible fear interview.

14.     The beds are too hard and hurt our backs and necks. We wake up sore all over our bodies. I get a headache from the lights. My daughter sleeps on the top bunk and moves around a lot because she has trouble falling asleep because of the lights.

15.     The RAICES attorneys said they would come back, but I am not sure when I will see them.

16.     ICE told me I could get $2,600 if I sign a voluntary departure form.

17.     CoreCivic staff yell at my daughter whenever she doesn't stay near me.

18.     Whenever there are visitors here, they do not let my daughter and me leave our room.

19.     There is nothing more than coloring here for my daughter; she is not learning anything.

20.     Neither my daughter nor I have enough clothes and they are too big for us. When we ask for different clothes, staff are not nice to us and refuse to give us what we need.

21.     We can only get shampoo if we buy it. We only got soap when my friend left it for us; otherwise, we only get soap if I go around asking for it.

22.     When my daughter grows up, she would like to be a doctor.

2

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23 day of April 2026, at D.lley .

CERTIFICATE OF TRANSLATION

My name is KAITLYN VELAZQUEZ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 04 / 23 / 26 _____          _____Kaitlyn Velazquez_____