# EXHIBIT 10

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, O⬛ S⬛, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 16 years old. I am from ⬛.

3.      I speak English and ⬛.

4.      I was detained at Dilley for 323 days consecutively from June 3, 2025 to April 23, 2026.

5.      On April 23, my family and I were released from Dilley, but we were re-detained two days after that at our ICE check-in. We were almost deported, but luckily our lawyer was able to help us.

6.      I have now been out of Dilley for about three weeks.

7.      I was at Dilley for almost a year with my mom; my older sister ⬛, who is 18 years old; my younger sister ⬛, who is nine years old; and my twin siblings ⬛ and ⬛, who are five.

8.      I spoke to *Flores* Counsel in August of 2025, March of 2026, April of 2026, and May of 2026.

**Dilley ICE Detention Center**

9.      That place was mentally devastating for children.

10.     No one ever discussed my rights with me for more than 10 months. We weren't told any instructions or told anything about our case or rights. We had to find out everything on our own. Just one week before being released, we were given our CoreCivic handbook for the first time, more than 10 months after our arrival. And when we read it, we saw that it had clear lies. It was very different than the reality we were facing. When we brought up these differences to the officers and supervisors there, they said they weren't even aware of these things in their own handbook.

11.     The handbook said there was a hygiene kit, but we never got any of that. We asked them about conditioners and sunscreen, but we had to buy all these things from the commissary.

1

12.    There was all-purpose hand soap in the bathroom. It caused rashes for a lot of people. My mom couldn't use it, because it would cause redness. We were supposed to wash our hair and body with that.

13.    We were never shown any videos. No one spoke to us or helped us through anything. We were never even told there was a video.

14.    We never heard the word "*Flores*" except from our lawyer. ICE never mentioned the *Flores* agreement to us. However, when we found out about it and asked them about it, they said our case was different. Almost eight months into our detention, we asked them for humanitarian release based on the *Flores* agreement. They never responded to us.

15.    My mom and my younger sister were suffering from medical neglect for many months there. Almost four to five months ago, my mom started to have slight discoloration on her face. At that time, it was only a few spots. She brought up the issue to the CoreCivic medical staff several times. However, the doctor couldn't diagnose her and said he would refer her to a dermatologist. Since then, my mom asked both the ICE and CoreCivic supervisors to approve her medical appointment. She explained to them that the discoloration was spreading rapidly and that her sickness was getting worse. Until our release, she hadn't seen anyone, and no one ever followed up or cared about her issue.

16.    Further, she discovered a weird bump in her chest about three to four months ago. She was really worried about it and brought it up to the nurses and the doctor repeatedly. The nurses just gave her ibuprofen for her pain and ignored the issue. She went to them repeatedly, but every time they just gave her painkillers and didn't try to find out what was actually wrong with her. She explained to them multiple times that her family has a history of cancer, that her aunt has breast cancer, and that her grandma died from leukemia. She expressed how much stress it was causing her and how worried she was for her children. The doctor, after almost four or five visits, finally referred her to do a

CT scan to find out what was wrong with her. He said it wasn't guaranteed that ICE would approve it, but that he wrote it down.

17.    She waited for almost a month for that referral to be approved and told ICE about it several times, yet nothing happened. She waited for so long until one day her pain got so severe she went to medical just asking them for painkillers. Her pain was so severe that she needed to be transported to the ER. It was only then that she finally got her CT scan and the other tests she needed. The ER doctor determined that she needs to be seen by more specialists, do an ultrasound, and complete other tests.

18.    When she came back to Dilley, though, no one followed up with her until she went to them again telling them about her pain and asking about her referrals from the ER. Until our release, nothing had been done for her yet, and she had been in pain that whole time.

19.    In addition, my five-year-old sister had 13 cavities in her teeth. At first, they didn't cause her pain, and the facility didn't have dental services. In November, the facility's dentist saw her and determined that she had 13 cavities. But since that time, he did nothing to stop these cavities from worsening or to treat them.

20.    Her pain got significantly worse over time, and by February, she would cry and scream for several hours if she wasn't on painkillers. So, she was kept on painkillers for two months straight. A five-year-old couldn't live without painkillers for two months, and instead of actually treating her and stopping the cavities, they just gave her more painkillers.

21.    The food at Dilley is one of the biggest issues for all the residents. Many times, people would stop eating for several days after finding mold or even worms in their food. I saw a real worm in the food before. My older sister once found a human fingernail in her food.

22.    The food was very greasy and very repetitive. I was eating the same things for the last 10 months. My younger sibling would sometimes skip all the meals in the day and eat nothing but the noodles that we would buy from the commissary. Even the

3

commissary didn't provide any healthy or good options. Everyone just ate noodles almost every day.

23.    Children had to watch as the officers and staff ate pizza, donuts, and outside food that the kids cried when they saw, but they didn't care and ate in front of them cruelly. They would eat candy and lollipops in the middle of the recreation area, knowing that all the kids would do anything to get what they have but can't.

24.    We were there for almost a year and were never asked about any food. Why wouldn't you ask the family that's been there the longest?

25.    The back of the cafeteria had a board that said they asked the residents what was our favorite food, and the answer would be something we had never been served before. Apparently, someone wrote "Thank you everything is great" to a question asking "How can we better serve you?" I have no clue who they were interviewing.

26.    The lights were so bright throughout the whole day. They were barely dimmed during the night, and at 8 a.m. an officer would come and turn on the lights right over your head even if you were sleeping.

27.    The officers had no consideration whatsoever and would report you or yell at you if you just tried to dim the lights throughout the day for a nap or if you were tired. It was very hard to sleep throughout the night when at any moment people could walk into your room and wake you up at any time. The eye masks were made of a bad and irritating material. They were kid-sized and didn't fit me or any adults.

28.    We were always paying for the phone. No one ever told us anything about free calls to our family or even to our attorney. Many people that didn't have money would go for weeks or even months without communicating with their families. It was one of the most taxing things for people there. Some people paid more than $500 just for phone calls to be able to stay in touch with their loved ones.

29.    We saw some numbers for lawyers posted at Dilley when we arrived, but no one explained what they were for or how we could reach them. Many of the numbers weren't up to date and didn't work. They never gave us any advice concerning the lawyers.

4

30.     I want to say a few things about the staff at Dilley. First, when my older sister turned 18 and was separated from us, my mom begged ICE to bring her back or to at least allow us daily visitation at the beginning. One of the ICE agents then threatened her and said, "If you keep arguing, we will ship your daughter to another facility that is 200 miles away and you will only get to have a call with her once every two weeks."

31.     We believe ██████ was separated from us to live in a different part of Dilley because she spoke to the media. Staff said it was because she turned 18, but she had been 18 for almost seven months at that point. It felt like retaliation for speaking to media.

32.     The separation of our family from ██████ was so heartbreaking and especially damaging for her.

33.     Second, there was one time an officer was yelling at my younger siblings for fighting over the PlayStation. My mom said, "You shouldn't yell at them like that." The officer said, "It's a privilege, not a right, and we'll take it away if we want to." The officer then said, "You have no rights here except a place to sleep, medical attention, and food."

34.     Third, many of the staff in the cafeteria were very racist towards me and my family. They would serve less food to the people who were not Latino, or they would refuse to give us more servings even though the rules said you could get more. Sometimes, they'd tell my younger brother you can't have more food but then they would give more food to another kid.

35.     Pregnant women received no different treatment at Dilley. There was a woman who was eight months pregnant who also had a child, and they wouldn't let her husband take the kid so she could rest. They received no different food or anything special.

36.     Babies, age three and under, don't get any special or different food. I've heard it's hard to get formula for them. Babies have a lot of needs, and if moms had more than one kid it was very difficult for them at Dilley.

37.     Even my mom with five kids, she'd have to take all three little kids to the bathroom at one time – otherwise she'd get in trouble.

5

38.    There are no teddy bears or toys for kids at Dilley. With my five-year-old siblings, I saw this firsthand. Because there were no toys, they were really sad. They knew they were supposed to have toys, and they would miss theirs at home so it's mentally damaging for them. They would try to make toys out of random things. They had this feeling of wanting something and never being able to have it through no fault of their own. It was bad for their development, and it would be healthier for them to have toys there – even if just as a distraction from Dilley. They didn't do anything wrong, and it felt like they were unfairly being punished at Dilley.

39.    The grievance system at Dilley did not work at all. We would just do it to get a record of something. We knew nothing would change. No one ever even told us about the grievance system. No one knows about it at Dilley; our family would tell other people.

40.    The psychiatrist we met with at Dilley was really nice, and my mom was crying about the lack of Halal food one time, and she said she should write a grievance. She said, "Make sure you don't tell anyone I told you this." This was after we had been there for two to three months already.

41.    They do absolutely nothing for grievances. There is a grievance coordinator there, her name is ████████████. She always would lie and say anything we said about the officers didn't have evidence. She just covers for the staff and facility. The grievance response would always say this is "unfounded." I think my mom submitted over 60 grievances, and only one was founded. The one that was founded was just because someone forgot to write a response to her grievance, but when they eventually wrote the response – it was still unfounded.

42.    No matter what we wrote, they'd say it was unfounded. My mom probably submitted 20 grievances about her health. The response was always unfounded, and staff would say they couldn't let her know about a referral for "security reasons." Even when my mom would say her sickness was getting worse, that's all the response would say.

43.    Everyone struggled to send anything via email, even to their lawyers. Gmail was blocked for several months up until our release, and you were unable to make Proton

6

emails without verifying through Gmail. The proton email storage is very limited, and for people who have been there for a long time, it's hard to send and receive things with such a small storage space. I asked why they blocked Gmail, and they said that's just policy. I think this was because everyone was trying to talk to reporters. Until the day I left, there was still no Gmail access.

44.    I went to both the old and new version of school at Dilley. The new way wasn't really improved. If you wanted to learn on your own, you could, but you just sat there on the computer doing Khan Academy. It wasn't a school. There was no teacher assigned to talk to you or anything.

45.    I lost a year of school, so I am a year behind my friends now. I am trying to catch up through multiple sessions of summer school. I'm going to have to do summer school plus eight classes in one semester next year instead of the usual four or five to catch up. Even if I do all that, it still may not be possible to catch up.

46.    Access to clothes and shoes was determined by staff. Whoever we were with at first did not give us access to new clothes, but then our second officer was better. The first officer said we were only allowed one shirt, one pair of pants, one pair of pajamas, and a sweater. Because of this, we were washing our clothes every day. If my five-year-old siblings spilled something, that was it for the day because you couldn't wear your pajamas outside the bedrooms. If you asked for more clothes, you had to show staff it was ripped. That treatment lasted our first six months there.

47.    You could only have one pair of shoes. For me, I'm a size 12, so if my shoes broke or something it would take almost a week to get a new pair. There was a whole week I had to walk around in slides. When we changed units and officers, it was a bit better.

48.    I was mostly really bored the whole time I was there. Weirdly, it was more fun when there were more people my age there, but of course I don't want people to be detained there. There was mostly just Uno cards, and everyone had to share those.

49.    It was extremely hot there so we wouldn't go outside until 6 p.m. or so. The TVs were mostly in Spanish, and we don't speak Spanish. It was definitely just really boring.

50.    My little siblings were not able to develop properly at Dilley. It's so important to grow and go to school and socialize. When we got home, my five-year-old sister didn't remember herself before Dilley. She kept asking us, "What did I like to do before? What did I like to eat?" That was really concerning to me.

51.    I felt inferior at Dilley and without freedom. I am damaged mentally and physically from my time at Dilley.

52.    The day we got released, they didn't let my lawyer into the facility to see my family. They said he was outside, but they didn't let him in. He had a legal meeting scheduled with us in-person at 1 p.m. At the same time, we got called to intake and were told ICE needs us there.

53.    We were told only to go to intake. They didn't tell us anything else. We waited for ICE for almost 45 minutes at intake. We kept asking to see our lawyer, but they never said anything and just said they had to bring us to intake.

54.    We were at intake for so long until my mom got very frustrated and said she needed to go to the bathroom and grab some stuff from her bedroom. They let her and then she called our lawyer from the bedroom. That's how we found out we were getting released. I don't understand why no one could just tell us.

55.    It's crazy they couldn't just tell us the truth. We were confused for almost three hours. ICE never came to intake even though we were waiting for them, and eventually we were released.

56.    We stayed the night at a hotel in San Antonio. We woke up early the next day and drove all the way home to Colorado. ICE wanted us to have a check-in that day, but we couldn't because we had to drive home. Eventually they said to just come to the check-in the following day, Saturday. We got home at 3:30 a.m., and the appointment was at 9 a.m. The appointment is 1.5 hours from our home, so we had to get up around 6 or 7 a.m. in order to get ready and drive to the appointment. They wouldn't change the time.

57.    My three younger siblings slept a little, but not me, my mom, or ███████.

58. We met one of our lawyers outside the check-in area, and she told us we were going to be okay. An ICE officer told her they were going to keep the check-in very short, and that we'd be in and out. That was a lie.

59. They took my mom and ████'s ankle monitors off, and we thought that was a good sign.

60. After that, an officer said, "You have a final order of removal, and we are going to put you guys on a plane back to your country."

61. I asked to call our lawyer who was right outside and was told I don't have that right since I had a final order of removal.

62. An officer threatened ████, saying to her our family would be separated and that handcuffs would be used on her and my mom if we didn't comply.

63. After that, we stopped fighting.

64. We never got to call our lawyer. We got pushed into a van and it had bars on it. It was like a police car with tinted windows to separate criminals from agents. There was only one baby chair originally. They brought another one, but it was not tied to the back of the car to keep it in place, so one of my younger siblings was not safely buckled in.

65. It was really unsafe, and they were driving really fast.

66. My mom kept asking for a phone call to our lawyer, and we were still denied it. The officer then proceeded to ignore my mom.

67. My three little siblings were crying and very confused. The car ride was very difficult for them, because it felt like a real jail setting.

68. I had a bad stomachache and was feeling really nauseous. I said we had to stop somewhere because I had to throw up. The agent told me to throw up on the floor. I started crying at that point. It was really stressful. My stomach really hurt, and I didn't want to throw up on my family.

69. We didn't go to a commercial airport; we arrived to a private tarmac. There were maybe 20 agents waiting for us, and they all had guns.

9

70.    Finally, we got a phone call right before we got on the plane. We saw eight other people who were private security contractors. These people were the ones on the plane with us. I don't know who they work for, but they weren't ICE officers.

71.    A nurse came to talk with us. My mom said her heart hurt, her blood pressure was very high, and she didn't feel safe to fly. The nurse checked her and said she was good to go.

72.    We flew from Colorado to Michigan. We got some crackers and water on the flight, but that was it until nighttime.

73.    My mom's chest hurt very badly. She repeatedly told the nurse on the flight she had a heart issue and was having really bad pain. The nurse said she couln't give her anything besides ibuprofen. The nurse finally told my mom she'd taken as much ibuprofen as a person can take in a single day.

74.    The plane ride was very hard for ▮▮, my nine-year-old sister. She was so scared and confused. She had plans to return to school and then all of a sudden her plans and dreams went away and she was devastated.

75.    That whole time, we didn't know where we were going or what was happening.

76.    At some point, we landed in Michigan. We were told we'd go from there to New Jersey. In the air to New Jersey, the plane turned around. No one told us why, though. We were forced to keep our seatbelts on during the whole flight. Security told us that even though they were not wearing their seatbelts. My mom was in a lot of pain. She was having issues breathing, and it helped her to undo her seatbelt. A security guard who was very rude pushed my mom into her chair when she tried to undo her seatbelt to breathe better, belted her in, and put her hands on the clasp so my mom couldn't take it off.

77.    We landed back in Michigan and waited there for three hours. Around 8 p.m. EST we got cold pizza. This was the first piece of real food we had eaten all day. As we were eating, we took off. We still weren't told where we were going. One of the security guards took pity on us and finally told us we were going back to Denver, but he wasn't supposed to.

78. The flight was about four hours long.

79. We got off the plane in Denver and were greeted by two ICE agents who took us in the same van we came in just to retraumatize us. They took us back to the same office. At this point, it was very late at night.

80. After signing a bunch of papers, we still had to drive 1.5 hours home.

81. The best way I can describe that day is that somehow it was worse than all the months we spent at Dilley combined. For those 10 months we always had some sense of hope and knew our lawyer was trying to help us. This was an immediate threat, and it was so scary. It was our biggest fear coming true.

82. Our high spirits right after getting released from Dilley just made the re-detention that much worse.

83. My mom was in pain for days after that.

84. I lost a year of my life at Dilley. I lost a year of memories, of progress, of everything. I was finally able to see some of my friends recently after being released. They're all talking about prom and driving cars, and I'm thinking about whether or not I can stay in the U.S.

85. Being at Dilley distances kids from the real world and takes away all the normalcy from everything. After you get released, the effects are still there. Nothing is normal anymore because you live in fear of going back to that place.

86. Getting back into a normal routine has been a bit rough, especially after the re-detention of my family. It's kind of hard to know what normalcy really is. We were there for so long that nothing really feels normal. I can't describe it.

Docusign Envelope ID: 28A06E5C-63D5-8D9A-803B-E0CBF136A4FB

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on

5/16/2026

Signature

12