# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, A███ L███ G███, declare as follows:

1.    This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.    I am from ███████.

3.    I have been detained at Dilley for 77 days with my husband and my four-year-old daughter, ███.

**Dilley ICE Detention Center**

4.    My daughter suffers at night because she has to sleep in a separate area from her dad. She cries every night when she has to leave him. I have to pick her up to get her to come to our bedroom. She does not understand why her dad cannot stay with her and asks me over and over why dad is not with us. Then she cries herself to sleep and wakes up crying and scared throughout the night. She is so depressed.

5.    We have never gotten the opportunity for my daughter spend a night with my husband. Since we got here, the staff have told us that children have to spend the night with their mom unless there is an emergency where the mom goes to the hospital. Even if a child says they want to spend one night with their dad, the officers would not allow any child to do so.

6.    It is also hard for ███ to sleep because the lights stay on all night. We are not allowed to cover our heads with towels to block it out, and when we try to the guards bang the doors open with their radios on loud and wake everyone up. They come in and out of the room a lot and it always wakes her up.

7.    We also wake up with back pain here, because the mattresses are so thin. My daughter sleeps on top of me trying to be more comfortable.

8.    Sometimes ███ doesn't want to play or do anything but lie down on top of me because she is so sad. The few times that I left her with my husband so that I could have a bit of time alone, the officials asked where I was immediately. So, I generally cannot have a moment to myself, even if my head hurts.

1

9.      My whole head is inflamed. It feels like there is water in my ears, and they feel bad. I have pain that goes up my neck and into my teeth. I do not know what is causing it. But no matter what type of pain or sickness we have, whenever we go to medical, they give us ibuprofen. I wish there was some way to get a real diagnosis. My mom is a health director, and I know that it's not good to just take high doses of ibuprofen all the time.

10.     My daughter has lost her appetite over the months we have spent here. We are always trying to motivate her to eat, but each meal is harder than the last. It has gotten worse over time. At first, she would eat some food, but as the days go on, there are more and more things she will not eat. Mealtime has become a struggle because she cries a lot and does not want to eat.

11.     Her anxiety has led her to start biting her nails non-stop, too.

12.     We try to take her to school to try to get her to have some interaction with other children. Starting last week, they started having some more school hours. The class she goes to is for children who are ages 4 to 7, and it makes our 4-year-old feel frustrated because she does not understand the things that the older kids do.

13.     She has had many stomachaches, too, while here and is constantly getting spots all over her face. We do not know what it is. They gave her a small baby shampoo when we first got here, but it is so small that it ran out, so we have had to buy shampoo since then. Even still, we all have dry and peeling skin from the water in the showers and the soap.

14.     There are some days when my husband's stomach hurts, and he finds the pain feels worse when he drinks the tap water. We try to save up to buy water bottles, because the tap water gives our daughter diarrhea. The guards say the water is fine, but they will not drink it. It tastes so bad. So, while everyone uses the sink water for washing our hands, anyone who can buy water does so that they will not feel sick. One trick I use is taking ice and letting it melt. That melted ice water does not make me feel as sick, but it means I must wait for it to melt.

15.     This week, a congressperson came, and we all felt hopeful that he would be able to help with what is happening here.

16.     Still, no one has explained to us why we are still here. All of the families who have been here for a long time talk with each other, and we do not know what about our cases is keeping us detained. When I talk to ICE officers, they say we have to wait for our next court date, but mine isn't scheduled yet, so we have no idea how long we have to wait.

17.     After the last court date, an ICE officer told me I would have to be here 21 more days, even though I had been here for a long time. When I asked why, she said "I do not know why, it says it in the system." I tried to ask more questions, but she said there were other people waiting and that I had to go.

18.     I feel so frustrated that I cannot do anything to get my daughter out of here. At times, I have gone to ask ICE officials for more information, but they just say I need to wait. They do not take what is happening to our daughter's mental health seriously. The staff say that there are some people who have been here longer and we just need to wait.

19.     There are some people who have spoken to reporters, but doing that makes me scared because I think ICE might retaliate against us and keep us longer.

20.     We still do not have access to Gmail here to contact our lawyers. Yesterday, someone new to Dilley asked the library how to email his lawyers, and the people in the library said he could not use Gmail and would have to use Proton. But people have to pay for Proton, so we cannot really use it.

21.     For the past month, some of us have been praying at night and singing hymns. There was one person who led us in prayer and the mariachi brothers helped make the music. The person who led us left so now we are in charge of leading the songs. But we need to learn the songs, so we tried to look up some hymns in the library on the computer, but they were all blocked. When we asked the staff in the library for access to lyrics for hymns, they said that looking up that information was not allowed.

22.     The facility also took away our access ChatGPT after they noticed people printing information about how to ask for information and make grievances. The staff are just trying to stop us from having access to tools to advocate for ourselves.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this __16__ day of __March__ 2026, at __Dilley__.

## CERTIFICATE OF TRANSLATION

My name is _Eleanor Roberts_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 3/11/2026                    _Ellen RM_