# EXHIBIT 13

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, E███ C███ M██████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 38 years old.  I am from ████████.

3.      I speak Spanish.

4.      I have been detained at Dilley for 91 days with my son, ████████, who is 13 years old.

5.      I came to the U.S. with my son in 2014.  We have lived in Florida for 12 years.  I also have a 9-year-old son and a 5-year-old daughter.  They are both U.S. citizens.

6.      I have been going to ICE check-ins every year since 2015.  About a week before my most recent ICE check-in, I got a text from ICE saying that I needed to bring ████████ to my next check-in and they would give me an excuse for his school absence.  I was scared because I thought that meant we might get detained.

7.      I went to the ICE check-in on January 22, 2026.  At first, I was speaking to an ICE officer who I usually meet with and answering her regular questions.  Then two ICE officers came in and said that we were being arrested.  They told us that we would not be getting handcuffed because we were a good family with no problems.  They said they would take us to a place in Miami first and then to a family detention center where we could be together.  The ICE agents did not tell us that ████████ had the option of staying with his stepfather and siblings in Miami.

8.      They took us to a border patrol station and we stayed in a room for a couple hours.  They took my fingerprints and ran DNA tests on both of us.  Once I got to Dilley, I later met a pregnant woman who had also been arrested at her ICE check-in in Miami.  She said she'd been detained at this same station for a few days in a cold cell with her small children while waiting for transportation to Dilley.  They slept on the floor with mats and aluminum blankets.  Hearing her story made me feel grateful that we were only there for a short time.

1

9.      After that, two people picked us up from the office and took us to the airport to come to Texas.  They explained to us that my son and I would not be separated and they showed us a video about who they were and what was going to happen.  We then took two planes to get to San Antonio.  When we arrived in San Antonio, they said we would be spending the night at a hotel.  We got to the hotel a little after 11 p.m.  About two hours later, two other people came to our room and replaced the people who had traveled with us.  The next day, we stayed in that room until about 3 p.m.  I asked if my son and I could go outside for fresh air because I get anxiety inside a small room for long periods, but they said unfortunately we could not.  Then around 2 p.m., two different people came to the hotel to transport us to Dilley.

10.     During this time, _____ would ask questions and be very pensive.  He said the only way he would cry is if he saw me cry, so I was trying to be as strong as possible.  I was so worried that we would be sent to _____ and that I would not be able to be with my other children.  I was allowed to make one call to my partner when I was getting fingerprinted, but at that point I didn't know what was going to happen.  He was very worried during this time because he did not know where we were.  I was not allowed to call him and my children again until we were at Dilley.

11.     My partner shared that when he showed up at school to pick up our children that day instead of me, my nine-year-old started crying and said "Where is mom? Did she get arrested?"  I am so worried about my children.  We are so close.  They would even sleep with me.

12.     When I got to Dilley I was absolutely devastated.  I had a horrible headache and even vomited from the stress of the apprehension and being separated from my younger children.

13.     At the intake, they gave us clothes and allowed us to shower.  They also X-rayed both me and my son.  I'm not sure why.

14. During the orientation, I remember that they spoke to us about getting money for voluntary departure. I don't recall anyone mentioning anything about *Flores* or *Flores* rights.

15. They assigned us to a room with other mothers and their sons. We have been moved three times to different rooms. We started off in the red area and now we are in the yellow area.

16. It is very hard to sleep with the lights on all night. It's harder for my son because he has to sleep on the top bunk. The officers will not let parents sleep on the top bunk so I am not able to switch places with him. There is a small difference in the light when some are turned off, but it is still too bright and doesn't help. They offer eye masks but they are so tight and uncomfortable. They would leave marks on my son's face and he didn't want to wear them. My son also complains a lot about having back pain from the bunk beds.

17. My son has gotten so bored with the food and he will only eat limited number of things. The mealtimes are also challenging because breakfast and dinner are served so early. I need to buy snacks at the commissary because he is hungry in the evenings. We can only go to the commissary once a week so I have to plan ahead with buying food and water. The only fruit they give us is from cans. When my son sees some people with special diets getting fresh grapes, he really craves them. I told him that once we get out of here, he can have all the grapes he wants.

18. Since the beginning, I have always bought bottled water for my son. I used to let the ice melt that they give us and drink that water. The tap water always tasted weird and made me feel a weird sensation when I would drink it, but I couldn't afford to buy it for both of us because it used to cost $30 for a 24-pack. Then one day, I saw a bunch of white particles in the bottom of the cup of water from the melted ice – and I did not feel comfortable drinking the tap anymore.

19. They recently reduced the price of water to $9 and now I have the "luxury" of drinking clean water, too. At a community meeting about a month ago, a mother stated

3

that it was very unkind not to give children water. The following week, they had lowered the price of the water. I do not know if it was connected. At the community meeting about a week ago, a different mother raised how hard it was for children not to get fresh fruit when they are seeing other people eat it who have special diets.

20. They gave us some hygiene products when we first got here – a toothbrush that broke after the first use, a small tube of transparent toothpaste, a tiny lotion, a deodorant that was not adequate. They did not give us shampoo or soap – they just expect us to use the hand soap in the showers. We buy shampoo, soap, toothpaste, toothbrushes, and deodorant at the commissary. We ask to be able to buy wipes to use, but they do not sell them.

21. My son talks to his stepfather and siblings every day. When we got here, we were given $5 each for a call, but after that children have to pay for calls to family members. We end up spending $26-30 every two days on phone calls to my children in Miami.

22. I feel being here at Dilley is a like a trial and God is testing me. I try to focus on that there must be a purpose to what I am going through. I can see all the bad things that are happening, but I am grateful that my children are alive. At this point I am so tired, and I feel like I will just have to do whatever they decide. But I am worried about my son. He believes that he will go back to Miami, and that is what has been keeping him going. I know there's a real possibility that we won't be able to go back and I am scared of having that conversation with him.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23rd day of April 2026, at Dilley, Texas

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _4/23/2026_                    _Diana Cano_