# EXHIBIT 14

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, W████ L█, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 34 years old.  I am from ████.

3.      I speak ████████.

4.      I have been detained at Dilley for two months. I am here with my seven-year-old daughter and my husband.

5.      When we arrived to the United States, we were taken to CBP. We had to be in CBP for eight days. It was very crowded, there were a lot of people and they were always coming in and out. There were probably about 20 people in one cell with me and my daughter with everyone sleeping on the ground.

6.      In CBP the only thing we had to eat was burritos every day. My daughter was the only child there and we were separated from my husband. It was very cold and they only gave us t-shirts. I asked for a blanket for my daughter, but they denied me. When one of the other detainees left, I was able to use the blanket they had.

**Dilley ICE Detention Center**

7.      Here at Dilley my daughter and I sleep in one area but my husband has to be in another part of the facility. From 8 a.m. to 8 p.m. every day we are allowed to all be together but at night my husband has to go to a different part of the facility. It would be ideal if we could be together all the time, as a family unit, but that's what the rules are here and we can't change them.

8.      We have not been told why we have been here so long. The officers here have told us that it is the new agenda in the United States that they don't want immigrants. They threatened us to try and pressure us to agree to leave and told us we would be separated from our daughter and jailed. But we said we do not want to leave the United States and they have not threatened us again.

9.      No one has explained to us what our rights are here at Dilley or what rights our daughter has here. We were not shown any video about our daughter's rights here.

10.     My biggest concern for my daughter here is that there is no school. They say they have school, but it's not real school. Our daughter went for one day and the teacher told her that if she can't speak English, she shouldn't speak at all. They gave her one book in ▮▮▮▮, but she can't read yet and no one is able to help her. I asked her to go back and try again but she cried and said she is scared.

11.     When we were first here my daughter would get sick every two weeks or so. Now that there are fewer people here, she is not getting sick as often. They don't give her any vitamins here. We went to the medical building the first two times my daughter was sick, but it was useless. They only give out Tylenol or ibuprofen so it's not useful to go.

12.     Our daughter really doesn't like the food here. It doesn't taste good. The green beans here are especially gross and they have caused my daughter to throw up and have diarrhea. The cauliflower once had bugs in it and now everyone here is afraid to eat that and won't accept it. The food is unhygienic here. Especially when we first arrived our stomachs hurt all the time after eating. Our daughter really only eats toast while here and she hasn't been growing or gaining weight. We buy a lot of ramen at the commissary so that there is enough food our daughter will eat.

13.     There is an area near where we sleep where we can get snacks during the day and they often have apples but they are sometimes bruised and I've seen worms in them. Two different times, I've seen milk in the snack area that is spoiled.

14.     It's hard for our daughter to sleep here because the lights are always on. She can't sleep for long periods of time because the lights are on and people are coming in and out of the room to inspect. It's as though she's always only half asleep. They gave us an eye mask, but our daughter doesn't like to wear it because it's really uncomfortable. And even with the eye mask, there are still people coming in and out of the room at different times.

15.     We have access to phones here but it's too expensive for us to make phone calls. It costs too much money for us to be able to actually use the phones.

2

16.     It's been difficult for us to communicate with the staff because we don't speak English. If something really important is happening, they'll find an interpreter but it's not something that is usually available. The people who speak Spanish are treated much better here.

17.     Our daughter has been bullied here, and the staff don't do enough to intervene or help.

18.     The living area doesn't always feel clean. For example, I don't think they clean the water filters and the laundry machines are often very dirty. Also, the toilets here are too tall for kids and it's hard for our daughter to get on and off the toilet by herself.

19.     It's very difficult to get different clothes and switch clothing sizes. Our daughter wasn't given the right size of clothing at first and we had to fill out a form and then wait a week to get clothes that fit her. Shoes are the hardest part. The shoes break every couple of weeks and when it rains they fall apart. If you need new shoes or need to change the size of shoes it takes a very long time.

20.     There is not a lot for our daughter to do here. She watches TV. She has used the recreation space but she's pretty bored here. There are only three places she goes – the playground, the library, and the gym. Also, there are only ten books in ████ in the entire library.

21.     There is no privacy here, there is no space here where we can be on our own. There are twelve people in the room my daughter and I sleep in so there is no privacy there. Then during the day, there are always people watching you. The officers are always watching us.

22.     I don't think my daughter is growing here – emotionally or physically. It feels like this place has diminished her. I'm very worried about her social development because while we have been here. I really want her to go to a normal school where she can make friends and develop.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 12th day of March 2026, at Dilley, Texas.

CERTIFICATE OF INTERPRETATION

My name is Theresa Cheng and I swear that I am fluent in both the English and ▉▉▉▉ languages and I interpreted the foregoing declaration from English to ▉▉▉▉ on March 12, 2026, to the declarant to the best of my abilities.

Dated: _March 12, 2026_____          *Theresa Cheng*  _____