# EXHIBIT 15

## REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]

I, J████ A█████ I████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 16 years old.  I am from ████████.

3.      I speak English and Spanish.

4.      We have been detained at Dilley for about 50 days.  I am here with my mom and my 12-year-old brother.

5.      I have been living in Texas for 8 years.  I am a sophomore in high school and my brother is in 6th grade.  My favorite classes in school are Biology, AP Spanish, and Business.  In my Business class, we were learning about entrepreneurship, and I was excited about what we were going to learn in that class in 11th grade.  My brother likes reading and soccer.

6.      About two months ago, my family was sleeping at our home in Austin and suddenly I heard a really loud noise at our front door.  It was a Monday morning at about 5 a.m. and I was half awake because it was almost time to get up for school.  I heard a loud pounding on the door and then police were yelling.  Then they made another very big sound and I heard a lot of police come charging inside.  I don't remember how many, but it was terrifying.  They came into my little brother's room and my room.  They pointed a gun at my little brother; threw him against a wall; grabbed him by the hair; and then put handcuffs on him.  They did the same thing with me.  They also put handcuffs and shackles on both my parents' hands and feet.

7.      Next they separated me and my mom from my dad and my brother.  They took us in separate cars, and it was really scary because no one told us where we were going or what would happen next.  They brought my mom and I to a detention center in Pflugerville.  I was relieved when my dad and brother showed up there about 20 minutes later.

8.      At the detention center, they separated my brother, my mom and I from my Dad.  Around 1 p.m., they told my brother, mom and me that we were going to a family

1

detention center. They didn't tell us why our Dad wasn't going with us or where he was going. I asked if I could give my Dad a hug goodbye, and they said no. I kept asking and asking – but they wouldn't let me. That was the last time I saw him. Apparently, they brought my Dad to Dilley at some point but we never saw him and we don't know how long he was here. He was later brought to another facility, but I am not sure where it is.

9.      It is hard to be here – especially the food. I don't go to breakfast because it is too early and it's just the same thing every day. It's also hard because they serve dinner very early. We have to buy food at the commissary because we're hungry by 8 p.m. My mom especially has a rough time because she's not getting the medicine she needs for her food allergies and that causes a rash.

10.      We are tired of not having fresh fruit here. All we get is a couple kinds of canned fruit. It is frustrating because I know they have fresh fruit, but you can only get it if you have a special diet. There was a meeting recently with the guards, and we all asked for fresh fruit, but the guards said it was just for people with special diets. I don't understand that.

11.      When I first came to Dilley, I drank the water and it made my stomach hurt right away. I didn't want to drink it after that. I would either melt the ice or drink bottled water. We now mainly drink the bottled water because they recently dropped the price.

12.      They do not give kids enough clothes. They just give you three t-shirts and three pants or shorts. So – if you want a pair of pants, you can only have two pairs of shorts. My mom and I are washing clothes every other day because we don't have enough clothes otherwise.

13.      It is hard to sleep with the lights kept on all night. They will turn off some lights, but the others are always on. Even after two months, I'm not used to it and it is still really hard to sleep. I tried to wear the eye mask, but it was too tight and I couldn't sleep

14.      When we first got here, they gave us lotion, toothpaste, deodorant, and a tooth brush. The toothpaste didn't work; the toothbrush fell apart quickly; and the deodorant was strange and also didn't work. The hygiene kit doesn't include soap or shampoo.

2

They said we should use the hand wash in the shower, but my mom used it and it caused little spots on her arms.  Now we buy soap, shampoo, toothpaste, deodorant, and toothbrushes from the commissary, in addition to food to water.

15.    They tell us we can't drink apple juice outside our room or the cafeteria.  They say it's because of bees, but we see the staff here eating lots of foods and drinking Starbucks outside and just throwing it in the garbage.

16.    When I first got here, I went to the classroom but no one was teaching us.  They would just give you a reading and staff would give the answers.  For math, they would just give worksheets.  Now they have Khan Academy on some of the computers in the classroom, and that is better but it is not like high school in the U.S. where we have teachers who are teaching us while we take notes.  It's not the same at all.

17.    When we got here, they gave us an orientation about the rules and layout here.  They didn't tell us about our rights.  We learned about *Flores* from other residents.

18.    The first days we were here, I was getting nightmares about the police coming to our house.  I was crying a lot from all the trauma we experienced.  I would try to go to the gym or go outside to distract myself.  Sometimes I would color different characters and that would also help me calm down.  I am not having nightmares as often, but I still feel traumatized.  If there's a loud sound, I get startled and scared easily.

19.    It feels really unfair to be here when we did nothing wrong.  I am hoping we can go home soon and stay in the United States.  I want to finish high school, go to a university, and start my career.

3

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23rd day of April 2026 , at Dilley, Texas