# EXHIBIT 16

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, Y█ G█████-P█████, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 33 years old.  My daughter is 15 months old, and my son is 12 years old.  My son and I are from ██████, and my daughter was born in ██████.

3.    I speak Spanish.

4.    We have been detained at Dilley since March 31, 2026.  We were previously here for 27 days in July after we first came to the United States.  ICE released us in August without any explanation.  We were put on a bus and driven to a shelter in Laredo.  We then went to live with a sponsor.

5.    My twelve-year-old son was able to start school right at the beginning of the school year in August.  Things were going okay and we were adapting.

6.    My husband and I were both given ankle monitors when we were released from Dilley.  We went to ICE check-ins in September, December, and then every month after that.

7.    My husband was deported in February from his ICE check-in.  Once my husband was deported, I was worried this would happen to me and the kids, too.

8.    Then at my March ICE check-in, I was told that I would be fingerprinted, processed, and taken back to Dilley.  They said that I was going back because I hadn't passed my credible fear interview.  I told them that that was the case when I was released and the government already knew that.  They said we would need to be re-processed at Dilley.

9.    Dilley is just the same as before except that this time I have generally not had problems with making sure my daughter has clothes, diapers and bottled water for her formula.  One time, a guard refused to let me have bottled water for her formula and said I would need to use the tap water.  I reported her – and the next day the supervisor put a piece of paper on the wall in our room saying we were entitled to six bottles of water per day for the baby.  Things have been okay since then.

1

10.    I think that guard just doesn't like me because there always seems to be an issue with her.  Another time, the same guard would not let me put our stroller inside even though my baby is allergic to cats and the cats were getting inside the stroller at night causing my daughter to have bad allergic reactions.  I went to medical to explain what was going on.  I don't know who they talked to but after that they ensured I had permission to bring the stroller in every night.

11.    At first I wanted to fight to stay here, but at this point I am just resigned that we will be sent to ███████.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23ʳᵈ day of April 2026, at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _4/23/2026_