# EXHIBIT 17

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 22, 2026 [DKT. 1782]**

I, O███ B███, declare as follows:

1.     This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.     I am 23 years old.  I am from █████.

3.     I speak French and ██████, my mother language.

4.     I have been detained at Dilley since April 14, 2026, for about a week. I am here with my daughter ██████, 4 years old.

5.     I was arrested at the border with my daughter. The border guards spoke English to me. They searched me and cut my shoelaces and my daughter's shoelaces. The next place they took us was full of military officers.

6.     Then they took us to another place with a lot of immigrants. We stayed there one night. Then they took us and another family here to Dilley.

7.     No one has told me how long we will be at Dilley.

8.     No one has told us anything about our rights here at Dilley.

9.     We never saw a video and no one has told us about *Flores*. This is the first time I am hearing about *Flores*.

10.    No one has discussed my daughter's right to be released, and I don't want us to be separated.

11.    ICE gave me the phone numbers of lawyers I could contact and also asked if I am afraid to return to my country – a credible fear interview. There was an interpreter on the telephone.

12.    I have not contacted lawyers because I thought I have to pay. This is the first time I am hearing I don't have to pay for calling lawyers.

13.    I can't understand anything here – no one has explained anything to me in French. There does not seem to be anyone here besides me who speaks French. My daughter speaks only ██████.

14.    I have not had a translator or interpreter since we arrived here.

1

15.    The food here and the food we normally eat are very different. We eat only chicken, French fries, and rice here. We cannot eat anything else, although we have tried. There are also apples, cookies, and milk that we can eat. Sometimes there are grapes or oranges, but not every day.

16.    My daughter and I drink only bottled water, but I don't have any money so one of the women who lives here gives it to me.

17.    We have received only one very small bottle of shampoo since arriving here. We have not gotten any soap. We only have the liquid soap in the bathrooms. My daughter's skin is getting dry and flaky and so is mine.

18.    The phone in my room does not work, even though it worked when we first arrived.

19.    ICE told me I have an appointment to see a judge on May 4, but I don't understand what will happen. I will need an interpreter.

20.    We have only one pair of shoes each, and I have only one sweater.

21.    I am depressed because there is no one to talk with. People do not speak French, only English and Spanish. The stress is so bad I can't sleep. I wonder how things will go in court and I worry about that a lot.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 23 day of April 2026, at Dilley .

CERTIFICATE OF TRANSLATION

My name is _Daniele Gira_ and I swear that I am fluent in both the English and ~~Spanish~~ French languages and I translated the foregoing declaration from English to ~~Spanish~~ French to the best of my abilities.

Dated: _04/23/2026_                    _____