BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW ENSIGN
Deputy Assistant Attorney General
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
Joshua.C.McCroskey@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. CV 85-4544-DMG-AGR<br><br>**JOINT STATUS REPORT PURSUANT TO THE COURT'S ORDER OF JUNE 1, 2026 [ECF NO. 1789]**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

In accordance with the Court's June 1, 2026 Order, the parties provide the Court with this update regarding mediation.

As previously reported, joint mediation discussions, with the assistance of Andrea Ordin and Dr. Paul Wise, took place on January 23, 2026, February 4, 2026, and March 2, 2026, in accordance with the Court's Order of December 15, 2025.  ECF No. 1714 at 1. The parties also met briefly on March 10, 2026, and April 27, 2026.  The parties have not met since April 27, but both sides have continued to have private meetings with Ms. Ordin and Dr. Wise.

Mediation has focused on Plaintiffs' concerns with conditions at the South Texas Family Residential Center ("Dilley"), including children's time in custody, medical care, nutrition, access to hygiene products, sleeping conditions and Plaintiffs' notice of their *Flores* rights.

Both sides acknowledge that since mediation started in January, the number of class members at Dilley and the average time in custody have decreased; educational services offered to younger children have been enhanced; older children have been provided some access to educational activities on computers; and there have been some improvements with respect to the menu and hygiene products.  Plaintiffs' position is that the improvements to the menu and hygiene products have been insufficient.  In addition, Defendants have allowed Dr. Paul Wise to conduct site visits at Dilley on March 5, 2026, March 24, 2026, and April 23-24, 2026 and received his recommendations and feedback. Defendants have continued to have discussions with Dr. Wise, and Defendants believe that the discussions have been productive.

With respect to the notice of *Flores* rights, Plaintiffs provided Defendants a proposed written notice of *Flores* rights on April 15, 2026.  Defendants have not yet responded to Plaintiffs' proposal or offered a counterproposal.  As a result, Plaintiffs see no reason to think progress will be made on this issue.  Defendants' position is that they are still considering Plaintiffs' proposal and their own position or alternate proposal.

1

Defendants assert that their consideration has taken time because of the weighty issues and numerous agency components involved.

As set forth in the parties' recent reports to the Court and during the June 1, 2026 status conference, Plaintiffs' position is that the conditions at Dilley continue to violate the FSA, and Defendants' position is that they do not.  At this time, Plaintiffs believe that the parties' mediation efforts are at an impasse due to Defendants' current position on some issues and the lengthy delay in response time on other urgent issues.  Defendants are amenable to continuing mediation on the notice-of-rights and medical issues.

Dated: June 5, 2026          //s// *Leecia Welch*_____
                             Leecia Welch
                             lwelch@childrensrights.org
                             2021 Fillmore Street
                             San Francisco, CA 94115

                             NATIONAL CENTER FOR YOUTH LAW
                             Mishan Wroe
                             Diane de Gramont
                             Rebecca Wolozin

                             CHILDREN'S RIGHTS
                             Eleanor Roberts

                             CENTER FOR HUMAN RIGHTS AND
                             CONSTITUTIONAL LAW
                             Carlos Holguín
                             Bardis Vakili
                             Sarah E. Kahn

                             *Attorney for Plaintiffs*

                             BRETT A. SHUMATE
                             Assistant Attorney General
                             Civil Division

                             DREW ENSIGN
                             Deputy Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JESSICA LESNAU
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

3