

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO CONTINUE DEFENDANTS' RESPONSE DEADLINE [1797]** |
| v. | |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | |
| Defendants. | |

On June 22, 2026, the parties filed a Joint Stipulation to Continue Defendants' Response Deadline to the Court's June 15, 2026 Order to Show Cause ("OSC"). [Doc. # 1797.]  Good cause appearing, the Court **APPROVES** the parties' Stipulation and **EXTENDS** the deadline for Defendants to respond to the OSC from June 25, 2026 to **July 6, 2026**.  Plaintiffs shall file their response by **July 15, 2026**.

**IT IS SO ORDERED.**

DATED:  June 23, 2026

_____
DOLLY M. GEE
Chief United States District Judge

2