

1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and Border Protection**

June 25, 2026

MEMORANDUM FOR:   The Honorable Judge Gee
Chief United States District Judge
U.S. District Court, Central District of California

FROM:   Henry A. Moak, Jr.
Chief Accountability Officer
U.S. Customs and Border Protection

HENRY A MOAK JR    Digitally signed by
HENRY A MOAK JR
Date: 2026.06.25
10:11:11 -04'00'

SUBJECT:   2026 CBP Juvenile Coordinator Annual Report

This annual U.S. Customs and Border Protection (CBP) Juvenile Coordinator Report is submitted in accordance with Paragraph 28A of the 1997 *Flores* Settlement Agreement (FSA). This report documents my activities from June 2025 through May 2026, to report on CBP's compliance with the FSA. While this Court's recent focus has been on the U.S. Border Patrol (USBP) Rio Grande Valley (RGV), El Paso (EPT), and San Diego Sectors, my responsibility as the CBP Juvenile Coordinator (JC) requires me to report on compliance with the FSA nationwide. This report documents observations across the Southwest Border (SWB), where the majority of children in CBP custody are held, including CBP facilities in RGV and EPT Sectors. Observations from other border areas are not covered.

This reporting year, I directed the Juvenile Coordination Division (JCD) to conduct 32 inspections, with six being unannounced. Inspections were conducted across the SWB, within seven of the nine USBP Sectors and three of the four Office of Field Operations (OFO) Field Offices. These inspections focus on FSA compliance as well as compliance with CBP policies and best practices, many of which encompass standards beyond what is required by the FSA. JCD conducted six *Flores* Implementation Trainings (FIT) in the reporting period at three San Diego Field Office ports of entry (POEs). Additional FIT sessions are set to occur in July within the San Diego Sector, Swanton Sector, and Buffalo Field Office. The FIT complements JCD inspections by keeping the field informed of legal and operational updates pertaining to the FSA and disseminating successful best practices.

Additionally, to enhance my monitoring capacity this year, I initiated cross-training for additional personnel on JCD protocols, aiming to establish two fully proficient teams capable of conducting inspections and FIT across CBP providing JCD with a trained surge force that can be activated when additional monitoring resources are required.

CBP Juvenile Coordinator Report July 2026
Page **2** of **37**

JCD inspections confirm the operational effectiveness of CBP's Layered and Integrated Monitoring Strategy. We observed multiple times at various sites that local management had pre-emptively identified and addressed issues before JCD's arrival. We spoke with sector management who have established their own inspection teams. USBP, OFO, and the Office of the Chief Medical Officer (OCMO) Headquarters personnel informed us that they are identifying minor deficiencies in recordation and contacting affected locations to rectify these minor issues before they escalate. CBP's monitoring strategy not only meets but continues to substantially exceed the requirements in the FSA and the 2022 RGV and EPT Settlement Agreement (2022 Agreement).

As the Juvenile Coordinator (JC), my unwavering responsibility is to rigorously monitor CBP's strict adherence to the FSA and, where applicable, the 2022 Agreement. Beyond these court mandates, I proactively oversee compliance with internal CBP policies and recommend operational enhancements that consistently surpass both FSA and 2022 Agreement standards. My dedicated team conducts exhaustive inspections, meticulously evaluates holding conditions, and actively disseminates best practices across the agency. When any deficiencies are identified, USBP or OFO facilities implement immediate and decisive corrective actions, unequivocally demonstrating CBP's steadfast commitment to continuous improvement and compliance, not regression. These actions powerfully underscore the inherent effectiveness of CBP's robust internal oversight and its proactive approach to not just meeting, but exceeding, all required standards.

This report shows our highest level of compliance to date, as CBP fully embraces its critical role in monitoring compliance and recommending operational enhancements. In view of this demonstrable success over many years, I do not believe that the identification of issues signifies ineffective internal monitoring. My role in monitoring is to detect and resolve potential issues in accordance with the tenets of effective internal oversight. I also note, as seen in my previous reports, that CBP continues to monitor and work diligently to minimize time in custody for every child in our care. It is also important to recognize that factors beyond CBP's control can affect time in custody (TIC), notwithstanding CBP's efforts and desire to minimize TIC.

I will continue to meticulously report on compliance, including our proactive efforts to adhere to policies that exceed FSA standards, because it is imperative for CBP to uphold the highest possible protections and standards for every individual in our custody. My JCD team and I have demonstrated that we are capable of efficiently monitoring through the internal mechanisms we have developed and refined year after year. By developing these processes through our integrated and layered monitoring strategy, we have avoided duplication of efforts, resulting in nimble and responsive monitoring as detailed in this report.

The first section of this report outlines CBP's strategy for monitoring compliance with the FSA, the 2022 Agreement, and policies and best practices related to the care of children in CBP custody, followed by a census of class members in custody and an update on significant CBP developments related to the care of children in CBP custody. After detailing the implementation of the 2022 Agreement, I discuss my activities along the SWB.

CBP Juvenile Coordinator Report July 2026
Page **3** of **37**

As the CBP JC, my commitment remains to monitor the conditions of custody for children and support CBP efforts to transfer children out of custody as expeditiously as possible.

My inspections this reporting period unequivocally confirm CBP's sustained and substantial compliance with both the FSA and the 2022 Agreement. Furthermore, as detailed in the report below, CBP consistently demonstrates the efficacy of its strategy and its robust capacity for self-monitoring FSA compliance.

## CBP Layered and Integrated Monitoring Strategy

CBP's Layered and Integrated Monitoring Strategy remains unchanged from my July 1, 2025, report. The established approach continues to be effective in identifying and resolving issues in real time, and all components (USBP, OFO, OCMO, and JCD) maintain their roles and responsibilities as previously described. CBP continues to utilize daily reports, dashboards, site visits, and inspections to ensure ongoing adherence to the FSA, 2022 Agreement, and CBP internal policy. As concluded by Dr. Paul Wise, in his Final Report on September 5, 2025, "CBP is in substantial compliance with the provisions of the Settlement in the RGV and El Paso sectors." It is my opinion that this monitoring strategy has also effectively been implemented throughout other Sectors and Field Offices within CBP to ensure compliance with the FSA and CBP internal policy. CBP determined that the current monitoring strategy that Dr. Wise approved continued to meet operational needs and legal requirements, and therefore, no changes were necessary during this reporting period.

JCD maintains its role in coordinating *Flores* Synchronization Meetings across CBP offices and facilities to present solutions for emerging issues. In the coming year, my JCD team and I will continue our inspections, which serve as a vital layer within CBP's monitoring strategy. This strategy includes on-going day-to-day monitoring by OFO, USBP, and OCMO, essential for adhering to the FSA and the 2022 Agreement. JCD, in turn, will also conduct announced and unannounced inspections to verify the effectiveness of USBP and OCMO's monitoring while also delivering FIT sessions.

## Census of Class Members

CBP continues to see a reduction in the number of encounters of children and families. Nationwide, children and family encounters were down 89% in FY 2026 between October and May, compared to FY 2025 from October to May. Unaccompanied Alien Children (UAC) encounters decreased by 78% and Family Unit (FMU) encounters decreased by 91%. Although CBP's children and family encounters have starkly decreased comparing FY 2025 October to May to FY 2026 October to May, nationwide CBP encounters, which include single adults, actually increased by 7% during the same time period. Regardless of the number of children in custody, CBP's focus will continue to be on FSA and the 2022 Agreement compliance.

In May 2026, USBP recorded 9,998 SWB encounters, which is a 14.6% increase from May 2025, and OFO recorded SWB 3,532 inadmissible individuals, which is a decrease of 5.21% from May

CBP Juvenile Coordinator Report July 2026
Page **4** of **37**

2025.[1] CBP's total May 2026 SWB encounters were up 9% from May 2025. Further, SWB encounters with UACs decreased 22% from May 2025 to May 2026. SWB encounters with FMUs decreased by 15% over the same period.[2]

The following tables and charts provide information regarding encounters at the CBP-wide level, as well as encounters specific to the SWB.

The data regarding "accompanied minors" (AM) is applicable to OFO only. An AM is a distinct demographic, separate from UAC and children encountered with a parent or legal guardian.[3]

Table 1 and Chart 1 show FY 2025 compared to FY 2026 to date for all demographics along the SWB only.

**Table 1. Total CBP Southwest Land Border Encounters in**
**FY 2025 to FY 2026[4]**

| FY | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FY 2025** | 106,316 | 94,183 | 96,033 | 61,445 | 11,710 | 11,011 | 12,023 | 12,450 | 9,300 | 7,822 | 9,731 | 11,647 | 443,671 |
| **FY 2026** | 11,707 | 10,964 | 9,990 | 9,734 | 9,612 | 11,733 | 12,851 | 13,530 | - | - | - | - | 90,121 |

---

[1] U.S. Customs & Border Prot., Southwest Land Border Encounters by Component, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component (last visited June 22, 2026).

[2] *See, U.S. Customs & Border Prot.*

[3] An AM is defined as an inadmissible child who is accompanied by an admissible parent or legal guardian. For example, OFO would classify a child as an AM in a situation where the parent is a Lawful Permanent Resident, but the child does not have a valid nonimmigrant or immigrant visa. Another example is when a parent has a valid nonimmigrant visa, but the child does not have a valid nonimmigrant visa as a dependent of the parent. Both OFO and USBP would classify a child as part of a FMU when the noncitizen child/children and noncitizen parent(s)/legal guardian(s) are all inadmissible.

[4] U.S. Customs & Border Prot., FY23–FY26 (FYTD) Nationwide Encounters by Area of Responsibility – April, https://www.cbp.gov/document/stats/nationwide-encounters (last visited June 22, 2026).

CBP Juvenile Coordinator Report July 2026
Page **5** of **37**

**Chart 1. Total CBP Southwest Land Border Encounters[5]**



Table 2 shows the nationwide encounters from June 2025 to May 2026 by component and demographic, excluding single adults.

**Table 2. Nationwide CBP Encounters June 2025 - May 2026[6]**

| Component | Demographic | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFO | AM | 75 | 111 | 182 | 98 | 102 | 92 | 118 | 140 | 96 | 121 | 105 | 83 |
| | FMU | 1,486 | 2,410 | 2,460 | 903 | 1,366 | 1,172 | 1,519 | 1,892 | 900 | 1,150 | 1,258 | 1,011 |
| | UAC | 62 | 48 | 74 | 63 | 84 | 93 | 98 | 239 | 62 | 117 | 115 | 72 |
| USBP | FMU | 333 | 358 | 542 | 1,008 | 665 | 412 | 421 | 219 | 230 | 242 | 302 | 328 |
| | UAC | 660 | 466 | 643 | 832 | 845 | 687 | 554 | 456 | 465 | 538 | 616 | 784 |

---

[5] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2025 and FY 2026.*
[6] *See U.S. Customs & Border Prot.*

CBP Juvenile Coordinator Report July 2026
Page **6** of **37**

Table 3 shows the Average Daily Subjects in USBP Custody across the SWB, while Table 4 shows the Average Number of Subjects in Custody for SWB Field Office locations.

**Table 3. USBP SWB Average Daily Subjects in Custody[7]**

| | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USBP SWB Average** | 459 | 314 | 479 | 620 | 562 | 617 | 580 | 476 | 612 | 887 | 1,060 | 1,294 |

**Table 4. OFO SWB Average Number of Subjects in Custody[8]**

| | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OFO SWB Average** | 40 | 32 | 39 | 45 | 42 | 48 | 43 | 41 | 47 | 47 | 60 | 57 |

---

[7] June 2025-Sept 2025 data from: U.S. Customs & Border Prot., Custody and Transfer Statistics, https://web.archive.org/web/20251025184243/https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (archived Oct. 25, 2025). Oct 2026-May 2026 data from: *USBP Average Daily Subjects in Custody by Southwest Border Sector*, U.S. Department of Homeland Security, U.S. Customs and Border Protection, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (last visited June 22, 2026).

[8] June 2025-Sept 2025 data from: U.S. Customs & Border Prot., Custody and Transfer Statistics, https://web.archive.org/web/20251025184243/https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (archived Oct. 25, 2025). *OFO Field Operations – Southwest Border in Custody*, U.S. Department of Homeland Security, U.S. Customs and Border Protection, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics (last visited June 22, 2026).

CBP Juvenile Coordinator Report July 2026
Page **7** of **37**

Finally, Table 5 depicts the average length of time children were in CBP custody.[9] This table shows the average TIC for all children, as well as the TIC for UACs and FMU children specifically. Average TIC data is provided from June 2025 to May 2026 and June 10, 2026. The average TIC on June 10, 2026, was provided to depict a more recent snapshot of the average TIC for class members as of the time this report was compiled.

**Table 5. Class Members Average CBP Time in Custody (in Hours)[10]**

| | | Jun-2025 | Jul-2025 | Aug-2025 | Sep-2025 | Oct-2025 | Nov-2025 | Dec-2025 | Jan-2026 | Feb-2026 | Mar-2026 | Apr-2026 | May-2026 | 6-10-2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CBP** | **All*** | 32.49 | 28.99 | 31.86 | 34.21 | 34.30 | 41.58 | 37.17 | 46.63 | 35.82 | 45.85 | 37.38 | 46.01 | 44.48 |
| | **UACs** | 19.91 | 23.93 | 24.03 | 24.90 | 27.31 | 40.61 | 33.59 | 50383 | 29.64 | 30.87 | 29.64 | 36.57 | 30.24 |
| | **FMUs** | 58.08 | 39.42 | 47.54 | 48.61 | 49.18 | 48.85 | 49.11 | 42.39 | 59.37 | 108.13 | 69.98 | 81.35 | 93.60 |
| | **AMs** | 46.58 | 14.16 | 16.63 | 14.22 | 15.75 | 13.31 | 11.73 | 18.41 | 21.57 | 13.22 | 13.15 | 9.86 | 7.05 |
| **CBP SWB** | **All*** | 30.57 | 30.26 | 33.91 | 34.75 | 34.69 | 43.36 | 39.24 | 49.76 | 33.96 | 47.42 | 38.11 | 46.42 | 53.30 |
| | **UACs** | 19.81 | 24.09 | 24.11 | 24.92 | 27.35 | 40.86 | 33.79 | 51.27 | 29.56 | 30.95 | 29.39 | 35.93 | 31.85 |
| | **FMUs** | 61.01 | 45.34 | 55.02 | 49.75 | 51.14 | 54.71 | 54.08 | 50.49 | 57.97 | 121.75 | 76.62 | 90.63 | 85.81 |
| | **AMs** | 27.41 | 10.96 | 6.61 | 11.52 | 6.44 | 6.38 | 7.96 | 8.42 | 5.70 | 10.69 | 9.12 | 5.91 | 0 |
| **USBP SWB** | **All*** | 31.82 | 33.38 | 36.73 | 35.63 | 37.17 | 47.84 | 42.04 | 55.40 | 37.14 | 53.31 | 41.87 | 49.91 | 54.98 |
| | **UACs** | 20.10 | 24.34 | 24.82 | 25.38 | 28.08 | 42.68 | 35.28 | 54.52 | 30.59 | 32.48 | 31.65 | 37.37 | 32.73 |
| | **FMUs** | 70.41 | 55.93 | 62.83 | 50.74 | 57.83 | 63.98 | 58.52 | 58.64 | 67.59 | 146.37 | 85.22 | 105.71 | 88.34 |

*All in this table refers only to class members: children ages 0-17.

Many factors can contribute to children remaining in CBP custody for more than 72 hours, such as an injury/illness requiring medical treatment/hospitalization; UACs initially claiming to be adults and then shown to be a minor; the need to procure travel documents for children and families being repatriated; the number of and cadence of repatriation flights; or resource, capacity, and/or transportation limitations with Health and Human Services/Office of Refugee Resettlement and Immigration and Customs Enforcement, including limitations on bed space.

---

[9] TIC represents the amount of time an individual is in CBP custody, beginning at the time of apprehension through the time of transfer from CBP custody. Thus, the average TIC for all children is calculated based on the total number of children in custody and how long each child had been in custody as of 6:00 a.m. EDT on a particular day. For example, if a child were apprehended at 12:00 a.m. EDT on June 10, 2026, the child would have a TIC of six (6) hours at 6:00 a.m. EDT. Likewise, if a child were apprehended at 12:00 a.m. EDT on June 9, 2026, and remained in custody on June 10, 2026, the child would have a TIC of 30 hours at 6:00 a.m. EDT on June 10, 2026.

[10] Data in Table 5 was provided to the JCD by CBP for the purpose of this report. This is not official data published on cbp.gov.

CBP Juvenile Coordinator Report July 2026
Page **8** of **37**

## General Updates Related to the Care and Custody of Children

*CBP Facilities*

As discussed in my July 1, 2025, report, children are currently held in POEs, stations and Central Processing Centers (CPC) suited to accommodate their needs. Due to lower in-custody numbers, children are typically held at stations that have been designated as the holding area for children for their respective sector. In RGV and EPT, that continues to be the Juvenile Priority Facilities (JPFs) at El Paso Processing Transportation and Detention Unit (PTDU) and RGV CPC. In other Sectors, some stations have been retrofitted to be better suited for children. For OFO locations, children are typically held at the POE where they were initially encountered.

*Child Caregivers*

Child caregivers continue to be available at designated USBP facilities, including JPFs. They are involved with the care of children in CBP custody, including providing amenities to UACs and FMUs and providing a daily message indicating the time, date, location, and general process, as well as what can be requested. Caregivers provide a reassuring adult presence to children and are in all designated holding areas with continuous monitoring and supervision. An example of caregivers providing critical support occurred when a 1-year-old child began choking while being fed by her mother. A caregiver took immediate and decisive action to dislodge the obstruction from the child and directed nearby personnel to contact medical support. The object was dislodged and the child resumed breathing.

Due to current operational conditions, on June 1, 2026, child caregiver support was provided at 10 locations with 24/7 on-duty staffing. Child caregiver staffing was at 38 total caregiver positions per shift across all location. At locations without contracted caregivers to assist UACs and FMUs, CBP personnel assume all caregiver duties.

*Medical Support Staff*

CBP adjusts the scale of the medical services contract based upon changes in the scale of the CBP custody operation. As of June 5, 2026, there are 34 USBP and 17 OFO holding facilities across the SWB with contracted medical support staff. Medical staff are still providing quality medical care as required in the 2022 Agreement in RGV and EPT sectors, meeting all provision requirements defined in the 2022 Agreement at RGV and EPT Sectors. Additionally, all children have access to emergency medical care as needed. At facilities without contracted medical support staff, all children have access to emergency medical care as needed.

*Interagency Coordination Updates*

The Movement Coordination Center (MCC), established in March 2021, is a key part of CBP's Layered and Integrated Monitoring Strategy. As discussed in the 2023-2025 Annual Reports, the MCC collaborates across agencies and components to assist sectors and field offices in prioritizing the expeditious transfer of individuals, including UACs, from CBP custody. The MCC also monitors and reviews cases involving UACs and FMUs.

CBP Juvenile Coordinator Report July 2026
Page **9** of **37**

*Rapid Removal Task Force*

The Rapid Removal Task Force continues to operate with the goal of decreasing TIC for all populations in CBP. They do not only attempt to repatriate migrants, but also to transfer them out of CBP custody to ICE/ERO or HHS depending on their demographics. Their actions and coordination have decreased TIC time, in some cases by days.

*Flores Implementation Training (FIT)*

JCD presented six FIT sessions in July 2025 in the San Diego Field Office. JCD has scheduled six sessions in July and an additional 12 in August. The August sessions are in RGV and EPT sectors immediately after a scheduled change in personnel to best ensure that new personnel are trained on FSA and the 2022 Agreement expectations.

In January 2025, JCD delivered FIT to various stations in the Del Rio Sector, defining findings and disseminating best practices. During our site visits in April 2026, my team conducted FSA compliance inspections at Del Rio Station facilities and noticed a marked improvement with FSA and CBP policy compliance. For example, they were one of the first locations with no medical data recordation issues identified. One station found a way to place child-friendly decorations in all holding cells without causing a safety issue.

**RGV and El Paso Settlement 2022 Agreement**

Committed to the full implementation of the 2022 Agreement, my JCD team and I continue to proactively collaborate with all relevant CBP stakeholders, ensuring the provision of all required care, amenities, supplies, exhibits, notices, videos, and posters.

*Updates on Usage of Holding Facilities in RGV and EPT Sectors*

The El Paso PTDU and the RGV CPC continue to be the designated JPF for the EPT and RGV Sectors, respectively. Both facilities hold UACs and FMUs. Individual stations in RGV and EPT may hold children temporarily before transferring them to a JPF. All required 2022 Agreement amenities are present at the JPFs.

*Juvenile Care Monitor Observation Site Visit*

During a visit to El Paso PTDU in July 2025, JCD was joined by Dr. Ewen Wang.[11] A JCD staff member was onsite when Dr. Wang arrived on July 23, 2025, and the entire JCD team, including USBP Headquarters personnel were onsite for an inspection on July 24, 2025. Dr. Wang observed JCD and USBP's monitoring capabilities. Further, Dr. Wang stated she observed improvements with temperature, food, and caregivers since her last visit.

---

[11] At the time of the visit, the facility was called the El Paso Modular Central Processing Center (MCPC). It is now called El Paso PTDU.

CBP Juvenile Coordinator Report July 2026
Page **10** of **37**

On August 21, 2025, Dr. Paul Wise accompanied JCD to RGV CPC. Expectations for quarterly JCD inspection moving forward were discussed. RGV CPC also presented on their internal monitoring and compliance checks. At the closeout, Dr. Wise acknowledged that things were going well and was happy to see the improvements in tender-age food.

It is important to note that what Dr. Wang and Dr. Wise observed in RGV and EPT Sectors is still the baseline of care in June 2026. There have been no changes to amenities or food provided. While there were issues at one location providing bite-sized tender-age meals in EPT Sector, onsite management and JCD worked quickly to provide bite-sized meals for tender-age children. All children always had access to nutritious meals. There has been no backsliding in care or amenities provided since the JCM's term ended.

*2022 Agreement Requirements for RGV and EPT Sectors*

To assess compliance with the 2022 Agreement, JCD reviewed facilities in RGV and EPT. Specifically, the El Paso PTDU and the RGV CPC each underwent six reviews, meeting JCD's quarterly inspection guarantee. In addition, JCD reviewed two other facilities, Santa Teresa Station and Fort Brown Station once each.

During the reviews, both JPFs were substantially compliant with the 2022 Agreement. While there were a few minor issues with recordation of the provision of amenities during each of my site visits, I, or my team, observed that dental hygiene, personal hygiene items, and additional warm clothing were available. We observed the process where children are shown the Exhibit 3 video and observed it being played on a loop at RGV CPC. While there were some issues with janitorial services re-stocking paper towels at RGV CPC FMU pods, caregivers and CBP personnel were responsive and working to get paper towels before JCD arrived onsite early in the morning. There were a few issues with CBP employees not having taken the 2022 Agreement training that were attributed to the online system where the course is provided having a technical glitch where the course was temporarily not assigned to employees. After JCD spoke with the technology support department, the course was re-assigned to employees, and we saw a noted improvement in recordation that the course had been completed.

*Summer Surge*

From July 28, 2025, to September 12, 2025, JCD was onsite at El Paso PTDU and RGV CPC to provide surge support to USBP and ensure that all concerns were addressed with the JCMs. JCD personnel provided coverage from 0500-0000 during weekdays. They focused on the areas of concern that the JCMs had: toddler nutrition, temperature, warm clothing, sleep conditions, and amenity poster visibility. JCD personnel at both JPFs observed all meals provided and verified the meals were served at the correct temperature and that tender-age meals were available. During this surge period, 96% of the time a toddler was onsite at both JPFs, a bite-sized meal was available from the meal contractor. For the 4%, there were only six instances where a toddler meal was not originally provided by the meal contractor at El Paso PTDU. In all six times, the child was provided with a meal, just in the older-child portioned meal. In discussion with the parent, the parent stated the child was able to eat the non-bite-sized meal and they did not need a tender-age meal. JCD personnel spoke with onsite facility management at El Paso PTDU, and they worked

CBP Juvenile Coordinator Report July 2026
Page **11** of **37**

with the contractor to correct issues. While El Paso PTDU had to continue to work with the contractor due to a misunderstanding after the summer surge, all children had a nutritious meal served at an appropriate temperature for every meal.

In regard to temperature, 99% of the time, temperature was within range at both JPFs. In the 1% where the temperature was out of range it was only by one degree at El Paso PTDU (temperature recorded at 68°F rather than 69°F as required). Both RGV CPC and El Paso PTDU can dim lights at night. While JCD was onsite, lights were dimmed during 96% of night shifts at both JPFs. There were four (4) instances where the lights were not dimmed, two of which involved equipment malfunction that did not allow the lights to be dimmed at El Paso PTDU. It was quickly fixed and they were able to be dimmed at the next shift. The other two instances involved personnel dimming the lights after 2200 rather than right at 2200 at RGV CPC. Clocks and amenities posters were always visible. Warm garments, including beanies and swaddling blankets, were fully stocked at both facilities.

*Inspection Results*

Tables 6 and 7 illustrate the 2022 Agreement requirements and level of compliance achieved by the El Paso Sector facilities at the time of JCD's inspection, while Tables 8 and provide this identical information for the RGV Sector. For answers with an asterisk, explanations are given in footnotes.

CBP Juvenile Coordinator Report July 2026
Page **12** of 37

**Table 6. EPT Sector: 2022 Agreement Requirements**

| 2022 Agreement Requirements | EPT Facilities | | | | | | |
|---|---|---|---|---|---|---|---|
| | El Paso MCPC | El Paso MCPC | El Paso MCPC | El Paso PTDU | El Paso PTDU | El Paso PTDU | Santa Teresa Station |
| | 7/24/2025 | 8/19/2025 | 9/17/2025 | 12/11/2025 | 3/10/2026 | 5/5/2026 | 5/6/2026 |
| Maintain the required temperature of 69ºF - 83ºF. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Post the 2022 Agreement amenities poster. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Show the video with Exhibit 3 information. Personnel will record that this notice was provided orally. [12] | No* | Yes | Yes | Yes | No* | Yes | Yes |
| Provide disposable baby bottles. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide formula mixing instructions in English and Spanish. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide dental hygiene daily and upon request.[13] | Yes* | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide hygiene kits when requested and with showers. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide mechanism to dry hands.[14] | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Provide beanies to children under five (5). | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide cloth swaddling blankets to children under two (2). | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Make reasonable efforts to dim lights between 2200-0600.[15] | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Provide a supplemental health interview every five (5) days for children held over 72 hours. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide the "*Flores* Mediation Agreement" orientation training to CBP employees.[16] | Yes | No* | No* | Yes | N/A | Yes | Yes |
| Transfer children to Juvenile Priority Facility within 24 hours of arrival or 48 hours in exigent circumstances. | N/A - Juvenile Priority Facilities | | | | | | Yes |

---

[12] Not all children's custody logs recorded they had been shown the video with the Exhibit 3 notice.

[13] Not all custody logs recorded dental hygiene daily, but it was available upon request.

[14] Cells did not have paper towels inside them for operational reasons, but the processing area did. Children were not held in locked cells and had access to the processing area at all times.

[15] Not all holding cells could dim lights.

[16] Not all employees had taken the training before JCD arrived onsite (8/19/2025, 9/17/2025). JCD was unable to validate training while onsite (3/10/2026).

CBP Juvenile Coordinator Report July 2026
Page **13** of **37**

**Table 7. EPT Sector: 2022 Agreement Requirements**

| 2022 Agreement Requirements | EPT Juvenile Priority Facilities | | | | | | |
|---|---|---|---|---|---|---|---|
| | El Paso MCPC | El Paso MCPC | El Paso MCPC | El Paso PTDU | El Paso PTDU | El Paso PTDU | Santa Teresa Station |
| | 7/24/2025 | 8/19/2025 | 9/17/2025 | 12/11/2025 | 3/10/2026 | 5/5/2026 | 5/6/2026 |
| Provide showers as soon as possible after arrival and 48 hours thereafter.[17] | Yes | Yes | Yes | Yes | Yes | Yes* | N/A – Non-Juvenile Priority Facility |
| Make reasonable efforts to provide televisions in pods. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Place clocks in locations visible from each pod/cell if space is available. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Provide infant changing stations, where space available. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Make effort to provide child appropriate "furniture" in areas holding tender-age children. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Make effort to provide age-appropriate toys/activities. | Yes | Yes | Yes | Yes | Yes | Yes | |

---

[17] Facility did not record showers during intake but did record all other showers. Children are taken to showers before they are taken to holding pods, so I believe all children received showers and this is a data recordation issue. Additionally, JCD employees observed UACs and FMUs being escorted to showers on a daily basis.

CBP Juvenile Coordinator Report July 2026
Page **14** of **37**

**Table 8. RGV Sector: 2022 Agreement Requirements**

| 2022 Agreement Requirements | RGV Facilities | | | | | | |
|---|---|---|---|---|---|---|---|
| | RGV CPC | RGV CPC | RGV CPC | RGV CPC | RGV CPC | RGV CPC | Fort Brown Station |
| | 7/22/2025 | 8/21/2025 | 9/15/2025 | 12/9/2025 | 3/12/2026 | 5/19/2026 | 5/20/2026 |
| Maintain the required temperature of 69ºF - 83ºF. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Post the 2022 Agreement amenities poster.[18] | Yes | Yes | Yes | Yes | Yes | Yes | Yes* |
| Show the video with Exhibit 3 information. Personnel will record that this notice was provided orally. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide disposable baby bottles. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide formula mixing instructions in English and Spanish. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide dental hygiene daily and upon request. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide hygiene kits when requested and with showers.[19] | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Provide mechanism to dry hands.[20] | No* | Yes | No* | Yes* | Yes | Yes | No |
| Provide beanies to children under five (5). | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide cloth swaddling blankets to children under two (2). | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Make reasonable efforts to dim lights between 2200-0600.[21] | Yes | Yes | Yes | Yes | Yes | Yes | No |
| Provide a supplemental health interview every five (5) days for children held over 72 hours. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Provide the "*Flores* Mediation Agreement" orientation training to CBP employees.[22] | N/A* | Yes | Yes | Yes | Yes | No* | No* |
| Transfer children to Juvenile Priority Facility within 24 hours of arrival or 48 hours in exigent circumstances. | N/A - Juvenile Priority Facilities | | | | | | Yes |

---

[18] While Fort Brown had the Amenities Poster posted and on a rotating screen, if children were inside a cell rather than in processing, it was too far away to be visible.

[19] Facility did not have showers onsite. They had Paper Showers and transferred children within hours.

[20] 7/22/2025 and 9/15/2026: In one FMU pod, there were no paper towels. 12/9/2025: In one area holding children, the janitorial staff had not yet refilled the paper towel holder at the time of the inspection. Caregiver personnel had requested a refill before JCD was onsite. Janitorial staff were able to refill the paper towel holder the same day. Santa Teresa Station did not have paper towels.

[21] Facility unable to dim lights; children typically did not spend the night at this location.

[22] JCD was unable to determine as JCD was unable to validate training while onsite (7/22/2025). Not all employees had taken the training before JCD arrived onsite (5/19/2026, 5/20/2026).

CBP Juvenile Coordinator Report July 2026
Page **15** of **37**

**Table 9. RGV Sector: 2022 Agreement Requirements**

| 2022 Agreement Requirements | RGV Juvenile Priority Facilities | | | | | | |
|---|---|---|---|---|---|---|---|
| | RGV CPC | RGV CPC | RGV CPC | RGV CPC | RGV CPC | RGV CPC | Fort Brown Station |
| | 7/22/2025 | 8/21/2025 | 9/15/2025 | 12/9/2025 | 3/12/2026 | 5/19/2026 | 5/20/2026 |
| Provide showers as soon as possible after arrival and 48 hours thereafter. | Yes | Yes | Yes | Yes | Yes | Yes | N/A – Non-Juvenile Priority Facility |
| Make reasonable efforts to provide televisions in pods. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Place clocks in locations visible from each pod/cell if space is available. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Provide infant changing stations, where space available. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Make effort to provide child appropriate "furniture" in areas holding tender-age children. | Yes | Yes | Yes | Yes | Yes | Yes | |
| Make effort to provide age-appropriate toys/activities. | Yes | Yes | Yes | Yes | Yes | Yes | |

### *Flores* Compliance Inspections

Since my last annual report on July 1, 2025, I have continued to review the conditions of custody for children across the SWB. The following sections provide an overview of the inspections JCD conducted during the reporting period, including locations visited, conditions of custody, and common findings. If JCD identifies areas of noncompliance with the FSA, 2022 Agreement, and applicable CBP policies pertaining to the care of children in custody, it also documents corrective actions taken by the sectors. Areas of review include medical care, *Flores* related amenities, and appropriate activities.

*CBP Facilities Inspected*

JCD conducted 32 inspections of CBP facilities located in seven USBP sectors and three OFO field offices from June 2025 through May 2026. The RGV CPC and El Paso PTDU were each inspected six times, while Chula Vista Station underwent inspections three times, and the Movement Coordination Area (MCA), a CPC located next to Chula Vista Station holding UACs and FMUs, was inspected twice. These 32 inspections included 13 visits that the Deputy JC or I personally conducted. The inspection process allowed me to maintain awareness of the conditions

CBP Juvenile Coordinator Report July 2026
Page **16** of **37**

of custody for children encountered at and between the POEs across the SWB, generally focusing on those sectors/field offices with the highest number of children encountered.

In addition to announced inspections, JCD conducts unannounced inspections to SWB locations on an annual basis. JCD team members coordinate the unannounced inspections to ensure information pertaining to each visit is not disclosed; the facilities remain unaware of the visit until its commencement. In March 2026, JCD and I conducted unannounced inspections in the San Diego Sector and San Diego Field Office facilities, and in May 2026, in the EPT Sector. No differences in CBP operations were observed during announced versus unannounced inspections. Instead, similarities were observed with the data and medical recordation, supplies, and safe and sanitary conditions.

Tables 10 and 11 list the CBP facilities that JCD visited during this reporting year.

**Table 10. CBP OFO Port of Entry JCD Inspections**

| Field Office | Location | Date of Inspection | Type of Inspection |
|---|---|---|---|
| San Diego | Otay Mesa POE | 11/4/2025 | Announced |
| | San Ysidro POE | 3/26/2026 | Unannounced |
| | Calexico POE | 4/29/2026 | Announced |
| Tucson | Nogales POE | 1/15/2026 | Announced |
| Laredo | Brownsville POE | 5/21/2026 | Announced |

CBP Juvenile Coordinator Report July 2026
Page **17** of **37**

**Table 11. CBP USBP JCD Inspections**

| Sector | Location | Facility Type | Date of Inspection | Type of Inspection |
|---|---|---|---|---|
| Del Rio | Uvalde Station | Station | 4/7/2026 | Announced |
| | Eagle Pass South Station | CPC | 4/8/2026 | Announced |
| | Del Rio Station | Station | 4/9/2026 | Announced |
| El Centro | El Centro Station | Station | 2/10/2026 | Announced |
| El Paso | El Paso MCPC | CPC | 7/24/2025 | Announced |
| | El Paso MCPC | CPC | 8/19/2025 | Announced |
| | El Paso MCPC | CPC | 9/17/2025 | Announced |
| | El Paso PTDU | CPC | 12/11/2025 | Announced |
| | El Paso PTDU | CPC | 3/10/2026 | Announced |
| | El Paso PTDU | CPC | 5/5/2026 | Unannounced |
| | Santa Teresa Station | Station | 5/6/2026 | Unannounced |
| San Diego | Chula Vista Station | Station | 11/5/2025 | Announced |
| | Movement Coordination Area | CPC | 3/24/2026 | Unannounced |
| | Chula Vista Station | Station | 3/24/2026 | Unannounced |
| | Brown Field Station | Station | 3/25/2026 | Unannounced |
| | Chula Vista Station | Station | 4/30/2026 | Announced |
| | Movement Coordination Area | CPC | 4/30/2026 | Announced |
| RGV | RGV CPC (Ursula) | CPC | 7/22/2025 | Announced |
| | RGV CPC (Ursula) | CPC | 8/21/2025 | Announced |
| | RGV CPC (Ursula) | CPC | 9/15/2025 | Announced |
| | RGV CPC (Ursula) | CPC | 12/9/2025 | Announced |
| | RGV CPC (Ursula) | CPC | 3/12/2026 | Announced |
| | RGV CPC (Ursula) | CPC | 5/19/2026 | Announced |
| | Fort Brown Station | Station | 5/20/2026 | Announced |
| Tucson | Nogales Processing Facility | Station | 1/13/2026 | Announced |
| | Tucson Processing Facility | CPC | 1/14/2026 | Announced |
| Yuma | Yuma Station | Station | 2/11/2026 | Announced |

*Joint Inspections*

I am pleased to report that JCD and OCMO continued their successful collaboration through several joint inspections, with each group focusing on its area of expertise. These joint visits provided JCD with an enhanced understanding of CBP's medical policies and processes while facilitating direct interaction between field personnel, JCD, and OCMO. These joint inspections allowed both JCD and OCMO to further enhance inspection processes, including proactively

CBP Juvenile Coordinator Report July 2026
Page **18** of **37**

addressing common issues, such as data recordation, medical documentation, and caregiver responsibilities.

*San Diego Sector*

During this reporting period, JCD also made extensive efforts to surge to the San Diego Sector for additional inspections, given the court's expressed concerns about this sector. Plaintiff declarations focused on holding conditions for UACs and FMUs in Chula Vista Station and MCA. In response, JCD incorporated three inspections of the Chula Vista Station into its already demanding annual plan. This was accomplished while maintaining the quarterly RGV/EPT inspections and other site visits, all amidst government funding hiatuses. While onsite in San Diego, my team disseminated best practices to enhance holding conditions. After JCD provided suggestions and highlighted areas where simple adjustments could change the conditions of custody, facility management quickly implemented JCD's recommendations. As explained in earlier supplemental reports, the San Diego Sector heartily embraced making changes. JCD continues to interact with San Diego Sector to ensure they adhere to FSA and CBP policy requirements. JCD's inspections determined Chula Vista Station and MCA are compliant with the FSA. Additionally, San Diego Sector is scheduled for a FIT in July 2026.

*Santa Teresa Station*

I also want to highlight one of CBP's smaller stations, Santa Teresa Station (STN) in the El Paso Sector. I toured STN in early March 2026 and my Deputy JC returned on an unannounced site visit in May 2026. STN has a motto "Second to None," that they embody in their work. Although no children were present during my visit, a facility tour was conducted, followed by a meeting with the Interim Patrol Agent in Charge (PAIC). Discussions encompassed their operations, the impact of border changes on USBP's primary mission, and STN's objective to quickly process and transfer children to the El Paso PTDU, which offers a broader range of services suited for children. I suggested inventory recommendations during my visit, which the Deputy JC observed had been implemented in May 2026. During the unannounced inspection closeout, the JCD team informed the Interim PAIC of a consistent issue with the cold-water button in one of the cells, observed over several recent visits. JCD suggested elevating the maintenance request for a permanent solution, rather than repeated temporary fixes. In response, the Interim PAIC not only ensured prompt repair, but also immediately tasked personnel to seek a long-term solution.

*Age-Appropriate Food*

As detailed in my July 2025 report, CBP engaged food service contractors to supply tender-age meals. A requirement to supply tender-age meals is not explicitly covered by the FSA and 2022 Agreement. However, the JCMs interpreted the 2022 Agreement to require tender-age food in RGV/EPT Sectors, and I have worked with CBP to provide tender-age meals where operationally feasible and appropriate in other locations across CBP, as a best practice.

CBP Juvenile Coordinator Report July 2026
Page **19** of **37**

JCD verifies that tender-age food is available at every inspected location, as I see it as an important aspect of the care and custody of children, despite the requirement being limited to the RGV and EPT Sectors as part of the 2022 Agreement. During 11 inspections, JCD found that tender-age meals were not readily available, including two in RGV and EPT Sectors that were not the JPFs. In my May 4, 2026, supplemental report, I noted that three facilities did not have tender-age meals available during the reporting period. Only one of those facility inspections was in RGV or El Paso Sector and required tender-age meals. The other two facilities were not subject to the 2022 Agreement and providing tender-age food is a best practice, not a requirement. JCD advised CBP personnel to ensure the provision of tender-age food for toddlers in custody, noting that children were otherwise offered edible food that was not bite-sized. In locations with caregivers, it was their responsibility to ensure tender-age children could eat the meals. For facilities without caregivers, CBP personnel did not report any instances of children being unable to eat the meals provided. JCD advised all locations to either stock, or request from their meal service provider, tender-age meals or portioned meals for toddlers. All facilities in RGV and EPT Sectors had baby formula and single use baby bottles available and posted the bilingual formula mixing instructions as well. 27 facilities had baby formula and baby food, such as purees or pouches, available.

*General Conditions*

CBP facilities generally provided access to drinking water and food, functional toilets and sinks, adequate temperature control and ventilation, cots/mats and blankets, shower options, clean clothing, hygiene products, adequate supervision to protect minors from others, emergency medical care if needed, and safe and sanitary hold rooms. At many facilities (due to operational concerns), amenities were available upon request. Most facilities placed posters showing the amenities available for request; in RGV and EPT Sectors, the Exhibit 1 Amenities poster was generally displayed in plain view of areas holding children. In RGV and EPT Sectors, children were also shown the Exhibit 3 video, that includes the notice of rights in Spanish and English, upon intake. In other sectors, children were shown a slightly different version of the video without the specific 2022 Agreement requirements, but which still mentioned the ability to request amenities. In addition, caregivers informed children of the amenities that they could request.

While CBP makes comprehensive efforts to inform children about their rights and available amenities in diverse ways during their time in custody, the ability of each child to recall this information can differ. JCD always recommends that facilities ensure children are informed of available amenities multiple times during the day.

The following is a summary of the results of the inspections conducted during this reporting period. For more specific information about the conditions at each facility, please refer to Appendix I.

Physical Facilities

In general, all inspected facilities provided access to functioning toilets and functioning sinks. There were some minor issues identified in rooms with multiple sinks, where one sink was not fully operational or restroom areas needed additional supplies, but children had access to functioning toilets and sinks at all facilities. One inspection showed an issue with a sink not

CBP Juvenile Coordinator Report July 2026
Page **20** of **37**

working properly due to high water pressure in one room and another room with a non-functioning sink. The water main near this facility had burst, outside of CBP's control, and may have contributed to the non-functioning sinks. While no children were onsite at the time of the inspection, functioning sinks were accessible. A work order was submitted for maintenance to verify whether the issue was linked to the main water break or an independent repair problem.

All inspections showed no issues with toilets. During one inspection, JCD observed toilet paper was missing from a cell; staff immediately resupplied toilet paper upon discovery and explained janitorial services were actively cleaning the cell when JCD started the inspection. JCD found 15 locations that did not have soap or hand sanitizer in the hold rooms, but they were available upon request.

At all the facilities inspected, the hold rooms were within the required temperature range. In addition, all facilities had adequate ventilation. All facilities had mats and blankets available for children and their families. 26 inspections also found swaddling blankets, including all 14 inspections in RGV and EPT Sectors.

At 24 of 32 inspections, facilities had showers onsite. The other eight facilities did not have shower facilities onsite. Three of the eight stations without showers quickly transferred children to CPCs with showers. Three of the eight inspections were at Chula Vista Station. While the physical building of Chula Vista Station does not have showers onsite, children are taken to MCA, a short one-minute walk away, for showers when needed. Two of the POEs without showers generally did not hold children for extended periods of time. It is important to note that these POEs were land crossings at established entry points, as opposed to locations where individuals might have entered by traversing undeveloped terrain., therefore the likelihood of children needing showers shortly after arrival is low.

JCD also inspected the availability of hygiene supplies, including toothbrushes/toothpaste, feminine hygiene products, diapers, and baby wipes. At all 32 inspections, the facilities had an adequate supply of hygiene items. In addition, at all 32 inspections, the facilities had adequate amounts of children's clothing in assorted sizes to provide as needed.

All inspected facilities had contracted janitorial staff. At 15 of 32 facilities, JCD observed janitorial staff cleaning bathrooms and hold rooms, including disinfecting cells and cleaning mats. The janitorial staff are integral to maintaining sanitary conditions at the facilities, and JCD generally found the facilities to be sanitary. When needed, JCD discussed minor janitorial issues or suggestions while onsite to allow management to address in a timely manner. At one facility, an older station in a leased building, there was significant buildup of dirt on the cell walls. JCD recommended that children not be held at that facility until it was refreshed by the Sector. The Sector agreed and is no longer holding children there except for intake.

<u>Nutrition Standards</u>

31 of 32 facilities JCD inspected provided access to clean drinking water. One inspection revealed the facility did not have a set schedule to timely rinse and sanitize 5-gallon water coolers as required by the 2022 Agreement, although the facility did check if the water coolers were clean

before refilling them with potable water. JCD informed facility management of the issue and the facility now uses bottled water to avoid any issues. There were no other issues observed regarding children and families having regular access to or requesting drinking water. Facilities with water coolers had sufficient supplies of cups for class members to ensure an individual cup for drinking water. As I stated in the May 2026 Supplemental Report, JCD raised sanitary concerns at MCA regarding a hose that was being used to fill 5-gallon heavy duty water coolers. The MCA facility now uses bottled water.

All inspected facilities provided access to regular meals, snacks, milk, juice, baby formula, and baby bottles, with most facilities also providing baby cereal, baby food, and puree. The snacks provided varied, but typically JCD observed apples, crackers, chips, and granola bars. In some facilities, snacks, milk, and juice were freely accessible for children to take at any time, while at other facilities, snacks, milk, and juice were provided at certain times or were available upon request. JCD identified expired snacks at eight of 32 inspections. In each of these cases, JCD notified the facility, and the expired snacks were immediately discarded. In addition, JCD recommended that these facilities clearly mark expiration dates. Facilities updated their food storage policies and implemented a checklist for food inventory and usage.

Other Amenities

Contracted medical personnel are only required by the 2022 Agreement to be onsite 24/7 at JPFs in RGV and EPT Sectors. At other CBP facilities, children are required by the FSA to have access to emergency medical care as needed. CBP sees the utility in having medical support personnel onsite as a way to help triage and treat medical issues. Contract medical personnel were onsite at 31 of 32 inspections to address acute and emergent medical needs. For the one facility without contracted medical personnel onsite, children were quickly transferred to a nearby location with contracted medical personnel. This facility was not in RGV or EPT Sector. All children had access to emergency medical care as required. However, at two of the 31 locations, medical personnel are not available 24/7. At one facility, the majority of their encounters occur overnight, so an operational decision was made to have contracted medical staff onsite only between the hours of 1800-0600. A USBP station with day-time medical staff is within a 5-minute drive of the inspected facility. Additionally, access to emergency medical care is available to children when needed. In our medical sample from that location, JCD observed children being transferred to the hospital for needed medical care during the day. This facility is in RGV Sector but is not considered a JPF and thus does not need 24/7 contacted medical support personnel onsite per the 2022 Agreement. At the other facility, the contacted medical staff was onsite from 0600-2200, as this POE had the majority of encounters during the day. Children in CBP custody receive health intake interviews and medical assessments to identify issues requiring further medical attention at locations with contracted medical support personnel. At locations without contracted medical support personnel, all children receive a health intake interview, which is not an FSA requirement, and have access to emergency medical care as required by the FSA. For urgent medical needs and care, personnel refer children to local health systems.

As part of CBP's Trauma-Informed Care approach, JCD verifies if CBP facilities have a space for outdoor recreation. This is not an FSA nor 2022 Agreement requirement. This internal CBP policy is above and beyond the FSA and 2022 Agreement. While the 2022 Agreement does require

CBP Juvenile Coordinator Report July 2026
Page **22** of **37**

reasonable efforts be made to provide outdoor recreation if operationally feasible for children with extended TIC, the rest of CBP facilities do not have an outdoor recreation requirement. While 14 of the 32 inspected facilities feature recreation areas, the remaining facilities did not include them due to operational infeasibility. At these facilities there is no safe area for children to be outside without being in danger. The El Paso PTDU does have an outdoor recreation area, but the RGV CPC does not due to operational limitations of the site. Initially, two of the 32 inspected facilities lacked toys, movies, or activities for children. However, a later JCD inspection confirmed the availability of coloring pages, crayons, and a baby toy for children's use. One facility implemented a policy of not detaining children, opting for their immediate transfer to the sector's CPC.

As required by the 2022 Agreement, child caregivers were onsite at the two JPFs: the El Paso PTDU and RGV CPC. While not required by the FSA or 2022 Agreement, caregivers were also onsite at 21 of the inspected facilities, as CBP as CBP recognizes the value caregivers provide to UACs and FMUs.[23] The other 11 facilities did not have caregivers onsite due to the low number of children encountered. At locations without contracted caregivers, CBP personnel are responsible for the care and custody of children while onsite. During all inspections where caregivers were stationed, caregivers were observed interacting with UACs and FMUs. Caregivers not only assisted with children in custody but also provided support to children and families. Caregivers assisted families in caring for infants and provided additional amenities to UACs and FMUs. The caregivers also referred suspected medical and mental health issues to USBP.

*Recurring Challenges*

The inspections generally affirmed CBP facilities' compliance with the FSA requirements, with any identified care and custody issues being promptly addressed to the fullest extent possible by the facilities. However, data recordation remained the most frequent challenge identified by JCD across the SWB. I consistently remind the operators during onsite visits, FITs, and town halls that CBP needs to prioritize accurate recordation of custodial actions. Data recordation issues are outside the scope of the FSA and the 2022 Agreement, which only require provision of amenities, but they are an important way to record all that CBP does to provide for children in our custody.

Prior to an inspection, JCD selects a sample of five to 10 children in custody at the facilities to be inspected and reviews their custodial records in the USBP e3 Detention Module (e3DM) or in the OFO Unified Secondary (USEC) systems. JCD selects an additional sample of five to 10 children at the facilities to be inspected who are receiving medical care and reviews their custodial records in e3DM or USEC, as well as in the Electronic Medical Records maintained by the medical contractor. During an inspection, JCD interviews personnel familiar with entering custodial actions into the electronic systems, supervisory personnel over holding areas, personnel familiar with the medical processes, and contract medical personnel. When possible, JCD also observes children throughout the facility at various stages of processing, including during intake and outtake, as well

---

[23] Note that many of these 21 inspections were re-visits to the same facility. While only 10 CBP locations have caregivers onsite, JCD visited some sites multiple times.

CBP Juvenile Coordinator Report July 2026
Page **23** of **37**

as in medical and holding areas. During this reporting period, JCD conducted a data review of custodial actions recorded during 32 inspections and medical capabilities during 31 inspections.[24]

Data Recordation

The data reviews frequently revealed inconsistent data entry for custodial actions even though JCD observed that those actions were routinely completed for children in custody, including contact with family and cot/mat and/or blanket provided. I am pleased to report that the recording of welfare checks has a less frequent concern, identified in only five inspections this year. Moreover, even if there were occasional gaps in recorded welfare checks, JCD observed that children were under near constant supervision. Specifically, most facilities had an agent or officer, medical personnel, caregiver, or contracted security either directly supervising the children or conducting supplemental observation through video monitoring. Thus, even where there were data recordation issues, this issue only pertained to documentation and not to the actual work CBP was doing to ensure adequate supervision to protect minors. After each inspection, JCD provides the facility with a list of findings and requests corrective actions to be taken to resolve each finding. Facilities with inconsistent data entry for custodial actions attempted to remedy the deficiency by reminding personnel of the importance of, and requirement to, entering all custodial actions into the system of record and editing the system to accurately reflect the available amenities.

The most common data issues, found in nine of the 32 inspections, involved the recording of bedding provided and contact with family members. At some facilities, a few custody logs did not record that both a mat and blanket were provided. Mats and blankets were available at all facilities, and JCD observed that they were provided, but not accurately recorded. In response to JCD's inspection report, these facilities verbally reminded their personnel of the requirement to accurately record bedding upon intake.

The FSA requires CBP to facilitate contact between children and their family members when they are apprehended together. When operational feasibility prevents families from being held together, agents and officers must document the reason for holding the children and family members separately and the reasonable efforts made to provide interaction between the children and their family member(s). Each facility may hold family members in a different manner based on demographics and the capabilities of the facilities. As an example, some facilities may need to hold all teenage boys together, even those who arrived with a family member, while other facilities can hold a teenage boy together with his entire family. At two inspections, custody logs did not document the reason for holding family members and children apart nor whether any efforts were made to let them interact. At three inspections, facilities did document family interaction but not the reason for holding the individuals apart. At four facilities they did document the reason for holding them apart, but not any efforts to facilitate contact. Facilities took steps to remind employees of the contact requirements for children apprehended with family members and the importance of recording.

The recording of meals provided was found to be satisfactory in 28 of 32 inspections. JCD verified that facilities recorded at least breakfast, lunch, and dinner each day that a child was in custody.

---

[24] One location did not have contacted medical personal onsite as children were not typically held there long.

CBP Juvenile Coordinator Report July 2026
Page **24** of **37**

While JCD was onsite, they strived to observe at least one meal being served to understand how the facility provided meals to children in custody. While onsite, a JCD team member will taste the food. They verified the meals were served at an appropriate temperature and that the food was edible. The JCD employee generally reported that the food was edible, not spicy, and served at a correct temperature. Based on onsite interviews and JCD observations, I am assured that children are receiving regular meals. Four inspections revealed issues with recording a meal at least every six hours which is a CBP requirement not an FSA or 2022 Agreement requirement; in one of these four inspections, a meal served was also not recorded. Facilities commonly issue email or muster reminders to employees to properly record all custodial actions. Some facilities printed reminder sheets at processing desks to list all required custodial actions.

Medical Recordation

Recurring issues identified during the medical capabilities reviews involved the completion of medical forms and documentation of medical actions in the CBP systems of record. Some of these medical recordation issues are part of the 2022 Agreement but not required by the FSA. The FSA only requires emergency medical assistance as needed. CBP has internal policy requiring that medical care is documented. 25 of 32 inspections revealed a small number of incorrect or missing summaries of medical care (CBP Form 2501) provided while in custody. 14 of the 25 inspections were in RGV or EPT Sectors where the CBP Form 2501 is required by the 2022 Agreement; the other 11 inspections were outside of RGV and EPT sectors and the CBP Form 2501 is not required in those locations by the FSA. These forms sometimes lacked complete details of treated conditions or medications. While JCD usually samples 10 children with medical care in CBP custody, most of these 25 locations had one of 10 children with an incorrect or missing CBP 2501, representing a small number of the total children in CBP custody, and indicating significant improvement from past inspections where issues were far more widespread. JCD constantly works with OCMO and the medical service contractor to address these issues. I am heartened to see the numbers at each inspection are lower than they were in the past. When the CBP Form 2501 first started, there would be inspections where 10 of 10 children had a missing or incorrect CBP Form 2501. Now, even though there was an issue identified at 25 inspections, they were mostly one or two individuals in the sample. During these inspections, JCD informed the facilities of the CBP Form 2501 requirements. In facilities in which JCD received corrective actions, facilities coordinated with the medical service contractor to ensure accurate CBP Forms 2501s are generated immediately before children leave custody.

During 21 of 32 inspections, there were issues with recording medical actions in the system of record. These issues ranged from doses of medication, Enhanced Medical Monitoring, medical encounters, or the child's medical condition or prescription. These issues mainly pertain to the documentation of the medical actions by CBP, or the medical service contractor, took rather than to the actions themselves. Again, like the data entry issues, these are less common than they were in the past. Most of these issues are only one or two children in the sample. Through onsite interviews of CBP and medical contract personnel, I am assured that CBP provides the required medical care for the children in our custody. During each inspection, JCD and OCMO continue to educate the field on the importance of proper documentation to verify that CBP is facilitating continuity of care. In facilities where this finding occurred, facility management coordinated with their medical services contractors to ensure all medical actions were correctly documented.

CBP Juvenile Coordinator Report July 2026
Page **25** of **37**

In addition, at eight inspections, facilities did not provide child-friendly decoration in accordance with CBP's Trauma-Informed Care Memorandum. In some cases, the facility thought the Memorandum only required the decoration in UAC areas. In other cases, decorations would pose a hazard to detainees and were operationally infeasible to be placed safely, an allowed expectation by the Memorandum. In response to JCD's inspection report, these facilities purchased and placed child-friendly decoration in areas regularly holding children where operationally feasible.

The JCD team continues to message the importance of clear communication. At all inspections, management staff were aware of the requirement to provide a daily orientation message to UACs, an internal CBP requirement rather than an FSA requirement in all facilities except for RGV and EPT sectors. The 2022 Agreement does require a daily orientation message in RGV and EPT Sectors. In facilities with contracted caregiver services, caregivers communicate a daily message to all children. At facilities without contracted caregivers, CBP personnel give the daily message. JCD continues to stress the importance of providing clear information/instructions to children and the need for CBP and caregiver personnel to reiterate the daily message to all children. The importance of clear communication is also stressed at our town halls and during the FIT modules.

*Addressing Challenges*

My position requires not only identifying areas for improvement or potential instances of noncompliance but also facilitating solutions. As such, my team and I regularly communicate with various levels of management at CBP Headquarters and the field to address any ongoing issues, reiterate the importance of proper care while in custody, and monitor TIC. To closely monitor and ensure FSA compliance, announced and unannounced inspections are conducted of the CBP facilities where children are held. In addition to ongoing communication with CBP offices, JCD conducts FIT designed to provide guidance to USBP and OFO. This training covers important policy requirements and best practices regarding holding conditions, amenities, nutrition, and medical care of children in CBP custody.

During the JCD onsite inspections, all issues identified with the agents/officers facilitating the inspection are addressed. In addition, at the end of each inspection, the JCD team meets with the inspection participants and facility management to discuss the findings and offers feasible solutions driven by CBP policies, field experience and observations across the SWB. The importance of accurate recordation of custody actions and amenities is also stressed during the meeting. Furthermore, JCD facilitates contact and communication between facilities to ensure that best practices can become consistent and uniform throughout CBP. Following the inspection, the JCD Director contacts the corresponding sector or field office management to inform them of the inspection results. In these conversations, management have verbalized their goal to correctly record custodial actions and amenities across the board due to a lower census. JCD also includes USBP and OFO Headquarters program managers to ensure personnel at the station/POE, sector/field office, and headquarters levels are aware of the inspection results. In addition to communicating internally with USBP and OFO, my team and I are in frequent dialog with OCMO regarding medical documentation and the importance of accurate recordation of medical events. These conversations enable OCMO to address any external contractor issues, which are beyond CBP's direct control, ensuring efficient processes and strict policy adherence.

CBP Juvenile Coordinator Report July 2026
Page **26** of **37**

Each inspection is well documented and issues are promptly addressed. JCD requires that inspected facilities provide written documentation of the corrective actions taken to rectify all noncompliance. The facility is expected to provide a corrective action report within 30 days of the inspection explaining how the identified issues were addressed. Examples of corrective actions include placing amenities posters, placing clocks in areas visible to children, purchasing child-friendly furniture and changing tables, decorations, and recreational activities, reminding agents of policies, and offering training. Since one of CBP's highest priorities is to ensure all issues of noncompliance are promptly addressed, most facilities correct them based on onsite discussions and the inspection closeout, prior to official issuance of JCD's dashboard report.

## Interviews with Children and/or Parents/Legal Guardians

JCD continued to conduct voluntary interviews with children and/or parents or legal guardians who volunteered to be interviewed. My primary goal in instructing JCD to conduct interviews is to understand the experiences of children in CBP custody. To ensure children and their parents/legal guardians felt more at ease discussing personnel or issues from their time in custody, interviews were facilitated by two members of my team, notably including a native Spanish speaker. The JCD interviewers possess the skills necessary to build rapport with children and their parents/legal guardians, enabling them to cover a broad range of topics related to the FSA and the 2022 Agreement. JCD employs a consistent methodology, interviewing individual UACs and family units across all facilities to ensure an accurate and equitable understanding of each class member's experience. Concerns identified during interviews are discussed with facility management during inspection out-briefs and with staff immediately after the interview to address any issues.

Table 12 shows the locations JCD visited where we were able to conduct interviews. Table 13 lists the reasons why we were unable to conduct interviews during specific site visits. JCD conducted interviews at 16 of 32 inspections. Interviews were not conducted in facilities where children were declined to be interviewed or where no children were present.

CBP Juvenile Coordinator Report July 2026
Page **27** of **37**

**Table 12. Inspections with Interviews**

| Location | Date | Demographic | |
| --- | --- | --- | --- |
| | | UAC | FMU |
| RGV CPC | 7/22/2025 | 1 | 2 |
| El Paso PTDU | 7/24/2025 | 4 | 0 |
| El Paso PTDU | 8/19/2025 | 1 | 1 |
| RGV CPC | 9/15/2025 | 0 | 2 |
| El Paso PTDU | 9/17/2025 | 0 | 1 |
| Chula Vista/MCA | 11/5/2025 | 1 | 1 |
| RGV CPC | 12/9/2025 | 0 | 1 |
| El Paso PTDU | 12/11/2025 | 0 | 1 |
| El Centro Station | 2/10/2026 | 0 | 1 |
| El Paso PTDU | 3/10/2026 | 1 | 0 |
| RGV CPC | 3/12/2026 | 0 | 1 |
| MCA | 3/24/2026 | 0 | 1 |
| Uvalde Station | 4/7/2026 | 1 | 0 |
| MCA | 4/30/2026 | 0 | 1 |
| El Paso PTDU | 5/5/2026 | 1 | 2 |
| RGV CPC | 5/19/2026 | 1 | 2 |
| **TOTAL** | | **11** | **17** |

**Table 13. Inspections without Interviews**

| Children Declined to Be Interviewed | | | |
| --- | --- | --- | --- |
| RGV CPC (8/21/2025) | | Eagle Pass South Station (4/8/2026) | |
| No Children Onsite | | | |
| Otay Mesa POE (11/4/2025) | Nogales CPC (1/13/2026) | TCC (1/14/2026) | Nogales POE (1/15/2026) |
| Yuma Station (2/11/2026) | Chula Vista (3/24/2026) | Brown Field Station (3/25/2026) | San Ysidro POE (3/26/2026) |
| Del Rio Station (4/9/2026) | Calexico POE (4/29/2026) | Chula Vista (4/30/2026) | Santa Teresa (5/6/2026) |
| Fort Brown Station (5/20/2026) | | Brownsville POE (5/21/2026) | |

Overall, children or their parents reported having access to functional toilets and sinks, adequate ventilation, receiving hot meals and snacks, availability of drinking water at all times, receiving a mat and blanket(s), and seeing medical personnel. They also generally reported that CBP personnel

treated them with respect. In facilities where lights could be dimmed, interviewees generally reported that the facility dimmed lights at night, which contributed to their ability to sleep.

Most interviewees spoke positively about their treatment and the conditions of their stay. The most common topic that interviewees raised as a concern was food preferences. In 11 of 28 interviews, children did not prefer the food provided. While all stated the food was edible, they or their children expressed dislike for its taste, with some finding it too spicy or not aligned with their food preferences. In one example, a mother stated her young child didn't like the meat provided in the meals and was choosing to just eat snacks and fruit. JCD spoke with the facility and arranged for a vegetarian meal for lunch and for simple chicken and rice to be provided for dinner. JCD encouraged the caregivers to report instances of a child refusing meals to their supervisor and to request meal options, such as vegetarian meals, if a child consistently declines the provided food for consecutive meals. JCD extensively reviews the food provided at inspected facilities, and I remain confident that children are provided with nutritious food. While CBP endeavors to provide suitable meal options, individual taste preferences are diverse and can vary significantly.

Out of 28 interviews, eight interviewees complained about facilities being too cold and one stated it fluctuates; the other 19 interviewees stated the temperature was comfortable. CBP ensures temperatures are within established ranges and all inspected facilities were within an acceptable range. In one facility, CBP raised the temperature, even though it was already within the required range, to ensure the comfort of children. Blankets and extra clothing are always available for children if they want more warmth.

During interviews, children stated that they had received the daily message and saw the clock and time, but some stated that they did not know what amenities were available to them. JCD pointed out the posters that were displayed within the holding area and mentioned to them they could ask caregivers or CBP personnel for amenities.

The most common action JCD took after completing interviews was to request additional amenities for children, such as an additional toothbrush or a beanie. JCD also requested that a child be seen by medical personnel after informing JCD during the interview that they had an upset stomach, something the child had not mentioned to the caregivers or USBP. If a child or parent/legal guardian provided information that required additional clarification or was inconsistent with JCD's understanding of the facility's processes or CBP's standards of professionalism, JCD would discuss it with management and/or the appropriate staff for clarification or resolution.

JCD continues to emphasize that clear communication from CBP personnel and caregivers to children is a necessity, and this concept is repeated throughout JCD's discussions with facility management during inspection out-briefs and during FIT sessions. The interviews JCD conducted gave additional credence to CBP being substantially compliant with the FSA and the 2022 Agreement.

CBP Juvenile Coordinator Report July 2026
Page **29** of **37**

## Conclusion

JCD has been working closely on FSA requirements for 10 years and has consistently worked with CBP to implement best practices for the custody of children, whether or not required by the FSA or the 2022 Agreement. During this time, we have conducted extensive announced and unannounced site visits; developed a close working relationship with USBP, OFO, and OCMO; and collected data and analyzed it for trends and improvements. In my role as the JC, I continue to address and facilitate CBP's compliance with the FSA and ensure best practices in CBP's overall care of children in CBP custody. This includes the FIT program to train CBP personnel on the requirements of the FSA, the 2022 Agreement requirements, and CBP policies pertaining to the care of children in custody. The team's agility facilitates a rapid respond to emerging areas of concern. Finally, my team and I prioritize accessibility to the field, having cultivated trusted relationships.

Throughout this process, I have listened carefully to the Court, the Plaintiffs, and the observations of the JCM. Accordingly, I led the development and implementation of CBP's Layered and Integrated Monitoring Strategy, whereby OFO, USBP, and OCMO are monitoring conditions on a daily basis, and JCD continues to conduct inspections across the SWB. The CBP strategy is comprehensive and continues to identify potential issues in real time. As I have stated before, the identification of issues proves that CBP's strategy is working. As issues are identified, CBP components take steps to mitigate any adverse effects of identified issues.

The results of this strategy are seen in the inspections conducted across the SWB. CBP facilities provided regular access to meals and snacks, drinking water, functioning toilets, functioning sinks, adequate temperature and ventilation, and emergency medical assistance if needed as required by the FSA. Further, RGV and EPT sectors met the 2022 Agreement requirements: increased temperature range, 2022 Agreement amenities poster, disposable baby bottles, dental hygiene products, hygiene kits with showers, beanies and cloth swaddling blankets, and reasonable efforts to provide televisions and recreational activity. Overall, CBP continues to implement and comply with CBP policies and best practices to ensure that the agency provides the best possible care for children in its custody that are above and beyond the FSA and 2022 Agreement requirements. Management promptly acknowledges and swiftly addresses issues identified by JCD, the Deputy JC, or me.

CBP maintains ongoing self-monitoring of all related responsibilities to ensure future compliance with the 2022 Agreement. I am confident that the requisite legal standards for the FSA have been met. I further state without reservation that CBP has been and will continue to be substantially compliant with the FSA and the 2022 Agreement.

CBP Juvenile Coordinator Report July 2026
Page **30** of **37**

**APPENDIX I**

After Tables 14, 15, and 16 is an explanation for the items in the chart with a "No" or asterisk.

### Table 14. CBP OFO Facility Compliance

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **Laredo Field Office** | | | | | | | | | |
| Brownsville POE | 5/21/2026 | Yes | Yes | Yes* | Yes | Yes | No | No* | Yes |
| **San Diego Field Office** | | | | | | | | | |
| Otay Mesa POE | 11/4/2025 | Yes | Yes | Yes | Yes | Yes | No | No* | Yes |
| San Ysidro POE | 3/26/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Calexico POE | 4/29/2026 | Yes* | Yes | Yes | Yes | Yes | Yes | No* | Yes* |
| **Tucson Field Office** | | | | | | | | | |
| Nogales POE | 1/15/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |

**Table 15. CBP USBP Facility Compliance**

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| **Del Rio Sector** | | | | | | | | | |
| Uvalde Station | 4/7/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Eagle Pass South Station | 4/8/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Del Rio Station | 4/9/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| **El Centro Sector** | | | | | | | | | |
| El Centro Station | 2/10/2026 | Yes* | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| **El Paso Sector** | | | | | | | | | |
| El Paso MCPC | 7/24/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso MCPC | 8/19/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso MCPC | 9/17/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso PTDU | 12/11/2025 | Yes* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso PTDU | 3/10/2026 | Yes* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| El Paso PTDU | 5/5/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Santa Teresa Station | 5/6/2026 | Yes | Yes | Yes* | Yes | Yes | No | No* | Yes |
| **Rio Grande Valley Sector** | | | | | | | | | |
| RGV CPC (Ursula) | 7/22/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC (Ursula) | 8/21/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC (Ursula) | 9/15/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC (Ursula) | 12/9/2025 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC (Ursula) | 3/12/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| RGV CPC (Ursula) | 5/19/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes* | Yes |
| Fort Brown Station | 5/20/2026 | Yes | Yes | Yes | Yes | Yes | No | No* | Yes* |

CBP Juvenile Coordinator Report July 2026
Page **32** of **37**

**Table 16. CBP USBP Facility Compliance**

| Location | Date of Inspection | Access To Food/ Snacks | Access to Clean Drinking Water | Access to Functioning Toilets/Sinks | Cot/Mat and Blanket Available | Adequate Temperature & Ventilation | Shower Facilities Onsite | Hand Soap or Sanitizer in Hold Room | Contract Medical Personnel Onsite |
|---|---|---|---|---|---|---|---|---|---|
| San Diego Sector | | | | | | | | | |
| Chula Vista Station | 11/5/2025 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Movement Coordination Area | 3/24/2026 | Yes* | Yes* | Yes | Yes | Yes | Yes | No* | Yes |
| Chula Vista Station | 3/24/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |
| Brown Field Station | 3/25/2026 | Yes | Yes | Yes | Yes | Yes | No* | No* | No |
| Movement Coordination Area | 4/30/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Chula Vista Station | 4/30/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Tucson Sector | | | | | | | | | |
| Nogales Processing Facility | 1/13/2026 | Yes* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Tucson Processing Facility | 1/14/2026 | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Yuma Sector | | | | | | | | | |
| Yuma Station | 2/11/2026 | Yes | Yes | Yes | Yes | Yes | Yes | No* | Yes |

CBP Juvenile Coordinator Report July 2026
Page **33** of **37**

## **Explanation**

Below is an explanation for the items in Tables 14, 15, and 16 with a "No" or an asterisk. While CBP remains substantially compliant, there is always room for improvement. While onsite, JCD discussed these issues with the inspected facilities. Except for locations without shower facilities, most items were addressed either while JCD was onsite (ex: filing a maintenance request) or soon thereafter (ex: purchasing baby bottles).

### **OFO**

*Laredo Field Office*

Brownsville POE (May 21, 2026)

Facility had one cell with non-functioning sinks, and one cell with a slightly over pressurized sink. Children had access to a functioning sink. Facility placed a work ticket for both sinks to be fixed the day of the visit. Children were held in a family unit area and not in the cells. They used the cells to access bathrooms. Facility did not have a shower facility onsite. When a shower is needed, facility transfers to RGV CPC. Since children are not held in a holding area with a toilet, soap was not in the holding area but in the designated bathroom area.

*San Diego Field Office*

Otay Mesa POE (November 4, 2025)

Facility does not have showers onsite. When a shower is needed, facility transfers to nearby San Ysidro POE. Facility did not have soap dispensers in the hold room; however, children and families were provided with packets of liquid soap upon intake and available upon request. Hand sanitizer was also available upon request.

San Ysidro POE (March 26, 2026)

Soap and hand sanitizer were not available in each of the holding areas; however, they were available upon request and in the cafeteria.

Calexico POE (April 29, 2026)

Found Chewy granola bars that had expired on April 11, 2026; they were immediately discarded. Facility began a process to ensure that items on the cart for children to access freely were checked periodically for expiration dates. Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request. Contract medical personnel were not available onsite 24/7, they worked from 6 A.M. to 10 P.M. Children had access to emergency medical care as needed and were only held at the POE for a short period of time before being transferred out of custody.

CBP Juvenile Coordinator Report July 2026
Page **34** of **37**

*Tucson Field Office*

Nogales POE (January 15, 2026)

Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request.

**USBP**

*Del Rio Sector*

Uvalde Station (April 7, 2026)

No issues identified.

Eagle Pass South Station (April 8, 2026)

Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request.

Del Rio Station (April 9, 2026

Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request.

*El Centro Sector*

El Centro Station (February 10, 2026)

Expired food items were found. Food was immediately discarded and facility implemented a food log checklist. Facility did not have soap or hand sanitizer inside the holding areas; however, soap and hand sanitizer were available upon request.

*El Paso Sector*

El Paso MCPC (July 24, 2025)

No issues identified.

El Paso MCPC (August 19, 2025)

No issues identified.

El Paso MCPC (September 17, 2025)

No issues identified.

CBP Juvenile Coordinator Report July 2026
Page **35** of **37**

El Paso PTDU (December 11, 2025)

Tender-age lunch was provided, but it was not cut into smaller, bite-sized pieces. The food vendor has been reminded about cutting tender-age meals. Supervisory Border Patrol Agents have been reminded to spot check meals to ensure the vendor is preparing tender-age meals as requested.

El Paso PTDU (March 10, 2026)

Tender-age lunch was provided, but it was not cut into smaller, bite-sized pieces. The food vendor has been reminded about cutting tender-age meals. Facility management took immediate steps to correct the contracted meal provider who had misunderstood the requirement. Supervisory Border Patrol Agents have been reminded to spot check meals to ensure the vendor is preparing tender-age meals as requested.

El Paso PTDU (May 5, 2026)

No issues identified.

Santa Teresa Station (May 6, 2026)

Cell 6 had a non-functioning cold-water faucet. The sink still had hot water and the cell had another sink, so children had access to a functioning sink. Facility does not have showers available onsite. When a shower is needed, facility transfers to El Paso PTDU. Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request.

*Rio Grande Valley Sector*

RGV CPC (July 22, 2025)

No issues identified.

RGV CPC (August 21, 2025)

No issues identified.

RGV CPC (September 15, 2025)

No issues identified.

RGV CPC (December 9, 2025)

No issues identified.

CBP Juvenile Coordinator Report July 2026
Page **36** of **37**

RGV CPC (May 19, 2026)

Facility had hand sanitizer available upon request in the male UAC hold room as the facility reported that children had been attempting to huff the hand sanitizer instead of utilizing it when needed. Caregivers stated it was available multiple times a day and provided it before every meal.

Fort Brown Station (May 20, 2026)

Facility did not have showers onsite but did have Paper Showers available. When a shower is needed, facility transfers to RGV CPC. Facility had a missing soap dispenser in one cell during the inspection; facility submitted a work ticket to have it re-installed. Hand sanitizer was available upon request. Contract medical personnel were not available onsite 24/7, they worked 6 P.M. to 6 A.M. Children had access to emergency medical care as needed and were only held at the station for a short period of time before being transferred to RGV CPC.

*San Diego Sector*

Chula Vista Station (November 5, 2025)

Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request from caregivers stationed outside holding areas. Facility does not have showers, but there are showers available at the MCA which is a short walk from the station.

Movement Coordination Area (March 24, 2026)

No tender-age meals were available. Contracted meals are now being served to class members at this facility. The contracted service provides tender-age meals. Additionally, contracted caregivers are tasked with serving prepared meals and assisting children and families as needed (i.e. cutting portions to age-appropriate size). The water hose for filling jugs was not properly maintained or sanitized. Children and families are now provided with bottled water in their holding room. Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request with caregivers stationed outside holding areas.

Chula Vista Station (March 24, 2026)

Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request from caregivers stationed outside holding areas. Facility does not have showers, but there are showers available at the MCA which is a short walk from the station.

Brown Field Station (March 25, 2026)

No showers facilities onsite; Paper Shower provided and children were quickly transferred to a facility with showers. Facility did not have soap or hand sanitizer inside the holding areas; however, hand sanitizer was available upon request. Contract medical personnel were not

CBP Juvenile Coordinator Report July 2026
Page **37** of **37**

available onsite but were located at a nearby facility. Children had access to emergency medical care as needed and were only held at the station for a short period of time.

Movement Coordination Area (April 30, 2026)

No issues identified.

Chula Vista Station (April 30, 2026)

Facility does not have showers, but there are showers available at the MCA, which is a short walk from the station.

*Tucson Sector*

Nogales CPC (January 13, 2026)

Expired food found. Food was immediately discarded and facility implemented a daily walkthrough to ensure no expired food is within the facility.

Tucson Coordination Center (January 14, 2026)

No issues identified.

*Yuma Sector*

Yuma Station (February 11, 2026)

Facility did not have soap or hand sanitizer inside the holding areas; however, soap and hand sanitizer were available upon request.