**TABLE OF EXHIBITS**

**Exhibit Index to Plaintiffs' Response to
July 1, 2026 ICE Juvenile Coordinator Annual Report**

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Declaration of Leecia Welch, July 15, 2026 ("Welch Decl.") |
| 2 | Declaration of Avneet Chhabra, July 10, 2026 ("Chhabra Decl.") |
| 3 | Declaration of Elora Mukherjee, July 11, 2026 ("Mukherjee Decl.") |
| 4 | Declaration of Rodolfo Altillo, July 9, 2026 ("Altillo Decl.") |
| 5 | M.A.B.H. Declaration (Dilley), June 1, 2026 ("M.A.B.H. Decl.") |
| 6 | J.C.B. Declaration (Dilley), June 3, 2026 ("J.C.B. Decl.") |
| 7 | N.A.A. Declaration (Dilley), June 2, 2026 ("N.A.A. Decl.") |
| 8 | L.R.V. Declaration (Dilley), June 2, 2026 ("L.R.V. Decl.") |
| 9 | M.P.O Declaration (Dilley), June 1, 2026 ("M.P.O. Decl.") |
| 10 | L.R.P Declaration (Dilley), June 8, 2026 ("L.R.P. Decl.") |
| 11 | M.G.O. Declaration (Dilley), June 2, 2026 ("M.G.O. Decl.") |
| 12 | J.C.M. Declaration (Dilley), June 8, 2026 ("J.C.M. Decl.") |
| 13 | D.C. Declaration (Dilley), June 2, 2026 ("D.C. Decl.") |

**Previously Filed Declarations**

| Docket No. | Description |
|---|---|
| 1575-5 | Declaration of T.M., June 5, 2025 ("T.M. Decl.") |
| 1575-6 | Declaration of K.V.L., May 2, 2025 ("K.V.L. Decl.") |

| 1575-13 | Declaration of F.Y., May 1, 2025 ("F.Y. Decl.") |
| 1575-14 | Declaration of M.M., May 2, 2025 ("M.M. Decl.") |
| 1575-15 | Declaration of M.P.C., May 2, 2025 ("M.P.C. Decl.") |
| 1575-16 | Declaration of A.T., May 2, 2025 ("A.T. Decl.") |
| 1575-27 | Declaration of L.Q.A., May 2, 2025 ("L.Q.A. Decl.") |
| 1584-6 | Declaration of L.J.H.G., May 5, 2025 ("L.J.H.G. Decl.") |
| 1584-8 | Declaration of Y.F.A., May 1, 2025 ("Y.F.A. Decl.") |
| 1584-9 | Declaration of C.M.Z., June 5, 2025 ("C.M.Z. Decl.") |
| 1584-11 | Declaration of N.K.N.N., June 5, 2025 ("N.K.N.N. Decl.") |
| 1584-12 | Declaration of S.L., May 2, 2025 ("S.L. Decl.") |
| 1656-2 | Declaration of G.Z.B., July 28, 2025 ("G.Z.B. Decl.") |
| 1656-3 | Declaration of R.F.Z., July 28, 2025 ("R.F.Z. Decl.") |
| 1656-4 | Declaration of C.G.V., July 28, 2025 ("C.G.V. Decl.") |
| 1656-5 | Declaration of C.H., July 28, 2025 ("C.H. Decl.") |
| 1656-6 | Declaration of W.M.A., July 29, 2025 ("W.M.A. Decl.") |
| 1656-7 | Declaration of E.Z.R., May 1, 2025 ("E.Z.R. Decl.") |
| 1656-8 | Declaration of A.D.C., September 9, 2025 ("A.D.C. Decl.") |

| | |
|---|---|
| 1656-9 | Declaration of A.T., June 4, 2025 ("A.T. Decl.") |
| 1656-10 | Declaration of E.M., June 5, 2025 ("E.M. Decl.") |
| 1656-11 | Declaration of E.R.R., May 2, 2025 ("E.R.R. Decl.") |
| 1656-12 | Declaration of E.O.N.M., July 28, 2025 ("E.O.N.M. Decl.") |
| 1656-13 | Declaration of I.C.B., July 28, 2025 ("I.C.B. Decl.") |
| 1656-14 | Declaration of F.J.A., July 28, 2025 ("F.J.A. Decl.") |
| 1656-15 | Declaration of K.M., July 28, 2025 ("K.M. Decl.") |
| 1656-16 | Declaration of B.G.R., July 29, 2025 ("B.G.R. Decl.") |
| 1656-17 | Declaration of M.O., July 29, 2025 ("M.O. Decl.") |
| 1706-4 | Declaration of J.R.F., September 9, 2025 ("J.R.F. Decl.") |
| 1706-5 | Declaration of Z.F., September 10, 2025 ("Z.F. Decl.") |
| 1706-6 | Declaration of I.B., September 11, 2025 ("I.B. Decl.") |
| 1706-7 | Declaration of N.V.S.M., November 18, 2025 ("N.V.S.M. Decl.") |
| 1706-8 | Declaration of C.R.G., November 18, 2025 ("C.R.G. Decl.") |
| 1706-9 | Declaration of A.K., November 19, 2025 ("A.K. Nov. Decl.") |
| 1706-10 | Declaration of M.M.S., November 18, 2025 ("M.M.S. Nov. Decl.") |

| 1706-11 | Declaration of M.R.P., September 11, 2025 ("M.R.P. Decl.") |
|---|---|
| 1706-12 | Declaration of N.G.C., October 10, 2025 ("N.G.C. Decl.") |
| 1706-13 | Declaration of L.R.L., October 9, 2025 ("L.R.L. Decl.") |
| 1706-14 | Declaration of J.V.D.A., September 10, 2025 ("J.V.D.A. Decl.") |
| 1706-15 | Declaration of K.M.L., September 10, 2025 ("K.M.L. Decl.") |
| 1706-16 | Declaration of N.G., November 21, 2025 ("N.G. Decl.") |
| 1706-17 | Declaration of K.V.L., October 9, 2025 ("K.V.L. Decl.") |
| 1706-18 | Declaration of V.L.G., October 9, 2025 ("V.L.G. Decl.") |
| 1706-19 | Declaration of N.C.G., September 11, 2025 ("N.C.G. Decl.") |
| 1706-20 | Declaration of D.C.R.R., November 21, 2025 ("D.C.R.R. Nov. Decl.") |
| 1706-21 | Declaration of S.M.G., October 9, 2025 ("S.M.G. Decl.") |
| 1706-22 | Declaration of N.T.G., September 10, 2025 ("N.T.G. Decl.") |
| 1706-23 | Declaration of Q.G., September 10, 2025 ("Q.G. Decl.") |
| 1706-24 | Declaration of A.T.L., September 11, 2025 ("A.T.L. Decl.") |
| 1748-2 | Declaration of Leecia Welch, March 20, 2026 ("Welch Mar. Decl.") |
| 1748-4 | Declaration of C.C.A., February 12, 2026 ("C.C.A. Decl.") |

| 1748-5 | Declaration of M.S.P., March 12, 2026 ("M.S.P. Decl.") |
|---|---|
| 1748-6 | Declaration of M.M.S., January 15, 2026 ("M.M.S. Jan. Decl.") |
| 1748-7 | Declaration of C.R.B., January 15, 2026 ("C.R.B. Jan. Decl.") |
| 1748-8 | Declaration of N.P.V., March 11, 2026 ("N.P.V. Decl.") |
| 1748-9 | Declaration of E.C.M., March 12, 2026 ("E.C.M. Decl.") |
| 1748-10 | Declaration of M.T.H., March 11, 2026 ("M.T.H. Mar. Decl.") |
| 1748-11 | Declaration of J.A., March 11, 2026 ("J.A. Decl.") |
| 1748-12 | Declaration of T.M., March 11, 2026 ("T.M. Decl.") |
| 1748-13 | Declaration of C.H.H., January 15, 2026 ("C.H.H. Decl.") |
| 1748-14 | Declaration of D.P.C.S., January 14, 2026 ("D.P.C.S. Decl.") |
| 1748-15 | Declaration of S.K., March 12, 2026 ("S.K. Decl.") |
| 1748-17 | Declaration of N.C.C., February 12, 2026 ("N.C.C. Decl.") |
| 1748-18 | Declaration of L.R.C., February 12, 2026 ("L.R.C. Decl.") |
| 1748-19 | Declaration of M.B.O.D., January 14, 2026 ("M.B.O.D. Decl.") |
| 1748-20 | Declaration of J.V.G., February 11, 2026 ("J.V.G. Decl.") |
| 1748-21 | Declaration of Z.V., February 11, 2026 ("Z.V. Decl.") |
| 1748-22 | Declaration of A.P., January 14, 2026 ("A.P. Decl.") |

| 1748-23 | Declaration of Y.H.H., January 14, 2026 ("Y.H.H. Decl.") |
|---|---|
| 1748-24 | Declaration of S.S., January 15, 2026 ("S.S. Decl.") |
| 1748-25 | Declaration of A.K., January 14, 2026 ("A.K. Jan. Decl.") |
| 1748-26 | Declaration of A.M.P., February 12, 2026 ("A.M.P. Decl.") |
| 1748-27 | Declaration of N.M., January 14, 2026 ("N.M. Decl.") |
| 1748-28 | Declaration of J.B.A., March 12, 2026 ("J.B.A. Decl.") |
| 1748-29 | Declaration of D.R.R., January 15, 2026 ("D.R.R. Jan. Decl.") |
| 1748-30 | Declaration of O.S., August 12, 2025 ("O.S. Aug. Decl.") |
| 1748-31 | Declaration of L.T.P., January 14, 2026 ("L.T.P. Decl.") |
| 1748-32 | Declaration of M.S.M., January 15, 2026 ("M.S.M. Decl.") |
| 1748-33 | Declaration of N.S.R., March 12, 2026 ("N.S.R. Decl.") |
| 1748-34 | Declaration of C.R.B., October 10, 2025 ("C.R.B. Oct. Decl.") |
| 1748-35 | Declaration of K.P.L.R., November 18, 2025 ("K.P.L.R. Decl.") |
| 1748-36 | Declaration of M.L.S., February 12, 2026 ("M.L.S. Decl.") |
| 1748-37 | Declaration of M.P.P., February 11, 2026 ("M.P.P. Decl.") |
| 1764-4 | Declaration of Lyndsey Marcelino-Schalkwyk, April 28, 2026 ("Marcelino Schalkwyk Decl." |

| 1779-4 | Declaration of C.G.C., April 22, 2026 ("C.G.C. Decl.") |
|---|---|
| 1779-5 | Declaration of A.O., May 8, 2026 ("A.O. Decl.") |
| 1779-6 | Declaration of M.T.H., April 22, 2026 ("M.T.H. Apr. Decl.") |
| 1779-7 | Declaration of R.G.H., April 22, 2026 ("R.G.H. Decl.") |
| 1779-8 | Declaration of S.D.C., March 11, 2026 ("S.D.C. Decl.") |
| 1779-9 | Declaration of G.S., April 22, 2026 ("G.S. Decl.") |
| 1779-10 | Declaration of R.R.M., April 23, 2026 ("R.R.M. Decl.") |
| 1779-11 | Declaration of O.S., May 16, 2026 ("O.S. May Decl.") |
| 1779-12 | Declaration of A.L.G., March 11, 2026 ("A.L.G. Decl.") |
| 1779-14 | Declaration of E.C.M., April 23, 2026 ("E.C.M. Decl.") |
| 1779-15 | Declaration of W.L., March 12, 2026 ("W.L. Decl.") |
| 1779-16 | Declaration of J.A.I., April 23, 2026 ("J.A.I. Decl.") |
| 1779-17 | Declaration of Y.G.P., April 23, 2026 ("Y.G.P. Decl.") |
| 1779-18 | Declaration of O.B., April 23, 2026 ("O.B. Decl.") |