# EXHIBIT 2

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Bardis Vakili (Cal. Bar No. 247783)
Sarah E. Kahn (Cal. Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | DECLARATION OF AVNEET CHHABRA |
| v. | |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | JUDGE: Hon. Dolly M. Gee |
| Defendants. | |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
428 13th St, Floor 5
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
2300 18th Street NW
P.O. Box 21156
Washington, DC 20009
Telephone: (202) 868-4792
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

ii

**DECLARATION OF AVNEET CHHABRA**

I, Avneet Chhabra, declare as follows:

1.      I am a Paralegal at the National Center for Youth Law. I support Plaintiffs' counsel in the above-titled action. If called to testify in this case, I would testify competently about these facts.

2.      This declaration and the attached exhibits are based on my personal knowledge. If called to testify in this case, I would testify competently about these facts and those included in the exhibits described below.

3.      Under the Court's August 21, 2015 order [Doc. # 189], Defendants Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP") are required to provide Plaintiffs' counsel with monthly data reports on all class members in their custody collected under Paragraph 28A of the *Flores* Settlement Agreement ("monthly data reports").

4.      Under attorney supervision, I regularly review Defendants' monthly data reports, which are produced in Excel format.

Sources of Data

5.      Defendants produced multiple versions of some monthly data reports because of data errors identified by Plaintiffs in the initial reports. *See* Declaration of Rebecca Wolozin ¶ 15 & Ex. H [Doc. # 1764-3].

6.      For purposes of this declaration, I analyzed the following data reports:

| Date Produced | Original File Name |
| --- | --- |
| 03/31/2026 | CBP Children with TIC greater than 72 hours_FEB2026 |
| 05/01/2026 | February 2026 ICE Flores Report Updated |
| 05/01/2026 | March 2026 Flores ICE Report Updated |
| 05/01/2026 | CBP Children with TIC greater than 72 hours_MAR2026 |

1

| 05/26/2026 | April 2026 ICE Flores Report |
| --- | --- |
| 05/26/2026 | CBP Children with TIC greater than 72 hours_APR2026 |
| 07/01/2026 | May 2026 ICE Flores Report |
| 07/06/2026 | CBP Children with TIC greater than 72 hours_MAY2026 |

Length of Stay in CBP Facilities

7.     The CBP monthly data reports include only children held for over 72 hours in CBP custody. These data reports include parameters for "Encounter Date," "Sector / Field Office," and "Demographic." Under "Demographic," children are identified as unaccompanied minors ("UAC"), members of family units ("FMUA"), or accompanied minors ("AC").

8.     To summarize the placement of children by geographic location, I created a table in Microsoft Word with columns for "Field / Sector Office," month, and "Demographic." I included data from the February 2026, March 2026, April 2026, and May 2026 data reports. A true and correct copy of this table is attached hereto as Exhibit A ("CBP Data Analysis").

9.     To create this table, I followed the following steps in Microsoft Excel.

10.     In the Excel data sheet for each month, I filtered by each "Field / Sector Office" individually to create lists of each placement by location. For each filtered list, I manually counted the number of children to produce a "Total" for that "Field / Sector Office." A few children appear twice in the data because they had two separate stays in CBP custody that each exceeded 3 days.

11.     I then filtered each list further by "Demographic" to produce a total for each category. I manually counted the number of individual children under "UAC," "FMUA," and "AC" for each "Field / Sector Office."

12.     Some children categorized as UAC in CBP's data have "United States" listed as their country of origin. These children appear to be United States citizens misclassified as UACs. Because the monthly data does not include a separate category for United States citizens and because I have no further information

DECLARATION OF AVNEET CHHABRA
CV 85-4544-DMG-AGRX

regarding these children, I maintained the classification that appears in CBP's data.

13.    The monthly data report includes only abbreviations for Field/Sector Office. Where I am aware of the corresponding location for that abbreviation, I listed it in the chart.

14.    To identify the 5 children with the longest times in custody in February, March, April, and May 2026, I sorted the data by greatest TIC time and recorded the information in the five top rows. I calculated days by dividing the hours by 24. I rounded to the nearest day.

15.    To identify the ages of class members at the time of CBP encounter, I created a new column titled "Age" and used the following formula: =DATEDIF(E ROW NUMBER, B ROW NUMBER, "y"). E is the "Date of Birth" column and B is the "Encounter Date" column.

Length of Stay in Family Detention

16.    The ICE monthly data reports include parameters for "Alien File Number," "Birth Date," "Country of Citizenship," "Book-in Date," "Book-out Date," "Facility Length of Stay (Days)," "Facility Name," "Facility Type," "Release Reason," and "Unaccompanied Juvenile Y/N."

17.    To summarize the length of stay for children in family detention in February 2026, March 2026, April 2026, and May 2026, I created a table in Microsoft Word with columns for "Days," "Number of Individuals" and the month. A true and correct copy of this table is attached hereto as Exhibit B ("ICE Data Analysis").

18.    To create this table, I followed the following steps in Microsoft Excel.

19.    In the Excel data sheet for each month of ICE data, I filtered by "Facility Type" to "Family" to create a list of all placements in family detention for that month.

20.    For each month's list of placements in family detention, I sorted this list by "Facility Length of Stay (Days)" from largest to smallest. Some children had

3

multiple records of detention under "Family" because they were booked out of the South Texas Family Residential Center (Dilley) to a hotel or other short-term facility and then re-booked into Dilley. For children with multiple records of detention under "Family," I added the separate "Facility Length of Stay (Days)(s)" together if the later stays occurred in or extended into that month.

21.    For each month of data, I manually counted the number of individual children with a length of stay in family detention in the ranges of 1-4 days, 5-7 days, 8-10 days, 11-13 days, 14-16 days, 17-19 days, 20-39 days, 40-59 days, 60-79 days, and 80+ days. For purposes of this calculation, I rounded all length of stay numbers down. For instance, a stay of 4.99 days would be counted in the 1-4 days range.

Length of Stay in Hotel Detention

22.    With the same ICE data described in the prior section, I created a summary of data relating to hotel stays over 3 days for April 2026 and May 2026. A true and correct copy of this analysis is attached hereto as Exhibit B ("ICE Data Analysis").

23.    Hotel placements are listed as "Other" under "Facility Type" and with rare exceptions the "Facility Name" is listed as "JFMTCU Temp Hotel Stay" without identifying the name or location of the hotel. In April 2026, all hotel stays were listed under "JFMTCU Temp Hotel Stay." In May 2026, the only other "Facility Name"(s) that referenced a hotel were "Embassy Suites – Dallas," and "Embassy Suites by Hilton."

24.    To count the number of hotel stays over 3 days in April and May 2026, I filtered "Facility Type" to "Other" for each month's ICE data. In the April 2026 data, I filtered "Facility Name" to include only "JFMTCU Temp Hotel Stay." In the May 2026 data, I filtered "Facility Name" to include only "JFMTCU Temp Hotel Stay," "Embassy Suites – Dallas," and "Embassy Suites by Hilton."

25.    In each of these lists, I manually counted each individual hotel stay over

4

three days. In this count, I did not include hotel stays that took place entirely in previous months. If a child was held in a hotel for over three days in both April and May, they are included in both totals.

26.    For each month, I sorted the list by "Facility Length of Stay (Days)" from largest to smallest. I then identified the seven individual children with the longest lengths of stay in hotels.

27.    I removed all filters of "Facility Name" and "Facility Type" and provided summaries of each of these children's movements across ICE custody.

28.    To identify the ages of class members at the time the data was captured, I created a new column titled "Age" and used the following formula: =INT(YEARFRAC(F ROW NUMBER,DATE("YYYY-M-D"))), where "F" is the "Birth Date" column and "YYYY-M-D" represents the date provided in the dataset as the end of the reporting period. In March 2026, this was 2026-03-31. In April 2026, this was 2026-04-30.

29.    Some children with the longest stays in hotels in April 2026 were also identified as those with the longest stays in hotels in May 2026 because their hotel stay extended from April to May. For the purposes of this analysis, I included those children only in the May 2026 list of longest stays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2026 in Washington, D.C.

_____

Avneet Chhabra

5

DECLARATION OF AVNEET CHHABRA
CV 85-4544-DMG-AGRX

# EXHIBIT A

Case 2:85-cv-04544-DMG-AGR   Document 1811-3   Filed 07/15/26   Page 9 of 19   Page ID #:64974

*Flores* **Monthly Reporting – CBP Data Analysis**

I.    <u>**Longest Times in Custody**</u>

|  | **February 2026** | **March 2026** | **April 2026** | **May 2026** |
|---|---|---|---|---|
| 1. | **679.50 Hours (28 Days)** 0-year old L.B.O., FMUA, SDC | **412.07 Hours (17 Days)** 0-year-old M.G.T. FMUA, RGV | **379.98 Hours (16 Days)** 17-year old M.J.F. FMUA, RGV | **384.23 Hours (16.01 Days)** 4-year-old K.O.A.R., FMUA, YUM |
| 2. | **679.53 Hours (28 Days)** 2-year-old E.N.B., FMUA, SDC | **412.07 Hours (17 Days)** 2-year-old J.J.T.D. FMUA, RGV | **379.97 Hours (16 Days)** 1-year-old M.G.A.F. UAC, RGV *Listed as UAC but Country of Birth is United States of America | **375.77 Hours (16 Days)** 0-year-old L.A.R. FMUA, TCA |
| 3. | **679.53 Hours (28 Days)** 11-year-old E.A.B., FMUA, SDC | **412.07 Hours (17 Days)** 12-year-old A.M.G.T. FMUA, RGV | **347.6 Hours (14 Days)** 4-year-old Y.C.Y.Q., FMUA, EPT | **324.92 Hours (14 Days)** 10-year-old K.A.S.S. FMUA, RGV |
| 4. | **679.53 Hours (28 Days)** 15-year-old O.G.B. FMUA, SDC | **412.07 Hours (17 Days)** 16-year-old J.S.G.T. FMUA, RGV | **347.25 Hours (14 Days)** 2-year-old J.D.M.R. FMUA, RGV | **298.08 Hours (12 Days)** 0-year-old L.G.G. UAC, RGV *Listed as UAC but Country of Birth is United States of America |
| 5. | **571.48 Hours** | **353.42 Hours[1]** | **347.25 Hours** | **285.90 Hours[2]** |

---

[1] Three additional children aged 5, 9, and 11 years old had an identical length of stay of 353.42 hours in the March 2026 data.

[2] One additional child aged 11 years old had an identical length of stay of 285.9 hours in the May 2026 data.

| | (24 Days) 8-year-old J.A.M.A. FMUA, EPT | (15 Days) 2-year-old I.O.P.G. FMUA, SDC | (14 Days) 3-year-old W.N.M.R. FMUA, RGV | (12 Days) 7-year-old J.S.T.B. FMUA, RGV |
|---|---|---|---|---|

**II.    Class Members in CBP Custody Over 72 Hours by Field/Sector Office**

| Field/Sector Office | February 2026 | | | | March 2026 | | | | April 2026 | | | | May 2026 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AM | UAC | FMUA | Total | AM | UAC | FMUA | Total | AM | UAC | FMUA | Total | AM | UAC | FMUA | Total |
| Baltimore | – | – | – | – | – | – | – | – | – | – | – | – | 0 | 0 | 1 | **1** |
| Big Bend (BBT) | 0 | 1 | 0 | **1** | 0 | 1 | 0 | **1** | – | – | – | – | 0 | 0 | 1 | **1** |
| Blaine (BLW) | 0 | 0 | 3 | **3** | 0 | 0 | 0 | **0** | – | – | – | – | – | – | – | – |
| Buffalo | – | – | – | – | 0 | 0 | 4 | **4** | – | – | – | – | – | – | – | – |
| Buffalo (BUN) | – | – | – | – | 0 | 0 | 1 | **1** | – | – | – | – | – | – | – | – |
| Detroit | – | – | – | – | 2 | 0 | 0 | **2** | 2 | 0 | 0 | **2** | – | – | – | – |
| Detroit Sector (DTM) | – | – | – | – | – | – | – | – | 0 | 0 | 2 | **2** | – | – | – | – |
| Del Rio (DRT) | – | 3 | 5 | **8** | 0 | 1 | 6 | **7** | – | – | 11 | **11** | 0 | 1 | 24 | **25** |
| El Centro (ELC) | – | – | 2 | **2** | 0 | 0 | 1 | **1** | – | – | – | – | – | – | – | – |
| El Paso (EPT) | 0 | 0 | 8 | **8** | 0 | 9 | 7 | **16** | 0 | 8 | 18 | **26** | 0 | 8 | 22 | **30** |

2

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Houlton (HLT) | – | – | 1 | **1** | 0 | 1 | 0 | **1** | – | – | – | – | – | – | – | – |
| Havre (HVM) | – | – | 1 | **1** | 0 | 0 | 2 | **2** | – | – | – | – | – | – | – | – |
| Houston | – | – | 1 | **1** | 0 | 0 | 0 | **0** | – | – | – | – | – | – | – | – |
| Laredo | – | – | 1 | 1 | – | – | – | – | 1 | 0 | 0 | **1** | – | – | – | – |
| Laredo Sector (LRT) | 0 | 6 | 3 | **9** | 0 | 26 | 6 | **32** | 0 | 26 | 12 | **38** | 0 | 12 | 10 | **22** |
| Miami (MIP) | – | – | – | – | – | – | – | – | – | – | – | – | 0 | 0 | 1 | **1** |
| New York | – | – | – | – | 0 | 0 | 3 | **3** | – | – | – | – | – | – | – | – |
| New Orleans (NLL) | – | – | – | – | – | – | – | – | 0 | 1 | 0 | **1** | – | – | – | – |
| Rio Grande Valley (RGV) | 0 | 18 | 17 | **35** | 0 | 24 | 22 | **46** | 0 | 19 | 23 | **42** | 0 | 29 | 21 | **50** |
| San Diego | | – | – | – | 0 | 0 | 3 | **3** | 0 | 0 | 2 | **2** | 0 | 1 | 5 | **6** |
| San Diego Sector (SDC) | 0 | 5 | 20 | **25** | 0 | 1 | 18 | **19** | 0 | 0 | 6 | **6** | – | – | – | – |
| Seattle | 0 | 0 | 1 | **1** | – | – | – | – | – | – | – | – | – | – | – | – |
| Southwest Land Border (SWB) | – | – | – | – | 0 | 3 | 4 | **7** | 0 | 0 | 2 | **2** | – | – | – | – |
| Tucson (TCA) | 0 | 0 | 4 | **4** | 0 | 1 | 9 | **10** | 0 | 1 | 8 | **9** | 0 | 0 | 24 | **24** |

3

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tucson | – | – | – | – | – | – | – | – | 0 | 0 | 2 | **2** | – | – | – | – |
| Yuma (YUM) | – | – | – | – | 0 | 0 | 1 | **1** | – | – | – | – | 0 | 0 | 4 | **4** |
| **TOTAL** | 0 | 33 | 67 | **100** | 2 | 67 | 86 | **156** | 3 | 55 | 86 | **144** | 0 | 51 | 113 | **164** |

4

# EXHIBIT B

*Flores* **Monthly Reporting – ICE Data Analysis**

**I.    Class Members Held in Family Detention**

| Days | Number of Class Members | | | |
|---|---|---|---|---|
| | February 2026 | March 2026 | April 2026 | May 2026 |
| 0-4 days | 5 | 14 | 16 | 12 |
| 5-7 days | 3 | 17 | 18 | 9 |
| 8-10 days | 8 | 6 | 19 | 9 |
| 11-13 days | 22 | 18 | 19 | 19 |
| 14-16 days | 19 | 6 | 22 | 17 |
| 17-19 days | 26 | 13 | 23 | 33 |
| 20-39 days | 163 | 69 | 44 | 64 |
| 40-59 days | 113 | 27 | 8 | 12 |
| 60-79 days | 54 | 19 | 4 | 6 |
| 80+ days | 66 | 20 | 11 | 6 |
| **20+ days** | **396** | **135** | **67** | **88** |
| **TOTAL** | **479** | **209** | **184** | **187** |

Please note some class members were transferred to a hold room, hotel stay, transport, etc. in between some of the days listed before being transferred back to family detention.

**II.    Hotel Summary**

**MAY 2026**

In May 2026, there were **27 hotel stays over 3 days**. The seven longest were:

1.  **7-year-old M.R.N.**
    - Initial ICE Book-in date: 04/21/2026, Hold Room
        - MVM Transport on 04/21 for 0.05 days
        - JFMTCU Temp Hotel Stay from 04/21/2026 until 05/03/2026
            - 11.31 days in hotel
        - MVM Transport on 05/03/2026
        - JFMTCU Temp Hotel Stay on 05/03/2026 until 05/04/2026
            - 1.1 days in hotel
        - MVM Transport on 05/04/2026 until 05/05/2026 for 0.31 days
        - JFMTCU Temp Hotel Stay on 05/05/2026 until 05/08/2026
            - 3.02 days in hotel
    - **Total time spent in hotels: 15.43 days**

2. **11-year-old A.P.N.**
   - Initial ICE Book-in date: 04/21/2026, Hold Room
     - MVM Transport on 04/21 for 0.05 days
     - JFMTCU Temp Hotel Stay from 04/21/2026 until 05/03/2026
       - 11.31 days in hotel
     - MVM Transport on 05/03/2026
     - JFMTCU Temp Hotel Stay on 05/03/2026 until 05/04/2026
       - 1.1 days in hotel
     - MVM Transport on 05/04/2026 until 05/05/2026 for 0.31 days
     - JFMTCU Temp Hotel Stay on 05/05/2026 until 05/08/2026
       - 3.02 days in hotel
   - **Total time spent in hotels: 15.43 days**

3. **6-year-old J.H.A.**
   - Initial ICE Book-in date: 04/22/2026, Hold Room
     - MVM Transport on 04/22
     - JFTMCU Temp Hotel Stay from 04/22 until 04/23
       - 0.33 days in hotel
     - MVM Transport on 04/23
     - JFMTCU Temp Hotel Stay from 04/23 until 04/28
       - 5.32 days in hotel
     - MVM Transport on 04/28
     - JFMTCU Temp Hotel Stay on 04/28 until 05/03/2026
       - 4.74 days in hotel
   - **Total time spent in hotels: 10.39 days**

4. **9-year-old D.L.H.**
   - Initial ICE Book-in date: 04/22/2026, Hold Room
     - MVM Transport on 04/22
     - JFTMCU Temp Hotel Stay from 04/22 until 04/23
       - 0.33 days in hotel
     - MVM Transport on 04/23
     - JFMTCU Temp Hotel Stay from 04/23 until 04/28
       - 5.32 days in hotel
     - MVM Transport on 04/28
     - JFMTCU Temp Hotel Stay on 04/28 until 05/03/2026
       - 4.74 days in hotel
   - **Total time spent in hotels: 10.39 days**

5. **11-year-old J.L.H.**
   - Initial ICE Book-in date: 04/22/2026, Hold Room
     - MVM Transport on 04/22
     - JFTMCU Temp Hotel Stay from 04/22 until 04/23
       - 0.33 days in hotel
     - MVM Transport on 04/23
     - JFMTCU Temp Hotel Stay from 04/23 until 04/28

2

- ▪ 5.32 days in hotel
  - o MVM Transport on 04/28
  - o JFMTCU Temp Hotel Stay on 04/28 until 05/03/2026
    - ▪ 4.74 days in hotel
- **Total time spent in hotels: 10.39 days**

6. **2-year-old A.M.H.**
   - Initial ICE Book-in date: 04/22/2026, Hold Room
     - o MVM Transport on 04/22
     - o JFTMCU Temp Hotel Stay from 04/22 until 04/23
       - ▪ 0.33 days in hotel
     - o MVM Transport on 04/23
     - o JFMTCU Temp Hotel Stay from 04/23 until 04/28
       - ▪ 5.32 days in hotel
     - o MVM Transport on 04/28
     - o JFMTCU Temp Hotel Stay on 04/28 until 05/03/2026
       - ▪ 4.74 days in hotel
   - **Total time spent in hotels: 10.39 days**

7. **7-year-old C.F.R.**
   - Initial ICE Book-in date: 05/11/2026, Hold Room
     - o MVN Transportation on 05/11 until 05/12/2026 for 0.32 days
     - o JFMTCU Temp Hotel Stay from 05/12/2026 until 05/17/2026
       - ▪ 5.56 days in hotel
     - o MVN Transportation on 05/17/2026 for 0.25 days
   - **Total time spent in hotels: 5.56 days**

**APRIL 2026**

In April 2026, there were **36 total hotel stays over 3 days**. The seven longest (not including stays that extended into May) were:

1. **7-year-old J.C.R.**
   - Initial ICE Book-in date: 04/06/2026, Hold Room
     - o MVM Transport on 04/06/2026 for 0.38 days
     - o JFMTCU Temp Hotel Stay on 04/06/2026 until 04/07/2026
       - ▪ 0.93 days in hotel
     - o MVM Transport on 04/07/2026 until 04/08/2026 for 0.43 days
     - o JFMTCU Temp Hotel Stay on 04/08/2026 until 04/12/2026
       - ▪ 4.58 days in hotel
     - o MVM Transport on 04/13/2026
   - **Total time spent in hotels: 5.51 days**

2. **9-year-old G.J.C.R.**
   - Initial ICE Book-in date: 04/06/2026, Hold Room
     - o MVM Transport on 04/06/2026 for 0.38 days

3

- o JFMTCU Temp Hotel Stay on 04/06/2026 until 04/07/2026
  - ▪ 0.93 days in hotel
- o MVM Transport on 04/07/2026 until 04/08/2026 for 0.43 days
- o JFMTCU Temp Hotel Stay on 04/08/2026 until 04/12/2026
  - ▪ 4.58 days in hotel
- o MVM Transport on 04/13/2026
- **Total time spent in hotels: 5.51 days**

3. **9-year-old X.B.P.**
   - Initial ICE Initial ICE Book-in date: 04/06/2026, Hold Room
     - o MVM Transport on 04/06/2026 for 0.47 days
     - o JFMTCU Temp Hotel Stay on 04/06/2026 until 04/07/2026
       - ▪ 0.84 days in hotel
     - o MVM Transport on 04/07/2026 until 04/08/2026 for 0.46 days
     - o JFMTCU Temp Hotel Stay on 04/08/2026 until 04/12/2026
       - ▪ 4.57 days in hotel
     - o MVM Transport on 04/13/2026
   - **Total time spent in hotels: 5.41 days**

4. **7-year-old G.M.H.**
   - Initial ICE Book-in date: 03/31/2026, Hold Room
     - o MVM Transport on 03/31/2026 for 0.59 days
     - o JFMTCU Temp Hotel Stay from 03/31/2026 until 04/06/2026
       - ▪ 5.26 days in hotel
     - o MVM Transport on 04/06/2026
   - **Total time spent in hotels: 5.26 days**

5. **6-year-old N.G.P.**
   - Initial ICE Book-in date: 03/31/2026, Hold Room
     - o MVM Transport on 03/31/2026 for 0.51 days
     - o JFMTCU Temp Hotel Stay from 03/31/2026 until 04/06/2026
       - ▪ 5.12 days in hotel
     - o MVM Transport on 04/06/2026
   - **Total time spent in hotels: 5.12 days**

6. **8-year-old J.G.P.**
   - Initial ICE Book-in date: 03/31/2026, Hold Room
     - o MVM Transport on 03/31/2026 for 0.51 days
     - o JFMTCU Temp Hotel Stay from 03/31/2026 until 04/06/2026
       - ▪ 5.12 days total in hotel
     - o MVM Transport on 04/06/2026
   - **Total time spent in hotels: 5.12 days**

7. **8-year-old Y.M.G.**
   - Initial ICE Book-in date: 04/07/2026, Hold Room
     - o MVM Transport on 04/07/2026 for 0.38 days

4

- o JMFTCU Temp Hotel Stay on 04/07/2026
  - ▪ 0.05 days in hotel
- o MVM Transport on 04/07/2026 until 04/08/2026 for 0.44 days
- o JFMTCU Temp Hotel Stay from 04/08/2026 until 04/12/2026
  - ▪ 4.57 days in hotel
- o MVM Transport on 04/12/2026
- **Total time spent in hotels: 4.62 days**

5