# EXHIBIT 5

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, M███ A█████ B████████ H████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am from ████████.

3.      I speak Spanish.

4.      I have been detained for 22 days. I am detained with my five-year-old son.

5.      I crossed the border on May 10th, and CBP detained me and my son in icebox detention centers for three days before they took me to Dilley. We call them iceboxes because they are so cold; they are CBP stations.

6.      They took a DNA mouth swab from me and my son in border patrol but did not tell us anything about it.

7.      No one has told me why I have been detained so long. I signed a *Flores* paper when they brought me to Dilley because the ICE officers told me that I had to sign it. But it seems like a lie because there are a lot of people here for more than 21 days that have not left yet.

**Detention in CBP Stations**

8.      In that first CBP detention icebox, they took away my telephone even though I did not have anything bad on it. Then they took me and my son to some cells, and they gave us some burritos that were not really edible, so my son did not eat anything there. I asked if there was other food and told the staff we needed other food for him to eat, but they said they could not do anything about that. I asked them a few times, but they said no and were rude.

9.      In the first CBP center, the staff did not give us clothes or let us shower. They said they would let us make phone calls, but then they never did.

10.     When they moved us to Del Rio Station, I felt scared because I did not know what was happening. I held my son and went with them.

1

11. When I got to Del Rio, I cried the whole time because they still would not let me contact anyone. While in CBP, my son and I did not get to call anyone, not even my mom. I kept saying I have the right to make one call, and I even asked if the staff could just call my mom, even if they would not let me speak, so she would know that we were alright and alive. But they did not let us contact her.

12. I was detained there with a friend and her child, but CBP deported them straight from the CBP detention center.

13. The staff said really ugly things to us while we were there. They told us that they would separate us from our children and would keep us detained in the cold cell for a long time. They also told us they would fine us and then deport us. A lot of the staff did not speak in Spanish but would give orders and then not pay attention to us when we tried to ask about what was happening.

14. My son cried the entire time he was in those places and shivered because he was so cold. They did not give us real blankets. Instead, they gave us these bags, which did not keep my son warm.

15. When they eventually moved us to Dilley, the staff woke us up at midnight and drove us for a couple of hours. We arrived at 3 a.m.

**Dilley ICE Detention Center**

16. When I got to Dilley, it was the middle of the night. The staff processed us and gave us some food and then we went to the bedroom.

17. The next day, when we got up, they took us to a little room with some ICE agents. The agents asked if we wanted to fight our case or leave voluntarily. Then, they made me sign the *Flores* paper. But they just put the paper in front of me and told me to sign it. They did not give me the paper after, and I did not get a copy of it, so I do not know what it says exactly.

18. No one told us what would happen next.

2

19. Being here is terrible for my son. He says he does not want to be here. My son feels really sad, especially in the morning. When he wakes up, he tells me he does not like being incarcerated. I tell him he must have faith in God that soon we will get out of here.

20. My son no longer wants to eat. I think it is in part because it is so stressful to be here, and my son gets so frustrated that he loses his appetite.

21. Also, every time I eat, I get a lot of gas and stomach pain, so I understand why he doesn't want to eat here and why he feels bad. He is simultaneously hungry and doesn't want to eat anything, so I mostly give him milk and cookies. As a mom, it makes me feel worried that he has not been eating.

22. The day before yesterday, my son had a really intense pain in his stomach, and I took him to the doctor here. They said his pain may just be because he is not eating well.

23. We have not been able to get a special diet for him either because it's so complicated to be eligible for one. So, I just pray to God that we will get out of here soon.

24. No one has told me why we are still here. They just say I have another court date on June 9th. I do not know what needs to happen for us to be freed, and the only answer I have heard is that we just have to wait.

25. No one has given me a handout about my son's rights.

26. We never watched a video about my child's rights either.

27. I try to take him to the park and send him to school here. Sometimes he doesn't want to go to school but he does go.

28. The lights are always on at night in our room. Sometimes, my son is uncomfortable at night, so we do our best to turn away from the light to fall asleep.

29. For the most part we are buying potable water bottles here, because the water from the filters has a really ugly taste. I am always trying to make sure I can buy it for my son because I don't want us to get a stomach illness. It is expensive but we do it to stay healthy.

3

30.     I also get some help from other women here to buy ramen, so my son has something to eat at night.

31.     We have to pay to call our family members from here, so we only have been able to call my son's family when there is money in the commissary. I have not heard about free phone calls.

32.     I have not been able to call lawyers and do not have money for lawyers, but I have sent emails to RAICES attorneys. The day that they had me sign the *Flores* paper, they gave me a paper with a couple of email addresses, and that is how I found RAICES's email.

33.     When I got here, there was no way to use my own email address. I cannot open my Gmail account or create new Gmail accounts. There are a lot of restrictions, and we can only use the email they allow here. So, I created a Proton account.

34.     The people who work here are a mix of nice and not nice. The not nice ones look at us with an ugly expression on their face and say things in a hostile manner. They want to write up reports against people for everything. I am not sure what they are reporting on, but there are some guards who just look at people and write things down. For example, there was one guard who went into the playroom and started writing things down in a notebook but did not say anything.

35.     I have never used the grievance system because we are trying to avoid problems so that our case will not be prejudiced. My first priority is getting my son out of here to my family, and I am trying to avoid creating a situation that keeps me here by filing a grievance.

36.     When you go to the doctor here, you have to wait for a long time. Four days ago, I asked for an appointment for medicine for a yeast infection, but they did not give me an appointment. Then, I went back, and they told me they did not have the cream I needed to treat the infection. I am still waiting for it. They said I might not get it until Friday, which is four days from now.

4

37.     Every day I just hope they will let us go. We are waiting for a response about whether we can go to our sponsor. But we know there are some moms with children who have been here for 50 days. It makes me lose hope and feel demoralized when I hear that such long detention is possible. It's so hard, because it makes it clear that in reality the government does not apply the *Flores* laws that they had us sign, because if they did, we would not be here still.

5

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 1 ___ day of June_____ 2026, at Dilley, Texas_____ .

CERTIFICATE OF TRANSLATION

My name is ___Eleanor Roberts___ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.


Dated: ___06/01/2026___                    ___Eleanor Wolff___