# EXHIBIT 6

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, J███ C██████ B████████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 48 years old, and my son is 10. We are from ████████ and are here at Dilley together. I have other kids, but they are not with me.

3.      I speak Spanish and ██████. I only speak a bit of English.

4.      Before Dilley, I was living in Florida with my family for about three years. I entered the U.S. legally. I am an aviation mechanic.

5.      We applied for asylum, and it's pending for our whole family.

6.      We all had received Social Security cards and work permission—everything. We have Florida IDs. And we have done all our taxes. We've never done anything criminal.

7.      I was in family court near Dallas trying to figure out a custody situation for one of my children when I was detained. ICE followed me from the court. I saw the car behind me put on its emergency lights, and I pressed my breaks and stopped my car. I was in park. Then, another car pulled up on the side of me and another in front so that we were surrounded. I was in the car with my son. ICE officers swarmed the car. They all had masks on. You couldn't see their faces, and they were all armed. They were very aggressive and pulled us out of the car through the windows. I had the windows down because it was a hot day.

8.      It scared us a lot.

9.      It was not necessary to surround us with three cars. We didn't even have time to open our doors and get out of the car. It was very violent. My son was trembling and crying.

10.     I told them my son had to be with me. They tried to separate us in different cars. I said, "Do not ask my son anything without me and don't separate us." They put me in the car with handcuffs on my ankles and wrists. Despite asking, my son and I were separated until we got to an ICE office. I said "Please, please give me my son. I need to see him." They finally let us be together at the office. He said, "Dad, ICE asked me everything.

1

They asked when we got here, where we lived, if we wanted to be together, all this stuff. I said I wanted to be with you."

11.    I didn't ask about my other kids because God forbid they be with me. I didn't bring them up.

12.    I thought they couldn't talk to my son without me, as he is a minor.

13.    There was an officer that was saying this was an error. He said, "This guy has his documents and he's a professional," but the superior officer said they were going to take us anyway.

14.    I was in that office with my son from 10 a.m. to 6 p.m. I began to feel relatively calm because we were there together. I told them, "You can't talk to my kid without me," and they shut us in the room. We were in there alone. During this time, we couldn't call anyone. They took our phones and everything.

15.    At 6 p.m., two officers came and said they had to take me and put me in handcuffs in front of my son. This guy who came was nicer and he said, "I'm sorry we have to do this in front of your son." They were ICE officers too. They put me in a car with my kid. I started to cry because it was so humiliating. I am a professional. I've studied. I didn't enter the U.S. without proper documents. I did everything right for my family.

16.    My son said, "I don't understand. You are not a criminal. I've only seen this on television for criminals."

17.    Then we drove six hours in the car, and I had the handcuffs on the whole time.

18.    We never received a card or letter or anything about asylum. If we had received anything saying our asylum was denied, I would have left the U.S. on my own volition.

19.    We arrived at Dilley at 1 a.m.

**Dilley ICE Detention Center**

20.    I have now been detained at Dilley for 57 days with my 10-year-old son.

21.    I told Officer ▮▮▮▮ on the tablets here my son's school is waiting for us to get back. The school is trying to help us. The director of the school is trying to help my son.

2

If we don't leave here soon, he's going to miss the whole school year. We need to be liberated.

22.    Officer ████ said we couldn't leave because we had to wait for court. I asked if he could please abide by the *Flores* law. He just said we had to wait for court.

23.    ICE has not complied with *Flores*.

24.    We received no presentation about our rights.

25.    We never received a copy or paper of reasons why we're detained or what our charges are. I have gone to the chapel to talk to ICE. They are not good for anything.

26.    They laugh at the people that come and talk to them. They just say, "Wait for the judge." They don't give you any information or reason for being here. I said I wanted to use the *Flores* law. They said to me that I've lost my chance to do that. I said, "Can you give me a copy of my case? I have a court date, and I don't know what it's about." They said no. It's like being at a restaurant and you don't know what they're selling. There's no menu.

27.    Some information about rules here are on the walls, and the staff just say, "Read them." They don't explain how things work like phones or laundry.

28.    If you try to call RAICES and you press the number for "I am detained," it says your call has been disconnected. You cannot leave a message or talk to anyone.

29.    I had to call them with the private phones in the legal visitation office. It has to be out of that room.

30.    In the library, you can basically use nothing. They're always saying the internet is down for some reason or another. I haven't been able to use my email at all since coming here. I told them I wanted to use email, and I couldn't. They said I had to make a new email here.

31.    We only have library time from 4:45 to 7:45 p.m. That's only three hours. I can't prepare for my asylum case during that time, because you can't save what you're working on. The legal library is open whenever you want, but those computers have nothing on

3

them. There are legal books from 1998 to 2002 only, and they are all in English. The legal library computers don't have email or Copilot.

32.    A lot of people here with strong cases are being deported because they don't even know what to fill out. Information like how to send mail to your court or judge is not given out.

33.    I have had many medical problems since coming here, and my son has had some problems too.

34.    I told ICE when I was first detained that I need an operation on my foot. ICE said that wouldn't be a problem. I had a foot fracture before coming to Dilley and had not yet been operated on, but I had already seen a doctor about it.

35.    I got here and immediately told staff I needed an operation. They sent me to Medical. Medical didn't give me any attention. They told me to use hot water on it. They said to take a bottle of water and heat it up in the microwave or cool it down in the fridge and put it on my leg. *That's it.*

36.    Then, I was climbing the ladder in our bedroom here to put sheets on my kid's bed. He sleeps on the top bunk. When I was climbing down, the ladder broke off, and I fell. I fell on my bad foot, and it hurt a lot.

37.    I had a fracture before, but now the fracture is worse. I went to Medical and said it hurt a lot. They gave me a cast and did an x-ray. A week passed before they told me the results of the x-ray. The medical staff finally said the x-ray said I didn't have much.

38.    I told them I was taking Ibuprofen, but it was not enough. I needed more. I said, "I'm in a lot of pain and want to go to a hospital." The doctor laughed at me. They weren't helping me. Only when I said, "Give me my medical records so I can bring it to my RAICES lawyer and get help," then, they changed.

39.    Then, after one more week, I finally got the records. A nurse came out and told me to sign something. The document said that they had sent me to physical therapy and all of this other stuff. I said I was not going to sign this because it didn't happen. The nurse

4

said, "If you don't, I'm going to have problems and may get fired." I said, "Sorry, I can't sign this," and I didn't.

40.    That same day, Medical told me I had an appointment the following day. They said the head doctor wanted to see me. When I saw him, he said I had a fracture that opened up. He said the fall made it worse.

41.    The doctor told me I could barely walk on it, or it would be very painful. He gave me a boot. I still can't walk long distances. I mostly just go to my room, the bathroom, and dining area.

42.    The head doctor told me I need an operation by a specialist. The doctor said he would write to ICE so that I am taken to an orthopedist for a check and possibly an operation. The doctor said that the medical attention I need I cannot get here.

43.    Last week, they finally offered to take me to a doctor's appointment off-site for my leg. My fall happened over 40 days ago now. They told me I had to leave my son at Dilley, though, and that he couldn't go with me. I said no, I didn't feel comfortable with this. It scares me to leave him alone here, and he is scared too. We were separated during our apprehension and don't want that to happen again. They told me an attorney has to ask ICE if my son can leave with me off campus.

44.    My son is also having medical problems. He has a small heart murmur, and before this, he was seeing a cardiologist regularly.

45.    Because he is growing a lot now, you have to check the murmur a lot. I asked for them to check it. They just listened to his heart but that was it. I wanted him to be seen by a cardiologist.

46.    We have been asking about medical attention for his heart and my leg since we got here. Yesterday, they finally took my son to a cardiologist off-site, and I went with him. Luckily, his heart is doing well. Almost 60 days had passed before we got to see a doctor for his heart.

47.    I don't understand why I can go with him to a doctor's appointment, but he can't go with me to mine.

48. My son is not doing well at all here. He wants to go back to his school and see his principal and his friends. He is bored to be here. He told me, "Let's just accept wherever they send us to—I just want to leave."

49. Every day, he goes to the school here. He's in fourth grade. But he told me they just draw and play on the computers. They don't do math or teach him English.

50. The school is repetitive. My son has done the same homework five times. Also, at school the teacher told them to behave well, be quiet, and don't say anything when a congressman was visiting.

51. It's a daycare really, not a school.

52. Everyone is signing things in English here. In the medical unit, it's all in English. There is never translation or interpretation. After a consult with a nurse or doctor, they ask you to sign a blank form saying they have assisted you, but they fill out the details later. I don't like this, because I want to confirm what they're writing is correct.

53. When you arrive here, you're very scared, so people just sign these forms. If there is interpretation, it's ICE saying the form means this, but it's not a neutral interpreter or professional interpretation.

54. I understand enough English that I can get by.

55. The food for me is fine as I'm an adult, but for my kid, it's not good. Everything is fried and frozen and not fresh. The staff say that there is fruit every day. At first when we arrived, there was only canned fruit, like canned pineapples.

56. The Halal menu had fresh fruit, though. Many of us had a meeting with ICE telling them to please provide fresh fruit at least to the kids, even if not to any of the adults. The ▮▮▮▮ woman tries to give all the kids fresh fruit.

57. Now, some fresh fruit is provided about 2–3 days a week, but the breakfast is still very bad. The staff say the food is a contract so that's why it can't be changed. A lot of people skip breakfast.

58. My son needs a diet that is more balanced. He needs vitamins. The food here is not healthy. All the kids need this to be better.

6

59.    When we arrived here, they gave us a little shampoo, toothpaste, and toy toothbrushes. We used it one time and it broke. The toothpaste is gross. They told me if you want different stuff, you have to buy it. But I don't have my debit card, because they took it. They asked me if I brought cash, but I do not have cash. What a joke.

60.    I used the shampoo they gave us upon entry and asked for more, and they said they don't have anymore. It lasted three days.

61.    The soap is the hand soap from the bathroom. I told them this isn't for the body, and it's foam soap. You can't really wash your body with foam. We have to open the tops of the containers to get the liquid out and then use that. It's totally ridiculous.

62.    There is an organization that is sending families money thankfully because otherwise the women wouldn't have enough money for sanitary products.

63.    Also, we have to hide food here. Dinner time is 4 to 6 p.m. If my kid eats at 5 p.m., goes to play soccer at 7 p.m., then he's hungry again by 10 p.m. I take food from the dining area and hide it. The only snacks available all the time are milk, sugar cookies, and apples. The first three days, that was fine, but now it's not okay anymore.

64.    My child has visited Germany, and we've seen the concentration camps in Munich. We've been to Dachau. He asked me if we are in a concentration camp here. All the signs there say we learn so that the story doesn't repeat itself. My kid says, "Dad, but it is equal to where we are. And they don't let us leave." They aren't killing us, but it feels like it. There are barracks, and the families are separated. "It's the same, dad," he says to me. And you even have the star too; here, you have to have your ID with you always.

65.    He said, "In the movies, the Americans were not like the Germans, so why are they doing this?"

66.    I hate to agree with my son, and I don't tell him it's the same, but it is. It's the same. It's like a modern-day concentration camp that the U.S. wants to normalize.

67.    They don't kill you, but it's a concentration camp. Many of us don't even know why we are here.

7

68.    A lot of people here haven't gone to Europe, but I have. I've seen the effects of World War II. Maybe it is better for them to not know to be honest.

69.    I feel like we are treated as animals here. This feels like a business.

70.    When people from Congress come, it's total lockdown here.

71.    With all the technology the U.S. has, just give us ankle monitors and release us. It's such a waste of money paying for all of us to stay here.

72.    I feel like my life isn't real. This feels like a fake movie. It's feels like science fiction. I feel like I am in a bad dream.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this ___3___ day of ___June___ 2026, at _____ Dilley, TX

CERTIFICATE OF TRANSLATION

My name is __Katherine Johnson__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: ___06/03/2026___                    ___Katherine Johnson___