# EXHIBIT 7

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, N██ A██████ A████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 17 years old. I am from ██████.

3.      I speak Spanish and some English.

4.      I have been detained at Dilley for about 44 days. I am here with my mom, my stepdad, and my four-year-old brother.

5.      Before we came here, we had been living in Los Angeles for about two and a half years. I was in 11th grade in high school. It was going really well. I liked my math class the best, but really, I liked all my classes. I worked hard in school and was also a cheerleader.

6.      We had an immigration court date in January, and the judge said that our final decision would be mailed to us. We never received anything. Then, on March 30th, ICE told my mom to come in because they were going to give her an ankle monitor. Then, on April 1st, they called her to come back in to take it off. We went in for the appointment, but we got there late and they told us to come back on April 18, 2026. On April 18th, my family all went back together.  My mom went in by herself for the appointment.  During that appointment, they told her she would need to return for another appointment on May 5th.  But five minutes later, they called her on the phone and told her to come back so they could take off her ankle monitor. That turned out to be a lie.

7.      When we got to the office, they took us into a back room. Once we got in there, the lady locked the front door and ICE agents came in from the back door. The ICE agents told us we were in ICE custody now and took all our phones. I was feeling scared and very anxious.  My brother started crying and yelling at my mom. ICE separated my brother, mom and me from my stepdad. They put us in one car and my stepdad went separately. He was handcuffed.

8.      Then, they took us to another immigration facility. We were there for about four hours. We went into an office, and after we had waited for a while, a man came in.  I

1

asked him what would happen next, and he said they were going to let us go. Then, another man came and said that we were going to be sent somewhere else. While we were waiting, all they gave us to eat was burritos. My little brother was the only one who ate them.  He started vomiting soon after eating.

9.    Next, they took us to the airport in Los Angeles, and we boarded right away for San Antonio. Three people took us to the airport and went on the plane with us. When we arrived in San Antonio, it was about midnight. We couldn't get off the plane for a while because there was a bad storm. By the time we got to Dilley, it was about 3 a.m.

10.    When I first got to Dilley, I felt extremely anxious. I hated feeling detained like a delinquent. I wanted to talk to my family and tell them where we were. We hadn't been able to tell them since they took our phones. I was also feeling sad because I didn't want to be locked up on my birthday.

11.    They showed us to our room, and we were all feeling exhausted. I was feeling really sick too, because I had a cold. Then two days later, we had an orientation with a video. It was about immigration. Afterwards, they told us about the rules, like how much clothing we can have. They said we can only have three changes of clothes and one pair of shoes. They also told us we can't take food out of the cafeteria. They have not explained why we can have food from the commissary in our rooms but not the cafeteria. They did not tell us anything about our *Flores* rights. Earlier that day, we met with an ICE agent, and they showed us a piece of paper saying that children could not be detained more than 20 days, but they didn't explain anything. I'm not sure what the point of the paper is since we've been here more than 40 days so far.

12.    The food here overuses condiments, and I don't eat much of it. I will just eat a few of the meals. Even the fruit is bad – it's canned and tastes metallic like it's expired. Often when I eat the food, it will hurt my stomach. I have lost six pounds. My little brother also doesn't like the food. He would eat it at first, but then he started getting belly aches and now he doesn't want to eat it at all.

2

13.    I don't drink the water from the tap here because it tastes really bad and looks cloudy.  I drank the water when I first got here for about a week.  I got a lot of stomachaches.  Some people drink it because they don't have money to buy bottled water.  A lot of people say the water made them feel bad when they drank it.

14.    The prices at the commissary are too high.  A single bottle of coke is $3 and cereal is $8.  My parents also buy us the soups, ramen, and mac and cheese because they worry my brother and I aren't eating.  The last time we went to the commissary, the water was 79 cents.  I have not heard that the price went down to 29 cents.

15.    I have to pay for phone calls to my family.  We are spending about $70 a week on phone calls.

16.    I have trouble sleeping because of all my racing thoughts.  Will I go back to school?  Will I go back to LA?  Has my GPA gone down?  I had a 4.0, and I was hoping to get scholarships.  Now I don't know what is going to happen.

17.    I have been to the school here twice, but it's mainly just drawing so I decided not to go back.  There's not really teaching or learning.  It's not like my high school where there were group projects, homework, and exams.

18.    Some of the guards in the morning are okay, but in the later shifts the guards are always very controlling.  Some of the guards are really rude and sarcastic and will say we're here because we are all criminals.

19.    My little brother is not doing okay.  He is crying a lot, and always saying how much he misses his family and LA.  He's always saying how much he doesn't want to be here.  And every time another family leaves, he will start crying at the window.  He will ask if he can go with them.  He is always asking questions.  When can we leave to go back to Los Angeles?  Why haven't we left?  Why are we still here?  He says he wants to go back to our yellow house in LA.  He is always telling people we are leaving the next day even though no one has told us that.  Every day, he asks for his dad to pray for us to be able to leave.  It's especially hard for him at 8 p.m. when all the dads leave for their living area.

3

20.    I have been to medical here for menstrual cramps, but they won't give me the medicine that helps me. They will only give me ibuprofen for three days even though the pain lasts for six days. When my family has had medical needs like rashes and a foot infection, it takes three visits and a complaint to ICE just to be able to talk to a doctor.

21.    It feels like a jail here. Some of the guards actually tell us we're here because we committed crimes and we should be happy to be here. They say we shouldn't complain because taxpayers are paying for all of us to be here. But we didn't ask to come here. They didn't give us a choice. My mom was working hard and supporting our family. They try to make you feel like you're a criminal even when you're a straight-A student.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 2nd day of June 2026 , at Dilly, Texas

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _6|02|2026_                          _Diana Cano_