# EXHIBIT 8

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, L███ R██████-V███, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 46 years old.  My children are 12, 14, 16 and 17.  My oldest daughter and I are from ███████, and my three youngest children were born in ███████.

3.      I speak Spanish.

4.      I came to the United States about three years ago.  I was living in California with my four kids.  I had been going to ICE check-ins for three years.

5.      On March 31, 2026, I went to my ICE check-in at Ventura County like always, but this time it was different.  They said I was going to be detained.  They did not tell me why – they just said they would send me to a third country.  I was told that I needed to have my children come to detention.  They said I had to send an Uber to our apartment to get my four children.  They didn't give me the option of having my children stay with someone. Later that day, we flew from the airport in LA.  We didn't get to Dilley until around noon the following day.

6.      When we arrived at Dilley on April 1, 2026, they didn't give us an orientation. The day after we arrived, ICE gave us a paper to sign that said that children can't be detained more than 20 days.  But the ICE agent told us that even though the paper said kids couldn't be here more than 20 days . . . it really didn't apply to anyone in this facility because the immigration judge isn't going to let kids leave without their parent or vice versa.  It was very illogical.

7.      My children are not able to make free phone calls to family members.  They were given one 5-minute phone card when we first arrived, but that was it.  We end up spending at least $30 per week on phone calls to family.

8.      On April 23rd, 2026, CoreCivic staff said we needed to get our things ready because we were going to be deported.  I demanded to speak to ICE and the agent said we were going to be put on a plane to ███████.  We got our things ready and boarded a large bus at around 11 pm.  The bus was sectioned off and divided with a lock.  We

1

then went to another detention center and picked up about six people who were shackled. They were in the other section of the bus. A guard said it was because they were "bad people." Next, we stopped at another center, but just so we could use the bathroom. Then it felt like they just drove us in circles for hours. I don't know the area, but I think we went to Laredo and then to San Antonio. Eventually they put my children and I on another bus around 6 am and we drove for a while before we came back to Dilley. We were on the bus for twelve hours – until about noon the next day. We never made it to an airport – we just ended up right back where we started.

9.      I asked ICE why this happened, but they never told me why. To this day, no one has ever provided me with an explanation.

10.     When they brought us back to Dilley, they told us we had to do everything all over again as if we were brand new to the facility. We went through intake as if we had just arrived on April 24, 2026. The admit date on the Dilley census that says we arrived here on 4/24/2026 is a joke. I think they did all of this so that it didn't look like my four kids had been here past the 20 days in violation of *Flores*.

11.     When we were living in California, my children and I were diagnosed with pre-diabetes. We followed a special diet before we arrived here. I am very concerned about the foods that are available for my children to eat. My daughters are mainly not eating the foods here. When I arrived, I asked the medical people for a pre-diabetic diet for my children. Medical told me that we did not qualify for a special diet. They said special diets were just for people with hypertension or who were already diabetic.

12.     My twelve-year-old has had an especially hard time with the food. She cannot tolerate how overused condiments are, especially with sauces, because she is allergic to artificial coloring. Lately, she's had a horrible allergic reaction to the artificial coloring in the food here. It has really flared up badly. Her lips and mouth have been swollen and inflamed. She really can't eat much of anything. I asked for her to be put on a special diet, but they said that it was not necessary and she should just avoid foods with artificial coloring. At medical, they said the allergy medicine was causing a loss of

appetite, but she finished the treatment four or five days ago and she still hasn't been eating.  I think she is not eating both because of depression and because so many of the foods here cause her to have an allergic reaction.

13.    I have bought a toothbrush, toothpaste, water and soap from the commissary.  The toothbrush they gave us when we first arrived fell apart after a couple uses and my son said the toothpaste was not good.  The handwash in the shower made my children's skin itchy.  The tap water here has a bad smell like chlorine.  When we first arrived, my son drank the water.  It made his stomach hurt and he got diarrhea that day.  The water also comes out dirty.  There is a filter, but I don't trust it.  It looks like dirty water.  I raised the issue with medical, and they said the filtered water was fine.  I asked her why all the medical staff drink bottled water and she just kind of stared at me.

14.    Since I have been here, I have filed two grievances about the guards here.  The guards are really rude and disrespectful.  They will talk to us like we are criminals. When we're eating, they will stare at us and as soon as we are done – they will shoo us out rudely.  The guards act like we are all trying to escape.  How would I do that with my four kids?  They treat us like animals.

15.    One time a guard in the cafeteria was complaining about the families at Dilley and said we should be appreciative of the food here.  She said, "Why are they complaining? If they were in their own countries, they would be eating shit."

16.    One female guard liked to torment the families at night by jumping repeatedly on an area of the metal hallway outside the rooms that made a loud booming sound.  She would hold on to a pole and jump with all her weight so that she could make a very large sound.  I saw how she did it.  She would make sure to jump on that area throughout the night to startle and awaken us.  It went on for a month off and on.  I confronted her about it directly, but she said she didn't speak Spanish.  I then went to a supervisor, but the behavior continued.  Then my son (who understands English) heard her talking in English to another guard who was telling her to stop making that noise.  She said: "What are those Latinos going to do to me?"  Finally, after that, I submitted a grievance on the

tablet and told them to watch the video. Because I submitted the grievance on the tablet, I do not have a copy of it. After I submitted the grievance, they said they were moving this guard to another area. I have not seen her or another guard since then.

17. Another time, two of my daughters went to take a shower. One was changing and one was in the shower. One of the male cleaning staff came in the bathroom without knocking and my daughter raced into the shower again because she was partially undressed. The staff member stood in front of the bathroom stall and signed a piece of paper. Then my daughter, who was showering, yelled out to ask if her sister was still there. Then the staff member left and went outside. He then knocked and said "cleaning" – but came right back in. My daughter came out of the shower after getting dressed and was startled and stared at him and then he left again. My daughters were really shaken up about the incident. I submitted a grievance right after it happened. Later that day, the manager said the girls had to do a physical and mental exam as part of the procedure for the grievance. I asked to keep a copy of the grievance about the entire incident, but they only let me keep a copy of my grievance. I have been told that the staff member is no longer employed at Dilley. Since that day, my daughters have been scared to go in the bathroom alone and I have been scared, too. Now they only go to the bathroom together, and someone stands outside.

18. Between all the noise, the loud guards, and the lights on – my children have had a hard time sleeping here. We are able to turn off some of the lights, but it is still very difficult. During the night, they are also checking on us every 40 minutes. They used to come in the room, but now they will do the check-ins by looking through the windows. My oldest daughter especially struggles because she is on the top bunk and it's brighter. My two younger daughters' backs are hurting because of the bunk beds. My oldest three struggle to fall asleep every night.

19. I am really worried because my seventeen-year-old daughter will turn 18 in a few weeks on June 23rd. ICE has told me that if we are still here, they will separate her and take her to Blue Butterfly with the single females. My oldest is very shy and timid; she

4

doesn't really defend herself.  She is young for her age and it's worrisome.  I am worried this could happen.  I think about doing a hunger strike if this happens.

20.     My kids are worried here all the time.  They get very sad because they have only been able to talk to their mother two times.  She is in a separate detention center in San Bernadino.  I think because we are not together and the kids were living with me, they did not treat her as part of a family unit.  It has been really hard to get in touch with her, and my kids can't talk to her without the assistance of the manager of our living area.

21.     My kids are also really sad about missing out on their schooling.  They were in 12th grade, 11th grade, 8th grade, and 6th grade before we were detained.  My oldest daughter is sad to be missing out on her senior year.  She is missing out on all the graduation events with her friends.  We had already paid for her to do some trips in California with her closest friends.  She even had bought new outfits for the trips.  I think all of those things are gone now because we had to leave everything in our apartment. The other kids are worried that they will not move up to the next grade because they have missed more than two months of school.  My son is hoping to be a chemical pharmacist and has been working hard to get good grades.  He is great with chemistry and is already being recruited by universities.  It's so hard because all of my children are struggling.  I try to stay strong for them, but it's so hard for all of us not to know what will happen and whether their dreams will be shattered.

22.     My younger kids are going to the school here.  My son went for a day and found it too boring.  My oldest daughter felt the same.  The only reason the younger kids go is because they are bored.  They say they mainly just draw.  Sometimes there will be basic math like addition and subtraction.

23.     My children also miss their three cats.  They treat them like their children.  They are worried they aren't being well taken care of and get upset when they don't hear updates about them.  One of the cats is blind in one eye and needs special care.  They worry about who will take care of their cats if they get deported.

5

24.     It's so hard to be here.  I never sleep.  I'm always on guard.  I don't trust anyone here and I am constantly worried about my kids' safety.  It feels like a prison – even with the school and things – they are constantly counting us, surveilling us, and monitoring our every move.  They have already been harming us psychologically and mentally every day we have been here.  The only thing left is for them to hurt us physically.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 2nd day of June 2026, at Dilly, Texas.

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _6│2│2026_