# EXHIBIT 9

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M█████ P██████-O███, declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 47 years old and my son, █████, is fourteen years old. We are from ███████.

3. I speak Spanish.

4. We have been detained at Dilley for 8 days. We have been living in the U.S. for over 3 years. First, we lived in New York for a year. Then we moved to Arizona where we had been living for over two years. My son was in 8th grade and doing really well at his school. He had a lot of friends, and all the teachers would tell me how great he was doing.

5. About a week ago, I was driving to work at around 7:30 in the morning. I was passing by a Walmart and saw a police car flashing its lights for me to pull over. I pulled off into a parking lot. I was driving by myself and got really scared. I had not done anything wrong, so I asked the police what I had done to be pulled over. Before I knew what was happening, the police crashed through my window with a baton and four police officers pulled me out of the car. They threw me down and handcuffed me, and then took me to a detention facility in Phoenix.

6. Once we got to the detention facility, they asked me about my son. I told them that he was at school. An ICE officer then drove me to my son's school. Once we got there, I went to the principal's office and told her what was happening. I asked her to bring my son outside so that we didn't upset the students. The school staff then brought him out to the parking lot.

7. My son was really scared but more than anything he was sad because he was going to miss his 8th grade graduation ceremony in a couple days. I had already gotten permission from my work to take his graduation day and the next day off so we could enjoy the end of the school year together. I was proud and was looking forward to celebrating with my son.

1

8.      After we picked up my son, ICE drove us back to the detention facility.  We spent the day and night in a jail cell.  The jail cell had nothing but a bench and a toilet.  The bench wasn't big enough for both of us to sleep on, so we took the cushion off the bench and slept on the floor.  It was awful.  At one point, there was a huge cockroach crawling on my son and he started yelling.  They only gave us burritos to eat—burritos for dinner, then in the middle of the night they basically threw two more burritos at us, and then they gave us burritos again for breakfast the next morning.  The first burritos tasted really bad —like they were already expired.  We didn't eat much of them, and we definitely didn't eat the other burritos.

9.      The next morning they took us to the airport and flew us to San Antonio.  After we arrived in San Antonio, they drove us to Dilley.

10.      When we first got here, they didn't do any kind of orientation.  They didn't show us a video or anything.  No one has ever told us about our *Flores* rights other than an ICE agent saying my son isn't supposed to be here for longer than 20 days.  No one told us anything about our case or what would happen next.  I have no idea whether anything will happen after 20 days.  But I have been told that if I get a lawyer, it will be a longer process to get out of here.

11.      When we got to Dilley, I just felt completely shut down and overwhelmed.  I felt so bad that my son was going through this situation.  He doesn't deserve this.  It is so hard to be here with no liberty.  They control everything here.  We can't even vent or laugh with other families without having an issue with the guards.  They will threaten you with getting a report or make a loud "shhh" noise for you to stop talking.  This happens all day long, not just at night.  I don't understand why we can't even have a conversation among neighbors.  We're already locked up in here?  What do they think we are going to do?

12.      My son hasn't been able to make any calls to family since we arrived here because I didn't have any money in my account.  No one has ever told me that my son could make free phone calls to his family.  They gave my son and me a phone card when we first

2

arrived. My card was for five minutes and my son's card was for three minutes, I think. I used my card, but my son has not been able to use his card. When we try to use it, the phone just cuts off. I have asked the staff about the card not working, but no one has helped me. When I went to talk to staff about it, they told me that the workers who take care of phone cards weren't there. They said to come back later.

13.    My son got a hygiene kit when we first arrived that just had a toothbrush, tooth paste, and a little lotion. He was using the hand soap in the shower but I was worried because the soap was too harsh for his skin and his arms were getting really dry. Our neighbor let me have her shampoo, and I have started having my son use it instead of the hand soap.

14.    I asked for information about my case here, and they said that nothing was in the system. The staff were able to see I have an appeal already in the system, and they said that soon there might be an update so I could be released to fight my case from outside of here.

15.    When we first arrived, I asked a staff here where I could buy water because I don't like the taste of the water here. The staff said the water here is fine; it has a filter and I should drink the water. She would not tell me where I could buy it. I finally was able to buy bottled water today at the commissary. I also bought deodorant and ramen soup for my son.

16.    My son doesn't like the food here, and he's not eating much. It has too many condiments, and every day it's always the same, same, same. It is so hard to get kids to eat when it's like that. The adults here don't like the food, but it is really hard for the children. This morning, my son was crying because he didn't want to eat. I am trying to make him eat because I don't want him to get sick.

17.    There is nothing for the kids to do in their rooms, which is hard because the kids have to be in their room by 8 p.m. All they can do is just watch TV. There are no toys in the rooms.

18.    One day, my son and the other kids living in our room were playing with a ball that they made from rolling up paper.  The boys were just playing and having fun.  As soon as the guard heard the boys laughing, she came in and said they had to stop.  I don't understand why it was a problem for boys to play with a balled-up piece of paper when there were three moms right there with them.  That's how it is here.

19.    It is hard to sleep here because the lights are on all night.  We wake up many times throughout the night because the lights never go off.  The sound of the AC coming on also startles us and wakes us up.  It's hard because we have so much time to think and so much time to worry.  The kids look so tired from just being here.  The stress and boredom are hard on them.

20.    My son only has one pair of pants and two pairs of shorts.  He has one pair of shoes, and they won't let you wash them.  No one has told us we could get more clothing or shoes than we have.

21.    My son started going to the school today.  I hope he will like it so that he has something to do during the day.

22.    I wouldn't wish this place on anyone.  It's so hard to explain what we are going through here, not knowing what's going to happen next.  I just don't have the words.  But it's really awful.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 1st day of June 2026 , at Dilley, Texas.

CERTIFICATE OF TRANSLATION

My name is _Diana Cano_ and I swear that I am fluent in both the English and _Spanish_ languages and I translated the foregoing declaration from English to _Spanish_ to the best of my abilities.

Dated: _6/1/2026_