# EXHIBIT 10

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, L___ R___ P___, declare as follows:

1.    This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.    I am 16 years old. I am from ███████.

3.    I speak Spanish and English.

4.    I have been detained at Dilley since April 1, 2026, about 70 days now.

5.    Before that, I lived in California for three and a half years with my three sisters and my father. I was in high school in 10th grade. This past Friday was the graduation of one of my sisters from 8th grade, and this past Saturday was the graduation of my oldest sister from high school. My sisters missed both of them.

6.    My oldest sister had plans to go to college in the fall. She was preparing her college applications when we were detained. Since being at Dilley, she hasn't been able to fill out those applications and submit them.

7.    My favorite classes in high school were chemistry and geometry. I like the sciences. Next year, I am taking four AP classes. I miss my friends, my studies, my phone, and my cats.

8.    Our apprehension was very traumatic. I was asleep at home with my siblings, and my mom and dad both went to an ICE check-in together because their cases are combined. My dad thought it was just a simple check-in to maintain his Social Security numbers and work authorization.

9.    At the check-in, though, the ICE agent told my dad he would be deported to a third country. The agent said something like, "If your kids don't come now, you will be separated."

10.    I woke up to my dad calling me. He said to grab my siblings, some of our stuff, and immediately get in an Uber to the ICE office.

11.    By the time we got to the ICE office, my mom had already been separated from my dad.

1

12.     My mom and dad are divorced, and my dad has custody of us. We think that because of this she isn't here with us in Dilley. She's in an ICE prison for adults somewhere. ICE decided my dad would stay with us and not my mom even though she is our biological mother.

13.     This has been really hard for me and my siblings. We have only been able to call her twice during the entire time we've been at Dilley. There has been a lot of miscommunication it seems between our two facilities about setting up phone calls.

14.     I don't understand why we have to be here at Dilley. My siblings and I don't have deportation orders. Our immigration cases were closed, and we all have social security numbers, work authorization, and real IDs.

15.     No one ever explained my rights to me here. I asked for them, and ICE told me they don't know what our rights are.

16.     When we first arrived to Dilley, we signed a form about *Flores*. But ICE told me we don't qualify for *Flores*. They didn't tell me why.

17.     Most of the time, the food here is horrible. The water is also horrible. Even though there are filters, they don't work.

18.     The lights are on all night, you cannot sleep, and the bed is hard.

19.     Medical seems incompetent. My sister and my dad go a lot. The nurses supposedly consult with the doctor, but we never see the doctor when we go to the medical unit.

20.     My dad has a problem with his spine. In California, he was getting injections and special medicine for his back pain because it's so bad. Here, they just give him ibuprofen, and this causes his stomach to hurt. My dad also had an infection where he was peeing blood here, and he never saw a doctor for that.

21.     My youngest sister has gone to the doctor a lot, but they just say she's all good. She has allergies to artificial food coloring. Her mouth turns red and is irritated and dry when her allergies act up. This has been happening after she eats.

2

22. We were told she didn't qualify for a special diet. They said the special diet is only for people who have religious reasons, diabetes, or severe allergies that could cause you to stop breathing.

23. The only thing she's been able to eat is salad.

24. One day, after being here for a few weeks, we were taken on a bus for 11 or 12 hours. The bus was supposed to take us to an airport to go to ▮▮▮▮▮. We never arrived at the airport, though, because we had to stop at a prison to pick up various people first. I think we missed our flight because of all the people we had to pick up and drop off.

25. It was like a school bus but modified. All the windows were blacked out. There was a door that separated us from the driver. There was another door that separated the criminals from the families.

26. There was a bathroom on the bus, but it did not have a door. There was no privacy. Once we picked up the people from the prisons, we could not go to the bathroom because of the lack of privacy.

27. The whole day we only received a tiny bottle of water, two sandwiches, one apple, and some cookies.

28. During the bus ride, I felt like all hope was lost.

29. Someone eventually called the bus driver and said we had to come back to Dilley.

30. My 17-year-old sister is very worried about what will happen to her when she turns 18.

31. She turns 18 this month. We're all worried because CoreCivic told us that she'd be sent to the "Butterfly" section in Dilley on her birthday and separated from us. Someone else said she'd be brought to a federal prison for adults.

32. Some staff members here are angry and don't want to hear me or don't talk to me. Some staff are mean to me, my sisters, and my dad. They can speak to us in a gross and rude way. Sometimes, they are racist. If you ask for something, sometimes they will just ignore you.

3

33.    We are locked in our rooms when there are protests, sometimes for two to four hours.

34.    The education is monotonous and boring here; I know all the material already. It doesn't work. I will only get Fs for grades now because I am not at my old school.

35.    My sisters and I need more clothes. We can only get three shirts, three pants, and one pair of shoes.

36.    The soap here is for hands, not for the body. This type of soap does not work for my hair. I need bar soap and good shampoo. The only thing you can do is pay for better soap and shampoo.

37.    A snake tried to attack me outside the library. My dad moved me out of the way and it hissed at me.

38.    Being at Dilley makes me nervous. I am not free, and my only friends are my sisters. I am sad after two months of living here. I miss so many things: what I did at home, studying, going to the park, and playing with my cats. All of these things I cannot do here.

39.    You can't repair your life when you get out of here. It's very hard to leave here and return to normal. How can you start a new life with no money and no home? This is the worst thing about Dilley.

40.    The phone calls here are not free. If you can't pay, they charge the person you're calling.

41.    I want to study when I grow up and be a physicist or pharmacist.

42.    If I could change one thing here it would be the access to internet. The computers are super blocked and controlled here. We can't communicate with our lawyers privately. The emails are all monitored. I wish there was more privacy, I wish I could use Google to help my family. We can't use Google here. Everything is controlled.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 8 day of __June__ 2026, at _____Dilley, TX_____.

CERTIFICATE OF INTERPRETATION

My name is __Katherine Johnson__ and I swear that I am fluent in both the English and Spanish languages, and I interpreted the foregoing declaration from Spanish to English to the best of my abilities.

Dated: _____06/08/2026_____                    _Katherine Johnson_