# EXHIBIT 11

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M███ G██████ O█████, declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am from ████████.

3. I speak Spanish.

4. I have been detained for 53 days, and for 47 of those days I have been detained at Dilley. I am detained here with my nine-year-old daughter and seven-year-old son.

5. I lived in Texas for about 7 years with my children.

6. After border patrol arrested me on April 10, 2026, they took me to a CBP icebox in Brownsville.

**Brownsville and McAllen CBP Detention**

7. CBP kept me in iceboxes with my children for five days. First, we spent a few hours at the icebox in Brownsville, and then they moved us to McAllen. When CBP transferred us to McAllen, my daughter felt frightened and started having these bad reactions—she got a headache and a bloody nose. The staff just said that was normal.

8. When we were in CBP, they took my phone with all my contact information in it. Since they took my cell phone, I did not have the number to call my lawyer there. The people who worked there treated us badly. They said they would deport me. There was one man, who said he oversaw immigration, who spoke with harsh words, and asked what we were doing there. He did not believe me about the things I told him, like that I had a lawyer I wanted to contact. He just kept saying I was a liar and that they would deport me. I felt really bad, and I started to cry, because I knew I was not lying. My children felt so scared during that time because they did not know what was happening. My kids were worried that they would separate us, so they kept grabbing me.

9. My son and daughter did not really eat while in CBP, because the staff just gave us burritos or hamburgers, but the burritos did not taste good. The staff served the burritos early in the morning, and the kids would not eat all day.

1

10. We slept on the floor with aluminum blankets and lights on. It was hard being there.

11. When they moved us to Dilley after five days, they transported us in a truck with cameras. It took about two hours. My children felt very scared because they did not know where we were going. My daughter got a bloody nose again. The staff only told me that we were going to a new place.

**Dilley ICE Detention Center**

12. When we got to Dilley, the staff processed us and took us to our room. The next day, ICE wanted to speak with us, so they took us to room number 100, along with everyone else who arrived. They said that we could not spend more than 20 days at Dilley. They then asked us to sign a paper about the *Flores* law. I signed for myself and for my children. But now I think it was a lie because there are many people like me who have been detained for over 50 days and have not been freed. We later learned from the news that people are mostly getting out using habeas corpus petitions.

13. After we signed the paper, the officers kept the paper and did not even give us a copy.

14.  I have only heard about *Flores* from ICE when they had us sign the paper.

15. Since then, no one here has told me how long we will be here.

16. No one has given me a handout about my children's rights.

17. I do not remember watching a video about my children's rights either. They showed us a video when we got here, but it was about immigration law and credible fear interviews. I've heard from many people that they are no longer showing the immigration video, though.

18. I have not heard about my children's right to be released from Dilley without me.

19. No one has told me anything about bond hearings.

20. There are some tablets where you can get updates about the immigration case.

21. Recently, there was an ICE person who talked to me about my case, and he said that they would not let us out because we still have immigration court dates pending.

22. Being here makes my children feel bad. They want to get out of here. They also miss their brother because it has been 8 months since they last saw him. They are traumatized. I just keep thinking about my five-year-old, whom I have not been able to speak to.

23. I am so scared they are going to deport us and keep us separated from my son, who lives in the U.S. He is my children's brother, and they miss him.

24. There is a commissary store here.

25. When we first got here, we could not make any calls to anyone because we did not have money in our commissary account. I was allowed to make one call, but the person I called did not pick up. There is definitely no way to make free calls to family. If you do not have money, you cannot call anyone.

26. So, I could not call anyone until some people donated money to my account. Then, I could start making calls and buying shampoo and food for children to eat at night. My children get really hungry at night, and we need to go to the commissary for them to be able to eat.

27. When we got here it was cheaper, but they have recently increased prices for shampoos, soups, and sodas.

28. Now, I can speak with my mother-in-law, my children's grandmother, and a friend who has contact with my five-year-old son. My children and I still have not had a chance to speak with my other children who are not detained with us.

29. I have also been paying for calls to my friend to ask her to gather evidence to send me for my case. It is so hard not having access to any records here.

30. I cannot use my Gmail here either because they took away my phone and the computers only allow you to access Proton for email.

31. Recently, an ICE counselor found out people were donating to our commissary accounts, and she came to our room and said we cannot speak with people who would

3

donate to our accounts. She accused me of meeting with organizations that would help people with their commissary accounts, and she told me I should not be doing that or sharing commissary numbers. I told her I was only meeting with a pastor who was helping. She said people who want to donate to us are not allowed to communicate with us or come visit us.

32. When we first got here, they gave us a really small shampoo bottle. When it ran out, I spent a week asking for more shampoo, but the staff said they did not have any more. So, since then, we have had to buy it at the commissary.

33. We also need to fill out a paper to ask for more clothes when ours break, but we have been waiting for new shoes for my daughter for more than a week since we made the request. She could not wear them without getting her feet wet.

34. When my son's pants broke, I submitted a paper saying they were broken and requesting replacements. But the staff said we were lying and that we had hidden the pants in an effort to get more clothes. They searched our room to try to prove we were just trying to get more clothes. Now my son only has one pair of shorts that need to be washed every day.

35. I also asked for a sweater for my daughter because only my son and I got sweaters, but the staff said they do not have any in her size, so she still does not have one.

36. It is difficult for my children to sleep here because the lights are on all night. I am detained in a room with just my children. A couple of nights ago, we all woke up when a bunch of ICE officers came into the room at 3 a.m. They were checking for things, but I am not sure what they were looking for. It was terrifying. When they saw that I woke up, they left the room. I do not know what they were doing there.

37. My children have been sick with stomach aches since getting here, and my son has suffered from a fever. I think the food makes them sick to their stomachs. I took them to the doctor and got medicine for their stomach aches.

38. The food here is repeated a lot. It's always the same. It also has too many condiments for children to eat it. There are so many kids who do not eat because they get stomach pain and diarrhea. We have seen some people get different food, but the staff just give us the same food over and over again. I heard a woman who works here say it's all canned food, and they just heat it up.

39. The water here is really bad, too. We do not have enough money in our commissary account to buy water, so we have to drink water from the tap, but it gives us diarrhea. So, we have consistent diarrhea.

40. There are a lot of officials who treat us poorly. These staff are mean, and they are always checking you and looking at you. They tell people they will give them a report that will affect their case for anything you do. They will give people reports for anything, even just speaking to each other. Once, when there was no detergent, a woman went to take hand soap to use it in the washing machine, and a staff member made a report against her. The staff told her it would go to the judge in her case. Then there was another time when a woman walked over to a separate housing hallway to talk to her friend, and the staff said they were filing a report against her for doing that. It makes us all feel bad and scared of doing anything. We have heard that the more reports we get, the longer they will keep us and our children detained.

41. I guess someone could try to file a grievance, but we are all just trying to get out and we know they will try to file a report that hurts us, so we do not complain.

42. There is also one woman who works here who will not let the kids play. She walks around them and critiques them, so when that woman comes by, the children all leave the park.

43. State representatives came two times in the last month, and there was a paper that some people could sign their names on. But for anyone whose name was not on the paper, they locked all of us in our rooms and said we could not leave. Those were the only times that they gave us good food. It was different than the food we normally get.

44. We also see snakes in the hallway here. All of us fear them ending up in our beds and the bathroom, but the staff here say we cannot kill them.

45. I take ▮ and ▮ to school here, but the school only gives them coloring, and the children feel like they are not learning. They both want to learn more.

46. My children cannot wait to get out of here so they can go to real school and reunite with their brother.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 2 day of June 2026, at Dilley, Texas .

CERTIFICATE OF TRANSLATION

My name is ___Eleanor Roberts___ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: ___06/02/2026___                    _Eleanor Roberts_____