# EXHIBIT 12

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, J███ C████ M█████, declare as follows:

1.      This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2.      I am 44 years old. I am from ███████.

3.      I speak Spanish.

4.      I have been detained at Dilley for 62 days. I am here with my daughter, who is seven.

5.      She was in second grade before we were detained. We were apprehended in Arizona, where we've lived for the past two and a half years.

6.      After being apprehended, we waited all day in an ICE office. That was April 7th. On April 8, 2026, we traveled the whole day and then arrived here to Dilley, Texas.

7.      I have never received an orientation or video about my rights.

8.      On April 9th, ICE had us sign a paper that said *Flores* exists, but they aren't applying it right now. I signed it. The paper just notifies us of *Flores*, but RAICES told me that ICE doesn't respond to many parole requests that use *Flores*.

9.      We received another document called "Notice to Alien of File Custody Review" on May 26th, which said we have to wait another month here when we have already been here since April.

10.     These papers are all in English. There sometimes is a translator in person, but we don't receive the papers in our own language.

11.     For the *Flores* document, an ICE agent told me what it means, but the paper was still in English. We didn't get a copy of that one.

12.     We all have headaches all the time. I think it could be the food, but it also could be the anxiety. None of us want to be here.

13.     My daughter is usually very calm, but she's been biting her nails here. She's stressed. She was very social and liked to play and hangout with younger kids before coming here, but now she doesn't.

14.     I have noticed a big change in her.

1

15.    She asks me every day why we are here and when we can leave. She obviously wants to stay here in the U.S. and go back to her school. And now it's summer vacation, and she's missing all of that fun stuff.

16.    On June 2, 2026, my daughter was injured in the park here. She was playing on the monkey bars, and she fell on her private area. There was some blood coming out. They made us wait a bit before seeing a doctor. They kept her overnight at Medical to review how she was doing.

17.    They didn't review her internally, though, and I am afraid she has internal bleeding. She feels weird still. She feels off balance, she's walking weirdly, and she told me it feels like there is something inside her moving around – like a weight.

18.    Yesterday, June 7th, we went again to Medical and told them how she felt. They said all was good and she wasn't bleeding anymore. They still didn't review her though for internal bleeding. I am still worried about internal bleeding. I want her to see someone about this.

19.    I did write a grievance about my child's medical issues. I have not received a response to that yet.

20.    The food here makes us sick. We are losing weight. We eat the food and have to go right to the bathroom. Sometimes we eat, sometimes we don't. If we do eat, we go directly to the bathroom afterwards.

21.    My daughter is not eating a lot. It's the same food every day.

22.    We are drinking the tap water. The stuff directly from the tap doesn't taste good, but we'll drink it out of the Gatorade containers they have around. The prices at the commissary have gone up a lot. The noodle prices have gone up too.

23.    My daughter doesn't want to go to the school anymore because every day is the same. She says they just color to pass the time.

24.    We received a hygiene kit when we arrived, but the stuff isn't good, so we buy it now from the store. I think you can get more for free, but I'm not sure. The toothbrushes only last for one use.

2

25. The bathrooms are so dirty here. There is mold everywhere in the showers.

26. The phone calls here are not free. You have to pay to use them. 10 dollars will last about five days, but that's only for short calls.

27. We can't use Google in the library.

28. The guards do sometimes yell at the kids here; there is one, in particular, who yells a lot.

29. There is not enough recreation for my daughter here. There are a few Legos; mostly they just let her draw. We have to buy more colors at the store here. The guards just give them one or two to draw with.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this __8__ day of ___June___ 2026, at _____Dilley, TX_____.

## CERTIFICATE OF TRANSLATION

My name is  Katherine Johnson  and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

____06/08/26_____
Date

_____
Signature