# EXHIBIT 13

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, D███ C████████, declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 37 years old. I am from ███████.

3. I speak ████████ and some limited English.

4. I have been detained at Dilley for 21 days, but I have been detained for longer than that. I am with my son, who is four years old.

**CBP Detention**

5. We were in a CBP facility called Otay Mesa for seven days.

6. On our third day there we received a credible fear interview, and they concluded it was negative. When the judge reviewed it, though, she said it was actually supposed to be positive. No one told me this; I just overheard the judge say it with my limited English.

7. I think that's why we were there for so long, because of the interview results.

8. At CBP, I only received two phone calls. I got one at the border and another to try to reach a pro bono attorney, but no one picked up. After that, I asked for more calls to call my mother or our sponsor because I was so nervous and stressed, but ICE said no.

9. The facility had a toilet, metal benches, and gym mats for sleeping.

10. The toilet in our room could only be flushed from the outside. An officer who passed by the room had to flush the toilet. They did this multiple times a day, including at night. Because it was very loud, my child was very scared and fearful every time an officer walked by. I don't know why they did that. He had a fear of the flushing toilet for a while after that. It would wake us up in the middle of our sleep too.

11. They did not allow us to talk to any other families while we were there. It was painful for my son that we couldn't speak to the other families, because he had made a friend with one of their daughters when we crossed the border.

12. Sometimes, they'd allow my child to watch cartoons, but that was it and it was a very short period of time. All the time was limited. There was limited time to eat, limited time to watch TV, and more.

13.     Before my child eats, he has to jump and run around. He cannot do this quickly, so that was very hard for us.

14.     He was also punished and received restricted TV time for running around.

15.     One day, they didn't even open the window so my child could look through it.

16.     It was very difficult and stressful there because I wasn't aware of what was going on. They only told us one hour prior to being moved to Dilley that we were going to be moved to a different place.

17.     I would like to add that there were some nice people in that center who had compassion for the kids, but only a few of them.

18.     They allowed no toys or food within the room where we stayed. I had to come up with a chasing game or with a game involving toilet paper, because I didn't have any other resources available to me.

19.     Over the seven days, we only received three showers, and one of those times we had to take a car to go to place to shower.

20.     It was very difficult to shower because the water only worked for a short period of time, and you have to keep pressing the button all the time to get more water out. When you have to care for your child too, it's impossible to get a decent shower.

**Dilley ICE Detention Center**

21.     We arrived to Dilley on May 13th.

22.     The next day, May 14th, ICE provided me with a paper and asked me to sign the paper. There was no interpreter or translator. The form said it was a *Flores* notice. I asked one of the ICE officers what this meant, and he said they wouldn't keep me here for more than 20 days.

23.     I haven't received any follow-up, though, on when or if I'm being released and I've been here for more than 20 days, even more if you count my time before Dilley.

24.     My understanding is that they only started to give this piece of paper out to people in the month of May.

25.    The only thing I know is that they called my sponsor and asked whether they could purchase tickets for us, but I'm still here. It's been more than a week since they called my sponsor, and today is day 21 since I signed that form.

26.    My child is my main concern right now. He's very hyperactive. At mealtimes, for example, he's running and jumping. Now, he has a poor appetite. And I'm very concerned that we're still here and won't be released. He often has tantrums.

27.    Yesterday at dinner, my child was very active. He couldn't sit still for one minute. He was running and jumping on the tables. Yesterday I spoke to someone in charge, and I told her that his hyperactivity is just how his nervous system is managing stress right now. The staff here can't even calm him down, and they can't control him. It's difficult for staff to look after him. A nice staff woman said she'd check about the status of our case and took picture of my A-number.

28.    He had these hyperactive behaviors before we got here, but now they've gotten worse. He's deteriorated a lot in the past few days. It's not controllable now.

29.    I provided a medical record from ▇▇▇ to the medical unit here about his speech delay. Yesterday, we went to see a doctor. I told the doctor that my son is restless and has a poor appetite, but she said it's normal. The plan was to see a psychologist or counselor after that, but we haven't seen one yet.

30.    My son drinks milk and juice, but he doesn't eat other normal food. This has gotten worse in the past few days.

31.    People are asking me if he's autistic. He's almost 5 years old, and he doesn't really speak. I'm concerned about his health and safety. He can say phrases, but he doesn't answer questions or maintain a dialogue.

32.    At CBP, the TV my son got to watch was extremely limited. Now, he has a negative reaction to the TVs here. The girl in our room likes to turn the TV on to watch cartoons, and my son reacts poorly to that. He asks to turn it off.

3

33.    Before detention, he was sleeping with a stuffed animal, a bear, but not anymore obviously. He also liked to play with an iPad and phone before coming here, but we don't have them here.

34.    The problem is that he understands we're in captivity. He's small, but he does understand. Before he had friends, but they've all left now. There are new people now, so he understands it's not going well for us.

35.    He needs a change of circumstances, settings, and actions, because it is very hard for him to have to do the same thing every day. He doesn't do well when he's subjected to some type of restriction.

36.    There are iPads here, but you have to pay-to-play so we don't do that.

37.    We can leave our room here, but my child still understands his freedom is limited.

38.    Over the last few days, he's only said the words "mother" and "plane" so I understand he wants to leave, but I don't know what to tell him because I don't know what is going to happen to us. He'll say, "Mother, let's fly." He knows that before, when we moved around, we took a plane, so that's how I know he wants to leave.

39.    He said today, "Mom, I'm sick and tired of everything." This was surprising for me to hear, because he usually doesn't speak. This probably means that this experience is so difficult for him that he had to say something like this.

40.    I feel pain for my child, because it's not his fault that he has to be in captivity.

41.     His sleep is okay because he's so drained by the end of the day. I, however, get up every hour. My sleep is not good. I don't know if I'm sleeping at all. It's not acceptable for me to take sleeping medicine, because I can't risk not being able to monitor him.

42.    We received a hygiene kit when we entered here. We have asked for more and they gave it to us for free.

43.    I don't recall any know your rights presentation. I remember I was given info on pro bono lawyers, but that was it.

44.    Every day, I cry. It's the same scenario the next day.

4

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this __2__ day of ___June___ 2026, at _____Dilley, TX_____.

CERTIFICATE OF TRANSLATION

My name is _____**Iryna Iudina**_____ and I swear that I am fluent in both the English and ▮▮▮▮▮ languages and I translated the foregoing declaration from English to ▮▮▮▮▮ to the best of my abilities.

_____2026-06-16_____
_____ Date

Iryna Iudina

Digitally signed by Iryna Iudina
Date: 2026.06.16 11:56:40 -07'00'

Signature