BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
JOSHUA C. MCCROSKEY
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
Michael.A.Celone@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 2:85-cv-4544-DMG-AGR<br><br>**DEFENDANTS' NOTICE OF APPEAL**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

1

Defendants hereby appeal from the Court's In Chambers—Order Re Defendants' Motion to Partially Reconsider Order of April 3, 2026, ECF No. 1775 (dated May 18, 2026).

Dated: July 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

JOSHUA C. MCCROSKEY
Trial Attorney

*/s/ Michael A. Celone*
MICHAEL A. CELONE
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-2040
Michael.a.celone@usdoj.gov

*Attorneys for Defendants*