UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **LA CV 85-04544-DMG (AGRx)** | Date | August 4, 2026 |
| Title | ***Jenny L. Flores, et al. v. Pamela Bondi, et al.*** | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Kelly Davis | Susie Galvan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Mishan Wroe (via Zoom) | Joshua McCroskey (via Zoom) |
| Diane de Gramont (via Zoom) | |
| Leecia Welch (via Zoom) | |
| Sarah Kahn (via Zoom) | |
| Bardis Vakili (via Zoom) | |

**Proceedings: ZOOM STATUS CONFERENCE**

The cause is called and counsel state their appearance.  Also present via Zoom are Andrea Ordin, Dr. Paul Wise, CBP Juvenile Coordinator Dale Martin, and ICE Juvenile Coordinator Dawnisha Helland.  Status Conference held.  The Court orders the 2027 Annual Reports to be filed by **July 1, 2027**.  Plaintiffs' Responses to the reports are due by **July 16, 2027**.  Defendants' Replies to the reports are due by **July 23, 2027**.

The Court orders supplemental declarations by Plaintiffs and Defendants be filed within two days, as discussed at the status conference.  The Court's monitoring order will issue soon.

The Court sets the next Annual Status Conference for **July 30, 2027**, at **10:00 a.m**.  The parties may request to appear by video conference if a personal appearance is unduly burdensome.

**IT IS SO ORDERED.**

:30

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk DD |