ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
1250 Sixth Street, Suite 205
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.*,

Defendants.

CASE NO. CV 85-4544-DMG (AGRx)

**NOTICE OF MONITORING PROTOCOL**

Pursuant to the August 17, 2026, Order of the Court [Doc. 1828.], the SM/IM received comments and objections to the draft Monitoring Protocol. After considering the comments and objections, the SM/IM finalized the Monitoring Protocol and provided it to the Parties by e-mails dated September 22, 2026.

DATED: September 22, 2026

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By *__/s/ Andrea Sheridan Ordin__*
Andrea Sheridan Ordin

*Legal Advisor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 250 Sixth Street, Suite 205, Santa Monica, California 90401. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on September 22, 2026, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE OF MONITORING PROTOCOL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on September 22, 2026, at Los Angeles, California.

Jeff Thomson