BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.,*

Defendants.

No. 2:85-cv-4544-DMG-AGR

**DEFENDANTS' REQUEST FOR APPROVAL RE: CBP DEPUTY JUVENILE COORDINATOR**

No Hearing Date Set

Honorable Dolly M. Gee
Chief United States District Judge

Defendant U.S. Customs and Border Protection ("CBP") respectfully requests that the Court approve Mr. Robb Wistner as Deputy Juvenile Coordinator for CBP, effective immediately.

On August 24, 2017, the Court accepted Mr. Henry Moak as the Juvenile Coordinator for CBP. Doc. # 371. Mr. Moak served as CBP's Juvenile Coordinator from 2017 to July 2026. In 2022, CBP asked the Court to approve Mr. Dale Graham Martin as the Deputy Juvenile Coordinator for CBP. Doc. # 1271. As part of its request, CBP noted that approving Mr. Martin as Deputy Juvenile Coordinator would provide for continuity of efforts when Mr. Moak retired from federal service. *Id.* at 2–3. On July 29, 2022, the Court approved Mr. Martin as the Deputy Juvenile Coordinator for CBP. Doc. # 1277. On July 9, 2026, CBP informed the Court that Mr. Moak was retiring from federal service and asked the Court to approve Mr. Martin as the new Juvenile Coordinator. Doc. # 1804. On July 13, 2026, the Court approved Mr. Martin's appointment as the CBP Juvenile Coordinator. Doc. # 1807.

By this filing, CBP now asks that the Court approve Mr. Robb Wistner as the new Deputy Juvenile Coordinator for CBP. Since 2019, Mr. Wistner has served as the Director of the CBP Juvenile Coordination Division. In that role, he has assisted the former Juvenile Coordinator Mr. Moak and the current Juvenile Coordinator Mr. Martin for several years, including participating in site visits and working with the Special Master and Independent Monitor in their prior roles as Juvenile Care Monitors. Among his many accomplishments, Mr. Wistner directed the development and implementation of CBP's comprehensive *Flores* inspection protocols, oversaw development of the *Flores* Implementation Training, and has supervised 327 *Flores* inspections. Mr. Wistner's resume is attached for the Court's consideration (Attachment A).

Approving Mr. Wistner as Deputy Juvenile Coordinator would allow for the immediate filling of Mr. Martin's past role as Deputy Juvenile Coordinator. CBP believes approval of Mr. Wistner as the Deputy Juvenile Coordinator at this time would be prudent and in the interest of both CBP and the Court to allow for continued oversight of

compliance and continuity of efforts in the role of the CBP Juvenile Coordinator going forward.

WHEREFORE, CBP respectfully requests that the Court approve Mr. Robb Wistner as Deputy Juvenile Coordinator for CBP.

Dated: September 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
CLIFFORD M. LUHN
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

**L.R. 11-6.2 Certification**

The undersigned counsel of record for the United States certifies that this brief contains 386 words, which complies with the word limit of L.R. 11-6.1.

Dated: September 29, 2026

*s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY