BRETT A. SHUMATE
Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.,*

Defendants.

No. 2:85-cv-4544-DMG-AGR

**DEFENDANTS' NOTICE OF APPEAL**

Honorable Dolly M. Gee
Chief United States District Judge

Defendants hereby appeal from two orders dated August 17, 2026, and entered on the docket on August 18, 2026:

(1) In Chambers—Order Discharging Order to Show Cause [1794] and Appointing Special Master and Independent Monitor, ECF No. 1827; and

(2) Order RE Appointment of Special Master and Independent Monitor, ECF No. 1828.

Dated: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*<u>/s/ Joshua C. McCroskey</u>*
JOSHUA C. MCCROSKEY
CLIFFORD M. LUHN
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*