JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.,*

Defendants.

No. 2:85-cv-4544-DMG-AGR

**DEFENDANTS' REQUEST FOR APPROVAL RE: ICE JUVENILE COORDINATOR**

No Hearing Date Set

Honorable Dolly M. Gee
Chief United States District Judge

On July 29, 2022, the Court approved Dawn M. Helland as the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"). Doc. # 1277. At the time, Ms. Helland was the Acting Deputy Assistant Director for ICE's Enforcement and Removal Operations ("ERO") Juvenile and Family Management Division. Ms. Helland has served as ICE's Juvenile Coordinator since 2022. Ms. Helland is transitioning to a new role. By this filing, ICE now asks that the Court approve Mr. Byoung C. Park as the Juvenile Coordinator for ICE.

Mr. Park has worked closely with Ms. Helland for several years and is well-positioned to replace her as Juvenile Coordinator. Relevant portions of Mr. Park's CV are attached to this filing. *See* Attachment A. Mr. Park has served as the Acting Deputy Assistant Director for ICE's Juvenile and Family Management Division since May 31, 2026. *Id.* at 1. From June 2023 through May 2026, Mr. Park served as the Juvenile and Family Management Division's Unit Chief. *Id.* In those roles, Mr. Park has overseen all agency case management activities as they relate to juveniles and families, including assessing laws, legislation, court orders, and policies for impact on ICE ERO operations related to juveniles and families, resolving complex issues, and providing subject matter expertise. *Id.* Prior to June 2023, Mr. Park was a Section Chief within the Juvenile and Family Management Division. *Id.*

WHEREFORE, ICE respectfully requests that the Court approve Mr. Byoung C. Park as Juvenile Coordinator for ICE.

Dated: November 16, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
CLIFFORD M. LUHN
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

**L.R. 11-6.2 Certification**

The undersigned counsel of record for the United States certifies that this brief contains 244 words, which complies with the word limit of L.R. 11-6.1.

Dated: November 16, 2026

*s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY