# Byoung C. Park

## Experience

**Immigration and Customs Enforcement (ICE)**
**Enforcement and Removal Operations (ERO)**
**Juvenile and Family Management Division (JFMD)**
**500 12th Street, SW**
**Washington, DC 20024**

**Acting Deputy Assistant Director - May 31, 2026 to present**
**Unit Chief - June 4, 2023 to May 30, 2026**

Since June 4, 2023, I have served as the Unit Chief, and now the acting Deputy Assistant Director for the Juvenile and Family Management Division (JFMD). As the Unit Chief, I managed the Juvenile and Family Case Management Unit (CMU). JFMD CMU oversees all agency case management activities as they relate to juveniles and families. This includes assessing laws, legislation, court orders, and policies for impact on ICE ERO operations related to juveniles and families, resolving complex issues, providing subject matter expertise. As acting Deputy Assistant Director, I now oversee both units, CMU and Transportation and Compliance Unit (TCU). This includes managing multi-units over 50 ICE personnels and multi-contracts related to juveniles and families.

During my time with JFMD, JFMD's ability to care for and expeditiously transfer unaccompanied alien children (UAC) and family units (FAMU) to their intended destinations has improved while ensuring the agency's compliance with the terms of existing court orders and laws for juveniles and families. As the Unit Chief, I also oversaw the implementation of Regional Juvenile Coordinators (RJCs) in ICE field offices. RJCs has played crucial role to provide guidance and training to field offices in case matters related to juveniles and families.

I have been working very closely with JFMD and the agency's data analysts to improve data quality and to automate reports related to juvenile and families.

**Section Chief – January 16, 2022 to June 3, 2023**

In this capacity, I oversaw operations and ERO activities related to JFMD and managed ERO juvenile coordinators. I coordinated with Customs and Border Protection (CBP), the Department of Health and Human Services' Office of Refugee Resettlement (ORR), and non-governmental organizations to make decisions related to the care and custody of minors.

I coordinated and supervised the agency's effort to streamline case management of UACs placed in ORR's Emergency Intake Centers.

## Education

UNIVERSITY OF CALIFORNIA, DAVIS – 1999-2004
BS in Mechanical Engineering
BS in Aeronautical Science and Engineering