JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGR<br><br>[Proposed]<br><br>**ORDER RE APPOINTMENT OF ICE JUVENILE COORDINATOR**<br><br>[Hon. Dolly M. Gee] |

Defendants request that the Court approve Mr. Byoung C. Park as the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"). Mr. Park has served as unit chief and now Acting Deputy Assistant Director for ICE's Enforcement and Removal Operations, Juvenile and Family Management Division since June 2023.

Having reviewed Mr. Park's qualifications and experience, the Court APPROVES Mr. Park's appointment as Juvenile Coordinator for ICE.

**IT IS SO ORDERED.**

DATED: _____________, 2026.

_______________________________
HONORABLE DOLLY M. GEE
Chief United States District Judge