JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.,*

Defendants.

No. 2:85-cv-4544-DMG-AGR

**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' FORTHCOMING MOTION TO ENFORCE**

Honorable Dolly M. Gee
Chief United States District Judge

By this stipulation, and pursuant to Local Rule 7-1, the parties respectfully ask the Court to set the following briefing schedule on Plaintiffs' forthcoming motion to enforce the *Flores* Settlement Agreement regarding notice of *Flores* rights:

(1) Plaintiffs shall file their motion to enforce on or before November 20, 2026.

(2) Defendants shall file their opposition to Plaintiffs' motion to enforce on or before December 9, 2026.

(3) Plaintiffs shall file their reply in support of Plaintiffs' motion to enforce on or before December 23, 2026.

(4) A hearing on Plaintiffs' motion to enforce is set for January 8, 2027, at 9:30 a.m.

The parties jointly request and stipulate to the briefing schedule above to accommodate Thanksgiving and the winter holidays.

WHEREFORE, through this stipulation, the parties respectfully request that the Court approve the briefing schedule above on Plaintiffs' forthcoming motion to enforce.

Dated: November 18, 2026

JONATHAN D. GUYNN
Acting Assistant Attorney General

WILLIAM C. SILVIS
Assistant Director

MICHAEL A. CELONE
Senior Litigation Counsel

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
CLIFFORD M. LUHN
Trial Attorneys
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
202-305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

*/s/ Sarah Kahn* (by permission)
Sarah Kahn
1505 E 17th St. Ste. 117
Santa Ana, CA 92705
(909) 274-9057
sarah@centerforhumanrights.org

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Leecia Welch
Eleanor Roberts

*Attorneys for Plaintiffs*