JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
WILLIAM C. SILVIS
Assistant Director
MICHAEL A. CELONE
Senior Litigation Counsel
CLIFFORD M. LUHN
JOSHUA C. MCCROSKEY
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
joshua.c.mccroskey@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[Proposed]<br><br>**ORDER APPROVING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' FORTHCOMING MOTION TO ENFORCE** |

On November __, 2026, the parties filed a Joint Stipulation to Set Briefing Schedule on Plaintiffs' Forthcoming Motion to Enforce [Doc. # ___]. Good cause appearing, the Court **APPROVES** the parties' Stipulation and **ORDERS** the following:

(1) Plaintiffs shall file their motion to enforce on or before **November 20, 2026**.

(2) Defendants shall file their opposition to Plaintiffs' motion to enforce on or before **December 9, 2026**.

(3) Plaintiffs shall file their reply in support of Plaintiffs' motion to enforce on or before **December 23, 2026**.

(4) A hearing on Plaintiffs' motion to enforce is set for **January 8, 2027, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: _____________, 2026.

_______________________________
HONORABLE DOLLY M. GEE
Chief United States District Judge