# TABLE OF EXHIBITS

## Exhibit Index to Motion to Enforce re: Defendants' Failure to Provide Class Members with Notice of Their Flores Rights

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Declaration of Leecia Welch, November 20, 2026 ("Welch Decl.") |
| 2 | W.D.B. Declaration (Dilley), October 6, 2026 ("W.D.B. Decl.") |
| 3 | T.C. Declaration (Dilley), October 7, 2026 ("T.C. Decl.") |
| 4 | Y.W. Declaration (Dilley), October 7, 2026 ("Y.W. Decl.") |
| 5 | J.P.R. Declaration (Dilley), October 7, 2026 ("J.P.R. Decl.") |
| 6 | M.M.V. Declaration (Dilley), October 6, 2026 ("M.M.V. Decl.") |
| 7 | D.Z.C. Declaration (Dilley), November 4, 2026 ("D.Z.C. Decl.") |
| 8 | K.O.C. Declaration (Dilley), November 4, 2026 ("K.O.C. Decl.") |
| 9 | P.G.P. Declaration (Dilley), November 4, 2026 ("P.G.P. Decl.") |
| 10 | Y.M.P. Declaration (Dilley), November 4, 2026 ("Y.M.P. Decl.") |
| 11 | Y.Z. Declaration (Dilley), November 4, 2026 ("Y.Z. Decl.") |
| 12 | W.P.P. Declaration (Dilley), July 15, 2026 ("W.P.P. Decl.") |
| 13 | Y.P.R. Declaration (Dilley), July 15, 2026 ("Y.P.R. Decl.") |
| 14 | D.C.S. Declaration (Dilley), October 6, 2026 ("D.C.S. Decl.") |
| 15 | S.R.A. Declaration (Dilley), October 7, 2026 ("S.R.A. Decl.") |
| 16 | G.Z.R. Declaration (Dilley), September 9, 2026 ("G.Z.R. Decl.") |
| 17 | I.O.R. Declaration (Dilley), September 9, 2026 ("I.O.R. Decl.") |
| 18 | M.A.G.Z. Declaration (Dilley), November 4, 2026 ("M.A.G.Z. Decl.") |
| 19 | E.N.P. Declaration (Dilley), July 14, 2026 ("E.N.P. Decl.") |

| | |
|---|---|
| 20 | L.Z. Declaration (Dilley), July 29, 2026 ("L.Z. July Decl.") |
| 21 | A.C. Declaration (Dilley), October 6, 2026 ("A.C. Decl.") |
| 22 | W.T.P. Declaration (Dilley), July 15, 2026 ("W.T.P. Decl.") |
| 23 | J.O. Declaration (Dilley), November 3, 2026 ("J.O. Decl.") |
| 24 | J.M.O. Declaration (Dilley), October 7, 2026 ("J.M.O. Decl.") |
| 25 | Y.D. Declaration (Dilley), October 7, 2026 ("Y.D. Decl.") |
| 26 | D.L.R. Declaration (Dilley), October 6, 2026 ("D.L.R. Decl.") |
| 27 | X.W. Declaration (Dilley), July 15, 2026 ("X.W. Decl.") |
| 28 | M.T. Declaration (Dilley), July 15, 2026 ("M.T. Decl.") |
| 29 | S.N.K. Declaration (Dilley), October 7, 2026 ("S.N.K. Decl.") |
| 30 | L.R.O. Declaration (Dilley), July 15, 2026 ("L.R.O. Decl.") |
| 31 | A.D.G. Declaration (Dilley), September 8, 2026 ("A.D.G. Decl.") |
| 32 | M.G.O. Declaration (Dilley), July 14, 2026 ("M.G.O. July Decl.") |
| 33 | N.A.P. Declaration (Dilley), November 4, 2026 ("N.A.P. Decl.") |
| 34 | Declaration of Miguel Chiapetta, November 18, 2026 ("Chiapetta Decl.") |

**Previously Filed Declarations**

| **Docket No.** | **Description** |
|---|---|
| 1706-2 | Declaration of Javier Hidalgo, December 8, 2025 ("Hidalgo Dec. Decl.") |
| 1748-16 | Declaration of Javier Hidalgo, March 20, 2026 ("Hidalgo Mar. Decl.") |
| 1748-21 | Declaration of Z.V. (Dilley), February 11, 2026 ("Z.V. Decl.") |

| | |
|---|---|
| 1748-24 | Declaration of S.S. (Dilley), January 15, 2026 (“S.S. Decl.”) |
| 1748-36 | Declaration of M.L.S. (Dilley), February 12, 2026 (“M.L.S. Decl.”) |
| 1779-2 | Declaration of Leecia Welch, May 18, 2026 (“Welch May 2026 Decl.”) |
| 1779-8 | Declaration of S.D.C. (Dilley), March 11, 2026 (“S.D.C. Decl.”) |
| 1779-18 | Declaration of O.B. (Dilley), April 23, 2026 (“O.B. Decl.”) |
| 1811-2 | Declaration of Leecia Welch, July 15, 2026 (“Welch July 2026 Decl.”) |
| 1811-4 | Declaration of Elora Mukherjee, July 15, 2026 (“Mukherjee July Decl.”) |
| 1811-5 | Declaration of Rodolfo Altillo, July 15, 2026 (“Altillo Decl.”) |
| 1811-6 | Declaration of M.A.B.H. (Dilley), June 1, 2026 (“M.A.B.H. Decl.”) |
| 1811-7 | Declaration of J.C.B. (Dilley), June 3, 2026 (“J.C.B. Decl.”) |
| 1811-9 | Declaration of L.R.V. (Dilley), June 2, 2026 (“L.R.V. Decl.”) |
| 1811-11 | Declaration of L.R.P. (Dilley), June 8, 2026 (“L.R.P. Decl.”) |
| 1811-12 | Declaration of M.G.O. (Dilley), June 2, 2026 (“M.G.O. June Decl.”) |
| 1811-13 | Declaration of J.C.M. (Dilley), June 8, 2026 (“J.C.M. Decl.”) |