# EXHIBIT 2

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, W[redacted] D[redacted] B[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am from [redacted].

3. I speak Spanish.

4. I have been detained at Dilley for 24 days with my 12-year-old son. He was in sixth grade in San Antonio before ICE detained us. We really want to leave this place. We do not like being locked up. It's been too long, and my son is always saying he wants to get out of here and go back to school.

5. No one has told us why we have been detained for so long, though we heard that there is a law called *Flores* that says we should not be here for more than 20 days. There is an ICE office at Dilley where I think you can ask questions, but we have not gone there because we are scared to go there.

6. No one who works here has mentioned *Flores* to me, though I heard about it from RAICES attorneys, who told me we should only be here 20 days.

7. Before our arrest, we were living in San Antonio for about three years. My son misses his friends, his sports, and learning. He likes math and being with other kids. He misses his old life here.

8. When ICE arrested me, they cuffed me and held me for three hours before they went to get my son to detain him with me.

9. I was surprised because I have been going to all my immigration court dates and my next court date was scheduled for November 2027. I have my ID, Social Security number, and license.

10. They did not tell us more about our rights after we was detained.

11. We spent one night in an ICE office in San Antonio, and then ICE took us to Dilley in the morning.

12. They brought us here on a bus full of detained people, most of whom were going to another facility. Then they moved us to a van and took us here.

**Dilley ICE Detention Center**

13. No one has told us whether we will be able to get out of here.

14. We do not feel good here because we are locked inside. Being detained brings up a lot of trauma for us. When we first crossed the border, my son's mom drowned, and then right after, CBP detained us for seven days. That was the last time we were detained. Being back here brings up all those feelings from when we spent seven days detained right after she died. My son should not have to go through these feelings. He should be at home playing sports.

15. When we got here, they took our old clothes and belongings and did DNA tests on both of us, as well as medical tests. They did not tell us why or what happened with our DNA test. They just did the exam, and then we did not hear anything else after that.

16. Then we went to our rooms.

17. There was no know your rights training. They do not do that. There is a wall with a paper with numbers for lawyers like RAICES, but that is all.

18. No one ever showed us a paper about *Flores*. I have never seen this paper that you are showing me that says Exhibit 6. We never received a handbook either. I do not recall the staff here giving me any papers or talking about *Flores* at all.

19. I think there may have been a video that had some animations on it when we got here, but we did not understand what that was about at all. I do not remember that video saying anything about *Flores* either. I think it said something about voluntary departure. The video came in Spanish, too.

20. I don't remember anyone who works for ICE or Dilley saying anything about my son's rights while here one way or another.

21. There was a paper that an ICE officer showed me in English that he did not read to me. Instead, he passed it to me and said there was one line to sign if we wanted to take voluntary departure and another if we wanted to stay here. Since the man who worked here told us which line to sign if we were not taking voluntary departure, I just signed the

line he said meant we would not do voluntary departure. There was a woman next to me who signed for voluntary departure. No one who works here has commented about *Flores*.

22. We buy water here because we are worried the tap water will make us sick. We have not been sick here, and we are trying to do what we can to remain safe.

23. We eat in the dining area, but the meat always has too much sauce, and we are not used to eating that sort of food. Sometimes that means my son loses his appetite and does not eat much, so we buy some soups in the commissary.

24. We do not sleep well here because our backs always end up hurting. The cushions we sleep on are really thin, and we can feel the iron on our backs. It can also be hard to sleep with lights on because we are not used to that either, but there is no dark option. When the staff walks by on the metal walkway throughout the night, we hear each step pretty loudly, and that keeps us up throughout the night. It’s really distracting.

25. We have to pay to make calls here. We can call abroad, but it costs money. We have no way to make free calls to family. The only free time we got was when we first arrived here. During that time, they give each adult five minutes to make a call and a child three minutes to make a call. But that is just one time, and after that, anyone without money cannot make any more calls.

26. We have been able to get a visit from our pastor here.

27. There is no free way to call my lawyer, and if I called my lawyer, I would have to pay for it. He can set up a free legal meeting with me.

28. I have not called any of the lawyers on the pro bono list because I have a lawyer. Still, no one at ICE explained how to make the free calls. While I have gotten in contact with RAICES, it was because my pastor put us in contact; I do not really know how to call them for free from here.

29. I do not know how to use email here and have not used it.

30. I have never heard about a bond hearing.

31. At night, we have to go into our rooms starting at 8 p.m., and we can only go outside to the bathroom, but we cannot go anywhere else.

32. My son studies in his room instead of going to the classes here because it's so different from his school at home. I bought him a notebook and pen at the commissary to write with.

33. There is foamy liquid soap in the shower that doesn't feel right or clean fully, so we buy soap in the commissary instead.

34. The toothbrushes they give us here are too small, so we buy ours in the commissary.

35. We pay about $60 a week to get things from the commissary. Anyone who has money buys hygiene items from the commissary because the hygiene items are not great.

36. My son wants to be a soccer player when he is older and write songs.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 6 day of October 2026, at Dilley, Texas.

[redacted]

# CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 10/06/2026 [signature]