# EXHIBIT 3

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, T[redacted] C[redacted] declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am from [redacted].

3. I speak [redacted].

4. I have been detained at Dilley for 143 days. I am here with my two children and my wife. My son is eight years old, and my daughter is 10 years old. My children feel really anxious about being here for so long and not knowing what will happen.

5. After we crossed the border in May of 2026, CBP locked us up in the CBP prison for one night. They separated me from my kids, who they left with their mom; they kept me apart from them.

6. CBP held me in a room with more than 100 people, and it stank in there. There was an open bathroom, so you could see everything when you had to use the toilet.

7. They did not give us clean clothes, and the only food they provided was bread and some snacks.

8. We could not sleep there. They only gave us one mat and one piece of aluminum foil and nothing else. It was quite chilly. My daughters had the same experience.

9. After one night there, they sent us on a flight to Dilley.

**<u>Dilley ICE Detention Center</u>**

10. ICE officers have told us that they are detaining us for so many months because we are waiting here for travel documents. They say we will be here until they get those documents. The officers have also told us that if we do not cooperate with them, they will just force us onto a flight.

11. I feel very worried because we have been here for so long, and it is affecting my kids. They feel anxious and cannot sleep at night because of it. They are constantly thinking about their worries.

12. My kids used to go to school every day when we first got here, but gradually, they stopped going because they cannot understand the teacher. While some staff use translation services, they only do that when we ask, and the teacher does not use it in class. So, they do not go to school here anymore.

13. ICE did a DNA test of all of our cheeks when we got here.

14. We did not get any paper with our rights on it, and we have never received any rights-related papers over the past few months.

15. One day, about two or three days after we got here, a manager showed up to tell us the rules, the schedule, and where we can and cannot go. I remember that they told us they have zero tolerance for crimes. I do not know who that person was. I do not know the names of the staff here.

16. There are not that many [redacted] people detained here, so we do not have many resources to get information. I do not know how the staff decides when to use translation for us, but it seems like it's provided only when we request it.

17. I do not remember ever seeing a video about my rights here, either.

18. I have never heard about *Flores* before. No one who worked here ever mentioned this to us or told us about how long our child could be detained. I know that it's supposed to be 20 days from when I searched online, but we have been detained for many more days than that.

19. No one ever told us about any of our children's rights.

20. My son gets abdominal pain a lot because of the food here. It is often fried, and it hurts him. Often, he only eats one meal a day.

21. There was one time when he had intense stomach pain and chills, and he started vomiting. The doctor looked at him, but the examination did not seem very detailed, and then the doctor said it was because of the food. He continues to have stomach pain from time to time, and he does not eat very much. The doctor never mentioned that he could have a special diet.

22. My son also has four broken teeth with cavities, but only one has been extracted. It makes it really inconvenient for him to eat.

23. We cannot get used to the food here because it is fried, and it hurts the rest of our stomachs, too.

24. Our family buys bottled water when we are thirsty. There is a smell that comes with the tap water.

25. Sleeping is hard here because the light is on for 24 hours and because our worries keep us up all night.

26. We can make phone calls here, but we have to pay for them. Whenever we use up the money on our card, we need to go to the commissary to add more money.

27. There is an immigration lawyer list, but it is in English. I have never called anyone on that list because of this language barrier.

28. I have met multiple [redacted] families who have experienced ICE separating children from their parents since being here. There is one family who has been detained here for months who has an 18-year-old daughter, and ICE separated her on her 18th birthday. There is another mother and daughter who ICE detained here, but the father and son are not here. There is also another [redacted] mother and daughter who are here, even though ICE already deported the father and son.

29. When we got here, the staff seemed very strict, but my children have gotten used to that. The truth is that we have almost no interactions because of the language barrier.

30. If I could file any complaints, I would like to complain that they are detaining my children so much longer than they should. But I have not been told how to make a grievance.

31. Anyone under 12 needs to be accompanied by an adult, so I need to be with my children whenever they go to the bathroom. It makes my wife feel exhausted to have to stay with the children at all times.

32. We have to buy soap and shampoo here.

33. In truth, we cannot say we have a life here because there is no freedom, and we cannot eat well or sleep well. We live in horror about what will happen the next day.

34. My son is looking forward to going to the beach when he gets out of here. He wants to see the ocean and catch crabs. Most of all, we want to be released.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 7 day of October 2026, at Dilley, Tx.

[redacted] 2026. 10. 7

# CERTIFICATE OF TRANSLATION

My name is Shuilan Lu and I swear that I am fluent in both the English and [redacted] languages and I translated the foregoing declaration from English to [redacted] to the best of my abilities.

Dated: 16/10/2026

[redacted]