# EXHIBIT 4

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Y[redacted] W[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am from [redacted].

3. I speak [redacted].

4. I have been detained at Dilley for 13 days with my nine-year-old daughter. We have been separated from my husband and my son.

5. Before being detained, I was living in Los Angeles for over two years with my husband and children. We got detained when we went to our ICE check-in on September 24, 2026. ICE told us we needed to come in to submit our fingerprints that day, but when we got there, they detained us. ICE has already deported my husband and my son.

6. Someone asked me to sign a paper and told me that my daughter could stay with me if I signed it, but it was in English, and I did not understand it, so I did not sign it. No one said anything about how to keep my daughter with her father.

7. No one told us what was going to happen next, but they separated my husband and son, and I had no idea where ICE sent them.

8. We spent the day at the ICE office, and then someone put us on a flight and took us here. We landed around 2 a.m., spent one night at a hotel, and then they put us on a bus to this detention center.

9. No one told us anything about our rights.

**<u>Dilley ICE Detention Center</u>**

10. When we first got here, we felt so afraid.

11. No one did any kind of know your rights training, but when we got to our dorms, a staff person told us about the rules.

12. On day two, ICE told us we could contact pro bono lawyers, but they told me the lawyers do not speak [redacted].

13. I never received any sort of handout or handbook in [redacted].

14. I have never seen a video about my rights since being here.

15. I have never heard about *Flores* before.

16. Someone from ICE said that children cannot be here for more than 20 days. They showed me a paper, but it was in English, and I did not want to sign anything because I did not know if they were tricking me into signing deportation papers.

17. No one has told me how long I will be here or why we are here.

18. I can pay to make calls here, but I have not been able to talk with my husband or son. The only way I have heard about them is through our friends at the church.

19. We were only given one free five-minute call when we got here to call our friends and family outside.

20. The tap water and food do not taste good. My daughter barely eats and struggles to swallow it down. She mostly eats noodles from the commissary.

21. The lights are so bright, and we cannot turn them off, which makes sleeping hard. When I tried to cover the light, staff told me that was not allowed, and I am only allowed to use an eye mask, but we cannot get used to sleeping with one. We are so tired. My heart is tired, too.

22. When my daughter gets up in the morning, she always feels like she wants to go back to sleep.

23. I have not been able to call an attorney from here. I am so worried about the costs, since we no longer have financial support. I am concerned.

24. My daughter tells me she misses her dad and her brother.

25. It is hard to get enough clothes to be warm when the air conditioning is always on. Two weeks ago, I asked for long trousers, and I asked again last week, but I did not get them.

26. The toothbrushes they provide here are not easy to use, so we have to buy our own.

27. It’s hard here because I do not understand English.

28. One staff member here seems very strict with us. For example, when we get up to go to the bathroom, we have to put our ID and shoes on. One morning, my daughter needed to go to the bathroom, but they made her go back for her ID, and she cried.

29. My daughter is not allowed to have toys in the room. That makes her feel bored.

30. We have to be together all the time, and my daughter feels a bit annoyed that she has to stay with me whenever I go to the bathroom.

31. I do not think it is good for children to be detained. It will negatively affect their social communication, and there is not enough space to play. It is all too limited.

32. My daughter is just looking forward to seeing her father.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 7 day of October 2026, at Dilley, TX.

[redacted]

## CERTIFICATE OF TRANSLATION

My name is Marvellous and I swear that I am fluent in both the English and [redacted] languages and I translated the foregoing declaration from English to [redacted] to the best of my abilities.

Dated: 15/10/2026

[redacted]