# EXHIBIT 5

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, J[redacted] P[redacted] R[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am nine years old. I am from [redacted].

3. I speak English and Spanish.

4. I have been detained at Dilley for 21 days. I am here with my mom.

5. My mom was outside our house in New Mexico in her car one morning when ICE came and blocked her car.

6. They made her call me on the phone to get me to come outside.

7. The agent put handcuffs on her to get her in the car. Then, they took them off when she was in the car. I heard them tell my mom they were taking off the handcuffs because I was with her.

8. We had to wait in an office for three to four hours until a van came. The agents gave us chips and water. Then, we went into a van and went to another office in El Paso. We stayed there for 12 hours. We got food during that time.

9. At 1 a.m. or so, three people came and gave us some shirts, pants, and shoes, and then we got in another van to go to the airport.

10. At the airport, we had to wait a bit for the plane. Then, we went into the airplane. Five minutes later, we took off and started flying, but something happened to the plane. The wings were damaged, and we had to land again in El Paso at the same airport.

11. They fixed it, and three hours later we had to go out again on the same plane. The second attempt of the flight was successful. We went to Houston, waited for two hours, and then flew to San Antonio.

12. Then we took a van from there to Dilley. The lady driving almost crashed into another car. She was listening to music and singing loudly. We were in the car with her for about an hour. I fell asleep, and when I woke up, they took us to intake at Dilley.

13. The travel from New Mexico to here was very long and difficult.

**<u>Dilley ICE Detention Center</u>**

14. I have a dog at home. His name is Firulais. He's being taken care of now, but we want him to meet with us in [redacted] if we're deported. He's only one year old.

15. I was in fourth grade before coming here. It was the fourth week of the semester. I liked my school a lot.

16. I liked math, multiplication, and geometry.

17. I walked home from school often and would play outside. I would play soccer and football with my friends.

18. I miss my friends. I haven't been able to talk to them on the phone.

19. I miss my dad a lot too. He wasn't detained with us. We talk to my dad and aunt on the phone, but it's not free.

20. At intake, when we arrived at Dilley, they told us to bathe and change our clothes. We had to put our things in a bag, and we were told they'd give us a code for the bag when we leave here. We were at intake for about six hours.

21. They did a DNA check on us, but it wasn't that first day; maybe 10 or 11 days after arriving.

22. We didn't see a video about *Flores*; the video was just about the rules of being here.

23. It's pretty boring here. Sometimes we can't go out if it's too hot outside.

24. I feel like I'm in a jail here.

25. It's like a good jail, but not that good. I get homesick sometimes and miss my family.

26. Sometimes, I get sick here. I got wet the other day because it was raining, and that got me sick.

27. Sometimes, when I wake up, my throat is sore. When the air conditioning is on, it gets really dry. It's cold in the bedrooms.

28. Today, I actually ate well. They served us a burger for lunch.

29. Normally, the food smells bad. When I look at it, it looks good, but when I taste it, it's just oily.

30. We buy ramen noodles from the store. I usually eat at night after dinner because dinner is served at 4 p.m., so I get hungry later.

31. In the morning, we eat at 6 a.m. to get eggs or cereal, and then we get lunch at 11 a.m., and I go back to school at 12:15 p.m.

32. I've lost weight since coming here. I had a little belly before, but I don't anymore.

33. I feel hungry a lot here.

34. I wish there were oranges or grapes here. I wish there was pasta with meat or rice or empanadas. I miss my mom's cooking. She can't cook here.

35. We buy bottled water here. Sometimes there is no water in the cafeteria, and the juice in the cafeteria gives me a headache.

36. I tried the tap water yesterday because we didn't have bottles of water. It tasted gross and salty. It hurt my stomach. It gave me diarrhea.

37. The mattress and lights are very annoying here. I wish we could sleep with the lights off. I think there is a sensor, and if the lights are off for too long, it pops back on.

38. ICE told us a few days ago that we'll need to be here for at least two more weeks, even though all we want to do is get on a flight. That was a hard day, I was crying a lot. I just want to be with my family.

39. I have to translate a lot for my mom here. She doesn't speak English.

40. I like the school here. I like to go and see my friends. I like my school at home more.

41. I want to be a farmer when I grow up.

42. If I could change one thing about Dilley, it would be to use a cellphone and call people for free. And, I'd let us go outside and see outside this facility. We don't even know what is outside the front doors.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 07 day of Oct 2026, at Dilley, TX.

[redacted]