# EXHIBIT 6

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, M[redacted] M[redacted] V[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 15 years old. I am from [redacted].

3. I speak Spanish and English.

4. I have been detained at Dilley for 36 days with my dad. I was with my dad when ICE grabbed us, and they separated me from my mom. I feel so sad being apart from her. I know she cries all day, every day because she is separated from me. I want to be with her.

5. Before detention, I was living with my mom and dad for four and a half years in Chicago and California. I was a great student in my sophomore year. I had a GPA above 3.5 and played on the varsity soccer team as the goalie. My school in Chicago had really good teachers. It has been hard not being able to be there for over a month. I haven't been able to talk to my friends, and I know they are all worried about me. Everything was going so well for us before ICE grabbed us.

6. ICE arrested us after we left Walmart, when we walked outside and got in our car. Five trucks surrounded our car. They did not realize I was in the car and cuffed my dad. They never showed us any warrant. They just detained us. They spoke to us in a brusque way. When they took my dad out of the car, they slammed his hand in the car door and hurt his finger.

7. While they were arresting us, I felt really worried about finishing high school, and stressed about what would happen. I did not know whether they would keep me away from my mom.

8. First, they took my dad and me to an ICE building with multiple cells, and they put us in one cell. They wanted to trick us into signing papers that said we would take voluntary departure. The papers were only in English, and ICE provided no translator. The ICE officials told us that we just needed to sign the papers and did not explain what they were. I started to read them because I speak English. When ICE realized that I spoke

and read English, they told me I was too young and that, because I was under 18, I was not allowed to look at the papers. They put me in another room. Then, they threatened my dad and told him he had to sign the paper on the third line. He said that he did not want voluntary departure. He asked for the paper in Spanish, and they said no and just kept saying he had to sign that line. Only afterwards, when I could see him again, did I see the paper and know that they had been coercing him to sign the voluntary departure form. That form included language indicating you had no issue with going to your former country, which is not true for us. Those officers treated us terribly.

9. The ICE staff tried to intimidate us. Whenever ICE wants you to sign something, they use so much intimidation to coerce people into signing papers against their interest. This can be especially bad for people who do not speak English, who have no way to know what is happening.

10. During this time, the officers told us that they were going to send my dad to another jail for at least six months and deport me without my dad back to [redacted]. They never said that I could go stay with my mom and not be detained. Actually, they called my mom and threatened to send me to a juvenile detention facility, even though I have never been arrested for any sort of crime. They told me I had no rights and that I did not even have the right to talk.

11. We were detained in that building for about 11 hours. When we asked ICE what was going on, they said that they were going to deport us.

12. Then some people came and transported us to Dilley. Those people were not ICE officers, and they actually gave us food to eat. They let us sleep in a hotel for a few hours and then put us on a flight to Dilley.

**<u>Dilley ICE Detention Center</u>**

13. They took a DNA swab of us when we first got here, but they never told us why or what they were doing with it.

14. No one ever gave us a know your rights training, nor have we ever received a handout with our rights printed on it.

15. The second day after we got here, ICE told us that we cannot spend more than 20 days here under *Flores* and that we needed to sign a paper. That was the only time that anyone from ICE talked to us about *Flores*. But I read the paper, and it did not mention *Flores,* nor 20 days, nor anything about rights, so it seemed suspicious that they wanted us to sign. They kept asking us to sign the paper, but we refused. The paper had an area to sign, but it did not look like the Exhibit 6 document that you are showing me. They also did not let us keep it. They just showed it to us, so we cannot show it to you because we do not have it.

16. There was a time when I saw an animated video here that said that we had the right to call our lawyers, but I do not remember it saying anything about *Flores*. I think it was maybe 15 minutes long. It did make me happy to know I could call my lawyer.

17. ICE has never told us that they would let me go stay with my mom, who is not detained. All they ever say is that they will deport us at any time and that we do not have rights.

18. We have never heard anything about any sort of bond hearing or release hearing. I have sent messages to ICE telling them I want to go to court for a bond hearing. They just responded and said that we cannot request that and that an attorney must do so.

19. We have heard about *Flores* from people who are detained here, too, but we have been here longer than 20 days.

20. No one has ever explained to us why we have been detained here for so long. When we asked ICE about why we are still here, they just said that we are waiting for a deportation flight. But after they forced my dad to sign voluntary departure forms—despite him not understanding what they were—he very clearly stated he never wanted to sign voluntary departure forms.

21. It's so hard to sleep here because the mattress is really thin, and it hurts our backs. At night, it is so cold in our room because they keep the A/C on, and our blankets are not

warm enough. I have to bundle up with my blanket and socks each night. It is noisy, too, throughout the night because the staff stomp on the metal grates, and their radios make noise all the time.

22. They also make us keep the lights on all night, and that makes it so hard to sleep. It's so much worse for the people on the top bunk because the lights are in their faces. Sometimes they let us turn the lights off in the back of the room but not in the front of the room. After we were here for four days, one guard told us all lights had to be on all the time. It made it impossible to sleep.

23. They also make us all share a room with other people even though other rooms are empty. It feels unfair that there are empty rooms, yet we all have to sleep in the same room together with strangers.

24. I am an athlete, but some people who work here are always trying to stop me from playing soccer outside. When the sun is out, they say that the sun is too strong, we cannot be outside, and we can only be in our rooms or in the gym. Even though there are two exercise machines in the gym, the staff do not let me use them either because they say they are only for adults.

25. The food is also not good here. Sometimes it has too many condiments, and there have been times when the meat they served was undercooked and raw or the potatoes were still hard. It does not always seem edible. We cannot eat when that is the case. A lot of people do not eat the food here. There is one kid I know who can only really eat rice and bread here.

26. My dad has a pain in his tooth and went to the medical area here, but they said dentists can only pull out molars and that they cannot provide any other type of dental care. They say they do not have the resources or people to provide any other dental support. My dad's problem has been ongoing for a while.

27. Also, if you have a headache and ask for Tylenol, they will say they cannot give it to you until they have done exams, so it might take a few days until you can be seen by a medical staff member and get the pain relief that you need. It is just too slow.

28. No one drinks water in the dorms, because everyone who has tried to has gotten a stomachache. The staff says it is purified, but it makes us sick, so we only use it to wash our hands. The only water we drink is the water that we buy in the commissary or the water in the dispenser in the cafeteria.

29. You have to pay to make calls here. But they are all monitored, so it does not feel like we can have private calls with our family members. We do not feel like we can tell my mom everything that is happening here because we do not want to get in trouble. It costs $0.77 per minute. There is no way to make free calls to your family members other than when you first get here. The money that we had in our commissary at the beginning of being here was added from the money we had on us when ICE arrested us. This helped us make calls. But when families are detained without any cash on them, it makes it so hard to get money added to their commissary. There is a family that got here and had no cash on them when they were detained, and they cannot pay for calls.

30. We also cannot make international calls from here. When I have tried to call abroad, the call does not go through.

31. You can have visitors but only from people who have citizenship, and since we are so far from Chicago, we cannot realistically have anyone travel all the way here to visit us.

32. It is hard to find lawyers from here. There is no way to call our attorney for free here. We have to pay each time we call our lawyer. Without money, we cannot do that.

33. It also takes so long for the money to show up in your account after it is deposited. One time we needed to make an urgent call, but it took three days for the money to be added to our account, so we could not make any calls. We’ve seen this happen to other people, too.

34. We cannot use email here, and the computers are not helpful here because we cannot look things up. Most websites are blocked.

35. The staff has not explained our rights to us. What we learn is from the other people detained with us.

36. It's so clear that ICE does not care about the *Flores* rules because there are people who have spent many months here. ICE has never tried to explain why we have been here for over a month despite them telling us we would be here for a maximum of 20 days.

37. We have seen ICE separate a girl from her mom when she turned 18 years old.

38. We have never been assigned a case manager. ICE officers only spoke with us when we got here, and speaking with the *Flores* lawyer now is one of the first times we are hearing about our rights. In the 36 days we've been here no one else has explained anything.

39. I do not go to the school here because the classes are all below my school level. Before, I was taking chemistry, geometry, and economics in school, but they do not offer those classes here.

40. The shoes here break easily. While mine are okay, others do not get ones that are as high quality.

41. The soap they have here is only for handwashing, so we all have to buy soap in the commissary. We have to buy most of our things like other hygiene products there. People without money do not have toothbrushes, deodorant, shampoo—they really do not have almost anything. For example, they do not give us shampoo. There is no way to get shampoo for free. The prices are very high. For food, they have sold cereal for as expensive as $11, so when people are detained with no family members to send money, they have to ask friends here to get them those items.

42. I think the first week was the most expensive because we did not have anything. We needed $100 to buy shampoo and everything, but that does not even count the money we needed to make calls.

43. There are people who are very depressed or anxious here. I try to keep those feelings away because they do not serve me.

44. The only thing I want to do after I get out of here is continue my studies to get a scholarship. I hope I can rejoin my soccer team and go to university. I also want to be able to work.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 6 day of October 2026, at Dilley, Tx.

[redacted]

CERTIFICATE OF TRANSLATION

My name is Eleanor Roberts and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 10/06/2026