# EXHIBIT 7

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, D[redacted] Z[redacted] C[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 42 years old. I am from [redacted].

3. I speak Spanish.

4. I have been detained at Dilley for 13 days. I am detained in Dilley with my partner and our two daughters, who are 17 and 11 years old. Our oldest son, who is 26, is detained in Otero County, New Mexico. We're all very worried about him and wish we hadn't been separated. We haven't seen him or spoken to him since we were detained.

5. We have been living in El Paso, Texas for about four years. We like living there. My daughters really enjoyed school. [redacted] is in fifth grade, and [redacted] is in her senior year of high school. My 17-year-old daughter always got straight A's. She wants to study medicine, and we want to be able to help her accomplish her dreams.

6. I was working when I received a phone call from my daughters. They were crying as they told me that they were detained with their dad on their way to school. I left work immediately and met with my son. We were going to go to our apartment to collect our documents, but on our way to the apartment, we were followed and stopped by ICE officers. The ICE officers handcuffed both of us and took my son in another car. That's the last time I've seen my son since being detained.

7. They took me to the ICE office in El Paso, where I was reunited with my daughters and partner. We were at the office until 11 p.m., and then they drove us to Dilley. We got to Dilley the next morning; we were in the car all night, and we were all exhausted.

**Dilley ICE Detention Center**

8. When we got here, they told us to sign a paper if we wanted to leave. They didn't explain what the paper said, but I think it was for voluntary departure. We refused to sign. They told us we were going to be here 2–3 days.

9. They did not tell us about our *Flores* rights at all. We never received a paper with our rights.

10. They gave us a list of legal services. My partner and I both tried to contact legal services, but the calls never went through, and we were unable to contact anyone on the list.

11. I feel discouraged and sad. Being detained has especially affected my 11-year-old. Whenever she saw the news about immigration, she would always get very nervous. I was so worried for her when she was detained. She has never liked seeing violence or arguments. Her friend's dad was recently deported, and she was worried sick about her friend and her dad. It's so hard being separated from my oldest son, too.

12. It's so hard; we've seen a lot of people from our community be deported.

13. I have a rash across my body from using the hygiene products here. Medical gave me a cream that has helped a bit, but I still have the rashes.

14. We don't really eat here. I've lost weight, and I've noticed my daughters are getting skinnier. My youngest daughter really likes cereal, but they don't give cereal every day. Whenever there is cereal, my partner and I will give her our cereal so that she can have more to eat.

15. When my daughters don't eat, I get upset. I wish I could make food come from thin air for my girls to eat.

16. I don't understand why they don't let us take food out of the cafeteria.

17. My partner had a fever a few days ago, and we couldn't see him for two days because he was recovering in his room. It was hard being unable to see him during that time and being unable to take care of him. He wasn't eating anything during that time.

18. My partner and I drink from the sink, even though the water has an odd taste. We leave the bottled water for my daughters because they need it more. We buy from the commissary sometimes, but it's expensive. One packet of water is $12. With all the heat and sweat, the bottled water doesn't last us long.

19. My daughters are having a hard time here. I do my best to uplift their moods, but it's hard to do that while we're in here.

20. We had to buy the hygiene products because the hygiene products they gave us are terrible. The deodorant they gave us is the first deodorant I've used that worsens armpit odor instead of masking the odor. The toothbrushes are only good for cleaning a thin wire, not for teeth.

21. Calls to [redacted] are really expensive. I call for four or five minutes, and it's already about $15. I wish I could call my mom more often, but I can't. I have to save my money for the food in the commissary to feed my daughters.

22. ICE took away our personal documents, like work permits and passports. We would like to know where they are.

23. We can't access email. We can't search for anything. We try to look up information, and everything says that it's not available. None of the websites work, not even the ones that are on the list. The librarians are of no help. They said the websites on the list work, but it always just loads without opening.

24. I have not had the grievance system explained to me.

25. I've used the tablets to ask ICE for information about my son, but they never respond.

26. I have had a lot of headaches since being here.

27. One time, I tried to lay my head on my partner's shoulder, and a guard yelled at us and told us we're not allowed to touch. It's so weird that even that's not allowed here.

28. Being detained has affected me a lot. I feel shut down, and it's hard to keep my hopes up. I feel so different than who I am. Sometimes I'll suddenly start crying. I try to be strong for my daughters and try to make them feel better, but it is so hard.

29. We always did our best to be cautious and stay safe. We wish we could do more for our daughters. We've always wanted to take them to Disney World and give them happy experiences. We want them to be able to accomplish all of their goals and dreams.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 4th day of November 2026, at Dilley, Texas.

[redacted]

CERTIFICATE OF TRANSLATION

My name is Katherine Mora and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 11/4/2026

Katherine Mora