# EXHIBIT 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, K[redacted] O[redacted] C[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 25 years old. I am from [redacted].

3. I speak Spanish.

4. I have been detained at Dilley for eight days. My daughter is seven years old. She is a dual citizen of [redacted] and [redacted].

5. Before I arrived at this facility, I was living in New Orleans, Louisiana for about two years. I lived in Miami before that for about nine months. I lived with my husband and my daughter. I was working as a delivery driver.

6. My daughter was in second grade, and she was getting good grades. Her favorite class is art. When my husband told her teachers she was detained, they were so upset.

7. I was working on a delivery when three large black cars surrounded my car. They forced open the door and pulled on my arm very painfully. I was trembling, and I began to scream. It was one of the worst things that has happened to me. They handcuffed my hands and my ankles. I fainted twice and vomited. The officers were all men, and I don't understand how men are able to treat women so cruelly.

8. I asked them if I could be reunited with my daughter, and the ICE officers told me I had to sign a paper to have my daughter brought to me. They did not explain what the paper said. They told me that if I didn't sign, my detention experience would be worse. They told me that if my daughter came, they'd take us to a hotel or a shelter.

9. They brought my daughter to me at around 5 p.m. I was handcuffed the whole time. My daughter saw me in handcuffs. She came to see me, hold my hands, and ask why I was handcuffed. They removed the handcuffs after my daughter came.

10. The treatment I received from the ICE officers was horrible. They harassed my daughter and me on the flights here. One ICE officer kept threatening to handcuff me again in front of my daughter. We took two flights to get here. At the airport, they told me not to escape, and that if I did try to escape, I wouldn't see my daughter until she was

an adult. They did not allow me to communicate with my husband. I kept trying to call my husband, and they kept hanging up for me.

11. They took my phone and my wallet. It worries me because my belongings and personal information are there.

12. I got here at three in the morning. We were so tired and weary. Once I got here, I realized it wasn't a shelter or a hotel as they'd said; it was a detention center.

**Dilley ICE Detention Center**

13. It's been so difficult to be detained with my daughter. She has struggled to adjust to living here. She's always asking for her dad and asks, "Mommy, is daddy going to come suffer with us here?"

14. I signed a paper when I got here, but I don't know what it said. I was just recently traumatized and couldn't think straight.

15. No one has given me information on when I'll leave, but they did tell me that they would try to deport me as soon as possible.

16. They showed me a list of legal services but told me that I couldn't have a copy of the list because the legal services wouldn't help a case like mine.

17. ICE asked if I wanted to have an optional DNA test done to make sure I was with my daughter. I declined.

18. My daughter barely eats here. I'm so worried about her. I'm worried she'll experience malnutrition or become dehydrated. She only wants to eat cornflakes.

19. I asked the staff if they could please give my daughter more cornflakes. They only put out cornflakes on certain days. They refused. They said they have to respect the system in place, and they can't give my daughter cornflakes every day. This made me feel so upset, because it can't be that hard to give my daughter cornflakes. I pleaded with them, telling them it's the only thing she'll eat, but they did not care. I don't understand why the staff here don't care about children. Don't they have children? Don't they know how to care for children?

20. I had some cornflakes from the cafeteria in my room, and the staff inspected my things, found the cornflakes, and threw them away. I got so upset again, because I only took them to be able to feed my daughter.

21. The people who work here have stone-cold hearts.

22. It feels like a dictatorship here. We have to follow all their strict rules that make no sense.

23. I was not told about my rights or my daughter's rights. I was not shown a video that explained my rights.

24. I learned about *Flores* from another person detained here. No one has told me that my child has a right to be released in 20 days.

25. I've had to buy soap at the commissary because the hygiene products they give are bad quality.

26. I have to buy the water here. I tried the water, and it tastes bad, and it's warm. The bottled water is safer for my daughter.

27. One time, another mom and I asked a staff member for a water bottle because he had a lot. He told us that if we picked up the balls in the gym for him, he'd give us water. We refused.

28. We haven't been able to sleep well. We're used to sleeping in the dark. Everyone in our room struggles to sleep with the lights on. I tried to put up sheets to block the light to help my daughter sleep, but a guard came running, as if I were escaping, to tell us to put the sheets down. They're always watching us.

29. I have not had the grievance system explained to me.

30. My daughter likes the school here. I'm grateful that it gives her something to do here.

31. My daughter's pants are ripped. I asked a staff member about it, but she didn't take it seriously; she didn't think it was necessary. Her pajamas are also ripped. I've been waiting for new clothes for her for a few days. When I asked again, they said they didn't have more clothes, but I saw other young girls arrive and get new clothes.

32. There was a fall festival for the kids on Halloween. All the staff dressed up in costumes, and it looked weird because the kids should be in costumes, but they were in their detention uniforms.

33. If I could change anything about this place, it would be to have more respect for people. I want them to respect our sleep and to respect our bathroom spaces. The shower and toilet are always dirty. Another thing I would change is to make the food better. If a child wants food, they should find a solution for it.

34. Our stay here shouldn't be long; they should respect the 20-day rule and release children as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 4th day of Novem 2026, at Dilley, TX.

[redacted]

## CERTIFICATE OF TRANSLATION

My name is Katherine Mora and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 11/4/2026 Katherine Mora