# EXHIBIT 9

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, P[redacted] G[redacted]-P[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 49 years old. I am from [redacted].

3. I speak Spanish.

4. I have been detained at Dilley for 13 days. I am detained in Dilley with my partner and our 17-year-old and 11-year-old daughters. My oldest son, who is 26, is detained in Otero County, New Mexico. I'm very worried about him. It's so painful to not be with him right now or not know anything about him.

5. We were living in El Paso for about four years. I lived with my partner, my daughters, and my son. I worked as a local mechanic. Since being detained here, I've missed being able to work and provide for my kids.

6. I was taking my daughters to school, as I did every morning before going to work. Suddenly, my car was surrounded by ICE agents. They yelled at me and my daughters, telling us to step out of the car and that we had no rights to anything. They handcuffed me in front of my daughters and took us to the ICE office in El Paso. It was horrible for my daughters to see their dad handcuffed. They'd never seen me in handcuffs before. My daughters were crying the whole time. I don't understand why they treated us so badly. We're not criminals and have always done our best to be responsible.

7. At the ICE office, the officers threw away the lunches my daughters had packed for school. We didn't eat anything the whole day. They brought in my partner later in the day and then drove us to Dilley. We got here the next morning.

**Dilley ICE Detention Center**

8. When we got here, the ICE officers tried to make us sign a paper, saying that if we wanted to leave Dilley we should sign there. They told us that if we signed, we'd each get $3,000. We refused to sign.

9. They said we'd be here for 2-3 days, but we've been here for almost two weeks now.

10. I was not told about my children's *Flores* rights.

11. They gave us a list of legal services, but when my partner and I tried calling, the calls never went through. I would get an automated response saying the call was rejected.

12. I've tried using the computers in the library to find information about where my son is, but the search engines on the computers don't work. I tried searching "potatoes" and nothing came up, that's when I knew that I wouldn't be able to find anything on those computers.

13. We barely eat here. I've lost about eight pounds. It's always the same food, and there's no appetite when you're under so much stress.

14. I had a fever a few days ago. I went to medical and they gave me medicine, but I felt so sick I had to stay in my room for two days. I didn't eat anything during those days. It was really hard to not be able to see my kids or partner for those two days.

15. It's hard to be separated from my daughters and partner here. During our outside time, they have me in a different section than my partner. We try to meet up and talk from within the spaces we're supposed to stay in, but the guards tell us we're not allowed to talk and to step away from each other, even though we're technically in the spaces we're supposed to be in.

16. Another time, my partner laid her head on my shoulder because she had a headache. A guard immediately barked at us that we're not allowed to touch.

17. It's so hard and sad to have to say goodbye to my daughters and partner every night. I don't understand why they don't let us stay together. It's like a never ending nightmare.

18. I think they treat us badly here to pressure us to leave.

19. I was out one day with the other dads at Dilley, and one dad was looking towards the group of single women detained here at Dilley. I went up to him and asked him what

he was doing, and he told me he was trying to get a glimpse of his mother who was also detained here. That made my soul hurt.

20. Being here has affected my health so much. I loved my freedom. I do my best to be a good person and teach my kids to be good people, and I feel like all my efforts were trampled on. We thought being law abiding would mean things would work out for us.

21. I wish they would shut this place down and not detain people here anymore. I really hope we can leave soon.

I declare under penalty of perjury that the foregoing is true and correct. I understand that I have to tell the truth in this declaration. The interviewer read the declaration to me and everything in it is true and accurate. Executed on this 4th day of November 2026, at Dilley, Texas.

[redacted]

## CERTIFICATE OF TRANSLATION

My name is Katherine Mora and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 11/4/2026 [signature]