# EXHIBIT 10

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Y[redacted] M[redacted] P[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am from [redacted].

3. I speak Spanish.

4. I have been detained at Dilley for 22 days with my five-year-old son.

5. We were living in Arkansas, but I came to San Antonio and turned myself in around October 2. All of my family was removed to [redacted], and I was left here alone with my son. I want to join my family in [redacted].

6. I told them I want to be back in my country. I learned there was a $3,000 incentive that ICE provides, and this could help my son and my family when I get back. I asked if we could get that; they told me that if my son and I applied, we might both qualify for the payment.

7. Then, they arrested us.

**Dilley ICE Detention Center**

8. When I arrived at Dilley, they told me that I would be here 20 days, but it's been more than 20 days, and they have told me nothing else.

9. No one told us our rights. No one told us about my son's rights or a case called *Flores*.

10. Since arriving at Dilley, I have contacted ICE through the tablet, but they only told me that they have no flight seats available.

11. I have two daughters who are 12 and 10 years old in [redacted] who are with my grandmother, but now my grandmother has become too sick to care for them. My cousin is there trying to help with the kids, but they need me. My 12-year-old has epileptic attacks; she is waiting to see a neurologist. She needs an appointment with the doctor, but I cannot help her or pay for her doctor appointment because I am here.

12. I just keep asking them, "Please, let me get on a flight as soon as possible."

13. No one has told me anything about my rights. They asked if I wanted a lawyer, and I told them no; I turned myself in. I just want to get to my daughters.

14. I have been the parent to my kids. My grandmother used to help us, but she has cancer and can no longer help care for my girls.

15. I am sick. I have a fever, and my son has been sick. I have had a fever since Thursday, and they gave me some medicine over the weekend, but they stopped giving me medicine on Monday. They told me I didn't need it anymore, even though I was still flushed from fever.

16. The truth is, my son doesn't want to eat this food; he can't stand the food here.

17. It is extremely hot at night. The thermostat is locked, and we cannot change it.

18. I don't sleep; my son doesn't sleep.

19. The calls to [redacted] are too expensive, so we never use the phone. It costs too much to call my family, and I don't have family here in the US anymore.

20. We are allowed one hour a day at the library. I wish that we had more time. When I'm in the library, I email my family, and if they have electricity, then they will try to email me—that is how we can communicate.

21. The staff during the day are fine, but the night staff snaps at us; they won't let us ask for a more comfortable temperature, and they scold us if we try to move around the room or outside.

22. I am not aware of any way to file a complaint or grievance. I don't know how I could do that or if there is an option to file a grievance.

23. My son goes to school about six hours per day.

24. They don't give us soap; there is only a liquid soap in the bathroom that gives my son a rash. I have to pay for shampoo, conditioner, body wash, and toothpaste at the commissary. It is very expensive for small amounts, and, of course, none of us can work while we are here.

25. The days here are all the same. We buy instant soup for my son from the commissary because he hates the food. I try to entertain him in the outdoor area; we spend a lot oftime in our dorm.

26. All I want is to be with my daughters—who need me—and to bring my son home to our family. The reality is that my son is not ok. There's nothing for him here. He is living on instant noodles. This is not a place for children. I just want to bring him home.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 4th day of November 2026, at Dilley.

[redacted]

# CERTIFICATE OF INTERPRETATION

My name is Jose Luis Velazquez and I swear that I am fluent in both the English and Spanish languages and I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my abilities.

Dated: 11/05/2026

Jose Luis Velazquez