# EXHIBIT 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Y[redacted] Z[redacted], declare as follows:

1. This testimony is based on my personal knowledge, and the following facts are true to the best of my understanding and recollection.

2. I am 36 years old. I am from [redacted].

3. I speak [redacted].

4. I have been detained at Dilley for a little bit over a month with my seven-year-old daughter.

5. Before we were detained, I was living in Los Angeles for three years.

6. I went to an ICE check-in around October 2 with my seven-year-old daughter and my son. He is not yet even two years old yet and was still breastfeeding.

7. ICE told us that we have a final removal order and that we would be detained.

8. At my check-in, they told me that my case was over and that I have a removal order, but my lawyer never told me that we had lost our case. I never received a letter, a notice, anything. I don't know if I lost my case or if it is still open.

9. My toddler is a citizen; my daughter and I are not citizens.

10. My attorney was with me, and she told the officer that my son is a citizen. ICE told me they would detain me with my daughter. I did not want to part from my son, but they forced us to separate and gave him to the attorney who took him away.

11. I told them, "Please, if you are going to deport me, let me stay with both of my children and deport me with my son." But, I haven't heard anything from them since about my case or what is happening. Now, my son is sick, and I cannot take him from the country until he is cured.

12. My son cries at night, he has been crying since I left. He barely sleeps. His mother was taken from him. I was his primary caregiver, I was still breastfeeding.

13. My son has never been away from me, we have never been separated since he was born. My husband works and I was at home with the children. The first time we have been separated was by ICE a month ago. My son is suffering.

14. My son became so sick from severe separation anxiety that my husband took him to the hospital. When my husband goes to him, he cannot comfort him. Often, when he goes to my son, he sees he is gripping his fists tightly and shaking. The doctor explained that he may be having seizures from the shock of our separation.

15. When my son was upset, I would be the one to soothe him, to care for him; I was the one to feed him. He needs me.

16. They cannot even visit me because his father is still awaiting his asylum interview and it isn't safe for him to travel here until his case is completed.

**Dilley ICE Detention Center**

17. When we arrived at Dilley, there was an orientation but I only remember that they told me I would be deported. I don't know if my case is over.

18. I just need to be with my son, he needs medical care so he can be cured.

19. Someone told me something about my rights, but all I could think about was my son, I can't remember what they told me. They mentioned that my children can go to school here, something along those lines, but I could not think or process what they were saying.

20. My daughter goes to the school here, but she tells me all the time how much she misses her teachers and classmates from her previous school. Most of the kids here speak Spanish and she cannot understand them.

21. No one has ever mentioned *Flores* to me or told me that my child and I have any rights related to conditions or release.

22. My daughter has stomach problems, she is not able to digest the food. We went to a doctor who told her to drink water and gave her some medicine, but the capsule was too large for her to swallow. She is not getting any better.

23. I also saw a doctor. I was having horrible pain because I stopped breastfeeding suddenly. The doctor didn't give me anything; there is no breast pump available here. They told me just to squeeze my breasts in the shower to expel milk.

24. My daughter hates the food here.

25. My daughter sleeps but I cannot sleep, I wake up throughout the night. There are two lights on at night.

26. We were previously in a different area of Dilley with more people. People were very loud until late at night, not sleeping until midnight.

27. We can use the phone, but it costs money. Any call costs money, no matter who I am calling. I have never been shown a list of free legal service providers or been told that I can make a free call to a lawyer.

28. I am able to use my email while I am in the library, but we are only allowed one hour a day there. Websites are censored.

29. I wanted to find something for my daughter's schoolwork, but the site was unreachable. They block websites and content, which makes it more difficult for us.

30. We cannot communicate with the staff. They do not have translators or staff who speak our language. We can speak only with the other families from our country. Because of the language barrier, it is difficult for us to communicate and ask for anything we need.

31. Nobody has told us that we can write a grievance if something that violates our rights happens. I do not know how to do that. I do not know that there is such a process.

32. Sometimes they organize the children to draw together, but there is really not very much for my daughter to do.

33. The commissary sells almost expired items. Some of the coca cola they sell today, for example, is expiring in less than a week. Yet, everything is extremely expensive.

34. At night, my daughter tells me how she misses her brother and her dad and how she wants to go back home.

I declare under my duty to tell the truth and penalty of perjury that to the best of my knowledge, all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities. Executed on this 4th day of November 2026, at Dilley.

[redacted]

[Name: ______________________]

# CERTIFICATE OF INTERPRETATION

My name is Juan Jin and I swear that I am fluent in both the English and [redacted] languages and I interpreted the foregoing declaration from English to [redacted] to the declarant to the best of my abilities.

Dated: Nov. 30, 2026 ______________________ Juan Jin