**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

Jenny Flores, *et al.*,

Plaintiffs,

v.

Todd Blanche, Attorney General of the United States, *et al.,*

Defendants.

No. CV 85-4544-DMG-AGRx

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT RE: DEFENDANTS' FAILURE TO PROVIDE CLASS MEMBERS WITH NOTICE OF THEIR *FLORES* RIGHTS**

Honorable Dolly M. Gee
Chief United States District Judge

Presently before the Court is Plaintiffs' Motion to Enforce the *Flores* Settlement Agreement Re: Defendants' Failure to Provide Class Members with Notice of Their *Flores* Rights ("Motion to Enforce").

Paragraph 12.A of the Settlement guarantees class members a notice of their *Flores* rights. This Court's prior orders define that duty and require that class members at Dilley receive meaningful notice of their *Flores* rights and access to legal service providers who can explain those rights. Sept. 18, 2020 Order at 6 [Doc. # 987]; Sept. 4, 2020 Order at 16 [Doc. # 976]; Aug 7, 2020 Order at 2 [Doc. # 914]; July 25, 2020 Order at 2 [Doc. # 887]; May 22, 2020 Order at 2-3 [Doc. # 799]; *see* Mar. 19, 2021 Order [Doc. # 1098]; Jan. 5, 2021 Order [Doc. # 1056]; Jan. 5, 2021 Notice of Rights [Doc. # 1056-1].

Having considered Plaintiffs' Motion to Enforce, the memorandum of points and authorities, the supporting declarations and exhibits, Defendants' opposition, Plaintiffs' reply, the arguments of counsel at the hearing, and good cause appearing, the Court **GRANTS** the Motion.

IT IS HEREBY ORDERED AS FOLLOWS:

1. Within 24 hours of arrival, Defendants shall provide every class member and accompanying parent(s) or legal guardian(s) with a copy of the *Flores* Settlement Agreement Notice of Rights attached to this Order as Attachment 1 that they are able to keep. The notice must be provided in a language the class member and their family understand and, if the class member or their

parent is unable to read, Defendants must provide an oral translation using an interpreter.

2. Defendants shall provide every class member and their parent(s) or legal guardian(s), upon arrival and in a language they understand, an updated list of free legal service providers. Defendants shall further provide, upon arrival and in a language class members and their parent(s) or legal guardian(s) understand, written instructions for how to contact free legal service providers, any previously retained attorneys, and *Flores* counsel free of charge by telephone and email. Defendants shall ensure the free legal call and email systems are operational and provide a means to report and promptly remedy malfunctions.

3. Defendants shall permit and facilitate weekly in-person presentations by qualified, independent legal service providers on class members' rights under the Settlement. Defendants shall provide a suitable, confidential space for these presentations, provide reasonable advance notice to residents, and allow the legal service providers time to answer questions following the presentation and to schedule individual consultations.

4. Defendants shall maintain and share regularly with Plaintiffs' counsel records showing, for each class member, the date and language in which the Notice of Rights was provided, the legal assistance information provided, and the dates live know-your-rights presentations were offered. Defendants

shall file a status report with the Court regarding compliance within 30 days of this order and provide updates in the Juvenile Coordinator reports.

IT IS SO ORDERED.

DATE: ______________________

______________________________
HON. DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

# ATTACHMENT 1

# Flores Settlement Agreement Notice of Rights

All children and youth under the age of 18 detained in immigration custody have rights under an agreement signed by the federal government in a case called *Flores*. Detained parents are being provided this notice to explain the rights their children have under the *Flores* Agreement. The *Flores* Agreement only applies to children and youth, and it does not apply to parents. You have the right to keep this notice with you at all times, even if you cannot read or understand it.

**Children and youth under the age of 18 in immigration detention have rights, including the following:**

- Be represented by a lawyer at no cost to the Government. If you cannot afford a lawyer, you may call one from the list of lawyers at the end of this Notice;
- To make free legal calls to the lawyers in the list at the end of this Notice or to any other lawyer upon request even if you have not yet retained a lawyer;
- To have a comprehensive orientation regarding the detention facility, including services, rules, expectations and how to access legal assistance;
- To be held in a facility that is safe and sanitary, including having:
    - Adequate hygiene products such as soap, shampoo, lotion, toothbrush, toothpaste, feminine products, and deodorant
    - Appropriate and adequate clean clothes
    - Adequate towels, sheets and blankets
    - Adequate baby and toddler supplies including diapers, bottles, formula, wipes, baby shampoo, baby clothes, baby food, and bottled water
    - Appropriate medical, dental and mental health care
    - Clean drinking water and nutritious meals and snacks
    - Comfortable temperatures in living areas
    - Comfortable sleeping conditions;
- To make free phone calls to your family members;
- To have appropriate educational services, including instruction and reading materials in Science, Social Studies, Math, Reading, Writing and Physical Education;
- To have appropriate recreational activities;
- To have access to one individual counseling session and two group counseling sessions per week, if desired;
- To have visitation and contact with family members;

**Flores Settlement Agreement Notice of Rights**

- To have a bond hearing before an Immigration Judge under certain circumstances, upon request. If you would like a bond hearing, you may ask for help from a lawyer of your choosing or from the list of lawyers at the end of this Notice.

**Right to Release Without Unnecessary Delay**

- Children and youth under the age of 18 also have the right to be released without unnecessary delay if your detention is not required to secure your appearance in immigration court or to ensure your safety or the safety of others. Your parent may ask for help from a lawyer of their choosing or on the list of lawyers at the end of this Notice in seeking review of your case.

- Even if the Government chooses not to release your family together, children and youth under 18 have the right to be released to a capable and willing custodian, identified by your parent. The custodian may be your family member (such as a parent, grandparent, uncle, aunt, or brother or sister), or an unrelated family friend, living here in the United States. Because you are a minor, your parent must take the necessary steps to request your release. Your parent may also decide that you will remain in immigration detention together. If your parent is interested in learning more about this release right, your parent may consult with a lawyer of your choosing or from the list of lawyers at the end of this Notice prior to making any decisions.

- Your parent is not required to make a decision about your release and you have the right to stay together. If your parent makes no decision, you will remain with them in detention unless ICE decides to release your family together. Any decision your parent makes must be voluntary and made with an understanding of your rights under the *Flores* Agreement. No one may coerce your parent into making any particular decision.

- If you or your parent have any questions about your rights under the *Flores* Agreement, you or your parent may also make free calls to the attorneys for children in the *Flores* case at 800-XXX-XXXX (leave a message with your name and A#) or send an email to info@XXXX.