**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

TODD BLANCHE, Attorney General of the United States, *et al.*,

Defendants.

Case No. CV 85-4544-DMG (AGRx)

**ORDER RE JOINT STIPULATION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' FORTHCOMING MOTION TO ENFORCE [1843]**

On November 18, 2026, the parties filed a Joint Stipulation to Set Briefing Schedule on Plaintiffs' Forthcoming Motion to Enforce [Doc. # 1843]. Good cause appearing, the Court **APPROVES** the parties' Stipulation and the following schedule:

(1) Plaintiffs shall file their Motion to Enforce on or before **November 20, 2026**.

(2) Defendants shall file their opposition to Plaintiffs' motion to enforce on or before **December 9, 2026**.

(3) Plaintiffs shall file their reply in support of Plaintiffs' motion to enforce on or before **December 23, 2026**.

(4) A hearing on Plaintiffs' motion to enforce is set for **January 8, 2027, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: November 20, 2026

Dolly M. Gee
DOLLY M. GEE
Chief United States District Judge