CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
Bardis Vakili (Cal. Bar No. 247783)
Sarah E. Kahn (Cal. Bar No. 341901)
1505 E 17th Street, Suite 117
Sana Ana, CA 92705
Telephone: (619) 983-7910
Email: crholguin@centerforhumanrights.org
bardis@centerforhumanrights.org
sarah@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Jenny Flores, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Todd Blanche, Attorney General of the United States, *et al*.,<br><br>Defendants. | No. CV 85-4544-DMG-AGRx<br><br>**NOTICE OF ERRATA RE: DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT RE: DEFENDANTS' FAILURE TO PROVIDE CLASS MEMBERS WITH NOTICE OF THEIR *FLORES* RIGHTS**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe (Cal. Bar No. 299296)
Diane de Gramont (Cal. Bar No. 324360)
428 13th Street, Floor 5
Oakland, CA 94612
Telephone: (510) 835-8098
Email: mwroe@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
Rebecca Wolozin (admitted *pro hac vice*)
2300 18th Street NW, P.O. Box 21156
Washington, DC 20009
Telephone: (510) 835-8098
Email: bwolozin@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
2021 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 602-5202
Email: lwelch@childrensrights.org

CHILDREN'S RIGHTS
Eleanor Roberts (admitted *pro hac vice*)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: eroberts@childrensrights.org

# NOTICE OF ERRATA

Plaintiffs' counsel respectfully submits this Errata to the Declaration of Leecia Welch in Support of Plaintiffs' Motion to Enforce Settlement Re: Defendants' Failure to Provide Class Members with Notice of their Flores Rights ("Welch Decl."), Dkt. No. 1848-2, filed November 20, 2026, and correct the following inadvertent errors:

On Saturday, November 21, 2026, Plaintiffs' counsel realized that an earlier draft of the Welch Decl. was inadvertently filed. On page 5, line 13-14 the declaration states: "A transcript of this immigration video is available upon request from the Court." This paragraph should have said: "A transcript of this immigration video is attached as Attachment A to the Declaration of Miguel Chiapetta, Exhibit 34." Plaintiffs further note that the filed Welch Declaration inadvertently omitted the slip sheet. The slip sheet should have designated the document as Exhibit 1. The correct slip sheet is now included as page 1.

Dated: November 23, 2026

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos Holguín
Bardis Vakili
Sarah Kahn

NATIONAL CENTER FOR YOUTH LAW
Mishan Wroe
Diane de Gramont
Rebecca Wolozin

CHILDREN'S RIGHTS
Leecia Welch
Eleanor Roberts

*/s/ Leecia Welch*
Leecia Welch
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2026, I caused a copy of the Notice of Errata Re the Declaration of Leecia Welch in Support of Plaintiffs' Motion to Enforce Settlement Re: Defendants' Failure to Provide Class Members with Notice of their Flores Rights ("Welch Decl.") to be served to all counsel through the Court's CM/ECF system.

Dated: November 23, 2026

*/s/ Leecia Welch*
Leecia Welch
*Attorney for Plaintiffs*