**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER RE JOINT STIPULATION TO EXTEND BRIEFING DEADLINES ON PLAINTIFFS' MOTION FOR CLARIFICATION [1842]** |

On November 18, 2026, the parties filed a Joint Stipulation to Extend Briefing Deadlines on Plaintiffs' Motion for Clarification but Keep December 18, 2026 Hearing Date [Doc. # 1842]. Good cause appearing, the Court **APPROVES** the parties' Stipulation and **ORDERS** the following:

1. Defendants shall file their opposition to Plaintiffs' Motion for Clarification of the Flores Settlement Agreement Regarding Confidential Attorney Client Communication ("Motion for Clarification") [Doc. # 1837] on or before **December 2, 2026**.
2. Plaintiffs shall file their reply in support of their Motion for Clarification on or before **December 9, 2026**.
3. The hearing on Plaintiffs' Motion for Clarification remains set for **December 18, 2026 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: November 20, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge